**INLAND MARINE DECLARATIONS**

The Inland Marine Declarations and Endorsement, if any, issued to form a part thereof, completes the Commercial Insurance Policy numbered as follows: **BR 50971770**

BUILDERS RISK PLAN — RESIDENTIAL · COMMERCIAL

**ZURICH**

**ASSURANCE COMPANY OF AMERICA**
**NEW YORK, NEW YORK 10038**
**A Stock Company**

☒ New Policy
☐ Renewal of _____
☐ Rewrite of _____

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. **THIS IS A COINSURANCE CONTRACT.** Please read your policy.

**1. Named Insured and Mailing Address:**
~~Davis Development, LLC~~  BSD Construction
2859 Highway 190, Suite #222
Mandeville, LA 70471

**2. Producer Information** (complete A-E)
A) Name:

STONE INSURANCE, INC
111 VETERANS BLVD., #1600
METAIRIE, LA 70005

B) Telephone #: 504-832-4161
C) Fax #: 504-835-6657
D) Zurich Producer #: 02176790
E) Field Office Name: Dallas, TX
F) Field Office Code: 76

**3. Policy Period – From Effective Date Of:** 07 / 25 / 2001
to (check one): ☒ Continuous Reporting   ☐ One Year From Effective Date
12:01 a.m. Standard Time at your mailing address above.

**4. Form of Business:**   ☐ Individual   ☐ Partnership   ☒ Corporation   ☐ Joint Venture   ☐ Other

**5. Limits of Insurance** (select *either* One-Shot *or* Reporting Form option below)

| ☒ Reporting Form (continuous policy) | | | ☐ One-Shot (non-reporting form/single structure policy) HBIS-1 |
|---|---|---|---|
| ☐ Annual Rate   ☒ Monthly Rate (HBIS-4) | | | ☐ 1-12 Family Dwelling   ☐ Commercial Structure |
| ☐ Including Existing Building or Structure (HBIS-37) | | | ☐ Including Existing Building or Structure (HBIS-37) |
| | | | Property Location _____ |
| A) Any one structure* | $ | 1,500,000 | A) Any one structure   $ _____ |
| B) Property temporarily at any other premises | $ | 10,000 | B) Property temporarily at any other premises   $   10,000 |
| C) Property in transit | $ | 25,000 | C) Property in transit   $   25,000 |
| D) All covered property at all locations | $ | 5,000,000 | D) All covered property at all locations (same as A unless otherwise noted)   $ _____ |
| E) Development/Subdivision Fences/Walls or Signs | | Per Report | E) Development/Subdivision Fences/Walls or Signs   $   0 / $   0 |
| F) Rate | | Per Report | F) Rate   $ _____ |
| G) Premium | | Per Report | G) Premium   $ _____ |
| H) Tax (applicable in KY only) | | Per Report | H) Tax (applicable in KY only)   $ _____ |
| I) Total Fully Earned Policy Premium   * Subject to underwriting guidelines | | Per Report | I) **Total Fully Earned Policy Premium** ($275 minimum premium applicable)   $ _____ |

**6. Deductible** (minimum $500 unless otherwise indicated): ☒ $1,000   ☐ $2,500   ☐ $5,000   ☐ Other _____

**7. Forms Applicable To All Coverage Parts:**

☒ 40471   Builders Risk Coverage Form
☒ 47681   Comm. Inland Marine Coverage Part
☒ CM0001  Comm. Inland Marine Conditions
☒ IL0017  Common Policy Conditions (IL0146 in WA)
☐ HBIS-58 Development/Subdivision Walls/Fences/Signs
☐ 9H0003  Florida Builders Risk Declarations
☐ HBIS-35 Windstorm or Hail Exclusion
☐ HBIS-37 Existing Building(s) or Structure(s)

☐ HBIS-42 Florida Fraud Statement
☐ HBIS-43 Windstorm Percentage Deductible
☐ HBIS-44 New York Fraud Statement
**Other Forms:** (list other applicable state and/or HBIS forms; all required state forms applicable)
~~HBIP-4~~
_____
_____
_____

Countersigned: _____
Date

By: _____
Authorized Representative

FM 170001 Rev. 07/00

INSURED COPY      MORTGAGEES COPY      AGENT COPY      BUILDERS RISK PLAN COPY

**EXHIBIT**
1

# Commercial Inland Marine Coverage Part Quick Reference

READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGE**
Names Insured and Mailing Address
Policy Period
Description of Business and Location
Coverages and Limits of Insurance

**COVERAGE FORM(S)**

A. COVERAGE
  1) Covered Property
  2) Property Not Covered
  3) Covered Causes of Loss
  4) Additional Coverage -- Collapse
  5) Coverage Extensions (if applicable)

