## IMPORTANT MESSAGE

FOR _____

DATE 7/25   TIME 3:21 A.M. / **P.M.**

M Brett (Shannon)

OF BSD

PHONE 630-6138
AREA CODE / NUMBER / EXTENSION

☐ FAX
☐ MOBILE 727-6701   875-0692
AREA CODE / NUMBER / TIME TO CALL

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | ✓ |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Bldrs Risk

Davis Development LLC
contractor BSD

Hibernia - Mandeville

SIGNED Linda - Const Lending

TOPS FORM 3002S MADE IN U.S.A.

## IMPORTANT MESSAGE

FOR _____

DATE 5/20   TIME ___ A.M. P.M.

M Zurich

OF Bldrs Risk Dept

PHONE _____
AREA CODE / NUMBER / EXTENSION

☐ FAX
☐ MOBILE _____
AREA CODE / NUMBER / TIME TO CALL

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Policies are canceled
after 15 mos of no activity

This insured has never
reported a start.

SIGNED _____

TOPS FORM 3002S MADE IN U.S.A.

## IMPORTANT MESSAGE

FOR _____

DATE 6/26   TIME 2:08 A.M. / **P.M.**

M Colleen

OF BSD

PHONE 985-875-0692
AREA CODE / NUMBER / EXTENSION

☐ FAX
☐ MOBILE _____
AREA CODE / NUMBER / TIME TO CALL

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Bldrs Risk for
Davis Dev needs to
be changed to BSD
Const. Inc.
eff: 10-25-02

SIGNED bc

TOPS FORM 3002S MADE IN U.S.A.

## IMPORTANT MESSAGE

FOR _____

DATE 9/24   TIME ___ A.M. P.M.

M Colleen

OF BSD

PHONE _____
AREA CODE / NUMBER / EXTENSION

☐ FAX
☐ MOBILE _____
AREA CODE / NUMBER / TIME TO CALL

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE 6109 Marshall Foch

Bill @ Zurich
rec'd & is cov.

SIGNED bc

TOPS FORM 3002S MADE IN U.S.A.

EXHIBIT 4