UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE:  <u>Brock</u>, 06-4931 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Plaintiffs' Amended Motion for Leave to File Second Supplemental and Amending Complaint Pursuant to Procedure, etc., Record Doc. No. 8405

O R D E R E D:

 XXX : GRANTED. The proposed amendment, which is opposed only by the United States, is nothing more than an attempt specifically to identify all named plaintiffs who allege that they have now complied with the administrative requirements of the Federal Tort Claims Act before filing suit against the United States and wish to pursue their individual FTCA claims. Given the opposition of the United States to the class action allegations in this matter and its insistence that claimants make all necessary FTCA filings, the amendment is vital and should be allowed.

New Orleans, Louisiana, this   5th   day of November, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.