**MINUTE ENTRY**
**DUVAL, J.**
**OCTOBER 31, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: ALL INSURANCE CASES & 05-6323 | NO. 05-4182 |
| | SECTION "K"(2) |

**MOTION** to modify the Court's May 1, 2006 consolidation order; and deconsolidate and/or sever case within the Insurance Umbrella by Insurance defendants' joint, filed 9/19/07, doc. 7759.

**MOTION** for entry of final judgment by Standard Fire Insurance Company. filed 9/28/07, doc. 8051.

**MOTION** for entry of final judgment by State Farm Fire and Casualty Company. filed 10/16/07, doc. 8434.

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTER: TONI TUSA**

**APPEARANCES:** Joseph Bruno, Scott Joanen, Steve Usdin, Minor Pipes, Edward Wicker, James Garner, Frank Dudenhefer, Jr., Richard Fenton, Ralph Hubbard, III, Charles Chassaignac, Calvin Fayard, Wayne Lee, John Baay, & William Wegmann, Jr.

Court begins at 2:02 p.m. Case called; all present and ready.
Oral argument by parties regarding doc 7759. This matter is SUBMITTED.
Oral argument by parties regarding docs. 8051 & 8434.
Attorney Frank Dudenheffer, Jr. shall submit a supplemental of authorities and report on what is left open in the Vanderbrook matter to the Court by 3:00 pm on November 1, 2007 and Attorney Ralph Hubbard, III may submit a response, after which time these matters are SUBMITTED.
Court adjourned at 3:07 p.m.

JS-10 (1:05)