UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO INSURANCE<br>CASE NUMBER 07-4393 | *   CIVIL ACTION NO: 05-4182<br>*<br>*   "K" (2)<br>*<br>*   JUDGE DUVAL<br>*   MAGISTRATE WILKINSON<br>* |

## CORPORATE DISCLOSURE STATEMENT

**NOW COMES**, defendant, State Farm Fire and Casualty Company, (hereinafter referred to as "State Farm"), a foreign corporation, who files this Corporate Disclosure by and through undersigned counsel in compliance with Local Rule 5.6 and Federal Rule of Civil Procedure 7.1.

Defendant states that State Farm is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company. State Farm Mutual Automobile Insurance Company is the parent of defendant, State Farm, and no publicly held company owns 10% or more of its stock. Furthermore, neither defendant State Farm nor its parent has any publicly traded stock.

    MCCRANIE, SISTRUNK, ANZELMO
    HARDY, MAXWELL & MCDANIEL
    3445 North Causeway Boulevard
    Suite 800, Metairie, LA 70002
    Telephone: (504) 831-0946
    Telecopier: (504) 831-2492

    /s/ Peter J. Wanek
    _____
    PETER J. WANEK (23353) (pwanek@mcsalaw.com)
    C. DEVIN FADAOL (26878) (dfadaol@mcsalaw.com)
    Attorneys for Defendant, State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by electronic filing with the United States District Court properly addressed, November 6, 2007.

/s/ Peter J. Wanek