UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| VALERIE ZIMMERMAN | * | CIVIL ACTION NO.: 05-4182 Reference: 06-3932 |
|---|---|---|
| Versus | * | SECTION: K |
| STATE FARM FIRE & CASUALTY | * | MAG. 2 |

## ORDER

IT IS HEREBY ORDERED that the above numbered and entitled cause of action has been amicably compromised and settled, and therefore, any and all causes of action of the Plaintiffs, Valerie E. Zimmerman and Sterling C. Zimmerman, against all parties should be dismissed with full prejudice, with each party to bear his own cost.

New Orleans, Louisiana, this 6th  day of November, 2007.

_____
JUDGE

3