UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION: NO. 05-4182 |
| PERTAINS TO: | * <br> * | JUDGE: DUVAL |
| INSURANCE: *AARON* 06-4746 | * <br> * | MAGISTRATE: WILKINSON<br>STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of the case for the purposes of dismissing certain Farmers Insurance Exchange homeowners policy holders with prejudice and to dismiss all other plaintiffs' claims against Farmers Insurance Exchange, in its capacity as the homeowners insurance carrier, only, without prejudice;

IT ORDERED ADJUDGED AND DECREED that all of the claims of Joann Duncan, Patricia Johnson, Angela McKnight, Marlene Z. Pete, Lawrence and Shelia Pinkey[sic] (Pinkney) and Thomika and Don Cunningham, including without limitation their claims arising out of their respective policies of insurance for all damages sustained either in Hurricane Katrina and/or Hurricane Rita and/or claims based on subsequent claim handling against Farmers Insurance Exchange are hereby dismissed with prejudice at each party's cost.

As a result of the foregoing, no remaining plaintiffs in this matter have claims against Farmers Insurance Exchange, in its capacity as the homeowners insurance carrier. Therefore, it is hereby ordered that Farmers Insurance Exchange, in its capacity as a homeowners insurance carrier, only, be terminated as a defendant from the instant case, reference number 06-4746.

SIGNED IN CHAMBERS, New Orleans, Louisiana, this   6th   day of       November      , 2007.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA