UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| PERTAINS TO:<br>ALL INSURANCE CASES | * * | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering State Farm Fire and Casualty Company's *Ex Parte* Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Support of the Insurance Defendants' Joint Motion to 1) Modify the Court's May 1, 2006, Consolidation Order; and (2) Deconsolidate and/or Sever Cases Within the Insurance Umbrella (the "Motion"),

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company's Motion is granted and State Farm is permitted to file its Reply Memorandum in Support of the Insurance Defendants' Joint Motion to 1) Modify the Court's May 1, 2006, Consolidation Order; and (2) Deconsolidate and/or Sever Cases Within the Insurance Umbrella.

**NEW ORLEANS, LOUISIANA,** this __6th__ day of __November__, 2007.

_____
United States District Judge

897160v.1