UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| LITIGATION | * | 05-4182 |
| | * | MAGISTRATE 2 |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: BYRNES ALEMAN (07-5397) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes defendant, The Board of Commissioners for the Lake Borgne Basin Levee District, who moves this Honorable Court to allow Gary M. Zwain and Joseph E. Bearden of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, to enroll as additional counsel of record on its behalf, in addition to Andrew D. Weinstock and Jennifer M. Morris of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock. The addition of Mr. Zwain and Mr. Bearden will in no way delay these proceedings.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

_____
**ANDREW D. WEINSTOCK (#18495)**
**GARY M. ZWAIN (#13809)**
**JENNIFER M. MORRIS (#29936)**
**JOSEPH E. BEARDEN, III (#26188)**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
(504) 832-3700 (Telephone)
(504) 837-3119 (Facsimile)
**ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed, this 6th day of November, 2007.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * * * * * | CIVIL ACTION 05-4182 MAGISTRATE 2 SECTION "K" |
| PERTAINS TO: BYRNES ALEMAN (07-5397) | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Motion to Enroll Additional Counsel of Record* of defendant, The Board of Commissioners for the Lake Borgne Basin Levee District;

**IT IS ORDERED** that Gary M. Zwain and Joseph E. Bearden, III of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, is hereby allowed to enroll as additional counsel of record on behalf of The Board of Commissioners for the Lake Borgne Basin Levee District.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
**JUDGE**