UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLDIATION LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: (INSURANCE: McKnight: Case No. 06-7687) | * * | & Consol. Cases |
| | * | SECTION "K" |
| | * | |
| | * | MAG.  2 |

**************************************************

## MOTION FOR ENTRY OF FINAL JUDGMENT

**NOW INTO COURT,** through undersigned counsel come Martin Insurance Agency, Inc., defendants, who move this Court pursuant to F.R.C.P. Rules 59 and 60, to enter final judgment in accordance with the attached Orders (Exhibits "A" and "B"), pursuant to 28 U.S.C. 1291, or alternatively, F.R.C.P. Rule 54.

**WHEREFORE,** Martin Insurance Agency, Inc. pray for entry of final judgment from this Court's ruling entered March 5, 2007.

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ Stephen M. Gelé

STEPHEN M. GELÉ (#22385)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:     504/836-7537
Fax:                 504/836-7538
sgele@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ Stephen M. Gelé
STEPHEN M. GELÉ

---