MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 6, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: ROAD HOME, <u>Louisiana State</u>, 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

     A conference was conducted on this date. Participating via telephone were: Frank Elliott and Frank Dudenhefer, representing plaintiffs; Seth Schmeeckle, Wayne Lee, Judy Barrasso, Chase Chassaignac and Stewart Thompson, representing defendants.

     The purpose of the conference was to discuss the court's concerns and questions concerning the proposed confidentiality order submitted by the parties. Counsel will reformulate the proposed order to address the court's concerns and re-submit a proposed order with an appropriate motion.

                                             JOSEPH C. WILKINSON, JR.
**CLERK TO NOTIFY:**                     UNITED STATES MAGISTRATE JUDGE
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: 1 : 00