## CERTIFICATION

I hereby certify that I am local counsel representing the State of Louisiana in "IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION PERTAINS TO: ROAD HOME STATE OF LOUISIANA, C.A. No. 07-5528." on the docket of the United States District Court Eastern District of Louisiana, Civil Action No. 05-4182, and that I have an agreement of association in this case with Samuel Issacharoff to represent the State of Louisiana.

This the 6th day of November, 2007.

                                                /s/ Calvin C. Fayard, Jr.
                                                CALVIN C. FAYARD, JR.