UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO: ROAD HOME<br>*State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

*******************************************************************

STATE OF NEW YORK

COUNTY OF NEW YORK

## AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared SAMUEL ISSACHAROFF, who, after being duly sworn, did depose and state the following:

1. My name is Samuel Issacharoff. I am an active member in good standing of the bar of the State of Texas and an inactive member of the bar of the State of Pennsylvania. I desire to appear as counsel *pro hac vice* for the State of Louisiana in "*IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION PERTAINS TO: ROAD HOME*" on the docket of the United States District Court, Eastern District of Louisiana, Civil Action No. 05-4182.

2. My full name, residence address, and office address are:
   Samuel Issacharoff
   40 Washington Square South     Home: 300 West End Ave.
   New York, NY (10023)            New York, NY 10023

3. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of the State of Louisiana.

4. In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear;

  a. That I have never had any disciplinary or criminal charges instituted against me.

  b. That I will support the Constitution of the United States and that I will demean myself uprightly and according to the law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

  Further affiant sayeth not.

_____
SAMUEL ISSACHAROFF

SWORN TO and SUBSCRIBED this 2nd day of November, 2007.

_____
SAMUEL ISSACHAROFF

SWORN TO AND SUBSCRIBED BEFORE ME, on this the 2nd day of November, 2007.

_____
NOTARY PUBLIC

My Commission Expires:

4/23/11

CAROLE PERCACCIA
Notary Public, State of New York
No. 31-4637460
Qualified in New York County
Commission Expires Jan 31, 2008
4/23/11