UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| 07-5769 (Gerry Call v. Allstate Insurance Company) 07-5767 (Shane Ansardi v. Allstate Insurance Co.) 07-5768 (Alvin Alexander v. Allstate Insurance Co.) 07-5960 (Michael Kramer v. Allstate Insurance Co.) 07-5961 (Arthur Burton v. Allstate Insurance Co.) 07-5199 (Rafael Acevedo v. AAA Ins.) 07-5205 (Chudd Abram v. AAA Ins.) | * * * * * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO APPEAR *PRO HAC VICE* AS TRIAL COUNSEL FOR ALLSTATE INSURANCE COMPANY

Defendant Allstate Insurance Company ("Allstate"), moves that Stephen H. Lee and Joe B. (Trey) Henderson III be admitted by this Court to act as trial counsel on behalf of Allstate, and in support of this motion states:

1

1.      Stephen H. Lee is licensed to practice law in the state of Texas (admitted 1994). Currently, he is a member in good standing of the State Bar of Texas. Mr. Lee is not under suspension or disbarment by any court, and no criminal charges have been instituted against him. As evidence thereof, an affidavit and certificates of good standing from the State Bar of Texas and the United States District Court for the Southern District of Texas are attached as Exhibits A, B, and C.

2.      J. B. (Trey) Henderson III is licensed to practice law in the state of Texas (admitted 1997). Currently, he is a member in good standing of the State Bar of Texas. Mr. Henderson is not under suspension or disbarment by any court, and no criminal charges have been instituted against him. As evidence thereof, an affidavit and certificates of good standing from the State Bar of Texas and the United States District Court for the Southern District of Texas are attached as Exhibits D, E, and F.

3.      Messrs. Lee and Henderson are attorneys with the law firm of Doyle, Restrepo, Harvin & Robbins, L.L.P., 600 Travis, Suite 4700, Houston, Texas 77002 (telephone: 713-228-5100); (facsimile: 713-228-6138); (e-mail: slee@drhrlaw.com; thenderson@drhrlaw.com). The firm also maintains an office in Metairie, Louisiana at 6660 Riverside Drive, Suite 212, Metairie, Louisiana 70003, telephone (504) 456-5809, facsimile (504) 456-5810.

4.      Arthur J. Lentini is co-counsel for Allstate in the above-captioned matters and will remain actively involved in these matters. By this motion, it is requested that

the Court admit, *pro hac vice,* Stephen H. Lee and J. B. (Trey) Henderson III to act as trial counsel for Allstate.

WHEREFORE, Defendant Allstate Insurance Company prays that Stephen H. Lee and J. B. (Trey) Henderson III be admitted *pro hac vice* and enrolled as trial counsel of record in the above-referenced proceedings.

Respectfully submitted,

By: _____
Arthur J. Lentini, APLC (#8520)

6620 Riverside Drive, Suite 312
Metarie, Louisiana 70003
(504) 780-8700 Telephone
(504) 780-8770  Facsimile

***Attorney for Allstate Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Application for Admission *Pro Hac Vice* has been served upon all counsel of record *via* United States mail, postage prepaid, this 6th day of November, 2007.

_____
Arthur J. Lentini

3