# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
§

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Stephen H. Lee**, Federal ID No. **18313** was duly admitted to practice in said Court on **March 24, 1995** and is in good standing as a member of the bar of said Court.

Dated  October 30, 2007   at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: /s/ Ebonee' Spencer
Ebonee' Spencer
Deputy Clerk



Exhibit C