UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * * | |
| 07-5769 (Gerry Call v. Allstate Insurance Company) 07-5767 (Shane Ansardi v. Allstate Insurance Co.) 07-5768 (Alvin Alexander v. Allstate Insurance Co.) 07-5960 (Michael Kramer v. Allstate Insurance Co.) 07-5961 (Arthur Burton v. Allstate Insurance Co.) 07-5199 (Rafael Acevedo v. AAA Ins.) 07-5205 (Chudd Abram v. AAA Ins.) | * * * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF J. B. (TREY) HENDERSON III

STATE OF TEXAS §
§
COUNTY OF HARRIS §

THE AFFIANT, J. B. (Trey) Henderson III, after having first been duly sworn, hereby states the following under oath, pursuant to Local Rule 83.2.6(e) of the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, in connection with my request for admission to appear as counsel *pro hac vice:*

1.   I desire to appear as counsel *pro hac vice* for Defendant Allstate Insurance Company ("Allstate") before the United States District Court for the Eastern District of Louisiana in the above-captioned matters.

2.   I am an attorney at law, admitted to practice in Texas before the Supreme Court of Texas, the Highest Court in the State of Texas.

Exhibit D

3. I also am admitted to practice before the United States District Court for the Southern District of Texas.

4. I have practiced law continuously since my admission in the State of Texas in 1997 and am currently in good standing of the Bar of the State of Texas and all other bars to which I am admitted.

5. Attached hereto are Certificates of Good Standing from the State Bar of Texas and the United States District Court for the Southern District of Texas.

6. No disciplinary proceedings or criminal charges have ever been instituted against me.

7. I currently practice law with the law firm of Doyle, Restrepo, Harvin & Robbins, L.L.P., and my primary contact information is as follows:

> J. B. (Trey) Henderson III
> Doyle, Restrepo, Harvin & Robbins, L.L.P.
> 600 Travis, Suite 4700
> Houston, Texas 77002
> Telephone: (713) 228-5100
> Facsimile: (713) 228-6138
> E-mail: thenderson@drhrlaw.com

8. The name and address of the member in good standing of the Louisiana Bar who is admitted to practice before the United States District Court for the Eastern District of Louisiana with whom I am associated in the above-styled action is as follows:

> Arthur J. Lentini
> 6620 Riverside Drive, Suite 312
> Metairie, Louisiana 70003
> Telephone: (504) 780-8700
> Facsimile: (504) 780-8770
> E-mail: artlent@hotmail.com

9. I consent to the jurisdiction of the United States District Court for the Eastern District of Louisiana in all respects as if I were a regularly admitted and licensed member of the

Louisiana Bar and admitted to practice before the United States District Court for the Eastern District of Louisiana.

_____
J. B. (Trey) Henderson III

Subscribed and sworn to before me this 5th day of November, 2007.

_____
Notary Public, State of Texas

DEBBIE A ASHLEY
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2008

3