# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

October 09, 2007

RE:   **Mr. Joe Boyd Henderson, III**
      State Bar Number - **00798251**

To Whom it May Concern:

This is to certify that Mr. Joe Boyd Henderson, III was licensed to practice law in Texas on May 02, 1997 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



Exhibit E

P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222