# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
§

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **J.B. Henderson**, Federal ID No. **29165** was duly admitted to practice in said Court on **February 1, 2002** and is in good standing as a member of the bar of said Court.

Dated   October 30, 2007   at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _Carmen Peebles_
Carmen Peebles
Deputy Clerk



Exhibit F