UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO.:  05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  INSURANCE | * <br> * | |
| 07-5769 (Gerry Call v. Allstate Insurance Company)<br>07-5767 (Shane Ansardi v. Allstate Insurance Co.)<br>07-5768 (Alvin Alexander v. Allstate Insurance Co.)<br>07-5960 (Michael Kramer v. Allstate Insurance Co.)<br>07-5961 (Arthur Burton v. Allstate Insurance Co.)<br>07-5199 (Rafael Acevedo v. AAA Ins.)<br>07-5205 (Chudd Abram v. AAA Ins.) | * <br> * <br> * <br> * <br> * <br> * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING STEPHEN H. LEE AND
## J. B. (TREY) HENDERSON III ADMISSION *PRO HAC VICE*
## AS TRIAL COUNSEL FOR ALLSTATE INSURANCE COMPANY

Considering the foregoing Motion to Appear *Pro Hac Vice* as trial counsel for Defendant Allstate Insurance Company,

IT IS ORDERED that the Motion is hereby granted and that Stephen H. Lee and J. B. (Trey) Henderson III be and hereby are admitted *pro hac vice* to appear as trial counsel for Defendant Allstate Insurance Company in the above-referenced cases.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1