MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 6, 2007

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
      CONSOLIDATED LITIGATION

                                           NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Steudlein, 06-7307       JUDGE DUVAL
                                           MAG. WILKINSON

     A preliminary conference was conducted in the referenced case, Christine Steudlein et al. v. State Farm Fire and Casualty Company et al., C.A. No. 06-7307 c/w 05-4182, on November 6, 2007, before the undersigned magistrate judge.  Participating via telephone were:  Gary Pendergast, representing plaintiffs;  Joseph Messina and Kristie Luke, representing defendants.  The conference was conducted pursuant to referral of the presiding district judge, Record Doc. No. 8407, and Paragraph VII of Case Management Order No. 4 ("CMO No. 4").

     Plaintiffs' counsel advised that defendant Warreh Dennis cannot be located and has not been served within the period permitted by Fed. R. Civ. P. 4(m).  In addition, he advised that plaintiffs do not wish to pursue any claim in this action against the flood

MJSTAR:  0 : 15

insurer, Fidelity National Ins. Co.  Accordingly, plaintiffs will file within ten (10) days a motion to dismiss these two defendants without prejudice.  The only claims then remaining will be under plaintiffs' homeowners' policy against defendant State Farm.

Counsel advised that they do not request at this time entry of a scheduling order as to the individual claims, as they await a state appellate court ruling on the flood exclusion provision of the homeowners policy.  Thus, no scheduling order will be issued at this time.

Settlement possibilities were discussed.  It appears that the case is not currently in a posture to settle, but may well be ripe for meaningful settlement discussions when a decision on the flood exclusion issue currently pending in the Louisiana Fourth Circuit is issued.

Counsel will advise me directly if they seek either entry of a scheduling order or a settlement conference, after the state appellate court renders its decision.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

- 2 -