<a>
</a>

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 25 PM 2:00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

Winston, Sr. & Donna Aaron, Shelton & Melinda Abram, Deborah Acker, Ernesto, Sr. & Carmen Acosta, Mark Barnes, Andrea Adams, Debra & Daryl Adams, Sr., Lela & Rose Adams, Charlene L. Adams, Josephine S. Adams, Joseph Agular, III, Joseph Agular, Jr., Terrise & Rodney Albert, Linda Alcorn, Dessie Alexander, Dianne R. Alexander, Maria Vancel Alexander, Ronald Alexander, Shirley Alexander, Audrey Alexis, Dorothy & Nolan Alexis, Sr., Christopher & Courtney Allen, Clifton & Estelle Allen, Donniecia Allen, Francis A. & Morel Allen, Jesse Allen, Sr., Theresa & Lorenzo Allen, Linda & Raymond Ambrose, Jr., Maureen Ancar, Thaddeus Ancar, Denise Ancar, Laura & Bobby Anderson, Arthur M. Anderson, III, Eva Anderson, Louis & Celestine Anderson, Daniel Andrews, James & Emma Andrews, Judy & Julius Andrews, Gary & Cynthia Angle, Ricky Anthony, Sr., Jeaneariear Antoine, Rianne Armour, Sherman & Arles Arnold, Darryl & Sandra Atkenson, Ryan & Linda Aubert, L.J. & Eva Aucoin, Arthur Augusta, Jr., Madeline Augusta, Janice Augustine, Jesse & Doris Augustine, Hazel & Merlin Babin, Katie Ann Babineaux, Wintrea & Melvin Bacchus, Barbara Badie, Kevin P. Baker, Delores Baker, Bertha & Chris Ballard, Beverly Banks, James & Mary Banks, Lonnie Banks, Betty Baptiste, Judy & Riley Baptiste, John & Lois

CIVIL ACTION NO. **06-4746**

SECT. R MAG. 4

MAGISTRATE:

1



EXHIBIT A

Fee 350.00
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No ___

Barabino, Latonya Barard, Johnnie Barnes, Thomas &
Barbara Barnes, Vernon Barnes, Bessie Barnett, Conrad
Barre, II, Antoine M. & Althera Barriere, Ella M.
Barrow, Liddie Bartee, Donell Barthelemy, D'Andrea
& Troylynn Bass, Dorothy Bates, Thelma Batieste,
Jackie Battiste, Joseph & Jo'Ann Battiste, Candice
Carrie Beasley, Emily & James Becnel, Joseph
Becnel, Kevin Belin, Angeline & Michael Bell,
Charmaine Bell, Elizabeth & Willie M. Bell,
John Bell, Janice Bastian, Casey & Sherra
Bemise, Janet Benjamin, Gary & Regina
Bennett, Ella & Cleophus Benson, Eirene Berard,
Casey & Bennett, Ella & Cleophus Benson, Eirene
Berard, Lamera Berger, Annette & Charles Berry,
Sr., Eliza M. Berry, Lois & Wallace Bertrand,
Lynette & Paul Bertrand, Clarence & Virginia Berzat,
Craig & Dana Biagas, Gail Bickham, Kevin Bickham,
Cindy & Nathienal Bierria, Mary Bigbee, Joseph &
Diana Binder, Bruce & Lavernia Black, Debra
Blackwell, Kevin L. Bland, Mark & Anita Blay,
Alvin & Elaine Blouin, Laverne Blunt, Ruth Blunt,
James C. & Gloria Bogan, Judith & Joe Bogen,
Pamela Bolton, Floyd Bonnette, Katheryn Bordenave,
Lucy Boudreaux, London Bouie, Jr., Stephanie Bouin,
Robert & Yoland Boutte, Juanita Bowie, Lorraine
Bowman, Beatrix Boyd, Emily Boyd, Gizzelle
Bozoneire, Jo Ann & Noel Bradley, Karen & Leon
Brady, Lillie & Joseph Brady, Hazel Branch,
Margaret Branch, Jenny Branch, Anna Branon, Mildred
A. Brasly, Cammy Breaux, Vincent Breaux, Iris D.
Brickley, Kim Brickley, Helen Bridges, Rochond
L. Bridges, Carl & Gertrude Bridgewater, Terry &
Dorion Briggs, Rhonda Broadway, Roderick
Broadway, Hamilton Brock, Mable Brock, Clara M.
& Malcom L. Brooks, Keith A. & Leslie N. Brooks,
Lloyd & Shelia Brooks, Lynelle Brooks, Phyllis
Brooks, Roland Broussard, Brandon Brown, Carrie
Brown, Frances Brown, Glenda Brown, Janice
Brown, Katrina & Keith Brown, Loretta Brown,
Sonya Brown, Vicki Brown, Yolanda Brown,
Evangeline Brown, Gloria Brown, Harriet Brown,
Rebecca Brown, Patricia N. Browne, Lillian
Brumfield, Shelia Bullock, Donlynn & Beatrice

