Sr., Jeanearlear Antoine, Rianne Armour, Sherman & Arles Arnold, Darryl & Sandra Atkenson, Ryan & Linda Aubert, L.J. & Eva Aucoin, Arthur Augusta, Jr., Madeline Augusta, Janice Augustine, Jesse & Doris Augustine, Hazel & Merlin Babin, Katie Ann Babineaux, Wintrea & Melvin Bacchus, Barbara Badie, Kevin P. Baker, Delores Baker, Bertha & Chris Ballard, Beverly Banks, James & Mary Banks, Lonnie Banks, Betty Baptiste, Judy & Riley Baptiste, John & Lois Barabino, Latonya Barard, Johnnie Barnes, Thomas & Barbara Barnes, Vernon Barnes, Bessie Barnett, Conrad Barre, II, Antoine M. & Althea S. Barriere, Ella M. Barrow, Liddie Bartee, Donell Barthelemy, D'Andrea & Troylynn Bass, Dorothy Bates, Thelma Batieste, Jackie Battiste, Joseph & Jo'Ann Battiste, Candice Carrie Beasley, Emily & James Becnel, Joseph Becnel, Kevin Belin, Angeline & Michael Bell, Charmaine Bell, Elizabeth & Willie M. Bell, John Bell, Casey & Sherra Bemise, Janet Benjamin, Gary & Regina Bennett, Ella & Cleophus Benson, Eirene Berard, Lamera Berger, Annette & Charles Berry, Sr., Elizia M. Berry, Lois & Wallace Bertrand, Lynette & Paul Bertrand, Clarence & Virginia Berzat, Craig & Dana Biagas, Gail Bickham, Kevin Bickham, Cindy & Nathienal Bierria, Mary Bigbee, Joseph & Diana Binder, Bruce & Lavernia Black, Debra Blackwell, Kevin L. Bland, Mark & Anita Blay, Alvin & Elaine Blouin, Laverne Blunt, Ruth Blunt, James C. & Gloria Bogan, Judith & Joe Bogen, Pamela Bolton, Floyd Bonnette, Katheryn Bordenave, Lucy Boudreaux, London Bouie, Jr., Stephanie Bouin, Robert & Yolanda Boutte, Juanita Bowie, Lorraine Bowman, Beatrix Boyd, Emily Boyd, Gizzelle Bozoneire, Jo Ann & Noel Bradley, Karen & Leon Brady, Lillie & Joseph Brady, Hazel Branch, Margaret Branch, Jenny Branch, Anna Branon, Mildred A.Brasly, Cammy Breaux, Vincent Breaux, Iris D. Brickley, Kim Brickley, Helen Bridges, Rochond L. Bridges, Carl & Gertrude Bridgewater, Terry & Dorion Briggs, Rhonda Broadway, Roderick Broadway, Hamilton Brock, Mable Brock, Clara M. & Malcom L. Brooks, Keith A. & Leslie N.

17

Brooks, Lloyd & Shelia Brooks, Lynelle Brooks, Phyllis Brooks, Roland Broussard, Brandon Brown, Carrie Brown, Frances Brown, Glenda Brown, Janice Brown, Katrina & Keith Brown, Loretta Brown, Sonya Brown, Vicki Brown, Yolanda Brown, Evangeline Brown, Gloria Brown, Harriet Brown, Rebecca Brown, Patricia N. Browne, Lillian Brumfield, Shelia Bullock, Donlynn & Beatrice Burns, Nehemiah & Bernice Burns, Julius & Janice Burrell, Alvin & Elizabeth Butler, Elnora Butler, Harold Butler, Rose Butler, Billy & Shalanda Byrd, Dorothy M. Cage, Yvette Cage, Deloras Cager, Melvin & Earline Calendar, Carrie Calhoun, Jennie Calhoun, Raymond & Nora Calice, Raymond & Shirley Campbell, Anthony & Cheryl Caprera,, Shirley Carriere & Martha Irving, Jacqueline & Herman Carroll, Michael & Garance Carson, Delories Irma Carter, Ella Delise Carter, Leo Carter, Marshall & Ann Carter, Larry D. Caston, Sr., Tyra & Odell Causey, Felthus Cavalier, Carol E. Chance, Sherri & Allen Chance, Lawrence & Leola Chaney, Calvin & Sylvia Chapman, Lorena Chapman, Armand Charbonnet, Courtney Charbonnet, Rochell R. & Dyrus Charles, Shirley Charlot, Willie Chester, Mary Chesterfield, Maria Kay Chetta, Japheth & Bernice Chissell, Herbert Christenberry, Cynthia & Gregory Christian, Vivian Christophe, Pamela & Leroy Clanton, Deunke Clark, Sheldon Clark, Willie Mae Clark, Sharon M. Claude, Dwayne & Caprice Clipps, Stafford & Lillian Cola, James & Juanita Cole, Charles & Joan Marie Coleman, Ethel Coleman, Lloyd & Lucille Coleman, Emelda Coleman, Beverly Collins, Natasha Collins, Joseph R. Colomb, Jr., Gwendolyn & Melvin Colvon, George Connelly, Lois Conway, Blanche' Cook, Cheryl Cook, Jerry & Dominique Cook, Isabelle & Obery Cooper, Niya D. Cooper, Linda Cope, Nell Cordova, Chere Cormier, Gail G. Cornin, Joseph Corral, Alvin & Caroline Coulon, Lauranetta Cousan & Leonard Lobo, Armtrice Cowart, Wilma Crain, Justin J. Crespo, Barbara & Noel Crockett, Rose Cropper, Johnny Crutchfield, Sharon & Lawrence Cuiellette, Sandra Cummings, Tamika & Don Cunningham,

