# VICTIMS OF KATRINA


