STATE OF LOUISIANA
PARISH OF ORLEANS
CITY OF NEW ORLEANS

FILE No. 10
SUBJECT: DRAI[NAGE]

The JEFFERSON & LAKE PONTCHARTRAIN RAILWAY COMPANY, a corporation organized under the laws of Louisiana and domiciled at New Orleans, through its President, Courtney Samuel, acting by virtue of a Resolution adopted at a meeting of the Board of Directors of said Corporation held on May 26 1941, a copy of which is attached hereto, does by these presents relinquish, abandon and quitclaim all and whatsoever rights, title, claims and interest it has, may have, or may have had, in and to the following described property to the CITY OF NEW ORLEANS, for the uses and benefits of the SEWERAGE & WATER BOARD OF NEW ORLEANS, to-wit:

## DESCRIPTION OF PROPERTY

1. A certain tract or portion of ground together with all the buildings and improvements thereon and all the rights, ways, servitudes, and advantages thereunto belonging or in anywise appertaining, situated both in the Seventh District of the City of New Orleans, Parish of Orleans, and in the Eighth Ward of the Parish of Jefferson, all in the State of Louisiana, which said tract or portion of ground is bounded on the north by the south right-of-way line of the New Orleans Belt and Terminal Company; on the east by the west line of the Hazeur Tract or the dividing line between sections 120 and 121; on the west by the east property line of Orleans Street or the line between sections 121 and 122 in the Parish of Jefferson; and on the south by a line running from said line between sections 120 and 121 or the west line of the Hazeur Tract to the said east property line of said Orleans Street or the dividing line of sections 121 and 122, the whole as per Plan or Certificate of Survey made by E. T. Ducros, C. E., dated the 13th day of May 1941, and deposited as Plan No. DA-2714 in the archives of the Drainage Department of the Sewerage & Water Board of New Orleans, a blue print copy of said plan is hereto annexed for reference and makes part hereof. In accordance with said plan this tract or portion of ground commences at the junction of the south right-of-way line of the New Orleans Belt and Terminal Company and the east property line of Orleans Street or the dividing line of sections 121 and 122, and measures 391 feet, 10 inches and 5 lines along said right-of-way; 436 feet, no inches and 7 lines on the west line of the Hazeur Tract or the line between sections 120 and 121; 383 feet, 8 inches and no lines along its south boundary line measured from said line between sections 120 and 121 and the east line of Orleans Street or the line between sections 121 and 122 and 356 feet, 3 inches and 4 lines along the line of said Orleans Street, as above mentioned, to the point of beginning. Said tract or portion of ground embraces within its above and heretofore mentioned

PROPERTY OF
SEWERAGE & WATER BOARD
OF NEW ORLEANS
DRAINAGE ENGINEERING DEPT.
526 CARONDELET STREET
NEW ORLEANS

EXHIBIT A

—2—

street, Metairie Road, a public highway, only excepted. Said strip of ground measures in width 20 feet, 6 inches and 4 lines eastward towards the Orleans-Jefferson Parish Line from the outside or east face of the said east retaining wall of said Metairie Relief Canal, and is 49 feet, no inches and 2 lines west of the dividing line between the Parishes of Jefferson and Orleans.

3. All that portion of ground in the said Eighth Ward of the Parish of Jefferson extending from Lake Pontchartrain to North Line Street, presently occupied by the said Metairie Relief Canal, roadways and canal banks; Metairie Road, and the properties heretofore firstly and secondly described only excepted.

And for the same consideration, said President is further authorized to additionally abandon, waive and relinquish all and whatsoever claim, action and rights this Corporation may have against the Sewerage & Water Board of New Orleans for compensation or for damages for the taking or for the use by the said Sewerage & Water Board of New Orleans, at any time, of any part of the above described parcels of land.

BE IT FURTHER RESOLVED: That said Courtney Samuel, President, be authorized to execute any and all instruments, whether under private signature or by authentic act, which may be needful or proper in the premises.

I certify that the above and foregoing is a true and correct copy of resolutions adopted by the Board of Directors of the Jefferson & Lake Pontchartrain Railway Company at a meeting of said Board held at the domicile of the corporation in the City of New Orleans on May 26, 1941, at which meeting a quorum was present.

