UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * | CIVIL ACTION<br><br>NO.   05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| _____ | * * | |
| PERTAINS TO: | * * | |
| *ROAD HOME*:   *Louisiana State*, C.A. No. 07-5528 | * * * | |
| _____ | | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant, Electric Insurance Company ("EIC"), pursuant to Fed. R. Civ. P. 7.1(a), states that:

(1) One hundred percent (100%) of Electric Insurance Company's common stock is owned by Wilmington Trust Company, a Delaware banking corporation ("Wilmington"), solely in its capacity as Trustee, under a Trust Agreement entered into between Electric Mutual Liability Insurance Company, Ltd, a Bermuda insurance company ("EMLICO") and Wilmington, dated July 1, 1995 ("Trust Agreement").

and

(2) General Electric Company, a New York corporation, is sole beneficiary under the Trust Agreement.

Respectfully submitted,

*s/ Dominic J. Gianna*
Dominic J. Gianna, #6063
Alan Dean Weinberger # 13331
**MIDDLEBERG, RIDDLE & GIANNA**
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana  70170-3100
Telephone:  (504) 525-7200
*Attorneys for Electric Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system.

*s/ Dominic J. Gianna*

ND: 4849-0715-7250, v.  1