UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO. 05-4182 "K" (2) |
| § | | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| § | | |
| PERTAINS TO: § | | |
| ALL LEVEE § | | |
| ALL MRGO § | | |
| ALL BARGE § | | |
| _____ § | | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol. The following documents were selected by Plaintiffs for production in the manner specified in the United States Document Production Protocol:

AIN-137-000000030 to AIN-137-000000035;
NED-215-000001831 to NED-215-000001831;
NOP-013-000003043 to NOP-013-000003046.

A representative for Joseph Bruno, Plaintiffs' Liaison Counsel for the In Re Katrina Consolidated litigation, made the following selections, that are responsive to the above stated Requests for Production, from the United States Army Corps of Engineers' photographic archive in New Orleans pursuant to a Freedom of Information Act request:

NIM-001-000000001 to NIM-001-000000006;
NIM-002-000000001 to NIM-002-000000006;
NIM-003-000000001 to NIM-003-000000006;
NIM-004-000000001 to NIM-004-000000006;
NIM-005-000000001 to NIM-005-000000006;
NIM-006-000000001 to NIM-006-000000006;
NIM-007-000000001 to NIM-007-000000006;
NIM-008-000000001 to NIM-008-000000006;
NIM-009-000000001 to NIM-009-000000006;
NIM-010-000000001 to NIM-010-000000019;
NIM-011-000000001 to NIM-011-000000023;
NIM-012-000000001 to NIM-012-000000009;
NIM-013-000000001 to NIM-013-000000001;
NIM-014-000000001 to NIM-014-000000001;
NIM-015-000000001 to NIM-015-000000001;
NIM-016-000000001 to NIM-016-000000001;
NIM-017-000000001 to NIM-017-000000001;
NIM-018-000000001 to NIM-018-000000001;
NIM-019-000000001 to NIM-019-000000001;
NIM-020-000000001 to NIM-020-000000001;
NIM-021-000000001 to NIM-021-000000001;
NIM-022-000000001 to NIM-022-000000001;
NIM-023-000000001 to NIM-023-000000001;
NIM-024-000000001 to NIM-024-000000001;
NIM-025-000000001 to NIM-025-000000001;
NIM-026-000000001 to NIM-026-000000001;
NIM-027-000000001 to NIM-027-000000002;
NIM-028-000000001 to NIM-028-000000006;
NIM-029-000000001 to NIM-029-000000006;

| | | |
|---|---|---|
| NIM-030-000000001 | to | NIM-030-000000006; |
| NIM-031-000000001 | to | NIM-031-000000026; |
| NIM-032-000000001 | to | NIM-032-000000030; |
| NIM-033-000000001 | to | NIM-033-000000027; |
| NIM-034-000000001 | to | NIM-034-000000006; |
| NIM-035-000000001 | to | NIM-035-000000013; |
| NIM-036-000000001 | to | NIM-036-000000032; |
| NIM-037-000000001 | to | NIM-037-000000032; |
| NIM-038-000000001 | to | NIM-038-000000016; |
| NIM-039-000000001 | to | NIM-039-000000006; |
| NIM-040-000000001 | to | NIM-040-000000006; |
| NIM-041-000000001 | to | NIM-041-000000006; |
| NIM-042-000000001 | to | NIM-042-000000006; |
| NIM-043-000000001 | to | NIM-043-000000006; |
| NIM-044-000000001 | to | NIM-044-000000006; |
| NIM-045-000000001 | to | NIM-045-000000006; |
| NIM-046-000000001 | to | NIM-046-000000006; |
| NIM-047-000000001 | to | NIM-047-000000006; |
| NIM-048-000000001 | to | NIM-048-000000006; |
| NIM-049-000000001 | to | NIM-049-000000006; |
| NIM-050-000000001 | to | NIM-050-000000006; |
| NIM-051-000000001 | to | NIM-051-000000006; |
| NIM-052-000000001 | to | NIM-052-000000006; |
| NIM-053-000000001 | to | NIM-053-000000006; |
| NIM-054-000000001 | to | NIM-054-000000006; |
| NIM-055-000000001 | to | NIM-055-000000006; |
| NIM-056-000000001 | to | NIM-056-000000006; |
| NIM-057-000000001 | to | NIM-057-000000006; |
| NIM-058-000000001 | to | NIM-058-000000006; |
| NIM-059-000000001 | to | NIM-059-000000006; |
| NIM-060-000000001 | to | NIM-060-000000006; |
| NIM-061-000000001 | to | NIM-061-000000006; |
| NIM-062-000000001 | to | NIM-062-000000006; |
| NIM-063-000000001 | to | NIM-063-000000006; |
| NIM-064-000000001 | to | NIM-064-000000006; |
| NIM-065-000000001 | to | NIM-065-000000006; |
| NIM-066-000000001 | to | NIM-066-000000006; |
| NIM-067-000000001 | to | NIM-067-000000006; |
| NIM-068-000000001 | to | NIM-068-000000117; |
| NIN-001-000000001 | to | NIN-001-000000001. |

This Notice of Production is respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          C. FREDERICK BECKNER III
          Deputy Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES G. TOUHEY, JR.
          Assistant Director, Torts Branch

          s/ James F. McConnon, Jr.
          JAMES McCONNON, JR.
          Trial Attorney, Torts Branch, Civil Division
          U.S. Department of Justice
          Benjamin Franklin Station, P.O. Box 888
          Washington, D.C.  20044
          (202) 616-4400 / (202) 616-5200 (Fax)
          Attorneys for the United States

Dated: November 6, 2007

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on November 6, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

    s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.