PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 001 | NIM-001-000000001 | NIM-001-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 002 | NIM-002-000000001 | NIM-002-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 003 | NIM-003-000000001 | NIM-003-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 004 | NIM-004-000000001 | NIM-004-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 005 | NIM-005-000000001 | NIM-005-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 006 | NIM-006-000000001 | NIM-006-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 007 | NIM-007-000000001 | NIM-007-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 008 | NIM-008-000000001 | NIM-008-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 009 | NIM-009-000000001 | NIM-009-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 010 | NIM-010-000000001 | NIM-010-000000019 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 011 | NIM-011-000000001 | NIM-011-000000023 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 012 | NIM-012-000000001 | NIM-012-000000009 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 013 | NIM-013-000000001 | NIM-013-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 014 | NIM-014-000000001 | NIM-014-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 015 | NIM-015-000000001 | NIM-015-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 016 | NIM-016-000000001 | NIM-016-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 017 | NIM-017-000000001 | NIM-017-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 018 | NIM-018-000000001 | NIM-018-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 019 | NIM-019-000000001 | NIM-019-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 020 | NIM-020-000000001 | NIM-020-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 021 | NIM-021-000000001 | NIM-021-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 022 | NIM-022-000000001 | NIM-022-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 023 | NIM-023-000000001 | NIM-023-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 024 | NIM-024-000000001 | NIM-024-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 025 | NIM-025-000000001 | NIM-025-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 026 | NIM-026-000000001 | NIM-026-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 027 | NIM-027-000000001 | NIM-027-000000002 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 028 | NIM-028-000000001 | NIM-028-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 029 | NIM-029-000000001 | NIM-029-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 030 | NIM-030-000000001 | NIM-030-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 031 | NIM-031-000000001 | NIM-031-000000026 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 032 | NIM-032-000000001 | NIM-032-000000030 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 033 | NIM-033-000000001 | NIM-033-000000027 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 034 | NIM-034-000000001 | NIM-034-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 035 | NIM-035-000000001 | NIM-035-000000013 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 036 | NIM-036-000000001 | NIM-036-000000032 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 037 | NIM-037-000000001 | NIM-037-000000032 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 038 | NIM-038-000000001 | NIM-038-000000016 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 039 | NIM-039-000000001 | NIM-039-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 040 | NIM-040-000000001 | NIM-040-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 041 | NIM-041-000000001 | NIM-041-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 042 | NIM-042-000000001 | NIM-042-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 043 | NIM-043-000000001 | NIM-043-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 044 | NIM-044-000000001 | NIM-044-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 045 | NIM-045-000000001 | NIM-045-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 046 | NIM-046-000000001 | NIM-046-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 047 | NIM-047-000000001 | NIM-047-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 048 | NIM-048-000000001 | NIM-048-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 049 | NIM-049-000000001 | NIM-049-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 050 | NIM-050-000000001 | NIM-050-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 051 | NIM-051-000000001 | NIM-051-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 052 | NIM-052-000000001 | NIM-052-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 053 | NIM-053-000000001 | NIM-053-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 054 | NIM-054-000000001 | NIM-054-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 055 | NIM-055-000000001 | NIM-055-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 056 | NIM-056-000000001 | NIM-056-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 057 | NIM-057-000000001 | NIM-057-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 058 | NIM-058-000000001 | NIM-058-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 059 | NIM-059-000000001 | NIM-059-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 060 | NIM-060-000000001 | NIM-060-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 061 | NIM-061-000000001 | NIM-061-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 062 | NIM-062-000000001 | NIM-062-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 063 | NIM-063-000000001 | NIM-063-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 064 | NIM-064-000000001 | NIM-064-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 065 | NIM-065-000000001 | NIM-065-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NIM | 066 | NIM-066-000000001 | NIM-066-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 067 | NIM-067-000000001 | NIM-067-000000006 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIM | 068 | NIM-068-000000001 | NIM-068-000000117 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| NIN | 001 | NIN-001-000000001 | NIN-001-000000001 | USACE; MVD; MVN; Information Management Office - Management Information Systems | Edwin Betbeze | KC239 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiffs' selections from USACE Photographic Archive pursuant to a FOIA request. |
| AIN | 137 | AIN-137-000000030 | AIN-137-000000035 | USACE; MVD; MVN; CEMVN-PM-P | Not Available | KC240 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 519) from July 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOP | 013 | NOP-013-000003043 | NOP-013-000003046 | USACE; MVD; MVN; ODG | Jane Brown | KC240 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 443) from June 2007 Review and Select Production |
| NED | 215 | NED-215-000001831 | NED-215-000001831 | USACE; MVD; MVN; CDED | Darryl C. Bonura | KC240 | 11/6/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1286) from July 2007 Review and Select Production |