UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE:  JUPITER, 07-1689 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO COMPEL DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Auto Club Family Insurance Company ("ACFIC"), who moves this Court for an Order compelling Plaintiff, Lorraine Jupiter ("Jupiter"), to respond to ACFIC's discovery for the reasons set forth in the attached supporting memorandum. ACFIC also seeks reasonable expenses and attorney's fees against Plaintiff and/or her counsel, incurred in connection with the preparation and filing of this motion.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By_____
**THOMAS M. RICHARD (#2069)**
**KENNETH B. KROBERT (#7865)**
**BRAD M. LACOMB (#29938)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 830-3838
Fax: (504) 836-9540
*Attorneys for Defendant, Auto Club Family Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
THOMAS M. RICHARD

2