UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION K – JUDGE DUVAL** |
| | * | |
| **PERTAINS TO:** | * | **MAG. (2) – MAG. WILKINSON** |
| | * | |
| **INSURANCE: JUPITER, 07-1689** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, Auto Club Family Insurance Company ("ACFIC"), through undersigned counsel, requests that its Motion to Compel Discovery be brought for hearing before the Honorable Magistrate Judge Joseph C. Wilkinson, III, on November 28, 2007 at 11:00 a.m. at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: _____
**THOMAS M. RICHARD (#2069)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Fax: (504) 836-9540
***Attorneys for Defendant, Auto Club Family Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
**THOMAS M. RICHARD**

2