UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | MAG. (2) – MAG. WILKINSON |
| INSURANCE: JUPITER, 07-1689 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RULE 37.1(E) CERTIFICATE

Undersigned counsel for mover hereby certifies that Rule 37.1(E) conferences were conducted on October 3, 2007 and October 23, 2007. The purpose of each conference was to reach an agreement between Defendant, Auto Club Family Insurance Company ("ACFIC"), and Plaintiff, Lorraine Jupiter ("Jupiter"), that the discovery propounded by ACFIC to Jupiter on June 7, 2007, would be answered without the necessity of filing a motion to compel. During the October 3, 2007 conference, a five (5) day extension of time was granted to the Plaintiff to respond to the discovery. On October 23, 2007, a second Rule 37.1(IE) conference was conducted regarding Plaintiff's failure to completely and sufficiently respond to Defendant's Interrogatories, as well as, Plaintiff's failure to respond to Defendant's Requests for Production. At this conference, a seven (7) day extension of time was granted to respond to the discovery.

To date, ACFIC has not received Jupiter's responses to its Interrogatories and Requests for Production of Documents originally propounded on June 7, 2007.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: _____

**THOMAS M. RICHARD (#2069)**
**KENNETH B. KROBERT (#7865)**
**BRAD M. LACOMB (#29938)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Fax: (504) 836-9540
*Attorneys for Defendant, Auto Club Family Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
THOMAS M. RICHARD