UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES   *     CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION         *
                                *     SECTION K – JUDGE DUVAL
                                *
PERTAINS TO:                    *     MAG. (2) – MAG. WILKINSON
                                *
INSURANCE:  JUPITER, 07-1689    *
                                *
**************************************

# FIRST SET OF INTERROGATORIES

TO:   Lorraine Jupiter
      Through counsel
      Brent A. Klibert
      Law Offices of Roy F. Amedee, Jr.
      228 St. Charles Avenue, Suite 801
      New Orleans, LA 70130

These Interrogatories are propounded under authority of Rule 33 of the Federal Rules of Civil Procedure. These Interrogatories are to be answered by the party to whom they are addressed, separately, fully, in writing and under oath, and the answers shall be served within thirty days of service hereof.   These Interrogatories are deemed continuing, and you are requested to seasonably supplement your answers in accordance with the provisions of Rule 26(e) of the Federal Rules of Civil Procedure.

Unless stated otherwise, the following definitions apply to the terms used in these



EXHIBIT

tabbies®

1

Interrogatories:

1.      "You", "Your" or "Plaintiff" means Lorraine Jupiter and/or her attorneys, agents, employees and/or representatives acting on behalf of Lorraine Jupiter.

2.      "ACFIC" means Auto Club Family Insurance Company, the insurer who issued you the homeowner's policy at issue in the captioned litigation.

3.      "Your immovable property" means the immovable property, including but not limited to your dwelling, and any other structures located at 7421 Arbor Drive, New Orleans, Louisiana.

4.      "Your movable property", means your movable property, including any personal property or contents inside your dwelling or any other structures at 7421 Arbor Drive, New Orleans, Louisiana.

5.      "Identify", when used with reference to a person or witness, means to state the person's full name, last known home address, last known telephone number, and if known, current place of employment, current employment address, date of birth, and social security number.

6.      "Identify", when used with reference to an entity, means to state the full name of the entity, its current address and its telephone number.

7.      "Documents" means any written, printed, typed, recorded, computer generated, or graphic materials of any kind or character, by which information has been recorded, preserved or stored, and which are in your actual or constructive possession, custody, or control.  By way of example, and not limitation, "documents" shall include drafts, letters, correspondence, pleadings, telegrams, memoranda, messages, records, minutes, logs, calendar or diary entries, contracts, agreements, forms, photographs, statements, notes, pamphlets, invoices, ledgers, statements,

computer entries, e-mail messages, tape recordings, reports, etc.

8.     "Exchanged", when used with reference to a document, means documents either sent or received.

9.     The single form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun so used and *vice versa*.  The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun so used, and *vice versa*.

**INTERROGATORY NO. 1:**

Identify yourselves and all persons providing information needed to answer these Interrogatories.

**INTERROGATORY NO. 2:**

State the date of the last appraisal of your immovable property prior to Hurricane Katrina, identify the appraiser, and state the amount of the appraisal.

**INTERROGATORY NO. 3:**

Have you received any payments from any entity, (including but not limited to ACFIC, another insurer, FEMA, etc.), for any damages or losses you sustained as a result of Hurricane Katrina?  If the answer to this interrogatory is yes, for each such payment you received, then answer the following:

(a)     Identify the person and/or entity that made the payment;

(b)     If the entity who made the payment is an insurer, state the number of the policy issued to you by that insurer, and the type of coverage provided to you by that insurer (*e.g.* homeowner's, flood, business interruption, etc.);

(c)     State the date of the payment;

(d)      State the amount of the payment; and

(e)      Describe the reason for the payment (*e.g.*, advance on additional living expenses, cost of repairs to dwelling, replacement of damaged contents, etc.).

**INTERROGATORY NO. 4:**

Providing as much detail as possible, itemize the damages you contend you are entitled to recover from ACFIC. At a minimum, your itemization should include a description of the type or category of damages you are claiming (*e.g.* cost of repairing dwelling; cost of repairing/replacing contents; additional living expenses, etc.), and the amount of damages you contend you are entitled to recover for each category or type of damages. Note: If you have already prepared an inventory or list that responds in whole or in part to the information sought by this Interrogatory, you can reference the inventory in your answer to this Interrogatory and attach a copy of the inventory or list to your answer to this Interrogatory. If the inventory or list is not complete, or does not provide all information needed to completely respond to this Interrogatory, supplement the inventory or list in your answer to this Interrogatory and provide all other additional information so your response is complete.

**INTERROGATORY NO. 5:**

Do you contend you have provided ACFIC with satisfactory proof of loss for any damages arising out of Hurricane Katrina you seek to recover from ACFIC? If the answer to this Interrogatory is yes, then state the following:

(a)      A full description of all information and/or documentation you contend comprises the "satisfactory proof of loss" you provided to ACFIC;

(b)      The date(s) you contend you provided ACFIC with each item of information and/or documentation that comprises your "satisfactory proof of loss".

**INTERROGATORY NO. 6:**

Have you made any repairs to the damage caused by Hurricane Katrina to your immovable property? If the answer to this Interrogatory is yes, then answer the following:

(a)     Describe fully any repairs you have made;

(b)     State the date of these repairs;

(c)     Identify all persons or entities who made the repairs; and

(d)     State the amount you paid to each person or entity referred to in your answer to Interrogatory No. 6(c).

**INTERROGATORY NO. 7:**

Have you repaired or replaced any of your movable property damaged by Hurricane Katrina? If the answer to this Interrogatory is yes, for each item repaired or replaced, answer the following:

(a)     Provide an itemized inventory of the movable property that was repaired or replaced;

(b)     State the date of the repair and/or replacement;

(c)     Identify all persons or entities who made any repairs, or identify any person or entity from whom you purchased any replacement items, and any persons or entities who provided you written repair or replacement estimates; and

(d)     State the amount you paid for the repair or replacement.

Note: If you have already prepared an inventory or list that responds in whole or in part to the information sought by this Interrogatory, you can reference the inventory or list in your answer to this Interrogatory and attach a copy of the inventory or list to your answer to this Interrogatory. If the inventory or list is not complete, or does not provide all information needed

to completely respond to this Interrogatory, supplement the inventory or list in your answer to this Interrogatory and provide all other additional information so your response is complete.

**INTERROGATORY NO. 8:**

Do you contend you are entitled to recover from ACFIC any additional living expenses you sustained as a result of Hurricane Katrina? If the answer to this Interrogatory is yes, then answer the following:

(a)      The full address for each place you lived after Hurricane Katrina other than 7421 Arbor Drive, New Orleans, Louisiana;

(b)      The dates you lived at each address listed in your answer to Interrogatory No. 9(a);

(c)      Provide an itemized description of additional living expenses for which you are making claim; and

(d)      Provide an itemized description of your average monthly living expenses during the period of January 1, 2005 to August 28, 2005.

Note: If you have already prepared an inventory or list that responds in whole or in part to the information sought by this Interrogatory, you can reference the inventory or list in your answer to this Interrogatory and attach a copy of the inventory or list to your answer to this Interrogatory. If the inventory or list is not complete, or does not provide all information needed to completely respond to this Interrogatory, supplement the inventory or list in your answer to this Interrogatory and provide all other additional information so your response is complete.

**INTERROGATORY NO. 9:**

Do you contend that ACFIC is liable to you for any penalties and/or attorney's fees under La. R.S. 22:658 and/or La. R.S. 22:1220? If the answer to this Interrogatory is yes, please state

the following:

(a)     Describe fully the respects in which you believe ACFIC violated La. R.S. 22:658 and/or La. R.S. 22:1220, and the penalty you believe ACFIC is liable for; and

(b)     If you contend ACFIC is also liable for attorney's fees, state the amount of attorney's fees you have incurred as a result of ACFIC's violation of La. R.S. 22:658 and/or La. R.S. 22:1220, and state the hourly fee you have agreed to pay any attorney to make a claim against ACFIC and/or the percentage of your recovery you have agreed to pay any attorney to prosecute any claim in your behalf against ACFIC.

**INTERROGATORY NO. 10:**

Identify each person you may call as a witness at the trial of this matter, and for each witness, describe the facts they will testify to. Additionally, if any witness will be tendered as an expert, state the field of expertise the witness will be tendered in and the opinion(s) such expert witness will testify to.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD
& KUTCHER, L.L.P.**

By_____

**THOMAS M. RICHARD (#2069)
KENNETH B. KROBERT (#7865)
BRAD M. LACOMB (#29938)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3844
Fax: (504) 836-9544
*Attorneys for Defendant, Auto Club Family
Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this ___ day of June, 2007, served a copy of the

foregoing pleading on counsel for all parties by:

(   ) Hand Delivery       ( ✓ ) Prepaid U. S. Mail

(   ) Facsimile             (   ) UPS/Federal Express

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE:  JUPITER, 07-1689 | * * | |

**************************************

# FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   Lorraine Jupiter
     Through counsel
     Brent A. Klibert
     Law Offices of Roy F. Amedee, Jr.
     228 St. Charles Avenue, Suite 801
     New Orleans, LA 70130

     These Requests for Production of Documents and Things are propounded under authority of Rule 34 of the Federal Rules of Civil Procedure. These Requests are to be responded to by the party to whom they are addressed, separately, fully, in writing and under oath, and the responses and the documents and things requested shall be produced for copying and inspection, or a true copy thereof, in the office of Chopin, Wagar, Richard & Kutcher, 3850 Causeway Boulevard, Suite 900, Metairie, Louisiana 70002, within thirty days of service hereof.  These Requests are deemed continuing, and you are requested to seasonably supplement your responses in accordance with the provisions of Rule 26(e) of the Federal Rules of Civil Procedure.

