UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.: 05-4182 "K" (2) |
| _____ | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO:  ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * *  * * * | | |

**MOTION FOR LEAVE TO FILE**
**RESPONSE IN EXCESS OF 25 PAGES**

**NOW INTO COURT**, through undersigned counsel, come Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company ("Allstate and Encompass"), seeking leave pursuant to Local Rule 7.8.1E to file its Response in Opposition to Plaintiff's Motion to Remand in a length in excess of 25 pages, exclusive of exhibits, on the following grounds:

1.

Plaintiffs' Memorandum in Support of its Motion to Remand is 37 pages in length and presents various arguments for why this case should be remanded.

- 2 -

2.

To adequately respond to all the issues, the Response In Opposition to Plaintiff's Motion to Remand exceeds this Court's page limit. Allstate and Encompass request that the Court allow them to exceed the page limitation and to allow it to file its Response.

**WHEREFORE,** Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company request that they be granted leave to file an Opposition, in a length not to exceed 28 pages.

Respectfully Submitted,

_____
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
   Of
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

Attorneys for Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company

97017

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Leave to File Opposition Memorandum in Excess of 25 Pages has been served upon all counsel of record via electronic mail this 6th day of November, 2007.

_____

97017