UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: ROAD HOME<br>   *Louisiana State*  C.A. No. 07-5528 | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.   05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM GENERAL INSURANCE COMPANY'S EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND IN EXCESS OF PAGE LIMIT**

**NOW INTO COURT**, through undersigned counsel, come Defendants State Farm Fire and Casualty Company ("State Farm Fire") and State Farm General Insurance Company ("State Farm General") (sometimes collectively referred to as "State Farm"), who respectfully move this Court for leave to file its Memorandum of Law in Opposition to Plaintiff's Motion to Remand in excess of Local Rule 7.8.1E's page limit. State Farm requests that this Court allow State Farm to exceed that limitation and allow it to file the accompanying Memorandum in Opposition.

State Farm must respond to the arguments presented in Plaintiff's thirty-eight (38) page Motion to Remand. In order to adequately address Plaintiff's Motion to Remand and because of the multiple claims and issues before the Court, an extension of the page limit is

- 1 -

899068v.1

warranted in this case. The additional pages will assist the Court in its consideration of Plaintiff's Motion to Remand.

**WHEREFORE**, State Farm respectfully requests leave of Court to file the accompanying Memorandum of Law in Opposition to Plaintiff's Motion to Remand in excess of the Local Rule 7.8.1E page limit.

Dated this 6th day of November, 2007.

                Respectfully submitted,

                /s/ *Wayne J. Lee*
                Wayne J. Lee, 7916
                  wlee@stonepigman.com
                Stephen G. Bullock, 3648
                  sbullock@stonepigman.com
                Mary L. Dumestre, 18873
                  mdumestre@stonepigman.com
                Andrea L. Fannin, 26280
                  afannin@stonepigman.com
                        Of
                STONE PIGMAN WALTHER
                    WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana 70130
                Telephone: (504) 581-3200
                Facsimile: (504) 581-3361

                        AND

                Charles L. Chassaignac IV, 20746
                  cchassaignac@phjlaw.com
                        Of
                PORTEOUS, HAINKEL
                  & JOHNSON, L.L.P.
                343 Third Street, Suite 202
                Baton Rouge, Louisiana 70801
                Telephone: (225)383-8900
                Facsimile: (225) 383-7900

                Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company

## CERTIFICATE

I hereby certify that a copy of the foregoing Motion for Leave to File Memorandum of Law in Opposition to Plaintiff's Motion to Remand in Excess of Page Limits has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 6th day of November, 2007.

*/s/ Wayne J. Lee*
