UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | | NO.   05-4182 "K"(2) |
| PERTAINS TO:  ROAD HOME *Louisiana State*  C.A. No. 07-5528 | * * * * | JUDGE DUVAL MAGISTRATE WILKINSON |

## **O R D E R**

Considering the foregoing *Ex Parte* Motion and Incorporated Memorandum for Leave to File Memorandum of Law in Opposition to Plaintiff's Motion to Remand in Excess of Page Limits (the "Motion") filed by Defendants State Farm Fire and Casualty Company ("State Farm Fire") and State Farm General Insurance Company ("State Farm General") (collectively referred to as "State Farm");

**IT IS ORDERED** that the Motion is hereby granted and that State Farm's Memorandum of Law in Opposition to Plaintiff's Motion to Remand shall be filed into the record.

NEW ORLEANS, LOUISIANA, this _____ day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

899179v.1