**EXHIBIT B, Part 2a - Abadie Complaint (pp. 1-50)**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 28  PM 5: 21

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

Connie Abadie, Gerardo Abascal, Barbara Adams, Edna Adams, Eola Adams, Heather Adams, John Adams, Joyce Adams, Kathy Adams, Lois Adams, Melisa Adams, Stacey Adams, Denise Addison, Fannie Addison, Jean Addison, Chaniel Age, Dianne Age, Gina Age, Harris Agnes, Harris Agnes, Salvatore Aguello, Albert Aguillard, Andre & Sheila Aguillard, Naim Ahmad, Leah Alberts, Ronald Aldrich, Avanell Alexander, Gwendolyn Alexander, Harold Alexander, Helen Alexander, Mary Alexander, Wilhelmina Alexander, Fred Alfred, Princess Allel, Deborah Allen, Elaine Allen, John Allen, Lavillard Allen, Lechia Allen, Patricia Allen, Harriet Allen-Williby, Alberto Alonso, Julius Alverez, Shirley Alvis, Troy Alvis, Cinencio Amador, George Amann, Jean Ambeau, La'Shanda Ambrose, Lisa Ambrose, James Amerson, Brenda Anderson, Carol Anderson, Eric Anderson, James Anderson, Mildred Anderson, Patricia Anderson, Rome Anderson, Wesley Anderson, Ema Andrews, Latasha Andrews, Mark Andry, De'Esther Angelin, Barnard Ansardi, Lisl Antee, Bryant Anthony, Helen Anthony,

CIVIL ACTION

CLASS ACTION

NUMBER:   06 - 5164

SECTION:   SECT. K MAG 2

MAGISTRATE:

Fee 350.00
Process CR-161 Summs Issd
Dktd
CtRmDep
Doc. No.

Yvette Antoine, Jeffery Arceneaux,
Yiana Arceneaux, Shirley Archie,
Rounna Ardoin, Robert Ariatti,
Lenora Armon, Louise Armstrong,
Rhonda Armstrong, Carolyn Arnold,
Carolyn Aronson-Murphy, Brenda
Ashford, Whitney Atkins, Clarence
Aubert, Doris Aubry, Carolyn
Audrict, Nelson August, Tyronne
Augusta, Delores Augustin, Lee
Ausama, Delrine Autin, Santiago
Avila, Gilberto Aviles, Rhonda Ayme,
Alicia Ayo, John Babino, Amandy
Bacchus, Melvin Bacchus, Herbert
Bachus, Warrenton Bacon, Anna
Bader, Charles Bailey, Lynette Bailey,
Nitrease Bailey, Alfreda Baker,
Bridgete Baker, Joseph Baldwin,
Ruby Banks, Clarence Baptiste,
Albert Barard, Cardell Barbarin,
Sean Barbarin, Gloria Barber,
Rebecca Barber, Sylvia Barber,
Mercedes Bardell, Michael Barganier,
Gene Baril, Karen Barlow, Betty
Barnes, Dorothy Barnes, Julia Barnes,
Trina Barnes, Willie Barnes, Willie-
Mae Barnes, Debbie Barquet, Ditania
Barquet, John Barquet, Clarence
Barrow, Earl Barthe, Priscilla
Barthelomew, Herbert Bartholomew,
Elaine Barton, Pharoah Bassett,
Adelaide Bassich, Aubrey Bastian,
Winston Bastian, Lynn Bates,
Mechele Bates, Dominique Batiste,
Janell Batiste, Milton Batiste, Araine
Batiste-Davis, Lynn Batson, John
Battaglia, Cathleen Baudy, Alphonse
Bazille, Carl Beard, Rosalyn Beard,
Rosa Becnel, Terry Belcher, Angela

-2-

Bell, Burnell Bell, Cheryl Bell,
Cynthia Bell, Elois Bell, Geraldine
Bell, Phillip Bell, Roosevelt Bell,
Semone Bell, Isaac Bellizan, Neomi
Benfect, Catherine Benjamin, Janet
Benjamin, Robert Bennefield, Ira
Bennet, Ira Bennett, Ladorlina
Berdos, Sorretta Berfect, Margaret
Bergeron, Norma Berkley, Leona
Berndt, Andrew Berry, Kirk Berry,
Yolanda Berry, Win Berteau, Maceo
Bevrotte, Ado Bezue, Gustavis Biagas,
Hannah Bias, Christine Bickham,
Delvin Bickham, Patricia Bickham,
Georgianna Bienvenu, Susan
Bienvenu, Paul Bienville, Gwendolyn
Bierria, Holly Biggs, Phyllis
Billingsley, Marcelin Billiot,
Salvatrice Billiot, Sidney Billiot, Terry
Billiot, Dorothy Birdsall, Rutha
Blachmon, Viola Blackman, Brenda
Blackwell, Elizabeth Blackwell, Donna
Blakecher, Mary Blakes, Milda
Blakes, Angie Blalock, Ginnylyn
Blanchard, Eddie Blanco, Francisco
Blanco, Nettie Blecher, Charles
Bloodsworth, Viola Blouin, Henry
Blount, Melvin Blumfield, Beverly
Blunt, Eloise Blunt, George Blunt,
Patricia Blunt, Ella Bogan, Ersel
Bogan, Rose BoGuille, Alan Boisdore,
Mayola Boisdore, Jennifer Bolton,
Clara Bonadona, Henry Bonds, Vera
Bonds, Alicia Bongawil, Mary-Beth
Bonin, Leola Bonner, Tyrone Bonner,
Dwight Bordere, Mattie Bordere,
Sylvanus Borders, Acquanette Bornes,
Barbara Bortle, Iona Boseman,
Richard Boseman, Alicia Boswell,

Joseph Boucree, Carolyn Boudreaux,
Sandra Boudreaux, Susan Boudreaux,
Michael Bourg, Kris Bourgeois,
Loretta Boutin, Bertha Boutte,
Christopher Boutte, Patricia Boutwell,
Yvette Bowens, Brenda Bowman,
Irene Bowman, Lorraine Bowman,
Jessie Bows, Cecile Boyd, Joseph
Boyd, Terrance Boyd, Rosalind
Boykins, Terrye Braden, Elease
Bradford, Leon Bradford, Sydney
Bradford, Antoinette Bradley, Rosalee
Bradley-McKinley, John Bradstreet,
Djuan Brady, Lisa Brady, Jan
Brandon, Mary Brandon, Mildred
Brasley, Angela Braud, Edgar Braud,
Toya Braud, Jacinta Braud-Dusuau,
Frank Brauner, Alice Braves, Emelda
Brazley, Mercedes Brazley, Christine
Breault, Joyce Breaux, Joyce Breaux,
Tessie Breaux, Sally Breithoff,
Kimberly Bremermann-Black,
Ardella Bridges, Barbara Bridges,
Dwight Bridges, Embra Bridges, Leo
Bridges, Mary Bridges, Tanya
Bridges, Willie Bridges, Tiffany
Briscoe, Laurie Brocato, Cabrini
Brock, Tracy Brock, Willie Brock,
Jacqueline Broden, Jerry Brodigan,
Candace Brooks, Keith Brooks,
Margie Brooks, Ophelia Brooks, Rita
Brooks, Sandra Brooks, Luther
Broome, Kelly Brossett, Marilyn
Brou, Gloria Broussard, Jarred
Broussard, James Brousse, Orbadell
Browder, Alvarez Brown, Alvin
Brown, Annie Brown, Anthony
Brown, Betty Brown, Brenda Brown,
Carol Brown, Clarence Brown,

Clinton Brown, Dana Brown, Darrick Brown, Dondra Brown, Earl Brown, Evangeline Brown, Freddie Brown, Glen Brown, Haden Brown, Harriet Brown, James Brown, Jane Brown, Jeanette Brown, Jeanette Brown, Jeaniette Brown, Linda Brown, Mildred Brown, Oscar Brown, Patricia Brown, Richard Brown, Roger Brown, Shemikka Brown, Shranda Brown, Sylvia Brown, Tom Brown, Valerie Brown, Yul Brown, Zelia Brown, Delores Brual, David Brubaker, Elver Brumfield, Janice Brumfield, Marie Brumfield, Reginald Brumfield, Rose Brumfield, Terry Brumfield, Christopher Bruno, Frank Bruno, Robert Bruno, Steve Bruno, Francesca Bua, Lynn Buchanan, Larry Buffington, Vennay Buie, Mary Bullard, Frank Bullette, Linda Bullock, Tonaira Bullock, Arlene Bulot, Martin Bunch, Morris Burka, Althea Burke, Ceola Burks, Jessie Burks, Bruce Burley, Shelita Burnett, Milton Burns, Yvonne Busch, Shannon Bush, Sharlene Bush, Margarita Butera, Ann Butler, Barbara Butler, Bernadette Butler, Bradford Butler, Cherlyn Butler, Clarice Butler, Dianne Butler, Dianne Butler, Frank Butler, Glenda Butler, Harriet Butler, Javonne Butler, Josephine Butler, Leslie Butler, Linda Butler, Malcom Butler, Paulette Butler, Rosa Marie Butler, Ruth Butler, Shirley Butler, Spencer Butler, Tawanza Butler, Theodore Buuck, Jesse Buxton, Rosa Bynum, Kendra

Byrd, Ray Byrd, Janelle Cable, Dorothy Cage, Mark Caillouet, James Cain, Mercedes Cain, Belinda Calais, Charles Calais, Gloria Calhoun, Josie Calhoun, Cynthia Caliste, Sherman Calize, Gary Call, Clair Cambridge, Michelle Camero, Michael Caminita, Glory Campbell, Millie Campbell, Owanda Campbell, Lisa Campbell-Rome, Kevin Camus, Salvadore Cannatella, Jenetta Canselo, Joan Cardriche, Selena Carey, Joann Cargo, Seallesta Carnes, Elton Carney, Dawn Carr, Henrietta Carr, Milton Carr, Dormella Carraby, Bryant Carroll, Charles Carse-Scarbrough, Annie Carter, Betty Carter, Carey Carter, Carol Carter, Cathy Carter, Charles Carter, Cynthia Carter, David Carter, Elvira Carter, Leroy Carter, Marigold Carter, Marshall Carter, Monique Carter, Robert Carter, Ruth Carter, Tiffany Carter, Tiffany Carter, Tiffany Carter, Vanessa Carter, Vendona Carter, Willie Carter, Pamela Cash, Hazel Castanel, Curtis Castle, Reginald Caston, Salome Castro, Joseph Catalancetto, Ann Cavalier, Marlene Ceasar, Shelia Ceasar, Farnesiha Celestain, Karen Celestan, Claudia Celestand, Nathaniel Celestine, Mary cemons, Gloria Cervini, Angela Chalk, Brenda Chambers, Glenda Chambliss, Darlyn Champagne, Robin Champlin, James Chaney, Rick Chapman, Nettie Chappel, Denise Charbonnet, Carolyn Charles, John Charles, Juanita

