**EXHIBIT B, Part 2b - Abadie Complaint (pp. 51-100)**

S. Hill, Linda A. Baldwin, Donald Baldwin, Vonciel Thornton, Oliver Thornton, Ruby T. James, Louise Frintley, Harold Hansford, Sherly C. Hansford, Diane Fernandez, Silvo J. Fernandez, Linda A. Ortiz, Veronica Davis, Peggy Hanes, Vanessa Smith, Cindy P. Amstray, Alfreda C. Porter, Lisa Skipper, David Decareaux, Maria T. Compagno, Joseph Maney, Larry J. Songy, Monique Carter, Frances W. Carter, Warren Carter, Yolanda M. McZeal, Nathan Gremillion, Dominique Jewell, Marlon Dominique, Christine A. Valteau, David C. Baril, Eileen Baril, Gail M. Williams, Alfreda C. Porter, Ernie R. Perry, Andrew Baldo-Estinosa, Fabinau Baldo-Estinosa, Frank Margie, Lawrence Frank, Linda A. Ortiz, Arlinn L. Pound, Anthony Pichon, III, Louise Pinchon, Cindy J. McCadney, Brian K. McCandey, Lucy Stewart, Lionel Stewart, Diane C. Barosse, Michel August, Sr., Francis Donnaud, Ronald Donnaud, Laurent M. Lee, Jacqueline Thibodeaux, Karen T. Berthelot, Kenneth Berthelot, Rachell M. Carr , Peter Lombardo, Mary Lombardo, Stacie Tampera, Deborah Fuller, Lidia Dides, Alfred Dides, Lisa Pellegrini, Randy Cordes, Elizabeth Parnlan, George E. Armentor, Kathleen Bauer, Bambi Pinchon, Richard D. Hapner, Junith A. Hapner, Joann A.Murse, Muriel P. Brock, Rene T. Hollins, Charlette Hollins, Greg Landry, Patti Pate,

Rolanda J. Baptiste, Vanessa Smith, Virgie M. Caston, Hilda C. Lame, Ramaria P. Gore, Angela M. Isabell, Ben Badon, Andria Jackson, Erin Farthing, Marily P. Marilyn, Aaron A. Washington, Rosevelt C. Washington, Micheal Guidry, John R. Edwards, Sr., Dorothy A Powell, Frank Powell, Lloyd Young, Orelia Young, Shera B. Young, Andrea Jeanmarie, Kewana N. Day, Timothy Day, Mary Abraham, Hester Lawrence, Lionel Cobb, Delaries C. Penn, Phyliss P. Tardy, Clinton Jerad Johnson, Darlene P. Balden, Ricky Balden, Linda A. Williams, Jacquelin J. Cordier, James P. Cordier III, Shandon R. Davis, Tabatha Davis, Ollie B. Grant, Ernest Grant, Jr., Dianne Foster, Herschel Foster, Anthony Slot, Sr., Rene Stiaes, Katheline Stias, Delores M. Edwards, Murray Lacey, Daphne R. Williams, Bernadine Adams, Thubang Dalg, Evira Lafayuade, Gail Fayard, Paul West, Lynn West, Jacqueline B. Almerico, Merlin Borne, Jacquelyn Dodd, Roma H. Dodd, Stanley J. Wiltz, Beverly A. Ducre, Yolanda R. Dozier, E.J. Rusich, Lawrence Mosley, Cornen Mosley, Ben Badon, Adria Jackson, Lisa A. Collins, Alvin Collins, Judith J. Bradley, Donald R. Bradley, Rita A. Barnett, Timothy Smith, Leo H. Gant, Connie J. Eason, Roxie W. Hull, Barbara Insler, Diane M. Dempsey, Vanessa Smith, Arthur Catalanotto, Andrew Oliver, Deandrelise Mahongy Williby,

Grenisa Marishe Allen, Gabrielle
Monica Allan, Harriet W Allen,
Damon A Lewis, Barbata Menendez-
Simpson, Stephanie C Minto-Gibson,
Patricia A Tucker, Alfred D Cooper,
Tynica Lynn Holmes, Murlene
Gourdan, Marjorie A Wheeler,
Michelle A Powell, Josephine G
Kennedy, Troy Lynn Neveaux, Linda
Payne, Toya M Payne, Florastine L
Norwood, Lakisha Harris, Elizabeth
R Powers, Paul Pullens, Debra
Manuel, Gina Lohitha Bridges, Clint
L Young, Harold Young, Louise
Young, Lois W Harris, Tonya M
Davis, Bobby Anne Reaux, Lucile
Richardson, Mondiaian M Lafayette,
Aloma Sharpe, Robin F Powell,
Charles J William Sr, Monica
Williams, Leonard D Larkin, Deborah
Larkins, Beatrice Leonard, Velma
Leonard, Naveedunnisa Ahmed, Syed
A Ahmed, Phyllis Jackson, Diedra
McCue, Janice Lee, McAllister Lee,
Jack Rabito, Robert Rabito, Beverly
Benn-Bell, Clarence Bell, Morris R
Brown Jr, Ann L Brown, Rosa M
Davis, C.W Johnson, Catherine L
Phipps, Loretta J Brown, Roy K
Brown, Dolhman Brown, Steven
Barnett, Shirley Barnett, Curtis Jones,
Patricia A Zar, Joseph Lodwick Jr,
Zarul A Lodwick, Lorita M Pellebon,
Elliot O Pellebon, Sylena R Davis,
Christine B Williams, Carol J
Blossom, Connie L Scott, Linda J
Callais, Brenda Jefferson, Mathew
Jefferson, Henry Alvin, Richonda
Bridges, Brenda Wagner, Lewis V

Wagner Jr, Manuel Moses, Diedra Monroe, Evelyn P Forchia, Arlena L Mack, Terrell Williams, Gerald Kirchem, Beverly Kirchem, Angel Hilaire, Larry Payne, Jiujang Yu, Yan Gao, Jeanette Smith, Melvin Smith, Patricia Edwards, Theophile S Soulet Jr, Louise D Soulet, Louis F Holmes, III, Jacqueline M Forte-Mackay, Patrick Nunez, Mary Guidrey, Anthony G Rhodes, Theresa M Fields, Yvonne J Gasper, Jaynel M Gasper, Rudolph G Gasper, Verna Lloyd, Constance Warren Kennie, Linda J Foster, Richard X Patin, Joy R Patin, Keysha R Finley, Antonio l Finley, Michelle Purijano Moore, Lionel Moore Jr, Karen D Vinsanau, Gloria M Brissette, Ernestine Brock, A.R Brock, Oliver Henry Jackson, III, Vennay Buie, Alexzine M Fortier, Wilbert J Roche Sr, Shirley L Roche, Jean S Turner, Barbara Ann Ambrose, Thaddeus S Plummer, Santa Wiltz Plummer, Cherylyn Marie Smith, Marquise Y Hill, Paul J Buisson, Cheryl B Buisson, Edward Lee Williams Sr, Cynthia Marie Williams, Roslyn Holmes, Denise J Henry, Darrell J Walker, Reginald Sanders, Denise Sanders, Ronelda W Brister, Belton Brister, Frances Louise Brumfield, Roger A Mazique, Sherry D Hill, Karen Day Cass, Thomas Mack Cass Sr, Adam Ernest Prout, Audrey Brooks Prout, Dawn Melerine, Rickey Melerine, Ursula Hopkins, Leonard Williams, Delron Garrett, Juan Miguel, Marie Miguel,

Norma Johnson, Morris Jackson, Susan Bankston, Joyce Krantz, Nadja Ellis, Nina Craft, Nancy Guy, Rosie Guillemet, Gloria Thomas, Eva Hickey, Elaine Broussard, Errol Broussard, Darleen Edwards, Bryant B. McDonald, Damien Green, Janice James, Tyrone James, Clarence Baker, Karla Baker, Rosalie Ives, Jawad Shakir, Hazel Shakir, Mandy Kirk, Vera McFadden, Sarah Lain, Mordria Doyle, Roland Johnson, Ruby Johnson, Lucille Johnson, Debra Harris, Henry Harris, Patricia Cook-Wilson, Robert Wilson, Vernon Thomas, Maria Thomas, Harry Doughty, Bertha Doughty, Larnette Smith, Emmett Smith, Anthony Daranda, Enola Daranda, Joy Barbarin, Patrice Dominique, Mark Dominique, Cheryl Sterling, Tim Martino, Rae Ann Martino, Jack Quarles Jr, Dorothy Quarles, Thomas Barnett, Diane Barnett, Nicole Correll, Adam Correll, Deloris Simms, Glynn Dexter, Dale Metoyer, Charles Brown, Gary Radelat, Gerald Bailey Jr, Joseph Dorsa, Ann Dorsa, Roy Singleton, Jean Smith-Singleton, Mia Harris, Donna Smith, Sharon Warren, Dorothy Bock, Veraniece Knoten, Patrick Lew, Linda Lew, Diedra Monroe, Gregory Monroe, Wilbur Lawrence Jr, Tiffany Hooks-Vitrano, Gerard Vitrano Jr, Belinda Ferrand, Arthur Hammock Jr, Alice Hammock, Carolyn Treuting, Jaime Parellada Jr, Barbara Kellum, Mary Cooke, Lorne Hall, Mary Hall, Robert

Bowser, Charlene Bowser, Andrew
Sceau, Jean Joseph, Eva Hickey,
Mary Tooley, Don Thomas, Geraldine
Ferdinand, Harold Briscoe, Veronica
Briscoe, Charlotte Theophile, Leonard
Theophile III, Tracey Edwards, Clara
Stansberry, Otis Stansberry, Willie
Leonard, Blaine Gaubert Jr, Sean
Gaubert, Jacquelyn LaPierre, Kim
Hudson, Dan Hudson, Donna Batiste,
Jennifer Diaz, Albert Waker, Robert
Danner, Andre Walker, Shawanda
Howard, Valencia Battle, Joy Battle,
Ralph Battle, Valencia Battle, Larry
Menendez, Barbara Menendez,
Leonard Morris, Bernadine Morris,
Sherrel Harris, Norman Henry,
Barbara Wilson, Dorothy Johnson,
Dorothy Mullins, Crystal Burgess,
Clayton Musacchia, Judy Musacchia,
Dianne Barriere, O'Lara Barriere,
Dorothy Landor, Polly Smith, Yvonne
Hitts, Elvira Gray, Maple Storey,
Klebert Bergeron, Evelyn Bergeron,
Pearl Jackson, Carrie Bickham,
Bernice Hitts, Clara Green, Betty
Pierce, Carol Green, Ceralann Jiles-
Williams, Joaquin Williams, Angela
Chalk, John Williams, Cassandra
Williams, Zina Barre, Roy Barre,
Lucretia Briscoe, Dian Lawless,
Thaddeus Lawless Sr, Elston Allen,
Mathilde Smith, Myrna Keys,
Elphage Keys, Justin Barnett,
Jiujiang Yu, Yan Gao, Delene Torry,
Christine Collins, Jack Mevers Jr,
Mildred Brady, Winifred Hymel,
Francis Hymel, , Elmer Washington,
Michael Spoo, Lucille Johnson,

Malcolm Vaughn, Mildred Vaughn,
Percy Vaughn, Hester Vaughn, Saron
Bright, Kurt Coulon Sr, Samantha
Coulon, Kurt Coulon Jr, Gregory
Coulon, Christopher Coulon, Kelvin
Bush Sr, Mary Bush, John Henderson,
Myrna Keys, Elphage Keys Jr,
Mathilde Savoie, Lucretia Briscoe,
Nathlynn Dellande, Lawrence
Dellande, Elmer White, Louise White,
Robert Monk, Olivia Monk, Deidre
Mire, Felix Bourgeouis, Rudolph
Bolds, Jessie Bolds, Debbera Brown,
Sandra Ivory, Trianda Spriggers,
Debra Jones, Alvin Jones III, Joyce
Baptiste, Patricia Fabbra, Gloria Jean
Magee, Judy Dubroca, James
Dubroca, Carol Sterling, Milton Carr,
Deandra Carr, Margaret Fernandez,
Ceral Jiles- Williams, Joaquin
Williams, Marcia Taylor, Arnesta
Taylor,

