**EXHIBIT B, Part 2c - Abadie Complaint (pp. 101-154)**

YOUNG, SHANNON YOUNG, THEODORE YOUNG, TRINA YOUNG, CYNTHIA
YOUNGBLOOD, DENISE YOUNGBLOOD, HENRY YOUNGBLOOD, JAMES
YOUNGBLOOD, LETITIA YOUNGBLOOD, JIUJIANG YU, SUSAN ZANDERS,
AUSTRA ZAPATA, JOSEPH ZARDIES, RICHARD ZEHNER, ABELARDO
ZELAYA, CYNTHIA ZENO, ELIZABETH ZEPHERIN, DORTHY ZIEGLER, LINDA
ZIEGLER, CORINNE ZIMMERMAN, CATHERINE ZULLI, AARON A. BRANCH,
AARON CHATTERS, AARON GREEN, AARON M JONES, ABBUL RAHEEM,
ABRAHAM PENA JR, ADDIE WALKER, ADRIAN BAUDY, ADRIAN GADDIES,
ADRIENNE D. RECASNER, AIDA ELSAYED, AL SIMS, ALAN WEST, ALBA
RUIZ, ALBERT J DELANY SR, ALBERT VICTOR, ALDRINA TILLMAN, ALETHA
COUSINS, ALEX HEBERT, ALEX HEBERT, ALEXANDER HENRY, ALEXANDRA
HOWARD, ALFRED AUDREY, ALFRED C JOHNSON III, ALFRED GARDNER,
ALFRED GARDNER JR, ALFRED MATTHEWS, ALFRED PETERS, ALFREDA
BAKER, ALFREDA HARRIS, ALISKA NANCE MERCADAL, ALISON FLEURY,
ALLANA WASHINGTON CROOM, ALMA DAUPHIN, ALPHONSE RIVENS, ALRY
DARENSBOURG, ALTHEA REESE, ALTHEA WILLIS, ALVIN CAMPBELL,
ALVIN JOHNSON, ALVIN MCGEE, AMANDA FREIRE, AMANDA HODGES, AMC
MORTGAGE, AMELIA ANTHONY, AMELIA ANTHONY, AMZIE PIGOTT, ANA
ROVIRA, ANDRE MORGAN, ANDREA GROVNER, ANDREA M. SWAN-REED,
SUCCESSION OF ANDREW FERDINAND JR, ANDREW FUCHS, ANDREW

FUCHS, ANDREW RHODES, ANE` COLEMAM, ANGELA DIXON, ANGELA RACHAL, ANGELLE C. DEDMOND, ANGIE HANDY, ANNA JOHNSON, ANNE COLLINS SMITH, ANNETTE POWELL, ANNIE BUTLER, ANTHONY FLOT, ANTHONY JONES, ANTHONY KIMBLE, ANTHONY WREN, ANTHONY WREN, ANTOINE DENNIS, ANTOINETTE WILLIAMS, ARCHIE TUREAUD, ARLEEN W. PETERSON, ARMOND MERCADEL JR, ARTHUR FOLEY, ARTHUR HAYES, ASHLEE PEMBRICK, ASHLEY DIAZ, ASTHAIS FRYSON, AUDREY VAGAS, AUDRY HUBERT, AUDRY MCGILL, AUGUST J ROUSSELL, BARBARA B WASHINGTON, BARBARA CATALANOTTO, BARBARA EDWARDS, BARBARA HALL, BARBARA HALL, BARBARA JOHNSON, BARBARA MENENDEZ, BARBARA PERRY, BARBARA RILLIEUX, BARBARA ROBINSON, BARBARA SANDERS, BARBARA SCARBROUGH, BARBARA YOUNG, DIANE BERRYHILL, CAROL BERRYHILL, CALVIN BERRYHILL, BARRY JACKSON, BARRY JOHNSON, BEATRICE BRUNO, BEATRICE BUTLER, BELINDA JACKSON, BENNY DAHLGREEN, BERNADETTE HOUSTON, BERNADETTE HUNTER, BERNARD PIERRE, BERNELL WALKER, BERNICE NEALY, BERTHA RIDEAU, BETT RICKERSON, BETTY JONES-HILL, BETTY LEE, BEULAH HILL, BEVERLY A. SPANN, BEVERLY BANKS, BEVERLY JORNAN, LEONARD WHITTINGTON, BEVERLY WHITE, BILL JOSEPH, BIONCA SYKES, BLANCHE LAURENT, BOBBIE BRIDGES, BOBBIE MARSHALL, BOBBY TATE, BONNIE KIFF,

BRENDA BORRELL, BRENDA KERNELL, BRENDA MARCELIN, BRENDA MORRELL, BRENDA SMITH, BRENDA THOMAS, BRENDA TRENCH, BRIAN BUTLER, BRIAN BUTLER, BRIAN SACKS, BRIDGET BONNER, BRYAN STOVALL, BRYAN WHITE, BYRAN SMITH, C L BRUMFIELD, CALVIN LEGRONE, CALVIN LEGRONE, CARLA JACKSON, CARLINE MCDONALD, CARMISHA WOODS, CARNELL J THOMAS, CARNELL THOMAS, CARNELL THOMAS, CAROL EVERETTE, CAROL GAUTREAUX HOOPER, CAROL STUART, FRANK STUART, CAROLYN HARRIS, CAROLYN MILLER, CAROLYN REESE, CAROLYN TATE, CAROLYN YOST, CARRIE HARRIS, CARROLL BIENVENU, CASSANDRA SPENCER, CASSIE HOLMES, CECILE MANY, CELESTINE WILLIAMS, CELESTINE WILLIAMS, CEOLIA BROWN, CHAKA JARREAU, CHANELL MOFFETT, CHARLENE BELL, CHARLES GEORGE, CHARLES MCCRARY, CHARLES RENEE, CHARLES T LEACH, CHARLES TRUMAN, CHARLES WALKER, SILVIA WALKER, CHARMAINE DWYER, CHASTITY BARBARIN, CHERI BOURGEOIS, CHERIE DAVIS, CHERRY WILLIS, CHERYL REESE, PATRICIA DICKERSON, ALTHEA REESE, CHERYL WHITE, CHIRRIE HARRIS, CHRIS A BAQUET, CHRIS BOUDREAUX, CHRISTINE DOANE, CHRISTOPHER C LENNOX, CHRISTOPHER HYDE, CHRISTOPHER SIMMONS, CINNAMON REEVES-DAVIS, CLABE MASON, CLARENCE JOHNSON JR, CLARENCE KIRKLAND, CLARENCE L LORKETT, CLARENCE

-103-

MARCHAND, CLARENCE SCOTT, CLIFFORD R MARINE, CLIVE COLEMAN, COLESTINE EDINBURGH, CONNIE B JAMES, CONSTANCE M FLEURY, CONTESSA ROBERTSON, CORAL GRAY, CORAL MAHER, CORAL MAHER (DAUGHTER - POWER OF ATTORNEY), COREY D WARREN, CORINNE HUBBARD, CORNEL ROWEL, CORRINE HUBBARD, CORTEZ THOMPSON, COSMA GABLIANO, COURTNEY HOLLINS, COUTETTA CHAUVIN, CREAL JAMES SR, CYNTHIA BICKHAM, CYNTHIA BOURG, CYNTHIA DAVIS, CYRIL AUGUSTIN, D GARRISON, DAISY G LEWIS, DALE YOUNG, DALLAS MERRELL, DAMON JOHNSON, DANA SMITH, DANIEL LEWIS, DANIEL LEWIS, DANITA CLARK, DARELL JULIAN, DARILYN BUTLER, DARLENE ABASCAL, DARREL FONTENOT, DARRELL MCINTOSH, DARYL THOMAS JR, DAVID COMEAUX, DAVID COMEAUX SR, DAVID EARL BUTLER, DAVID GASPARD SR, DAVID POLK, DAVID VERNON THOMAS, DAVID WAYNE DUGAS, DEBBIE CERVINI, DEBBIE PERRY, DEBORAH A JONES, DEBORAH RILEY, DEBORAH WILLIAMS, DEBRA JENKINS, DEBRA RACHUBA, DEBRA SMITH, DEIADRA ELLIS, DEIDRE W MARGUERITE, D'ELEGANCE TEMPLE, DELORES FREEMAN, DELORES HENNEGER, DELORES LIVAS, DELORES ROLHI, DELORES TILTON, DELORIS WELLS, DELORIS WRIGHT, DEMETRIC JOHNSON, DEMETRIC JOHNSON, DEMETRIUS CAVOURAS, DENISE BEVROTTE, DENISE WILSON, DEONNE MEREDITH, DEREK MERCADAL, DEREK PROGRAIS, DERRICK

GREEN, DERRICK MORRISON, DIANA COOK, DIANA RENEZ, DIANA
WIMPERS, DIANE EDWARDS, DIANE GRAM, DIANE MADISON, DIANE
NORWOOD, DIANE SIMMONS, DIANE VILLAVASO, DIANNE AGE, DIANNE
HIGGINS, DINAH M WASHINGTON, DIONE LANDRUM, DOMINICK MAGGIE,
DON DORSEY, DONALD BROWN, DONALD COLLINS JR, DONALD E. LINK,
DONALD M TROTTER, DONALD RAY BLACKWELL JR, DONALD TATE,
DONNA BARNES, DONNETTE SMITH, DONNIE BARNES, DORIS DENNIS,
DORIS MITCHELL, DORIS WASHINGTON, DORIS WILLIAM, ETTA TURNER,
DOROTHY BUTLER, DOROTHY MILLER, DOROTHY QUARLES, DOROTHY
STEWART, DOROTHY WILLIAMS, DOROTHY WOMBLE, DOUG KNOX,
NESHAWN MARTIN, DOUGLAS ROBERTSON, DRISCELLA JOHNIKIN, DUYAN
MARTIN, DWAYNE MEADE SR, DWAYNE WILLIAMS, E C SPENCER, EARL
CAGER, EARL DARDRIEGE JR, EARL DONALD, EARLINE BROOKS, EARNEST,
EBONY OWENS, EDDIE BIRDSALL, EDDIE ROBERTSON, EDGAR TILTON,
EDMOND BACCHUS JR, EDNA DAWSON, EDNA FLEMING, EDWARD
DIAMOND, EDWARD HAINES, EDWARD JOHNSON, EDWARD LOCKETT JR,
EDWIN BROWN, EDWINA WASHINGTON, ELAINE BERRY, ELAINE ROBERTS
FOLEY, ELEASE BRADFORD, ELGIN ROBERTSON, ELINTHIA DAVIS, ELIZA
MONTGOMERY, ELIZABETH MONTGOMERY, ELIZABETH SPENCER, ELNORA
HOUSTON, ELYRIA BLUNT, EMERALD LEE, ERIC COCO, ERIC DEHART,

