### Top 50 Homeowners Insurers in Louisiana by Written Premium

| Rank | Company Name | Direct Written Premium ($000) | | | Growth Rate (%) | | | Market Share (%) | | | Direct Incurred Loss Ratio (%) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 |
| 1 | State Farm Group | 348,179 | 321,168 | 288,199 | 8.4 | 11.4 | 9.7 | 34.5 | 34.7 | 32.6 | 705.8 | 36.4 | 45.1 |
| 2 | Allstate Insurance Group | 220,163 | 203,530 | 178,349 | 8.0 | 14.3 | 25.3 | 21.8 | 22.0 | 20.2 | 1,084.9 | 36.0 | 32.7 |
| 3 | Southern Farm Bureau Group | 74,948 | 65,244 | 57,622 | 14.9 | 13.2 | 14.7 | 7.4 | 7.1 | 6.5 | 568.9 | 45.9 | 55.5 |
| 4 | Farmers Insurance Group | 44,334 | 38,305 | 32,558 | 15.7 | 17.7 | 18.0 | 4.4 | 4.1 | 3.7 | 385.6 | 40.5 | 55.2 |
| 5 | Liberty Mutual Insurance Companies | 39,419 | 35,863 | 31,816 | 9.9 | 12.7 | 20.2 | 3.9 | 3.9 | 3.6 | 1,094.0 | 46.5 | 40.2 |
| 6 | St. Paul Travelers Group | 35,204 | 36,030 | 34,928 | -2.1 | 3.2 | 6.7 | 3.5 | 3.9 | 4.0 | 1,455.9 | 16.6 | 37.0 |
| 7 | USAA Group | 34,263 | 31,045 | 26,212 | 10.4 | 18.4 | 24.1 | 3.4 | 3.4 | 3.0 | 868.6 | 26.3 | 32.9 |
| 8 | American National P & C Group | 23,605 | 21,622 | 19,922 | 9.2 | 8.5 | 15.4 | 2.3 | 2.3 | 2.3 | 1,231.6 | 31.2 | 31.0 |
| 9 | Hanover Insurance Grp Prop and Cas Cos | 20,201 | 18,296 | 15,084 | 10.4 | 21.3 | 21.7 | 2.0 | 2.0 | 1.7 | 709.0 | 31.7 | 35.6 |
| 10 | American International Group Inc | 17,980 | 21,627 | 77,153 | -16.1 | -71.7 | 28.3 | 1.8 | 2.4 | 8.7 | 1,262.4 | 29.9 | 57.2 |
| 11 | Shelter Insurance Companies | 16,883 | 16,107 | 14,809 | 4.8 | 8.8 | 2.5 | 1.7 | 1.7 | 1.7 | 464.1 | 18.3 | 28.4 |
| 12 | MetLife Auto & Home Group | 16,197 | 15,214 | 14,725 | 6.5 | 3.3 | 12.2 | 1.6 | 1.6 | 1.7 | 667.5 | 34.2 | 44.0 |
| 13 | Allianz of America, Inc | 15,048 | 13,311 | 11,585 | 13.0 | 14.9 | -0.1 | 1.5 | 1.4 | 1.3 | 835.6 | 61.4 | 63.8 |
| 14 | Automobile Club of Missouri Group | 13,572 | 9,513 | 6,120 | 42.7 | 55.3 | 203.3 | 1.3 | 1.0 | 0.7 | 1,086.7 | 28.4 | 22.5 |
| 15 | Chubb Group of Insurance Companies | 13,111 | 11,780 | 10,019 | 11.1 | 17.6 | 22.6 | 1.3 | 1.3 | 1.1 | 905.3 | 41.5 | 46.6 |
| 16 | Unitrin Inc | 10,130 | 8,594 | 6,256 | 10.3 | 36.6 | 36.9 | 1.0 | 0.9 | 0.7 | 432.4 | 36.1 | 40.9 |
| 17 | Hartford Insurance Group | 10,044 | 9,707 | 8,410 | 3.5 | 15.4 | 19.2 | 1.0 | 1.0 | 1.0 | 914.5 | 33.6 | 39.5 |
| 18 | Horace Mann Insurance Group | 9,861 | 8,770 | 7,793 | 12.6 | 12.6 | 5.9 | 1.0 | 0.9 | 0.9 | 703.4 | 43.5 | 33.2 |
| 19 | Republic Companies Group | 9,233 | 7,089 | 5,558 | 30.3 | 27.6 | 18.3 | 0.9 | 0.8 | 0.6 | 738.0 | 21.0 | 37.6 |

Gauntt, Charles & Liliana et al. v. SFF&CC et al.
Confidential
GAUNTT00000001PROD

