MINUTE ENTRY
WILKINSON, M. J.
NOVEMBER 6, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Heron</u>, 06-7327 | JUDGE DUVAL<br>MAG. WILKINSON |

A settlement conference was conducted on this date before the undersigned magistrate judge. Settlement discussions will continue as follows: Counsel will confer with each other by telephone tomorrow, exchange settlement proposals, discuss the impact of the Road Home program on settlement and contact me jointly by telephone to report on the status of their discussions. Thereafter, a follow-up in-person settlement conference may be scheduled, if appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:   0:50