MINUTE ENTRY
WILKINSON, M. J.
NOVEMBER 6, 2007

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO,<br>            Robinson, No. 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

At the request of plaintiffs' Liaison Counsel, a telephone conference was conducted on this date. Various defense counsel also participated. Counsel advised that they are discussing a resolution to their dispute concerning the scheduled Rule 30(b)(6) deposition of the United States. Accordingly,

Having considered the oral representations of counsel and the United States' Motion for Expedited Hearing, Record Doc. No. 8806, on its Motion for Protective Order, Record Doc. No. 8805, **IT IS ORDERED** that the Motion for Expedited Hearing is GRANTED. The United States' Motion for Protective Order will be decided on an expedited basis without oral argument. No later than **November 8, 2007, at 5:00 p.m.,**

MJSTAR:  **0 : 10**

counsel must either (a) advise me that the dispute has been resolved and the motion is moot, or (b) file any written opposition memoranda to the motion.

                    JOSEPH C. WILKINSON, JR.
                    UNITED STATES MAGISTRATE JUDGE