UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO.   05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| PERTAINS TO:  ROAD HOME | * | |
| | * | JUDGE DUVAL |
| (*State of Louisiana v. AAA Insurance, et al.*, | * | |
| No. 07-5528) | * | MAGISTRATE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## INSURANCE COMPANY DEFENDANTS' JOINDER IN OPPOSITIONS FILED BY ALLSTATE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY TO PLAINTIFF'S MOTION TO REMAND

By and through their Liaison Counsel, the following Insurance Company Defendants hereby join in the opposition to Plaintiff's Motion to Remand filed by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company, as well as the opposition filed by State Farm Fire & Casualty Company and State Farm General Insurance Company, to wit:

Aegis Security Insurance Company

Affiliated Fm Insurance Company

AIG Casualty Company

AIG Centennial Insurance Company

AIU Insurance Company

1

America First Insurance Company

American Bankers Insurance Company Of Florida

American Central Insurance Company

American Empire Insurance Company

American Empire Surplus Lines Insurance Company

American Family Home Insurance Company

American General Property Insurance Company

American Manufacturers Mutual Insurance Company

American Modern Insurance Group

American Reliable Insurance Company

American Security Insurance Company

American Southern Home Insurance Company

American Summit Insurance Company

American Vehicle Insurance Company

American Western Home Insurance Company

Amica Mutual Insurance Company

Assurant, Inc.

Audubon Insurance Company

Auto Club Family Insurance Company

Balboa Insurance Company

Centre Insurance Company

Chubb Indemnity Insurance Company

Chubb Custom Insurance Company

Chubb National Insurance Company

Continental Insurance Company

Clarendon National Insurance Company

Economy Premier Assurance Company

Empire Fire & Marine Insurance Company

Employers Mutual Companies

Farmers Insurance Exchange

Federal Insurance Company

Fidelity and Deposit Company Of Maryland

Fidelity National Insurance Company

Fidelity National Property And Casualty Insurance Company

Fireman's Fund Insurance Company,

Fireman's Fund Insurance Company Of Louisiana

Foremost Insurance Company

Foremost Property And Casualty Insurance Company

Foremost Signature Insurance Company

Great American Alliance Insurance Company

Great American Assurance Company

Great American Insurance Company of New York

Great American Security Insurance Company

Great American Spirit Insurance Company

Great Northern Insurance Company, (for itself and as erroneously sued as Chubb Insurance Group, a non-entity, incapable of being sued)

GuideOne Mutual Insurance Company

GuideOne Specialty Mutual Insurance Company

Lafayette Insurance Company

Liberty Mutual Fire Insurance Company

Liberty Mutual Insurance Company

Louisiana Citizens Property Insurance Corporation

Hartford Accident & Indemnity Company

Hartford Casualty Insurance Company

Hartford Fire Insurance Company

Hartford Insurance Company of the Midwest

Hartford Insurance Company of the Southeast

Hartford Underwriters Insurance Company

Homesite Insurance Company

Horace Mann Insurance Company

Horace Mann Property & Casualty Insurance Company

HSBC Insurance Company Of Delaware

Kemper Casualty Insurance Company

Lexington Insurance Company

Lumbermens Mutual Casualty Company

Merastar Insurance Company

MeritPlan Insurance Company

Massachusetts Bay Insurance Company

Metlife, Inc.

Metropolitan Casualty Insurance Company

Metropolitan Property & Casualty Insurance Company

Nationwide Affinity Insurance Company Of America,

Nationwide Mutual Fire Insurance Company

Nationwide Mutual Insurance Company Scottsdale Indemnity Company

National Lloyds Insurance Company

National Surety Corporation

National Security Fire & Casualty Company

National Union Fire Insurance Company Of Louisiana

National Union Fire Insurance Company Of Pittsburgh, Pa

Omega One Insurance Company

Republic Insurance Company

Security Plan Fire Insurance Company

Safeco Insurance Company

Scottsdale Insurance Company

Shelter Mutual Insurance Company

Shelter General Insurance Company

Southwest Business Corporation

Standard Guaranty Insurance Company

State National Insurance Company

St. Paul Fire & Marine Insurance Company

St. Paul Guardian Insurance Company

St. Paul Mercury Insurance Company

St. Paul Protective Insurance Company

St. Paul Surplus Lines Insurance Company

Teachers Insurance Company

Travelers Casualty Insurance Company of America

Travelers Casualty and Surety Company

Travelers Home & Marine Insurance Company

Travelers Property Casualty Company of America

Travelers Property Casualty Insurance Company

The American Insurance Company

The Automobile Insurance Company of Hartford, Connecticut

The Involved Lloyd's Underwriters

The Hanover American Insurance Company

The Hanover Insurance Company

The Standard Fire Insurance Company, "St. Paul" (a non-existent entity), "St. Paul Travelers Insurance Company" (a non-existent entity)

The Travelers Indemnity Company

The Travelers Indemnity Company of America

The Travelers Indemnity Company of Connecticut

Tokio Marine & Nichido Fire Insurance Company

Trinity Universal Insurance Company

Trinity Universal Insurance Company Of Kansas, Inc.

