UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS | * | SECTION "K" (2) |
| JOINDER CASES | * | |
| *severed from Austin, 06-5383* | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| THOMAS AUSTIN, JR. | * | |
| Plaintiff | * | |
| VERSUS | * | CIVIL ACTION NO. 07-2679 |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | SECTION "K" (2) |
| COMPANY and STATE FARM GENERAL | * | |
| INSURANCE COMPANY | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## **MOTION OF DISMISSAL**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Thomas Austin, Jr., and defendants, State Farm Fire and Casualty Company and State Farm General Insurance Company (hereinafter referred to as "State Farm"), who move this Honorable Court for a full dismissal of plaintiff's claims with prejudice as to State Farm, as plaintiff no longer wishes to pursue his action arising out of Hurricane Katrina with State Farm with respect to his property located at 2716 Volpe Drive in Chalmette, Louisiana.

Respectfully submitted,

_____
JOSEPH J. MCKERNAN (#10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
(225) 926-1234
Attorneys for Plaintiff, Thomas Austin, Jr.

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. mail, postage prepaid and properly addressed this 2 day of Nov, 2007.

_____