UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS | * | |
| JOINDER CASES | * | JUDGE DUVAL |
| Severed from: Austin, 06-5383 | * | |
| | * | MAGISTRATE WILKINSON |
| JIM MILLER | * | |
|     Plaintiff | * | CIVIL ACTION NO. 07-2682 |
| VERSUS | * | |
| | * | SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY, and STATE FARM | * | |
| GENERAL INSURANCE COMPANY | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION OF DISMISSAL

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Jim Miller, and defendants, State Farm Fire and Casualty Company and State Farm General Insurance Company (hereinafter referred to as "State Farm"), who move this Honorable Court for a full dismissal of prejudice as to State Farm, as plaintiff no longer wishes to pursue his claims against State Farm arising out of Hurricane Katrina pursuant to his property located at 42 Beresford Drive in Metairie, Louisiana.

Respectfully submitted,

_____
JOSEPH J. MCKERNAN (#10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
(225) 926-1234
Attorneys for Plaintiff, Jim Miller

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. mail, postage prepaid and properly addressed this _____ day of __November__, 2007.

_____