UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS JOINDER CASES Severed from: Austin, 06-5383 | * * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| JIM MILLER       Plaintiff VERSUS | * * * | CIVIL ACTION NO. 07-2682 |
| | * | SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY COMPANY, and STATE FARM GENERAL INSURANCE COMPANY       Defendants | * * * * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that the claims of Jim Miller against State Farm Fire and Casualty Company and State Farm General Insurance Company concerning his property at 42 Beresford Drive in Metairie, Louisiana, arising out Hurricane Katrina, is dismissed with full prejudice; each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**