OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   NOV - 5 2007
LORETTA G. WHYTE
CLERK

Date: 11-5-07

Kenneth Jones, et al

vs.

State Farm Fire & Casualty Company, et al

Case No. 06-9151   Section "K"(2)

(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Board of Commissioners of the Orleans Levee Board
   (address) _____

2. (name) United States of America
   (address) through U.S. Attorney General

3. (name) United States of America
   (address) through U.S. Attorney

4. (name) Pittman Construction Co. of LA, Inc.
   (address) _____

Very truly yours,

_____
"Signature"
Attorney for  plaintiffs
Address _____

___ Fee_____
_X_ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No._____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

Date: 11-5-07

Kenneth Jones, et al

vs.

State Farm Fire & Casualty Company, et al

Case No. 06-9151    Section "K"(2)

(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

5. 1. (name) Pittman Construction Company, Inc.
      (address) _____

6. 2. (name) Gulf Group, Inc. of Florida
      (address) _____

7. 3. (name) Miller Excavating Services, Inc.
      (address) _____

   4. (name) _____
      (address) _____

Very truly yours,

_____
"Signature"
Attorney for plaintiffs
Address _____