UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO. 05-4182** |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Steudlein,* C.A. No. 06-7307 | | |

\* \* \* \* \* \* \* \*

**PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs CHRISTINE STEUDLEIN, wife of/and HENRY J. STEUDLEIN, III, respectfully request that their claims in this lawsuit against FIDELITY NATIONAL INSURANCE COMPANY and WARREN DENNIS be dismissed, without prejudice, each party to bear its own costs. All other claims against all other defendants are reserved.

**WHEREFORE,** CHRISTINE STEUDLEIN, wife of/and HENRY J. STEULDEIN, III pray that their claims in this lawsuit be dismissed against FIDELITY NATIONAL INSURANCE COMPANY and WARREN DENNIS, without prejudice.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile: (504) 523-0464
E-Mail: GMPendergastLLC@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 7th day of November, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast