## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| **PERTAINS TO:** | * | SECTION "K" (2) |
| *Steudlein,* C.A. No. 06-7307 | | |
| *   *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the Partial Motion to Dismiss Without Prejudice be and hereby is **GRANTED** and that all of the claims asserted by plaintiffs, CHRISTINE STEUDLEIN, wife of/and HENRY J. STEUDLEIN, III, in this lawsuit against FIDELITY NATIONAL INSURANCE COMPANY and WARREN DENNIS, are dismissed, without prejudice, each party to bear its own costs. All other claims against all other defendants are hereby reserved.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2007.

---
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

**I hereby certify that I have on this 7th day of November, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.**

s/ Gary M. Pendergast

- 2 -

- 2 -

Steudlein, Order to Partial Motion to Dismiss