| | |
|---|---|
| UNITED STATES DISTRICT COURT * | |
| EASTERN DISTRICT OF LOUISIANA * | |
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION K (2) |
| * | |
| * | |
| STEVEN FRUGHT AND * | |
| CHERILYN FRUGHT * | |
| * | CIVIL ACTION NO. 07-5069 |
| * | |
| VERSUS * | |
| * | SECTION  K (2) |
| STATE FARM FIRE AND * | |
| CASUALTY COMPANY * | |
| ****************************************** | |

## CORPORATE DISCLOSURE STATEMENT

**NOW COMES,** defendant, State Farm Fire & Casualty Company, hereinafter referred to as "State Farm"), a foreign corporation, who files this Corporate Disclosure by and through undersigned counsel in compliance with Local Rule 5.6 and Federal Rule of Civil Procedure 7.1.

Defendant states that State Farm is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company. State Farm Mutual Automobile Insurance Company is the parent of defendant, State Farm, and no publicly held company owns 10% or more of its stock. Furthermore, neither defendant State Farm nor its parent has any publicly traded stock.

Dated this 7th day of November, 2007.

                        Respectfully submitted,

                        s/Sidney J. Hardy

                        SIDNEY J. HARDY (#1938)
                        McCRANIE, SISTRUNK, ANZELMO, HARDY,
                        MAXWELL & McDANIEL
                        3445 N. Causeway Boulevard, Ste. 800
                        Metairie, LA   70002
                        Telephone:  (504) 831-0946/Fax: (504) 831-2492
                        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

     I hereby certify that on the 7th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                    s/Sidney J. Hardy

                    SIDNEY J. HARDY