<div align="center">
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
</div>

| | |
|---|---|
| IN RE KATRINA CANCAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |

PERTAINS TO: 07-1687 (DAVIS)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<div align="center">

## JOINT STIPULATION OF DISMISSAL

</div>

On Motion of plaintiff, Clarence Davis, herein appearing through undersigned counsel of record, and on suggesting to the Court that this matter has been fully compromised and settled and, therefore, should be dismissed with full prejudice and as to all plaintiff's rights herein, each party to bear its own costs. The parties request the case be marked as administratively closed per a partial settlement agreement and release entered into by the parties but certain rights were reserved pending appeals on certain legal issues. The case can be closed but without prejudice in accordance with the partial settlement agreement and release.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on November 7, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.<br><br>/s/<br>_____<br>Pat Kehoe | **Respectfully submitted:**<br><br>/s/<br>_____<br>**Pat Kehoe, Esq. (Bar Roll No. ____)**<br>**833 Barrone Street**<br>**New Orleans, LA 70113**<br>**Phone: (504) 588-1110** |

<div style="border:1px solid black; padding:8px;">

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com

</div>

**Respectfully submitted:**

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert
_____

***WILLIAM H. ECKERT (#18591)***
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:**   *(504) 836-7556*
**Fax:**         (504) 836-7566
**Email:**       beckert@ungarino-eckert.com