UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6037, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289<br><br>PERTAINS TO: LEVEE | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(b)

NOW INTO COURT, through undersigned counsel, comes defendant, the Board of Commissioners of the Port of New Orleans (the "Dock Board"), who, in furtherance of this Court's Order (Doc. 8389) granting the Dock Board's Motion for Judgment on the Pleadings (Doc. 5522), and for the reasons set forth more fully in the accompanying Memorandum in Support, respectfully requests that this Honorable Court make an express determination that there is no just reason

for delay, and enter a final judgment under Fed.R.Civ.P. 54(b) dismissing the Levee Plaintiffs' claims against the Dock Board, with prejudice, each party to bear their own costs.

> Respectfully submitted,
>
> DAIGLE FISSE & KESSENICH, PLC
>
> BY:   /s/ Kirk N. Aurandt
> J. FREDRICK KESSENICH (7354)
> JONATHAN H. SANDOZ (23928)
> MICHAEL W. MCMAHON (23987)
> JON A. VAN STEENIS (27122)
> KIRK N. AURANDT (25336)
> P. O. Box 5350
> Covington, Louisiana 70434-5350
> Telephone: 985/871-0800
> Facsimile:  985/871-0899
> Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 7th day of, November, 2007.

> /s/ Kirk N. Aurandt
> KIRK N. AURANDT

2