UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6037, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | SECTION "K" (2) JUDGE DUVAL  MAGISTRATE WILKINSON |
| PERTAINS TO: LEVEE | |

## JUDGMENT

Considering the Order and Reasons (Doc. 8389) issued on October 12, 2007, granting the Motion for Judgment on the Pleadings (Doc. 5522) filed by defendant, the Board of Commissioners of the Port of New Orleans, and upon expressly determining that there is no just reason for delay and directing the entry of judgment;

IT IS HEREBY ORDERED THAT the foregoing Order and Reasons (Doc. 8389) be designated as a final judgment pursuant to Fed. R. Civ. P. 54(b), and that the claims of Levee Plaintiffs in the above-captioned actions against defendant, the Board of Commissioners of the Port of New Orleans, be dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ___ day of _____, 200__.

                                                                         _____
                                                                         STANWOOD R. DUVAL, JR.
                                                                         UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:  /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana  70434-5350
Telephone:  985/871-0800
Facsimile:   985/871-0899
Attorneys for Defendant, The Board of
Commissioners of the Port of New
Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 7th day of, November, 2007.

/s/ Kirk N. Aurandt
KIRK N. AURANDT