UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE, Roberts, 06-2315 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

At the request of counsel for plaintiff in the referenced Roberts case, and pursuant to Local Rule 78.1E, oral argument on plaintiff's Motion to Compel, Record Doc. No. 8836, is hereby set on **NOVEMBER 28, 2007 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this  7th  day of November, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE