UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:   Levee, MRGO,<br>Insurance | SECTION "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

# **O R D E R**

In response to my previous order, Record Doc. No. 8606, counsel for some defendants have filed written responses to Liaison Counsel's letter of October 18, 2007, Record Doc. No. 8577, forwarding to me the Recommendation of Consultant Craig Ball Respecting Repository Vendor and requesting that they be relieved from the obligation mandated by Case Management Order No. 4 ("CMO No. 4") to establish and pay one-half of the cost of a joint electronic document repository. I have separately filed the responses in the record.

Having considered the record, the applicable law and the written submissions of counsel, the court finds that the cost of establishing the joint electronic document repository contemplated by CMO No. 4 is exorbitant and far exceeds what the court anticipated when the electronic repository provision was included in CMO No. 4. Accordingly,

**IT IS ORDERED** that Paragraph IV(C)(1) of the court's Case Management Order No. 4, Record Doc. No. 3299, requiring that a joint electronic repository containing a copy of all documents produced during discovery be maintained through a third-party vendor, the cost of which was to be borne 50% by plaintiffs and 50% by the defendants, is hereby VACATED.  The parties are free to maintain and store discovery documents as they see fit, pursuant to all other orders, agreements and protocols that remain in effect.

New Orleans, Louisiana, this __7th__ day of November, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**