AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA



ROBERT WALKER, ET AL

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-4920 "K" (2)

UNITED STATES ARMY CORPS OF
ENGINEERS

TO: (Name and address of defendant)

U.S. Attorney General
Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

V. Jacob Garbin
2018 Prytania Street
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                                            August 29, 2007
Clerk                                                        Date

_Rebecca L. Letz_ (signature)
(By) Deputy Clerk

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 18, 2007 |
| NAME OF SERVER (PRINT) Viktorija Dekovic | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail - The Hon. Peter Keisler, Acting Attorney General of the United States, United States Department of Justice, Washington, D.C. 20530 -- See Exhibit A

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 6, 2007
Date

Signature of Server: Viktorija Dekovic

Address of Server: 2018 Prytania Street, New Orleans, LA 70130

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0004 4124 8170**
Status: **Delivered**

Your item was delivered at 10:58 AM on October 24, 2007 in WASHINGTON, DC 20530.

[ Additional Details > ]   [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [ Go > ]

*Exhibit A p. 1 of 2*

**Card 1:**
Article Addressed to:
James B. Letten
United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130
Attn: Civil Process Clerk

Article Number: 7003 3110 0004 4124 8156

**Card 2:**
Article Addressed to:
Hon. Peter Keisler
Acting Attorney General
United States of America
Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Article Number: 7003 3110 0004 4124 8170

**Card 3:**
Article Addressed to:
Col. Alvin B. Lee
District Engineer
U.S. Army Corps of Engineers
New Orleans District Headquarters
P.O. Box 60267
New Orleans, LA 70160-0267

Signature received OCT 22 2007
Article Number: 7003 3110 0004 4124 8187

**Card 4:**
Article Addressed to:
Lt. General Robert L. Van Antwerp
Chief of Engineers & Commanding General
U.S. Army Corps of Engineers Headquarters
441 G. Street
Washington, D.C. 20314

Article Number: 7003 3110 0004 4124 8163

Exhibit Ap. 2 of 2