# United States District Court

## EASTERN DISTRICT OF LOUISIANA

*FILED*
*EASTERN DISTRICT OF LA*
*2007 NOV -7 AM 11: 31*
*LORETTA G. WHYTE*
*CLERK*

ROBERT WALKER, ET AL

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-4920 "K" (2)

UNITED STATES ARMY CORPS OF ENGINEERS

TO: (Name and address of defendant)

United States Army Corps of Engineers

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

V. Jacob Garbin
2018 Prytania Street
New Orleans, LA  70130

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

*(signature)*
(By) Deputy Clerk

**August 29, 2007**
Date

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | October 18, 2007 |
| NAME OF SERVER (PRINT) Viktoriya Dekovic | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail - Lt. General Robert L. Van Antwerp, Chief of Engineers & Commanding General Date of Delivery October 18, 2007 — See Exhibit A

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 6, 2007
Date

Signature of Server: Viktoriya Dekovic

2018 Prytania Street, New Orleans, LA 70130
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0004 4124 8163**
Status: **Delivered**

Your item was delivered at 7:16 AM on October 25, 2007 in WASHINGTON, DC 20314.

[ Additional Details > ]   [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [ Go > ]

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

*Exhibit Ap1of2*

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                   10/30/2007

Exhibit A (cont.)

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Col. Alvin B. Lee
   District Engineer
   U.S. Army Corps of Engineers
   New Orleans District Headquarters
   P.O. Box 60267
   New Orleans, LA 70160-0267

2. Article Number: 7003 3110 0004 4124 8187

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Roberts (Agent)
- B. Received by (Printed Name): Roberts
- C. Date of Delivery: OCT 22 2007
- 3. Service Type: ☒ Certified Mail
- 4. Restricted Delivery? No

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Lt. General Robert L. Van Antwerp
   Chief of Engineers & Commanding General
   U.S. Army Corps of Engineers Headquarters
   441 G. Street
   Washington, D.C. 20314

2. Article Number: 7003 3110 0004 4124 8163

PS Form 3811, February 2004   Domestic Return Receipt

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Hon. James B. Letten
   United States Attorney
   Eastern District of Louisiana
   Hale Boggs Federal Building
   500 Poydras Street
   New Orleans, LA 70130
   Attn: Civil Process Clerk

2. Article Number: 7003 3110 0004 4124 8156

Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X (Agent)
- B. Received by (Printed Name)
- C. Date of Delivery: 10/24/07
- 3. Service Type: ☒ Certified Mail

## Receipt 4

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Hon. Peter Keisler
   Acting Attorney General
   United States of America
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington, D.C. 20530-0001

2. Article Number: 7003 3110 0004 4124 8170

Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X
- B. Received: OCT 2007
- 3. Service Type: ☒ Certified Mail