# United States District Court

## EASTERN DISTRICT OF LOUISIANA

2007 NOV -7 AM 11:01

LORETTA G. WHYTE
CLERK

ROBERT WALKER, ET AL

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-4920 "K" (2)

UNITED STATES ARMY CORPS OF ENGINEERS

TO: (Name and address of defendant)

United States Army Corps of Engineers

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

V. Jacob Garbin
2018 Prytania Street
New Orleans, LA  70130

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

(By) Deputy Clerk

**August 29, 2007**
Date

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE October 18, 2007 |
| NAME OF SERVER (PRINT) Viktorija Dekovic | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail - Col. Alvin B. Lee, District Engineer Date of Delivery October 18, 2007 - see Exhibit A

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 6, 2007
Date

Signature of Server: Viktorija Dekovic

Address of Server: 2018 Prytania Street, New Orleans, LA 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0004 4124 8187**
Status: **Delivered**

Your item was delivered at 8:18 AM on October 22, 2007 in NEW ORLEANS, LA 70160.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

[ Additional Details > ]   [ Return to USPS.com Home > ]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

Exhibit A p1 of 2

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/30/2007

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James B. Letten
United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130
Attn: Civil Process Clerk

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X S. Dolan — Agent
B. Received by (Printed Name): S. Dolan    C. Date of Delivery: 10/22/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7003 3110 0004 4124 8156

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Peter Keisler
Acting Attorney General
United States of America
Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [illegible] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible] Oct 22 2007    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7003 3110 0004 4124 8170

PS Form 3811, February 2004   Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. General Robert L. Van Antwerp
Chief of Engineers & Commanding General
U.S. Army Corps of Engineers Headquarters
441 G. Street
Washington, D.C. 20314

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X
B. Received by (Printed Name)
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7003 3110 0004 4124 8163

PS Form 3811, February 2004   Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Col. Alvin B. Lee
District Engineer
U.S. Army Corps of Engineers
New Orleans District Headquarters
P.O. Box 60267
New Orleans, LA 70160-0267

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Roberts
B. Received by (Printed Name): [illegible]    OCT 22 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7003 3110 0004 4124 8187

PS Form 3811, February 2004   Domestic Return Receipt

---

Exhibit A p. 2 of 2