AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2007 NOV -7 AM 11:31
LORETTA G. WHYTE CLERK
RETURN

ROBERT WALKER, ET AL

**SUMMONS IN A CIVIL CASE**

**V.**

Case Number: 07-4920 "K" (2)

UNITED STATES ARMY CORPS OF ENGINEERS

TO: (Name and address of defendant)

Assistant U.S. Attorney
500 Magazine Street, Hale Boggs Federal Building
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** *and required to serve upon* PLAINTIFF'S ATTORNEY (name and address)

V. Jacob Garbin
2018 Prytania Street
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

(By) Deputy Clerk

**August 29, 2007**
Date

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE October 18, 2007 |
|---|---|
| NAME OF SERVER (PRINT) Viktorija Dekovic | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail - Hon. James B. Letten, U.S. Attorney, ATTN: Civil Process Clerk - Date of Delivery October 18, 2007

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 6, 2007
Date

Viktorija Dekovic
Signature of Server

2018 Prytania Street, New Orleans, LA 70130
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



USPS - Track & Confirm Case 2:05-cv-04182-SRD-JCW Document 8935 Filed 11/07/07 Page 3 of 4 Page 1 of 1

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0004 4124 8156**
Status: **Delivered**

Your item was delivered at 12:11 PM on October 22, 2007 in NEW ORLEANS, LA 70130.

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

Exhibit A p1 of 2

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 10/30/2007

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. James B. Letten
United States Attorney
Eastern District of Louisiana
500 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130
Attn: Civil Process Clerk

2. Article Number (Transfer from service label) 7003 3110 0004 4124 8156

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X S. DeJean ☐ Agent ☐ Addressee

B. Received by (Printed Name) S. DeJean C. Date of Delivery 10/24/07

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Col. Alvin B. Lee
District Engineer
U.S. Army Corps of Engineers
New Orleans District Headquarters
P.O. Box 60267
New Orleans, LA 70160-0267

2. Article Number (Transfer from service label) 7003 3110 0004 4124 8187

PS Form 3811, February 2004 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X R Roberts

B. Received by (Printed Name)

D. Is delivery address different from item If YES, enter delivery address below

NEW ORLEANS, LA 70113 OCT 22 2007 USPS

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Recei ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hon. Peter Keisler
Acting Attorney General
United States of America
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

2. Article Number (Transfer from service label) 7003 3110 0004 4124 8170

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [illegible signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) OCT 24 2007 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. General Robert L. Van Antwerp
~~Chief~~ Of Engineers & Commanding General
U.S. Army Corps of Engineers Headquarters
441 G. Street
Washington, D.C. 20314

2. Article Number (Transfer from service label) 7003 3110 0004 4124 8163

PS Form 3811, February 2004 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X

B. Received by (Printed Name)

D. Is delivery address different from item If YES, enter delivery address below

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Recei ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

Exhibit A p 2 of 2