

**DK&S**
**DEUTSCH,**
**KERRIGAN**
**& STILES**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV -8  AM 8: 11

LORETTA G. WHYTE
CLERK

755 Magazine Street
New Orleans, LA 70130
Direct  (504) 593-0642
Main    (504) 581-5141
Fax     (504) 566-1201
fbarry@dkslaw.com
www.dkslaw.com

FRANCIS J. BARRY, JR.
Counselor at Law

November 1, 2007

RECEIVED
NOV - 1 2007
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**VIA FACSIMILE (504) 589-7633**
Hon. Joseph C. Wilkinson, Jr.
United States Magistrate
United States District Court for
 the Eastern District of Louisiana
United States District Courthouse
500 Poydras Street
New Orleans, LA 70130

   RE: In Re Katrina Canal Breaches
      Consolidated Litigation
      USDC, E.D., La., No. 05-4182
      Our Ref: 33280-011

Dear Judge Wilkinson:

  Pursuant to your Order of October 23, 2007 (Rec. Doc. 8606), regarding the joint electronic document repository, the undersigned is authorized to respond in behalf of the "perempted" Engineers and Contractors, i.e. Eustis Engineering Company, Inc., Modjeski and Masters, Inc., Burk-Kleinpeter, Inc., Gotech, Inc., Boh-Bros Construction Co., LLC, B & K Construction Company, Inc., T. L. James and Company, Inc.,[1] as follows:

  The claims against the perempted Engineers and Contractors were first dismissed on December 8, 2006, by Judge Duval, per his reasons and judgments entered as Record Document Nos. 2145, 2146, 2148 and 2149.

---

[1] And also on behalf of Burk-Kleinpeter, LLC, (hereinafter "BK, LLC") which was dismissed on summary judgment because it had no involvement with levees or flood walls.

Deutsch, Kerrigan & Stiles, L.L.P.

New Orleans · Monroe · Gulfport · Hattiesburg

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

November 1, 2007
Page 2

  Pursuant to Judge Duval's direction, per his order of 11/29/06 (Rec. Doc. 2034), follow-up motions by the perempted Engineers and Contractors to dismiss claims in regard to civil actions not included in the 12/8/06 judgments were filed on February 1, 2007, and were decided by Judge Duval's written reasons on June 29, 2007, Rec. Document No. 6175, upon which a final judgment was rendered on 9/11/07, Rec. Doc. No. 7494.

  Case Management Order No. 4, Rec. Doc. No. 3299, issued on 3/1/07, recognized the special position of these "perempted defendants" at pages 21-22 and page 24, and limited the discovery directed to "non-party Contractors" and to the Engineers to one master set of requests for production of documents, which were to be answered by May 15, 2007.

  The perempted Engineers and Contractors produced the documents by May 15, 2007, and have not participated in any further discovery.

  The perempted Engineers and Contractors have previously stated[2] their position that they are not covered by the obligation under Case Management Order No. 4 to participate in funding of the Joint Document Repository. They did not take part in the development of the repository proposals or the selection of recommended vendors.

  Undersigned counsel understands that liaison counsel for the plaintiffs, Mr. Bruno, and liaison counsel for the defendants, Mr. Hubbard, do not dispute this position of the perempted Engineers and Contractors in regard to the costs of the document repository. If any parties do dispute such position, the perempted Engineers and Contractors suggest it should be stated now and resolved.

  The perempted Engineers and Contractors, as well as BK, LLC,[3] reiterate their position that the CMO #4 reference on pages 30 - 34, including the funding of said repository 50% by plaintiffs and 50% by defendants does not require the perempted Engineers and Contractors to bear any costs of the Joint Electronic Repository.

---

[2] A status conference was held by the Magistrate on 4/24/07 regarding the proposed logistical and cost arrangements for the document repository (Rec. Doc. No. 3948) at which sub-liaison counsel for the Engineers Group stated that the perempted defendants did not believe they were required to share in the funding of the Document Repository; and, there were no objections voiced by counsel for plaintiffs or for other defendants.

[3] Burk Kleinpeter, LLC moved for summary judgment twice (Rec. Doc. Nos. 552-1 and 3406), on the grounds that Burk Kleinpeter, LLC had no involvement with levees or flood walls and should not have been sued. No opposition was filed to either motion; and the Court granted both motions (Rec. Doc. No. 1080 and 6175, p. 15), and included Burk Kleinpeter, LLC in the final judgment rendered on 9/11/07 (Rec. Doc. No. 7484). All of the foregoing bases for non-involvement in the Document Repository also apply to Burk Kleinpeter, LLC, only more so.

November 1, 2007
Page 3

      The perempted Engineers and Contractors (and also BK, LLC), do not oppose plaintiffs' motion (as stated in Rec. Doc. 8577, letter dated 10/18/07) so long as it does not imply that said perempted Engineers and Contractors (or BK, LLC) should bear any such costs.

                                              Respectfully yours,

                                              Francis J. Barry, Jr.

FJB/jdh

cc (via email): Ralph S. Hubbard, III - rhubbard@lawla.com
                Seth A. Schmeeckle - sschmeeckle@lawlaw.com
                William D. Treeby - wtreeby@stonepigman.com
                Thomas P. Anzelmo - Tanselmo@mcsalaw.com
                Charles M. Lanier, Jr. - cmlanier@christovich.com
                Gary M. Zwain - gzwain@duplass.com
                Robin D. Smith - Robin.Doyle.Smith@usdoj.gov
                Joseph M. Bruno - jbruno@jbrunolaw.com
                Gerald E. Meunier - gmeunier@gainsben.com
                Charles F. Seemann, Jr. - cseemann@dkslaw.com
                Mat. M. Gray, III - mgray@frc-law.com
                A. Dale Clary - adc@longlaw.com
                Terrence L. Brennan - tbrennan@dkslaw.com
                Michael R. C. Riess - mriess@kingsmillriess.com
                Herman C. Hoffman, Jr. - hhoffmann@spsr-law.com
                Betty F. Mullin - bmullin@spsr-law.com
                A. Gordon Grant, Jr. - ggrant@monbar.com