# CHRISTOVICH & KEARNEY, LLP
### ATTORNEYS AT LAW
SUITE 2300, PAN AMERICAN LIFE CENTER
601 POYDRAS STREET · NEW ORLEANS, LOUISIANA 70130-6078
TELEPHONE: (504) 561-5700  FAX: (504) 561-5743
WWW.CHRISTOVICH.COM

CHARLES M. LANIER, JR.
Also Admitted in Texas

504-593-4272
cmlanier@christovich.com

November 1, 2007

**BY HAND DELIVERY**

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    Re: *Katrina Canal Breaches, Consolidated Litigation,*
        USDC EDLA # 05-4182 "K" (2)
        Electronic Repository
        Our File DD 38864

Dear Magistrate Judge Wilkinson:

    In your recent Order Entry [Doc # 8606], you requested written response to the letter of plaintiffs' liaison counsel, Joseph M. Bruno, requesting plaintiffs be relieved from participation in the joint electronic document repository. Plaintiffs' proposed withdrawal from the joint electronic document repository makes that repository cost prohibitive.

    The Sewerage and Water Board is not insured for the claims against it. As such, the Sewerage and Water Board is bearing the cost of its own defense. Cost estimates for the joint electronic document repository are in the millions of dollars. CMO No. 4 required plaintiffs to pay one half of the cost of the document repository and defendants to pay the other. Due to the projected cost of the repository, the Sewerage and Water Board questioned the appropriateness of the repository, even with plaintiffs' participation. Plaintiffs' requested withdrawal from the obligation of paying for the repository leaves the Sewerage and Water Board more certain that the repository is financially unworkable.

    If plaintiffs' request is granted, the Sewerage and Water Board of New Orleans also requests relief from the obligation to fund the joint electronic document repository. It prefers to maintain some control over its litigation costs by determining and managing its own document needs.

November 1, 2007
Page 2

    With best regards, I remain

                           Very truly yours,

                           Charles M. Lanier, Jr.

CML,Jr./car

cc:    Ralph Shelton Hubbard, III, Esq.
        Joseph M. Bruno, Esq.
        Thomas P. Anzelmo, Esq.
        William D. Treeby, Esq.