UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * * * * | CIVIL ACTION 05-4182 MAGISTRATE 2 SECTION "K" |
| PERTAINS TO: CYNTHIA FERRARA (07-4945) | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Motion to Enroll Additional Counsel of Record* of defendant, The Board of Commissioners for the Lake Borgne Basin Levee District;

**IT IS ORDERED** that Gary M. Zwain and Joseph E. Bearden, III of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, is hereby allowed to enroll as additional counsel of record on behalf of The Board of Commissioners for the Lake Borgne Basin Levee District.

New Orleans, Louisiana, this 8th day of November, 2007.

_____
JUDGE