UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS JOINDER CASES Severed from: Austin, 06-5383 | * * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| CHARLIE WARD AND CALEIA WARD Plaintiffs VERSUS | * * * * | CIVIL ACTION NO. 07-2680 |
| | * | SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY COMPANY, and STATE FARM GENERAL INSURANCE COMPANY Defendants | * * * * | |
| * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

**IT IS ORDERED** that the above captioned litigation against State Farm Fire and Casualty Company and State Farm General Insurance Company concerning the Wards' property at 31 Beresford Drive in Metairie, Louisiana, is dismissed with full prejudice; each party to bear their own costs.

New Orleans, Louisiana, this 8th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE