UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 "K" (2) <br> * <br> * JUDGE STANWOOD R. DUVAL <br> * <br> * MAG. JUDGE JOSEPH C. WILKINSON, JR. <br> * |

*THIS PLEADING APPLIES TO:* **BARGE**

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait v. USA* | C.A. No. 07-3500 |
| *LNA v. USA* | C.A. No. 07-5178 |

### MOTION *PRO HAC VICE* TO ENROLL AS VISITING CO-COUNSEL OF RECORD FOR DEFENDANT LAFARGE NORTH AMERICA INC.

By and through undersigned counsel, members in good standing of the Bar of this Court and of the State of Louisiana, comes the defendant, Lafarge North America Inc. ("LNA"), in accordance with Rule 83.2.6E of the Uniform District Court Rules for the Eastern District of Louisiana, and respectfully requests an Order from this Honorable Court enrolling the following attorney as co-counsel of record in the above-captioned matter:

1000144-1

>Adam M. Chud, Esq.
>**Goodwin Procter LLP**
>901 New York Avenue, NW
>Washington DC 20001
>Telephone: (202) 346-4000
>Facsimile: (202) 364-4444
>Email: achud@goodwinproctor.com

Mr. Chud is ineligible to become a member of the Bar of this Court because he is not a member of the Bar of the State of Louisiana. He is a member in good standing of and has been admitted to practice before the Bar of the District of Columbia (2000), Bar ID No. 468443; the New York State Bar (2000); and the bar of the United States District Court for the District of Columbia (2001). A certificate of good standing from the Bar of the District of Columbia and the affidavit of Mr. Chud are attached as Exhibits A and B, respectively.

>Respectfully submitted,
>
>/s/ Robert B. Fisher, Jr.
>Robert B. Fisher, Jr., T.A. (#5587)
>Derek A. Walker (#13175)
>Ivan M. Rodriguez (#22574)
>Parker Harrison (#27538)
>**CHAFFE MCCALL, L.L.P.**
>2300 Energy Centre
>1100 Poydras Street
>New Orleans, LA 70163-2300
>Telephone: (504) 585-7000
>
>Daniel A. Webb (#13294)
>**SUTTERFIELD & WEBB, LLC**
>Poydras Center
>650 Poydras Street, Suite 2715
>New Orleans, LA 70130
>Telephone: (504) 236-4177

>John D. Aldock
>Mark S. Raffman
>**GOODWIN PROCTER LLP**
>901 New York Avenue, NW
>Washington, DC 20001
>Telephone: (202) 346-4240
>
>*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 8th day of November, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile transmission, electronic transmission, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

1000144-1

3