UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

*THIS PLEADING APPLIES TO:* BARGE

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait v. USA* | C.A. No. 07-3500 |
| *LNA v. USA* | C.A. No. 07-5178 |

### AFFIDAVIT

I, the undersigned, hereby state under oath that I am a member in good standing of the Bar of the District of Columbia; the New York State Bar; and the bar of the United States District Court for the District of Columbia. No disciplinary proceedings or criminal charges have ever been instituted against me. This affidavit is submitted in support of the Motion Pro Hac Vice to Enroll as Visiting Co-Counsel of Record for Lafarge North America Inc. in the above-referenced matters.

755974-1



EXHIBIT B

_____
ADAM M. CHUD

SWORN TO AND SUBSCRIBED BEFORE ME this 8th day of November 2007.

_____
Notary Public

_____
Print Name

My commission expires:_____

Sonja D. Seeley
Notary Public, District of Columbia
My Commission Expires 10-14-2008

755974-1