UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 "K" (2) <br> * <br> * JUDGE STANWOOD R. DUVAL <br> * <br> * MAG. JUDGE JOSEPH C. WILKINSON, JR. <br> * |

THIS PLEADING APPLIES TO:    BARGE

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait v. USA* | C.A. No. 07-3500 |
| *LNA v. USA* | C.A. No. 07-5178 |

Considering the foregoing Motion for Admission *Pro Hac Vice*,

IT IS HEREBY ORDERED that Adam M. Chud of Goodwin Procter LLP is hereby enrolled as co-counsel of record for Lafarge North America Inc. in the above-captioned matter.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**