UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

NCS-002-000000163     to     NCS-002-000000167;

NCS-003-000000002     to     NCS-003-000000005;

NCS-003-000000022     to     NCS-003-000000055;

NCS-003-000000074     to     NCS-003-000000087;

NCS-003-000000112     to     NCS-003-000000113;

NCS-003-000000213     to     NCS-003-000000216;

NCS-004-000000133     to     NCS-004-000000134;

| | | |
|---|---|---|
| NCS-004-000000857 | to | NCS-004-000000859; |
| NCS-004-000000957 | to | NCS-004-000000998; |
| NCS-004-000001002 | to | NCS-004-000001010; |
| NCS-004-000001014 | to | NCS-004-000001018; |
| NCS-007-000000051 | to | NCS-007-000000054; |
| NCS-007-000000237 | to | NCS-007-000000239; |
| NCS-007-000000344 | to | NCS-007-000000346; |
| NCS-007-000000382 | to | NCS-007-000000383; |
| NCS-007-000000993 | to | NCS-007-000000994; |
| NCS-007-000001055 | to | NCS-007-000001063; |
| NCS-007-000001288 | to | NCS-007-000001288; |
| NCS-007-000001309 | to | NCS-007-000001315; |
| NCS-008-000000040 | to | NCS-008-000000043; |
| NCS-008-000000048 | to | NCS-008-000000056; |
| NCS-008-000000103 | to | NCS-008-000000105; |
| NCS-008-000000155 | to | NCS-008-000000159; |
| NCS-008-000000223 | to | NCS-008-000000223; |
| NCS-008-000000228 | to | NCS-008-000000232; |
| NCS-008-000000252 | to | NCS-008-000000254; |
| NCS-008-000000269 | to | NCS-008-000000274; |
| NCS-008-000000488 | to | NCS-008-000000491; |
| NCS-008-000000495 | to | NCS-008-000000497; |

| | | |
|---|---|---|
| NCS-008-000000599 | to | NCS-008-000000611; |
| NCS-008-000000612 | to | NCS-008-000000615; |
| NCS-008-000000619 | to | NCS-008-000000622; |
| NCS-008-000000651 | to | NCS-008-000000672; |
| NCS-008-000000673 | to | NCS-008-000000676; |
| NCS-008-000000677 | to | NCS-008-000000682; |
| NCS-008-000001247 | to | NCS-008-000001251; |
| NCS-008-000001324 | to | NCS-008-000001329; |
| NCS-008-000001396 | to | NCS-008-000001397; |
| NCS-008-000001602 | to | NCS-008-000001603; |
| NCS-008-000001807 | to | NCS-008-000001807; |
| NCS-008-000001846 | to | NCS-008-000001854; |
| NCS-009-000000008 | to | NCS-009-000000078; |
| NCS-010-000000024 | to | NCS-010-000000221; |
| NCS-010-000000223 | to | NCS-010-000000308; |
| NCS-010-000000502 | to | NCS-010-000000510; |
| NCS-010-000000536 | to | NCS-010-000000541; |
| NCS-012-000000015 | to | NCS-012-000000015; |
| NCS-022-000000152 | to | NCS-022-000000217; |
| NCS-024-000000240 | to | NCS-024-000000424; |
| NCS-028-000000182 | to | NCS-028-000000285; |

The United States' privilege log is attached.

                Respectfully submitted,

                PETER D. KEISLER
                Assistant Attorney General

                C. FREDERICK BECKNER III
                Deputy Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                 s/ James F. McConnon, Jr.
                JAMES F. McCONNON, JR.
                Trial Attorney, Torts Branch, Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C.  20044
                (202) 616-4400/ (202) 616-5200 (Fax)
                Attorneys for the United States

Dated: November 8, 2007

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on November 8, 2007, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                                               s/ James F. McConnon, Jr.
                                               JAMES F. McCONNON, JR.