### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANCAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO. 05-4182**

**PERTAINS TO: 07-1687 (DAVIS)**
*********************************************************************************

## ORDER OF DISMISSAL

Considering the foregoing Joint Stipulation of Dismissal;

IT IS HEREBY ORDERD that the above-numbered and entitled matter be dismissed, in

its entirety, and as to all parties, with prejudice, each party to bear its own costs.  The case shall

be marked as administratively closed without prejudice in accordance with the partial settlement

agreement and release reached by the parties.

NEW ORLEANS, LOUISIANA, this ___8th___ day of __November__, 2007.

_____
**JUDGE**