UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| § | MAG. WILKINSON |
| § | |
| PERTAINS TO: LEVEE, *Michael O. Carey,* § | |
| (07-2741) § | |
| § | |

EX PARTE CONSENT MOTION FOR AN EXTENSION OF TIME

The United States of America respectfully moves pursuant to Local Rule 7.9 for an extension of thirty (30) days within which to Answer or otherwise respond to plaintiff's Complaint. At present, the deadline to answer is today, November 8, 2007. This is defendant United States's second request for an extension of this deadline.

STATEMENT OF ATTEMPT TO OBTAIN CONSENT

Undersigned counsel certifies that today counsel for the United States called the telephone number listed by plaintiff in his administrative claim. Counsel spoke to Mr. Carey who stated that he now has counsel and would have him call United States counsel immediately. At the time of filing this motion counsel had not received a return call from Mr. Carey's attorney. Thus, counsel for the United States cannot state whether or not this motion is opposed. This motion, however, is not made for any improper purpose, but out of a genuine need for more time.

**WHEREFORE**, the United States respectfully requests that an extension of time from November 8, 2007, up to and including December 8, 2007, be granted to Answer or otherwise respond.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director
        Torts Branch, Civil Division

        JAMES G. TOUHEY
        Assistant Director
        Torts Branch, Civil Division

         /s/ Richard R. Stone
        RICHARD R. STONE, SR.
        Senior Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        Post Office Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States of America

Dated: November 8, 2007

## CERTIFICATE OF SERVICE

I, Richard R. Stone, Sr., hereby certify that on November 8, 2007, I served a copy of the United States' Ex Parte Motion for an Extension of Time and Proposed Order upon all parties by ECF.

I also served by First Class mail postage prepaid a copy of this motion and order to the following address:

Michael O. Carey, 108 New Rhone Village, 1601 West Hutchinson Street, Crowley LA 70526.


    /s/ Richard R. Stone
RICHARD R. STONE, SR.