UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION "K" MAG "2" |
| PERTAINS TO: ROAD HOME *State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff STATE OF LOUISIANA moves, pursuant to Local Rule 82.2.6 to grant admission *pro hac vice* to Professor Samuel Issacharoff, allowing him to appear as co-counsel in the captioned matter.

Professor Samuel Issacharoff is the Reiss Professor of Constitutional Law at New York University School of Law and was the Harold R. Medina Professor of Procedural Jurisprudence at Columbia Law School from 2001 to 2005. He is an inactive member of the bar of the State of Pennsylvania since May 7, 1984 and is also admitted to practice in the State of Texas since

1.

November 6, 1992. Professor Issacharoff's affidavit is being filed herewith. The requisite filing fee shall be submitted with this motion.

For the foregoing reasons, the undersigned counsel for the plaintiffs respectfully request that Samuel Issacharoff be admitted pursuant to Local Rule 82.2.6 for the limited purpose of appearing and participating in this case as co-counsel for the plaintiffs.

Respectfully Submitted:

THE STATE OF LOUISIANA

The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL,
STATE OF LOUISIANA
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

__/s/   Calvin C. Fayard, Jr.__
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

AND

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW
135 Goodwill Plantation
Vacherie, LA 70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

AND

Joseph J. McKernan (No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA  70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email:  jemckernam@mckernanlawfirm.com

AND

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA  70130
Ph.:  504-525-2553
Fax:  504-523-2508
Email: FCDLaw@aol.com

AND

James P. Roy (No. 11511)
DOMENGEAUX  WRIGHT  ROY  &  EDWARDS L.L.C.
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
Ph.:  337-233-3033
Fax: 337-232-8213
Email: jimr@wrightroy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                             /s/   Calvin C. Fayard, Jr.
                                             CALVIN C. FAYARD, JR.