UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO: ROAD HOME<br>*State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

*************************************************************

## ORDER

**CONSIDERING THE FOREGOING MOTION FOR ADMISSION *PRO HAC VICE*:**

IT IS HEREBY ORDERED that Samuel Issacharoff shall be and is admitted *pro hac vice* pursuant to Local Rule 82.2.6 for the limited purpose of appearing and participating in this case as co-counsel for the State of Louisiana.

New Orleans, Louisiana, this _____ day of November ____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA