U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   OCT 17 2007

LORETTA G. WHYTE
Clerk   wp

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**VERA SCHMIT**

**VERSUS**

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**

Civil Action

No. 2: 07-5467(B)(2)

07-6256 "K"(2)

Consolidated with 05-4182

### MOTION TO REMAND

NOW INTO COURT, comes plaintiff Vera Schmit who hereby moves this Honorable Court to remand this action back to the Thirty Fourth Judicial District Court for the Parish of St. Bernard on the grounds that there is no diversity jurisdiction, all as more fully set forth in the attached Declaration.

For these reasons, and for the reasons more fully set forth in the accompanying memorandum in support of this motion, plaintiff respectfully requests that this court remand this case back to state court.

-2-

Respectfully submitted,


Vera Schmit
P.O. Box 791120
New Orleans, Louisiana  70179


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been delivered by first class mail, first class postage prepaid to counsel of record, this 16th day of 10, 2007.

_____
Vera Schmit