### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

VERA SCHMIT

VERSUS

LIBERTY MUTUAL FIRE
INSURANCE COMPANY

Civil Action
No. 2: 07-5467(B)(2)

07-6256 "K"(2)

c/w 05-4182

### MEMORANDUM IN SUPPORT
### OF MOTION TO REMAND

This memorandum is respectfully submitted by plaintiff Vera Schmit in support of her motion to remand this action back to the Thirty Fourth Judicial District Court for the Parish of St. Bernard on the grounds that there is no diversity jurisdiction.

On August 8, 2007, plaintiff Vera Schmit commenced this action seeking recovery of damages and losses incurred as a result of defendant Liberty Mutual Fire Insurance Company's ("Liberty Mutual") alleged non-payment of Plaintiff's claim for property damage caused by Hurricane Katrina, which Plaintiff asserts was covered under a policy issued to her by Liberty Mutual.

Plaintiff admits that there is complete diversity between the parties, as plaintiff is a resident of Louisiana while defendant is a foreign, non-Louisiana insurer with its principal place of business in Massachusetts and is a citizen of the state of Wisconsin for

- 2 -

diversity purposes. However, while Liberty Mutual tries to claim to this court that the amount in controversy exceeds $75,000, it has taken the formal position in mediation that the claim is not worth more than $15,000.

Although the policy limits of Plaintiff's insurance policy with Liberty Mutual exceed $75,000, plaintiff asserts that these policy limits should not be considered in determining the amount in controversy. Rather, as per the Declaration attached to plaintiff's Motion to Remand, the plaintiff's representative appeared at a formal Alternative Dispute Resolution mediation conference on October 12, 2007, and Liberty Mutual's final offer at the mediation conference was only $15,000. As a result, Liberty Mutual should not be permitted to argue that the amount in controversy requirement is met for purposes of federal jurisdiction.

For these reasons, plaintiff respectfully requests that this court remand this case back to state court.

Respectfully submitted,

*Vera Schmit*

Vera Schmit
P.O. Box 791120
New Orleans, Louisiana 70179

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been delivered by first class mail, first class postage prepaid to counsel of record, this _16th_ day of _10_, 2007.

*Vera Schmit*
Vera Schmit