## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

VERA SCHMIT

VERSUS

LIBERTY MUTUAL FIRE
INSURANCE COMPANY

Civil Action

No. 2: 07-5467(B)(2)

07-6256 "K"(2)

C/W 05-4182

### DECLARATION

State of Louisiana

Parish of Jefferson

BE IT KNOWN that on the 16th day of October, 2007, the undersigned Earl Schmit did declare and stipulate as follows:

1. On August 8, 2007, plaintiff Vera Schmit commenced this action seeking recovery of damages and losses incurred as a result of defendant Liberty Mutual Fire Insurance Company's ("Liberty Mutual") alleged non-payment of Plaintiff's claim for property damage caused by Hurricane Katrina, which Plaintiff asserts was covered under a policy issued to her by Liberty Mutual.

2. Although the policy limits of Plaintiff's insurance policy with Liberty

- 2 -

       Mutual exceed $75,000, plaintiff asserts that these policy limits should not be considered in determining the amount in controversy.

3.     On October 12, 2007, the undersigned Earl Schmit appeared at a formal Alternative Dispute Resolution mediation conference on behalf of the plaintiff, and Liberty Mutual's final offer at the mediation conference was only $15,000. As a result, Liberty Mutual should not be permitted to argue that the amount in controversy requirement is met for purposes of federal jurisdiction.

**In witness whereof,** the undersigned Earl Schmit has signed this Declaration on the day, month and year first written above.

                                                                          _/s/ Earl Schmit_
                                                                           Earl Schmit