# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**VERA SCHMIT**

**VERSUS**

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**

Civil Action

No. 2: 07-5467(B)(2)

07-6256 "K"(2)
C/w 05-4182

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion to Remand filed by plaintiff Vera Schmit will be brought for hearing before the Honorable Ivan Lemelle, United States District Judge, 500 Camp Street, New Orleans, Louisiana 70130 at 9:00 a.m. on Wednesday, November 14, 2007, or at such other date and time as may be set by the court.

Respectfully submitted,

Vera Schmit
P.O. Box 791120
New Orleans, Louisiana 70179

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been delivered by first class mail, first class postage prepaid to counsel of record, this _16_ day of _10_, 2007.

_Vera Schmit_
Vera Schmit