UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| NO.   06-4389 * | |
| 07-3500 * | |
| * | JUDGE DUVAL |
| * | |
| * | MAGISTRATE WILKINSON |
| * | |
| * * * * * * * * * * * * * * * * | |

**CERTAIN PLAINTIFFS' EX PARTE
MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM**

**COME NOW** plaintiffs in Civil Action Nos. 06-4389 and 07-3500, appearing through undersigned counsel, and move This Honorable Court for leave to file the attached Supplemental Memorandum in Opposition to the Motion(s) to Dismiss filed by Washington Group International, Inc. (Record Document Nos. 4140 and 8224). This motion is filed upon the grounds that oral argument on Halloween was undersigned counsel's first opportunity to address This Honorable Court in opposition to WGI's Motion(s) to Dismiss subsequent to institution of litigation on behalf of the State of Louisiana by certain members of the Plaintiffs' Liaison Committee on August 29, 2007, which rendered it necessary to bring issues flowing from that representation to the

-2-

attention of the Court, as well as to address additional valid substantive reasons why WGI's Motion(s) to Dismiss should be denied.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**

        By:   **S/Ashton R. O'Dwyer, Jr.**
             Ashton R. O'Dwyer, Jr.
             Bar No. 10166
             821 Baronne Street
             New Orleans, LA 70113
             Tel. 504-679-6166
             Fax. 504-581-4336

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 8th day of November 2007.

        S/Ashton R. O'Dwyer, Jr.