**Ashton O'Dwyer**

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Thursday, November 01, 2007 11:07 AM
**To:** 'jbruno@jbrunolaw.com'
**Cc:** 'mtannehill@yourlawyer.com'; 'smwiles@maplesandkirwan.com'; 'aalonso@yourlawyer.com'; 'frosenthal@yourlawyer.com'; 'dbecnel@becnellaw.com'; 'dollyno@aol.com'; 'rgharvey@bellsouth.net'; 'hlambert@lambertandnelson.com'; 'rgp@rgplaw.com'; 'wimberly@nternet.com'; 'jbruno@jbrunolaw.com'; 'DAVID@brunobrunolaw.com'; 'dmartin@gainsben.com'; 'khadican@gainsben.com'; 'rasmith3@bellsouth.net'; 'tdavis2@cableone.net'; 'fswarr@landryswarr.com'; 'mlandry@landryswarr.com'; 'calvinfayard@fayardlaw.com'; 'gmckeman@mckemanlawfirm.com'; 'ccdlawfirm@aol.com'; 'wgambel@millinglaw.com'; 'bgilbert@briangilbertlaw.com'; 'karlwied@bellsouth.net'; 'karenwiedemann@bellsouth.net'; 'ldwiedeman@aol.com'; 'melinda.faulstich@apicorp.com'; 'revans@neworleanslawfirm.com'; 'cburgos@neworleanslawfirm.com'; 'PlazaLaw@cox.net'; 'federal@geraldmaples.com'; 'czelaya@fgmapleslaw.com'; 'mmayberry@fgmapleslaw.com'

**Subject:** Plaintiffs' Liaison Counsel

Dear Joe:

This communication is directed to you in your capacity as Plaintiffs' Liaison Counsel in the "Victims of KATRINA" litigation.

Lastly, during oral argument on WGI's motion(s) yesterday, I learned for the first time that counsel for WGI didn't "cherry pick" what documents would be produced by WGI; rather, you did, unilaterally. I now call upon you as Plaintiffs' Liaison Counsel to request from counsel for WGI immediate production, not only of all of the written records pertaining to remediation of all six (not just Boland and Saucier) industrial sites on the East side of the Industrial Canal between the Florida Avenue and Claiborne Avenue bridges, but also all documentation pertaining to any other work which WGI bid for or was awarded by the Corps of Engineers in connection with the entire "Mississippi River Gulf Outlet New Lock and Connecting Channels" project. Please also include in your request(s) to WGI a request for copies of any and all indemnification agreements between WGI and the United States of America, its agencies and instrumentalities, etc.

*ARDwyer, Jr.*

Ashton R. O'Dwyer, Jr.
Law Offices of Ashton R. O'Dwyer, Jr.
821 Baronne Street
New Orleans, LA 70113
Tel. (504) 679-6166
Fax. (504) 581-4336
AROD@odwyerlaw.com