UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION NO.: 05-4182 "K"(2) * * *  JUDGE DUVAL * * *  MAG. WILKINSON * |
| PERTAINS TO:  ROAD HOME    *Louisiana State* C.A. No. 07-5528 | * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFFS</u>**

NOW COME plaintiffs herein, through undersigned counsel, who move this court to enroll **James R. Dugan, II, Esquire, Stephen B. Murray, Esquire** and **The Murray Law Firm** as additional counsel of record for plaintiffs in accordance with the approval and authorization letter attached hereto.

WHEREFORE, plaintiffs pray that James R. Dugan, II, Esquire, Stephen B. Murray, Esquire and The Murray Law Firm be enrolled as additional counsel of record for plaintiffs.

    Respectfully submitted:

    GAUTHIER, HOUGHTALING
    & WILLIAMS,  L.L.P.

    s/JamesM. Williams_____
    James M. Williams, Esq. Bar No: 26141
    3500 N. Hullen Street
    Metairie, Louisiana  70002
    Telephone:     (504) 456-8600
    Facsimile:      (504) 456-8624
    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        _____s/ James M. Williams_____
        JAMES M. WILLIAMS