UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO.: 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br><br>MAG. WILKINSON |
| _____ | * | |
| PERTAINS TO: ROAD HOME<br>  *Louisiana State* C.A. No. 07-5528<br>_____ | *<br>*<br>* | |

**************************************************************************

## **ORDER**

Based on the foregoing Motion to Enroll Additional Counsel of Record for Plaintiffs:

**IT IS HEREBY ORDERED** that James R. Dugan, II, Esquire, Stephen B. Murray, Esquire and The Murray Law Firm be enrolled as additional counsel of record for plaintiffs as it pertains to the "Road Home" litigation in the above captioned matter.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**