

**State of Louisiana**
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

September 14, 2007

The Murray Law Firm
Stephen B. Murray
James R. Dugan
909 Poydras Street
Suite 2550 LL&E Tower
New Orleans, La.  70112

    RE:    Stephen Murray and James Dugan, Attorneys at Law
              Road Home Subrogation Lawsuit, CDC 2007-8970

Dear Counselors:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the Road Home subrogation lawsuit. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement.

This Office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the

*Page Two*
*September 14, 2007*
*Re:     Stephen Murray and James Dugan, Attorneys at Law*

case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this contract.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized as co-counsel to act on behalf of the State with regards to the Road Home subrogation lawsuit.

Yours very truly,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL