UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK CINA, ET AL** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 07-4944 |
| | * | |
| **THE UNITED STATES OF AMERICA, ET AL** | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE NO. 2 |

* * * * * * * * * * * * * * * * * * * * * * *

**SEWERAGE AND WATER BOARD OF NEW ORLEANS'
MOTION FOR EXTENSION OF TIME**

NOW INTO COURT comes defendant Sewerage and Water Board of New Orleans (SWB), appearing through undersigned counsel, without waiving any defenses or objections, moves for a twenty day extension of time up to and including December 3, 2007, within which to answer or otherwise respond to the Plaintiffs' Petition. Without this extension, SWB's answer would otherwise be due on November 12, 2007.

Undersigned counsel certifies that there have been no previous extensions of time within which to respond to the petition and that Plaintiffs have not filed in the record any objection to an extension of time.

Wherefore, Sewerage and Water Board of New Orleans requests for an additional time of up to and including December 3, 2007, within which to file responsive pleadings to Plaintiffs' Petition.

Respectfully submitted,

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR. - #18299, T.A.**
**KEVIN R. TULLY - #1627**
**H. CARTER MARSHALL - #28136**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE AND WATER BOARD OF NEW ORLEANS

## C E R T I F I C A T E

I do hereby certify that on the 9th day of November 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER**
**KEVIN R. TULLY**

2