UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANK CINA, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 07-4944 |
| THE UNITED STATES OF AMERICA, ET AL | * | SECTION "K" |
| | * | MAGISTRATE NO. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Extension of Time,

**IT IS ORDERED** that Sewerage and Water Board of New Orleans may answer or otherwise respond to Plaintiffs' Petition on or before December 3, 2007

New Orleans, Louisiana, this _____ day of November, 2007.

_____
**UNITED STATES DISTRICT JUDGE**