Effective 4/10/06        **FINANCIAL & CIVIL ALLOTMENT SHEET**      Receipt No. 349768
Deputy Clerk: _____

NOV - 7 2007

**ACCOUNT CODE:**                        **REGISTRY FUND:**

6855XX Accounts                      604700 Accounts
_____ - Restitution                 _____ - Cash Bonds
_____ - U.S. Postal Service Forms      _____ - Land Condemnation
_____ - Petty Offense                _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
              085000 - $5.00 / 510000 - $10.00
      **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
              086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
      **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
      **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
      Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually (**$5.00 PRO HAC VICE**) 6855XX

**ACCOUNTS RECEIVABLE**

Cc: Sect K

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Fayard & Honeycutt

CASE NUMBER: 07-5598      SECTION: K/2

CASE TITLE: _____

PAYMENT OF $5.-    CASH _____    CHECK _____    MONEY ORDER #2937
                         SEAMAN _____    PAUPER _____    NON CASH _____

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action      _____ 6. Habeas Corpus & Other Convictions
       by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
       Orders to Show Cause, etc.                  _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                   Death Sentence
_____ 3. Antitrust                                  _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright           _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?    _____ Yes    _____ No
Is this a RELATED CASE?           _____ Yes    _____ No      Attorney of Record