## STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

WAYNE J. LEE
DIRECT DIAL: (504) 593-0814
DIRECT FAX: (504) 596-0814
E-Mail: wlee@stonepigman.com

OUR FILE NUMBER

27,170

November 8, 2007

The Honorable Stanwood R. Duval, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C368
New Orleans, Louisiana 70130

Re: *In Re Katrina Canal Breaches Consolidated Litigation*, Civ. A. No. 05-4182
**Pertains to *Vanderbrook*, No. 05-6323**

Dear Judge Duval:

I am writing in response to the post-hearing letter brief filed by attorney Frank Dudenhefer as regards to the pending Motions for Entry of Final Judgment in the above-captioned matter. For the reasons presented in State Farm's Motion for Entry of Final Judgment and Supporting Memorandum, the Court should enter final judgment as to State Farm without further delay. The mandate has been issued, the plaintiffs have not obtained a stay and there is no authority to ignore the mandate.

Mr. Dudenhefer's post-hearing letter brief does not support further delay. Rather than burden the Court with further briefing, State Farm joins in the letter submission of Mr. Ralph Hubbard, as counsel for Standard Fire Insurance Company in response to Mr. Dudenhefer's post-hearing letter brief. In addition, State Farm again notes that the *Sher v. Lafayette Insurance Company* case does not address the State Farm policy or the language that this Court has found unambiguous and enforceable.

State Farm respectfully requests that this Court enter the final judgment in favor of State Farm Fire and Casualty Company without further delay.

Respectfully,

*/s/ Wayne J. Lee*

Wayne J. Lee

WJL/ecl

899541v.1