# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance | §<br>§<br>§ | |
| No. 07-5112, *Susan  Abadie et al., v Aegis Security<br>Insurance Co., et al.* | §<br>§ | THIS PLEADING APPLIES ONLY<br>TO THE CLAIM OF<br>HELENE BENN-JONES and the<br>ESTATE OF CLEMENTINE BENN |
| _____ | § | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes HELENE BENN-JONES and the ESTATE OF CLEMENTINE BENN,  who wishes to voluntarily dismiss the claims against Allstate Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, plaintiff(s) respectfully request(s) that this Court reopen this case with respect to defendant Allstate Insurance Company for the sole purpose of addressing this motion, thereby allowing  plaintiff(s) to voluntarily dismiss the claims against Allstate Insurance

Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, HELENE BENN-JONES and the ESTATE OF CLEMENTINE BENN prays that her claims against Allstate Insurance Company in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 9th day of November, 2007.

  /s/ Joseph M. Bruno
Joseph M. Bruno