UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES               CIVIL ACTION
        CONSOLIDATED LITIGATION
                                            NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Rault, 06-1734      JUDGE DUVAL
                                            MAG. WILKINSON

## ORDER

The referenced Rault case, C.A. No. 06-1734, was dismissed by order issued by

the presiding district judge on November 7, 2007.  Record Doc. No. 8912.  Accordingly,

the status and settlement conference previously set in this matter before Magistrate Judge

Joseph C. Wilkinson, Jr. on December 11, 2007, is hereby CANCELLED.

New Orleans, Louisiana, this ____9th____ day of November, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE