UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 07-2233 |
| PERTAINS TO SEVERED MASS JOINDER CASES | * * * | JUDGE:  DUVAL |
| SEVERED FROM:    Aaron, 06-4746 _____ | * * * * | |
| EMMA BEAM and DAVID KRAMER | * * | MAGISTRATE:  WILKINSON |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT LIMITED MOTION, ORDER OF DISMISSAL**

**NOW INTO COURT**, through undersigned counsel, come EMMA BEAM and DAVID KRAMER, Plaintiffs herein, and Defendant, State Farm and Casualty Company, through their counsel of record, all parties at interest herein and who stipulate and agree that all claims of Plaintiffs in the above numbered and entitled cause of the original complaint be dismissed, without prejudice, each party to bear its own costs of court.

Respectfully submitted,

/s/ Jim S. Hall_____
JIM S. HALL (#21644)
Attorney for Plaintiff
800 N. Causeway Blvd., #100
Metairie, LA 70001
(504) 832-3000
jim@jimshall.com

/s/ Charles L. Chassaignac, IV_____
CHARLES L. CHASSAIGNAC, IV (20746)
PORTEOUS, HAINKEL & JOHNSON
Attorneys for Defendant State Farm Fire
 and Casualty Company
343 Third Street, Ste. 202
Baton Rouge, LA 70801
   (225) 383-8900
cchassaignac@phjlaw.com