MINUTE ENTRY
WILKINSON, M. J.
NOVEMBER 8, 2007

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO, Robinson 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES:   Joseph Bruno, Plaintiffs' Liaison Counsel; Robin Smith, representing the United States (via telephone)

MOTION:   United States' Motion for Protective Order, Record Doc. No. 8805

O R D E R E D:

XXX : DISMISSED AS MOOT. At the request of counsel, a telephone conference was conducted today concerning this motion. Counsel advised the court that they have reached an agreement in cooperation with other counsel concerning their dispute about the currently noticed Rule 30(b)(6) deposition of the United States as follows, which is made the order of this court.

     The deposition will proceed as noticed in the Robinson case only, with the topics narrowed to address the asserted 33 U.S.C. § 702c immunity of the United States. The deposition will apply only in the Robinson case and will not preclude future Rule

MJSTAR: **0 : 10**

30(b)(6) deposition of the United States on the merits and/or in connection with the MRGO, Barge or any other case category in the consolidated litigation.

                                       JOSEPH C. WILKINSON, JR.
                                     UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**