# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 NOV -8 PM 12:21
LORETTA G. WHYTE
CLERK

07-4914
SECT. K MAG. 2

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

SUMMONS IN A CIVIL CASE

PERTAINS TO:
LEVEE AND MRGO

Beatrice Allen, et al
vs.
United States of America, et al

CASE NUMBER: 05-04182   K(2)
& CONSOLIDATED CASES

TO:
The United States of America, Department of the Army
Corps of Engineers
Honorable Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
920 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

LORETTA G. WHYTE                       DATE
CLERK                                  AUG 2 8 2007

Deputy Clerk
C. Bourgeois

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/24/07 |
| Name of SERVER (PRINT)  MARY MCMAHON | TITLE  PARALEGAL |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/30/07
              Date

Signature of Server

2202 AVENUE B
Address of Server

METAIRIE, LA 70001

# Albert J. Rebennack
Attorney at Law

Phone: (504) 782-0512
Fax: (504) 831-1203

2202 Avenue B
Metairie, LA 70001

New Orleans,
Westbank and Houma
Offices by Appointment

September 24, 2007

**VIA CERTIFIED MAIL**
The United States of America, Department of the Army Corps of Engineers
Honorable Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
920 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

    **Re:** *Beatrice Allen, et al vs. United States of America, et al*
         *Civil Action, No. 07-4914 "K" (2)*
         *In Re: Katrina Canal Breaches Consolidated Litigation*

Dear Sir or Madam:

Please be advised you have been formally served.

Sincerely,

A. J. Rebennack

AJR/mkm
Enclosure



