UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 "K"(2)<br><br><br>JUDGE DUVAL<br><br><br>MAG. WILKINSON |
| PERTAINS TO:  ROAD HOME<br>    *Louisiana State* C.A. No. 07-5528 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO APPOINT ADDITIONAL CO-LEAD COUNSEL FOR PLAINTIFFS**

NOW COME **James R. Dugan, II** of the Murray Law Firm and **John W. Houghtaling** of the Gauthier, Houghtaling, & Williams, L.L.P. law firm who move this Court to appoint James R. Dugan, II and John W. Houghtaling, respectively, as additional co-lead counsel for plaintiffs for the reasons more fully set forth in the memorandum in support of this motion attached hereto.

WHEREFORE, plaintiffs pray that James R. Dugan, II, and John W. Houghtaling, be appointed by this Honorable Court as additional co-lead counsel for plaintiffs.

Respectfully submitted,

/s/Charles C. Foti, Jr.
Charles C. Foti, Jr.
Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third St., 6th Floor
Baton Rouge, Louisiana  70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

**MURRAY LAW FIRM**

/s/James R. Dugan, II_____
James R. Dugan, II
650 Poydras Street
Suite 2150
New Orleans, Louisiana
Telephone:  (504) 648-0180
Fax:  (504) 648-0181

**GAUTHIER, HOUGHTALING & WILLIAMS, L.L.P**

  /s/ James M. Williams_____
James M. Williams, (Bar No. 26141)
3500 North Hullen Street
Metairie, Louisiana  70002
Telephone:  (504) 456-8600
Facsimile:  (504) 456-8624

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s James M. Williams_____