UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br><br> JUDGE DUVAL <br><br><br> MAG. WILKINSON |
| PERTAINS TO:  ROAD HOME<br>  *Louisiana State* C.A. No. 07-5528 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO APPOINT ADDITIONAL CO-LEAD COUNSEL FOR PLAINTIFFS

NOW COME **James R. Dugan, II** of the Murray Law Firm and **John W. Houghtaling** of the Gauthier, Houghtaling, & Williams, L.L.P. law firm who move this Court to appoint James R. Dugan, II and John W. Houghtaling, respectively, as additional co-lead counsel for plaintiffs.

On September 14, 2007, Steve Murray, Sr., James R. Dugan, II, and the Murray Law Firm and John Houghtaling and the Gauthier, Houghtaling, & Williams, L.L.P. law firm were appointed by Attorney General Charles C. Foti to serve as co-counsel in the above captioned matter.  (See Letters of Appointment attached hereto as Exhibit "A" *in globo*).

On November 6, 2007, this Court entered "Interim "Road Home" Case Management Order," directing the parties to handle certain issues and appointing liaison and co-lead counsel which are six of the eight firms hired by the Attorney General to represent plaintiffs in the "Road Home" litigation.  On November 8, 2007, in accordance with Local Rule 83.2.12, (attached hereto and incorporated as Exhibit "B") Attorney General Charles C. Foti and James Williams of

Gauthier, Houghtaling, & Williams, L.L.P. filed a Motion to Enroll Steven B. Murray, Sr., James R. Dugan, II, and the Murray Law Firm as additional counsel of record.

James R. Dugan, II and the Murray Law Firm and John W. Houghtaling and Gauthier, Houghtaling, & Williams, L.L.P. are experienced in class action and complex litigation and have the necessary time and resources to commit to the successful resolution of this litigation.

The Attorney General Charles C. Foti and James R. Dugan, II and the Murray Law Firm and John W. Houghtaling and Gauthier, Houghtaling, & Williams, L.L.P. submit that James R. Dugan, II and the Murray Law Firm and John W. Houghtaling and Gauthier, Houghtaling, & Williams, L.L.P. are the last two of the eight law firms hired by the Attorney General that seek appointment as co-lead counsel in this case.

WHEREFORE, plaintiffs pray that James R. Dugan, II, and John W. Houghtaling, be appointed by this Honorable Court as additional co-lead counsel for plaintiffs.

        Respectfully submitted,

        /s/Charles C. Foti, Jr._____
        Charles C. Foti, Jr., Esq.
        Attorney General
        LOUISIANA DEPARTMENT OF JUSTICE
        1885 North Third St., 6th Floor
        Baton Rouge, Louisiana  70802
        Telephone: (225) 326-6020
        Facsimile: (225) 326-6096

        **GAUTHIER, HOUGHTALING & WILLIAMS, L.L.P**

        \_\_/s/ James M. Williams_____
        James M. Williams, Esq. (Bar No. 26141)
        3500 North Hullen Street
        Metairie, Louisiana  70002
        Telephone:  (504) 456-8600
        Facsimile:  (504) 456-8624

**MURRAY LAW FIRM**

/s/James R. Dugan, II_____
James R. Dugan, II, Esq.
650 Poydras Street
Suite 2150
New Orleans, Louisiana
Telephone:  (504) 648-0180
Fax:  (504) 648-0181

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/James M. Williams_____
