UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  CIVIL ACTION NO.: 05-4182 "K"(2)<br>*<br>*<br>*  JUDGE DUVAL<br>*<br>* |
| _____ | *  MAG. WILKINSON<br>* |
| PERTAINS TO:  ROAD HOME<br>    *Louisiana State* C.A. No. 07-5528<br>_____ | *<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Motion to Appoint Additional Co-Lead Counsel for Plaintiffs:

IT IS HEREBY ORDERED, James R. Dugan, II, and John W. Houghtaling, be and are hereby appointed as additional co-lead counsel for plaintiffs as it pertains to the "Road Home" litigation in the above captioned matter.

New Orleans, Louisiana this _____ day of _____, 2007.


_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**