UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |
| PERTAINS TO: ROAD HOME <br> *Louisiana State* C.A. No. 07-5528 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFFS**

NOW COME plaintiffs herein, through undersigned counsel, who move this court to enroll **James R. Dugan, II, Esquire, Stephen B. Murray, Esquire** and **The Murray Law Firm** as additional counsel of record for plaintiffs in accordance with the approval and authorization letter attached hereto.

WHEREFORE, plaintiffs pray that James R. Dugan, II, Esquire, Stephen B. Murray, Esquire and The Murray Law Firm be enrolled as additional counsel of record for plaintiffs.

Respectfully submitted:

GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.

s/JamesM. Williams_____
James M. Williams, Esq. Bar No: 26141
3500 N. Hullen Street
Metairie, Louisiana 70002
Telephone:    (504) 456-8600
Facsimile:    (504) 456-8624
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                _____s/ James M. Williams_____
                JAMES M. WILLIAMS



**State of Louisiana**
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

September 14, 2007

The Murray Law Firm
Stephen B. Murray
James R. Dugan
909 Poydras Street
Suite 2550 LL&E Tower
New Orleans, La. 70112

  RE: Stephen Murray and James Dugan, Attorneys at Law
     Road Home Subrogation Lawsuit, CDC 2007-8970

Dear Counselors:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the Road Home subrogation lawsuit. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement.

This Office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the

Page Two
September 14, 2007
Re:   Stephen Murray and James Dugan, Attorneys at Law

case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this contract.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized as co-counsel to act on behalf of the State with regards to the Road Home subrogation lawsuit.

Yours very truly,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br><br> JUDGE DUVAL <br><br><br> MAG. WILKINSON |
| PERTAINS TO:  ROAD HOME<br>    *Louisiana State* C.A. No. 07-5528 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Based on the foregoing Motion to Enroll Additional Counsel of Record for Plaintiffs:

**IT IS HEREBY ORDERED** that James R. Dugan, II, Esquire, Stephen B. Murray, Esquire and The Murray Law Firm be enrolled as additional counsel of record for plaintiffs as it pertains to the "Road Home" litigation in the above captioned matter.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**