# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 NOV -8 PM 12: 25
LORETTA G. WHYTE
CLERK

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

RETURN

**SUMMONS IN A CIVIL CASE**

PERTAINS TO:
LEVEE AND MRGO

CASE NUMBER: 05-04182  K(2)
& CONSOLIDATED CASES

Alvin Ball Jr., ETAL
vs.
The United States of America, ETAL

07-5096
SECT. K MAG 2

TO:

The United States of America, Department of the Army
Corps of Engineers
Honorable Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
920 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  **LORETTA G. WHYTE**          DATE  AUG 2 9 2007

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/24/07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| MARY MCMAHON | PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/30/07
             Date

Signature of Server

2202 AVENUE B
Address of Server
METAIRIE, LA 70001

Phone: (504) 782-0512
Fax: (504) 831-1203

# Albert J. Rebennack
Attorney at Law

2202 Avenue B
Metairie, LA 70001

New Orleans,
Westbank and Houma
Offices by Appointment

September 24, 2007

**VIA CERTIFIED MAIL**
**The United States of America, Department of the Army Corps of Engineers**
Honorable Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
920 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

       *Re:*   *Alvin Ball Jr., et al vs. United States of America, et al*
             *Civil Action, No. 07-5096 "K" (2)*
             *In Re: Katrina Canal Breaches Consolidated Litigation*

Dear Sir or Madam:

      Please be advised you have been formally served.

                                            Sincerely,

                                            A. J. Rebennack

AJR/mkm
Enclosure

