UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO           CASE NO. 07-4724 | | |

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM SERVICE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

SUSAN D. KOCH

who before me being first duly sworn, deposed and said:

That affiant is paralegal for Jennifer N. Willis; that affiant received a true copy of the Summons and Complaint for Damages and mailed the same, by certified mail, to the defendant, United States of America, through (1) the U.S. Attorney, 500 Poydras Street, Suite B-210, New Orleans, Louisiana, 70130; and (2) U.S. Attorney General, 950 Pennsylvania Avenue. NW, Room B-324, Washington, D.C., 20530, on October 1, 2007; that the same was delivered to the defendants on October 1, 2007 and October 5, 2007, respectfively; as more fully appears from the attached post office return receipts for certified mail numbers 70050390000322267741 and 70050390000322267734.

_____
SUSAN D. KOCH

SWORN TO AND SUBSCRIBED
Before me, this ____ day
of _____, 2007.

_____
NOTARY PUBLIC

2