# WILLIS & BUCKLEY, APC

3723 CANAL STREET
NEW ORLEANS, LOUISIANA 70119
TELEPHONE: (504) 488-6301
FACSIMILE: (504) 488-6302

JENNIFER N. WILLIS*
jenniferwblaw@bellsouth.net

SAMUEL O. BUCKLEY, III*
samwblaw@bellsouth.net

*ALSO ADMITTED IN COLORADO

October 1, 2007

**CERTIFIED MAIL -**
**RETURN RECEIPT REQUESTED**

The United States of America
through United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Louisiana   70130

    Re:    Rene C. Dauterive, Jr., Kathy C. Dauterive, et al vs.
               United States Army Corps of Engineers
            USDC EDLa CA No. 07-4724 "K"(2)
            Our File No. 07-1005

Gentlemen:

      Enclosed please find the Summons, issued by the United States District Court for the Eastern District of Louisiana, and the Complaint for Damages filed on behalf of Rene C. Dauterive, Jr., Kathy C. Dauterive, et al, in the captioned matter. The Summons and Complaint for Damages are hereby served upon The United States of America through the Louisiana Long-Arm Statute.

                                                  Sincerely,

                                                  Jennifer N. Willis

JNW/sk
Enclosures

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAUTERIVE, ET AL | **SUMMONS IN A CIVIL CASE** |
| V. | Case Number: 07-4724, "K" (2) |
| UNITED STATES OF AMERICA, ET AL | |

TO: (Name and address of defendant)

The United States of America
through United States Attorney
Hale Boggs Federal Building
500 Poydras St., Ste B-210
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer N. Willis
3723 Canal Street
New Orleans, LA 70119

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**　　　　　　　　　　　　　　**August 29, 2007**
Clerk　　　　　　　　　　　　　　　　　　　　　Date

*(signature)*
(By) Deputy Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here — OCT 2007, LA MID-CITY FIN STA, NEW ORLEANS, USPS

Sent To: United States of America
Street, Apt. No.; or PO Box No.: Through US Attorney
City, State, ZIP+4: 500 Poydras, Suite B-210

PS Form 3800, June 2002  See Reverse for Instructions

7005 0390 0003 2226 7741

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
Through U.S. Attorney
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _S. DeJean_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): S. DeJean
C. Date of Delivery: 10/1/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0003 2226 7741

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# WILLIS & BUCKLEY, APC

3723 CANAL STREET<br>
NEW ORLEANS, LOUISIANA 70119<br>
TELEPHONE: (504) 488-6301<br>
FACSIMILE: (504) 488-6302<br>
<br>
JENNIFER N. WILLIS*<br>
jenniferwblaw@bellsouth.net<br>
<br>
SAMUEL O. BUCKLEY, III*<br>
samwblaw@bellsouth.net<br>
<br>
*ALSO ADMITTED IN COLORADO

October 1, 2007

## CERTIFIED MAIL - <br> RETURN RECEIPT REQUESTED

The United States of America
through United States Attorney General
950 Pennsylvania Avenue, N.W.
Hale Boggs Federal Building, Suite B-324
Washington, D.C.  20530-

    Re:    Rene C. Dauterive, Jr., Kathy C. Dauterive, et al vs.
             United States Army Corps of Engineers
             USDC EDLa CA No. 07-4724 "K"(2)
             Our File No. 07-1005

Gentlemen:

       Enclosed please find the Summons, issued by the United States District Court for the Eastern District of Louisiana, and the Complaint for Damages filed on behalf of Rene C. Dauterive, Jr., Kathy C. Dauterive, et al, in the captioned matter. The Summons and Complaint for Damages are hereby served upon The United States of America through the Louisiana Long-Arm Statute

                                   Sincerely,

                                   Jennifer N. Willis

JNW/sk
Enclosures

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

DAUTERIVE, ET AL                     **SUMMONS IN A CIVIL CASE**

V.                                   Case Number: 07-4724, "K" (2)

UNITED STATES OF AMERICA, ET AL

TO: (Name and address of defendant)

The United States of America
through United States Attorney General
950 Pennsylvania Ave., N.W.
Room B-324
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer N. Willis
3723 Canal Street
New Orleans, LA 70119

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**                 **August 29, 2007**
Clerk                                Date

*(signature)*
(By) Deputy Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: United States of America
Street, Apt. No; or PO Box No. Through US Atty General
City, State, ZIP+4: 950 Pennsylvania Ave
Washington, DC

PS Form 3800, June 2002     See Reverse for Instructions

7005 0390 0003 2226 7734

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States of America
   Through US Atty General
   950 Pennsylvania Ave, NW
   Room B-324
   Washington, DC    20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
OCT 0 5 2007

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7005 0390 0003 2226 7734

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540