MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 8, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Holbrook, 06-2617     JUDGE DUVAL
MAG. WILKINSON

## SCHEDULING ORDER

A preliminary conference was conducted in the referenced case, Ronald A. Holbrook et al. v. AAA Insurance Agency, Inc. et al., C.A. No. 06-2617 c/w 05-4182, on November 8, 2007, before the undersigned magistrate judge. Participating were: Connell L. Archey, representing plaintiffs; Kevin Barreca and Dorothy Tarver, representing defendants.

The purpose of the conference was to address the individual issues in the referenced Holbrook case, which were bifurcated and referred to me by order of the presiding district judge. Record Doc. No. 8519. The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4").

MJSTAR: 0 : 30

Settlement possibilities were discussed. It appears that the case is not currently in a posture to settle. Accordingly, the case will now proceed as follows:

Defendants Club Insurance Agency, Inc. and Fidelity National P.&C. Ins. Co. must file their motions for summary judgment no later than **November 30, 2007**, and notice them for hearing as provided in the Local Rules.

Plaintiffs will formulate a settlement proposal for discussion among all parties. If after discussion among the parties, counsel agree that a settlement conference before me would be beneficial, they will contact my office and a settlement conference will be scheduled.

No other deadlines, cut-off dates, or other schedule will be imposed at this time. Counsel may contact my office directly at any time if they determine that another conference to schedule dates and deadlines would be appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**