UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION  PERTAINS TO: ALL BARGE | * CIVIL ACTION * * NO. 05-4182 * * SECTION "K"(2) * * JUDGE DUVAL * * MAGISTRATE WILKINSON * |

**<u>SECOND UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER NO. 5</u>**

**NOW INTO COURT** comes defendant Washington Group International, Inc. ("WGII"), and, subject to and without waiving its pending Motion to Dismiss or, in the Alternative, to Stay *Parfait Family v. United States* (Rec. Doc. 8224), respectfully requests an extension, through and including December 17, 2007, to serve written discovery to other parties in the Barge Umbrella. In support of this motion, WGII states as follows:

1. WGII has filed a Motion to Dismiss or, in the Alternative, to Stay *Parfait Family v. United States* (Rec. Doc. 8224), which is currently pending before the District Court.

899539v.1

2.      Through remarks in open court at the October 31, 2007 hearing on said motion, the District Court indicated that a ruling would be issued shortly, and in no event later than the end of the month of November, 2007.

3.      Granting the relief sought herein would extend WGII's deadline for propounding written discovery in the Barge cases until after such time as the District Court has ruled on its motion to dismiss or, alternatively, to stay, thereby preventing the unnecessary expenditure of party resources in the event that its motion is granted.

4.      Plaintiffs' Liaison Counsel Joseph M. Bruno, Esq. and Plaintiffs' Barge PSLC Liaison Brian A. Gilbert, Esq. have been consulted and have no opposition to the relief sought herein.

**WHEREFORE**, Washington Group International, Inc., subject to and without waiving its pending Motion to Dismiss or, in the Alternative, to Stay *Parfait Family v. United*

- 2 -

*States* (Rec. Doc. 8224), respectfully requests an extension, through and including December 17, 2007, to serve written discovery to other parties in the Barge Umbrella.

Dated: November 9, 2007                     Respectfully submitted,

                                            /s/Heather S. Lonian
                                            William D. Treeby, Bar No. 12901
                                            John M. Landis, Bar No. 7958
                                            Heather S. Lonian, Bar No. 29956
                                            STONE PIGMAN WALTHER WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, LA  70130
                                            Phone:  504-581-3200
                                            Fax:  504-581-3361

                                            Of Counsel:

                                            George T. Manning
                                            JONES DAY
                                            1420 Peachtree Street, N.E.
                                            Suite 800
                                            Atlanta, GA  30309-3053
                                            Phone:  404-521-3939
                                            Fax:  404-581-8330

                                            Adrian Wager-Zito
                                            Julia E. McEvoy
                                            Christopher R. Farrell
                                            JONES DAY
                                            51 Louisiana Avenue, N.W.
                                            Washington, D.C.  20001-2113
                                            Phone:  202-879-3939
                                            Fax:  202-626-1700

                                            Attorneys for Defendant
                                            Washington Group International, Inc.

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Second Unopposed Motion to Amend Case Management Order No. 5 has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 9th day of November, 2007.

/s/Heather S. Lonian

899539v.1