UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182<br>* SECTION "K"(2)<br>* |
| PERTAINS TO: ALL BARGE | * JUDGE DUVAL<br>* MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Second Unopposed Motion to Amend Case Management Order No. 5;

**IT IS ORDERED** that the motion is **GRANTED** and that Case Management Order No. 5 hereby is amended as follows:

Defendant Washington Group International, Inc. shall be granted an extension, through and including December 17, 2007, to serve written discovery to other parties in the Barge Umbrella.

New Orleans, Louisiana, this ____ day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

899567v.1