UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO: ROAD HOME<br>*State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *EX PARTE* MOTION TO EXCEED PAGE LIMITS AND INCORPORATED MEMORANDUM

The State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, Office of Community Development (the "State"), through the Honorable Charles C. Foti, Jr., the Attorney General for the State of Louisiana, and through the undersigned private counsel duly authorized to act for and on behalf of the State, respectfully move this Court for for permission to file its Reply Brief in excess of the page limit established by Local Rule 7.8.1E.

In its Reply Brief, the State must respond to three Oppositions filed by the Allstate Group, State Farm Group, and Electric Insurance Company that total approximately eighty-five pages. The State submits that, based on the numerous arguments raised in those eighty-five pages, an extension of the page limit is warranted. The additional pages will assist the Court in its consideration of the

1

State's Motion to Remand and defendants, when contacted through counsel Seth Schmeekle, have no opposition to the additional pages.

            Respectfully submitted,

            THE STATE OF LOUISIANA
            The Honorable Charles C. Foti, Jr. (No. 5784)
            ATTORNEY GENERAL,
            STATE OF LOUISIANA

            /s/   Isabel Wingerter
            Isabel Wingerter (No. 20428)
            Assistant Attorney General
            Director of Public Protection
            1885 North Third Street, 6th Floor
            Baton Rouge, LA  70802
            Ph.: 225-326-6040
            Fax: 225-326-6097

            AND

            **ROAD HOME LIAISON AND LEAD COUNSEL**

            /s/   Calvin C. Fayard, Jr.
            Calvin C. Fayard, Jr. (No. 5486)
            FAYARD & HONEYCUTT, A.P.C.
            519 Florida Avenue, S.W.
            Denham Springs, LA  70726
            Ph.: 225-664-4193
            Fax: 225-664-6925
            Email: calvinfayard@fayardlaw.com

            AND

            **ROAD HOME CO-LEAD COUNSEL**

            Paul G. Aucoin (No. 2604)
            PAUL G. AUCOIN, ATTORNEY AT LAW
            135 Goodwill Plantation
            Vacherie, LA  70090-5240
            Ph.: 225-265-7906
            Fax: 225-265-7906

Joseph J. McKernan (No. 10027)
McKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

James P. Roy (No. 11511)
DOMENGEAUX WRIGHT
ROY & EDWARDS L.L.C.
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
Ph.: 337-233-3033
Fax: 337-232-8213
Email: jimr@wrightroy.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

                                 /s/   Calvin C. Fayard, Jr.
                                     Calvin C. Fayard, Jr.