# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § CIVIL ACTION NO. 07-5528 § § JUDGE DUVAL § |
| PERTAINS TO: ROAD HOME *Louisiana State* C.A. No. 04-5528 | § § MAGISTRATTE WILKINSON § § § |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned notary public, on this day, **TOM BRENNAN**, with the State of Louisiana, Division of Administration, Office of Community Development, personally appeared who is known to me, and who, after being duly sworn by me, upon his oath declares as follows:

1. That, as of October 28, 2007, 65,746 applicants have closed with Road Home.

2. That out of 65,746 applicants, 63,796 applicants will rebuild.

3. That 1,685 applicants have closed and sold to the state of Louisiana and will relocate in the State.

4. That 265 applicants have closed and sold to the state of Louisiana and have moved from the State.

_____     November 8, 2007
TOM BRENNAN                          DATE

_____
Notary
Bar Roll # 11703

**EXHIBIT 1**