**RETURN**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**ENTERGY NEW ORLEANS, INC, ENTERGY LOUISIANA, L.L.C., ENTERGY SERVICES, INC., ENTERGY CORPORATION, AND HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4608  "K" (2)

consolidated with 05-4182

**VERSUS**

**THE UNITED STATES OF AMERICA**

TO: U.S. Army Corps of Engineers
Headquarters
441 G. Street, NW
Washington, DC 20314

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gilbert and Gilbert LLC
Elisa T. Gilbert
Brendan R. O'Brien
350 Fifth Avenue, Suite 5615
New York, NY 10118

Svenson Law Firm, LLC
Ernest Svenson, Esq.
432 Henry Clay Avenue
New Orleans, LA 70118

Leila A. D'Aquin
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA 70113

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

OCT 2 4 2007

CLERK                              DATE

B. Gregory
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me 1 | DATE October 25, 2007 |
|---|---|
| Name of SERVER (PRINT) TITLE *Elisa Gilbert* | TITLE *Counsel* |

*Check one box below to indicate appropriate method of service*

[ ] Served Personally upon the Defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted _____

[X] Other (specify): _Certified Mail_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Michael Merriweather 10/29/07_  _[signature]_
Date                                          Signature of Server

Gilbert & Gilbert
Address of Server
380 Fifth Ave Suite 5615
NY NY 10118