**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20530-0001

| | | |
|---|---|---|
| Postage | $1.65 | 0038 |
| Certified Fee | $2.65 | 14 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | 2007 |
| Total Postage & Fees | $6.45 | 10/25/2007 |

Sent To: Attorney General of the United States
Street, Apt. No.; or PO Box No.: US Department of Justice, 950 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, August 2006     See Reverse for Instructions

7006 3450 0003 1736 0458

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X [signature] □ Agent □ Addressee
B. Received by (Printed Name): [name]   C. Date of Delivery: OCT 29 2007
D. Is delivery address different from item 1? □ Yes □ No
If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail □ Express Mail □ Registered □ Return Receipt for Merchandise □ Insured Mail □ C.O.D.
4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number (Transfer from service label): 7006 3450 0003 1736 0458

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20314

| | | |
|---|---|---|
| Postage | $1.48 | 0038 |
| Certified Fee | $2.65 | 14 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | 2007 |
| Total Postage & Fees | $6.28 | 10/25/2007 |

Sent To: U.S. Army Corps of Engineers H.Q.
Street, Apt. No.; or PO Box No.: 441 G. Street, NW
City, State, ZIP+4: Washington DC 20314

PS Form 3800, August 2006     See Reverse for Instructions

7006 3450 0002 9984 6513

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Army Corps of Engineers H.Q.
441 G. Street, NW
Washington DC 20314

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X [signature] □ Agent □ Addressee
B. Received by (Printed Name): [name]   C. Date of Delivery
D. Is delivery address different from item 1? □ Yes □ No
If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail □ Express Mail □ Registered □ Return Receipt for Merchandise □ Insured Mail □ C.O.D.
4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number (Transfer from service label): 7006 3450 0002 9984 6513

PS Form 3811, February 2004   Domestic Return Receipt   102595-02