ENDORSEMENT 01

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

POLICY NUMBER: H32-291-053773-605 2    THESE DECLARATIONS EFFECTIVE 08/20/05

NAMED INSURED AND MAILING ADDRESS
VERA W SCHMIT
PO BOX 791120
NEW ORLEANS LA 70179-1120

RESIDENCE PREMISES INSURED:
# 2930 PARIS RD
# CHALMETTE LA

POLICY PERIOD: 08/20/05 TO 08/20/06
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

FOR SERVICE CALL OR WRITE:
PO BOX 52102
PHOENIX AZ 85072

800-869-4009
CLAIMS: 800-225-2467

AGENT: BILL BUBRIG
(504) 392-4898

CHANGES MADE: DEDUCTIBLE CHANGED            SECTION I LIMITS CHANGED
              PERS PROP REPL REMOVED

RETURN PREMIUM DUE YOU FOR THIS CHANGE: $537

SECTION I AND II: COVERAGES AND LIMITS UNDER YOUR LIBERTYGUARD HOMEOWNERS POLICY
  I: COVERAGE A - YOUR DWELLING                                      $105,000
     COVERAGE B - OTHER STRUCTURES ON RESIDENCE PREMISES              $10,500
     COVERAGE C - PERSONAL PROPERTY                                   $52,500
     COVERAGE D - LOSS OF USE OF YOUR RESIDENCE PREMISES              $21,000
 II: COVERAGE E - PERSONAL LIABILITY (EACH OCCURRENCE)               $300,000
     COVERAGE F - MEDICAL PAYMENTS TO OTHERS (EACH PERSON)             $1,000

DEDUCTIBLE: LOSSES COVERED UNDER SECTION I ARE SUBJECT TO A DEDUCTIBLE OF $1000
OTHER DEDUCTIBLES: $5000 WINDSTORM OR HAIL

PREMIUM SUMMARY:  FORMS AND ENDORSEMENTS SHOWN ARE MADE PART OF YOUR POLICY
  HO 00 03 04 91   BASE COST FOR THE COVERAGES AND LIMITS SHOWN ABOVE     $ 1720
  HO 04 53 04 91   CREDIT CARD, FUND TRANSFER CARD,
                   FORGERY AND COUNTERFEIT MONEY            $1,000        $    0
SECTION II COVERAGES EXTENDED:
  HO 24 70 04 91   SECTION II EXTENDED TO LOCATIONS AT:                   $   46
     LOCATION 1:
       1731 MAZANT ST NEW ORLEANS LA 70117
       1 FAMILY    RENTED    YEAR BUILT 1951              ($   13)
     LOCATION 2:
       1238 DAUPHINE ST NEW ORLEANS LA 70117
       2 FAMILY    RENTED    YEAR BUILT 1951              ($   20)
     LOCATION 3:
       1633 FRANCE ST NEW ORLEANS LA
       1 FAMILY    RENTED                                 ($   13)
                   COVERAGE E INCREASED LIMIT                             $   18
  PREFERRED RISK RATING PLAN DISCOUNTS:   6.0%
     3.0% INSURANCE TO VALUE CREDIT                                      -$   52
     3.0% INFLATION PROTECTION CREDIT                                    -$   52

FMHO 775 R3                                    COUNTERSIGNED 08/09/05

Dexter R. Legg, SECRETARY    Edmund F. Kelly, PRESIDENT    AUTHORIZED REPRESENTATIVE

EXHIBIT A

```
                                                                ENDORSEMENT 01
         LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
                 LIBERTY MUTUAL FIRE INSURANCE COMPANY          PAGE 02
                        BOSTON, MASSACHUSETTS
```

POLICY NUMBER: H32-291-053773-605 2    THESE DECLARATIONS EFFECTIVE 08/20/05

NAMED INSURED AND MAILING ADDRESS
VERA W SCHMIT
PO BOX 791120
NEW ORLEANS LA  70179-1120

RESIDENCE PREMISES INSURED:
# 2930 PARIS RD
# CHALMETTE LA

POLICY PERIOD: 08/20/05 TO 08/20/06
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

