ENDORSEMENT 01

# LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
## LIBERTY MUTUAL FIRE INSURANCE COMPANY
### BOSTON, MASSACHUSETTS

POLICY NUMBER: H32-291-053773-605 2  THESE DECLARATIONS EFFECTIVE 08/20/05

NAMED INSURED AND MAILING ADDRESS:
VERA W SCHMIT
PO BOX 791120
NEW ORLEANS LA 70179-1120

RESIDENCE PREMISES INSURED:
# 2930 PARIS RD
# CHALMETTE LA

POLICY PERIOD: 08/20/05 TO 08/20/06
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

FOR SERVICE CALL OR WRITE:
PO BOX 52102
PHOENIX AZ 85072

800-869-4009
CLAIMS: 800-225-2467

AGENT: BILL BUBRIG
(504) 392-4898

CHANGES MADE: DEDUCTIBLE CHANGED
PERS PROP REPL REMOVED

SECTION I LIMITS CHANGED

RETURN PREMIUM DUE YOU FOR THIS CHANGE: $537

SECTION I AND II: COVERAGES AND LIMITS UNDER YOUR LIBERTYGUARD HOMEOWNERS POLICY
```
  I:COVERAGE A - YOUR DWELLING                                       $105,000
    COVERAGE B - OTHER STRUCTURES ON RESIDENCE PREMISES               $10,500
    COVERAGE C - PERSONAL PROPERTY                                    $52,500
    COVERAGE D - LOSS OF USE OF YOUR RESIDENCE PREMISES               $21,000
 II:COVERAGE E - PERSONAL LIABILITY (EACH OCCURRENCE)                $300,000
    COVERAGE F - MEDICAL PAYMENTS TO OTHERS (EACH PERSON)              $1,000
```

DEDUCTIBLE: LOSSES COVERED UNDER SECTION I ARE SUBJECT TO A DEDUCTIBLE OF $1000
OTHER DEDUCTIBLES:  $5000 WINDSTORM OR HAIL

PREMIUM SUMMARY:  FORMS AND ENDORSEMENTS SHOWN ARE MADE PART OF YOUR POLICY
```
  HO 00 03 04 91  BASE COST FOR THE COVERAGES AND LIMITS SHOWN ABOVE       $ 1720
  HO 04 53 04 91  CREDIT CARD, FUND TRANSFER CARD,
                  FORGERY AND COUNTERFEIT MONEY              $1,000        $    0
SECTION II COVERAGES EXTENDED:
  HO 24 70 04 91  SECTION II EXTENDED TO LOCATIONS AT:                     $   46
    LOCATION 1:
      1731 MAZANT ST NEW ORLEANS LA 70117
      1 FAMILY   RENTED  YEAR BUILT 1951                         ($   13)
    LOCATION 2:
      1238 DAUPHINE ST NEW ORLEANS LA 70117
      2 FAMILY   RENTED  YEAR BUILT 1951                         ($   20)
    LOCATION 3:
      1633 FRANCE ST NEW ORLEANS LA
      1 FAMILY   RENTED                                          ($   13)
                  COVERAGE E INCREASED LIMIT                               $   18
  PREFERRED RISK RATING PLAN DISCOUNTS:  6.0%
    3.0% INSURANCE TO VALUE CREDIT                                        -$   52
    3.0% INFLATION PROTECTION CREDIT                                      -$   52
```

COUNTERSIGNED 08/09/05

FMHO 775 R3

SECRETARY  PRESIDENT

AUTHORIZED REPRESENTATIVE

EXHIBIT A

ENDORSEMENT 01
LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY                                PAGE 02
BOSTON, MASSACHUSETTS

POLICY NUMBER
H32-291-053773-605  2      THESE DECLARATIONS EFFECTIVE  08/20/05

NAMED INSURED AND MAILING ADDRESS              RESIDENCE PREMISES INSURED:
VERA W SCHMIT                              #   2930 PARIS RD
PO BOX 791120                              #   CHALMETTE LA
NEW ORLEANS LA  70179-1120

