UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO. 05-04182 |
| KATRINA CANAL | * | |
| BREACHES LITIGATION | * | SECTION "K" |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE DIV. 2 |
| | * | MAG. JUDGE WILKINSON |
| PERTAINS TO: LEVEE | * | |
| | * | |
| CA NO. 07-4837 | * | |
| GAIL ALBANO, *et al* | * | |
| v. | * | |
| THE BOARD OF COMMISSIONERS | * | |
| FOR THE ORLEANS PARISH LEVEE | * | |
| DISTRICT, *et al* | * | |
| | * | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel will bring on for hearing James Construction Group, LLC's Motion to Dismiss before the Honorable Stanwood R. Duval, Jr. at 9:30 A.M. on November 28, 2007, at the United States District Court for the Eastern District of Louisiana.

                                              Respectfully submitted,

                                              __/s/ Emily E. Eagan_____
                                              RICHARD J. TYLER, T.A. (#1155)
                                              EMILY E. EAGAN (#29166)
                                              Jones, Walker, Waechter, Poitevent,

                        Carrère & Denègre L.L.P.
                        201 St. Charles Avenue, 49th Floor
                        New Orleans, LA 70170-5100
                        (504) 582-8266
                        Attorneys for James Construction Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via ECF this 12th day of November, 2007.

                                            __/s/ Emily E. Eagan_____

{N1532304.1}