UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE (Burks, No. 06-4173) | | JUDGE DUVAL MAG. WILKINSON |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant CitiMortgage, Inc. ("CitiMortgage") and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for summary judgment dismissing the claims asserted against it by plaintiff Erin Burks for the reasons more fully discussed in the accompanying memorandum of points and authority and in accordance with the attendant supporting exhibits and the statement of uncontested material facts filed herewith and incorporated by reference.

CitiMortgage notes that Exhibit "A" (with attachments "1" – "7") and Exhibit "B" have been filed this date under seal, pursuant to Rule 12 of the Administrative Procedures for Electronic Case Filing for the United States District Court for the Eastern District of Louisiana and the E-Government Act of 2002.

WHEREFORE, CitiMortgage, Inc. prays that its Motion be granted and that judgment be rendered against plaintiff Erin Burks dismissing all of plaintiff's claims against CitiMortgage, Inc. with prejudice and at plaintiff's sole cost and expense, as well as all other relief at law or equity to which CitiMortgage, Inc. may be entitled on the premises thereof, including an award of all taxable costs and expenses.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

BY:  /s/Tyler Weidlich
KENT A. LAMBERT (No. 22458)
ANNE DERBES WITTMANN (No. 20584)
TYLER L. WEIDLICH (No. 30790)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
klambert@bakerdonelson.com

**ATTORNEYS FOR CITIMORTGAGE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2007, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/Tyler Weidlich

NO TLW1 161495 v1
2791169-000018