UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE (Burks, No. 06-4173) | | MAG. WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, CitiMortgage, Inc., ("CitiMortgage"), will bring on for hearing the foregoing Motion for Summary Judgment before The Hon. Stanwood R. Duval, Jr., at 9:30 a.m. on November 28, 2007, at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, or as soon thereafter as it may be heard.  You are invited to attend and participate as permitted by law.

NO TLW1 161717 v1
2791169-000018

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

/s/ Tyler L. Weidlich_____
KENT LAMBERT, T.A. (La. Bar #22458)
TYLER WEIDLICH (La. Bar #30790)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR CITIMORTGAGE, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2007, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Tyler L. Weidlich

2