UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (Burks, No. 06-4173) | | MAG. WILKINSON |

**EX PARTE MOTION AND INCORPORATED MEMORANDUM TO FILE EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

NOW INTO COURT, through undersigned counsel, comes defendant CitiMortgage, Inc. ("CitiMortgage") and, pursuant to Rule 12 of the Administrative Procedures for Electronic Case Filing for the Eastern District of Louisiana and the E-Government Act of 2002, respectfully moves this Honorable Court to seal the Declaration of John L. Hill filed this date as Exhibit "A" (with attachments "1" – "7") and Exhibit "B" filed in support of CitiMortgage's Motion for Summary Judgment for the following reasons:

I.

On this date, CitiMortgage has filed a Motion for Summary Judgment, seeking dismissal of certain claims filed by Erin Burks against CitiMortgage.

II.

In support of its Motion, CitiMortgage attached to its Memorandum in Support the Declaration of John L. Hill as Exhibit "A" (with attachments "1" – "7") and Exhibit "B."

III.

Attachments "1" – "7" to the Declaration of John L. Hill and Exhibit "B" contain certain information regarding the plaintiff's loan/mortgage and insurance history that is considered confidential and protected from public disclosure under Rule 12 of the Administrative Procedures for Electronic Case Filing for the United States District Court for the Eastern District of Louisiana and the E-Government Act of 2002, Pub.L. 107-347, 116 Stat. 2899 (Dec. 17, 2002).

IV.

Pursuant to Rule 12 of and the E-Government Act of 2002, CitiMortgage submits that it stands ready to file an entire set of redacted exhibits into the public record.

WHEREFORE, CitiMortgage, Inc. requests that this Honorable Court enter an Order sealing the Declaration of John L. Hill filed this date as Exhibit "A" (with attachments "1" – "7") and Exhibit "B" filed in support of Defendant's Motion for Summary Judgment.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**


/s/ Tyler L. Weidlich
KENT LAMBERT, T.A. (La. Bar #22458)
TYLER WEIDLICH (La. Bar #30790)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR CITIMORTGAGE, INC.**


**CERTIFICATE OF SERVICE**

I do hereby certify that on the 13th day of November, 2007, a copy of the foregoing Memorandum in Support of Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Tyler L. Weidlich

3