UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (Burks, No. 06-4173) | | MAG. WILKINSON |

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum by defendant CitiMortgage, Inc. to file under seal Exhibits "A" and "B," and all attachments thereto, in support of Defendant's Motion for Summary Judgment;

IT IS HEREBY ORDERED that the motion be and is hereby granted; that Exhibit "A" (with attachments "1" – "7") and Exhibit "B" filed by defendant CitiMortgage in support of its Motion for Summary Judgment be and hereby are received into the record of this proceeding; and that same shall be placed and maintained under seal pending further order of this Court.

New Orleans, Louisiana, this the _____ day of November, 2007.

_____
JUDGE