UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North American Inc.'s Requests for Production of Documents in the Barge category, respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol. The following documents were selected by Plaintiffs for production in the manner specified in the United States Document Production Protocol:

AIN-018-000000669        to        AIN-018-000000679;

| | | |
|---|---|---|
| MVD-007-000003302 | to | MVD-007-000003316; |
| NED-132-000000007 | to | NED-132-000000011; |
| NED-132-000000025 | to | NED-132-000000085; |
| NED-132-000000096 | to | NED-132-000000100; |
| NED-132-000000176 | to | NED-132-000000193; |
| NED-132-000000202 | to | NED-132-000000227; |
| NED-132-000000244 | to | NED-132-000000245; |
| NED-132-000000249 | to | NED-132-000000294; |
| NED-132-000000301 | to | NED-132-000000402; |
| NED-132-000000405 | to | NED-132-000000750; |
| NED-132-000000752 | to | NED-132-000000752; |
| NED-132-000000754 | to | NED-132-000000761; |
| NED-132-000000770 | to | NED-132-000000825; |
| NED-132-000000839 | to | NED-132-000000870; |
| NED-132-000000873 | to | NED-132-000001022; |
| NED-132-000001030 | to | NED-132-000001242; |
| NED-132-000001244 | to | NED-132-000001269; |
| NED-132-000001279 | to | NED-132-000001337; |
| NED-132-000001342 | to | NED-132-000001356; |
| NED-132-000001361 | to | NED-132-000001407; |
| NED-132-000001441 | to | NED-132-000001549; |
| NED-132-000001556 | to | NED-132-000001654; |
| NED-132-000001687 | to | NED-132-000001697; |
| NED-132-000001713 | to | NED-132-000001717; |
| NED-132-000001728 | to | NED-132-000001731; |
| NED-132-000001736 | to | NED-132-000001837; |
| NRG-010-000000054 | to | NRG-010-000000055; |
| NRG-010-000001020 | to | NRG-010-000001022; |
| NRG-010-000001024 | to | NRG-010-000001029; |
| NRG-010-000001188 | to | NRG-010-000001201; |
| NRG-018-000000346 | to | NRG-018-000000347; |
| NRG-018-000000439 | to | NRG-018-000000440; |
| NRG-018-000000564 | to | NRG-018-000000594; |
| NRG-018-000000596 | to | NRG-018-000000641; |
| NRG-018-000001043 | to | NRG-018-000001106; |
| NRG-019-000000001 | to | NRG-019-000000006; |
| NRG-019-000001382 | to | NRG-019-000001383. |

In response to the First Sets of Requests for Production propounded by the

Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests

for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North American Inc.'s Requests for Production of Documents in the Barge category, respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

>           NGC-001-000000001      to      NGC-001-000000245;
>           ERD-035-000000001      to      ERD-035-000000428.

This Notice of Production is respectfully submitted,

           PETER D. KEISLER
           Assistant Attorney General

           C. FREDERICK BECKNER III
           Deputy Assistant Attorney General

           PHYLLIS J. PYLES
           Director, Torts Branch

           JAMES G. TOUHEY, JR.
           Assistant Director, Torts Branch

           s/ James F. McConnon, Jr.
           JAMES F. McCONNON, JR.
           Trial Attorney, Torts Branch, Civil Division
           U.S. Department of Justice
           Benjamin Franklin Station, P.O. Box 888
           Washington, D.C.  20044
           (202) 616-4400 / (202) 616-5200 (Fax)
           Attorneys for the United States

Dated: November 13, 2007

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on November 13, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

    s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.