PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 018 | AIN-018-000000669 | AIN-018-000000679 | USACE;MVD;MVN; CELMN-ED-SR; Design Service Branch | Frank Gagliano | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 18) from June 2007 Review and Select Production |
| MVD | 007 | MVD-007-000003302 | MVD-007-000003316 | USACE;MVD | Mississippi River Commission | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1322) from July 2007 Review and Select Production |
| NED | 132 | NED-132-000000007 | NED-132-000000011 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000000025 | NED-132-000000085 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000000096 | NED-132-000000100 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 132 | NED-132-000000176 | NED-132-000000193 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000000202 | NED-132-000000227 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000000244 | NED-132-000000245 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000000249 | NED-132-000000294 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000000301 | NED-132-000000402 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 132 | NED-132-000000405 | NED-132-000000750 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000000752 | NED-132-000000752 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000000754 | NED-132-000000761 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000000770 | NED-132-000000825 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000000839 | NED-132-000000870 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 132 | NED-132-000000873 | NED-132-000001022 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000001030 | NED-132-000001242 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000001244 | NED-132-000001269 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000001279 | NED-132-000001337 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000001342 | NED-132-000001356 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 132 | NED-132-000001361 | NED-132-000001407 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000001441 | NED-132-000001549 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000001556 | NED-132-000001654 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000001687 | NED-132-000001697 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000001713 | NED-132-000001717 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 132 | NED-132-000001728 | NED-132-000001731 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000001736 | NED-132-000001837 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |
| NRG | 010 | NRG-010-000000054 | NRG-010-000000055 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |
| NRG | 010 | NRG-010-000001020 | NRG-010-000001022 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |
| NRG | 010 | NRG-010-000001024 | NRG-010-000001029 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 010 | NRG-010-000001188 | NRG-010-000001201 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |
| NRG | 018 | NRG-018-000000346 | NRG-018-000000347 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1242) from July 2007 Review and Select Production |
| NRG | 018 | NRG-018-000000439 | NRG-018-000000440 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1242) from July 2007 Review and Select Production |
| NRG | 018 | NRG-018-000000564 | NRG-018-000000594 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1242) from July 2007 Review and Select Production |
| NRG | 018 | NRG-018-000000596 | NRG-018-000000641 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1242) from July 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 018 | NRG-018-000001043 | NRG-018-000001106 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1242) from July 2007 Review and Select Production |
| NRG | 019 | NRG-019-000000001 | NRG-019-000000006 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1282) from July 2007 Review and Select Production |
| NRG | 019 | NRG-019-000001382 | NRG-019-000001383 | USACE;MVD;MVN | Not Available | KC241 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1282) from July 2007 Review and Select Production |
| NGC | 001 | NGC-001-000000001 | NGC-001-000000245 | USACE;MVD;MVN; CEMVN-OC | Fred Wallace | KC242 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Acts of Assurance |
| ERD | 035 | ERD-035-000000001 | ERD-035-000000428 | USACE;ERDC | Deborah Carpenter | KC243 | 11/13/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | GSL Reports |