ENDORSEMENT 01

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

POLICY NUMBER: H32-291-053773-605 2        THESE DECLARATIONS EFFECTIVE 08/20/05

NAMED INSURED AND MAILING ADDRESS
VERA W SCHMIT
PO BOX 791120
NEW ORLEANS LA  70179-1120

RESIDENCE PREMISES INSURED:
# 2930 PARIS RD
# CHALMETTE LA

POLICY PERIOD: 08/20/05 TO 08/20/06
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

FOR SERVICE CALL OR WRITE:
PO BOX 52102
PHOENIX AZ 85072

800-869-4009
CLAIMS: 800-225-2467

AGENT: BILL BUBRIG
(504) 392-4898

CHANGES MADE:   DEDUCTIBLE CHANGED                SECTION I LIMITS CHANGED
                PERS PROP REPL REMOVED

RETURN PREMIUM DUE YOU FOR THIS CHANGE: $537

SECTION I AND II: COVERAGES AND LIMITS UNDER YOUR LIBERTYGUARD HOMEOWNERS POLICY
  I: COVERAGE A - YOUR DWELLING                                          $105,000
     COVERAGE B - OTHER STRUCTURES ON RESIDENCE PREMISES                  $10,500
     COVERAGE C - PERSONAL PROPERTY                                       $52,500
     COVERAGE D - LOSS OF USE OF YOUR RESIDENCE PREMISES                  $21,000
 II: COVERAGE E - PERSONAL LIABILITY (EACH OCCURRENCE)                   $300,000
     COVERAGE F - MEDICAL PAYMENTS TO OTHERS (EACH PERSON)                 $1,000

DEDUCTIBLE: LOSSES COVERED UNDER SECTION I ARE SUBJECT TO A DEDUCTIBLE OF $1000
OTHER DEDUCTIBLES:  $5000 WINDSTORM OR HAIL

PREMIUM SUMMARY:    FORMS AND ENDORSEMENTS SHOWN ARE MADE PART OF YOUR POLICY
  HO 00 03 04 91    BASE COST FOR THE COVERAGES AND LIMITS SHOWN ABOVE        $ 1720
  HO 04 53 04 91    CREDIT CARD, FUND TRANSFER CARD,
                    FORGERY AND COUNTERFEIT MONEY              $1,000         $    0
  SECTION II COVERAGES EXTENDED:
  HO 24 70 04 91    SECTION II EXTENDED TO LOCATIONS AT:                      $   46
    LOCATION 1:
        1731 MAZANT ST NEW ORLEANS LA 70117
        1 FAMILY   RENTED   YEAR BUILT 1951                ($    13)
    LOCATION 2:
        1238 DAUPHINE ST NEW ORLEANS LA 70117
        2 FAMILY   RENTED   YEAR BUILT 1951                ($    20)
    LOCATION 3:
        1633 FRANCE ST NEW ORLEANS LA
        1 FAMILY   RENTED                                  ($    13)
                    COVERAGE E INCREASED LIMIT                                 $   18
  PREFERRED RISK RATING PLAN DISCOUNTS:       6.0%
    3.0% INSURANCE TO VALUE CREDIT                                            -$   52
    3.0% INFLATION PROTECTION CREDIT                                          -$   52

FMHO 775 R3                                              COUNTERSIGNED 08/09/05

*[signatures]*
SECRETARY        PRESIDENT                          AUTHORIZED REPRESENTATIVE

EXHIBIT A

LIBERTYGUA DELUXE HOMEOWNERS POLICY D ARATIONS ENDORSEMENT 01
LIBERTY MUTUAL FIRE INSURANCE COMPANY PAGE 02
BOSTON, MASSACHUSETTS

POLICY NUMBER
H32-291-053773-605 2 | THESE DECLARATIONS EFFECTIVE 08/20/05

NAMED INSURED AND MAILING ADDRESS
VERA W SCHMIT
PO BOX 791120
NEW ORLEANS LA 70179-1120

RESIDENCE PREMISES INSURED:
# 2930 PARIS RD
# CHALMETTE LA

POLICY PERIOD: 08/20/05 TO 08/20/06
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

