UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 SECTION "K" JUDGE DUVAL |
| PERTAINS TO:  ROAD HOME | MAGISTRATE 2 JUDGE WILKINSON |
| *Louisiana State, C.A. No. 07-5528* | |

## MOTION TO WITHDRAW AND SUBSTITUTE CO-COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Robert R. Wood, Jr. of the law firm of Phelps Dunbar, LLP, who respectfully moves to withdraw and substitute Catherine E. Lasky (La. Bar No. 28652) of the Law Firm of Phelps Dunbar, LLP, as co-counsel for Proctor Financial, Inc. ("Proctor").

**WHEREFORE**, mover prays that this Honorable Court enter an order permitting the withdrawal of Robert R. Wood, Jr. and the substitution of Catherine E. Lasky as co-counsel of record for Proctor.

Respectfully submitted,

PHELPS DUNBAR LLP


BY:   /S/ ROBERT R. WOOD, JR.
Robert R. Wood, Jr., La. Bar No. (29488)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**ATTORNEYS FOR DEFENDANT
PROCTOR FINANCIAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record via electronic mail this 13th day of November, 2007.

/S/ ROBERT R. WOOD, JR.