OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 NOV -9 PM 3:44
LORETTA G. WHYTE
CLERK

Date: November 9, 2007

Rene c. Dauterive, Jr., et al

vs.

The United States of America and
The Army Corps of Engineers

Case No.  07-4724   Section "K"(2)

(Consolidated with 05-4182)

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

   1. (name) United States Army Corps of Engineers
      (address) Through Lieutenant Robert Antwerp, Chief of
                Engineers, Headquarters, 441 G. Street, NW,
                Washington, DC   20314

   2. (name) United States Army Corps of Engineers
      (address) District Headquarters, 7400 Leake Avenue,
                New Orleans, Louisiana 70118

                               Very truly yours,

                               _____
                                      "Signature"

                               Attorney for Plaintiffs

                               Address Willis & Buckley, APC
                                       3723 Canal Street
                                       New Orleans, LA   70119

___ Fee _____
___ Process ____
 X  Dktd _____
___ CtRmDep ____
___ Doc. No ____