OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED NOV - 9 2007
LORETTA G. WHYTE
CLERK

Date: 11-9-07

Rault Resources, Inc.

vs.

The United States of America, ET AL

Case No. 07-5184 Section K(2)
c/w 05-4182

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) U.S. Army Corps of Engineers, Office of Counsel
   (address) 7400 Leake Ave., Room 348, New Orleans, LA 70118
2. (name) U.S. Army Corps of Engineers, Office of Counsel
   (address) 7400 Leake Ave., Room 348, New Orleans, LA 70118
3. (name) Peter D. Keisler, Acting Attorney General
   (address) 950 Pennsylvania Ave., NW, Washington, D.C. 20530
4. (name) Timothy P. Doody, Southeast Louisiana Flood Protection Authority
   (address) 203 Plauche Court, Suite B, Harahan, LA 70123

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address 1100 Poydras St.
Suite 3600
New Orleans, LA 70163

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11-9-07

Rault Resources, Inc.

vs.

The United States of America, et al

Case No. 07-5184 Section K(2)
c/w 05-4182

Dear Sir:

Please (issue) ((re-issue)) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

5. 1. (name) Jim Letten, U.S. Attorney
   (address) 500 Poydras St., Room B-210, New Orleans, LA 70130

6. 2. (name) Gary P. LaGrange, Board of Commissioners, Port of New Orleans
   (address) 1350 Port of New Orleans Place, New Orleans, LA 70130

7. 3. (name) Marcia St. Martin, Sewerage & Water Board of New Orleans
   (address) 625 St. Joseph, New Orleans, LA 70165

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 1100 Poydras St.
Suite 3600
New Orleans, LA 70163