UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES           \*<br>CONSOLIDATED LITIGATION                      \*<br>_____   \*<br>                                                                      \*<br>THIS DOCUMENT RELATES TO              \*<br>LEVEE:  06-5116  (Sims)                             \*<br>                                                                      \*<br>                                                                      \*<br>                                                                      \*<br>                                                                      \*<br>\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \* | CIVIL ACTION<br><br>NUMBER 05-4182<br>& CONSOLIDATED CASES<br><br>SECTION "K"<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**MOTION TO DISMISS PURSUANT TO F.R.CIV.P. 12(B)(6) AND/OR 12(C)**

Now into Court, through undersigned counsel, comes Defendant Sewerage and Water Board of New Orleans pursuant to F.R.Civ.P. 12(b)(6) and/or 12(c) to dismiss the above-captioned matter as against the Sewerage and Water Board of New Orleans.

The Sewerage and Water Board of New Orleans submits a memorandum in support, a notice of hearing and a request for oral argument.

Wherefore, defendant Sewerage and Water Board of New Orleans prays that after due proceedings are held, that this Court render judgment in favor of the Sewerage and Water Board of New Orleans and against plaintiffs, dismissing plaintiffs' complaint as amended against the Sewerage and Water Board of New Orleans with prejudice and at plaintiffs' cost.

1

Respectfully submitted,

s/Charles M. Lanier, Jr.
_____
**CHARLES M. LANIER, JR. - #18299, T.A.**
**KEVIN R. TULLY - #1627**
**H. CARTER MARSHALL - 28136**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE AND WATER BOARD OF NEW ORLEANS

## CERTIFICATE

I do hereby certify that on the 13th day of November 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
_____
**CHARLES M. LANIER**

CK_DOCS 388208v1

2