UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (Gray, Charles No. 07-4787) | * | |
| _____ | | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant, The Standard Fire Insurance Company ("Standard Fire"), in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement.

1. The Standard Fire Insurance Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc. which is not a publicly traded company.

2. Travelers Insurance Group Holdings, Inc. is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is not a publicly traded company.

3. Travelers Property Casualty Corp. is a wholly-owned subsidiary of The Travelers Companies, Inc.

4. The Travelers Companies, Inc. is a publicly traded holding company and not an insurer that indirectly owns 100% of The Standard Fire Insurance Company.

Respectfully submitted:

s/Douglas C. Longman, Jr.
DOUGLAS C. LONGMAN, JR. #8719
GARY J. RUSSO #10828
CAMILLE BIENVENU POCHÉ #22597
NADIA DE LA HOUSSAYE #24777
PERRET DOISE, APLC
P. O. Drawer 3408
Lafayette, LA  70502-3408
Telephone:     (337) 262-9000
Facsimile:     (337) 262-9001

ATTORNEYS FOR THE STANDARD FIRE
INSURANCE COMPANY

## CERTIFICATE

    I hereby certify that on November 13, 2007, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following by operation of the court's electronic filing system:

                Calvin Clifford Fayard, Jr.

                David Blayne Honeycutt

                Peyton Patrick Murphy

                Wanda Jean Edwards

                s/Douglas C. Longman, Jr.