UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   06-4389 | * | |
| 07-3500 | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * | | |

**CERTAIN PLAINTIFFS' EX PARTE
MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL MEMORANDUM**

**COME NOW** plaintiffs in Civil Action Nos. 06-4389 and 07-3500, appearing through undersigned counsel, and move This Honorable Court for leave to file the attached Second Supplemental Memorandum in Opposition to the Motion(s) to Dismiss filed by Washington Group International, Inc. (Record Document Nos. 4140 and 8224). This motion is filed upon the grounds that on November 9, 2007, WGI filed a Supplemental Memorandum in support of its motion(s), making it necessary for plaintiffs to respond.

        Respectfully submitted,

        **LAW OFFICES OF
        ASHTON R. O'DWYER, JR.**

-2-

By: **S/Ashton R. O'Dwyer, Jr.**
**Ashton R. O'Dwyer, Jr.**
**Bar No. 10166**
**821 Baronne Street**
**New Orleans, LA 70113**
**Tel. 504-679-6166**
**Fax. 504-581-4336**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 13th day of November 2007.

S/Ashton R. O'Dwyer, Jr.