

Figure C.9: Aerial photograph of North Breach and South Breach sites taken 6 September 2005 (NOAA 2005). Postulated breach initiation sites indicated. Note the USACE lock expansion site clearing 'holes' left immediately outside the floodwall protecting the Lower 9th Ward (to top of photograph).

C.11



Figure C.10: Two Lower 9th Ward breach locations relative to 'T' intersection of IHNC with MR-GO – GIWW (USACE IPET 2007)

Early the morning of 29 August 2005, the water level in the IHNC began to rise as a result of the effects of the hurricane Katrina surge developed in Lake Borgne and its hydraulic connectivity with the MR-GO – ICWW (Figure C.11). The main peak of this storm surge was relatively short-lived, rising quickly over a period of several hours to a maximum elevation of approximately +14 feet (MSL, Mean Sea Level) at approximately 8:30 a.m. (Central Daylight

12

Time), and then subsiding quickly thereafter. The hydrographs in figure C.11 are bsed on actual measurements of the water levels versus time near the west bank corssing of the CSX rail line across the IHNC channel. The 'dip' in the rising hydrograph at one of the stations wa caused by a localized temporary drawdown due to development of a breach in that vicinity at approximately 5:00 a.m.



Figure C.11: Katrina hydrograph for IHNC (USACE IPET 2007)

As the water level in the INHC increased during hurricane Katrina, the water reached the top of the earth levee on the east side and rose up the concrete floodwall (Figure C.12). The top of the earthen berm had an elevation on the east side outside the I-wall alignment higher than the land behind the levee, having been built-up with materials dredged from the IHNC to form the EBIA. This bench extends 100 to 200 feet west of the I-wall alignment at an elevation of zero to about 2 feet. Due to the USACE decision regarding the reference elevation for construction of the I-walls, everything was built 2 to 3 feet too low (top of wall elevations 12 to 13 feet).

13



Figure C.12: As-built drawings for I-wall installation on the east bank of the IHNC adjacent to the Lower 9th Ward.

**North Breach**

Available evidence indicates that the first of the two breaches to occur was the North breach (USACE IPET 2007, Team Louisiana 2007). Based on timing established by 'stopped clocks,' this breach appears to have fully developed by approximately 5:45 a.m., as floodwater began to halt clocks in homes in the adjacent neighborhood shortly after that time (Team Louisiana 2007). Eyewitness reports indicate that water was entering this area as early as 5:00 a.m. (USACE IPET 2007). It is likely that this early report of flooding is associated with the onset of development of the breach (movement of the earth berm and concrete I-wall, Figure C.4) and opening the vertical 'expansion joints' in the concrete I-walls. This behavior was observed and photographed during the evolution of the breach at the 17th Street Canal.

Figure C.13 shows an aerial view of this feature. This was a relatively narrow feature, less than 100 feet in width, and unlike the more massive second failure that occurred several hundred yards to the south, there was no evidence of sustained overtopping adjacent to this

14

feature. The hydrographs indicate that the water level would have been at approximately +4.5 feet MSL at the onset of the failure and at approximately +9.0 feet MSL at the time of the full development of the breach. This meant that the wall failed before the water reached the top of the wall at approximately + 12 feet MSL.

Identified in Figure C.13 and Figure C.14 (taken while water is flowing into the Lower 9th Ward) are 'holes' located immediately outside (IHNC side) the flood wall. This feature can be seen more clearly in Figure C.15. This feature is in the immediate vicinity of one of the underground excavations reported by WGI in the EBIA lock expansion site clearing report (WGI 2005).



Figure C.13: Photograph of the North Breach at Lower 9th Ward taken 29 August 2005 (USACE IPET 2007). Note the water filled 'hole' immediately outside the flood wall on the IHNC side.

15



Figure C.14: Photograph of the North Breach taken while water is still flowing into the Lower 9th Ward. Note the deep water filled 'hole' immediately outside the flood wall on the IHNC side. Turbulent water indicates shallow inward flows taking place



Figure C.15: Photograph of North Breach taken shortly after passage of hurricane Katrina showing breach repair operations underway. Deep hole located outside the wall is indicated.

**South Breach**

Several hundred yards to the south of the North Breach, a massive second breach developed. Figure C.16 shows an oblique aerial view of the South Breach which ws approximately 1000 feet in length. The large barge washed in through this very long feature is visible in this photograph. The sheetpile wall is also clearly visible. The sheetpiles remained interlocked throughout the severe inflow and scour caused by the breach. The concrete floodwall atop the sheetpiles could not withstand the deformations developed by the sheetpiles as they were stretched and much of the concrete I-wall panels spalled off of the top of the sheetpile curtain. The large excavation 'hole' on the former EBIA site immediately outside the breach and adjacent to the former alignment of the floodwall is indicated on Figure 16. This feature is in the immediate vicinity of one of the underground excavations reported by WGI in the EBIA lock expansion site clearing report (WGI 2005).



Figure C.16: Oblique aerial photograph of South Breach showing barge and excavation 'hole' outside the floodwall alignment at the former EBIA site (FEMA 2005)

17

A similar but earlier photograph is shown in Figure C.17. This photograph was taken during the water outflow the afternoon of 29 August 2005. The deep 'holes' immediately outside the floodwall alignment at the north and south ends of the South Breach are indicated on the photograph. The aerial photograph taken about the same time shown in Figure C.18 shows the excavation holes at the north and south ends of the South Breach.



Figure C.17: Oblique photograph showing the South Breach with levee alignment and EBIA lock expansion site clearing 'holes' immediately outside the north and south ends of the breach are indicated (USACE IPET 2007)

18



Figure C.18: Aerial photograph shown the South Breach with EBIA lock expansion site clearing 'holes' immediately outside the north and south ends of the breach are indicated (NOAA 2005)

## Geology and Soil Conditions

The near surface geology at this location is dominated by sediments deposited by past distributaries of the Mississippi River with the exception of the area near Lake Pontchartrain. Conditions near the lake (Figure C.19). The area at the IHNC - Lower 9th Ward is underlain by swamp and marsh deposits that vary between 10 and 20 feet in thickness. Interdistributary materials consist largely of fat clays below the marsh and swamp deposits. This layer, which also contains zones of lean clays and silt, is approximately 30 to 35 feet thick. A complex estuarine deposit exists below the interdistributary layer and is comprised of a complex mixture of clays, silts, sands, and broken shell material. This deposit is about 30 feet thick and is underlain by Pleistocene deposits which are commonly a stiff clay.

19



Figure C.19: Near-surface geology of area between 17th Street Canal and IHNC Lower 9th Ward area

20