UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, BSD, 06-8637 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

As requested by counsel, a **Settlement Conference** is set in the referenced case, BSD Construction, Inc. v. Stone Ins. Inc. et al, C.A. No. 06-8637, on **DECEMBER 4, 2007 at 4:00 p.m.** before me.

New Orleans, Louisiana, this __13th__ day of November, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**