UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO: 05-4182 |
| | * | SECTION: "K"(2) |
| | * * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: LEVEE (2:07-cv-06256) | * * * | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual"), and moves this Honorable Court to grant Liberty Mutual leave to file its opposition to plaintiff's motion to remand. Rather than filing her motion in this case, Plaintiff erroneously filed her motion to remand in case No. 07-cv-5467, before the Honorable Ivan L.R. Lemelle. (*See* No. 07-5467, Rec. Doc. 5.) The Court set for hearing plaintiff's motion to remand on November 14, 2007. On November 6, 2007, Judge Lemelle signed an order transferring plaintiff's motion to remand to the appropriate section for filing. *See* Ex. A. This order was filed on November 8, 2007. Only then was plaintiff's motion to remand properly filed. Nonetheless, Plaintiff's motion remains set for hearing on November 14, 2007. Though Liberty Mutual's opposition is filed less than eight days before the hearing date, it is filed within two business days after the filing of plaintiff's motion in this case. Accordingly, Liberty Mutual respectfully requests leave to file its opposition to plaintiff's motion to remand out of time.

97524

**WHEREFORE**, Liberty Mutual Fire Insurance Company respectfully requests that this Court grant its motion to file its Opposition to Plaintiff's Motion to Remand out of time and accept same for filing.

                                                 *s/s H. Minor Pipes, III*
                                                 H. Minor Pipes, III, 24603
                                                 BARRASSO USDIN KUPPERMAN
                                                      FREEMAN & SARVER, L.L.C.
                                                 909 Poydras Street, Suite 2400
                                                 New Orleans, Louisiana  70112
                                                 Telephone:  (504) 589-9700

                                               *Attorney for Liberty Mutual Fire Insurance Company*

### CERTIFICATE

I hereby certify that on November 13, 2007, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and served plaintiff Vera Schmit by placing a copy of the foregoing in First Class Mail, postage prepaid.

                                               *s/s H. Minor Pipes, III*

97524