UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VERA SCHMIT                                         CIVIL ACTION

VERSUS                                              NO. 07-5467

LIBERTY MUTUAL FIRE                                 SECTION B(2)
INSURANCE COMPANY

ORDER

Plaintiff filed a Motion to Remand in the above-captioned matter on September 26, 2007 (Rec. Doc. No. 5). Plaintiff subsequently filed a second Motion to Remand in the above-captioned matter on October 17, 2007 (Rec. Doc. No. 7). It has come to the Court's attention that this second Motion to Remand was incorrectly filed in the above-captioned matter and that Plaintiff actually intended to file the second Motion to Remand in case No. 07-6256, another pending case in which Plaintiff is a party.

The Court directs the Clerk of Court to transfer Plaintiff's second Motion to Remand (Rec. Doc. No. 7) to case No. 07-6256.

New Orleans, Louisiana this 6th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

EXHIBIT
A