UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO: 05-4182 |
| | | SECTION: "K"(2) |
| PERTAINS TO: LEVEE (2:07-cv-06256) | * * * | JUDGE: STANWOOD R. DUVAL, JR. |
| | | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File Opposition to Plaintiff's Motion to Remand, IT IS HEREBY ORDERED that said Motion for Leave is GRANTED and that Liberty Mutual Fire Insurance Company is given leave to file its Opposition to Plaintiff's Motion for Remand.

New Orleans, Louisiana, this ___ day of November, 2007.

                                                  **United States District Judge**

97545