ENDORSEMENT 01

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

POLICY NUMBER: H32-291-053773-605 2    THESE DECLARATIONS EFFECTIVE 08/20/05

NAMED INSURED AND MAILING ADDRESS:
VERA W SCHMIT
PO BOX 791120
NEW ORLEANS LA  70179-1120

RESIDENCE PREMISES INSURED:
# 2930 PARIS RD
# CHALMETTE LA

POLICY PERIOD: 08/20/05 TO 08/20/06
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

FOR SERVICE CALL OR WRITE:
PO BOX 52102
PHOENIX AZ 85072

800-869-4009
CLAIMS: 800-225-2467

AGENT: BILL BUBRIG
(504) 392-4898

CHANGES MADE:   DEDUCTIBLE CHANGED              SECTION I LIMITS CHANGED
                PERS PROP REPL REMOVED

RETURN PREMIUM DUE YOU FOR THIS CHANGE: $537

SECTION I AND II: COVERAGES AND LIMITS UNDER YOUR LIBERTYGUARD HOMEOWNERS POLICY
   I: COVERAGE A - YOUR DWELLING                                            $105,000
      COVERAGE B - OTHER STRUCTURES ON RESIDENCE PREMISES                    $10,500
      COVERAGE C - PERSONAL PROPERTY                                         $52,500
      COVERAGE D - LOSS OF USE OF YOUR RESIDENCE PREMISES                    $21,000
  II: COVERAGE E - PERSONAL LIABILITY (EACH OCCURRENCE)                     $300,000
      COVERAGE F - MEDICAL PAYMENTS TO OTHERS (EACH PERSON)                   $1,000

DEDUCTIBLE: LOSSES COVERED UNDER SECTION I ARE SUBJECT TO A DEDUCTIBLE OF $1000
OTHER DEDUCTIBLES:  $5000 WINDSTORM OR HAIL

PREMIUM SUMMARY:    FORMS AND ENDORSEMENTS SHOWN ARE MADE PART OF YOUR POLICY
   HO 00 03 04 91   BASE COST FOR THE COVERAGES AND LIMITS SHOWN ABOVE     $ 1720
   HO 04 53 04 91   CREDIT CARD, FUND TRANSFER CARD,
                    FORGERY AND COUNTERFEIT MONEY             $1,000       $    0
SECTION II COVERAGES EXTENDED:
   HO 24 70 04 91   SECTION II EXTENDED TO LOCATIONS AT:                   $   46
      LOCATION 1:
         1731 MAZANT ST NEW ORLEANS LA 70117
         1 FAMILY   RENTED   YEAR BUILT 1951                 ($    13)
      LOCATION 2:
         1238 DAUPHINE ST NEW ORLEANS LA 70117
         2 FAMILY   RENTED   YEAR BUILT 1951                 ($    20)
      LOCATION 3:
         1633 FRANCE ST NEW ORLEANS LA
         1 FAMILY   RENTED                                   ($    13)
                    COVERAGE E INCREASED LIMIT                             $   18
PREFERRED RISK RATING PLAN DISCOUNTS:   6.0%
   3.0% INSURANCE TO VALUE CREDIT                                          -$   52
   3.0% INFLATION PROTECTION CREDIT                                        -$   52

FMHO 775 R3                                          COUNTERSIGNED 08/09/05

SECRETARY       PRESIDENT                            AUTHORIZED REPRESENTATIVE

EXHIBIT A

ENDORSEMENT 01
LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY            PAGE 02
BOSTON, MASSACHUSETTS

POLICY NUMBER
H32-291-053773-605  2    THESE DECLARATIONS EFFECTIVE 08/20/05

NAMED INSURED AND MAILING ADDRESS          RESIDENCE PREMISES INSURED:
VERA W SCHMIT                              # 2930 PARIS RD
PO BOX 791120                              # CHALMETTE LA
NEW ORLEANS LA  70179-1120

