UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Williams</u>, 07-1690 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to defendant's Motion to Compel Deposition and/or for Dismissal, Record Doc. No. 8570, set for hearing on November 14, 2007 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**. The motion is granted in that plaintiff, Latoya Williams, is **HEREBY ORDERED** to appear for her deposition on **Monday, December 3, 2007 at 9:00 a.m.** at the office of defendant's counsel, Ungarino & Eckert, Suite 1280 Lakeway Two, 3850 N. Causeway Blvd., Metairie, Louisiana 70002 (telephone number 504-836-1556).

The motion is denied to the extent it seeks dismissal of plaintiff's complaint. However, it appears that Williams has failed once previously to appear for her properly noticed deposition. Plaintiff is cautioned that if she fails to comply with this court's order, severe sanctions could be imposed, including the possible dismissal of her claims.

New Orleans, Louisiana, this 14th day of November, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE