## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OMEGA HOSPITAL, L.L.C.** | **CIVIL ACTION NO. 07-5315** |
| | **SECTION K(2)** |
| **VERSUS** | |
| | **JUDGE DUVAL** |
| **UNITED STATES OF AMERICA, BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, BOARD OF COMMISSIONERS OF THE EAST JEFFERSON LEVEE DISTRICT, SEWERAGE AND WATER BOARD OF NEW ORLEANS, ST. PAUL FIRE & MARINE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, BOARD OF COMMISSIONER FOR THE PORT OF NEW ORLEANS, CSX CORPORATION, CSX TRANSPORTATION, INC., & THE PUBLIC BELT RAILROAD COMMISSION FOR THE CITY OF NEW ORLEANS** | **MAGISTRATE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO WITHDRAW AS COUNSEL OF RECORD AND ENROLL COUNSEL OF RECORD

Omega Hospital, LLC, through its counsel of record, hereby moves to withdraw James M. Garner, Martha Y. Curtis, R. Scott Hogan and the law firm of Sher Garner Cahill Richter Klein & Hilbert, LLC, as counsel of record for Omega Hospital, LLC in the referenced matter.

Omega Hospital, LLC will be represented in these proceedings by Christopher W. Beary, and the law firm of Orrill, Cordell, & Beary LLC who it moves to be enrolled as its counsel of record.

Respectfully submitted,

s/ James M. Garner
JAMES M. GARNER , #19589, T.A.
MARTHA Y. CURTIS, #20446
R. SCOTT HOGAN, #29911
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR OMEGA HOSPITAL, LLC**

–and–

s/ Christopher W. Beary
CHRISTOPHER W. BEARY
ORRILL, CORDELL, & BEARY, LLC
1010 Common Street
Suite 3100
New Orleans, Louisiana 70112
Telephone:  (504) 299-8724
Facsimile:   (504) 299-8735

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2007 I electronically filed the forgoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to

s/James M. Garner
JAMES M. GARNER