UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OMEGA HOSPITAL, L.L.C.** | **CIVIL ACTION NO. 07-4971** |
| | **SECTION K(2)** |
| **VERSUS** | |
| | **JUDGE DUVAL** |
| **UNITED STATES OF AMERICA, BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, BOARD OF COMMISSIONERS OF THE EAST JEFFERSON LEVEE DISTRICT, SEWERAGE AND WATER BOARD OF NEW ORLEANS, ST. PAUL FIRE & MARINE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, BOARD OF COMMISSIONER FOR THE PORT OF NEW ORLEANS, CSX CORPORATION, CSX TRANSPORTATION, INC., & THE PUBLIC BELT RAILROAD COMMISSION FOR THE CITY OF NEW ORLEANS** | **MAGISTRATE WILKINSON** |

**************************************************************************

ORDER

CONSIDERING the foregoing Motion of Omega Hospital, LLC to Withdraw Counsel of Record and Add Counsel of Record;

IT IS ORDERED that the Motion is granted, and that James M. Garner, Martha Y. Curtis, R. Scott Hogan and the law firm of Sher Garner Cahill Richter Klein & Hilbert, LLC, are hereby withdrawn as counsel on behalf of Omega Hospital, LLC in the referenced matter, and Christopher W. Beary, and the law firm of Orrill, Cordell, & Beary LLC. are enrolled as counsel of record for Plaintiff Omega Hospital, LLC.

New Orleans, Louisiana this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT COURT JUDGE