UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

THIS PLEADING APPLIES TO:   BARGE

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait v. USA* | C.A. No. 07-3500 |
| *LNA v. USA* | C.A. No. 07-5178 |

Considering the foregoing Motion for Admission *Pro Hac Vice*,

IT IS HEREBY ORDERED that Adam M. Chud of Goodwin Procter LLP is hereby enrolled as co-counsel of record for Lafarge North America Inc. in the above-captioned matter.

NEW ORLEANS, LOUISIANA, this __13th__ day of __November__, 2007.

_____
UNITED STATES DISTRICT JUDGE

1000144-11000144-1