UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: *Robinson*, No. 06-2286 | § | |
| | § | |
| _____§ | | |

**NOTICE OF VIDEOTAPED DEPOSITION**

To:

**PLEASE TAKE NOTICE** that the Defendant United States, through its undersigned counsel, will take the videotaped deposition of Dr. John W. Day, Jr., at the library of Lambert and Nelson, P.L.C., 701 Magazine St., New Orleans, Louisiana 70130 on Monday, November 19, 2007 at 9:00 a.m.  The videotaped deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.

Pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure, the

1

2

Defendant United States requests that Dr. John W. Day, Jr. produce the documents set forth in the attached Exhibit A to the undersigned counsel at the commencement of the deposition on Monday, November 19, 2007.

                              Respectfully submitted,

                              s/ Robin D. Smith
                              ROBIN D. SMITH
                              Senior Trial Counsel
                              Torts Branch, Civil Division
                              U.S. Department of Justice
                              P.O. Box 888
                              Benjamin Franklin Station
                              Washington, D.C.  20044
                              (202) 616-4289
                              (202) 616-5200 (fax)
                              robin.doyle.smith@usdoj.gov
Dated:  November 14, 2007              Attorney for Defendant United States

**EXHIBIT A TO NOTICE OF VIDEOTAPED DEPOSITION**

1. Any and all materials considered or relied upon by the deponent in connection with this litigation.

2. Any and all updates to the deponent's September 15, 2007, report.

3. Any and all documents regarding any work that the deponent has contracted to perform or has performed for any governmental agency, whether federal state or local.

4. Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

**CERTIFICATE OF SERVICE**

I, Robin D. Smith, hereby certify that on November 14, 2007, I served a true copy of the United States' Notice of Videotaped Deposition upon all parties by ECF.

    s/ Robin D. Smith
    ROBIN D. SMITH