**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO.:  05-4182 "K"(2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| | * | |
| | * | |
| | * | |
| | * | |
| **PERTAINS TO:**      **LEVEE** | * | |
| | * | |
| **FILED IN:**         **07-4944** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ANSWER AND DEFENSES OF THE BOARD OF COMMISSIONERS,**
**EAST JEFFERSON LEVEE DISTRICT TO PLAINTIFFS' ORIGINAL COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Board of Commissioners, East Jefferson Levee District ("EJLD"), who answers and sets forth its affirmative defenses to the Original Complaint ("Complaint") of Plaintiffs, as follows:

**FIRST DEFENSE**

Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), the Complaint fails to state a claim against this defendant for which relief can be granted.

**SECOND DEFENSE**

The EJLD is a political subdivision of the State of Louisiana and is, under La. R.S. 9:2798.1, entitled to immunity for all actions and inactions as alleged in the Complaint.

1

## THIRD DEFENSE

As a political subdivision of the State of Louisiana, the EJLD is entitled to a limitation of liability for general damages under La. R.S. 13:5106.

## FOURTH DEFENSE

Defendant avers that all the levees were constructed in accordance with federal guidelines.

## FIFTH DEFENSE

Defendant alleges that plaintiffs have failed to mitigate their damages, if any.

## SIXTH DEFENSE

Defendant is immune from liability in accordance with La. R.S. 29:735, La. R.S. 9:2793.1, La. R.S. 9:2800, La. R.S. 9:2800.17 and La. R.S. 13:5106.

## SEVENTH DEFENSE

Defendant affirmatively alleges that it never had a reasonable opportunity to remedy any alleged defect, the existence of which is denied.

## EIGHTH DEFENSE

Defendant affirmatively alleges that it never had actual or constructive notice, prior to the incident at issue, of any vice or defect which allegedly caused plaintiffs' harm, the existence of which is denied.

## NINTH DEFENSE

Defendant alleges that it did not exercise authority or jurisdiction over the individuals or entities that were responsible for the design and construction of the levee systems at issue. To the contrary, the exclusive right, jurisdiction, power and authority to design and construct the levees in question was conferred by law to persons or entities other than the EJLD.

## TENTH DEFENSE

Defendant denies that it was negligent, but in the event it is deemed negligent, then the negligence or fault of the defendant should be compared to the negligence or fault of others, both parties and non-parties to the instant action, and any recovery against defendant should be reduced accordingly.

## ELEVENTH DEFENSE

Defendant affirmatively alleges that plaintiffs were negligent in failing to follow repeated mandatory evacuation orders, and other such acts or omissions that may be proven at trial.

## TWELFTH DEFENSE

Defendant affirmatively alleges that the risks of flooding, injury and loss of property constituted known risks.

## THIRTEENTH DEFENSE

Defendant affirmatively alleges that if plaintiffs were injured or damaged as alleged, which is denied, then any injuries and/or damages resulted from an independent, intervening, and/or superseding cause for which defendant may not be held responsible.

## FOURTEENTH DEFENSE

Defendant affirmatively alleges that plaintiffs have failed to plead their claims with the requisite particularity.

## FIFTEENTH DEFENSE

Defendant affirmatively alleges that plaintiffs' injuries and damages, if any, resulted from circumstances and causes that could not have been prevented by the defendant.

**SIXTEENTH DEFENSE**

Defendant affirmatively alleges that it complied with all statutory and regulatory provisions, both state and federal, with respect to the conduct alleged in plaintiff's Complaint.

**SEVENTEENTH DEFENSE**

Defendant affirmatively alleges that, at all times relevant hereto, it acted as a Federal Officer and/or Federal Contractor under 28 U.S.C. § 1442(a)(1).

**EIGHTEENTH DEFENSE**

Defendant affirmatively alleges that it cannot be held liable to plaintiffs when it was in compliance with the designs, plans, specifications, and requirements of the United States Army Corps of Engineers or others.  To the extent that the same is applicable, defendant specifically herein pleads the Government Contractor Defense.

