# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: *Robinson*, No. 06-2286 | § | |
| | § | |
| _____ | § | |

## NOTICE OF VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that the Defendant United States, through its undersigned

counsel, will take the videotaped deposition of Dr. Patrick Shea Penland, at the conference room

of Lambert and Nelson, P.L.C., 701 Magazine St., New Orleans, Louisiana 70130 on Tuesday,

November 20, 2007 at 9:00 a.m.  The videotaped deposition will be taken for all purposes

allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly

authorized to administer oaths and record oral testimony.

Pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure, the

1

Defendant United States requests that Dr. Patrick Shea Penland produce the documents set forth in the attached Exhibit A to the undersigned counsel at the commencement of the deposition on Tuesday, November 20, 2007.

Respectfully submitted,

s/ Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Dated:  November 14, 2007           Attorney for Defendant United States

**EXHIBIT A TO NOTICE OF VIDEOTAPED DEPOSITION**

1.  Any and all materials considered or relied upon by the deponent in connection with this litigation.

2.  Any and all updates to the deponent's September 15, 2007, report.

3.  Any and all documents regarding any work that the deponent has contracted to perform or has performed for any governmental agency, whether federal state or local.

4.  Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

## <u>CERTIFICATE OF SERVICE</u>

I, Robin D. Smith, hereby certify that on November 14, 2007, I served a true copy of the

United States' Notice of Videotaped Deposition upon all parties by ECF.


   s/ Robin D. Smith
ROBIN D. SMITH