# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**In Re: KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**
**NO.  05-4182 "K"(2)**
**JUDGE DUVAL**
**MAGISTRATE WILKINSON**

**PERTAINS TO:  ROAD HOME**
*Louisiana State*  **C.A. No. 07-5528**

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Defendant Scottsdale Insurance Company ("Nationwide") and hereby moves, pursuant to Local Rule 83.2.6E, for the admission *pro hac vice* of Daniel F. Attridge in the above referenced cause and respectfully asserts as follows:

1.      Daniel F. Attridge, through his professional corporation, Daniel F. Attridge, P.C., is a partner in the law firm of Kirkland & Ellis LLP, which is located at 655 Fifteenth Street, N.W., Washington, D.C. 20005-5793.

2.      Daniel F. Attridge is admitted to practice law in the District of Columbia through the District of Columbia Court of Appeals.  He is also admitted to practice in the following courts:  the Supreme Court of the United States; the United States Courts of Appeals for the First, Second, Fourth, Fifth, Sixth, Eighth, Ninth, Eleventh, District of Columbia and Federal Circuits; the United States District Courts for the Districts of Columbia and Maryland; and the United States Court of Federal Claims.  Mr. Attridge's Affidavit is attached hereto as Exhibit "A," and his Certificate of Good Standing is attached as Exhibit "1" to the Affidavit.

3.      Scottsdale requests that Daniel F. Attridge be admitted *pro hac vice* to represent Nationwide in this matter in association with Harry Rosenberg and Christopher K. Ralston of Phelps Dunbar, LLP, New Orleans, Louisiana, both of whom are members of good standing in this Court.

WHEREFORE, PREMISES CONSIDERED, Nationwide requests that the Court enter an order allowing the admission *pro hac vice* of Daniel F. Attridge as requested above.

This the 14th day of November, 2007.

Respectfully submitted,

SCOTTSDALE INSURANCE COMPANY,
DEFENDANT

By Its Attorneys
PHELPS DUNBAR LLP

By:  *S/ Harry Rosenberg*
        Harry Rosenberg (Bar #11465)
        Christopher K. Ralston (Bar #26706)
        Canal Place
        365 Canal Street, Suite 2000
        New Orleans, Louisiana  70130-6534
        Telephone:  (504) 566-1311
        Telecopier:  (504) 568-9130

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Carl N. Finley
> Attorney at Law
> 100 Lilac Street
> Metairie, Louisiana 70005
> Attorney for Plaintiff,
> Rudolph St. Germain

This, the 14th day of November, 2007.

*S/ Harry Rosenberg*