UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION      NO.   05-4182 "K"(2)
     JUDGE DUVAL
     MAGISTRATE WILKINSON

PERTAINS TO:  ROAD HOME
*Louisiana State*  C.A. No. 07-5528

## AFFIDAVIT OF DANIEL F. ATTRIDGE

ss:  City of Washington, District of Columbia

    Personally appeared before me, the undersigned authority, Daniel F. Attridge, who after being duly sworn, did depose and state as follows:

    1.  I am a Partner at the firm of Kirkland & Ellis LLP.

    2.  I am admitted to practice law in the District of Columbia through the District of Columbia Court of Appeals.  I am also admitted to practice in the following courts:  the Supreme Court of the United States; the United States Courts of Appeals for the First, Second, Fourth, Fifth, Sixth, Eighth, Ninth, Eleventh, District of Columbia and Federal Circuits; the United States District Courts for the Districts of Columbia and Maryland; and the United States Court of Federal Claims.

    3.  Attached hereto as Exhibit "1" is a certified copy of a Certificate of Good Standing evidencing that I am a member in good standing duly authorized to practice before the District of Columbia.

    4.  I have associated local counsel, Harry Rosenberg and Christopher K. Ralston, both of whom are members of the bar of the United States District Court for the Eastern District of Louisiana.

EXHIBIT A

This the 12th day of November, 2007.

DANIEL F. ATTRIDGE

DISTRICT OF Columbia

SWORN TO AND SUBSCRIBED  to before me
this _____ 12 _____ day of _November_, 2007

Notary Public

My commission expires:

7/14/ 2012 _____

Elizabeth A. Ester
Notary Public, District of Columbia
My Commission Expires 7/14/2012

2

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

## DANIEL F. ATTRIDGE

was, on the ___26th___ day of ___June___ A.D. ___1980___ admitted to practice as an Attorney

at Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.


In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this ___26th___ day of ___October___ A.D. 2007.


**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____

**Deputy Clerk**