UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.  05-4182 |
| | NO. 05-4182 "K" (2) |
| VERSUS | |
| | JUDGE DUVAL |
| PERTAINS TO:  ROAD HOME Louisiana State C.A. No. 07-5528 | MAGISTRATE JUDGE WILKINSON |

### ORDER

Considering the Motion of Scottsdale Insurance Company ("Nationwide") for the admission *pro hac vice* of Daniel F. Attridge in the above referenced cause;

**IT IS ORDERED** that Daniel F. Attridge be and is hereby admitted *pro hac vice* to represent Nationwide in this matter in association with Harry Rosenberg of Phelps Dunbar, LLP, New Orleans, Louisiana.

New Orleans, Louisiana, this _____day of November, 2007.

_____
**DISTRICT JUDGE**

NO.99826904.1