UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |

PERTAINS TO: ROAD HOME
*Louisiana State* C.A. No. 07-5528

### MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Defendant Scottsdale Insurance Company ("Nationwide") and hereby moves, pursuant to Local Rule 83.2.6E, for the admission *pro hac vice* of Padraic B. Fennelly in the above referenced cause and respectfully asserts as follows:

1.  Padraic B. Fennelly is an Associate at the law firm of Kirkland & Ellis LLP, which is located at 655 Fifteenth Street, N.W., Washington, D.C. 20005-5793.

2.  Padraic B. Fennelly is admitted to practice law in the State of Texas and District of Columbia through the District of Columbia Court of Appeals. He is also admitted to practice in the United States District Court for the District of Columbia. Mr. Fennelly's Affidavit is attached hereto as Exhibit "A," and his Certificate of Good Standing is attached as Exhibit "1" to the Affidavit.

3.  Scottsdale requests that Padraic B. Fennelly be admitted *pro hac vice* to represent Nationwide in this matter in association with Harry Rosenberg and Christopher K.

Ralston of Phelps Dunbar, LLP, New Orleans, Louisiana, both of whom are members of good standing in this Court.

WHEREFORE, PREMISES CONSIDERED, Nationwide requests that the Court enter an order allowing the admission *pro hac vice* of Padraic B. Fennelly as requested above.

This the 14th day of November, 2007.

        Respectfully submitted,

        SCOTTSDALE INSURANCE COMPANY, DEFENDANT

        By Its Attorneys
        PHELPS DUNBAR LLP

By: *S/ Harry Rosenberg*
    Harry Rosenberg (Bar #11465)
    Christopher K. Ralston (Bar #26706)
    Canal Place
    365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Carl N. Finley
>Attorney at Law
>100 Lilac Street
>Metairie, Louisiana 70005
>Attorney for Plaintiff,
>Rudolph St. Germain

This, the 14th day of November, 2007.

*S/ Harry Rosenberg*