UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION         NO.  05-4182 "K"(2)
                                JUDGE DUVAL
                                MAGISTRATE WILKINSON

PERTAINS TO: ROAD HOME
*Louisiana State*  C.A. No. 07-5528

### AFFIDAVIT OF PADRAIC B. FENNELLY

ss: City of Washington, District of Columbia

Personally appeared before me, the undersigned authority, Padraic B. Fennelly, who after being duly sworn, did depose and state as follows:

1. I am an Associate at the firm of Kirkland & Ellis LLP.

2. I am admitted to practice law in the State of Texas and District of Columbia through the District of Columbia Court of Appeals. I am admitted to practice in the United States District Court for the District of Columbia.

3. Attached hereto as Exhibit "1" is a certified copy of a Certificate of Good Standing evidencing that I am a member in good standing duly authorized to practice before the District of Columbia.

4. I have associated local counsel, Harry Rosenberg and Christopher K. Ralston, both of whom are members of the bar of the United States District Court for the Eastern District of Louisiana.

EXHIBIT A

This the 13th day of November, 2007.

_____
PADRAIC B. FENNELLY

SWORN TO AND SUBSCRIBED to before me
this _13th_ day of _November_, 2007

_____
Notary Public

My commission expires:

~~PATRICIA A. NEIL~~
Notary Public, District of Columbia
My Commission Expires on September 30, 2008

2

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**PADRAIC  BYRNE  FENNELLY**

was, on the  2nd  day of  October  A.D.  2006  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  26th  day of  October  A.D. 2007.

**NANCY M. MAYER-WHITTINGTON**, CLERK

By: _____
Deputy Clerk