# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 07-2233 |
| _____ | * | |
| PERTAINS TO SEVERED MASS JOINDER CASES | * * | |
| | * | JUDGE:  DUVAL |
| SEVERED FROM:     Aaron, 06-4746 | * * | |
| _____ | * | |
| | * | |
| EMMA BEAM and DAVID KRAMER | * | MAGISTRATE:  WILKINSON |
| | * | |
| VERSUS | * | |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiff , EMMA BEAM and DAVID KRAMER, against State Farm Fire & Casualty Company be, and are hereby **DISMISSED**, without prejudice, at plaintiff's cost.

New Orleans, Louisiana, this __14th__ day of __November_____, 2007.

_____
UNITED STATES DISTRICT JUDGE