UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES §<br>CONSOLIDATED LITIGATION §<br> §<br>PERTAINS TO:  INSURANCE §<br> §<br>GAIL CONERLY          NO.:  07-3085 §<br> §<br>VERSUS §<br> §<br>ALLSTATE INDEMNITY COMPANY §<br>_____ § | CIVIL ACTION NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**RESPONSE TO FIRST SUPPLEMENTAL AND AMENDED COMPLAINT
AND REQUEST FOR TRIAL BY JURY**

**NOW INTO COURT**, through undersigned counsel, comes defendant Allstate Indemnity Company (hereinafter "Allstate"), who responds to the second of complainant's First Supplemental and Amended Complaint and Request for Trial By Jury, as follows:

I.

Except as expressly admitted herein, the amended allegations of Paragraph I of Plaintiff's First Supplemental and Amended Complaint are denied.  Allstate admits that Allstate Indemnity Company is a foreign insurer authorized to conduct business in Louisiana.

II.

Except as expressly admitted herein, the amended allegations of Paragraph II of Plaintiff's First Supplemental and Amended Complaint are denied.  Allstate admits that Allstate Indemnity Company, and not Allstate Insurance Company issued the homeowner's policy at issue.  Otherwise, Allstate adopts and incorporates by reference all of the terms and provisions of

Allstate's Additional Defenses, Answer to Petition and Answer to Amended and Supplemental Complaint.

Allstate denies the allegations in complainant's Prayer for Relief.

**WHEREFORE**, Allstate prays that its Additional Defenses and Answer to Petition for Damages be deemed good and sufficient, and that after due proceedings are had, this Court render judgment, in its favor, with costs and fees assessed against Plaintiff.

RESPECTFULLY SUBMITTED,

*/s/   Gregory J. Schwab* _____
**GREGORY J. SCHWAB #21075**
423 Goode Street
Houma, Louisiana 70360
Telephone: 985-223-4457
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*/s/   Gregory J. Schwab* _____
**GREGORY J. SCHWAB #21075**
423 Goode Street
Houma, Louisiana 70360
Telephone: 985-223-4457
E-mail: gjschwab@exceedtech.net
Attorney for Allstate