UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"<br>JUDGE DUVAL |
| PERTAINS TO: ROAD HOME | |
| *Louisiana State, C.A. No. 07-5528* | MAGISTRATE 2<br>JUDGE WILKINSON |

## O R D E R

**CONSIDERING THE FOREGOING** Motion to Withdraw and Substitute Co-Counsel filed herein by Robert R. Wood, Jr. of the law firm of Phelps Dunbar, LLP;

**IT IS ORDERED** that Robert R. Wood, Jr. of the law firm of Phelps Dunbar, LLP, be and he is hereby withdrawn, and Catherine E. Lasky (La. Bar No. 28652) of the law firm of Phelps Dunbar, LLP, be and she is hereby substituted as co-counsel of record for Proctor Financial, Inc.

New Orleans, Louisiana, this ___15th___ day of November, 2007.

_____
JUDGE