ENDORSEMENT 01

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

POLICY NUMBER: H32-291-053773-605 2     THESE DECLARATIONS EFFECTIVE 08/20/05

NAMED INSURED AND MAILING ADDRESS
VERA W SCHMIT
PO BOX 791120
NEW ORLEANS LA 70179-1120

RESIDENCE PREMISES INSURED:
# 2930 PARIS RD
# CHALMETTE LA

POLICY PERIOD: 08/20/05 TO 08/20/06
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

AGENT: BILL BUBRIG
(504) 392-4898

FOR SERVICE CALL OR WRITE:
PO BOX 52102
PHOENIX AZ 85072

800-869-4009
CLAIMS: 800-225-2467

CHANGES MADE: DEDUCTIBLE CHANGED
              PERS PROP REPL REMOVED

SECTION I LIMITS CHANGED

RETURN PREMIUM DUE YOU FOR THIS CHANGE: $537

SECTION I AND II: COVERAGES AND LIMITS UNDER YOUR LIBERTYGUARD HOMEOWNERS POLICY
  I:COVERAGE A - YOUR DWELLING                                          $105,000
    COVERAGE B - OTHER STRUCTURES ON RESIDENCE PREMISES                  $10,500
    COVERAGE C - PERSONAL PROPERTY                                       $52,500
    COVERAGE D - LOSS OF USE OF YOUR RESIDENCE PREMISES                  $21,000
 II:COVERAGE E - PERSONAL LIABILITY (EACH OCCURRENCE)                   $300,000
    COVERAGE F - MEDICAL PAYMENTS TO OTHERS (EACH PERSON)                 $1,000

DEDUCTIBLE: LOSSES COVERED UNDER SECTION I ARE SUBJECT TO A DEDUCTIBLE OF $1000
OTHER DEDUCTIBLES: $5000 WINDSTORM OR HAIL

PREMIUM SUMMARY:   FORMS AND ENDORSEMENTS SHOWN ARE MADE PART OF YOUR POLICY
  HO 00 03 04 91   BASE COST FOR THE COVERAGES AND LIMITS SHOWN ABOVE    $ 1720
  HO 04 53 04 91   CREDIT CARD, FUND TRANSFER CARD,
                   FORGERY AND COUNTERFEIT MONEY           $1,000         $   0
SECTION II COVERAGES EXTENDED:
  HO 24 70 04 91   SECTION II EXTENDED TO LOCATIONS AT:                   $  46
    LOCATION 1:
      1731 MAZANT ST NEW ORLEANS LA 70117
      1 FAMILY    RENTED   YEAR BUILT 1951                 ($   13)
    LOCATION 2:
      1238 DAUPHINE ST NEW ORLEANS LA 70117
      2 FAMILY    RENTED   YEAR BUILT 1951                 ($   20)
    LOCATION 3:
      1633 FRANCE ST NEW ORLEANS LA
      1 FAMILY    RENTED                                   ($   13)
                   COVERAGE E INCREASED LIMIT                             $  18
PREFERRED RISK RATING PLAN DISCOUNTS:    6.0%
   3.0% INSURANCE TO VALUE CREDIT                                         -$ 52
   3.0% INFLATION PROTECTION CREDIT                                       -$ 52

FMHO 775 R3                                       COUNTERSIGNED 08/09/05

[signatures: SECRETARY, PRESIDENT, AUTHORIZED REPRESENTATIVE]

EXHIBIT A

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

ENDORSEMENT 01
PAGE 02

POLICY NUMBER: H32-291-053773-605 2   THESE DECLARATIONS EFFECTIVE 08/20/05

NAMED INSURED AND MAILING ADDRESS
VERA W SCHMIT
PO BOX 791120
NEW ORLEANS LA 70179-1120

RESIDENCE PREMISES INSURED:
# 2930 PARIS RD
# CHALMETTE LA

POLICY PERIOD: 08/20/05 TO 08/20/06
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

AGENT: BILL BUBRIG
(504) 392-4898

FOR SERVICE CALL OR WRITE:
PO BOX 52102
PHOENIX AZ 85072

800-869-4009
CLAIMS: 800-225-2467

(CONTINUED FROM PREVIOUS PAGE)

| | |
|---|---|
| PROTECTIVE DEVICE CREDITS: 6.0% | -$ 103 |
| 2% SMOKE DETECTOR   4% FIRE EXTINGUISHERS & DEAD BOLT | |
| MULTIPLE POLICY DISCOUNT 10% | -$ 172 |
| SAFE HOMEOWNER PROGRAM | -$ 258 |
| NET PREMIUM | $ 1147 |

OTHER ENDORSEMENTS MADE PART OF YOUR POLICY:
HO 01 17 01 04   SPECIAL PROVISIONS           HO 04 16 04 91   PROTECTIVE DEVICES
HO 04 96 04 91   NO SECII/LIMIT I-DAYCARE     FMHO-2885        OPTIONAL LOSS SETTLEMENT
FMHO-993         ARSON REWARD                 FMHO-2136        WIND/HAIL DEDUCTIBLE
2344             LMHC MEMBERSHIP              FMHO-2265        AMENDATORY SEEPAGE END
FMHO-2493 5/03   AMENDATORY ENDORSEMENT       FMHO-2469        AMENDATORY MOLD END
FMHO-2835        INFLATION PROTECTION

SPECIAL MESSAGES: THESE DECLARATIONS ARE MADE PART OF THE POLICY NUMBER
SHOWN ABOVE AND REPLACE ANY PREVIOUS DECLARATIONS

FMHO 775 R3

COUNTERSIGNED 08/09/05

*Dexter R. Legg*
SECRETARY

*Edmund F Kelly*
PRESIDENT

AUTHORIZED REPRESENTATIVE

ENDORSEMENT 01
LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY                              PAGE 03
BOSTON, MASSACHUSETTS

POLICY NUMBER
H32-291-053773-605  2       THESE DECLARATIONS EFFECTIVE  08/20/05

NAMED INSURED AND MAILING ADDRESS                RESIDENCE PREMISES INSURED:
VERA W SCHMIT                                 #  2930 PARIS RD
PO BOX 791120                                 #  CHALMETTE LA
NEW ORLEANS LA  70179-1120

                                                 FOR SERVICE CALL OR WRITE:
POLICY PERIOD: 08/20/05 TO 08/20/06              PO BOX 52102
  12:01AM STANDARD TIME AT THE                   PHOENIX AZ 85072
  RESIDENCE PREMISES
                                                 800-869-4009
  AGENT: BILL BUBRIG                             CLAIMS: 800-225-2467
  (504) 392-4898

(CONTINUED FROM PREVIOUS PAGE)

FMHO 775 R3  COUNTERSIGNED    08/09/05  PRU NUM: 426H315854    AGT NUM: ER0422  AGT OFF: N OR  REF NUM: 002  CAP FACT: .858

| STATE | #FAM/APTS | COVERAGE A/C | CONST | COUNTY | TERR | PREM GRP | PROT | X | HYDRANT | FIRE DEPT | PCP | YR BUILT | UND HANDLING | CREDIT | N/R | 1ST YR | SALES REP | SALES OFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 105000 | 01 | 044 | 084 | 000 | 02 | 0 | B | A | 0 | 56 | 000 | -537 | 2 | 79 | 3990 | 69 |

RATED AS:     ST BERNARD FIRE D                         WIND AREA        SHP  00000   MAILING  00   PLAN 91
                                                                          CREDIT   00
PROT DEV-    580    TAX TERR-    0044                                     001X001K26FRAZIE
TIER 04             OLD PRM      1684        ML- 7.17                                          /