Vera Schmit                                      April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty  received April 17 2007*
Claim # 006341380-01        Policy # H32291053773605-2        Hurricane Katrina

ROOM: ENTRY

Description

| | | | | |
|---|---|---|---|---|
| Scrape the walls and ceiling & prep for paint | 473 SF | $ 1.05 | $ | 496.65 |
| Seal/primer ceiling and walls | 473 SF | .50 | $ | 236.50 |
| Paint ceiling and walls (2coats) | 473 SF | 1.00 | S | 473.00 |
| R&R Re-screen | 200 SF | 2.18 | $ | 436.00 |
| Paint door one side | 1unit | | $ | 50.00 |
| R/Re-install exterior | 1unit | | $ | 125.00 |
| R/re-install door hardware | 1unit | | $ | 100.00 |
| R/Re-install light Switch | 1unit | | $ | 125.00 |
| R/Re-install light fixture | 1unit | | $ | 125.00 |

$2,167.15



Vera Schmit                                   April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty received April 17 2007*
Claim # 006341380-01       Policy # H32291053773605-2    Hurricane Katrina

| ROOM: LIVING ROOM | | | |
|---|---|---|---|
| R&R ½" drywall-hung, no taped | 656 SF | $ 1.05 | $  656.00 |
| R& install metal lath | 656 SF | 3.50 | $2,296.00 |
| R&R two coats plaster over metal lath | 656 SF | 7.11 | $4,664.16 |
| Plaster-add for detailing | 75 LF | 15.00 | $1,125.00 |
| R&R Crown molding 2 ¼ " | 57 LF | 3.00 | $  171.00 |
| Seal/primer crown molding | 57 LF | .50 | $   28.50 |
| Paint crown molding 2 ¼" | 57 LF | 1.00 | $   57.00 |
| Seal/primer ceiling and walls | 656 SF | .50 | $  328.00 |
| Paint ceiling and walls (2coats) | 656 SF | 1.00 | S  656.00 |
| Detach and reset arched casing over door | 2unit | | $  100.00 |
| Paint 3 doors front entry hall entry kitchen door | 3unit | | $  150.00 |
| Include slabs | | | |
| Paint 2 sidelight | 2unit | | $  100.00 |
| Scrape walls & ceiling & prep for paint | 656SF | .42 | $  275.52 |
| R&R base trim board-1x6 in-stalled (pine) | 59LF | 5.80 | $  342.20 |
| R&R casing 3 ¼' window & door casing | 144LF | 4.53 | $  652.32 |
| Seal/primer baseboard, oversized | 59LF | .50 | $   29.50 |
| Paint baseboard oversized (2coats) | 59LF | 1.00 | $   59.00 |
| Refinish floor | 201SF | 3.90 | $  783.90 |
| Seal & prep floor | 201SF | 2.00 | $  402.00 |
| R/Re-install hardware | | | $  100.00 |
| R&R ¼ round (includes 2coats paint 1primer coat) | 59LF | 3.80 | $  224.20 |
| R/Re-install light Switch | 1unit | | $  125.00 |
| R/Re-install light fixture | 1unit | | $  125.00 |
| | | | $13,450.30 |

Vera Schmit                                                     April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #  1-603 334 0333   Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty  received April 17 2007*
Claim # 006341380-01        Policy # H32291053773605-2      Hurricane Katrina

ROOM: KITCHEN

| | | | |
|---|---|---|---|
| R&R ½" drywall-hung, no taped | 452 SF | $ 1.05 | $  474.60 |
| R& install metal lath | 452 SF | 3.50 | $1,582.00 |
| R&R two coats plaster over metal lath | 452 SF | 7.11 | $3,213.72 |
| R&R Crown molding 2 ¼ " | 57 LF | 3.00 | $  171.00 |
| Seal/primer crown molding | 57 LF | .50 | $   40.50 |
| Paint crown molding 2 ¼" | 57 LF | 1.00 | $   81.00 |
| Seal/primer ceiling and walls | 452 SF | .50 | $  226.00 |
| Paint ceiling and walls (2coats) | 452 SF | 1.00 | S  452.00 |
| Detach and reset arched casing over door | 4unit | | $  200.00 |
| Paint 3 doors entry hall den door plus 1 | 4unit | | $  200.00 |
| Include slabs | | | |
| Scrape walls & ceiling & prep for paint | 452SF | .42 | $  189.00 |
| R&R base trim board-1x6 in-stalled (pine) | 57LF | 5.80 | $  330.60 |
| R&R casing 3 ¼' window & door casing | 144LF | 4.53 | $  652.32 |
| Seal/primer baseboard, oversized | 57LF | .50 | $   28.50 |
| Paint baseboard oversized (2coats) | 57LF | 1.00 | $   57.00 |
| Refinish floor | 195SF | 3.90 | $  760.50 |
| Seal & prep floor | 195SF | 2.00 | $  390.00 |
| R/Re-install hardware | | | $  100.00 |
| R&R ¼ round (includes 2coats paint 1primer coat) | 57LF | 3.80 | $  216.60 |
| R/Re-install light Switch | 1unit | | $  125.00 |
| R/Re-install light fixture | 1unit | | $  125.00 |
| R/Re-install kitchen 3 cabinets + pantry | | | $2,500.00 |
| R/Re-install counter | 1unit | | $1,200.00 |
| R/Re-install closet | 1unit | | $  125.00 |

