UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * | CIVIL ACTION NO: 05-4182 |
| | | SECTION: "K"(2) |
| | | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: LEVEE (2:07-cv-06256) | | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

PARISH OF ORLEANS

STATE OF LOUISIANA

      **BEFORE ME,** the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid Parish and State, personally came and appeared:

### H. MINOR PIPES, III

who, after being duly sworn, did depose and state the following:

      1.      In October of 2007, on behalf of Liberty Mutual Fire Insurance Company ("Liberty Mutual"), I participated in the mediation of a dispute between Liberty Mutual and plaintiff Vera Schmit in connection with a suit before the Civil District Court for the Parish of Orleans, State of Louisiana, captioned *"Vera Schmit versus Liberty Mutual Insurance Company"*; Docket 109-741, Division "D."



97598

2. The suit arises from damage caused to plaintiff's property as a result of Hurricane Katrina, which damage plaintiff avers is covered under a policy issued to her by Liberty Mutual.

3. Participating in the mediation on behalf of Vera Schmit was her son and personal representative Earl Schmit.

4. During this mediation, Mr. Schmit's final offer to settle the dispute was $137,000, and he stated that he would accept "not a penny less" than this amount to resolve the matter.

_____
H. Minor Pipes, III

**SWORN TO AND SUBSCRIBED** before
me this 12th day of November, 2007.

Violet B. Hooker
_____
Notary Public
Print Name/Number: Violet B. Hooker, 42076