**MINUTE ENTRY**
**DUVAL, J.**
**NOVEMBER 14, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: ROAD HOME CA 07-5528 | NO. 05-4182 |
| | SECTION "K"(2) |

**MOTION** to remand case to Civil District Court, Parish of Orleans, State of Louisiana by The State of Louisiana, filed 10/10/07, doc. 8319.

**MOTION** to remand regarding MMTJA by The State of Louisiana, filed 10/23/07, doc. 8593.

**CASE MANAGER: SHEENA DEMAS**
**COURT RECORDER: BONNIE HEBET**

**APPEARANCES:** Calvin Fayard, Jr., Samuel Issacharoff, Isabel Wingerter, Frank Dudenhefer, Jr., Ralph Hubbard, III, Wayne Lee, Judy Barrasso, Steven Usdin, Stefini Salles, Sarah Kearney, Drew Ranier, Andrea Fannin, Anne Lejeune, Martin Sadler Alan Gilbert, Seth Schmeeckle, Thomas Blum, Paul Peyronnin, Howard Kaplan, Frank Elliot, James Garner, Alan Weinberger, Deborah Rouen, Robert Siegel, Julia Dietz, James Dugan, Neal Favret, Gordon Serou, Joseph Bruno, Gerard Wimberly, Paul Aucoin & Charles Chassaignac

Court begins at 10:10 a.m. Case called; all present and ready.
Statements by the Court.
Oral argument by parties.
These matters are DENIED, for the oral reasons stated on the record.
Court shall issue an order of its' findings.
Court adjourned at 12:30 p.m.

JS-10 (2:01)