UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE | * * * | JUDGE DUVAL |
| No. 06-7660 | * * | MAGISTRATE WILKINSON |

### FEDERAL'S OPPOSITION TO PLAINTIFFS' MOTION TO FILE OUT-OF-TIME REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes defendant, Federal Insurance Company ("Federal") (on behalf of itself and the erroneously named Chubb Group of Insurance Companies, a non-entity, incapable of being sued), who respectfully requests that this Court deny plaintiffs' Motion to File Tardily Memorandum In Response to Opposition to Complainants' Jury Demand and For Leave to File Non-Electronically for the following reasons:

1.

Plaintiffs filed their Motion for Trial by Jury and Supporting Memorandum (rec. Doc. 7986) on September 26, 2007.

2.

Federal filed its opposition memorandum on October 23, 2007. (Rec. doc. 8598.) The basis for Federal's opposition was that pursuant to Federal Rule of Civil Procedure 38 and the settled case law, plaintiffs waived their right to a jury trial.

3.

Plaintiffs' motion originally was set for hearing October 31, 2007, then was unilaterally moved by plaintiffs to November 14, 2007 – three weeks after Federal filed its opposition memorandum.

4.

Despite having three weeks within which to file a reply – far longer than is typical – plaintiffs waited until the hearing day to seek leave to file their Response to Defendant Federal's Memorandum in Opposition to Complainants' Motion for Trial by Jury ("Reply Memorandum"). Plaintiffs' Reply Memorandum asserts legal theories and factual arguments never addressed in their opening motion or supporting memorandum.

5.

Especially in light of the fact that plaintiffs make several incorrect legal statements and draw unsupported factual conclusions in their Reply Memorandum, Federal is prejudiced by plaintiffs' untimely filing.

6.

As such, Federal respectfully requests that this Court deny plaintiffs' motion for leave and decide this matter on the timely submitted briefs.

98028

7.

In the alternative only, if this Court is inclined to consider the Reply Memorandum, Federal requests that it be granted five (5) business days within which to respond to the issues raised in the Reply Memorandum.

WHEREFORE, Federal Insurance Company requests that this Court deny plaintiffs' Motion to File Tardily Memorandum In Response to Opposition to Complainants' Jury Demand and For Leave to File Non-Electronically.

Respectfully Submitted,

/s/John W. Joyce
Steven W. Usdin, 12986
John W. Joyce, 27525
Judith A. Wenger, 30792
Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

*Attorneys for Federal Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Federal's Opposition to Plaintiffs' Motion to File Out-of-Time Reply Memorandum was electronically filed this 15th day of November, 2007. This Court will send electronic noticing to all parties. There are no manual recipients.

/s/John W. Joyce

98028