UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION<br>NO.  05-4182 |
| | * | JUDGE  DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO:<br>INSURANCE:  LAWRENCE 07-6454 | *<br>* | |

### DEFENDANT'S MEMORANDUM REGARDING
### MINIMUM JURISDICTIONAL AMOUNT

**MAY IT PLEASE THE COURT:**

Defendant, Federal Insurance Company, submits this Memorandum in accordance with the Order of this Court dated October 11, 2007, commanding that the parties submit a memoranda directed to the issue of whether this case met the minimum jurisdictional amount at the time of removal. Plaintiff, Anthony Michael Lawrence, alleges that his home was destroyed as a result of Hurricane Katrina. Plaintiff's Home was located at 5941 Milne Blvd., in the Lakeview neighborhood of New Orleans. The entire Lakeview neighborhood was consumed by flood waters, and virtually every home was severely damaged or destroyed.

At the time of the Hurricane, plaintiff's property was insured by Federal Insurance Company subject to limits of $386,000 for the dwelling, and $193,000 for contents. Following the storm, upon investigation by representatives of Federal Insurance Company, it was determined that the plaintiff's

home was destroyed by flood, an excluded peril under the homeowners policy. Plaintiff was paid $5,000 in forced evacuation expenses. Additional damages were submitted by plaintiff for looting and/or vandalism of the property, but those damages did not exceed the policy deductible of $2,500. No additional proofs of loss were filed by plaintiff.

Based upon the Petition for Damages filed herein by plaintiff, it is clear that plaintiff is attempting to claim damages for the entirety of the loss, including all damages caused by flood. For example, plaintiff has alleged that the loss was caused by "hurricane-forced winds and/or the levee and/or flood wall breach." *Petition,* at ¶ 7. Plaintiff further claims that the policy issued by Federal Insurance Company "provides coverage for loss or damage caused by looting, vandalism, wind and the levee and/or flood wall breach." *Petition,* at ¶ 9.

Furthermore, in paragraphs 25 and 26 of the Petition, plaintiff has invoked the Louisiana valued policy law as mandating that defendant pay the entirety of the policy limit, regardless of the cause of the damage. Paragraph 26 states: "In the event that it is determined that the insured property is a total loss and that the insured property sustained some loss covered by the policy of insurance, then, in that event, defendant owes to plaintiff the policy limits of said policy of insurance, less and except any sums already tendered to plaintiff by defendant."

Page 2

Based upon the foregoing, and based upon the clear language of plaintiff's Petition for Damages, the amount in controversy clearly exceeds the minimum jurisdictional amount of $75,000.

                Respectfully submitted;

                PLAUCHÉ MASELLI PARKERSON L.L.P.

                s/Mark E. Young

By: _____
MARK E. YOUNG (#20432), T.A.
H. EDWARD BAROUSSE, III, (#28310)
GEORGE C. DRENNAN (#28025)
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139
Tel: (504) 582-1142, Fax: (504) 582-1172
Counsel for Federal Insurance Company

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

George B. Recile
Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, L.L.P.
One Galleria Blvd., Suite 1100
Metairie, LA 70001

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CF/ECF participants:

None

s/Mark E. Young

MARK E. YOUNG, T.A. (#20432)
Counsel for Federal Insurance Company
**PLAUCHÉ MASELLI PARKERSON L.L.P.**
701 Poydras Street
Suite 3800 - One Shell Square
New Orleans, Louisiana 70139
Telephone:  (504) 582-1142
Facsimile:  (504) 582-1172
myoung@pmpllp.com