```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV - 9 2007

LORETTA G. WHYTE
     CLERK
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 11-9-07

Bonnie M. Rault, ET AL

vs.

The United States of America, ET AL

Case No. 07-5186   Section K (2)
c/w 05-4182

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) U.S. Army Corps of Engineers, Office of Counsel
   (address) 7400 Leake Ave., Room 348, New Orleans, LA 70118
2. (name) Gary P. LaGrange, Board of Commissioners, Port of New Orleans
   (address) 1350 Port of New Orleans Place, New Orleans, LA 70130
3. (name) Marcia St. Martin, Sewerage & Water Board of New Orleans
   (address) 625 St. Joseph, New Orleans, LA 70165
4. (name) Timothy P. Doody, Southeast LA. Flood Protection Authority
   (address) 203 Plauche Ct., Suite B, Harahan, LA 70123

Very truly yours,

"Signature"

Attorney for  Plaintiffs
Address  1100 Poydras St.
         Suite 3600
         New Orleans, LA 70163

___ Fee_____
___ Process 15/8/05 ms
 X  Dktd_____
___ CtRmDep____
___ Doc. No.___

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 11-9-07

Bonnie M. Rault, ET AL

vs.

The United States of America, ET AL

Case No. 07-5186   Section K(2)
c/w 05-4182

Dear Sir:

Please (issue) ((re-issue)) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

5. X. (name) Jim Letten, U.S. Attorney
   (address) 500 Poydras St., Room B210, New Orleans, LA 70130

6. X. (name) U.S. Army Corps of Engineers, Office of Counsel
   (address) 7400 Leake Ave., Room 348, New Orleans, LA 70118

7. X. (name) Peter D. Keisler, Acting Attorney General
   (address) 950 Pennsylvania Ave., N.W., Washington, D.C. 20530

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address 1100 Poydras St.
Suite 3600
New Orleans LA 70163