```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    NOV - 9 2007

LORETTA G. WHYTE
      CLERK
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 11-9-07

R. Scott McCay

vs.

The United States of America, et al

Case No. 07-5187 Section K(2)
c/w 05-4182

Dear Sir:

Please (issue) **(re-issue)** summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Jim Letten, U.S. Attorney
   (address) 500 Poydras St., Room B210, New Orleans, LA 70130
2. (name) Timothy P. Doody, Southeast LA. Flood Protection Authority
   (address) 203 Plauche Court, Suite B, Harahan, LA 70123
3. (name) Peter D. Keisler, Acting Attorney General
   (address) 950 Pennsylvania Ave., N.W., Washington, D.C. 20530
4. (name) U.S. Army Corps of Engineers, Office of Counsel
   (address) 7400 Leake Ave., Room 348, New Orleans, LA 70118

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 1100 Poydras St.
        Suite 3600
        New Orleans, LA 70163

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _11-9-07_____

_R. Scott McCay_____

vs.

_The United States of America, et al_

Case No. _07-5187_ Section _K (2)_
_c/w 05-4182_

Dear Sir:

Please (issue) ((re-issue)) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

5. X. (name) _U.S. Army Corps of Engineers, Office of Counsel_
(address) _7400 Leake Ave., Room 348, New Orleans, LA 70118_
6. X. (name) _Gary P. LaGrange, Board of Commissioners, Port of New Orleans_
(address) _1350 Port of New Orleans Place, New Orleans, LA 70130_
7. X. (name) _Marcia St. Martin, Sewerage & Water Board of New Orleans_
(address) _625 St. Joseph, New Orleans, LA 70165_
X. (name) _____
(address) _____

Very truly yours,

_____
"Signature"

Attorney for _Plaintiff_
Address _1100 Poydras St._
_Suite 3600_
_New Orleans, LA 70163_