# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (Cina, No. 07-4944)

CIVIL ACTION

NO.  05-4182
& Consol. Cases

SECTION "K" (2)
JUDGE  DUVAL

MAGISTRATE WILKINSON

## ANSWER

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Board of Commissioners of the Port of New Orleans (the "Dock Board"), who, for answer to the Complaint (the "Complaint") filed by Plaintiffs, Frank Cina, et al. ("Plaintiffs"), respectfully avers as follows:

## FIRST DEFENSE

The Dock Board hereby incorporates by reference each and every exception, denial, defense, and response contained in any pleading previously filed on its behalf in these consolidated proceedings, as if set forth and copied herein in extenso.

## SECOND DEFENSE

This Honorable Court lacks subject matter jurisdiction over this suit against the Dock Board under FRCP 12(b)(1).   The Dock Board is an agency of the State of Louisiana and, as such, La. R.S. §13:5106 precludes Plaintiffs from bringing suit against the Dock Board in federal court.

## THIRD DEFENSE

The Complaint against the Dock Board fails to state a claim upon which relief can be granted under FRCP 12(b)(6).

## FOURTH DEFENSE

**AND NOW**, answering each and every allegation contained in the Complaint, the Dock Board responds as follows:

I.

The allegations contained in Article 1 of the Complaint are denied.

II.

The allegations contained in Article 2 of the Complaint are denied.

III.

The allegations contained in Article 3 of the Complaint are denied.

IV.

The allegations contained in Article 4 of the Complaint are denied.

V.

The allegations contained in Article 5 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

VI.

The allegations contained in Article 6 of the Complaint are denied.

VII.

The allegations contained in Article 7 of the Complaint are denied.

VIII.

The allegations contained in Article 8 of the Complaint are denied.

IX.

The allegations contained in Article 9 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

X.

Except to admit that the Board of Commissioners of the Port of New Orleans has been named as a defendant in this action, the allegations contained in Article 10 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XI.

The allegations contained in Article 11 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XII.

The allegations contained in Article 12 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XIII.

The allegations contained in Article 13 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XIV.

The allegations contained in Article 14 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XV.

The allegations contained in Article 15 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XVI.

The allegations contained in Article 16 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XVII.

The allegations contained in Article 17 of the Complaint are denied.

XVIII.

The allegations contained in Article 18 of the Complaint are denied.

XIX.

The allegations contained in Article 19 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XX.

The allegations contained in Article 20 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXI.

The allegations contained in Article 21 of the Complaint are denied.

XXII.

The allegations contained in Article 22 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXIII.

The allegations contained in Article 23 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXIV.

The allegations contained in Article 24 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXV.

The allegations contained in Article 25 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXVI.

The allegations contained in Article 26 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXVII.

The allegations contained in Article 27 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXVIII

The allegations contained in Article 28 of the Complaint are denied.

XXIX.

The allegations contained in Article 29 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXX.

The allegations contained in Article 30 of the Complaint are denied.

XXXI.

The allegations contained in Article 31 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXXII.

The allegations contained in Article 32 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXXIII.

The allegations contained in Article 33 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXXIV.

The allegations contained in Article 34 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXXV.

The allegations contained in Article 35 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXXVI.

The allegations contained in Article 36 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXXVII.

The allegations contained in Article 37 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXXVIII.

The allegations contained in Article 38 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XXXIX.

The allegations contained in Article 39 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XL.

The allegations contained in Article 40 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XLI.

The allegations contained in Article 41 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XLII.

The allegations contained in Article 42 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XLIII.

The allegations contained in Article 43 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XLIV.

The allegations contained in Article 44 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XLV.

The allegations contained in Article 45 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XLVI.

The allegations contained in Article 46 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XLVII.

The allegations contained in Article 47 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XLVIII.

The allegations contained in Article 48 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XLIX.

The allegations contained in Article 49 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

L.

The allegations contained in Article 50 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LI.

The allegations contained in Article 51 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LII.

The allegations contained in Article 52 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LIII.

The allegations contained in Article 53 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LIV.

The allegations contained in Article 54 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LV.

The allegations contained in Article 55 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LVI.

The allegations contained in Article 56 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LVII.

The allegations contained in Article 57 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LVIII.

The allegations contained in Article 58 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LIX.

The allegations contained in Article 59 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LX.

The allegations contained in Article 60 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LXI.

The Dock Board hereby incorporates by reference and reasserts its responses to the allegations set forth in Articles 1 to 60 of the Complaint in response to the allegations contained in Article 61 of the Complaint.

- 10 -

LXII.

The allegations contained in Article 62 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LXIII.

