**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL LEVEE | § | |
| ALL MR-GO | § | |
| | § | |

## DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR A STAY OF ALL CASES APART FROM BARGE, ROBINSON, AND THE LEVEE AND MRGO MASTER CLASS ACTION CASES

Defendant United States hereby moves the Court to stay all complaints, cross claims, counterclaims, *etc.*, brought under the Federal Tort Claims Act or in Admiralty against the United States under Levee or MRGO, but not including the Barge, *Robinson*, and the Levee and MRGO Master Class Action Complaints.  Counsel for the United States is authorized to state that Joseph M. Bruno, Esq., in his capacity as Plaintiffs' Liaison Counsel joins in this motion.

With this filing, the United States is also submitting a memorandum in support of the motion, a notice of hearing and a proposed order.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director
        Torts Branch, Civil Division

        JAMES G. TOUHEY
        Assistant Director
        Torts Branch, Civil Division


         /s/ Richard R. Stone
        RICHARD R. STONE, SR.
        Senior Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        Post Office Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States of America

Dated: November 15, 2007