## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL LEVEE | § | |
| ALL MR-GO | § | |
| | § | |

## ORDER

Having considered defendant United States of America's Motion for Stay of All Cases Apart From Barge, *Robinson*, and the Levee and MRGO Master Class Actions and for good cause shown, it is hereby ORDERED that defendant's Motion is GRANTED.

New Orleans, Louisiana, this _____ Day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE