**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL LEVEE | § | |
| ALL MR-GO | § | |
| | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant United States will bring its Motion for Stay of All Cases Apart From Barge, Robinson, and the Levee and MRGO Class Action Complaints before the Honorable Stanwood R. Duval, Jr. at 9:30 a.m. on December 12, 2007, at the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director
Torts Branch, Civil Division

JAMES G. TOUHEY
Assistant Director
Torts Branch, Civil Division


 /s/ Richard R. Stone
RICHARD R. STONE, SR.
Senior Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States of America

Dated: November 15, 2007