UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aguilar C.A. No. 07-4852 _____ | * * * * | JUDGE:  DUVAL |
| CAROL TREITLER-FIFE and DAVID FIFE | * * * | MAGISTRATE:  WILKINSON |
| VERSUS | * * | |
| ALLSTATE INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT LIMITED MOTION, ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes, CAROL TREITLER-FIFE and DAVID FIFE, Plaintiffs herein, and Defendant, ALLSTATE INSURANCE COMPANY, through their counsel of record, all parties at interest herein and who stipulate and agree that all claims of Plaintiff in the above numbered and entitled cause of the original complaint be dismissed, without prejudice, each party to bear its own costs of court.

Respectfully submitted,

/s/ Jim S. Hall
JIM S. HALL (#21644)
Attorney for Plaintiff
800 N. Causeway Blvd., #100
Metairie, LA 70001
(504) 832-3000
jim@jimshall.com

/s/ Lisa Borne
LISA BORNE
Attorney for Defendant
Dysart & Tabary, L.L.P.
Three Courthouse Square
Chalmette, LA 70043-4744
(504) 271-8011
eborne@dst-law.com