UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aguilar C.A. No. 07-4852 _____ | * * * * | JUDGE:  DUVAL |
| CAROL TREITLER-FIFE and DAVID FIFE | * * * | MAGISTRATE:  WILKINSON |
| VERSUS | * * | |
| ALLSTATE INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiff, CAROL TREITLER-FIFE and DAVID FIFE against ALLSTATE INSURANCE COMPANY be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE