UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY MICHAEL LAWRENCE | * | CIVIL ACTION NO. 07-6454 |
| | * | |
| VERSUS | * | SECTION "C" |
| | * | |
| FEDERAL INSURANCE COMPANY | * | MAGISTRATE 4 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Anthony Michael Lawrence, plaintiff herein, and on suggesting to the Court that on October 11, 2007, an Order was filed requiring all parties to submit memoranda no later than November 15, 2007, directed to issues concerning the minimum jurisdictional amount required to maintain federal subject matter jurisdiction; that on October 12, 2007, an Order of Transfer was filed consolidating the above entitled and number matter with those cases entitled "In Re: Katrina Canal Breaches Consolidated Litigation" and transferring the case to Section "K"; that counsel was of the impression that once the case was transferred he was no longer required to submit memoranda regarding the jurisdictional issues; that he has made phone calls to the court inquiring whether the memoranda is still required; that he has been unable to obtain an answer to his question; and that in the event he is still required to submit the memoranda, he would ask this Honorable Court to allow him an additional week up

to and including Friday, November 23, 2007, within which to submit the memoranda.

        Respectfully Submitted,
        **Chehardy, Sherman, Ellis, Murray, Recile,**
           **Griffith, Stakelum & Hayes, LLP**

*/s/ George B. Recile*

_____
**GEORGE B. RECILE** (#11414)
One Galleria Boulevard, Suite 1100
Metairie, Louisiana   70001
Telephone:  (504) 833-5600
Facsimile:   (504) 833-8080
Attorney for **Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this **15th** day of **November, 2007**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ George B. Recile*
_____
**GEORGE B. RECILE**