UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * |
| PERTAINS TO: MRGO, BARGE <br>    No. 06-4389 <br>    No. 07-3500 | * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'s MEMORANDUM IN OPPOSITION TO CERTAIN PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL MEMORANDUM**

Defendant Washington Group International, Inc. ("WGII") respectfully submits this Memorandum in Opposition to Certain Plaintiffs' *Ex Parte* Motion for Leave to File Second Supplemental Memorandum. Although WGII is tempted to further address Mr. O'Dwyer's repeated, baseless attacks on the professionalism and integrity of its counsel, WGII will refrain from doing so at this time. There is absolutely no discrepancy between Ms. McEvoy's representations to the Court and the work that WGII was contracted to perform. WGII is confident that the Court, unlike Mr. O'Dwyer, knows the difference between engineering services for a flood protection structure and engineering services for the environmental remediation of a canal bank. For these reasons and those set forth in WGII's earlier memoranda,

900610v.1

the claims against WGII should be dismissed.

Dated:  November 15, 2007                                         Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group
International, Inc.
Of counsel
Adrian Wager-Zito
Julia E. McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Defendant Washington Group International, Inc.'s Memorandum in Opposition was served on all counsel of record by electronic notice via the Court's CM/ECF system on this 15th day of November, 2007.

/s/ William D. Treeby

900610v.1