UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION 05-4182 "K"(2)

JUDGE DUVAL

PERTAINS TO   06-7079 (Chambliss)(Only)

MAGISTRATE WILKINSON

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

On motion of plaintiffs, HAROLD L. CHAMBLISS and ALISA G. CHAMBLISS, and

defendant, Allstate Insurance Company, through undersigned counsel, and on suggesting to this

Honorable Court that the above entitled and numbered proceeding has been settled and compromised

and should be dismissed with prejudice at plaintiffs' costs;

Respectfully Submitted:
Nicaud, Sunseri & Fradella, LLC

LOZES & PONDER

_____
J. Douglas Sunseri (#19173)
Dawn Danna Marullo (#28011)
Svetlana "Lana" Crouch (#29814)
3000 18th Street
Metairie, LA 70002
Telephone: (504) 837-1304\
*Counsel for Plaintiffs*, Harold L. Chambliss
and Alisa G. Chambliss

_____
JEFFERY P. LOZES (#8921)
1010 Common Street, Suite 1700
New Orleans, Louisiana  70112
Telephone: (504) 581-4455
Facsimile: (504) 587-9408
*Counsel for Defendant*, Allstate Insurance
Company