UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION 05-4182 "K"(2)<br><br>JUDGE DUVAL |
| PERTAINS TO   06-7079 (Chambliss)(Only) | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the foregoing;

IT IS ORDERED by the Court that Harold L. Chambliss and Alisa G. Chambliss dismiss their suit against Allstate Insurance Company with prejudice at plaintiffs' costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE