UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLEEN JACOBS LEVY, | * | CIVIL ACTION NO.: 06-5733 |
| ET AL | * | |
| | * | SECTION: "C" |
| | * | |
| VERSUS | * | |
| | * | MAGISTRATE: (3) |
| AXIS SURPLUS INSURANCE | | |
| COMPANY, ET AL | | |

**************************************************************************

## PRELIMINARY WITNESS AND EXHIBIT LIST

Plaintiffs may call the following witnesses:

Darleen Jacobs Levy - Factual
823 St. Louis St.
New Orleans, LA

Nedra Wilson - Factual
828 St. Louis St.
New Orleans, LA

Bart Snow - Factual
828 St. Louis St.
New Orleans, LA

John Thomas - Factual
1515 Poydras Street
New Orleans, LA

William Laurendine - Factual
828 St. Louis St.
New Orleans, LA

Al Sarrat, Esq - Expert
823 St. Louis St.
New Orleans, LA

James I. Kotter, Jr. - Expert
1216 Florida St.
Mandeville, LA

Don Kotter, Sr. - Expert
1216 Florida St.
Mandeville, LA

Mark Dufour - Factual
1515 Poydras Street
New Orleans, LA

Barrie Byrnes - Factual
1300 Magazine St.
New Orleans, LA

Fathi Jerrise - Factual
2727 South Claiborne Ave.
New Orleans, LA

Any witness listed and/or used by any other party.

## EXHIBITS

Plaintiffs may use the following exhibits at trial:

1)   Photographs of 1300-02 Magazine St. And 2727 S. Claiborne Ave.

2)   Invoices from vendors and suppliers for repay of 1300-02 Magazine and 2727 S. Claiborne Ave.

3)   Cancelled checks;

4)   Payments of Axis on claims;

5)   Estimates and photos from James and Don Kotter;

6)   Any exhibit listed or used by any other party

                                                    Respectfully submitted,

                                                    S/*Darleen M. Jacobs*
                                                    DARLEEN M. JACOBS (#7208)
                                                    *A Professional Law Corporation*
                                                    823 St. Louis Street
                                                    New Orleans, Louisiana 70112
                                                    (504) 522-0155 and (504) 522-3287
                                                    Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of November, 2007 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:_____ and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:_____

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS
