AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 NOV 14 PM 12:38
LORETTA G. WHYTE
CLERK

RETURN

STATE OF LOUISIANA, individually and
on behalf of STATE OF LOUISIANA,
DIVISION OF ADMINISTRATION *EX REL* THE
HONORABLE CHARLES C. FOTI, JR., THE
ATTORNEY GENERAL FOR THE STATE OF
LOUISIANA

V.

THE UNITED STATES OF AMERICA
THROUGH THE ARMY CORPS OF
ENGINEERS

[*Relates to* MR-GO & *LEVEE cases*:
*In Re: Katrina* Canal Breaches Consolidated Litigation
Docket No. 05-4182, Section "K" (2)]

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5040

SECT. K MAG. 2

TO: **UNITED STATES OF AMERICA**
Through its Registered Agent:
U.S. Attorney General
U.S. Department of Justice
Civil Division
Room 3141
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Honorable Charles C. Foti,
Attorney General, State of Louisiana
1885 North Third Street, 6th Floor
Baton Rouge, Louisiana 70802

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE  AUG 29 2007

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9/12/07 via Reg. Mail |
| Name of SERVER (PRINT) Frank C. Dudenhefer, Jr. | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service made on United States thru its Registered Agent: U.S. Atty. Gen., U.S. Dept. of Justice by Registered Mail, Return Receipt Requested # RB 578 603 532 U.S. (See attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 12, 2007          [Signature]
            Date                        Signature of Server

601 Poydras St
Address of Server
St 2655
New Orleans, La. 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

the dudenhefer law firm,
a limited liability company

pan american life center
601 poydras street, suite 2655
new orleans, louisiana 70130
telephone 504 525 2553   telecopier 504 523 2508

frank c dudenhefer jr
attorney at law

Registered Mail

September 6, 2007

United States of America
Through its Registered Agent:
U.S. Attorney General
U.S. Department of Justice
Civil Division
Room 3141
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:   State of Louisiana, etc. v. The United States of America, etc., C.A. 07-5040
      State of Louisiana, etc. v. The United States of America, etc., C.A. 07-5226

Dear Mr. Acting Attorney General,

Enclosed please find Summons issued by the United States District Court for the Eastern District of Louisiana in connection with the captioned matters. Also enclosed is a copy of each Complaint as captioned

Very truly yours,

Frank C. Dudenhefer, Jr.

CC: Honorable Charles C. Foti, Jr
    All Co-Counsel of Record

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   USA
   Through it Reg. Agent.
   US Att. General
   US Dept of Justice (Civil Div)
   Rm 3141
   950 Pennsylvania Ave, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   SEP 12 2007   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  RB 578 603 532 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Registered No. RB578603532US

| Reg. Fee | $9.50 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $6.55 | Restricted Delivery | $0.00 |

Received by: _____

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic insurance up to $25,000 is included in the fee.
International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Frank Dudenhefer
      601 Poydras St Ste 2655
      New Orleans, La
      701-30

TO: US Attorney General
    US DOJ Civil Div
    Rm 3141 950 Pennsylvania Ave
    Washington, DC 20530-0001

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com