# APPENDIX OF SIMILAR CLASS ACTIONS FILED IN THE PRIOR THREE YEARS

| CASE | CLASS DEFINITION | FACTUAL ALLEGATIONS | RELIEF SOUGHT |
|---|---|---|---|
| *Abadie v. Aegis Sec. Ins. Co.*, (2:06-cv-05164-SRD-JCW, E.D. La.) | "All property owners in the State of Louisiana, whose property was destroyed or damages by winds generated by Hurricane Katrina, and who at the time of the loss had in effect homeowner's insurance policies from any of the Insurance Company Defendants." (¶ 9(a)) | Property damage caused by wind, surge, levee failure, and not flood. (¶¶ 1, 3, 9, 12, 26-32, 47)<br><br>Plaintiffs entitled to recover under all risk policy. (¶¶ 37, 39, 41, 45)<br><br>Plaintiffs entitled to recover under Valued Policy Law. (¶¶ 77-82) | Full reimbursement, punitive damages, penalties, interest, fees, and costs. (¶¶ 52, 64, 75, 82, 90(3)) |
| *Aguilar v. Allstate Fire and Casualty Ins. Co.*, (2:06-cv-04660-MLCF-SS, E.D. La.) | "All immovable property owners in the State of Louisiana who were issued a property, business, commercial and/or flood insurance policy by the named defendants and whose policy was in full force and effect at the time of the covered event and who made a claim for benefits under said policy to address the physical damages to their property which was damages as a result of Hurricane Katrina and its aftermath." (¶ 3) | Property damage caused by wind, surge, and levee failure. (¶ 10) | Full reimbursement, emotional distress, penalties, fees, and costs. (¶¶ 23, 31) |

1

899269v.1

| | | |
|---|---|---|
| *Austin v. Allstate Fire and Casualty Co.*, (2:06-cv-05383-SRD-JCW, E.D. La.) | "All property owners in the State of Louisiana, whose property was destroyed or damages by winds generated by Hurricane Katrina, and who at the time of the loss had in effect homeowner's insurance policies from any of the Insurance Company Defendants." (¶ 9(a)) | Property damage caused by wind, storm surge, levee failure, and not flood.. (¶¶ 3, 9, 12, 25-33, 47, 56, 68, 70-71) <br><br> Plaintiffs entitled to recover under all risk policy. (¶¶ 11, 37, 39, 41, 45, 49-52, 54, 78-79, 85) <br><br> Plaintiffs entitled to recover under Valued Policy Law. (¶ 77-82) | Full reimbursement, punitive damages, penalties, interest, fees, and costs. (¶¶ 52, 64, 75, 82, 90) |
| *Caruso v. Allstate Ins. Co.*, (2:06-cv-02613-SSV-ALC, E.D. La.) | "All persons who have afforded homeowner's insurance by a defendant herein who suffered a total loss of their insured property in whole or in part as a result of a covered loss as a result of Hurricane Katrina's passage through the State of Louisiana on or about August 29, 2005." (¶ IV(2)) | Property damage caused by wind and not flood. (¶ III) <br><br> Plaintiffs entitled to recover under Valued Policy Law. (¶ II) | Full reimbursement, penalties, interest, fees, costs. (¶ II, VII) |

899269v.1

| Case | Class Definition | Claims | Damages |
|---|---|---|---|
| *Chauvin v. State Farm Fire and Cas. Co.*, (2:05-cv-06454-SSV-ALC, E.D. La.) | "All owners of immovable property located in the State of Louisiana and in the parishes affected by Hurricane Katrina, who had in place on August 29, 2005 a fire (homeowner's) insurance policy with State Farm Fire and Casualty Company, who sustained a covered loss of, or damage to, such property, and such property was rendered a total loss as a result of Hurricane Katrina." (¶ V) (emphasis omitted) | Property damage caused by wind. (¶ XIII)<br><br>Plaintiffs entitled to recover under Valued Policy Law. (¶ VII) | Full reimbursement, interest, and costs. (¶¶ XIX, XXI) |
| *Chehardy v. Wooley*, (3:05-cv-01140-FJP-CN, M.D. La.) | "[A]ll persons or entities who were on August 29, 2005 owners of immovable property with improvements located thereon, all said property being located in the Parishes of Orleans and Jefferson, State of Louisiana, all of which property sustained damage as a result of the catastrophic events of August 29, 2005 and the following days . . . ." (¶ IX) | Property damage caused by levee failure, and not flood. (¶¶ IV-V, X-XIII, XVI) | Full reimbursement. (¶ XVI) |

