# United States District Court

EASTERN DISTRICT OF LOUISIANA

## RETURN

Frank Cina, et al.

V.

The United States of America, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4944, Sec. K, Mag. 2

TO: (Name and address of defendant)

The United States of America, through Paul Clement, acting Attorney General

United States Department of Justice

950 Pennsylvania Ave. NW

Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID V. BATT, #2849
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK        **LORETTA G. WHYTE**

DATE        AUG 2 9 2007

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/11/07 |
| Name of SERVER (PRINT) Toni A. Cacibauda | TITLE Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By certified mail, return receipt requested 10/11/07 Art # 7002 0510 0000 8316 5633

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/11/07
            Date

Signature of Server

LOBMAN, CARNAHAN, BATT ANGELLE & NADER
400 POYDRAS ST., STE 2300
NEW ORLEANS, LA. 70130
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.