UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § | CIVIL ACTION: 05-4182 |
| | | JUDGE DUVAL |
| PERTAINTS TO: LEVEE, MRGO (07-4944) | | MAG. WILKINSON |

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, personally appeared: TONI A. CACIBAUDA of the law firm, Lobman, Carnahan, Batt, Angelle & Nader, 400 Poydras Street, Suite 2300, New Orleans, Louisiana 70130, who after being duly sworn, said that on October 11, 2007, she served copies of the Summons and Complaint against The United States of America in this action in accordance with rule 4 of the Federal Rules of Civil Procedure, by mailing the process to:

      The United States of America

      Through Paul Clement, Acting Attorney General

      United States Department of Justice

      950 Pennsylvania Avenue

Washington, DC  20530-0001

enclosed in an envelope deposited in the United States mail by certified mail, return receipt requested, on said date, properly addressed with sufficient postage affixed, and that she received the certified domestic postal return receipt, attached hereto as Exhibit "A", indicating delivery of same.

_____
TONI A. CACIBAUDA

Sworn to and subscribed before me
this 6th day of November, 2007.

_____
NOTARY PUBLIC

**James J. Young, IV**
**Bar Roll # 25941**