**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 243 | NED-243-000000001 | NED-243-000000203 | USACE; MVD; MVN; Engineering Division; Civil Branch | William Landry | KC244 | 11/16/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Maps for LVPHPP and Chalmette Area Plan |
| NCS | 003 | NCS-003-000000145 | NCS-003-000000146 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC245 | 11/16/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1438) from Sept 2007 Review and Select Production |
| NCS | 003 | NCS-003-000000153 | NCS-003-000000156 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC245 | 11/16/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1438) from Sept 2007 Review and Select Production |
| NCS | 003 | NCS-003-000000160 | NCS-003-000000160 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC245 | 11/16/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1438) from Sept 2007 Review and Select Production |
| NCS | 004 | NCS-004-000001092 | NCS-004-000001093 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC245 | 11/16/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1439) from Sept 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 005 | NCS-005-000000173 | NCS-005-000000173 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC245 | 11/16/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1440) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000001148 | NCS-007-000001148 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC245 | 11/16/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000001159 | NCS-007-000001159 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC245 | 11/16/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000001604 | NCS-008-000001604 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC245 | 11/16/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |