UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE<br>Aguilar C.A. No. 07-4852<br>_____ | *<br>*<br>*<br>* | JUDGE:  DUVAL |
| CAROL TREITLER-FIFE and<br>DAVID FIFE | *<br>*<br>* | MAGISTRATE:  WILKINSON |
| VERSUS | *<br>* | |
| ALLSTATE INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiff, CAROL TREITLER-FIFE and DAVID FIFE against ALLSTATE INSURANCE COMPANY be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __16th__ day of _____November_____, 2007.

_____
UNITED STATES DISTRICT JUDGE