UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| _____ | * * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Vanderbrook*, No. 05-6323 | * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT HANOVER INSURANCE COMPANY'S MOTION FOR ENTRY OF FINAL JUDGMENT REGARDING JAMES CAPELLA

Pursuant to Federal Rule of Civil Procedure 58(d), Defendant Hanover Insurance Company ("Hanover") respectfully moves for entry of final judgment in its favor in the *Vanderbrook* case, in accordance with the August 2, 2007 opinion of the United States Court of Appeals for the Fifth Circuit. The grounds for this motion, which are more fully stated in the accompanying memorandum of law, are that the Fifth Circuit's decision, which overturned this Court's denial of Hanover's motion for judgment on the pleadings, is fully dispositive of this case.

WHEREFORE, for all of the foregoing reasons, Hanover Insurance Company requests that this Honorable court enter a final judgment in favor of Hanover.

Respectfully submitted,

/s/ Seth A. Schmeeckle_____
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,

RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:      (504) 568-1990
Facsimile:       (504) 310-9195

and

Paul E. B. Glad (pro hac vice)
Kevin P. Kamraczewski (pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for Hanover Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

**All known counsel of record**

by operation of the court's electronic filing system.

s/Seth A. Schmeeckle
Seth A. Schmeeckle, La. Bar No. 27076