UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Vanderbrook*, No. 05-6323 | * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT HANOVER INSURANCE COMPANY'S MOTION FOR EXPEDITED CONSIDERATION ON MOTION FOR ENTRY OF FINAL JUDGMENT REGARDING JAMES CAPELLA

NOW INTO COURT, comes defendant, Hanover Insurance Company and request expedited consideration of the Motion for Entry of Final Judgment Regarding James Capella (Rec. Doc. 9073) to preserver resources. The issues contained in this motion are identical to the motion filed by The Standard Fire Insurance Company (Rec. Doc. 8051) which were orally argued before this Honorable Court on October 31, 2007. In fact, this motion arises out of the same litigation as the litigation involving Standard Fire. Hanover presents no new arguments, and simply seeks the same relief that Standard Fire requested.

WHEREFORE, for the foregoing reasons, Hanover Insurance Company requests that this Honorable Court enter and order granting Hanover's Motion for Expedited Consideration on Motion for Entry of Final Judgment regarding James Capella.

-1-

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar #  24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195

and

Paul E. B. Glad (pro hac vice)
Kevin P. Kamraczewski (pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for Hanover Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to:

**All known counsel of record**

by operation of the court's electronic filing system.

s/Seth A. Schmeeckle
Seth A. Schmeeckle, La. Bar No. 27076