UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Vanderbrook*, No. 05-6323 | * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Expedited Consideration on Motion for Entry of Final Judgment;

IT IS HEREBY ORDERED that Hanover Insurance Company's Motion for Expedited Consideration on Motion for Entry of Final Judgment is granted.

New Orleans, Louisiana this _____ day of November, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

-1-