UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE *Vanderbrook*, No. 05-6323 | * * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT HANOVER INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF ITS RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS REGARDING MADELINE GRENIER**

MAY IT PLEASE THE COURT:

Pursuant to Fed. R. Civ. P. 12(c), Defendant, Hanover Insurance Company ("Hanover"), hereby renews its Motion for Judgment on the Pleadings in *Richard Vanderbrook et al. v. State Farm Fire & Cas. Co., et al.*, Civil Action No. 05-6323, as to the claims of Madeleine Grenier, and in accordance with the August 2, 2007 opinion of the United States Court of Appeals for the Fifth Circuit in this case.  As grounds for this motion, Hanover respectfully submits as follows:

1. On June 15, 2006, Hanover filed a motion for judgment on the pleadings in *Richard Vanderbrook et al. v. State Farm Fire & Cas. Co., et al.*, Civil Action No. 05-6323, with respect to the claims of Plaintiff James Capella.  (Civ. A. No. 05-4182, Rec. Doc. 568).

2. This Court heard oral argument on Hanover's motion for judgment on the pleadings with respect to the claims of Plaintiff James Capella (and others) on August 25, 2006.

3. At oral argument, Hanover moved to include the claims of Madeleine Grenier (improperly named as Sophia Grenier) in its motion for judgment on the pleadings. This Court orally granted Hanover's oral motion.

4. On November 27, 2006, this Court issued an Order and Reasons denying Hanover's motion for judgment on the pleadings. The Court certified its orders for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). (Civ. A. No. 05-4182, Rec. Doc. 1803.)

5. Hanover and various other defendants sought leave to appeal from this Court's November 27, 2006 Order. The United States Court of Appeals for the Fifth Circuit granted leave to appeal and heard the appeal on an expedited basis. (Civ. A. No. 05-4182, Rec. Docs. 3200, 3560.)

6. The Fifth Circuit issued its opinion in the interlocutory appeal on August 2, 2007. The Fifth Circuit's judgment, issued as its mandate, was docketed in this Court on August 29, 2007. The judgment attached the August 2, 2007 opinion. (Civ. A. No. 05-6323, Rec. Doc. 47.)

7. The Fifth Circuit ordered that: "With respect to the *Vanderbrook* action, the district court's grant of State Farm's motion for judgment on the pleadings is AFFIRMED. The denial of the motions for judgment on the pleadings filed by Hanover and Standard Fire is VACATED and REMANDED." (Id., at 45.) This case was remanded "for further proceedings consistent with this opinion." (Id.)

8. The Fifth Circuit's August 2, 2007 opinion further states in footnote 3:

> At oral argument before the district court, a copy of Madeline Grenier's policy with Hanover that contains only the odd numbered pages was inserted into the record. Because the copy of the policy in the record is incomplete, we cannot adequately review it. Consequently, we leave it to the district court on remand to obtain a copy of the entire policy and to interpret it consistently with this opinion.

(Civ. A. No. 05-6323, Rec. Doc. 47.)

9.     Hanover has since obtained a complete, certified copy of Madeline Grenier's insurance policy which is attached hereto as Exhibit "A."

10.    In view of the Fifth Circuit's decision in this matter and now that the record is complete with respect to Madeline Grenier's insurance policy, Hanover is entitled to judgment on the pleadings with respect to Madeline Grenier's claims.  As noted in the Fifth Circuit's August 2, 2007 opinion, there is no coverage for Madeline Grenier's claims.

11.    Accordingly, and as set forth more fully in Hanover's previously filed motion for judgment on the pleadings and its supporting memorandum of law, Hanover's motion for judgment on the pleadings should be granted.  (Civ. A. No. 05-4182, Rec. Doc. 568).

## CONCLUSION

For all of the foregoing reasons, Hanover asks this Court to grant its previously filed motion for judgment on the pleadings with respect to Madeline Grenier's claims.

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:     (504) 310-9195

and

Paul E. B. Glad (pro hac vice)
Kevin P. Kamraczewski (pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for Hanover Insurance Company

-4-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of November 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to:

**All known counsel of record**

by operation of the court's electronic filing system.

                                                s/Seth A. Schmeeckle
                                                Seth A. Schmeeckle, La. Bar No. 27076