**The Hanover Insurance Group**

# INFLATION GUARD ENDORSEMENT

At each anniversary date, the limits shown on the Declarations Page for Coverages A, B, C and D, if applicable, may be changed. The new limits will reflect current costs in the area where the **RESIDENCE PREMISES** is located. These costs will be determined by an appraisal firm.

Increases will be applied quarterly during the policy term. Your limits will never be lowered without your permission. This endorsement does not change the requirements of the Coinsurance Clause if it applies.

All other provisions of this policy apply.


231-0600 (4-83)

![The Hanover Insurance Group logo]

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SPECIAL PROVISIONS - LOUISIANA

## SECTION I - PROPERTY COVERAGES
## COVERAGE C - PERSONAL PROPERTY
**SPECIAL LIMITS OF LIABILITY**

Items **10.** and **11.** are deleted and replaced by the following (these are Items **7.** and **8.** in Form **HO 00 08**):

10. $1,000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

    a. Accessories or antennas; or

    b. Tapes, wires, records, discs or other media;

    for use with any electronic apparatus described in this Item **10.**

11. $1,000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

    a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

    b. Is away from the "residence premises"; and

    c. Is used at any time or in any manner for any "business" purpose.

    Electronic apparatus includes:

    a. Accessories and antennas; or

    b. Tapes, wires, records, discs or other media;

    for use with any electronic apparatus described in this Item **11.**

**PROPERTY NOT COVERED**

Item **3.b.** is deleted and replaced by the following:

3. Motor vehicles or all other motorized land conveyances. This includes:

    b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

       (1) Accessories or antennas; or

       (2) Tapes, wires, records, discs or other media;

       for use with any electronic apparatus described in this Item **3.b.**

    The exclusion of property described in **3.a.** and **3.b.** above applies only while the property is in or upon the vehicle or conveyance.

    We do cover vehicles or conveyances not subject to motor vehicle registration which are:

    a. Used to service an "insured's" residence; or

    b. Designed for assisting the handicapped;

## COVERAGE D - LOSS OF USE

For all forms other than **HO 00 04** and **HO 00 06**, Item **1.** is deleted and replaced by the following:

1. If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

For Forms **HO 00 04** and **HO 00 06**, Item **1.** is deleted and replaced by the following:

1. If a loss by a Peril Insured Against under this policy to covered property or the building containing the property makes the "residence premises" not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the shortest time required to repair or replace the damage, or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**ADDITIONAL COVERAGES**

2. **Reasonable Repairs** is deleted and replaced by the following:

2. **Reasonable Repairs**

   We will pay the reasonable cost incurred by you for necessary repairs made solely to protect covered property from further damage if a Peril Insured Against causes the loss. This coverage does not increase the limit of liability that applies to the property being repaired.

6. **Credit Card, Fund Transfer Card, Forgery And Counterfeit Money** is deleted and replaced by the following:

6. **Credit Card, Fund Transfer Card, Forgery And Counterfeit Money**

   We will pay up to $500 for:

   a. The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

   b. Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

   c. Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

   d. Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

   We do not cover use of a credit card or fund transfer card:

   a. By a resident of your household;

   b. By a person who has been entrusted with either type of card; or

   c. If an "insured" has not complied with all terms and conditions under which the cards are issued.

   All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

   We do not cover loss arising out of "business" use or dishonesty of an "insured".

   This coverage is additional insurance. No deductible applies to this coverage.

   Defense:

   a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when our limit of liability for the loss has been exhausted by payment of a judgment or settlement.

   b. If a suit is brought against an "insured" for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

   c. We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under the Forgery coverage.

