# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL** | * | **CIVIL ACTION** |
| **BREACHES CONSOLIDATED** | * | **NO.: 05-4182 "K"(2)** |
| **LITIGATION** | * | |
| | * | **JUDGE DUVAL** |
| _____ | * | |
| **PERTAINS TO:  INSURANCE** | * | **MAGISTRATE JUDGE WILKINSON** |
| *Vanderbrook*, No. 05-6323 | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Hanover Insurance Company ("Hanover") will bring its Renewed Motion for Judgment on the Pleadings Regarding Madline Grenier for hearing before the Honorable Stanwood R. Duval, Jr. on December 12, 2007 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ Seth A. Schmeeckle_____
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195

and

Paul E. B. Glad (pro hac vice)
Kevin P. Kamraczewski (pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL

LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for Hanover Insurance Company

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 16th day of November 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to:

**All known counsel of record**

by operation of the court's electronic filing system.

s/Seth A. Schmeeckle
Seth A. Schmeeckle, La. Bar No. 27076