U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV 15 2007

LORETTA G. WHYTE
CLERK

No. 07-30771

CV 05-4182 -K

In Re: Katrina Canal Breaches Litigation

---

COLLEEN BERTHELOT, wife of; ET AL

        Plaintiffs

v.

B & K CONSTRUCTION CO INC; BOH BROTHERS CONSTRUCTION CO LLC;
BURK KLEINPETER INC; C R PITTMAN CONSTRUCTION CO INC;
MODJESKI & MASTERS INC

        Defendants - Appellees

---

MAUREEN O'DWYER; SALLY EGERTON RICHARDS; STEPHANIE PORTER,
doing business as Interior Specialties LLC; EVELYN JORDAN
JORDAN; CHARLES EDWARD JORDAN; ET AL

        Plaintiffs - Appellants

v.

EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC;
B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GOTECH
INC

        Defendants - Appellees

---

MAUREEN O'DWYER; HAROLD GAGNET; SALLY EGERTON RICHARDS;
SHANE PORTER; STEPHANIE PORTER; ET AL

        Plaintiffs - Appellants

v.

EUSTIS ENGINEERING CO INC; MODJESKI & MASTERS INC; B
CONSTRUCTION CO INC; BURK KLEINPETER INC; GOTECH INC;

        \_\_ Fee \_\_\_\_\_
        \_\_ Process \_\_\_\_\_
        X Dktd \_\_\_\_\_
        \_\_ CtRmDep \_\_\_\_\_
        \_\_ Doc. No. \_\_\_\_\_

BOH BROTHERS CONSTRUCTION CO LLC

        Defendants - Appellees

---

MAUREEN O'DWYER, et al

        Plaintiff - Appellant

  v.

EUSTIS ENGINEERING INC; MODJESKI & MASTERS INC; BOH BROTHERS CONSTRUCTION CO LLC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GOTECH INC;

        Defendants - Appellees

---

PONTCHARTRAIN BAPTIST CHURCH; ARTHUR C SARGENT; LUCY T SARGENT; PAMELA YOUNG SMALLPAGE; RICHARD MAITLAND SMALLPAGE, JR; MR H J BOSWORTH; MRS H J BOSWORTH; ROTHFOS CORPORATION; INTERAMERICAN COFFEE INC; NOBLES AMERICAS CORPORATION

        Plaintiffs - Appellants

  v.

MODJESKI & MASTERS INC; BOH BROTHERS CONSTRUCTION CO; C R PITTMAN CONSTRUCTION COMPANY INC

        Defendants - Appellees

## ENTRY OF DISMISSAL

Pursuant to appellants' motion, the appeal filed on August 29, 2007 is dismissed this 9th day of November, 2007, see FED. R. APP. P. 42(b).

          CHARLES R. FULBRUGE III
      Clerk of the United States Court
      of Appeals for the Fifth Circuit

By: /s/ Peter Conners
    Peter Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 9, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30771  In Re: Katrina Canal
    USDC No. 2:06-CV-5786
             2:06-CV-4389
             2:05-CV-4181
             2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate as to the notice of appeal of Appellants Ponchartrain Baptist Chruch, Et Al filed 8/29/07.

The appeal of Appellants Maureen O'Dwyer, Et Al filed 8/2/07 remains pending before this Court.

                  Sincerely,

                  CHARLES R. FULBRUGE III, Clerk

                  By: _____
                  Peter Conners, Deputy Clerk
                  504-310-7685

cc: w/encl:
    Mr Ashton R O'Dwyer Jr
    Mr Francis J Barry Jr
    Mr Albert Dale Clary
    Mr Mat Marion Gray III
    Mr Gerald A Melchiode
    Mr Michael R C Riess
    Mr Charles F Seemann Jr
    Mr William E O'Neil
    Mr Don M Richard

P.S. to all Counsel: Attached is a copy of the updated case caption for your use on all future filings in this Court.

MDT-1

MDT-1

Case No. 07-30771

In Re: Katrina Canal Breaches Litigation
- - - - - - - - - - - - - - - - - - - - - - - - -
COLLEEN BERTHELOT, wife of; ET AL

      Plaintiffs

  v.

B & K CONSTRUCTION CO INC; BOH BROTHERS CONSTRUCTION CO LLC; BURK KLEINPETER INC; C R PITTMAN CONSTRUCTION CO INC; MODJESKI & MASTERS INC

      Defendants - Appellees

---

MAUREEN O'DWYER; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; EVELYN JORDAN JORDAN; CHARLES EDWARD JORDAN; ET AL

      Plaintiffs - Appellants

  v.

EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GOTECH INC

      Defendants - Appellees

---

MAUREEN O'DWYER; HAROLD GAGNET; SALLY EGERTON RICHARDS; SHANE PORTER; STEPHANIE PORTER; ET AL

      Plaintiffs - Appellants

  v.

EUSTIS ENGINEERING CO INC; MODJESKI & MASTERS INC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GOTECH INC; BOH BROTHERS CONSTRUCTION CO LLC

      Defendants - Appellees

---

MAUREEN O'DWYER, et al

      Plaintiff - Appellant

  v.

EUSTIS ENGINEERING INC; MODJESKI & MASTERS INC; BOH BROTHERS CONSTRUCTION CO LLC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GOTECH INC;

Defendants - Appellees

Defendants - Appellees