UNITED STATES COURT OF APPEAL

FOR THE FIFTH CIRCUIT

NO: 07-30771



IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
APPEAL FROM EASTERN DISTRICT OF LOUISIANA CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL. PERTAINS TO: LEVEE: 06-6642 (PONTCHARTRAIN BAPTIST CHURCH).

### VOLUNTARY DISMISSAL OF APPEAL

Now come the plaintiffs in Civil Action No. 06-6642 and listed below:

PONTCHARTRAIN BAPTIST CHURCH
ARTHUR C. SARGENT
LUCY T. SARGENT
PAMELA YOUNG SMALLPAGE
RICHARD MAITLAND SMALLPAGE, JR.
MR. & MRS. H.J. BOSWORTH
ROTHFOS CORPORATION
INTERAMERICAN COFFEE, INC., and
NOBLE AMERICAS CORPORATION

who hereby voluntarily dismiss their appeal, notice of appeal had previously been filed on October 9, 2007.

Respectfully Submitted,

WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, L.L.C.
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

-and-

_____
DON M. RICHARD, (BAR #11223)
ATTORNEY AT LAW
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record, this 15th day of November, 2007.

_____
DON M. RICHARD

Glenn B. Adams
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130-3706

Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078

Emily E. Eagan
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-510

Francis J. Barry
Charles F. Seemann, Jr
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130-3672

Thomas P. Anzelmo
MCCRANIE SISTRUNK AMZELMO HARDY MAXWELL & MCDANIEL
Suite 800, 3445 N. Causeway Blvd.
Metairie, LA 70002

Joseph V. DiRosa, Jr.
P.O. Box 13247
New Orleans, LA 70185-3247

Michael R.C. Riess
KINGSMILL RIESS, LLC
201 St. Charles Avenue, Suite 3300
New Orleans, LA 70170

John Jason Markey
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC
701 Poydras Street, Suite 4040
New Orleans, LA 70139