UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>LEVEE (DOMINION/NO CENTRE, L.L.C.;<br>AND NEVE YERUSHALAYIM<br>NEW ORLEANS HOLDINGS, L.L.C.<br>v. UNITED STATES OF AMERICA, ET AL.,<br>NO. 07-5364) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

Plaintiffs, Dominion/ NO Centre, L.L.C. and Neve Yerushalayim New Orleans Holdings, L.L.C., move this Court for an order substituting Peter L. Hilbert, Jr., of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C., as counsel of record in place of Joshua S. Force in the above entitled and numbered cause.

Respectfully Submitted:

/s/ James M. Garner
JAMES M. GARNER, #19589, T.A.
RICHARD P. RICHTER, #01562
PETER L. HILBERT, JR. # 6875
JEFFREY D. KESSLER #30156
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
jgarner@shergarner.com
**ATTORNEYS FOR PLAINTIFFS, DOMINION/
NO CENTRE, L.L.C. AND NEVE
YERUSHALAYIM NEW ORLEANS
HOLDINGS, L.L.C.**