# Allstate Insurance Company

Policy Number: **0 21 966402 06/29**   Your Agent: **Gaudin Ins Agy Inc (504) 469-4800**
For Premium Period Beginning: **June 29, 2005**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $5,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay. Mortgagee has been billed.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

PROP *01000170505135700121250*

Information as of May 13, 2005

Page 3
LA070RBD

**Allstate Insurance Company** 

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Mrs Robert J Meehan<br>Estate Robert J Meehan<br>4820 Kawanee St<br>Metairie LA 70006-2626 | **YOUR ALLSTATE AGENT IS:**<br>Roger Shales Ins<br>3117 22nd St Suite 1<br>Metairie LA 70002 | **CONTACT YOUR AGENT AT:**<br>(504) 831-1778 |
| **POLICY NUMBER**<br>0 45 255542 09/24 | **POLICY PERIOD**<br>Begins on Sep. 24, 2004<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Sep. 24, 2004 to Sep. 24, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
EAST BANK CONSOLIDATED FIRE DISTRICT OF JEFFERSON PARISH

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $744.00 |
| **TOTAL** | **$744.00** |

PROP *510001704102657002582502*

Information as of
October 25, 2004

Page 1
LA070R6D

Exhibit 6

# Allstate Insurance Company

Policy Number: 0 45 255542 09/24    Your Agent: Roger Shales Ins (504) 831-1778
For Premium Period Beginning: Sep. 24, 2004

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $86,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $8,600 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $60,200 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device         5 %        55 and Retired                10 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: 0 45 255542 09/24    Your Agent: Roger Shales Ins (504) 831-1778
For Premium Period Beginning: Sep. 24, 2004

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $6,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment.

If you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force. If you have any questions, please contact your agent.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company

## RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Lanita B Patrick<br>2085 Waters Drive<br>Marrero LA 70072-4632 | **YOUR ALLSTATE AGENT IS:**<br>R.T. Gualtieri Agy<br>4701 Westbank Expy#3<br>Marrero LA 70072 | **CONTACT YOUR AGENT AT:**<br>(504) 341-2020 |
| **POLICY NUMBER**<br>1 10 081563 06/21 | **POLICY PERIOD**<br>Begins on June 21, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>June 21, 2005 to June 21, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
2085 Waters Drive, Marrero, LA 70072-4632

**MORTGAGEE**
- MIDLAND MORTGAGE COMPANY       ITS SUCCESSORS
  AND ASSIGNS
  P O Box 10434       Van Nuys CA 91410-0434                    *Loan #0042133072*

## Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $832.00 |
| **TOTAL** | **$832.00** |

Information as of May 5, 2005

Page 1
LA070RBD

Exhibit 7

# Allstate Insurance Company

Policy Number: 1 10 081563 06/21    Your Agent: R.T. Gualtieri Agy (504) 341-2020
For Premium Period Beginning: June 21, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $1,400  Hurricane Deductible Applies | $70,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $1,400  Hurricane Deductible Applies | $7,000 | |
| Personal Property Protection - Actual Cash Value<br>• $500   Other Peril Deductible Applies<br>• $1,400  Hurricane Deductible Applies | $35,000 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):
Protective Device           5 %          Home and Auto                         10 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by 1 family

# Allstate Insurance Company

Policy Number: 1 10 081563 06/21     Your Agent: R.T. Gualtieri Agy (504) 341-2020
For Premium Period Beginning: June 21, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Hurricane Deductible Endorsement form AP546
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $4,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company

## RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Lovinia Brignac Pierce
516 Wayne Ave
Westwego LA 70094-4008

PLEASE CONTACT THE ALLSTATE
CUSTOMER INFORMATION CENTER AT
1-800-ALLSTATE (1-800-255-7828)

**POLICY NUMBER**
0 15 401364 07/06

**POLICY PERIOD**
Begins on July 6, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
July 6, 2005 to July 6, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
516 Wayne Ave, Westwego, LA 70094-4008

**MORTGAGEE**
- HIBERNIA NATIONAL BANK    (RETAIL)
  P O Box 61062    New Orleans LA 70161-1062         *Loan # 110002917988*

## Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $923.00 |
| **TOTAL** | **$923.00** |

PROP *51000170505195700004625D2*

Information as of
May 19, 2005

Page 1
LA07DR8D

Exhibit 8

# Allstate Insurance Company

Policy Number: 0 15 401364 07/05
For Premium Period Beginning: July 6, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $81,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $8,100 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $56,700 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
55 and Retired          10 %         Protective Device                    10 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by   1 family

