damage exceeds $250 and then only for the amount of such excess. This coverage is not subject to any deductible applying to **Section I** of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to **Sections I and II** of this policy and the **Sections I and II Conditions**, except as otherwise noted.

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

5. **Coverage J**
   **Extended Coverage On Jewelry, Watches and Furs Coverage C — Personal Property Protection** is extended to pay for sudden and accidental direct physical damage to the following property, subject to the provisions in this coverage:
   a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and
   b) furs, including any item containing fur which represents its principal value.

The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to **Coverage C — Personal Property Protection**. However, in no event will coverage be less than would have applied in the absence of **Coverage J**.

We do not cover loss caused by or consisting of:
a) intentional or criminal acts of, or at the direction of, the insured person, if the loss that occurs:
   1) may be reasonably expected to result from such acts; or
   2) is the intended result of such acts.
b) wear and tear, gradual deterioration, inherent vice, insects or vermin;
c) nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke.

We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.
d) war or warlike acts, including, but not limited to insurrection, rebellion or revolution;
e) failure by any **insured person** to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a loss **we** cover.

Any deductible shown on the Policy Declarations applicable to **Coverage C — Personal Property Protection**, also applies to a loss under this coverage.

6. **Coverage K**
   **Incidental Office, Private School Or Studio**

   a) **Coverage C — Personal Property Protection** is extended to cover the equipment, supplies and furnishings used in a described office, private school or studio at **your residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

The **Coverage K** limits are shown on the Policy Declarations. The first limit applies to property on the **residence premises**. The second limit applies property while away from the **residence premises**. This coverage does not include property held for sample, sale or delivery after sale.

   b) **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover a described office, private school or studio occupied by an **insured person**. The occupancy of the described property shall not be considered a **business**.

We do not cover bodily injury to:
a) any employee other than a residence employee, or

AP3338

Page 25

b) any person arising out of corporal punishment administered by or at the direction of an **insured person**.

7. **Coverage LR**
   **Lock Replacement**
   **Coverage A   Dwelling Protection** is extended to include reasonable expenses **you** incur to replace or re-key exterior door locks at the **residence premises** with locks or cylinders of like kind and quality. Coverage is provided when a key to a lock is stolen as part of a covered theft loss. The limit of liability under this coverage following any one theft loss is $250.

8. **Coverage M**
   **Increased Coverage On Money**
   The $100 limitation on money, bullion, bank notes, coins and other numismatic property under **Coverage C — Personal Property Protection** is increased to the amount shown on the Policy Declarations.

9. **Coverage P**
   **Business Pursuits**
   **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover specified **business** pursuits of an **insured person**.

   **We** do not cover:
   a) **bodily injury** or **property damage** arising out of the **business** pursuits of an **insured person** when the **business** is owned or financially controlled by the **insured person**. This also means a partnership or joint venture of which an **insured person** is a partner or member;

   b) **bodily injury** or **property damage** arising out of the rendering or failure to render a professional service of any nature, other than teaching;

   c) **bodily injury** to a fellow employee of an **insured person** arising out of and in the course of employment;

   d) **bodily injury** or **property damage** when an **insured person** is a member of a teaching staff or faculty of any school or college and the **bodily injury** or **property damage** arises out of the maintenance or use of saddle animals, vehicles used with saddle animals, motorized land vehicles, aircraft or watercraft when owned, hired or operated by an **insured person** or used for the purpose of instruction; or

   e) **bodily injury** to any person arising out of corporal punishment administered by or at the direction of an **insured person** when an **insured person** is a member of the teaching staff or faculty of any school of instruction.

10. **Coverage S**
    **Increased Coverage On Securities**
    The $500 limitation on accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, or stamps, including philatelic property, covered under **Coverage C — Personal Property Protection**, is increased to the amount shown on the Policy Declarations.

11. **Coverage SD**
    **Satellite Dish Antennas**
    **Coverage C — Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to satellite dish antennas and their systems on **your residence premises** subject to the provisions of **Coverage C — Personal Property Protection**.

    The amount of coverage is shown on the Policy Declarations.

12. **Coverage SE**
    **Portable Cellular Communication Systems**
    **Coverage C — Personal Property Protection** is extended to portable cellular communications systems in or upon a motorized land vehicle or watercraft. This coverage applies only to portable systems that can be powered by electricity from a motorized land vehicle or watercraft. Coverage applies whether or not the portable cellular communication system is used in a **business**.

