# Allstate Insurance Company

## RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
M/M Joseph G Carriere
58253 Carriere Dr
Slidell LA 70460-5901

**YOUR ALLSTATE AGENT IS:**
Dave Martin III Agy
1900 Front Street
Slidell LA 70458

**CONTACT YOUR AGENT AT:**
(985) 649-7531

**POLICY NUMBER**
0 45 711269 07/07

**POLICY PERIOD**
Begins on July 7, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
July 7, 2005 to July 7, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
58253 Carriere Dr, Slidell, LA 70460-5901

## Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $392.00 |
| **TOTAL** | **$392.00** |

PROP *S10001705052057002322502*

Information as of
May 20, 2005

Page 1
LA070RBD

# Allstate Insurance Company

Policy Number: 0 45 711269 07/07    Your Agent: **Dave Martin III Agy** (985) 649-7531
For Premium Period Beginning: **July 7, 2005**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br>• $1,000 Other Peril Deductible Applies<br>• $500 Hurricane Deductible Applies | $51,000 | |
| Other Structures Protection<br>• $1,000 Other Peril Deductible Applies<br>• $500 Hurricane Deductible Applies | $5,100 | |
| Personal Property Protection - Actual Cash Value<br>• $1,000 Other Peril Deductible Applies<br>• $500 Hurricane Deductible Applies | $25,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250 All Peril Deductible Applies | $1,000 | each occurrence |
| Extended Coverage on Jewelry, Watches and Furs<br>• $1,000 All Peril Deductible Applies | $1,000 | per occurrence |

## DISCOUNTS    Your premium reflects the following discounts on applicable coverage(s):
Home and Auto                10 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

Information as of
May 20, 2005

Page 2
LA070RBD

# Allstate Insurance Company

Policy Number: 0 45 711269 07/07     Your Agent: **Dave Martin III Agy** (985) 649-7531
For Premium Period Beginning: **July 7, 2005**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Hurricane Deductible Endorsement form AP546
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $3,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Insurance Company**

## AMENDED
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Richard Mrozinski & Wife<br>1506 Hillary Dr<br>Slidell LA 70461-4541 | **YOUR ALLSTATE AGENT IS:**<br>Dave Martin III Agy<br>1900 Front Street<br>Slidell LA 70458 | **CONTACT YOUR AGENT AT:**<br>(985) 649-7531 |
| **POLICY NUMBER**<br>0 95 226170 05/29 | **POLICY PERIOD**<br>Begins on May 29, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>May 29, 2005 to May 29, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
1506 HILLARY ST    SLIDELL    LA 704610000

**MORTGAGEE**
- ACCESS NATIONAL MORTGAGE ITS SUCCESSORS &/OR ASSIGNS
  1800 Robert Fulton D    Reston VA 20191-5463

Loan # 11105051316

## Total Premium for the Premium Period  (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $1,036.00 |
| **TOTAL** | **$1,036.00** |

*Your policy change(s) are effective as of May 29, 2005*

PPDP *5100017050523530020403O2*

Information as of
May 29, 2005

Page 1
JA070AMD



Exhibit 3

# Allstate Insurance Company

Policy Number: 0 95 226170 05/29    Your Agent: **Dave Martin III Agy** (985) 649-7531
For Premium Period Beginning: **May 29, 2005**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $2,400   Hurricane Deductible Applies | $120,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $2,400   Hurricane Deductible Applies | $12,000 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   Other Peril Deductible Applies<br>• $2,400   Hurricane Deductible Applies | $84,000 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
New House                              6 %          Protective Device                         5 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by   1 family

Information as of
May 23, 2005

Page 2
LA070AMD

# Allstate Insurance Company

Policy Number: **0 95 226170 05/29**   Your Agent: **Dave Martin III Agy (985) 649-7531**
For Premium Period Beginning: **May 29, 2005**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Do not pay. Mortgagee has been billed.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Insurance Company**

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Ronald R Pichon &
Wf Miki A Pichon
402 Avery Drive
Slidell LA 70461-1212

**YOUR ALLSTATE AGENT IS:**
Dave Martin III Agy
1900 Front Street
Slidell LA 70458

**CONTACT YOUR AGENT AT:**
(985) 649-7531

**POLICY NUMBER**
0 15 595325 11/10

**POLICY PERIOD**
Begins on Nov. 10, 2004
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Nov. 10, 2004 to Nov. 10, 2005
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
402 Avery Drive, Slidell, LA 70461-1212

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $876.00 |
| **TOTAL** | **$876.00** |

PROP *010001704092457000312602*

Information as of
September 24, 2004

Page 1
LA070RBD

Exhibit 4

# Allstate Insurance Company

Policy Number: 0 15 595325 11/10    Your Agent: **Dave Martin III Agy** (985) 649-7531
For Premium Period Beginning: **Nov. 10, 2004**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $105,000 | |
| Other Structures Protection<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $10,500 | |
| Personal Property Protection - Reimbursement Provision<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $73,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 10 % | 55 and Retired | 10 % |
| Home and Auto | 10 % | | |

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: **0 15 595325 11/10**   Your Agent: **Dave Martin III Agy** (985) 649-7531
For Premium Period Beginning: **Nov. 10, 2004**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $5,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
M/M Clyde J Robinson
2532 Tenth St
Slidell LA 70458-3812

