# Allstate Indemnity Company

Policy Number: **9 10 745360 02/19**      Your Agent: **Ray Ohler (985) 649-9313**
For Premium Period Beginning: **Feb. 19, 2005**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES (See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits | $49,721 | |
| • $500   All Peril Deductible Applies | | |
| Other Structures Protection | $4,972 | |
| • $500   All Peril Deductible Applies | | |
| Personal Property Protection - Reimbursement Provision | $34,805 | |
| • $500   All Peril Deductible Applies | | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments | $1,000 | each occurrence |
| • $250   All Peril Deductible Applies | | |

## DISCOUNTS

Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Age of Home | 20 % | Protective Device | 5 % |
| 55 and Retired | 10 % | Claim Free | 10 % |

## RATING INFORMATION

The dwelling is of Frame construction and is occupied by   1 family

Information as of
January 5, 2005

**Page 2**

JA07ORBD

# Allstate Indemnity Compai.

Policy Number: **9 10 745360 02/19**     Your Agent:  **Ray Ohler  (985) 649-9313**
For Premium Period Beginning:  **Feb. 19, 2005**

## *Your Policy Documents*

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Standard Homeowners Policy form AP3345         - Standard Fire Policy Provisions form AP4443
- Bldg. Struct. Reimb. Ext. Limits End. form AP357

## *Important Payment and Coverage Information*

Coverage A - Dwelling Protection includes an approximate increase    of $3,000        due to the property insurance adjustment provision using the Boeckh Publications building cost index.  Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment.  Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Edward J. Dixon
President

Robert W. Pike
Secretary

**Allstate Indemnity Company**

# AMENDED
# Deluxe Homeowners
# Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>James L Foucha<br>1936 Brookter Street<br>Slidell LA 70461-4823 | **YOUR ALLSTATE AGENT IS:**<br>Todd Robicheaux Agc<br>3501 Severn Ave, #6<br>Metairie LA 70002 | **CONTACT YOUR AGENT AT:**<br>(504) 454-0080 |
| **POLICY NUMBER**<br>9 15 625663 11/23 | **POLICY PERIOD**<br>Begins on Nov. 23, 2004<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Nov. 23, 2004 to Nov. 23, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
1936 Brookter, Slidell, LA 70461-4823

**MORTGAGEE**
- WELLS FARGO BANK NA 708    ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 5708    Springfield OH 45501-5708    Loan # 0044906774

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $760.00 |
| **TOTAL** | **$760.00** |

*Your policy change(s) are effective as of Feb. 3, 2005*

PROP *510001705020253005860300*

Information as of
February 3, 2005                          JA070AMD

Exhibit 4

# Allstate Indemnity Company

Policy Number: **9 15 62566311/23**      Your Agent:   **Todd Robicheaux Agc  (504) 454-0080**
For Premium Period Beginning: **Nov. 23, 2004**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $1,000  Other Peril Deductible Applies<br>• $2,560  Hurricane Deductible Applies | $128,000 | |
| Other Structures Protection<br>• $1,000  Other Peril Deductible Applies<br>• $2,560  Hurricane Deductible Applies | $12,800 | |
| Personal Property Protection - Reimbursement Provision<br>• $1,000  Other Peril Deductible Applies<br>• $2,560  Hurricane Deductible Applies | $89,600 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250  All Peril Deductible Applies | $1,000 | each occurrence |

### DISCOUNTS   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 5 % | Age of Home | 29 % |
| Home Buyer | 20 % | | |

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by   1 family

# Allstate Indemnity Company

Policy Number:  **9 15 625663 11/23**    Your Agent:  **Todd Robicheaux Agc  (504) 454-0080**
For Premium Period Beginning: **Nov. 23, 2004**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

In the meantime, if you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force. If you have any questions, please contact your agent.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Edward J. Dixon
President

