## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO, BARGE | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO ENROLL *PRO HAC VICE*

Pursuant to Local Rule 83.2.6E, and solely for the limited purpose of this motion, and without waiving and specifically reserving all rights, defenses, and objections, undersigned counsel of record for Defendant Washington Group International, Inc. ("WGII") hereby moves for entry of an Order enrolling Debra Satinoff Clayman of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001 as co-counsel for WGII in the above-captioned matter.

Ms. Clayman is ineligible to become a member of the Bar of this Court because she is not a member of the Bar of the State of Louisiana. Ms. Clayman is a member in good standing of the Bar of the State of Maryland and the District of Columbia. A certificate of good standing from the District of Columbia Court of Appeals is attached hereto as is required by Local Rule 83.2.6E. In further compliance with Local Rule 83.2.6E, an affidavit from Ms. Clayman is also attached.

**WHEREFORE**, undersigned counsel for Defendant Washington Group International, Inc. prays that Debra Satinoff Clayman be admitted *pro hac vice* as co-counsel of record for WGII in this proceeding.

Dated: November 16, 2007

Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel

Adrian Wager-Zito
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

## CERTIFICATE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Enroll Counsel *Pro Hac Vice* has been served upon all counsel of record via the Court's CM/ECF system, this 16th day of November, 2007.

/s/Heather S. Lonian
Heather S. Lonian

900716v.1