UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: MRGO, BARGE | * * * * * * | SECTION "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering Washington Group International, Inc.'s *Ex Parte* Motion to Enroll Counsel *Pro Hac Vice*;

**IT IS ORDERED** that the motion is GRANTED and that Debra Satinoff Clayman of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001 hereby is admitted *pro hac vice* co-counsel of record in this proceeding for Defendant Washington Group International, Inc.

New Orleans, Louisiana, this _____ day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

900716v.1