# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * |
| PERTAINS TO: MRGO, BARGE | * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON <br> * <br> * |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF DEBRA S. CLAYMAN TO PRACTICE AS A VISITING ATTORNEY PURSUANT TO LOCAL RULE 83.2.6E

Comes now Debra S. Clayman and states as follows:

1. I am an attorney at the law firm of Jones Day, at 51 Louisiana Avenue, N.W., Washington, District of Columbia, 20001, Telephone: (202) 879-3939, Facsimile: (202) 626-1700.

2. I have been retained by Washington Group International, Inc. to provide legal representation in connection with the above-captioned litigation now pending before the United States District Court for the Eastern District of Louisiana.

3. I have been been, and presently am, a member in good standing of the bar of the highest court of Maryland and the District of Columbia. A certificate of good standing from the District of Columbia Court of Appeals is attached hereto.

4. I have been admitted to practice before the following courts: United States Court of Appeals for the Federal Circuit (2004); United States Court of Appeals for the District of Columbia Circuit (2002); United States District Court for the District of Columbia (2004);

United States Court of Federal Claims (2002); District of Columbia Court of Appeals (2000); Maryland Court of Appeals (1999). I am presently a member in good standing of the bars of those courts listed above.

5. I have not been subject to any contempt, suspension, or disbarment proceedings, and have not been the subject of any other disciplinary proceedings. I have never had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked. Nor have I ever had any certificate or privilege to appear before any administrative body suspended or revoked.

6. I have never been subject to any criminal charges.

Sworn under penalty of perjury this 16th day of November 2007.

*Debra S Clayman*
Debra Satinoff Clayman
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
(202) 879-5442 (phone)
(202) 626-1700 (fax)

Heather S. Lonian
Louisiana Bar No. 29956
mission is issued for life

Notarized this
16th Day of November, 2007
*Heather Lonian*