UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| SHANE AND SHARON ANSARDI, ET AL., | * * | |
| Plaintiffs, | * * | CIVIL ACTION NO.: 07-5767 |
| VERSUS | * * | |
| ALLSTATE INSURANCE COMPANY, | * * | |
| Defendant. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ALLSTATE INSURANCE COMPANY'S NOTICE OF ORAL HEARING ON ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

Defendant Allstate Insurance Company's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement is set for oral hearing in the United States District Court for the Eastern District of Louisiana, Section K(2), on Wednesday, January 23, 2007, at 9:30 a.m.

1

Respectfully submitted,

By: /s/ Arthur J. Lentini
    Arthur J. Lentini, APLC (#8520)

6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 16th day of November, 2007.

/s/ Arthur J. Lentini
Arthur J. Lentini