# Allstate Insurance Company

## RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| NAMED INSURED(S) | YOUR ALLSTATE AGENT IS: | CONTACT YOUR AGENT AT: |
|---|---|---|
| Mary C Benfatti & Michael J Benfatti 101 Coney Dr Arabi LA 70032-2119 | Frank B. Capella III 322 W Judge Perez #A Chalmette LA 70043 | (504) 271-4064 |

| POLICY NUMBER | POLICY PERIOD | PREMIUM PERIOD |
|---|---|---|
| 0 45 199105 03/25 | Begins on Mar. 25, 2005 at 12:01 A.M. standard time, with no fixed date of expiration | Mar. 25, 2005 to Mar. 25, 2006 at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
101 Coney Dr, Arabi, LA 70032-2119

## Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $936.00 |
| **TOTAL** | **$936.00** |

PROP *51000170502075700252502*

Information as of February 7, 2005

Page 1
LA070RBD

# Allstate Insurance Company

Policy Number: 0 45 199105 03/25     Your Agent: Frank B. Capella III (504) 271-4064
For Premium Period Beginning: Mar. 25, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $2,140   Hurricane Deductible Applies | $107,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $2,140   Hurricane Deductible Applies | $10,700 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   Other Peril Deductible Applies<br>• $2,140   Hurricane Deductible Applies | $74,900 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
55 and Retired                          10 %          Protective Device                              5 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: **0 45 199105 03/25**   Your Agent: **Frank B. Capella III (504) 271-4064**
For Premium Period Beginning: **Mar. 25, 2005**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Hurricane Deductible Endorsement form AP546
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $7,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

---

**Allstate Insurance Company**

# AMENDED
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Josie Bourgeois<br>2116 Charles Dr<br>Chalmette LA 70043-5606 | **YOUR ALLSTATE AGENT IS:**<br>Treadway Ins Agency<br>5500 Veterans Bl/308<br>Metairie LA 70003 | **CONTACT YOUR AGENT AT:**<br>(504) 888-1099 |
| **POLICY NUMBER**<br>0 95 103462 01/16 | **POLICY PERIOD**<br>Begins on Jan. 16, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Jan. 16, 2005 to Jan. 16, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
2116 Charles Dr, Chalmette, LA 70043-5606

**MORTGAGEE**
- AMERIQUEST MORTG COMPANY ITS SUCCESSORS AND ASSIGNS
  P O Box 11056      Orange CA 92856-8156        Loan # 012675965

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $815.00 |
| **TOTAL** | **$815.00** |

*Your policy change(s) are effective as of July 26, 2005*

PROP *0100017050725530070903O2*

Information as of
Jun 25, 2005

Page 1
LA07OAMD

Exhibit 2

# Allstate Insurance Company

Policy Number: 0 95 103462 01/16   Your Agent: Treadway Ins Agency (504) 888-1099
For Premium Period Beginning: Jan. 16, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $1,660   Hurricane Deductible Applies | $83,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $1,660   Hurricane Deductible Applies | $8,300 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   Other Peril Deductible Applies<br>• $1,660   Hurricane Deductible Applies | $58,100 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device                         5 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by   1 family

# Allstate Insurance Company

Policy Number: 0 95 103462 01/16   Your Agent: Treadway Ins Agency (504) 888-1099
For Premium Period Beginning: Jan. 16, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

Allstate Insurance Compai.,

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Mattie Stewart Woa Paul Dantoni
3012 Nancy Dr
Meraux LA 70075-2337

**YOUR ALLSTATE AGENT IS:**
Frank B. Capella III
322 W Judge Perez #A
Chalmette LA 70043

**CONTACT YOUR AGENT AT:**
(504) 271-4064

**POLICY NUMBER**
0 31 217731 01/27

**POLICY PERIOD**
Begins on Jan. 27, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Jan. 27, 2005 to Jan. 27, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
3012 Nancy Dr, Meraux, LA 70075-2337

