12. **We** do not cover **bodily injury** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. This exclusion does not apply to **bodily injury** to a **residence employee**.

13. **We** do not cover **bodily injury** caused by war or warlike acts, including, but not limited to insurrection, rebellion, or revolution.

14. **We** do not cover **bodily injury** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

## Additional Protection

**We** will pay, in addition to the limits of liability:
1. **Claim Expenses**
   **We** will pay:
   a) all costs **we** incur in the settlement of any claim or the defense of any suit against an **insured person**;
   b) interest accruing on damages awarded until such time as **we** have paid, formally offered, or deposited in court the amount for which **we** are liable under this policy; interest will be paid only on damages which do not exceed **our** limits of liability;
   c) premiums on bonds required in any suit **we** defend; **we** will not pay bond premiums in an amount that is more than our limit of liability; **we** have no obligation to apply for or furnish bonds;
   d) up to $100 per day for loss of wages and salary, when **we** ask **you** to attend trials and hearings;
   e) any other reasonable expenses incurred by an **insured person** at **our** request.
   f) prejudgment interest awarded against an **insured person** on the part of the judgment **we** pay. After **we** make an offer to pay the applicable limit of liability, **we** are not obligated to make any further prejudgment interest payments.

2. **Emergency First Aid**
   **We** will pay reasonable expenses incurred by an **insured person** for first aid to other persons at the time of an accident involving **bodily injury** covered under this policy.

3. **Damage To Property Of Others**
   At **your** request, **we** will pay up to $250 each time an **insured person** causes **property damage** to someone else's property. At **our** option, **we** will pay the cost to either repair or replace the property damaged by an **insured person**, without deduction for depreciation.

   **We** will not pay for **property damage**:
   a) to property covered under **Section I** of this policy;
   b) to property intentionally damaged by an **insured person** who has attained the age of 13;
   c) to property owned by or rented to an **insured person**, any tenant of an **insured person**, or any resident in **your** household; or
   d) arising out of:
      1) past or present business activities;
      2) any act or omission in connection with a premises, other than an **insured premises**, owned, rented or controlled by an **insured person**; or
      3) the ownership or use of a motorized land vehicle, trailer, aircraft or watercraft. **We** will pay up to $500 for damage to property of others caused by motorized land vehicles designed principally for recreational use off public roads, not subject to motor vehicle registration and not owned by an **insured person.**

## Section II Conditions

1. **What You Must Do After An Accidental Loss**
   In the event of **bodily injury** or **property damage**, you must do the following:
   a) Promptly notify **us** or **our** agent stating:
      1) **your** name and policy number;
      2) the date, the place and the circumstances of the loss;
      3) the name and address of anyone who might have a claim against an **insured person**;

    4) the names and addresses of any witnesses.

b) Promptly send **us** any legal papers relating to the accident.

c) At **our** request, an **insured person** will:
   1) cooperate with **us** and assist **us** in any matter concerning a claim or suit;
   2) help **us** enforce any right of recovery against any person or organization who may be liable to an **insured person**;
   3) attend any hearing or trial.

d) Under the **Damage To Property Of Others** protection, give **us** a sworn statement of the loss. This must be made within 60 days after the date of loss. Also, an **insured person** must be prepared to show **us** any damaged property under that person's control.

Any **insured person** will not voluntarily pay any money, assume any obligations or incur any expense, other than for first aid to others at the time of the loss as provided for in this policy.

2. **What An Injured Person Must Do—Coverage Y—Guest Medical Protection**

   If someone is injured, that person, or someone acting for that person, must do the following:
   a) Promptly give **us** written proof of the loss. If **we** request, this must be done under oath.
   b) Give **us** written authorization to obtain copies of all medical records and reports.
   c) Permit doctors **we** select to examine the injured person as often as **we** may reasonably require.

