# Allstate Insurance Company

Policy Number: 0 31 471939 11/30    Your Agent: Ray Ohler (985) 649-9313
For Premium Period Beginning: Nov. 30, 2004

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $6,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company

## RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Elaine G McCarthy
8721 Livingston Ave
Chalmette LA 70043-4497

**YOUR ALLSTATE AGENT IS:**
Carriere Ins Agy In
3814 Veterans, #210
Metairie LA 70002

**CONTACT YOUR AGENT AT:**
(504) 885-1177

**POLICY NUMBER**
0 45 775356 01/14

**POLICY PERIOD**
Begins on Jan. 14, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Jan. 14, 2005 to Jan. 14, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
8721 Livingston Ave, Chalmette, LA 70043-4497

## Total Premium for the Premium Period  (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $939.00 |
| **TOTAL** | **$939.00** |

PROP *01000170411295700347250*

Information as of
November 29, 2004

Page 1
LA070RBD

Exhibit 9

# Allstate Insurance Company

Policy Number: 0 45 775356 01/14   Your Agent: Carriere Ins Agy In (504) 885-1177
For Premium Period Beginning: Jan. 14, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $115,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $11,500 | |
| Personal Property Protection - Actual Cash Value<br>• $500   Other Peril Deductible Applies<br>• $500   Hurricane Deductible Applies | $57,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $300,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device            15 %         55 and Retired                         10 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: 0 45 775356 01/14     Your Agent: Carriere Ins Agy In (504) 885-1177
For Premium Period Beginning: Jan. 14, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $9,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company

# AMENDED
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Josephine C & Michael D Netto
2308 Etienne Dr
Meraux LA 70075-2585

**YOUR ALLSTATE AGENT IS:**
R Broussard Agcy
5630 Crowder Ste 207
New Orleans LA 70127

**CONTACT YOUR AGENT AT:**
(504) 241-5111

**POLICY NUMBER**
0 31 386882 11/19

**POLICY PERIOD**
Begins on Nov. 19, 2004
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Nov. 19, 2004 to Nov. 19, 2005
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
2308 Etienne Dr, Meraux, LA 70075-2585

**MORTGAGEE**
- REGIONS BANK DBA REGIONS MORTGAGE ITS SUCCESSORS AND/OR ASSIGNS
  P O Box 11026    Orange CA 92856-8126          Loan # 005384797

## Total Premium for the Premium Period  (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $1,282.00 |
| **TOTAL** | **$1,282.00** |

*Your policy change(s) are effective as of July 20, 2005*

PROP *51000170507195300164030 2*

Information as of
July 19, 2005

Page 1
LA070AMD

Exhibit 10

# Allstate Insurance Company

Policy Number: 0 31 386882 11/19    Your Agent: R Broussard Agcy (504) 241-5111
For Premium Period Beginning: **Nov. 19, 2004**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $2,920   Hurricane Deductible Applies | $146,000 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $2,920   Hurricane Deductible Applies | $14,600 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   Other Peril Deductible Applies<br>• $2,920   Hurricane Deductible Applies | $102,200 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $300,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device          15 %        Home and Auto          10 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

Information as of
July 19, 2005

Page 2
LA070AMD

# Allstate Insurance Company

Policy Number: 0 31 386882 11/19   Your Agent: R Broussard Agcy (504) 241-5111
For Premium Period Beginning: **Nov. 19, 2004**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Hurricane Deductible Endorsement form AP546
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

## Allstate Insurance Company

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Audrey Alfonso Penney W/
Penney
3104 Ventura Dr
Chalmeete LA 70043-3924

**YOUR ALLSTATE AGENT IS:**
Charles A Heine
3701 Williams, #240
Kenner LA 70065

**CONTACT YOUR AGENT AT:**
(504) 469-6400

**POLICY NUMBER**
0 31 374588 06/13

**POLICY PERIOD**
Begins on June 13, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
June 13, 2005 to June 13, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
3104 Ventura Dr, Chalmeete, LA 70043-3924

**MORTGAGEE**
- WASHINGTON MUTUAL HOME LOAN INC 150ISAOA/ATIMA
  P O Box 100562    Florence SC 29501-0562          *Loan # 8011759407*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,187.00 |
| **TOTAL** | **$1,187.00** |

