**Allstate Insurance Company**

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Karl Scheurmann
7235 Anne St
Arabi LA 70032-1603

**YOUR ALLSTATE AGENT IS:**
Kim Hebert Ins Agcy
1320 N Morrison #106
Hammond LA 70401

**CONTACT YOUR AGENT AT:**
(985) 429-1993

**POLICY NUMBER**
0 95 430258 04/16

**POLICY PERIOD**
Begins on Apr. 16, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Apr. 16, 2005 to Apr. 16, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
7235 Anne St, Arabi, LA 70032-1603

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $625.00 |
| TOTAL | $625.00 |

PROP *51000170503015700244250*

Information as of
March 1, 2005

Page 1
LA070RBD

Exhibit 14

# Allstate Insurance Company

Policy Number: 0 95 430258 04/16   Your Agent: Kim Hebert Ins Agcy (985) 429-1993
For Premium Period Beginning: Apr. 16, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $1,539   Hurricane Deductible Applies | $76,999 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $1,539   Hurricane Deductible Applies | $7,700 | |
| Personal Property Protection - Actual Cash Value<br>• $500   Other Peril Deductible Applies<br>• $1,539   Hurricane Deductible Applies | $38,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device         5 %         55 and Retired                10 %
Home and Auto            10 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by   1 family

# Allstate Insurance Company

Policy Number: 0 95 430258 04/16    Your Agent: Kim Hebert Ins Agcy (985) 429-1993
For Premium Period Beginning: Apr. 16, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Hurricane Deductible Endorsement form AP546
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $5,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

# Allstate Insurance Company

# RENEWAL
# Standard Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Tonya Sue Seager
1815 Alexander Ave
Arabi LA 70032-1744

PLEASE CONTACT THE ALLSTATE
CUSTOMER INFORMATION CENTER AT
1-800-ALLSTATE (1-800-255-7828)

| POLICY NUMBER | POLICY PERIOD | PREMIUM PERIOD |
|---|---|---|
| 0 21 862823 03/01 | Begins on Mar. 1, 2005 at 12:01 A.M. standard time, with no fixed date of expiration | Mar. 1, 2005 to Mar. 1, 2006 at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
1815 Alexander Ave, Arabi, LA 70032-1744

**MORTGAGEE**
- HOMECOMINGS FINANCIAL NETWORK   ITS SUCCESSORS AND/OR ASSIGNS
  P O Box 100585    Florence SC 29501-0585            *Loan # 0438342750*

## Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $862.00 |
| **TOTAL** | **$862.00** |

PROP *010001705011357001152302*

Information as of
January 13, 2005

Page 1
LA070RBD


Exhibit 15

# Allstate Insurance Company

Policy Number: 0 21 862823 03/01
For Premium Period Beginning: **Mar. 1, 2005**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $250   Other Peril Deductible Applies<br>• $1,637   Hurricane Deductible Applies | $81,859 | |
| Other Structures Protection<br>• $250   Other Peril Deductible Applies<br>• $1,637   Hurricane Deductible Applies | $8,186 | |
| Personal Property Protection - Reimbursement Provision<br>• $250   Other Peril Deductible Applies<br>• $1,637   Hurricane Deductible Applies | $57,302 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device          5 %          55 and Retired          10 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by   1 family

Information as of
January 13, 2005

Page 2
LA070R8O

# Allstate Insurance Company

Policy Number: 0 21 862823 03/01
For Premium Period Beginning: Mar. 1, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Standard Homeowners Policy form AP3338
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $3,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

Edward M. Liddy
President

Robert W. Pike
Secretary

# Allstate Insurance Company

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Paddy Thibodeaux
1625 Alexander St
Arabi LA 70032-1632

**YOUR ALLSTATE AGENT IS:**
T Larry Johnson
1009 Whitney Avenue
Gretna LA 70056

**CONTACT YOUR AGENT AT:**
(504) 361-1965

**POLICY NUMBER**
0 95 607024 09/10

**POLICY PERIOD**
Begins on Sep. 10, 2004
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Sep. 10, 2004 to Sep. 10, 2005
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
1625 Alexander St, Arabi, LA 70032-1632

**MORTGAGEE**
- GUARANTY RESIDENTIAL LENDING INC   ITS SUCCESSORS &/OR ASSIGNS
  P O Box 4874     Houston TX 77210-4874

*Loan # 1404464*

## Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,014.00 |
| **TOTAL** | **$1,014.00** |

Page 1

Exhibit 16

# Allstate Insurance Company

Policy Number: 0 95 607024 09/10   Your Agent: T Larry Johnson (504) 361-1965
For Premium Period Beginning: Sep. 10, 2004

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   Other Peril Deductible Applies<br>• $1,739  Hurricane Deductible Applies | $86,956 | |
| Other Structures Protection<br>• $500   Other Peril Deductible Applies<br>• $1,739  Hurricane Deductible Applies | $8,696 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   Other Peril Deductible Applies<br>• $1,739  Hurricane Deductible Applies | $60,870 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device        5 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number:   0 95 607024 09/10       Your Agent:   T Larry Johnson  (504) 361-1965
For Premium Period Beginning:  Sep. 10, 2004

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase    of $6,000        due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay.  Mortgagee has been billed.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Edward M. Liddy
President

Robert W. Pike
Secretary

Allstate Insurance Company

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Leroy and Carolyn Williams
3721 Bayou Road
St Bernard LA 70085-4501

**YOUR ALLSTATE AGENT IS:**
Eva Vinsanau
701 E St Bernard Hwy
Chalmette LA 70043

**CONTACT YOUR AGENT AT:**
(504) 276-6000

**POLICY NUMBER**
0 95 624151 08/20

**POLICY PERIOD**
Begins on Aug. 20, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Aug. 20, 2005 to Aug. 20, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
3721 Bayou Road, St Bernard, LA 70085-4501

**MORTGAGEE**
- WELL FARGO FINANCIAL AMERICA INCORPORATED
  8400 W Judge Perez    Chalmette LA 70043-1655         Loan # 42351867

## Total Premium for the Premium Period  (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $981.00 |
| **TOTAL** | **$981.00** |

PROP *0100017050705570029326002*

Information as of
July 5, 2005

Page 1
LAD70RBD



Exhibit 17

# Allstate Insurance Company

Policy Number: 0 95 624151 08/20    Your Agent: Eva Vinsanau (504) 276-6000
For Premium Period Beginning: Aug. 20, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES (See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500 Other Peril Deductible Applies<br>• $1,866 Hurricane Deductible Applies | $93,316 | |
| Other Structures Protection<br>• $500 Other Peril Deductible Applies<br>• $1,866 Hurricane Deductible Applies | $9,332 | |
| Personal Property Protection - Reimbursement Provision<br>• $500 Other Peril Deductible Applies<br>• $1,866 Hurricane Deductible Applies | $65,322 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250 All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device       5 %          55 and Retired         10 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by 1 family

information as of July 5, 2005

Page 2
LA070RBD

# Allstate Insurance Company

Policy Number: 0 95 624151 08/20     Your Agent: Eva Vinsanau (504) 276-6000
For Premium Period Beginning: Aug. 20, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $4,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary