UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| | * | |
| SHANE AND SHARON ANSARDI, ET AL., | * | |
| | * | |
| Plaintiffs, | * * | CIVIL ACTION NO.: 07-5767 |
| VERSUS | * | |
| | * | |
| ALLSTATE INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF KATHY COLLARD CONCERNING ALLSTATE INDEMNITY
COMPANY'S POLICIES IN SUPPORT OF DEFENDANT
ALLSTATE INSURANCE COMPANY'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

**STATE OF VIRGINIA**      §
                                              §
**COUNTY OF ROANOKE**      §

Kathy Collard, being duly sworn, deposes and states as follows:

1.      I am over 18 years of age, and a resident of the State of Virginia.

2.      I have knowledge of the facts set forth in this Affidavit, both personally and through a review of Allstate Indemnity Company's records, made and kept in the regular course of Allstate's business by those whose regular job function it is to make and keep such records, and, if called as a witness, I could testify competently to those facts.

Exhibit B

3.       I am a Senior Field Support Representative for Allstate. I have held this position for 34 years.

4.       Exhibit 1 attached hereto consists of true and correct copies of the Deluxe Homeowner's policy covering the property owned by Shane and Sharon Ansardi and the declarations page to that policy.

5.       Exhibit 2 attached hereto is a true and correct copy of the declarations page to the Deluxe Homeowner's policy covering the property owned by Grady and Cheryl Bell. The Bells' form Deluxe Homeowner's policy is identical to the form Deluxe Homeowner's policy attached hereto as Exhibit 1.

6.       Exhibit 3 attached hereto is a true and correct copy of the declarations page to the Deluxe Homeowner's policy covering the property owned by Donald Brossette. Mr. Brossette's form Deluxe Homeowner's policy is identical to the form Deluxe Homeowner's policy attached hereto as Exhibit 1.

7.       Exhibit 4 attached hereto is a true and correct copy of the declarations page to the Deluxe Homeowner's policy covering the property owned by Craig Bruno. Mr. Bruno's form Deluxe Homeowner's policy is identical to the form Deluxe Homeowner's policy attached hereto as Exhibit 1.

8.       Exhibit 5 attached hereto is a true and correct copy of the declarations page to the Deluxe Homeowner's policy covering the property owned by Sinclair and Julie Mixon. The Mixons' form Deluxe Homeowner's policy is identical to the form Deluxe Homeowner's policy attached hereto as Exhibit 1.

9.       Exhibit 6 attached hereto is a true and correct copy of the declarations page to the Deluxe Homeowner's policy covering the property owned by Pamela Nicosia. Ms. Nicosia's

form Deluxe Homeowner's policy is identical to the form Deluxe Homeowner's policy attached hereto as Exhibit 1.

10.     Exhibit 7 attached hereto is a true and correct copy of the declarations page to the Deluxe Homeowner's policy covering the property owned by Dominick Puipuro.  Ms. Puipuro's form Deluxe Homeowner's policy is identical to the form Deluxe Homeowner's policy attached hereto as Exhibit 1.

11.     Exhibit 8 attached hereto is a true and correct copy of the declarations page to the Deluxe Homeowner's policy covering the property owned by David and Christine Richards.  The Richardses' form Deluxe Homeowner's policy is identical to the form Deluxe Homeowner's policy attached hereto as Exhibit 1.

12.     Exhibit 9 attached hereto is a true and correct copy of the declarations page to the Deluxe Homeowner's policy covering the property owned by Joseph Serpas, Jr.  Mr. Serpas' form Deluxe Homeowner's policy is identical to the form Deluxe Homeowner's policy attached hereto as Exhibit 1.

13.     Exhibit 10 attached hereto is a true and correct copy of the declarations page to the Deluxe Homeowner's policy covering the property owned by Lisa Williams.  Ms. Williams' form Deluxe Homeowner's policy is identical to the form Deluxe Homeowner's policy attached hereto as Exhibit 1.

14.     Despite a diligent search, I could not locate a policy issued by Allstate Indemnity Company covering the property owned by Clayton and Carrie Juan.

Dated:  November 4, 2007

_____
Kathy Collard

3

SUBSCRIBED AND SWORN to before me this _____ day of November, 2007.

