# Allstate Indemnity Company

Policy Number: 9 15 378624 07/01        Your Agent: Eva Vinsanau (504) 276-6000
For Premium Period Beginning: July 1, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $5,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*E. J. Dixon*
Edward J. Dixon
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Indemnity Company**

# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Grady and Cheryle Bell
2401 Pirate Dr
Chalmette LA 70043-4138

**YOUR ALLSTATE AGENT IS:**
Eva Vinsanau
701 E St Bernard Hwy
Chalmette LA 70043

**CONTACT YOUR AGENT AT:**
(504) 276-6000

**POLICY NUMBER**
9 15 891136 05/24

**POLICY PERIOD**
Begins on May 24, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
May 24, 2005 to May 24, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
2401 Pirate Dr, Chalmette, LA 70043-4138

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $654.00 |
| **TOTAL** | **$654.00** |

Information as of May 24, 2005

Page 1
LA070NBD

Exhibit 2

# Allstate Indemnity Company

Policy Number: 9 15 891136 05/24    Your Agent: Eva Vinsanau (504) 276-6000
For Premium Period Beginning: May 24, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES (See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $1,000 All Peril Deductible Applies | $86,002 | |
| Other Structures Protection<br>• $1,000 All Peril Deductible Applies | $8,600 | |
| Personal Property Protection - Reimbursement Provision<br>• $1,000 All Peril Deductible Applies | $60,202 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250 All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):

| | | |
|---|---|---|
| Protective Device | 5 % | Home and Auto    15 % |
| Age of Home | 5 % | |

## RATING INFORMATION
The dwelling is of Brick construction and is occupied by 1 family

# Allstate Indemnity Company

Policy Number:  9 15 891136 05/24     Your Agent:  Eva Vinsanau  (504) 276-6000
For Premium Period Beginning:  **May 24, 2005**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*E. J. Dixon*
Edward J. Dixon
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Indemnity Company**

# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Donald Brossette<br>3700 Jacob Drive<br>Chalmette LA 70043-2722 | **YOUR ALLSTATE AGENT IS:**<br>Roger Shales Ins<br>3117 22nd St Suite 1<br>Metairie LA 70002 | **CONTACT YOUR AGENT AT:**<br>(504) 831-1778 |
| **POLICY NUMBER**<br>9 15 735940 02/11 | **POLICY PERIOD**<br>Begins on Feb. 11, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Feb. 11, 2005 to Feb. 11, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
3700 Jacob Drive, Chalmette, LA 70043-2722

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $494.00 |
| **TOTAL** | **$494.00** |

PROP *010001705021457018752302*

Information as of
February 14, 2005

Page 1
LA070NED

Exhibit 3

# Allstate Indemnity Company

Policy Number: 9 15 735940 02/11  Your Agent: Roger Shales Ins (504) 831-1778
For Premium Period Beginning: Feb. 11, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $1,000 All Peril Deductible Applies | $92,000 | |
| Other Structures Protection<br>• $1,000 All Peril Deductible Applies | $9,200 | |
| Personal Property Protection - Actual Cash Value<br>• $1,000 All Peril Deductible Applies | $46,000 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250 All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 10 % | 55 and Retired | 10 % |
| Claim Free | 10 % | Home and Auto | 15 % |
| Age of Home | 10 % | | |

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by 1 family

Information as of
February 14, 2005

Page 2
LA070NBD

# Allstate Indemnity Company

Policy Number:  9 15 735940 02/11     Your Agent:   Roger Shales ins  (504) 831-1778
For Premium Period Beginning:  Feb. 11, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

---

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

*E. J. Dixon*
Edward J. Dixon
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Indemnity Company**

# AMENDED
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Craig Prescotte Bruno<br>105 4th Street<br>Chalmette LA 70043-4217 | **YOUR ALLSTATE AGENT IS:**<br>Frank B. Capella III<br>322 W Judge Perez #A<br>Chalmette LA 70043 | **CONTACT YOUR AGENT AT:**<br>(504) 271-4064 |
| **POLICY NUMBER**<br>9 15 525505 09/15 | **POLICY PERIOD**<br>Begins on Sep. 15, 2004<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Sep. 15, 2004 to Sep. 15, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
105 4th Street, Chalmette, LA 70043-4217

**MORTGAGEE**
- WELLS FARGO HOME MTG INC 685 ITS SUCC AND OR
  ASSIGNS ATIMA
  PO Box 6850        Springfield OH 44501-6850              Loan # 195353537

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $754.00 |
| **TOTAL** | **$754.00** |

*Your policy change(s) are effective as of Oct. 16, 2004*

PROP *51000170410155300724O302*

Information as of
October 15, 2004

Page 1
LAC70AMD

Exhibit 4

# Allstate Indemnity Company

Policy Number: 9 15 525505 09/15   Your Agent: Frank B. Capella III (504) 271-4064
For Premium Period Beginning: Sep. 15, 2004

