**Allstate Indemnity Company**

# AMENDED
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Dominick Puipuro<br>1714 Alexander Ave<br>Arabi LA 70032-1635 | **YOUR ALLSTATE AGENT IS:**<br>Terry Tarleton Ins<br>4323 Division St., #<br>Metairie LA 70002 | **CONTACT YOUR AGENT AT:**<br>(504) 454-0008 |
| **POLICY NUMBER**<br>9 15 939132 06/21 | **POLICY PERIOD**<br>Begins on June 21, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>June 21, 2005 to June 21, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
1714 Alexander Ave, Arabi, LA 70032-1635

## Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $951.00 |
| **TOTAL** | **$951.00** |

*Your policy change(s) are effective as of July 19, 2005*

Exhibit 7

# Allstate Indemnity Company

Policy Number: 9 15 939132 06/21    Your Agent: Terry Tarleton Ins (504) 454-0008
For Premium Period Beginning: June 21, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $1,000  Other Peril Deductible Applies<br>• $1,000  Hurricane Deductible Applies | $78,127 | |
| Other Structures Protection<br>• $1,000  Other Peril Deductible Applies<br>• $1,000  Hurricane Deductible Applies | $7,813 | |
| Personal Property Protection - Reimbursement Provision<br>• $1,000  Other Peril Deductible Applies<br>• $1,000  Hurricane Deductible Applies | $54,689 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):
Protective Device          5 %          Home and Auto                              15 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by  1 family

# Allstate Indemnity Company

Policy Number: **9 15 939132 06/21**      Your Agent: **Terry Tarleton Ins (504) 454-0008**
For Premium Period Beginning: **June 21, 2005**

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

In the meantime, if you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force. If you have any questions, please contact your agent.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

*E. J. Dixon*
Edward J. Dixon
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Indemnity Company**

# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Mr. & Mrs. David Richards<br>1931 Benjamin<br>Arabi LA 70032-1750 | **YOUR ALLSTATE AGENT IS:**<br>Gregory Ruiz Agcy<br>3201 Judge Perez Dr,<br>Meraux LA 70075 | **CONTACT YOUR AGENT AT:**<br>(504) 271-0600 |
| **POLICY NUMBER**<br>9 15 625546 12/11 | **POLICY PERIOD**<br>Begins on Dec. 11, 2004<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Dec. 11, 2004 to Dec. 11, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
1931 Benjamin, Arabi, LA 70032-1750

**MORTGAGEE**
- WELLS FARGO
  8400 W Judge Perez    Chalmette LA 70043-1655        *Loan # NONE*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $848.00 |
| **TOTAL** | **$848.00** |

PROP *01000170411195700489250*

Information as of
November 19, 2004

Page 1
LA070NBD

Exhibit 8

# Allstate Indemnity Company

Policy Number: 9 15 625546 12/11    Your Agent: Gregory Ruiz Agcy (504) 271-0600
For Premium Period Beginning: Dec. 11, 2004

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $2,500 All Peril Deductible Applies | $82,779 | |
| Other Structures Protection<br>• $2,500 All Peril Deductible Applies | $8,278 | |
| Personal Property Protection - Reimbursement Provision<br>• $2,500 All Peril Deductible Applies | $57,946 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250 All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):
Protective Device        15 %        Home and Auto              15 %
Age of Home               5 %

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by 1 family

Information as of November 19, 2004

Page 2

LA070NBD

# Allstate Indemnity Company

Policy Number: 9 15 625546 12/11     Your Agent: Gregory Ruiz Agcy (504) 271-0600
For Premium Period Beginning: Dec. 11, 2004

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

*E. J. Dixon*
Edward J. Dixon
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Indemnity Company**

# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Joseph Serpas Jr<br>2204 Edgar Dr<br>Violet LA 70092-3218 | **YOUR ALLSTATE AGENT IS:**<br>John Carbo Ins LLC<br>4919 Canal St S#304<br>New Orleans LA 70119-5832 | **CONTACT YOUR AGENT AT:**<br>(504) 488-0070 |
| **POLICY NUMBER**<br>9 21 087530 08/13 | **POLICY PERIOD**<br>Begins on Aug. 13, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Aug. 13, 2005 to Aug. 13, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
2204 Edgar Dr, Violet, LA 70092-3218

**MORTGAGEE**
- FIDELITY HOMESTEAD ASSOCIATION    ITS SUCCESSORS
  OR ASSIGNS
  P O Box 52979    New Orleans LA 70152-2979        *Loan # 2000750036*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $952.00 |
| **TOTAL** | **$952.00** |

PROP *51000170508155700110240*

Information as of August 15, 2005

Page 1
LA070NBD

Exhibit 9

# Allstate Indemnity Company

Policy Number: 9 21 087530 08/13    Your Agent: John Carbo Ins LLC (504) 488-0070
For Premium Period Beginning: Aug. 13, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES (See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   All Peril Deductible Applies | $102,017 | |
| Other Structures Protection<br>• $500   All Peril Deductible Applies | $10,202 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   All Peril Deductible Applies | $71,412 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):

| | | | | |
|---|---|---|---|---|
| Protective Device | 5 % | Home and Auto | | 15 % |
| Age of Home | 5 % | | | |

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by 1 family

# Allstate Indemnity Company

Policy Number: 9 21 087530 08/13     Your Agent: John Carbo Ins LLC (504) 488-0070
For Premium Period Beginning: Aug. 13, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*E. J. Dixon*
Edward J. Dixon
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Indemnity Company**

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| NAMED INSURED(S) | YOUR ALLSTATE AGENT IS: | CONTACT YOUR AGENT AT: |
|---|---|---|
| Lisa M Williams<br>3013 Angelique Dr<br>Violet LA 70092-2847 | John Elliott Jr.<br>7391 Read Blvd #A<br>New Orleans LA 70127 | (504) 241-7286 |

| POLICY NUMBER | POLICY PERIOD | PREMIUM PERIOD |
|---|---|---|
| 9 10 206894 10/15 | Begins on Oct. 15, 2004<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | Oct. 15, 2004 to Oct. 15, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
3013 Angelique Dr, Violet, LA 70092-2847

**MORTGAGEE**
- FIDELITY HOMESTEAD ASSOCIATION    ITS SUCCESSORS
  OR ASSIGNS
  P O Box 52979    New Orleans LA 70152-2979    Loan #739544

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $629.00 |
| **TOTAL** | **$629.00** |

Information as of
August 27, 2004

Page 1
LA070RBD

Exhibit 10

# Allstate Indemnity Company

Policy Number:  9 10 206894 10/15        Your Agent:  John Elliott Jr. (504) 241-7286
For Premium Period Beginning: Oct. 15, 2004

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   All Peril Deductible Applies | $79,000 | |
| Other Structures Protection<br>• $500   All Peril Deductible Applies | $7,900 | |
| Personal Property Protection - Reimbursement Provision<br>• $500   All Peril Deductible Applies | $55,300 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**  Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Renovated House | 4 % | Protective Device | 15 % |
| Claim Free | 10 % | Age of Home | 5 % |

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Allstate Indemnity Company

Policy Number: 9 10 206894 10/15    Your Agent: John Elliott Jr. (504) 241-7286
For Premium Period Beginning: Oct. 15, 2004

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443

## Important Payment and Coverage Information

Coverage A - Dwelling Protection includes an approximate increase of $4,000 due to the property insurance adjustment provision using the Boeckh Publications building cost index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

*E. J. Dixon*
Edward J. Dixon
President

*Robert W. Pike*
Robert W. Pike
Secretary

PROP *010901704082757006852403*

Information as of August 27, 2004

Page 3
LA070RBD