UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: LEVEE (07-5185) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

### EX PARTE/CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES Plaintiff, Janice Grijns, who respectfully moves this Court to dismiss her claims in consolidated case no. 07-5185 without prejudice. Plaintiff avers that service has not been made on any named defendant, and no appearance has been made by any defendant.

Respectfully submitted:

/s/ Kyle A. Spaulding_____
Miles P. Clements, T.A. (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
3600 Energy Centre
New Orleans, LA  7016312
Telephone:  (504) 599-8000
Facsimile:   (504) 599-8100

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Kyle A. Spaulding