UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: LEVEE (07-5185) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiff, Janice Grijns;

**IT IS ORDERED BY THE COURT** that the above entitled and numbered cause be and the same is hereby dismissed, without prejudice, each party to bear its own costs.

**SIGNED** this the _____ day of _____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.