## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAR MOTHER'S TASTE OF NEW ORLEANS LLC, HASAN AL-GHANI, AND KHADIJA AL-GHANI<br>    Plaintiffs | * * * * * | CIVIL ACTION NO. 06-5890<br><br>SECTION "F" MAG. (1) |
| VERSUS | * * | |
| M.A. HAYES COMPANY, TRAVELERS INDEMNITY COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>    Defendants | * * * * * | JUDGE FELDMAN<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### M.A. HAYES COMPANY'S 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**NOW INTO COURT**, through undersigned counsel, come defendant, M.A. Hayes Company, who, pursuant to Federal Rule of Civil Procedure 12(b)(2), moves to dismiss the plaintiffs' Petition for Damages on the ground that this Court lacks jurisdiction over the person of the defendant, as set forth more fully in the attached Memorandum of law.

**WHEREFORE**, defendant, M.A. Hayes Company respectfully prays that the Court dismiss plaintiffs' Petition for Damages.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

  /s/ GUS A. FRITCHIE III
Gus A. Fritchie III (#5751)
Edward W. Trapolin (#27667)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101
*Counsel for M. A. Hayes Company*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 18<u>th</u> day of <u>October</u>, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Thomas P. Anzelmo** | **Herman C. Hoffmann , Jr** |
| **Stephen F. Babin** | **James Eric Johnson** |
| **Carmelite M. Bertaut** | **Michael Courtney Keller** |
| **David A. Binegar** | **Kyle P. Kirsch** |
| **Thomas M. Brahney** | **Andre Jude Lagarde** |
| **Alanson Trigg Chenault** | **John M. Landis** |
| **Alice Daigle** | **Michael Gerard Lemoine** |
| **Darcy Elizabeth Decker** | **Heather Shauri Lonian** |
| **Richard G. Duplantier , Jr** | **Ben Louis Mayeaux** |
| **Emily E. Eagan** | **Paul C. Miniclier** |
| **Mat M. Gray , III** | **Betty Finley Mullin** |
| **Mark Emerson Hanna** | **James L. Pate** |
| **Lambert Joseph Hassinger , Jr** | **Edward Winter Trapolin** |
| **Timothy William Hassinger** | **William D. Treeby** |
| | **Richard John Tyler** |

  /s/ GUS A. FRITCHIE III

2