UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAR MOTHER'S TASTE OF NEW ORLEANS LLC, HASAN AL-GHANI, AND KHADIJA AL-GHANI<br>Plaintiffs<br><br>VERSUS<br><br>M.A. HAYES COMPANY, TRAVELERS INDEMNITY COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>Defendants | CIVIL ACTION NO. 06-5890<br><br>SECTION "F"<br><br>MAGISTRATE "1" |

## AFFIDAVIT

**STATE OF CALIFORNIA**

**COUNTY OF CONTRA COSTA**

BEFORE ME, the undersigned authority, personally came and appeared:

### ANITA SMITH-GOSS

who upon being duly sworn, did depose and state:

1. That she is an Insurance Broker of M. A. Hays Co., an independent insurance agency, and at all times pertinent hereto she was working in that capacity;

2. That M. A. Hays Co. is a California corporation and independent insurance agency, with its principal place of business in Richmond, California;

3. That M. A. Hays Co. does not maintain a license in Louisiana;

4. That M. A. Hays Co. does not have an agent for service of process in Louisiana;

5. That M. A. Hays Co. does not have any offices in Louisiana;

6. That M. A. Hays Co. does not have any employees in Louisiana;

7. That M. A. Hays Co. does not maintain any records in Louisiana;

8. That M. A. Hays Co. does not own any movable or immovable property in Louisiana;

9. That M. A. Hays Co. has never solicited any business in Louisiana;

10. That M. A. Hays Co. has never advertised its services in Louisiana;

11. That beginning in 1998, she was an insurance agent for Hasan and Khadija Al-Ghani, then residents of California, who owned two properties in Oakland, California, a strip mall and a restaurant;

12. That in the course of her business relationship with Hasan and Khadija Al-Ghani, she secured commercial insurance coverage for their two businesses in Oakland, California;

13. That in or around June or July, 2005, the Al-Ghanis requested that she secure a policy of commercial general liability insurance, with limited business personal property damage coverage, for a bakery that they were opening in New Orleans, Louisiana under the name of Dear Mother's Taste of New Orleans, Inc.;

14. That at the request of the Al-Ghanis, she secured a policy of commercial general liability insurance for their New Orleans bakery location with Travelers Property

Casualty Company of America, Policy No. I-680-1039C900-TIL-05 with effective dates of July 15, 2005 to July 15, 2006, which policy was issued in Hartford, Connecticut;

15. That the Al-Ghanis requested coverage for general liability and limited business personal property damage only, as the Al-Ghanis indicated that they were leasing the building where the bakery was to be located;

16. That at no time prior to the issuance of this policy did the Al-Ghanis request any coverages such as flood coverage or business interruption coverage;

17. That the premium charged on this policy was $378.00;

18. That the commission received by M. A. Hays Co. for the issuance of this policy was $56.70.

19. That neither she nor any employee of M.A. Hays Co. visited Louisiana with regard to the issuance of this policy;

20. That her sole contact with Louisiana was via phone calls to and from the Al-Ghanis;

21. That M. A. Hays Co. has never secured any insurance coverage for any other entity or property in the State of Louisiana;

22. That neither she nor M. A. Hays Co. sought to avail herself and/or itself of the protections or benefits of Louisiana law or the Courts of Louisiana, prior to be named a defendant in this lawsuit;

23. That at no time pertinent hereto did she reasonably foresee that M. A. Hays Co. might be haled into the Courts of Louisiana with regard to the placement of this insurance;

24. That she makes this Affidavit upon her personal knowledge of the facts stated therein.

*Anita Smith-Goss*
ANITA SMITH-GOSS

Sworn to and subscribed
me this 10th day of
October, 2007.

*Stephanie R. Herrera*
NOTARY PUBLIC

Stephanie R. Herrera
Printed name of Notary and Notary number

My commission expires at: Aug 21, 2009

STEPHANIE R. HERRERA
Commission # 1601986
Notary Public · California
Contra Costa County
My Comm. Expires Aug 21, 2009

- 4 -

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of  Contra Costa          } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____          _____
Signature of Document Signer No. 1              Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

10th day of October, 2007, by

(1) Anita Smith-Goss ,
    Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me (.) (,)
                             (and

(2) _____ ,
    Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me.)

_____
Signature of Notary Public

[Notary Seal: STEPHANIE R. HERRERA, Commission # 1601986, Notary Public - California, Contra Costa County, My Comm. Expires Aug 21, 2009]

Place Notary Seal Above

──────── **OPTIONAL** ────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827