UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAR MOTHER'S TASTE OF NEW ORLEANS LLC, HASAN AL-GHANI, AND KHADIJA AL-GHANI<br>    Plaintiffs | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 06-5890<br><br>SECTION "F" MAG. (1) |
| VERSUS | *<br>* | |
| M.A. HAYES COMPANY, TRAVELERS INDEMNITY COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>    Defendants | *<br>*<br>*<br>*<br>* | JUDGE FELDMAN<br><br>MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   Plaintiffs, through their attorney of record:
        Paul C. Miniclier
        David A. Binegar
        Law Office of Paul C. Miniclier
        1305 Dublin Street
        New Orleans, LA  70118

PLEASE TAKE NOTICE that defendant, M.A. Hayes Company, will bring on for hearing its attached 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction and Memorandum in Support of 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction on the 7th day of November, 2007, at 10:00 o'clock a.m. before the Honorable Martin Feldman, Section F, of the United States District Court for the Eastern District of Louisiana, 500 Camp Street, Courtroom C102, New Orleans, LA 70130.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

  /s/ GUS A. FRITCHIE III
Gus A. Fritchie III (#5751)
Edward W. Trapolin (#27667)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101
*Counsel for M. A. Hayes Company*

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Thomas P. Anzelmo** | **Herman C. Hoffmann , Jr** |
| **Stephen F. Babin** | **James Eric Johnson** |
| **Carmelite M. Bertaut** | **Michael Courtney Keller** |
| **David A. Binegar** | **Kyle P. Kirsch** |
| **Thomas M. Brahney** | **Andre Jude Lagarde** |
| **Alanson Trigg Chenault** | **John M. Landis** |
| **Alice Daigle** | **Michael Gerard Lemoine** |
| **Darcy Elizabeth Decker** | **Heather Shauri Lonian** |
| **Richard G. Duplantier , Jr** | **Ben Louis Mayeaux** |
| **Emily E. Eagan** | **Paul C. Miniclier** |
| **Mat M. Gray , III** | **Betty Finley Mullin** |
| **Mark Emerson Hanna** | **James L. Pate** |
| **Lambert Joseph Hassinger , Jr** | **Edward Winter Trapolin** |
| **Timothy William Hassinger** | **William D. Treeby** |
| | **Richard John Tyler** |

  /s/ GUS A. FRITCHIE III