7002 0510 0000 8316 5657

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To *USA Paul Clement*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, January 2001                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America
Paul Clement Acting AG
US Dept of Justice
950 Pennsylvania Ave
Washington DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
OCT 1 8 2007

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 0510 0000 8316 5657

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**EXHIBIT**

A

tabbies®