## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: KATRINA CANAL BREACHES** | § | |
| **CONSOLIDATED LITIGATION** | § | **CIVIL ACTION: 05-4182** |
| | § | |
| _____ | § | **JUDGE DUVAL** |
| | § | |
| **PERTAINTS TO:** | § | **MAG. WILKINSON** |
| **LEVEE, MRGO** | § | |
| **(07-5396)** | § | |
| | § | |
| _____ | § | |

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, personally appeared: TONI A. CACIBAUDA of the law firm, Lobman, Carnahan, Batt, Angelle & Nader, 400 Poydras Street, Suite 2300, New Orleans, Louisiana 70130, who after being duly sworn, said that on October 11, 2007, she served copies of the Summons and Complaint against The United States of America in this action in accordance with rule 4 of the Federal Rules of Civil Procedure, by mailing the process to:

> The United States of America
>
> Through Paul Clement, Acting Attorney General
>
> United States Department of Justice
>
> 950 Pennsylvania Avenue
>
> Washington, DC  20530-0001

enclosed in an envelope deposited in the United States mail by certified mail, return receipt requested, on said date, properly addressed with sufficient postage affixed, and that she received the certified domestic postal return receipt, attached hereto as Exhibit "A", indicating delivery of same.

**TONI A. CACIBAUDA**

Sworn to and subscribed before me

this 6th day of November, 2007.

NOTARY PUBLIC

**James J. Young, IV**
**Bar Roll # 25941**