**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: USA Paul Clement
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7002 0510 0000 8316 5596

PS Form 3800, January 2001                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America
Paul Clement, Acting AG
US Dept of Justice
950 Pennsylvania Ave
Washington DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 18 2007                      10-18-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number (Transfer from service label)
   7002 0510 0000 8316 5596

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

EXHIBIT
A