UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE 07-3441 (Lee v. Allstate)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ALLSTATE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

NOW COMES Allstate Insurance Company who, in compliance with Federal Rules of Civil Procedure 7.1, submits the following Corporate Disclosure:

Allstate Insurance Company is a wholly-owned subsidiary of the Allstate Corporation, which is a Delaware corporation. The stock of the Allstate corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of the Allstate corporation. Allstate Insurance Company does not own 10% or more of any publicly-traded entity.

Respectfully submitted,

/s/ Scott G. Jones
SCOTT G. JONES #14408
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile:  985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)