UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION §§§§ | |
| _____ § | CIVIL ACTION NO.: 05-4182 |
| § | JUDGE: DUVAL |
| PERTAINS TO: § | SECTION "K" |
| INSURANCE Civil Action No.:06-9096 § | MAGISTRATE: 2 |
| Kim P. Thomas, wife of/and § | JUDGE: WILKINSON |
| Kenneth O. Thomas § | |
| _____ § | |

**O R D E R**

Considering the foregoing Rule 41(a) Joint Stipulation of Dismissal,

**IT IS HEREBY ORDERED** that any and all claims asserted by plaintiffs, Kim P. Thomas and Kenneth O. Thomas against Defendant, Allstate Insurance Company, in its capacity as a WYO Program insurance carrier, are hereby dismissed, with prejudice, each party to bear its own costs. Plaintiffs reserve all rights against Kenneth Taylor and Allstate Insurance Company in its capacity as a homeowner's insurance carrier and/or any other responsible party.

**NEW ORLEANS, LOUISIANA**, this __19th__ day of November, 2007

_____
UNITED STATES DISTRICT JUDGE