## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**          **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                                                    **NO. 05-4182**

**PERTAINS TO:** *Parfait Faamily v. USA*          **SECTION "K"(2)**
              **C.A. No. 07-3500**

### ORDER

An Ex Parte Motion for Leave to Sever and Reconsolidate and to Amend Class Action

Complaints was filed on October 26, 2007.  The motion was discussed during a previous

hearing, and the Court finds that it should have been set as a contradictory motion.  As such,

**IT IS ORDERED** that the Ex Parte Motion for Leave to Sever and Reconsolidate is

considered a contradictory motion and is set for hearing on **December 12, 2007 at 9:30 a.m.**

However, **there shall be no oral argument on this motion,** and it will be submitted on the

papers.  Opposition thereto shall be filed no later than December 4, 2007.

New Orleans, Louisiana, this 19th day of November, 2007.

 

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**