UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION <br><br> NO: 05-4182 (K)(2) |
| PERTAINS TO LEVEE | * <br> * <br> * | JUDGE DUVAL |

*********************************************

### NOTICE OF 30(B)(6) DEPOSITION OF PROFESSIONAL CONSTRUCTION SERVICES, INC. FOR RECORDS ONLY

PLEASE TAKE NOTICE that the undersigned counsel for defendant, Sewerage and Water Board of New Orleans, will take the deposition of Professional Construction Services, Inc., for all purposes pursuant to F.R.C.P. 30(b)(6) on **December 5, 2007, commencing at 10:00 a.m.**, and to continue thereafter as the taking of said deposition may be adjourned, at Christovich & Kearney, L.L.P., 601 Poydras Street, Suite 2300, New Orleans, LA., at which time and place defendant requests Professional Construction Services, Inc. produce documentation regarding Board of Levee Commissioners, East Jefferson Levee District, Contract No. 92-1, Phase IIB reconstruction, 17th Street Canal, West Side improvements, Hammond Hwy. to Southern Railway Bridge as follows:

1. Please produce a copy of the signed contract between Board of Levee Commissioners, East Jefferson Levee District and Professional Construction Services, Inc. regarding Contract No. 92-1 for reconstruction, 17th Street Canal, west side improvements, Phase IIB from Hammond Hwy. to Southern Railway Bridge;

2. Please produce the entire set of contract specifications and all Addendums thereto regarding Contract No. 92-1 for dredging and levee reconstruction, 17th Street Canal, west side improvements, Phase IIB, Hammond Hwy. to Southern Railway Bridge;

3. Please produce a complete set of the contract drawings regarding Contract No. 92-1 for dredging and levee reconstruction, 17th Street Canal, Phase IIB, Hammond Hwy to Southern Railway Bridge;

4. Please produce all pre-construction surveys, soundings, maps, topographical assessments and cross sections taken by Professional Construction Services, Inc. of the 17th Street Canal prior to commencement of any work by contractor in the canal relating to Contract No. 92-1, 17th Street Canal, west side, Phase IIB, Hammond Hwy. to Southern Railway Bridge;

5. Please produce all pre-construction surveys, soundings, maps, topographical assessments and cross sections taken by any third party, consultant or contractor of the 17th Street Canal prior to commencement of any work by contractor in the canal relating to Contract No. 92-1, 17th Street Canal, west side, Phase IIB, Hammond Hwy. to Southern Railway Bridge;

6. Please produce all daily, weekly and monthly progress reports of work performed by Professional Construction Services, Inc. in the 17th Street Canal in connection with Board of Levee Commissioners, East Jefferson Levee District, Contract No. 92-1 for dredging and levee reconstruction, 17th Street Canal, west side improvements, Phase IIB, Hammond Hwy. to Southern Railway Bridge prepared by Professional Construction Services, Inc. and/or Modjeski and Masters and/or other third parties;

7. Please produce all earth work/quantity sheets and profiles of the 17th Street Canal prepared in connection with Board of Levee Commissioners, East Jefferson Levee District, Contract No. 92-1 dealing with dredging and levee reconstruction of the 17th Street Canal, west side improvements, Phase IIB from Hammond Hwy. to Southern Railway Bridge prepared by Professional Construction Services, Inc., Modjeski and Masters and/or other third parties.

8. Please produce all drawings reflecting as-built conditions of the 17th Street Canal after completion of all dredging, levee reconstruction, levee raising, levee degrading and flood control work under Contract No. 92-1 with the Board of Levee Commissioners, East Jefferson Levee District, 17th Street Canal, west side improvements, Phase IIB from Hammond Hwy to Southern Railway Bridge.

9. Please produce all records, correspondence, memoranda, data and inter-office communications relating to work performed by you for the Board of Levee Commissioners, East Jefferson Levee District in connection with Contract 92-1, Phase IIB, reconstruction, 17th Street Canal, west side improvements from Hammond Highway to the Southern Railway Bridge.

10. Please produce all records, correspondence, documents and materials received by you from all third parties relating to or regarding your work activity under contract 92-1, Phase IIB for reconstruction of the 17th Street Canal, west side from Hammond Highway to Southern Railway Bridge.

11. Please produce all of your files relating to the work performed by you for the Board of Levee Commissioners, East Jefferson Levee District in connection with

3

Contract 92-1, Phase IIB for the reconstruction of the 17th Street Canal, west side from Hammond Highway to Southern Railway Bridge.

12. Please produce all of your accounting and billing files along with supporting documents and materials relating to work performed by you for the Board of Levee Commissioners, East Jefferson Levee District in connection with Contract 92-1, Phase IIB reconstruction, 17th Street Canal, west side from Hammond Highway to Southern Railway Bridge.

IF THE DOCUMENT PRODUCTION IS MADE PRIOR TO THE DATE OF DEPOSITION, NO APPEARANCE WILL BE NECESSARY.

Respectfully submitted,

**CHARLES M. LANIER, JR., T.A. – 18299**
**LAWRENCE J. ERNST – 5363**
**J. WARREN GARDNER, JR. – 5928**
**KEVIN R. TULLY – 1627**
**ELIZABETH S. CORDES –1786**
**GREGORY S. LACOUR – 23823**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Facsimile: (504) 561-5743

**GEORGE R. SIMNO III – 12271**
**GERARD M. VICTOR – 9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585-2242
Facsimile: (504) 585-2426

ATTORNEYS FOR SEWERAGE AND WATER BOARD OF NEW ORLEANS

## **CERTIFICATE**

This is to certify that a copy of the above and foregoing has been served upon counsel of record by electronic transmission and/or United States Mail, postage pre-paid, this 6th day of November, 2007, at New Orleans, Louisiana.

_____
**CHARLES M. LANIER, JR.**