UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: Robinson | SECTION "K"(2) |

## ORDER

As the deadline for the filing of was continued,

**IT IS ORDERED** that the pre-filing meeting with respect to the Government Motion for Summary Judgment on Section 702c immunity that was set for November 2, 2007 is **CONTINUED** to **December 4, 2007 at 12:00 p.m.  The Government shall initiate the call.**

New Orleans, Louisiana, this <u>19th</u> day of November, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE