UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLORIA CALHOUN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2006-6145** |
| **ALLSTATE INSURANCE COMPANY** | **SECTION "F" MAG. "4"** |

PLAINTIFF'S EXHIBIT AND WITNESS LIST

    **NOW INTO COURT** through undersigned counsel, comes Plaintiff, Gloria Calhoun who submits the following list of exhibits and witnesses that will or may be introduced at the trial of this matter.

**A.    EXHIBITS**

    1)    Photographs of structure at 2229 Delery Street, New Orleans, Louisiana;

    2)    A copy of the Allstate Homeowner's insurance policy, Policy #15683162;

    3)    Payments made by Allstate and the basis of those payments;

    4)    Allstate claim file including, but not limited to estimates, photographs, and reports;

    5)    Entire file of Elite Homes by Wirth;

    6)    Claims file of Allstate Insurance Company;

      7)    Underwriting file from Allstate Insurance Company;

      8)    Any documentary evidence to be developed during discovery;

      9)    Discovery and responses to discovery;

      10)   Any and all deposition transcripts;

**B.**    **WITNESSES**

      1)    Gloria Calhoun - Fact;

      2)    Eddie Esposito - Elite Homes by Wirth - Expert;

      3)    Kevin Manale - Elite Homes by Wirth - Expert;

      4)    Ronnie Wirth - Elite Homes by Wirth - Expert;

      5)    Any claims adjuster of Allstate Insurance Company - Fact;

      6)    Corporate deposition representative of Allstate Insurance Company - Fact.

**Respectfully submitted,**

*/s/ J. Douglas Sunseri*

_____
**J. DOUGLAS SUNSERI (#19173)**
**SVETLANA "LANA" CROUCH (#29814)**
**EDWARD C. VOCKE, IV (#22882)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304
Facsimile:  (504) 833-2843

Attorneys for Plaintiff, Gloria Calhoun

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 19th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

        */s/ J. Douglas Sunseri*

        _____
        J. DOUGLAS SUNSERI