UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:

LEVEE   07-4444 (Deruise v. Allstate)

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the plaintiffs herein, Jacqueline Deruise wife of/and Raymond Deruise, and defendant herein, Allstate Insurance Company, who respectfully submit to this Court that all of their claims have been settled and they desire for all of their claims against defendant, Allstate Insurance Company, be withdrawn and/or dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

_____
Gary M. Pendergast #10420
1515 Poydras Street, Suite 2260
New Orleans, LA 70112
Telephone: 504-552-5000
Facsimile: 504-888-5456

_____
SCOTT G. JONES #14408
LAUREN L. HUDSON #28614
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940