UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |

**************************************************
PERTAINS TO:

LEVEE    07-4444 (Deruise v. Allstate)
**************************************************

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiffs, Jacqueline Deruise wife of/and Raymond Deruise, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
U.S. DISTRICT JUDGE