# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**        **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                             **NO:  05-4182**

**PERTAINS TO:  LEVEE  (07-4444)**        **SECTION: "K" (2)**

**DOCUMENT REMOVED.  SEE ORDER  DOC. NO.  9431**

        **DESCRIPTION:  Subpart 3, Agreement**

        **FILED BY:  Lauren Hudson**

        **FILE DATE:  11/19/07**