# EXHIBIT "A"

Please produce the following records and documents:

1. All contracts entered into by you[1] for any work, construction, project or improvements to the 17th Street Canal, Orleans Avenue Canal, London Avenue Canal, and Industrial Canal/Inner-Harbor Navigational Canal, and/or their levees, flood walls, and flood protection.

2. All plans, drawings, and specifications for any work, construction, project or improvements undertaken by you and/or any of your sub-contractors and relating to the 17th Street Canal, Orleans Avenue Canal, London Avenue Canal, and Industrial Canal/Inner-Harbor Navigational Canal, and/or their levees, flood walls, and flood protection.

3. All daily, weekly and monthly progress reports of work performed by you and/or any of your sub-contractors and relating to the 17th Street Canal, Orleans Avenue Canal, London Avenue Canal, and Industrial Canal/Inner-Harbor Navigational Canal, and/or their levees, flood walls, and flood protection.

4. All pre and post-construction surveys, studies, elevations and drawings made by you and/or any of your sub-contractors in connection with any contracts, construction, project, work, or improvements relating to the 17th Street Canal, Orleans Avenue Canal, London Avenue Canal, and Industrial Canal/Inner-Harbor Navigational Canal, and/or their levees, flood walls, and flood protection.

5. All files, records, correspondence, communications, memoranda, data, inter-office memoranda and/or other documents regarding any contracts, construction, project, work, or improvements undertaken by you and/or any of your sub-contractors and relating to the 17th Street Canal, Orleans Avenue Canal, London Avenue Canal, and Industrial Canal/Inner-Harbor Navigational Canal, and/or their levees, flood walls, and flood protection.

6. All results of studies, soil borings, soil analyses, modeling or other engineering work performed by you and/or any of your sub-contractors and relating to the 17th Street Canal, Orleans Avenue Canal, London Avenue Canal, and Industrial Canal/Inner-Harbor Navigational Canal, and/or their levees, floodwalls, and flood protection.

7. All files, records, correspondence, communications, memoranda, data, inter-office memoranda and/or other documents and relating to breaches and/or overtoppings of the flood walls and levees for the 17th Street Canal, Orleans Avenue Canal, London Avenue Canal, and Industrial Canal/Inner-Harbor Navigational Canal as a result of Hurricane Katrina and/or Hurricane Rita.

8. All files, records, correspondence, communications, memoranda, data, inter-office memoranda and/or other documents and relating to communications between you and the East Jefferson Levee District, the Orleans Levee District and/or the Sewerage and Water Board of New Orleans from 1965 through the present.

---

[1] The terms "you" and "your" include the deponent, its agents and/or representatives, as well as any and all predecessor and/or successor interests of the deponent.