AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

<u>EASTERN DISTRICT</u> DISTRICT OF <u>LOUISIANA</u>

In Re: Katrina Canal Breaches Consolidated Lit.

**SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]   05-4182, Section "K"(2)

TO: Angelo Iafrate Construction Company, through its registered agent: CT Corporation System, 8550 United Plaza Boulevard, Baton Rouge, LA 70809

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Thomas P. Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |
|---|---|---|

In Re: Katrina Canal Breaches Consolidated Lit.     **SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]  05-4182, Section "K"(2)

TO:  B&K Construction Co., L.L.C, through its registered agent:
Howard B. Kenyon, II
1905 Highway 59, Mandeville, LA 70448

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Thomas P. Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

EASTERN DISTRICT           DISTRICT OF            LOUISIANA

In Re: Katrina Canal Breaches Consolidated Lit.         **SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]   05-4182, Section "K"(2)

TO:   Burk-Kleinpeter, Inc., through its registered agent:
      Charles F. Seemann, Jr.
      755 Magazine Street, New Orleans, LA 70130

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Thomas P. Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |

In Re: Katrina Canal Breaches Consolidated Lit.   **SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]   05-4182, Section "K"(2)

TO: Design Engineering, Inc., through its registered agent:
Walter Baudier
3330 W. Esplanade Ave., Suite 205, Metairie, LA 70002

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
| --- | --- |
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| *Thomas P. Anzelmo* ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |

In Re: Katrina Canal Breaches Consolidated Lit.     **SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]    05-4182, Section "K"(2)

TO:  Gulf Group Inc. of Florida, through its registered agent:
    Matt Hobbs
    7028 Bellaire Drive, New Orleans, LA 70124

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
| --- | --- |
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| *Thomas P Anzelmo*; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |

In Re: Katrina Canal Breaches Consolidated Lit.

**SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]   05-4182, Section "K"(2)

TO:  Gulf South Engineers, through its registered agent:
Arthur A. Defraites, Jr.
300 Buena Vista, Houma, LA 70360

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |
|---|---|---|

In Re: Katrina Canal Breaches Consolidated Lit.

Pertains to: Levee

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   05-4182, Section "K"(2)

TO:   Gulf South Piling, through its registered agent:
      Janssen L. Casey
      1250 L&A Road, Metairie, LA 70001

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Thomas P Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |

In Re: Katrina Canal Breaches Consolidated Lit.

**SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]   05-4182, Section "K"(2)

TO: Hartman Engineering, through its registered agent:
Steve C. Hartmann
527 W. Esplanade, Suite 300, Kenner, LA 70065

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Thomas P. Anzelmo* ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |
|---|---|---|

In Re: Katrina Canal Breaches Consolidated Lit.

**SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]   05-4182, Section "K"(2)

TO:  James Construction Group, L.L.C., through its registered
agent: Jack S. James
1801 Crescent Dr., Monroe, LA 71201

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Thomas P. Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |

In Re: Katrina Canal Breaches Consolidated Lit.

Pertains to: Levee

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   05-4182, Section "K"(2)

TO:   Johnson Brothers, through its registered agent:
      Leah O. Johnson
      1715 Main Street, Franklinton, LA 70438

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| /s/ Thomas P. Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |

In Re: Katrina Canal Breaches Consolidated Lit.

Pertains to: Levee

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   05-4182, Section "K"(2)

TO:   Linfield, Hunter & Junius, through its registered agent:
Ralph W. Junius, Jr.
3608 18th Street, Ste. 200, Metairie, LA 70002

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
| --- | --- |
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| /s/ Thomas P. Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |
|---|---|---|

In Re: Katrina Canal Breaches Consolidated Lit.

Pertains to: Levee

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   05-4182, Section "K"(2)

TO:   Meyer Engineers, Ltd., through its registered agent:
Charles E. Meyer
4937 Hearst St., Ste B., Metairie, LA 70001

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Thomas P. Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |
|---|---|---|

In Re: Katrina Canal Breaches Consolidated Lit.

**SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]   05-4182, Section "K"(2)

TO:  Miller Excavating Service, Inc., through its registered
agent: Annie Mae Miller
421 Almedia Road, St. Rose, LA 70087

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Thomas P. Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |

In Re: Katrina Canal Breaches Consolidated Lit.     **SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]    05-4182, Section "K"(2)

TO:    Pepper & Associates, through its registered agent:
Jerome Pepper
2748 Metairie Lawn Dr., Ste. F, Metairie, LA 70002

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |
|---|---|---|

In Re: Katrina Canal Breaches Consolidated Lit.            **SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]   05-4182, Section "K"(2)

TO:   River Road Construction Company, through its registered
      agent: Jens Lorenz
      530 Asbury Dr., Ste. G, Mandeville, LA 70471

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Thomas P. Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |
|---|---|---|

In Re: Katrina Canal Breaches Consolidated Lit.        **SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]    05-4182, Section "K"(2)

TO:   Shavers-Whittle Construction Co., Inc., through its
      registered agent: Gerard M. Whittle,
      24266 Cane Bayou Lane, Lacombe, LA 70445

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Thomas P. Anzelmo ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 12/06) Subpoena in a Civil Case

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |
|---|---|---|

In Re: Katrina Canal Breaches Consolidated Lit.

**SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]   05-4182, Section "K"(2)

TO: T. L. James & Company, Inc., through its registered agent:
Richard G. Brantley
300 North Vienna Street, Ruston, LA 71270

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| EASTERN DISTRICT | DISTRICT OF | LOUISIANA |

In Re: Katrina Canal Breaches Consolidated Lit.              **SUBPOENA IN A CIVIL CASE**

Pertains to: Levee

Case Number:[1]   05-4182, Section "K"(2)

TO:   Virginia Wrecking Company, Inc., through its registered
      agent: CT Corporation System
      8550 Untied Plaza Boulevard, Baton Rouge, LA 70809

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

X  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002 | December 14, 2007 at 10:0 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* ; Attorney for defendant, Orleans Levee District | November 19, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas P. Anzelmo; McCranie, Sistrunk, Anzelmo, et al., 3445 N. Causeway Blvd., Suite 800, Metairie, LA 70002; (504) 831-0946

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 12/06) Subpoena in a Civil Case