UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

VERSUS                                JUDGE DUVAL

PERTAINS TO: 07-6363                  MAGISTRATE WILKINSON

## AFFIDAVIT OF MONICA GRISSOM

**STATE OF TEXAS**

**COUNTY OF HARRIS**

COMES NOW the affiant, Monica Grissom, and having been duly sworn on oath, deposes and states as follows:

1. I am employed as a Technical Specialist on behalf of The Standard Fire Insurance Company ("Standard Fire"), and this affidavit is based on my personal knowledge.

2. Standard Fire is a corporation organized under the laws of Connecticut and has its principal place of business in Connecticut.

3. Policy Number 039910908 633 9 is a homeowner's insurance policy issued by Standard Fire to Diane and Paul Volpe ("the Volpes"), whose surname is spelled "Volte" on the policy, covering that property located at 3400 Moss Lane, Violet, Louisiana 70092.

4. The limits of the Volpes' policy from December 10, 2004 to December 10, 2005 were $113,000 for dwelling, $22,600 for loss of use, $79,100 for personal property, and $11,300 for other structures.

1



EXHIBIT A

*[signature]*
MONICA GRISSOM

SUBSCRIBED AND SWORN to before me this 26th day of November, 2007.

*[signature]*
Notary Public in and for Harris County, Texas
My Commission Expires: Nov. 24, 2008
Printed Name of Notary Public: Sara Rogers
Number Assigned to Notary Public: _____



SARA ALISON ROGERS
Notary Public, State of Texas
My Commission Expires
November 24, 2008

F:\data\0894 Travelers St Pauls\0894.0489 Volpe Paul\Pleadings\Affidavit.of.Monica.Grissom.doc