UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES　　　　CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

VERSUS　　　　　　　　　　　　　　　　JUDGE DUVAL

PERTAINS TO: 07-6363　　　　　　　　　　MAGISTRATE WILKINSON

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF LAFAYETTE**

BEFORE ME, the undersigned authority, personally came and appeared Kyle M. Bacon, who deposed and said that:

(1)　The attached pages labeled Exhibit "B-1" is a true and correct copy of the declarations pages of the Homeowners Policy number 039910908 633 9 for the policy period December 10, 2004 to December 10, 2005, issued to Diane and Paul Volpe.

(2)　The attached Exhibit "B-2" is a true and correct copy of a demand letter from Plaintiff dated February 11, 2007.

(3)　The attached "B-3" is true and correct copies of photographs of Plaintiffs' damaged property.

(4)　The attached Exhibit "B-4" is a true and correct copy of the itemized damages submitted by Plaintiffs totaling $187,697.00.

_____
KYLE M. BACON

1

**EXHIBIT B**

SWORN TO AND SUBSCRIBED BEFORE ME, this 19th day of November, 2007.

_____Charlene N Frederick_____
NOTARY PUBLIC
Lafayette Parish, in and for the State of Louisiana
My commission expires: At death
Printed Name: Charlene H. Frederick
Number Assigned to Notary: 35276

F:\data\0894 Travelers St Pauls\0894.0489 Volpe Paul\Pleadings\Affidavit.of.KMB.doc