Continuation
Declarations

 **TRAVELERS**

## HOMEOWNERS POLICY

**Named Insured**

DIANE AND PAUL VOLTE
3400 MOSS LANE
VIOLET LA 70092

**Your Agency's Name and Address**

INSURANCE COUNSELORS INC
1 GEICO BLVD
FREDERICKSBURG, VA    22412

| | | | |
|---|---|---|---|
| **Your Policy Number:** | 039910908 633 9 | **For Policy Service Call:** | (800) 841-3005 |
| **Your Account Number:** | 039910908 | **For Claim Service Call:** | 1-800-CLAIM33 |

**Policy Period**
FROM: 12-10-04 To: 12-10-05  12:01 A.M.
STANDARD TIME AT THE RESIDENCE PREMISES

**Location of Residence Premises**
3400 MOSS LANE
VIOLET LA 70092

| Section I - Property Coverages | Limits of Liability | Premium |
|---|---|---|
| A - DWELLING | $  113,000 | $ 1,152.00 |
| B - OTHER STRUCTURES | 11,300 | INCL |
| C - PERSONAL PROPERTY | 79,100 | INCL |
| D - LOSS OF USE | 22,600 | INCL |

| Section II - Liability Coverages | Limits of Liability | Premium |
|---|---|---|
| E - PERSONAL LIABILITY (BODILY INJURY AND PROPERTY DAMAGE) EACH OCCURRENCE | $  300,000 | $    44.00 |
| F - MEDICAL PAYMENTS TO OTHERS- EACH PERSON | 2,000 | INCL |

**Policy Forms and Endorsements**

| | | | | |
|---|---|---|---|---|
| HO-3 | (04-91) | Homeowners 3 Special Form | | |
| HA-300 LA | (04-03) | Special Provisions | | |
| HO-827 LA | (04-03) | Limited Fungi or Rot Remediation | $5,000 | |
| 56494 | (03-92) | Contents Replacement/Repair Cost Coverage | | $    165.00 |
| 58182 A | (09-99) | Special Hurricane Deductible | | -36.00 |

| **Total Premium** | $ 1,325.00 |
|---|---|

**Your Premium Reflects the Following Credits or State Surcharges**

| | |
|---|---|
| Security Credit | -264.00 |
| Loss Free Credit | -70.00 |

**EXHIBIT**

**B-1**

Continued on next page

Insured Copy

Page 1 of 2

PL-8651 1-97   677/0Q2000   DEC#: 12

000151/00023 F3115AHW 5704 10/21/04

**Policy Deductible:** $ 2,260.00 (2% of Coverage A) Special Hurricane Deductible
$ 500.00 All other perils insured against

In case of loss under section I, only that part of the loss over the stated
deductible is covered.

**First Mortgagee**

HIBERNIA NATIONAL BANK
PO BOX 61062.
NEW ORLEANS        LA 70161
LOAN NUMBER: 1853452

**Your Insurer:**   The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

**For Your Information**

Coverage for your home has been increased by 7.5% to more adequately reflect the
cost to rebuild your home. This adjustment was based on information provided by
Marshall & Swift/Boeckh, an independent firm specializing in construction and
consumer costs. If you need to adjust your limits further, or for any other policy
changes, please contact your insurance representative.

This is not a bill.  You will be billed separately for this transaction.

## SPECIAL HURRICANE DEDUCTIBLE APPLIES: SEE ENDORSEMENT 58182 A

Thank you for insuring with Travelers. We appreciate your business. If you
have any questions about your insurance, please contact your agent or
representative.

These declarations with policy provisions HO-3 (04-91) and any attached
endorsements form your Homeowners Insurance Policy.  Please keep them with
your policy for future reference.

PL-8651 1-97   677/0Q2000   DEC#: 12