February 11, 2006

St. Paul Traveler's Insurance Company
Resolution Desk
P.O. Box 42841
Houston TX  77242
Claim No.  LTE 3025

Dear Sir/Madamn:

Enclosed please find photographs of our home before and after Hurricane Katrina. Enclosed also are photographs of Debris Removal from the residence as well.  Enclosed are receipts of items purchased thus far.  Additionally, some old receipts of items lost during the period of the Hurricane.

At this time it is difficult to purchase replacement items because I do not have space to store them or the funds to do so.  I am renting an apartment.

We do request policy limits of our policy because everything was lost during the period of the Hurricane and was damaged by wind and wind driven rain entering the residence. Our losses exceed policy limits.

We shall continue to cooperate with Traveler's in resolving this matter at this time.  We can be reached at (504) 421-0714.

Sincerely,

*[signature]*
Mr./Mrs. Paul S. Volpe, Jr.

**EXHIBIT B-2**