UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| VERSUS | JUDGE  DUVAL |
| PERTAINS TO:  07-6363 | MAGISTRATE  WILKINSON |

## NOTICE OF MANUAL ATTACHMENT

**Exhibit B-3 to The Standard Fire Insurance Company's Memorandum in Opposition to Plaintiffs' Motion to Transfer to Section "K" and Motion to Stay and Motion to Remand**

Exhibit B-3 is color photographs of Plaintiffs' damaged property on file with the Clerk's Office.

**EXHIBIT B-3**

F:\DATA\0894 Travelers St Pauls\0894.0489 Volpe Paul\Pleadings\Notice.of.Manual.Attachment.doc