Paul Bridge
Paul S. Bridge, Jr.
3400 Moss Lane
Violet, LA 70092

Fax: 1-306-202-2801
Claim # LTE3025

# HURRICANE KATRINA LOSSES

If determined not structurally stable, probably will be value of entire home, total loss, uninhabitable

| PURCHASE DATE | Description | Quantity | | Amount |
|---|---|---|---|---|
| | **STRUCTURAL DAMAGES** | | | |
| | French doors | 4 | | $4,800.00 |
| | Entrance door | 1 | | $1,500.00 |
| | windows | 2 | | $200.00 |
| | ventilator roof | 1 | | $550.00 |
| | Roof holes and missing shingles | | | |
| | Pole on porch | 1 | | $80.00 |
| | shutters | 3 sets | | $550.00 |
| | insulation in attic | | rain water damaged molded | |
| | insulation house | | rain water damaged molded | |
| | Waterbed broke | | glass shattered | $1,200.00 |
| | Gutter cans | | | |
| | Arbour | | | $900.00 |
| | Studs and rafters entire home | | rain water damaged molded | |
| | ceiling fans | | rain water damaged | 3 $750.00 |
| | carpet 3 bedrooms and den | | rain water damaged | |
| | light fixtures | | rain water damaged | (square.) $12,500.00 |
| | tool shed and carport | | wind damages | |
| | Patio cover | | wind damages | |
| | fence and gates | | wind damages | |
| | Mailbox | | wind damages | |
| | Cut tree and removed | | wind damages | $500.00 |
| | Soffit and Fascia damages | | | |
| | Electrical wires | | rain water damaged | |
| | Board for bricks in wall | | rain water damaged | |
| | attic stairs | 1 | | |
| | plywood in attic | | | $1,400.00 |
| | Refrigerator | | | $2,500.00 |
| | Food in refrigerator | | | $500.00 |
| | Hot water heater | 1 | | |


RECEIVED DEC 05 2005 By

EXHIBIT B-4

| | | | |
|---|---|---|---|
| | Fireplace Shute and stack | | |
| | Sheetrock: ceiling and walls | rain water damaged | |
| | STRUCTURAL DAMAGES ESTIMATE | | $27,930.00 |
| | | | |
| | WATER DAMAGES FROM ENTERING THROUGH ROOF AND WINDOWS | ATTIC CONTENT | |
| 2003 | Christmas Tree | 1 | $400.00 |
| 2000-2005 | Chirstmas Lights | 20 | $600.00 |
| 2004 | Christmas Wreth | 1 | $150.00 |
| 2004 | Christmas Angel treetop | 1 | $80.00 |
| 2000-2005 | Christmas Ornaments | 20 | $600.00 |
| 2004 | Garland Fireplace | 1 | $250.00 |
| 2004 | Yard signs | 2 | $200.00 |
| 1988 | Baby Bed | 1 | $450.00 |
| 1988 | Wooden baby highchair | 1 | $400.00 |
| 1988 | Baby Mattress | 1 | $60.00 |
| 1988 | Baby crib set | 1 | $450.00 |
| 1982-1995 | Baby clothes | special | $2,500.00 |
| 1982-1995 | Baby toys, doll houses | | $1,800.00 |
| 1988 | Baby stroller | 1 | $300.00 |
| 1988 | Baby infant seat | 1 | $40.00 |
| 1990-1995 | Toddler clothes | special | $1,500.00 |
| 2003 | Halloween decro | 1 | $400.00 |
| 2000 | Printer stand | 1 | $300.00 |
| 2004 | stored diskettes | 15 boxes | $300.00 |
| 2002 | Rocking chair | 1 | $350.00 |
| 2001 | Coffee table | 1 | $650.00 |
| 2000 | Stereo equipment | Sony | $1,800.00 |
| 1999-2005 | Household flowers | several | $400.00 |
| 2001 | Glassware set | 2 | $50.00 |
| 2001 | Dish set | 1 | $120.00 |
| 2003 | Bathroom assesories | set | $180.00 |

