UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>            CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
            05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
            06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
            06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
            06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
            07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO
_____

## ORDER

**IT IS ORDERED** that the MRGO's PSLC's Motion for Leave to File Consolidated Class Representatives' Supplemental Post-Hearing Memorandum in Opposition to Washington Group International, Inc.'s Motion to Dismiss be, and is hereby **GRANTED** and the Consolidated Class Representatives' Supplemental Post-Hearing Memorandum in Opposition to Washington Group International, Inc.'s Motion to Dismiss  be filed into the record.

New Orleans, LA, this _____day of _____, 2007

_____
JUDGE