**Exhibit A**

## North Break 10-18-96



1996 Aerial Photograph of IHNC North Break Location – Future break location is shown in yellow.  Red boxes represent WGI structure removal sites.

North Break 11-13-02



2002 Aerial Photograph of IHNC North Break Location – Note that the buildings shown in the previous photograph have been removed.

Exhibit C

## North Break 4-15-05



April 2005 Aerial Photograph of IHNC North Break Location – Note the large excavation due west of the break location. Extensive excavations were also made in the area which were backfilled.

## North Break 9-2-05



Post Katrina Aerial Photograph of IHNC North Break Location – Note that the break happened in the immediately vicinity of excavations performed by WGI prior to the storm.