## South Break 10-18-96


Exhibit E



1996 Aerial Photograph of IHNC South Break Location – Future break location is shown in yellow.

Exhibit F

## South Break 11-13-02



2002 Aerial Photograph of IHNC South Break Location – Note that the buildings shown in the previous photograph have been removed.

## South Break 4-15-05


Exhibit G



April 2005 Aerial Photograph of IHNC South Break Location – Note the new dark feature immediately west of the south end of the future break.

**Exhibit H**

## South Break 9-2-05



Post Katrina Aerial Photograph of IHNC South Break Location – Note that the break happened in the immediately vicinity of earthwork performed by WGI prior to the storm. Also note that the deepest portion of the break is at the south end.