

072110101-33 SAU – Concrete Demolition Of Sewer Lift Station





073110601-26 SAU – Holes From Piling Removal At The Bottom Of The Lift Station

Exhibit K



Case 2:05-cv-04182-SRD-JCW   Document 9109-5   Filed 11...   Exhibit L

094021902-13 BOL – Cofferdam Excavation At –23' EL At #004



094022002-27 BOL. – Pilings Along The North Wall (NW Quad) Of The Cofferdam, AT #004