UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-7660 | * | |

## MEMORANDUM IN SUPPORT OF FEDERAL'S MOTION TO COMPEL

Defendant, Federal Insurance Company ("Federal"), respectfully submits this memorandum in support of its motion to compel. Simply put, plaintiffs have refused to respond to discovery within the time period provided for in the Federal Rules of Civil Procedure. This Court should order plaintiffs to provide all responses within five (5) days.

This case involves a hurricane/insurance claim. On October 3, 2007, Federal propounded its First Set of Interrogatories, Requests for Admission, and Requests for Production ("Discovery Requests"). (*See* Federal's Discovery Requests, attached as Exhibit "A"). This discovery was narrowly tailored to learn information about the central issues in this litigation. Pursuant to Federal Rules of Civil Procedure 33 and 34, plaintiffs' responses to Federal's Discovery

98230

Requests were due within thirty days of service, or November 2, 2007.  To date, Federal has received no response from plaintiffs.  Federal's counsel made appropriate demand for the responses.

With no discovery responses from plaintiffs' counsel, Federal is, at this juncture, obstructed from going forward with the preparation of this case for trial and/or making good faith efforts to settle the matter.

As plaintiffs have failed to timely respond to the Discovery Requests, they have waived any objections they may have asserted and should be ordered immediately to provide substantive responses to Federal's outstanding Discovery Requests.

For the foregoing reasons, Federal respectfully requests this Court to order plaintiffs to provide full and complete responses, having waived all objections, to Federal's Discovery Requests, and award Federal all expenses, including attorneys fees, incurred in bringing this motion.

Respectfully Submitted,

/s/ John W. Joyce
Steven W. Usdin, 12986
John W. Joyce, 27525
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  504/589-9700

*Attorneys for Federal Insurance Company*

98230

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Federal's Memorandum in Support of Motion to Compel was electronically filed this 19th day of November, 2007. This Court will send electronic noticing to all parties. There are no manual recipients.

/s/ John W. Joyce