UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-7660 | * | |

## **LOCAL RULE 37.1 CERTIFICATE**

Pursuant to Local Rule 37.1, undersigned counsel certifies that counsel for Federal Insurance Company conferred with counsel for plaintiffs by telephone for purposes of amicably resolving the discovery dispute that is the subject of Defendant's Motion to Compel. Defendant's undersigned counsel certifies that the parties were unable to resolve the dispute despite defendant's good faith efforts to do so.

- 1 -

98229

- 2 -

Respectfully Submitted,

/s/ John W. Joyce
Steven W. Usdin, 12986
John W. Joyce, 27525
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700

*Attorneys for Federal Insurance Company*