UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO.: 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE | *<br>* | JUDGE DUVAL |
| No. 06-7660 | *<br>* | MAGISTRATE WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Federal Insurance Company will bring for hearing its Motion to Compel Discovery Responses on the 5th day of December, 2007 at 9:30 o'clock a.m., before Magistrate Judge Joseph C. Wilkinson, Jr., United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

98228

- 2 -

Respectfully Submitted,

/s/ John W. Joyce
Steven W. Usdin, 12986
John W. Joyce, 27525
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700

*Attorneys for Great Northern Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Federal's Notice of Hearing was electronically filed this 19th day of November, 2007. This Court will send electronic noticing to all parties. There are no manual recipients.

/s/ John W. Joyce

98228