UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHERINE BOOZMAN, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 06-7412 "I"(2) |
| | * | |
| GREAT NORTHERN INSURANCE COMPANY, ET AL. | * | JUDGE: AFRICK |
| | * | |
| | * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## GREAT NORTHERN'S MOTION TO COMPEL

Defendant, Great Northern Insurance Company ("Great Northern") moves this Court to compel plaintiffs to respond to its outstanding Interrogatories and Requests for Production of Documents. The discovery was propounded on September 11, 2007. Despite demand for responses, the plaintiffs have not yet provided them. For the reasons set forth in the accompanying memorandum, this motion should be granted.

**WHEREFORE**, Great Northern respectfully requests that the Court (1) grant Great Northern's Motion to Compel plaintiffs to respond to its discovery requests, (2) order plaintiffs to respond completely and sufficiently forthwith, and (3) award defendant the expenses, including attorneys fees, incurred in bringing this motion.

- 1 -

98195

- 2 -

Respectfully Submitted,

/s/ John W. Joyce
Steven W. Usdin, 12986
John W. Joyce, 27525
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700

*Attorneys for Great Northern Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Great Northern's Motion to Compel was electronically filed this 19th day of November, 2007. This Court will send electronic noticing to all parties. There are no manual recipients.

/s/ John W. Joyce

98195