UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHERINE BOOZMAN, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 06-7412 "I"(2) |
| | * | |
| GREAT NORTHERN INSURANCE COMPANY, ET AL. | * | JUDGE: AFRICK |
| | * | |
| | * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **LOCAL RULE 37.1 CERTIFICATE**

Pursuant to Local Rule 37.1, undersigned counsel certifies that counsel for Great Northern Insurance Company conferred with counsel for plaintiffs by telephone for the purposes of amicably resolving the discovery dispute that is the subject of Defendant's Motion to Compel. Defendant's undersigned counsel certifies that the parties were unable to resolve the dispute despite defendant's good faith efforts to do so.

Respectfully Submitted,

/s/ John W. Joyce
Steven W. Usdin, 12986
John W. Joyce, 27525
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700

*Attorneys for Great Northern Insurance Company*

- 1 -

98207