UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 (K)(2) |
| PERTAINS TO LEVEE | * | |
| | * | JUDGE DUVAL |
| | * | |

*********************************************

**NOTICE OF SUBPOENA REQUIRING THE PRODUCTION OF DOCUMENTS**

TO:    Modjeski and Masters, Inc.
        through its attorneys of record:
        Francis J. Barry, Jr., Esq.
        Ellis B. Murov, Esq.
        Frederick R. Bott, Esq.
        Keith J. Bergeron, Esq.
        Scott Hedlund, Esq.
        Deutsch, Kerrigan & Stiles LLP
        755 Magazine St.
        New Orleans, LA 70130

PLEASE TAKE NOTICE that pursuant to Case Management and Scheduling Order No. 4, as subsequently amended, and pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendants, Sewerage and Water Board of New Orleans, the Orleans Levee District and the East Jefferson Levee District, have caused a subpoena duces tecum to be issued to the Modjeski and Masters, Inc..

The subpoena requires the production of documents as described and designated in the attached Exhibit "A", at 10:00 a.m. on the 14th day of December, 2007, at the offices of Christovich & Kearney, L.L.P., 601 Poydras Street, Suite 2300, New Orleans, Louisiana 70130.

1

Respectfully submitted,

/s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR., T.A. – 18299**
**LAWRENCE J. ERNST – 5363**
**J. WARREN GARDNER, JR. – 5928**
**KEVIN R. TULLY – 1627**
**ELIZABETH S. CORDES –1786**
**GREGORY S. LACOUR – 23823**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Facsimile:  (504) 561-5743

**GEORGE R. SIMNO III – 12271**
**GERARD M. VICTOR – 9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585-2242
Facsimile:  (504) 585-2426

ATTORNEYS FOR SEWERAGE AND WATER BOARD OF NEW ORLEANS

**THOMAS P. ANZELMO - 2533**
**ANDRE JUDE LAGARDE - 28649**
**MARK E. HANNA - 19336**
**KYLE P. KIRSCH - 26363**
**MCCRANIE, SISTRUNK, ANZELMO,**
**HARDY, MAXWELL & MCDANIEL**
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002
Telephone: (504) 831-0946
Fax: (504) 831-2492

and

**JAMES L. PATE - 10333**
**BEN L. MAYEAU - 19042**
**LABORDE & NEUNER**
One Petroleum Center, Suite 200
1001 W. Pinhook Road
Lafayette, LA 70505
Telephone; (337) 237-7000

ATTORNEYS FOR THE ORLEANS LEVEE
DISTRICT

**LAWRENCE J. DUPLASS - 5199**
**GARY M. ZWAIN - 13809**
**ANDREW D. WEINSTOCK - 18495**
**JOSEPH E. BEARDEN, III - 26188**
**DUPLASS, ZWAIN, BOURGEOIS, MORTON,**
**PFISTER & WEINSTOCK**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
Telephone: (504) 832-3700
Fax:  (504) 837-3119

ATTORNEYS FOR THE EAST JEFFERSON
LEVEE DISTRICT

## CERTIFICATE

I do hereby certify that on the 19th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

*/s/Charles M. Lanier, Jr.*
**CHARLES M. LANIER**
**KEVIN R. TULLY**