UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| PERTAINS TO:<br>NO.  07-5023 | JUDGE DUVAL |
| 07-5040 | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes STATE OF LOUISIANA, individually and on behalf of STATE OF LOUISIANA, DIVISION OF ADMINISTRATION *ex rel* THE HONORABLE CHARLES C. FOTI, JR., THE ATTORNEY GENERAL FOR THE STATE OF LOUISIANA, who respectfully moves that Stacie L. deBlieux, Assistant Attorney General, be enrolled as counsel of record for the State of Louisiana in the above captioned matter.

Respectfully submitted:

**CHARLES C. FOTI, JR.
ATTORNEY GENERAL**

     s/ Stacie L. deBlieux
Stacie L. deBlieux (#29142)
Assistant Attorney Generals
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana  70804-9005
Telephone: (225) 326-6400
Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was electronically filed on November 19, 2007 and served on all counsel of record by operation of the Court's CM/ECF system.


       _____s/ Stacie deBlieux_____
       **STACIE DEBLIEUX**