UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES            CIVIL ACTION NO. 05-4182
   CONSOLIDATED LITIGATION

SECTION "K"

PERTAINS TO:                              JUDGE DUVAL
NO.  07-5023
     07-5040                              MAGISTRATE WILKINSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER TO ENROLL COUNSEL OF RECORD**

IT IS HEREBY ORDERED that Stacie L. deBlieux, Assistant Attorney General, be enrolled as co-counsel of record for STATE OF LOUISIANA, individually and on behalf of STATE OF LOUISIANA, DIVISION OF ADMINISTRATION *ex rel* THE HONORABLE CHARLES C. FOTI, JR., THE ATTORNEY GENERAL FOR THE STATE OF LOUISIANA.

_____, Louisiana this \_\_\_\_ day of _____, 2007.

_____
**HONORABLE STANWOOD DUVAL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA**