

TULANE ENVIRONMENTAL LAW CLINIC

*Via Registered Mail (Return Receipt Requested)*
Lt. Gen. Carl A. Strock, Commander
Headquarters, US Army Corps of Engineers
441 G. Street, NW
Washington, DC 20314-1000

April 3, 2006

      Re: Revised Notice of Endangerment and Intent to File Suit Pursuant to the
      Resource Conservation and Recovery Act §7002(b)(2)(A)

To the U.S. Army Corps of Engineers:

      The Louisiana Environmental Action Network ("LEAN") respectfully provides
the United States Army Corps of Engineers ("the Corps") with this Notice of
Endangerment and Intent to File Suit pursuant to the Resource Conservation and
Recovery Act ("RCRA"), §7002(b)(2)(A), 42 U.S.C. §6972(b)(2)(A). RCRA requires
that we provide such notice before we file a lawsuit under RCRA §7002(a)(1)(B). In
many cases, the party providing notice must wait at least ninety days before filing suit.[1]
The purpose of this waiting period is to give the parties a reasonable time to resolve the
matter cooperatively. We are providing notice to the Corps because, pursuant to RCRA
§7002(a), the Corps is liable for the potential endangerment described below. LEAN is
optimistic that all parties, by working together, can identify a cooperative solution.

      This Notice concerns solid and potentially hazardous waste that *may* present an
imminent and substantial endangerment to human health and the environment at and in
the vicinity of the London Avenue Canal levee breach at Pratt Drive near Robert E. Lee
Boulevard ("Pratt breach"). Specifically, as a result of the levee breach, property in the
area now contains deposits of sediment, some of them deep. Recent environmental
testing conducted by the Louisiana Department of Environmental Quality ("LDEQ")
found sediment samples in the area of the breach that are contaminated with potentially
dangerous levels of arsenic, lead, and polycyclic aromatic hydrocarbons ("PAHs").
Residents who would like to clean and/or rebuild their homes and yards may be exposed
to these chemicals when handling the soil, and may experience chronic exposures once
they move back into their homes.

---

[1] 42 U.S.C. § 6972(b)(2)(A).

Tulane Environmental Law Clinic

6329 Freret St., Ste. 130, New Orleans, LA 70118–6231  *tel* 504.865.5789  *fax* 504.862.8721



Lt. Gen. Carl A. Strock, Commander
Notice of Endangerment and Intent to File RCRA Suit
April 3, 2006
Page 2 of 6

LEAN's goal in providing this Notice is to convince the Corps to conduct
sufficient testing and analysis to either allay concerns about contamination (i.e., give the
neighborhood a credible "clean bill of health") or alternatively, to identify all significant
risks and then, by conducting appropriate cleanup, eliminate any basis for concern about
those risks.  This Notice focuses on one New Orleans neighborhood, the Vista Park
community, to facilitate efficient resolution of legal issues, including the Corps'
responsibility for abating the environmental damage it has caused.  LEAN's expectation
is that once the Corps recognizes its duty with respect to Vista Park, it will also face up to
its responsibilities to other communities that flooded because of the Corps' design,
engineering, and management failures.

To abate the potential for endangerment to the public and environment, we ask the
Corps to announce that it will undertake a process to: (1) fully characterize the
contaminated sediment and soil in the area of the Pratt breach; (2) rigorously analyze the
alternatives available for safely cleaning up any contaminated sediment and soil,
including all risks and benefits reasonably presented by these alternatives; (3) rigorously
analyze the alternatives available for safely managing any sediment or soil removed from
the community; (4) present these alternatives to the public for comment; and (5) select
and implement the best alternatives for cleanup and management of potentially
contaminated sediment and soil.

### Pratt Avenue breach of the London Avenue Canal

During the mid-20[th] century, the Corps constructed and maintained levees around
the London Avenue Canal.  The purpose of these levees is to contain the waters and other
materials in the canal.  The canal contains solid waste and potentially hazardous waste
from a variety of sources.  For example, during rainfall, a series of pumps drain water
mixed with urban run-off from New Orleans into the canal, which eventually spills out
into Lake Pontchartrain.  In other words, the levees hold back the waste that comes in
contact with rain or flood water, and thus serve as waste containment, storage, and
disposal facilities.

On August 29, 2005, Hurricane Katrina made landfall in New Orleans.  The
London Avenue Canal suffered two major breaches, the first at Pratt Drive near Robert E.
Lee Boulevard, and the second near Mirabeau Avenue.  An expert team of engineers[2]
conducted field investigations of the levee system after the hurricane. They concluded
that those levee sections had not been overtopped by flood water, but that the breaches

---

[2] "The participating teams were an NSF-sponsored team led by the University of California at Berkeley, a
team from the Geo-Institute (G-I) of the American Society of Civil Engineers (ASCE), a team from the
Coasts, Oceans, Ports, and Rivers Institute (COPRI) of ASCE, and a team from Louisiana State
University's Hurricane Research Center (LSU/HRC.) These teams were accompanied and assisted in the
field by members of the U.S. Army Corps of Engineers (USACE) levee investigation team from the
Engineering Research and Development Center (ERDC)." (R.B. Seed, et al, *Preliminary Report on the
Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005*, ¶ 7 (2006)
http://www.berkeley.edu/news/media/releases/2005/11/leveereport_prelim.pdf.)

