## DECLARATION OF MINDY WHITFIELD

I, Mindy Whitfield, make the following declaration:

1. My name is Mindy Whitfield. I am more than eighteen (18) years old and competent to make this declaration. This declaration is based on my personal knowledge and belief.

2. I am a member of the Louisiana Environmental Action Network ("LEAN").

3. I live, work and recreate in the area of the London Avenue Canal levee breach at Pratt Drive. My Vista Park address is 5721 Pratt Drive, New Orleans, LA 70122.

4. Sediments have been deposited on my property as a result of the London Avenue Canal levee breach. Immediately following Hurricane Katrina, the sediments reached as high as the rooflines of homes in my neighborhood.

5. I have seen and have often inhaled the dust produced by these sediments, as the soil has become disturbed by construction and cleanup activities in the months following Hurricane Katrina.

6. I am concerned that as more of my neighbors are razing their homes even more of the sediment which is on the ground will be disturbed and will become airborne.

6. I understand that these sediments are potentially hazardous, and I am very concerned about the injuries they may present to my health.

7. I am equally concerned about the health risks that these sediments might present to my family and friends, many of whom reside in the community of Vista Park.

8. Without either risk assessment or cleanup, I feel that the sediments deposited on my property have adversely and perhaps permanently affected the property value

9. My enjoyment of living in this neighborhood has been impaired because of the sediments on my property and the fears and concerns they inspire.

I declare, under penalty of perjury, that the foregoing is true and correct.

*Mindy Whitfield*
Mindy Whitfield, Declarant,
5721 Pratt Drive,
New Orleans, LA 70122
Executed on April 3, 2007