## DECLARATION OF MARYLEE ORR

1.      My name is Marylee Orr.  I am more than eighteen (18) years old and competent to make this declaration.  All matters in this declaration are based on my personal knowledge.

2.      I am the Director of the Louisiana Environmental Action Network ("LEAN").  I am a founding member of LEAN and have served as director since 1989.  I am familiar with LEAN's policies, organizational structure, and practices.

3.      LEAN is a non-profit corporation organized and operating under the laws of the State of Louisiana with its principal place of business in Baton Rouge, Louisiana.

4.      LEAN's purpose is to preserve and protect the state's land, air, water, and other natural resources, and to protect its members and other residents of the state from threats of pollution.

5.      LEAN is an umbrella organization for environmental and citizen groups.  LEAN is comprised of 100 member groups and more than 2000 individual members.

6.      LEAN has members statewide, including members who live, work, or recreate in the area of Vista Park.

7.      The public health, ecological, recreational, aesthetic, and other interests that LEAN seeks to protect with this lawsuit are directly related to LEAN's purpose to preserve and protect the state's land, air, water, and other natural resources.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2007.

_____
Marylee Orr