**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO.: 05-4182**

**SECTION "K" (2)**

**FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289**

**PERTAINS TO: LEVEE**

---

**DEFENDANTS' THIRD SUPPLEMENTAL PRELIMINARY LIST OF "COMMON LIABILITY" FACT WITNESSES**

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) ("CMO"), the undersigned defendants supplement their preliminary list of "common liability" fact witnesses. The joint nature of the instant filing is made solely in conformity with the Court's Order and should not be construed as an adoption, approval, or endorsement of anything contained therein by any particular defendant unless specified as such.

As a preliminary matter, the Levee Defendants note that by submitting the instant list, they do not agree that any "common liability issues" exist or that any trial or trials on "common liability issues" is feasible, warranted or appropriate. The term "common liability issues" is defined in the CMO as "refer[ing] to the descriptions of all three claim categories set out above [Levee, MRGO and Insurance], but excludes quantification of individual damage claims and individual adjusting and other individual coverage issues asserted in the non-class action cases that are part of the Insurance category." CMO, § I(A).

The Levee Defendants deny that to the extent that any liability issues exist in these consolidated cases are common to any of the parties in any way that would allow class certification of any liability issues for trial. The Levee Defendants herein expressly reserve any and all rights to object to or otherwise contest a trial or trials on "common liability issues."

Although the Levee Defendants have endeavored in good faith to prepare this preliminary witness list, liability discovery in this case has only recently begun, and it will not close until early 2008. Consequently, the Levee Defendants have not finally determined the identity of any fact witnesses who may be called to testify at a "common liability" trial, which may take place sometime after March 26, 2009. CMO, § VI(B). In accordance with the Court's CMO, the Levee Defendants will use their best efforts to supplement this list on the 20th of every month from now until March 20, 2008, when the final fact witness list is due. *Id.*, § IV(A)(3).

The following former and current USACE employees, most of whom were listed or referred to in Defendant United States of America's Answers to the Levee Plaintiffs' First Set of Interrogatories or in the Attachment to the Untied States' Answers to Plaintiffs' First Set of Interrogatories, filed on June 14, 2007, may be called to testify in this matter:

