UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION NO: 05-4182 |
| | | SECTION: "K"(2) |
| | | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: LEVEE (2:07-cv-06256) | | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Defendant, Liberty Mutual Fire Insurance Company, hereby moves the Court to enroll Stephen L. Miles, Louisiana Bar No. 31263, as additional counsel of record in the above-captioned matter.

Respectfully submitted,

*s/s H. Minor Pipes, III*

H. Minor Pipes, III, No. 24603
Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
*Attorneys for Liberty Mutual Fire Insurance Company*

- 1 -

98268

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion to Enroll as Counsel of Record and proposed Order has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of November, 2007.

*s/s H. Minor Pipes, III*
_____

98268