UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO: 05-4182 |
| | * | SECTION: "K"(2) |
| | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: | * | |
| LEVEE (2:07-cv-06256) | * * | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |

## **O R D E R**

Considering the foregoing Motion to Enroll as Counsel of Record,

**IT IS ORDERED** that Stephen L. Miles, Louisiana Bar No. 31263 be and is hereby enrolled as additional counsel of record for defendant Liberty Mutual Fire Insurance Company.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
J U D G E

3                                                                                                    98268