UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO:05-4182 |
| | SECTION "K" |
| PERTAINS TO:<br>LEVEE ( 07-5063)<br>MRGO  (07-5063) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

**AFFIDAVIT OF SERVICE**

**BEFORE ME,** the undersigned authority, personally appeared: JACQUELINE CARROLL-GILDS, of the law firm Wolfe, Begoun & Pick LLC, 818 Howard Avenue, Suite 100, New Orleans, Louisiana 70113, who after being duly sworn, said that on the 14th day of September, 2007, she served copies of the Summons and Complaint against the United States Army Corps of Engineers in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure, by mailing the process to:

> U.S. Army Corp of Engineers
>
> New Orleans District
>
> Office of Counsel
>
> P.O. Box 60267, CEMVN-OC
>
> New Orleans, Louisiana 70160-0267

enclosed in an envelope deposited in the United States mail by certified mail, return receipt

requested, on said date, properly addressed with sufficient postage affixed, and that she rece

domestic postal return receipt, attached hereto as Exhibit "A" indicating delivery of same.

_____
JACQUELINE CARROLL-GILDS

Sworn to and subscribed before me,
Notary, this ___19th___ day of
November, 2007.

_____
Notary Public

Print Name: _____
Bar#: _____
Commission expires: _____

T. Daniel Pick, Notary Public
LSB # 21021

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Raquel Oacis*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
*Raquel Oacis*

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

[SEP 17 2007 postmark, New Orleans, LA 70173]

1. Article Addressed to:

U.S. Army Corp of Engineers
New Orleans District
Office of Counsel
P.O. Box 60267, CEMVN-OC
New Orleans, LA 70160-0267

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 0220 0001 0641 5665

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



EXHIBIT A