UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION NO:05-4182
CONSOLIDATED LITIGATION

                                                SECTION "K"

PERTAINS TO:                                    JUDGE DUVAL
LEVEE ( 07-5063)
MRGO  (07-5063)                                 MAG. 2 (WILKINSON)


### AFFIDAVIT OF SERVICE


**BEFORE ME,** the undersigned authority, personally appeared: JACQUELINE CARROLL-

GILDS, of the law firm Wolfe, Begoun & Pick LLC, 818 Howard Avenue, Suite 100, New Orleans,

Louisiana 70113, who after being duly sworn, said that on the 14th day of September, 2007, she

served copies of the Summons and Complaint against the United States Attorney General in this

action in accordance with Rule 4 of the Federal Rules of Civil Procedure, by mailing the

process to:

                        United States Attorney General

                        950 Pennsylvania Avenue

                        Washington, DC 20530-0001


enclosed in an envelope deposited in the United States mail by certified mail, return receipt

requested, on said date, properly addressed with sufficient postage affixed, and that she received

domestic postal return receipt, attached hereto as Exhibit "A" indicating delivery of same.

JACQUELINE CARROLL-GILDS

Sworn to and subscribed before me,
Notary, this _____ day of
November, 2007.

_____
Notary Public

Print Name:_____
Bar#:_____  T. Daniel Pick, Notary Public
Commission expires:_____  LSB # 21021

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney
General
950 Pennsylvania Ave
Washington, D.C
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent ☐ Addressee

B. Received by (Printed Name)  SEP 1 9 2007

C. Date of Delivery  2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7007 0220 0001 0641 5641

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M


EXHIBIT A