UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO:05-4182<br><br>SECTION "K" |
| PERTAINS TO:<br>LEVEE ( 07-5063)<br>MRGO  (07-5063) | JUDGE DUVAL<br><br>MAG. 2 (WILKINSON) |

### AFFIDAVIT OF SERVICE

**BEFORE ME,** the undersigned authority, personally appeared: JACQUELINE CARROLL-GILDS, of the law firm Wolfe, Begoun & Pick LLC, 818 Howard Avenue, Suite 100, New Orleans, Louisiana 70113, who after being duly sworn, said that on the 14th day of September, 2007, she served copies of the Summons and Complaint against the United States Attorney for the Eastern District of Louisiana in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure, by mailing the process to:

        United States Attorney for the

        Eastern District of Louisiana

        Jim Letten Esq.

        500 Poydras St. Rm B210

        New Orleans, Louisiana 70130

enclosed in an envelope deposited in the United States mail by certified mail, return receipt requested, on said date, properly addressed with sufficient postage affixed, and that she received domestic postal return receipt, attached hereto as Exhibit "A" indicating delivery of same.

                                                JACQUELINE CARROLL-GILDS

Sworn to and subscribed before me,
Notary, this _____ day of
November, 2007.

_____
Notary Public

Print Name: _____
Bar#: _____
Commission expires: Daniel Pick, Notary Public
                          LSB # 21021

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney for the Eastern District of Louisiana
Jim Letten, Esquire
500 Poydras St. Rm B210
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Tracy Roberts*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Tracy Santos
C. Date of Delivery: 2/17/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0001 0641 5658

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



EXHIBIT A