UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION 05-4182 "K"(2)<br><br>JUDGE DUVAL |
| PERTAINS TO   06-7079 (Chambliss)(Only) | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Considering the foregoing;

IT IS ORDERED by the Court that Harold L. Chambliss and Alisa G. Chambliss dismiss their suit against Allstate Insurance Company with prejudice at plaintiffs' costs.

New Orleans, Louisiana, this 20th day of November, 2007.

_____
JUDGE