UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| PERTAINS TO: <br> LEVEE    07-4444 (Deruise v. Allstate) | * * * | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiffs, Jacqueline Deruise wife of/and Raymond Deruise, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 20th day of November, 2007.

_____
U.S. DISTRICT JUDGE