UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| PERTAINS TO: NO.  07-5023         07-5040 | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

**********************************************************************

### ORDER TO ENROLL COUNSEL OF RECORD

IT IS HEREBY ORDERED that Stacie L. deBlieux, Assistant Attorney General, be enrolled as co-counsel of record for STATE OF LOUISIANA, individually and on behalf of STATE OF LOUISIANA, DIVISION OF ADMINISTRATION *ex rel* THE HONORABLE CHARLES C. FOTI, JR., THE ATTORNEY GENERAL FOR THE STATE OF LOUISIANA.

New Orleans, Louisiana this 20th day of November, 2007.

_____
HONORABLE STANWOOD DUVAL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA