UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL** | * | **CIVIL ACTION** |
| **BREACHES CONSOLIDATED** | * | **NO.: 05-4182 "K"(2)** |
| **LITIGATION** | * | |
| | * | **JUDGE DUVAL** |
| _____ | * | |
| **PERTAINS TO: INSURANCE** | * | **MAGISTRATE JUDGE WILKINSON** |
| *Vanderbrook*, No. 05-6323 | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Motion for Expedited Consideration on Motion for Entry of Final Judgment;

IT IS HEREBY ORDERED that Hanover Insurance Company's Motion for Expedited Consideration on Motion for Entry of Final Judgment is granted.

**DENIED**

New Orleans, Louisiana this 20th day of November, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

This motion shall be taken on the papers with the hearing date of November 28, 2007. An opposition to this motion shall be filed NO LATER THAN NOVEMBER 28, 2007.

-1-