Effective 4/10/06          **FINANCIAL & CIVIL ALLOTMENT SHEET**          Receipt No. 350643
                                                                          Deputy Clerk: _____

**ACCOUNT CODE:**                          **REGISTRY FUND:**

6855XX Accounts                            604700 Accounts
_____ - Restitution                       _____ - Cash Bonds          NOV 16 2007
_____ - U.S. Postal Service Forms         _____ - Land Condemnation
_____ - Petty Offense                     _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
          085000 - $5.00 / 510000 - $10.00
       **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
          086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 - $7.00
       **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
       **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
          Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**                    CC: Sect K

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Phelps Dunbar

CASE NUMBER: 05-4182          SECTION: K

CASE TITLE: Pro Hac Vice Daniel Attridge + Padraic Fennelly
            #904562 P #904563

PAYMENT OF  |10.|00|  CASH ____ CHECKS ✓ MONEY ORDER ____

            SEAMAN ____ PAUPER ____ NON CASH ____

_____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action        _____ 6. Habeas Corpus & Other Convictions
          by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
          Orders to Show Cause, etc.              _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                       Death Sentence
_____ 3. Antitrust                               _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright            _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT? _____ Yes _____ No    _____
Is this a RELATED CASE?      _____ Yes _____ No    Attorney of Record