UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>              CONSOLIDATED LITIGATION<br><br>VERSUS<br><br>PERTAINS TO:  ROAD HOME<br>              Louisiana State C.A. No. 07-5528 | CIVIL ACTION NO.  05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

Considering the Motion of Scottsdale Insurance Company ("Nationwide") for the admission *pro hac vice* of Padraic B. Fennelly in the above referenced cause;

**IT IS ORDERED** that Padraic B. Fennelly be and is hereby admitted *pro hac vice* to represent Nationwide in this matter in association with Harry Rosenberg of Phelps Dunbar, LLP, New Orleans, Louisiana.

New Orleans, Louisiana, this 15th day of November, 2007.

_____
                                    **DISTRICT JUDGE**

NO.99826925.1