UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*           07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**BARGE PLAINTIFFS' PRELIMINARY WITNESS LIST**

**NOW COME** BARGE plaintiffs, through undersigned counsel, who may call the following persons to testify at trial of this matter concerning the following, and any and all additional relevant matters of which the listed persons have knowledge:

Daniel Mecklenbourg - Ingram prestorm activities, Ingram policy/practice re barges at third party facilities, hurricane preparation, fitness of 4727, relationship with Lafarge;

Captain Raymond Grabert, Jr. - events of 8/27/05, fitness of Regina H, Domino/Unique policies and procedures;

Eric Thigpen - events of 8/27/05, fitness of Regina H, Domino/Unique policies and procedures;

Gary Dufrene - events of 8/27/05, fitness of Regina H, Domino/Unique policies and procedures;

Gerald T. McNeil - events of 8/27/05, fitness of Regina H, Domino/Unique policies and procedures;

Ed Busch - events of 8/27/05, Lafarge policies and procedures;

Scott Catstaing -  events of 8/27/05, fitness of Regina H, Domino/Unique policies and procedures;

Barry Boudreaux - Zito relationship with Ingram, transport of 4727, events of 8/27/05;

Patrick McNeil - events of 8/27/05, fitness of Regina H;

David Serht - Ingram prestorm activities, Ingram policy/practice re barges at third party facilities, hurricane preparation, fitness of 4727, relationship with Lafarge;

Kaj Shah  - Ingram prestorm activities, Ingram policy/practice re barges at third party facilities, hurricane preparation, fitness of 4727, relationship with Lafarge;

Chris Feagley - Ingram prestorm activities, Ingram policy/practice re barges at third party facilities, hurricane preparation, fitness of 4727;

Richard C. Heck - as owner of Unique Towing and Regina H re policies, procedures and events of 8/27/05, fitness of Regina H ;

Scott Nobles - Ingram prestorm activities, Ingram policy/practice re barges at third party facilities, hurricane preparation, fitness of 4727, relationship with Lafarge;

Patrick Morton - Ingram prestorm activities, Ingram policy/practice re barges at third party facilities, hurricane preparation, fitness of 4727, relationship with Lafarge;

Stanley Cook - Ingram prestorm activities, Ingram policy/practice re barges at third party facilities, hurricane preparation, fitness of 4727, relationship with Lafarge, events of 8/27/05;

Edward VanderMeulen - events of 8/27/05, Lafarge policies and procedures, prestorm activities, relationship with Ingram;

Rachael Burnett - prestorm movements of ING 4727, communications with Ingram, LNA;

A. J. Guthrie - prestorm movements of ING 4727, communications with Ingram, LNA;

Roland Johnson - events of 8/27/05 at Lafarge

Louis Robein - events of 8/27/05 at Lafarge

Annette Gaskin - prestorm movements of ING 4727, communications with Ingram, LNA;

Gregg Jarrell - Ingram policy/practice re barges at third party facilities;

David Williams-  Ingram policy/practice re barges at third party facilities;

Rachael Burnett - Mays - transport and movements of 4727, communications with Ingram;

Gary Holman - Ingram policy/practice re barges at third party facilities;

Pete Tassin - Ingram policy/practice re barges at third party facilities;

William Villavasso - eyewitness to IHNC floodwall breach;

Arthur Murph - eyewitness to IHNC floodwall breach, sounds of barge;

Terry Adams - eyewitness to IHNC floodwall breach;

Christopher Weaver - eyewitness to IHNC floodwall breach;

Ronald McGill - eyewitness to flooding, witness to sounds of barge;

Wilson Simmons - eyewitness to flood times, witness to sounds of barge;

Dpt. Pete Tufaro - eyewitness to flood times, directions;

Lt. Cmdr. Don Greene, expert in the areas of martime operations and regulations;

Ray Helmer - engineering and hydrology expert concerning cause of IHNC breaches, nature, sources and extent of flooding;

Don C. Coker - business loss analysis expert re classwide business losses;

John Kilpatrick - real property expert re classwide property losses;

Aurora Environmental - expert re classwide pollution/contamination;

Ron C. Kessler - psychology expert re classwide emotional damages;

Any and all others yet to be investigated, discovered, determined or identified;

Witnesses necessary to identify and authenticate any and all records, documents, and exhibits not stipulated to;

Any and all listed and subpoenaed by any other party(ies);

Any and all needed for rebuttal and/or impeachment of opposing witnesses;

Active discovery is ongoing and plaintiffs reserve the right to supplement or amend in accord with law and court order.

Respectfully Submitted
by BARGE P.S.L.C.

**WIEDEMANN & WIEDEMANN**

/s/Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN, (13457)**
**KARL WIEDEMANN, (18502)**
**KAREN WIEDEMANN,(21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

And

**LAW OFFICE OF BRIAN A. GILBERT**

/s/Brian A. Gilbert
**BRIAN A. GILBERT (21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

And

/s/Patrick J. Sanders
**PATRICK J. SANDERS (18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Telephone: (504) 834-0646

### CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via email, and/or via ECF upload, and copies delivered to chambers, this 20 day of November, 2007.

/s/Brian A. Gilbert