UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL BARGE | § | |
| | § | |
| _____ | § | |

DEFENDANT UNITED STATES OF AMERICA'S
PRELIMINARY LIST OF EXHIBITS

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724) ("CMO 5"), Defendants United States of America and the United States Army Corps of Engineers (collectively herein, the "United States"[1]), through undersigned counsel, hereby submits this Preliminary List of Exhibits.

---

[1] The United States Army Corps of Engineers cannot be sued *eo nomine* under the Federal Tort Claims Act.  *See Galvin v. Occupational Safety & Health Administration*, 860 F.2d 181, 183 (5th Cir. 1988).

1

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data

3. American Society of Civil Engineers External Review Panel, The New Orleans Hurricane Protection System: What Went Wrong and Why (2007), including underlying data

4. "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina

5. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6. Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7. "MR-GO" Master Consolidated Class Action Complaint

8. U.S. Army Corps of Engineers, Tulsa TERC Contract No. DACA56-94-D-0021, Task Order No. 26 and Modifications

9. H. R. Doc. No. 82-245, at 33 (1951) (Army Submission re MRGO)

10. An Act to Authorize Construction of the Mississippi River-Gulf Outlet, Pub. L.No. 84-455, 70 Stat. 65, 65 (1956)

11. H.R. Doc. No. 71-46, at 3 (1930)

12. MRGO Design Mem. 1-A (July 1957)

13. MRGO Recon. Rep. (1988)

14. H.R. Doc. No. 89-231 (1965)

15. LPVHPP Reevaluation Study Main Rep. (Vol. 1, July 1984)

16. MRGO Design Mem. 1-B (Rev. May 1959)

17. MR-GO Recon. Rep. (1994)

18. Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana (Mar. 1976)

19. LPVHPP Map, 30 Sep. 1995

20. MRGO Design Mem. 1-C (Nov. 1959)

21. H.R. Doc. No. 82-6 (1951)

22. An Act authorizing the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes, Pub. L. No. 79-14, 59 Stat. 10, 30 (1943)

23. MRGO, Design Mem. No. 2 (June 1959)

24. MRGO Deep Draft Interim Report to Congress (December 2006)

25. H.R. Doc. No. 82-245 (1951)

26. Woolley, Douglas and Leonard Shabman, "Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007

27. Letter from U.S. Secretary of the Interior Fred A. Seaton to former Army Secretary Wilber M. Bruckner dated August 22, 1957

28. Memorandum from F.C. Gillett, Acting Regional Director of the U.S. Fish and Wildlife Service, to the Director of the U.S. Fish and Wildlife Service dated September 24, 1959

29. J. Westerink, B. Ebersole, and H. Winer, Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity (February 21, 2006)

30. URS Corp., The Direct Impact of the Mississippi River Gulf Outlet on Hurricane Storm Surge (prepared for Louisiana Department of Natural Resources) (2006)

31. U.S. Army Corps of Engineers, New Orleans District, Numerical Modeling of Storm Surge Effect of MRGO Closure (2003)

32. C.L. Bretschneider and J.I. Collins, Storm Surge Effects of the Mississippi River Gulf Outlet, Study A, National Engineering Science Company Report No. SN 326-A (1966)

33. LPVHPP Design Memorandum No. 1, Parts I and IV

34. LPVHPP Design Memorandum No. 3 & Supp. No. 1

35. LPVHPP Design Memorandum No. 5

36. LPVHPP Map, 1998

37. June 2, 2006 photographs by Dr. Francisco Silva-Tulla (WGI082924-998)

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    C. FREDERICK BECKNER
    Deputy Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY, JR.
    Assistant Director, Torts Branch

    s/ Tara A. Bowman
    TARA A. BOWMAN
    Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 888
    Washington, D.C. 20044
    (202) 616-4400 / (202) 616-5200 (Fax)
    Attorneys for the United States

CERTIFICATE OF SERVICE

      I, Tara A. Bowman, hereby certify that on November 20, 2007, I served a true copy of the United States' Preliminary List of Exhibits upon all parties by ECF.

                                              s/   Tara A. Bowman
                                                TARA A. BOWMAN