UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL BARGE | § | |
| | § | |
| _____ § | | |

**DEFENDANT UNITED STATES OF AMERICA'S PRELIMINARY LIST OF FACT WITNESSES**

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724) ("CMO 5"), Defendants United States of America and the United States Army Corps of Engineers (collectively herein, the "United States"[1]), through undersigned counsel, hereby submits this Preliminary List of Fact Witnesses.[2]

    Christopher Accardo
    U.S. Army Corps of Engineers

---

[1] The United States Army Corps of Engineers cannot be sued *eo nomine* under the Federal Tort Claims Act. *See Galvin v. Occupational Safety & Health Administration*, 860 F.2d 181, 183 (5th Cir. 1988).

[2] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

1

*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: Maintenance of the MRGO

Walter Baumy
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design, construction and maintenance of the MRGO

John Bivona
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design and construction of the MRGO

Richard Broussard
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design, construction and maintenance of the MRGO

Jerry Colletti
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267

*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Levee inspections

Michelle Daigle
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Maintenance of the MRGO

Ronald C. Goldman, P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay Street
Vicksburg, MS 39183
Subject matter: Hydrological mapping and data relating to the Lake Pontchartrain and Vicinity Hurricane Protection Plan ("LPVHPP")

Geneva Grille, P.E.
110 Noble Drive
Belle Chasse, LA 70037
Subject Matter: The engineering interface between the U.S. Army Corps of Engineers and the Louisiana Department of Transportation, Lake Borgne Levee District ("L.B.L.D."), Orleans Levee District ("O.L.D.") and various contractors regarding the LPVHPP

Sue Hawes
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Wetlands

Mark Huber
U.S. Army Corps of Engineers

*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Hydrology of MRGO

Victor Landry
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA 70124
Subject matter: The Gulf Intracoastal Waterway ("GIWW")

Gregory Miller
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Wetlands

Alfred Naomi
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: LPVHPP project management

Richard Pinner
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Geotechnical analysis of soil

Nancy Powell
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Hydrology of MRGO

Edmund Russo
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Maintenance of the MRGO

Gerard S. Satterlee, Jr., P.E.
1100 Poydras St., Suite 1550
New Orleans, LA 70163
Subject matter: Levee design, construction, and maintenance

David V. "Vann" Stutts
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design, construction and maintenance of the MRGO

Ahsha Tribble, Ph.D.
Executive Officer
DOC/NOAA/NWS/NCEP
TPC/National Hurricane Center
11691 SW 17th Street
Miami, FL 33165
Subject matter: Storm surge

Richard Varuso
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Design, construction and maintenance of the MRGO

Harley Winer
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Effects of storm surge on the MRGO

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    C. FREDERICK BECKNER
    Deputy Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY, JR.
    Assistant Director, Torts Branch

    s/ TARA A. BOWMAN
    TARA A. BOWMAN
    Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 888
    Washington, D.C. 20044
    (202) 616-4400 / (202) 616-5200 (Fax)

Dated: November 20, 2007    Attorneys for the United States

CERTIFICATE OF SERVICE

      I, Tara A. Bowman, hereby certify that on November 20, 2007, I served a true copy of the United States' Preliminary List of Witnesses upon all parties by ECF.


                      s/   Tara A. Bowman
                      TARA A. BOWMAN