Je 4/10/06

**FINANCIAL & CIVIL ALLOTMENT SHEET**

Receipt No.: **30729**
Deputy Clerk: _____

**NOV 19 2007**

**ACCOUNT CODE:**

6855XX Accounts
_____ - Restitution
_____ - U.S. Postal Service Forms
_____ - Petty Offense

**REGISTRY FUND:**

604700 Accounts
_____ - Cash Bonds
_____ - Land Condemnation
_____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**

_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
        085000 - $5.00 / 510000 - $10.00

**FILING FEES**

_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
        086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

**COPY FEES**

_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

**MISCELLANEOUS ACCOUNTS**

_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**

__✓__ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
__✓__ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

cc: Sect K

**ACCOUNTS RECEIVABLE**

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): **Stone Pigman**

CASE NUMBER: **05-4182**   SECTION: **K**

CASE TITLE: _____

Doc. #9081

PAYMENT OF [ **5 00** ]   CASH _____   CHECK ✓   MONEY ORDER _____
                         6665
                         SEAMAN _____   PAUPER _____   NON CASH _____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
_____ 2. Class Action
_____ 3. Antitrust
_____ 4. Patent, Trademark, Copyright
_____ 5. Civil Rights Case

_____ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
_____ 7. Petitions for Stay of Execution Death Sentence
_____ 8. Social Security Case
_____ 9. All Others

Is this a THREE JUDGE COURT? _____ Yes _____ No
Is this a RELATED CASE? _____ Yes _____ No

Attorney of Record _____