UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO BARGE

FILED IN:   05-5724, 05-5531, 06-5342, 06-6299
            06-7516, 07-3500, and 07-5178

## THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS AND THE ORLEANS LEVEE DISTRICT'S PRELIMINARY LIST OF EXHIBITS

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724) ("CMO No. 5"), the undersigned defendants file their instant preliminary list of exhibits. The joint nature of the instant filing is made solely in conformity with the Court's Order and should not be construed as an adoption, approval, or endorsement of anything contained therein by either particular defendant unless specified as such.

1

Although the defendants herein have endeavored in good faith to prepare this preliminary exhibit list, discovery in this case has only recently begun and will continue for several months hereafter. Consequently, defendants herein have not finally determined the identity of all exhibits that may be used at trial, which is scheduled to commence on June 15, 2009. CMO No. 5, § VII(C). In accordance with the Court's CMO No. 5, defendants herein will use their best efforts to supplement this list on the 20th of every month from now until March 20, 2008, when the final exhibit list is due. *Id.*, § IV(B)(2).

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data

3. American Society of Civil Engineers External Review Panel, The New Orleans Hurricane Protection System: What Went Wrong and Why (2007), including underlying data

4. "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina

5. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6. Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7. "MR-GO" Master Consolidated Class Action Complaint

8. U.S. Army Corps of Engineers, Tulsa TERC Contract No. DACA56-94-D-0021, Task Order No. 26 and Modifications

9. H. R. Doc. No. 82-245, at 33 (1951) (Army Submission re MRGO)

10. An Act to Authorize Construction of the Mississippi River-Gulf Outlet, Pub. L. No. 84-455, 70 Stat. 65, 65 (1956)

11. H.R. Doc. No. 71-46, at 3 (1930)

12. MRGO Design Mem. 1-A (July 1957)

2

13. MRGO Recon. Rep. (1988)

14. H.R. Doc. No. 89-231 (1965)

15. LPVHPP Reevaluation Study Main Rep. (Vol. 1, July 1984)

16. MRGO Design Mem. 1-B (Rev. May 1959)

17. MR-GO Recon. Rep. (1994)

18. Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana (Mar. 1976)

19. LPVHPP Map, 30 Sep. 1995

20. MRGO Design Mem. 1-C (Nov. 1959)

21. H.R. Doc. No. 82-6 (1951)

22. An Act authorizing the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes, Pub. L. No. 79-14, 59 Stat. 10, 30 (1943)

23. MRGO, Design Mem. No. 2 (June 1959)

24. MRGO Deep Draft Interim Report to Congress (December 2006)

25. H.R. Doc. No. 82-245 (1951)

26. Woolley, Douglas and Leonard Shabman, "Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007

27. Letter from U.S. Secretary of the Interior Fred A. Seaton to former Army Secretary Wilber M. Bruckner dated August 22, 1957

28. Memorandum from F.C. Gillett, Acting Regional Director of the U.S. Fish and Wildlife Service, to the Director of the U.S. Fish and Wildlife Service dated September 24, 1959

29. J. Westerink, B. Ebersole, and H. Winer, Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity (February 21, 2006)

30. URS Corp., The Direct Impact of the Mississippi River Gulf Outlet on Hurricane Storm Surge (prepared for Louisiana Department of Natural Resources) (2006)

31. U.S. Army Corps of Engineers, New Orleans District, Numerical Modeling of Storm Surge Effect of MRGO Closure (2003)

32. C.L. Bretschneider and J.I. Collins, Storm Surge Effects of the Mississippi River Gulf Outlet, Study A, National Engineering Science Company Report No. SN 326-A (1966)

33. LPVHPP Design Memorandum No. 1, Parts I and IV

34. LPVHPP Design Memorandum No. 3 & Supp. No. 1

35. LPVHPP Design Memorandum No. 5

36. LPVHPP Map, 1998

37. June 2, 2006 photographs by Dr. Francisco Silva-Tulla (WGI082924-998)

38. Relevant engineering manuals

39. Relevant research reports

40. Relevant survey reports

41. Relevant memoranda (e.g., design, benchmark, and standard project hurricane)

42. Relevant budget justification sheets

43. Relevant court injunction documents

44. Relevant General Accounting Office reports

45. Relevant evaluation and reevaluation reports

46. Relevant memoranda

47. Relevant parts of IPET Report and underlying materials and supporting documents

48. Relevant agreements, contracts, and correspondence between USACE and local levee authorities and contractors

49. Relevant dredging permits

50. Relevant design data (including but not limited to maps, charts, drawings, blueprints, memoranda, plans and specifications)

51. Relevant inspection reports

52. Relevant modeling data and depictions

53. Any document listed by any plaintiff or co-defendant in this matter, including but not limited to, those listed in initial disclosures, answers to interrogatories and requests to admit, response to requests for production of documents, correspondence, or any documents (hard copy or electrically stored information) in the document depositories developed in this matter

54. Legislative materials

55. Statutes and regulations

56. Board of Commissioners, Port of New Orleans, Map Showing Inner Harbor-Navigation Canal, C3-10352;

57. All documents produced during discovery; and

58. Any exhibit listed by any other party.

Dated: November 20, 2007             Respectfully submitted,

                                                   s/ Thomas P. Anzelmo
                                                   McCRANIE, SISTRUNK, ANZELMO,
                                                       HARDY, MAXWELL & McDANIEL
                                                   Thomas P. Anzelmo, P.A. - #2533
                                                  Mark E. Hanna - #19336
                                                  Kyle P. Kirsch - #26363
                                                  Andre J. Lagarde - #28649
                                                  3445 N. Causeway Boulevard, Ste. 800
                                                  Metairie, Louisiana 70002
                                                  TELEPHONE: (504) 831-0946
                                                  FACSIMILE: (504) 831-2492

                                                  and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT


s/ Kirk Aurandt
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE:        (985) 871-0899
Attorneys for the BOARD OF
COMMISSIONERS FOR THE PORT OF
NEW ORLEANS

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2007, a copy of the above and foregoing **The Board of Commissioners of the Port of New Orleans and the Orleans Levee District's Preliminary List of Exhibits** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
  HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com
