AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

2007 NOV 19 PM 12:30

LORETTA G. WHYTE
CLERK

LEONARD J. CLINE, PLC AND
LEONARD J. CLINE, JR.
    Plaintiff

V.

THE UNITED STATES OF AMERICA,
DEPARTMENT OF THE ARMY, CORP
OF ENGINEERS, a/k/a US ARMY
CORP OF ENGINEERS,
    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-4522**

SECT K MAG. 2

TO: (Name and address of defendant)

THE DEPARTMENT OF THE ARMY,
CORP OF ENGINEERS a/k/a US ARMY
CORP OF ENGINEERS
Colonel Alvin Lee
7400 Leake Avenue
New Orleans, LA  70118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LEONARD J. CLINE, JR.
3021 35th Street, Suite A
Metairie, LA  70001

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**
CLERK

(signature)
(BY) DEPUTY CLERK

DATE: AUG 27 2007

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 9-14-07 |
| Name of SERVER (PRINT) William Sherman | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Mary Malcom

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-14-07
            Date

Signature of Server

1855 Acre MeT C4 7000f
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.