AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
07 NOV 19 PM 12: 35
LORETTA G. WHYTE
CLERK

**RETURN**

LEONARD J. CLINE, PLC AND
LEONARD J. CLINE, JR.,
    Plaintiff
        V.

THE UNITED STATES OF AMERICA,
DEPARTMENT OF THE ARMY, CORP
OF ENGINEERS, a/k/a US ARMY
CORP OF ENGINEERS,
    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07-4522**

**SECT. K MAG. 2**

TO: (Name and address of defendant)

UNITED STATES OF AMERICA
United States Attorney
500 Poydras Street, Suite 210B
New Orleans, LA  70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LEONARD J. CLINE, JR.,
3021 35th Street, Suite A
Metairie, LA  70001

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**
CLERK

AUG 27 2007
DATE

(signature)
(BY) DEPUTY CLERK

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep ____
___ Doc. No. ____

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9-13-07 |
| Name of SERVER (PRINT) William Sherman | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: _Tammy Falcone C._

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __9-13-07__
                Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.