UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:  BARGE | JUDGE DUVAL MAG. WILKINSON |

---

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S FIRST PRELIMINARY LIST OF FACT WITNESSES AND EXHIBITS**

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 8283) ("CMO No. 5"), Washington Group International, Inc. ("WGII") submits this first preliminary list of fact witnesses "who may or will be called to testify at trial," and this first preliminary list of exhibits that "may or will be introduced at trial."  CMO No. 5, § IV(B)(1).

Although WGII has endeavored in good faith to prepare this preliminary witness list, it is necessarily limited, because discovery in this case is not complete, and will not close until the spring of 2008.  Consequently, WGII prepared this preliminary list on the basis of its best efforts and the information currently available, and submits this list in accordance with the Court's CMO No. 5 and subject to later supplementation on the 20th day of every month.  *Id.*, § IV(B)(1)-(2).

**Preliminary Fact Witness List**

Phillip L. Staggs
408 Cape Cod Drive
Panama City Beach, FL  32407
<u>Subject matter</u>:  Washington Group International, Inc.'s ("WGII") work for the
U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans
between July 2000 and April 2005, pursuant to Task Order 26.

James A. Montegut, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East
Bank Industrial Area of New Orleans between early 2000 and May 2005, pursuant
to Task Order 26.

Lee A. Guillory, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East
Bank Industrial Area of New Orleans between early 2000 and May 2005, pursuant
to Task Order 26.

**Preliminary Exhibit List**

1.  U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans
    and Southeast Louisiana Hurricane Protection System, Final Report of the
    Interagency Performance Evaluation Task Force (Mar. 26, 2007), including
    underlying data

2.  U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans
    and Southeast Louisiana Hurricane Protection System, Draft Final Report of

WAI-2854126v1

the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data

3. American Society of Civil Engineers External Review Panel, <u>The New Orleans Hurricane Protection System:  What Went Wrong and Why</u> (2007), including underlying data

4. "Team Louisiana" Final Report:  The Failure of the New Orleans Levee System during Hurricane Katrina

5. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6. Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7. U.S. Army Corps of Engineers, Tulsa TERC Contract No. DACA56-94-D-0021, Task Order No. 26 and Modifications

8. June 2, 2006 photographs by Dr. Francisco Silva-Tulla (WGI082924-998)

Dated:  November 20, 2007

Respectfully submitted,


 /s/ *William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
              Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

WAI-2854126v1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Washington

Group International, Inc.'s Preliminary List of Fact Witnesses and Exhibits has been

served upon all counsel of record through the Court's CM/ECF electronic filing system or

by placing same in the United States mail, postage prepaid and properly addressed, this

20th day of November, 2007.


*/s/ William D. Treeby*

WAI-2854126v1