UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

### NATIONAL UNION'S MOTION TO DISMISS

National Union Fire Insurance Company of Pittsburgh, Pa., defendant, through undersigned counsel, moves to dismiss all claims and complaints consolidated in this matter and designated as "Levee", on the grounds that the plaintiffs' Claims arise out of property damage and/or bodily injury, which are specifically excluded under the National Union Policy's unambiguous terms. Therefore, even assuming all factual allegations are true, the plaintiffs' claims and complaints against National Union are not plausible on their face, all as more fully explained in the attached supporting memorandum.

**WHEREFORE** Defendant National Union Fire Insurance Company of Pittsburgh, Pa. respectfully prays that its motion for summary judgment be GRANTED, the complaints and

1

claims against it in all of the matters designated as "Levee" be DISMISSED WITH PREJUDICE at plaintiffs' cost, and for all other relief deemed just and proper.

                                        Respectfully submitted,

                                        /s/  Karen M. Dicke
                                        **KAREN M. DICKE (#24781)**
                                        **GEORGE D. FAGAN, T.A. (#14260)**
                                        Leake & Andersson, LLP
                                        1100 Poydras Street, Suite 1700
                                        New Orleans, Louisiana 70163-1701
                                        Telephone:  (504) 585-7500
                                        Facsimile:  (504) 585-7775
                                        Email:       kdicke@leakeandersson.com
                                                              gfagan@leakeandersson.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing pleading has been delivered to all counsel of record on November 20, 2007, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

                                        /s/ Karen M. Dicke

F:\38803\2-Pleadings\National Union\word versions\Motion to Dismiss\Motion to dismiss.doc