C. LIMITS OF INSURANCE
D. DEDUCTIBLE (if applicable)
E. ADDITIONAL CONDITIONS
F. DEFINITIONS

B. EXCLUSIONS
- Earthquake (if applicable)
- Governmental Action
- Nuclear Hazard
- War and Military Action
- Water (if applicable)
- Other Exclusions

**ENDORSEMENTS** (if applicable)

**COMMERCIAL INLAND MARINE CONDITIONS**

LOSS CONDITIONS
A. Abandonment
B. Appraisal
C. Duties in the Event of Loss
D. Insurance Under Two or More Coverages
E. Loss Payment
F. Other Insurance
G. Pair, Sets or Parts
H. Privilege to Adjust With Owner
I. Recoveries
J. Reinstatement of Limit After Loss
K. Transfer of Rights of Recovery Against Others to Us

GENERAL CONDITIONS
A. Concealment, Misrepresentation or Fraud
B. Legal Action Against Us
C. No Benefit to Bailee
D. Policy Period
E. Valuation

**COMMON POLICY CONDITIONS**
A. Cancellation
B. Changes
C. Examination of Your Books and Records
D. Inspection and Surveys
E. Premiums
F. Transfer of Your Rights and Duties Under This Policy

Copyright, Insurance Services Office, Inc., 1982, 1984

47681 Rev. 9-93

## MONTHLY RATE ENDORSEMENT

This form changes the Builder's Risk Coverage Form.  Please read it carefully.

SECTION **E., ADDITIONAL CONDITIONS** 3., WHEN COVERAGE BEGINS AND ENDS, item e. is replaced by:

e.      At the end of 36 months from the month when you first reported the start to us, if reports and payments are received as required in the Reporting Provisions.  Our acceptance of reports and premium payments beyond 36 months does not entitle you to coverage, and any premium accepted will be refunded to you upon request.

SECTION **E., ADDITIONAL CONDITIONS** 3., WHEN COVERAGE BEGINS AND ENDS is amended to add:

h.      When you stop reporting the location.

SECTION **E., ADDITIONAL CONDITIONS** 4., REPORTING PROVISIONS is deleted and replaced by the following:

a.      Each month, you will report to us the *total estimated completed value* of all Covered Property for each location that was in your inventory during the previous month. Inventory includes both locations you started during the previous month and previously reported locations that were still in inventory at any time during the previous month.  For the purpose of these reports, a location is started when you first put any building materials (including the foundation) on the construction site.

If your policy is endorsed to provide coverage for existing structures that you are renovating and/or adding onto and for which you seek coverage, a location is started for the purpose of these reports on the earlier of the following:

(1)  when you first put any building materials (including the foundation, or any new, altered or expanded foundation) on the site; or

(2)  when you acquire title to the existing structure.

b.      You must pay premiums based on the *total estimated completed value* of the Covered Property using the rate we furnish.  You must submit a report and premium payment for a location for each month in which that location is in inventory, beginning with the month in which that location was started.  You must send your premium payment with the report for the reported location(s) to be covered.

c.      You must make these reports on the form we provide.  We must receive your report and the accompanying premium payments at the address designated in our form by the last day of the month in which the report is due, or the report is late.

d.      If, at the time of a *loss* on a location, we have not received all reports and premium payments that were due for that location, then we will not provide any payment for that *loss*.  In addition, you must submit a report and premium payment for that location for the month in which the *loss* occurred, and we must receive that report and premium payment on time (i.e. by the last day of the month following the *loss*), or we will not cover that *loss*.

e.      Our acceptance of a late report and premium payment for a location will not create coverage for a *loss* that occurred before we received the late report and premium payment.  Our acceptance of a report and premium payment does not waive or change

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> BUSINESSOWNERS POLICY
> COMMERCIAL AUTO COVERAGE PART
> COMMERCIAL CRIME COVERAGE PART*
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

\* This endorsement does not apply to coverage provided for employee dishonesty (Coverage Form A) or public employee dishonesty (Coverage Forms O and P).