2

Burns, Nehemiah & Bernice Burns, Julius & Janice
Burrell, Alvin & Elizabeth Butler, Elnora Butler,
Harold Butler, Rose Butler, Billy & Shalanda Byrd,
Dorothy M. Cage, Yvette Cage, Deloras Cager, Melvin
& Earline Calendar, Carrie Calhoun, Jennie Calhoun,
Raymond & Nora Calice, Raymond & Shirley
Campbell, Anthony & Cheryl Caprera, Shirley
Carriere & Martha Irving, Jacqueline & Herman
Carroll, Michael & Garance Carson, Delories Irma
Carter, Ella Delise Carter, Leo Carter, Marshall &
Ann Carter, Larry D. Caston, Sr., Tyra & Odell Causey,
Felthus Cavalier, Carol E. Chance, Sherri & Allen
Chance, Lawrence & Leola Chaney, Calvin & Sylvia
Chapman, Lorena Chapman, Armand Charbonnet,
Courtney Charbonnet, Rochell R. & Dyrus Charles,
Shirley Charlot, Willie Chester, Mary Chesterfield,
Maria Kay Chetta, Japheth & Bernice Chissell,
Herbert Christenberry, Cynthia & Gregory Christian,
Vivian Christophe, Pamela & Leroy Clanton, Deunke
Clark, Sheldon Clark, Willie Mae Clark, Sharon M.
Claude, Dwayne & Caprice Clipps, Stafford & Lillian
Cola, James & Juanita Cole, Charles & Joan Marie
Coleman, Ethel Coleman, Lloyd & Lucille Coleman,
Emelda Coleman, Beverly Collins, Natasha Collins,
Joseph R. Colomb, Jr., Gwendolyn & Melvin Colvon,
George Connelly, Lois Conway, Blanche' Cook, Cheryl
Cook, Jerry & Dominique Cook, Isabelle & Obery,
Cooper, Niya D. Cooper, Linda Cope, Nell Cordova,
Chere Cormier, Gail G. Cornin, Joseph Corral,
Alvin & Caroline Coulon, Lauranetta Cousan
& Leonard Lobo, Armtrice Cowart, Wilma Crain,
Justin J. Crespo, Barbara & Noel Crockett, Rose Cropper,
Johnny Crutchfield, Sharon & Lawrence Cuiellette,
Sandra Cummings, Tamika & Don Cunningham,
Honora Curry, Alita Cusher, Germaine Cutno, Mackey
& Jean Cutno, Larry & Lucille Dace, Dora Daigle,
Valrita G. Dandridge, Danny & Diane Danflous,
Tony Dang, Jeardine Daniels, Phaedra Dannel &
Garland Cruell, Valerie Dapremont, Darrin Dave,
Madison Dave, Gloria Davillier, Barbara & Alfred Davis,
Brenda Davis, Elain B. Davis, Gerald & Marvel Davis,
Irma F. Davis, Jeffery & Deborah Davis, LaShanda M.
Davis, Lou Angella Davis, Sandra & Brian Davis, Sr.,

3

Cynthia Davis, Lena & Ruffin Dawson, Raeschelle Dawson,
Leroy & Carrie Day, Beverly & Eric DeCuir, Michel R. &
Nobie Dedeaux, Heather DeGruy, Ernest & Diane DeJean,
Leslie & Jessilea Dejoie, Angela Delaney, Stella Delat,
Carol Delay, Sheila M. Delone, Vanessa Demasiliere,
Thelma Demazeliere, Janice M. Dennison, Cedric A.
Desdunes, Sr., Allan DesVignes, Shneitha B. Dewey,
John & Mercides Dexter, Tanyelle & Wynan Diaz, Opal
G. Dibble, Sheralyn & Gary Dickerson, Kenyatta &
Harry Dilosa, Shirley Dilosa & Ricardo Smith, Lanier
& Pauline Dixon, Lionel & Demetra Dixon, Hazel
Donald, Joanette Doucette, Jackie E. & Connell
P. Duchane, Barbara Dunams, Audry V. Dunbar,
Charlie & Betty Dunbar, Ray Dunbar, Ellis Duncan,
JoAnn Duncan, Valencia & Roland Duncan, Jr.,
Kenneth & Patricia J. Dunkley, Violet Dunkley,
Carol & Ricky Dunn, Sr., Barrett & Mary T.
Duplessis, Victor L. & Gwendolyn Duplessis, Louise
& Jerry A. Duplessis, Shalonda Dupliessis, Denise &
Jean Dykes, Nannetta & Ronald Eddington,
Aloyd Edinburg, Alfred T. & Carmel B. Edwards,
Henry B. & Irma Edwards, Kendra Edwards, Kerry L.
& Jennie P. Edwards, Lillie M. Edwards, Maya
Edwards & Willie Moten, Wanda Edwards, Mitchell
O. Ervin, III, Evelyn & Louis B. Evans, Joyce A.
Evans, LaDonnis Evans, Carrie & Emmett Everett,
Jesse & Utilda Farria, Roy & Anna Farves, Cynthia
Fefie, Alice Felix & Joseph Byrd, Collins & Linda
Fernandez, Jerome Fernandez, Marynell Fernandez,
Alfreda & George Fields, Theresa M. Fields,
Ronald Fleming, Paulette Flemings, Amelia &
Mack Flores, Sandra Floyd, Noella & Thaddeus
Foley, Christiana Ford, Jonah Ford, Sr., Julius &
Dianne Ford, Erma Fortenberry, Jeffery Foster,
Lorine S. Foster, Louvenia & Tyrone Foucher,
Julia Fountain, Yonda Henry Fournier, Carl &
Claudia Francis, Rita & Joseph A. Francois, Evelyn
Frank, Katrina C. Frank, Edmore & Alice Franklin,
Gloria Franklin, Karen Frazier, Vera Fulton, Samuel
& Yvonne Gable, David Gaines, Mercedes Gaines,
Russell Gaines, Warren Gambino, Patricia Gardner,
Ann Gary, James & Elinda Gathright, Herbert
Gatlin, Jessie & Shirley Gatlin, Cynthia Gaunichaux,