18

Honora Curry, Alita Cusher, Germaine Cutno, Mackey & Jean Cutno, Larry & Lucille Dace, Dora Daigle, Valrita G. Dandridge, Danny & Diane Danflous, Tony Dang, Jeardine Daniels, Phaedra Dannel & Garland Cruell, Valerie Dapremont, Darrin Dave, Madison Dave, Gloria Davillier, Barbara & Alfred Davis, Brenda Davis, Elain B. Davis, Gerald & Marvel Davis, Irma F. Davis, Jeffery & Deborah Davis, LaShanda M. Davis, Lou Angella Davis, Sandra & Brian Davis, Sr., Cynthia Davis, Lena & Ruffin Dawson, Raeschelle Dawson, Leroy & Carrie Day, Beverly & Eric DeCuir, Michel R. & Nobie Dedeaux, Heather DeGruy, Ernest & Diane DeJean, Leslie & Jessilea Dejoie, Angela Delaney, Stella Delat, Carol Delay, Sheila M. Delone, Vanessa Demasiliere, Thelma Demazeliere, Janice M. Dennison, Cedric A. Desdunes, Sr., Allan DesVignes, Shneitha B. Dewey, John & Mercides Dexter, Tanyelle & Wynan Diaz, Opal G. Dibble, Sheralyn & Gary Dickerson, Kenyatta & Harry Dilosa, Shirley Dilosa & Ricardo Smith, Lanier & Pauline Dixon, Lionel & Demetra Dixon, Hazel Donald, Joanette Doucette, Jackie E. & Connell P. Duchane, Barbara Dunams, Audry V. Dunbar, Charlie & Betty Dunbar, Ray Dunbar, Ellis Duncan, JoAnn Duncan, Valencia & Roland Duncan, Jr., Kenneth & Patricia J. Dunkley, Violet Dunkley, Carol & Ricky Dunn, Sr., Barrett & Mary T. Duplessis, Victor L. & Gwendolyn Duplessis, Louise G. & Jerry A. Duplessis, Shalonda Dupliessis, Denise & Jean Dykes, Nannetta & Ronald Eddington, Aloyd Edinburg, Alfred T. & Carmel B. Edwards, Henry B. & Irma Edwards, Kendra Edwards, Kerry L. & Jennie P. Edwards, Lillie M. Edwards, Maya Edwards & Willie Moten, Wanda Edwards, Mitchell O. Ervin, III, Evelyn & Louis B. Evans, Joyce A. Evans, LaDonnis Evans, Carrie & Emmett Everett, Jesse & Utilda Farria, Roy & Anna Farves, Cynthia Fefie, Alice Felix & Joseph Byrd, Collins & Linda Fernandez, Jerome Fernandez, Marynell Fernandez, Alfreda & George Fields, Theresa M. Fields, Ronald Fleming, Paulette Flemings, Amelia & Mack Flores, Sandra Floyd, Noella &

19

Thaddeus Foley, Christiana Ford, Jonah Ford, Sr., Julius & Dianne Ford, Erma Fortenberry, Jeffery Foster, Lorine S. Foster, Louvenia & Tyrone Foucher, Julia Fountain, Yonda Henry Fournier, Carl & Claudia Francis, Rita & Joseph A. Francois, Evelyn Frank, Katrina C. Frank, Edmore & Alice Franklin, Gloria Franklin, Karen Frazier, Vera Fulton, Samuel & Yvonne Gable, David Gaines, Mercedes Gaines, Russell Gaines, Warren Gambino, Patricia Gardner, Ann Gary, James & Elinda Gathright, Herbert Gatlin, Jessie & Shirley Gatlin, Cynthia Gaunichaux, Mildred K. & Byron C. Gay, Alvin S. & Gail H George, Derrick George, Deidra & Eric Gettridge, Marvann Gettridge, Cheryl & Charles Gibbs, Paulette & Willie Gibbs, Birdie & Kenneth Gibson, Luke & Joan Gilbert, Teresica Gilbert, Willietta Gilbert, Ann Marie Giles, Steven & Shantrese Gillam, Clarence & Claudia Gillard, Jeanne S.Glapion, Johnny Glover, Johnny & Magdaline Glover, Maxine & Albert Glover, Belovia W. Grant, Gizelle Grant, Betty Gray, Earl Nelson & Eula Lee Gray, Faye Gray, Georgiana Gray, Mary Gray, Betty Ann Green, Claiona Marie Green, Denise L. & Eugene H. Green, Michael Green, Raymond & Flora Green, Ruby & George Green, Thelma Green, Tyrone Green, Natacha Green, Joseph & Michelle Gribbs, Dennis Griffin, Teddie & Trina Griffin, Kyra & Dion Griffith, Kernie & Geraldine Grinel, Paula Grossman, Verna Gueringer, Alma Guidry, Yvonne Guidry, Lashawn & Tyrone Gusman, Rachel & Jerry Gutter, Auguzine Guy, John & Diana Hale, Roosevelt & Roberta Hale, Carolyn & Charles Haley, Richard & Hattie Haley, Trudy & Edward Hall, Lawrence & Betty Hamilton, Eileen Hamilton & Patrick Major, Marcellies & Catherine Hammond, Louella Hammothe, Gerald Hampton & Shelita Degruy, Lela Hampton, James & Beverly Hampton, Edward & Janet Handy, Greer & Roy E. Handy, Jr., Marie Hansell, Delores Harding, Duane E. Hardy, Linda Hardy, Theodore & Relinda Harkness, Earlene & Roosevelt Harrell, Kernell Harrell & Vanessa Walker, Adrienne Harris, Bruce Harris, Freda & Robert Harris, Kelvin & Edna Harris, Odie L. Harris, Shirley