                                    _____
                                              Secretary

PROPERTY OF
SEWERAGE & WATER BOARD
OF NEW ORLEANS
DRAINAGE ENGINEERING DEPT.
526 S. Roman Street
NEW ORLEANS

—3—

company, as its said President, does hereby acknowledge and for which full acquittance and discharge is hereby granted.

To have and to hold all of the aforesaid rights, title and interests unto the City of New Orleans and its assigns forever.

Done and signed, in triplicate, by the Jefferson & Lake Pontchartrain Railway Company, through its President aforesaid, at New Orleans, on this 27 day of May, 1941, in the presence of the undersigned witnesses.

WITNESSES:                          Jefferson & Lake Pontchartrain
Signed                              Railway Company
H. Schneider
                                    by Signed Courtney Samuel
Paul B. Houlihan                            President

Before me, the undersigned authority, personally came and appeared Courtney Samuel, President of the Jefferson & Lake Pontchartrain Railway Company, who being duly sworn by me, Notary, did declare and acknowledge that she signed and executed the above instrument of quitclaim, relinquishment, abandonment and waiver under authority of the Resolution attached thereto and made a part thereof, for the objects and purposes therein stated, and for the consideration therein recited, which has been fully paid; affiant further deposes that said Jefferson & Lake Pontchartrain Railway Company has made no alienation of the three parcels of property described in the aforesaid instrument, adverse to the Sewerage & Water Board of New Orleans, and that the same is not encumbered by any mortgage.

SWORN TO AND SUBSCRIBED BEFORE ME
this 27 day of May, 1941.

                                    Courtney Samuel

In Orleans Parish
Reg. in C.O. BK 516, fo. 12.
In Jefferson Parish
Reg. in C.O. Book 172, fo. 220

PROPERTY OF
SEWERAGE & WATER BOARD
OF NEW ORLEANS
DRAINAGE ENGINEERING DEPT.
625 CARONDELET STREET
NEW ORLEANS

OLUTIONS OF JEFFERSON & LAKE PONTCHARTRAIN RAILWAY COMPANY

RESOLVED: That for the consideration of Five Thousand lars ($5,000.00) Cash, COURTNEY SAMUEL, President, be horized to relinquish, abandon and quitclaim in favor of CITY OF NEW ORLEANS for the uses and benefits of the ERAGE & WATER BOARD OF NEW ORLEANS all and whatsoever hts, title, claims and interest Jefferson & Lake Pontchar- in Railway Company has or may have in and to the following cribed property, to-wit:

### DESCRIPTION OF PROPERTY

1. A certain tract or portion of ground together with the buildings and improvements thereon and all the rights, s, servitudes, and advantages thereunto belonging or in wise appertaining, situated both in the Seventh District the City of New Orleans, Parish of Orleans, and in the hth Ward of the Parish of Jefferson, all in the State of isiana. Which said tract or portion of ground is bounded the north by the south right-of-way line of the New Or- ns Belt and Terminal Company; on the east by the west e of the Hazeur Tract or the dividing line between tions 120 and 121; on the west by the east property line Orleans Street or the line between sections 121 and 122 the Parish of Jefferson; and on the south by a line ning from said line between sections 120 and 121 or the t line of the Hazeur Tract to the said east property s of said Orleans Street or the dividing line of sections and 122, the whole as per Plan or Certificate of survey by M. T. Ducros, C. E., dated the 13th day of May 1941, deposited as Plan No. DA-2714 in the archives of the inage Department of the Sewerage & Water Board of New Or- ns. In accordance with said plan this tract or portion of nd commences at the junction of the south right-of-way of the New Orleans Belt and Terminal Company and the property line of Orleans Street or the dividing line of tions 121 and 122, and measures 391 feet, 10 inches and 5 s along said right-of-way; 436 feet, no inches and 7 s on the west line of the Hazeur Tract or the line be- n sections 120 and 121; 383 feet, 8 inches and no lines g its south boundary line measured from said line be- n sections 120 and 121 and the east line of Orleans et or the line between sections 121 and 122 and 356 feet, ches and 4 lines along the line of said Orleans Street, bove mentioned, to the point of beginning. Said tract or ion of ground embraces within its above and heretofore ioned boundaries portions of ground claimed to have been. tofore acquired by the Sewerage & Water Board and its cessor the Drainage Commission of New Orleans, see Act . J. Woulfe, N. P., December 20, 1897, C.O.B. 168, Folio and Ordinance No. 3130, C.C.S. Act before A. C. Kammer, ., September 22, 1921, C.O.B. 336, Folio 454.