Unless stated otherwise, the following definitions apply to the terms used in these Request for Production:

1.    "You", "Your" or "Plaintiff" means Lorraine Jupiter and/or her attorneys, agents, employees and/or representatives acting on behalf of Lorraine Jupiter.

2.    "ACFIC" means Auto Club Family Insurance Company, the insurer who issued you the homeowner's policy at issue in the captioned litigation.

3.    "Your immovable property" means the immovable property, including but not limited to your dwelling, and any other structures located at 7421 Arbor Drive, New Orleans, Louisiana.

4.    "Your movable property", means your movable property, including any personal property or contents inside your dwelling or any other structures at 7421 Arbor Drive, New Orleans, Louisiana.

5.    "Identify", when used with reference to a person or witness, means to state the person's full name, last known home address, last known telephone number, and if known, current place of employment, current employment address, date of birth, and social security number.

6.    "Identify", when used with reference to an entity, means to state the full name of the entity, its current address and its telephone number.

7.    "Documents" means any written, printed, typed, recorded, computer generated, or graphic materials of any kind or character, by which information has been recorded, preserved or stored, and which are in your actual or constructive possession, custody, or control.  By way of example, and not limitation, "documents" shall include drafts, letters, correspondence, pleadings, telegrams, memoranda, messages, records, minutes, logs, calendar or diary entries, contracts,

agreements, forms, photographs, statements, notes, pamphlets, invoices, ledgers, statements, computer entries, e-mail messages, tape recordings, reports, etc.

8.      "Exchanged", when used with reference to a document, means documents either sent or received.

9.      The single form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun so used and *vice versa*.  The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun so used, and *vice versa*.

## REQUEST NO. 1:

Do you have any photographs or videotape taken prior to Hurricane Katrina of your immovable property or any movable property for which you are making claim, which depicts the appearance of such property in its condition shortly before Hurricane Katrina?  If the answer to this Request is yes, please produce all such photographs or videotapes.  Please produce originals, duplicate originals or negatives of photographs, or clear color photocopies.  Please indicate the date the photographs and/or videotapes were taken in your response.

## REQUEST NO. 2:

Do you have any photographs or videotape taken after Hurricane Katrina of your immovable property or any movable property for which you are making claim, which depicts any damage to the property caused by Hurricane Katrina?  If the answer to this Request is yes, please produce all such photographs or videotapes.  Please produce originals, duplicate originals or negatives of photographs, or clear color photocopies.  Please indicate the date the photographs and/or videotapes were taken in your response.

**REQUEST NO. 3:**

Any and all appraisals of your movable property, whether the appraisals were conducted before or after Hurricane Katrina.

**REQUEST NO. 4:**

Complete copies of any insurance policies, including any accompanying Declaration pages and any endorsements, issued to you by any insurer against whom you have made a claim for damages to your immovable property or movable property arising out of or related to Hurricane Katrina other than ACFIC.

**REQUEST NO. 5:**

Any and all documents (including but not limited to correspondence, forms, inventories, etc.) you have exchanged with any insurer regarding any claim you have made for damages to your immovable property or movable property arising out of or related to Hurricane Katrina other than ACFIC.

**REQUEST NO. 6:**

Any and all documents (including but not limited to correspondence, forms, inventories, etc.) you have exchanged with ACFIC, or any claims adjuster acting on behalf of ACFIC, regarding any claim you have made for damages to your immovable property or movable property arising out of or related to Hurricane Katrina.

**REQUEST NO. 7:**

Any and all invoices, receipts or any other documents evidencing the cost of any repairs you have made to your immovable property or your movable property damaged by Hurricane Katrina, or the cost of replacing any of your immovable property or your movable property damaged as a result of Hurricane Katrina.

**REQUEST NO. 8:**

Any and all written estimates for repairing and/or replacing any of your immovable property or your movable property damaged by Hurricane Katrina.

**REQUEST NO. 9:**

Any and all inventories or lists you have prepared as a result of damage to your immovable property or movable property, or any additional living expenses you have incurred, caused by Hurricane Katrina.

**REQUEST NO. 10**

Any and all statements, invoices, receipts or other documents which reflect any additional living expenses you incurred as a result of Hurricane Katrina.

**REQUEST NO. 11:**

Any and all documents submitted to ACFIC you contend constitute "satisfactory proof of loss".

**REQUEST NO. 12:**

Any and all checks, drafts, releases, letters or any other documents reflecting or referring to any payments made to you as a result of damage or loss caused by Hurricane Katrina.

**REQUEST NO. 13:**

Any and all documents, photographs or exhibits you relied upon to answer ACFIC's Interrogatories, or referred to in your answers to ACFIC's Interrogatories, to the extent you are not producing such documents in response to a specific request above.

**REQUEST NO. 14:**

Any and all reports generated by any expert you have retained or consulted with regarding any claim you have made arising out of Hurricane Katrina, and any documents you have exchanged with that expert.

**REQUEST NO. 15:**

Any and all documents, photographs or exhibits you may offer into evidence or rely upon at the trial of this matter.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD**
**& KUTCHER, L.L.P.**

By _____

**THOMAS M. RICHARD (#2069)**
**KENNETH B. KROBERT (#7865)**
**BRAD M. LACOMB (#29938)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 830-3838
Fax: (504) 836-9540
*Attorneys for Defendant, Auto Club Family*
*Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of June, 2007, served a copy of the foregoing pleading on counsel for all parties by:

(    ) Hand Delivery                    ( ✓ ) Prepaid U. S. Mail

(    ) Facsimile                        (    ) UPS/Federal Express

_____

# Chopin Wagur Richard & Kutcher

*Attorneys at Law*
A Limited Liability Partnership

**Thomas M. Richard**
Partner
Direct Telephone  504 830 3845
Telefax  504 836 9543
trichard@chopin.com

August 27, 2007

Bruce L. Feingerts
Feingerts & Kelly, PLC
One Canal Place, Suite 2700
365 Canal Street
New Orleans, LA 70130

> Re:   Lorraine Jupiter v. Automobile Club
>         Inter-Insurance Exchange
>         USDC No.: 07-1689 L (3)
>         Our File No.: 823.4547

Dear Mr. Feingerts:

Enclosed is a copy of Auto Club Family Insurance Company's Answers to Interrogatories and Responses to Requests for Production of Documents.

Please note that I served Brent Klibert, who was then counsel of record for Lorraine Jupiter, with a First Set of Interrogatories and Requests for Production of Documents propounded on behalf of ACFIC on June 7, 2007, and the delay for responding to this discovery has now expired.  On August 23, Mr. Klibert advised me that although he has not yet technically withdrawn as counsel of record for Ms. Jupiter, in the near future he will be doing so, and Ms. Jupiter will continue to be represented by you.  I attach for your convenience a copy of ACFIC's First Set of Interrogatories and First Set of Requests for Production directed to Lorraine Jupiter.  Pursuant to Local Rule 37.1, I am scheduling a telephone conference for September 5, 2007 at 10:30 a.m.  I will call you on that date and time to discuss Plaintiff's failure to respond to ACFIC's discovery.  If you know now that you will be unavailable to speak with me at that time, please call me upon your receipt of this letter so we can confer, an if necessary, reschedule the conference for a mutually convenient date.

EXHIBIT
tabbies
2

With kind regards, I remain

Very truly yours,

**THOMAS M. RICHARD**

TMR/cl
Enclosures

# *Chopin Wagar Richard & Kutcher*

Attorneys at Law
A Limited Liability Partnership

**Thomas M. Richard**
Partner
Direct Telephone  504 830 3845
Telefax  504 836 9543
trichard@chopin.com

October 3, 2007

<u>**Via Facsimile No. 568-1521**</u>
Bruce L. Feingerts
Feingerts & Kelly, PLC
One Canal Place, Suite 2700
365 Canal Street
New Orleans, LA 70130

      Re:    Lorraine Jupiter v. Automobile Club
             Inter-Insurance Exchange
             USDC No.: 07-1689 L (3)
             Our File No.: 823.4547

Dear Mr. Feingerts:

      Following our telephone conversation this morning, I had an opportunity to review the file, and – contrary to what I believed to be the case during our conversation – I see that you (rather than Brent Klibert) were provided with a copy of ACFIC's Answers to Interrogatories and Responses to Requests for Production of Documents. Attached hereto is a copy of my letter of August 27, 2007 forwarding you ACFIC's Answers to Interrogatories and Responses to Requests for Production of Documents. Accordingly, you already have ACFIC's discovery responses. I attach another copy of ACFIC's written discovery responses. The responsive documents are too voluminous to fax.