-6-

Charles, Paula Charles, Timothy
Charles, Yvonne Charles, James
Chatelain, Tomika Chatman, George
Chatters, Ira Chauvin, Isaac
Cheatham, Jean Cherles, Felix Chetta,
Carol Chilson, Robert Chilton,
Belinda Chism, Rickey Chopin, Mike
Chosa, Valerie Chriss, Mandy
Christmas, Helen Christoff, Marie
Christoff, Mary Christoffer, Patsy
Christoffer, Alois Christopher, Gloria
Christopher, Hasan Cicek, Catherine
Clark, Cleveland Clark, Debbie
Clark, Demetrice Clark, Gladys
Clark, Gladys Clark, Juanita Clark,
Lynell Clark, Patricia Clark, Sharon
Clark, Terry Claverie, Brenda Clavo,
William Clay, Chiquetter Clayton,
Audrey Clements, Josephine
Clements, Joyce Clements, Warrenita
Clincy, Julio Clotter, Harry Cloud,
Harry Cloud, Fara Coates, Augustine
Cobette, Madalyn Cochrane,
Josephine Coco, Rosaria Coco,
Rosemary Coldman, Rosemary Cole,
Ane Coleman, Aubry Coleman,
Charles Coleman, Deborah Coleman,
Ethel Coleman, Georgia Coleman,
Janet Coleman, Lloyd Coleman,
Shirley Coleman, Twanda Coleman,
Alice Collins, Anna Collins, Brenda
Collins, Clarence Collins, Denise
Collins, Denise Collins, Donald
Collins, Eddison Collins, Joan Collins,
Mercedes Collins, Sharila Collins,
William Collins, Shelley Collins-Tank,
Gianna Collura, Victor Colombo,
Gwendolyn Colvon, Gladys Combre,
Evangeline Comeaux, Tyrone

Comeaux, Johnny Comena, James Conard, Odelia Condiff, Ruby Condoll, Rosalind Condoll-Johnson, Iris Conerly, Laurie Coniglio, George Connelly, Judith Conner, Gelone Conrad, Jeff-Co Contractors, Inc, Robin Contreras, Ernest Conzelmann, Dorothy Cook, Geneva Cooley, Susan Coombs, Phillip Cooper, Veronica Cooper, Reginald Copelin, Judith Cormier, Evola Cornin, Paul Cosma, Clarence Costille, Betty Cotton, Elias Cottrell, Elias Cottrell, Donald Coughlin, Audrey County, Glenn Cousins, Anitra Covington, Harrison Cox, Jeannine Coxen, Lorraine Craft, Curtis Craig, Jeffery Crane, Michael Cratchan, Claire Crawford, Danielle Crawford, David Crawford, Chris Creath, Ruth Creecy, Pearline Crider, Felecia Crier, Cindy Crocker, Cindy Crocker, Louis Crosby, Rene Crosier, Myrtle Croson, Cynthia Cross, Noraetta Cross, Gloria Crowell, Gloria Crowell, Patricia Crumedy, Willy Crumedy, Darlene Cummings, Joanie Cummings, Jacklyn Cupit, Alice Curtain, George Curtis, Irma Curtis, Kevin Cyres, Nazarie Cyres, Sandy Cyres, Alice Dabney, Bernice Dabon, Tommie Dahlgren, Sharon Daigle, Elaine Daigle-Foley, Eve Dalmas, Mary Dandridge, LaTonya Dandriege, Maudra Dangerfield, Cynthia Daniel, Kim Daniel, Glenn Daniels, Joseph Daniels, Katrina Daniels, Reginald Daniels, Elizabeth Daniels-Kennedy, Gean Daniilidis, Verlean Dantzler-Kirkland,

Bernadine Darby, Jerry Darby, Keith Darby, Walter Dardar, Linda Darensbourg, Gaynelle Dassau, Ronald Dauphin, Johnnie Davenport, Pamela Davenport, Zandra Davenport, Marrel David, Barbara Davillier, A.J. Davis, Alice Davis, Barbara Davis, Bertha Davis, Bobry Davis, Callie Davis, Charles Davis, Cherie Davis, Dina Davis, Eleanor Davis, Elton Davis, Firldeal Davis, Frank Davis, Gail Davis, Gloria Davis, Joann Davis, Joseph Davis, Josephine Davis, Karla Davis, Kenneth Davis, Kim Davis, Leonard Davis, Lloyd Davis, Lolita Davis, Miriam Davis, Paul Davis, Ramona Davis, Roslyn Davis, Sheila Davis, Stasia Davis, Wanda Davis, Willie Davis, John Davis III, Alonzo Dawson, Tommy Dawson, Laurence Day, Pamela Day, Lucille Dear, Alice DeBose, Debra Debronich, Zerlie DeCay, Zerlie DeCay, Patricia Decoud, Desiree DeCoux, Christine DeCuir, Artronise Dedeaux, Antoine Dedmond, Sylvia DeFlanders, Gregory Degruy, Lyndsey Dehart, Richard Deichmann, Earl Dejan, Kimyata Dejean, Yves Dejoie, Angelina Delaney, Laura Delatte, Fred Delise, Vivian Demesme, Jean de'mesme, Ronald Dendinger, Takako Dendinger, Caroll Denesse, DeEtra Dennis, Duane Dennis, Laura Dennis, Larry DeRoche, Patricia DeRouen, Jeffrey DeShazo, Berry Deshon, Peter Deslatte, Lawrence Despenza, Robbie Desselle, Curtis Deverny, Jerome Devezin, John

Dexter, Errol Diaz, Roslyn Diggs, Steven Digiovanni, Debra Diles, Judy Diles, John Dillman, Linda Dillon, Lorena Dillon, Dolly DiMaggio, Gura DiMarco, Lesley DiRosa, JoAnn Dixon, Robin Dixon, Tronda Dixon, Wilmer Dixon, Donald Doane, Dennis Dolan, Paul Dominguez, Francis Don, Amelia Donald, Tomas Donnelly, William (Bill) Dooley, Brigitte Dorberth, Helmut Dorberth, Chambliss Dorotha, Connie Dorsey, Genera Dorsey, Karen Dorsey, Carolyn Doss, D'Lise Doss, Lollie Doss, Stanley Doucette, Vicy Doucette, Mark Douglas, Mary Douglas-Goldsmith, Marcia Douse, Velaria Douse, Eunice Drummonds, Grace Duchmann, Birdie Dugars, Brenda Dugas, Felicia Duillas, Earline Dukes, Mary Dumas, Emelda Dunbar, Deborah Duncan, Thomas Dunn, Ada Duplessis, Consetta Duplessis, Paulette Duplessis, Wesley Dupon, Valerie Dupremont, Leonard & Lillie Duroncelet, Joann Duvernay, Ronald Dwyer, John Dyer, Juanita Dyer, Lynda Dyer, Louis Eames, Anthonyn Earl, Wilson Earlean, Mardele Early, Willard Echols, Cornelius Edinburgh, Emelda Edinburgh, Egan Edward, Dawn Edwards, Dwayne Edwards, Irma Edwards, Joyce Edwards, Myra Edwards, Rochelle Edwards, Ruby Edwards, Shirley Edwards, Shontell Edwards, Vivian Edwards, Glenda Edwards-Burgess, Bettye Ekperikpe, Bettye Ekperikpe, Wanda Eli, James Elliot, Elizabeth Ellis, Paula Ellis,

Pearl Ellis, Ruby Ellis, Sybil Ellis, Christell Elmore, Wanda Elum, Linda Elwood, Maria Emilien, Chanell Encalarde, Danita Ervin, Maggie Ervin, Jacqueline Esco, Antoinette Esneault, Victor Espinosa, Alverta Essno, Debra Esteen, Gertrude Esteves, Catherine Evans, Oliver Evans, Paulette Evans, Rosa Everett, Lawrence Everette, JoAnn Everhardt, James Everson, Kendra Every, Darell Expose, Robin Fabr', Kevin Fabre, Betty Faciane, Myra Faley, Shirley Falls, Ruby Farley, Alice Farrow, Marie Fatheree, Frank Faulkner, Rita Faulkner, Ethel-may Fazande, Cynthia Fefie, Joseph Felix, Betty Felton, Herbert Felton, Phyliss Feran, David Fernandez, Julie Fernandez, Wanda Fernandez, Chris Ferrand, Rose Ferrara, Cherrie Ferrer-Pansano, Armand Ferrouillet, Ethel Fields, Lorraine Fields, Fred Finch, Fredene Findorff, Pamela Finney, Issac Firman, Wanda Firman, Luevern Firmin, Matthew Firmin, Jacynthia Fisher, Cheryl Flack, Glenda Flagge, Ellen Flaig, Diane Fleming, Flora Fleming, Gwendolyn Flery, Albert Fleury, Donald Florent, Denise Flot, Donna Flot, Melanie Flot, Sandra Floyd, Arthur Foley, Calvin Foley, Cynthia Foley, Carlton Fontenot, John Fontenot, Cynthia Foots, Almarie Ford, Wesley Ford, Maria Forti, Waldo Fortin, Yola Fortin, Cheryl Foster, Ella Foster, Stephen Foster, Vincent Foster, Wilma Foster, Gaynell Fouchea-

Golden, Brenda Foucher, Janis Fraise, Cynthia Francis, Edward Francis, LaShanda Francis, Morris Francis, Carol Francois, Clarence Francois, Kenneth Francois, Leon Francois, Patricia Frank, Rolanda Frank, Ernestine Franklin, Katherine Franklin, Mildred Franklin, Rebecca Franklin, Isabelle Frasier, Jane Frayle, Jane Frayle, Shirley Frederick, Jason Freeman, Luverdia Freeman, Patricia Freeman, Sabrina Freeman, Robert Freire, Carolyn Fryson, Stacy Fuchs, Jessie Fulton, Lena Fulton, Vera Fulton, Ernestine Fultz, Kenneth Gable, Adolph Gabriel, Edna Gabriel, Evelyn Gabriel, Demitria Gaddies, Asif Gafur, Birdie Gaines, Lester Gaines, Mercedes Gaines, Shirley Mae Gaines, Marie Galatas, Tiffany Gallaud, Audra Galle, Brenda Galle-Harris, Viola Galmon, Leo Gant, Vesta Gant, Cheryl Garcia, Felix Garcia, Juan Garcia, Rollin Garcia, Joseph Gardner, Maythel Gardner, Patricia Gardner, Amadee Garibaldi, Arnold Garibaldi, Terry Garibaldi, Barbara Garman, Iris Garnier, Leroy Garrett, Rosalie Garrison, Margaret Gaskin, Henry Gaspard, Linda Gaspard, Lionel Gaspard, Rhonda Gaspard, Sylvia Gaston, Jessie Gatlin, Keiffer Gatlin, Mary Gaunichaux, Louise Gauthier, Josephine Gautreau, Nadine Generose, Karen Genovese, Craig Gentry, Linda Gentry, Lesage George, Pamela George, Bryant Georgia, Kimberlyn Gibson,