PLAINTIFFS,

VERSUS

Aegis Security Insurance Company,
AIG Centennial Insurance Company,
AIG Indemnity Insurance Company,
AIG National Insurance Company,
Inc., AIG Premier Insurance
Company, Allmerica Financial Benefit
Insurance Company, Allstate Fire and
Casualty Insurance Company,
Allstate Indemnity Company, Allstate

Insurance Company, Allstate Property and Casualty Insurance Company, American Bankers Insurance Company of Florida, American Empire Insurance Company, American Empire Surplus Lines Insurance Company, American Family Home Insurance Company, American General Indemnity Company, American General Property Insurance Company, American Insurance Company, the, American National General Insurance Company, American National Property and Casualty Company, American Security Insurance Company, American Southern Home Insurance Company, American Zurich Insurance Company, Amica Mutual Insurance Company, Anpac Louisiana Insurance Company, Armed Forces Insurance Exchange, Assurance Company of America, Audubon Indemnity Company, Audubon Insurance Company, Auto Club Family Insurance Company, Automobile Club Inter-insurance Exchange, Balboa Insurance Company, Balboa Lloyds Insurance Company, Bankers Insurance Company, Bankers Multiple Line Insurance Company, Bankers Standard Fire and Marine Company, Bankers Standard Insurance Company, Colonial American Casualty and Surety Company, Colonial Lloyds, Columbia Casualty Company, Columbia Insurance Company, Columbia Mutual

-58-

Insurance Company, Compass Insurance Company, Delta Lloyds Insurance Company of Houston, Texas, Electric Insurance Company, Encompass Insurance Company of America, Encompass Property and Casualty Company, Essex Insurance Company, Farmers Insurance Exchange, Fidelity and Casualty Company of New York, the, Fidelity and Deposit Company of Maryland, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity First Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, Financial Casualty and Surety, Inc., Financial Guaranty Insurance Company, Financial Indemnity Company, Fireman's Fund Insurance Company, Fireman's Fund Insurance Company of Louisiana, Fireman's Fund Insurance Company of Nebraska, Fireman's Fund Insurance Company of Ohio, Fireman's Fund Insurance Company of Wisconsin, First American Property & Casualty Insurance Company, Hanover American Insurance Company, the, Hanover Insurance Company, the, Harleysville Insurance Company, Harleysville Mutual Insurance Company, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the

Midwest, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, Homesite Insurance Company, Horace Mann Insurance Company, Horace Mann Property & Casualty Insurance Company, Independent Mutual Fire Insurance Company, Kemper Casualty Insurance Company, Lafayette Insurance Company, Lexington Insurance Company, Lexon Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Louisiana Citizens Coastal Plan, Louisiana Citizens Fair Plan, Louisiana Farm Bureau Casualty Insurance Company, Louisiana Farm Bureau Mutual Insurance Company, Markel American Insurance Company, Markel Insurance Company, Meritplan Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Co., National Fire and Indemnity Exchange, National Insurance Association, National Lloyd's Insurance Company, Omaha Indemnity Company, the, Republic Fire and Casualty Insurance Company, Republic Indemnity Company of America, Republic Insurance Company, Republic Lloyds, Republic Mortgage Insurance

Company, Republic Underwriters Insurance Company, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, Safeco Surplus Lines Insurance Company, Scottsdale Indemnity Company, Scottsdale Insurance Company, Security Insurance Company of Hartford, Security Plan Fire Insurance Company, Southwest Business Corporation, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Protective Insurance Company, St. Paul Surplus Lines Insurance Company, Standard Fire Insurance Company, the, Standard Guaranty Insurance Company, State Farm Fire and Casualty Company, State Farm General Insurance Company, State National Fire Insurance Company, State National Insurance Company, Stonington Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Excess and Surplus Lines Company, Travelers Home and Marine Insurance Company, Travelers Indemnity Company of America, the, Travelers Indemnity Company of Connecticut, the, Travelers Indemnity Company, the,

Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, Underwriters at Lloyd's, London, Union Insurance Company, Union National Fire Insurance Company, Union Standard Insurance Company, United Casualty Insurance Company of America, United Fire & Indemnity Company, United Fire and Casualty Company, United National Casualty Insurance Company, United National Insurance Company, United National Specialty Insurance Company, USAA Casualty Insurance Company, USAA General Indemnity Company, Voyager Indemnity Insurance Company, Voyager Property and Casualty Insurance Company, Washington International Insurance Company, Washington National Insurance Company, Western Diversified Casualty Insurance Company, Western World Insurance Company, ZC Sterling Corporation, ZC Sterling Insurance Agency, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Ltd., Zurich Specialties London Limited,

**DEFENDANTS.**

## COMPLAINT—CLASS ACTION

**NOW INTO COURT**, come Policyholders, CONNIE ABADIE, GERARDO ABASCAL, BARBARA ADAMS, EDNA ADAMS, EOLA ADAMS, HEATHER ADAMS, JOHN ADAMS, JOYCE ADAMS, KATHY ADAMS, LOIS ADAMS, MELISA ADAMS, STACEY ADAMS, DENISE ADDISON, FANNIE ADDISON, JEAN ADDISON, CHANIEL AGE, DIANNE AGE, GINA AGE, HARRIS AGNES, HARRIS AGNES, SALVATORE AGUELLO, ALBERT AGUILLARD, ANDRE & SHEILA AGUILLARD, NAIM AHMAD, LEAH ALBERTS, RONALD ALDRICH, AVANELL ALEXANDER, GWENDOLYN ALEXANDER, HAROLD ALEXANDER, HELEN ALEXANDER, MARY ALEXANDER, WILHELMINA ALEXANDER, FRED ALFRED, PRINCESS ALLEL, DEBORAH ALLEN, ELAINE ALLEN, JOHN ALLEN, LAVILLARD ALLEN, LECHIA ALLEN, PATRICIA ALLEN, HARRIET ALLEN-WILLIBY, ALBERTO ALONSO, JULIUS ALVEREZ, SHIRLEY ALVIS, TROY ALVIS, CINENCIO AMADOR, GEORGE AMANN, JEAN AMBEAU, LA'SHANDA AMBROSE, LISA AMBROSE, JAMES AMERSON, BRENDA ANDERSON, CAROL ANDERSON, ERIC ANDERSON, JAMES ANDERSON, MILDRED ANDERSON, PATRICIA ANDERSON, ROME ANDERSON, WESLEY ANDERSON, EMA ANDREWS, LATASHA ANDREWS, MARK ANDRY, DE'ESTHER ANGELIN, BARNARD ANSARDI, LISL ANTEE, BRYANT ANTHONY, HELEN ANTHONY, YVETTE ANTOINE, JEFFERY ARCENEAUX, YIANA ARCENEAUX, SHIRLEY

-63-

ARCHIE, ROUNNA ARDOIN, ROBERT ARIATTI, LENORA ARMON, LOUISE ARMSTRONG, RHONDA ARMSTRONG, CAROLYN ARNOLD, CAROLYN ARONSON-MURPHY, BRENDA ASHFORD, WHITNEY ATKINS, CLARENCE AUBERT, DORIS AUBRY, CAROLYN AUDRICT, NELSON AUGUST, TYRONNE AUGUSTA, DELORES AUGUSTIN, LEE AUSAMA, DELRINE AUTIN, SANTIAGO AVILA, GILBERTO AVILES, RHONDA AYME, ALICIA AYO, JOHN BABINO, AMANDY BACCHUS, MELVIN BACCHUS, HERBERT BACHUS, WARRENTON BACON, ANNA BADER, CHARLES BAILEY, LYNETTE BAILEY, NITREASE BAILEY, ALFREDA BAKER, BRIDGETE BAKER, JOSEPH BALDWIN, RUBY BANKS, CLARENCE BAPTISTE, ALBERT BARARD, CARDELL BARBARIN, SEAN BARBARIN, GLORIA BARBER, REBECCA BARBER, SYLVIA BARBER, MERCEDES BARDELL, MICHAEL BARGANIER, GENE BARIL, KAREN BARLOW, BETTY BARNES, DOROTHY BARNES, JULIA BARNES, TRINA BARNES, WILLIE BARNES, WILLIE-MAE BARNES, DEBBIE BARQUET, DITANIA BARQUET, JOHN BARQUET, CLARENCE BARROW, EARL BARTHE, PRISCILLA BARTHELOMEW, HERBERT BARTHOLOMEW, ELAINE BARTON, PHAROAH BASSETT, ADELAIDE BASSICH, AUBREY BASTIAN, WINSTON BASTIAN, LYNN BATES, MECHELE BATES, DOMINIQUE BATISTE, JANELL BATISTE, MILTON BATISTE, ARAINE BATISTE-DAVIS, LYNN BATSON, JOHN BATTAGLIA, CATHLEEN BAUDY, ALPHONSE BAZILLE, CARL BEARD,

-64-

ROSALYN BEARD, ROSA BECNEL, TERRY BELCHER, ANGELA BELL, BURNELL BELL, CHERYL BELL, CYNTHIA BELL, ELOIS BELL, GERALDINE BELL, PHILLIP BELL, ROOSEVELT BELL, SEMONE BELL, ISAAC BELLIZAN, NEOMI BENFECT, CATHERINE BENJAMIN, JANET BENJAMIN, ROBERT BENNEFIELD, IRA BENNET, IRA BENNETT, LADORLINA BERDOS, SORRETTA BERFECT, MARGARET BERGERON, NORMA BERKLEY, LEONA BERNDT, ANDREW BERRY, KIRK BERRY, YOLANDA BERRY, WIN BERTEAU, MACEO BEVROTTE, ADO BEZUE, GUSTAVIS BIAGAS, HANNAH BIAS, CHRISTINE BICKHAM, DELVIN BICKHAM, PATRICIA BICKHAM, GEORGIANNA BIENVENU, SUSAN BIENVENU, PAUL BIENVILLE, GWENDOLYN BIERRIA, HOLLY BIGGS, PHYLLIS BILLINGSLEY, MARCELIN BILLIOT, SALVATRICE BILLIOT, SIDNEY BILLIOT, TERRY BILLIOT, DOROTHY BIRDSALL, RUTHA BLACHMON, VIOLA BLACKMAN, BRENDA BLACKWELL, ELIZABETH BLACKWELL, DONNA BLAKECHER, MARY BLAKES, MILDA BLAKES, ANGIE BLALOCK, GINNYLYN BLANCHARD, EDDIE BLANCO, FRANCISCO BLANCO, NETTIE BLECHER, CHARLES BLOODSWORTH, VIOLA BLOUIN, HENRY BLOUNT, MELVIN BLUMFIELD, BEVERLY BLUNT, ELOISE BLUNT, GEORGE BLUNT, PATRICIA BLUNT, ELLA BOGAN, ERSEL BOGAN, ROSE BOGUILLE, ALAN BOISDORE, MAYOLA BOISDORE, JENNIFER BOLTON, CLARA BONADONA, HENRY BONDS, VERA BONDS, ALICIA BONGAWIL, MARY-

-65-

BETH BONIN, LEOLA BONNER, TYRONE BONNER, DWIGHT BORDERE, MATTIE BORDERE, SYLVANUS BORDERS, ACQUANETTE BORNES, BARBARA BORTLE, IONA BOSEMAN, RICHARD BOSEMAN, ALICIA BOSWELL, JOSEPH BOUCREE, CAROLYN BOUDREAUX, SANDRA BOUDREAUX, SUSAN BOUDREAUX, MICHAEL BOURG, KRIS BOURGEOIS, LORETTA BOUTIN, BERTHA BOUTTE, CHRISTOPHER BOUTTE, PATRICIA BOUTWELL, YVETTE BOWENS, BRENDA BOWMAN, IRENE BOWMAN, LORRAINE BOWMAN, JESSIE BOWS, CECILE BOYD, JOSEPH BOYD, TERRANCE BOYD, ROSALIND BOYKINS, TERRYE BRADEN, ELEASE BRADFORD, LEON BRADFORD, SYDNEY BRADFORD, ANTOINETTE BRADLEY, ROSALEE BRADLEY-MCKINLEY, JOHN BRADSTREET, DJUAN BRADY, LISA BRADY, JAN BRANDON, MARY BRANDON, MILDRED BRASLEY, ANGELA BRAUD, EDGAR BRAUD, TOYA BRAUD, JACINTA BRAUD-DUSUAU, FRANK BRAUNER, ALICE BRAVES, EMELDA BRAZLEY, MERCEDES BRAZLEY, CHRISTINE BREAULT, JOYCE BREAUX, JOYCE BREAUX, TESSIE BREAUX, SALLY BREITHOFF, KIMBERLY BREMERMANN-BLACK, ARDELLA BRIDGES, BARBARA BRIDGES, DWIGHT BRIDGES, EMBRA BRIDGES, LEO BRIDGES, MARY BRIDGES, TANYA BRIDGES, WILLIE BRIDGES, TIFFANY BRISCOE, LAURIE BROCATO, CABRINI BROCK, TRACY BROCK, WILLIE BROCK, JACQUELINE BRODEN, JERRY BRODIGAN,