ERICK GONZALEZ, ERLINDA PEMBRICK, ERNEST BREAUX, ERNEST HOPPER, ERNEST RILEY, ERNEST WILLIAMS, ERNEST WILLIAMS, ERNEST WILLIAMS SR, ERROL SANDERS, ERTHA WASHINGTON, ETHEL CRUMP, EUGENE S LEWIS, EUKRIS E. BRADFORD, EULA W PAUL, EUREKA HALL, EUREKA HOLLOWAY, EVANS BROWN, EVELYN ADAMS, EVELYN ATHEWS, EVELYN F WAGAR, EVELYN ROBINSON, EVERETT LOCKETT, EVONNE CRAWFORD, FANNIE ADDISON, FAVRON WILLIAMS, FELICIA PENDLETON, FELIX AUGUSTIN SR, FELIX J WINCHESTER III, FELIX JACKSON, FERDINAND MERCHAND, FOREST J DEBRONICH, FRANCES KLEINPETER, FRANK DOUSE, FRANK MCLEOD, FRAZIER EDAWARD III, FRAZIER TOMPKINS, FRED COLLINS, VERA COLLINS, FRED KINDRED, FRED LEWIS WILLIAMS, FREDDIE MCLAURIN, FREDDIE MOORE, BONNIE MOORE, FREDENE MORIN HUGHES, FREEDA MARCHAND, GABRIELLE SUDS, GAIL GRANT, GAIL REUTHER, GAIL STEWART, GARY BILLIOT, GARY GREER, GARY SANTIAGO, GARY SMITH, GAVEN JONES-ELLISTON, GAYNELL PINION, GAYNELL SMITH, GENEVA DAVIS, GENEVIEVE WILLIAMS, GEORGE BERGERON, GEORGE BUTLER, GEORGE GILMORE, SUCCESSION OF GEORGE WASHINGTON, GERALD PANSANO, GERALD YOUNGBLOOD, GERALD YOUNGBLOOD SR, GERARD JOHNSTON, GERTRUDE PERKINS TAYLOR, GILBERT BLUNT, GILDA LEE, GILDA ROW, GINA AGE, GLADYS CLOTTEZ,

GLADYS LEWIS, GLEN ANSARDI, GLEN CYRES, GLEN EDWARD PAUL, GLENN ALLEN, GLENN CORNIN, ALFRED HOWARD III, GLENYS CASTRO, GLENYS CASTRO, GLORIA AMOS, GLORIA DOUGLAS, GLORIA HAYWOOD, GLORIA MARTIN, GLORIA MCWILLIAMS, GLYNIS JOHNSON, GOLDIE WILLIAMS, GRAY KELSON, GUADELOUPE VAIDEZ, GUS SMITH, GWEN DIGGS, GWEN H SEEBR, GWENDOLYN EDWARDS CARTER, GWENDOLYN MAGEE, HABITAT FOR HUMANITY, HALLIS YOUNG, HAROLD CADE, HAROLD MARCHAND, HARRY WEISER, HARVEY SANDERS, HATTIE BONDS, HATTIE MAE BROWN, HELEN BRIDGES, HELEN C. BEZUE, HELEN NOTO, HELEN WEAVER, HELENA JONES, HENRY L SALASSI III, HENRY STEWART JR, HENRY WILLIMAS, HEPREAN SIMMONS, HERBERT BRAZLEY, HERBERT COLLINS, HERBERT FELTON, HERBERT L MARTIN, HILDA PEARLEY, HOLLIS IRVING SR, HORACE MARTIN, HOWARD FOSTER, HOWARD FOSTER, HULIE JERNIGAN, IONE JOHNSON, IRA D BENNETT, IRENE B SIMMONS, IRENE BREAUX, OLIVIA BREAUX, IRENE SHROPSHIRE, IRIS GARCIA, IRIS MANUEL, IRIS MATTHEWS, IRIS ST ROMAIN, IRVIN GREEN, IRVINE FIGNEIRA, ISABELLE FRANCOIS, ISSAC WHITE, J D PAYTON, JACKIE GARDER, JACQUELINE LACKINGS, JACQUELINE MELANCON, JACQUELYN JAMES, JACQUELYN WEBER, JADA FOLEY, JADA YOUNG, JAKE MOSS, JAMAL ALLEN, JAMES ANDERSON, JAMES ANDERSON, JAMES B. GIBSON, JAMES

-107-

CHILSON, JAMES E. BUTLER, JAMES E. CHAMBERS SR, JAMES ELLIS, JAMES

ELLIS, JAMES FAULKNER, JAMES GARRISON, JAMES GARRISON, JAMES H.

BEARD JR, JAMES HARRIS, PAMELA CALISTE, JAMES HUNTER, JAMES ORR,

JAMES PALMER, JAMES PENALACIA, JAMES PRICE, JAMES WHITLOW JR,

JANE JONES, JANE MCDOWE WRIGHT, JANE WRIGHT, JANE WRIGHT, JANET

BRACY, JANET DEJEAN, JANET FELIX, JANET HARDY, JANET STEWART,

JANEZ COWART, JANICE WARR, JANNIE M MAGIREN, JASON BURGDORF,

JASON GUY, JASON MASON, JAUANA MARTIN, JAVONNA MERCADEL,

JAYNE HAMILTON, JEAN PAYTON HOLMES, JEAN THOMAS, JEANETTE M.

FOSTER, JEANETTE PRESTON, JEFF NUNNERY, JEMY HILLS, JENNIFER

COMEAUX, JENNIFER ELLEN KUHLMANN, JENNIFER GARRETT, JENNIFER

GARRETT, JEROME DEVEZIN JR, JERRY T GUTTER, JESSE ANTHONY, JESSE J

CONRAD III, JESSICA BULL, JESSIE ANTHONY SR, JESSIE J CONRAD, JESSIE

PAUL, JILL GABRIEL, JIMESE VAN BUREN, JOAN P HICKMAN, JOANN FOLEY,

JOANN WILLIAMS, JOE BADDON, JOE GREEN, JOE RANZINO, JOE SANDERS

JR, JOELLE TENO, JOHN  HAYWARD JR, JOHN BASSICH, JOHN BLOUIN III,

JOHN BROCK, JOHN DAVIS III, JOHN MURRY, JOHN PARKER, JOHN

WASHINGTON, JOHN WILLIAMS, JOHN WILLIAMS, JOHNNIE A CLARK,

JOHNNIE BRIDGES, JOHNNIE P MORGAN, JOHNNIE WILLIAMS, JOHNNIE

YOUNGBLOOD, JOHNNY HOOPER, JONATHAN BILLINGSLAY, JONATHAN

MARTIN, JONATHAN MORGAN, JORAN FREEMAN, JOSE RODRIGUEZ, JOSEPH LANAUX, JOSEPH NELSON JR, JOSEPH ROBERTSON, JOSEPH ROBERTSON JR, JOSEPH SCHEUERMANN, JOSEPH WHITE, JOSEPH WHITE, JOSEPHINE PIAZZA, JOY BABIN, JOY GUZZO, JOYCE D STONE, JOYCE GILBERT, JOYCE WILLIAMS, JOYCELYN YARDS, JUANITA JEAN BARIL, JUANITA LANDRY, JUDE BLANCHARD, JUDITH BAILEY, JUDY ADDISON, JUDY FOSTER, JUDY JAMES, JUDY JAMES, JUDY LUNDY, JUDY MUSACCHIA, JUDY RABALAIS, JULIA BURKA, JULIA LAFRANCE, JULIA MAE TYLER, JULIA TYLER, JULIA W BURKA, JULIANN JAMES BROWN, JULIE AUGUSTA, JUNIUS PAZON, JUSTINE PERKINS, J'VAL DUPREMONT, KARE ETHEREDGE, KAREN BOSEMAN, KAREN COLE, KAREN PAUL, KAREN WASHINGTON, KAREN WILTZ, KARISLYN HELMER, KARLA ROJAS, KATHLEEN BLANE, KATHLEEN HARDOUIN, KATHLEEN HARDOUIN, KATHLEEN MCLIN, KATHLEEN WOOD, KATHY OWSLEY, KATHY SCOTT, KATIE RIVERS, KATINA RICE, KATRINA BROWN, KEELEY PETERS, KEISHA RILEY, KEITH DUGARS, KEITH HILL, KEITH L. MARTIN, KEITH POLLUKA, KEITH PULLUKA, KELLY G HIGH, KEN ROCHAON, KENNETH CRIER, KENNETH FLETCHER, KENNETH JILES, KENNETH JOHNSON, KENNETH LANIER, KERMIT PENNINGTON, KERON MYLES, KERRIE BRADLEY, KERRY CARTER, KERRY MACKENROTH, LOUIS SISK, KESHIA MAGEE, KEVIN C. BATISTE, KEVIN

-109-

WILLIAMS, KIM HARDY, KIM JOHNSON, KIM PIDGEON, KIMBERLY HUNT, KIMP JOHNSON, KIMYATA DILWORTH, KIRDIE PIERRE, KWANDI WASHINGTON, KYLE D GALLAUD, KYLE MARCELL, TONI MARCELL, L.YAISA HENDERSON, LAINE BOISDORE, LAKEYER BRADY, LARENER HOOKFIN, LARRY BELCHER, LARRY CELESTAND, LARRY CELESTAND, LARRY COLEMAN, LARRY COLEMAN, LARRY DAVENPORT, LARRY KIRTS, LARRY LAURENT, LARRY LAURENT JR, LASHONDA GAINES, LATHAN FIELDS, LATHAN FIELDS, LAURALYN DOMINGUEZ, LAURIE HONOLD, LAVERNE BIRDSALL, LAVERNE MCCORMICK, LAWANDA M MARCHAND, LAWRENCE HARRIS, LAWRENCE HARRIS, LAWRENCE JOHNSON, LAWRENCE JOHNSON, LAWRENCE M THOMPSON, LAWRENCE SMITH, LEAH E KNAUS, LEDA BLANKS, LEDELL ALLEN, LEE B. WHITE, LEE GILYOT, LEE MIWSHULL, LEILA J EAMES, LEMUEL LEBLANC, LEO J SOLIS JR., LEONARD ADAMS, LEONARD BARTHELOMEW, LEONARD FRANCOIS, LEONARD FRANCOIS SR, LEROY THOMPSON, LESA MELLION, LESLEY MUMME, LESLEY O. MUMME, LESLEY SMITH JR, LESLIE BROOKS, LESTER HARRIS, LESTER HELAIRE, LETITIA YOUNGBLOOD, LILA MCCLENDON, LILJOSE TOMPKINS, LILLIE CIFAX, LILLIE GORDON, LILLIE HARRIS, LINDA BUFFINGTON, LINDA BURNS, LINDA CARTER, LINDA COOPER, LINDA CURTIS, LINDA CURTIS, LINDA JOHNSON, LINDA MCFARLAND, LINDA