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | United Fire & Casualty Group | 7,962 | 7,478 | 7,802 | 6.3 | -4.2 | 12.9 | 0.8 | 0.8 | 0.9 | 1,128.3 | 25.5 | 38.7 |
| 21 | Safeco Insurance Companies | 6,679 | 5,600 | 4,489 | 21.4 | 22.5 | 17.2 | 0.7 | 0.6 | 0.6 | 104.8 | 27.4 | 45.0 |
| 22 | Assurant Solutions | 5,104 | 5,342 | 6,664 | -3.0 | -19.9 | 12.0 | 0.5 | 0.6 | 0.8 | 206.9 | 15.4 | 25.8 |
| 23 | National Security Group, Inc | 3,199 | 3,374 | 3,230 | -5.2 | 4.5 | 192.9 | 0.3 | 0.4 | 0.4 | 293.8 | 27.0 | 31.2 |
| 24 | Homesite Group | 2,379 | 1,892 | 1,203 | 25.7 | 57.3 | 423.0 | 0.2 | 0.2 | 0.1 | 416.6 | 44.7 | 18.3 |
| 25 | Aegis Security Insurance Group | 2,058 | 860 | 612 | 139.3 | 40.5 | 0.2 | 0.2 | 0.1 | 0.1 | 467.8 | 12.3 | 24.5 |
| 26 | Armed Forces Insurance Exchange | 1,956 | 1,624 | 1,983 | 20.6 | 18.1 | 15.4 | 0.2 | 0.2 | 0.2 | 1,009.8 | 41.6 | 87.3 |
| 27 | EMC Insurance Companies | 1,684 | 1,673 | 1,874 | 0.7 | -0.1 | -12.5 | 0.2 | 0.2 | 0.2 | 593.9 | 20.6 | 38.6 |
| 28 | Amica Mutual Group | 1,510 | 1,476 | 1,192 | 2.9 | 23.8 | 16.0 | 0.2 | 0.2 | 0.1 | 1,206.6 | 24.1 | 34.9 |
| 29 | Fidelity National Group | 1,098 | 65 | 0 | 1,589.2 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 884.8 | 0.0 | 0.0 |
| 30 | Balboa Insurance Group | 712 | 118 | 79 | 503.4 | 49.4 | 83.7 | 0.1 | 0.0 | 0.0 | 797.9 | 50.0 | 8.8 |
| 31 | Markel Corporation Group | 543 | 457 | 251 | 18.8 | 82.1 | -13.1 | 0.1 | 0.0 | 0.0 | 538.8 | 3.7 | 112.5 |
| 32 | American Modern Insurance Group | 330 | 546 | 466 | -39.4 | 11.7 | -88.0 | 0.0 | 0.1 | 0.1 | 1,948.5 | 9.9 | 101.4 |
| 33 | Zurich Financial Services NA Group | 307 | 266 | 1,850 | 14.6 | -85.6 | 120.8 | 0.0 | 0.0 | 0.2 | 943.6 | 42.3 | 61.1 |
| 34 | HDI U S Group | 305 | 740 | 1,154 | -58.3 | -35.1 | 159.4 | 0.0 | 0.1 | 0.1 | 567.0 | 88.1 | 55.0 |
| 35 | NLASCO Group | 125 | 31 | 0 | 303.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 797.8 | 0.0 | 0.0 |
| 36 | Electric Insurance Group | 66 | 66 | 50 | -2.3 | 49.2 | 11.3 | 0.0 | 0.0 | 0.0 | 3,008.9 | 60.0 | 19.3 |
| 37 | Memster Insurance Company | 29 | 24 | 10 | 20.6 | 140.0 | 100.0 | 0.0 | 0.0 | 0.0 | 225.0 | 31.3 | 85.7 |
| 38 | Tokio Marine & Nichido Fire USB Group | 2 | 2 | 1 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2,950.0 | 50.0 | 0.0 |
| 39 | Prime Insurance Syndicate Inc. | 1 | 19 | 21 | -94.7 | -9.5 | 110.0 | 0.0 | 0.0 | 0.0 | 58.3 | 80.0 | 1,028.6 |
| 40 | GeoVera Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Gauntt, Charles & Liliana et al. v. SFF&CC et al.
Confidential
GAUNTT00000002PROD

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 Sequoia Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 42 American Strategic Insurance Companies | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | -0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 43 Universal Insurance Group of Puerto Rico | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 44 Lancer Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 45 United America Indemnity Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 46 Tower Group Companies | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 National Financial Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 48 Celina Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 49 USIC Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 50 Middle Georgia Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Industry Total | 1,008,535 | 925,022 | 882,900 | 9.0 | 4.8 | 15.4 | 100.0 | 100.0 | 100.0 | 832.5 | 35.1 | 43.2 |

Source: © A.M. Best Company -- used by permission
State Farm Strategic Resources Department, Global Business Analysis

*For internal use only. Nothing contained in this site shall be disclosed outside State Farm unless proper authorization is obtained.*

Gauntt, Charles & Liliana et al. v. SFF&CC et al.
Confidential
GAUNTT00000003PROD