Twin City Fire Insurance Company

Union National Fire Insurance Company

United Fire And Casualty Company

United Fire And Indemnity Company

Unitrin Preferred Insurance Company

Unitrin Auto And Home Insurance Company
United Services Automobile Association

USAA General Indemnity Company

Vigilant Insurance Company

Voyager Indemnity Insurance Company

Voyager Property and Casualty Insurance Company

Western World Insurance Company

ZC Sterling Corporation

ZC Sterling Insurance Agency, Inc.,

Zurich American Insurance Company

Zurich North America

For the reasons stated in the Oppositions, the foregoing Insurance Company Defendants respectfully request that the Court deny Plaintiff's Motion to Remand.

In addition, those Insurance Company Defendants that filed Supplemental Statements in support of Allstate's Notice of Removal hereby incorporate by reference all the facts, authorities, and arguments set forth in those Supplemental Statements, including the bases for this Court's jurisdiction over said Insurance Company Defendants.

Dated this 6th day of November, 2007.

Respectfully submitted,

s/Ralph S. Hubbard

**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Liaison Counsel for Defendants**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:          rhubbard@lawla.com


And




s/Seth A. Schmeeckle

**SETH A. SCHMEECKLE, T.A., La. Bar #27076**
**RALPH S. HUBBARD, III, La. Bar. # 7040**
**LUGENBUHL,  WHEATON,  PECK,  RANKIN  &**
**HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990


And

OF COUNSEL:
**KEVIN P. KAMRACZEWSKI**
**ALAN S. GILBERT**
**PAUL E. B. GLAD**
**DAVID R. SIMONTON**
**SONNENSCHEIN NATH & ROSENTHAL LLP**
7800 Sears Tower
Chicago, IL 60606
Telephone:      (312) 876-8000


**Attorneys  for  The  Hanover  American  Insurance**
**Company,  The  Hanover  Insurance  Company,  Horace**
**Mann  Insurance  Company,  Horace  Mann  Property  &**
**Casualty  Insurance  Company,  Massachusetts  Bay**
**Insurance  Company,  Teachers  Insurance  Company,**
**and  Tokio  Marine  &  Nichido  Fire  Insurance  Company**


And


8

**RALPH S. HUBBARD, III, T.A., La. Bar. # 7040**
**SETH A. SCHMEECKLE, La. Bar #27076**
**LUGENBUHL,   WHEATON,   PECK,   RANKIN   &**
**HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990

And

**Stephen E. Goldman**
**Wystan M. Ackerman**
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:     (860) 275-8200
Facsimile:      (860) 275-8299

**Attorneys   for   Hartford   Accident   &   Indemnity**
**Company,   Hartford   Casualty   Insurance   Company,**
**Hartford Fire Insurance Company, Hartford Insurance**
**Company   of   the   Midwest,   Hartford   Insurance**
**Company   of   the   Southeast,   "Hartford   Insurance**
**Group" (a non-existent entity), Hartford Underwriters**
**Insurance   Company,   Twin   City   Fire   Insurance**
**Company, The Standard Fire Insurance Company, "St.**
**Paul"   (a   non-existent   entity),   "St.   Paul   Travelers**
**Insurance   Company"   (a   non-existent   entity),   St.   Paul**
**Fire   &   Marine   Insurance   Company,   St.   Paul   Guardian**
**Insurance   Company,   St.   Paul   Mercury   Insurance**
**Company, St. Paul Protective Insurance Company, St.**
**Paul   Surplus   Lines   Insurance   Company,   Travelers**
**Casualty   Insurance   Company   of   America,   Travelers**
**Casualty   and   Surety   Company,   Travelers   Home   &**
**Marine Insurance Company, The Travelers Indemnity**
**Company,   The   Travelers   Indemnity   Company   of**
**America,   The   Travelers   Indemnity   Company   of**
**Connecticut,   Travelers   Insurance   Company   (a   non-**
**existent entity), Travelers Property Casualty Company**
**of   America,   Travelers   Property   Casualty   Insurance**
**Company and The Automobile Insurance Company of**
**Hartford, Connecticut**

And

MAURA Z. PELLETERI (La. Bar #8463)