FOR SERVICE CALL OR WRITE:
PO BOX 52102
PHOENIX AZ 85072

800-869-4009
CLAIMS: 800-225-2467

AGENT: BILL BUBRIG
(504) 392-4898

(CONTINUED FROM PREVIOUS PAGE)

| | | |
|---|---|---|
| PROTECTIVE DEVICE CREDITS:   6.0% | | -$ 103 |
| 2% SMOKE DETECTOR             4% FIRE EXTINGUISHERS & DEAD BOLT | | |
| MULTIPLE POLICY DISCOUNT   10% | | -$ 172 |
| SAFE HOMEOWNER PROGRAM | | -$ 258 |
| NET PREMIUM | | $ 1147 |

OTHER ENDORSEMENTS MADE PART OF YOUR POLICY:
| | | | |
|---|---|---|---|
| HO 01 17 01 04 | SPECIAL PROVISIONS | HO 04 16 04 91 | PROTECTIVE DEVICES |
| HO 04 96 04 91 | NO SECII/LIMIT I-DAYCARE | FMHO-2885 | OPTIONAL LOSS SETTLEMENT |
| FMHO-993 | ARSON REWARD | FMHO-2136 | WIND/HAIL DEDUCTIBLE |
| 2344 | LMHC MEMBERSHIP | FMHO-2265 | AMENDATORY SEEPAGE END |
| FMHO-2493 5/03 | AMENDATORY ENDORSEMENT | FMHO-2469 | AMENDATORY MOLD END |
| FMHO-2835 | INFLATION PROTECTION | | |

SPECIAL MESSAGES:   THESE DECLARATIONS ARE MADE PART OF THE POLICY NUMBER
                    SHOWN ABOVE AND REPLACE ANY PREVIOUS DECLARATIONS

FMHO 775 R3                                       COUNTERSIGNED 08/09/05

Dexter R. Legg, SECRETARY          Edmund F Kelly, PRESIDENT

AUTHORIZED REPRESENTATIVE

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

POLICY NUMBER
H32-291-053773-605  2      THESE DECLARATIONS EFFECTIVE 08/20/05

NAMED INSURED AND MAILING ADDRESS
VERA W SCHMIT
PO BOX 791120
NEW ORLEANS LA  70179-1120

RESIDENCE PREMISES INSURED:
#  2930 PARIS RD
#  CHALMETTE LA

POLICY PERIOD: 08/20/05 TO 08/20/06
  12:01AM STANDARD TIME AT THE
  RESIDENCE PREMISES

FOR SERVICE CALL OR WRITE:
  PO BOX 52102
  PHOENIX AZ 85072

  800-869-4009
  CLAIMS: 800-225-2467

AGENT: BILL BUBRIG
  (504) 392-4898

(CONTINUED FROM PREVIOUS PAGE)

FMHO 775 R3  COUNTERSIGNED  08/09/05  PRU NUM: 426H315854   AGT NUM: ER0422  AGT OFF: N OR  REF NUM: 002  CAP FACT: .858

| STATE | #FAM/APTS | COVERAGE A/C | CONST | COUNTY | TERR | PREM GRP | PROT | X | HYDRANT | FIRE DEPT. | PCP | YR BUILT | UND HANDLING | CREDIT | N/R | 1ST YR | SALES REP | SALES OFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 105000 | 01 | 044 | 084 | 000 | 02 | 0 | B | A | 0 | 56 | 000 | -537 | 2 | 79 | 3990 | 694 |

RATED AS:     ST BERNARD FIRE D              WIND AREA        SHP  00000    MAILING  00   PLAN 91
                                                              CREDIT    00
PROT DEV-  580   TAX TERR-   0044                             001X001K26FRAZIE
TIER  04         OLD PRM     1684       ML- 7.17                                    /