                                           FOR SERVICE CALL OR WRITE:
POLICY PERIOD: 08/20/05 TO 08/20/06             PO BOX 52102
  12:01AM STANDARD TIME AT THE                  PHOENIX AZ 85072
  RESIDENCE PREMISES
                                                800-869-4009
AGENT: BILL BUBRIG                              CLAIMS: 800-225-2467
  (504) 392-4898

                    (CONTINUED FROM PREVIOUS PAGE)
  PROTECTIVE DEVICE CREDITS:    6.0%                                 -$  103
    2% SMOKE DETECTOR               4% FIRE EXTINGUISHERS & DEAD BOLT
  MULTIPLE POLICY DISCOUNT   10%                                     -$  172
  SAFE HOMEOWNER PROGRAM                                             -$  258

NET PREMIUM                                                        $ 1147

OTHER ENDORSEMENTS MADE PART OF YOUR POLICY:
HO 01 17 01 04  SPECIAL PROVISIONS         HO 04 16 04 91  PROTECTIVE DEVICES
HO 04 96 04 91  NO SECII/LIMIT I-DAYCARE   FMHO-2885       OPTIONAL LOSS SETTLEMENT
FMHO-993        ARSON REWARD               FMHO-2136       WIND/HAIL DEDUCTIBLE
2344            LMHC MEMBERSHIP            FMHO-2265       AMENDATORY SEEPAGE END
FMHO-2493 5/03  AMENDATORY ENDORSEMENT     FMHO-2469       AMENDATORY MOLD END
FMHO-2835       INFLATION PROTECTION

SPECIAL MESSAGES:  THESE DECLARATIONS ARE MADE PART OF THE POLICY NUMBER
                   SHOWN ABOVE AND REPLACE ANY PREVIOUS DECLARATIONS

FMHO 775 R3                                      COUNTERSIGNED 08/09/05

Dexter R. Legg                Edmund F Kelly
SECRETARY                     PRESIDENT                    AUTHORIZED REPRESENTATIVE

Case 2:05-cv-04182-SRD-JCW   Document 8981-1   Filed 11/12/07   Page 1 of 3    ENDORSEMENT 01

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY                                PAGE 03
BOSTON, MASSACHUSETTS

POLICY NUMBER
H32-291-053773-605  2    THESE DECLARATIONS EFFECTIVE  08/20/05

NAMED INSURED AND MAILING ADDRESS              RESIDENCE PREMISES INSURED:
VERA W SCHMIT                                  #  2930 PARIS RD
PO BOX 791120                                  #  CHALMETTE LA
NEW ORLEANS LA  70179-1120

                                               FOR SERVICE CALL OR WRITE:
POLICY PERIOD: 08/20/05 TO 08/20/06                PO BOX 52102
   12:01AM STANDARD TIME AT THE                    PHOENIX AZ 85072
   RESIDENCE PREMISES
                                                   800-869-4009
   AGENT: BILL BUBRIG                              CLAIMS: 800-225-2467
   (504) 392-4898

                        (CONTINUED FROM PREVIOUS PAGE)

FMHO 775 R3  COUNTERSIGNED   08/09/05  PRU NUM: 426H315854   AGT NUM: ER0422  AGT OFF: N OR REF NUM: 002  CAP FACT: .858

| STATE | #FA M/APTS | COVERAGE A/C | CONST | COUNTY | TERR | PREM GRP | PROT | X | HYDRANT | FIRE DEPT. | PCP | YR BUILT | UND HANDLING | CREDIT | N/R | 1ST YR | SALES REP | SALES OFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 105000 | 01 | 044 | 084 | 000 | 02 | 0 | B | A | 0 | 56 | 000 | -537 | 2 | 79 | 3990 | 694 |

RATED AS:   ST BERNARD FIRE D              WIND AREA        SHP  00000    MAILING  00   PLAN 91
                                                            CREDIT    00
PROT DEV-  580   TAX TERR-   0044                           001X001K26FRAZIE
TIER  04         OLD PRM     1684       ML- 7.17                               /