AGENT: BILL BUBRIG
(504) 392-4898

FOR SERVICE CALL OR WRITE:
PO BOX 52102
PHOENIX AZ 85072

800-869-4009
CLAIMS: 800-225-2467

(CONTINUED FROM PREVIOUS PAGE)
PROTECTIVE DEVICE CREDITS: 6.0% -$ 103
  2% SMOKE DETECTOR      4% FIRE EXTINGUISHERS & DEAD BOLT
MULTIPLE POLICY DISCOUNT 10% -$ 172
SAFE HOMEOWNER PROGRAM -$ 258

NET PREMIUM $ 1147

OTHER ENDORSEMENTS MADE PART OF YOUR POLICY:
HO 01 17 01 04 SPECIAL PROVISIONS          HO 04 16 04 91 PROTECTIVE DEVICES
HO 04 96 04 91 NO SECII/LIMIT I-DAYCARE    FMHO-2885      OPTIONAL LOSS SETTLEMENT
FMHO-993       ARSON REWARD                FMHO-2136      WIND/HAIL DEDUCTIBLE
2344           LMHC MEMBERSHIP             FMHO-2265      AMENDATORY SEEPAGE END
FMHO-2493 5/03 AMENDATORY ENDORSEMENT      FMHO-2469      AMENDATORY MOLD END
FMHO-2835      INFLATION PROTECTION

SPECIAL MESSAGES: THESE DECLARATIONS ARE MADE PART OF THE POLICY NUMBER
                  SHOWN ABOVE AND REPLACE ANY PREVIOUS DECLARATIONS

FMHO 775 R3                                                COUNTERSIGNED 08/09/05

Dexter R. Legg              Edmund F Kelly
SECRETARY                   PRESIDENT                      AUTHORIZED REPRESENTATIVE

```
                                                              ENDORSEMENT 01
             LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
                     LIBERTY MUTUAL FIRE INSURANCE COMPANY         PAGE 03
                             BOSTON, MASSACHUSETTS
```

POLICY NUMBER
| H32-291-053773-605  2 |   THESE DECLARATIONS EFFECTIVE | 08/20/05 |

NAMED INSURED AND MAILING ADDRESS                RESIDENCE PREMISES INSURED:
VERA W SCHMIT                                    #  2930 PARIS RD
PO BOX 791120                                    #  CHALMETTE LA
NEW ORLEANS LA  70179-1120

                                                 FOR SERVICE CALL OR WRITE:
POLICY PERIOD: 08/20/05 TO 08/20/06                 PO BOX 52102
  12:01AM STANDARD TIME AT THE                      PHOENIX AZ 85072
  RESIDENCE PREMISES
                                                    800-869-4009
AGENT: BILL BUBRIG                                  CLAIMS: 800-225-2467
  (504) 392-4898

                        (CONTINUED FROM PREVIOUS PAGE)

FMHO 775 R3  COUNTERSIGNED   08/09/05  PRU NUM: 426H315854   AGT NUM: ER0422  AGT OFF: N  OR  REF NUM: 002  CAP FACT: .858

| STATE | #FAM/APTS | COVERAGE A/C | CONST | COUNTY | TERR | PREM GRP | PROT | X | HYDRANT | FIRE DEPT. | PCP | YR BUILT | UND HANDLING | CREDIT | N/R | 1ST YR | SALES REP | SALES OFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 105000 | 01 | 044 | 084 | 000 | 02 | 0 | B | A | 0 | 56 | 000 | -537 | 2 | 79 | 3990 | 694 |

RATED AS:       ST BERNARD FIRE D                  WIND AREA        SHP  00000    MAILING   00   PLAN  91
                                                                         CREDIT   00
PROT DEV-   580     TAX TERR-    0044                                    001X001K26FRAZIE
TIER  04            OLD PRM      1684          ML- 7.17                             /