                                           FOR SERVICE CALL OR WRITE:
POLICY PERIOD: 08/20/05 TO 08/20/06         PO BOX 52102
  12:01AM STANDARD TIME AT THE              PHOENIX AZ 85072
  RESIDENCE PREMISES
                                            800-869-4009
AGENT: BILL BUBRIG                          CLAIMS: 800-225-2467
  (504) 392-4898

(CONTINUED FROM PREVIOUS PAGE)
PROTECTIVE DEVICE CREDITS:   6.0%                                    -$   103
  2% SMOKE DETECTOR           4% FIRE EXTINGUISHERS & DEAD BOLT
MULTIPLE POLICY DISCOUNT  10%                                        -$   172
SAFE HOMEOWNER PROGRAM                                               -$   258

NET PREMIUM                                                          $  1147

OTHER ENDORSEMENTS MADE PART OF YOUR POLICY:
HO 01 17 01 04     SPECIAL PROVISIONS         HO 04 16 04 91   PROTECTIVE DEVICES
HO 04 96 04 91     NO SECII/LIMIT I-DAYCARE   FMHO-2885        OPTIONAL LOSS SETTLEMENT
FMHO-993           ARSON REWARD               FMHO-2136        WIND/HAIL DEDUCTIBLE
2344               LMHC MEMBERSHIP            FMHO-2265        AMENDATORY SEEPAGE END
FMHO-2493 5/03     AMENDATORY ENDORSEMENT     FMHO-2469        AMENDATORY MOLD END
FMHO-2835          INFLATION PROTECTION

SPECIAL MESSAGES:  THESE DECLARATIONS ARE MADE PART OF THE POLICY NUMBER
                   SHOWN ABOVE AND REPLACE ANY PREVIOUS DECLARATIONS

FMHO 775 R3                                              COUNTERSIGNED 08/09/05

Dexter R. Legg                Edmund F Kelly
SECRETARY                     PRESIDENT                 AUTHORIZED REPRESENTATIVE

ENDORSEMENT 01
LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY                          PAGE 03
BOSTON, MASSACHUSETTS

POLICY NUMBER
H32-291-053773-605 2    THESE DECLARATIONS EFFECTIVE  08/20/05

NAMED INSURED AND MAILING ADDRESS              RESIDENCE PREMISES INSURED:
VERA W SCHMIT                                  #  2930 PARIS RD
PO BOX 791120                                  #  CHALMETTE LA
NEW ORLEANS LA  70179-1120

                                               FOR SERVICE CALL OR WRITE:
POLICY PERIOD: 08/20/05 TO 08/20/06               PO BOX 52102
   12:01AM STANDARD TIME AT THE                   PHOENIX AZ 85072
   RESIDENCE PREMISES
                                                  800-869-4009
AGENT: BILL BUBRIG                                CLAIMS: 800-225-2467
  (504) 392-4898

(CONTINUED FROM PREVIOUS PAGE)

FMHO 775 R3   COUNTERSIGNED   08/09/05  PRU NUM: 426H315854    AGT NUM: ER0422  AGT OFF: N  OR  REF NUM: 002  CAP FACT: .858

| STATE | #FAM/APTS | COVERAGE A/C | CONST | COUNTY | TERR | PREM GRP | PROT | X | HYDRANT | FIRE DEPT | PCP | YR BUILT | UND HANDLING | CREDIT | N/R | 1ST YR | SALES REP | SALES OFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 105000 | 01 | 044 | 084 | 000 | 02 | 0 | B | A | 0 | 56 | 000 | -537 | 2 | 79 | 3990 | 69 |

RATED AS:      ST BERNARD FIRE D                    WIND AREA        SHP  00000    MAILING  00    PLAN 91
                                                                           CREDIT    00
PROT DEV-   580    TAX TERR-   0044                                        001X001K26FRAZIE
TIER 04            OLD PRM     1684        ML- 7.17                                            /