**NINETEENTH DEFENSE**

Defendant affirmatively alleges that plaintiffs' allegations are improperly vague and ambiguous.  As such, defendant reserves the right to seek more definite allegations from plaintiffs to amend its answer.

**TWENTIETH DEFENSE**

Defendant affirmatively pleads that plaintiffs are not entitled to attorney's fees, costs or judicial interest.

**TWENTY-FIRST DEFENSE**

Defendant affirmatively pleads that plaintiffs' claims are barred, either in whole or in part, by the applicable period of limitations or prescriptive/preemptive period.

### TWENTY-SECOND DEFENSE

Defendant affirmatively pleads the provisions of La R.S. 9:2772 (preemptive period for actions involving deficiencies in surveying, design, supervision, or construction of immovables or improvements thereon).

### TWENTY-THIRD DEFENSE

Defendant affirmatively avers that it is immune from liability for any damages caused by floodwaters in accordance with the provisions of 33 U.S.C. § 701, *et. seq.*

### TWENTY-FOURTH DEFENSE

Defendant affirmatively avers that to the extent plaintiffs have, or should hereafter, settle for any of the alleged injuries and damages with any persons, whether parties or non-parties, defendant is entitled to a credit and offset in the amount of said settlement(s), which are not part of the Collateral Source doctrine, and/or for the amount of the settling parties' allocated percentage of fault.

### TWENTY-FIFTH DEFENSE

Defendant affirmatively alleges that maintenance of this action would violate the Separation of Powers provisions of the United States Constitution as, at all pertinent times, defendant's actions were specifically guided by the United States Army Corps of Engineers, through the authority delegated by Congress.

### TWENTY-SIXTH DEFENSE

Defendant affirmatively alleges application of the Federal Torts Claims Act.

### TWENTY-SEVENTH DEFENSE

Plaintiffs have failed to join indispensable parties as required by Federal Rule of Civil Procedure Rule 19.

## TWENTY-EIGHTH DEFENSE

Defendant affirmatively pleads the doctrine of *Lis Pendens*.

## TWENTY-NINTH DEFENSE

Defendant expressly reserves by this reference the right to raise additional defenses to the extent that:

1. Additional defenses become applicable under state or federal law.
2. Additional defenses are established as discovery proceeds.
3. Additional defenses are available under subsequently asserted theories of recovery.

## THIRTIETH DEFENSE

Defendant affirmatively alleges that plaintiffs' claims are barred due to an Act of God, *force majeure*, and/or a fortuitous event.

## THIRTY-FIRST DEFENSE

Plaintiffs' claims against the EJLD are barred, in whole or in part, by the Supremacy Clause, Article VI of the United States Constitution, because those claims are preempted by Federal law.

## THIRTY-SECOND DEFENSE

If any of the plaintiffs have received compensation or reimbursement, or should receive compensation or reimbursement, for any of their respective alleged damages, the EJLD is entitled to credit or setoff.

## THIRTY-THIRD DEFENSE

Defendant affirmatively pleads the provisions of the Louisiana Homeland Security and Emergency Assistance and Disaster Act (La. R.S. 29:721, *et seq.*).

## THIRTY-FOURTH DEFENSE

Plaintiffs' right to trial by jury against the EJLD is limited by the provisions of La. R.S. 13:5105.

## THIRTY-FIFTH DEFENSE

Defendant specifically objects to a trial by jury as prayed for by plaintiffs in article 125 of the Complaint.

## THIRTY-SIXTH DEFENSE

Defendant avers that the plaintiffs' claims are barred under the provisions of La. C.C. art 2315, in whole or in part, because plaintiffs cannot establish: (a) the EJLD's alleged conduct was in any way the cause of the harm alleged to have been suffered; (b) that the EJLD's alleged conduct was a proximate cause of, or a substantial factor, in causing the harm alleged to have been suffered; (c) that the EJLD owed any duty to the plaintiffs that encompassed the risk that they would suffer the alleged harm; or (d) that the EJLD breached such duty.