                                                               13,440.34

Vera Schmit                                                    April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office 1 800 225 2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty received April 17 2007*
Claim # 006341380-01        Policy # H32291053773605-2        Hurricane Katrina

ROOM: DEN

| | | | |
|---|---|---|---|
| R&R ½" drywall-hung, taped, texture, ready for paint | 1002SF | 1.05 | $1,052.10 |
| R&R Crown molding 2 ¼ " | 81LF | 3.00 | $ 243.00 |
| Seal/primer crown molding | 81LF | .50 | $ 40.50 |
| Paint crown molding 2 ¼"(2 coats) | 81LF | 1.00 | $ 81.00 |
| Seal/primer ceiling and walls | 1002SF | .50 | $ 501.00 |
| Paint ceiling and walls (2coats) | 1002SF | 1.00 | S 1,002.00 |
| *Detach and reset arched casing over door | 3unit | | $ 150.00 |
| Paint 3 doors re-entry, kitchen, 2nd bedroom(include slabs) | 3unit | | $ 150.00 |
| Scrape walls, ceiling, windows doors & prep for paint | 1002SF | .42 | $ 420.84 |
| R&R base trim board-1x6 in-stalled (pine) | 81LF | 5.80 | $ 469,80 |
| R&R casing 3 ¼' window & door casing | 576LF | 4.53 | $2,609.28 |
| Paint 8 windows | 12units | | $ 600.00 |
| 72LF/window | | | |
| Seal/primer baseboard, oversized | 81LF | .50 | $ 40.50 |
| Paint baseboard oversized (2coats) | 81LF | 1.00 | $ 81.00 |
| Re-title floor | 358SF | 2.00 | $ 716.00 |
| Seal & prep floor | 358SF | 1.00 | $ 358.00 |
| R/Re-install hardware | | | $ 100.00 |
| R&R ¼ round (includes paint) | 81LF | 3.80 | $ 307.80 |
| R/Re-install light Switch | 1unit | | $ 125.00 |
| R/Re-install light fixture | 1unit | | $ 125.00 |
| R&R casing-2 ¼ stain grade (attic stair trim) | 15LF | 2.78 | $ 41.70 |
| Seal/primer ceiling and walls | 15LF | .50 | $ 7.50 |
| Paint ceiling and walls (2coats) | 15LF | 1.00 | S 15.00 |
| Paint window trim & jamb | 15Each | 22.00 | $ 330.00 |
| Seal & paint wood window | 15Each | 28.00 | $ 420.00 |
| | | | $9,987.02 |

Vera Schmit                                      April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333   Office   1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797   Liberty received April 17 2007*
Claim # 006341380-01          Policy # H32291053773605-2          Hurricane Katrina

ROOM BEDROOM 1

| | | | |
|---|---|---|---|
| R&R ½" drywall-hung, no taped | 567 SF | $ 1.05 | $   595.35 |
| R& install metal lath | 567 SF | 3.50 | $1,984.50 |
| R&R two coats plaster over metal lath | 567 SF | 7.11 | $4,031.37 |
| Plaster-add for detailing | 52 LF | 15.00 | $   52.00 |
| R&R Crown molding 2 ¼ " | 52 LF | 3.00 | $   156.00 |
| Seal/primer crown molding | 52 LF | .50 | $   26.00 |
| Paint crown molding 2 ¼" | 52 LF | 1.00 | $   52.00 |
| Seal/primer ceiling and walls | 567 SF | .50 | $   283.50 |
| Paint ceiling and walls (2coats) | 567 SF | 1.00 | S   567.00 |
| Detach and reset arched casing over door | 3unit | | $   150.00 |
| Paint 3 doors den entry hall entry kitchen door | 3unit | | $   150.00 |
| Include slabs | | | |
| Scrape walls & ceiling & prep for paint | 567SF | .42 | $   239.40 |
| R&R base trim board-1x6 in-stalled (pine) | 52LF | 5.80 | $   301.60 |
| R&R casing 3 ¼' window & door casing | 144LF | 4.53 | $   652.32 |
| Seal/primer baseboard, oversized | 52LF | .50 | $   26.00 |
| Paint baseboard oversized (2coats) | 52LF | 1.00 | $   52.00 |
| Refinish floor | 150SF | 3.90 | $   585.00 |
| Seal & prep floor | 150SF | 2.00 | $   300.00 |
| R/Re-install hardware | | | $   100.00 |
| R&R ¼ round (includes 2coats paint 1primer coat) | 52LF | 3.80 | $   197.60 |
| R/Re-install light Switch | 1unit | | $   125.00 |
| R/Re-install light fixture | 1unit | | $   125.00 |

$10,751.14

Vera Schmit                                        April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office  1-800-225-2567
*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty received April 17 2007*
 Claim # 006341380-01       Policy # H32291053773605-2       Hurricane Katrina