The allegations contained in Article 63 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LXIV.

The allegations contained in Article 64 of the Complaint are denied.

LXV.

The allegations contained in Article 65 of the Complaint are denied.

LXVI.

The allegations contained in Article 66 of the Complaint are denied.

LXVII.

The allegations contained in Article 67 of the Complaint are denied.

LXVIII.

The allegations contained in Article 68 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LXIX.

The allegations contained in Article 69 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXX.

The allegations contained in Article 70 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXI.

The allegations contained in Article 71 of the Complaint are denied.

## LXXII.

The allegations contained in Article 72 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXIII.

The allegations contained in Article 73 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXIV.

The allegations contained in Article 74 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXV.

The allegations contained in Article 75 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXVI.

The allegations contained in Article 76 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXVII.

The allegations contained in Article 77 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXVIII.

The allegations contained in Article 78 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXIX.

The allegations contained in Article 79 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXX

The allegations contained in Article 80 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXXI.

The allegations contained in Article 81 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXXII.

The allegations contained in Article 82 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

## LXXXIII.

The allegations contained in Article 83 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LXXXIV.

The allegations contained in Article 84 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LXXXV.

The allegations contained in Article 85 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LXXXVI.

The allegations contained in Article 86 of the Complaint are denied.

LXXXVII.

The allegations contained in Article 87 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LXXXVIII.

The allegations contained in Article 88 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

LXXXIX.

The allegations contained in Article 89 of the Complaint are denied.

XC.

The allegations contained in Article 90 of the Complaint are denied.

XCI.

The allegations contained in Article 91 of the Complaint are denied.

XCII.

The allegations contained in Article 92 of the Complaint are denied.

XCIII.

The allegations contained in Article 93 of the Complaint are denied.

XCIV.

The allegations contained in Article 94 of the Complaint are denied.

XCV.

The allegations contained in Article 95 of the Complaint are denied.

XCVI.

The allegations contained in Article 96 of the Complaint are denied.

XCVII.

The allegations contained in Article 97 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

XCVIII.

The allegations contained in Article 98 of the Complaint are denied.

XCIX.

The allegations contained in Article 99 of the Complaint are denied.

C.

The allegations contained in Article 100 of the Complaint are denied.

CI.

The allegations contained in Article 101 of the Complaint are denied.

- 15 -

CII.

The allegations contained in Article 102 of the Complaint are denied.

CIII.

The allegations contained in Article 103 of the Complaint are denied.

CIV.

The allegations contained in Article 104 of the Complaint are denied.

CV.

The allegations contained in Article 105 of the Complaint are denied.

CVI.

The allegations contained in Article 106 of the Complaint are denied.

CVII.

The Dock Board hereby incorporates by reference and reasserts its responses to the allegations set forth in Articles 1 to 106 of the Complaint in response to the allegations contained in Article 107 of the Complaint.

CVIII.

The allegations contained in Article 108 of the Complaint are denied.

CIX.

The allegations contained in Article 109 of the Complaint are denied.

CX.

The allegations contained in Article 110 of the Complaint are denied.

CXI.

The allegations contained in Article 111 of the Complaint are denied.

CXII.

The allegations contained in Article 112 of the Complaint are denied.

CXIII.

The allegations contained in Article 113 of the Complaint are denied.

CXIV.

The allegations contained in Article 114 of the Complaint are denied.

CXV.

The allegations contained in Article 115 of the Complaint are denied.

CXVI.

The allegations contained in Article 116 of the Complaint are denied.

CXVII.

The allegations contained in Article 117 of the Complaint are denied for lack of knowledge or information sufficient to form a belief as to the truth of the averment.

CXVIII.

The allegations contained in Article 118 of the Complaint are denied.

CXIX.

The allegations contained in Article 119 of the Complaint are denied.

CXX.

The allegations contained in Article 120 of the Complaint are denied.

CXXI.

The allegations contained in Article 121 of the Complaint are denied.

CXXII.

The allegations contained in Article 122 of the Complaint are denied.

CXXIII.

The allegations contained in Article 123 of the Complaint are denied.

CXXIV.

The allegations contained in Article 124 of the Complaint are denied.

CXXV.

The allegations contained in Article 125 of the Complaint are denied.

## FIFTH DEFENSE

**FURTHER ANSWERING**, to the extent that Plaintiffs have been damaged as alleged, which is specifically denied, then any such damages were proximately and legally the result of superseding and intervening occurrences, acts, fault, want of care, negligence, contributory negligence, comparative negligence, or strict liability of Plaintiffs and/or other persons or entities over whom or conditions over which the Dock Board has no responsibility.