899269v.1

| Case | Class Definition | Damage Alleged | Relief Sought |
|---|---|---|---|
| *Chetta v. State Farm Fire and Casualty Co.*, (2:06-cv-04662-ML-SS, E.D. La.) | "All immoveable property owners in the State of Louisiana who were issued a property, business, commercial, and/or flood insurance policy by the named defendants and whose policy was in full force and effect at the time of the covered event and who made a claim for benefits under said policy to address the physical damages to their property which was damages as a result of Hurricane Katrina and its aftermath." (¶ 3) | Property damage caused by wind, storm surge, levee failure. (¶ 10) | Full reimbursement, emotional distress, punitive damages, penalties, interest, fees, and costs. (¶ 31) |
| *Crespo v. Liberty Mut. Fire Ins. Co.*, (2:06-cv-04667-LMA-SS, E.D. La.) | "All immovable property owners in the State of Louisiana who were issued a property, business, commercial and/or flood insurance policy by the named defendants and whose policy was in full force and effect at the time of the covered event and who made a claim for benefits under said policy to address the physical damages to their property which was damages as a result of Hurricane Katrina and its aftermath." (¶ 3) | Property damage caused by wind, storm surge, and levee failure. (¶ 10) | Full reimbursement, emotional distress, punitive damages, penalties, interest, fees, and costs. (¶ 31) |

899269v.1

| | | | |
|---|---|---|---|
| *Hamner v. State Farm Fire and Casualty Co.,* (2:06-cv-09152-SRD-JCW, E.D. La.) | Plaintiff, who alleges that he was covered under a State Farm renter's policy and that he suffered *personal property loss as a result* of Hurricane Katrina and "all others similarly situated." | Property damage caused by wind, levee failure, and not flood. (¶¶ II, V, VII, XIX-XX, XXII) Plaintiffs entitled to recover under Valued Policy Law. (¶ XI) | Full reimbursement, penalties, and fees. (¶¶ XI, XV, XVII) |
| *Henry v. Allstate Ins. Co.,* (2:07-cv-01738-MLCF-ALC, E.D. La.) (*Henry II*) | "All holders of homeowner's policies issued by Allstate Insurance Company, or any of its subsidiaries, for property located in the State of Louisiana who suffered damages as a result of Hurricanes Katrina and Rita." (¶ XVI) | Property damage caused by wind and not flood. (¶¶ IX-X) Improper claims adjustment. (¶¶ XX-XXXIV) | Full reimbursement, penalties, fees, costs. (¶¶ XII, XIV, XXXIV, XXXVIII) |
| *In re: Katrina Canal Breaches Consolidated Litigation* (2:05-cv-04182-SRD-JCW, E.D. La.) (Insurance Master Consolidated Class Action Complaint) | Homeowner's Policy Class: "[A]ll persons who owned property within the State of Louisiana which property was damaged or destroyed by or as a proximate result of winds associated with Hurricane Katrina, and who at the time of the loss had in effect an All-Risk homeowner's insurance policy issued by one of the Defendants." (¶ 48) Renter's Class: "[A]ny and all renters insured under the HO-4 and also the Travelers | Property damage caused by wind, levee failure (negligence), storm surge, and not flood. (¶¶ 23, 33, 37-38, 43-45, 57, 59, 65, 69, 87, 104, 109, 114, 117, 124, 129, 133, 142, 144-45, 147, 162, 164, 167, 177-78, 191, 193-94) Plaintiffs entitled to recover under Valued Policy Law. (¶¶ 58, 70-71, 135, 163) | Full reimbursement, punitive damages, penalties, interest, fees, costs. (¶¶ 35, 75, 82, 92, 100, 130-31, 143, 167, 173, 186, 199) |

5

899269v.1

| | | |
|---|---|---|
| | homeowner's policy HO-3, whose language relating to exclusions in materially identical." (¶ 101)<br><br>Renter's Class: "[A]ll Louisiana residents who were covered for damage or loss to personal property under one or more policies of insurance issued by Travelers (including all parents, sisters, subsidiaries, or affiliated insurance companies) which policy applied to renters and was in effect on August 29, 2005." (¶ 122)<br><br>Commercial Class: "All owners and operators of for-profit and not-for-profit commercial entities and organizations in the state of Louisiana, whose real property was destroyed or damages and who sustained loss of business personal property, income and/or revenue, all as a result of winds and other perils generated by Hurricane Katrina, and who at the time of the loss had in effect and "All Risk" policy of insurance from one or more of the Commercial Defendants." (¶ 147) | Plaintiffs entitled to recover under all risk policy. (¶¶ 23, 25, 39, 45-46, 48, 57, 59-60, 67-68, 75, 82, 120, 133, 139, 147, 149, 162, 165, 169, 173) |