9. **Glass or Safety Glazing Material** is deleted and replaced by the following:

9. **Glass Or Safety Glazing Material**

   a. We cover:

   (1) For all forms other than **HO 00 04** and **HO 00 06**, the breakage of Glass Or Safety Glazing Material which is part of a covered building, storm door or storm window, and for:

   (a) Form **HO 00 04**, the breakage of Glass Or Safety Glazing Material which is part of a building, storm door or storm window, and covered as Building Additions And Alterations; and

   (b) Form **HO 00 06**, the breakage of Glass Or Safety Glazing Material which is part of a building, storm door or storm window, and covered under Coverage A; and

   (2) For all forms other than **HO 00 04** and **HO 00 06**, the breakage, caused directly by Earth Movement, of Glass Or Safety Glazing Material which is part of a covered building, storm door or storm window, and for:

   (a) Form **HO 00 04**, the breakage, caused directly by Earth Movement, of Glass Or Safety Glazing Material which is part of a building, storm door or storm window, and covered as Building Additions And Alterations; and

   (b) Form **HO 00 06**, the breakage, caused directly by Earth Movement, of Glass Or Safety Glazing Material which is part of a building, storm door or storm window, and covered under Coverage A; and

   (3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

   b. This coverage does not include loss:

   (1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

   (2) On the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in a.(2) above. A dwelling being constructed is not considered vacant.

Loss to glass covered under this Additional Coverage 9. will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

For Forms **HO 00 01** and **HO 00 08**, we will pay up to $100 for loss under this coverage.

This coverage does not increase the limit of liability that applies to the damaged property.

(This is Additional Coverage 8. in Forms **HO 00 01** and **HO 00 08**.)

The following Additional Coverage is added to all forms except **HO 00 08**. With respect to Form **HO 00 04**, the words 'covered building' used below, refer to property covered under Additional Coverage 10. Building Additions And Alterations.

**11. Ordinance Or Law**

  a. You may use up to 10% of the limit of liability that applies to Coverage A (or for Form **HO 00 04**, you may use up to 10% of the limit of liability that applies to Building Additions And Alterations) for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

  (1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

  (2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

  (3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

  b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

  c. We do not cover:

  (1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

  (2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

  Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

(This is Additional Coverage 10. in Forms **HO 00 01** and **HO 00 06**.)

**SECTION I - EXCLUSIONS**

**1. Ordinance or Law** is deleted and replaced by the following:

1. Ordinance Or Law, meaning any ordinance or law:

  a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion 1.a. in all forms other than **HO 00 03**, 1.a.(1) in Form **HO 00 03**, does not apply to the amount of coverage that may be provided for under Additional Coverages, Glass Or Safety Glazing Material or Ordinance Or Law;

  b. The requirements of which result in a loss in value to property; or

  c. Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

  Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion applies whether or not the property has been physically damaged.

(This is Exclusion 1.a. in Form **HO 00 03**.)

**2. Earth Movement** is deleted and replaced by the following:

2. Earth Movement, meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

  a. Fire; or

  b. Explosion;

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

(This is Exclusion **1.b.** in Form **HO 00 03**.)

4. **Power Failure** is deleted and replaced by the following:

4. Power Failure, meaning the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure of power or other utility service results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss or damage caused by that Peril Insured Against.

(This is Exclusion **1.d.** in Form **HO 00 03**.)

8. **Intentional Loss** is deleted and replaced by the following:

8. Intentional Loss, meaning any loss arising out of any act committed:
   a. With respect to loss caused by fire;
      (1) By or at the direction of the "insured"; and
      (2) With the intent to cause a loss.
   b. With respect to loss caused by a peril other than fire and with respect to all "insureds" covered under this policy;
      (1) By you or at your direction; and
      (2) With the intent to cause a loss.

(This is Item **1.h.** in Form **HO 00 03**.)

## SECTION I - CONDITIONS

3. **Loss Settlement**

   Under Forms **HO 00 02** and **HO 00 03**, Item **b.(1)(b)** is deleted and replaced by the following:

   (b) The replacement cost of that part of the building damaged with material of like kind and quality; or

   Under Form **HO 00 06**, Item **b.(2)** is deleted and replaced by the following:

   (2) If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

9. **Our Option** is deleted and replaced by the following:

9. **Our Option**

   If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

10. **Loss Payment** is deleted and replaced by the following:

10. **Loss Payment**

    We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. The undisputed portion of the loss will be payable within 30 days after we receive your proof of loss.