# Allstate Insurance Company

Policy Number: 0 15 401364 07/05
For Premium Period Beginning: July 6, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $4,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>James Robinson<br>2264 Northbrook<br>Gretna LA 70056-4559 | **YOUR ALLSTATE AGENT IS:**<br>Wm E Washington Inc<br>2100 Woodmere, #140<br>Harvey LA 70058 | **CONTACT YOUR AGENT AT:**<br>(504) 348-3338 |
| **POLICY NUMBER**<br>0 31 745410 08/23 | **POLICY PERIOD**<br>Begins on Aug. 23, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Aug. 23, 2005 to Aug. 23, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
2264 Northbrook, Gretna, LA 70056-4559

**MORTGAGEE**
- CHASE HOME FINANCE LLC    ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 47020    Doraville GA 30362-0020        *Loan # 1987083028*

## Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $838.00 |
| **TOTAL** | **$838.00** |

PROP *51000170507075700148260*

Information as of
July 7, 2005

Page 1
LA070RBD

Exhibit 9

# Allstate Insurance Company

Policy Number: 0 31 745410 08/23    Your Agent: Wm E Washington Inc (504) 348-3338
For Premium Period Beginning: Aug. 23, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   All Peril Deductible Applies | $130,000 | |
| Other Structures Protection<br>• $500   All Peril Deductible Applies | $13,000 | |
| Personal Property Protection - Actual Cash Value<br>• $500   All Peril Deductible Applies | $65,000 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 15 % | 55 and Retired | 10 % |
| Windstorm or Hail Exclusion | 35 % | | |

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: 0 31 745410 08/23   Your Agent: Wm E Washington Inc  (504) 348-3338
For Premium Period Beginning: **Aug. 23, 2005**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Windstorm or Hail Exclusion form AP892

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase   of $6,000   due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company Renters Policy

**LOUISIANA**

**Policy:** 0 15 292398 06/04

**Effective:** June 4, 2005

**Issued to:**
Christine Snyder
Apt 115
3312 Edenborn Ave
Metairie LA 70002-3384

**By your Allstate agent:**
Breard Ins Agy LLC
425 W Airline Hwy #N
Laplace LA 70068



Allstate Insurance Company
The Company Named in the Policy Declarations
A Stock Company---Home Office: Northbrook, Illinois 60062

PROP *11000170504195700307209*

AP3344

Exhibit 10

## Table of Contents

### General
Definitions Used In This Policy ....................... 2
Insuring Agreement ..................................... 3
Agreements We Make With You ..................... 4
Conformity To State Statutes ......................... 4
Coverage Changes ...................................... 4
Policy Transfer .......................................... 4
Continued Coverage After Your Death ............. 4
Cancellation .............................................. 4
Concealment Or Fraud ................................. 5
What Law Will Apply .................................... 5
Where Lawsuits May Be Brought .................... 5

### Section I—Your Property

#### Coverage C
#### Personal Property Protection
Property We Cover Under Coverage C ............. 5
Limitations On Certain Personal Property ........ 5
Property We Do Not Cover
Under Coverage C ...................................... 6
Losses We Cover Under Coverage C ............... 7
Losses We Do Not Cover
Under Coverage C ...................................... 8

#### Additional Protection
Additional Living Expense ............................. 9
Credit Card, Bank Fund Transfer Card,
Check Forgery and Counterfeit Money ........... 10
Debris Removal ........................................ 11
Emergency Removal Of Property .................. 11
Fire Department Charges ............................ 11
Temporary Repairs After A Loss ................... 11
Building Improvements .............................. 11
Temperature Change ................................. 11
Power Interruption .................................... 12
Arson Reward .......................................... 12
Collapse ................................................. 12

#### Section I Conditions
Deductible .............................................. 12
Insurable Interest and Our Liability ............... 12
What You Must Do After A Loss ................... 12
Our Settlement Options ............................. 13
How We Pay For A Loss ............................. 13
Our Settlement Of Loss ............................. 14
Appraisal ................................................ 14
Abandoned Property ................................. 15

Permission Granted To You ........................ 15
Our Rights To Recover Payment .................. 15
Our Rights To Obtain Salvage ..................... 15
Suit Against Us ........................................ 15
Loss To A Pair Or Set ................................ 15
Glass Replacement ................................... 15
No Benefit To Bailee .................................. 16
Other Insurance ....................................... 16
Property Insurance Adjustment ................... 16
Mold, Fungus, Wet Rot and Dry
Rot Remediation as a Direct Result
of a Covered Loss .................................... 16

### Section II—Family Liability and
### Guest Medical Protection

#### Coverage X
#### Family Liability Protection
Losses We Cover Under Coverage X .............. 17
Losses We Do Not Cover
Under Coverage X .................................... 17