    The amount of coverage is shown on the Policy Declarations.

13. **Coverage ST**
    **Increased Coverage On Theft Of Silverware**
    The $1,000 limitation on theft of silverware, pewterware and goldware under **Coverage C — Personal Property Protection** is increased to the amount shown on the Policy Declarations.

# Allstate Insurance Company

## AMENDED
# Standard Homeowners Policy Declarations

## Summary

| **NAMED INSURED(S)** | **YOUR ALLSTATE AGENT IS:** | **CONTACT YOUR AGENT AT:** |
|---|---|---|
| Milton J Stevenson<br>& Wf Virgie Gosey<br>729 Farm St<br>Kenner LA 70062-7116 | Cutitto Ins Agcy<br>4422transcontinental<br>Metairie LA 70006 | (504) 454-0089 |
| **POLICY NUMBER** | **POLICY PERIOD** | **PREMIUM PERIOD** |
| 0 45 959968 08/15 | Begins on Aug. 15, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | Aug. 15, 2005 to Aug. 15, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
729 Farm St, Kenner, LA 70062-7116

**MORTGAGEE**
- HSBC MORTGAGE SERVICES   ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 11035     Orange CA 92856-8135         *Loan # 0009727819*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| Premium for Property Insured | $1,382.00 |
|---|---|
| **TOTAL** | **$1,382.00** |

*Your policy change(s) are effective as of Aug. 15, 2005*

# Allstate Insurance Company

Policy Number: 0 45 959968 08/15    Your Agent: Cutitto Ins Agcy (504) 454-0089
For Premium Period Beginning: Aug. 15, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $2,900  Hurricane Deductible Applies | $145,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $2,900  Hurricane Deductible Applies | $14,500 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   Other Peril Deductible Applies<br>• $2,900  Hurricane Deductible Applies | $101,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $500 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |
| Extended Coverage on Jewelry, Watches and Furs<br>• $500   All Peril Deductible Applies | $1,000 | per occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device                       5 %

**RATING INFORMATION**
The dwelling is of Frame construction and is occupied by  1 family

Information as of October 4, 2005

Page 2
LA070AMD

# Allstate Insurance Company

Policy Number: 0 45 959968 08/15     Your Agent: Cutitto Ins Agcy (504) 454-0089
For Premium Period Beginning: Aug. 15, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Standard Homeowners Policy form AP3338
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Additional Mortgagee Endorsement form AU273
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

In the meantime, if you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force. If you have any questions, please contact your agent.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

Edward M. Liddy
President

Robert W. Pike
Secretary

## Allstate Insurance Company

# RENEWAL
# Deluxe Homeowners
# Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Donald Lee Veals &<br>Jerry Ann McFarland<br>321 Bertolino<br>Kenner LA 70065-2532 | **YOUR ALLSTATE AGENT IS:**<br>Charles A Heine<br>3701 Williams, #240<br>Kenner LA 70065 | **CONTACT YOUR AGENT AT:**<br>(504) 469-6400 |
| **POLICY NUMBER**<br>0 45 442920 02/23 | **POLICY PERIOD**<br>Begins on Feb. 23, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Feb. 23, 2005 to Feb. 23, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
321 Bertolino, Kenner, LA 70065-2532

**MORTGAGEE**
- COUNTRYWIDE HOME LOANS INC    AND/OR ITS
  ASSIGNS ATIMA
  P O Box 10212 Sv-22    Van Nuys CA 91410-0212                Loan #029999920

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $936.00 |
| **TOTAL** | **$936.00** |

PROP *51000170501075700170260*

Information as of
January 7, 2005

Page 1
LA070RSD

Exhibit 12

# Allstate Insurance Company

Policy Number: 0 45 44292002/23     Your Agent: Charles A Heine (504) 469-6400
For Premium Period Beginning: Feb. 23, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $116,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $11,600 | |
| Personal Property Protection - Actual Cash Value<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $58,000 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**    Your premium reflects the following discounts on applicable coverage(s):
Protective Device                 15 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by   1 family

Information as of
January 7, 2005

Page 2
LA87GRBO

# Allstate Insurance Company

Policy Number: 0 45 442920 02/23       Your Agent:  Charles A Heine  (504) 469-6400
For Premium Period Beginning: Feb. 23, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Hurricane Deductible Endorsement form AP546
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $7,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

Edward M. Liddy
President

Robert W. Pike
Secretary