**YOUR ALLSTATE AGENT IS:**
Ray Cavignac Ins Ag
770 Gause Blvd, S#A1
Slidell LA 70458

**CONTACT YOUR AGENT AT:**
(985) 641-4551

**POLICY NUMBER**
0 15 216174 07/05

**POLICY PERIOD**
Begins on July 5, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
July 5, 2005 to July 5, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
LOT 5 SQ 1 GIORDANO S/D SLIDELL ST TAMMANY PARISH LA 70458

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $567.00 |
| **TOTAL** | **$567.00** |

PROP *010001705051957000232502*

Information as of May 19, 2005

Page 1
LA07CRBD

Exhibit 5

# Allstate Insurance Company

Policy Number: 0 15 216174 07/05     Your Agent: **Ray Cavignac Ins Ag** (985) 641-4551
For Premium Period Beginning: July 5, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $61,000 | |
| Other Structures Protection<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $6,100 | |
| Personal Property Protection - Reimbursement Provision<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $42,700 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
55 and Retired                10 %         Home and Auto                                10 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by   1 family

# Allstate Insurance Company

Policy Number: 0 15 216174 07/05   Your Agent: **Ray Cavignac Ins Ag** (985) 641-4551
For Premium Period Beginning: **July 5, 2005**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $3,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Rickey & Eva Torrance
207 Tiffany
Slidell LA 70461-3409

**YOUR ALLSTATE AGENT IS:**
Juanita Plescia Agy
2000 Old Spanish#103
Slidell LA 70458

**CONTACT YOUR AGENT AT:**
(985) 726-5001

**POLICY NUMBER**
0 45 405770 09/01

**POLICY PERIOD**
Begins on Sep. 1, 2004
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Sep. 1, 2004 to Sep. 1, 2005
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
207 Tiffany, Slidell, LA 70461-3409

**MORTGAGEE**
- SELECT PORTFOLIO SERVICING INC   ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 7041      Pasadena CA 91109-7041

Loan # 0002688497

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $774.00 |
| **TOTAL** | **$774.00** |

PROP *010001704072457012052602*

Information as of
July 21, 2004

Page 1
LA270RBO

Exhibit 6

# Allstate Insurance Company

Policy Number: 0 45 405770 09/01    Your Agent: Juanita Plescia Agy  (985) 726-5001
For Premium Period Beginning: Sep. 1, 2004

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $95,000 | |
| Other Structures Protection<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $9,500 | |
| Personal Property Protection - Actual Cash Value<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $47,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**    Your premium reflects the following discounts on applicable coverage(s):
Protective Device                           5 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: 0 45 405770 09/01    Your Agent: Juanita Plescia Agy (985) 726-5001
For Premium Period Beginning: Sep. 1, 2004

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $6,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company Deluxe Plus Homeowners Policy

**LOUISIANA**

**Policy:** 0 85 850961 07/15

**Effective:** July 15, 2005

**Issued to:**
William & Pamela J Smith
Young Jr
123 Chimaera Lane
Slidell LA 70458-9001

**By your Allstate agent:**
Keith L. Buccola
1555 Manhattan, #7
Harvey LA 70058



Allstate Insurance Company
The Company Named in the Policy Declarations
A Stock Company—Home Office: Northbrook, Illinois 60062

PROP *11*0001705052757003692409*

AP3340

Exhibit 7

### Section II Conditions
What **You** Must Do After An Accidental Loss .....26
What An Injured Person Must Do—
Coverage Y—Guest Medical Protection ............26
Our Payment of Loss—Coverage Y—
Guest Medical Protection................................26
Our Limits Of Liability......................................26
Bankruptcy ....................................................26
Our Rights To Recover Payment—
Coverage X—Family Liability Protection ...........26
Suit Against Us ..............................................26
Other Insurance—Coverage X
Family Liability Protection................................27

### Section III — Optional Protection

### Optional Coverages You May Buy
Coverage BP
Increase Coverage On Business Property .........27
Coverage DP
Increased Coverage On Electronic
Data Processing Equipment.............................27
Coverage F
Fire Department Charges.................................27
Coverage G
Loss Assessments ..........................................27
Coverage J
Extended Coverage On Jewelry, Watches
and Furs........................................................28
Coverage K
Incidental Office, Private School Or Studio .......28
Coverage M
Increased Coverage On Money .......................29
Coverage P
Business Pursuits ...........................................29
Coverage S
Increased Coverage On Securities ...................29
Coverage SD
Satellite Dish Antenna Systems .......................29
Coverage SE
Portable Cellular Communication Systems .......29
Coverage ST
Increased Coverage On Theft Of Silverware......29

## General

### Definitions Used In This Policy

1.  "**You**" or "**your**" —means the person named on the Policy Declarations as the insured and that person's resident spouse.

2.  "**Allstate**," "**we**," "**us**," or "**our**" —means the company named on the Policy Declarations.

3.  "**Insured person(s)**" —means **you** and, if a resident of **your** household:
    a) any relative; and
    b) any dependent person in **your** care.

    Under **Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection,** "**insured person**" also means:
    c) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person. We** do not cover any person or organization using or having custody of animals or watercraft in any **business,** or without permission of the owner.
    d) with respect to the use of any vehicle covered by this policy, any person while using the vehicle with **your** consent.

4.  "**Bodily injury**" —means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
    a) any venereal disease;
    b) Herpes;
    c) Acquired Immune Deficiency Syndrome (AIDS);
    d) AIDS Related Complex (ARC);
    e) Human Immunodeficiency Virus (HIV);

    or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

    Under **Coverage Y—Guest Medical Protection, bodily injury** means physical harm to the body, including sickness or disease, except that **bodily injury** does not include:
    a) any venereal disease;
    b) Herpes;

AP3340 PROP



Page 2