Robert W. Pike
Secretary

PROP *5100017760202530056600003*

Information as of
February 2 2005

LA01CAMD

Page 3

**Allstate Indemnity Company**

### AMENDED

# Deluxe Homeowners
# Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)** | **YOUR ALLSTATE AGENT IS:** | **CONTACT YOUR AGENT AT:** |
| Deana/Reginald Howard | James F. Williams | (504) 241-5551 |
| 1113 Indigo | 9851 I10 Svc Rd.#A-4 | |
| Slidell LA 70460-3932 | New Orleans LA 70127 | |

| | | |
|---|---|---|
| **POLICY NUMBER** | **POLICY PERIOD** | **PREMIUM PERIOD** |
| 9 10 138891 08/18 | Begins on Aug. 18, 2005 | Aug. 18, 2005 to Aug. 18, 2006 |
| | at 12:01 A.M. standard time, | at 12:01 A.M. standard time |
| | with no fixed date of expiration | |

**LOCATION OF PROPERTY INSURED**
1113 Indigo Street, Slidell, LA 70460-3932

**MORTGAGEE**
- U S BANK NA ITS SCRS &/OR ASSIGNS  IN C/O U S BANK
  HOME MORTGAGE
  P O Box 7298        Springfield OH 45501          *Loan # 6003077182*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,478.00 |
| **TOTAL** | **$1,478.00** |

*Your policy change(s) are effective as of Aug. 18, 2005*

Exhibit 5

# Allstate Indemnity Company

Policy Number:  9 10 138891 08/18     Your Agent:  James F. Williams (504) 241-5551
For Premium Period Beginning: **Aug. 18, 2005**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br>• $1,000  Other Peril Deductible Applies<br>• $3,021  Hurricane Deductible Applies | $151,096 | |
| Other Structures Protection<br>• $1,000  Other Peril Deductible Applies<br>• $3,021  Hurricane Deductible Applies | $15,110 | |
| Personal Property Protection - Actual Cash Value<br>• $1,000  Other Peril Deductible Applies<br>• $3,021  Hurricane Deductible Applies | $75,548 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250  All Peril Deductible Applies | $1,000 | each occurrence |

## DISCOUNTS   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Age of Home | 10 % | Protective Device | 15 % |
| Claim Free | 10 % | | |

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by   1 family

# Allstate Indemnity Company

Policy Number:  **9 10 138891 08/18**     Your Agent:  **James F. Williams (504) 241-5551**
For Premium Period Beginning: **Aug. 18, 2005**

## *Your Policy Documents*

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346                   - Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## *Important Payment and Coverage Information*

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Do not pay.  Mortgagee has been billed.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Edward J. Dixon
President

Robert W. Pike
Secretary

---

**Allstate Indemnity Company**

## RENEWAL
# Deluxe Homeowners
# Policy Declarations

## *Summary*

| NAMED INSURED(S) | YOUR ALLSTATE AGENT IS: | CONTACT YOUR AGENT AT: |
|---|---|---|
| Kourtney M Peters<br>107 Anna St<br>Slidell LA 70458-6012 | Treadway Ins Agency<br>5500 Veterans Bl/308<br>Metairie LA 70003 | (504) 888-1099 |

| POLICY NUMBER | POLICY PERIOD | PREMIUM PERIOD |
|---|---|---|
| 9 15 419944 07/12 | Begins on July 12, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | July 12, 2005  to July 12, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
107 Anna St, Slidell, LA 70458-6012

**MORTGAGEE**
- HOMECOMINGS FINANCIAL NETWORK     ITS SUCCESSORS
  AND/OR ASSIGNS
  P O Box 100585     Florence SC 29501-0585         *Loan # 438140261*

## *Total Premium for the Premium Period* *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,554.00 |
| **TOTAL** | **$1,554.00** |