**MORTGAGEE**
- BANK ONE NA
  ASSIGNS ATIMA
  P O Box 57018

ITS SCRS &/OR

Irvine CA 92619-7018

Loan # 415520369695

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $777.00 |
| **TOTAL** | **$777.00** |

Information as of December 10, 2004

Page 1
LA070RBD

Exhibit 3

# Allstate Insurance Com̱ͺny

Policy Number: **0 31 217731 01/27**     Your Agent: **Frank B. Capella III (504) 271-4064**
For Premium Period Beginning: **Jan. 27, 2005**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500    Other Peril Deductible Applies<br>• $1,600  Hurricane Deductible Applies | $80,000 | |
| Other Structures Protection<br>• $500    Other Peril Deductible Applies<br>• $1,600  Hurricane Deductible Applies | $8,000 | |
| Personal Property Protection - Reimbursement Provision<br>• $500    Other Peril Deductible Applies<br>• $1,600  Hurricane Deductible Applies | $56,000 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250    All Peril Deductible Applies | $1,000 | each occurrence |

## DISCOUNTS   Your premium reflects the following discounts on applicable coverage(s):
Protective Device                          5 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Allstate Insurance Compa[ny]

Policy Number: 0 31 217731 01/27    Your Agent: Frank B. Capella III (504) 271-4064
For Premium Period Beginning: Jan. 27, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $6,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

Edward M. Liddy
President

Robert W. Pike
Secretary

# Allstate Insurance Company

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Susan Tedesco W/O/& Adam<br>F Fried<br>2320 Frances Ave<br>Violet LA 70092-4114 | **YOUR ALLSTATE AGENT IS:**<br>Cutitto Ins Agcy<br>4422transcontinental<br>Metairie LA 70006 | **CONTACT YOUR AGENT AT:**<br>(504) 454-0089 |
| **POLICY NUMBER**<br>0 15 756560 06/15 | **POLICY PERIOD**<br>Begins on June 15, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>June 15, 2005 to June 15, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
2320 Frances Ave, Violet, LA 70092-4114

**MORTGAGEE**
- CHASE HOME FINANCE LLC     ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 47020    Doraville GA 30362-0020      *Loan # 20636312*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $828.00 |
| **TOTAL** | **$828.00** |

Exhibit 4

# Allstate Insurance Company

Policy Number: 0 15 756560 06/15    Your Agent: Cutitto Ins Agcy (504) 454-0089
For Premium Period Beginning: June 15, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $250   Other Peril Deductible Applies<br>• $1,700   Hurricane Deductible Applies | $85,000 | |
| Other Structures Protection<br>• $250   Other Peril Deductible Applies<br>• $1,700   Hurricane Deductible Applies | $8,500 | |
| Personal Property Protection - Actual Cash Value<br>• $250   Other Peril Deductible Applies<br>• $1,700   Hurricane Deductible Applies | $42,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):
Home and Auto                           10 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by   1 family

# Allstate Insurance Company

Policy Number: 0 15 756560 06/15     Your Agent: Cutitto Ins Agcy (504) 454-0089
For Premium Period Beginning: June 15, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339  ✓
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443  ✓
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $4,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company Standard Homeowners Policy

**LOUISIANA**

**Policy:** 0 45 051198 11/14

**Effective:** November 14, 2004

**Issued to:**
Joseph E Gilmore
& Alicia O Gilmore
2221 Aycock St
Arabi LA 70032-1425

**By your Allstate agent:**
Cutitto Ins Agcy
4422transcontinental
Metairie LA 70006



Allstate Insurance Company
The Company Named in the Policy Declarations
A Stock Company—Home Office: Northbrook, Illinois 60062

PROP *51000170409295700288230g*

AP3338

Exhibit 5

## Table of Contents

### General
Definitions Used In This Policy ........................ 2
Insuring Agreement ......................................... 3
Agreements We Make With You ....................... 4
Conformity To State Statutes ........................... 4
Coverage Changes .......................................... 4
Policy Transfer ................................................ 4
Continued Coverage After Your Death .............. 4
Cancellation .................................................... 4
Concealment Or Fraud .................................... 5
What Law Will Apply ....................................... 5
Where Lawsuits May Be Brought .................... 5