3. **Our Payment Of Loss—Coverage Y—Guest Medical Protection**

   **We** may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by **us** or an **insured person**.

4. **Our Limits Of Liability**

   Regardless of the number of **insured persons**, injured persons, claims, claimants or policies involved, **our** total liability under **Coverage X—Family Liability Protection** for damages resulting from one occurrence will not exceed the limit shown on the Policy Declarations. All **bodily injury** and **property damage** resulting from continuous or repeated exposure to the same general conditions is considered the result of one **occurrence**.

   **Our total** liability under **Coverage Y—Guest Medical Protection** for all medical expenses payable for **bodily injury**, to any one person, shall not exceed the "each person" limit shown on the Policy Declarations.

5. **Bankruptcy**

   **We** are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an **insured person**.

6. **Our Rights To Recover Payment - Coverage X—Family Liability Protection**

   When **we** pay any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them. However, **our** right to recover is subordinate to the injured person's right to be fully compensated for their injuries.

7. **Suit Against Us**

   No suit or action can be brought against **us** under **Coverage X—Family Liability Protection** until the obligation of an **insured person** to pay is finally determined either by judgment against the **insured person** after actual trial, or by written agreement of the **insured person**, injured person, and **us**.

   No one shall have any right to make **us** a party to a suit to determine the liability of an **insured person**.

   The bankruptcy or insolvency of an insured person or that person's estate won't relieve **us** of any obligation.

AP3338

The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana:

A person or organization may bring a lawsuit against **us**, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an insured; but **we** will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by **us**, the insured and the claimant or the claimant's legal representative.

8. **Other Insurance—Coverage X—Family Liability Protection**
   This insurance is excess over any other valid and collectible insurance except insurance that is written specifically as excess over the limits of liability that apply to this policy.

# Section III – Optional Protection

## Optional Coverages You May Buy

The following Optional Coverages may supplement coverages found in **Section I** or **Section II** and apply only when they are indicated on the Policy Declarations. The provisions of this policy apply to each Optional Coverage in this section unless modified by the terms and conditions of the specific Optional Coverage.

1. **Coverage BC**
   **Building Codes**
   **We** will pay up to 10% of the amount of insurance on the Policy Declarations under **Coverage A—Dwelling Protection** to comply with local building codes after covered loss to **dwelling** or when repair or replacement results in increased cost due to the enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair or demolition of the **dwelling**.

2. **Coverage DP**
   **Increased Coverage On Electronic Data Processing Equipment**
   The $3,000 limitation on electronic data processing equipment under **Coverage C— Personal Property Protection**, and the recording or storage media used with that equipment, is increased to the amount shown on the Policy Declarations.

3. **Coverage F**
   **Fire Department Charges**
   The $250 limit applying to the fire department service charges under **Additional Protection** is increased to the amount shown on the Policy Declarations.

4. **Coverage G**
   **Loss Assessments**
   If **your residence premises** includes a **building structure** which is constructed in common with one or more similar buildings, and **you** are a member of, and subject to the rules of, an association governing the areas held in common by all building owners as members of the association, the **insured premises** means the **building structure** occupied exclusively by **your** household as a private residence, including the grounds, related structures and private approaches to them.

   **We** will pay **your** share of any special assessments charged against all building owners by the association up to the limit of liability shown on the Policy Declarations, when the assessment is made as a result of:
   a) sudden and accidental direct physical loss to the property held in common by all building owners caused by a loss **we** cover under **Section I** of this policy; or
   b) **bodily injury** or **property damage** covered under **Section II** of this policy.

   Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

   **Allstate** will pay only when the assessment levied against the **insured person**, as a result of any one loss, for **bodily injury** or **property**

AP3338



Page 24

**damage** exceeds $250 and then only for the amount of such excess. This coverage is not subject to any deductible applying to **Section I** of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to **Sections I** and **II** of this policy and the **Sections I and II Conditions**, except as otherwise noted.

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

5. **Coverage J**
   **Extended Coverage On Jewelry, Watches and Furs Coverage C — Personal Property Protection** is extended to pay for sudden and accidental direct physical damage to the following property,
   subject to the provisions in this coverage:
   a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and
   b) furs, including any item containing fur which represents its principal value.