PROP *01000170504275700185250Z*

Information as of
April 27 2005

Page 1
LA070RBD

Exhibit 11

# Allstate Insurance Company

Policy Number: 0 31 374588 06/13    Your Agent: Charles A Heine (504) 469-6400
For Premium Period Beginning: June 13, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $1,000 Other Peril Deductible Applies<br>• $500 Hurricane Deductible Applies | $127,000 | |
| Other Structures Protection<br>• $1,000 Other Peril Deductible Applies<br>• $500 Hurricane Deductible Applies | $12,700 | |
| Personal Property Protection - Reimbursement Provision<br>• $1,000 Other Peril Deductible Applies<br>• $500 Hurricane Deductible Applies | $88,900 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250 All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device                    5 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: **0 31 374588 06/13**   Your Agent: **Charles A Heine (504) 469-6400**
For Premium Period Beginning: **June 13, 2005**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase   of $7,000   due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay. Mortgagee has been billed.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Insurance Company**

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Ralph Pitre &<br>Wife Birdie M Oconnor<br>1811 Alexander Ave<br>Arabi LA 70032-1744 | **YOUR ALLSTATE AGENT IS:**<br>Larry Orlando Ins<br>3814 Veterans, #210<br>Metairie LA 70002 | **CONTACT YOUR AGENT AT:**<br>(504) 885-1177 |
| **POLICY NUMBER**<br>0 15 721768 04/10 | **POLICY PERIOD**<br>Begins on Apr. 10, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Apr. 10, 2005 to Apr. 10, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
1811 Alexander Ave, Arabi, LA 70032-1744

## Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $637.00 |
| **TOTAL** | **$637.00** |

PROP *51000170502235700058250*

Information as of
February 23, 2005

Page 1
LA070RBD

Exhibit 12

# Allstate Insurance Company

Policy Number: 0 15 721768 04/10     Your Agent:  Larry Orlando Ins (504) 885-1177
For Premium Period Beginning: **Apr. 10, 2005**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $250   Other Peril Deductible Applies<br>• $1,380  Hurricane Deductible Applies | $69,000 | |
| Other Structures Protection<br>• $250   Other Peril Deductible Applies<br>• $1,380  Hurricane Deductible Applies | $6,900 | |
| Personal Property Protection - Actual Cash Value<br>• $250   Other Peril Deductible Applies<br>• $1,380  Hurricane Deductible Applies | $34,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):
Protective Device            5 %         55 and Retired                    10 %
Home and Auto               10 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: 0 15 721762 04/10     Your Agent: Larry Orlando Ins (504) 885-1177
For Premium Period Beginning: Apr. 10, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $4,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

---

PROP *5100017050223570000582503*

Information as of February 20, 2005

Page 3
LA070RBD

# Allstate Insurance Company

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Jack Roux<br>Jr & Lorraine D Roux<br>2809 Reunion<br>Violet LA 70092-3423 | **YOUR ALLSTATE AGENT IS:**<br>Gregory Ruiz Agcy<br>3201 Judge Perez Dr,<br>Meraux LA 70075 | **CONTACT YOUR AGENT AT:**<br>(504) 271-0600 |
| **POLICY NUMBER**<br>0 15 625320 06/30 | **POLICY PERIOD**<br>Begins on June 30, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>June 30, 2005 to June 30, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
2809 Reunion, Violet, LA 70092-3423

**MORTGAGEE**
- HIBERNIA NATIONAL BANK         (RETAIL)
  P O Box 61062         New Orleans LA 70161-1062         *Loan # NONE*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,235.00 |
| **TOTAL** | **$1,235.00** |

PROP *5100017050516570011102502*

Information as of
May 15, 2005

Page 1
LA070RBO

Exhibit 13

# Allstate Insurance Company

Policy Number: 0 15 625320 06/30  Your Agent: Gregory Ruiz Agcy (504) 271-0600
For Premium Period Beginning: June 30, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $250  Other Peril Deductible Applies<br>• $500  Hurricane Deductible Applies | $91,000 | |
| Other Structures Protection<br>• $250  Other Peril Deductible Applies<br>• $500  Hurricane Deductible Applies | $9,100 | |
| Personal Property Protection - Reimbursement Provision<br>• $250  Other Peril Deductible Applies<br>• $500  Hurricane Deductible Applies | $63,700 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250  All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):
Home and Auto                      10 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: 0 15 625320 06/30    Your Agent: Gregory Ruiz Agcy (504) 271-0600
For Premium Period Beginning: June 30, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $5,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

PROP *510001705051657001102503*

Information as of
May 16, 2005

Page 3
LAOTOPED