_____
Notary Public

My Commission Expires: _____

KIM FERGUSON
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES  DEC. 31, 2009
COMMISSION # 300172

4

# Allstate Indemnity Company Deluxe Homeowners Policy

**LOUISIANA**

**Policy:** 9 15 378624 07/01    **Effective:** July 1, 2005

**Issued to:**
Shane and Sharon Ansardi
1522 Alexander Ave
Arabi LA 70032-1631

**By your Allstate agent:**
Eva Vinsanau
701 E St Bernard Hwy
Chalmette LA 70043



Allstate Indemnity Company
A Stock Company---Home Office: Northbrook, Illinois 60062

PROP *6100017050516570197225l0*

AP3346

Exhibit 1

## Table of Contents

### General
Definitions Used In This Policy ............................ 2
Insuring Agreement ........................................ 3
Agreements We Make With You ............................. 4
Conformity To State Statutes ............................. 4
Coverage Changes .......................................... 4
Policy Transfer............................................ 4
Continued Coverage After Your Death................... 4
Cancellation .............................................. 4
Concealment Or Fraud ..................................... 5
What Law Will Apply ....................................... 5
Where Lawsuits May Be Brought............................ 5

### Section I — Your Property

#### Coverage A
#### Dwelling Protection
Property We Cover Under Coverage A.................... 5
Property We Do Not Cover Under Coverage A......... 5

#### Coverage B
#### Other Structures Protection
Property We Cover Under Coverage B.................... 6
Property We Do Not Cover Under Coverage B........ 6
Losses We Cover Under Coverages A and B .......... 6
Losses We Do Not Cover Under
    Coverages A and B  ................................. 6

#### Coverage C
#### Personal Property Protection
Property We Cover Under Coverage C.................... 8
Limitations On Certain Personal Property ............. 8
Property We Do Not Cover Under Coverage C....... 9
Losses We Cover Under Coverage C ................... 10
Losses We Do Not Cover Under Coverage C ........ 11

### Additional Protection
Additional Living Expense ................................ 12
Credit Card, Bank Fund Transfer Card,
Check Forgery and Counterfeit Money................ 13
Debris Removal ........................................... 14
Emergency Removal Of Property ....................... 14
Fire Department Charges ................................ 14
Temporary Repairs After A Loss........................ 14
Trees, Shrubs, Plants and Lawns...................... 14
Temperature Change...................................... 14
Power Interruption........................................ 15
Arson reward ............................................. 15

Collapse ................................................... 15
Land ...................................................... 15

### Section I Conditions
Deductible ................................................ 15
Insurable Interest and Our Liability.................... 15
What You Must Do After A Loss ........................ 15
Our Settlement Options .................................. 16
How We Pay For A Loss ................................. 16
Our Settlement Of Loss ................................. 18
Appraisal .................................................. 18
Abandoned Property ..................................... 19
Permission Granted To You ............................. 19
Our Rights To Recover Payment ...................... 19
Our Rights To Obtain Salvage .......................... 19
Suit Against Us ........................................... 19
Loss To A Pair Or Set.................................... 19
Glass Replacement ....................................... 19
No Benefit To Bailee..................................... 19
Other Insurance........................................... 19
Property Insurance Adjustment ........................ 20
Mortgagee ................................................ 20
Mold, Fungus, Wet Rot and Dry Rot
Remediation as a Direct Result of a
Covered Loss.............................................. 20

### Section II — Family Liability and
### Guest Medical Protection

#### Coverage X
#### Family Liability Protection
Losses We Cover Under Coverage X.................... 21
Losses We Do Not Cover Under Coverage X........ 21

#### Coverage Y
#### Guest Medical Protection
Losses We Cover Under Coverage Y ................... 23
Losses We Do Not Cover Under Coverage Y ........ 23

### Additional Protection
Claim Expenses............................................ 24
Emergency First Aid....................................... 25
Damage To Property Of Others  ........................ 25

### Section II Conditions
What You Must Do After An Accidental Loss ....... 25
What An Injured Person Must Do — Coverage Y
Guest Medical Protection ................................ 26
Our Payment of Loss — Coverage Y
Guest Medical Protection ................................ 26

AP3346

Our Limits Of liability .......................................... 26
Bankruptcy ....................................................... 26
Our Rights To Recover Payment—Coverage X
Family Liability Protection ................................. 26
Suit Against Us .................................................. 26

Other Insurance—Coverage X—
Family Liability Protection ................................. 26