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $1,000 All Peril Deductible Applies | $58,339 | |
| Other Structures Protection<br>• $1,000 All Peril Deductible Applies | $5,834 | |
| Personal Property Protection - Actual Cash Value<br>• $1,000 All Peril Deductible Applies | $29,170 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250 All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device         5 %          Home and Auto                           15 %
Age of Home              5 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by 1 family

information as of
October 15, 2004

Page 2
LA070AMD

# Allstate Indemnity Company

Policy Number: 9 15 525505 09/15     Your Agent: Frank B. Capella III  (504) 271-4064
For Premium Period Beginning: Sep. 15, 2004

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*E. J. Dixon*
Edward J. Dixon
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Indemnity Company**

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Sinclair and Julie Mixon
2804 Legends Dr
Meraux LA 70075-2310

**YOUR ALLSTATE AGENT IS:**
Rahman Ins Agy Inc
3146 Calhoun St.
New Orleans LA 70125

**CONTACT YOUR AGENT AT:**
(504) 861-2700

**POLICY NUMBER**
9 10 811517 04/16

**POLICY PERIOD**
Begins on Apr. 16, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Apr. 16, 2005 to Apr. 16, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
2804 Legends Dr, Meraux, LA 70075-2310

**MORTGAGEE**
- NATIONAL CITY MORTGAGE    ITS SUCCESSORS
  AND/OR ASSIGNS
  P O Box 1024    Dayton OH 45401-1024

Loan # 2206414

## Total Premium for the Premium Period *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $867.00 |
| **TOTAL** | **$867.00** |

PROP *01000170503015700427250 2*

Information as of
March 1, 2005

Page 1
LAC70PBD

Exhibit 5

# Allstate Indemnity Company

Policy Number: 9 10 811517 04/16     Your Agent: Rahman Ins Agy Inc (504) 861-2700
For Premium Period Beginning: Apr. 16, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $1,000 All Peril Deductible Applies | $134,000 | |
| Other Structures Protection<br>• $1,000 All Peril Deductible Applies | $13,400 | |
| Personal Property Protection - Actual Cash Value<br>• $1,000 All Peril Deductible Applies | $67,000 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250 All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):

| Protective Device | 5 % | Claim Free | 10 % |
| Windstorm or Hail Exclusion | 35 % | Age of Home | 5 % |

## RATING INFORMATION
The dwelling is of Brick construction and is occupied by 1 family

Information as of
March 1, 2005

Page 2
LA070RBC

# Allstate Indemnity Company

Policy Number: 9 10 811517 04/16     Your Agent: Rahman Ins Agy Inc (504) 861-2700
For Premium Period Beginning: Apr. 16, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Windstorm or Hail Exclusion form AP892

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $8,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*E. J. Dixon*
Edward J. Dixon
President

*Robert W. Pike*
Robert W. Pike
Secretary

PROP *010001705030157004272503*

Information as of March 1, 2005

Page 3
LA070RBD

**Allstate Indemnity Company**

# AMENDED
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Pamela Nicosia<br>2124 Fable Dr<br>Meraux LA 70075-2821 | **YOUR ALLSTATE AGENT IS:**<br>Gregory Ruiz Agcy<br>3201 Judge Perez Dr,<br>Meraux LA 70075 | **CONTACT YOUR AGENT AT:**<br>(504) 271-0600 |
| **POLICY NUMBER**<br>9 15 719182 02/01 | **POLICY PERIOD**<br>Begins on Feb. 1, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Feb. 1, 2005  to Feb. 1, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
2124 Fable Dr, Meraux, LA 70075-2821

**MORTGAGEE**
- OPTION ONE MORTGAGE CORPORATION   ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 949      Orange CA 92856-6949                    Loan # 0012587085

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,268.00 |
| **TOTAL** | **$1,268.00** |

*Your policy change(s) are effective as of Mar. 8, 2005*

PROP *01000170507225301047030 2*

Information as of
July 22, 2005

Page 1
LA070AMD

Exhibit 6

# Allstate Indemnity Company

Policy Number: 9 15 719182 02/01   Your Agent: Gregory Ruiz Agcy  (504) 271-0600
For Premium Period Beginning: Feb. 1, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $1,000  All Peril Deductible Applies | $102,569 | |
| Other Structures Protection<br>• $1,000  All Peril Deductible Applies | $10,257 | |
| Personal Property Protection - Reimbursement Provision<br>• $1,000  All Peril Deductible Applies | $71,799 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 5 % | Home and Auto | 15 % |
| Age of Home | 5 % | | |

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

Information as of
July 22, 2005

Page 2
LA070AMO

## Allstate Indemnity Company

Policy Number: 9 15 719182 02/01     Your Agent: Gregory Ruiz Agcy (504) 271-0600
For Premium Period Beginning: Feb. 1, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment.

If you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force. If you have any questions, please contact your agent.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

Edward J. Dixon
President

Robert W. Pike
Secretary

PROP *01000170507225301047030*

Information as of July 22, 2005

Page 3
LA070AMD