pg 2

| Date | Item | Quantity | Price |
|---|---|---|---|
| 2003-2005 | Hunting clothes | several | $600.00 |
| 2002-2005 | Rifles | 6 | $2,400.00 |
| 2001 | Alarm System | 1 | $600.00 |
| 2003 | HP printer 1200 | 1 | $400.00 |
| 2001 | Pentex Camera | 1 | $350.00 |
| 2001 | Pentex lense | 1 | $80.00 |
| 2001 | Extended battery | 1 | $130.00 |
| 2001 | Camera case | 1 | $60.00 |
| 2000 | Sony video camera | 1 | $450.00 |
| 2002-2005 | gun cases | 3 | $600.00 |
| 2002-2005 | fishing poles | 8 | $560.00 $70.00 |
| 2002-2005 | fishing reels | 5 | $500.00 |
| 2000 | Telephones | 4 | $200.00 $100.00 |
| 1999-2004 | Linens for beds | boxes | $1,500.00 |
| 2000-2005 | women clothes | boxes | $12,000.00 |
| 2000-2005 | male clothes | boxes | $12,000.00 |
| 2000-2005 | teen clothes | boxes | $12,000.00 |
| 2000-2005 | male teen clothes | boxes | $12,000.00 |
| 2004 | christmas stockings | 4 | $160.00 |
| 2004 | LSU posters | 2 | $1,100.00 |
| 1999-2000 | Cresent City posters | 2 | $800.00 |
| 1984-1985 | Strawberry Festival | 2 | $800.00 |
| 2000 | Aquarium Poster | 1 | $400.00 |
| 2001 | smocking machines | 1 | $150.00 |
| 2001-2005 | smocking assesories | | $70.00 |
| 2004 | Black luggage set | 5 | $500.00 |
| 2004 | Cosmetic case | 1 | $60.00 |
| 2003 | Blue luggage set | 3 | $250.00 |
| 2002 | Scuba gear | | $320.00 |
| 2000 | Stenograph computer | software | $2,500.00 |
| 2000 | Stenograph software for computer | | $4,000.00 |
| 2000 | Stenograph machine | 1 | $4,000.00 |
| 2000 | Machine case | 1 | $120.00 |
| 2000 | tripod, connection wires | 1 | $350.00 |
| 2003 | Bread machine | 1 | $130.00 |
| 2000-2005 | table cloths | 4 | $160.00 |
| 2004 | Steam cleaner | 1 | $550.00 |

143

| Year | Item | Qty | Price |
|---|---|---|---|
| 2003 | mardi gras chairs | 2 | $100.00 |
| 2000 | duffle bag | 2 | $120.00 |
| 2002 | Chain saw | 1 | $300.00 |
| 2002-2005 | Electric tools | | $1,800.00 |
| 2004 | Electric sander | 1 | $90.00 |
| 2002-2004 | Jewelry boxes | 2 | $400.00 |
| 1979 | Wedding dress | 1 | $950.00 |
| 2003 | paint and equipment | | $600.00 |
| 2000-2005 | Vases | | $300.00 |
| 2001 | Fireplace assessories | set | $450.00 |
| 2000-2005 | kitchen table assessories | boxes | $250.00 |
| 1988-2004 | pots/pans | several | $450.00 |
| 1988 | Baby dresser | 1 | $400.00 |
| 1995-2005 | Novels, Books for school | boxes | $900.00 |
| 2004 | Gun cleaning kit | 1 | $75.00 |
| 2003 | Automobile buffer | 1 | $90.00 |
| 1989 | Child Craft Encyclopedias | set | $1,000.00 |
| 1990-2000 | Barbie Dolls, Barbie Car, etc | | $900.00 |
| 1980-1985 | Albums | | $300.00 |
| 2001 | Work out bike | 1 | $150.00 |
| 1975 | Clarinet and case | 1 | $950.00 |
| 2003 | Organ and stand, music sheets | 1 | $500.00 |
| 1993-2003 | Costumes for dancing, shoes, etc | boxes | $800.00 |
| 2002 | Blankets | 3 | $120.00 |
| 1981-2004 | Sewing machine, assessories | 1 | $500.00 |
| 2000 | Trundle bed | 1 | $250.00 |
| 2000 | single mattress for trundle bed | 1 | $100.00 |
| 2000-2004 | Bathroom assesories | boxes | $250.00 |
| 1999 | Racketball Rackets | 3 | $300.00 |
| 2000 | Tennis rackets | 2 | $150.00 |
| 2004 | yoga mats and tapes | 2 | $80.00 |
| 1993 | Baby car seat | 1 | $250.00 |
| 1988 | Baby wooden cradle | 1 | $200.00 |
| 2000 | Washed oak desk with hutch | 1 | $550.00 |
| 2000-2002 | Book shelves | 4 | $180.00 |
| 2003 | thigh master | 1 | $45.00 |
| 2001 | lamps | 2 | $80.00 |