Lt. Gen. Carl A. Strock, Commander
Notice of Endangerment and Intent to File RCRA Suit
April 3, 2006
Page 3 of 6

"appear to have been the result of stability failures of the foundation soils and/or the earthen levee embankments themselves."[3]  Thus, the escape of solid and potentially hazardous waste from the canal resulted from the Corps' failure to design, construct, and maintain adequate containment structures.

Many residents who live around the area affected by the breach near Robert E. Lee Boulevard have found significant deposits of sediment on their property, and the deep piles of sediment in these neighborhoods are the direct result of the Pratt breach. Engineers have determined that sediment from the Robert E. Lee breach "appeared to represent a mix of soils scoured out from the breached embankment section and its foundation soils, as well as sediment from the canal outboard of the failed section."[4] Thus, the sediment around the Pratt breach is material from the bottom of the London Avenue Canal and levee walls themselves, including solid and potentially hazardous waste that the Corps had formerly contained in the canal.

## Environmental Testing

The sediment deposits from the Robert E. Lee breach of the London Avenue Canal may contain dangerous carcinogens and toxins.  Environmental testing by both private parties and the government has uncovered concentrations of chemicals in the sediment near the Pratt breach that may endanger public health or the environment. Recently, LDEQ employees tested 39 samples of sediment and soil deposited as a result of Hurricane Katrina in the vicinity of the Pratt breach.  In eight locations, they found that "the arsenic level was higher than average background levels," and in five locations, they found levels of lead higher than the level of concern for residential areas.  They found elevated levels of PAHs in approximately half of the locations sampled.[5]  On January 13, 2006, scientist Wilma Subra collected samples of sediment from a residential home near the Pratt breach and determined that the PAH concentration there was 87% of the LDEQ RECAP standards.

PAHs can cause serious health problems; indeed, most PAHs contain benzene, another highly carcinogenic substance.[6]  According to the Agency for Toxic Substances and Disease Registry, the health effects of PAHs include potential birth defects, immune system disorders, and cancer.[7]  Benzene has been a known blood marrow poison for more than one hundred years, and is causally linked to aplastic anemia (an often fatal disease of the bone marrow).[8]

---

[3] *Id*. at 6.
[4] *Id*. at 28
[5] *Overview of Post-Katrina Data for Zip Code 70122*, Department of Environmental Quality Office of Environmental Assessment, February 2006, ¶ 3 (2006),
http://www.deq.louisiana.gov/portal/portals/0/zipdata/data/70122.pdf.
[6] "Several consensus groups have confirmed the carcinogenic potential of benzene...."  Occupational Exposure to Benzene, 52 Fed. Reg. 34,460, 34,468 (29 C.F.R. pt 1910).
[7] http://www.atsdr.cdc.gov/toxprofiles/phs69.html (visited Mar. 6, 2006).
[8] 52 Fed. Reg. at 34,468.

Lt. Gen. Carl A. Strock, Commander
Notice of Endangerment and Intent to File RCRA Suit
April 3, 2006
Page 4 of 6

Arsenic is a human carcinogen.  The EPA states that arsenic exposure can result in lung cancer, and has been linked to skin, bladder, and liver cancer.  Exposure may also result in "gastrointestinal effects, anemia, peripheral neuropathy, skin lesions, hyperpigmentation, and liver or kidney damage in humans."[9]  Lead causes serious health problems in humans, and children are especially susceptible.  According to the EPA, lead exposure may result in damage to the brain and nervous system, behavioral and learning problems, slowed growth, and hearing problems in children.  Adults who have been exposed to lead may suffer reproductive problems, high blood pressure, digestive problems, nerve disorders, and memory problems.[10]

The potential endangerment at and in the vicinity of the London Avenue Canal breach at Pratt Drive near Robert E. Lee Boulevard began at the time of the canal breach and may continue to present an endangerment. Toxic and carcinogenic materials in the sediment qualify as "solid waste" under 42 U.S.C. §6903(27) because they are "discarded material."  These materials may also qualify as hazardous waste under 42 U.S.C. §6903(5) because their "quantity, concentration, or…chemical…characteristics may…pose a substantial present…hazard to human health or the environment" and they were "improperly…disposed of."  The Corps is the past and present operator of the London Avenue Canal levees, which constitute a disposal facility.   This is because the levees contain solid waste and potentially hazardous waste that has been "discharge[d], deposit[ed]…dump[ed], spill[ed], leak[ed], or place[d]…into or on any land or water so that such solid waste or hazardous waste or any constituent thereof may enter the environment."  42 U.S.C. §6903(3).