NON-CURRENT USACE EMPLOYEES

1. Becnel, Alfred P
Retired 1/8/81
Chief, Hydraulics & Hydrologic Branch
Engineering Division
From 7/27/69 -- 1/8/81

2. Bayley, Fred H. III
Breerword, Gregory E.
Retired 1/3/07
Chief, Operations
From 12/15/02 – 6/25/05

3. Caver, William
Retired from Corps
Currently working for Eustis Engineering

4. Combe, Jay
Retired
Former Chief of Coastal Engineering Section
Hydraulics Branch

5. Decker, Charles
Retired 2/2/83
Chief, Regulatory Branch MVN
From 10/3/71 – 2/2/83

6. Duscha, Lloyd
Retired
Chief, Engineering Division in Civil Works
From 1979-1983

7. Edelman, Lester
Retired 1998
Chief Counsel for Army Corps of Engineers
From 1979-1998

8. Fairless, Robert
Retired 1/3/04
Contractor -- Protection & Restoration Office
(504) 862-2237

9. Guillot, Albert J.
Retired 1/2/99
Chief, Operations
From 6/9/96 – 1/2/99

10. Hatch, Henry J.
Retired 1992
Lt. General – Chief of Army Corps of Engineers
From 1988-1992

11. Heiberg, Elvin R.
Retired
Lt. General – Army Corps Chief of Engineers
From 1984-1988

12. Hill, Richard
Retired 1/2/99
Chief, Construction Division
From 10/1/94 – 1/2/99

13. Hubert, Leo
Retired
Lt. Colonel - New Orleans Deputy District Engineer
From 1975-1978

14. Judlin, Dan
Retired 10/2/94
Chief, Design
From 11/25/73 – 8/26/77

15. Laurent, Arthur
Retired
Former Chief of Hydraulics

16. Nettles, C.J. (retired)
Retired 7/1/88
Chief, Operations
From 1/13/80 – 7/1/88

17. Picciola, Rodney
Former Chief, Foundation and Materials Branch
Engineering Division

18. Richardson, Jim
Retired 1/3/02
Engineering Div, Geotechnical Branch

19. Romero, Jorge
Retired 1/3/04
Engineering Division, Structures Branch
From 3/13/86 – 1/3/04

20. Rush, Early
Retired
Colonel –New Orleans District Chief of Engineers
From 1975-1978

21. Sands, Colonel Tom
Former District Engineer, MVN

22. Satterlee, Jr., Gerard S.
Retired
Chief of Engineering Division
Currently with Fenstermaker
(504) 582-2201

23. Schorr, Henry
Retired 2/28/93
Chief, Operations
From 7/31/88 - 2/28/93

24. Soileau, Cecil W.
Retired 4/30/93
Chief, Hydraulics Branch, Engineering Division MVN
From 6/14/81 - 4/30/93

25. Tickner, Wilfred E.
Transferred 4/25/99
Chief, Engineering Division MVN
From 2/4/90 - 4/24/99

26. Tisdale, Robert L.
CAO 9/25/99
Chief, Operations
From 11/14/93 - 3/16/96

27. Ventola, Ron
Retired 3/31/07
Chief, Regulatory Branch
From 9/13/87 - 3/31/07

28. Wall, John
Retired
Lt. General – Director of Civil Works

CURRENT USACE EMPLOYEES

29. Christopher Accardo
Chief, Operations Division MVN
(504) 862-1417

30. Ashley, Chester
Resident Engineer
Hurricane Protection Office
CEMVN
(504) 862-1056
Room 186

31. Baumy, Walter O. Jr.
Chief, Engineering Division MVN
From 12/15/02 to present
CEMVN
(504) 862-2240
Room 302

32. Bivona, John
Asst. Chief, Engineering Division
CEMVN
(504) 862-2730
Room 302

33. Brouse, Gary
Planning, Programs & Project Mgt. Division
Floodwalls-West Branch & Vicinity
CEMVN
(504) 862-2707
Room 142

34. Colletti, Jerry
Asst. Chief, Operations Division
CEMVN
(504) 862-2302
Room 286

35. Huber, Mark
Engineering Division, Survey Section
CEMVN
(504) 862-1852
Room 217

36. Lowe, Michael
Operations Division, Readiness Branch
CEMVN
(504) 862-2244
Room 292

37. Mosher, Reed L., Ph.D.
Chief, Structural Mechanics Division
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi
(601) 634-3956

38. Naomi, Alfred
Project Manager
(504) 862-2377

39. Swindler, Roger
Operations Division, Central Evaluation Section
CEMVN
(504) 862-2278
Room 276

40. Stutts, David "Van"
Engineering Division, Hydraulics
CEMVN
(504) 862-2423

41. Vojkovich, Frank
Engineering Division
Structure Foundations Section
CEMVN
(504) 862-1034
Room 116

ADDITIONAL WITNESSES:

42. Spencer, Stevan G., P.E.
Executive Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122

43. Gillen, Gerald III
Assistant Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122

44. Landry, Victor
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA 70124

45. Campbell, Fran
Executive Director East Jefferson Levee District
203 Plauche Court
Harahan, LA 70123

46. Goldman, Ronald C., P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay St.
Vicksburg MS 39183

47. Becker, Joseph
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

48. Moeinian, Bobby
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

49. Winford, Ronald
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

50. Fontan, Chris
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

51. Burkhalter, Rufus
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

Any of the 160, more or less, people who were involved or participated in the investigation or subsequent report of the Interagency Performance Evaluation Task Force (IPET), including but not limited to:

52. Jaeger, John J., Ph.D., P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

53. Stroupe, Wayne
Public Affairs Office
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

54. Stevenson, Jeremy
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

55. Martin, Denise
Computer Scientist
Information Technology Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

56. Garster, James K.
Topographic Engineering Center
U.S. Army Corps of Engineers
Engineer Research and Development Center
Alexandria, Virginia

57. Ebersole, Bruce A., P.E.
Chief, Flood and Storm Protection Division
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

58. Resio, Donald T., Ph.D.
Senior Scientist
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

59. Sharp, Michael K., Ph.D., P.E.
Technical Director, Civil Works Infrastructure
Geotechnical and Structures Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

60. Moentenich, Brian L., P.E.
Hydroelectric Design Center
U.S. Army Corps of Engineers
Portland District
Portland, Oregon

61. Moser, David, Ph.D.
Chief Economist
U.S. Army Corps of Engineers,
Institute for Water Resources
Alexandria, Virginia

62. Foster, Jerry, P.E.
Headquarters, U.S. Army Corps of Engineers
Washington, DC

63. Poindexter, Larry

64. Powell, Nancy

65. Wiggins, Elizabeth

66. Hawes, Sue

67. Anyone listed or referred to in discovery, including Rule 26 Initial Disclosures and answers to interrogatories and requests for admissions, and responses to requests for production.

68. Anyone else with any factual knowledge, information, or data concerning the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project, Hurricane Katrina, the causes of any levee breach or failure mode related to this litigation, or any allegation in Plaintiffs' Complaint.

69. Anyone listed or actually called as a witness by any party in this litigation.

Dated: November 20, 2007

Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER BOARD OF NEW ORLEANS

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT

s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Richard R. Stone, Sr.
Senior Trial Counsel
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF AMERICA

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November, 2007, a copy of the above and foregoing **Defendants' Third Supplemental Preliminary List of "Common Liability" Fact Witnesses** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com