A. Paragraphs **2.** and **5.** of the CANCELLATION Common Policy Condition are replaced by the following:

**2. NOTICE OF CANCELLATION**

a. CANCELLATION OF POLICIES IN EFFECT FOR FEWER THAN 60 DAYS AND NOT RENEWALS

If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

(1) Cancellation for nonpayment of premium

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

(2) Cancellation for any other reason

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

b. CANCELLATION OF RENEWAL POLICIES AND NEW POLICIES IN EFFECT FOR 60 DAYS OR MORE

If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

(3) Activities or omissions by you which change or increase any hazard insured against;

(4) Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision;

(5) Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

(6) The insured's violation or breach of any policy terms or conditions; or

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

IL 02 77 02 94

any part of this policy nor stop us from asserting any right we have under the terms of this policy.

f.     If a covered *loss* occurs and you can prove that the total estimated completed value of the Covered Property has increased over the last report we received before the *loss*, we will pay based on the increased value, up to a maximum of 10% over the last reported value. If proof of the increase is not available, the most we will pay will be based on the last value reported before the *loss*.

g.     It is your responsibility to report accurately and on time. The premium charge is fully earned and no refund is due you when coverage ends, regardless of whether your failure to submit reports and pay premiums as required affected or could have affected coverage for a *loss* or *losses*.

h.     A dwelling being used as a Model Home must be reported and should be identified as a Model Home.

i.     You will keep accurate construction records regarding all property we cover under this policy. This includes the *total estimated completed value* of the Covered Property and a record of all contracts of sale dealing with the Covered Property.

All other terms and conditions of this policy remain the same.





**ZURICH**

Zurich Small Construction
Underwritten by the Maryland Casualty Companies

### BUILDER'S RISK AMENDMENT
### OF COVERED PROPERTY
### ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE BUILDER'S RISK COVERAGE FORM.  PLEASE READ IT CAREFULLY.**

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below:

| Endorsement effective | |
|---|---|
| Named Insured | Policy Number |

**SECTION A. COVERAGE,** paragraph 1. a. is replaced by the following:

    1.    **COVERED PROPERTY,** as used in the Coverage form means:

        a.    Property which has been installed, or is to be installed in any commercial structure and/or any one (1) to twelve (12) family dwelling, private garage, or other structures that will be used to service the dwelling at the location which you have reported to us.  This includes:

           (1)    Your property;

           (2)    Property of others for which you are legally responsible;

           (3)    Paving, curbing, fences, trees, shrubs, plants, lawns and outdoor fixtures; and

           (4)    Completed dwelling(s) which is being used as a Model Home when reported to us as such on monthly reports with an amount shown.

All other terms and conditions of this policy remain the same.

HBIS - 53
Ed. 4/98

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc. 1995
Copyright, 1998 Maryland Casualty Company as to Additional Text and Revisions

 

## LOUISIANA AMENDATORY EDORSEMENT

## THIS ENDORSEMENT CHANGES THE BUILDERS RISK COVERAGE FORM. PLEASE READ IT CAREFULLY.

**SECTION E. ADITIONAL CONDITIONS,** paragraph 11. RIGHTS OF RECOVERY is deleted and replaced by the following:

11. If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages form another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   1. Someone insured by this insurance;
   2. A business firm:
      (a) Owned or controlled by you; or
      (b) That owns or controls you;
   3. Your employee or employer;
   4. The owner, lessor or tenant of the:
      (a) Described premises; or
      (b) Premises where loss or damage occurred including their employees, partners and stockholders; or
   5. Your relative by blood or marriage.

If you waive your rights against another party in writing after a loss, we can recover from you any amount you received for that waiver. But we cannot recover more than the amount we paid you for that loss.

HBIS - 55
Rev. 2/98

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright Insurance Services Office, Inc. 1985

by the due date and paid the correct premiums on all property eligible to be reported under the provisions of this policy.

F.    **DEFINITIONS**

1.    *Loss* means accidental *loss* and accidental damage.

2.    *Overhead* means those business expenses, other than materials and labor, incurred either directly or indirectly due to the construction of a dwelling or structure including soft costs.

3.    *Pollutants* means any solid, liquid, gaseous or thermal irritant or contaminant. This includes, but is not limited to: smoke, vapor, soot, fumes, acids, alkalis, chemical and waste. Waste includes, but is not limited to, materials to be recycled, reconditioned or reclaimed.

4.    *Profit* means the difference between the value of the completed structure (selling price of that property and structure, including labor) and your financial interest in the property and the completed structure. If you do not have a signed contract for the sale of the completed structure and property, the allowance for *profit* will be limited to no more than 20% of the cost of the property and completed structure.

5.    *Total Estimated Completed Value* means all costs associated with the building and designing of the property covered including labor, *overhead* and materials and if coverage is desired, profit.