Mildred K. & Byron C. Gay, Alvin S. & Gail H
George, Derrick George, Deidra & Eric Gettridge,
Marvann Gettridge, Cheryl & Charles Gibbs, Paulette
& Willie Gibbs, Birdie & Kenneth Gibson, Luke &
Joan Gilbert, Teresica Gilbert, Willietta Gilbert, Ann
Marie Giles, Steven & Shantrese Gillam, Clarence
& Claudia Gillard, Jeanne S.Glapion, Johnny
Glover, Johnny & Magdaline Glover, Maxine &
Albert Glover, Belovia W. Grant, Gizelle Grant,
Betty Gray, Earl Nelson & Eula Lee Gray, Faye
Gray, Georgiana Gray, Mary Gray, Betty
Ann Green, Claiona Marie Green, Denise L. & Eugene
H. Green, Michael Green, Raymond & Flora Green,
Ruby & George Green, Thelma Green, Tyrone
Green, Natacha Green, Joseph & Michelle Gribbs,
Dennis Griffin, Teddie & Trina Griffin, Kyra &
Dion Griffith, Kernie & Geraldine Grinel, Paula
Grossman, Verna Gueringer, Alma Guidry,
Yvonne Guidry, Lashawn & Tyrone Gusman, Rachel
& Jerry Gutter, Auguzine Guy, John & Diana
Hale, Roosevelt & Roberta Hale, Carolyn & Charles
Haley, Richard & Hattie Haley, Trudy & Edward
Hall, Lawrence & Betty Hamilton, Eileen Hamilton
& Patrick Major, Marcellies & Catherine Hammond,
Louella Hammothe, Gerald Hampton & Shelita
Degruy, Lela Hampton, James & Beverly Hampton,
Edward & Janet Handy, Greer & Roy E. Handy, Jr.,
Marie Hansell, Delores Harding, Duane E. Hardy,
Linda Hardy, Theodore & Relinda Harkness, Earlene
& Roosevelt Harrell, Kernell Harrell & Vanessa
Walker, Adrienne Harris, Bruce Harris, Freda &
Robert Harris, Kelvin & Edna Harris, Odie L. Harris,
Shirley Harris, Wonder & James Harris, Eric Harrison,
Andrea Harrison & Anthony Harrison, Evelyn &
Joseph Harrison, Fanny & Arthur Harrison, Cornelia
Hart, Cynthia Harvey, Kenneth & Anna Harvey
Jenell Hassan, Irvin & Sylvia Hatcher, Joycelyn
& Leroy R. Hawkins, Demetrius Hayes, James E. &
Ella Hayes, Kevin & Lorraine Hayes, Annie Haynes,
Elain B. Haynes, Tracy Haywood, Berman &
Pearlean Hebert, Juanita Heim, Dianne Heisser,
Alma Henderson, Kathy & Wendell Henderson,
Melvin Henderson, Lillian & Eddie Henry, Jr., Doreen

& Jerry Hills, Gail P. Hills, Kineta Hilton, Marcella T. Hines, Merline Hobbs, Lionel & Frances Hodge, Bernadine & Wash Hodges, Scottie & Racquel Hodges, Rene & Charlotte Hollins, Linda & Keith Hollis, Carolyn Holmes, Edna Holmes, Yenan G. Holmes, Georgiana U. Horn, Lionel Horn, Nicole & Woodie Horne, Joan & Danny Howard, Monique M. Howard, Wayne & Roslyn Howard, Barbara Howard, Wilma & Jessie Huggins, Jacqueline Hughes, Linda & Roy Hughes, Alvin Hunt, Janice Hunter, Harold & Sandra Hurst, Ruby Isaac, Freddie Ivory, Annie Mae Jackson, Brandon & Carol Jackson, Bryan & Kellie Jackson, Carol Jackson, Carolyn Jackson, Charmine Jackson, Donna G. Jackson, James & Joyce Jackson, Ja'net & Bobby Jackson, Josephine & Johnny Jackson, Judy Jackson, Lionel A. & Linda H. Jackson, Lucretta Jackson, Mildred & Richard Jackson, William & Daisy Jackson, Joycelyn Jagers, Betty James, Danielle & Michael James, Mervin & Janet James, Milria James, Walter James, Carla Jarvis, Dolores & Elisha Jason, Jr., Charles & Sherri Jefferson, Harvey & Shirleen Jefferson, Kim & Clifton Jefferson, Michelle Jefferson, Bernadine Jenkins, Sandra & Donald Jenkins, Yolanda Jenkins, Michelle Jenkins, Alicia Jerome, Marie Jerome, Bertha S. Johnson, Brenda & Rufus Johnson, Cherlene Johnson, Cherrylane Johnson, Eddie Johnson, Flora Johnson, Henry & Marlene Johnson, Herbert & Barbara Johnson, Ida Johnson, Irving & Iris Johnson, Janice Johnson & Herschel Green, Keith Johnson, Lena J. Johnson, Lillie & Reginald Lee Johnson, Linda Johnson, Patricia Johnson, Shelina D. & Anthony Johnson, Sr., Vanessa & Dennard Johnson, Wallace & Debra Johnson, Rhonda & Wayne Johnson, Sr., Yolanda S. & Paul F. Johnson, III, Christopher & Lemoine Jones, Christy Jones, Corliss Jones, Debbie & Kendall Jones, Paulette & James Jones, Jr., Keith H. & Marlene A. Jones, Pamela Jones, Rondelyn & John Jones, Ruby & Wayne Jones, Sarah Jones, Selma & Charley Jones, Tyrone & Penny Jones, Veronica & Carl Jones, Carolyn Jordan, Virginia & Anthony Jordan, Ruth & Alton