20

Harris, Wonder & James Harris, Eric Harrison, Andrea Harrison & Anthony Harrison, Evelyn & Joseph Harrison, Fanny & Arthur Harrison, Cornelia Hart, Cynthia Harvey, Kenneth & Anna Harvey, Jenell Hassan, Irvin & Sylvia Hatcher, Joycelyn & Leroy R. Hawkins, Demetrius Hayes, James E. & Ella Hayes, Kevin & Lorraine Hayes, Annie Haynes, Elain B. Haynes, Tracy Haywood, Berman & Pearlean Hebert, Juanita Heim, Dianne Heisser, Alma Henderson, Kathy & Wendell Henderson, Melvin Henderson, Lillian & Eddie Henry, Jr., Doreen & Jerry Hills, Gail P. Hills, Kineta Hilton, Marcella T. Hines, Merline Hobbs, Lionel & Frances Hodge, Bernadine & Wash Hodges, Scottie & Racquel Hodges, Rene & Charlotte Hollins, Linda & Keith Hollis, Carolyn Holmes, Edna Holmes, Yenan G. Holmes, Georgiana U. Horn, Lionel Horn, Nicole & Woodie Horne, Joan & Danny Howard, Monique M. Howard, Wayne & Roslyn Howard, Barbara Howard, Wilma & Jessie Huggins, Jacqueline Hughes, Linda & Roy Hughes, Alvin Hunt, Janice Hunter, Harold & Sandra Hurst, Ruby Isaac, Freddie Ivory, Annie Mae Jackson, Brandon & Carol Jackson, Bryan & Kellie Jackson, Carol Jackson, Carolyn Jackson, Charmine Jackson, Donna G. Jackson, James & Joyce Jackson, Ja'net & Bobby Jackson, Josephine & Johnny Jackson, Judy Jackson, Lionel A. & Linda H. Jackson, Lucretta Jackson, Mildred & Richard Jackson, William & Daisy Jackson, Joycelyn Jagers, Betty James, Danielle & Michael James, Mervin & Janet James, Milria James, Walter James, Carla Jarvis, Dolores & Elisha Jason, Jr., Charles & Sherri Jefferson, Harvey & Shirleen Jefferson, Kim & Clifton Jefferson, Michelle Jefferson, Bernadine Jenkins, Sandra & Donald Jenkins, Yolanda Jenkins, Michelle Jenkins, Alicia Jerome, Marie Jerome, Bertha S. Johnson, Brenda & Rufus Johnson, Cherlene Johnson, Cherrylane Johnson, Eddie Johnson, Flora Johnson, Henry & Marlene Johnson, Herbert & Barbara Johnson, Ida Johnson, Irving & Iris Johnson, Janice Johnson & Herschel Green, Keith Johnson, Lena J. Johnson, Lillie & Reginald Lee Johnson,

21

Linda Johnson, Patricia Johnson, Shelina D. & Anthony Johnson, Sr., Vanessa & Dennard Johnson, Wallace & Debra Johnson, Rhonda & Wayne Johnson, Sr., Yolanda S. & Paul F. Johnson, III, Christopher & Lemoine Jones, Christy Jones, Corliss Jones, Debbie & Kendall Jones, Paulette & James Jones, Jr., Keith H. & Marlene A. Jones, Pamela Jones, Rondelyn & John Jones, Ruby & Wayne Jones, Sarah Jones, Selma & Charley Jones, Tyrone & Penny Jones, Veronica & Carl Jones, Carolyn Jordan, Virginia & Anthony Jordan, Ruth & Alton Joseph, Sr., Albert A. Joseph, Sr., Alton Joseph, Armytean Joseph, Azemore & Evelyn Joseph, Charles & Nancy Joseph, Debra & Anthony Joseph, Margaret Joseph, Nancy & Charles Joseph, Wilfed Joseph, Adele Joseph, Clifton & Desaray Joshua, Ida Belle Joshua, Leanna Julien, Lionel & Dianne Jupiter, Stella & Leonard Keasley, Sr., Lorraine W. Keelen, Anne L. Kelley, Gloria Kelson, Elanda Ann Kenner, Adrian & Pearlie Kent, Melinda Kepp, Sidney & Ora Lee Keppard, Esau Kinchen, Jr., Danelle E. Kirchem, Roy & Doretha Kitchens, Regina Kraus, Sandra Labayes, Sharon & Byron LaFrance, Veronica LaFrance, James Lamark, Jr., Lorraine Lanaux, Monique Landry, Jerome & Sara Lang, Florence Larkin, Patricia Lassair & Irving Hickerson, Sr., Arthemase & Milton Lassiar, Melissa & Robert Laurant, Jr., Yvonne P.& Calvin L. Lavigne, Deone & Stanley Lawrence, Michael & Townie N. Lawrence, George Lea, Sr., Cecile & Toni Roman Learell, Debra LeBeouf, Barry & Dorothy LeBlanc, Andrew A. LeDuff, Adam Lee, Audrey Lee, Brenda A. Lee, Lois P. & Gerald A. Lee, Sr., Gwendolyn Lee, Karen & Charles Lee, Jr., Pauletta Lee, Dianne Leftridge, Melba Leggett & Baxter Barnes, Blanche Lemon, Aleane & Charles J. LePree, Jr., Aleane B. LePree, Elizabeth Leslie, James & Dorothy Levy, Tressie & Darrell Levy, Almedia Lewis, Alton Lewis, Correnthia Lewis, Dawn Lewis, Debbie & Kelvin Lewis, Denise & Oscar Lewis, Dwayne Lewis, Eugene & Cynthia Lewis, Harold & Shelia Lewis, John & Dianne Lewis, Karen Lewis, Kevin Lewis, Mildred & Solemon Lewis, Missie D.