2. A certain strip or portion of ground together with the buildings and improvements thereon and all the ts, ways, servitudes and advantages thereunto belonging ppertaining, situated in the Eighth Ward of the Parish fferson, State of Louisiana, immediately adjacent to unning continuously with and along the east retaining of the Upper Protection Canal, now known and designated e Metairie Relief Canal, beginning at the south bounda- ns of the property hereinbefore firstly described and ding along said Canal bank as aforesaid to North line

PROPERTY OF
SEWERAGE & WATER BOARD
OF NEW ORLEANS
DRAINAGE ENGINEERING DEPT.
926 CAROLDELET STREET
NEW ORLEANS

boundaries portions of ground claimed to have been heretofore acquired by the Sewerage & Water Board and its predecessor the Drainage Commission of New Orleans, see Act of J. J. Woulfe, N. P., December 20, 1897, C.O.B. 168, Folio 208 and Ordinance No. 3130, C.C.S. Act before A. C. Kammer, N. P., September 22, 1921, C.O.B. 536, Folio 454.

2. A certain strip or portion of ground together with all the buildings and improvements thereon and all the rights, ways, servitudes and advantages thereunto belonging or appertaining, situated in the Eighth Ward of the Parish of Jefferson, State of Louisiana, immediately adjacent to and running continuously with and along the east retaining wall of the Upper Protection Canal, now known and designated as the Metairie Relief Canal, beginning at the south boundary line of the property hereinbefore firstly described and extending along said Canal bank as aforesaid to North Line Street, Metairie Road, a public highway, only excepted. Said strip of ground measures in width 20 feet, 6 inches and 4 lines eastward towards the Orleans-Jefferson Parish Line from the outside or east face of the said east retaining wall of said Metairie Relief Canal, and is 49 feet, no inches and 2 lines west of the dividing line between the Parishes of Jefferson and Orleans.

3. All that portion of ground in the said Eighth Ward of the Parish of Jefferson extending from Lake Pontchartrain to North Line Street, presently occupied by the said Metairie Relief Canal, roadways and canal banks; Metairie Road, and the properties heretofore firstly and secondly described only excepted.

Said Jefferson & Lake Pontchartrain Railway Company additionally abandons, waives and relinquishes all and whatsoever claim, action and rights it may have against the Sewerage & Water Board of New Orleans for compensation or for damages for the taking or for the use by the said Sewerage & Water Board of New Orleans, at any time, of any part of the above described parcels of land.

The consideration for the within relinquishment, abandonment and quitclaim of all of the rights, title, interest and claims of said Jefferson & Lake Pontchartrain Railway Company to the above described property, and for the abandonment, waiver and relinquishment by it of all claims, actions and rights for compensation or damages for the taking or use of any part of said property, is the sum of FIVE THOUSAND DOLLARS ($5,000.00), which said sum the said Sewerage & Water Board of New Orleans has truly paid in CASH to the said Jefferson & Lake Pontchartrain Railway

PROPERTY OF
SEWERAGE & WATER BOARD
OF NEW ORLEANS
DRAINAGE ENGINEERING DEPT.
625 CARONDELET STREET
NEW ORLEANS

SUPPLEMENTAL AGREEMENT BETWEEN

THE UNITED STATES OF AMERICA

THE ORLEANS LEVEE DISTRICT

THE EAST JEFFERSON LEVEE DISTRICT

AND

THE SEWERAGE AND WATER BOARD OF NEW ORLEANS

THIS AGREEMENT is entered into this 18th day of February, 1992 by and between the UNITED STATES OF AMERICA (hereinafter called the "Government"), the Orleans Levee District (hereinafter called "OLD") and the East Jefferson Levee District (hereinafter called "EJLD") and the Sewerage and Water Board of New Orleans (hereinafter called "S&WB").