      Unfortunately, I still do not have Lorraine Jupiter's Responses to ACFIC's discovery. You should be prepared to provide us at the mediation with information and documents responsive to ACFIC's Interrogatories and Requests for Production of Documents. In particular, I have driven by the Jupiter home, and I am aware that dwelling repairs are underway, and perhaps have been completed as of this date. Please bring with you to the mediation all invoices reflecting the actual cost of repair, which would be responsive to ACFIC Request No. 7 and also give us information needed to respond to ACFIC Interrogatory No. 6.

**EXHIBIT**

tabbies®

**3**

With kind regards, I remain

Very truly yours,

**THOMAS M. RICHARD**

TMR/cl
cc:  Craig Morice

P.S.  After I dictated the above but before it was faxed, I received your fax of October 3.
Regarding conducting a Rule 37.1 telephone conference on October 8, at this point I see
no need for it.  We discussed today the fact that you have not responded to ACFIC's
Interrogatories and Request for Production and a response is necessary, and thus the
requirements of Rule 37.1 have been satisfied.  Accordingly, if the case is not resolved
today at mediation, and I do not receive full and complete discovery responses from you
by October 8, I will proceed with filing a Motion to Compel.

In your October 3 letter, you also state:  "I am a little perplexed as to why you object to
having this Mediation your client requested and my client is more than willing to
participate in order amicably settle this claim."  First, after we spoke, I spoke to Mr.
Morice once again, and once again he confirmed that having a second mediation was
your idea, not his, although he was willing to go along with it.  Second, as for my
"objection" to the mediation, during our telephone conversation I repeatedly explained to
you that I believed another mediation at this point was premature *before* we received
complete discovery responses.  You did not seem "perplexed" about my concerns during
our telephone conversation, and I thus assume that the statement to that effect in your
letter was written for the benefit of your client, who you copied on your letter.
Nevertheless, despite my reservations, I consented to go forward with the mediation
today at 4:00 p.m., with the understanding that we have one hour to complete the
mediation.  This should not be a problem since this case has already been mediated on
one occasion.  You have informed me that you recently settled another case with Mr.
Morice in 10 minutes, so obviously you knew how to get to the bottom line quickly in
that matter.

Lastly, in your October 3 letter, you indicate that you will bring Jim Kotter to the
mediation "to answer any questions regarding our claim for wind and water intrusion
damages to the structure and pricing of those repairs.  We will be more than happy to
listen to Mr. Kotter, but I note that Mr. Morice and I have already reviewed his estimate.
What we are much more interested in is the ***actual cost of repairs,*** and we expect you to
be able to provide us with documentation of same at the mediation.   If such
documentation is provided, it will enhance our ability to amicably resolve this matter.

Tom Richard/chopin
10/16/2007 05:20 PM

To    Brent Klibert <brent@klibertlaw.com>

cc    Ken Krobert/chopin@chopin

bcc   Charlotte Lunn/chopin

Subject   RE: Jupiter HO802714

Ken has them. You e-mailed them to him and they went to his junk mail. Copying me on his e-mail doesn't get them to me, and after our conference on 10/5, I'm a bit perplexed as to why you would sent the responses to him rather than to my attention. In any event, I'll review and if I find the responses defiecient, I'll let you know. Please provide depo dates as I have requestesd.

Best Regards,
Tom Richard

THOMAS M. RICHARD
Chopin, Wagar, Richard & Kutcher, L.L.P.
Two Lakeway Center, Suite 900
3850 North Causeway Blvd.
Metairie, LA 70002
Direct Telephone 504-830-3845
Direct Telefax 504-836-9543
trichard@chopin.com
Brent Klibert <brent@klibertlaw.com>



Brent Klibert
<brent@klibertlaw.com>
10/16/2007 04:48 PM

To    <TRichard@chopin.com>

cc

Subject   RE: Jupiter HO802714

I faxed them again today.

-----Original Message-----
From: TRichard@chopin.com
To: "Brent Klibert" <brent@klibertlaw.com>
Sent: 10/16/07 1:43 PM
Subject: Re: Jupiter HO802714

Haven't seen them yet. I'm not in office today, perhaps they came in today.

Best Regards,
Tom Richard

THOMAS M. RICHARD
Chopin, Wagar, Richard & Kutcher, L.L.P.
Two Lakeway Center, Suite 900
3850 North Causeway Blvd.
Metairie, LA 70002
Direct Telephone 504-830-3845
Direct Telefax 504-836-9543
trichard@chopin.com



EXHIBIT
tables'
4

Brent Klibert <brent@klibertlaw.com>
10/16/2007 11:42 AM

To
TRichard@chopin.com
cc

Subject
Re: Jupiter HO802714


I sent discovery responses to you.  They were sent to the attention of a
Kenneth with you being copied.  I sent them to Kenneth since he issued
them.  Send me your available dates for Ms. Jupiter's depo and we can
agree on a day and time. I sent the responses to discovery last Tuesday!

Brent

TRichard@chopin.com wrote:

Dear Brent:

On 10/5 you told me I'd have discovery responses by middle of last week.
In reliance on your assurances I did not file a Motion to Compel. I still
don't have the discovery responses. I can't delay any further. I will file
motion as soon as possible. If responses come after I spend my time and
client's money in preparing a response, client will still need to be
reimbursed for fees related to preparation of motion.

Please provide me with available dates on which to depose Ms. Jupiter. I
want to depose her right after I receive your discovery responses.

Best Regards,
Tom Richard

THOMAS M. RICHARD
Chopin, Wagar, Richard & Kutcher, L.L.P.
Two Lakeway Center, Suite 900
3850 North Causeway Blvd.
Metairie, LA 70002
Direct Telephone 504-830-3845
Direct Telefax 504-836-9543
trichard@chopin.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| ————————————— | * | SECTION K-JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE: JUPITER, 07-1689 | * | |

**************************************

## ANSWER TO INTERROGATORIES

TO:   KENNETH B. KROBERT
      CHOPIN WAGAR RICHARD & KUTCHER

**ANSWER TO INTERROGATORY NUMBER 1:**

Lorraine Jupiter, Bruce Feingerts, Brent Klibert

**ANSWER TO INTERROGATORY NUMBER 2:**

Hibernia Bank, around 2001, appraised for $250,000, don't know appraiser

**ANSWER TO INTERROGATORY NUMBER 3:**

Allstate Insurance Company (flood) $225,000
Policy number 80985199 (contents) $31,500
AAA – homeowners – dwelling - $67,335.49
        Other structures - $10,994.00
        Personal Property - $1,749.98
        Loss of Use - $23,950.00
        *amounts are minus attorney's fees $12,051.03 and contractors fee $3,250.00

**ANSWER TO INTERROGATORY NUMBER 4:**

See attached.

**ANSWER TO INTERROGATORY NUMBER 5:**

See attached

**ANSWER TO INTERROGATORY NUMBER 6:**

No repairs have been made.

EXHIBIT
5

**ANSWER TO INTERROGATORY NUMBER 7:**

No

**ANSWER TO INTERROGATORY NUMBER 8:**

See attached

**ANSWER TO INTERROGATORY NUMBER 9:**

Yes, I believe AAA violated La. R.S. 22:658 and La. R.S. 22:1220 and are liable for penalties because of the amount of time they are taking to pay me, it has been twenty-two months and counting fighting this claim.

I also believe AAA is liable for Attorney's fees. The amount of fees I have incurred by my attorney as a result of AAA's violation of La. R.S. 22:658 and/or La. R.S. 22:1220 is 33% of my recover and additional fees to the contractor – expert.

**ANSWER TO INTERROGATORY NUMBER 10:**

At the trial of this matter, my witness is Jim Kotter – contractor – expert. He will testify to the damages caused by wind.

Respectfully Submitted,

Brent A. Klibert, L.S.B.A. 29296
Roy F. Amedee, Jr. L.S.B.A. 2449
228 St. Charles Avenue, Ste. 801
New Orleans, LA 70130
Telephone: (504) 592-3222
Facsimile: (504) 592-8783
Email: brent@klibertlaw.com

# Swan
# Construction,
# Inc.

2224 Pass Rd. Suite 802
Biloxi, MS 39532
Phone (228) 388-6126
Fax (228) 388-6127

2245 Manhattan Blvd. Suite 106
Harvey, LA 70058
Phone (504) 263-1260
Fax (504) 263-1262

## ESTIMATE FOR WIND DAMAGES

Client: Lorraine Jupiter
Date of Occurrence: 8/28/05
Re: Hurricane Katrina

PREAMBLE:

In accordance with the authorization received from Lorraine Jupiter, we have conducted an investigation at 7421 Arbor Dr, New Orleans, Louisiana. Our investigation addresses the wind damages to the structure. The results of the investigation are hereby reported with our conclusion that hurricane force winds and flying debris caused significant wind damage to the roof and doors allowing wind driven rain to enter the structure damaging the interior of the home. There were damages to the storage shed, fences, and gazebo. The damages to the home & other items are addressed in our estimate.