Marguerite Gibson, Ursula Gifford, Cherry Gilbert, Freddie Gilbert, Danna Gilmore, Evelyn Gilmore, Paul Gilmore, Toletha Gilmore, Juile Gilyot, Liboria Gioe, Pamela Gipson, Della Gisclair, Vincent Giuffre, Edna Givens, Iris Gladney, Gwendolyn Gleason, Leonard Glorioso, Richard Glory, Evelyn Glover, Henry Glover, Josephine Glowacki, Beth Goddard, James Godfrey, Rosemary Goines, Gary Goldbard, Geraldine Golden, Todd Gonzales, Haidee Gonzalez, Miguel Gonzalez, Pete Goodly, Jackie Gordan, Gloria Gordon, Idoshia Gordon, Maurine Gordon, Michael Gordon, Glen Gormen, Mildred Gosserand, Mark Gostl, Elvera Gould, Emelda Gould, Annell Grace, Joseph Graham, Doris Graher, Claude Gransberry, Harold Grant, Kendrick Grant, Marilyn Grant, Carol Gray, Carol Gray, Ellarose Gray, Felicia Gray, Georgiana Gray, Geraldine Gray, Gary Greco, Amy Green, Christina Green, Clara Green, Deborah Green, Earl Green, Emelda Green, Freddie Green, Leo Green, Linda Green, Lynette Green, Mary Green, Nancy Green, Sadie Green, Shelia Green, Thelma Green, Tyrone Green, Karen Green-Benita, Eleanor Greenidge, marion Greenwood, Laura Greer, Shelagh Gregory-Steckel, Joseph Grenner, Debra Griffin, Glenda Griffin, Joan Griffin, Lester Griffin, Trimekn Griffin, Wilfred Griffin, Tammy Griffith, Thelma Griffith, Palmalee Grimes, Frank

-13-

Guerra, Albert Guichard, Audrey
Guidry, Frankie Guidry, Rosie
Guillemet, Brenda Guitroz, Shelia
Gullette, Donna Gulotta, Linda
Gumbs, Pattie Gusman, Olivia Guss,
Henry Guste, Jacqueline Guter,
Rachel Gutter, Carolyn Guy, George
Guy, Natasha Guy, Patricia Guy,
Robert Habisreitinger, Qudia
Haggins, Margaret Haines, Filliman
Hale, Cabrini Hales, Virginia Hales,
Dumetra Hall, Kenneth Hall,
Reginald Hall, Torin Hall, William
Hall, Thomas Halterman, Emad
Hamad, Barbara Hamilton, Erin
Hamilton, Tommy Hamilton, Vincent
Hamilton, Glenda Hamlin, Amanda
Hammack, Ronald Hammler, Beverly
Hampton, Calvin Hampton, Mary
Hampton, Ollie Handy, Rose Handy,
Diane Hanklton, Dachonda Hankton,
Earl Hankton, Ellen Hansen, Brian
Hardouin, Norman Hardy, Willie
Hardy, Florida Hargrove, Lessie
Harness, McMillian Harold, Robert
Harper, Melvin Harrell, Annette
Harris, Charles Harris, Charlotte
Harris, Cheri Harris, Chirrie Harris,
Chirrie Harris, Cora Lee Harris,
Dana Harris, Eliza Harris, Florence
Harris, Helen Harris, Joseph Harris,
Karren Harris, Kenneth Harris,
Kennith Harris, Linda Harris,
Marguerite Harris, Mary Harris, Nick
Harris, Nicole Harris, Odile Harris,
Patricia Harris, Randy Harris,
Sabrina Harris, Sonia Harris, Alex
Harrison, Anita Harrison, Donald
Harrison, Herreast Harrison, Michele

Harrison, Carol Harry, Carolyn Hart, John Hart, Valerie Hartford, Alex Hartley, Patricia Hartmann, Kathleen Hartwell, Bonnie Hartzog, Jarmel Harvey, Carolyn Hasan, Elnora Hasberry, Gloria Hatcher, Andrew Haughton, Chelita Hawkins, Elmira Hawkins, Kevin Hawkins, Barry Hayes, Joycelyn Hayes, Rodney Hayes, Sibbie Hayes, Beatrice Haynes, Lennette Hays, Kathy Hayward, Janice Haywood, Unger Hazet, Hanna Heary, Cathy Hebert, Connie Hebert, Ducrest Hebert, Evelyn Hebert, Kathleen Hebert, Richard Hebert, Shelia Hebert, Darrell Heim, Lorie Heim, Yolanda Helaire, Annie Helire, Claire Henderson, Lee Hendler, Michelle Hennessey, Cleo Henry, Norman Henry, Deborah Henson, Gail Herbert, Mary Herring, Lawrence Hester, Lynn Hickman, Daniel High, John Hill, Keith Hill, Wayne Hill, Sharon Hillard, Richard Hilliard, Annie Hills, Doreen Hills, Tannor Hills, Robert Hingle, Hien Hoang, Elizabeth Hoffmann, Martha Hohensee, Alberta Holland, Lois Holland, Nataisha Holland, Mark Hollander, Cassandra Holliday, Lillian Hollingsworth, Rose Hollis, Lavern Hollmon, Virgie Holloway, Douglass Holly, Christsandra Holmes, Deborah Holmes, Elaine Holmes, Enid Holmes, Irwin Holmes, Jeanell Holmes, John Holmes, Raymond Holmes, Veloris Holmes, Willie Holmes, Sr., Eric Holt, Leon Honore, Lynn Honore, Gloria Hood, Daisy

-15-

Hookfin, Carl Hooper, Leona Hooper, Rosalie Horn, Tyrus Horn, Jimmie Horne, Joyce Horne, Lessie Horne, Denise Hornsby, Estelle Horton, Don Houston, Gill Houston, Edrina Howard, Gwendolyn Howard, Juanita Howard, Levi Howard, Rodrick Howard, Roslyn Howard, Anne Marie Howard-Cornin, Barbara Howells, Charlain Hubbard, Larnell Hubbard, Willie Hubert, Annette Hudson, Evon Hughes, Henderson Hughes, Rosa Hughes, Donelle Humphrey, Tyrone Humphrey, Louvinia Hunt, Shelita Hunt, Barbara Hunter, Carl Hunter, Lionel Hunter, Lydia Hunter, Denise Hurts, Charlie Hutton, Tien Huynh, Evelyn Hyams, Joan Hyde, Lisa Hymel, Kenneth Iglus, Daisy Innis, Johnson Iolanda, Gary Iramount, Rosetta Irons, Angela Irvin, Henry Irvin, Dana Irving, Hollis Irving, Claude Isidore, John Ivory, Aaron Jackson, Amanda Jackson, Annie Jackson, Ayana Jackson, Bruce Jackson, Dave Jackson, Deania Jackson, Deirdre Jackson, Edrina Jackson, Florence Jackson, Herbert Jackson, James Jackson, Janice Jackson, Johnette Jackson, Landries Jackson, Lionel Jackson, Mary Jackson, Maverick Jackson, Otis Jackson, Pearl Jackson, Sidney Jackson, Susan Jackson, Tania Jackson, Terry Jackson, Alvin Jacques, Creal James, Elvia James, Etta James, Howard James, Jessie James, John James, Lynn James, Mark James, Posey James, Velma

James, Ernest Jarreau, Sybil Jarreau,
Albert Jean, Audrey Jeanmarie,
Wendell JeanPierre, Lillie Jefferson,
Lucious Jefferson, Tyrone Jefferson,
Mike Jenkins, Richard Jenkins,
Shalahn Jenkins, Sirnatra Jenkins,
Willie Jenkins, Jenifer Jennings,
Connie Jernigan, Merall Jesse, Ronnie
Jessemy, Cheryl Jiles, Celestine
Jimerson, Shirley Johnigan, Patrina
Johns, Albert Johnson, Alfred
Johnson, Alvin Johnson, Antoinette
Johnson, Barbara Johnson, Beoenly
Johnson, Bertha Johnson, Bokio
Johnson, Carl Johnson, Carol
Johnson, Charles Johnson, Cheryll
Johnson, Cita Johnson, Connie
Johnson, Cynthia Johnson, Damon
Johnson, Demetric Johnson, Dolores
Johnson, Doris Johnson, Dorothy
Johnson, Duane Johnson, Edward
Johnson, Elnora Johnson, Errol
Johnson, Eunice Johnson, Harrison
Johnson, Herman Johnson, Hiram
Johnson, Ida Mae Johnson, James
Johnson, JoAnn Johnson, Jon
Johnson, Kelly Johnson, Larhonda
Johnson, Linda Johnson, Louise
Johnson, Lucy Johnson, Malci
Johnson, Marita Johnson, Mary
Johnson, Michael Johnson, Michelle
Johnson, Mona Johnson, Neicie
Johnson, Paquel Johnson, Patricia
Johnson, Percival Johnson, Phillis
Johnson, Phoebie Johnson, Rebecca
Johnson, Robert Johnson, Rozitta
Johnson, Sandra Johnson, Torrie
Johnson, Velda Johnson, Veronica
Johnson, Wayne Johnson,

Willhelmenia Johnson, John Johnson
Jr, Sharon Johnson-Murphy, Deborah
Johnston, Phyllis Johnston, Vicki
Johnston, Freddie Johson, Alister
Jones, Anthony Jones, Augustine
Jones, Bernice Jones, Betty Jones,
Brenda Jones, Carl Jones, Carolyn
Jones, Cheryl Jones, Chester Jones,
Daphne Jones, Edna Jones, Felicia
Jones, Frances Jones, Geraldine
Jones, Gwendolyn Jones, Hazel Jones,
Jean Jones, Jimmy Jones, Marlene
Jones, Mary Bell Jones, Melvin Jones,
Miriam Jones, Monica Jones, Nelda
Jones, Pauline Jones, Philbert Jones,
Randy Jones, Rhonda Jones, Royal
Jones, Sylvia Jones, Tammie Jones,
Tara Jones, Tyrone Jones, Vera Jones,
Vera Jones, Wanda Jones, Delphne
Jones-Annan, Bronnicia Jones-Beach,
Deonne Jones-Blunt, Katie Jones-
Cenance, Monica Jones-Elliston,
Jewel Jones-Graves, Marian Jones-
Molo, Carolyn Jordan, Harvey
Jordan, Karen Jordan, Diane Joseph,
Douglas Joseph, Levy Joseph, Louise
Joseph, Lourdas Joseph, Shirley
Joseph, Wallace Joseph, Crystal
Jourdain, Jacqueline Justin, Rhoda
Justin, Thurman Kaiser, Allan Katz,
Michele Kaufman, Marcia
Kavanaugh, Lisa Keels, Joseph Keilly,
Suzzette Kelley, Eric Kelly, Pauline
Kelly, Percy Kelson, Dollie Kemp,
Darral Kendricks, Edith Kennedy,
Constance Kennie, Nicole Kent, Dale
Keppard, Jeanne Ker, Charles Keys,
Yvonne Khan, Yvonne Khan,
Dessadra Khaton, Marilyn Khaton,