-66-

CANDACE BROOKS, KEITH BROOKS, MARGIE BROOKS, OPHELIA BROOKS, RITA BROOKS, SANDRA BROOKS, LUTHER BROOME, KELLY BROSSETT, MARILYN BROU, GLORIA BROUSSARD, JARRED BROUSSARD, JAMES BROUSSE, ORBADELL BROWDER, ALVAREZ BROWN, ALVIN BROWN, ANNIE BROWN, ANTHONY BROWN, BETTY BROWN, BRENDA BROWN, CAROL BROWN, CLARENCE BROWN, CLINTON BROWN, DANA BROWN, DARRICK BROWN, DONDRA BROWN, EARL BROWN, EVANGELINE BROWN, FREDDIE BROWN, GLEN BROWN, HADEN BROWN, HARRIET BROWN, JAMES BROWN, JANE BROWN, JEANETTE BROWN, JEANETTE BROWN, JEANIETTE BROWN, LINDA BROWN, MILDRED BROWN, OSCAR BROWN, PATRICIA BROWN, RICHARD BROWN, ROGER BROWN, SHEMIKKA BROWN, SHRANDA BROWN, SYLVIA BROWN, TOM BROWN, VALERIE BROWN, YUL BROWN, ZELIA BROWN, DELORES BRUAL, DAVID BRUBAKER, ELVER BRUMFIELD, JANICE BRUMFIELD, MARIE BRUMFIELD, REGINALD BRUMFIELD, ROSE BRUMFIELD, TERRY BRUMFIELD, CHRISTOPHER BRUNO, FRANK BRUNO, ROBERT BRUNO, STEVE BRUNO, FRANCESCA BUA, LYNN BUCHANAN, LARRY BUFFINGTON, VENNAY BUIE, MARY BULLARD, FRANK BULLETTE, LINDA BULLOCK, TONAIRA BULLOCK, ARLENE BULOT, MARTIN BUNCH, MORRIS BURKA, ALTHEA BURKE, CEOLA BURKS, JESSIE BURKS, BRUCE BURLEY, SHELITA BURNETT, MILTON BURNS, YVONNE BUSCH, SHANNON

-67-

BUSH, SHARLENE BUSH, MARGARITA BUTERA, ANN BUTLER, BARBARA BUTLER, BERNADETTE BUTLER, BRADFORD BUTLER, CHERLYN BUTLER, CLARICE BUTLER, DIANNE BUTLER, DIANNE BUTLER, FRANK BUTLER, GLENDA BUTLER, HARRIET BUTLER, JAVONNE BUTLER, JOSEPHINE BUTLER, LESLIE BUTLER, LINDA BUTLER, MALCOM BUTLER, PAULETTE BUTLER, ROSA MARIE BUTLER, RUTH BUTLER, SHIRLEY BUTLER, SPENCER BUTLER, TAWANZA BUTLER, THEODORE BUUCK, JESSE BUXTON, ROSA BYNUM, KENDRA BYRD, RAY BYRD, JANELLE CABLE, DOROTHY CAGE, MARK CAILLOUET, JAMES CAIN, MERCEDES CAIN, BELINDA CALAIS, CHARLES CALAIS, GLORIA CALHOUN, JOSIE CALHOUN, CYNTHIA CALISTE, SHERMAN CALIZE, GARY CALL, CLAIR CAMBRIDGE, MICHELLE CAMERO, MICHAEL CAMINITA, GLORY CAMPBELL, MILLIE CAMPBELL, OWANDA CAMPBELL, LISA CAMPBELL-ROME, KEVIN CAMUS, SALVADORE CANNATELLA, JENETTA CANSELO, JOAN CARDRICHE, SELENA CAREY, JOANN CARGO, SEALLESTA CARNES, ELTON CARNEY, DAWN CARR, HENRIETTA CARR, MILTON CARR, DORMELLA CARRABY, BRYANT CARROLL, CHARLES CARSE-SCARBROUGH, ANNIE CARTER, BETTY CARTER, CAREY CARTER, CAROL CARTER, CATHY CARTER, CHARLES CARTER, CYNTHIA CARTER, DAVID CARTER, ELVIRA CARTER, LEROY CARTER, MARIGOLD CARTER, MARSHALL CARTER, MONIQUE CARTER,

-68-

ROBERT CARTER, RUTH CARTER, TIFFANY CARTER, TIFFANY CARTER, TIFFANY CARTER, VANESSA CARTER, VENDONA CARTER, WILLIE CARTER, PAMELA CASH, HAZEL CASTANEL, CURTIS CASTLE, REGINALD CASTON, SALOME CASTRO, JOSEPH CATALANCTTO, ANN CAVALIER, MARLENE CEASAR, SHELIA CEASAR, FARNESIHA CELESTAIN, KAREN CELESTAN, CLAUDIA CELESTAND, NATHANIEL CELESTINE, MARY CEMONS, GLORIA CERVINI, ANGELA CHALK, BRENDA CHAMBERS, GLENDA CHAMBLISS, DARLYN CHAMPAGNE, ROBIN CHAMPLIN, JAMES CHANEY, RICK CHAPMAN, NETTIE CHAPPEL, DENISE CHARBONNET, CAROLYN CHARLES, JOHN CHARLES, JUANITA CHARLES, PAULA CHARLES, TIMOTHY CHARLES, YVONNE CHARLES, JAMES CHATELAIN, TOMIKA CHATMAN, GEORGE CHATTERS, IRA CHAUVIN, ISAAC CHEATHAM, JEAN CHERLES, FELIX CHETTA, CAROL CHILSON, ROBERT CHILTON, BELINDA CHISM, RICKEY CHOPIN, MIKE CHOSA, VALERIE CHRISS, MANDY CHRISTMAS, HELEN CHRISTOFF, MARIE CHRISTOFF, MARY CHRISTOFFER, PATSY CHRISTOFFER, ALOIS CHRISTOPHER, GLORIA CHRISTOPHER, HASAN CICEK, CATHERINE CLARK, CLEVELAND CLARK, DEBBIE CLARK, DEMETRICE CLARK, GLADYS CLARK, GLADYS CLARK, JUANITA CLARK, LYNELL CLARK, PATRICIA CLARK, SHARON CLARK, TERRY CLAVERIE, BRENDA CLAVO, WILLIAM CLAY, CHIQUETTER CLAYTON, AUDREY CLEMENTS, JOSEPHINE

CLEMENTS, JOYCE CLEMENTS, WARRENITA CLINCY, JULIO CLOTTER, HARRY CLOUD, HARRY CLOUD, FARA COATES, AUGUSTINE COBETTE, MADALYN COCHRANE, JOSEPHINE COCO, ROSARIA COCO, ROSEMARY COLDMAN, ROSEMARY COLE, ANE COLEMAN, AUBRY COLEMAN, CHARLES COLEMAN, DEBORAH COLEMAN, ETHEL COLEMAN, GEORGIA COLEMAN, JANET COLEMAN, LLOYD COLEMAN, SHIRLEY COLEMAN, TWANDA COLEMAN, ALICE COLLINS, ANNA COLLINS, BRENDA COLLINS, CLARENCE COLLINS, DENISE COLLINS, DENISE COLLINS, DONALD COLLINS, EDDISON COLLINS, JOAN COLLINS, MERCEDES COLLINS, SHARILA COLLINS, WILLIAM COLLINS, SHELLEY COLLINS-TANK, GIANNA COLLURA, VICTOR COLOMBO, GWENDOLYN COLVON, GLADYS COMBRE, EVANGELINE COMEAUX, TYRONE COMEAUX, JOHNNY COMENA, JAMES CONARD, ODELIA CONDIFF, RUBY CONDOLL, ROSALIND CONDOLL-JOHNSON, IRIS CONERLY, LAURIE CONIGLIO, GEORGE CONNELLY, JUDITH CONNER, GELONE CONRAD, JEFF-CO CONTRACTORS, INC, ROBIN CONTRERAS, ERNEST CONZELMANN, DOROTHY COOK, GENEVA COOLEY, SUSAN COOMBS, PHILLIP COOPER, VERONICA COOPER, REGINALD COPELIN, JUDITH CORMIER, EVOLA CORNIN, PAUL COSMA, CLARENCE COSTILLE, BETTY COTTON, ELIAS COTTRELL, ELIAS COTTRELL, DONALD COUGHLIN, AUDREY COUNTY, GLENN COUSINS, ANITRA COVINGTON, HARRISON COX,

JEANNINE COXEN, LORRAINE CRAFT, CURTIS CRAIG, JEFFERY CRANE, MICHAEL CRATCHAN, CLAIRE CRAWFORD, DANIELLE CRAWFORD, DAVID CRAWFORD, CHRIS CREATH, RUTH CREECY, PEARLINE CRIDER, FELECIA CRIER, CINDY CROCKER, CINDY CROCKER, LOUIS CROSBY, RENE CROSIER, MYRTLE CROSON, CYNTHIA CROSS, NORAETTA CROSS, GLORIA CROWELL, GLORIA CROWELL, PATRICIA CRUMEDY, WILLY CRUMEDY, DARLENE CUMMINGS, JOANIE CUMMINGS, JACKLYN CUPIT, ALICE CURTAIN, GEORGE CURTIS, IRMA CURTIS, KEVIN CYRES, NAZARIE CYRES, SANDY CYRES, ALICE DABNEY, BERNICE DABON, TOMMIE DAHLGREN, SHARON DAIGLE, ELAINE DAIGLE-FOLEY, EVE DALMAS, MARY DANDRIDGE, LATONYA DANDRIEGE, MAUDRA DANGERFIELD, CYNTHIA DANIEL, KIM DANIEL, GLENN DANIELS, JOSEPH DANIELS, KATRINA DANIELS, REGINALD DANIELS, ELIZABETH DANIELS-KENNEDY, GEAN DANIILIDIS, VERLEAN DANTZLER-KIRKLAND, BERNADINE DARBY, JERRY DARBY, KEITH DARBY, WALTER DARDAR, LINDA DARENSBOURG, GAYNELLE DASSAU, RONALD DAUPHIN, JOHNNIE DAVENPORT, PAMELA DAVENPORT, ZANDRA DAVENPORT, MARREL DAVID, BARBARA DAVILLIER, A.J. DAVIS, ALICE DAVIS, BARBARA DAVIS, BERTHA DAVIS, BOBRY DAVIS, CALLIE DAVIS, CHARLES DAVIS, CHERIE DAVIS, DINA DAVIS, ELEANOR DAVIS, ELTON DAVIS, FIRLDEAL DAVIS, FRANK DAVIS, GAIL DAVIS, GLORIA DAVIS,