-110-

RICHARD, LINDA SANDIFER, LIONEL JAMES, LIONEL MANSION JR, LIONEL PLATENBURG, LISA COLLINS, LISA HINGLE, LISA JOHNSON, LISA KEPPARD, LLOYD COLEMAN SR, LORETTE ORDOGNE, LORI HERM-MARTINEZ, LOUGERTHA FAULKNER, LOUINS CORNELL JOHNSON, LOUIS COLLURA, LINDA COLLURA, LOUIS E. GARNET, LOUIS EDWARD IRVING III, LOUIS F HOLMES JR, LOUIS HOLMES, LOUIS IRVING, LOUIS JOHNSON, LOUIS MARASCALCO, LOUIS RICHARDSON, LOUISE BILLIOT, LOUISE S YOUNG, LOUVINIA ALEXANDER, LOVIDA JOHNSON, LUCIEN P. DENESSE, LUCILLE WILLIAMS, LUCINA AVILA, LUE ETHEL WILLIAMS, LUEREATHER MERRILL, LULA STEWART, LULA STEWERT, LYNLIE LAFORE, LYNN BROWN, LYNN LEWIS, LYNN M. PATNETT, LYNNOKA MISKELL, MADALINE ABEAR, MADELIN HEBERT, MADONNA WILLIAMS, MAGUERITE AGE, MANDY KELLY, MARDELE EARLY, MARGARET BERGERON, MARGARET BERGERON, MARGARET GASPARD, MARGARET JOSEPH, MARIA SMITH, MARIE MAGEE, MARIE MAGEE, MARILYN OWENS, MARILYN THOMPSON, MARION BURSE, MARION DOUSE, MARION LEBLANC, MARION LEGARD, MARION R CONZELMANN, MARK ANTEE, MARK LEBLANC, MARTHA WEIKERT, MARY ALBERT, MARY ANNE WEBER, MARY ANNE WEBER, MARY ATKINS, MARY BROOME, MARY BURNS, MARY C SMITH, MARY COLEMAN, MARY GANT, MARY HILL, MARY WHITFIELD, MATHEW DIMACCO, MATHEW JEFFERSON,

-111-

BRENDA JEFFERSON, MAXIMO LOPEZ, MAYCHELLE BICKHAM, MELBA BARTHOLOMEW, MELINDA CLOUD, MELISSA DREAUX RUSSO, MELISSA MANUEL, MELVIN A. PARKER, MELVIN COLVON, MELVIN E DAVIS, MELVIN JONES, MELVIN PARKER, MELVINA BUTLER, MERLIN A DUPLESSIS, MERLIN J RUIZ, MERLIN RUIZ, MICHAEL CLARK, MICHAEL I JONES, MICHAEL JONES, MICHAEL JONES, MICHELE BROWN, MICHELLE HARRISON, MICHELLE MORRIS, MICHELLE TURNER, MILDRED MITCHELL, MILDRED PATTERSON, MILTON HAYNES, MILTON WHITE, MISTY TUREAUD, MOLEN URSIN, MOLEN URSIN, MONACITA JACKSON SIMMONS, MONICA KNIGHTEN, MONIQUE GARIBALDI, MORRIS GOULD SR, MORRIS MOORE, MR & MRS JOHN B WILLIAMS DBA EDINBURGH-WILLIAMS BEAUTY SALON INC, MR & MRS LARNELL HUBBARD, MILTON CREECY, MRS JASON FREEMAN, MRS JOHN B WILLIAMS, MYRNA COLLADO, MYRNA SPOTS, NAIKIA WILSON, NAOMI FARVE, NAPOLEAN WILLIMAS JR, NATHAN DUPREE, NATHANIAL STEVEN, NATIYA JOSEPH, NATUSHA BARDEVE, NELDA TURNER, NELSON WARE, NELWYN HARRELL, NIA SMITH, NICOLE HARRIS, NICOLE PAILET GENTRY, NICOLE THOMAS, NICOLE-WIFE, NJERI DIXON, NOEL DICKSON, NOELLA ROCHON, NOMETTA LAWSON, NORMA BROCK, NORMAN FALLS, NOVELL PHILIPS, NYGIA LAMBERT, NZINGA TALBERT, OCTAVE M PEREZ JR, ODE B RUTLER, ODELILIA DESLATTE, ODETTE N COLOMBO, OLA TYLER,

OLGA-MARINA DARENSBOURG-BROWN, OLIVER CHAMBLISS, OLIVER SMITH, OLIVER TUREAUD, OLIVIA FONTENOT, OSCAR LEWIS, OSCAR LEWIS, OSIE MCCORKLE, OTIS STEWART, PJ ROBINSON JR, PAMELA CALISTE, PAMELA WILLIAMS, PATRICE YARLS, PATRICIA BROWN, PATRICIA DOUGLAS, PATRICIA HARRIS, PATRICIA JOHNSON, PATRICIA WASHINGTON, PATRICIA WASHINGTON, PATSY ROUSSEL HART, PAUL GOLDSMITH, PAUL MORRIS, PAULA JACKSON, PAULETTE PEARSON, PAULETTE SIMON, PAULINE CHEATHAM, PEGGY BROU, PENNY PENN, PEPITO H PATINO, PERCY PUGH, PERCY WILLIAMS, PETER S THOMPSON, PETER VERHOEVEN, PHILLIP BARTEN, PHILLIP PHILLIPPELLO JR, PHILLIP TROXCLAIR, PHILLIP WALKER, PHYLLIS WHITEHEAD, PHYLLIS WHITEHEAD, PORFIRIO BERDOS, PORFIRIO L BERDOS, PORLAND LANDRY, PRISCILLA WILLIAMS, QUANITA BARIL, RAFEEQ NU`MAN, RALPH TURNBOW, RAMONA FABRE, RANDALL JONES, RANDELL JONES, RANDY PACKNETT, RANDY STEWART SR, RASARIO VERDERAME, RAUOL MARQUES III, RAYMOND HOLMES, RAYMOND LUMAR, RAYMOND MUSACCHIA, RAYMOND W SERAILE, RAYON JONES, REBECCA LYNCHARD, REESE KIRKLAND, REGINALD B ELUM, REGINALD SMITH, REGINALD SMITH, REGINALD STARKS, RENIKA BOUTTE, RHEENA WALKER, RHONDA FLEMING, RIAL DILES, RICHARD FAULKNER, RICHARD FRYSON, RICHARD

HEBERT, RICHARD J MORIARTY, RICHARD KING, RICHARD SAUTER, RICKY JOSEPH TAMBURO, RITA MALLAUN, RN LINDSAY, ROBERT ESCO, ROBERT HICKMAN, ROBERT NEWMAN JR, ROBERT PAUL DUGAS, ROBERT PIERCE, ROBERT SEVALIA, ROBERT SPRIGGENS SR, ROBERT YOUNG JR, ROBIN WESTON, ROBIN WILLIAMS-DAVIS, ROCIO ALONSO, RODERICK DOUSE, RODERICK TAYLOR, ROGER ANDERSON, ROLAND DARBY JR, ROLONDA CLEMENTS, ROMAN DAVIS, ROMENIA GARCIA, RON DENDINGER, RON FLAGGE, RONALD BADELL, RONALD C GUIDRY, RONALD GREEN, RONALD KUYKENDALL, ROOSEVELT KYLES, ROOSEVELT STEWART, ROSANNA BARNES, ROSARY CHETTA, ROSELLE FERRARA, ROSEMARY ANDERSON, ROSEMARY KAISER, ROUSE WILLIAMS, ROY PATTERSON, ROZELIA HEBERT, RUBY WILLIAMS, RUDOLPH BOWS SR, RUMEL WALKER, RUSSELL FERAN, SABRINA DEBOSE, SABRINA HARRIS, SABRINA HARRIS, SAMUEL A SMITH JR, SAMUEL MCCLINTON JR, SAMUEL SANTA MARINA, SAMYNTHIA THOMAS, SANDRA OUBRE, SANDRA OWENS, SANDRA THOMAS, SANDY LEVY, SANDY ZEHNER, SEYMOUR PRICE, SHARLENE NEGROTTO, SHARLOTTE HAYES, SHARON GREEN, SHARON MORETTI, SHARON MURPHY, SHARON NEYLAND, SHARON STERLING, SHARONA WALKER, SHAWN BONDS, SHAWN SMITH, SHEDRICK FLOWERS, SHEILA HUDSON, SHEILA JACKSON, SHEILIA NOAH, SHERALD DANIELS, SHERRIE AUDRICT,

SHEWAN JACKSON, SHIRLEY A STARK, SHIRLEY M FRANCOIS, SHIRLEY RUSSELL, SHIRLEY SMITH, SHULTONI ARD, SIDNEY DUGAS, SIDNEY J RILLIEUX, SIDNEY JOSEPH DUGAS, SONJIA WASHINGTON, SOPHELIA DUVERNAY, SPENCER D THEARD SR, SPENCER THEARD, STACEY GASPARD, STAN GUIDRY, STANLEY JOHNSON, STANLEY MCRAE, STEPHEN P RUPERT, STEVEN CROCKER, STEVEN L CROCKER, STEVEN S STEVENS, STEVEN ST ROMAIN, SUE POIRIER, SUSIE BROWN, GLORIA ROBERTSON, SUZIE CHOSA, SYDNEY J RILLIEUX III, SYLVIA BIAGAS, SYLVIA COPELID, SYLVIA DEFLANDERS, SYLVIA MATTHEWS, SYRIA HARRIS, TAMAKA GOLDEN, TAMMIE MERRIDITH, TAMMY SCOTT, TANYA HAMMOND, TANYA HARRIS, TANYA HONORE, TANYA M LEWIS, TAVONI MITCHELL, TERI LOWRY, TERRENCE H BUTLER, TERRENCE MANUEL, TERRI ESPINOSA, TERRI MITCHELL, TERRY BATTAGLIA, THELMA GAINES, THELMA SEALE, THELMA THOMAS, THERESA RICARD SMITH, THERESA RICHARD SMITH, THOMAS ANDERSON, THOMAS COATES, THOMAS HOITINGA, THOMAS TERRY, TICARA HAWKINS, TIFFANY MOSES, TIMES SQUARE SHOPPING CENTER, TISHA ANTHONY, TOMMY WILLIAMS, TONDRA REED, TONYA HALL, TRACY NARCISSE, TRANELL BARTON, TRAVONDA WOODS, TROY A. CUMMINGS, TROY ADAMS, TROY GIBSON, TYAMBER POREA, TYMICA HORN, TYRONE MOFFETT, TYRONNE FOOTS, V GARNER, VACHEORAO