AMY S. MALISH (La. Bar #28992)
KREBS, FARLEY, & PELLETERI, L.L.C.
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
**Attorneys For Aegis Security Insurance Company**

And

MAURA Z. PELLETERI (#8463)
ANDREA MITTLEIDER (27578)
AMY S. MALISH (#28992)
KREBS, FARLEY, & PELLETERI, L.L.C.
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3570
Facsimile: 504-299-3582
**Attorneys For Republic Insurance Company**

And

RICHARD E. KING (La. Bar #25128)
DAVID M. MORAGAS (La. Bar #29633)
MATTHEW J. LINDSAY (La. Bar #30599)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for Defendant, Zurich American Insurance**
**Company and Zurich North America**

And

JOSEPH P. GUICHET, T.A. La. Bar #24441
RACHEL A. MEESE, La. Bar #25457
**LUGENBUHL, WHEATON, PECK, RANKIN**
        **& HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195
**Attorneys for Affiliated FM Insurance Company**

10

And

BEN L. MAYEAUX #19042
JAMES L. PATE #10333
WILL MONTZ #29355
LABORDE & NEUNER
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:        (337) 237-7000
FACSIMILE:        (337) 233-9450
**Attorneys for Continental Insurance Company**

And

Ethan N. Penn, Bar No. 24596
MUSGRAVE, McLACHLAN & PENN, LLC
1515 Poydras Street, Suite 2380
New Orleans, Louisiana 70112
Telephone:     (504) 799-4300
Facsimile:     (504) 799-4301
Email:  enp@mmpfirm.com
**Attorneys for Western World Insurance Company and
American Vehicle Insurance Company**

And

**PATRICK D. DeROUEN, ESQ. (#20535)**
**LAURIE L. DeARMOND, ESQ. (#26622)**
PORTEOUS, HAINKEL, & JOHNSON
704 Carondelet Street
New Orleans, Louisiana  70130-3774
Telephone: (504) 581-3838
**Attorneys for Armed Forces Insurance Exchange**

And

**PATRICK D. DeROUEN, ESQ. (#20535)**
**LAURIE L. DeARMOND, ESQ. (#26622)**
PORTEOUS, HAINKEL, & JOHNSON
704 Carondelet Street
New Orleans, Louisiana  70130-3774
Telephone: (504) 581-3838
**Attorneys for American Central Insurance Company**

And

11

**HOWARD B. KAPLAN, T.A., (#14414)**
**BERNARD, CASSISA, ELLIOTT & DAVIS**
1615 Metairie Road, P.O. Box 55490
Metairie, Louisiana 70055-5490
Telephone: (504) 834-2612

William J. Wegmann, Jr.
William J. Wegmann, L. L. C.
110  Veterans Blvd., Ste. 440
Metairie, LA 70005
Tel: 504/833-3800
Fax:  504/833-3950
**Counsel For Lafayette Insurance Company, United Fire**
**and Casualty Company and United Fire And Indemnity**
**Company**

And


GERARD E. WIMBERLY, JR. (#13584) (T.A.)
ANTHONY ROLLO ( # 01133)
DANIEL T. PLUNKETT (# 21822)
ANNE D. LEJEUNE  (# 24829)
**MCGLINCHEY STAFFORD, PLLC**
643 Magazine Street
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-0377
**Attorneys For Defendants, Balboa Insurance Company,**
**Hsbc Insurance Company Of Delaware, And Meritplan**
**Insurance Company**

And


**KELLY CAMBRE BOGART (#22985)**
**LAWRENCE J. DUPLASS (#5199)**
**C. MICHAEL PFISTER (#14317)**
**JAIME M. CAMBRE (#29116)**
**DUPLASS, ZWAIN, BOURGEOIS, MORTON,**
**PFISTER & WEINSTOCK**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA 70002
 Tel.:    (504)  832-3700
**Attorney for Fireman's Fund Insurance Company,**
**Fireman's Fund Insurance Company of Louisiana, The**

**American Insurance Company and National Surety Corporation**

And

Thomas R. Blum (Bar No 3170)
M. Davis Ready  (Bar No 24616)
Simon, Peragine,Smith & Redfearn, L.L.P.
3000 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
**Attorneys for defendants, Shelter Mutual Insurance Company and Shelter General Insurance Company**

And

MATTHEW A. WOOLF (#27146)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
**Attorneys For American Family Home Insurance Company, American Modern Insurance Group, American Southern Home Insurance Company, And American Western Home Insurance Company**