## THIRTY-SEVENTH DEFENSE

Defendant avers the Independent Contractor Defense to the extent plaintiffs seek to hold the EJLD responsible for the acts and/or omissions and/or fault of any third party entities, including but not limited to contractors and/or subcontractors.

## THIRTY-EIGHTH DEFENSE

The EJLD owed no duty to the plaintiffs and, therefore, did not breach any duty.

## THIRTY-NINTH DEFENSE

The EJLD is not liable to plaintiffs under any alleged "Act of Assurance".

## FORTIETH DEFENSE

The EJLD hereby incorporates by reference each and every exception, denial, defense and response contained in any pleading previously filed on its behalf in Civil Action No. 05-4182 (Levee and MRGO) on the docket of this Court, prior to removal, as if set forth and copied herein in extenso.

## FORTY-FIRST DEFENSE

The EJLD adopts by this reference any and all other defenses pled either now or later by any other named defendant to this action, if not otherwise set forth herein.

**AND NOW,** answering separately the allegations of the Complaint, the EJLD responds as follows:

1.

The allegations contained in article 1 of the Complaint do not require a response from the EJLD.  Nevertheless, to the extent a response is required, the EJLD denies any and all allegations contained in article 1 of the Complaint on grounds of a lack of sufficient information to justify a belief therein.

2.

The allegations contained in article 2 of the Complaint are denied.

3.

The allegations contained in article 3 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 3 of the Complaint are denied.

4.

The allegations contained in article 4 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 4 of the Complaint are denied.

5.

The allegations contained in article 5 of the Complaint are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in article 6 of the Complaint are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in article 7 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 7 of the Complaint are denied.

8.

The allegations contained in article 8 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 8 of the Complaint are denied for lack of sufficient information to justify a belief therein.

9.

The allegations contained in article 9 of the Complaint require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 9 of the Complaint are denied for lack of sufficient information to justify a belief therein.

10.

Except to admit that the EJLD is a political subdivision of the State of Louisiana, and that the EJLD is made a defendant herein, the allegations contained in article 10 of the Complaint are denied for lack of sufficient information to justify a belief therein.

11.

The allegations contained in article 11 of the Complaint are denied for lack of sufficient information to justify a belief therein.

12.

The allegations contained in article 12 of the Complaint are denied for lack of sufficient information to justify a belief therein.

13.

The allegations contained in article 13 of the Complaint are denied for lack of sufficient information to justify a belief therein.

14.

The allegations contained in article 14 of the Complaint are denied for lack of sufficient information to justify a belief therein.

15.

The allegations contained in article 15 of the Complaint are denied for lack of sufficient information to justify a belief therein.

16.

The allegations contained in article 16 of the Complaint are denied for lack of sufficient information to justify a belief therein.

17.

The allegations contained in article 17 of the Complaint are denied for lack of sufficient information to justify a belief therein.

18.

The allegations contained in article 18 of the Complaint are denied for lack of sufficient information to justify a belief therein.

19.

The allegations contained in article 19 of the Complaint are denied for lack of sufficient information to justify a belief therein.

20.

The allegations contained in article 20 of the Complaint are denied for lack of sufficient information to justify a belief therein.

21.

The allegations contained in article 21 of the Complaint are denied for lack of sufficient information to justify a belief therein.

22.

The allegations contained in article 22 of the Complaint are denied for lack of sufficient information to justify a belief therein.

23.

The allegations contained in article 23 of the Complaint are denied for lack of sufficient information to justify a belief therein.

24.

The allegations contained in article 24 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 24 of the Complaint are denied for lack of sufficient information to justify a belief therein.

25.

 The allegations contained in article 25 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 25 of the Complaint are denied for lack of sufficient information to justify a belief therein.

26.

The allegations contained in article 26 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 26 of the Complaint are denied for lack of sufficient information to justify a belief therein.

27.

The allegations contained in article 27 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 27 of the Complaint are denied for lack of sufficient information to justify a belief therein.

28.