ROOM: HALL

| | | | |
|---|---|---|---|
| R&R ½" drywall-hung, no taped | 184 SF | $ 1.05 | $   193.20 |
| R& install metal lath | 184 SF | 3.50 | $   644.00 |
| R&R two coats plaster over metal lath | 184 SF | 7.11 | $1,308.24 |
| Plaster-add for detailing | 20 LF | 15.00 | $   300.00 |
| R&R Crown molding 2 ¼ " | 20 LF | 3.00 | $     60.00 |
| Seal/primer crown molding | 20 LF | .50 | $     10.00 |
| Paint crown molding 2 ¼" | 20 LF | 1.00 | $     20.00 |
| Seal/primer ceiling and walls | 184 SF | .50 | $     92.00 |
| Paint ceiling and walls (2coats) | 184 SF | 1.00 | S   184.00 |
| Detach and reset arched casing over door | 2unit | | $   100.00 |
| Paint 2 doors BR 1entry living RM door | 2unit | | $   100.00 |
| Include slabs | | | |
| Scrape walls & ceiling & prep for paint | 184SF | .42 | $     77.28 |
| R&R base trim board-1x6 in-stalled (pine) | 21LF | 5.80 | $   121.80 |
| Seal/primer baseboard, oversized | 21LF | .50 | $     10.50 |
| Paint baseboard oversized (2coats) | 21LF | 1.00 | $     21.00 |
| Refinish floor | 23SF | 3.90 | $     89.70 |
| Seal & prep floor | 23SF | 2.00 | $     46.00 |
| R/Re-install hardware | | | $   100.00 |
| R&R ¼ round (includes 2coats paint 1primer coat) | 21LF | 3.80 | $   224.20 |
| R/Re-install light Switch | 1unit | | $   125.00 |
| R/Re-install light fixture | 1unit | | $   125.00 |

                                                   $3,951.92

Vera Schmit                                      April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty  received April 17 2007*
  Claim # 006341380-01        Policy # H32291053773605-2          Hurricane Katrina

ROOM: BEDROOM 2

| | | | |
|---|---|---|---|
| R&R ½" drywall-hung, no taped | 663 SF | $ 1.05 | $  696.15 |
| R& install metal lath | 663 SF | 3.50 | $2,320.05 |
| R&R two coats plaster over metal lath | 663 SF | 7.11 | $4,713.93 |
| Plaster-add for detailing | 59 LF | 15.00 | $  885.00 |
| R&R Crown molding 2 ¼ " | 59 LF | 3.00 | $  177.00 |
| Seal/primer crown molding | 59 LF | .50 | $   29.50 |
| Paint crown molding 2 ¼" | 59 LF | 1.00 | $   59.00 |
| Seal/primer ceiling and walls | 663 SF | .50 | $  331.50 |
| Paint ceiling and walls (2coats) | 663 SF | 1.00 | S  663.00 |
| Detach and reset arched casing over door | 3unit | | $  150.00 |
| Paint 3 doors den entry hall entry kitchen door | 3unit | | $  150.00 |
| Include slabs | | | |
| Scrape walls & ceiling & prep for paint | 663SF | .42 | $  278.46 |
| R&R base trim board-1x6 in-stalled (pine) | 59LF | 5.80 | $  342.20 |
| R&R casing 3 ¼' window & door casing | 144LF | 4.53 | $  652.32 |
| Seal/primer baseboard, oversized | 59LF | .50 | $   29.50 |
| Paint baseboard oversized (2coats) | 59LF | 1.00 | $   59.00 |
| Refinish floor | 150SF | 3.90 | $  585.00 |
| Seal & prep floor | 150SF | 2.00 | $  300.00 |
| R/Re-install hardware | | | $  100.00 |
| R&R ¼ round (includes 2coats paint 1primer coat) | 59LF | 3.80 | $  224.20 |
| R/Re-install light Switch | 1unit | | $  125.00 |
| R/Re-install light fixture | 1unit | | $  125.00 |

                                                              $12,995.81

Vera Schmit                                          April 2007
2930 Paris Rd
Chalmette LA 70043


Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016


Fax #  1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty  received April 17 2007*
  Claim # 006341380-01      Policy # H32291053773605-2      Hurricane Katrina