## SIXTH DEFENSE

**FURTHER ANSWERING**, to the extent that Plaintiffs have been damaged as alleged, which is specifically denied, then any such damages were not caused or contributed to by any fault or neglect on the part of the Dock Board or on the part of anyone for whom the Dock Board may be responsible.

## SEVENTH DEFENSE

**FURTHER ANSWERING**, to the extent that Plaintiffs have been damaged as alleged, which is specifically denied, then any such damages were caused solely by an Act of God or force majeure, namely Hurricane Katrina, for which the Dock Board is not liable.

## EIGHTH DEFENSE

**FURTHER ANSWERING**, to the extent that Plaintiffs seek the recovery of nonpecuniary damages from the Dock Board, such damages are not an available remedy to Plaintiffs.

## NINTH DEFENSE

**FURTHER ANSWERING**, the Plaintiffs' claims against the Dock Board are barred by laches, prescription, and/or by running of the applicable statute of limitations.

## TENTH DEFENSE

**FURTHER ANSWERING,** the Dock Board invokes the immunity from liability for its policymaking or discretionary acts provided for in La. R.S. §9:2798.1(B).

## ELEVENTH DEFENSE

**FURTHER ANSWERING,** to the extent that the Dock Board is found liable to Plaintiffs for any damages, which is specifically denied, then the Dock Board's liability for any such damages is limited by the provisions of La. R.S. §13:5106.

## TWELFTH DEFENSE

**FURTHER ANSWERING,** Plaintiffs have failed to mitigate their alleged damages.

- 19 -

## THIRTEENTH DEFENSE

**FURTHER ANSWERING,** the Dock Board specifically invokes all of the defenses and immunities provided for in La. R.S. §9:2800, specifically including, but not limited to, La. R.S. §9:2800 (H), which, among other things, shields the Dock Board from liability under La. C.C. Arts. 2317 and 2317.1 for any damage caused by Hurricanes Katrina and Rita.

## FOURTEENTH DEFENSE

**FURTHER ANSWERING,** the Dock Board avers that all damages as alleged by Plaintiffs were caused by risks known and consciously assumed by them and for which they can have no recovery.

## FIFTEENTH DEFENSE

**FURTHER ANSWERING,** the claims of Plaintiffs are preempted and governed by Federal law, which provides complete and absolute immunity in favor of the Dock Board for all claims asserted herein.

## SIXTEENTH DEFENSE

**FURTHER ANSWERING,** the Dock Board owed no duty to Plaintiffs and, therefore, did not breach any duty.

## SEVENTEENTH DEFENSE

**FURTHER ANSWERING,** the Dock Board has no duties whatsoever with respect to flood control and has no duties whatsoever with respect to any levees, floodwalls, and floodgates, and no such levees, floodwalls, or floodgates were within the Dock Board's care, custody, control, or garde.

- 20 -

## EIGHTEENTH DEFENSE

**FURTHER ANSWERING**, the Plaintiffs have no right to a trial by jury against the Dock Board.

## NINETEENTH DEFENSE

**FURTHER ANSWERING**, venue in this Honorable Court is improper under FRCP 12(b)(3) because La. R.S. §13:5106 precludes Plaintiffs from bringing suit against the Dock Board in federal court.

## TWENTIETH DEFENSE

**FURTHER ANSWERING**, the Dock Board specifically invokes all of the defenses and immunities provided for in the Louisiana Homeland Security and Emergency Assistance and  Disaster Act, La. R.S. § 29:722 et seq.

## TWENTY-FIRST DEFENSE

**FURTHER ANSWERING,** the Plaintiffs' claims against the Dock Board are barred by res judicata.

**WHEREFORE**, the Dock Board prays that its Answer to the Complaint be deemed good and sufficient, and that after due proceedings are had there be judgment herein in favor of the Dock Board and against Plaintiffs, dismissing the Complaint, with prejudice, at the cost of Plaintiffs.

- 21 -

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:     /s/ Kirk N. Aurandt
        J. FREDRICK KESSENICH, T.A. (7354)
        JONATHAN H. SANDOZ (23928)
        MICHAEL W. MCMAHON (23987)
        JON A. VAN STEENIS (27122)
        KIRK N. AURANDT (25336)
        P. O. Box 5350
        Covington, Louisiana  70434-5350
        Telephone: 985/871-0800
        Facsimile:   985/871-0899
        Attorneys for Defendant, The Board of
        Commissioners of the Port of New
        Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 15th    day of November, 2007.

                    /s/ Kirk N. Aurandt
                    KIRK N. AURANDT

- 22 -