6

899269v.1

| | | |
|---|---|---|
| *Kiefer v. Allstate Ins. Co.,* (2:06-cv-05370-SRD-JCW, E.D. La.) | "All property owners in the State of Louisiana, whose property was destroyed or damages by winds generated by Hurricane Katrina, and who at the time of the loss had in effect homeowner's insurance policies from any of the Insurance Company Defendants." (¶ 9) | Property damage caused by wind, storm surge, levee failure, and not flood. (¶¶ 3, 24-33, 47, 57)<br><br>Plaintiffs entitled to recover under all risk policy. (¶¶ 11, 15, 37-42, 45, 49-52, 54, 78) | Full reimbursement, punitive damages, interest, fees, and costs. (¶¶ 3, 52, 64, 75, 82, 90) |
| *Maynard v. St. Paul Travelers Cos.,* (2:06-cv-11385-SRD-JCW, E.D. La.) | "All Louisiana residents who were covered for damage or loss to personal property under one or more policies of insurance issued by Travelers (including all parents, sisters, subsidiaries, or affiliated insurance companies) in effect on August 29, 2005 . . . ." (¶ II) | Property damage caused by levee failure and not flood. (¶ XI) | Full reimbursement, penalties, fees. (¶¶XVI) |
| *Terrebonne v. Allstate Ins. Co.,* (2:06-cv-04697-SSV-ALC, E.D. La.) | "All owners of immovable property located in the State of Louisiana and in the parishes affected by Hurricane Katrina, who had in place on August 29, 2005 a fire (homeowner's) insurance policy, who sustained a covered loss of, or damage to, such property, and such property was rendered a total loss." (¶ V) (emphasis omitted) | Property damage caused by wind, storm surge, and levee failure. (¶ XIII)<br><br>Plaintiffs entitled to recover under Valued Policy Law. (¶ VII) | Full reimbursement, costs. (¶ XX, XXII) |

7

899269v.1

| | | |
|---|---|---|
| *Turk v. Louisiana Citizens Property Ins. Corp.*, (6:06-cv-00144-RTH-CMH, W.D. La.) | "Anyone who purchased a homeowner's insurance policy and suffered a total loss with respect to their Louisiana home, any part of which was attributable to wind damage from Hurricane Rita, and was not paid the face value of their policy." (¶ IX) | Property damage caused by wind (¶ VI, XV)<br><br>Plaintiffs entitled to recover under Valued Policy Law. (¶ VII) | Full reimbursement, penalties, fees, interest, costs. (¶ XVI, XX-XXI, XXV) |
| *Wallace v. La. Citizens Prop. Ins. Corp.*, (2:06-cv-00114-ML-SS 4, E.D. La.) | "All owners of immovable property located in the State of Louisiana and in the parishes affected by Hurricane Katrina, who had in place on August 29, 2005 a fire (homeowner's) insurance policy with one of the named Louisiana defendants, who sustained a covered loss of, or damage to, such property, and such property was rendered a total loss as a result of Hurricane Katrina." (¶ III) (emphasis omitted) | Property damage caused by wind. (¶ X)<br><br>Plaintiffs entitled to recover under Valued Policy Law. (¶ V) | Full reimbursement, interest, and costs. (¶¶ XVI-XVII) |

| | | |
|---|---|---|
| *Williams v. State Farm and Casualty Co.*, (2:06-cv-02919-SRD-JCW, E.D. La.) | "[A]ll owners in the Parishes of Jefferson, Orleans, Plaquemines, St. Bernard and St. Tammany, State of Louisiana, who own immovable property with improvements, principally houses or related residential structures, as well as personal property located there, which was destroyed or damages by winds generated by Hurricane Katrina resulting in total loss and not fully reimbursed by their insurance companies, but excluding members of the judiciary, their administrative staff and any other personnel who may cause a member of the Louisiana judiciary to be unable to preside over this action." (¶ 13) | Property damage caused by wind, storm surge, and not flood. (¶ 2, 39)<br><br>Plaintiffs entitled to recover under all risk policy. (¶¶ 2, 15, 18, 28-30, 39, 43)<br><br>Plaintiffs entitled to recover under Valued Policy Law. (¶¶ 2, 12, 36, 39, 41) | Full reimbursement, interests, fees, and costs. (¶¶ 36, 47) |

899269v.1