12. **Mortgage Clause**

    The following sentence is deleted:

    If the policy is cancelled or not renewed by us, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

    The following sentences are added to replace the above:

    If this policy is cancelled by us, the mortgagee will be notified:

    a. At least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

    b. At least 30 days before the date cancellation takes effect if we cancel for any other reason.

    If the policy is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

## SECTION II - LIABILITY COVERAGES

Under **Coverage E - Personal Liability**, Items **1.** and **2.** are deleted and replaced by the following:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

## SECTION II - EXCLUSIONS

Under **1. Coverage E - Personal Liability** and **Coverage F - Medical Payments To Others**, Item **a.** is deleted and replaced by the following in all forms and Endorsement **HO 24 73**:

a. With respect to loss caused by fire;
   (1) Which is expected or intended by the "insured" even if the "bodily injury" or "property damage":
       (i) Is of a different kind, quality, or degree than initially expected or intended; or
       (ii) Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this Exclusion **1.a.(1)** does not apply to "bodily injury" resulting from the use of reasonable force by the "insured" to protect persons or property.

b. With respect to loss caused by a peril other than fire and with respect to all "insureds" covered under this policy;

(1) Which is expected or intended by one or more "insureds" even if the "bodily injury" or "property damage":

(i) Is of a different kind, quality, or degree than initially expected or intended; or

(ii) Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this Exclusion **1.b.(1)** does not apply to "bodily injury" resulting from the use of reasonable force by one or more "insureds" to protect persons or property.

**SECTION II - CONDITIONS**

6. Suit Against Us does not apply.

**SECTIONS I AND II - CONDITIONS**

2. **Concealment or Fraud** is deleted and replaced by the following:

2. **Concealment Or Fraud**

a. Under Section I - Property Coverages:

(1) With respect to loss caused by fire, we do not provide coverage to the "insured" who, whether before or after a loss, has:

(a) Intentionally concealed or misrepresented any material fact or circumstance;

(b) Engaged in fraudulent conduct; or

(c) Made false statements;

relating to this insurance.

(2) With respect to loss caused by a peril other than fire and with respect to all "insureds" covered under this policy, we provide no coverage for loss under Section I - Property Coverages if, whether before or after a loss, one or more "insureds" have:

(a) Intentionally concealed or misrepresented any material fact or circumstance;

(b) Engaged in fraudulent conduct; or

(c) Made false statements;

relating to this insurance.

b. Under Section II - Liability Coverages, we do not provide coverage to one or more "insured" who, whether before or after a loss, have:

(1) Intentionally concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

c. However, if the conduct specified under **a.** or **b.** above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if known to us would have caused us not to issue the policy, coverage will only be denied if the conduct was committed with the intent to deceive.

5. **Cancellation**

Paragraphs **b.**, **c.** and **d.** are deleted and replaced by the following:

b. The following applies with respect to premium payments due on new and renewal policies, including installment payments:

(1) If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs (2) and (3) below.

(2) We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

(3) The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

c. The following applies if **b.** above does not apply.

We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1) When you have not paid the premium, regardless of the period of time this policy has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in Item c.(5) below, we may cancel:

   (a) If there has been a material misrepresentation of fact with the intent to deceive:

      (1) In the procurement of the contract; or

      (2) At any other time since the policy was issued;

      which if known to us would have caused us not to issue the policy; or

   (b) If the risk has changed substantially since the policy was issued.