#### Coverage Y
#### Guest Medical Protection
Losses We Cover Under Coverage Y .............. 19
Losses We Do Not Cover
Under Coverage Y .................................... 19

#### Additional Protection
Claim Expenses ....................................... 20
Emergency First Aid .................................. 21
Damage To Property Of Others .................... 21

#### Section II Conditions
What You Must Do After An Accidental Loss ... 21
What An Injured Person Must Do—
Coverage Y—Guest Medical Protection ......... 22
Our Payment Of Loss—Coverage Y—
Guest Medical Protection ........................... 22
Our Limits Of Liability ................................ 22
Bankruptcy ............................................. 22
Our Rights To Recover Payment—
Coverage X—Family Liability Protection ....... 22
Suit Against Us ........................................ 22
Other Insurance—Coverage X—
Family Liability Protection .......................... 22

**Section III—Optional Protection**

**Optional Coverages You May Buy**

Coverage BP
Increased Coverage On Business Property ......23
Coverage DP
Increased Coverage On Electronic Data
Processing Equipment ...................................23
Coverage F
Fire Department Charges...............................23
Coverage I
Increase Coverage On
Building Improvements ...................................23
Coverage J
Extended Coverage On Jewelry,
Watches and Furs ..........................................23
Coverage K
Incidental Office, Private School Or Studio ......24
Coverage LR
Lock Replacement ..........................................24
Coverage M
Increased Coverage On Money .......................24
Coverage P
Business Pursuits ...........................................24
Coverage S
Increased Coverage On Securities ..................25
Coverage SE
Portable Cellular Communication Systems ......25
Coverage ST
Increased Coverage On
Theft Of Silverware .........................................25

## General
### Definitions Used In This Policy

1. **"You"** or **"your"** - means the person named on the Policy Declarations as the insured and that person's resident spouse.

2. **"Allstate," "we," "us,"** or **"our"** - means the company named on the Policy Declarations.

3. **"Insured person(s)"** - means **you** and, if a resident of **your** household:
   a) any relative; and
   b) any dependent person in **your** care.

   Under **Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection**, **"insured person"** also means:

   c) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person**. **We** do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner.
   d) with respect to the use of any vehicle covered by this policy, any person while using the vehicle with **your** consent.

4. **"Bodily injury"** - means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above. Under **Coverage Y—Guest Medical Protection, bodily injury** means physical harm to the body, including sickness or disease, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. **"Business"** - means:
   a) any full or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is also a **business**. However, the mutual

AP3344    Page 2

exchange of home day care services is not considered a **business**;
b) any property rented or held for rental by an **insured person**. Rental of **your residence premises** is not considered a **business** when:
   1) it is rented occasionally for residential purposes;
   2) a portion is rented to not more than two roomers or boarders; or
   3) a portion is rented as a private garage.

6. **"Insured premises"** - means:
   a) the **residence premises**; and
   b) under **Section II** only:
      1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds **you** acquire for **your** use as a private residence while this policy is in effect;
      2) any part of a premises not owned by an **insured person** but where an **insured person** is temporarily living;
      3) cemetery plots or burial vaults owned by an **insured person**;
      4) vacant land, other than farmland, owned by or rented to an **insured person**;
      5) land owned by or rented to an **insured person** where a one, two, three or four family dwelling is being built as that person's residence;
      6) any premises used by an **insured person** in connection with the **residence premises**;
      7) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

7. **"Occurrence"** - means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, during the policy period, resulting in **bodily injury** or **property damage**.

8. **"Property damage"** - means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

9. **"Residence employee"** - means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes similar duties performed elsewhere for an **insured person**, not in connection with the **business** of an **insured person**.

10. **"Residence premises"** - means that portion of any building used by **you** as a private residence, excluding any portion used for **business** purposes, which is described on the Policy Declarations.

## *Insuring Agreement*

In reliance on the information **you** have given **us**, **Allstate** agrees to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with the policy terms and conditions, and inform **us** of any change in use or occupancy of the **residence premises**.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or **occurrences** that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

The terms of this policy impose joint obligations on persons defined as an **insured person**. This means that the responsibilities, acts and failures to act of a person defined as an **insured**

AP3344

Page 3

**person** will be binding upon another person defined as an **insured person**.

## Agreements We Make With You

We make the following agreements with **you**:

### Conformity To State Statutes

When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

### Coverage Changes

When **Allstate** broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information **you** have given **us**. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that if this information changes, is incorrect or incomplete, **we** may adjust **your** coverage and premium accordingly during the policy period.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for **our** use in **your** state. The rates in effect at the beginning of **your** current premium period will be used to calculate any change in **your** premium.