Exhibit 6

# Allstate Indemnity Company

Policy Number: **9 15 419944 07/12**        Your Agent: **Treadway Ins Agency  (504) 888-1099**
For Premium Period Beginning: **July 12, 2005**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br> • $1,000  All Peril Deductible Applies | $146,000 | |
| Other Structures Protection<br> • $1,000  All Peril Deductible Applies | $14,600 | |
| Personal Property Protection - Reimbursement Provision<br> • $1,000  All Peril Deductible Applies | $102,200 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br> • $250    All Peril Deductible Applies | $1,000 | each occurrence |

## DISCOUNTS   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 5 % | Claim Free | 10 % |
| Age of Home | 17 % | | |

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by  1 family

# Allstate Indemnity Company

Policy Number: **9 15 419944 07/12**     Your Agent: **Treadway Ins Agency (504) 888-1099**
For Premium Period Beginning: **July 12, 2005**

## *Your Policy Documents*

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346          - Standard Fire Policy Provisions form AP4443
- Bldg. Struct. Reimb. Ext. Limits End. form AP357

## *Important Payment and Coverage Information*

Coverage A - Dwelling Protection includes an approximate increase    of $6,000       due to the property insurance adjustment provision using the Boeckh Publications building cost index.  Coverage C - Personal Property Protection adjusted accordingly.

Do not pay.  Mortgagee has been billed.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Edward J. Dixon
President

Robert W. Pike
Secretary

---

PROP  *0100017050525570106925603*

Information as of
May 25, 2005

**Page 3**

_AC70RBD

# Allstate Indemnity Company

## RENEWAL
# Deluxe Homeowners
# Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Nakia L & Michael D<br>Sorina Jr<br>2023 Dylan Drive<br>Slidell LA 70461-4834 | **YOUR ALLSTATE AGENT IS:**<br>F Johnson Jr Ins Ag<br>2385 Gause Blvd E#13<br>Slidell LA 70461 | **CONTACT YOUR AGENT AT:**<br>(985) 649-9009 |
| **POLICY NUMBER**<br>9 15 375096 06/24 | **POLICY PERIOD**<br>Begins on June 24, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>June 24, 2005 to June 24, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
2023 Dylan Drive, Slidell, LA 70461-4834

**MORTGAGEE**
- CITIMORTGAGE INC    ITS SCRS &/OR
  ASSIGNS ATIMA
  P O Box 7706    Springfield OH 45501-7706    Loan # 0770476004

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $959.00 |
| **TOTAL** | **$959.00** |

PROP *51000170505095701084250?*

Information as of
May 9, 2006

**Page 1**
LAO70RBD

Exhibit 7

# Allstate Indemnity Company

Policy Number:  9 15 375096 06/24       Your Agent:  F Johnson Jr Ins Ag  (985) 649-9009
For Premium Period Beginning:  **June 24, 2005**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   All Peril Deductible Applies | $130,000 | |
| Other Structures Protection<br>• $500   All Peril Deductible Applies | $13,000 | |
| Personal Property Protection - Actual Cash Value<br>• $500   All Peril Deductible Applies | $65,000 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

## DISCOUNTS   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 15 % | Claim Free | 10 % |
| Home and Auto | 15 % | Age of Home | 26 % |
| Home Buyer | 16 % | | |

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by   1 family

# Allstate Indemnity Company

Policy Number:  **9 15 375096 06/24**      Your Agent:   **F Johnson Jr Ins Ag  (985) 649-9009**
For Premium Period Beginning: **June 24, 2005**

## *Your Policy Documents*

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346          - Standard Fire Policy Provisions form AP4443
- Bldg. Struct. Reimb. Ext. Limits End. form AP357

## *Important Payment and Coverage Information*

Coverage A - Dwelling Protection includes an approximate increase    of $7,000        due to the property insurance adjustment provision using the Boeckh Publications building cost index.  Coverage C - Personal Property Protection adjusted accordingly.

Do not pay.  Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Edward J. Dixon
President

Robert W. Pike
Secretary