### Section I—Your Property

#### Coverage A
**Dwelling Protection**
Property We Cover Under Coverage A .............. 5
Property We Do Not Cover Under
Coverage A ..................................................... 6

#### Coverage B
**Other Structures Protection**
Property We Cover Under Coverage B .............. 6
Property We Do Not Cover Under
Coverage B ..................................................... 6

#### Coverage C
**Personal Property Protection**
Property We Cover Under Coverage C .............. 6
Limitations On Certain Personal Property ........ 6
Property We Do Not Cover Under
Coverage C ..................................................... 7
Losses We Cover Under
Coverages A, B and C ..................................... 8
Losses We Do Not Cover Under
Coverages A, B and C ..................................... 8

#### Additional Protection
Additional Living Expense ............................... 10
Credit Card and Check Forgery ....................... 11
Debris Removal .............................................. 11
Emergency Removal Of Property .................... 11
Fire Department Charges ................................ 12
Temporary Repairs After A Loss ..................... 12
Trees, Shrubs, Plants and Lawns .................... 12
Temperature Change ...................................... 12
Arson Reward ................................................ 12

Land .............................................................. 12

### Section I Conditions
Deductible ..................................................... 12
Insurable Interest and Our Liability ................. 12
What You Must Do After A Loss ..................... 12
Our Settlement Options .................................. 13
How We Pay For A Loss ................................. 13
Our Settlement Of Loss .................................. 15
Appraisal ....................................................... 15
Abandoned Property ...................................... 16
Permission Granted To You ............................ 16
Our Rights To Recover Payment ..................... 16
Our Rights To Obtain Salvage ........................ 16
Suit Against Us .............................................. 16
Loss To A Pair Or Set ..................................... 16
Glass Replacement ......................................... 16
No Benefit To Bailee ....................................... 16
Other Insurance ............................................. 16
Property Insurance Adjustment ...................... 17
Mortgagee ..................................................... 17
Mold, Fungus, Wet Rot and Dry
Rot Remediation as a Direct Result Of a
Covered Loss ................................................. 18

### Section II—Family Liability and Guest Medical Protection

#### Coverage X
**Family Liability Protection**
Losses We Cover Under Coverage X ............... 18
Losses We Do Not Cover Under
Coverage X .................................................... 18

#### Coverage Y
**Guest Medical Protection**
Losses We Cover Under Coverage Y ............... 20
Losses We Do Not Cover
Under Coverage Y ........................................... 20

#### Additional Protection
Claim Expenses ............................................. 22
Emergency First Aid ....................................... 22
Damage To Property Of Others ...................... 22

### Section II Conditions
What You Must Do After An Accidental
Loss ............................................................... 22
What An Injured Person Must Do—
Coverage Y—Guest Medical Protection .......... 23

AP3338

Our Payment of Loss — Coverage Y —
Guest Medical Protection..................................23
Our Limits Of Liability.......................................23
Bankruptcy .......................................................23
Our Rights To Recover Payment —
Coverage X — Family Liability Protection..........23
Suit Against Us .................................................23
Other Insurance — Coverage X —
Family Liability Protection.................................24

**Section III — Optional Protection**

**Optional Coverages You May Buy**
Coverage BC
Building Codes..................................................24
Coverage DP
Increased Coverage On Electronic
Data Processing Equipment..............................24
Coverage F
Fire Department Charges..................................24
Coverage G
Loss Assessments ............................................24
Coverage J
Extended Coverage On Jewelry, Watches
and Furs............................................................25
Coverage K
Incidental Office, Private School Or Studio ......25
Coverage LR
Lock Replacement ............................................26
Coverage M
Increased Coverage On Money ........................26
Coverage P
Business Pursuits .............................................26
Coverage S
Increased Coverage On Securities ...................26
Coverage SD
Satellite Dish Antennas.....................................26
Coverage SE
Portable Cellular Communication Systems ......26
Coverage ST
Increased Coverage On Theft
Of Silverware ....................................................27

## General
## Definitions Used In This Policy

1. **'You'** or **'your'** - means the person named on the Policy Declarations as the insured and that person's resident spouse.