   The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to **Coverage C — Personal Property Protection**. However, in no event will coverage be less than would have applied in the absence of **Coverage J**.

   **We** do not cover loss caused by or consisting of:
   a) intentional or criminal acts of, or at the direction of, the insured person, if the loss that occurs:
      1) may be reasonably expected to result from such acts; or
      2) is the intended result of such acts.
   b) wear and tear, gradual deterioration, inherent vice, insects or vermin;
   c) nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke.

   **We** do cover sudden and accidental direct physical loss by fire resulting from nuclear action.
   d) war or warlike acts, including, but not limited to insurrection, rebellion or revolution.
   e) failure by any **insured person** to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a loss **we** cover.

      Any deductible shown on the Policy Declarations applicable to **Coverage C — Personal Property Protection**, also applies to a loss under this coverage.

6. **Coverage K**
   **Incidental Office, Private School Or Studio**

   a) **Coverage C — Personal Property Protection** is extended to cover the equipment, supplies and furnishings used in a described office, private school or studio at **your residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

      The **Coverage K** limits are shown on the Policy Declarations. The first limit applies to property on the **residence premises**. The second limit applies property while away from the **residence premises**. This coverage does not include property held for sample, sale or delivery after sale.

   b) **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover a described office, private school or studio occupied by an **insured person**. The occupancy of the described property shall not be considered a **business**.

   **We** do not cover **bodily injury** to:
   a) any employee other than a **residence employee**, or

b) any person arising out of corporal punishment administered by or at the direction of an **insured person**.

7. **Coverage LR**
   **Lock Replacement**
   **Coverage A—Dwelling Protection** is extended to include reasonable expenses **you** incur to replace or re-key exterior door locks at the **residence premises** with locks or cylinders of like kind and quality. Coverage is provided when a key to a lock is stolen as part of a covered theft loss. The limit of liability under this coverage following any one theft loss is $250.

8. **Coverage M**
   **Increased Coverage On Money**
   The $100 limitation on money, bullion, bank notes, coins and other numismatic property under **Coverage C—Personal Property Protection** is increased to the amount shown on the Policy Declarations.

9. **Coverage P**
   **Business Pursuits**
   **Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection** are extended to cover specified **business** pursuits of an **insured person**.

   **We** do not cover:
   a) **bodily injury** or **property damage** arising out of the **business** pursuits of an **insured person** when the **business** is owned or financially controlled by the **insured person**. This also means a partnership or joint venture of which an **insured person** is a partner or member;

   b) **bodily injury** or **property damage** arising out of the rendering or failure to render a professional service of any nature, other than teaching;

   c) **bodily injury** to a fellow employee of an **insured person** arising out of and in the course of employment;

   d) **bodily injury** or **property damage** when an **insured person** is a member of a teaching staff or faculty of any school or college and the **bodily injury** or **property damage** arises out of the maintenance or use of saddle animals, vehicles used with saddle animals, motorized land vehicles, aircraft or watercraft when owned, hired or operated by an **insured person** or used for the purpose of instruction; or

   e) **bodily injury** to any person arising out of corporal punishment administered by or at the direction of an **insured person** when an **insured person** is a member of the teaching staff or faculty of any school of instruction.

10. **Coverage S**
    **Increased Coverage On Securities**
    The $500 limitation on accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, or stamps, including philatelic property, covered under **Coverage C—Personal Property Protection**, is increased to the amount shown on the Policy Declarations.

11. **Coverage SD**
    **Satellite Dish Antennas**
    **Coverage C—Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to satellite dish antennas and their systems on **your residence premises** subject to the provisions of **Coverage C—Personal Property Protection**.

    The amount of coverage is shown on the Policy Declarations.

12. **Coverage SE**
    **Portable Cellular Communication Systems**
    **Coverage C—Personal Property Protection** is extended to portable cellular communications systems in or upon a motorized land vehicle or watercraft. This coverage applies only to portable systems that can be powered by electricity from a motorized land vehicle or watercraft. Coverage applies whether or not the portable cellular communication system is used in a **business**.