### Section III—Optional Protection

**Optional Coverages You May Buy**
Coverage BC
Building Codes...................................................... 27
Coverage BP
Increased Coverage On Business Property........... 27
Coverage DP
Increased Coverage On Electronic
Data Processing Equipment ................................. 27
Coverage F
Fire Department Charges .................................... 27
Coverage G
Loss Assessments................................................. 27
Coverage J
Extended Coverage On Jewelry, Watches
    and Furs....................................................... 27
Coverage K
Incidental Office, Private School Or Studio ......... 28
Coverage LR
Lock Replacement................................................ 28
Coverage M
Increased Coverage On Money ........................... 28
Coverage P
**Business** Pursuits .............................................. 28
Coverage S
Increased Coverage On Securities ...................... 29
Coverage SD
Satellite Dish Antennas ....................................... 29
Coverage SE
Cellular Communication Systems ........................ 29
Coverage ST
Increased Coverage On Theft Of Silverware ........ 29

# General

## Definitions Used In This Policy

1.  "**You**" or "**your**" - means the person named on the Policy Declarations as the insured and that person's resident spouse.

2.  "**Allstate**," "**we**," "**us**," or "**our**" - means the company named on the Policy Declarations.

3.  "**Insured person(s)**" - means **you** and, if a resident of **your** household:
    a)  any relative; and
    b)  any dependent person in **your** care.

    Under **Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection**, "**insured person**" also means:
    c)  any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person**. **We** do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner.
    d)  with respect to the use of any vehicle covered by this policy, any person while using the vehicle with **your** consent.

4.  "**Bodily injury**" - means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
    a)  any venereal disease;
    b)  Herpes;
    c)  Acquired Immune Deficiency Syndrome (AIDS);
    d)  AIDS Related Complex (ARC);
    e)  Human Immunodeficiency Virus (HIV);

    or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

    Under **Coverage Y—Guest Medical Protection**, **bodily injury** means physical harm to the body, including sickness or disease, except that **bodily injury** does not include:
    a)  any venereal disease;
    b)  Herpes;
    c)  Acquired Immune Deficiency Syndrome (AIDS);
    d)  AIDS Related Complex (ARC);
    e)  Human Immunodeficiency Virus (HIV);

AP3346 PROP *61000170505165701972251 1*

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. **"Building structure"** - means a structure with walls and a roof.

6. **"Business"** - means:
   a) any full or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is also a **business**.

   However, the mutual exchange of home day care services is not considered a **business**;
   b) any property rented or held for rental by an insured person. Rental of your **residence premises** is not considered a **business** when:
      1) it is rented occasionally for residential purposes;
      2) a portion is rented to not more than two roomers or boarders; or
      3) a portion is rented as a private garage.

7. **"Residence premises"** - means the **dwelling**, other structures and land located at the address stated on the Policy Declarations.

8. **"Insured premises"** - means:
   a) the **residence premises**; and
   b) under **Section II** only:
      1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds **you** acquire for **your** use as a private residence while this policy is in effect;
      2) any part of a premises not owned by an **insured person** but where an **insured person** is temporarily living;
      3) cemetery plots or burial vaults owned by an **insured person**;
      4) vacant land, other than farmland, owned by or rented to an **insured person**;

      5) land owned by or rented to an **insured person** where a one, two, three or four family dwelling is being built as that person's residence;
      6) any premises used by an **insured person** in connection with the **residence premises**;
      7) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

9. **"Occurrence"** - means an accident, including continuous or repeated exposure to substantially the same general harmful conditions during the policy period, resulting in **bodily injury** or **property damage**.

10. **"Property damage"** - means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. **"Residence employee"** - means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes similar duties performed elsewhere for an insured person, not in connection with the **business** of an **insured person**.

12. **"Dwelling"** - means a one, two, three or four family **building structure**, identified as the insured property on the Policy Declarations, where **you** reside and which is principally used as a private residence.

## Insuring Agreement

In reliance on the information **you** have given **us**, **Allstate** agrees to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with the policy terms and conditions, and inform **us** of any change in title, use or occupancy of the **residence premises**.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or **occurrences** that take place during the policy period.

AP3346

The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

The terms of this policy impose joint obligations on persons defined as an insured person. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

### Agreements We Make With You
**We** make the following agreements with **you**:

### Conformity To State Statutes
When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

### Coverage Changes
When **Allstate** broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information **you** have given **us**. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that if this information changes, is incorrect or incomplete, **we** may adjust **your** coverage and premium accordingly during the policy period.