| | | | |
|---|---|---|---|
| 2000 | Jansport school bags | 3 | $240.00 |
| 1990-1995 | Magnalite cooking pots | set | $450.00 |
| 2000-2003 | Disney stuffed animals, etc. | boxes | $450.00 |
| 2000 | Stereo stand | 1 | $400.00 |
| 2003 | Electric air pump | | $75.00 |
| 1999 | bed frames | 2 | $150.00 |
| 2000 | Dictionaries and books | several | $250.00 |
| 2003 | life jackets | 4 | $80.00 |
| 1985 | Strawberry Canister set | set | $125.00 |
| 2000 | Fireplace wood brass rack | 1 | $60.00 |
| 2004 | Christmas bows for tree | 24 | $120.00 |
| 1999 | Crock pot | 1 | $40.00 |
| 2000 | Wine rack | 1 | $45.00 |
| 1999 | Gateway Computer | 1 | $1,200.00 |
| | Craftman tool box | 1 | $400.00 |
| SUBTOTAL | | | $106,195.00 |
| OUTDOOR ITEMS | | | |
| 2002 | Glass table | 1 | $250.00 |
| 2002 | 4 chairs | 4 | $400.00 |
| 2003 | Umbrella stand | 1 | $80.00 |
| 2003 | Umbrellas | 2 | $150.00 |
| 2004 | Bird feeders | 4 | $120.00 |
| 2004 | Humming bird feeders | 6 | $180.00 |
| 2003 | Dog house | 1 | $200.00 |
| 2003 | Fountain | 1 | $600.00 |
| 2004 | garden supplies | several | $300.00 |
| 2004-2005 | Chemicals for hot tub | | $450.00 |
| 2003 | green iron chairs | 2 | $150.00 |
| 2003 | iron table | 1 | $80.00 |
| 2003 | hanging baskets and planters | 12 | $450.00 |
| 2004 | Lawn chairs | 2 | $250.00 |
| 2004 | Lawn covers | 2 | $200.00 |
| 2001 | Boat cover | 1 | $150.00 |

| Year | Item | Qty | | Price |
|---|---|---|---|---|
| 2004 | Wood | 2 stacks | | $75.00 |
| 2004 | Steps for hot tub | 1 | | $45.00 |
| 2005 | glazing ball with stand | 1 | | $140.00 |
| 2005 | car cleaning | supplies | | $350.00 |
| 2004 | Fox planter | 1 | | $35.00 |
| 2004 | bench | 1 | | $150.00 |
| 2004 | Hot tub and cover | | | $6,500.00 |
| | wind shifted off wall and wires damaged in motors | | | |
| 2001 | lights under carpor | 2 | | $200.00 |
| 2003 | BBQ pit and cover | | | $650.00 |
| 2005 | charcoal for BBQ pit | | | $20.00 |
| 2005 | Palm Tree lights under carport | 3 | | $60.00 |
| 2003 | Mary Statue in garden | 1 | | $75.00 |
| 2005 | car washing supplies | box | | $250.00 |
| 2000 | pirogue | 1 | | $300.00 |
| 2003 | paddles | 2 | | $50.00 |
| 2004 | hot tub serving set | set | | $250.00 |
| 2002 | garbage cans | 3 | | $60.00 |
| 2004 | Garden tools | | | $125.00 |
| 2005 | fertilizers and poisons | basket | | $150.00 |
| 2005 | dog food in garbage can | 1 | | $35.00 |
| 2004 | Bird bath feeder | | | $75.00 |
| 2002-2004 | Ice chests | 3 | | $75.00 |
| 2004-2005 | Garden rocks and soil | bags | | $250.00 |
| 2004 | Hot tub towel rack | | | $60.00 |
| 2003 | outdoor entrance rugs | 2 | | $75.00 |
| 2002 | plant arbour | | | $60.00 |
| 2002 | wind chime | | | $45.00 |
| 2004 | Mat for hot tub | | | $45.00 |
| | | | | $14,215.00 |
| | FRENCH DOOR WATER ENTERING/ DAMAGES FROM WATER ENTERING THROUGH ROOF | | | |
| 2003 | carpet in den, bedrooms | | | |