The Corps' past conduct in operating a disposal facility with inadequately protective levees and, as a result, disposing of solid waste and potentially contaminated water and soil onto the property of surrounding neighborhoods, in conjunction with the Corps' present conduct in failing to test and clean up the contamination as necessary, may present an imminent and substantial endangerment to health or the environment. The potential endangerment began on or about August 29, 2005 and is ongoing.

**Persons Giving Notice**

The full name and address of the persons giving notice is:

> Louisiana Environmental Action Network
> P.O. Box 66323
> Baton Rouge, LA  70896

LEAN is an incorporated, non-profit community organization that serves as an umbrella organization for environmental and citizen groups. LEAN's purpose is to preserve and protect Louisiana's land, air, water, and other natural resources, and to

---

[9] http://www.epa.gov/ttn/atw/hlthef/arsenic.html (visited Mar. 6, 2006).
[10] http://www.epa.gov/lead/pubs/leadinfo.htm#health (visited Mar. 6, 2006).

Lt. Gen. Carl A. Strock, Commander
Notice of Endangerment and Intent to File RCRA Suit
April 3, 2006
Page 5 of 6

protect the organization's members – who live, work, and recreate within the state (including New Orleans) – from threats of pollution, such as open dumps. LEAN intends to sue on behalf of itself and its members.

LEAN should be contacted through its counsel:

> Adam Babich
> Tulane Environmental Law Clinic
> 6329 Freret Street
> New Orleans, LA  70118
> (504) 865-5789

## Next Steps

Our present intention is to follow up on this notice by conducting further tests of the soil deposits on homeowner property.  We would welcome participation in this testing by the Corps, as well as discussions about a cooperative plan for testing of sediment and, as necessary, removal and remediation.  A cooperative resolution of the issues raised by this notice, without the need of litigation, would best serve the interests of the Corps, LEAN, and the public.

## Conclusion

If you believe that any portion of this Notice is in error or if you wish to discuss any portion of this Notice, please contact Adam Babich at the address and phone number listed above within the next 90 days.

Dated: April 3, 2006

Prepared by:

Respectfully submitted on behalf of
Louisiana Environmental Action
Network:

Kimberly Bender
Student Attorney
Tulane Environmental Law Clinic

Adam Babich
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, LA  70118
Tel.  No. (504) 865-5789
Fax No. (504) 862-8721

Lt. Gen. Carl A. Strock, Commander
Notice of Endangerment and Intent to File RCRA Suit
April 3, 2006
Page 6 of 6


cc:

Stephen L. Johnson, Administrator
U.S. EPA
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460

Michael McDaniel, Secretary
La Dept. of Envtl Quality
602 N. Fifth Street
Baton Rouge, LA  70802

Alberto R. Gonzales
U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001


Richard Greene
Regional Administrator
U.S. EPA, Region 6
1445 Ross Avenue
Suite 1200
Dallas, TX  75202

Governor Kathleen Blanco
Office of the Governor
P.O. Box 94004
Baton Rouge, LA  70804

Col. Richard P. Wagenaar
District Engineer
U.S. Army Corps of Engineers
New Orleans District
7400 Leake Avenue
New Orleans, LA  70118-3651

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Susan Vuillemot* ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

Susan Vuillemot   4-6-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mary Lee Orr
LEAN
P.O. Box 66323
Baton Rouge, LA
70896

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7005 0390 0003 2224 11"7

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *M Meriweather* ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

M Meriweather   4/7/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Lt. Gen. Carl A. Strock
Commander
Headquarters, US Army Corps
of Engineers
441 6. Street, NW
Washington, DC 20314-1000

3. Service Type
☑ Certified Mail ☐ Express Mail
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   RB 397 689 487 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x Michael Baumann ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

APR 0 6 2006

1. Article Addressed to:

Richard Greene
Regional Administrator
US EPA, Region 6
1445 Ross Ave.
Suite 1200
Dallas, TX 75202

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   70 0390 0003 2224 1086

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mike McDaniel, Secretary
LA Dept. of Env. Quality
602 N. Fifth St.
Baton Rouge, LA
70802

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0003 2224 1109

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Phil All ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Sheila Ribn

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Col. Richard P. Wagenaar
District Engineer
US Army Corps of Engineers
New Orleans District
7400 Leake Ave.
New Orleans, LA 70118-3651

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0003 2224 1116

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Richie Lewis ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 4 2006 BATON ROUGE STA 70

1. Article Addressed to:

Gov. Kathleen Blanco
Office of the Governor
P.O. Box 94004
Baton Rouge, LA
70804

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0003 2224 1123

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Stephen L. Johnson, Administrator
US EPA
Ariel Rios Building
1200 Pennsylvania Ave, NW
Washington DC 20460

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0003 2224 1093

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540