6.    *Water Damage* means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

However, coverage may be canceled on any location if notice is given in writing in accordance with the cancellation provision in the Common Policy Conditions, or state amendatory endorsements.

b.   Common Policy Conditions IL0017 Section A Cancellation Paragraph 5 is replaced by the following:

5.   The premium for this coverage is fully earned and no refund is due when the policy is canceled.

9.   LIBERALIZATION CLAUSE

If we adopt any revision which would broaden the coverage under this Coverage Form without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

10.   INTEREST OF SUBCONTRACTORS, SUB-SUBCONTRACTORS, SUPPLIERS

We cover the interest which your subcontractors, your sub-subcontractors and your suppliers have in the covered property, but only while such property is situated at construction sites you have reported to us.  This condition does not impair any right of subrogation we would otherwise have.

11.   RIGHTS OF RECOVERY
If any act or agreement of yours after *loss* impairs your right to recover from others, we will not cover the *loss*, nor will we cover any *loss* which you settle or compromise without written consent.

12.   UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

Your failure to disclose all hazards existing as of the inception date of the policy shall not affect the coverage afforded by this policy, provided such failure to disclose all hazards is not intentional and the hazard is reported to us as soon as practicable after you learn about it.

13.   UNINTENTIONAL DELAY/INADVERTENT OMISSION IN REPORTING

This insurance shall not be prejudiced by any unintentional delay or inadvertent omission in reporting under this policy or any unintentional error in the description of the property at risk;  provided prompt notice is given the company in all such instances as soon as said delay or omission or error becomes known to the insured, and provided that you pay any premium due under this coverage part at our request.

This condition only applies if, in the twelve month period immediately preceding notice to the company said delay or omission or error, the insured properly reported

40471
Rev. 10-96

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

B.      Amount of *Loss* x Percentage in A

$60,000 x 1.00 = $60,000

C.      Deductible Amount Subtracted from results of B

$60,000 - $1,000 = $59,000

Total Amount of *Loss* Payable = $59,000

**Example No. 2**

(This example assumes there is a penalty for underinsurance)

| | |
|---|---|
| Deductible | $1000 |
| Reported Value | $100,000 |
| Total Completed Value | $120,000 |
| Amount of *Loss* | $60,000 |

A.      Reported Value/Total Completed Value

$100,000/$120,000 = .833

B.      Amount of *Loss* x Percentage in A

$60,000 x .833 = $49,980

C.      Deductible Amount Subtracted from results of B

$49,980 - $1,000 = $48,980

Total Amount of *Loss* Payable = $48,980

8      CANCELLATION

a.      The following is added to the Cancellation Condition in the Common Policy
Conditions and applies only to the coverage provided in this Coverage Form:

Cancellation of this policy will not affect the insurance in force on any location
which you have reported to us or on any location which started before the
effective date of the cancellation notice if that location is reported on the report
due and payment is made.  However, you cannot report any location currently
in your inventory a second time after the effective date of cancellation.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

    (1)    You cancel this policy, or

    (2)    Coverage ends for any reason other than if we cancel the policy.

6.    VALUATION

General Conditions E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

In the event of *loss*, the value of the property will be determined as of the time of the *loss*.

a.    The value of the property will not be more than the amount necessary to replace the structure or repair the structure to the same point of completion that had been achieved immediately before the *loss*.

b.    If the *loss* involves building materials which have not been installed, the value of the property will not be more than the amount necessary to replace the materials with comparable type or quality.

7.    COINSURANCE

If the reported value is less than the total completed value, you will bear a portion of any *loss*. The amount we will pay is determined by the following steps:

a.    Divide the reported value by the total completed value of the Covered Property;

b.    Multiply the total amount of the covered *loss* before the application of any deductible by the percentage determined in step "a";

c.    Subtract the deductible from the figure determined in step "b".

**Example No. 1**

(This example assumes there is <u>no</u> penalty for underinsurance.)

| | |
|---|---|
| Deductible | $1000 |
| Reported Value | $100,000 |
| Total Completed Value | $100,000 |
| Amount of *loss* | $60,000 |

A.    Reported Value/Total Completed Value

    $100,000/$100,000 = 1.00

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

c.    The mortgage holder has the right to receive *loss* payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.    If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive *loss* payment if the mortgage holder:

(1)    Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2)    Submits a signed, sworn proof of *loss* within 60 days after receiving notice from us of your failure to do so;

(3)    Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e.    If we pay the mortgage holder for any *loss* or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1)    The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2)    The mortgage holder's rights to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest.  In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f.    If we cancel this policy, we will give written notice to the mortgage holder at least:

(1)    10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2)    30 days before the effective date of cancellation if we cancel for any other reason.

g.    We will not notify the mortgage holder if:

40471
Rev. 10-96

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

Page 11 of 15

4.   REPORTING PROVISIONS

    a.    By the last day of each month you will report to us the total estimated completed values of all Covered Property at the locations you started construction during the previous month.  This report is to be made on the form we provide for this purpose and must include the ***total estimated completed value*** (labor. *overhead* and materials and, if coverage is desired, ***profit.***)

        The starting date for the purpose of the report is the date when you first put the building materials (which includes the foundation) on the construction site.

    b.    Dwelling being used as a Model Home should be reported and identified as a Model Home.

    c.    If at the time of ***loss*** you have not made the report as required in this provision, we cover only those location(s) previously reported.

    d.    You must pay premiums based on the ***total estimated completed value*** of the Covered Property using the rate we furnish.  Premium payment must accompany the report in order for the reported locations to be covered.

    e.    The premium charged is fully earned and no refund  is due you when coverage ends.

    f.    You will keep accurate construction records regarding property we cover under this policy.  This includes the ***total estimated completed value*** of the Covered Property and a record of all contracts of sale dealing with the Covered Property.

    g.    If at the end of 12 months from the time you first reported a start to us, you still have that location in your inventory, you may report that location to us a second time.

    h.    Our acceptance of a report of value does not waive or change any part of this policy nor stop us from asserting any right we have under the terms of this policy.

5.   MORTGAGE HOLDERS CLAUSE

    a.    The term "mortgage holder" includes trustees.

    b.    We will pay for covered ***loss*** of or damage to buildings or structures to each mortgage holder shown on a Certificate of Insurance issued by the current Agent of Record.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

2.    WHERE COVERAGE APPLIES

This coverage applies to Covered Property while within the Coverage Territory while:

a.    At any construction site you have reported;

b.    Temporarily at other premises, if the property has been designated to be installed at a location you have reported to us; or

c.    In transit except imports or exports while ocean marine coverage applies.

3.    WHEN COVERAGE BEGINS AND ENDS

We will cover risk of *loss* from the time when you are legally responsible for the property on or after the effective date of this policy if all other conditions are met. Coverage will end at the earliest of the following:

a.    Once your interest in the property ceases;

b.    Ninety days after occupancy of the building unless:

(1)    that building is being used as a Model Home;

(2)    that building is being remodeled; or

(3)    that building is being used as a Model Home Leaseback.

c.    When the building is leased to or rented to others (if a multiple family or commercial structure, when more than 50% is leased to or rented to others);

d.    When  you abandon the reported location with no intention to complete it;

e.    At the end of 12 months from the month when you first reported the location to us unless you report the location again and pay an additional premium.  If the location is reported again and the additional premium is paid, coverage will end at the end of 12 months from the month when you re-reported the location to us as described in the reporting provision below;

f.    When permanent property insurance applies; or

g.    Once the Covered Property is accepted by the owner or buyer.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

    c.    Faulty, inadequate or defective:

        (1)    Planning, zoning, development, surveying, siting;

        (2)    Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

        (3)    Materials used in repair, construction, renovation or remodeling; or

        (4)    Maintenance of all or part of any property wherever located.

    d.    The discharge, dispersal, seepage, migration, release or escape of ***pollutants,*** except as provided under Additional Coverages.

## C. LIMITS OF INSURANCE

The most we will pay for ***loss*** to any one structure is the lesser of the Limit of Insurance shown in the Declarations for that structure or the ***total estimated completed value*** that was reported to us for that structure. The most we will pay in any one occurrence is the limit shown in the Inland Marine Declarations for all Covered Property at all locations.

## D. DEDUCTIBLE

We will not pay for ***loss*** in any one occurrence until the amount of covered ***loss*** exceeds the Deductible shown in the Declarations. We will then pay the amount of covered ***loss*** which exceeds the Deductible, up to the applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

## 1. COVERAGE TERRITORY

The coverage territory is:

    a.    United States of America;

    b.    Puerto Rico; and

    c.    Canada.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

d.      Unauthorized instructions to transfer property to any persons or to any place.

e.      Unexplained or mysterious disappearance except for property in custody of a carrier for hire.

f.      Shortage of property found on taking inventory.

g.      Penalties for noncompliance with contract conditions.

h.      Collapse, except as provided in the Additional Coverage section in this Coverage Form.

i.      (1)     Wear and tear;

        (2)     Any quality in the property itself that causes it to damage or destroy itself; gradual deterioration;

        (3)     Insect, vermin, rodents;

        (4)     Corrosion, rust, fungus, mold, rot;

        (5)     Dampness, changes in or extremes of temperatures, freezing;

                However, we will cover freezing *loss* to property in the building if you have shut off the water supply and drained the plumbing systems and appliances or made a reasonable effort to maintain heat in the building.