Joseph, Sr., Albert A. Joseph, Sr., Alton Joseph, Armytean Joseph, Azemore & Evelyn Joseph, Charles & Nancy Joseph, Debra & Anthony Joseph, Margaret Joseph, Nancy & Charles Joseph, Wilfed Joseph, Adele Joseph, Clifton & Desaray Joshua, Ida Belle Joshua, Leanna Julien, Lionel & Dianne Jupiter, Stella & Leonard Keasley, Sr., Lorraine W. Keelen, Anne L. Kelley, Gloria Kelson, Elanda Ann Kenner, Adrian & Pearlie Kent, Melinda Kepp, Sidney & Ora Lee Keppard, Esau Kinchen, Jr., Danelle E. Kirchem, Roy & Doretha Kitchens, Regina Kraus, Sandra Labayen, Sharon & Byron LaFrance, Veronica LaFrance, James Lamark, Jr., Lorraine Lanaux, Monique Landry, Jerome & Sara Lang, Florence Larkin, Patricia Lassair & Irving Hickerson, Sr., Arthemase & Milton Lassiar, Melissa & Robert Laurant, Jr., Yvonne P.& Calvin L. Lavigne, Deone & Stanley Lawrence, Michael & Townie N. Lawrence, George Lea, Sr., Cecile & Toni Roman Learell, Debra LeBeouf, Barry & Dorothy LeBlanc, Andrew A. LeDuff, Adam Lee, Audrey Lee, Brenda A. Lee, Lois P. & Gerald A. Lee, Sr., Gwendolyn Lee, Karen & Charles Lee, Jr., Pauletta Lee, Dianne Leftridge, Melba Leggett & Baxter Barnes, Blanche Lemon, Aleane & Charles J. LePree, Jr., Aleane B. LePree, Elizabeth Leslie, James & Dorothy Levy, Tressie & Darrell Levy, Almedia Lewis, Alton Lewis, Correnthia Lewis, Dawn Lewis, Debbie & Kelvin Lewis, Denise & Oscar Lewis, Dwayne Lewis, Eugene & Cynthia Lewis, Harold & Sheila Lewis, John & Dianne Lewis, Karen Lewis, Kevin Lewis, Mildred & Solemon Lewis, Missie D. Lewis, Pamela Lewis, Sharon & Johnny Lewis, III, Thomas & Pearl Lewis, Lure & Tom Lewis, Jr., Willie & Velma Lewis, Courtney Little, Lloyd Mae Lockett, Lois & Stephen Lockhart, Vendetta & Frank Lockley, Larranette Lofton, Paulette Lotten, Cecile T. & Larry Lovell, Michael & Niemma Lowe, Sylvester W. Lucien, Johanis & Nathalie Luckett, Natalie Sykes Luckett, Vanetta Lumphins, Angela Lyons, Nicole Lyons, Jean & Donald Lyons, Chanel & Christopher Mack, Mack & Gwendolyn Mack, J. P. Mack, Jr., Thomas Mack, Jr., Ethel

Mackie, Ida Macklin, Catherine Magee, Cynthia H.
Magee, Pamela & Kelvin Magee, Alicia M. & Isaac
Major, Verlyn & Alsysies J. Mallery, Luvenia & Walter
Manuel, Cheryl & Harold Marchand, Rosalie R.
Marchand, Dolores Marco, Gloria & Ronald
Marrero, Shaleeat Marshall, Calvin & Angela
Martin, Audrey, Martin, Doris M. Martin,
Edward & Stephanie Martin, Lucille Martin,
Michael & Antionette Martin, Wanda & William
Mason, Brian & Cindy McCadney, Arnold McCallon,
Sr., Carolyn McCaskill, Ella & Tyrone McCormick,
Ransom & Labertha McCormick, Raymond & Sandy
McCoy, Leonard & Bertha McDaniels, Manson
McDonald, Ruby McDonald, Bryant McDonald &
Damien Green, Freddie & Tracy McFaden, David R.
& Kathleen McGowan, Yolanda & Melvin McGowan,
Sr., Inez McKenzie, Sean & Gary McKey, Barbara
McKinney, Mary & John McKinnon, Ruffin &
Gussie McKinzie, Angela M. McKnight, Hazel
McMiller, Eva & Richard Mead, Sanders &
Debra Mealey, Latoya Melancon, Jetter
Melendez, Gracie W. Melson, Vyntrella Menzies,
Carolyn & Armond Mercadel, Sr., Darnell M. &
Armond P. Mercadel, Gayle & Allen P. Mercadel,
Kathy L.& Maurice P. Mercadel, Marvin & Evelyn
Mercadel, Susan Meredith, Irene (Geraldine) Meredith,
Betty Merrell, Beryl Ann Merritt, Kelly J. Mesley,
Wendell & Kimberly Meyers, Chantele Mitchell &
Rudley Miland, John & Emily Mile, Carrie Milton,
Nellie Milton, Willie Milton, Clementine Robb
Mimms, Sarah C. Minor, Vera L. & Herman Mitchell,
Linye & Robert Mitchell, Sr., Gayle Mizett, Eleanora
D. Moffett, William Montgomery, Bobbie Moore,
Keshia Moore, Charlene Mora, Christine Mora,
Alexander Moret, Clarence Moret, Caroline &
Donald Morgan, Pamela & Robert Morgan, Shnika
Morgan, Shirley Morris, Ursula G. Morris, Willie A.
Morris, Sarah Edwards Morvant, Beulah Moses, Bryant
Moses, Sharon & Percy Moses, Tammy & Kevin
Moses, Ruth Moss, Beverly & Willie A. Moten, Adilah
& Yacub Muhammad, Damon Murray, Octavia Muse,
Edward Myles, Jr., Raineri Napoleon, Torey & Daniel
Naquin, Rosanna Washington & Otho Nash, Herbert