Lewis, Pamela Lewis, Sharon & Johnny Lewis, III, Thomas & Pearl Lewis, Lure & Tom Lewis, Jr., Willie & Velma Lewis, Courtney Little, Lloyd Mae Lockett, Lois & Stephen Lockhart, Vendetta & Frank Lockley, Larranette Lofton, Paulette Lotten, Cecile T. & Larry Lovell, Michael & Niemma Lowe, Sylvester W.Lucien, Johanis & Nathalie Luckett, Natalie Sykes Luckett, Vanetta Lumphins, Angela Lyons, Nicole Lyons, Jean & Donald Lyons, Chanel & Christopher Mack, Mack & Gwendolyn Mack, J. P. Mack, Jr., Thomas Mack, Jr., Ethel Mackie, Ida Macklin, Catherine Magee, Cynthia H. Magee, Pamela & Kelvin Magee, Alicia M. & Isaac Major, Verlyn & Alsysies J. Mallery, Luvenia & Walter Manuel, Cheryl & Harold Marchand, Rosalie R. Marchand, Dolores Marco, Gloria & Ronald Marrero, Shaleeat Marshall, Calvin & Angela Martin, Audrey, Martin, Doris M. Martin, Edward & Stephanie Martin, Lucille Martin, Michael & Antionette Martin, Wanda & William Mason, Brian & Cindy McCadney, Arnold McCallon, Sr., Carolyn McCaskill, Ella & Tyrone McCormick, Ransom & Labertha McCormick, Raymond & Sandy McCoy, Leonard & Bertha McDaniels, Manson McDonald, Ruby McDonald, Bryant McDonald & Damien Green, Freddie & Tracy McFaden, David R. & Kathleen McGowan, Yolanda & Melvin McGowan, Sr., Inez McKenzie, Sean & Gary McKey, Barbara McKinney, Mary & John McKinnon, Ruffin & Gussie McKinzie, Angela M. McKnight, Hazel McMiller, Eva & Richard Mead, Sanders & Debra Mealey, Latoya Melancon, Jetter Melendez, Gracie W. Melson, Vyntrella Menzies, Carolyn & Armond Mercadel, Sr., Darnell M. & Armond P. Mercadel, Gayle & Allen P. Mercadel, Kathy L. & Maurice P. Mercadel, Marvin & Evelyn Mercadel, Susan Meredith, Irene (Geraldine) Meredity, Betty Merrell, Beryl Ann Merritt, Kelly J. Mesley, Wendell & Kimberly Meyers, Chantele Mitchell & Rudley Miland, John & Emily Mile, Carrie Milton, Nellie Milton, Willie Milton, Clementine Robb Mimms, Sarah C. Minor, Vera L. & Herman Mitchell, Linye & Robert Mitchell, Sr., Gayle Mizett, Eleanora

23

D. Moffett, William Montgomery, Bobbie Moore, Keshia Moore, Charlene Mora, Christine Mora, Alexander Moret, Clarence Moret, Caroline & Donald Morgan, Pamela & Robert Morgan, Shnika Morgan, Shirley Morris, Ursula G. Morris, Willie A. Morris, Sarah Edwards Morvant, Beulah Moses, Bryant Moses, Sharon & Percy Moses, Tammy & Kevin Moses, Ruth Moss, Beverly & Willie A. Moten, Adilah & Yacub Muhammad, Damon Murray, Octavia Muse, Edward Myles, Jr., Raineri Napoleon, Torey & Daniel Naquin, Rosanna Washington & Otho Nash, Herbert Neal & Felthus Cavalier, Antoinette Nealy, Linda Nelson, Linda H. Nelson, Louis Nelson, Gary & Warnett Craig Nelson, Carol Newman, Lloyd & Delores Newman, Leola G. Newton, Phungson & Ky Nguyen, Kim & Elwood Nicholas, Tina Nichols, Walter Noil, Emile Nuerge, Alice Nunnery, Eddie Bell Odom, Stelfene Oferton & Ben Shaw, Lisa & Frederick Ogletree, Earline L. Overton, Gregory Owens, Illonda Owens & Consuella Encalade, Ronnie Owens, Kim & Ernest Owney, Sr., Joanne Paige, Audrey Palmer, Leroy Palmer, Sandra B. & Willie Palmer, Jr., Troy Lynn Mack Palmer, Lourdes & Mabini Pampo, Clarence & Erical Paris, Barbara & Ervin Parker, Steve & Sheryln Patrick, Earnest Patterson, Jr., Roosevelt & Wanda Patterson, Ruth Green Patterson, Laura Pauline, Chester & Veronica Payne, Carnell Payton, Joy Washington & Romell Payton, Michael K. & Shounda M. Payton, Kenneth Pearson, Pamela Peck, Earl Pellerin, Jr., Rita & Arthur Pembrick, Sr., Addison & Yolanda Penn, Arline Perkins, Cynthia Perkins, Dolores C. Perkins, Harry & Dorothy Perrault, Pamela Perriatt, Frances Perry, Marlene Z. Pete, Diane Peterson, Alicia Phelps, Rose L. & Harold Phelps, Althea Phillips, Debra Phillips, Alsia & Terry Phillips, Sr., Barbara Pichon, Lori Picone, Anthony & Celina Pierce, Lisa & Gerald Pierce, Lora & Lawrence Pierce, Tonya Pierce, Lana Marie Lewis Pierre, Lillian Jones Pierre, Lawrence & Shelia Pinkey, Luella Pinkney, Mary Pinkney, Richard & Emma Pizzati, Virginia Pleasant, Keoka Plummer, Marshall Plummer, Susan