WHEREAS, the Flood Control Act of 1965, Section 204, Public Law 298, 89th Congress, 1st Session (approved October 27, 1965), substantially in accordance with the Report of the Chief of Engineers, dated March 4, 1964 (contained in House Document No. 231, 89th Congress, 1st Session) authorized the construction of the Lake Pontchartrain and Vicinity Hurricane Protection Project; and

WHEREAS, the Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project Reevaluation Study, dated December 1983, approved February 7, 1985, has authorized construction of the High Level Plan, rather than the Barrier Plan; and

WHEREAS, the Boards of Commissioners for EJLD and OLD have granted assurances to the Government for the Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project containing the following items of local cooperation, among others:

a. Provide all lands, easements, and rights-of-way, including borrow and spoil disposal areas necessary for construction, operation, and maintenance of the Project;

b. Accomplish all necessary alterations and relocation to roads, railroads, pipelines, cables, wharves, pumping stations, and other facilities required by construction of the Project;

c. Hold and save the Government free from damages due to the construction works;

d. Maintain and operate all features of the Project in accordance with regulations prescribed by the Secretary of the Army, including levees, floodgates and approach channels, pumping stations, drainage ditches or canals, floodwalls, and stoplog structures; and



EXHIBIT B

WHEREAS, part of the work remaining on the Lake Pontchartrain and Vicinity Hurricane Protection Project High Level Plan is to provide fronting protection to Pumping Station No. 6 located in the 17th Street Canal (hereinafter called the "fronting project"); and

WHEREAS, the subject pumping station is on property owned by the S&WB, and provides storm water drainage for both Orleans and Jefferson Parishes, at the ratio of 23.5 % for Jefferson Parish and 76.5 % for Orleans Parish; and

WHEREAS, the S&WB wants to maintain and operate the fronting protection after construction and the OLD and the EJLD agree that the S&WB is in the best position to operate and maintain the fronting protection after the construction; and

WHEREAS, in furtherance of the above, the S&WB wants to become a local sponsor for the fronting protection segment of the Lake Pontchartrain and Vicinity Hurricane Protection Project for the limited purposes of providing all lands, easements, and rights-of-way necessary for construction, operation, and maintenance of the fronting protection to Pumping Stations No. 6, and maintaining and operating all features of the fronting project according to regulations prescribed by the Secretary of the Army; and

WHEREAS the OLD and the EJLD desire to remain the local sponsors for the fronting project for all other purposes previously agreed to in their respective Assurances, according to the ratio of 23.5 % for EJLD and 76.5% for OLD, including:

    a. Providing all non-Federal funds necessary to meet the required financial commitments of the Local sponsor;

    b. Hold and save the Government free from all damages arising from the construction of the fronting project and the construction of any fronting project related betterments, except for damages due to the fault or negligence of the Government or the Government's contractors;

    c. During construction, provide any insurance and be responsible for any monetary considerations or remunerations to any railroads or other facility owners having any rights in the subject property, other than the City of New Orleans, the Parish of Jefferson, the State of Louisiana, the United States of America, or any of their subdivisions or agencies.

    d. Receive all credits for any items of local cooperation performed or contributed to the project.

WHEREAS the OLD and the EJLD desire to retain the ownership of the fronting protection improvements to be constructed, according to the ratio of 23.5 % for EJLD and 76.5% for OLD, subject to the right and obligation of the S&WB to operate, maintain, repair, replace, and rehabilitate the improvements; and

WHEREAS, the Sewerage and Water Board of New Orleans, represented by Marc H. Morial, its President, pursuant to and by virtue of the provisions of its resolution, adopted August 14, 1996,

who attaches hereto and makes a part hereof a duly certified copy of such resolution, and who declared that, in the accordance with said resolution and pursuant thereto, he, the said President of the Sewerage and Water Board of New Orleans, has assured and does now assure the Secretary of the Army of the United States that said Board of Commissioners of the Sewerage and Water Board of New Orleans has the authority and the capability to furnish the agreed upon portions of the non-Federal cooperation required by the Federal legislation authorizing the fronting project and by other applicable laws; and