BACKGROUND INFORMATION:

The highest sustained winds from Katrina are reported to be greater than 123 miles per hour with gusts reported up to 155 miles per hour. Reference: Geological Survey Rocky Mountain Geographic Science Center and NOAA.

PURPOSE & SCOPE:

The purpose of the investigation was to perform an on-site inspection and render a construction estimate for the wind damages to this property. The scope of our inspection and construction estimate included the following:

* On-site inspection
* Construction estimate
* Pictures

RESULTS OF THE INVESTIGATION:

Based on our on-site inspection and evaluation we offer the following construction estimate to the wind damages to the above referenced property.

10/09/2007  09:51   5045616034          ROBERTS BAUDIER&DYE          PAGE  04

## SWAN CONSTRUCTION

**2006-10-19-1622**

**Exterior**



### Room: Roof

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Remove 3 tab - 25 yr. - comp. shingle rfg - incl. felt | 29.10 SQ | 43.93 | 0.00 | 1,278.36 |
| Remove Additional charge for high roof (2 stories or greater) | 21.44 SQ | 4.48 | 0.00 | 96.05 |
| 3 tab - 25 yr. - comp. shingle rfg - incl. felt | 33.67 SQ | 0.00 | 187.35 | 6,308.41 |
| Additional charge for high roof (2 stories or greater) | 24.67 SQ | 0.00 | 19.89 | 490.69 |
| R&R Drip edge | 270.00 LF | 0.28 | 1.71 | 537.30 |
| R&R Flashing - pipe jack | 6.00 EA | 5.96 | 29.51 | 212.82 |
| R&R Exhaust cap - through roof | 3.00 EA | 7.61 | 71.14 | 236.25 |
| R&R Roof vent - Power type | 1.00 EA | 47.90 | 195.54 | 243.44 |
| R&R Sheathing - plywood - 5/8" CDX | 160.00 SF | 0.47 | 1.80 | 363.20 |
| Ridge cap - composition shingles | 176.00 LF | 0.00 | 3.75 | 660.00 |
| Dumpster load | 1.00 EA | 774.00 | 0.00 | 774.00 |
| **Room Totals: Roof** | | | | **11,200.52** |



### Room: GUTTERS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Gutter / downspout - aluminum | 94.00 LF | 0.42 | 4.61 | 472.82 |

6  d  6598698619.0N/9b:E1 LS/Lb:E1 L00Z 91 LJO(EUT)                          eɔᴉɟɟO wɐ⅃ WOЯℲ

## SWAN CONSTRUCTION

### CONTINUED - GUTTERS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Gutter guard/screen | 178.00 LF | 0.32 | 2.22 | 452.12 |
| **Room Totals: GUTTERS** | | | | **924.94** |



### Room: FRNT BALCONY

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Recessed light fixture | 3.00 EA | 0.00 | 0.00 | 211.20 |
| Temporary shoring post - Screw jack (per day) 4 screw jacks for 2 days to temporarily support roof while columns are detached & ceiling material is replaced | 12.00 DA | 0.00 | 31.31 | 375.72 |
| R&R AC plywood - 1/2" | 252.00 SF | 0.31 | 1.59 | 579.60 |
| Prime & paint exterior soffit - wood | 252.00 SF | 0.00 | 1.63 | 410.76 |
| R&R Crown molding | 42.00 LF | 0.57 | 3.18 | 157.50 |
| Paint crown molding - two coats | 42.00 LF | 0.00 | 1.11 | 46.62 |
| R&R 6" x 6" x 8' wood post - turned - detach & reset | 4.00 EA | 25.23 | 125.12 | 601.40 |
| Paint/finish - wood | 4.00 EA | 0.00 | 13.55 | 54.20 |
| Detach & Reset Porch handrail - cedar - detach & reset | 54.00 LF | 0.00 | 0.00 | 1,090.26 |
| Paint porch handrail | 54.00 LF | 0.00 | 11.85 | 639.90 |
| **Room Totals: FRNT BALCONY** | | | | **4,167.16** |

2006-10-19•1622

10/09/2007   09:51   5045616034                    ROBERTS  BAUDIER&DYE                    PAGE   06

## SWAN CONSTRUCTION



### Room: REAR BALCONY

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Recessed light fixture | 2.00 EA | 0.00 | 0.00 | 140.80 |
| Temporary shoring post – Screw jack (per day) 4 screw jacks for 2 days to temporarily support roof while columns are detached & ceiling material is replaced | 12.00 DA | 0.00 | 31.31 | 375.72 |
| R&R AC plywood – 1/2" | 336.00 SF | 0.31 | 1.99 | 772.80 |
| Prime & paint exterior soffit – wood | 336.00 SF | 0.00 | 1.63 | 547.68 |
| R&R Crown molding | 42.00 LF | 0.57 | 3.18 | 157.50 |
| Paint crown molding – two coats | 42.00 LF | 0.00 | 1.11 | 46.62 |
| R&R 6" x 6" x 8' wood post – turned – detach & reset | 4.00 EA | 25.23 | 125.12 | 601.40 |
| Paint/finish – post – wood | 4.00 EA | 0.00 | 13.55 | 54.20 |
| Detach & Reset Porch handrail – cedar – detach & reset | 54.00 LF | 0.00 | 0.00 | 1,090.26 |
| Paint porch handrail | 54.00 LF | 0.00 | 11.85 | 639.90 |
| Metal Structure Installer – per hour – to repair metal porch floor @ 8 hrs. | 8.00 HR | 0.00 | 85.56 | 684.48 |
| **Room Totals: REAR BALCONY** | | | | **5,111.36** |



### Room: REAR PATIO

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Recessed light fixture | 2.00 EA | 0.00 | 0.00 | 140.80 |
| R&R AC plywood – 1/2" | 128.00 SF | 0.31 | 1.99 | 294.40 |
| Prime & paint exterior soffit – wood | 240.00 SF | 0.00 | 1.63 | 391.20 |

8  d  6598608360109.0N/64:31  78/81:34  7002 61 TOO(3UT)  FROM Law Office

## SWAN CONSTRUCTION

### CONTINUED - REAR PATIO

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Crown molding | 92.00 LF | 0.57 | 3.18 | 345.00 |
| Paint crown molding - two coats | 92.00 LF | 0.00 | 1.1 | 102.12 |
| **Room Totals: REAR PATIO** | | | | **1,223.52** |



### Room: Masonry

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean with pressure spray the exterior of the building | 3,324.00 SF | 0.00 | 0.24 | 797.76 |
| R&R Brick veneer // section garage wall that was blown down | 72.00 SF | 1.92 | 9.53 | 853.20 |
| R&R Builder board - 1/2" (composition or fiberboard sheathing) | 72.00 SF | 0.13 | 0.56 | 78.48 |
| **Room Totals: Masonry** | | | | **1,729.44** |



### Room: SHUTTERS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Security shutter - roll-up type | 40.00 SF | 1.26 | 41.39 | 1,726.00 |

2006-10-19-1622

10/23/2006  Page: 5

## SWAN CONSTRUCTION

### CONTINUED - SHUTTERS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Motorization for security shutters | 40.00 SF | 0.00 | 6.81 | 272.40 |
| R&R Shutters - wood - louvered - Large | 4.00 EA | 5.29 | 750.23 | 3,022.08 |
| Seal & paint window shutters - per side (set) | 8.00 EA | 0.00 | 24.25 | 194.00 |
| **Room Totals: SHUTTERS** | | | | **3,214.48** |



### Room: Gazebo

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 2" x 6" lumber - treated (1 BF per LF) // band board | 40.00 LF | 0.51 | 1.93 | 97.60 |
| R&R Joist - floor or ceiling - 2x6 - w/blocking - 16" oc | 108.00 SF | 0.57 | 1.61 | 235.44 |
| R&R Deck planking - redwood - High grade (per SF) | 130.00 SF | 1.69 | 26.05 | 3,606.20 |
| R&R 6" x 6" x 10' wood posts - turned | 8.00 EA | 25.23 | 212.36 | 1,900.72 |
| R&R Deck handrail - redwood - High grade | 30.00 LF | 0.95 | 51.49 | 1,573.20 |
| R&R Header - triple 2" x 8" - treated | 30.00 LF | 7.61 | 9.95 | 526.80 |
| R&R Trim board - 1" x 10" - installed (redwood) // wrap the header | 30.00 LF | 0.39 | 8.53 | 279.60 |
| R&R Trim board - 1" x 6" - installed (redwood) wrap the bottom of the header | 40.00 LF | 0.35 | 4.50 | 210.00 |
| R&R 2" x 6" lumber - redwood (1 BF per LF) | 108.00 LF | 0.51 | 3.05 | 384.48 |
| R&R 2" x 6" lumber - redwood (1 BF per LF) | 250.00 LF | 0.51 | 3.05 | 890.00 |
| R&R Fascia - 1" x 8" #1 redwood | 1.00 EA | 0.28 | 7.19 | 7.47 |
| R&R AC plywood - 1/2" | 384.00 SF | 0.31 | 2.23 | 975.36 |
| R&R 3 tab - 25 yr. - comp. shingle rfg - incl. felt | 2.33 SQ | 43.93 | 187.56 | 538.91 |
| R&R Drip edge | 50.00 LF | 0.28 | 1.71 | 99.50 |
| Ridge cap - composition shingles | 80.00 LF | 0.00 | 3.75 | 300.00 |
| Stain deck | 108.00 SF | 0.00 | 0.63 | 68.04 |
| Paint handrail | 30.00 LF | 0.00 | 11.85 | 355.50 |