Eddie Kimble, Carrie Kinard, Merlin Kincey, Bernice Kindred, fred Kindred, Azemar King, Estelle King, Faylin King, Frances King, James King, Leoner King, Vernita King, Milton Kinler, Beverly Kirchem, Joyce Kirk, Angela Kirkland, Lillian Kirsch, Rose Kirsch, Rose Kirsch, Dorethea Kitchen, Doretha Kitchens, Ralph Klafert, Joseph Kleinpeter, Carrie Klink, Jennifer Klink, Frank Knaus, Betty Knight, Donald Knox, Henry Kramer, Anna Krontz, Henry Kubicki, Beverly KuyKendall, Mary Kyles, Andrea Labat, Paula Laborde, Lois Labranche, Shirley LaBrano, Ronnie LaCabe, Troy LaCabe, Sylvia Lacey, Audrey Lackings, Walter Lackings, Belgard LaCoste, Myrna LaCour, Cathy LaFrance, Esmy Lafrance, TroyAnn LaFrauce, Victor Lala, Joseph Lamarque, Diane Lambly, Jeannie Lanaux, Melvin Landor, Janie Landrum, Bertell Landry, Cleatter Landry, Dawn Landry, Harold Landry, Norman Landry, Peter Landry, Rose Landry, Terry Landry, Caldonia Lang, Calvin Lange, Mary LaPierre, Susan Laporte, John Lare, Paulette Larkin, Courtney LaRoche, Geraldine Lastie, Sarah Lastie, Henry Latten, Rosalyn Laurendine, Dianne Laurent, Sally Laurent, Lurlene Lavigne, Mark Lawes, Michelle Lawrence, James Lawson, Larry Lawson, Gail Lawyer, Charles Leach, Debra Leach, Patrick Leaper, Akira Leblanc, Beatrice LeBlanc, Beth LeBlanc, Diana

-19-

LeBlanc, Gertrude LeBlanc, Gregory Leblanc, Joseph LeBlanc, Lula Leblanc, Massie Ledet, Alious Lee, Aubrey Lee, Beatrice Lee, Chaundra Lee, Consuella Lee, Emma Lee, Eunice Lee, George Lee, Lloyd Lee, Raymond Lee, Ulah Lee, Will Lee, Dolores Lee Gibson, Andare Lee-Carter, Malcolm Leflore, Vikki Leftwich, Melba Leggett-Barnes, Karin Legohn, Tricia Legrone, Tracy LeGros, Tom Lejeune, Jamie Lemelle, Rae Lemon, Brenda Lenard, Cawanda Lennox, Lynn Lennox, Beatrice Leonard, Marcia Leone, Laura LePage, Raymond Lesene, Harry Leslie, Eleni Levendis, Robert Levy, Andrelnel Lewis, Avelina Lewis, Calvin Lewis, Cynthia Lewis, Don Lewis, Earnestine Lewis, Edward Lewis, Irez Lewis, Janette Lewis, Joanne Lewis, Karen Lewis, Mary Lewis, Rachelle Lewis, Ralph Lewis, Robert Lewis, Simone Lewis, Treva Lewis, Wanda Lewis, Willie Lewis, Edward Lillis, Shirley Lindsay, John Lindsey, Judas Littleton, George Livas, Patricia Livas, Alvin Livers, Lloyd Lockett, Mary Lockett, Natalie Lockett, Leroy Logan, John Lomae, Madinda London, Janet Lopez, Joseph Lorraine, Edward Lott, Leonard Louis, Lucy Louis, Smith Louis, Edgar Lowe, Alma Lucas, Margaret Lucas, Johanas Luckett, Geraldine Lumar, Lawrence Lynchard, Boutle Lynette, Rebecca Lynott, Marie Lyons, Delisha MacGomery, Benjamin Mack,

Christopher Mack, Wanda Mack, Suzanne Mackenroth, Willie Mackie, Fabiola Macklin, Rebecca Madere, Jerome Madison, Alvin MaGee, Eola Magee, Ernestine Magee, Idella Magee, Lauren Magee, Shareen Magee, Wardell Magee, Coral Maher, Edward Maher, Robin Mahoney, Sandra Maldonado, Emile Mallaun, Alvin Mallery, Frankie Malveo, Debra Mamou, Florence Maney, Iris Maney/White, Erika Mann-Thomas, David Manry, Bernadette Mansion, Don Manuel, Gail Manuel, Joycelyn Manuel, Victor Manuel, Lawrence Maranto, Errol Marcelin, Larry Marcelin, Oliver Marcell, Whitney Marcell, Clarence Marchand, Edna Marchand, Gwendolyn Marchand, Willis Marguerite, Hattie Marine, Brenda Marion, Troy mark, Eileen Marques, Juliet Marrero, Sylvia Marrero, Misty Marshall, Rita Marshall, Avis Martin, Earlette Martin, Ernestine Martin, George Martin, Jules Martin, Mable Martin, Mary Martin, Nathan Martin, Sandra Martin, Sheila Martin, Shirley Martin, Wanda Martin, Willie Mae Martin, Jesus Martinez, Mariano Martinez, Mary Martinez, June Masacchia, Adrian Mason, Beverly Mason, Dorothy Mason, Hiram Mason, JoeAnn Mason, Vivian Mason, Jean Massey, John Matas, Milton Mathews, Wayne Mathis, Earl Maton, Kathleen Matthew, Burnette Matthews, Freddie Matthews, Joyce Matthews, Juan Matthews, Lourie

Matthews, Sylvia Matthews, Tiffany
Matthews, Carolyn Mattio, Audrey
Maurice, Cherylyn Maurice-Hall,
Erana Mayes, Robertine McBride,
Ethel McBride-Murry, Carol
McCarty, Kay McCaskill-Morrison,
Lena McClellan, Betty McClendon,
Myra McClendon, Ward McClendon,
Ethel McClinton, Henry Mccloskey,
Jacqueline McCorkle, Perry
McCorkle, Bernie McCormick, Kim
Mccormick, Ransom Mccormick,
Ranson McCormick, Adrian McCoy,
Alvin McCrary, Beverly McCrary,
Julie McCrary, Marie McCray, Allen
McDonald, Jennifer McDonald, Watet
McDowell, Wendell McElveen, Joyce
McFarland, Linda McField, Wallace
McField, Leon McGee, Sherrie
McGee, Audrey McGill, Rushie
McGill, Barbara McGinnis,
Kimmichelle McGloshen, Anthony
McGowan, Josephine McGowan, Vera
McGuire, Vera McGuire, Joann
McInerney, Gary McKee, Glenette
McKendall, Aaron McKenna, Kevin
McKennie, Kerry McKenny, Bonnie
McKinley, Tyrone McKnight, Victoria
McLaurin, Jamie McLeod, Joey
McLeod, Aaron McLin, La-Doryz
Mclin, Harold McMillian, Thomas
McMillian, Pattie McRae, Kechia
McSwain, Carnela McWilliams,
Dorothy McWilliams, Sherman
McWilliams, Denise Meade, Mack
Melancon, Obra Melancon, Lorraine
Melanson, Louise Mele, Jetter
Melendez, Darrell Mellion, Delano
Melton, Laura Mene, Larry

-22-

Menendez, Ferdinand Mercadal, Darnell Mercadel, Sharon Merrell, Henry Merridith, Carrie Merrill, Mary Lynn Metoyer, Mitch Michelli, Lois Mike, Dwight Mikell, Gloria Mikell, Delores Miles, Ernest Miles, Barbara Miller, Darren Miller, Don Miller, Dorothy Miller, Ronald Miller, Odile Millet, Brenda Mills, Debra Mills, Debra Mills, Martin Millsaps, Andria Milton, Willie Milton, Harvey Minnis, Stephanie Minto-Gibson, Abigail Miranda, Norma Miranda, Vianka Miranda, Kevin Miskell, James Mistretta, Arthur Mitchell, Bernice Mitchell, Denise Mitchell, George Mitchell, Sylvia Mitchell, Unel Mitchell, Walter Mitchell, William Mitchum, Georgia Modica, Deborah Mointosh, Jimmie Moliere, Mary Moliere, Melvina Moliere, Shirley Moliere, Coleen Monaghan, Gloria Monconduit, Zaida Monconduit, Edith Montgomery, Matilda Montgomery, Patricia Montgomery, Phillip Montgomery, Rebecca Montgomery, Rosemarie Montrel, Rosemarie Montrel, Arizona Moore, Joan Moore, Rhonda Moore, Samuel Moore, Shandell Moore, Lisa Moran, Loretta Morehead, Paul Moretti, Andrea Morgan, Eric Morgan, Gwenita Morgan, Janice Morgan, Kathleen Morgan, Loice Morgan, Margaret Morgan, Melvin Morgan, Otis Morgan, Shanel Morgan, Sylvia Morgan, Pam Moriarty, Raymond Morrell, Ashley Morris, Eyvonne Morris, Mourdia Morris, Ralph

Morris, Teresa Morris, Danette
Morrison, Jeff Morrow, Beulah
Moses, Corey Moses, Corey Moses,
Jennifer Moss, Marie Moss, Marilyn
Mouton, Gloria Muhammad, Mark
Mumme, Lawrence Murphy, Lynn
Murphy, Zander Murray, Clayton
Musacchia, Georgia Musacchia,
Sandra Musacchia, Marion Muse,
Tora Muss, Dionne Myles, Douglas
Myles, Mary Napoleon, Catherine
Narcisse, Ashley Nassarini, Roxanne
Navarrete, Donna Naylor, Levi Nealy,
Darlene Neapollion, Jeffrey Ned,
Shirley Ned, Arthur Nelson, Barbara
Nelson, Faye Nelson, Frances Nelson,
Genell Nelson, Kevin Nelson, Lester
Nero, Freddie Netter, Rosemary
Netter, Gerald Netters, Don Neville,
Freida Neville, Lois Neville, Zalie
Newell, Jane Newman, Malana
Newmen, Elizabeth Newsome, Betty
Newton, Dyker Neyland, Roy
Neyland, Sinclair Neyland-Langford,
Ganh Nguyen, Untrell Nicholas,
Harold Nichols, Stacy Noah, Patricia
Noble, Deborah Nocentelli, Percy
Nocentelli, Johnny Noel, Charles
Norman, Sandra Norman, James
Noto, Joyce Numan, Robert Nunez,
Thomas Nunnery, Rickey Nye, Dud
Ogden, Kathy Oliver, Joyce Olsen,
David O'Neal, Eugene Oppman,
Edward Ordogne, Melba Oroticle,
Frances Osborne, Percy Oubre,
Celeste Ovide, Ernest Owens, Errol
Owens, Gregory Owens, Larry
Owens, Philip Owens, Albertine
Owney, Ernest Owney, Lucinda

-24-

Pablo, Brenda Packnett, Gerlinda Paige, Nicole Palet, Alfred Palmer, Audrey Palmer, Don Palmer, Don Palmer, Frances Palmer, Keroy Palmer, Nitra Palmer, Tagari Panker, Iris Pappas, Belinda Parker, Evelyn Parker, Leslie Parker, Marlon Parker, Muraline Parker, Oscar Parker, Pamela Parker, Paula Parker, Shirnetta Parker, Tayari Parker, Wayne Parker, Harris Parson, Donis Partman, Julia Patino, John Patnett, Cassandra Patterson, Catherine Patterson, Mildred Patterson, Shanita Patterson, Jessie Paul, Karen Paul, Leroy Paul, Tia Paul, Kim Paulin, Brenda Payne, Linda Payne, Qwendolyn Payne, Scharmaine Payne, Bonnie Payton, Javier Pazmino, Dianne Pazon, Charles Pellebon, Theresa Peltier, Arthur Pembrick, Erlinda Pembrick, Karol Pembrick, Abraham Pena, Rhonda Penalacia, Keisha Pendleton, Mary Pendleton, Norina Pennington, Alexander Penny, Debra People, Lucille Peoples, Carol Perez, Adolph Perkins, David Perkins, Justine Perkins, Hank Perlman, Qiana Person, Fredonia Peters, Gula Peters, Paulet Peters, Sharon Peters, Keith Peterson, Sandra Pettice, Darnell Petties, Phillip Petty, Novell Philips, Suzanne Phillippello, Collin Phillips, Deborah Phillips, Maggie Phillips, Jessie Philson, Carmelo Piazza, Nellie Piazza, Lucretia Pichon, Wanda Picquet, Betty Pierce, Lorrie Pierce, Nathaniel Pierce, Shirley Pierce, Angelica Pierre, Anthony