JOANN DAVIS, JOSEPH DAVIS, JOSEPHINE DAVIS, KARLA DAVIS, KENNETH DAVIS, KIM DAVIS, LEONARD DAVIS, LLOYD DAVIS, LOLITA DAVIS, MIRIAM DAVIS, PAUL DAVIS, RAMONA DAVIS, ROSLYN DAVIS, SHEILA DAVIS, STASIA DAVIS, WANDA DAVIS, WILLIE DAVIS, JOHN DAVIS III, ALONZO DAWSON, TOMMY DAWSON, LAURENCE DAY, PAMELA DAY, LUCILLE DEAR, ALICE DEBOSE, DEBRA DEBRONICH, ZERLIE DECAY, ZERLIE DECAY, PATRICIA DECOUD, DESIREE DECOUX, CHRISTINE DECUIR, ARTRONISE DEDEAUX, ANTOINE DEDMOND, SYLVIA DEFLANDERS, GREGORY DEGRUY, LYNDSEY DEHART, RICHARD DEICHMANN, EARL DEJAN, KIMYATA DEJEAN, YVES DEJOIE, ANGELINA DELANEY, LAURA DELATTE, FRED DELISE, VIVIAN DEMESME, JEAN DE'MESME, RONALD DENDINGER, TAKAKO DENDINGER, CAROLL DENESSE, DEETRA DENNIS, DUANE DENNIS, LAURA DENNIS, LARRY DEROCHE, PATRICIA DEROUEN, JEFFREY DESHAZO, BERRY DESHON, PETER DESLATTE, LAWRENCE DESPENZA, ROBBIE DESSELLE, CURTIS DEVERNY, JEROME DEVEZIN, JOHN DEXTER, ERROL DIAZ, ROSLYN DIGGS, STEVEN DIGIOVANNI, DEBRA DILES, JUDY DILES, JOHN DILLMAN, LINDA DILLON, LORENA DILLON, DOLLY DIMAGGIO, GURA DIMARCO, LESLEY DIROSA, JOANN DIXON, ROBIN DIXON, TRONDA DIXON, WILMER DIXON, DONALD DOANE, DENNIS DOLAN, PAUL DOMINGUEZ, FRANCIS DON, AMELIA DONALD, TOMAS DONNELLY,

WILLIAM (BILL) DOOLEY, BRIGITTE DORBERTH, HELMUT DORBERTH, CHAMBLISS DOROTHA, CONNIE DORSEY, GENERA DORSEY, KAREN DORSEY, CAROLYN DOSS, D'LISE DOSS, LOLLIE DOSS, STANLEY DOUCETTE, VICY DOUCETTE, MARK DOUGLAS, MARY DOUGLAS-GOLDSMITH, MARCIA DOUSE, VELARIA DOUSE, EUNICE DRUMMONDS, GRACE DUCHMANN, BIRDIE DUGARS, BRENDA DUGAS, FELICIA DUILLAS, EARLINE DUKES, MARY DUMAS, EMELDA DUNBAR, DEBORAH DUNCAN, THOMAS DUNN, ADA DUPLESSIS, CONSETTA DUPLESSIS, PAULETTE DUPLESSIS, WESLEY DUPON, VALERIE DUPREMONT, LEONARD & LILLIE DURONCELET, JOANN DUVERNAY, RONALD DWYER, JOHN DYER, JUANITA DYER, LYNDA DYER, LOUIS EAMES, ANTHONYN EARL, WILSON EARLEAN, MARDELE EARLY, WILLARD ECHOLS, CORNELIUS EDINBURGH, EMELDA EDINBURGH, EGAN EDWARD, DAWN EDWARDS, DWAYNE EDWARDS, IRMA EDWARDS, JOYCE EDWARDS, MYRA EDWARDS, ROCHELLE EDWARDS, RUBY EDWARDS, SHIRLEY EDWARDS, SHONTELL EDWARDS, VIVIAN EDWARDS, GLENDA EDWARDS-BURGESS, BETTYE EKPERIKPE, BETTYE EKPERIKPE, WANDA ELI, JAMES ELLIOT, ELIZABETH ELLIS, PAULA ELLIS, PEARL ELLIS, RUBY ELLIS, SYBIL ELLIS, CHRISTELL ELMORE, WANDA ELUM, LINDA ELWOOD, MARIA EMILIEN, CHANELL ENCALARDE, DANITA ERVIN, MAGGIE ERVIN, JACQUELINE ESCO, ANTOINETTE ESNEAULT,

VICTOR ESPINOSA, ALVERTA ESSNO, DEBRA ESTEEN, GERTRUDE ESTEVES, CATHERINE EVANS, OLIVER EVANS, PAULETTE EVANS, ROSA EVERETT, LAWRENCE EVERETTE, JOANN EVERHARDT, JAMES EVERSON, KENDRA EVERY, DARELL EXPOSE, ROBIN FABR', KEVIN FABRE, BETTY FACIANE, MYRA FALEY, SHIRLEY FALLS, RUBY FARLEY, ALICE FARROW, MARIE FATHEREE, FRANK FAULKNER, RITA FAULKNER, ETHEL-MAY FAZANDE, CYNTHIA FEFIE, JOSEPH FELIX, BETTY FELTON, HERBERT FELTON, PHYLISS FERAN, DAVID FERNANDEZ, JULIE FERNANDEZ, WANDA FERNANDEZ, CHRIS FERRAND, ROSE FERRARA, CHERRIE FERRER-PANSANO, ARMAND FERROUILLET, ETHEL FIELDS, LORRAINE FIELDS, FRED FINCH, FREDENE FINDORFF, PAMELA FINNEY, ISSAC FIRMAN, WANDA FIRMAN, LUEVERN FIRMIN, MATTHEW FIRMIN, JACYNTHIA FISHER, CHERYL FLACK, GLENDA FLAGGE, ELLEN FLAIG, DIANE FLEMING, FLORA FLEMING, GWENDOLYN FLERY, ALBERT FLEURY, DONALD FLORENT, DENISE FLOT, DONNA FLOT, MELANIE FLOT, SANDRA FLOYD, ARTHUR FOLEY, CALVIN FOLEY, CYNTHIA FOLEY, CARLTON FONTENOT, JOHN FONTENOT, CYNTHIA FOOTS, ALMARIE FORD, WESLEY FORD, MARIA FORTI, WALDO FORTIN, YOLA FORTIN, CHERYL FOSTER, ELLA FOSTER, STEPHEN FOSTER, VINCENT FOSTER, WILMA FOSTER, GAYNELL FOUCHEA-GOLDEN, BRENDA FOUCHER, JANIS FRAISE, CYNTHIA FRANCIS, EDWARD FRANCIS,

-74-

LASHANDA FRANCIS, MORRIS FRANCIS, CAROL FRANCOIS, CLARENCE
FRANCOIS, KENNETH FRANCOIS, LEON FRANCOIS, PATRICIA FRANK,
ROLANDA FRANK, ERNESTINE FRANKLIN, KATHERINE FRANKLIN,
MILDRED FRANKLIN, REBECCA FRANKLIN, ISABELLE FRASIER, JANE
FRAYLE, JANE FRAYLE, SHIRLEY FREDERICK, JASON FREEMAN, LUVERDIA
FREEMAN, PATRICIA FREEMAN, SABRINA FREEMAN, ROBERT FREIRE,
CAROLYN FRYSON, STACY FUCHS, JESSIE FULTON, LENA FULTON, VERA
FULTON, ERNESTINE FULTZ, KENNETH GABLE, ADOLPH GABRIEL, EDNA
GABRIEL, EVELYN GABRIEL, DEMITRIA GADDIES, ASIF GAFUR, BIRDIE
GAINES, LESTER GAINES, MERCEDES GAINES, SHIRLEY MAE GAINES,
MARIE GALATAS, TIFFANY GALLAUD, AUDRA GALLE, BRENDA GALLE-
HARRIS, VIOLA GALMON, LEO GANT, VESTA GANT, CHERYL GARCIA, FELIX
GARCIA, JUAN GARCIA, ROLLIN GARCIA, JOSEPH GARDNER, MAYTHEL
GARDNER, PATRICIA GARDNER, AMADEE GARIBALDI, ARNOLD
GARIBALDI, TERRY GARIBALDI, BARBARA GARMAN, IRIS GARNIER, LEROY
GARRETT, ROSALIE GARRISON, MARGARET GASKIN, HENRY GASPARD,
LINDA GASPARD, LIONEL GASPARD, RHONDA GASPARD, SYLVIA GASTON,
JESSIE GATLIN, KEIFFER GATLIN, MARY GAUNICHAUX, LOUISE GAUTHIER,
JOSEPHINE GAUTREAU, NADINE GENEROSE, KAREN GENOVESE, CRAIG
GENTRY, LINDA GENTRY, LESAGE GEORGE, PAMELA GEORGE, BRYANT

GEORGIA, KIMBERLYN GIBSON, MARGUERITE GIBSON, URSULA GIFFORD, CHERRY GILBERT, FREDDIE GILBERT, DANNA GILMORE, EVELYN GILMORE, PAUL GILMORE, TOLETHA GILMORE, JUILE GILYOT, LIBORIA GIOE, PAMELA GIPSON, DELLA GISCLAIR, VINCENT GIUFFRE, EDNA GIVENS, IRIS GLADNEY, GWENDOLYN GLEASON, LEONARD GLORIOSO, RICHARD GLORY, EVELYN GLOVER, HENRY GLOVER, JOSEPHINE GLOWACKI, BETH GODDARD, JAMES GODFREY, ROSEMARY GOINES, GARY GOLDBARD, GERALDINE GOLDEN, TODD GONZALES, HAIDEE GONZALEZ, MIGUEL GONZALEZ, PETE GOODLY, JACKIE GORDAN, GLORIA GORDON, IDOSHIA GORDON, MAURINE GORDON, MICHAEL GORDON, GLEN GORMEN, MILDRED GOSSERAND, MARK GOSTL, ELVERA GOULD, EMELDA GOULD, ANNELL GRACE, JOSEPH GRAHAM, DORIS GRAHER, CLAUDE GRANSBERRY, HAROLD GRANT, KENDRICK GRANT, MARILYN GRANT, CAROL GRAY, CAROL GRAY, ELLAROSE GRAY, FELICIA GRAY, GEORGIANA GRAY, GERALDINE GRAY, GARY GRECO, AMY GREEN, CHRISTINA GREEN, CLARA GREEN, DEBORAH GREEN, EARL GREEN, EMELDA GREEN, FREDDIE GREEN, LEO GREEN, LINDA GREEN, LYNETTE GREEN, MARY GREEN, NANCY GREEN, SADIE GREEN, SHELIA GREEN, THELMA GREEN, TYRONE GREEN, KAREN GREEN-BENITA, ELEANOR GREENIDGE, MARION GREENWOOD, LAURA GREER, SHELAGH GREGORY-STECKEL, JOSEPH GRENNER, DEBRA

-76-

GRIFFIN, GLENDA GRIFFIN, JOAN GRIFFIN, LESTER GRIFFIN, TRIMEKN GRIFFIN, WILFRED GRIFFIN, TAMMY GRIFFITH, THELMA GRIFFITH, PALMALEE GRIMES, FRANK GUERRA, ALBERT GUICHARD, AUDREY GUIDRY, FRANKIE GUIDRY, ROSIE GUILLEMET, BRENDA GUITROZ, SHELIA GULLETTE, DONNA GULOTTA, LINDA GUMBS, PATTIE GUSMAN, OLIVIA GUSS, HENRY GUSTE, JACQUELINE GUTER, RACHEL GUTTER, CAROLYN GUY, GEORGE GUY, NATASHA GUY, PATRICIA GUY, ROBERT HABISREITINGER, QUDIA HAGGINS, MARGARET HAINES, FILLIMAN HALE, CABRINI HALES, VIRGINIA HALES, DUMETRA HALL, KENNETH HALL, REGINALD HALL, TORIN HALL, WILLIAM HALL, THOMAS HALTERMAN, EMAD HAMAD, BARBARA HAMILTON, ERIN HAMILTON, TOMMY HAMILTON, VINCENT HAMILTON, GLENDA HAMLIN, AMANDA HAMMACK, RONALD HAMMLER, BEVERLY HAMPTON, CALVIN HAMPTON, MARY HAMPTON, OLLIE HANDY, ROSE HANDY, DIANE HANKLTON, DACHONDA HANKTON, EARL HANKTON, ELLEN HANSEN, BRIAN HARDOUIN, NORMAN HARDY, WILLIE HARDY, FLORIDA HARGROVE, LESSIE HARNESS, MCMILLIAN HAROLD, ROBERT HARPER, MELVIN HARRELL, ANNETTE HARRIS, CHARLES HARRIS, CHARLOTTE HARRIS, CHERI HARRIS, CHIRRIE HARRIS, CHIRRIE HARRIS, CORA LEE HARRIS, DANA HARRIS, ELIZA HARRIS, FLORENCE HARRIS, HELEN HARRIS, JOSEPH HARRIS, KARREN