JOHNSON, VALERIE GOSTL, VANESSA SMITH, VENNEDETTE HOUSTON, VERGIE ARDOU, VERINA SANCHEZ, VERONICA BIAS, VERONICA JEAN, VERONICA N HANKTON, VERSALIE WILSON, VICKY SUNSERI, VICY DOUCETTE, VINCENT HORNSBY, VINNIE MILLS, VINNIE MILLS, VIRGINA GUICHARD, VIVIAN HARPER, WADE PINKIE, WAITER P WHEELER, WALTER ANDERSON, WALTER BRIDGES, WALTER HARRIS, WALTER HARRIS JR, WALTER LEDET, WANDA JACOBS, WANDA JONES, WANDA LOWE, WANDA SLACK, WANDA TYLER, WAYNE BREMERMANN, WAYNE JUSTIN, WAYNE JUSTIN, WAYNE W. HOWARD, WELDON FRAZIER, WENDALL MONTREL, WENDELL WELLS, WENDY DORBERTH, WESLEY RECASNER, WILBERT CHAMBLISS JR, WILLIAM ANDREWS, WILLIAM BREITHOFF, WILLIAM C WATTS, WILLIAM C WILLOUGHBY, WILLIAM DOOLEY SR, WILLIAM MARTIN, WILLIE DANIEL, WILLIE JONES-BLUNT JR, WILLIE LEE, WILLIE MACKIE SR, WILLIE MAE DILLON, WILLIE SHAW, WILLIE SMITH, WILLIE TATE, DOROTHY TATE, WILLIE TRASK, WINTER BUTLER, WITNEY MARTIN, WONDA CRAWFORD, WOODROW REED JR, YOLANDA R ELLIS, YVETTE CAILLOUET, YVONNE DEROCHE, YVONNE NETTERS, YVONNE THOMPSON, YVONNE W NETTERS, ZELDA MOORE, ZELIA BROWN, TERRY EUGENE, EVELYN N. AVDLER, ALFRED & LIDIA DIDES, ROLANDA J. BAPTISTE, GREGORY C. JOHNSON, JOHN CUCCIA, LISA PELLEGRINI, DENNIS BLOCKER,

GREGORY JACKSON, KENNETH MITCHELL, DAVID ALBERT, CLAUDE
BAUDOT, MURALIE H. PARKER, OLIVER LUCIUS JR., DELARIES C. PENN,
GLENDA J. TURNER, DONNA AKINS, INGRID R. KIEFFER, ARMSTEAD
KIEFER, SYLVINA H. JENKINS, WANDA J. MASON, WILLIAM MASON III,
LARRY SONGY, LEO GANT, MARY GANT, MATTIE W. DORSEY,
STRAUGHTER PROPHET, QUINFORD J. BLANCHET, ESTELLA BLANCHET,
CANUKKA S. HILL, LINDA A. BALDWIN, DONALD BALDWIN, VONCIEL
THORNTON, OLIVER THORNTON, RUBY T. JAMES, LOUISE FRINTLEY,
HAROLD HANSFORD, SHERLY C. HANSFORD, DIANE FERNANDEZ, SILVO J.
FERNANDEZ, LINDA A. ORTIZ, VERONICA DAVIS, PEGGY HANES, VANESSA
SMITH, CINDY P. AMSTRAY, ALFREDA C. PORTER, LISA SKIPPER, DAVID
DECAREAUX, MARIA T. COMPAGNO, JOSEPH MANEY, LARRY J. SONGY,
MONIQUE CARTER, FRANCES W. CARTER, WARREN CARTER, YOLANDA M.
MCZEAL, NATHAN GREMILLION, DOMINIQUE JEWELL, MARLON
DOMINIQUE, CHRISTINE A. VALTEAU, DAVID C. BARIL, EILEEN BARIL, GAIL
M. WILLIAMS, ALFREDA C. PORTER, ERNIE R. PERRY, ANDREW BALDO-
ESTINOSA, FABINAU BALDO-ESTINOSA, FRANK MARGIE, LAWRENCE
FRANK, LINDA A. ORTIZ, ARLINN L. POUND, ANTHONY PICHON, III, LOUISE
PINCHON, CINDY J. MCCADNEY, BRIAN K. MCCANDEY, LUCY STEWART,
LIONEL STEWART, DIANE C. BAROSSE, MICHEL AUGUST, SR., FRANCIS

DONNAUD, RONALD DONNAUD, LAURENT M. LEE, JACQUELINE THIBODEAUX, KAREN T. BERTHELOT, KENNETH BERTHELOT, RACHELL M. CARR , PETER LOMBARDO, MARY LOMBARDO, STACIE TAMPERA, DEBORAH FULLER, LIDIA DIDES, ALFRED DIDES, LISA PELLEGRINI, RANDY CORDES, ELIZABETH PARNLAN, GEORGE E. ARMENTOR, KATHLEEN BAUER, BAMBI PINCHON, RICHARD D. HAPNER, JUNITH A. HAPNER, JOANN A.MURSE, MURIEL P. BROCK, RENE T. HOLLINS, CHARLETTE HOLLINS, GREG LANDRY, PATTI PATE, ROLANDA J. BAPTISTE, VANESSA SMITH, VIRGIE M. CASTON, HILDA C. LAME, RAMARIA P. GORE, ANGELA M. ISABELL, BEN BADON, ANDRIA JACKSON, ERIN FARTHING, MARILY P. MARILYN, AARON A. WASHINGTON, ROSEVELT C. WASHINGTON, MICHEAL GUIDRY, JOHN R. EDWARDS, SR., DOROTHY A POWELL, FRANK POWELL, LLOYD YOUNG, ORELIA YOUNG, SHERA B. YOUNG, ANDREA JEANMARIE, KEWANA N. DAY, TIMOTHY DAY, MARY ABRAHAM, HESTER LAWRENCE, LIONEL COBB, DELARIES C. PENN, PHYLISS P. TARDY, CLINTON JERAD JOHNSON, DARLENE P. BALDEN, RICKY BALDEN, LINDA A. WILLIAMS, JACQUELIN J. CORDIER, JAMES P. CORDIER III, SHANDON R. DAVIS, TABATHA DAVIS, OLLIE B. GRANT, ERNEST GRANT, JR., DIANNE FOSTER, HERSCHEL FOSTER, ANTHONY SLOT, SR., RENE STIAES, KATHELINE STIAS, DELORES M. EDWARDS, MURRAY LACEY, DAPHNE R. WILLIAMS,

-118-

BERNADINE ADAMS, THUBANG DALG, EVIRA LAFAYUADE, GAIL FAYARD, PAUL WEST, LYNN WEST, JACQUELINE B. ALMERICO, MERLIN BORNE, JACQUELYN DODD, ROMA H. DODD, STANLEY J. WILTZ, BEVERLY A. DUCRE, YOLANDA R. DOZIER, E.J. RUSICH, LAWRENCE MOSLEY, CORNEN MOSLEY, BEN BADON, ADRIA JACKSON, LISA A. COLLINS, ALVIN COLLINS, JUDITH J. BRADLEY, DONALD R. BRADLEY, RITA A. BARNETT, TIMOTHY SMITH, LEO H. GANT, CONNIE J. EASON, ROXIE W. HULL, BARBARA INSLER, DIANE M. DEMPSEY, VANESSA SMITH, ARTHUR CATALANOTTO, ANDREW OLIVER, DEANDRELISE MAHONGY WILLIBY, GRENISA MARISHE ALLEN, GABRIELLE MONICA ALLAN, HARRIET W ALLEN, DAMON A LEWIS, BARBATA MENENDEZ-SIMPSON, STEPHANIE C MINTO-GIBSON, PATRICIA A TUCKER, ALFRED D COOPER, TYNICA LYNN HOLMES, MURLENE GOURDAN, MARJORIE A WHEELER, MICHELLE A POWELL, JOSEPHINE G KENNEDY, TROY LYNN NEVEAUX, LINDA PAYNE, TOYA M PAYNE, FLORASTINE L NORWOOD, LAKISHA HARRIS, ELIZABETH R POWERS, PAUL PULLENS, DEBRA MANUEL, GINA LOHITHA BRIDGES, CLINT L YOUNG, HAROLD YOUNG, LOUISE YOUNG, LOIS W HARRIS, TONYA M DAVIS, BOBBY ANNE REAUX, LUCILE RICHARDSON, MONDIAIAN M LAFAYETTE, ALOMA SHARPE, ROBIN F POWELL, CHARLES J WILLIAM SR, MONICA WILLIAMS, LEONARD D LARKIN, DEBORAH LARKINS, BEATRICE LEONARD, VELMA