And

**SIDNEY W. DEGAN, III, La. Bar #4804**
**JULIA A. DIETZ, La. Bar. #18866**
**DEGAN BLANCHARD & NASH**
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
Email: jdietz@degan.com
**Attorneys for National Security Fire & Casualty Company and Omega One Insurance Company**

And

Harry J. "Skip" Philips, Jr., La. Bar No. 2047
Taylor, Porter, Brooks & Phillips, LLP
P.O. Box 2471  (451 Florida St. 8th Floor)

13

Baton Rouge, LA  70821  (70801)
225-381-0276 (Direct dial)
225-346-8049 (Fax)
**Attorney for Employers Mutual Companies**

And

**JOHN E. UNSWORTH, #9477**
**W. GLENN BURNS, #3698**
**LAUREN E. BRISBI, #29778**
**HAILEY, McNAMARA, HALL,**
    **LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana  70001
Telephone:  (504) 836-6500
Facsimile:  (504) 836-6565
**Attorneys for Defendant,**
**Clarendon National Insurance Company**

And

ALAN J. YACOUBIAN (#17213)
NEAL J. FAVRET (#24412)
RACHAEL P. CATALANOTTO (#31095)
    JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone:  (504) 528-3001
**Attorneys for defendant, Auto Club Family Insurance**
**Company**

And

Edward J. Lilly
Louisiana Bar No. 8571
CRULL. CASTAING & LILLY
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans LA 70130
Telephone(504) 581 - 7700
Facsimile(504) 581 -5523
**Attorney for Southwest Business Corporation**

And

14

DEBORAH B. ROUEN, #2084
CHRIS A. D'AMOUR, #26252
ADAMS AND REESE LLP
4500 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone:  504-581-3234
Facsimile:  504-566-0210
**Counsel for Defendant, Union National Fire Insurance**
**Company**

And

James A. Rowell, La. Bar # 21393
Degan, Blanchard & Nash
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone:  504-529-3333
Facsimile:   504-529-3337
**Attorney for GuideOne Mutual Insurance Company**
**and GuideOne Specialty Mutual Insurance Company**

And

Nancy Scott Degan, T.A. (#01819)
Kent A. Lambert (#22458)
Paul L. Peyronnin (#17744)
Martha R. Crenshaw (#27420)
**BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
**Attorney for State National Insurance Company**

And

John R. Walker (#02165)
Allen & Gooch
3900 North Causeway Boulevard
Suite 1450
Metairie, LA 70002
(504) 836-5210 (Direct Dial)
(504) 836-5215 (Direct Fax)
johnwalker@allengooch.com
**Attorney for National Lloyds Insurance Company and
American Summit Insurance Company**

And

Marshall M. Redmon, La. Bar No. 18398
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Phone: (225) 346-0285
Fax: (225) 381-9197

Amy R. Sabrin
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington  D.C.  20005-2111
T: 202.371.7699
F: 202.661.9073

**Attorneys for Farmers Insurance Exchange, Foremost
Insurance Company, Foremost Property and Casualty
Insurance Company, and Foremost Signature
Insurance Company**

And

RICHARD J. DOREN
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
(213) 229-7038

DANIEL W. NELSON
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
(202) 955-8500

ROBERT I. SIEGEL
GIEGER, LABORDE & LAPEROUSE, LLC
One Shell Square
701 Poydras St., Suite 4800
New Orleans, Louisiana 70139-4800
(504) 654-1307
**Attorneys for Lexington Insurance Company, Audubon Insurance Company, AIU Insurance Company, AIG Centennial Insurance Company, AIG Casualty Company, National Union Fire Insurance Company of Louisiana, National Union Fire Insurance Company of Pittsburgh, PA, and American General Property Insurance Company**

And

Wendy Hickok Robinson, La. Bar No. 25225
Nina Wessel English, La. Bar No. 29176
GORDON, ARATA, MCCOLLAM,
    DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111

Cari K. Dawson, Georgia Bar No. 213490
Daniel F. Diffley, Georgia Bar No. 221703
John A. Sensing, Georgia Bar No. 141327
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Fax: (404) 881-7777
(Pro Hac Vice application filed)
**Attorneys for Safeco Insurance Company**

And

GORDON P. SEROU, JR. (14432)
LAW OFFICES OF GORDON P. SEROU, JR.
Poydras Center, Suite 1420
650 Poydras Street
New Orleans, Louisiana 70130
Telephone No.:  504-299-3421
Facsimile No.: 504-299-3496
**Attorneys for American Bankers Insurance Company of Florida, American Security Insurance Company, Assurant, Inc., American Reliable Insurance Company,**

17

**Standard Guaranty Insurance Company, Voyager
Indemnity Insurance Company, and Voyager Property
and Casualty Insurance Company**