The allegations contained in article 28 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required,

the allegations contained in article 28 of the Complaint are denied for lack of sufficient information to justify a belief therein.

29.

The allegations contained in article 29 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 29 of the Complaint are denied for lack of sufficient information to justify a belief therein.

30.

The allegations contained in article 30 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 30 of the Complaint are denied for lack of sufficient information to justify a belief therein.

31.

The allegations contained in article 31 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 31 of the Complaint are denied for lack of sufficient information to justify a belief therein.

32.

The allegations contained in article 32 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 32 of the Complaint are denied for lack of sufficient information to justify a belief therein.

33.

The allegations contained in article 33 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 33 of the Complaint are denied for lack of sufficient information to justify a belief therein.

34.

The allegations contained in article 34 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 34 of the Complaint are denied for lack of sufficient information to justify a belief therein.

35.

The allegations contained in article 35 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 35 of the Complaint are denied for lack of sufficient information to justify a belief therein.

36.

The allegations contained in article 36 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 36 of the Complaint are denied for lack of sufficient information to justify a belief therein.

37.

The allegations contained in article 37 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required,

the allegations contained in article 37 of the Complaint are denied for lack of sufficient information to justify a belief therein.

38.

The allegations contained in article 38 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 38 of the Complaint are denied for lack of sufficient information to justify a belief therein.

39.

The allegations contained in article 39 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 39 of the Complaint are denied for lack of sufficient information to justify a belief therein.

40.

The allegations contained in article 40 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 24 of the Complaint are denied.

41.

The allegations contained in article 41 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 41 of the Complaint are denied for lack of sufficient information to justify a belief therein.

42.

The allegations contained in article 42 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 42 of the Complaint are denied for lack of sufficient information to justify a belief therein.

43.

The allegations contained in article 43 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 43 of the Complaint are denied for lack of sufficient information to justify a belief therein.

44.

The allegations contained in article 44 of the Complaint are denied for lack of sufficient information to justify a belief therein.

45.

The allegations contained in article 45 of the Complaint are denied for lack of sufficient information to justify a belief therein.

46.

The allegations contained in article 46 of the Complaint are denied for lack of sufficient information to justify a belief therein.

47.

The allegations contained in article 47 of the Complaint are denied for lack of sufficient information to justify a belief therein.

48.

The allegations contained in article 48 of the Complaint are denied for lack of sufficient information to justify a belief therein.

49.

The allegations contained in article 49 of the Complaint are denied for lack of sufficient information to justify a belief therein.

50.

The allegations contained in article 50 of the Complaint are denied for lack of sufficient information to justify a belief therein.

51.

The allegations contained in article 51 of the Complaint are denied for lack of sufficient information to justify a belief therein.

52.

The allegations contained in article 52 of the Complaint are denied for lack of sufficient information to justify a belief therein.

53.

The allegations contained in article 53 of the Complaint are denied for lack of sufficient information to justify a belief therein.

54.

The allegations contained in article 54 of the Complaint are denied for lack of sufficient information to justify a belief therein.

55.

The allegations contained in article 55 of the Complaint are denied for lack of sufficient information to justify a belief therein.

56.

The allegations contained in article 56 of the Complaint are denied for lack of sufficient information to justify a belief therein.

57.

The allegations contained in article 57 of the Complaint are denied for lack of sufficient information to justify a belief therein.

58.

The allegations contained in article 58 of the Complaint are denied for lack of sufficient information to justify a belief therein.

59.

The allegations contained in article 59 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 59 of the Complaint are denied for lack of sufficient information to justify a belief therein.

60.

The allegations contained in article 60 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 60 of the Complaint are denied for lack of sufficient information to justify a belief therein.

61.

The allegations contained in article 61 of the Complaint require no answer from this defendant.

62.

The allegations contained in article 62 of the Complaint are denied for lack of sufficient information to justify a belief therein.

63.

The allegations contained in article 63 of the Complaint are denied for lack of sufficient information to justify a belief therein.

64.