ROOM BATHROOM 1

| | | | |
|---|---|---|---|
| R&R ½" drywall-hung, no taped | 363 SF | $ 1.05 | $  544.50 |
| R& install metal lath | 363 SF | 3.50 | $1,270.50 |
| R&R two coats plaster over metal lath | 363 SF | 7.11 | $2,580.93 |
| Plaster-add for detailing | 39 LF | 15.00 | $  585.00 |
| R&R Crown molding 2 ¼ " | 19 LF | 3.00 | $   57.00 |
| Seal/primer crown molding | 19 LF | .50 | $    9.50 |
| Paint crown molding 2 ¼" | 19 LF | 1.00 | $   19.00 |
| Seal/primer ceiling and walls | 363 SF | .50 | $  181.51 |
| Paint ceiling and walls (2coats) | 363 SF | 1.00 | S  363.00 |
| Detach and reset arched casing over door | 1unit | | $   50.00 |
| Paint 1 doors entry hall | 1unit | | $   50.00 |
| Include slabs | | | |
| Scrape walls & ceiling & prep for paint | 363SF | .42 | $  152.46 |
| R&R base trim board-1x6 in-stalled (pine) | 19LF | 5.80 | $  110.20 |
| R&R casing 3 ¼' window & door casing | 72LF | 4.53 | $  326.16 |
| Seal/primer baseboard, oversized | 19LF | .50 | $    9.50 |
| Paint baseboard oversized (2coats) | 19LF | 1.00 | $   19.00 |
| Refinish floor | 67SF | 3.90 | $  261.30 |
| Seal & prep floor | 67SF | 2.00 | $  134.00 |
| R/Re-install hardware | | | $  100.00 |
| R&R ¼ round (includes 2coats paint 1primer coat) | 19LF | 3.80 | $   72.20 |
| R/Re-install light Switch | 1unit | | $  125.00 |
| R/Re-install light fixture | 1unit | | $  125.00 |
| 1 cabinet | 1unit | | $  300.00 |
| 1 medicine cabinet | 1unit | | $  150.00 |
| 1 faucet | 1unit | | $  100.00 |

                                                      $7,695.56

Vera Schmit                                      April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty  received April 17 2007*
  Claim # 006341380-01        Policy # H32291053773605-2        Hurricane Katrina

ROOM: BATHROOM 2

| | | | |
|---|---|---|---|
| R&R ½" drywall-hung, taped, texture, ready for paint | 23SF | 1.05 | $   25.20 |
| Seal/primer ceiling and walls | 23SF | .50 | $   11.50 |
| Paint ceiling and walls (2coats) | 23SF | 1.00 | S   23.00 |
| Paint 1 door entry 2sides | 1unit | | $ 100.00 |
| Include slabs | | | |
| Scrape walls, ceiling, windows doors & prep for paint | 23SF | .42 | $     9.66 |
| R&R base trim board-1x4 in-stalled (pine) | 19LF | 5.80 | $ 110.20 |
| Seal/primer baseboard | 19LF | .50 | $     7.60 |
| Paint baseboard(2coats) | 19LF | 1.00 | $   19.00 |
| Re-title floor | 23SF | 2.00 | $   46.00 |
| Seal & prep floor | 23SF | 1.00 | $   23.00 |
| R/Re-install hardware | | | $ 100.00 |
| R&R ¼ round (includes paint) | 19LF | 3.80 | $   72.20 |
| R/Re-install light Switch | 1unit | | $ 125.00 |
| R/Re-install light fixture | 1unit | | $ 125.00 |
| 1 cabinet & medicine cabinet | 2units | | $ 400.00 |

                                                    $1,197.36

Vera Schmit
2930 Paris Rd
Chalmette LA 70043

April 2007

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #  1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty received April 17 2007*
Claim # 006341380-01      Policy # H32291053773605-2      Hurricane Katrina

EXTERIOR

FRONT  DESCRIPTION

| | | | |
|---|---|---|---|
| Re-glaze window, 1-9SF | 2unit | 50.00 | $ 100.00 |
| R&R broken glass | 2unit | 50.00 | $ 100.00 |
| R&R Window screen, 17-25SF | 2unit | 50.00 | $ 100.00 |
| R&R Window screen, 1-9SF | 3unit | 35.00 | $  75.00 |
| Paint window screens | 3unit | 30.00 | $  90.00 |
| R&R screen door-wood- 36" full screen | 1unit | 175.00 | $ 175.00 |
| Paint screen door include slab (2coats) | 1unit | 50.00 | $ 100.00 |
| R&R attic vent(window) gable end wood | 1unit | 280.00 | $ 280.00 |
| Seal wood gable vent (height charge) | 1unit | 25.00 | $  25.00 |
| Paint wood gable vent (height charge) | 1unit | 50.00 | $  50.00 |

$1,095.00

Vera Schmit                                April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #  1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty received April 17 2007*
Claim # 006341380-01       Policy # H32291053773605-2       Hurricane Katrina

LEFT ELEVATION  DESCRIPTION

| Description | Units | Rate | Amount |
|---|---|---|---|
| Re-glaze window, 1-9SF | 9units | 50.00 | $ 450.00 |
| R&R Window screen 17-25SF | 9units | 50.00 | $ 450.00 |
| R&R Window screen 1-9SF | 6units | 30.00 | $ 180.00 |
| R&R Awning- window/door-Al or steel | 3LF | 50.00 | $ 150.00 |

$ 1,230.00

Vera Schmit                                          April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty received April 17 2007*
Claim # 006341380-01        Policy # H32291053773605-2        Hurricane Katrina