   This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of:

   (a) More than one year; or

   (b) Three years or less;

   we may cancel for any reason at anniversary by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

(5) When this policy has been in effect and renewed for more than three years, we may cancel for any one of the following:

   (a) If you have committed fraud with the intent to deceive:

      (1) In the procurement of the contract; or

      (2) At any other time since the policy was issued;

   (b) If the insured risk has undergone a material change;

   (c) If you have filed two or more claims within three years; or

   (d) If the continuation of this policy endangers our solvency.

   This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

   We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

d. If this policy is cancelled, we will return any premium refund due, subject to Paragraphs (1), (2) and (3) below. The cancellation will be effective even if we have not made or offered a refund.

   (1) If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect. The return premium shall be computed on a pro rata basis, subject to the minimum premium requirements.

   (2) If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect. We will send the refund to you unless (3) below applies.

   (3) If we cancel based on Paragraph b. above, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in b.(3). If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

6. **Nonrenewal** is deleted and replaced by the following:

6. **Nonrenewal**

   a. We may elect not to renew this policy, subject to the provisions of Paragraphs **b.** and **c.** below. We may do so by delivering to you and any other known person shown by the policy to have an interest in any loss which may occur thereunder or mailing to you at your mailing address shown in the Declaration and to any other known person shown by the policy to have an interest in any loss which may occur thereunder, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

   b. If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

   (1) When you have not paid the premium;

   (2) If you have committed fraud;

   (3) If the insured risk has undergone a substantial change;

   (4) If you have filed two or more claims within three years; or

   (5) If the continuation of this policy endangers our solvency.

   c. We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been in effect with us, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

8. **Subrogation**

   The following paragraph is added:

   If we pay an "insured" for a loss caused by another "insured" who intentionally commits, or directs another to commit, any act that results in loss by fire, the rights of the "insured" to recover damages from the "insured" who intentionally committed, or directed another to commit, such an act are transferred to us to the extent of our payment. The "insured" may not waive such rights.

All other provisions of this policy apply.

The Hanover Insurance Group.

## LEAD POISONING EXCLUSION

Under Section II - Exclusions, Item 2. Coverage E - Personal Liability, Exclusion g. is added:

g. Bodily injury or property damage caused by an occurrence of lead poisoning arising out of any of the following:
   (1) Arising from any portion of an insured location;
   (2) Arising from the appliances, furnishings and fixtures, including plumbing fixtures, owned by an insured and contained in or on a residential dwelling, apartment unit or other structure described in (1) above.

This Exclusion applies separately to each insured location and includes all areas within the boundaries of the location or property including soil. This Exclusion applies to the lead poisoning of any resident, guest, tenant or other person regardless of the age of the resident, guest, tenant or other person and regardless of the age of the building or buildings at the insured location.

231-1340 (12-91)

The Hanover Insurance Group

## NO SECTION II - LIABILITY COVERAGES FOR
## HOME DAY CARE BUSINESS
## LIMITED SECTION I - PROPERTY COVERAGES FOR
## HOME DAY CARE BUSINESS

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide Section II - Liability Coverages because a "business" of an "insured" is excluded under exclusion 1.b. of Section II - Exclusions;

2. Does not provide Section I - Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C - Special Limits of Liability - item 8. imposes that limit on "business" property on the "residence premises." (Item 8. corresponds to item 5. in Form HO 00 08.);

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C - Special Limits of Liability - item 9. imposes that limit on "business" property away from the "residence premises." Special Limit of Liability item 9. does not apply to adaptable electronic apparatus as described in Special Limit of Liability - items 10. and 11. (Items 9., 10. and 11. correspond to items 6., 7. and 8. respectively in Form HO 00 08.)

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

Copyright, Insurance Services Office, Inc., 1990

HO 04 96 04 91

The Hanover Insurance Group.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL PROPERTY REPLACEMENT COST

**SECTION I**
For an additional premium, covered losses to the following property are settled at replacement cost at the time of loss:

a. Coverage C - Personal Property;
b. If covered in this policy, awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings.