### Policy Transfer

**You** may not transfer this policy to another person without **our** written consent.

### Continued Coverage After Your Death

If **you** die, coverage will continue until the end of the premium period for:
1) **your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death;

2) an **insured person**, and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

### Cancellation

**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right to Cancel:
**Allstate** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with **us, we** may cancel this policy for any reason.

When this policy has been in effect for 60 days or more, or if it is a renewal with **us, we** may cancel this policy for one or more of the following reasons:
1) non-payment of premium;

2) the policy was obtained by misrepresentation, fraud or concealment of material facts;

3) material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or

4) there has been a substantial change or increase in hazard in the risk **we** originally accepted.

If the cancellation is for non-payment of premium, **we** will give **you** at least 10 days notice before the cancellation takes effect. If cancellation is for any other reason, **we** will give **you** at least 30 days notice.

**Our** mailing the notice of cancellation to **you** will be deemed to be proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded to you within 30 days of the date of cancellation. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Continue or Renew:

AP3344   Page 4

**Allstate** has the right not to renew or continue the policy beyond the current premium period. If **we** don't intend to continue or renew the policy, **we** will mail **you** notice at least 30 days before the end of the premium period. **Our** mailing notice of non-renewal to **you** will be deemed proof of notice.

## Concealment Or Fraud

This policy is void if it was obtained by misrepresentation, fraud, or concealment of material facts, if such misrepresentation, fraud, or concealment of material facts was made with the intent to deceive.

If it is determined that this policy is void, all premiums paid will be returned to **you** since there has been no coverage under this policy.

**We** do not cover any loss or **occurrence** in which the **insured person** has concealed or misrepresented any material fact or circumstance.

## What Law Will Apply

This policy is issued in accordance with the laws of Louisiana and covers property or risks principally located in Louisiana. Subject to the following paragraph, the laws of Louisiana shall govern any and all claims or disputes in any way related to this policy.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, claims or disputes regarding that covered loss to property, or any other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

## Where Lawsuits May Be Brought

Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, lawsuits regarding that covered loss to property, or any other covered occurrence may also be brought in the judicial district where that covered loss to property, or any other covered occurrence happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

# Section I - Your Property

## Coverage C
## Personal Property Protection

### Property We Cover Under Coverage C:

1. Personal property owned or used by an **insured person** anywhere in the world. When personal property is located at a residence other than the **residence premises**, coverage is limited to 10% of **Coverage C – Personal Property Protection**. This limitation does not apply to personal property in a newly acquired principal residence for the 30 days immediately after **you** begin to move property there or to personal property in student dormitory, fraternity or sorority housing.

2. At **your** option, personal property owned by a guest or **residence employee** while the property is in a residence **you** are occupying.

### Limitations On Certain Personal Property:

Limitations apply to the following groups of personal property. If the personal property can reasonably be considered a part of two or more of

the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under **Coverage C — Personal Property Protection**. The total amount of coverage for each group in any one loss is as follows:

1. $200 — Money, bullion, bank notes, coins and other numismatic property.

2. $250 — Property used or intended for use in a **business** while the property is away from the **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

3. $2,500 — Property used or intended for use in a **business**, including property held as samples or for sale or delivery after sale, while the property is on the **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

4. $1,000 — Trading cards, subject to a maximum amount of $250 per card.

5. $1,000 — Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, and stamps, including philatelic property.

6. $1,000 — Manuscripts, including documents stored on electronic media.

7. $1,000 — Watercraft, including their attached or unattached trailers, furnishings, equipment, parts and motors.

8. $1,000 — Trailers not used with watercraft.

9. $1,000 — Theft of jewelry, watches, precious and semi-precious stones, gold other than goldware, silver other than silverware, platinum and furs, including any item containing fur which represents its principal value.

10. $1,000 — Any motorized land vehicle parts, equipment or accessories not attached to or located in or upon any motorized land vehicle.

11. $2,000 — Theft of firearms.

12. $2,500 — Theft of silverware, pewterware and goldware.

13. $5,000 — Electronic data processing equipment and the recording or storage media used with that equipment whether or not the equipment is used in a **business**. Recording or storage media will be covered only up to:
    a) the retail value of the media, if pre-programmed; or
    b) the retail value of the media in blank or unexposed form, if blank or self-programmed.

14. $10,000 — Theft of rugs, including, but not limited to any handwoven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age; subject to a maximum amount of $2,500 per item.

## *Property We Do Not Cover Under Coverage C:*

1. Personal property specifically described and insured by this or any other insurance.

2. Animals.

3. Motorized land vehicles, including, but not limited to any land vehicle powered or assisted by a motor or engine. **We** do not cover any

AP3344

Page 6

PROP *11000170504195700307212*