2. **'Allstate,' 'we,' 'us,'** or **'our'** - means the company named on the Policy Declarations.

3. **'Insured person(s)'** - means **you** and, if a resident of **your** household:
   a) any relative; and
   b) any dependent person in **your** care.

   Under **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection**, **'insured person'** also means:
   c) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person**. **We** do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner.
   d) with respect to the use of any vehicle covered by this policy, any person while using the vehicle with **your** consent.

4. **'Bodily injury'** - means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);
   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

   Under **Coverage Y — Guest Medical Protection**, **bodily injury** means physical harm to the body, including sickness or disease, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;



- c) Acquired Immune Deficiency Syndrome (AIDS);
- d) AIDS Related Complex (ARC);
- e) Human Immunodeficiency Virus (HIV);

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. "**Building structure**" - means a structure with walls and a roof.

6. "**Business**" - means:
   a) any full or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is also a **business**. However, the mutual exchange of home day care services is not considered a **business**;
   b) any property rented or held for rental by an insured person. Rental of **your residence premises** is not considered a **business** when:
      1) it is rented occasionally for residential purposes;
      2) a portion is rented to not more than two roomers or boarders; or
      3) a portion is rented as a private garage.

7. "**Residence premises**" - means the **dwelling**, other structures and land located at the address stated on the Policy Declarations.

8. "**Insured premises**" - means:
   a) the **residence premises**; and
   b) under **Section II** only:
      1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds **you** acquire for **your** use as a private residence while this policy is in effect;
      2) any part of a premises not owned by an **insured person** but where an **insured person** is temporarily living;
      3) cemetery plots or burial vaults owned by an **insured person**;
      4) vacant land, other than farmland, owned by or rented to an **insured person**.
      5) land owned by or rented to an **insured person** where a one, two, three or four family dwelling is being built as that person's residence;
      6) any premises used by an **insured person** in connection with the **residence premises**;
      7) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

9. "**Occurrence**" - means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, during the policy period, resulting in **bodily injury** or **property damage**.

10. "**Property damage**" - means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. "**Residence employee**" - means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes similar duties performed elsewhere for an **insured person**, not in connection with the **business** of an **insured person**.

12. "**Dwelling**" - means a one, two, three or four family building, identified as the insured property on the Policy Declarations, where **you** reside and which is principally used as a private residence.

## Insuring Agreement

In reliance on the information **you** have given **us**, **Allstate** agrees to provide the coverages indicated on the Policy Declarations. In return, **you** must pay

AP3338

Page 3

the premium when due and comply with the policy terms and conditions, and inform **us** of any change in title, use or occupancy of the **residence premises**.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or **occurrences** that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

The terms of this policy impose joint obligations on persons defined as an **insured person**. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

## Agreements We Make With You
We make the following agreements with **you**:

## Conformity To State Statutes
When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

## Coverage Changes
When **Allstate** broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information **you** have given **us**. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that if this information changes, is incorrect or incomplete,

**we** may adjust **your** coverage and premium accordingly during the policy period.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for **our** use in **your** state. The rates in effect at the beginning of **your** current premium period will be used to calculate any change in **your** premium.

## Policy Transfer
**You** may not transfer this policy to another person without **our** written consent.

## Continued Coverage After Your Death
If **you** die, coverage will continue until the end of the premium period for:
1) **your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death;
2) an **insured person**, and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

## Cancellation
**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right to Cancel:
**Allstate** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with **us, we** may cancel this policy for any reason.

When this policy has been in effect for 60 days or more, or if it is a renewal with **us, we** may cancel this policy for one or more of the following reasons:
1. non-payment of premium;

2. the policy was obtained by misrepresentation, fraud or concealment of material facts;

3. material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or

AP3338
PROP *6100017040929570028823311*

Page 4