    The amount of coverage is shown on the Policy Declarations.

AP3338
PROP *61000170409295700288232*



13. **Coverage ST**
    **Increased Coverage On Theft Of Silverware**
    The $1,000 limitation on theft of silverware, pewterware and goldware under **Coverage C – Personal Property Protection** is increased to the amount shown on the Policy Declarations.

**Allstate Insurance Company**

# RENEWAL
# Standard Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Joseph E Gilmore<br>& Alicia O Gilmore<br>2221 Aycock St<br>Arabi LA 70032-1425 | **YOUR ALLSTATE AGENT IS:**<br>Cutitto Ins Agcy<br>4422transcontinental<br>Metairie LA 70006 | **CONTACT YOUR AGENT AT:**<br>(504) 454-0089 |
| **POLICY NUMBER**<br>0 45 051198 11/14 | **POLICY PERIOD**<br>Begins on Nov. 14, 2004<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Nov. 14, 2004 to Nov. 14, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
LOT 14 SQ D ARABI PARK S/D

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $756.00 |
| **TOTAL** | **$756.00** |

# Allstate Insurance Company

Policy Number: **0 45 051198 11/14**   Your Agent: **Cutitto Ins Agcy (504) 454-0089**
For Premium Period Beginning: **Nov. 14, 2004**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br>• $500  Other Peril Deductible Applies<br>• $500  Hurricane Deductible Applies | $92,462 | |
| Other Structures Protection<br>• $500  Other Peril Deductible Applies<br>• $500  Hurricane Deductible Applies | $9,246 | |
| Personal Property Protection - Actual Cash Value<br>• $500  Other Peril Deductible Applies<br>• $500  Hurricane Deductible Applies | $46,231 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $25,000 | each occurrence |
| Guest Medical Protection | $500 | each person |
| Loss Assessments<br>• $250  All Peril Deductible Applies | $1,000 | each occurrence |
| Extended Coverage on Jewelry, Watches and Furs<br>• $500  All Peril Deductible Applies | $1,000 | per occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):
55 and Retired                              10 %

**RATING INFORMATION**
The dwelling is of Brick Veneer construction and is occupied by  1 family

Information as of
September 29, 2004

Page 2
LA070RBD

# Allstate Insurance Company

Policy Number: 0 45 051198 11/14    Your Agent: Cutitto Ins Agcy (504) 454-0089
For Premium Period Beginning: Nov. 14, 2004

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Standard Homeowners Policy form AP3338
- Hurricane Deductible Endorsement form AP546
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $5,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

PROP *51000170409295700288230*

Information as of September 29, 2004

Page 3
LA070RBD

# Allstate Insurance Company

## RENEWAL
## Standard Homeowners Policy Declarations

### Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Mrs.Thais St Philip<br>Graffeo<br>1814 Missouri St<br>Chalmette LA 70043-3842 | **YOUR ALLSTATE AGENT IS:**<br>Frank B. Capella III<br>322 W Judge Perez #A<br>Chalmette LA 70043 | **CONTACT YOUR AGENT AT:**<br>(504) 271-4064 |
| **POLICY NUMBER**<br>0 45 789995 09/05 | **POLICY PERIOD**<br>Begins on Sep. 5, 2004<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Sep. 5, 2004 to Sep. 5, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
1814 Missouri St, Chalmette, LA 70043-3842

**MORTGAGEE**
- METAIRIE BANK AND TRUST
  P O Box 217      Metairie LA 70004-0217           *Loan # 4117229*

### Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $471.00 |
| **TOTAL** | **$471.00** |

PROP *510001704072457014662302*

Information as of
July 21, 2004

Page 1
LA070RBD

Exhibit 6

# Allstate Insurance Company

Policy Number: 0 45 789995 09/05    Your Agent: Frank B. Capella III (504) 271-4064
For Premium Period Beginning: Sep. 5, 2004