Any calculation of **your** premium or changes in **your** **coverage** will be made using the rules, rates and forms on file, if required, for **our** use in **your** state. The rates in effect at the beginning of **your** current premium period will be used to calculate any change in **your** premium.

### Policy Transfer
**You** may not transfer this policy to another person without **our** written consent.

### Continued Coverage After Your Death
If **you** die, coverage will continue until the end of the premium period for:
1)  **your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death.
2)  an **insured person**, and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

### Cancellation
**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right to Cancel:
**Allstate** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with **us**, **we** may cancel this policy for any reason.

When this policy has been in effect for 60 days or more, or if it is a renewal with **us**, **we** may cancel this policy for one or more of the following reasons:
1)  non-payment of premium;

2)  the policy was obtained by misrepresentation, fraud or concealment of material facts;

3)  material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or

4)  there has been a substantial change or increase in hazard in the risk **we** originally accepted.

If the cancellation is for non-payment of premium, **we** will give **you** at least 10 days notice before the cancellation takes effect. If cancellation is for any other reason, **we** will give **you** at least 30 days notice.

**Our** mailing the notice of cancellation to **you** will be deemed to be proof of notice. Coverage under this

AP3346 PROP *51000170505165701972251Z*



policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded to **you** within 30 days of the date of cancellation. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Continue or Renew:
**Allstate** has the right not to renew or continue the policy beyond the current premium period. If **we** don't intend to continue or renew the policy, **we** will mail **you** notice at least 30 days before the end of the premium period. **Our** mailing notice of non-renewal to **you** will be deemed proof of notice.

### Concealment Or Fraud

This policy is void if it was obtained by misrepresentation, fraud, or concealment of material facts, if such misrepresentation, fraud, or concealment of material facts was made with the intent to deceive.

If it is determined that this policy is void, all premiums paid will be returned to **you** since there has been no coverage under this policy.

**We** do not cover any loss or **occurrence** in which the **insured person** has concealed or misrepresented any material fact or circumstance.

### What Law Will Apply

This policy is issued in accordance with the laws of Louisiana and covers property or risks principally located in Louisiana. Subject to the following paragraph, the laws of Louisiana shall govern any and all claims or disputes in any way related to this policy.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, claims or disputes regarding that covered loss to property, or any other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

### Where Lawsuits May Be Brought

Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, lawsuits regarding that covered loss to property, or any other covered occurrence may also be brought in the judicial district where that covered loss to property, or any other covered occurrence happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

## Section I – Your Property

### Coverage A
### Dwelling Protection

### Property We Cover Under Coverage A:

1. **Your dwelling** including attached structures. Structures connected to **your dwelling** by only a fence, utility line, or similar connection are not considered attached structures.

2. Construction materials and supplies at the **residence premises** for use in connection with **your dwelling**.

3. Wall-to-wall carpeting fastened to **your dwelling**.

### Property We Do Not Cover Under Coverage A:

1. Any structure including fences or other property covered **under Coverage B — Other Structures Protection**.

AP3346

2.  Land, except as specifically provided in **Section I —Additional Protection** under item 12, "Land."

3.  Satellite dish antennas and their systems, whether or not attached to **your dwelling**.

## Coverage B
## Other Structures Protection

### Property We Cover Under Coverage B:

1.  Structures at the address shown on the Policy Declarations separated from **your dwelling** by clear space.

2.  Structures attached to **your dwelling** by only a fence, utility line, or similar connection.

3.  Construction materials and supplies at the address of the **residence premises** for use in connection with structures other than **your dwelling**.

4.  Wall-to-wall carpeting fastened to other **building structures**.

### Property We Do Not Cover Under Coverage B:

1.  Structures used in whole or in part for **business** purposes.

2.  Any structure or other property covered under **Coverage A—Dwelling Protection**.

3.  Land, no matter where located, or the replacement, rebuilding, restoration, stabilization or value of any such land.

4.  Construction materials and supplies at the address of the **residence premises** for use in connection with the **dwelling**.

5.  Satellite dish antennas and their systems, whether or not attached to **building structures**.

### Losses We Cover Under Coverages A and B:

**We** will cover sudden and accidental direct physical loss to property described in **Coverage A—Dwelling Protection** and **Coverage B—Other Structures**

**Protection** except as limited or excluded in this policy.

### Losses We Do Not Cover Under Coverages A and B:

**We** do not cover loss to the property described in **Coverage A—Dwelling Protection or Coverage B — Other Structures Protection** consisting of or caused by:

1.  Flood, including, but not limited to surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2.  Water or any other substance that backs up through sewers or drains.