146

| Year | Item | Qty | | Price |
|---|---|---|---|---|
| 2005 | Window curtains | 3 | | $600.00 |
| 2003 | Entertainment center | 1 | | $1,400.00 |
| 2003 | Leather sofas | 2 | | $3,900.00 |
| 2003 | 36 TV | 1 | | $900.00 |
| 2003 | Kenwood Stereo | | | $450.00 |
| 2003 | Bose speakers | 2 | | $200.00 |
| 2002 | JVC VCR | 1 | | $200.00 |
| 2004 | DVD player | 1 | | $200.00 |
| 2005 | Handheld phone | 1 | | $50.00 |
| 2000 | Sofa table | 1 | | $300.00 |
| 2000 | End table | 1 | | $250.00 |
| 2005 | Lamp | 1 | | $85.00 |
| 2004 | Wooden curtain rods | 3 | | $250.00 |
| 2004 | Flower arrangement | 1 | | $90.00 |
| 2004 | Headboard for bed | 1 | | $400.00 |
| 2004 | Queen Mattress set | 1 | | $600.00 |
| 2005 | Comforter set | 2 | | $1,200.00 |
| 2005 | Curtains | | | $550.00 |
| 2004 | pillows | 4 | | $80.00 |
| 2005 | Sheet set | 1 | | $180.00 |
| 2005 | Vanity | 1 | | $350.00 |
| 2005 | Vanity chair | 1 | | $30.00 |
| 2005 | Vanity glass top | 1 | | $30.00 |
| 2004 | Wallpaper in AV room | | | $1,500.00 |
| 2003 | Paul's bed headboard | 1 | | $450.00 |
| 2003 | Queen Mattress set | 1 | | $1,000.00 |
| 2005 | TV | 1 | | $500.00 |
| 2005 | TV stand | 1 | | $95.00 |
| 2002 | VCR | 1 | | $75.00 |
| 2000 | Strength shoes | 1 | | $120.00 |
| 2005 | LSU clock by window | 1 | | $27.00 |
| 2005 | LSU collector's stadium | 1 | | $100.00 |
| 2000 | blinds | 2 | | $60.00 |
| 2002 | Cherry wood rod | 1 | | $90.00 |
| 2004 | Queen comforter set | 1 | | $800.00 |
| 2004 | curtains | 1 | | $250.00 |
| 2004 | Desk and Hutch | 1 | | $990.00 |

pg 7

| Year | Item | Qty | Value |
|---|---|---|---|
| 2004 | Answer machine with phone | 1 | $250.00 |
| 2004 | office supplies | | $600.00 |
| 2001 | Waterbed cover | 1 | $200.00 |
| 2003 | Jewelry box stand | 1 | $120.00 |
| 2004 | Desk assessories | | $35.00 |
| 2003 | Washer and Dryer | | $2,400.00 |
| 2003 | clothes in laundry room | | $900.00 |
| 2004 | vacuum | 1 | $350.00 |
| 1999 | Master bedroom set | , bed, mirrors, highboy dresser, | $8,000.00 |
| 2004 | desk lamp | 1 | $60.00 |
| 1979 | cedar chest | 1 | $1,200.00 |
| 1988 | vents in bathrooms | 2 | $80.00 |
| 2000-2005 | decorations on walls | 2 | $2,500.00 |
| 2004 | Shower curtains | 3 | $90.00 |
| 2000-2004 | Ceiling fans | dozens | $750.00 |
| 2005 | towels in bathrooms | 4 | $1,000.00 |
| 2005 | bathroom mats | 2 | $120.00 |
| 2005 | shower curtains | 2 | $90.00 |
| 2004 | wooden file divider on desk | 1 | $120.00 |
| 2004 | Wallpaper in Foyer | 2 | $450.00 |
| 2000 | mini blinds | 2 | $90.00 |
| 2000 | Wallpaper in bathrooms | | $1,600.00 |
| | | | $159,767.00 |
| | | | $39,357.00 |