        (6)     Settling, cracking, shrinking, or expansion to any covered property.

j.      Rain, snow, sleet, sand, dust if property is in the open.  This does not apply to property in the custody of a carrier for hire.

k.      Artificially generated electrical current; mechanical breakdown; rupturing or bursting caused by centrifugal force.

3.      We will not pay for a *loss* caused by or resulting from any of the following.  But if *loss* by a Covered Cause of Loss results, we will pay for the resulting *loss* caused by that Covered Cause of Loss.

a.      Weather conditions which contribute in any way to a cause or event excluded in paragraph 1. above to produce the *loss*.

b.      Acts or decisions, including the failure to act or decide, of any person, group, or organization representing a governmental, regulatory or controlling body.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

e.    Water

    (1)    Flood, surface water, waves, tides, tidal waves, overflow of any body of water or their spray, all whether driven by wind or not;

    (2)    Mudslide or mudflow;

    (3)    Water that backs up or overflows from a sewer, drain or sump, except as provided in the Additional Coverage section  in this Coverage Form;

    (4)    Water under the ground surface pressing on, or flowing or seeping through:

        (a)    Foundations, walls, floors or paved surfaces;

        (b)    Basements, whether paved or not; or

        (c)    Doors, windows or other openings.

But if Water, as described in e.(1) through e.(4) above, results in fire, explosion or sprinkler leakage, we will pay for the *loss* caused by that fire, explosion or sprinkler leakage.

2.    We will not pay for a *loss* caused by or resulting from any of the following:

a.    Delay, loss of use, loss of market.  This does not include *profit* if reported in compliance with the Reporting Provision section of this Coverage Form;

b.    Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose.  This exclusion does not apply to Covered Property while it is entrusted to others who are carriers for hire.

This exclusion applies:

    (1)    while acting alone or in collusion with others; or

    (2)    Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees;  but theft by employees is not covered.

c.    Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

40471
Rev. 10-96

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

But if *loss* by fire results, we will pay for that resulting *loss*.

c.    War and Military Action

    (1)    War, including undeclared or civil war;

    (2)    Warlike action by a military force, including action hindering or defending against an actual or expected attack by any government, sovereign or other authority using military personnel or other agents; or

    (3)    Insurrection, rebellion, revolution, usurped power or action taken by government authority in hindering or defending against any of these.

d.    Earth Movement

    (1)    Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting.  But if earth movement results in fire or explosion, we will pay for the *loss* caused by that fire or explosion.

    (2)    Volcanic Action

        Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or  effusion results in fire, building glass breakage or Volcanic Action,  we will  pay  for the *loss* caused by that fire, building glass breakage or Volcanic Action.

        Volcanic Action means direct *loss* resulting from the eruption of a volcano when the *loss* is caused by:

        (a)    Airborne volcanic blast or airborne shock waves;

        (b)    Ash, dust or particulate matter; or

        (b)    Lava flow.

        All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

        Volcanic action does not include the cost to remove ash, dust or particulate matter that does not direct physical loss to the described property.

This exclusion does not apply to property while in transit.

40471
Rev. 10-96

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

documents, records including deeds, drawings, maps, mortgages.  The most we will pay under this Additional Coverage is $10,000.

g.   *Pollutant* Clean-up and Removal

We will pay your expense to extract *pollutants* from land or water at locations reported to us if the discharge, dispersal, seepage, migration, release or escape of the *pollutants* is caused by or results from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor, or assess the existence, concentration or effects of *pollutants*.  But, we will pay for testing which is performed in the course of extracting the *pollutants* from land or water.

The most we will pay under this Additional Coverage is $15,000 for the sum of all expenses which are incurred as a result of all Covered Causes of Loss during each separate 12 month period from the effective date of the policy.

h.   Reward

At our discretion, we may pay up to $10,000 as an additional amount of insurance for information which leads to conviction in connection with a Covered Cause of Loss.  The Named Insured and their employees are not eligible under this Additional Coverage.

B.   EXCLUSIONS

1.   We will not pay for a *loss* caused directly or indirectly by any of the following.  Such *loss* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the *loss*.

a.   Governmental Action

Seizure or destruction of property by order of any governmental authority.  But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if that fire would be covered under this Coverage Part.

b.   Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

Page

    c.      Debris Removal

We will pay your expenses to remove debris of Covered Property. This debris must result from a *loss* that we cover under this form. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical *loss*. If the sum of the *loss* and debris removal expenses exceeds the limit of insurance applicable to the property, we will pay an additional amount of debris removal expenses you incur up to, but not exceeding $10,000.