8

Neal & Felthus Cavalier, Antoinette Nealy, Linda
Nelson, Linda H. Nelson, Louis Nelson, Gary
& Warnett Craig Nelson, Carol Newman, Lloyd &
Delores Newman, Leola G. Newton, Phungson &
Ky Nguyen, Kim & Elwood Nicholas, Tina Nichols,
Walter Noil, Emile Nuerge, Alice Nunnery, Eddie Bell
Odom, Stelfene Oferton & Ben Shaw, Lisa & Frederick
Ogletree, Earline L. Overton, Gregory Owens, Illonda
Owens & Consuella Encalade, Ronnie Owens, Kim &
Ernest Owney, Sr., Joanne Paige, Audrey Palmer, Leroy
Palmer, Sandra B. & Willie Palmer, Jr., Troy Lynn
Mack Palmer, Lourdes & Mabini Pampo, Clarence &
Erical Paris, Barbara & Ervin Parker, Steve & Sheryln
Patrick, Earnest Patterson, Jr., Roosevelt & Wanda
Patterson, Ruth Green Patterson, Laura Pauline, Chester
& Veronica Payne, Carnell Payton, Joy Washington
& Romell Payton, Michael K. & Shounda M. Payton,
Kenneth Pearson, Pamela Peck, Earl Pellerin, Jr.,
Rita & Arthur Pembrick, Sr., Addison & Yolanda
Penn, Arline Perkins, Cynthia Perkins, Dolores C.
Perkins, Harry & Dorothy Perrault, Pamela
Perriatt, Frances Perry, Marlene Z. Pete, Diane
Peterson, Alicia Phelps, Rose L. & Harold Phelps,
Althea Phillips, Debra Phillips, Alsia & Terry Phillips,
Sr., Barbara Pichon, Lori Picone, Anthony & Celina
Pierce, Lisa & Gerald Pierce, Lora & Lawrence Pierce,
Tonya Pierce, Lana Marie Lewis Pierre, Lillian Jones
Pierre, Lawrence & Shelia Pinkey, Luella Pinkney
Mary Pinkney, Richard & Emma Pizzati,
Virginia Pleasant, Keoka Plummer, Marshall
Plummer, Susan Points, Bonnie C. & Tyronne
Polk, Margaret Polk, Portia L. Pollock, Edwina T.
Porter, Lloyd C. Porter, Wanda Pouncy, Dana &
Marlon Powell, Leatrice B. & Lionell Powell, Robert &
Geraldine Preston, Malvin & Suzanne Prevost,
Dennis Price, Sr., Hardy B. Price, Jr.,
Natalie B. & Anthony J. Price, Gail J. Provost,
Waldina Quesada, Lily Quest, Betty Quinn, Abdul
Raheem & Ethel Fields, Nathaniel Rainey, Shannon
Rainey, Victoria Rainey, Karen L. & Lawrence
Rancatore, Sr., Dameion & Kienja Randolph,
Harold & Henerene Randolph, Margaret B. Randolph,
Doris H. Ratcliff, Margarette Ratliff, Rose Ray,