24

Points, Bonnie C. & Tyronne Polk, Margaret Polk, Portia L. Pollock, Edwina T. Porter, Lloyd C. Porter, Wanda Pouncy, Dana & Marlon Powell, Leatrice B. & Lionell Powell, Robert & Geraldine Preston, Malvin & Suzanne Prevost, Dennis Price, Sr., Hardy B. Price, Jr., Natalie B. & Anthony J. Price, Gail J. Provost, Waldina Quesada, Lily Quest, Betty Quinn, Abdul Raheem & Ethel Fields, Nathaniel Rainey, Shannon Rainey, Victoria Rainey, Karen L. & Lawrence Rancatore, Sr., Dameion & Kienja Randolph, Harold & Henerene Randolph, Margaret B.Randolph, Doris H. Ratcliff, Margarette Ratliff, Rose Ray, Sherman Rayford, Daisy & Elmore Raymond, Darrell & Rita Raymond, David & Kim Raymond, Paul S. Raymond, Doris J. Recasner, Warren & Irene Recasner, Delores & Melvin Reed, Dorothy Reeden, Alice Reff, Joyce Reine, Debbie & Leotis Rew, Jr., Kristin & Andrew Rhodes, Roosevelt & Barbara Richard, Rose M. & Victor W. Richard, Warren Richard, Marilyn Richardson, Wilbert & Wanda Richardson, Anthony & Tunja Riley, Schelaine Robair, Inell S. & Johnny Roberts, Sr., Leonard & Debbie Roberts, Shirley J. Roberts, Kathy Roberts, Lillian Robertson, Marlean & Willie Robertson, Verna & Emile Robertson, Paula Robichaux, Lorraine Robinson, Monica Robinson, Ronald Robinson, Rose V. Robinson, Shelia Robinson, Tyronn & Phillip Robinson, Debra & Obduliio Rodriguez, Lawrence & Merita Rodrique, Gloria & Leo Rolling, Toni & Albert Roman, Colleen & Butler Rondend, Giselle & Joseph Rooney, Jr., Dennis Ross, Jr., George & Kathy Ross, Joseph & Barbara Roth, Mikesha & Derick Route, Jr., Carolyn Ruffin, Gilda Ruffin, Rose Ruffins, Franklin S. & Dianne Ruiz, Lester A. Rumowski, Kara Lynn Russell, Vickie & Timothy W. Russell, Sr., Irvin & Jacqueline Sacrite, Gloria D. Sanchez, Magdalene Sanders, Theresa L. Sanders, Dwayne & Lynesha Butler Sanders, Rotonda & Edmond Sandifer, Cassandra Santiago, Lakesha Santiago, Patricia & Ulysses A. Santiago, Jr., Ernest J. & Kathleen Sara, Priscilla Saunders, Rose Sceau, Grace Schexnayder, Jerri Walker Schexnayder,

Dorian Scio, Barbara & Burdie Scott, Gwendolyn R. Scott, Joyce Scott, Kenneth & Shelia Scott, Melvin & Jean Scott, Gladys Severin, Doris W. & Lonnie Shanks, John Shanks, Brenda Sharret, Bonnie & William Shelton, Jr., Evelyn & David Sholes, Jr., Debra Simmons, Donna Yancy Simmons, Katona & Karl Simmons, Mary P. Simmons, Patsy Simmons, Erin M. Sims, Harold J. & Willie Mae Sims, Harry & Cheryl Sims, Kenneth & Cynthia Sims,  Michael Sims, Clayton Sinegal, Betty Singleton, Albertine Skinner, Walter Slatton (Barbara Harris obo), JoAnn Slipher, Dwayne & Miranda Sloan, Ashley Smallwood, Amanda & John Smart, Aletha & Kent Smith, Ada H. & Anthony W. Smith, Audrey Smith, Brenda & Thomas Smith, Catherine D. Smith, Danna Smith, Deborah & Hillard Smith, Ida Mae Smith, Lorraine Smith, Malcolm & Marsha Smith, Marva Smith, Melvin J. & Jeanette Smith, Richard Smith, Jr., Ronnie Smith, Thelma C. Smith, Tyrant & Velva Smith, Vidal Smith, Willie Smith, Willie Lee Smith, Yolanda P. Smith, Anaecha Smothers, Karen & Dwayne Smothers, LaVerne & Larry Smothers, Richard Smothers, Dawn & William Snyder, Jacqueline Snyder, Edward & Flora Sorina, Ruth Spears, Judy & John Spitzer, Tyralyn Morgan Spriggins, Tyralyn & William A. Spriggins, IV, Claudell & Hazel St. Julien, Allen & Marjorie Staes, Ronald & Diane Staes, Maria A. & Jack Stapleton, Thelma Starwood, Clarvette & Carl Steele, Sr., Kim A. Sterling, Nathan R. & Lynette R. Sterling, Sharlene & Kevin Sterling, Andrea & Elvis Stevens, Laura Stevenson, Mary Stevenson, Calvin & Kim Stewart, Judith Stewart, Lawrence & Lydia Stewart, Marla J. Stewart, Patricia Stewart, Kim & Calvin Stewart, David Stirgus, Deborah & Nelson Stockman, James & Julia Stokes, Michelle Stokes, James & Barbara Stovall, Carolyn W. Streams, Andre & KaFanya Strother, Traniece & John Strowder, Deborah & Alvin Sullen, Rubbie Sullivan, Gail Surtain, Diane Sykes, Don & Irene Sykes, Theresa & Ernest Sylvester, Marlon & Ziola Tabora, Phillis & Michael Talazac, Muriel Tarrell, Reginald & Delisa Tate, Gloria Tatum,