WHEREAS, the Board of Commissioners for the Orleans Levee District, represented by James P. Huey, its President, pursuant to and by virtue of the provisions of its resolution, adopted August 21, 1996, and the Board of Commissioners for the East Jefferson Levee District, represented by _____, its President, pursuant to and by virtue of the provisions of its resolution, adopted August 12, 1996, who attach hereto and make a part hereof duly certified copies of such resolutions, and who declared that, in the accordance with said resolutions and pursuant thereto, they, the said officers of their respective Boards of Commissioners, assured and do now assure the Secretary of the Army of the United States that said Boards of Commissioners consent to the Sewerage and Water Board of New Orleans furnishing the hereinafter agreed upon portions of the non-Federal cooperation required by the Federal legislation authorizing the fronting project, and that they will continue to provide the remaining items of the non-Federal cooperation and comply with all the required conditions and provisions of local cooperation listed in their previous Assurances.

NOW, THEREFORE, the Sewerage and Water Board of New Orleans, in consideration of the construction to be done by the United States of America for the fronting protection to its pumping station, agrees that it will, without cost to the United States:

    a. Provide, all lands, easements, and rights-of-way determined by the Government to be necessary for the construction, operation, and maintenance of the fronting project;

    b. For so long as the fronting project remains authorized, operate, maintain, repair, replace, and rehabilitate the completed fronting project features, at no cost to the Government, in accordance with applicable Federal and State laws and any specific directions prescribed by the Government;

    c. Grant the Government, the EJLD, and the OLD a right to enter, at reasonable times and in a reasonable manner, upon lands which the S&WB owns or controls, for access to the fronting project for the purpose of inspecting, and, if necessary, for the purpose of completing, maintaining, repairing, replacing, or rehabilitating the fronting project;

d. Hold and save the Government free from all damages arising from the operation, maintenance, repair, replacement, and rehabilitation of the fronting project and any fronting project related betterments, except for damages due to the fault or negligence of the Government or the Government's contractors;

e. Prevent future encroachments on the provided fronting project lands, easements and rights-of-ways which might interfere with the proper functioning of the fronting project;

f. Comply with the applicable provisions of the Uniform Relocation Assistance and Real Property Acquisition Act of 1970, Public Law 91-646, as amended by Title IV of the Surface Transportation and Uniform Relocation Assistance Act of 1987, Public Law 100-17, and the Uniform Regulations contained in 49 CFR part 24, in acquiring lands, easements, and rights-of-ways, and performing relocations, for construction, operation, and maintenance of the fronting project, and inform all affected persons of applicable benefits, policies, and procedures in connection with said act;

g. Comply with all applicable Federal and State laws and regulations, including section 601 of the Civil Rights Act of 1964, Public Law 88-352, and Department of Defense Directive 5500.11 issued pursuant thereto, as well as Army Regulation 600-7, entitled "Nondiscrimination on the Basis of Handicap in Programs and Activities Assisted or Conducted by the Department of the Army."

FURTHER, the Board of Commissioners for the East Jefferson Levee District and the Board of Commissioners for the Orleans Levee District agree that the provisions in the previous Assurances granted for the Lake Pontchartrain and Vicinity Hurricane Protection Project High Level Plan remains in full force and effect, except as to the modifications herein agreed upon.

IN WITNESS WHEREOF, the parties hereto have executed this contract as of the day and year first above written.

THE UNITED STATES OF AMERICA                EAST JEFFERSON LEVEE DISTRICT

BY: _William L. Conn_____                  BY: _____
Colonel, CE                                     President
District Engineer
New Orleans District


SEWERAGE AND WATER                          ORLEANS LEVEE DISTRICT
BOARD OF NEW ORLEANS

BY: _____               BY: _____
Marc H. Morial, President                       James P. Huey, President

-4-