## SWAN CONSTRUCTION

### CONTINUED - Gazebo

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Paint/finish - post - wood | 8.00 EA | 0.00 | 13.55 | 108.40 |
| Prime & paint exterior fascia - wood, 6"- 8" wide | 170.00 LF | 0.00 | 1.57 | 266.90 |
| Stain ceiling joist system | 108.00 SF | 0.00 | 1.76 | 190.08 |
| Stain exposed rafters | 250.00 LF | 0.00 | 1.96 | 490.00 |
| Stain plywood sheathing | 233.00 SF | 0.00 | 0.66 | 153.78 |
| Room Totals: Gazebo | | | | 13,357.98 |

   **Room: FENCING**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Chain link fence - 4' high | 100.00 LF | 2.27 | 7.38 | 965.00 |
| R&R Wood fence 5'- 6' high - treated // West side of house | 41.00 LF | 5.29 | 23.17 | 1,166.86 |
| Wood arbor with gate on the west side of the house | 1.00 EA | 0.00 | 834.56 | 834.56 |
| R&R Wood fence 5'- 6' high - treated - on the east side of the house | 35.00 LF | 5.29 | 23.17 | 996.10 |
| Room Totals: FENCING | | | | 3,962.52 |

## SWAN CONSTRUCTION



### Room: TREE

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Tree - tear out and disposal - 12" to 24" diameter | 1.00 EA | 1,000.00 | 0.00 | 1,000.00 |
| Clean-up of storm debris | 1.00 EA | 0.00 | 500.00 | 500.00 |
| **Room Totals: TREE** | | | | **1,500.00** |



### Room: SOFFIT/FACIA

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Fascia - 1" x 8" #1 pine // Damaged fascia on garage front corner | 16.00 LF | 0.28 | 5.19 | 87.52 |
| Prime & paint exterior fascia - wood, 6"- 8" wide | 27.00 LF | 0.00 | 1.57 | 42.39 |
| R&R Soffit - wood | 16.00 SF | 0.26 | 3.75 | 64.16 |
| Prime & paint exterior soffit - wood | 54.00 SF | 0.00 | 1.63 | 88.02 |
| R&R Soffit - wood // includes soffit on east and west side of main dwelling. | 208.00 SF | 0.26 | 3.75 | 834.08 |
| Prime & paint exterior soffit - wood | 208.00 SF | 0.00 | 1.63 | 339.04 |
| R&R Crown molding | 104.00 LF | 0.57 | 3.18 | 390.00 |
| **Room Totals: SOFFIT/FACIA** | | | | **1,845.21** |

FROM Law Office                                     (TUE)OCT 16 2007 13:49/ST.13:46/NO.6160389859 P 12

## SWAN CONSTRUCTION



### Room: STORAGE BLDG

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Storage shed – Wood – Gable type – 10' x 8' | 1.00 EA | 152.80 | 1,080.80 | 1,233.60 |
| Room Totals: STORAGE BLDG | | | | 1,233.60 |



### Room: Debris Removal

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean-up of storm debris | 1.00 EA | 0.00 | 500.00 | 500.00 |
| Room Totals: Debris Removal | | | | 500.00 |
| Area Items Total: Exterior | | | | 51,920.73 |

2006-10-19-1622

## SWAN CONSTRUCTION

### Interior

### 2ND FLOOR



**Room: BEDROOM 1**                          **LxWxH 13'0 ' x 11'0" x 8'0"**

| | |
|---|---|
| 384.00  SF Walls | 143.00  SF Ceiling |
| 527.00  SF Walls & Ceiling | 143.00  SF Floor |
| 15.89  SY Flooring | 48.00  LF Floor Perimeter |
| 104.00  SF Long Wall | 88.00  SF Short Wall |
| 48.00  LF Ceil. Perimeter | |



**Subroom 1: Offset 1**                       **LxWxH 8'0" x 4'0" x 8'0"**

| | |
|---|---|
| 192.00  SP Walls | 32.00  SF Ceiling |
| 224.00  SF Walls & Ceiling | 32.00  SF Floor |
| 3.56  SY Flooring | 24.00  LF Floor Perimeter |
| 64.00  SF Long Wall | 32.00  SF Short Wall |
| 24.00  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents – move out then reset – Large room | 1.00 EA | 0.00 | 58.02 | 58.02 |
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.00 | 9.52 |
| Floor protection - self-adhesive plastic film | 175.00 SF | 0.00 | 0.52 | 91.00 |
| Mask the walls per square foot | 576.00 SF | 0.00 | 0.17 | 97.92 |
| R&R 5/8" drywall - hung, taped, ready for paint | 175.00 SF | 0.35 | 2.13 | 434.00 |
| Acoustic ceiling (popcorn) texture - heavy | 175.00 SF | 0.00 | 1.01 | 176.75 |
| R&R Baseboard - 3 1/4" | 72.00 LF | 0.39 | 2.66 | 219.60 |
| Paint baseboard - two coats | 72.00 LF | 0.00 | 1.08 | 77.76 |
| R&R Base shoe | 72.00 LF | 0.15 | 0.99 | 82.08 |
| Seal & paint base shoe or quarter round | 72.00 LF | 0.00 | 0.60 | 43.20 |
| Sand, stain, and finish wood floor | 175.00 SF | 0.00 | 3.99 | 698.25 |
| **Room Totals: BEDROOM 1** | | | | **2,107.68** |

10/09/2007  09:51   5045616034          ROBERTS BAUDIER&DYE          PAGE  13

## SWAN CONSTRUCTION



**Room: MASTER BD RM**            **LxWxH  17'0" x 13'6" x 8'0"**

488.00  SF Walls
717.50  SF Walls & Ceiling
25.50  SY Flooring
136.00  SF Long Wall
61.00  LF Ceil. Perimeter

229.50  SF Ceiling
229.50  SF Floor
61.00  LF Floor Perimeter
108.00  SF Short Wall



**Subroom 1: Closet**            **LxWxH  8'5" x 2'0" x 8'0"**

168.00  SF Walls
185.00  SF Walls & Ceiling
1.89  SY Flooring
68.00  SF Long Wall
21.00  LF Ceil. Perimeter

17.00  SF Ceiling
17.00  SF Floor
21.00  LF Floor Perimeter
16.00  SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 38.69 | 38.69 |
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.00 | 9.52 |
| Floor protection - self-adhesive plastic film | 246.50 SF | 0.00 | 0.52 | 128.18 |
| R&R 5/8" drywall - hung, taped, ready for paint | 246.50 SF | 0.35 | 2.13 | 611.33 |
| Acoustic ceiling (popcorn) texture - heavy | 246.50 SF | 0.00 | 1.01 | 248.97 |
| R&R Baseboard - 3 1/4" | 82.00 LF | 0.39 | 2.66 | 250.10 |
| Paint baseboard - two coats | 82.00 LF | 0.00 | 1.08 | 88.56 |
| R&R Base shoe | 82.00 LF | 0.15 | 0.59 | 93.48 |
| Seal & paint base shoe or quarter round | 82.00 LF | 0.00 | 0.60 | 49.20 |
| Sand, stain, and finish wood floor | 246.50 SF | 0.00 | 3.59 | 983.54 |
| **Room Totals: MASTER BD RM** | | | | **2,621.15** |

(TUE)OCT 16 2007 13:49/ST. 13:46/NO.6160989659 P 15

FROM Law Office

## SWAN CONSTRUCTION



**Room: MASTER BATH**                          **LxWxH  5'10" x 5'0" x 8'0"**

173.33 SF Walls                    29.17 SF Ceiling
202.50 SF Walls & Ceiling          29.17 SF Floor
3.24 SY Flooring                   21.67 LF Floor Perimeter
46.67 SF Long Wall                 40.00 SF Short Wall
21.67 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents – move out then reset – Small room | 1.00 EA | 0.00 | 29.04 | 29.04 |
| Floor protection – self-adhesive plastic film | 29.17 SF | 0.00 | 0.52 | 15.17 |
| Detach & Reset Exhaust fan | 1.00 EA | 0.00 | 0.00 | 121.67 |
| R&R Light fixture | 1.00 EA | 7.06 | 48.36 | 55.42 |
| R&R 5/8" drywall – hung, taped, ready for paint | 29.17 SF | 0.35 | 2.13 | 72.34 |
| Acoustic ceiling (popcorn) texture – heavy | 29.17 SF | 0.00 | 1.0 | 29.46 |
| Seal/prime the ceiling – one coat | 29.17 SF | 0.00 | 0.4 | 11.96 |
| Seal then paint the ceiling (2 coats) | 29.17 SF | 0.00 | 0.73 | 21.29 |
| R&R Wallpaper – High grade | 173.33 SF | 0.58 | 1.99 | 445.46 |
| Prep wall for wallpaper | 173.33 SF | 0.00 | 0.41 | 71.07 |
| Room Totals: MASTER BATH | | | | 872.88 |