-25-

Pierre, Darleen Pierre, John Pierre, Casaline Pigott, Vonkeisha Pigott, Frank Pinion, Joanna Platenburg, Brenda Pleming, Lisa Pleming, Latifa Poche, Sylvia Poindexter, Patricia Poirrier, Vera Polite, Alice Polk, Lillie Polk, Margaret Polk, Sabrina Pollard, Portia Pollock, Barbara Ponder, Marie Poole, Yvette Pool-Wallace, Shirley Porche, Thomas Porea, Alice Porter, Sandra Porter, Linda Potts, Annette Powell, Deloris Powell, Freddie Powell, JoAnn Powell, Robin Powell, Henry Pratcher, Kim Prescott, Floyd Preston, Sharon Prevost, Sheila Prevost, Barbara Price, Betty Price, Delores Price, Edith Price, Gilda Price, Veronica Price, Terry Prograis, Olivia Prout, Geraldine Prudhomme, Betty Pugh, Jack Quarles, Priscilla Quest, Leo Quezergue, Verna Quillen-Williams, Anthony Quinn, Carol Quinn, Clemmie Quinn, Ronald Quintal, William Rabalais, Gaynell Rachal, William Rachuba, Charlene Radcliff, Michael Raines, Annette Rainey, Tyrone Ralph, Dianne Ramsey, Gladys Ramsey, Doretha Randall, Marlene Randall, Gayle Rankins, RoseMarie Ranzino, Cheryl Raske, Donna Ratcliff, Jessie Rausom, Rosa Ray, Ruby Ray, Courtney Raynard, Allen Recasner, Joseph Recasner, Charles Reed, Clifton Reed, Earmlean Reed, Gerald Reed, Grace Reed, Henrietta Reed, Lester Reed, Alberta Reese, Carolyn Reeves-Davis, Alton Reff, Brenda Reilly, Connie Reine, Acquanetta Reiss, Bernard

Reyes, Kristin Rhodes, Thomas
Rhodes, Ella Rhone, Charles Ricard,
Charles Richard, Darryl Richard,
Janice Richard, Shannon Richard,
Ashley Richardson, Gerty
Richardson, Thomas Rickerson,
Thomas Rickerson, Irma Ridgley,
Kerry Ridgley, Aaron Riley, Lena
Riley, Patrick Riley, Rockial Riley,
Angle Rilleaux-Fields, Barbara
Rillieux, Edwina Rillieux, Michele
Rillieux, Edward Ripoll, Joan Rising,
Alicia Rivande, Gayla Rivera-Brow,
Eliza Rivers, Lyvette Rivers, Carolyn
Rizza, Lloyd Roberson, Terry Robert,
Cathy Roberts, Judy Roberts,
Lerconga Roberts, Mary Roberts,
Annette Robertson, Gloria Robertson,
Joseph Robertson, Lisa Robertson,
Patricia Robertson, Joshua
Robichaux, Kenneth Robichaux,
Lakeisha Robichaux, Sherile
Robichaux, Kenneth Robin, Carol
Robinson, Ellen Robinson, Ernest
Robinson, Herbert Robinson,
Jacqueline Robinson, Jane Robinson,
Keith Robinson, Marion Robinson,
Patricia Robinson, Matthew Roby,
Carol Roche, Harold Rochon, Nanette
Rochon, Cynthia Rockingham, Jessie
Rodgers, Jeffrey Rodi, Richard
rodriguez, Roy Rogers, Donaled
Rojas, Roy Rondeno, Gawain Roos,
Vera Roscoe, Marie Rose, Cheryl
Ross, Jacquelyn Ross, Theresa Ross,
Andra Rounds, Isiah Rounds, Virginia
Rounds, Joyce Rouser, Bruce
Roussell, Janis Roussell, Alton
Rousseve, Lawrence Rout, Patrick

Rovira, Gilda Row, Alysia Rowel, Mel
Roy, William Roy, Joan Royal, Verna
Royal, Julian Ruben, Claudie Rufus,
Gerardo Ruiz, Sharon Ruiz, Jon
Rupert, Barbara Rush, Art Russell,
Calvin Russell, Gerald Russell, James
Russell, Sarah Russell, Paul Russo,
Tom Russo, Eugene Rutler, Leavator
Ryan, Jessica Sacks, Mary Salassi,
John Salisbury, Audrey Sam,
Mohammed Samad, Efren Samaniego,
Dionnlyn Sampson, Terry Sanburn,
Cheryl Sanchez, Patrice Sanchez,
Ramona Sanchez, Alice Sanders,
Barbara Sanders, Sheila Sanders,
Cora Lee Sandifer, Gladys Sandifer,
Lee Sands, Chawanna Santa Marina,
Kandee Santa Marina, Danielle
Santiago, Marion Santinac, Joan
Saporito, Karen Sarton, John
Saussaye, Monique Sauter, Mary
Sayles, Rhondalyn Sayles, Gerald
Sazon, David Scalia, Paul G. Scalia,
Kim Sceau, Shelly Scheuermann,
Betty Schexnayder, Warren Schmitt,
Carmen Schnyder-Owens, Sandra
Schott, Melvin Schultz, Catherine
Scott, Cheryl Scott, Connie Scott,
Gloria Scott, Joel Scott, Joyce Scott,
Latasha Scott, Mary Scott, Troy Scott,
Eleanor Scott-Donatto, Yvonne Seale,
Elaine Sears, Yolande Sears, Myrtle
Senior, Lois Seraile, Lois Seraile,
Wilbur Serpas, Linda Sevalia,
Rosalind Sevalia, Gladys Severin,
Bobbie Seymour, Cynthia Shaheed,
Lawrence Sharpe, Janice Shaw,
Lordell Shearod, Sandra Shelby,
Janet Shelling, Brenda

Shepherd/Douglas, Dewan Sheppard, Agnes Sherman, Elizan Sherman, Jill Shingledecker, Edward Sholes, Michael Shorr, Eraina Shorty, Cora Mae Shy, Mary Silvas, Anthony Simmons, Cedric Simmons, Debra Simmons, Eddie Simmons, Irene Simmons, Vonda Simmons, Lionel Simms, Lucielle Simms, Bernice Simon, Mattie Simon, Paulette Simon, Francisco Simone, Barbara Sims, Vielka Sims, Joseph Sincere, Brenda Singleton, Mae Singleton, Oscar Singleton, Rosemary Singleton-Thompson, Latasha Skidmore, James Skillman, Albertine Skinner, Cheryl Slack, Geraldine Slack, Sherman Slack, Wanda Slack, Georgia Slaughter, Robert Slavich, Carla Smith, Carlette Smith, Cynthia Smith, Damian Smith, Dana Smith, Daniel Smith, Danna Smith, Dave Smith, Debra Smith, Delaney Smith, Delores Smith, Devin Smith, Dixon Smith, Eddie Smith, Edwina Smith, Felicia Smith, Florence Smith, Garnet Smith, Gwendolyn Smith, Ida Smith, Judy Smith, Kenyatta Smith, Kimberly Smith, Laura Smith, Levada Smith, Margie Smith, Marion Smith, Mark Smith, Mary-Ann Smith, Mathilda Smith, Michael Smith, Newell Smith, Ollie Smith, Ollie Jean Smith, Percy Smith, Preston Smith, Reginald Smith, Rhonda Smith, Rosalind Smith, Rudolph Smith, Steven Smith, Sylvia Smith, Terry Smith, Vernell Smith, Vicky Smith, Willie Smith, Helen Smithf, Lekenja Smothens,

-29-

Reginald Smothens, Isabell Smothers, Leslie Snyder, Evelyn Solis, Bobby Solomon, Marlo Solomon, Leo Soniaf, Rhonda Soublet, Jerusha Spanks, Emmanuel Spann, Daisy Spears, Juanita Spears, Pauline Spears, Willie Spears, Solomon Spencer, Tyrone Spencer, Joy Spooner, Diana Spriggens, Mary Spriggins, Hallie Spruille, Deloris Spurlock, Elaine St. Angelo, Sonia St. Cyr, Jeanette St. Etienne, Karen St. Romain, Karen St. Romain, Peggy St. Romain, Betty Stalbert, Florence Stallings, Ron Stamps, Robert Stark, Antentine Starks, Sharon Starks, Kenneth Starling, Doris Starns, Jacqueline Stephens, Renita Stepter, Merlin Sterling, Pamela Stern, Melva Stevenson, Elaine Steward, Elaine Steward, Regina Steward, Carolyn Stewart, Charles Stewart, Deborah Stewart, Diane Stewart, Diane Stewart, Gail Stewart, Henry Stewart, James Stewart, Mary Stewart, Mary Stewart, Michele Stewart, Rebecca Stewart, Robert Stewart, Sandra Stewart, Sullivan Stewart, Yalonda Stewart, Russell Stockard, Debbie Stockman, Deborah Stockman, Elizabeth Stogner, Marion Stoltz, Johnson Stone, Maple Storey, Kim Stovall, Kiontia Stovall, Miriam Strickland, Yolanda Suds, Marion Sullivan, Glenn Summers, Mattie Summers, Vicky Sunseri, Debra Surtain, Lorraine Surtain, Lois Swaney, Hampton Sydney, Alex Sykes, Irene Sykes, Sylvia Sykes,

Shane Sylvester, Judy Tabora, Jean
Taiwo, Mark Talbert, Chandra
Talley-Parker, Nasim Tariq, Carl
Tasker, Nick Tassin, Bobbie Tate,
Edward Tate, Penny Tate, Troby
Tate, David Taylor, Eunice Taylor,
Jessica Taylor, Jimmie Taylor,
Marcelyn Taylor, Roselda Taylor,
Sherril Taylor, Ella Taylor-Brown,
Ruby Taylor-Cameron, Laverne
Taylor-Davis, Mable Temple, Yolanda
Temple-Esco, Geraldine Tenner, Elois
Teno, Lawrence Terrel, Dennis Terry,
Elizabeth Terry, Shelleand Terry,
Willie Terry, Jennifer Testa-Poluka,
Desiree Theard, Gloria Theyard,
Albert Thibodeaux, Charles
Thibodeaux, Betty Thomas, Dlaine
Thomas, Elaine Thomas, Ervin
Thomas, Ezeal Thomas, Herma
Thomas, Joseph Thomas, Linda
Thomas, Lionel Thomas, Margout
Thomas, Mark Thomas, Michelle
Thomas, Myrnell Thomas, Regina
Thomas, Robin Thomas, Rosalind
Thomas, Rose Thomas, S Thomas,
Sharon Thomas, Tina Thomas, Tumer
Thomas, Walter Thomas, Ann
Thompson, Beverly Thompson,
Cleopatra Thompson, Deidre
Thompson, Gregory Thompson,
Kenneth Thompson, Kevin
Thompson, Lillie Thompson, Lynn
Thompson, Patricia Thompson,
Sandra Thompson, Elnora Thompson-
Butler, Catherine Thompson-Magee,
Gail Thornton-Collins, Rhoda
Thorpe, Judy Thorpe-Truman,
Melvin Thorton, Mary Tibbs, Lola