-77-

HARRIS, KENNETH HARRIS, KENNITH HARRIS, LINDA HARRIS, MARGUERITE HARRIS, MARY HARRIS, NICK HARRIS, NICOLE HARRIS, ODILE HARRIS, PATRICIA HARRIS, RANDY HARRIS, SABRINA HARRIS, SONIA HARRIS, ALEX HARRISON, ANITA HARRISON, DONALD HARRISON, HERREAST HARRISON, MICHELE HARRISON, CAROL HARRY, CAROLYN HART, JOHN HART, VALERIE HARTFORD, ALEX HARTLEY, PATRICIA HARTMANN, KATHLEEN HARTWELL, BONNIE HARTZOG, JARMEL HARVEY, CAROLYN HASAN, ELNORA HASBERRY, GLORIA HATCHER, ANDREW HAUGHTON, CHELITA HAWKINS, ELMIRA HAWKINS, KEVIN HAWKINS, BARRY HAYES, JOYCELYN HAYES, RODNEY HAYES, SIBBIE HAYES, BEATRICE HAYNES, LENNETTE HAYS, KATHY HAYWARD, JANICE HAYWOOD, UNGER HAZET, HANNA HEARY, CATHY HEBERT, CONNIE HEBERT, DUCREST HEBERT, EVELYN HEBERT, KATHLEEN HEBERT, RICHARD HEBERT, SHELIA HEBERT, DARRELL HEIM, LORIE HEIM, YOLANDA HELAIRE, ANNIE HELIRE, CLAIRE HENDERSON, LEE HENDLER, MICHELLE HENNESSEY, CLEO HENRY, NORMAN HENRY, DEBORAH HENSON, GAIL HERBERT, MARY HERRING, LAWRENCE HESTER, LYNN HICKMAN, DANIEL HIGH, JOHN HILL, KEITH HILL, WAYNE HILL, SHARON HILLARD, RICHARD HILLIARD, ANNIE HILLS, DOREEN HILLS, TANNOR HILLS, ROBERT HINGLE, HIEN HOANG, ELIZABETH HOFFMANN, MARTHA

-78-

HOHENSEE, ALBERTA HOLLAND, LOIS HOLLAND, NATAISHA HOLLAND, MARK HOLLANDER, CASSANDRA HOLLIDAY, LILLIAN HOLLINGSWORTH, ROSE HOLLIS, LAVERN HOLLMON, VIRGIE HOLLOWAY, DOUGLASS HOLLY, CHRISTSANDRA HOLMES, DEBORAH HOLMES, ELAINE HOLMES, ENID HOLMES, IRWIN HOLMES, JEANELL HOLMES, JOHN HOLMES, RAYMOND HOLMES, VELORIS HOLMES, WILLIE HOLMES, SR., ERIC HOLT, LEON HONORE, LYNN HONORE, GLORIA HOOD, DAISY HOOKFIN, CARL HOOPER, LEONA HOOPER, ROSALIE HORN, TYRUS HORN, JIMMIE HORNE, JOYCE HORNE, LESSIE HORNE, DENISE HORNSBY, ESTELLE HORTON, DON HOUSTON, GILL HOUSTON, EDRINA HOWARD, GWENDOLYN HOWARD, JUANITA HOWARD, LEVI HOWARD, RODRICK HOWARD, ROSLYN HOWARD, ANNE MARIE HOWARD-CORNIN, BARBARA HOWELLS, CHARLAIN HUBBARD, LARNELL HUBBARD, WILLIE HUBERT, ANNETTE HUDSON, EVON HUGHES, HENDERSON HUGHES, ROSA HUGHES, DONELLE HUMPHREY, TYRONE HUMPHREY, LOUVINIA HUNT, SHELITA HUNT, BARBARA HUNTER, CARL HUNTER, LIONEL HUNTER, LYDIA HUNTER, DENISE HURTS, CHARLIE HUTTON, TIEN HUYNH, EVELYN HYAMS, JOAN HYDE, LISA HYMEL, KENNETH IGLUS, DAISY INNIS, JOHNSON IOLANDA, GARY IRAMOUNT, ROSETTA IRONS, ANGELA IRVIN, HENRY IRVIN, DANA IRVING, HOLLIS IRVING, CLAUDE ISIDORE, JOHN IVORY, AARON JACKSON,

AMANDA JACKSON, ANNIE JACKSON, AYANA JACKSON, BRUCE JACKSON, DAVE JACKSON, DEANIA JACKSON, DEIRDRE JACKSON, EDRINA JACKSON, FLORENCE JACKSON, HERBERT JACKSON, JAMES JACKSON, JANICE JACKSON, JOHNETTE JACKSON, LANDRIES JACKSON, LIONEL JACKSON, MARY JACKSON, MAVERICK JACKSON, OTIS JACKSON, PEARL JACKSON, SIDNEY JACKSON, SUSAN JACKSON, TANIA JACKSON, TERRY JACKSON, ALVIN JACQUES, CREAL JAMES, ELVIA JAMES, ETTA JAMES, HOWARD JAMES, JESSIE JAMES, JOHN JAMES, LYNN JAMES, MARK JAMES, POSEY JAMES, VELMA JAMES, ERNEST JARREAU, SYBIL JARREAU, ALBERT JEAN, AUDREY JEANMARIE, WENDELL JEANPIERRE, LILLIE JEFFERSON, LUCIOUS JEFFERSON, TYRONE JEFFERSON, MIKE JENKINS, RICHARD JENKINS, SHALAHN JENKINS, SIRNATRA JENKINS, WILLIE JENKINS, JENIFER JENNINGS, CONNIE JERNIGAN, MERALL JESSE, RONNIE JESSEMY, CHERYL JILES, CELESTINE JIMERSON, SHIRLEY JOHNIGAN, PATRINA JOHNS, ALBERT JOHNSON, ALFRED JOHNSON, ALVIN JOHNSON, ANTOINETTE JOHNSON, BARBARA JOHNSON, BEOENLY JOHNSON, BERTHA JOHNSON, BOKIO JOHNSON, CARL JOHNSON, CAROL JOHNSON, CHARLES JOHNSON, CHERYLL JOHNSON, CITA JOHNSON, CONNIE JOHNSON, CYNTHIA JOHNSON, DAMON JOHNSON, DEMETRIC JOHNSON, DOLORES JOHNSON, DORIS JOHNSON, DOROTHY JOHNSON, DUANE JOHNSON, EDWARD

-80-

JOHNSON, ELNORA JOHNSON, ERROL JOHNSON, EUNICE JOHNSON, HARRISON JOHNSON, HERMAN JOHNSON, HIRAM JOHNSON, IDA MAE JOHNSON, JAMES JOHNSON, JOANN JOHNSON, JON JOHNSON, KELLY JOHNSON, LARHONDA JOHNSON, LINDA JOHNSON, LOUISE JOHNSON, LUCY JOHNSON, MALCI JOHNSON, MARITA JOHNSON, MARY JOHNSON, MICHAEL JOHNSON, MICHELLE JOHNSON, MONA JOHNSON, NEICIE JOHNSON, PAQUEL JOHNSON, PATRICIA JOHNSON, PERCIVAL JOHNSON, PHILLIS JOHNSON, PHOEBIE JOHNSON, REBECCA JOHNSON, ROBERT JOHNSON, ROZITTA JOHNSON, SANDRA JOHNSON, TORRIE JOHNSON, VELDA JOHNSON, VERONICA JOHNSON, WAYNE JOHNSON, WILLHELMENIA JOHNSON, JOHN JOHNSON JR, SHARON JOHNSON-MURPHY, DEBORAH JOHNSTON, PHYLLIS JOHNSTON, VICKI JOHNSTON, FREDDIE JOHSON, ALISTER JONES, ANTHONY JONES, AUGUSTINE JONES, BERNICE JONES, BETTY JONES, BRENDA JONES, CARL JONES, CAROLYN JONES, CHERYL JONES, CHESTER JONES, DAPHNE JONES, EDNA JONES, FELICIA JONES, FRANCES JONES, GERALDINE JONES, GWENDOLYN JONES, HAZEL JONES, JEAN JONES, JIMMY JONES, MARLENE JONES, MARY BELL JONES, MELVIN JONES, MIRIAM JONES, MONICA JONES, NELDA JONES, PAULINE JONES, PHILBERT JONES, RANDY JONES, RHONDA JONES, ROYAL JONES, SYLVIA JONES, TAMMIE JONES, TARA JONES, TYRONE JONES, VERA JONES, VERA

-81-

JONES, WANDA JONES, DELPHNE JONES-ANNAN, BRONNICIA JONES-
BEACH, DEONNE JONES-BLUNT, KATIE JONES-CENANCE, MONICA JONES-
ELLISTON, JEWEL JONES-GRAVES, MARIAN JONES-MOLO, CAROLYN
JORDAN, HARVEY JORDAN, KAREN JORDAN, DIANE JOSEPH, DOUGLAS
JOSEPH, LEVY JOSEPH, LOUISE JOSEPH, LOURDAS JOSEPH, SHIRLEY
JOSEPH, WALLACE JOSEPH, CRYSTAL JOURDAIN, JACQUELINE JUSTIN,
RHODA JUSTIN, THURMAN KAISER, ALLAN KATZ, MICHELE KAUFMAN,
MARCIA KAVANAUGH, LISA KEELS, JOSEPH KEILLY, SUZETTE KELLEY,
ERIC KELLY, PAULINE KELLY, PERCY KELSON, DOLLIE KEMP, DARRAL
KENDRICKS, EDITH KENNEDY, CONSTANCE KENNIE, NICOLE KENT, DALE
KEPPARD, JEANNE KER, CHARLES KEYS, YVONNE KHAN, YVONNE KHAN,
DESSADRA KHATON, MARILYN KHATON, EDDIE KIMBLE, CARRIE KINARD,
MERLIN KINCEY, BERNICE KINDRED, FRED KINDRED, AZEMAR KING,
ESTELLE KING, FAYLIN KING, FRANCES KING, JAMES KING, LEONER KING,
VERNITA KING, MILTON KINLER, BEVERLY KIRCHEM, JOYCE KIRK,
ANGELA KIRKLAND, LILLIAN KIRSCH, ROSE KIRSCH, ROSE KIRSCH,
DORETHEA KITCHEN, DORETHA KITCHENS, RALPH KLAFERT, JOSEPH
KLEINPETER, CARRIE KLINK, JENNIFER KLINK, FRANK KNAUS, BETTY
KNIGHT, DONALD KNOX, HENRY KRAMER, ANNA KRONTZ, HENRY
KUBICKI, BEVERLY KUYKENDALL, MARY KYLES, ANDREA LABAT, PAULA

LABORDE, LOIS LABRANCHE, SHIRLEY LABRANO, RONNIE LACABE, TROY LACABE, SYLVIA LACEY, AUDREY LACKINGS, WALTER LACKINGS, BELGARD LACOSTE, MYRNA LACOUR, CATHY LAFRANCE, ESMY LAFRANCE, TROYANN LAFRAUCE, VICTOR LALA, JOSEPH LAMARQUE, DIANE LAMBLY, JEANNIE LANAUX, MELVIN LANDOR, JANIE LANDRUM, BERTELL LANDRY, CLEATTER LANDRY, DAWN LANDRY, HAROLD LANDRY, NORMAN LANDRY, PETER LANDRY, ROSE LANDRY, TERRY LANDRY, CALDONIA LANG, CALVIN LANGE, MARY LAPIERRE, SUSAN LAPORTE, JOHN LARE, PAULETTE LARKIN, COURTNEY LAROCHE, GERALDINE LASTIE, SARAH LASTIE, HENRY LATTEN, ROSALYN LAURENDINE, DIANNE LAURENT, SALLY LAURENT, LURLENE LAVIGNE, MARK LAWES, MICHELLE LAWRENCE, JAMES LAWSON, LARRY LAWSON, GAIL LAWYER, CHARLES LEACH, DEBRA LEACH, PATRICK LEAPER, AKIRA LEBLANC, BEATRICE LEBLANC, BETH LEBLANC, DIANA LEBLANC, GERTRUDE LEBLANC, GREGORY LEBLANC, JOSEPH LEBLANC, LULA LEBLANC, MASSIE LEDET, ALIOUS LEE, AUBREY LEE, BEATRICE LEE, CHAUNDRA LEE, CONSUELLA LEE, EMMA LEE, EUNICE LEE, GEORGE LEE, LLOYD LEE, RAYMOND LEE, ULAH LEE, WILL LEE, DOLORES LEE GIBSON, ANDARE LEE-CARTER, MALCOLM LEFLORE, VIKKI LEFTWICH, MELBA LEGGETT-BARNES, KARIN LEGOHN, TRICIA LEGRONE, TRACY LEGROS,