LEONARD, NAVEEDUNNISA AHMED, SYED A AHMED, PHYLLIS JACKSON, DIEDRA MCCUE, JANICE LEE, MCALLISTER LEE, JACK RABITO, ROBERT RABITO, BEVERLY BENN-BELL, CLARENCE BELL, MORRIS R BROWN JR, ANN L BROWN, ROSA M DAVIS, C.W JOHNSON, CATHERINE L PHIPPS, LORETTA J BROWN, ROY K BROWN, DOLHMAN BROWN, STEVEN BARNETT, SHIRLEY BARNETT, CURTIS JONES, PATRICIA A ZAR, JOSEPH LODWICK JR, ZARUL A LODWICK, LORITA M PELLEBON, ELLIOT O PELLEBON, SYLENA R DAVIS, CHRISTINE B WILLIAMS, CAROL J BLOSSOM, CONNIE L SCOTT, LINDA J CALLAIS, BRENDA JEFFERSON, MATHEW JEFFERSON, HENRY ALVIN, RICHONDA BRIDGES, BRENDA WAGNER, LEWIS V WAGNER JR, MANUEL MOSES, DIEDRA MONROE, EVELYN P FORCHIA, ARLENA L MACK, TERRELL WILLIAMS, GERALD KIRCHEM, BEVERLY KIRCHEM, ANGEL HILAIRE, LARRY PAYNE, JIUJANG YU, YAN GAO, JEANETTE SMITH, MELVIN SMITH, PATRICIA EDWARDS, THEOPHILE S SOULET JR, LOUISE D SOULET, LOUIS F HOLMES, III, JACQUELINE M FORTE-MACKAY, PATRICK NUNEZ, MARY GUIDREY, ANTHONY G RHODES, THERESA M FIELDS, YVONNE J GASPER, JAYNEL M GASPER, RUDOLPH G GASPER, VERNA LLOYD, CONSTANCE WARREN KENNIE, LINDA J FOSTER, RICHARD X PATIN, JOY R PATIN, KEYSHA R FINLEY, ANTONIO L FINLEY, MICHELLE PURIJANO MOORE, LIONEL MOORE JR, KAREN D VINSANAU, GLORIA M BRISSETTE,

ERNESTINE BROCK, A.R BROCK, OLIVER HENRY JACKSON, III, VENNAY BUIE, ALEXZINE M FORTIER, WILBERT J ROCHE SR, SHIRLEY L ROCHE, JEAN S TURNER, BARBARA ANN AMBROSE,  THADDEUS S PLUMMER, SANTA WILTZ PLUMMER, CHERYLYN MARIE SMITH, MARQUISE Y HILL, PAUL J BUISSON, CHERYL B BUISSON, EDWARD LEE WILLIAMS SR, CYNTHIA MARIE WILLIAMS, ROSLYN HOLMES, DENISE J HENRY, DARRELL J WALKER, REGINALD SANDERS, DENISE SANDERS, RONELDA W BRISTER, BELTON BRISTER, FRANCES LOUISE BRUMFIELD, ROGER A MAZIQUE, SHERRY D HILL, KAREN DAY CASS, THOMAS MACK CASS SR, ADAM ERNEST PROUT, AUDREY BROOKS PROUT, DAWN MELERINE, RICKEY MELERINE, URSULA HOPKINS, LEONARD WILLIAMS, DELRON GARRETT, JUAN MIGUEL, MARIE MIGUEL, NORMA JOHNSON, MORRIS JACKSON, SUSAN BANKSTON, JOYCE KRANTZ, NADJA ELLIS, NINA CRAFT, NANCY GUY, ROSIE GUILLEMET, GLORIA THOMAS, EVA HICKEY, ELAINE BROUSSARD, ERROL BROUSSARD, DARLEEN EDWARDS, BRYANT B. MCDONALD, DAMIEN GREEN, JANICE JAMES, TYRONE JAMES, CLARENCE BAKER, KARLA BAKER, ROSALIE IVES, JAWAD SHAKIR, HAZEL SHAKIR, MANDY KIRK, VERA MCFADDEN, SARAH LAIN, MORDRIA DOYLE, ROLAND JOHNSON, RUBY JOHNSON, LUCILLE JOHNSON, DEBRA HARRIS, HENRY HARRIS, PATRICIA COOK-WILSON, ROBERT WILSON, VERNON THOMAS,

-121-

MARIA THOMAS, HARRY DOUGHTY, BERTHA DOUGHTY, LARNETTE SMITH, EMMETT SMITH, ANTHONY DARANDA, ENOLA DARANDA, JOY BARBARIN, PATRICE DOMINIQUE, MARK DOMINIQUE, CHERYL STERLING, TIM MARTINO, RAE ANN MARTINO, JACK QUARLES JR, DOROTHY QUARLES, THOMAS BARNETT, DIANE BARNETT, NICOLE CORRELL, ADAM CORRELL, DELORIS SIMMS, GLYNN DEXTER, DALE METOYER, CHARLES BROWN, GARY RADELAT, GERALD BAILEY JR, JOSEPH DORSA, ANN DORSA, ROY SINGLETON, JEAN SMITH-SINGLETON, MIA HARRIS, DONNA SMITH, SHARON WARREN, DOROTHY BOCK, VERANIECE KNOTEN, PATRICK LEW, LINDA LEW, DIEDRA MONROE, GREGORY MONROE, WILBUR LAWRENCE JR, TIFFANY HOOKS-VITRANO, GERARD VITRANO JR, BELINDA FERRAND, ARTHUR HAMMOCK JR, ALICE HAMMOCK, CAROLYN TREUTING, JAIME PARELLADA JR, BARBARA KELLUM, MARY COOKE, LORNE HALL, MARY HALL, ROBERT BOWSER, CHARLENE BOWSER, ANDREW SCEAU, JEAN JOSEPH, EVA HICKEY, MARY TOOLEY, DON THOMAS, GERALDINE FERDINAND, HAROLD BRISCOE, VERONICA BRISCOE, CHARLOTTE THEOPHILE, LEONARD THEOPHILE III, TRACEY EDWARDS, CLARA STANSBERRY, OTIS STANSBERRY, WILLIE LEONARD, BLAINE GAUBERT JR, SEAN GAUBERT, JACQUELYN LAPIERRE, KIM HUDSON, DAN HUDSON, DONNA BATISTE, JENNIFER DIAZ, ALBERT WAKER, ROBERT DANNER,

ANDRE WALKER, SHAWANDA HOWARD, VALENCIA BATTLE, JOY BATTLE, RALPH BATTLE, VALENCIA BATTLE, LARRY MENENDEZ, BARBARA MENENDEZ, LEONARD MORRIS, BERNADINE MORRIS, SHERREL HARRIS, NORMAN HENRY, BARBARA WILSON, DOROTHY JOHNSON, DOROTHY MULLINS, CRYSTAL BURGESS, CLAYTON MUSACCHIA, JUDY MUSACCHIA, DIANNE BARRIERE, O'LARA BARRIERE, DOROTHY LANDOR, POLLY SMITH, YVONNE HITTS, ELVIRA GRAY, MAPLE STOREY, KLEBERT BERGERON, EVELYN BERGERON, PEARL JACKSON, CARRIE BICKHAM, BERNICE HITTS, CLARA GREEN, BETTY PIERCE, CAROL GREEN,   CERALANN JILES-WILLIAMS, JOAQUIN WILLIAMS, ANGELA CHALK, JOHN WILLIAMS, CASSANDRA WILLIAMS, ZINA BARRE, ROY BARRE, LUCRETIA BRISCOE, DIAN LAWLESS, THADDEUS LAWLESS SR, ELSTON ALLEN, MATHILDE SMITH, MYRNA KEYS, ELPHAGE KEYS,  JUSTIN BARNETT, JIUJIANG YU, YAN GAO, DELENE TORRY, CHRISTINE COLLINS, JACK MEVERS JR, MILDRED BRADY, WINIFRED HYMEL, FRANCIS HYMEL, , ELMER WASHINGTON, MICHAEL SPOO, LUCILLE JOHNSON, MALCOLM VAUGHN, MILDRED VAUGHN, PERCY VAUGHN, HESTER VAUGHN, SARON BRIGHT, KURT COULON SR, SAMANTHA COULON, KURT COULON JR, GREGORY COULON, CHRISTOPHER COULON, KELVIN BUSH SR, MARY BUSH, JOHN HENDERSON, MYRNA KEYS, ELPHAGE KEYS JR, MATHILDE SAVOIE,

-123-

LUCRETIA BRISCOE, NATHLYNN DELLANDE, LAWRENCE DELLANDE, ELMER WHITE, LOUISE WHITE, ROBERT MONK, OLIVIA MONK, DEIDRE MIRE, FELIX BOURGEOUIS, RUDOLPH BOLDS, JESSIE BOLDS, DEBBERA BROWN, SANDRA IVORY, TRIANDA SPRIGGERS, DEBRA JONES, ALVIN JONES III, JOYCE BAPTISTE, PATRICIA FABBRA, GLORIA JEAN MAGEE, JUDY DUBROCA, JAMES DUBROCA, CAROL STERLING, MILTON CARR, DEANDRA CARR, MARGARET FERNANDEZ, CERAL JILES- WILLIAMS, JOAQUIN WILLIAMS, MARCIA TAYLOR, ARNESTA TAYLOR, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, aver as follows:

I.

INTRODUCTION

1.     On August 29, 2005, Policyholders were Louisiana residents who owned immovable property with improvements, principally houses or related residential structures, as well as personal property located there which was destroyed or damaged by winds generated by Hurricane Katrina.

2.     The Policyholders bring this action on behalf of themselves and all other similarly situated for declaratory judgment, breach of contract, breach of the implied duty of fair dealing and good faith, breach of fiduciary duty, and breach of Louisiana's bad faith and Valued Policy statutes, arising out of the wrongful, negligent, reckless and/or intentional refusal of Defendants AEGIS SECURITY INSURANCE COMPANY, AIG

-124-

CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE COMPANY, AIG NATIONAL INSURANCE COMPANY, INC., AIG PREMIER INSURANCE COMPANY, ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN EMPIRE INSURANCE COMPANY, AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, AMERICAN FAMILY HOME INSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL PROPERTY INSURANCE COMPANY, AMERICAN INSURANCE COMPANY, THE, AMERICAN NATIONAL GENERAL INSURANCE COMPANY, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AMERICAN SECURITY INSURANCE COMPANY, AMERICAN SOUTHERN HOME INSURANCE COMPANY, AMERICAN ZURICH INSURANCE COMPANY, AMICA MUTUAL INSURANCE COMPANY, ANPAC LOUISIANA INSURANCE COMPANY, ARMED FORCES INSURANCE EXCHANGE, ASSURANCE COMPANY OF AMERICA, AUDUBON INDEMNITY COMPANY, AUDUBON INSURANCE COMPANY, AUTO CLUB FAMILY INSURANCE COMPANY, AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE, BALBOA INSURANCE COMPANY, BALBOA