And

**DOMINIC J. OVELLA, #15030 – T.A.
ANNE E. MEDO, #24556
SEAN P. MOUNT, #27584
DANIEL M. REDMANN, #30685
J. CHRISTOPHER DIPPEL, JR., #30480
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana  70001
Telephone: (504) 836-6500
**Counsel for Defendants, ZC Sterling Insurance Agency,
Inc., ZC Sterling Corporation,  Fidelity and Deposit
Company of Maryland, Empire Fire & Marine
Insurance Company, and Centre Insurance Company**

And

JOHN P. WOLFF, III, T.A., #14504
STEVEN C. JUDICE, #2012
NANCY B. GILBERT, #23095
CHRISTOPHER K. JONES,  #28101
Keogh, Cox & Wilson, Ltd.
701 Main Street
Baton Rouge, LA 70802
225-383-3796-phone
225-343-9612-fax
**Attorneys for Amica Mutual Insurance Company**

And

Judy Y. Barrasso, La. Bar 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  504/589-9700
**Attorneys for Metlife, Inc., Economy Premier
Assurance Company, Metropolitan Casualty Insurance
Company, and Metropolitan Property & Casualty**

**Insurance Company, America First Insurance Company, Liberty Mutual FireInsurance Company, and Liberty Mutual Insurance Company**

And

Steven W. Usdin, 12986
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700
**Attorney for Chubb Indemnity Insurance Company, Chubb Custom Insurance Company, Chubb National Insurance Company, Federal Insurance Company, Great Northern Insurance Company, (for itself and as erroneously sued as Chubb Insurance Group, a non-entity, incapable of being sued), and Vigilant Insurance Company**

And

Neil C. Abramson (Bar #21436)
Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**Attorneys For American Manufacturers Mutual Insurance Company, Kemper Casualty Insurance Company, Lumbermens Mutual Casualty Company, Merastar Insurance Company, Unitrin Preferred Insurance Company, Unitrin Auto And Home Insurance Company, Trinity Universal Insurance Company, And Trinity Universal Insurance Company Of Kansas, Inc.**

And

Neil C. Abramson (Bar #21436)
Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**

Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

and

Marshall M. Redmon (Bar #18398)
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

**Attorneys For Defendants The Involved Lloyd's Underwriters**


And

Harry Rosenberg (Bar #11465)
Jay R. Sever (Bar #23935)
Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**Attorneys For Defendants Nationwide, Nationwide Affinity Insurance Company Of America, Nationwide Mutual Fire Insurance Company, Nationwide Mutual Insurance Company Scottsdale Indemnity Company And Scottsdale Insurance Company**


And

Neil C. Abramson (Bar #21436)
Nora B. Bilbro (Bar #22955)
Jacqueline M. Brettner (Bar #30412)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

and

Marshall M. Redmon (Bar #18398)
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

**Attorneys For Defendant Homesite Insurance Company**


And

George B. Hall, Jr. (Bar #6432)
Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**Attorneys For American Empire Insurance Company,
American Empire Surplus Lines Insurance Company,
Great American Alliance Insurance Company, Great
American Assurance Company, Great American
Insurance Company Of New York, Great American
Security Insurance Company, And Great American
Spirit Insurance Company**


And

Harry Rosenberg (Bar #11465)
Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**Attorneys For Defendants Fidelity National Insurance
Company And Fidelity National Property And Casualty
Insurance Company**


And

**SETH A. SCHMEECKLE, T.A., La. Bar #27076**
**RALPH S. HUBBARD, III, La. Bar. # 7040**
**LUGENBUHL, WHEATON, PECK, RANKIN &**
**HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
E-Mail:  sschmeeckle@lawla.com
            rhubbard@lawla.com

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:     (713) 632-1700
Facsimile:     (713) 222-0101

**Attorneys for United Services Automobile Association,**
**Also Separately Named By Plaintiffs as USAA, USAA**
**Casualty Insurance Company and USAA General**
**Indemnity Company**

And

THOMAS H. HUVAL #21725 - T.A.
Huval Veazey Felder & Aertker, L.L.C.
532 E. Boston Street
Covington, LA 70433
Phone: (985) 809-3800
Fax: (985) 809-3801
**Attorney for Security Plan Fire Insurance Company**

And

John W. Waters, Jr., La. Bar # 13258
BIENVENU, FOSTER, RYAN & O'BANNON, LLC
1010 Common Street, Suite 2200
New Orleans, LA  70112

Telephone: (504) 310-1500
Direct:  (504) 310-1560
Fax: (504) 310-1501
**Attorney for La. Citizens Property Insurance Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, on this 6th day of November, 2007.

_____