The allegations contained in article 64 of the Complaint are denied for lack of sufficient information to justify a belief therein.

65.

The allegations contained in article 65 of the Complaint are denied for lack of sufficient information to justify a belief therein.

66.

The allegations contained in article 66 of the Complaint are denied for lack of sufficient information to justify a belief therein.

67.

The allegations contained in article 67 of the Complaint are denied for lack of sufficient information to justify a belief therein.

68.

The allegations contained in article 68 of the Complaint are denied for lack of sufficient information to justify a belief therein.

69.

The allegations contained in article 69 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 69 of the Complaint are denied for lack of sufficient information to justify a belief therein.

70.

The allegations contained in article 70 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 70 of the Complaint are denied for lack of sufficient information to justify a belief therein.

71.

The allegations contained in article 71 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 71 of the Complaint are denied for lack of sufficient information to justify a belief therein.

72.

The allegations contained in article 72 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 72 of the Complaint are denied for lack of sufficient information to justify a belief therein.

73.

The allegations contained in article 73 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 73 of the Complaint are denied for lack of sufficient information to justify a belief therein.

74.

The allegations contained in article 74 of the Complaint are denied for lack of sufficient information to justify a belief therein.

75.

The allegations contained in article 75 of the Complaint are denied for lack of sufficient information to justify a belief therein.

76.

The allegations contained in article 76 of the Complaint are denied for lack of sufficient information to justify a belief therein.

77.

The allegations contained in article 77 of the Complaint are denied for lack of sufficient information to justify a belief therein.

78.

The allegations contained in article 78 of the Complaint are denied for lack of sufficient information to justify a belief therein.

79.

The allegations contained in article 79 of the Complaint are denied for lack of sufficient information to justify a belief therein.

80.

The allegations contained in article 80 of the Complaint are denied for lack of sufficient information to justify a belief therein.

81.

The allegations contained in article 81 of the Complaint are denied for lack of sufficient information to justify a belief therein.

82.

The allegations contained in article 82 of the Complaint are denied for lack of sufficient information to justify a belief therein.

83.

The allegations contained in article 83 of the Complaint are denied for lack of sufficient information to justify a belief therein.

84.

The allegations contained in article 84 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 84 of the Complaint are denied for lack of sufficient information to justify a belief therein.

85.

The allegations contained in article 85 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 85 of the Complaint are denied for lack of sufficient information to justify a belief therein.

86.

The allegations contained in article 86 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 86 of the Complaint are denied for lack of sufficient information to justify a belief therein.

87.

The allegations contained in article 87 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 87 of the Complaint are denied for lack of sufficient information to justify a belief therein.

88.

The allegations contained in article 88 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 88 of the Complaint are denied for lack of sufficient information to justify a belief therein.

89.

The allegations contained in article 89 of the Complaint are denied for lack of sufficient information to justify a belief therein.

90.

The allegations contained in article 90 of the Complaint are denied for lack of sufficient information to justify a belief therein.

91.

The allegations contained in article 91 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 91 of the Complaint are denied for lack of sufficient information to justify a belief therein.

92.

The allegations contained in article 92 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 92 of the Complaint are denied for lack of sufficient information to justify a belief therein.

93.

The allegations contained in article 93 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 93 of the Complaint are denied for lack of sufficient information to justify a belief therein.

94.

The allegations contained in article 94 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 94 of the Complaint are denied for lack of sufficient information to justify a belief therein.

95.

The allegations contained in article 95 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required,

the allegations contained in article 95 of the Complaint are denied for lack of sufficient information to justify a belief therein.

96.

The allegations contained in article 96 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 96 of the Complaint are denied for lack of sufficient information to justify a belief therein.

97.

The allegations contained in article 97 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 97 of the Complaint are denied for lack of sufficient information to justify a belief therein.

98.

The allegations contained in article 98 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 98 of the Complaint are denied for lack of sufficient information to justify a belief therein.

99.

The allegations contained in article 99 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 99 of the Complaint are denied for lack of sufficient information to justify a belief therein.

100.