REAR ELEVATION  DESCRIPTION

| Description | Qty | Unit | Total |
|---|---|---|---|
| R&R Corrugated fiberglass roofing(greenhouse) | 200SF | 3.53 | $  706.00 |
| R&R Carport- Freestanding metal- | 410SF | 15.00 | $6,150.00 |
| R&R Fluoresent light 4 tube 4' | 1unit | 102.75 | $  102.75 |
| R&R 110 volt commercial wiring/conduit, box | 1unit | 250.00 | $  250.00 |
| Outlet, swith, exterior wiring run in conduit | | | |
| Re-glaze window, 1-9SF | 6unit | 50.00 | $  300.00 |
| R&R window screen 17-25SF | 6unit | 50.00 | $  300.00 |
| R&R glass window | 5unit | 50.00 | $  300.00 |
| Paint windows screens | 6unit | 30.00 | $  180.00 |

$8,288.75

Vera Schmit                                        April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333   Office   1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797   Liberty  received April 17 2007*
Claim # 006341380-01        Policy # H32291053773605-2        Hurricane Katrina

RIGHT ELEVATION

| | | | |
|---|---|---|---|
| Re-glaze window, 1-9SF | 2unit | 50.00 | $   100.00 |
| R&R Window screen 17-25SF | 6unit | 50.00 | $   600.00 |
| Paint window screens | 6unit | 50.00 | $   600.00 |
| | | | $1,300.00 |

April 2007

Vera Schmit
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty  received April 17 2007*
Claim # 006341380-01        Policy # H32291053773605-2        Hurricane Katrina

Roof

| | | | |
|---|---|---|---|
| Remove tear off rigid asbestos | 24SQ | 300.00 | $7,200.00 |
| Shingles (no haul off) | | | |
| Dumpster load Approx, 40 yards, | 1unit | 800.00 | $  800.00 |
| 7-8 tons of debris for roofing material | | | |
| R&R sheathing 1"x6 tongue and grove repair | 500SF | 3.46 | $1,730.00 |
| Grove repair roof decking | | | |
| Install Laminated lifetime comp shingle | 28SQ | 363.00 | $10,164.00 |
| Ridge cap-tile roofing | 107.LF | 12.00 | $ 1,284.00 |
| R&R Drip edge | 180LF | 2.00 | $   360.00 |
| R&R Valley metal | 15LF | 5.00 | $    75.00 |
| R&R Chimney flashing | 1unit | 275.00 | $   275.00 |
| R&R Flue cap | 2unit | 110.00 | $   220.00 |
| Remove 1st Layer Torch down Roofing | 2SQ | 55.00 | $   110.00 |
| Install Fiberglass base sheet | 2SQ | 45.00 | $    90.00 |
| Install Torch Down Modified Roofing | 2SQ | 375.00 | $   750.00 |

$ 23,058.00

Vera Schmit                                          April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty received April 17 2007*
   Claim # 006341380-01         Policy # H32291053773605-2      Hurricane Katrina

GENERAL ITEMS DESCRIPTION

| | | | |
|---|---|---|---|
| Alarm system | 1unit | 600.00 | $1,200.00 |
| Hot water heater | 1unit | 650.00 | $ 750.00 |
| Insulation | 1573SF | 2.75 | $3,146.00 |
| Dumpster load | 2unit | 690.00 | $1,380.00 |
| General clean-up | 48hrs | 16.00 | $ 768.00 |
| Insurance (worker comp & GL) | | | $2,800.00 |
| Permits & fees | | 500.00 | $ 500.00 |
| Re-wire 1500SF | | 3.75 | $5,625.00 |
| Temp repair to roof | | | $2,500.00 |
| | | | $18,669.00 |

Vera Schmit                                                    April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty  received April 17 2007*
Claim # 006341380-01        Policy # H32291053773605-2        Hurricane Katrina


ADJUSTMENTS FOR BASE SERVICE CHARGES

| | |
|---|---|
| Carpenter finish Trim/Cabint | $224.24 |
| Drywall installer/finisher | $483.20 |
| Electrician | $250.96 |
| Plasterer | $464.16 |
| Painter | $209.00 |
| Siding Installer | $221.72 |
| | $1,,853.28 |

Vera Schmit                                                April 2007
2930 Paris Rd
Chalmette LA 70043

Liberty Mutual Insurance
Hurricane Katrina re-file
PO Box 168368
Irving TX 75016

Fax #   1-603 334 0333  Office  1-800-225-2567

*Reference: 2930 Paris Rd., Chalmette LA 70042*
*Certified Mail 7006 0100 0002 8021 6797  Liberty received April 17 2007*
  Claim # 006341380-01       Policy # H32291053773605-2        Hurricane Katrina


SUMMARY

| | | | |
|---|---|---|---|
| TOTAL | | | $129,277.35 |
| ESTIMATE ADJUSTMENT | | | 1,853.28 |
| ESTIMATE MATERIAL SALES 41,013.66 @ 9% | | | 3,878.32 |
| SUBTOTAL | | | $135,008.95 |
| OVERHEAD | @ | 10% | $  13,500.90 |
| PROFIT | @ | 10% | $  13,500.90 |
| REPLACEMENT COST VALUE | | | $162,010.75 |

# CMR CONSTRUCTION & ROOFING, LLC

**CUSTOMER INFORMATION**

| | |
|---|---|
| Name | Earl Schmidt |
| Address | 2930 Paris Rd. |
| City, Zip | New Orleans, LA |
| Home # | |
| Cell # | |