Personal Property Replacement Cost coverage will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy:

a. Jewelry;
b. Furs and garments trimmed with fur or consisting principally of fur;
c. Cameras, projection machines, films and related articles of equipment;
d. Musical equipment and related articles of equipment;
e. Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding pens, pencils, flasks, smoking implements or jewelry; and
f. Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

Personal Property Replacement Cost coverage will not apply to other classes of property separately described and specifically insured.

1. **PROPERTY NOT ELIGIBLE**
   Property listed below is not eligible for replacement cost settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.
   a. Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.
   b. Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value.
   c. Articles not maintained in good or workable condition.
   d. Articles that are outdated or obsolete and are stored or not being used.

2. **REPLACEMENT COST**
   The following loss settlement procedure applies to all property insured under this endorsement:
   a. We will pay no more than the least of the following amounts:
      (1) Replacement cost at the time of loss without deduction for depreciation;
      (2) The full cost of repair at the time of loss;
      (3) The limit of liability that applies to Coverage C, if applicable;
      (4) Any applicable special limits of liability stated in this policy; or
      (5) For loss to any item separately described and specifically insured in this policy, the limit of liability that applies to the item.
   b. When the replacement cost for the entire loss under this endorsement is more than $500, we will pay no more than the actual cash value for the loss or damage until the actual repair or replacement is complete.
   c. You may make a claim for loss on an actual cash value basis and then make claim within 180 days after the loss for any additional liability in accordance with this endorsement.

All other provisions of this policy apply.

Copyright, Insurance Services Office, Inc., 1990

HO 04 90 04 91

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SPECIAL HURRICANE DEDUCTIBLE - LOUISIANA

### (FORMS HO 00 02 AND HO 00 03 ONLY)

For a premium credit, we will pay only that part of the total of the loss for all Section I - Property Coverages that exceeds the hurricane deductible noted below.

This deductible does not apply to Coverage D - Loss Of Use.

This deductible applies, as described below, in the event of direct physical loss to property covered under this policy, caused directly or indirectly by windstorm, subject to all the exclusions and other provisions of the policy. This deductible provision applies regardless of any other cause or event contributing concurrently or in any sequence to the loss.

The deductible shall be     % of the Coverage A limit of liability shown on the Declarations page, subject to a maximum deductible of $5,000 in any one occurrence if the 2% option is chosen and a maximum deductible of $7,500 in any one occurrence if the 3% option is chosen, and shall apply during the period:

1. Beginning 12 hours before a declared hurricane enters the state of Louisiana
2. While that declared hurricane remains; and
3. Ending 12 hours after the declared hurricane is no longer present

anywhere in the state of Louisiana.

"Declared" means declared by the National Weather Service.

The National Weather Service currently uses the Saffir/Simpson Hurricane Scale to categorize hurricanes. This scale specifies that a hurricane is a storm that originates in the tropics and results in either a sustained wind speed of at least 74 miles per hour or a storm surge of at least 4 feet above normal.

Refer to the policy deductible shown on the Declarations page for the deductible that applies if the loss is caused by a windstorm loss that is not a declared hurricane.

All other provisions of this policy apply.

This endorsement forms part of the policy.

| Insured's Signature: | Date: |
|---|---|
|  |  |

HO 03 53 12 98            Copyright, Property Insurance Association of Louisiana,            Page 1 of 1
includes copyrighted material of
Insurance Services Office, Inc. with its permission,  1998

## PREMISES ALARM OR FIRE PROTECTION SYSTEM

For a premium credit, we acknowledge the installation of an alarm system or automatic sprinkler alarm system approved by us on the **RESIDENCE PREMISES**. You agree to maintain this system in working order and to notify us promptly of any changes made to the system or if it is removed.

We further agree that if credit is given for a local burglar alarm or a burglar alarm reporting to either a central station or a police department, we will waive the deductible shown on the declarations page for any theft loss from the **RESIDENCE PREMISES**, if it is determined that the alarm system functioned as designed.

391-0565 (1-83)