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES (See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br>• $250   Other Peril Deductible Applies<br>• $1,108   Hurricane Deductible Applies | $55,430 | |
| Other Structures Protection<br>• $250   Other Peril Deductible Applies<br>• $1,108   Hurricane Deductible Applies | $5,543 | |
| Personal Property Protection - Actual Cash Value<br>• $250   Other Peril Deductible Applies<br>• $1,108   Hurricane Deductible Applies | $27,715 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $25,000 | each occurrence |
| Guest Medical Protection | $500 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device          5 %          55 and Retired                    10 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by   1 family

information as of
July 21, 2004

Page 2
LA070RBD

# Allstate Insurance Company

Policy Number: 0 45 789995 09/05     Your Agent: Frank B. Capella III (504) 271-4064
For Premium Period Beginning: **Sep. 5, 2004**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Standard Homeowners Policy form AP3338
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $4,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company

# RENEWAL
# Standard Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Kristi Purdy Wf of & Jer Horowitz
9 W Chalmette Circle
Chalmette LA 70043-4446

**YOUR ALLSTATE AGENT IS:**
Eva Vinsanau
701 E St Bernard Hwy
Chalmette LA 70043

**CONTACT YOUR AGENT AT:**
(504) 276-6000

**POLICY NUMBER**
0 45 674791 04/10

**POLICY PERIOD**
Begins on Apr. 10, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Apr. 10, 2005 to Apr. 10, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
9 W Chalmette Circle, Chalmette, LA 70043-4446

**MORTGAGEE**
- STANDARD MORTGAGE CORP ISAOA   ONE SHELL SQUARE
  701 Poydras 300 Plza   New Orleans LA 70139

Loan #079267

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $814.00 |
| **TOTAL** | **$814.00** |

PROP *51000170502235700324230*

Information as of February 23, 2005

Page 1
LA070RBD

Exhibit 7

# Allstate Insurance Company

Policy Number: 0 45 674791 04/10     Your Agent: Eva Vinsanau (504) 276-6000
For Premium Period Beginning: Apr. 10, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $66,000 | |
| Other Structures Protection<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $6,600 | |
| Personal Property Protection - Reimbursement Provision<br>• $250   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $46,200 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):
Protective Device                     5 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by  1 family

Page 2
Information as of
February 23, 2005
LA07ORBO

# Allstate Insurance Company

Policy Number: 0 45 674791 04/10    Your Agent: Eva Vinsanau (504) 276-6000
For Premium Period Beginning: Apr. 10, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Standard Homeowners Policy form AP3338
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $4,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Edward M. Liddy
President

Robert W. Pike
Secretary



**Allstate Insurance Company**

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Stephen A. and Agnes C. Letulle
4008 Hamlet Place
Chalmette LA 70043-1120

**YOUR ALLSTATE AGENT IS:**
Ray Ohler
770 Gause Blvd, S#A1
Slidell LA 70458

**CONTACT YOUR AGENT AT:**
(985) 649-9313

**POLICY NUMBER**
0 31 471939 11/30

**POLICY PERIOD**
Begins on Nov. 30, 2004
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Nov. 30, 2004 to Nov. 30, 2005
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
4008 Hamlet Place, Chalmette, LA 70043-1120

## Total Premium for the Premium Period  (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $1,091.00 |
| **TOTAL** | **$1,091.00** |

Information as of October 14, 2004

Page 1
FACTORED

Exhibit 8

# Allstate Insurance Company

Policy Number: 0 31 471939 11/30    Your Agent: Ray Ohler (985) 649-9313
For Premium Period Beginning: **Nov. 30, 2004**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500  Other Peril Deductible Applies<br>• $500  Hurricane Deductible Applies | $115,000 | |
| Other Structures Protection<br>• $500  Other Peril Deductible Applies<br>• $500  Hurricane Deductible Applies | $11,500 | |
| Personal Property Protection - Reimbursement Provision<br>• $500  Other Peril Deductible Applies<br>• $500  Hurricane Deductible Applies | $80,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250  All Peril Deductible Applies | $1,000 | each occurrence |

## DISCOUNTS
Your premium reflects the following discounts on applicable coverage(s):

Protective Device    5 %    Home and Auto    10 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family