3.  Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4.  Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises**.

**We** do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5.  Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

**We** do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6.  Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of

any **building structure**, other structure or land at the **residence premises**.

**We** do cover sudden and accidental direct physical loss caused by actions of civil authority to prevent the spread of fire.

7. The failure by any **insured person** to take all reasonable steps to preserve property when the property is endangered by a cause of loss **we** cover.

8. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person**.

9. Intentional or criminal acts of, or at the direction of, the **insured person**, if the loss that occurs:
   a) may be reasonably expected to result from such acts; or
   b) is the intended result of such acts.

   This exclusion applies regardless of whether or not the **insured person** is actually charged with, or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

   **We** do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. War or warlike acts, including but not limited to, insurrection, rebellion or revolution.

12. Collapse, except as specifically provided in **Section I—Additional Protection** under item 11, "Collapse."

13. Soil conditions, including but not limited to, corrosive action, chemicals, compounds, elements, suspensions, crystal formations or gels in the soil.

14. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

In addition, **we** do not cover loss consisting of or caused by any of the following:

15. a) wear and tear, aging, marring, scratching, deterioration, inherent vice, or latent defect;
   b) mechanical breakdown;
   c) growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;
   d) rust or other corrosion;
   e) contamination, including, but not limited to the presence of toxic, noxious or hazardous gasses, chemicals, liquids, solids or other substances at the **residence premises** or in the air, land or water serving the **residence premises**;
   f) smog, smoke from the manufacturing of any controlled substance, agricultural smudging and industrial operations;
   g) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings;
   h) insects, rodents, birds or domestic animals. **We** do cover the breakage of glass or safety glazing materials caused by birds; or
   i) seizure by government authority.

   If any of (a) through (h) cause the sudden and accidental escape of water or steam from a plumbing, heating or air conditioning system, household appliance or fire protective sprinkler system within **your dwelling**, **we** cover the direct physical damage caused by the water or steam. If loss to covered property is caused by water or steam not otherwise excluded, **we** will cover the cost of tearing out and replacing any part of **your dwelling** necessary to repair the system or appliance. This does not include damage to the defective system or appliance from which the water escaped.

16. Freezing of plumbing, fire protective sprinkler systems, heating or air conditioning systems or household appliances, or discharge, leakage or overflow from within the systems or appliances caused by freezing, while the **building structure** is vacant, unoccupied or being constructed unless **you** have used reasonable care to:
   a) maintain heat in the **building structure**; or

AP3346

Page 7

b) shut off the water supply and drain the system and appliances.

17. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not. This exclusion applies only to fences, pavements, patios, swimming pools, foundations, retaining walls, bulkheads, piers, wharves or docks.

18. Seepage, meaning continuous or repeated seepage or leakage over a period of weeks, months, or years, of water, steam or fuel:
    a) from a plumbing, heating, air conditioning or automatic fire protection system or from within a domestic appliance; or
    b) from, within or around any plumbing fixtures, including, but not limited to shower stalls, shower baths, tub installations, sinks or other fixtures designed for the use of water or steam.

19. Theft from **your residence premises** while **your dwelling** is under construction, or of materials and supplies for use in construction, until **your dwelling** is completed and occupied.

20. Vandalism or Malicious Mischief if **your dwelling** is vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

21. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

22. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
    a) planning, zoning, development, surveying, siting;
    b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c) materials used in repair, construction, renovation or remodeling; or
    d) maintenance;

    of property whether on or off the **residence premises** by any person or organization.

23. **We** do not cover loss to covered property described in **Coverage A—Dwelling Protection** or **Coverage B—Other Structures Protection** when:
    a) there are two or more causes of loss to the covered property; and
    b) the predominant cause(s) of loss is (are) excluded under **Losses We Do Not Cover**, items 1 through 22 above.

24. Mold, fungus, wet rot or dry rot. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

    This exclusion applies regardless of whether mold, fungus, wet rot or dry rot arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I, Conditions —Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

## Coverage C
## Personal Property Protection

### Property We Cover Under Coverage C:
1. Personal property owned or used by an **insured person** anywhere in the world. When personal property is located at a residence other than the **residence premises**, coverage is limited to 10% of **Coverage C—Personal Property Protection.** This limitation does not apply to personal property in a newly acquired principal residence for the 30 days immediately after **you** begin to move property there or to personal property in student dormitory, fraternity or sorority housing.