This Additional Coverage does not apply to costs to:

(1)  Extract *pollutants* from land or water; or

(2)  Remove, restore or replace polluted land or water.

    d.      Back-up or overflow of Sewers, Drains or Sumps

You may extend the insurance that applies to Covered Property to apply to *loss* caused by water that backs up or overflows from a sewer, drain or sump from within the reported location.

The most we will pay for *loss* caused by water that backs up or overflows from a sewer, drain or sump is $5,000.

    e.      Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $10,000 for your liability for fire department service charges which are:

(1)  Assumed by contract or agreement prior to *loss*; or

(2)  Required by local ordinance.

No deductible applies to this Additional Coverage.

    f.      Valuable Papers

You may extend the insurance that applies to Covered Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records due to a Covered Cause of Loss, including those which exist on electronic or magnetic media, for which duplicates do not exist. Valuable Papers means inscribed, printed or written

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1995

3    COVERED CAUSE OF LOSS

Covered Cause of Loss means risk of direct physical *loss* to Covered Property, except those causes of *loss* listed in the Exclusions.

4.    ADDITIONAL COVERAGE

a.    Collapse

We will pay for direct *loss* caused by or resulting from direct physical *loss* involving collapse of all or part of a building or structure caused by one of more of the following:

(1)    Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles;riots; civil commotion; vandalism; breakage of glass; falling objects; weight of snow, ice or sleet; *water damage*; but only if the causes of *loss* are otherwise covered in this coverage Form;

(2)    Hidden decay;

(3)    Hidden insect or vermin damage;

(4)    Weight of people or personal property;

(5)    Weight of rain that collects on a roof;

(6)    Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

b.    Scaffolding, Construction Forms and Temporary Structures

(1)    We will pay for direct physical *loss* which is caused by or results from a Covered Cause of Loss, to scaffolding, construction forms and temporary structures, but only while they are at a location you have reported to us.

(2)    We will also pay for the cost of re-erection of the scaffold if the *loss* of the scaffolding is caused by or results from a Covered Cause of Loss. The most we will pay for the re-erection of scaffolding is $5,000.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

# BUILDER'S RISK COVERAGE FORM

This form is subject to the information in the Declarations and the Policy Conditions, Schedules and Endorsements.

Throughout this policy, the words *you* and *your* refer to the Named Insured shown in the Declarations.  The words *we*, *us* and *our* refer to the Company providing this insurance.

Words and phrases that appear in *italics* have special meaning.  Refer to Section F. DEFINITIONS.

## A.    COVERAGE

We will pay for direct physical *loss* to Covered Property from any Covered Cause of Loss described in this Coverage Form.

1.    **COVERED PROPERTY**, as used in the Coverage form means:

    a.    Property which has been installed, or is to be installed in any commercial structure and/or any one (1) to eight (8) family dwelling, private garage, or other structures that will be used to service the dwelling at the location which you have reported to us.  This includes:

        (1)    Your property;

        (2)    Property of others for which you are legally responsible;

        (3)    Paving, curbing, fences, trees, shrubs, plants, lawns and outdoor fixtures; and

        (4)    Completed dwelling(s) which is being used as a Model Home when reported to us as such on monthly reports with an amount shown.

2.    PROPERTY NOT COVERED

Covered Property does not include:

    a.    Existing building or structure to which an addition, alteration, improvement, or repair is being made, unless specifically endorsed;

    b.    Plans, blueprints, designs or specifications, except as provided in Additional Coverage section of this Coverage Form; and

    c.    Land.

40471
Rev. 10-96

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc 1995

F.  **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1982, 1983

IL 00 17 11 85

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

A. **CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. **CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. **EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

D. **INSPECTIONS AND SURVEYS**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

E. **PREMIUMS**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

IL 00 17 11 85

Copyright, Insurance Services Office, Inc., 1982, 1983

G.  **PAIR, SETS OR PARTS**
1.  Pair or Set.  In case of "loss" to any part of a pair or set  we may:
a.  Repair or replace any part to restore the pair or set to its value before the "loss;" or
b.  Pay the difference between the value of the pair or set before and after the "loss."
2.  Parts.  In case of "loss" to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

H.  **PRIVILEGE TO ADJUST WITH OWNER**
In the event of "loss" involving property of others in your care, custody or control, we have the right to:
1.  Settle the "loss" with the owners of the property.  A receipt for payment from the owners of that property will satisfy any claim of yours. .
2.  Provide a defense for legal proceedings brought against you.  If provided, the expense of this defense will be at our cost and will not reduce the applicable Limit of Insurance under this insurance.

I.  **RECOVERIES**
Any recovery or salvage on a "loss" will accrue entirely to our benefit until the sum paid by us has been made up.