9

Sherman Rayford, Daisy & Elmore Raymond, Darrell & Rita Raymond, David & Kim Raymond, Paul S. Raymond, Doris J. Recasner, Warren & Irene Recasner, Delores & Melvin Reed, Dorothy Reeder Alice Reff, Joyce Reine, Debbie & Leotis Rew, Jr., Kristin & Andrew Rhodes, Roosevelt & Barbara Richard, Rose M. & Victor W. Richard, Warren Richard, Marilyn Richardson, Wilbert & Wanda Richardson, Anthony & Tunja Riley, Schelaine Robair, Inell S. & Johnny Roberts, Sr., Leonard & Debbie Roberts, Shirley J. Roberts, Kathy Roberts, Lillian Robertson, Marlean & Willie Robertson, Verna & Emile Robertson, Paula Robichaux, Lorraine Robinson, Monica Robinson, Ronald Robinson, Rose V. Robinson, Shelia Robinson, Tyronn & Phillip Robinson, Debra & Obduliio Rodriguez, Lawrence & Merita Rodrique, Gloria & Leo Rolling, Toni & Albert Roman, Colleen & Butler Rondend, Giselle & Joseph Rooney, Jr., Dennis Ross, Jr., George & Kathy Ross, Joseph & Barbara Roth, Mikesha & Derick Route, Jr., Carolyn Ruffin, Gilda Ruffin, Rose Ruffins, Franklin S. & Dianne Ruiz, Lester A. Rumowski, Kara Lynn Russell, Vickie & Timothy W. Russell, Sr., Irvin & Jacqueline Sacrite, Gloria D. Sanchez, Magdalene Sanders, Theresa L. Sanders, Dwayne & Lynesha Butler Sanders, Rotonda & Edmond Sandifer, Cassandra Santiago, Lakesha Santiago, Patricia & Ulysses A. Santiago, Jr., Ernest J. & Kathleen Sara, Priscilla Saunders, Rose Sceau, Grace Schexnayder, Jerri Walker Schexnayder, Dorian Scio, Barbara & Burdie Scott, Gwendolyn R. Scott, Joyce Scott, Kenneth & Shelia Scott, Melvin & Jean Scott, Gladys Severin, Doris W. & Lonnie Shanks, John Shanks, Brenda Sharret, Bonnie & William Shelton, Jr., Evelyn & David Sholes, Jr., Debra Simmons, Donna Yancy Simmons, Katona & Karl Simmons, Mary P P. Simmons, Patsy Simmons, Erin M. Sims, Harold J. & Willie Mae Sims, Harry & Cheryl Sims, Kenneth & Cynthia Sims, Michael Sims, Clayton Sinegal, Betty Singleton, Albertine Skinner, Walter Slatton (Barbara Harris obo), JoAnn Slipher, Dwayne & Miranda Sloan, Ashley Smallwood, Amanda & John Smart, Aletha & Kent Smith, Ada H. & Anthony W. Smith, Audrey

10

Smith, Brenda & Thomas Smith, Catherine D. Smith, Danna Smith, Deborah & Hillard Smith, Ida Mae Smith, Lorraine Smith, Malcolm & Marsha Smith, Marva Smith, Melvin J. & Jeanette Smith, Richard Smith, Jr., Ronnie Smith, Thelma C. Smith, Tyrant & Velva Smith, Vidal Smith, Willie Smith, Willie Lee Smith, Yolanda P. Smith, Anaecha Smothers, Karen & Dwayne Smothers, LaVerne & Larry Smothers, Richard Smothers, Dawn & William Snyder, Jacqueline Snyder, Edward & Flora Sorina, Ruth Spears, Judy & John Spitzer, Tyralyn Morgan Spriggins, Tyralyn & William A. Spriggins, IV, Claudell & Hazel St. Julien, Allen & Marjorie Staes, Ronald & Diane Staes, Maria A. & Jack Stapleton, Thelma Starwood, Clarvette & Carl Steele, Sr., Kim A. Sterling, Nathan R. & Lynette R. Sterling, Sharlene & Kevin Sterling, Andrea & Elvis Stevens, Laura Stevenson, Mary Stevenson, Calvin & Kim Stewart, Judith Stewart, Lawrence & Lydia Stewart, Marla J. Stewart, Patricia Stewart, Kim & Calvin Stewart, David Stirgus, Deborah & Nelson Stockman, James & Julia Stokes, Michelle Stokes, James & Barbara Stovall, Carolyn W. Streams, Andre & KaFanya Strother, Traniece & John Strowder, Deborah & Alvin Sullen, Rubbie Sullivan, Gail Surtain, Diane Sykes, Don & Irene Sykes, Theresa & Ernest Sylvester, Marlon & Ziola Tabora, Phillis & Michael Talazac, Muriel Tarrell, Reginald & Delisa Tate, Gloria Tatum, Betty Taylor, Ernest & Donna Taylor, Eunice & Peter Taylor, Gwendolyn Taylor, Josephine Taylor, June & Albert Taylor, Keenon & Sigrunn Taylor, LaToya & Samuel Taylor, Rita Taylor, Victory Taylor, Walter & Adrinne Taylor, Wilma W. Taylor, Otha Terrell, Tyrone Terry, Spencer & Desiree Theard, Andria Theodore, Marc & Lanika Theriot, Brenda Thibodeaux, Atron & Freddie Thomas, Bernetta & Kenneth Thomas, Danielle Thomas, Darryl & Linda Thomas, Earl T. Thomas, Gail & Armand Thomas, Geneva Parker Thomas, Janet Thomas, Joycelyn & Rodney Thomas, Julia M. Thomas, Lois Thomas, Mary Thomas, Othrea Thomas, Paulette Thomas, Virginia Thomas, Wayne & Vernice Thomas, William Thomas, Julie Mae Thomas, Mary & Alvin Thomas,