26

Betty Taylor, Ernest & Donna Taylor, Eunice & Peter Taylor, Gwendolyn Taylor, Josephine Taylor, June & Albert Taylor, Keenon & Sigrunn Taylor, LaToya & Samuel Taylor, Rita Taylor, Victory Taylor, Walter & Adrinne Taylor, Wilma W. Taylor, Otha Terrell, Tyrone Terry, Spencer & Desiree Theard, Andria Theodore, Marc & Lanika Theriot, Brenda Thibodeaux, Atron & Freddie Thomas, Bernetta & Kenneth Thomas, Danielle Thomas, Darryl & Linda Thomas, Earl T. Thomas, Gail & Armand Thomas, Geneva Parker Thomas, Janet Thomas, Joycelyn & Rodney Thomas, Julia M. Thomas, Lois Thomas, Mary Thomas, Othrea Thomas, Paulette Thomas, Virginia Thomas, Wayne & Vernice Thomas, William Thomas, Julie Mae Thomas, Mary & Alvin Thomas, Melanie & Lucies Thompson, Elvera Thornton, Ada R. Tillman, Kathy A. Tolliver, Cleo & Mary Toney, Edith Toney, Cordellia Townsend, Danny & Zelda Townsend, Melva Jean Trask, Evelyn & James Travis, Dawn & Leonard Travis, Sr., Gloria B. & Nathan Trepagnier, Charlene Trudeaux, Arthur & Peggy Tucker, Patricia L. & Donnell Tucker, Dorothy Mae Turner, Rachel Turner, Mary & Lawrence Tuxillo, Annie Ugoji, Jamie Vallery, Betty Vanderpool, Nelia Bickham Varnado, Leonne Vaughn, Michael Vaughn, Trinell & Patrick Vendun, Jr., Donald J. & Kathleen M. Villavasso, Daisy Voice & Melvin Perkins, Beverly H. & Calvin H. VonDerhaar, Sr., Tanya M. & Johnell Wade, Jr., Rhonda L. Wade, Deidre J. & Henry Walker, Gregory P. Walker, Olga Walker, Shirley Walker, Mary Walker, Carolyn & Alvin M. Walton, Sr., Mary Warner, Emelda & Maize Warren, Mary E. & Herbert Warren, Jr., Marguerite Warsley, Ann D.S. Washington, Annie O. Washington, Dinah & Howard Washington, Felicia Moran & Scott M. Washington, Janice & Carl Washington, Leon & Brenta T. Washington, Mercedes Washington, Sherman & Wanda G. Washington, Evelyn W. Watkins, Frances Watkins, James & Edith Watkins, Robin Watkins, Betty A. Watson, Dorothy M. Watson, Helen Watson, Sheila Watson, Terry Peters Watson, Theone Watts, Nellie Weary, Claude A. Weaver, Jr., Mary &

27

Kenneth R. Webb, Jr., Dennis Webb & Catherine Henderson, Cicely & Wendall J. Webber, Sr., Stella Webster, Barry Webster & Sandra Marshall, Bessie Welch, Michael A. Welch, Sr., Alma Wells, Sheryl Wells, Melanie B. Wesley, Joseph & Ethel West, Elijah & Irene Weston, Annie Wheeler, Daniel P. Wheeler, Jr., Joycelyn White, Louise White, Lydia White, Norma White, Shermain White, Zina Marie White, Darlene & Jerry Whittington, Carrier Marie Whittley, Alice Williams, Angela Williams, Bobbie Williams, Cassandra & Lawrence Williams, Catherine H. & D.C. Williams, Cheryl Williams, Debbie Williams, Debbie Williams & Eugene Hudson, Diana Williams, Edwina Williams, Ella M. Williams, Ethel Williams, Gegi Williams, Gertrude & Charles Williams, Gloria & Walter Williams, Gwendolyn & Michael Williams, Irma & Clarence Williams, Janet & Merlin Williams, Joann & Jessie Williams, Julia Williams, Karen L. Williams, Kerry T. & Barbara Williams, Knayo & Rachell Williams, Lisa Marie Williams, Lois A. Williams, Marion Williams, Meredith Williams, Miriam & Harry Williams, Philip & Marietta Williams, Rebecca Williams, Antoinette & Ronnie Williams, Sr., Saul & Janis Williams, Shirley & Arthur Williams, Terry Williams, Sr., Van & Sandrell Williams, Vanessa & Michel Williams, Virginia & Michael Williams, Walter T. & Nancy Williams, Wayne & Gail Williams, Wayne & Ondina Williams, Elma & Eugene Williams, Jason Williams, Sr. & Trynitha Fulton, Mary E. Wilson, Michelle Wilson, Oretha & Wayne Wilson, Sr., Otis Wilson, Jr., Japerlet Wilson, Florence W. & Errol A. Windon, Gwendolyn Winesberry, Brenda Wise, Tonyell & Norman Woodridge, Jr., Kenneth & Jonique Boles-Woods, Karen M. Woods, Patricia Woods, Rose Woods, Shelia & Warren A. Woods, Verther Woods, Elzina & Robert Wright, Jr., Melissa & Robert Wright, Jr., Wilbert & Charlene Wrines, Ernest & Joycelyn Jarrell Wyatt, Kevin & Jann Wynne, Quentin Wysingle, Albertine Young, Floyd Young, Hilda W. Young, Julia & Joseph H. Young, Jr., Louis & Sylvia Young, Marvin & Michelle