**Room: HALLWAY**                              **LxWxH  16'3" x 4'2" x 8'0"**

278.67 SF Walls                    67.71 SF Ceiling
346.38 SF Walls & Ceiling          67.71 SF Floor
7.52 SY Flooring                   34.83 LF Floor Perimeter
130.00 SF Long Wall                33.33 SF Short Wall
34.83 LF Ceil. Perimeter

**Missing Wall:**      1 – 3'0" X 8'0"          Opens into E       Goes to Floor/Ceiling

**Subroom 1: Offset 1**                        **LxWxH  9'1.0" x 3'0" x 8'0"**

181.33 SF Walls                    29.50 SF Ceiling
210.83 SF Walls & Ceiling          29.50 SF Floor
3.28 SY Flooring                   22.67 LF Floor Perimeter
78.67 SF Long Wall                 24.00 SF Short Wall
22.67 LF Ceil. Perimeter

**Missing Wall:**      1 – 3'0" X 8'0"          Opens into 0       Goes to Floor/Ceiling

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|

2006-10-19-1622                                                   10/23/2006   Page: 12

## SWAN CONSTRUCTION

| Description | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 58.02 | 58.02 |
| Floor protection - self-adhesive plastic film | 97.21 SF | 0.00 | 0.52 | 50.55 |
| Detach & Reset Smoke detector | 1.00 EA | 0.00 | 0.00 | 32.51 |
| R&R Light fixture | 3.00 EA | 7.06 | 48.36 | 166.26 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.00 | 9.52 |
| R&R 5/8" drywall - hung, taped, ready for paint | 32.00 SF | 0.35 | 2.13 | 79.36 |
| Remove Acoustic ceiling (popcorn) texture - heavy | 65.21 SF | 0.39 | 0.00 | 25.43 |
| Acoustic ceiling (popcorn) texture - heavy | 97.21 SF | 0.00 | 1.01 | 98.18 |
| R&R Casing - 2 1/4" // Remoe & replace trim on disappearing stairway. | 14.00 LF | 0.43 | 1.45 | 26.32 |
| Paint casing - two coats | 14.00 LF | 0.00 | 1.03 | 15.12 |
| Seal then paint the walls and ceiling twice (3 coats) | 557.21 SF | 0.00 | 1.02 | 568.35 |
| R&R Baseboard - 3 1/4" | 57.50 LF | 0.39 | 2.65 | 175.38 |
| Paint baseboard - two coats | 57.50 LF | 0.00 | 1.08 | 62.10 |
| R&R Base shoe | 57.50 LF | 0.15 | 0.99 | 65.56 |
| Seal & paint base shoe or quarter round | 57.50 LF | 0.00 | 0.60 | 34.50 |
| Sand, stain, and finish wood floor | 97.21 SF | 0.00 | 3.99 | 387.86 |
| **Room Totals: HALLWAY** | | | | **1,855.02** |



**Room: BEDROOM 2**                    **LxWxH  15'6" x 11'0" x 8'0"**

|   |   |   |   |
|---|---|---|---|
| 424.00 | SF Walls | 170.50 | SF Ceiling |
| 594.50 | SF Walls & Ceiling | 170.50 | SF Floor |
| 18.94 | SY Flooring | 53.00 | LF Floor Perimeter |
| 124.00 | SF Long Wall | 88.00 | SF Short Wall |
| 53.00 | LF Ceil. Perimeter | | |



**Subroom 1: Offset 1**                    **LxWxH  8'0" x 4'0" x 8'0"**

|   |   |   |   |
|---|---|---|---|
| 192.00 | SF Walls | 32.00 | SF Ceiling |
| 224.00 | SF Walls & Ceiling | 32.00 | SF Floor |
| 3.56 | SY Flooring | 24.00 | LF Floor Perimeter |
| 64.00 | SF Long Wall | 32.00 | SF Short Wall |
| 24.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 58.02 | 58.02 |
| Mask the walls per square foot | 616.00 SF | 0.00 | 0.17 | 104.72 |
| R&R Baseboard - 3 1/4" | 77.00 LF | 0.39 | 2.56 | 234.85 |

## SWAN CONSTRUCTION

## CONTINUED - BEDROOM 2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Paint baseboard - two coats | 77.00 LF | 0.00 | 1.08 | 83.16 |
| R&R Base shoe | 77.00 LF | 0.15 | 0.99 | 87.78 |
| Seal & paint base shoe or quarter round | 77.00 LF | 0.00 | 0.60 | 46.20 |
| Sand, stain, and finish wood floor | 202.50 SF | 0.00 | 3.99 | 807.98 |
| **Room Totals: BEDROOM 2** | | | | **1,422.71** |



**Room: BEDROOM 3**　　　　　　　　　**LxWxH  17'0 ' x 13'0" x 8'0"**

480.00  SF Walls　　　　　　221.00  SF Ceiling
701.00  SF Walls & Ceiling　　221.00  SF Floor
24.56  SY Flooring　　　　　60.00  LF Floor Perimeter
136.00  SF Long Wall　　　　104.00  SF Short Wall
60.00  LF Ceil. Perimeter



**Subroom 1: Closet**　　　　　　　　　**LxWxH  6'3" x 6'0" x 8'0"**

196.00  SF Walls　　　　　　37.50  SF Ceiling
233.50  SF Walls & Ceiling　　37.50  SF Floor
4.17  SY Flooring　　　　　24.50  LF Floor Perimeter
50.00  SF Long Wall　　　　48.00  SF Short Wall
24.50  LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 58.02 | 58.02 |
| Mask the walls per square foot | 676.00 SF | 0.00 | 0.17 | 114.92 |
| R&R Baseboard - 3 1/4" | 84.50 LF | 0.39 | 2.66 | 257.73 |
| Paint baseboard - two coats | 84.50 LF | 0.00 | 1.08 | 91.26 |
| R&R Base shoe | 84.50 LF | 0.15 | 0.99 | 96.34 |
| Seal & paint base shoe or quarter round | 84.50 LF | 0.00 | 0.60 | 50.70 |
| Sand, stain, and finish wood floor | 258.50 SF | 0.00 | 3.99 | 1,031.42 |
| **Room Totals: BEDROOM 3** | | | | **1,700.39** |
| **Area Items Total: 2ND FLOOR** | | | | **10,579.83** |
| **Area Items Total: Interior** | | | | **10,579.85** |

## SWAN CONSTRUCTION

## 1ST FLOOR



**Room: FOYER/ENTRY**          **LxWxH  10'6" x 10'0" x 8'0"**

| | |
|---|---|
| 328.00  SF Walls | 105.00  SF Ceiling |
| 433.00  SF Walls & Ceiling | 105.00  SF Floor |
| 11.67  SY Flooring | 41.00  LF Floor Perimeter |
| 84.00  SF Long Wall | 80.00  SF Short Wall |
| 41.00  LF Ceil. Perimeter | |



**Subroom 1: Offset 1**          **LxWxH  6'6" x 3'5" x 8'0"**

| | |
|---|---|
| 158.67  SF Walls | 22.21  SF Ceiling |
| 180.88  SF Walls & Ceiling | 22.21  SF Floor |
| 2.47  SY Flooring | 19.83  LF Floor Perimeter |
| 52.00  SF Long Wall | 27.33  SF Short Wall |
| 19.83  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 58.02 | 58.02 |
| Floor protection - self-adhesive plastic film | 127.21 SF | 0.00 | 0.52 | 66.15 |
| Detach & Reset Light fixture | 2.00 EA | 0.00 | 0.00 | 67.14 |
| R&R Heat/AC register | 1.00 EA | 1.18 | 19.13 | 20.31 |
| R&R 5/8" drywall - hung, taped, ready for paint | 127.21 SF | 0.35 | 2.13 | 315.47 |
| Acoustic ceiling (popcorn) texture - heavy | 127.21 SF | 0.00 | 1.01 | 128.48 |
| R&R Wallpaper - High grade | 243.33 SF | 0.58 | 1.99 | 625.36 |
| Seal then paint the ceiling (2 coats) | 127.21 SF | 0.00 | 0.73 | 92.86 |
| **Room Totals: FOYER/ENTRY** | | | | **1,373.79** |

## SWAN CONSTRUCTION



**Room: POWDER RM**                                    **LxWxH  5'11" x 5'3" x 8'0"**

| | |
|---|---|
| 178.67  SF Walls | 31.06  SF Ceiling |
| 209.73  SF Walls & Ceiling | 31.06  SF Floor |
| 3.45  SY Flooring | 22.33  LF Floor Perimeter |
| 47.33  SF Long Wall | 42.00  SF Short Wall |
| 22.33  LF Ceil. Perimeter | |