-31-

Tilton, Alvin Tircuit, Frazier
Tompkins, Liljose-Marie Tompkins,
Ting Tong, Helen Tonth, Catheline
Torregano, Kathleen Tortorich,
Joseph Tramontans, Rosemary
Traplette, Nina Trask, James Trench,
Betty Tresch, Fredrika Trotter, James
Troxclair, Waveland Trufant, Linda
Trusclair, Judy Truvia, Henry Tubre,
Sadie Tucker, Jean-Marc Tuleu, Kim
Tumminello, Brenda Tureaud, Janet
Tureaud, Joyce Tureaud, Melvina
Turk, Calvin Turnbough, Barbara
Turnbow, Aaron Turner, Ebony
Turner, Frankie Turner, James
Turner, Joseph Turner, Shirley
Turner, Troy Turner-Major, Charles
Tyler, Linda Tyler, Opal Tyler, Zena
Urby, Joanne Ursin, Kenneth Usner,
Waldon Vagas, Shirlene Vaison,
Jenifer Valdery, Sandra Valenti-
Vanderhoff, Sylvia Van Buren,
Steinley Vance, Charles
VanVrancken, Angela Vaughn, Earl
Veal, Wanda Veal, Beaulah Veals,
Ruby Verhoeven, Ruby Verhoeven,
Robert Vick, Mark Vicknair, Eileen
Victor, Linda Victor, Mildred
Victorian, Maria Vieages, Cecile
Vigee, Sidney Vigre, Derek Villavaso,
Diana Villavaso, Donald Villavassa,
Lawrence Vinnett, Misty Vix, Eric
Voebel, Claudia Voulgarakis, Denise
Wade, Kendall Wagar, Chester
Walker, Denise Walker, Donna
Walker, Gregory Walker, John
Walker, Mattie Walker, Nora Walker,
Rickey Walker, Robert Walker,
Shirley Walker, Bruce Wallace,

-32-

Gerald Wallace, Claudia Waller, Anthony Walsh, Carolyn Walter, Darensbourg Walter, Barbara Walton, Phern Ware, Shawnell Ware, Diane Warner, Larry Warner, Murphy Warr, Ericka Warren, Tammie Warren, Abigail Washington, Alton Washington, Alvarnette Washington, Arthur Washington, Carlita Washington, Carolyn Washington, Charles Washington, Clara Washington, Claude Washington, Deborah Washington, Dinah Washington, Edward Washington, Edwina Washington, Eva Washington, Francis Washington, Gloria Washington, Jacqueline Washington, James Washington, Jessie Washington, Karen Washington, Kennedy Washington, Linda Washington, Lionel Washington, Lynda washington, Manuella Washington, Nathaniel Washington, Orlando Washington, Ottis Washington, Raymond Washington, Samuel Washington, Valerie Washington, Bernard Waters, Williams Watkins, Aaron Watson, Annette Watson, Donnie Watson, Judith Watson, Ruth Watson, Iain Watt, Nancy Watts, Patricia Watts, Ruben Watts, Dora Weathersby, Rebcca Weathersby, Dianne Weaver, Jacquelyn Weber, Octave Weber, Ruby Weber, Fred Weikert, Alan Weinberger, Harold Weiser, Deloris Wells, Jean Wells, Susie Wells, Saul Welmer, Bela Werner, Melanie Wesley, Glenda West, Tineka West,

Sebastion Weston, Stephen Wever, Marjonie Wheeler, Melvin Wheeler, Andre White, Barbara White, Bryan White, Byron White, Clara White, Delores White, Florence White, Grace White, Hazel White, Johnny White, Lynn White, Oliver White, Patricia White, Ruby Lee White, Michelle White-Barbarin, Corliss White-Gaines, Jeff Whitehead, Leon Whitfield, Cornelia Whitlow, Anthony Whittington, Gwendolyn Wiggins, Alfredia Williams, Angela Williams, Anne Williams, Barbara Williams, Brenda Williams, Bruce Williams, Carlene Williams, Christopher Williams, Claudia Williams, Darryl Williams, Dawn Williams, Deborah Williams, Don Williams, Donald Williams, Donna Williams, Dorothy Williams, Edgar Williams, Ellis Williams, Elouise Williams, Ethel Williams, Evelina Williams, Exavier Williams, Flora Williams, Florence Williams, Gail Williams, Gary Williams, Genevieve Williams, Herman Williams, Hilda Williams, Hilton Williams, Ingrid Williams, James Williams, James Williams, John Williams, John Williams, Joyce Williams, Keith Williams, Kim Williams, Kiwanna Williams, Larry Williams, Linda Williams, Lorena Williams, Marietta Williams, Marion Williams, Mary Williams, Matthew Williams, Melanie Williams, Michelle Williams, Monique Williams, Morris Williams, Pernell Williams, Rachel Williams, Raven Williams, Richard

-34-

Williams, Rita Williams, Ronald
Williams, Ronnie Williams, Rosa
Williams, Ruby Williams, Sandra
Williams, Sharlene Williams, Sharon
Williams, Shawntrise Williams,
Shontell Williams, Stephanie
Williams, Sylvester Williams,
Terrance Williams, Vera Williams,
Veronica Williams, Virginia Williams,
Walter Williams, Yvonne Williams,
Melba Williams-Hopper, Isadore
Willis, Evelyn Willoughby, Youtong
Wilrox, Charles Wilson, Denise
Wilson, Joyce Wilson, Ledell Wilson,
Lilly Wilson, Lionel Wilson, Odra
Wilson, Patricia Wilson, Patrick
Wilson, Frank Wiltz, Karen Wiltz,
Thelma Winchester, Diana Winters,
Yvonne Witherspoon, Celita Wolfe,
Marlene Womble, Stephen Wood,
Vernice Woodard, Edmond
Woodfork, Bernadette Woods, Darren
Woods, Rose Woods, Shannon Woods,
Sylvia Worthy-Temple, Anthony
Wren, David Wright, Deidre Wright,
Isaac Wright, Pauline Wright, Robert
Wright, Walter Wright, Alice Wroten,
Shantonda Yarborough, Carolyn
Yarbrough, Patrice Yards, Byron
Yarls, Joycelyn Yarls, George Yeager,
Terry Yost, Albert Young, Alice
Young, Cecilia Young, Edward
Young, Harold Young, Jean Young,
Kirk Young, Lenell Young, Marion
Young, Michelle Young, Miriam
Young, Ruth Young, Shannon Young,
Theodore Young, Trina Young,
Cynthia Youngblood, Denise
Youngblood, Henry Youngblood,

James Youngblood, Letitia Youngblood, Jiujiang Yu, Susan Zanders, Austra Zapata, Joseph Zardies, Richard Zehner, Abelardo Zelaya, Cynthia Zeno, Elizabeth Zepherin, Dorthy Ziegler, Linda Ziegler, Corinne Zimmerman, Catherine Zulli, Aaron A. Branch, Aaron Chatters, Aaron Green, Aaron M Jones, Abbul Raheem, Abraham Pena Jr, Addie Walker, Adrian Baudy, Adrian Gaddies, Adrienne D. Recasner, Aida Elsayed, Al Sims, Alan West, Alba Ruiz, Albert J Delany Sr, Albert Victor, Aldrina Tillman, Aletha Cousins, Alex Hebert, Alex Hebert, Alexander Henry, Alexandra Howard, Alfred Audrey, Alfred C Johnson III, Alfred Gardner, Alfred Gardner Jr, Alfred Matthews, Alfred Peters, Alfreda Baker, Alfreda Harris, Aliska Nance Mercadal, Alison Fleury, Allana Washington Croom, Alma Dauphin, Alphonse Rivens, Alry Darensbourg, Althea Reese, Althea Willis, Alvin Campbell, Alvin Johnson, Alvin McGee, Amanda Freire, Amanda Hodges, AMC Mortgage, Amelia Anthony, Amelia Anthony, Amzie Pigott, Ana Rovira, Andre Morgan, Andrea Grovner, Andrea M. Swan-Reed, Succession of Andrew Ferdinand Jr., Andrew Fuchs, Andrew Fuchs, Andrew Rhodes, Ane` Colemam, Angela Dixon, Angela Rachal, Angelle C. Dedmond, Angie Handy, Anna Johnson, Anne Collins Smith, Annette Powell, Annie Butler, Anthony Flot,

Anthony Jones, Anthony Kimble, Anthony Wren, Anthony Wren, Antoine Dennis, Antoinette Williams, Archie Tureaud, Arleen W. Peterson, Armond Mercadel Jr, Arthur Foley, Arthur Hayes, Ashlee Pembrick, Ashley Diaz, Asthais Fryson, Audrey Vagas, Audry Hubert, Audry McGill, August J Roussell, Barbara B Washington, Barbara Catalanotto, Barbara Edwards, Barbara Hall, Barbara Hall, Barbara Johnson, Barbara Menendez, Barbara Perry, Barbara Rillieux, Barbara Robinson, Barbara Sanders, Barbara Scarbrough, Barbara Young, Diane Berryhill, Carol Berryhill, Calvin Berryhill, Barry Jackson, Barry Johnson, Beatrice Bruno, Beatrice Butler, Belinda Jackson, Benny Dahlgreen, Bernadette Houston, Bernadette Hunter, Bernard Pierre, Bernell Walker, Bernice Nealy, Bertha Rideau, Bett Rickerson, Betty Jones-Hill, Betty Lee, Beulah Hill, Beverly A. Spann, Beverly Banks, Beverly Jornan, Leonard Whittington, Beverly White, Bill Joseph, Bionca Sykes, Blanche Laurent, Bobbie Bridges, Bobbie Marshall, Bobby Tate, Bonnie Kiff, Brenda Borrell, Brenda Kernell, Brenda Marcelin, Brenda Morrell, Brenda Smith, Brenda Thomas, Brenda Trench, Brian Butler, Brian Butler, Brian Sacks, Bridget Bonner, Bryan Stovall, Bryan White, Byran Smith, C. L. Brumfield, Calvin Legrone, Calvin Legrone, Carla Jackson, Carline

McDonald, Carmisha Woods, Carnell J Thomas, Carnell Thomas, Carnell Thomas, Carol Everette, Carol Gautreaux Hooper, Carol Stuart, Frank Stuart, Carolyn Harris, Carolyn Miller, Carolyn Reese, Carolyn Tate, Carolyn Yost, Carrie Harris, Carroll Bienvenu, Cassandra Spencer, Cassie Holmes, Cecile Many, Celestine Williams, Celestine Williams, Ceolia Brown, Chaka Jarreau, Chanell Moffett, Charlene Bell, Charles George, Charles McCrary, Charles Renee, Charles T Leach, Charles Truman, Charles Walker, Silvia Walker, Charmaine Dwyer, Chastity Barbarin, Cheri Bourgeois, Cherie Davis, Cherry Willis, Cheryl Reese, Patricia Dickerson, Althea Reese, Cheryl White, Chirrie Harris, Chris A Baquet, Chris Boudreaux, Christine Doane, Christopher C Lennox, Christopher Hyde, Christopher Simmons, Cinnamon Reeves-Davis, Clabe Mason, Clarence Johnson Jr, Clarence Kirkland, Clarence L Lorkett, Clarence Marchand, Clarence Scott, Clifford R Marine, Clive Coleman, Colestine Edinburgh, Connie B James, Constance M Fleury, Contessa Robertson, Coral Gray, Coral Maher, Corey D Warren, Corinne Hubbard, Cornel Rowel, Corrine Hubbard, Cortez Thompson, Cosma Gabliano, Courtney Hollins, Coutetta Chauvin, Creal James Sr, Cynthia Bickham, Cynthia Bourg, Cynthia Davis, Cyril Augustin, D