TOM LEJEUNE, JAMIE LEMELLE, RAE LEMON, BRENDA LENARD, CAWANDA LENNOX, LYNN LENNOX, BEATRICE LEONARD, MARCIA LEONE, LAURA LEPAGE, RAYMOND LESENE, HARRY LESLIE, ELENI LEVENDIS, ROBERT LEVY, ANDRELNEL LEWIS, AVELINA LEWIS, CALVIN LEWIS, CYNTHIA LEWIS, DON LEWIS, EARNESTINE LEWIS, EDWARD LEWIS, IREZ LEWIS, JANETTE LEWIS, JOANNE LEWIS, KAREN LEWIS, MARY LEWIS, RACHELLE LEWIS, RALPH LEWIS, ROBERT LEWIS, SIMONE LEWIS, TREVA LEWIS, WANDA LEWIS, WILLIE LEWIS, EDWARD LILLIS, SHIRLEY LINDSAY, JOHN LINDSEY, JUDAS LITTLETON, GEORGE LIVAS, PATRICIA LIVAS, ALVIN LIVERS, LLOYD LOCKETT, MARY LOCKETT, NATALIE LOCKETT, LEROY LOGAN, JOHN LOMAE, MADINDA LONDON, JANET LOPEZ, JOSEPH LORRAINE, EDWARD LOTT, LEONARD LOUIS, LUCY LOUIS, SMITH LOUIS, EDGAR LOWE, ALMA LUCAS, MARGARET LUCAS, JOHANAS LUCKETT, GERALDINE LUMAR, LAWRENCE LYNCHARD, BOUTLE LYNETTE, REBECCA LYNOTT, MARIE LYONS, DELISHA MACGOMERY, BENJAMIN MACK, CHRISTOPHER MACK, WANDA MACK, SUZANNE MACKENROTH, WILLIE MACKIE, FABIOLA MACKLIN, REBECCA MADERE, JEROME MADISON, ALVIN MAGEE, EOLA MAGEE, ERNESTINE MAGEE, IDELLA MAGEE, LAUREN MAGEE, SHAREEN MAGEE, WARDELL MAGEE, CORAL MAHER, EDWARD MAHER, ROBIN MAHONEY, SANDRA MALDONADO, EMILE

-84-

MALLAUN, ALVIN MALLERY, FRANKIE MALVEO, DEBRA MAMOU, FLORENCE MANEY, IRIS MANEY/WHITE, ERIKA MANN-THOMAS, DAVID MANRY, BERNADETTE MANSION, DON MANUEL, GAIL MANUEL, JOYCELYN MANUEL, VICTOR MANUEL, LAWRENCE MARANTO, ERROL MARCELIN, LARRY MARCELIN, OLIVER MARCELL, WHITNEY MARCELL, CLARENCE MARCHAND, EDNA MARCHAND, GWENDOLYN MARCHAND, WILLIS MARGUERITE, HATTIE MARINE, BRENDA MARION, TROY MARK, EILEEN MARQUES, JULIET MARRERO, SYLVIA MARRERO, MISTY MARSHALL, RITA MARSHALL, AVIS MARTIN, EARLETTE MARTIN, ERNESTINE MARTIN, GEORGE MARTIN, JULES MARTIN, MABLE MARTIN, MARY MARTIN, NATHAN MARTIN, SANDRA MARTIN, SHEILA MARTIN, SHIRLEY MARTIN, WANDA MARTIN, WILLIE MAE MARTIN, JESUS MARTINEZ, MARIANO MARTINEZ, MARY MARTINEZ, JUNE MASACCHIA, ADRIAN MASON, BEVERLY MASON, DOROTHY MASON, HIRAM MASON, JOEANN MASON, VIVIAN MASON, JEAN MASSEY, JOHN MATAS, MILTON MATHEWS, WAYNE MATHIS, EARL MATON, KATHLEEN MATTHEW, BURNETTE MATTHEWS, FREDDIE MATTHEWS, JOYCE MATTHEWS, JUAN MATTHEWS, LOURIE MATTHEWS, SYLVIA MATTHEWS, TIFFANY MATTHEWS, CAROLYN MATTIO, AUDREY MAURICE, CHERYLYN MAURICE-HALL, ERANA MAYES, ROBERTINE MCBRIDE, ETHEL MCBRIDE-MURRY, CAROL MCCARTY, KAY

MCCASKILL-MORRISON, LENA MCCLELLAN, BETTY MCCLENDON, MYRA MCCLENDON, WARD MCCLENDON, ETHEL MCCLINTON, HENRY MCCLOSKEY, JACQUELINE MCCORKLE, PERRY MCCORKLE, BERNIE MCCORMICK, KIM MCCORMICK, RANSOM MCCORMICK, RANSON MCCORMICK, ADRIAN MCCOY, ALVIN MCCRARY, BEVERLY MCCRARY, JULIE MCCRARY, MARIE MCCRAY, ALLEN MCDONALD, JENNIFER MCDONALD, WATET MCDOWELL, WENDELL MCELVEEN, JOYCE MCFARLAND, LINDA MCFIELD, WALLACE MCFIELD, LEON MCGEE, SHERRIE MCGEE, AUDREY MCGILL, RUSHIE MCGILL, BARBARA MCGINNIS, KIMMICHELLE MCGLOSHEN, ANTHONY MCGOWAN, JOSEPHINE MCGOWAN, VERA MCGUIRE, VERA MCGUIRE, JOANN MCINERNEY, GARY MCKEE, GLENETTE MCKENDALL, AARON MCKENNA, KEVIN MCKENNIE, KERRY MCKENNY, BONNIE MCKINLEY, TYRONE MCKNIGHT, VICTORIA MCLAURIN, JAMIE MCLEOD, JOEY MCLEOD, AARON MCLIN, LA-DORYZ MCLIN, HAROLD MCMILLIAN, THOMAS MCMILLIAN, PATTIE MCRAE, KECHIA MCSWAIN, CARNELA MCWILLIAMS, DOROTHY MCWILLIAMS, SHERMAN MCWILLIAMS, DENISE MEADE, MACK MELANCON, OBRA MELANCON, LORRAINE MELANSON, LOUISE MELE, JETTER MELENDEZ, DARRELL MELLION, DELANO MELTON, LAURA MENE, LARRY MENENDEZ, FERDINAND MERCADAL, DARNELL MERCADEL, SHARON MERRELL, HENRY

-86-

MERRIDITH, CARRIE MERRILL, MARY LYNN METOYER, MITCH MICHELLI, LOIS MIKE, DWIGHT MIKELL, GLORIA MIKELL, DELORES MILES, ERNEST MILES, BARBARA MILLER, DARREN MILLER, DON MILLER, DOROTHY MILLER, RONALD MILLER, ODILE MILLET, BRENDA MILLS, DEBRA MILLS, DEBRA MILLS, MARTIN MILLSAPS, ANDRIA MILTON, WILLIE MILTON, HARVEY MINNIS, STEPHANIE MINTO-GIBSON, ABIGAIL MIRANDA, NORMA MIRANDA, VIANKA MIRANDA, KEVIN MISKELL, JAMES MISTRETTA, ARTHUR MITCHELL, BERNICE MITCHELL, DENISE MITCHELL, GEORGE MITCHELL, SYLVIA MITCHELL, UNEL MITCHELL, WALTER MITCHELL, WILLIAM MITCHUM, GEORGIA MODICA, DEBORAH MOINTOSH, JIMMIE MOLIERE, MARY MOLIERE, MELVINA MOLIERE, SHIRLEY MOLIERE, COLEEN MONAGHAN, GLORIA MONCONDUIT, ZAIDA MONCONDUIT, EDITH MONTGOMERY, MATILDA MONTGOMERY, PATRICIA MONTGOMERY, PHILLIP MONTGOMERY, REBECCA MONTGOMERY, ROSEMARIE MONTREL, ROSEMARIE MONTREL, ARIZONA MOORE, JOAN MOORE, RHONDA MOORE, SAMUEL MOORE, SHANDELL MOORE, LISA MORAN, LORETTA MOREHEAD, PAUL MORETTI, ANDREA MORGAN, ERIC MORGAN, GWENITA MORGAN, JANICE MORGAN, KATHLEEN MORGAN, LOICE MORGAN, MARGARET MORGAN, MELVIN MORGAN, OTIS MORGAN, SHANEL MORGAN, SYLVIA MORGAN, PAM MORIARTY, RAYMOND MORRELL, ASHLEY MORRIS,

-87-

EYVONNE MORRIS, MOURDIA MORRIS, RALPH MORRIS, TERESA MORRIS, DANETTE MORRISON, JEFF MORROW, BEULAH MOSES, COREY MOSES, COREY MOSES, JENNIFER MOSS, MARIE MOSS, MARILYN MOUTON, GLORIA MUHAMMAD, MARK MUMME, LAWRENCE MURPHY, LYNN MURPHY, ZANDER MURRAY, CLAYTON MUSACCHIA, GEORGIA MUSACCHIA, SANDRA MUSACCHIA, MARION MUSE, TORA MUSS, DIONNE MYLES, DOUGLAS MYLES, MARY NAPOLEON, CATHERINE NARCISSE, ASHLEY NASSARINI, ROXANNE NAVARRETE, DONNA NAYLOR, LEVI NEALY, DARLENE NEAPOLLION, JEFFREY NED, SHIRLEY NED, ARTHUR NELSON, BARBARA NELSON, FAYE NELSON, FRANCES NELSON, GENELL NELSON, KEVIN NELSON, LESTER NERO, FREDDIE NETTER, ROSEMARY NETTER, GERALD NETTERS, DON NEVILLE, FREIDA NEVILLE, LOIS NEVILLE, ZALIE NEWELL, JANE NEWMAN, MALANA NEWMEN, ELIZABETH NEWSOME, BETTY NEWTON, DYKER NEYLAND, ROY NEYLAND, SINCLAIR NEYLAND-LANGFORD, GANH NGUYEN, UNTRELL NICHOLAS, HAROLD NICHOLS, STACY NOAH, PATRICIA NOBLE, DEBORAH NOCENTELLI, PERCY NOCENTELLI, JOHNNY NOEL, CHARLES NORMAN, SANDRA NORMAN, JAMES NOTO, JOYCE NUMAN, ROBERT NUNEZ, THOMAS NUNNERY, RICKEY NYE, DUD OGDEN, KATHY OLIVER, JOYCE OLSEN, DAVID O'NEAL, EUGENE OPPMAN, EDWARD ORDOGNE, MELBA OROTICLE, FRANCES OSBORNE,