-125-

LLOYDS INSURANCE COMPANY, BANKERS INSURANCE COMPANY, BANKERS MULTIPLE LINE INSURANCE COMPANY, BANKERS STANDARD FIRE AND MARINE COMPANY, BANKERS STANDARD INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, COLONIAL LLOYDS, COLUMBIA CASUALTY COMPANY, COLUMBIA INSURANCE COMPANY, COLUMBIA MUTUAL INSURANCE COMPANY, COMPASS INSURANCE COMPANY, DELTA LLOYDS INSURANCE COMPANY OF HOUSTON, TEXAS, ELECTRIC INSURANCE COMPANY, ENCOMPASS INSURANCE COMPANY OF AMERICA, ENCOMPASS PROPERTY AND CASUALTY COMPANY, ESSEX INSURANCE COMPANY, FARMERS INSURANCE EXCHANGE, FIDELITY AND CASUALTY COMPANY OF NEW YORK, THE, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, FIDELITY AND GUARANTY INSURANCE COMPANY, FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., FIDELITY FIRST INSURANCE COMPANY, FIDELITY NATIONAL INSURANCE COMPANY, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, FINANCIAL CASUALTY AND SURETY, INC., FINANCIAL GUARANTY INSURANCE COMPANY, FINANCIAL INDEMNITY COMPANY, FIREMAN'S FUND INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY OF LOUISIANA, FIREMAN'S FUND INSURANCE COMPANY OF NEBRASKA, FIREMAN'S FUND

-126-

INSURANCE COMPANY OF OHIO, FIREMAN'S FUND INSURANCE COMPANY OF WISCONSIN, FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, HANOVER AMERICAN INSURANCE COMPANY, THE, HANOVER INSURANCE COMPANY, THE, HARLEYSVILLE INSURANCE COMPANY, HARLEYSVILLE MUTUAL INSURANCE COMPANY, HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, HARTFORD INSURANCE COMPANY OF THE MIDWEST, HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, HARTFORD UNDERWRITERS INSURANCE COMPANY, HOMESITE INSURANCE COMPANY, HORACE MANN INSURANCE COMPANY, HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY, INDEPENDENT MUTUAL FIRE INSURANCE COMPANY, KEMPER CASUALTY INSURANCE COMPANY, LAFAYETTE INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, LEXON INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, LOUISIANA CITIZENS COASTAL PLAN, LOUISIANA CITIZENS FAIR PLAN, LOUISIANA FARM BUREAU CASUALTY INSURANCE COMPANY, LOUISIANA FARM BUREAU MUTUAL INSURANCE COMPANY, MARKEL AMERICAN INSURANCE COMPANY, MARKEL INSURANCE COMPANY, MERITPLAN INSURANCE COMPANY, METROPOLITAN

-127-

CASUALTY INSURANCE COMPANY, METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, METROPOLITAN GENERAL INSURANCE COMPANY, METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE CO., NATIONAL FIRE AND INDEMNITY EXCHANGE, NATIONAL INSURANCE ASSOCIATION, NATIONAL LLOYD'S INSURANCE COMPANY, OMAHA INDEMNITY COMPANY, THE, REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, REPUBLIC INDEMNITY COMPANY OF AMERICA, REPUBLIC INSURANCE COMPANY, REPUBLIC LLOYDS, REPUBLIC MORTGAGE INSURANCE COMPANY, REPUBLIC UNDERWRITERS INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF AMERICA, SAFECO INSURANCE COMPANY OF ILLINOIS, SAFECO INSURANCE COMPANY OF INDIANA, SAFECO NATIONAL INSURANCE COMPANY, SAFECO SURPLUS LINES INSURANCE COMPANY, SCOTTSDALE INDEMNITY COMPANY, SCOTTSDALE INSURANCE COMPANY, SECURITY INSURANCE COMPANY OF HARTFORD, SECURITY PLAN FIRE INSURANCE COMPANY, SOUTHWEST BUSINESS CORPORATION, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ST. PAUL GUARDIAN INSURANCE COMPANY, ST. PAUL PROTECTIVE INSURANCE COMPANY, ST. PAUL SURPLUS LINES INSURANCE COMPANY, STANDARD FIRE INSURANCE COMPANY, THE, STANDARD GUARANTY INSURANCE COMPANY, STATE FARM FIRE AND

CASUALTY COMPANY, STATE FARM GENERAL INSURANCE COMPANY, STATE NATIONAL FIRE INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, STONINGTON INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY COMPANY OF CONNECTICUT, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, TRAVELERS EXCESS AND SURPLUS LINES COMPANY, TRAVELERS HOME AND MARINE INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY OF AMERICA, THE, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE, TRAVELERS INDEMNITY COMPANY, THE, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S, LONDON, UNION INSURANCE COMPANY, UNION NATIONAL FIRE INSURANCE COMPANY, UNION STANDARD INSURANCE COMPANY, UNITED CASUALTY INSURANCE COMPANY OF AMERICA, UNITED FIRE & INDEMNITY COMPANY, UNITED FIRE AND CASUALTY COMPANY, UNITED NATIONAL CASUALTY INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, UNITED NATIONAL SPECIALTY INSURANCE COMPANY, USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY, VOYAGER INDEMNITY

INSURANCE COMPANY, VOYAGER PROPERTY AND CASUALTY INSURANCE COMPANY, WASHINGTON INTERNATIONAL INSURANCE COMPANY, WASHINGTON NATIONAL INSURANCE COMPANY, WESTERN DIVERSIFIED CASUALTY INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, ZC STERLING CORPORATION, ZC STERLING INSURANCE AGENCY, ZURICH AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, ZURICH INTERNATIONAL (BERMUDA) LTD., ZURICH SPECIALTIES LONDON LIMITED,  to provide insurance coverage for losses and damages to Policyholders' and class members' property caused by Hurricane Katrina, as required by the insurance policies that Policyholders purchased from one or more of the Insurance Company Defendants.

3.      Policyholders seek, on behalf of themselves and all others similarly situated, compensatory and punitive damages from the Defendants as a result of the defendants' wrongful conduct, in addition to declaratory relief by the Court that:

      a.      The first efficient proximate cause of the losses suffered by the Policyholders on August 29, 2005 was "windstorm," a covered peril under all of the insurance policies purchased by the Policyholders, thereby rendering any subsequent impact from water released by the levee and/or levee wall failures irrelevant to coverage afforded by the insurance policies;

b.      The second efficient proximate cause of the losses resulting from water entering the City of New Orleans and surrounding parishes on August 29, 2005 from the breaches in the levees and levee walls along the 17th Street Canal, London Avenue Canal, Industrial Canal, and elsewhere were acts of negligence, standard covered perils in the Insurance Company Defendants' homeowners insurance policies;

c.      The third efficient proximate cause of the losses resulting from water entering the City of New Orleans and surrounding parishes on August 29, 2005 was "storm surge", a known meteorological phenomenon that is not specifically excluded by any of the Insurance Company Defendants' insurance policies, in contrast to other insurance policies available in the market, thereby rendering any damage caused by "storm surge" and resulting water pressure covered under the policies;

d.      The breaking or failure of levees or boundaries of lakes, reservoirs, rivers, streams, or other bodies of water was a peril not specifically excluded by any of the Insurance Company Defendants' insurance policies, in contrast to other insurance policies available in the market; and

e.      The damage caused by water entering the City of New Orleans and surrounding parishes from Hurricane Katrina beginning on August 29, 2005, due to the breaches in the levee walls along the 17th Street Canal,

-131-

London Avenue Canal, Industrial Canal, and elsewhere neither falls within the regular definition of "flood," nor within any of the subject insurance policies' exclusions of "flood".

## II.

## PARTIES

4.     Policyholders and members of the class purchased homeowners insurance policies from defendants.

5.     Defendants are foreign insurers domiciled in the various states and doing business in the State of Louisiana and can be served through their registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

## III.

## JURISDICTION AND VENUE

6.     28 U.S.C. § 1332 (d)(2), as amended by the Class Action Fairness Act of 2005, Pub. L. 109-2, because the matter in controversy exceeds the sum or value of $5,000,000.00, exclusive of interest and costs, and it is a class action brought by a Citizens of a State that is different from the State where at least one of the Defendants is incorporated or does business;

7.     This Court has personal jurisdiction over Defendants because Defendants are or

-132-

were transacting business in this District within the relevant time periods by way of selling insurance policies to the Policyholders, who are also located in this District.

8.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to this action occurred in this District and the Defendants regularly transact business in this District.

## IV.

## CLASS ACTION ALLEGATIONS

9.     This action is appropriate for determination through the Federal Class Action Procedure (Fed. R. Civ. P. 23, *et seq.*) for the following reasons:

a.     The proposed class representatives and named plaintiffs herein seeks to represent the following proposed class:

> All property owners in the State of Louisiana , whose property was destroyed or damaged by winds generated by Hurricane Katrina, and who at the time of the loss had in effect homeowner's insurance policies from any of the Insurance Company Defendants.

**b.     NUMEROSITY**

Hurricane Katrina caused damage or destruction to approximately 160,000 or more homes and buildings, resulting in losses to plaintiffs and the proposed class. The

-133-

exact number and identities of the class plaintiffs are unknown at this time, and can only be ascertained through appropriate discovery, plaintiffs are of information and belief that the class of plaintiffs clearly consists of hundreds of thousands of persons presenting a level of numerosity better handled through the class action procedure.

**c.      COMMON QUESTIONS OF LAW AND FACT**

There are common questions of law and fact applicable to all class members and defendants and which predominate over individual questions which include but are not limited to the legal determination of whether the efficient proximate cause of losses suffered as a result of water entering the City of New Orleans and surrounding parishes on August 29, 2005 from breaches in the levees and levee walls along the 17th Street Canal, the London Avenue Canal, the Industrial Canal, and elsewhere were standard covered perils in the insurance company defendants' homeowners insurance policies.

**d.      ADEQUATE REPRESENTATION**

Plaintiffs will fairly and adequately represent the interests of the class; and the class representatives herein are represented by skilled attorneys who are experienced in the handling of mass tort class action litigation and who may be expected to handle this action in an expeditious and economical manner to the best interest of all members of the class.

**e.     TYPICALITY**

The claims of the class representatives as named herein are typical of the claims of the class members they seek to represent, in that they are all claims by insureds against their homeowners' insurance companies arising from losses suffered as a result of hurricane Katrina in the City of New Orleans and surrounding parishes on August 29, 2005.

**f.     SUPERIORITY**

The Louisiana Class Action Procedure affords a superior vehicle for the efficient disposition of the issues and claims herein presented, especially since individual joinder of each of the class members is impracticable.  Individual litigation by each of the class members, besides being unduly burdensome to the plaintiffs would also be unduly burdensome and expensive to the court system as well as the defendants.

g.     Accordingly, class certification is appropriate under the Federal Rules of Civil Procedure, Rule 23(b)(2), Rule 23(b)(3) and/or Rule 23(b)(1)(B), and the class action vehicle is the superior method for handling this litigation.