The allegations contained in article 100 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 100 of the Complaint are denied for lack of sufficient information to justify a belief therein.

101.

The allegations contained in article 101 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 101 of the Complaint are denied for lack of sufficient information to justify a belief therein.

102.

The allegations contained in article 102 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 102 of the Complaint are denied for lack of sufficient information to justify a belief therein.

103.

The allegations contained in article 103 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 103 of the Complaint are denied for lack of sufficient information to justify a belief therein.

104.

The allegations contained in article 104 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required,

the allegations contained in article 104 of the Complaint are denied for lack of sufficient information to justify a belief therein.

105.

The allegations contained in article 105 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 105 of the Complaint are denied for lack of sufficient information to justify a belief therein.

106.

The allegations contained in article 106 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 106 of the Complaint are denied for lack of sufficient information to justify a belief therein.

107.

The allegations contained in article 107 of the Complaint require no answer from this defendant.

108.

The allegations contained in article 108 of the Complaint are denied for lack of sufficient information to justify a belief therein.

109.

The allegations contained in article 109 of the Complaint are denied for lack of sufficient information to justify a belief therein.

110.

The allegations contained in article 110 of the Complaint are denied for lack of sufficient information to justify a belief therein.

111.

The allegations contained in article 111 of the Complaint are denied for lack of sufficient information to justify a belief therein.

112.

The allegations contained in article 112 of the Complaint are denied for lack of sufficient information to justify a belief therein.

113.

The allegations contained in article 113 of the Complaint are denied for lack of sufficient information to justify a belief therein.

114.

The allegations contained in article 114 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 114 of the Complaint are denied for lack of sufficient information to justify a belief therein.

115.

The allegations contained in article 115 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 115 of the Complaint are denied for lack of sufficient information to justify a belief therein.

116.

The allegations contained in article 116 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 116 of the Complaint are denied for lack of sufficient information to justify a belief therein.

117.

The allegations contained in article 117 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 117 of the Complaint are denied for lack of sufficient information to justify a belief therein.

118.

The allegations contained in article 118 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 118 of the Complaint are denied for lack of sufficient information to justify a belief therein.

119.

The allegations contained in article 119 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 119 of the Complaint are denied for lack of sufficient to justify a belief therein.

120.

The allegations contained in article 120 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required,

the allegations contained in article 120 of the Complaint are denied for lack of sufficient information to justify a belief therein.

121.

The allegations contained in article 121 of the Complaint are denied.

122.

The allegations contained in article 122 of the Complaint are denied.

123.

The allegations contained in article 123 of the Complaint are denied.

124.

The allegations contained in article 124 of the Complaint are denied.

125.

The allegations contained in article 125 of the Complaint contain conclusions of law and therefore require no answer from the EJLD.  Nevertheless, to the extent an answer is required, the allegations contained in article 125 of the Complaint are denied.

**FORTY-SECOND DEFENSE**

The EJLD specifically denies any and all allegations of any unnumbered or misnumbered articles in plaintiffs' Complaint, as well as any allegations not herein specifically addressed and/or contained in plaintiffs' prayer for relief.

**WHEREFORE,** defendant, the Board of Commissioners, East Jefferson Levee District, prays that this answer be deemed good and sufficient, and after due proceedings are had, that there be judgment in favor of defendant, the Board of Commissioners, East Jefferson Levee District and against plaintiffs, dismissing all claims against it, with prejudice, and at plaintiffs' cost, and for all other equitable and just relief.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

/S/  JOSEPH E. BEARDEN, III
LAWRENCE J. DUPLASS (#5199)
GARY M. ZWAIN (#13809)
JOSEPH E. BEARDEN, III (#26188)
NICOLE M. BOYER (#29775)
3838 NORTH CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA  70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
**ATTORNEYS FOR DEFENDANT,
BOARD OF COMMISSIONERS,
EAST JEFFERSON LEVEE DISTRICT**

## CERTIFICATE

I do hereby certify that on the 14th day of November 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

/S/  JOSEPH E. BEARDEN, III