**2/5/2006**

**INSURANCE INFORMATION**

| | |
|---|---|
| Name | |
| Adjuster | |
| Phone # | |
| Fax # | |
| Other # | |
| Claim # | |

| Quantity | Unit | Description | UNIT COST | Total |
|---|---|---|---|---|
| | | | | $ - |
| | | | | $ - |
| | | **Roof** | | $ - |
| 24 | sq | Remove & Abate Cement Fiber Asbestos Slate | $ 350.00 | $ 8,400.00 |
| 27.6 | sq | Install 30# Felt | $ 30.00 | $ 828.00 |
| 27.6 | sq | Install CFR Cement Fiber Rigid Roofing Material | $ 650.00 | $ 17,940.00 |
| 27.6 | sq | Redeck Roof using 1/2" Plywood | $ 215.00 | $ 5,934.00 |
| 15 | lf | Install Valley Metal | $ 2.50 | $ 37.50 |
| 1 | ea | Chimney Flashing | $ 275.00 | $ 275.00 |
| 1.5 | sq | Remove 1st Layer Torch Down Roofing | $ 55.00 | $ 82.50 |
| 1.75 | sq | Install Fiberglass Basesheet | $ 45.00 | $ 78.75 |
| 1.75 | sq | Install Torch Down Modified Roofing | $ 375.00 | $ 656.25 |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |

| | | |
|---|---|---|
| Approval | | |
| Company | | |
| Adjuster | | |
| Date | | |

| | Sub Total | $34,232.00 |
|---|---|---|
| Tax | 9.000% | $924.26 |
| Overhead | 10% | As Incurred |
| Profit | 10% | As Incurred |
| | Total | $35,156.26 |

**Comments:**

*Thank you, Patrick McNichols 314.374.6648*

CONTRACTOR'S OVERHEAD & PROFIT BILLED AS INCURRED
SUPPLEMENTAL FILINGS PAID TO CMR CONSTRUCTION & ROOFING, LLC



2930 Paris Rd

**Vera Schmit 2930 Paris Rd Chalmette- Contents 2005**

| Kitchen/Laundry | Replace $ |
|---|---|
| Cookbook Collection | 400 |
| Paintings and Posters | 300 |
| Dishwasher | 480 |
| Refrigerator | 900 |
| Food in Pantry | 600 |
| Food In Fridge | 300 |
| Convection Oven/Stove | 650 |
| Wood Trash Can | 120 |
| Blender | 80 |
| Small Folding Kitchen Table & 4 Chairs | 399 |
| 2 Large Iron Skillets & lids/Pots/Pans | 500 |
| Designer Light Fixture | 160 |
| White 6 Light System | 120 |
| Cordless Telephone with answering function | 100 |
| Toaster | 20 |
| Food Processor | 150 |
| Crock Pot, Large oval, | 60 |
| Coffee Pot | 70 |
| Broom | 5 |
| George Forman Grill | 40 |
| Microwave Oven | 125 |
| Small Waffle Iron | 20 |
| Large Waffle Iron | 50 |
| Cleaning Supplies | 150 |
| Curtains | 78 |
| Inside Shutters | 80 |
| Tupperware | 40 |
| Tupperware | 40 |
| Dishrags & dish towels | 20 |
| Mixer | 20 |
| Ice Bucket | 27 |
| Coffee Caraft | 35 |
| Big Yellow/Blue Flower Picture | 250 |
| 2 Small Yellow/Blue Pictures | 80 |
| 2 Display Shelves | 40 |
| Door Rug | 20 |
| China Cabinet | 600 |
| Fryer | 120 |
| Barbeque Utensils | 80 |
| Crystal Vases | 350 |
| Glassware | 140 |
| Washer- Heavy Duty 80 Series | 599 |
| Dryer - Heavy Duty | 599 |
| Hot Water Heater | 300 |
| Gardening Tools | 240 |
| Extra building materials | 325 |
| Walking Shoes | 70 |
| Pkg of floor tiles | 120 |
| Grout | 40 |