2. At **your** option, personal property owned by a guest or **residence employee** while the property is in a residence **you** are occupying.

### Limitations On Certain Personal Property:
Limitations apply to the following groups of personal property. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under

AP3346 PROP *610001705051657019722514*

**Coverage C—Personal Property Protection**. The total amount of coverage for each group in any one loss is as follows:

1. $   200 — Money, bullion, bank notes, coins and other numismatic property.

2. $   250 — Property used or intended for use in a **business** while the property is away from the **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

3. $2,500 — Property used or intended for use in a **business**, including property held as samples or for sale or delivery after sale, while the property is on the **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

4. $1,000 — Trading cards, subject to a maximum amount of $250 per card.

5. $1,000 — Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, and stamps, including philatelic property.

6. $1,000 — Manuscripts, including documents stored on electronic media.

7. $1,000 — Watercraft, including their attached or unattached trailers, furnishings, equipment, parts, and motors.

8. $1,000 — Trailers not used with watercraft.

9. $1,000 — Theft of jewelry, watches, precious and semi—precious stones, gold other than goldware, silver other than silverware, platinum and furs, including any item containing fur which represents its principal value.

10. $1,000 — Any motorized land vehicle parts, equipment or accessories not attached to or located in or upon any motorized land vehicle.

11. $2,000 — Theft of firearms.

12. $2,500 — Theft of silverware, pewterware and goldware.

13. $5,000 — Electronic data processing equipment and the recording or storage media used with that equipment whether or not the equipment is used in a **business**. Recording or storage media will be covered only up to:
    a) the retail value of the media, if pre-programmed; or
    b) the retail value of the media in blank or unexposed form, if blank or self-programmed.

14. $10,000— Theft of rugs, including, but not limited to any handwoven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age; subject to a maximum amount of $2,500 per item.

### Property We Do Not Cover Under Coverage C:

1. Personal property specifically described and insured by this or any other insurance.

2. Animals.

3. Motorized land vehicles, including, but not limited to any land vehicle powered or assisted by a motor or engine. **We** do not cover any motorized land vehicle parts, equipment or accessories attached to or located in or upon any motorized land vehicle. **We** do cover motorized land vehicles designed for assisting the handicapped or used solely for the service of the **insured premises** and not licensed for use on public roads.

AP3346

4.  Aircraft and aircraft parts. This does not include model or hobby craft not designed to carry people or cargo.

5.  Property of roomers, boarders, tenants not related to an **insured person.**

6.  Property located away from the **residence premises** and rented or held for rental to others.

7.  Any device, cellular communication system, radar signal reception system, accessory or antenna designed for reproducing, detecting, receiving, transmitting, recording or playing back data, sound or picture which may be powered by electricity from a motorized land vehicle or watercraft and while in or upon a motorized land vehicle or watercraft.

8.  Satellite dish antennas and their systems.

### Losses We Cover Under Coverage C:

**We** will cover sudden and accidental direct physical loss to the property described in **Coverage C— Personal Property Protection,** except as limited or excluded in this policy, caused by:

1.  Fire or Lightning.

2.  Windstorm or Hail.

    **We** do not cover:
    a)  loss to covered property inside a **building structure,** caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and the wind forces rain, snow, sleet, sand or dust through the damaged roof or wall;
    b)  loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed **building structure.** However, **we** do cover canoes and rowboats on the **residence premises.**

3.  Explosion.

4.  Riot or Civil Commotion, including pillage and looting during, and at the site of, the riot or civil commotion.

5.  Aircraft, including self-propelled missiles and spacecraft.

6.  Vehicles.

7.  Smoke.

    **We** do not cover loss caused by smoke from the manufacturing of controlled substances, agricultural smudging or industrial operations.

8.  Vandalism and Malicious Mischief.

    **We** do not cover vandalism or malicious mischief if **your dwelling** has been vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

9.  Falling objects.

    **We** do not cover loss to personal property inside a **building structure** unless the falling object first damages the exterior walls or roof of the **building structure**.

10. Weight of ice, snow or sleet which causes damage to personal property in a **building structure,** but only if the **building structure** is damaged due to the weight of ice, snow or sleet.

11. Increase or decrease of artificially generated electrical current to electrical appliances, fixtures and wiring.

12. Bulging, burning, cracking or rupture of a steam or hot water heating system, an air conditioning system, an automatic fire protection system or an appliance for heating water.