J.  **REINSTATEMENT OF LIMIT AFTER LOSS**
The Limit of Insurance will not be reduced by the payment of any claim, except for total "loss" of a scheduled item, in which event we will refund the unearned premium on that item.

K.  **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**
If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after "loss" to impair them.

**GENERAL CONDITIONS**
A.  **CONCEALMENT, MISREPRESENTATION OR FRAUD**
This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you  or any other insured, at any time, concerning:
1.  This Coverage Part;
2.  The Covered Property;
3.  Your interest in the Covered Property; or
4.  A claim under this Coverage Part.

B.  **LEGAL ACTION AGAINST US**
No one may bring legal action against us under this Coverage Part unless:
1.  There has been full compliance with all the terms of this Coverage Part; and
2.  The action is brought within two years after you first have knowledge of the "loss."

C.  **NO BENEFIT TO BAILEE**
No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

D.  **POLICY PERIOD**
We cover "loss" commencing during the policy period shown in the Declarations.

E.  **VALUATION**
The value of property will be the least of the following amounts:
1.  The actual cash value of that property;
2.  The cost of reasonably restoring that property to its condition immediately before "loss;" or
3.  The cost of replacing that property with substantially identical property.
In the event of "loss," the value of the property will be determined as of the time of "loss."

Copyright, Insurance Services Office, Inc.,  1994

COMMERCIAL INLAND MARINE
CM 00 01 06 95

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A.  ABANDONMENT

There can be no abandonment of any property to us.

### B.  APPRAISAL

If we and you disagree on the value of the property or the amount of "loss," either may make written demand for an  appraisal of the "loss."  In the event, each party will select a competent and impartial appraiser.  The two appraisers will select an umpire.  If they can not agree, either may request that selection be made by a judge of a court having jurisdiction.  The appraisers will state separately the value of the property and amount of "loss." If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding. Each party will:

1.  Pay its chosen appraiser; and
2.  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C .  DUTIES IN THE EVENT OF LOSS

You must see that the following are done in the event of "loss" to Covered Property:

1.  Notify the police if a law may have been broken.
2.  Give us prompt notice of the "loss." Include a description of the property involved.
3.  As soon as possible, give us a description of how, when and where the "loss" occurred.
4.  Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent "loss" resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.
5.  Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our consent

6 .  Permit us to inspect the property and records proving "loss."
7.  If requested, permit us to question you under oath, at such times as may be reasonably required, about any matter relating to this insurance or your claim, including your books and records.  In such event, your answers must be signed.
8.  Send us a signed, sworn statement of "loss" containing the information we request to settle the claim.  You must do this within 60 days after our request. We will supply you with the necessary forms.
9.  Promptly send us any legal papers or notices received concerning the "loss."
10.  Cooperate with us in the investigation or settlement of the claim.

### D.  INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same "loss," we will not pay more than the actual amount of the "loss."

### E.  LOSS PAYMENT

We will pay or make good any "loss" covered under this Coverage Part within 30 days after:

1.  We reach agreement with you;
2.  The entry of final judgement; or
3.  The filing of an appraisal award.

We will not be liable for any part of a "loss" that has been paid or made good by others.

### F.  OTHER INSURANCE

If you have other insurance covering the same "loss" as the insurance under this Coverage Part, we will pay only the excess over what you should have received from the other insurance.  We will pay the excess whether you can collect on the other insurance or not.

Copyright, Insurance Services Office, Inc.,   1994

CM 00 01 06 95

(7) Any other reasons that are approved by the Commissioner of Insurance.

We will mail or deliver written notice of cancellation under this item **2.b.,** to the first Named Insured at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 20 days before the effective date of cancellation if we cancel for a reason described in **2.b.(2)** through **(7)** above.

5. **PREMIUM REFUND**

If this policy is cancelled, we will send the first Named Insured any premium refund due, subject to paragraphs **5.a.** and **5.b.** The cancellation will be effective even if we have not made or offered a refund.

a. If we cancel, the refund will be pro rata.

b. If the first Named Insured cancels, the refund may be less than pro rata, and will be sent to the first Named Insured within 30 days after the effective date of cancellation.

B. Paragraph **f.** of the MORTGAGE HOLDERS Condition in the Businessowners Policy and Commercial Property Coverage Part and paragraph **4.(f)** of the Mortgage Holders Condition in the Farm Coverage Part is replaced by the following:

If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2) 20 days before the effective date of cancellation, if we cancel for any other reason.

C. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2. We need not mail or deliver this notice if:

a. We or another company within our insurance group have offered to issue a renewal policy; or

b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

3. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

IL 02 77 02 94