Melanie & Lucies Thompson, Elvera Thornton,
Ada R. Tillman, Kathy A. Tolliver, Cleo & Mary
Toney, Edith Toney, Cordellia Townsend, Danny &
Zelda Townsend, Melva Jean Trask, Evelyn & James
Travis, Dawn & Leonard Travis, Sr., Gloria B. &
Nathan Trepagnier, Charlene Trudeaux, Arthur &
Peggy Tucker, Patricia L. & Donnell Tucker, Dorothy
Mae Turner, Rachel Turner, Mary & Lawrence
Tuxillo, Annie Ugoji, Jamie Vallery, Betty Vanderpool,
Nelia Bickham Varnado, Leonne Vaughn, Michael
Vaughn, Trinell & Patrick Vendun, Jr., Donald J.
& Kathleen M. Villavasso, Daisy Voice & Melvin
Perkins, Beverly H. & Calvin H. VonDerhaar, Sr.,
Tanya M. & Johnell Wade, Jr., Rhonda L. Wade, Deidre
J. & Henry Walker, Gregory P. Walker, Olga Walker,
Shirley Walker, Mary Walker, Carolyn & Alvin M.
Walton, Sr., Mary Warner, Emelda & Maize Warren,
Mary E. & Herbert Warren, Jr., Marguerite Warsley,
Ann D.S. Washington, Annie O. Washington, Dinah
& Howard Washington, Felicia Moran & Scott
M. Washington, Janice & Carl Washington, Leon &
Brenta T. Washington, Mercedes Washington, Sherman
& Wanda G. Washington, Evelyn W. Watkins, Frances
Watkins, James & Edith Watkins, Robin Watkins, Betty
A. Watson, Dorothy M. Watson, Helen Watson, Sheila
Watson, Terry Peters Watson, Theone Watts, Nellie
Weary, Claude A. Weaver, Jr., Mary & Kenneth R.
Webb, Jr., Dennis Webb & Catherine Henderson,
Cicely & Wendall J. Webber, Sr., Stella Webster, Barry
Webster & Sandra Marshall, Bessie Welch, Michael A.
Welch, Sr., Alma Wells, Sheryl Wells, Melanie B.
Wesley, Joseph & Ethel West, Elijah & Irene Weston,
Annie Wheeler, Daniel P. Wheeler, Jr., Joycelyn
White, Louise White, Lydia White, Norma White,
Shermain White, Zina Marie White, Darlene &
Jerry Whittington, Carrier Marie Whittley, Alice
Williams, Angela Williams, Bobbie Williams,
Cassandra & Lawrence Williams, Catherine H. & D.C.
Williams, Cheryl Williams, Debbie Williams, Debbie
Williams & Eugene Hudson, Diana Williams,
Edwina Williams, Ella M. Williams, Ethel Williams,
Gegi Williams, Gertrude & Charles Williams,
Gloria & Walter Williams, Gwendolyn & Michael

Williams, Irma & Clarence Williams, Janet & Merlin Williams, Joann & Jessie Williams, Julia Williams, Karen L. Williams, Kerry T. & Barbara Williams, Knayo & Rachell Williams, Lisa Marie Williams, Lois A. Williams, Marion Williams, Meredith Williams, Miriam & Harry Williams, Philip & Marietta Williams, Rebecca Williams, Antoinette & Ronnie Williams, Sr., Saul & Janis Williams, Shirley & Arthur Williams, Terry Williams, Sr., Van & Sandrell Williams, Vanessa & Michel Williams, Virginia & Michael Williams, Walter T. & Nancy Williams, Wayne & Gail Williams, Wayne & Ondina Williams, Elma & Eugene Williams, Jason Williams, & Trynitha Fulton, Mary E. Wilson, Michelle Wilson, Oretha & Wayne Wilson, Sr., Otis Wilson, Jr., Japerlet Wilson, Florence W. & Errol A. Windon, Gwendolyn Winesberry, Brenda Wise, Tonyell & Norman Woodridge, Jr., Kenneth & Jonique Boles-Woods, Karen M. Woods, Patricia Woods, Rose Woods, Shelia & Warren A. Woods, Verther Woods, Elzina & Robert Wright, Jr., Melissa & Robert Wright, Jr., Wilbert & Charlene Wrines, Ernest & Joycelyn Jarrell Wyatt, Kevin & Jann Wynne, Quentin Wysingle, Albertine Young, Floyd Young, Hilda W. Young, Julia & Joseph H. Young, Jr., Louis & Sylvia Young, Marvin & Michelle Young, Raymond & Hilda Young, Herbert Badeaux, Brenda Desselle, Sharon Hillard, William J. & Annette Hudson, Geraldine Jenkins, Wallace Sims, Shirley Rushing, Diane Wise, Daniel & Enica Ross, Daniel H. Usner, Sr., Joann Robinson, Phil & June Matherne, David Isamae Chambers, Jashana Brown, Annie Marie Hughes, Janice Cooks, Catherine Beckett, Axcess Medical Clinic, Inc. and/or Kenneth C. Knight, MS Ridg Ltd, LLC and/or Robert Liniado, Elizabeth Brown, Kermit & Victoria Lawrence, Lana Horne, Linda Alfred, Charlene Millet, Marlene Millet, Karen Harriel, Velma Jacques, Jashana Brown, Wilson & Gigi Varghese, Alvin Jacques, Jr., Damaris Kennedy, Brenda Lear, Darryl & Lena Lewis, Viola Brown, Alberta Walker, Dennis & Gerallen Warning, Edward & Kendon Williams, Thomika Berryhill, Rosemary Byrd, Darryl Cola, Elias