Young, Raymond & Hilda Young, Herbert Badeaux, Brenda Desselle, Sharon Hillard, William J. & Annette Hudson, Geraldine Jenkins, Wallace Sims, Shirley Rushing, Diane Wise, Daniel & Enica Ross, Daniel H. Usner, Sr. Joann Robinson, Phil & June Matherne, David & Isame Chambers, Jashana Brown, Annie Marie Hughes, Janice Cooks, Catherine Beckett, Axcess Medical Clinic, Inc. and/or Kenneth C. Knight, MS Ridg Ltd., LLC and/or Robert Liniado, Elizabeth Brown, Kermit & Victoria Lawrence, Lana Horne, Linda Alfred, Charlene Millet, Marlene Millet, Karen Harriel, Velma Jacques, Jashana Brown Wilson & Gigi Vargheses, Damaris Kennedy, Brenda A. Lear, Darryl & Lena Lewis, Janice Bastian, Viola Brown, Mark Barnes, Alberta Walker, Dennis & Gerallen Warning, Edward & Kendon Williams, Thomika Berryhill, Rosemary Byrd, Darryl Cola, Elias Cottrell, Brenda Dessele, Bernadine Donald, Marsha Ervin, Sarita Granger, Shirlene Gray & N. Wilson Gray, Joycelyn Jarrell, Gerald LaChance, Vicki Lamb, Peter Lewis & Ryan Aubert, Sandra Lynn, Gerald Rahelich, Charlesten May, David M. Picone & Lorraine Kraus, Otis & Allison Pinkey, Thomas Smith, Jr., Leroy Theard, Jr., Ida Townsend, Lonnie Townsend, Jr., Lucy Washington, Geraldine Winford, Frank Woods, Verdun P. Woods, Collins & Linda Fernandez, Clayton Sinegal, Lee Alexander, Phillip & Marietta Williams, Meredith Williams, Daniel & Erica Ross, An Janette Johnson, Frank & Nellie Dixon. Lisa & Leroy Theard.

All plaintiffs are citizens of the State of Louisiana.

2.

Made defendants herein are:

AIG Centennial Insurance Company, AIG Indemnity Insurance Company, AIG National Insurance Company, Inc., AIG Premier Insurance Company, Alliance Assurance Company of America, Allianz

29

Global Risks US Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, American Bankers Insurance Company of Florida, American General Indemnity Company, American General Property Insurance Company, American Modern Home Insurance Company, American Modern Select Insurance Company, American National General Insurance Company, American National Property and Casualty Company, American Reliable Insurance Company, American Security Insurance Company, Armed Forces Insurance Exchange, Assurance Company of America, Audubon Indemnity Company, Auto Club Family Insurance Company, Axis Suplus Insurance Company, Balboa Insurance Company, Bankers Insurance Company, Crawford & Company, Electric Insurance Company, Empire Fire and Marine Insurance Company, Farmers and Merchants Insurance Company, Farmers Insurance Exchange, The Fidelity and Casualty Company of New York, Fidelity and Deposit Company of Maryland, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity First Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, GMAC Direct Insurance Company, GMAC Insurance Company Online, Inc., Guaranty National Insurance Company, The Hanover American Insurance Company, The Hanover Insurance Company, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, Hartford Steam Boiler Inspection and Insurance Company, Hartford Steam Boiler Inspection and Insurance Company of Connecticut, Hartford Underwriters Insurance Company, Homesite Insurance Company, Horace Mann Insurance Company, Horace Mann Property & Casualty Insurance Company, Kemper Casualty Insurance Company, Lexington Insurance

Company, Lexington National Insurance Corporation, Liberty Insurance Corporation, Liberty Insurance Underwriters, Inc., Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe Limited, Liberty Personal Insurance Company, Liberty Surplus Insurance Company, LM General Insurance Company, LM Insurance Corporation, LM Property and Casualty Insurance Company, Metlife Auto and Home, Metropolitan Property and Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Company, Metropolitan Casualty Insurance Company, National Security Fire and Casualty Company, National Lloyd's Insurance Company, Republic Fire and Casualty Insurance Company, Republic Lloyds, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, Safeco Surplus Lines Insurance Company, Scottsdale Indemnity Company, Scottsdale Insurance Company, Select Insurance Company, Southwest Business Corporation, The Standard Fire Insurance Company, Standard Guaranty Insurance Company, State Farm Fire and Casualty Company, State Farm General Insurance Company, State Farm Mutual Automobile Insurance Company, Teachers Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Home and Marine Insurance Company, The Travelers Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, Underwriters at Lloyd's, London, United Fire & Indemnity Company, United Fire and Casualty Company, USAA Casualty Insurance Company,

31

USAA General Indemnity Company and Wilshire Insurance Company.

A majority of the defendants above are citizens of the states other than the State of Louisiana.

3.

All plaintiffs are and/or were owners of immoveable property within the State of Louisiana and the jurisdiction of this Honorable Court which sustained damage on or about August 29, 2005 as a result of Hurricane Katrina and have made claims for recovery of those damages pursuant to contracts of property, commercial, business, rental and/or flood insurance issued to them for the properties in question by one or more of the named defendant.

4.

Defendants are insurance companies issued policies of property, commercial, business, rental and/or flood insurance to the plaintiffs herein insuring them against various losses sustained by them as a result of Hurricanes Katrina.

## JURISDICTION

5.

This Court has jurisdiction in this matter pursuant to 28 USCA 1369 in that this is a civil action for damages involving minimal diversity between adverse parties that arises from a single accident where at least seventy-five (75) natural persons have died in the accident at a discrete location.

Additionally, there is jurisdiction pursuant to 28 USCA 1331, federal question, in that a significant number of the claims are made under the National Flood Insurance Program under which this court has exclusive original jurisdiction pursuant to 42 USCA 4053  because the insured property is situated within this district.

32

## FACTUAL ALLEGATIONS

6.

Plaintiffs were all owners of property in southeastern Louisiana all within the jurisdiction of this Honorable Court.

7.

Defendant insurance companies all issued policies of homeowners' property, commercial, business, rental and/or flood insurance covering plaintiffs' property in southeast Louisiana.

8.

On the morning of August 29, 2005 Hurricane Katrina made landfall in Southeast Louisiana.

9.

As a result of the hurricane force winds and consequent failure of levees, plaintiffs' properties were severely damaged and/or destroyed.

10.

Plaintiffs' homeowners' property, business and commercial, rental and/or flood insurance policies were all in full force and effect on and about August 29, 2005.

11.

All of said policies issued by the defendants provided coverage for losses and damages sustained by plaintiffs.

12.