**Subroom 1: Offset 1**                                 **LxWxH  3'0" x 1'8" x 8'0"**

| | |
|---|---|
| 74.67  SF Walls | 5.00  SF Ceiling |
| 79.67  SF Walls & Ceiling | 5.00  SF Floor |
| 0.56  SY Flooring | 9.33  LF Floor Perimeter |
| 24.00  SF Long Wall | 13.33  SF Short Wall |
| 9.33  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Small room | 1.00 EA | 0.00 | 29.04 | 29.04 |
| Floor protection - self-adhesive plastic film | 36.06 SF | 0.00 | 0.52 | 18.75 |
| Detach & Reset Exhaust fan | 1.00 EA | 0.00 | 0.00 | 121.67 |
| Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 33.57 |
| R&R Heat/AC register | 1.00 EA | 1.18 | 19.13 | 20.31 |
| R&R 5/8" drywall - hung, taped, ready for paint | 36.06 SF | 0.35 | 2.13 | 89.43 |
| Acoustic ceiling (popcorn) texture - heavy | 36.06 SF | 0.00 | 1.01 | 36.42 |
| R&R Wallpaper - High grade | 126.67 SF | 0.58 | 1.99 | 325.54 |
| Seal then paint the ceiling (2 coats) | 36.06 SF | 0.00 | 0.73 | 26.33 |
| **Room Totals: POWDER RM** | | | | **701.06** |



**Room: DEN/BREAKFST**                                  **LxWxH  23'9" x 15'1" x 8'0"**

| | |
|---|---|
| 360.83  SF Walls | 358.23  SF Ceiling |
| 719.06  SF Walls & Ceiling | 358.23  SF Floor |
| 39.80  SY Flooring | 42.67  LF Floor Perimeter |
| 190.00  SF Long Wall | 120.67  SF Short Wall |
| 52.42  LF Ceil. Perimeter | |

**Missing Wall:**       1 - 7'9" X 8'0"         **Opens into E**        **Goes to Floor/Ceiling**

## SWAN CONSTRUCTION



**Subroom 1: Offset 1**                    **LxWxH  12'0" x 8'8" x 8'0"**

| | |
|---|---|
| 200.42  SF Walls | 104.00  SF Ceiling |
| 304.42  SF Walls & Ceiling | 104.00  SF Floor |
| 11.56  SY Flooring | 23.83  LF Floor Perimeter |
| 96.00  SF Long Wall | 69.33  SF Short Wall |
| 33.58  LF Ceil. Perimeter | |

**Missing Wall:**   1 - 7'9" X 8'0"         **Opens into 0**     **Goes to Floor/Ceiling**
**Missing Wall:**   1 - 9'9" X 7'0"         **Opens into 0**     **Goes to Floor**



**Subroom 2: Offset 2**                    **Formula Bay Window 9'9" x 5'8" x 7'0"**

| | |
|---|---|
| 85.17  SF Walls | 19.27  SF Ceiling |
| 104.44  SF Walls & Ceiling | 19.27  SF Floor |
| 2.14  SY Flooring | 12.17  LF Floor Perimeter |
| 68.25  SF Long Wall | 39.67  SF Short Wall |
| 12.17  LF Ceil. Perimeter | |

**Missing Wall:**   1 - 9'9" X 7'0"         **Opens into 0**     **Goes to Floor/Ceiling**

| DESCRIPTION | QNTV | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 38.69 | 38.69 |
| Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 33.57 |
| Detach & Reset Smoke detector | 1.00 EA | 0.00 | 0.00 | 32.51 |
| Detach & Reset Recessed light fixture | 3.00 EA | 0.00 | 0.00 | 211.20 |
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R Heat/AC register | 1.00 EA | 1.18 | 19.13 | 20.31 |
| Detach & Reset Chandelier - Average grade | 1.00 EA | 0.00 | 0.00 | 108.31 |
| Floor protection - self-adhesive plastic film | 481.50 SF | 0.00 | 0.52 | 250.38 |
| R&R 5/8" drywall - hung, taped, ready for paint | 481.50 SF | 0.35 | 2.13 | 1,194.13 |
| Acoustic ceiling (popcorn) texture - heavy | 481.50 SF | 0.00 | 1.01 | 486.32 |
| R&R 1x6 - 3 piece beam - paint grade | 60.33 LF | 1.23 | 16.46 | 1,067.24 |
| Paint beam - two coats | 60.33 LF | 0.00 | 1.89 | 114.02 |
| Seal then paint the ceiling twice (3 coats) | 481.50 SF | 0.00 | 1.02 | 491.13 |
| R&R Crown molding - 3 1/4" | 98.17 LF | 0.57 | 3.18 | 368.13 |
| Paint crown molding - two coats | 98.17 LF | 0.00 | 1.11 | 108.97 |
| R&R French double doors - Exterior - paint grade jamb & casing // 12' unit | 1.00 EA | 124.53 | 4,368.19 | 4,492.72 |
| Paint door slab only - 2 coats (per side) | 8.00 EA | 0.00 | 22.55 | 180.40 |
| Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | 0.00 | 56.45 | 112.90 |
| R&R Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 12.71 | 167.53 | 180.24 |
| R&R Flush bolts (set of 2) | 1.00 EA | 6.35 | 38.52 | 44.97 |
| **Room Totals: DEN/BREAKFST** | | | | **9,655.72** |

2006-10-19-1622                                  10/23/2006  Page:  17

## SWAN CONSTRUCTION



**Room: Kitchen**                                    **LxWxH  12'0" x 10'0" x 8'0"**

|  |  |
|---|---|
| 352.00  SF Walls | 120.00  SF Ceiling |
| 472.00  SF Walls & Ceiling | 120.00  SF Floor |
| 13.33  SY Flooring | 44.00  LF Floor Perimeter |
| 96.00  SF Long Wall | 80.00  SF Short Wall |
| 44.00  LF Ceil. Perimeter |  |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 38.69 | 38.69 |
| Detach & Reset Fluorescent - four tube - 4' - strip light | 1.00 EA | 0.00 | 0.00 | 52.68 |
| Detach & Reset Recessed light fixture | 4.00 EA | 0.00 | 0.00 | 281.60 |
| R&R 5/8" drywall - hung, taped, ready for paint | 120.00 SF | 0.35 | 2.13 | 297.60 |
| Acoustic ceiling (popcorn) texture - heavy | 120.00 SF | 0.00 | 1.01 | 121.20 |
| **Room Totals: Kitchen** |  |  |  | **791.77** |



**Room: Garage**                                    **LxWxH  20'0" x 20'7" x 9'0"**

|  |  |
|---|---|
| 744.00  SF Walls | 427.10  SF Ceiling |
| 1,171.10  SF Walls & Ceiling | 427.10  SF Floor |
| 47.46  SY Flooring | 82.67  LF Floor Perimeter |
| 186.75  SF Long Wall | 185.25  SF Short Wall |
| 82.67  LF Ceil. Perimeter |  |



**Subroom 1: Jog**                                   **LxWxH  3'4" x 2'11" x 9'0"**

|  |  |
|---|---|
| 112.50  SF Walls | 9.72  SF Ceiling |
| 122.22  SF Walls & Ceiling | 9.72  SF Floor |
| 1.08  SY Flooring | 12.50  LF Floor Perimeter |
| 30.00  SF Long Wall | 26.25  SF Short Wall |
| 12.50  LF Ceil. Perimeter |  |

## SWAN CONSTRUCTION



**Room: GARAGE CLST2**                 LxWxH  7'0" x 3'0" x 9'0"

| | |
|---|---|
| 180.00  SF Walls | 21.00  SF Ceiling |
| 201.00  SF Walls & Ceiling | 21.00  SF Floor |
| 2.33  SY Flooring | 20.00  LF Floor Perimeter |
| 63.00  SF Long Wall | 27.00  SF Short Wall |
| 20.00  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 21.00 SF | 0.00 | 0.52 | 10.92 |
| Shelving - wire (vinyl coated) - Detach & reset | 7.00 LF | 0.00 | 7.02 | 49.14 |
| R&R 5/8" drywall - hung, taped, ready for paint | 111.00 SF | 0.35 | 2.13 | 275.28 |
| Acoustic ceiling (popcorn) texture - heavy | 21.00 SF | 0.00 | 1.01 | 21.21 |
| Seal/prime the walls and ceiling - one coat | 201.00 SF | 0.00 | 0.41 | 82.41 |
| Seal then paint the walls and ceiling (2 coats) | 201.00 SF | 0.00 | 0.73 | 146.73 |

| | | | | |
|---|---|---|---|---|
| **Room Totals: GARAGE CLST2** | | | | **585.69** |
| **Area Items Total: 1ST FLOOR** | | | | **22,039.34** |



**Room: Attic**

| DESCRIPTION | QNTY | + | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| R&R Blown-in insulation - 10" depth - R26 | 1,974.00 SF | | 0.77 | 0.77 | 3,039.96 |
| R&R Furnace - forced air - 100,000 BTU | 1.00 EA | | 53.29 | 1,949.90 | 2,003.19 |
| R&R Ductwork system - hot or cold air | 1.00 EA | | 423.40 | 3,417.45 | 3,840.85 |
| Test & Balance - HVAC system | 3,200.00 SF | | 0.00 | 0.08 | 256.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Room Totals: Attic** | | | | | **9,140.00** |