Garrison, Daisy G Lewis, Dale Young, Dallas Merrell, Damon Johnson, Dana Smith, Daniel Lewis, Daniel Lewis, Danita Clark, Darell Julian, Darilyn Butler, Darlene Abascal, Darrel Fontenot, Darrell McIntosh, Daryl Thomas Jr, David Comeaux, David Comeaux Sr, David Earl Butler, David Gaspard Sr, David Polk, David Vernon Thomas, David Wayne Dugas, Debbie Cervini, Debbie Perry, Deborah A Jones, Deborah Riley, Deborah Williams, Debra Jenkins, Debra Rachuba, Debra Smith, Deiadra Ellis, Deidre W Marguerite, d'Elegance Temple, Delores Freeman, Delores Henneger, Delores Livas, Delores Rolhi, Delores Tilton, Deloris Wells, Deloris Wright, Demetric Johnson, Demetric Johnson, Demetrius Cavouras, Denise Bevrotte, Denise Wilson, Deonne Meredith, Derek Mercadal, Derek Prograis, Derrick Green, Derrick Morrison, Diana Cook, Diana Renez, Diana Wimpers, Diane Edwards, Diane Gram, Diane Madison, Diane Norwood, Diane Simmons, Diane Villavaso, Dianne Age, Dianne Higgins, Dinah M Washington, Dione Landrum, Dominick Maggie, Don Dorsey, Donald Brown, Donald Collins Jr, Donald E. Link, Donald M Trotter, Donald Ray Blackwell Jr, Donald Tate, Donna Barnes, Donnette Smith, Donnie Barnes, Doris Dennis, Doris Mitchell, Doris Washington, Doris William, Etta Turner, Dorothy Butler, Dorothy Miller, Dorothy

Quarles, Dorothy Stewart, Dorothy
Williams, Dorothy Womble, Doug
Knox, Neshawn Martin, Douglas
Robertson, Driscella Johnikin, Duyan
Martin, Dwayne Meade Sr, Dwayne
Williams, E C Spencer, Earl Cager,
Earl Dardriege Jr, Earl Donald,
Earline Brooks, Earnest, Ebony
Owens, Eddie Birdsall, Eddie
Robertson, Edgar Tilton, Edmond
Bacchus Jr, Edna Dawson, Edna
Fleming, Edward Diamond, Edward
Haines, Edward Johnson, Edward
Lockett jr, Edwin Brown, Edwina
Washington, Elaine Berry, Elaine
Roberts Foley, Elease Bradford, Elgin
Robertson, Elinthia Davis, Eliza
Montgomery, Elizabeth Montgomery,
Elizabeth Spencer, Elnora Houston,
Elyria Blunt, Emerald Lee, Eric Coco,
Eric Dehart, Erick Gonzalez, Erlinda
Pembrick, Ernest Breaux, Ernest
Hopper, Ernest Riley, Ernest
Williams, Ernest Williams, Ernest
Williams Sr, Errol Sanders, Ertha
Washington, Ethel Crump, Eugene S
Lewis, Eukris E. Bradford, Eula W
Paul, Eureka Hall, Eureka Holloway,
Evans Brown, Evelyn Adams, Evelyn
Athews, Evelyn F Wagar, Evelyn
Robinson, Everett Lockett, Evonne
Crawford, Fannie Addison, Favron
Williams, Felicia Pendleton, Felix
Augustin Sr, Felix J Winchester III,
Felix Jackson, Ferdinand Merchand,
Forest J Debronich, Frances
Kleinpeter, Frank Douse, Frank
McLeod, Frazier Edaward III,
Frazier Tompkins, Fred Collins, Vera

Collins, Fred Kindred, Fred Lewis
Williams, Freddie McLaurin, Freddie
Moore, Bonnie Moore, Fredene Morin
Hughes, Freeda Marchand, Gabrielle
Suds, Gail Grant, Gail Reuther, Gail
Stewart, Gary Billiot, Gary Greer,
Gary Santiago, Gary Smith, Gaven
Jones-Elliston, Gaynell Pinion,
Gaynell Smith, Geneva Davis,
Genevieve Williams, George
Bergeron, George Butler, George
Gilmore, Succession of George
Washington, Gerald Pansano, Gerald
Youngblood, Gerald Youngblood Sr,
Gerard Johnston, Gertrude Perkins
Taylor, Gilbert Blunt, Gilda Lee,
Gilda Row, Gina Age, Gladys Clottez,
Gladys Lewis, Glen Ansardi, Glen
Cyres, Glen Edward Paul, Glenn
Allen, Glenn Cornin, Alfred Howard
III, Glenys Castro, Glenys Castro,
Gloria Amos, Gloria Douglas, Gloria
Haywood, Gloria Martin, Gloria
McWilliams, Glynis Johnson, Goldie
Williams, Gray Kelson, Guadeloupe
Vaidez, Gus Smith, Gwen Diggs,
Gwen H Seebr, Gwendolyn Edwards
Carter, Gwendolyn Magee, Habitat
for Humanity, Hallis Young, Harold
Cade, Harold Marchand, Harry
Weiser, Harvey Sanders, Hattie
Bonds, Hattie Mae Brown, Helen
Bridges, Helen C. Bezue, Helen Noto,
Helen Weaver, Helena Jones, Henry L
Salassi III, Henry Stewart Jr, Henry
Willimas, Heprean Simmons, Herbert
Brazley, Herbert Collins, Herbert
Felton, Herbert L Martin, Hilda
Pearley, Hollis Irving Sr, Horace

Martin, Howard Foster, Howard Foster, Hulie Jernigan, Ione Johnson, Ira D Bennett, Irene B Simmons, Irene Breaux, Olivia Breaux, Irene Shropshire, Iris Garcia, Iris Manuel, Iris Matthews, Iris St Romain, Irvin Green, Irvine Figneira, Isabelle Francois, Issac White, J D Payton, Jackie Garder, Jacqueline Lackings, Jacqueline Melancon, Jacquelyn James, Jacquelyn Weber, Jada Foley, Jada Young, Jake Moss, Jamal Allen, James Anderson, James Anderson, James B. Gibson, James Chilson, James E. Butler, James E. Chambers Sr, James Ellis, James Ellis, James Faulkner, James Garrison, James Garrison, James H. Beard Jr, James Harris, Pamela Caliste, James Hunter, James Orr, James Palmer, James Penalacia, James Price, James Whitlow Jr, Jane Jones, Jane McDowe Wright, Jane Wright, Jane Wright, Janet Bracy, Janet DeJean, Janet Felix, Janet Hardy, Janet Stewart, Janez Cowart, Janice Warr, Jannie M Magiren, Jason Burgdorf, Jason Guy, Jason Mason, Jauana Martin, Javonna Mercadel, Jayne Hamilton, Jean Payton Holmes, Jean Thomas, Jeanette M. Foster, Jeanette Preston, Jeff Nunnery, Jemy Hills, Jennifer Comeaux, Jennifer Ellen Kuhlmann, Jennifer Garrett, Jennifer Garrett, Jerome Devezin Jr, Jerry T Gutter, Jesse Anthony, Jesse J Conrad III, Jessica Bull, Jessie Anthony SR, Jessie J Conrad, Jessie Paul, Jill Gabriel, Jimese Van Buren, Joan P

Hickman, JoAnn Foley, Joann Williams, Joe Baddon, Joe Green, Joe Ranzino, Joe Sanders Jr, Joelle Teno, John Hayward Jr, John Bassich, John Blouin III, John Brock, John Davis III, John Murry, John Parker, John Washington, John Williams, John Williams, Johnnie A Clark, Johnnie Bridges, Johnnie P Morgan, Johnnie Williams, Johnnie Youngblood, Johnny Hooper, Jonathan Billingslay, Jonathan Martin, Jonathan Morgan, Joran Freeman, Jose Rodriguez, Joseph Lanaux, Joseph Nelson Jr, Joseph Robertson, Joseph Robertson Jr, Joseph Scheuermann, Joseph White, Joseph White, Josephine Piazza, Joy Babin, Joy Guzzo, Joyce D Stone, Joyce Gilbert, Joyce Williams, Joycelyn Yards, Juanita Jean Baril, Juanita Landry, Jude Blanchard, Judith Bailey, Judy Addison, Judy Foster, Judy James, Judy James, Judy Lundy, Judy Musacchia, Judy Rabalais, Julia Burka, Julia Lafrance, Julia Mae Tyler, Julia Tyler, Julia W Burka, Juliann James Brown, Julie Augusta, Junius Pazon, Justine Perkins, J'Val Dupremont, Kare Etheredge, Karen Boseman, Karen Cole, Karen Paul, Karen Washington, Karen Wiltz, Karislyn Helmer, Karla Rojas, Kathleen Blane, Kathleen Hardouin, Kathleen Hardouin, Kathleen McLin, Kathleen Wood, Kathy Owsley, Kathy Scott, Katie Rivers, Katina Rice, Katrina Brown, Keeley Peters, Keisha Riley, Keith Dugars, Keith Hill, Keith L. Martin,

Keith Polluka, Keith Pulluka, Kelly G
High, Ken Rochaon, Kenneth Crier,
Kenneth Fletcher, Kenneth Jiles,
Kenneth Johnson, Kenneth Lanier,
Kermit Pennington, Keron Myles,
Kerrie Bradley, Kerry Carter, Kerry
Mackenroth, Louis Sisk, Keshia
Magee, Kevin C. Batiste, Kevin
Williams, Kim Hardy, Kim Johnson,
Kim Pidgeon, Kimberly Hunt, Kimp
Johnson, Kimyata Dilworth, Kirdie
Pierre, Kwandi Washington, Kyle D
Gallaud, Kyle Marcell, Toni Marcell,
L.Yaisa Henderson, Laine Boisdore,
Lakeyer Brady, LaRener Hookfin,
Larry Belcher, Larry Celestand,
Larry Celestand, Larry Coleman,
Larry Coleman, Larry Davenport,
Larry Kirts, Larry Laurent, Larry
Laurent Jr, Lashonda Gaines, Lathan
Fields, Lathan Fields, Lauralyn
Dominguez, Laurie Honold, Laverne
Birdsall, Laverne McCormick,
Lawanda M. Marchand, Lawrence
Harris, Lawrence Harris, Lawrence
Johnson, Lawrence Johnson,
Lawrence M Thompson, Lawrence
Smith, Leah E Knaus, Leda Blanks,
Ledell Allen, Lee B. White, Lee
Gilyot, Lee Miwshull, Leila J Eames,
Lemuel Leblanc, Leo J Solis Jr.,
Leonard Adams, Leonard
Barthelomew, Leonard Francois,
Leonard Francois Sr, Leroy
Thompson, Lesa Mellion, Lesley
Mumme, Lesley O. Mumme, Lesley
Smith Jr, Leslie Brooks, Lester
Harris, Lester Helaire, Letitia
Youngblood, Lila McClendon, Liljose