-88-

PERCY OUBRE, CELESTE OVIDE, ERNEST OWENS, ERROL OWENS, GREGORY OWENS, LARRY OWENS, PHILIP OWENS, ALBERTINE OWNEY, ERNEST OWNEY, LUCINDA PABLO, BRENDA PACKNETT, GERLINDA PAIGE, NICOLE PALET, ALFRED PALMER, AUDREY PALMER, DON PALMER, DON PALMER, FRANCES PALMER, KEROY PALMER, NITRA PALMER, TAGARI PANKER, IRIS PAPPAS, BELINDA PARKER, EVELYN PARKER, LESLIE PARKER, MARLON PARKER, MURALINE PARKER, OSCAR PARKER, PAMELA PARKER, PAULA PARKER, SHIRNETTA PARKER, TAYARI PARKER, WAYNE PARKER, HARRIS PARSON, DONIS PARTMAN, JULIA PATINO, JOHN PATNETT, CASSANDRA PATTERSON, CATHERINE PATTERSON, MILDRED PATTERSON, SHANITA PATTERSON, JESSIE PAUL, KAREN PAUL, LEROY PAUL, TIA PAUL, KIM PAULIN, BRENDA PAYNE, LINDA PAYNE, QWENDOLYN PAYNE, SCHARMAINE PAYNE, BONNIE PAYTON, JAVIER PAZMINO, DIANNE PAZON, CHARLES PELLEBON, THERESA PELTIER, ARTHUR PEMBRICK, ERLINDA PEMBRICK, KAROL PEMBRICK, ABRAHAM PENA, RHONDA PENALACIA, KEISHA PENDLETON, MARY PENDLETON, NORINA PENNINGTON, ALEXANDER PENNY, DEBRA PEOPLE, LUCILLE PEOPLES, CAROL PEREZ, ADOLPH PERKINS, DAVID PERKINS, JUSTINE PERKINS, HANK PERLMAN, QIANA PERSON, FREDONIA PETERS, GULA PETERS, PAULET PETERS, SHARON PETERS, KEITH PETERSON, SANDRA PETTICE, DARNELL PETTIES,

-89-

PHILLIP PETTY, NOVELL PHILIPS, SUZANNE PHILLIPPELLO, COLLIN PHILLIPS, DEBORAH PHILLIPS, MAGGIE PHILLIPS, JESSIE PHILSON, CARMELO PIAZZA, NELLIE PIAZZA, LUCRETIA PICHON, WANDA PICQUET, BETTY PIERCE, LORRIE PIERCE, NATHANIEL PIERCE, SHIRLEY PIERCE, ANGELICA PIERRE, ANTHONY PIERRE, DARLEEN PIERRE, JOHN PIERRE, CASALINE PIGOTT, VONKEISHA PIGOTT, FRANK PINION, JOANNA PLATENBURG, BRENDA PLEMING, LISA PLEMING, LATIFA POCHE, SYLVIA POINDEXTER, PATRICIA POIRRIER, VERA POLITE, ALICE POLK, LILLIE POLK, MARGARET POLK, SABRINA POLLARD, PORTIA POLLOCK, BARBARA PONDER, MARIE POOLE, YVETTE POOL-WALLACE, SHIRLEY PORCHE, THOMAS POREA, ALICE PORTER, SANDRA PORTER, LINDA POTTS, ANNETTE POWELL, DELORIS POWELL, FREDDIE POWELL, JOANN POWELL, ROBIN POWELL, HENRY PRATCHER, KIM PRESCOTT, FLOYD PRESTON, SHARON PREVOST, SHEILA PREVOST, BARBARA PRICE, BETTY PRICE, DELORES PRICE, EDITH PRICE, GILDA PRICE, VERONICA PRICE, TERRY PROGRAIS, OLIVIA PROUT, GERALDINE PRUDHOMME, BETTY PUGH, JACK QUARLES, PRISCILLA QUEST, LEO QUEZERGUE, VERNA QUILLEN-WILLIAMS, ANTHONY QUINN, CAROL QUINN, CLEMMIE QUINN, RONALD QUINTAL, WILLIAM RABALAIS, GAYNELL RACHAL, WILLIAM RACHUBA, CHARLENE RADCLIFF, MICHAEL RAINES, ANNETTE RAINEY, TYRONE RALPH, DIANNE

RAMSEY, GLADYS RAMSEY, DORETHA RANDALL, MARLENE RANDALL, GAYLE RANKINS, ROSEMARIE RANZINO, CHERYL RASKE, DONNA RATCLIFF, JESSIE RAUSOM, ROSA RAY, RUBY RAY, COURTNEY RAYNARD, ALLEN RECASNER, JOSEPH RECASNER, CHARLES REED, CLIFTON REED, EARMLEAN REED, GERALD REED, GRACE REED, HENRIETTA REED, LESTER REED, ALBERTA REESE, CAROLYN REEVES-DAVIS, ALTON REFF, BRENDA REILLY, CONNIE REINE, ACQUANETTA REISS, BERNARD REYES, KRISTIN RHODES, THOMAS RHODES, ELLA RHONE, CHARLES RICARD, CHARLES RICHARD, DARRYL RICHARD, JANICE RICHARD, SHANNON RICHARD, ASHLEY RICHARDSON, GERTY RICHARDSON, THOMAS RICKERSON, THOMAS RICKERSON, IRMA RIDGLEY, KERRY RIDGLEY, AARON RILEY, LENA RILEY, PATRICK RILEY, ROCKIAL RILEY, ANGLE RILLEAUX-FIELDS, BARBARA RILLIEUX, EDWINA RILLIEUX, MICHELE RILLIEUX, EDWARD RIPOLL, JOAN RISING, ALICIA RIVANDE, GAYLA RIVERA-BROW, ELIZA RIVERS, LYVETTE RIVERS, CAROLYN RIZZA, LLOYD ROBERSON, TERRY ROBERT, CATHY ROBERTS, JUDY ROBERTS, LERCONGA ROBERTS, MARY ROBERTS, ANNETTE ROBERTSON, GLORIA ROBERTSON, JOSEPH ROBERTSON, LISA ROBERTSON, PATRICIA ROBERTSON, JOSHUA ROBICHAUX, KENNETH ROBICHAUX, LAKEISHA ROBICHAUX, SHERILE ROBICHAUX, KENNETH ROBIN, CAROL ROBINSON, ELLEN ROBINSON,

ERNEST ROBINSON, HERBERT ROBINSON, JACQUELINE ROBINSON, JANE ROBINSON, KEITH ROBINSON, MARION ROBINSON, PATRICIA ROBINSON, MATTHEW ROBY, CAROL ROCHE, HAROLD ROCHON, NANETTE ROCHON, CYNTHIA ROCKINGHAM, JESSIE RODGERS, JEFFREY RODI, RICHARD RODRIGUEZ, ROY ROGERS, DONALED ROJAS, ROY RONDENO, GAWAIN ROOS, VERA ROSCOE, MARIE ROSE, CHERYL ROSS, JACQUELYN ROSS, THERESA ROSS, ANDRA ROUNDS, ISIAH ROUNDS, VIRGINIA ROUNDS, JOYCE ROUSER, BRUCE ROUSSELL, JANIS ROUSSELL, ALTON ROUSSEVE, LAWRENCE ROUT, PATRICK ROVIRA, GILDA ROW, ALYSIA ROWEL, MEL ROY, WILLIAM ROY, JOAN ROYAL, VERNA ROYAL, JULIAN RUBEN, CLAUDIE RUFUS, GERARDO RUIZ, SHARON RUIZ, JON RUPERT, BARBARA RUSH, ART RUSSELL, CALVIN RUSSELL, GERALD RUSSELL, JAMES RUSSELL, SARAH RUSSELL, PAUL RUSSO, TOM RUSSO, EUGENE RUTLER, LEAVATOR RYAN, JESSICA SACKS, MARY SALASSI, JOHN SALISBURY, AUDREY SAM, MOHAMMED SAMAD, EFREN SAMANIEGO, DIONNLYN SAMPSON, TERRY SANBURN, CHERYL SANCHEZ, PATRICE SANCHEZ, RAMONA SANCHEZ, ALICE SANDERS, BARBARA SANDERS, SHEILA SANDERS, CORA LEE SANDIFER, GLADYS SANDIFER, LEE SANDS, CHAWANNA SANTA MARINA, KANDEE SANTA MARINA, DANIELLE SANTIAGO, MARION SANTINAC, JOAN SAPORITO, KAREN SARTON, JOHN

SAUSSAYE, MONIQUE SAUTER, MARY SAYLES, RHONDALYN SAYLES, GERALD SAZON, DAVID SCALIA, PAUL SCALIE, KIM SCEAU, SHELLY SCHEUERMANN, BETTY SCHEXNAYDER, WARREN SCHMITT, CARMEN SCHNYDER-OWENS, SANDRA SCHOTT, MELVIN SCHULTZ, CATHERINE SCOTT, CHERYL SCOTT, CONNIE SCOTT, GLORIA SCOTT, JOEL SCOTT, JOYCE SCOTT, LATASHA SCOTT, MARY SCOTT, TROY SCOTT, ELEANOR SCOTT-DONATTO, YVONNE SEALE, ELAINE SEARS, YOLANDE SEARS, MYRTLE SENIOR, LOIS SERAILE, LOIS SERAILE, WILBUR SERPAS, LINDA SEVALIA, ROSALIND SEVALIA, GLADYS SEVERIN, BOBBIE SEYMOUR, CYNTHIA SHAHEED, LAWRENCE SHARPE, JANICE SHAW, LORDELL SHEAROD, SANDRA SHELBY, JANET SHELLING, BRENDA SHEPHERD/DOUGLAS, DEWAN SHEPPARD, AGNES SHERMAN, ELIZAN SHERMAN, JILL SHINGLEDECKER, EDWARD SHOLES, MICHAEL SHORR, ERAINA SHORTY, CORA MAE SHY, MARY SILVAS, ANTHONY SIMMONS, CEDRIC SIMMONS, DEBRA SIMMONS, EDDIE SIMMONS, IRENE SIMMONS, VONDA SIMMONS, LIONEL SIMMS, LUCIELLE SIMMS, BERNICE SIMON, MATTIE SIMON, PAULETTE SIMON, FRANCISCO SIMONE, BARBARA SIMS, VIELKA SIMS, JOSEPH SINCERE, BRENDA SINGLETON, MAE SINGLETON, OSCAR SINGLETON, ROSEMARY SINGLETON-THOMPSON, LATASHA SKIDMORE, JAMES SKILLMAN, ALBERTINE SKINNER, CHERYL SLACK,

GERALDINE SLACK, SHERMAN SLACK, WANDA SLACK, GEORGIA SLAUGHTER, ROBERT SLAVICH, CARLA SMITH, CARLETTE SMITH, CYNTHIA SMITH, DAMIAN SMITH, DANA SMITH, DANIEL SMITH, DANNA SMITH, DAVE SMITH, DEBRA SMITH, DELANEY SMITH, DELORES SMITH, DEVIN SMITH, DIXON SMITH, EDDIE SMITH, EDWINA SMITH, FELICIA SMITH, FLORENCE SMITH, GARNET SMITH, GWENDOLYN SMITH, IDA SMITH, JUDY SMITH, KENYATTA SMITH, KIMBERLY SMITH, LAURA SMITH, LEVADA SMITH, MARGIE SMITH, MARION SMITH, MARK SMITH, MARY-ANN SMITH, MATHILDA SMITH, MICHAEL SMITH, NEWELL SMITH, OLLIE SMITH, OLLIE JEAN SMITH, PERCY SMITH, PRESTON SMITH, REGINALD SMITH, RHONDA SMITH, ROSALIND SMITH, RUDOLPH SMITH, STEVEN SMITH, SYLVIA SMITH, TERRY SMITH, VERNELL SMITH, VICKY SMITH, WILLIE SMITH, HELEN SMITHF, LEKENJA SMOTHENS, REGINALD SMOTHENS, ISABELL SMOTHERS, LESLIE SNYDER, EVELYN SOLIS, BOBBY SOLOMON, MARLO SOLOMON, LEO SONIAF, RHONDA SOUBLET, JERUSHA SPANKS, EMMANUEL SPANN, DAISY SPEARS, JUANITA SPEARS, PAULINE SPEARS, WILLIE SPEARS, SOLOMON SPENCER, TYRONE SPENCER, JOY SPOONER, DIANA SPRIGGENS, MARY SPRIGGINS, HALLIE SPRUILLE, DELORIS SPURLOCK, ELAINE ST. ANGELO, SONIA ST. CYR, JEANETTE ST. ETIENNE, KAREN ST. ROMAIN, KAREN ST. ROMAIN, PEGGY ST. ROMAIN,