-135-

## V.

## FACTUAL BACKGROUND

Policyholders' and class members' Purchase Of The Policies

10.     Policyholders and class members are owners of immovable property with improvements, principally houses or related residential structures, as well as personal property located there, with such property being located in the State of Louisiana and within the jurisdiction of this Court.

11.     Policyholders and class members purchased homeowner's insurance policies (the "All Risk Policy" or "All Risk Policies") from Defendants.

12.     Policyholders and class members purchased their policies with the reasonable expectation that they would be able to recover for any and all losses to their residence and personal property caused by hurricanes, including any and all damage proximately and efficiently caused by hurricane wind, and "storm surge" proximately caused by hurricane wind.

13.     **Where applicable:** For the purpose of obtaining such hurricane coverage, Policyholders and class members had to agree to pay a "hurricane deductible".

14.     However, notwithstanding the specific topographic townsite of the Greater New

-136-

Orleans Metropolitan Area specifically known to Defendant notwithstanding their advanced knowledge about the fragility of the New Orleans area levee systems, and in contrast to other insurance policies available in the market, at no time did they specifically exclude from coverage the breaking or failure of boundaries and levees of lakes, rivers, streams, or other bodies of water.

15.     Policyholders and class members trusted and relied upon Defendant's representations that the subject policy would cover any damage caused by a hurricane and, thus, reasonably believed that their respective Insurance Policy would cover any and all hurricane damage.

16.     The amount of insurance for Policyholders and class members was based on the estimated cost of replacing the home, an amount estimated by the Defendants or an agent authorized by them to determine the replacement cost of each individual home.

17.     At all times relevant hereto, Policyholders and class members made timely payment of the premiums due on their respective All Risk Policies.

### Insurance Company Defendants Fail To Advise Policyholders and Class Members Regarding The Availability Of Flood Insurance

18.     In 1956 Congress enacted the Federal Flood Insurance Act. The National Flood Insurance Act, as amended in 1968, is now the seminal authority for the current National Flood Insurance Program ("NFIP"). Congress created the NFIP to provide insurance

-137-

coverage for property located in flood plain areas where the risk of certain natural or seasonal flooding is increased.

19.     The NFIP provides a minimum level of insurance for the peril of natural or seasonal flooding with a cap of $250,000 per property.  42 U.S.C. § 4121(a)(1).

20.     Since the inception of the NFIP, the insurance industry has been willing to sell insurance in excess to the minimal level of coverage provided by the NFIP. Thus, the availability of additional flood insurance was known to and sold by the Defendant at the time it sold its All Risk Policies to Policyholders.

21.     Despite this knowledge, at no time prior to August 29, 2005 did Defendant advise Policyholders and Class Members that - contrary to their representations - their true intent was not to cover damage or loss caused by hurricanes that may involve damage, in part, from water beyond the NFIP limit, and that their home may accordingly be grossly underinsured, or that additional coverage could be purchased excess of the NFIP limit.

22.     Policyholders and class members have not at all been advised on the availability of flood insurance under the NFIP by Defendant.

**Hurricane Katrina Damages Policyholders' Property**

23.     At 6:10 a.m. on August 29, 2005, Hurricane Katrina made landfall near Grande

Isle, Louisiana as a Category 4 hurricane, and then made a second landfall a short time

later near the Louisiana-Mississippi border, the eye of the storm passing just east of the

City of New Orleans at approximately 9:00 a.m.

24.     At 8:00 a.m. on August 29, there was water on both sides of the Industrial Canal

in New Orleans, and by 9 a.m. there was six to eight feet of water in the City's Lower

Ninth Ward.

25.     At 2:00 p.m. on August 29, New Orleans officials publicly confirmed the reason

for the water accumulating in the Lower Ninth Ward was a breach in the Industrial Canal

levee wall, a breach which was reported to be two city blocks wide.

26.     Other significant breaches in the New Orleans area levee systems occurred on or

after August 29, 2005 which similarly caused releases of water into the City and

adjoining parishes.  In all, the levees around the City and adjoining parishes failed in at

least eight (8) distinct locations, including the 17th Street, London Avenue and Industrial

Canals, causing distinct and unique harm to different sections of the City and the

surrounding parishes.

27.     Policyholders and class members  sustained damage to their property as a result

-139-

of the catastrophic events of August 29, 2005 and the following days, said catastrophic events being precipitated by Hurricane Katrina, a category 4 storm with sustained winds of 145 miles per hour.

28.     In the aftermath of the storm, it was estimated that approximately 80% of Orleans Parish was under water, and that losses from the hurricane are estimated to be as high as $200 billion.

29.     Recent engineering reports have stated that vast amounts of the water that entered the City of New Orleans and the surrounding parishes came about as the result of levee failures caused by negligent design, negligent maintenance and/or inadequate materials and not by topping of the levees.

30.     Moreover, in its April 6, 2006, edition, The Times Picayune reported that Lt. Gen. Carl Strock, the Chief of the Army Corps of Engineers, told a Senate committee that the Corps neglected to consider the possibility that the levee walls atop the 17th Street Canal levee would lurch away from their footings under significant water pressure and eat away at the earthen barriers below. The levees simply failed to work the way they were supposed to work.

31.     Congressional investigators, experts, and some Army Corps of Engineers officers have also suggested that the failure of the levees might have been caused by leaks in the

barriers based upon poor construction and/or maintenance of the levee.

32.     In addition, it was learned that the levee breach of the Industrial Canal to the Lower Ninth Ward side was caused by an inadequately moored barge that crashed into the levee wall, rupturing the levee and compromising its ability to hold water back.

33.     As a result, Policyholders on behalf of themselves and all others similarly situated aver, upon information and belief, that any damages attributable to the levee failures are the result of improper and/or negligent design, construction, maintenance of the levees by various third parties and or third party negligence.

## COUNT I – DECLARATORY JUDGMENT

34.     Policyholders repeat and reallege the allegations of the foregoing paragraphs as if the same were set forth at length herein.

35.     An actual controversy exists between Policyholders and the Defendant concerning the Defendant's duty to indemnify Policyholders for their losses.

36.     Consequently, under the circumstances, it is necessary and appropriate for the Court to declare Policyholders', and Defendant's rights and duties under the Policies pursuant to 28 U.S.C. § 2201.

37.     The losses suffered by Policyholders as a result of Hurricane Katrina are covered

losses under their respective All Risk Policies.

38.    Policyholders have given timely notification to Defendant and made timely demands in writing that the Defendant cover Policyholders' losses.

39.    The Defendant is obligated by the terms and conditions of their All Risk Policies to indemnify Policyholders for their losses.

40.    The Defendant has refused to indemnify Policyholders for their losses and have denied coverage for the losses.

41.    Thus, Policyholders are entitled to a declaratory judgment that the damages they suffered are covered losses under the All Risk Policies.

42    Specifically, the Policyholders' losses were caused by covered perils, the efficient causes of their losses were covered perils and the efficient and proximate causes of loss were covered perils.

43.    Further, to give the "flood" exclusions a broad reading and thus disallow the coverage for the damages arising from this catastrophic disaster, which occurred despite the vast and expansive levees existing in the greater New Orleans area, would contravene the very purpose of homeowner's policies.

44.    The reasonable expectations of Louisiana policyholders is that "flood"

encompasses overflowing of the Mississippi River, accumulation of surface water due to heavy rainfalls, or similar phenomena, but not the failing of virtually all man-made structures containing Navigable Waters of the United States surrounding the New Orleans Metropolitan Area due to negligent conduct beyond the policyholders' control.

45.     Finally, Policyholders should not be deprived of the coverage of the All Risk Policies where the Defendant has drafted vague, ambiguous and unclear limitations on coverage, thereby violating the rule that exclusions must be clearly and explicitly drafted. If so intended, and in contrast to other insurance policies available in the market, Defendant should have specifically excluded hurricane damage and/or the failure of levees as the most probable perils for the New Orleans Metropolitan Area.   Instead, Defendant decided to sell the same comprehensive All-Risk Homeowners Insurance Policies that they sell in the "high and dry" plains throughout the United States.

46.     While the Defendant may continue to make investment income during the course of any protracted legal proceedings, Policyholders, on the other hand, have little recourse but to sit idly by awaiting a decision, all the while being unable to begin reconstruction or renovation of their homes until they have the money to pay contractors.

47.     As a result, without resolution of this issue by declaratory judgment, Policyholders, in most instances, will be unable to remedy the damages they fully expected were covered by their All Risk Policies.

-143-

**WHEREFORE**, Policyholders respectfully request that this Court enter a declaratory judgment in their favor and against the Defendant as to Count I, ordering and decreeing that:

(1)     The first efficient proximate cause of the losses suffered by the Policyholders on August 29, 2005 was "windstorm," a covered peril under all of the insurance policies purchased by the Policyholders, thereby rendering any subsequent impact from water released by the levee and/or levee wall failures irrelevant to coverage afforded by the insurance policies;

(2)     The second efficient proximate cause of the losses resulting from water entering the City of New Orleans and adjoining parishes on August 29, 2005 from the breaches in the levees and levee walls along the 17th Street Canal, London Avenue Canal, Industrial Canal, and elsewhere were acts of negligence, standard covered perils in the Defendant's homeowners insurance policies;

(3)     The third efficient proximate cause of the losses resulting from water entering the City of New Orleans and adjoining parishes on August 29, 2005 was "storm surge", a known meteorological phenomenon that is not specifically excluded by any of the Defendant's insurance policies, in contrast to other insurance policies available in the market, thereby rendering any damage caused by "storm surge" and resulting water pressure covered under the policies;

-144-

(4)     The breaking or failure of boundaries of lakes, reservoirs, rivers, streams, or other bodies of water was a peril not specifically excluded by the Defendant's insurance policies, in contrast to other insurance policies available in the market; and

(5)     The damage caused by water entering the City of New Orleans and adjoining parishes from Hurricane Katrina beginning on August 29, 2005, due to the breaches in the levees and levee walls along the 17th Street Canal, London Avenue Canal, Industrial Canal, and elsewhere neither falls within the regular definition of "flood," nor within any of the subject insurance policies' exclusions of "flood".

## COUNT II — BREACH OF CONTRACT

48.     Policyholders repeat and reallege the allegations of the foregoing paragraphs as if the same were set forth at length herein.