| | |
|---|---:|
| Thin Mix | 40 |
| 3 Mops | 40 |
| Paper Towels | 10 |
| Freezer Bags | 25 |
| Mop & Glow floor cleaner | 10 |
| Toilet Paper | 10 |
| Paper Products: Paper towels, Freezer Bags, Floor Cleaner | 32 |
| Laundry Detergent, Dryer sheets, Clorox, | 57 |
| Magnalite Turkey Roaster | 85 |
| Built in Cabinets | 300 |
| Household Goods in Cabinets | 225 |
| Contemporary Art Posters | 950 |
| Framed Oil Paintings | 450 |
| Front Wall Cabinets | 75 |
| Hand Tools | 310 |
| 2 Spare Collapsible Doors | 180 |
| Electric Quartz Space Heater | 60 |
| Electric Element Heater | 40 |
| Performax Sandpaper 150 Grit - Box of ready to cut | 90 |
| Sharper Image Heater | 340 |
| Portable Stereo | 175 |
| Stool | 25 |
| Work Bench on Wheels | 900 |
| Cabinet on Wheels | 250 |
| Microwave Cart | 80 |
| Table on Wheels | 75 |
| Orbital Sander | 85 |
| Leather Tool Belt | 20 |
| 4" Palm Sander | 65 |
| 6" Belt Sander | 125 |
| 3" Craftmam Belt Sander | 25 |
| Metal Tool Box with tools | 600 |
| Router Bit Set | 260 |
| 1 Set Fornester Bits - Size 3/4 to 2 1/4 | 220 |
| Drill | 75 |
| Recip. Saw | 60 |
| Soldering Iron | 45 |
| Screwdriver Set | 20 |
| Drill Bit Set | 30 |
| Ratchet Sets | 35 |
| Fishing Rod 1 | 45 |
| Fishing Rod 2 | 60 |
| Fishing Rod 3 | 60 |
| Fishing Rod 4 | 30 |
| Tackle Box | 40 |
| Fishing Tackle | 30 |
| Tennis Racquet 1 | 45 |
| Tennis Racquet 2 | 45 |
| Spotlight | 70 |
| Cabinet Wood File | 45 |
| Delta Sliding Slead | 45 |
| Specialized Hand Tools | 235 |

| | |
|---|---:|
| Vices | 189 |
| Computer Table | 80 |
| Toner Cartridges | 160 |
| 7" Skill Circular Saw | 80 |
| Air Compressor | 280 |
| Compressor Attachments | 100 |
| Delta Mortising Jig with Bits | 290 |
| 2 HP Delta Dust Collector | 75 |
| 2 HP Porter Cable Router | 165 |
| Prime Compressor | 210 |
| 5 Suitcases | 350 |

**Great Room and Dining Room**

| | |
|---|---:|
| Overstuffed Sofa | 1200 |
| Overstuffed Love Seat | 900 |
| Overstuffed Ottoman | 500 |
| High Back Chair | 800 |
| Small foot Stool | 40 |
| Dining Room Table with 2 expansion leaves | 1400 |
| 8 Dining Chairs | 960 |
| Hutch/China Cabinet | 1200 |
| Glider Chair | 900 |
| Glider Ottoman | 175 |
| Television | 600 |
| DVD Player | 100 |
| VCR Player | 100 |
| Sheritan Style Side Table | 199 |
| Queen Ann Side Table | 150 |
| 3 Floor Lamps | 479 |
| 3 table Lamps | 250 |
| Drapes | 200 |
| Oil Paintings | 700 |
| 2 Candles and Candle Holders | 35 |
| 10 yards material to recover chairs | 85 |
| Hunter Ceiling Fan with Light in box | 179 |
| Chandelier Lights | 149 |
| Cordless Telephone | 45 |
| 4 Throw Pillows | 68 |
| 4 Pictures Landscapes - Framed & Matted | 400 |
| Brass Clock | 79 |
| 6 Table Cloths 60 X 84 | 430 |
| 8 Table Cloth 52 X 70 | 520 |
| 12 cloth napkins | 144 |
| 12 place setting place mats | 240 |
| Cocktail Table | 199 |
| Metal Sconses | 80 |
| Framed Pictures | 400 |
| Oriental Throw Rugs | 800 |
| Cedar Chest | 250 |
| Musical Instrument | 400 |

| | |
|---|---|
| Art Collection | 1600 |

**Living Room and Closet**

| | |
|---|---|
| Multi-Component Stereo System | 1320 |
| Entertainment Center | 1000 |
| 50 CD's and cassettes | 500 |
| 2 Round End tables | 450 |
| Side Chair | 699 |
| Cedar Chest | 600 |
| Window Seat Pad | 25 |
| Wicker Vanity Table | 40 |
| Ladies Evening clothes | 1680 |
| Futon Bed | 120 |
| Ladies Winter Coats & clothes | 1380 |
| Book Collection | 1300 |
| Display Cabinet-Cherry Wood | 400 |
| Floor to ceiling Display cabinet - Cherry Wood | 1200 |
| 2 Sets Drapes | 400 |
| 2 Sets Shears | 100 |
| Hunter Ceiling Fan with Lights | 179 |
| Television JVC Model | 320 |
| Square End Table-Marble Top | 250 |
| 2 Brass Hurricane Lamps & Candles | 198 |
| 6 Photo Albums | 120 |
| Stereo Head Phones | 60 |
| 2 Large Garden pictures | 450 |
| 1 rose picture | 40 |