13. Water or steam that escapes from a plumbing, heating or air conditioning system, an automatic fire protection system, or from a household appliance due to accidental discharge or overflow.

    **We** do not cover loss to the system or appliance from which the water or steam escapes, or loss from water which backs up through sewers or

drains or overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

14. Freezing of a plumbing, heating or air conditioning system or a household appliance.

    **We** do not cover loss at the **residence premises** under perils (12), (13), and (14) caused by or resulting from freezing while the **building structure** is vacant, unoccupied or under construction unless **you** have used reasonable care to:
    a)  maintain heat in the **building structure**; or
    b)  shut off the water supply and drain the water from the systems and appliances.

15. Theft, or attempted theft, including disappearance of property from a known place when it is likely that a theft has occurred. Any theft must be promptly reported to the police.

    **We** do not cover:
    a)  theft or attempted theft committed by an **insured person**;
    b)  theft in or from the **residence premises** while under construction or of materials and supplies for use in construction, until the **dwelling** is completed and occupied;
    c)  theft of any property while at any other residence owned, rented to or occupied by an **insured person** unless the **insured person** is temporarily residing there;
    d)  theft of trailers, campers, watercraft, including furnishings, equipment and outboard motors, away from the **residence premises**;
    e)  theft from that part of the **residence premises** rented by **you** to other than an **insured person**.

16. Breakage of glass, meaning damage to covered personal property caused by breakage of glass constituting a part of any **building structure** on the **residence premises**. This does not include damage to the glass.

## Losses We Do Not Cover Under Coverage C:

**We** do not cover loss to the property described in **Coverage C — Personal Property Protection** caused by or consisting of:

1.  Flood, including, but not limited to surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2.  Water or any other substance that backs up through sewers or drains.

3.  Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4.  Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises**.

**We** do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5.  Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

    **We** do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6.  Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure** or other structure at the **residence premises**.

AP3346

**We** do cover sudden and accidental direct physical loss to covered property caused by actions of civil authority to prevent the spread of fire.

7. The failure by any **insured person** to take all reasonable steps to save and preserve property when the property is endangered by a cause of loss **we** cover.

8. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person.**

9. Intentional or criminal acts of, or at the direction of, the **insured person**, if the loss that occurs:
   a) may be reasonably expected to result from such acts; or
   b) is the intended result of such acts.

   This exclusion applies regardless of whether or not the **insured person** is actually charged with or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

    **We** do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

12. War or warlike acts, including, but not limited to insurrection, rebellion or revolution.

13. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

14. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
    a) planning, zoning, development, surveying, siting;

    b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c) materials used in repair, construction, renovation or remodeling; or
    d) maintenance;

    of property whether on or off the **residence premises** by any person or organization.

15. **We** do not cover loss to covered property described in **Coverage C—Personal Property Protection** when:
    a) there are two or more causes of loss to the covered property; and
    b) the predominant cause(s) of loss is (are) excluded under **Losses We Do Not Cover**, items 1 through 14 above.

16. Mold, fungus, wet rot or dry rot. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

    This exclusion applies regardless of whether mold, fungus, wet rot or dry rot arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

*Additional Protection*
1. **Additional Living Expense**
   a) **We** will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living when a direct physical loss **we** cover under **Coverage A— Dwelling Protection, Coverage B—Other Structures Protection** or **Coverage C— Personal Property Protection** makes **your** **residence premises** uninhabitable. However, additional living expense solely due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions—Mold, Fungus, Wet Rot and**

**Dry Rot Remediation as a Direct Result of a Covered Loss.**

Payment for additional living expense as a result of a covered loss under **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** or **Coverage C — Personal Property Protection** will be limited to the least of the following:

1) the time period required to repair or replace the property **we** cover, using due diligence and dispatch; or
2) if **you** permanently relocate, the shortest time for **your** household to settle elsewhere;
3) 12 months.

b) **We** will pay **your** lost fair rental income resulting from a covered loss under **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** or **Coverage C — Personal Property Protection**, less charges and expenses which do not continue, when a loss **we** cover under **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** or **Coverage C — Personal Property Protection** makes the part of the **residence premises you** rent to others, or hold for rental, uninhabitable. **We** will pay for lost fair rental income for the shortest time required to repair or replace the part rented or held for rental but not to exceed 12 months. However, payments for **your** lost fair rental income expense due solely to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

c) **We** will pay the reasonable and necessary increase in living expenses and the lost fair rental income for up to two weeks should civil authorities prohibit the use of the **residence premises** due to a loss at a neighboring premises caused by a loss **we** insure against. However, payments for increase in living expenses or **your** lost fair rental income expense due solely to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

These periods of time are not limited by the termination of this policy.