13

Cottrell, Brenda Desselle, Bernadine Donald, Marsha
Ervin, Sarita Granger, Shirlene Gray & N. Wilson Gray,
Joycelyn Jarrell, Gerald LaChance, Vicki Lamb,
Peter Lewis & Ryan Aubert, Sandra Lynn, Gerald
Rahelich, Charlesten May, David M. Picone & Lorraine
Kraus, Otis & Allison Pinkey, Thomas Smith, Jr.,
Leroy Theard, Jr., Ida Townsend, Lonnie Townsend, Jr.,
Lucy Washington, Geraldine Winford, Frank Woods,
Verdun P. Woods, Collins & Linda Fernandez, Clayton
Sinegal, Lee Alexander, Phillip & Marietta Williams,
Meredith Williams, Daniel & Erica Ross, An Janette
Johnson, Frank & Nellie Dixon, Lisa & Leroy Theard

## VERSUS

AIG Centennial Insurance Company, AIG Indemnity
Insurance Company, AIG National Insurance Company, Inc.,
AIG Premier Insurance Company, Alliance Assurance
Company of America, Allianz Global Risks US
Insurance Company, Allstate Fire and Casualty
Insurance Company, Allstate Indemnity Company,
Allstate Insurance Company, Allstate Property and
Casualty Insurance Company, American Bankers Insurance
Company of Florida, American General Indemnity
Company, American General Property Insurance Company,
American Modern Home Insurance Company, American
Modern Select Insurance Company, American National
General Insurance Company, American National Property
and Casualty Company, American Reliable Insurance
Company, American Security Insurance Company, Armed
Forces Insurance Exchange, Assurance Company of
America, Audubon Indemnity Company, Auto Club Family
Insurance Company, Axis Suplus Insurance Company,
Balboa Insurance Company, Bankers Insurance Company,
Crawford & Company, Electric Insurance Company, Empire
Fire and Marine Insurance Company, Farmers and Merchants
Insurance Company, Farmers Insurance Exchange, The
Fidelity and Casualty Company of New York, Fidelity and
Deposit Company of Maryland, Fidelity and Guaranty
Insurance Company, Fidelity and Guaranty Insurance
Underwriters, Inc., Fidelity First Insurance Company,
Fidelity National Insurance Company, Fidelity National
Property and Casualty Insurance Company, GMAC Direct

Insurance Company, GMAC Insurance Company Online, Inc., Guaranty National Insurance Company, The Hanover American Insurance Company, The Hanover Insurance Company, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, Hartford Steam Boiler Inspection and Insurance Company, Hartford Steam Boiler Inspection and Insurance Company of Connecticut, Hartford Underwriters Insurance Company, Homesite Insurance Company, Horace Mann Insurance Company, Horace Mann Property & Casualty Insurance Company, Kemper Casualty Insurance Company, Lexington Insurance Company, Lexington National Insurance Corporation, Liberty Insurance Corporation, Liberty Insurance Underwriters, Inc., Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe Limited, Liberty Personal Insurance Company, Liberty Surplus Insurance Company, LM General Insurance Company, LM Insurance Corporation, LM Property and Casualty Insurance Company, Metlife Auto and Home, Metropolitan Property and Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Company, Metropolitan Casualty Insurance Company, National Security Fire and Casualty Company, National Lloyd's Insurance Company, Republic Fire and Casualty Insurance Company, Republic Lloyds, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, Safeco Surplus Lines Ins. Company, Scottsdale Indemnity Company, Scottsdale Insurance Company, Select Insurance Company, Southwest Business Corporation, The Standard Fire Insurance Company, Standard Guaranty Insurance Company, State Farm Fire and Casualty Company, State Farm General Insurance Company, State Farm Mutual Automobile Insurance Company, Teachers Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Home and Marine Insurance Company,

The Travelers Indemnity Company of America, Travelers
Excess and Surplus Lines Company, The Travelers
Indemnity Company of Connecticut, The Travelers Indemnity
Company, Travelers Property Casualty Company of
America, Travelers Property Casualty Insurance Company,
Underwriters at Lloyd's, London, United Fire &
Indemnity Company, United Fire and Casualty Company,
USAA Casualty Insurance Company, USAA General
Indemnity Company and Wilshire Insurance Company.

FILED: _____                    _____
                                                    DEPUTY CLERK

## COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs who respectfully submit the following:

### PARTIES

1.

Plaintiffs herein are:

Winston, Sr. & Donna Aaron, Shelton & Melinda Abram, Deborah Acker, Ernesto, Sr. & Carmen Acosta, Andrea Adams, Debra & Daryl Adams, Sr., Lela & Rose Adams, Charlene L. Adams, Josephine S. Adams, Joseph Agular, III, Joseph Agular, Jr., Terrise & Rodney Albert, Linda Alcorn, Dessie Alexander, Dianne R. Alexander, Maria Vancel Alexander, Ronald Alexander, Shirely Alexander, Audrey Alexis, Dorothy & Nolan Alexis, Sr., Christopher & Courtney Allen, Clifton & Estelle Allen, Donniecia Allen, Francis A. & Morel Allen, Jesse Allen, Sr., Theresa & Lorenzo Allen, Linda & Raymond Ambrose, Jr., Maureen Ancar, Thaddeus Ancar, Denise Ancar, Laura & Bobby Anderson, Arthur M. Anderson, III, Eva Anderson, Louis & Celestine Anderson, Daniel Andrews, James & Emma Andrews, Judy & Julius Andrews, Gary & Cynthia Angle, Ricky Anthony,

16