Plaintiffs promptly reported the damage to the respective insurance company defendants and therefore the insurance company defendants knew almost immediately that plaintiffs' property had sustained severe physical and structural damage and that plaintiffs had sustained other losses and

33

damages covered under the policies in question.

13.

All plaintiffs submitted proof of losses to their respective insurance company defendants.

14.

After submission of proper proof of loss insurance companies tendered insufficient and untimely payments to the plaintiffs, said tenders did not contemplate the complete scope of repairs, damages, including but not limited to post-Katrina unit cost, labor cost and material cost, overhead and profit for the contractor hired to do repairs, adequate compensation for the loss of contents and additional living expenses, business interruption, business loss, loss of income, profits, rental income and other recoverable items to be shown at trial.

15.

To date defendants have failed to make adequate payments on plaintiffs' claim under their homeowner's property policies, rental, flood policies and/or business and commercial policies despite the fact that plaintiffs have complied with all of their duties and responsibilities as set forth in those policies.

## CAUSES OF ACTION

16.

The failure of the defendants to make just and adequate payment on claims made under the policies they have issued constitutes negligence and further violates  widely accepted standards throughout the insurance industry, their actions further constitute violations of fair claims adjusting practices and violations of multiple state and Federal statutes concerning regulation of the insurance industry and fair trade practices all of which rendered defendants liable for interest, penalties,

34

attorneys' fees and punitive damages, if applicable, in addition to amounts still remaining due under policy provisions.

17.

Plaintiffs further allege that the defendants engaged in a bad faith adjusting scheme to deprive its insureds of full policy benefits for which they paid and such scheme was in violation of both State and Federal Law concerning unfair business practices .

18.

The unfair practices utilized by insurers herein include, but are not limited to, the following:

1.  Failing to properly advise insureds of the available coverages applicable to plaintiffs' homeowner's, business, commercial and flood policies;

2.  Failing to properly adjust claims;

3.  Refusing to pay for mold damage which occurred from the covered loss;

4.  Improperly applying concurrent causation clauses of the insurance policies; and

5.  Violation of Louisiana Unfair Claims Practices Act, specifically, Revised Statute 22:1214 (14) (a) - (o).

19.

Defendants herein have failed to comply with Louisiana's Valued Policy Clause, La. R.S. 22:695. This failure to comply includes, but is not limited to taking unfair, unjustified and improper deductions, devaluations, depreciation and therefore failing to pay full value of the policy for houses that were a total loss.

20.

La R.S. 22:658 requires insurers, among other things, to pay the amount of any claim due its

insureds within thirty (30) days after receipt of satisfactory proof of loss, to initiate loss adjustment within thirty (30) days of notification of the loss by claimant, and make a written offer to settle within thirty (30) days of satisfactory proof of loss. Defendants herein failed to comply.

21.

Defendants' failure to pay and/or timely initiate good faith loss adjustment was arbitrary, capricious and without probable cause and is in bad faith making defendants liable to plaintiffs for damages, penalties and attorney's fees under applicable law including, but not limited to La. R.S. 22:658.

22.

La R.S. 22:1220 provides that an insurer owes a duty of good faith and fair dealing to its insured, and it provides that insurers have an affirmative duty to adjust claims fairly and promptly and to make reasonable efforts to settle claims.

23.

Defendants, through their agents, employees and representatives, violated their duties under La. R.S. 22:1220 as alleged herein and are therefore liable for general and special damages, penalties and attorney's fees under the applicable law, including but not limited to La. R.S. 22:1220 by one of the following acts or omissions:

a.) Knowingly misrepresenting pertinent facts or policy provisions regarding the coverage at issue;

b.) Arbitrarily, capriciously and without probable cause failing to pay the amount of claim due within sixty (60) days after receipt of satisfactory proof of loss; and

c.) Adjusting claims in violation of La. R.S. 22:658.2.

36

24.

Defendant insurance companies are liable for the acts and omissions of its agents, employees, and representatives in the handling of plaintiffs' claims.

25.

Based on the conduct and actions of the defendants as described above, plaintiffs have the following causes of action against defendants:

1.    Breach of insurance contract;

2.    Violation of La. R.S. 22:658;

3.    Violation of La. R.S. 22:658.2

4.    Breach of their duty act reasonably and fairly under La. R.S. 22:1220;

5.    Breach of duty under La. R.S. 22:1220;

6.    Failure to tender fair and adequate payment for casualty losses;

7.    Bad faith adjusting practices; and

8.    Other causes of actions that will be determined at trial.

26.

Plaintiffs are entitled to the following elements of damages for the causes of action previously mentioned:

1.    Reimbursement for property damages, repair and remediation expenses;

2.    Reimbursement for damages to contents;

3.    Losses due to interruption of business, business loss, loss of income, profits, etc.;

4.    Penalties under La. R.S. 22:658, 22:658.2 and 22:1220;

5.    Double damages pursuant to La. R.S. 22:1220;

37

6.    Fifty percent (50%) penalties for failure to submit payment within thirty (30) days
      from proof of claim;

7.    Attorneys' fees;

8.    Emotional distress caused by defendants improper actions;

9.    Court costs;

10.   Punitive damages, if applicable;

11.   Loss of use of property;

12.   Diminution in property value;

13.   Loss of enjoyment of property;

14.   Loss of income/rents, if applicable; and

15.   Any relief that this Honorable Court deems fair and equitable.

27.

Plaintiffs further pray for trial by jury.

**WHEREFORE,** plaintiffs pray that after due proceedings be had there be judgment in their

favor and against the defendants in amounts that are reasonable under the premises, including,

damages for mental and emotional suffering caused by the action of the defendants, penalties,

attorney's fees, expert witness fees and interest and all costs for this proceeding.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**

JIM S. HALL (#21644)
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: 504-832-3000

38