## SWAN CONSTRUCTION

 **Room: GENERALS**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 774.00 | 0.00 | 774.00 |
| Dumpster pad // 6 sheets of 1/2" plywood for under the dumpster | 1.00 EA | 0.00 | 247.53 | 247.53 |
| Daily and post construction clean-up | 1.00 EA | 0.00 | 325.00 | 325.00 |
| Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 0.00 | 350.00 | 350.00 |
| Temporary toilet (per month) | 4.00 MO | 0.00 | 96.10 | 384.40 |
| R&R Temporary power - hookup | 1.00 EA | 37.79 | 151.23 | 189.02 |
| Temporary power usage (per month) | 4.00 MO | 0.00 | 89.36 | 357.44 |
| **Room Totals: GENERALS** | | | | **2,627.39** |
| **Line Item Totals: 2006-10-19-1622** | | | | **96,907.29** |

| Grand Total Areas: | | | | | |
|---|---|---|---|---|---|
| 6,695.75 | SF Walls | 2,313.26 | SF Ceiling | 9,009.01 | SF Walls & Ceiling |
| 2,313.26 | SF Floor | 257.03 | SY Flooring | 809.83 | LF Floor Perimeter |
| 2,189.17 | SF Long Wall | 1,455.42 | SF Short Wall | 829.33 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | 0.00 | Area of Face 1 |

FROM Law Office          (TUE)OCT 16 2007 13:51/ST. 13:46/NO. 6180989659 P 24

## SWAN CONSTRUCTION

| Summary for Hurricane | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 96,907.29 |
| Material Sales Tax | @ | 9.000% | 32,519.76 | 2,926.78 |
| Subtotal | | | | 99,834.07 |
| Overhead | @ | 15.00% | 99,834.07 | 14,975.11 |
| Profit | @ | 15.00% | 99,834.07 | 14,975.11 |
| Grand Total | | | | 129,784.29 |

JIM KOTTER

## SWAN CONSTRUCTION

| Recap by Room | | |
|---|---|---|
| **Estimate: 2006-10-19-1622** | | |
| **Area: Exterior** | | |
| Roof | 11,200.52 | 11.56% |
| GUTTERS | 924.94 | 0.95% |
| FRNT BALCONY | 4,167.16 | 4.30% |
| REAR BALCONY | 5,111.36 | 5.27% |
| REAR PATIO | 1,273.52 | 1.31% |
| Masonry | 1,729.44 | 1.78% |
| SHUTTERS | 5,214.48 | 5.38% |
| Gazebo | 13,257.98 | 13.68% |
| FENCING | 3,962.52 | 4.09% |
| TREE | 1,500.00 | 1.55% |
| SOFFIT/FACIA | 1,845.21 | 1.90% |
| STORAGE BLDG | 1,233.60 | 1.27% |
| Debris Removal | 500.00 | 0.52% |
| **Area Subtotal: Exterior** | 51,920.73 | 53.58% |
| **Area: Interior** | | |
| **Area: 2ND FLOOR** | | |
| BEDROOM 1 | 2,107.68 | 2.17% |
| MASTER BD RM | 2,621.15 | 2.70% |
| MASTER BATH | 872.88 | 0.90% |
| HALLWAY | 1,855.02 | 1.91% |
| BEDROOM 2 | 1,422.71 | 1.47% |
| BEDROOM 3 | 1,700.39 | 1.75% |
| **Area Subtotal: 2ND FLOOR** | 10,579.83 | 10.92% |
| **Area Subtotal: Interior** | 10,579.83 | 10.92% |
| **Area: 1ST FLOOR** | | |
| FOYER/ENTRY | 1,373.79 | 1.42% |
| POWDER RM | 701.06 | 0.72% |
| DEN/BREAKFST | 9,555.72 | 9.96% |
| Kitchen | 791.77 | 0.82% |
| Garage | 9,213.49 | 9.51% |
| GARAGE CLST1 | 317.82 | 0.33% |
| GARAGE CLST2 | 585.69 | 0.60% |
| **Area Subtotal: 1ST FLOOR** | 22,639.34 | 23.36% |
| Attic | 9,140.00 | 9.43% |
| GENERALS | 2,627.39 | 2.71% |
| **Subtotal of Areas** | 96,907.29 | 100.00% |
| **Total** | 96,907.29 | 100.00% |

2006-10-19-1622

10/23/2006  Page: 24

## SWAN CONSTRUCTION

| Recap By Category | | | |
|---|---|---|---|
| **O&P Items** | | **Total Dollars** | **%** |
| CLEANING | | 2,122.76 | 1.64% |
| CONTENT MANIPULATION | | 580.32 | 0.45% |
| GENERAL DEMOLITION | | 11,197.80 | 8.63% |
| DOORS | | 6,941.74 | 5.35% |
| DRYWALL | | 7,594.21 | 5.85% |
| ELECTRICAL | | 308.36 | 0.24% |
| FLOOR COVERING - WOOD | | 3,909.05 | 3.01% |
| PERMITS AND FEES | | 350.00 | 0.27% |
| FENCING | | 3,333.48 | 2.57% |
| FINISH CARPENTRY / TRIMWORK | | 4,623.05 | 3.56% |
| FINISH HARDWARE | | 206.15 | 0.16% |
| FRAMING & ROUGH CARPENTRY | | 14,802.29 | 11.41% |
| HEAT, VENT & AIR CONDITIONING | | 5,747.56 | 4.43% |
| INSULATION | | 1,519.98 | 1.17% |
| LIGHT FIXTURES | | 2,216.03 | 1.71% |
| MASONRY | | 714.96 | 0.55% |
| METAL STRUCTURES & COMPONENTS | | 684.48 | 0.53% |
| PAINTING | | 10,317.43 | 7.95% |
| ROOFING | | 9,616.87 | 7.41% |
| SIDING | | 4,948.92 | 3.81% |
| SOFFIT, FASCIA, & GUTTER | | 1,758.73 | 1.36% |
| STAIRS | | 286.95 | 0.22% |
| TEMPORARY REPAIRS | | 893.07 | 0.69% |
| WALLPAPER | | 1,152.30 | 0.89% |
| EXTERIOR STRUCTURES | | 1,080.80 | 0.83% |
| Subtotal | | 96,907.29 | 74.67% |
| Material Sales Tax | @    9.000% | 2,926.78 | 2.26% |
| Overhead | @   15.00% | 14 975.11 | 11.54% |
| Profit | @   15.00% | 14 975.11 | 11.54% |
| **O&P Items Subtotal** | | 129,784.29 | 100.00% |
| **Grand Total** | | 129,784.29 | |

# Chopin Wagar Richard & Kutcher

Attorneys at Law
A Limited Liability Partnership

**Thomas M. Richard**
Partner
Direct Telephone  504 830 3845
Telefax  504 836 9543
trichard@chopin.com

October 23, 2007

***Via Email: Brent@Klibertlaw.com***
Brent A. Klibert, Esq.
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130

Re:    *Lorraine Jupiter v. Automobile Club*
        *Inter-Insurance Exchange*
        USDC No.: 07-1689 L (3)
        Our File No.: 823.4547

Dear Mr. Klibert:

As a follow up to our Rule 37.1(E) telephone conference today, this will confirm receipt of your faxed Answers to Interrogatories on October 16, 2007 in connection to the above referenced matter.  Your responses are insufficient in the following respects:

1.    Interrogatory Number 3 fails to provide the requested date of payment, total amount of payment (not subtracting out amounts for attorney's fees and contractor fees) and description of the reason for payment.

2.    Interrogatory Number 4 fails to provide an itemization of the damages your client is contending entitlement to recover from ACFIC.  At a minimum, the requested itemization must include a description of the type of category of damages claimed and the amount of damages for each category or type of damages.

3.    Interrogatory Number 5 fails to provide a "yes" or "no" response as to whether your client has provided ACFIC with a satisfactory proof of loss for the damages arising out of Hurricane Katrina with which your client seeks to recover from ACFIC.  In the event the response is "yes", please provide sufficient responses to sub-sections (a) & (b).

4.    Interrogatory Number 8 fails to provide a "yes" or "no" response as to whether your client is contending entitlement to recover from ACFIC any additional living expenses sustained as a result of Hurricane Katrina.  In

**EXHIBIT**
tabbies
6

CHOPIN WAGAR RICHARD & KUTCHER, LLP

Brent A. Klibert, Esq.
October 23, 2007
Page 2

           the event the response is "yes", please provide sufficient responses to sub-sections (a) (b) (c) & (d).

      Additionally, I have yet to receive a response to our Request for Production of Documents.  As we discussed, I will have no option but to file a Motion to Compel if I do not receive your client's complete and sufficient responses to our Interrogatories and Request for Production within one week of confirmation of receipt of this letter, via fax transmission.  Please contact me if you have any questions.

      With kind regards, I remain

                        Very truly yours,

                        THOMAS M. RICHARD

TMR/cal