Tompkins, Lillie CiFax, Lillie Gordon, Lillie Harris, Linda Buffington, Linda Burns, Linda Carter, Linda Cooper, Linda Curtis, Linda Curtis, Linda Johnson, Linda McFarland, Linda Richard, Linda Sandifer, Lionel James, Lionel Mansion Jr, Lionel Platenburg, Lisa Collins, Lisa Hingle, Lisa Johnson, Lisa Keppard, Lloyd Coleman Sr, Lorette Ordogne, Lori Herm-Martinez, Lougertha Faulkner, Louins Cornell Johnson, Louis Collura, Linda Collura, Louis E. Garnet, Louis Edward Irving III, Louis F Holmes Jr, Louis Holmes, Louis Irving, Louis Johnson, Louis Marascalco, Louis Richardson, Louise Billiot, Louise S Young, Louvinia Alexander, Lovida Johnson, Lucien P. Denesse, Lucille Williams, Lucina Avila, Lue Ethel Williams, Luereather Merrill, Lula Stewart, Lula Stewert, Lynlie Lafore, Lynn Brown, Lynn Lewis, Lynn M. Patnett, Lynnoka Miskell, Madaline Abear, Madelin Hebert, Madonna Williams, Maguerite Age, Mandy Kelly, Mardele Early, Margaret Bergeron, Margaret Bergeron, Margaret Gaspard, Margaret Joseph, Maria Smith, Marie Magee, Marie Magee, Marilyn Owens, Marilyn Thompson, Marion Burse, Marion Douse, Marion LeBlanc, Marion LeGard, Marion R Conzelmann, Mark Antee, Mark LeBlanc, Martha Weikert, Mary Albert, Mary Anne Weber, Mary Anne Weber, Mary Atkins, Mary Broome, Mary Burns, Mary C Smith,

-45-

Mary Coleman, Mary Gant, Mary Hill, Mary Whitfield, Mathew DiMacco, Mathew Jefferson, Brenda Jefferson, Maximo Lopez, Maychelle Bickham, Melba Bartholomew, Melinda Cloud, Melissa Dreaux Russo, Melissa Manuel, Melvin A. Parker, Melvin Colvon, Melvin E Davis, Melvin Jones, Melvin Parker, Melvina Butler, Merlin A Duplessis, Merlin J Ruiz, Merlin Ruiz, Michael Clark, Michael I Jones, Michael Jones, Michael Jones, Michele Brown, Michelle Harrison, Michelle Morris, Michelle Turner, Mildred Mitchell, Mildred Patterson, Milton Haynes, Milton White, Misty Tureaud, Molen Ursin, Molen Ursin, Monacita Jackson Simmons, Monica Knighten, Monique Garibaldi, Morris Gould Sr, Morris Moore, Mr & Mrs John B Williams DBA Edinburgh-Williams Beauty Salon Inc, Mr. & Mrs. Larnell Hubbard, Milton Creecy, Mrs. Jason Freeman, Mrs John B Williams, Myrna Collado, Myrna Spots, Naikia Wilson, Naomi Farve, Napolean Willimas Jr, Nathan Dupree, Nathanial Steven, Natiya Joseph, Natusha Bardeve, Nelda Turner, Nelson Ware, Nelwyn Harrell, Nia Smith, Nicole Harris, Nicole Pailet Gentry, Nicole Thomas, Nicole-wife, Njeri Dixon, Noel Dickson, Noella Rochon, Nometta Lawson, Norma Brock, Norman Falls, Novell Philips, Nygia Lambert, Nzinga Talbert, Octave M Perez Jr, Ode B Rutler, Odelilia Deslatte, Odette N Colombo,

Ola Tyler, Olga-Marina Darensbourg-Brown, Oliver Chambliss, Oliver Smith, Oliver Tureaud, Olivia Fontenot, Oscar Lewis, Oscar Lewis, Osie McCorkle, Otis Stewart, PJ Robinson Jr, Pamela Caliste, Pamela Williams, Patrice Yarls, Patricia Brown, Patricia Douglas, Patricia Harris, Patricia Johnson, Patricia Washington, Patricia Washington, Patsy Roussel Hart, Paul Goldsmith, Paul Morris, Paula Jackson, Paulette Pearson, Paulette Simon, Pauline Cheatham, Peggy Brou, Penny Penn, Pepito H Patino, Percy Pugh, Percy Williams, Peter S Thompson, Peter Verhoeven, Phillip Barten, Phillip Phillippello Jr, Phillip Troxclair, Phillip Walker, Phyllis Whitehead, Phyllis Whitehead, Porfirio Berdos, Porfirio L Berdos, Porland Landry, Priscilla Williams, Quanita Baril, Rafeeq Nu`Man, Ralph Turnbow, Ramona Fabre, Randall Jones, Randell Jones, Randy Packnett, Randy Stewart Sr, Rasario Verderame, Rauol Marques III, Raymond Holmes, Raymond Lumar, Raymond Musacchia, Raymond W Seraile, Rayon Jones, Rebecca Lynchard, Reese Kirkland, Reginald B Elum, Reginald Smith, Reginald Smith, Reginald Starks, Renika Boutte, Rheena Walker, Rhonda Fleming, Rial Diles, Richard Faulkner, Richard Fryson, Richard Hebert, Richard J Moriarty, Richard King, Richard Sauter, Ricky Joseph Tamburo, Rita Mallaun, R.N.

-47-

Lindsay, Robert Esco, Robert
Hickman, Robert Newman Jr, Robert
Paul Dugas, Robert Pierce, Robert
Sevalia, Robert Spriggens Sr, Robert
Young Jr, Robin Weston, Robin
Williams-Davis, Rocio Alonso,
Roderick Douse, Roderick Taylor,
Roger Anderson, Roland Darby Jr,
Rolonda Clements, Roman Davis,
Romenia Garcia, Ron Dendinger, Ron
Flagge, Ronald Badell, Ronald C
Guidry, Ronald Green, Ronald
Kuykendall, Roosevelt Kyles,
Roosevelt Stewart, Rosanna Barnes,
Rosary Chetta, Roselle Ferrara,
Rosemary Anderson, Rosemary
Kaiser, Rouse Williams, Roy
Patterson, Rozelia Hebert, Ruby
Williams, Rudolph Bows Sr, Rumel
Walker, Russell Feran, Sabrina
Debose, Sabrina Harris, Sabrina
Harris, Samuel A Smith Jr, Samuel
McClinton Jr, Samuel Santa Marina,
Samynthia Thomas, Sandra Oubre,
Sandra Owens, Sandra Thomas,
Sandy Levy, Sandy Zehner, Seymour
Price, Sharlene Negrotto, Sharlotte
Hayes, Sharon Green, Sharon
Moretti, Sharon Murphy, Sharon
Neyland, Sharon Sterling, Sharona
Walker, Shawn Bonds, Shawn Smith,
Shedrick Flowers, Sheila Hudson,
Sheila Jackson, Sheilia noah, Sherald
Daniels, Sherrie Audrict, Shewan
Jackson, Shirley A Stark, Shirley M
Francois, Shirley Russell, Shirley
Smith, Shultoni Ard, Sidney Dugas,
Sidney J Rillieux, Sidney Joseph
Dugas, Sonjia Washington, Sophelia

-48-

Duvernay, Spencer D Theard Sr, Spencer Theard, Stacey Gaspard, Stan Guidry, Stanley Johnson, Stanley McRae, Stephen P Rupert, Steven Crocker, Steven L Crocker, Steven S Stevens, Steven St Romain, Sue Poirier, Susie Brown, Gloria Robertson, Suzie Chosa, Sydney J Rillieux III, Sylvia Biagas, Sylvia Copelid, Sylvia Deflanders, Sylvia Matthews, Syria Harris, Tamaka Golden, Tammie Merridith, Tammy Scott, Tanya Hammond, Tanya Harris, Tanya Honore, Tanya M Lewis, Tavoni Mitchell, Teri Lowry, Terrence H Butler, Terrence Manuel, Terri Espinosa, Terri Mitchell, Terry Battaglia, Thelma Gaines, Thelma Seale, Thelma Thomas, Theresa Ricard Smith, Theresa Richard Smith, Thomas Anderson, Thomas Coates, Thomas Hoitinga, Thomas Terry, Ticara Hawkins, Tiffany Moses, Times Square Shopping Center, Tisha Anthony, Tommy Williams, Tondra Reed, Tonya Hall, Tracy Narcisse, Tranell Barton, Travonda Woods, Troy A. Cummings, Troy Adams, Troy Gibson, Tyamber Porea, Tymica Horn, Tyrone Moffett, Tyronne Foots, V Garner, Vacheorao Johnson, Valerie Gostl, Vanessa Smith, Vennedette Houston, Vergie Ardou, Verina Sanchez, Veronica Bias, Veronica Jean, Veronica N Hankton, Versalie Wilson, Vicky Sunseri, Vicy Doucette, Vincent Hornsby, Vinnie Mills, Vinnie Mills, Virgina Guichard, Vivian Harper,

Wade Pinkie, Waiter P Wheeler, Walter Anderson, Walter Bridges, Walter Harris, Walter Harris Jr, Walter Ledet, Wanda Jacobs, Wanda Jones, Wanda Lowe, Wanda Slack, Wanda Tyler, Wayne Bremermann, Wayne Justin, Wayne Justin, Wayne W. Howard, Weldon Frazier, Wendall Montrel, Wendell Wells, Wendy Dorberth, Wesley Recasner, Wilbert Chambliss Jr, William Andrews, William Breithoff, William C Watts, William C Willoughby, William Dooley Sr, William Martin, Willie Daniel, Willie Jones-Blunt Jr, Willie Lee, Willie Mackie Sr, Willie Mae Dillon, Willie Shaw, Willie Smith, Willie Tate, Dorothy Tate, Willie Trask, Winter Butler, Witney Martin, Wonda Crawford, Woodrow Reed Jr, Yolanda R Ellis, Yvette Caillouet, Yvonne DeRoche, Yvonne Netters, Yvonne Thompson, Yvonne W Netters, Zelda Moore, Zelia Brown, Terry Eugene, Evelyn N. Avdler, Alfred & Lidia Dides, Rolanda J. Baptiste, Gregory C. Johnson, John Cuccia, Lisa Pellegrini, Dennis Blocker, Gregory Jackson, Kenneth Mitchell, David Albert, Claude Baudot, Muralie H. Parker, Oliver Lucius Jr., Delaries C. Penn, Glenda J. Turner, Donna Akins, Ingrid R. Kieffer, Armstead Kiefer, Sylvina H. Jenkins, Wanda J. Mason, William Mason III, Larry Songy, Leo Gant, Mary Gant, Mattie W. Dorsey, Straughter Prophet, Quinford J. Blanchet, Estella Blanchet, Canukka

-50-