BETTY STALBERT, FLORENCE STALLINGS, RON STAMPS, ROBERT STARK, ANTENTINE STARKS, SHARON STARKS, KENNETH STARLING, DORIS STARNS, JACQUELINE STEPHENS, RENITA STEPTER, MERLIN STERLING, PAMELA STERN, MELVA STEVENSON, ELAINE STEWARD, ELAINE STEWARD, REGINA STEWARD, CAROLYN STEWART, CHARLES STEWART, DEBORAH STEWART, DIANE STEWART, DIANE STEWART, GAIL STEWART, HENRY STEWART, JAMES STEWART, MARY STEWART, MARY STEWART, MICHELE STEWART, REBECCA STEWART, ROBERT STEWART, SANDRA STEWART, SULLIVAN STEWART, YALONDA STEWART, RUSSELL STOCKARD, DEBBIE STOCKMAN, DEBORAH STOCKMAN, ELIZABETH STOGNER, MARION STOLTZ, JOHNSON STONE, MAPLE STOREY, KIM STOVALL, KIONTIA STOVALL, MIRIAM STRICKLAND, YOLANDA SUDS, MARION SULLIVAN, GLENN SUMMERS, MATTIE SUMMERS, VICKY SUNSERI, DEBRA SURTAIN, LORRAINE SURTAIN, LOIS SWANEY, HAMPTON SYDNEY, ALEX SYKES, IRENE SYKES, SYLVIA SYKES, SHANE SYLVESTER, JUDY TABORA, JEAN TAIWO, MARK TALBERT, CHANDRA TALLEY-PARKER, NASIM TARIQ, CARL TASKER, NICK TASSIN, BOBBIE TATE, EDWARD TATE, PENNY TATE, TROBY TATE, DAVID TAYLOR, EUNICE TAYLOR, JESSICA TAYLOR, JIMMIE TAYLOR, MARCELYN TAYLOR, ROSELDA TAYLOR, SHERRIL TAYLOR, ELLA TAYLOR-BROWN, RUBY TAYLOR-CAMERON,

LAVERNE TAYLOR-DAVIS, MABLE TEMPLE, YOLANDA TEMPLE-ESCO, GERALDINE TENNER, ELOIS TENO, LAWRENCE TERREL, DENNIS TERRY, ELIZABETH TERRY, SHELLEAND TERRY, WILLIE TERRY, JENNIFER TESTA-POLUKA, DESIREE THEARD, GLORIA THEYARD, ALBERT THIBODEAUX, CHARLES THIBODEAUX, BETTY THOMAS, DLAINE THOMAS, ELAINE THOMAS, ERVIN THOMAS, EZEAL THOMAS, HERMA THOMAS, JOSEPH THOMAS, LINDA THOMAS, LIONEL THOMAS, MARGOUT THOMAS, MARK THOMAS, MICHELLE THOMAS, MYRNELL THOMAS, REGINA THOMAS, ROBIN THOMAS, ROSALIND THOMAS, ROSE THOMAS, S THOMAS, SHARON THOMAS, TINA THOMAS, TUMER THOMAS, WALTER THOMAS, ANN THOMPSON, BEVERLY THOMPSON, CLEOPATRA THOMPSON, DEIDRE THOMPSON, GREGORY THOMPSON, KENNETH THOMPSON, KEVIN THOMPSON, LILLIE THOMPSON, LYNN THOMPSON, PATRICIA THOMPSON, SANDRA THOMPSON, ELNORA THOMPSON-BUTLER, CATHERINE THOMPSON-MAGEE, GAIL THORNTON-COLLINS, RHODA THORPE, JUDY THORPE-TRUMAN, MELVIN THORTON, MARY TIBBS, LOLA TILTON, ALVIN TIRCUIT, FRAZIER TOMPKINS, LILJOSE-MARIE TOMPKINS, TING TONG, HELEN TONTH, CATHELINE TORREGANO, KATHLEEN TORTORICH, JOSEPH TRAMONTANS, ROSEMARY TRAPLETTE, NINA TRASK, JAMES TRENCH, BETTY TRESCH, FREDRIKA TROTTER, JAMES TROXCLAIR, WAVELAND

TRUFANT, LINDA TRUSCLAIR, JUDY TRUVIA, HENRY TUBRE, SADIE TUCKER, JEAN-MARC TULEU, KIM TUMMINELLO, BRENDA TUREAUD, JANET TUREAUD, JOYCE TUREAUD, MELVINA TURK, CALVIN TURNBOUGH, BARBARA TURNBOW, AARON TURNER, EBONY TURNER, FRANKIE TURNER, JAMES TURNER, JOSEPH TURNER, SHIRLEY TURNER, TROY TURNER-MAJOR, CHARLES TYLER, LINDA TYLER, OPAL TYLER, ZENA URBY, JOANNE URSIN, KENNETH USNER, WALDON VAGAS, SHIRLENE VAISON, JENIFER VALDERY, SANDRA VALENTI-VANDERHOFF, SYLVIA VAN BUREN, STEINLEY VANCE, CHARLES VANVRANCKEN, ANGELA VAUGHN, EARL VEAL, WANDA VEAL, BEAULAH VEALS, RUBY VERHOEVEN, RUBY VERHOEVEN, ROBERT VICK, MARK VICKNAIR, EILEEN VICTOR, LINDA VICTOR, MILDRED VICTORIAN, MARIA VIEAGES, CECILE VIGEE, SIDNEY VIGRE, DEREK VILLAVASO, DIANA VILLAVASO, DONALD VILLAVASSA, LAWRENCE VINNETT, MISTY VIX, ERIC VOEBEL, CLAUDIA VOULGARAKIS, DENISE WADE, KENDALL WAGAR, CHESTER WALKER, DENISE WALKER, DONNA WALKER, GREGORY WALKER, JOHN WALKER, MATTIE WALKER, NORA WALKER, RICKEY WALKER, ROBERT WALKER, SHIRLEY WALKER, BRUCE WALLACE, GERALD WALLACE, CLAUDIA WALLER, ANTHONY WALSH, CAROLYN WALTER, DARENSBOURG WALTER, BARBARA WALTON, PHERN WARE, SHAWNELL WARE, DIANE WARNER, LARRY WARNER,

MURPHY WARR, ERICKA WARREN, TAMMIE WARREN, ABIGAIL WASHINGTON, ALTON WASHINGTON, ALVARNETTE WASHINGTON, ARTHUR WASHINGTON, CARLITA WASHINGTON, CAROLYN WASHINGTON, CHARLES WASHINGTON, CLARA WASHINGTON, CLAUDE WASHINGTON, DEBORAH WASHINGTON, DINAH WASHINGTON, EDWARD WASHINGTON, EDWINA WASHINGTON, EVA WASHINGTON, FRANCIS WASHINGTON, GLORIA WASHINGTON, JACQUELINE WASHINGTON, JAMES WASHINGTON, JESSIE WASHINGTON, KAREN WASHINGTON, KENNEDY WASHINGTON, LINDA WASHINGTON, LIONEL WASHINGTON, LYNDA WASHINGTON, MANUELLA WASHINGTON, NATHANIEL WASHINGTON, ORLANDO WASHINGTON, OTTIS WASHINGTON, RAYMOND WASHINGTON, SAMUEL WASHINGTON, VALERIE WASHINGTON, BERNARD WATERS, WILLIAMS WATKINS, AARON WATSON, ANNETTE WATSON, DONNIE WATSON, JUDITH WATSON, RUTH WATSON, IAIN WATT, NANCY WATTS, PATRICIA WATTS, RUBEN WATTS, DORA WEATHERSBY, REBCCA WEATHERSBY, DIANNE WEAVER, JACQUELYN WEBER, OCTAVE WEBER, RUBY WEBER, FRED WEIKERT, ALAN WEINBERGER, HAROLD WEISER, DELORIS WELLS, JEAN WELLS, SUSIE WELLS, SAUL WELMER, BELA WERNER, MELANIE WESLEY, GLENDA WEST, TINEKA WEST, SEBASTION WESTON, STEPHEN WEVER, MARJONIE WHEELER, MELVIN WHEELER, ANDRE WHITE, BARBARA WHITE,

BRYAN WHITE, BYRON WHITE, CLARA WHITE, DELORES WHITE, FLORENCE WHITE, GRACE WHITE, HAZEL WHITE, JOHNNY WHITE, LYNN WHITE, OLIVER WHITE, PATRICIA WHITE, RUBY LEE WHITE, MICHELLE WHITE-BARBARIN, CORLISS WHITE-GAINES, JEFF WHITEHEAD, LEON WHITFIELD, CORNELIA WHITLOW, ANTHONY WHITTINGTON, GWENDOLYN WIGGINS, ALFREDIA WILLIAMS, ANGELA WILLIAMS, ANNE WILLIAMS, BARBARA WILLIAMS, BRENDA WILLIAMS, BRUCE WILLIAMS, CARLENE WILLIAMS, CHRISTOPHER WILLIAMS, CLAUDIA WILLIAMS, DARRYL WILLIAMS, DAWN WILLIAMS, DEBORAH WILLIAMS, DON WILLIAMS, DONALD WILLIAMS, DONNA WILLIAMS, DOROTHY WILLIAMS, EDGAR WILLIAMS, ELLIS WILLIAMS, ELOUISE WILLIAMS, ETHEL WILLIAMS, EVELINA WILLIAMS, EXAVIER WILLIAMS, FLORA WILLIAMS, FLORENCE WILLIAMS, GAIL WILLIAMS, GARY WILLIAMS, GENEVIEVE WILLIAMS, HERMAN WILLIAMS, HILDA WILLIAMS, HILTON WILLIAMS, INGRID WILLIAMS, JAMES WILLIAMS, JAMES WILLIAMS, JOHN WILLIAMS, JOHN WILLIAMS, JOYCE WILLIAMS, KEITH WILLIAMS, KIM WILLIAMS, KIWANNA WILLIAMS, LARRY WILLIAMS, LINDA WILLIAMS, LORENA WILLIAMS, MARIETTA WILLIAMS, MARION WILLIAMS, MARY WILLIAMS, MATTHEW WILLIAMS, MELANIE WILLIAMS, MICHELLE WILLIAMS, MONIQUE WILLIAMS, MORRIS WILLIAMS, PERNELL WILLIAMS, RACHEL WILLIAMS, RAVEN WILLIAMS,

-99-

RICHARD WILLIAMS, RITA WILLIAMS, RONALD WILLIAMS, RONNIE WILLIAMS, ROSA WILLIAMS, RUBY WILLIAMS, SANDRA WILLIAMS, SHARLENE WILLIAMS, SHARON WILLIAMS, SHAWNTRISE WILLIAMS, SHONTELL WILLIAMS, STEPHANIE WILLIAMS, SYLVESTER WILLIAMS, TERRANCE WILLIAMS, VERA WILLIAMS, VERONICA WILLIAMS, VIRGINIA WILLIAMS, WALTER WILLIAMS, YVONNE WILLIAMS, MELBA WILLIAMS-HOPPER, ISADORE WILLIS, EVELYN WILLOUGHBY, YOUTONG WILROX, CHARLES WILSON, DENISE WILSON, JOYCE WILSON, LEDELL WILSON, LILLY WILSON, LIONEL WILSON, ODRA WILSON, PATRICIA WILSON, PATRICK WILSON, FRANK WILTZ, KAREN WILTZ, THELMA WINCHESTER, DIANA WINTERS, YVONNE WITHERSPOON, CELITA WOLFE, MARLENE WOMBLE, STEPHEN WOOD, VERNICE WOODARD, EDMOND WOODFORK, BERNADETTE WOODS, DARREN WOODS, ROSE WOODS, SHANNON WOODS, SYLVIA WORTHY-TEMPLE, ANTHONY WREN, DAVID WRIGHT, DEIDRE WRIGHT, ISAAC WRIGHT, PAULINE WRIGHT, ROBERT WRIGHT, WALTER WRIGHT, ALICE WROTEN, SHANTONDA YARBOROUGH, CAROLYN YARBROUGH, PATRICE YARDS, BYRON YARLS, JOYCELYN YARLS, GEORGE YEAGER, TERRY YOST, ALBERT YOUNG, ALICE YOUNG, CECILIA YOUNG, EDWARD YOUNG, HAROLD YOUNG, JEAN YOUNG, KIRK YOUNG, LENELL YOUNG, MARION YOUNG, MICHELLE YOUNG, MIRIAM YOUNG, RUTH