49.     A valid contract exists between Policyholders and the Defendant in the form of the individual All Risk Policies, which, *inter alia*, obligates Defendant to cover the loss of or damage to a dwelling and personal property therein which is caused by wind or windstorms, storm surge or acts of negligence.

50.     Policyholders paid all premiums due under their All Risk Policy and materially performed their obligations under that Policy.

51.     Upon proper and repeated demands by Policyholders, the Defendant has refused to meet its obligations under the All Risk Policies and refused to pay the full damages for

Policyholders' homes being destroyed or damaged by the efficient proximate cause of windstorms, storm surge and/or negligence.

52.     As a direct and proximate result of the breach by Defendant, Policyholders were deprived of the benefit of insurance coverage for which the Defendant was paid substantial premiums and, accordingly, Policyholders have suffered substantial damages.

        **WHEREFORE**, Policyholders demand judgment against the Defendants for all amounts due under the All Risk Policy, other compensatory damages, interest, attorney's fees, costs, and any further relief this Court deems equitable, just and proper.

## COUNT III — BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

53.     Policyholders repeat and reallege the allegations of the foregoing paragraphs as if the same were set forth at length herein.

54.     By selling its All Risk Policy to Policyholders, Defendant assumed a duty of good faith and fair dealing to the Policyholders, including an obligation to promptly indemnify Policyholders for their losses.

55.     Defendant has failed to follow Louisiana's long-standing efficient proximate cause doctrine and have instead adopted an industry-wide approach to denying valid claims for inappropriate reasons.

56.     Defendant has also failed to provide coverage for Policyholders' losses and

-146-

instead have attempted to equate the efficient proximate cause of windstorm and the negligent design, construction and maintenance of the levees in the New Orleans area and/or third party negligence which caused Policyholders' losses with flooding in an effort to exclude coverage.

57.     Defendant has also wrongfully denied coverage for claims by equating "storm surge" with flood, thereby improperly expanding the flood exclusion and defeating the reasonable expectation of Louisiana policy holders.

58.     Moreover, the Defendant directed its adjusters to follow specific "guidelines" whereby the adjusters would arbitrarily, capriciously and without probable cause, find a nearby waterline and apply it to Policyholders' property in order to deny full payment of Policyholders' claims.

59.     Defendant further directed its adjusters to ignore all other information and evidence and, instead, to use only the procedure and guidelines mandated by them, specifically, the arbitrary application of any nearby waterline to Policyholders' property.

60.     In directing its adjusters to ignore any information or evidence other than the arbitrary and capricious application of any nearby waterline,  Defendant violated La. Rev. Stat. Ann. § 658.2(A)(1) which provides that "[n]o insurer shall use the floodwater mark on a covered structure without considering other evidence, when determining

-147-

whether a loss is covered or not covered under a homeowners' insurance policy."

61.     By engaging in all of the conduct above, the Defendant lacks an arguable or legitimate basis for refusing to pay the Policyholders' claims.

62.     By engaging in the conduct described above, the Defendant has  violated the duties of good faith and fair dealing owed to Policyholders.

63.     As a direct and proximate result of the Defendant's bad faith actions, Policyholders have suffered, and will continue to suffer, substantial damages.

64.     Moreover, by engaging in the conduct above, Defendant's persistent and systematic actions and failures to act were done with malice and gross negligence and with a disregard for Policyholders' rights so as to warrant the imposition of punitive damages against Defendant.

   **WHEREFORE,** Policyholders demand judgment against the Defendant for all amounts due under the Policies, other compensatory damages, punitive damages, interest, attorney's fees, costs, and any further relief this Court deems equitable, just and proper.

### COUNT IV — BREACH OF LA. REV. STAT. ANN. § 22:1220
### (Insurance Bad Faith)

65.     Policyholders repeat and reallege the allegations of the foregoing paragraphs as if the same were set forth at length herein.

-148-

66.     Pursuant to La. Rev. Stat. Ann. § 22:1220A, Defendant owes Policyholders a "duty of good faith and fair dealing" as well as a duty to "adjust claims fairly and promptly and to make a reasonable effort to settle claims" with Policyholders.

67.     La. Rev. Stat. Ann. § 22:1220B prohibits Defendant from, inter alia, "[m]isrepresenting pertinent facts or insurance policy provisions relating to any coverages at issue" and "[f]ailing to pay the amount of any claim . . . when such failure is arbitrary, capricious or without probable cause."

68.     Defendant has misrepresented the coverage afforded by the All Risk Policy provisions by wrongfully and without a legitimate basis seeking to have the "flood" exclusions given a broad reading in an effort to disallow coverage for the damages arising from Hurricane Katrina.

69.     Defendant has failed to follow Louisiana's long-standing efficient proximate cause doctrine and have instead adopted an industry-wide approach to denying valid claims for inappropriate reasons without probable cause.

70.     Specifically, Defendants has failed to provide coverage for Policyholders' losses and, instead, have attempted to equate the efficient cause of windstorm and the negligent design, construction and maintenance of the levees in New Orleans which caused Policyholders' losses with *flooding* in an effort to exclude coverage and/or third party negligence.

71.     Defendants has also wrongfully denied coverage for claims by equating "storm

-149-

surge" with *flood,* thereby improperly expanding the flood exclusion and defeating the reasonable expectation of Louisiana policy holders.

72.     As such, Defendant has breached known duties through a motive of self interest and/or ill will without having a reasonable basis to deny these claims, instead denying claims in an arbitrary and capricious manner and without probable cause.

73.     Moreover, pursuant to a recent enactment of the Legislature of Louisiana, an insurance company acts in bad faith when it fails "to pay claims pursuant to R.S. 22:658.2 [and] such failure is arbitrary, capricious, or without probable cause." La. Rev. Stat. Ann. § 22:1220A.

74.     In directing its adjusters to consider only nearby waterlines and to ignore all other evidence in determining whether Policyholders' losses are covered under the All Risk Policies, Defendant violated La. Rev. Stat. Ann. § 658.2.A.(1), which provides that "[n]o insurer shall use the floodwater mark on a covered structure without considering other evidence, when determining whether a loss is covered or not covered under a homeowners' insurance policy."

75.     By engaging in all of the above conduct, Defendant has engaged in bad faith conduct in violation of La. Rev. Stat. Ann. § 22:1220.

        **WHEREFORE,** Policyholders demand judgment against Defendant for all compensatory damages including all amounts due under the Policies, other compensatory damages, plus interest on that amount, costs of suit, attorneys' fees incurred in pursuing

-150-

payment of the loss, consequential damages, punitive damages, and such other relief deemed just and proper by the Court.

## COUNT VI — BREACH OF LA. REV. STAT.ANN. § 22:695

76.     Policyholders repeat and reallege the allegations of the foregoing paragraphs as if the same were set forth at length herein.

77.     Louisiana is a "valued policy" state, requiring that if an insurer places a valuation upon the covered property and uses such valuation for purposes of determining the premium charge to be made under the policy, in the case of total loss the insurer shall compute and indemnity or compensate any covered loss of, or damage to, such property which occurs during the term of the policy at such valuation without deduction or offset." La. Rev. Stat. Ann §22:695.

78.     Defendant placed a value on Policyholders' property and used such valuation for purposes of determining the premium charge under the All Risk Policy.

79.     Policyholders have suffered total losses to their property which are covered under their All Risk Policy.

80.     Defendant has failed to indemnify or compensate Policyholders for their covered losses in an amount equal to the values used for determining the individual policy premiums.

81.    Instead, Defendant has failed to pay anything to Policyholders or paid an amount lower than the valuation assessed to the properties for purposes of determining premiums.

82.    As a result, Defendant has breached La. Rev. Stat. Ann. §22:695, entitling Policyholders to damages equal to the full value placed on the Policyholders' property by the Defendant with no offset or deductions.

**WHEREFORE**, Policyholders demand judgment against Defendant for all amounts due under the Policies, other compensatory damages, interest, attorney's fees, costs, and any further relief this Court deems equitable, just and proper.

## COUNT VII — BREACH OF FIDUCIARY DUTY

83.    Policyholders repeat and reallege the allegations of the foregoing paragraphs as if the same were set forth at length herein.

84.    Defendant sells its homeowners insurance policies directly to their customers, including Policyholders and, in that respect, function in the capacity of insurance brokers or agents.

85.    By directly marketing and selling its Policies to Policyholders', Defendant owes those Policyholders who purchased All Risk Policies from them a fiduciary duty of undivided loyalty, due care, and fidelity.

86.    Defendant owed Policyholders a fiduciary duty to perform their responsibilities as

-152-

insurance brokers and/or agents with good faith and appropriate skill in Policyholders' best interests and with heightened care, fidelity, diligence and full disclosure required of a fiduciary.

87.     Among other things, insurance brokers and/or agents are obligated to provide advice and assistance to policyholders so that risks to which they are exposed are adequately insured, or at a minimum, provide them with adequate opportunity and advice to make a decision as to what coverage to purchase.

88.     At no time relevant hereto did Defendant advise or suggest to Policyholders that - contrary to their representations - their true intent was not to cover damage or loss caused by hurricanes that may involve damage, in part, from water beyond the NFIP limit, and that their homes may accordingly be grossly underinsured, or that additional coverage could be purchased excess of the NFIP limit.

89.     By failing to advise Policyholders of the availability of flood insurance, Defendant breached its fiduciary duty to act in Policyholders' best interest and with the care and full disclosure required of a fiduciary.

90.     The breaches of fiduciary duty by Defendant has caused Policyholders substantial damages.

        **WHEREFORE**, Policyholders demand

        (1)     that the defendants be served with a copy of the Complaint and be cited to appear and answer same;

-153-

(2)      an order certifying the class and any appropriate subclasses thereof under the appropriate provisions of Federal Rules of Civil Procedure, Rule 23, and appointing complainants and their counsel to represent the Class;

(3)      judgment against Defendant for all amounts due under the Policies, other compensatory damages, punitive damages, interest, attorney's fees, costs, and any further relief this Court deems equitable, just and proper.

Respectfully submitted,

**BRUNO & BRUNO**

Joseph M. Bruno (T.A.) (La. Bar No. 3604)
David S. Scalia (La. Bar No. 21369)
855 Baronne Street
New Orleans, LA 70113
PH: (504) 525-1335
FX: (504) 561-6799
EM: jbruno@brunobrunolaw.com
EM: dscalia@brunobrunolaw.com