**Master Bed Room and Office**

| | |
|---|---|
| Oak Headboard | 600 |
| Oak Side Table | 150 |
| Oak Side Table | 150 |
| Oak Dresser 8 Drawer | 1800 |
| Oak Dresser 6 Drawer | 1500 |
| Vanity Table | 100 |
| Vanity Stool | 40 |
| Hope Chest | 800 |
| Queen Box Spring Mattress - Beauty Rest | 700 |
| Queen Pillow Top Mattress - Beauty Rest | 700 |
| 6 Pillows | 240 |
| Queen Comforter | 300 |
| 2 Queen Shams | 50 |
| Queen Bed Ruffle | 50 |
| Queen Sheet Set | 80 |
| 2 sets Drapes | 200 |
| Shears | 50 |
| 2 Lamps, Crystal Base | 200 |
| 1 Television Set-Flat Screen | 1200 |
| T-shirts and underwear | 80 |
| Workout shorts - 6 | 240 |
| Workout Socks - 12 | 48 |
| Winter Warm up Clothes | 100 |

| | |
|---|---|
| Ladies Undergarments | 200 |
| Ladies Shirts - 8 | 320 |
| Ladies Shorts - 4 | 160 |
| Small Oak Chair | 100 |
| Ladies Wool Coat | 400 |
| Ladies Leather Jacket | 300 |
| Ladies Winter Office Suits - 8 | 1120 |
| Ladies Dresses - 6 | 600 |
| Ladies Evening Bags & Shoes | 160 |
| 4 Evening Gowns | 1000 |
| Fur Coat | 1320 |
| Casual Shirts - 10 | 200 |
| Dress Shorts - 8 | 320 |
| 4 Pairs Walking Shoes | 500 |
| Dress Long Pants - 4 | 320 |
| Business Casual Suits 2 | 800 |
| Ladies Belts and Ties - 6 | 360 |
| Hunter Ceiling Fan with Light set | 170 |
| Telephone | 40 |
| Magnolia picture | 250 |
| 4 Flower Pictures | 80 |
| 1 picture- 3 girls | 20 |
| Men's Belts | 240 |
| Men's Dress Ties | 460 |
| Men's Dress Shoes | 800 |
| Tuxedo and Tails | 750 |
| Cashmere Coat | 400 |
| 8 ft high display cabinet | 500 |
| Burgundy Swivel Office Chair | 250 |
| Chair Mat | 40 |
| Tall Swivel Office Chair | 100 |
| Classic Baseball Game | 150 |
| AB Works Exercise Equipment | 120 |
| Office Desk | 800 |
| 7 Drawer Narrow Chest | 500 |
| Drapes | 200 |
| Dell Personal Computer with extra memory Chip | 1200 |
| Flat Screen Monitor | 350 |
| Keyboard | 100 |
| Mouse | 40 |
| Moterola Router for Computer internet service | 100 |
| Palm Hand Held Devise, 500M | 300 |
| Kodak Docking Station | 500 |
| HP Printer/Scanner/fax machine | 300 |
| 12 pictures | 1200 |
| Wool Coat 3/4 length | 400 |
| Wool Starter Jacket | 150 |
| 6 Men's Shirts | 240 |
| 4 Men's Pants | 240 |
| Winter Jacket - 2 | 160 |
| Drafting Table | 140 |
| Swivel Arm Lamp | 40 |

| | |
|---|---|
| Office Supplies | 240 |
| Computer disks and supplies | 160 |
| Wool Socks | 80 |
| Queen Sheets- Silk | 190 |
| Air Mattress | 120 |
| New Sheets for 2 twin Beds in Package | 180 |
| 2 twin Bed Comforters | 300 |
| 2 twin Dust Ruffles | 50 |
| Drapes | 150 |
| 2 Twin sheet sets- used | 40 |
| 4 pillows | 80 |
| Art Books | 500 |
| Other Books | 200 |
| 2 Bed Side Tables | 260 |
| Bedside Lamp | 60 |
| Night Light | 20 |
| Wicker Oval Mirror | 50 |
| 7 Framed Pictures | 280 |
| 1 Large Oil Painting | 400 |
| Sewing Material | 80 |
| Singer Sewing Machine | 400 |
| 6 Ladies Pants | 240 |
| 5 Ladies Shirts | 150 |
| 4 Ladies Dresses | 400 |
| 1 Ladies Dress Suit | 400 |
| Art Supplies | 40 |
| Ironing Board & Pad | 60 |
| Iron | 40 |

**Hall**

| | |
|---|---|
| 2 Sets of Handweights | 20 |
| 14 Pairs of Ladies Shoes | 560 |
| 12 Ladies Dresses/Suits | 1200 |
| 14 Ladies Shirts | 420 |
| 4 Queen Size Blankets | 80 |
| 1 Quens Size Comforter | 400 |
| 1 Full Size Quilt | 60 |
| 4 Sets of Twin Sheets | 80 |
| 8 Pairs Ladies Pants | 480 |
| Kenmore Progressive HEPPA Vacuum 12.0 Amp | 350 |
| Smoke Detector | 10 |
| 4 Ladies Handbags | 160 |
| 2 Pictures | 40 |
| Electric Floor Sweeper | 60 |

**Bathroom**

| | |
|---|---|
| Weigh Scale | 60 |
| 3 Bath Mats | 120 |
| Work Out Clothes | 150 |
| Tennis Shoes | 100 |
| 3 Pictures | 150 |
| Cleaning Supplies | 40 |

| | |
|---|---:|
| Towels and wash rags | 80 |
| Medicines-prescription | 225 |
| Bath Robe | 85 |
| Slippers | 35 |
| Sleeping Gowns | 25 |
| Toilet Seat | 15 |
| Towels | 60 |
| Rug | 30 |
| Medicines-non prescription | 120 |
| Cleaning Supplies | 60 |
| | 88460 |