**We** do not cover any lost income or expense due to the cancellation of a lease or agreement.

No deductible applies to this protection.

2. **Credit Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money**
   **We** will pay for loss:
   a) that an **insured person** is legally required to pay for the unauthorized use of any credit card or bank fund transfer card issued to or registered in the name of an **insured person**;
   b) caused by forgery or alteration of a check or negotiable instrument made or drawn upon an **insured person's** account;
   c) to an **insured person** through acceptance in good faith of counterfeit United States or Canadian paper currency.

**Our** maximum limit of liability for any one loss is $1,000. All loss due to forgery or unauthorized use by or involving any one person is considered one loss.

**We** do not cover:
a) loss arising from any **business** of an insured person;
b) loss caused by or at the direction of an **insured person** or any other person who has been entrusted with any credit card or bank fund transfer card;
c) loss arising out of dishonesty of an **insured person.**

When loss is discovered, the **insured person** must give **us** immediate written notice. If the loss involves a credit card, charge plate or bank fund transfer card, the **insured person** must also give

AP3346

Page 13

immediate written notice to the company or bank that issued the card or plate. Failure to comply with the terms and conditions of the card or plate voids this protection.

**We** will pay only for loss occurring during the policy period, including those losses discovered and reported to **us** within one year after the policy has terminated. **We** have the right to investigate and settle any claim or suit as **we** deem appropriate. Full payment of the amount of insurance for any one loss ends **our** obligation under each claim or suit arising from the loss.

**We** will defend any suit brought against an **insured person** for the enforcement of payment covered under paragraph 2(a) of this protection. The defense will be at **our** expense, with counsel of **our** choice.

**We** have the option to defend an **insured person** or the **insured person's** bank against a suit for the enforcement of payment covered under paragraph 2(b) of this protection. The defense will be at **our** expense, with counsel of **our** choice.

No deductible applies to this protection.

3. **Debris Removal**
**We** will pay reasonable expenses **you** incur to remove debris of covered property damaged by a loss **we** cover. If the loss to the covered property and the cost of debris removal are more than the limit of liability shown on the Policy Declarations for the covered property, **we** will pay up to an additional 5% of that limit for debris removal.

4. **Emergency Removal Of Property**
**We** will pay for sudden and accidental direct physical loss to covered property from any cause while removed from a premises because of danger from a loss **we** cover. Protection is limited to a 30-day period from date of removal. This protection does not increase the limit of liability that applies to the covered property.

5. **Fire Department Charges**
**We** will pay up to $500 for service charges made by fire departments called to protect **your**

property from a loss **we** cover at the **residence premises**.

No deductible applies to this protection.

6. **Temporary Repairs After A Loss**
**We** will reimburse **you** up to $5,000 for the reasonable and necessary cost **you** incur for temporary repairs to protect covered property from further imminent covered loss following a loss **we** cover. This coverage does not increase the limit of liability applying to the property being repaired.

7. **Trees, Shrubs, Plants and Lawns**
**We** will pay up to an additional 5% of the limit of liability shown on the Policy Declarations under **Coverage A—Dwelling Protection** for loss to trees, shrubs, plants and lawns at the address of the **residence premises**. **We** will not pay more than $500 for any one tree, shrub, or plant including expenses incurred for removing debris. This coverage applies only to direct physical loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned by an occupant of the **residence premises**, vandalism or malicious mischief, theft or collapse of a **building structure** or any part of a **building structure**.

**We** will pay up to $500 for reasonable expenses **you** incur for the removal of debris of trees at the address of the **residence premises** for direct physical loss caused by windstorm, hail, or weight of ice, snow or sleet. The fallen tree must have caused damage to property covered under **Coverage A—Dwelling Protection**.

**We** do not cover trees, shrubs, plants, or lawns grown for **business** purposes.

8. **Temperature Change**
**We** will pay for loss to covered personal property in a **building structure** at the **residence premises** resulting from a change in temperature. The change in temperature must result from a covered loss to the **building structure**.

This coverage does not increase the limit of liability applying to the damaged property.

