UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| | * | |
| | * | |
| **PERTAINS TO:** | * | |
| **ALL LEVEE** | * | |
| | * | |

### NATIONAL UNION'S REQUEST FOR ORAL ARGUMENT OF ITS MOTION TO DISMISS

National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), defendant, through undersigned counsel, and pursuant to Local Rule 78.1E for the Eastern District of Louisiana, requests oral argument on the Motion to Dismiss National Union has simultaneously filed in the above-entitled action (see Docket No. 9171).  National Union avers that oral argument will assist this Court in

identifying and clarifying certain issues of this matter and will additionally aid the Court as articulated in the Motion to Dismiss and supporting Memorandum, which have been filed simultaneously with this motion.

Respectfully submitted,

/s/ Karen M. Dicke
**KAREN M. DICKE (#24781)**
**GEORGE D. FAGAN, T.A. (#14260)**
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
Email: *kdicke@leakeandersson.com*
*gfagan@leakeandersson.com*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on November 20, 2007, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

/s/ Karen M. Dicke

F:\38803\2-PLEADINGS\NATIONAL UNION\WORD VERSIONS\MOTION TO DISMISS\REQUEST FOR ORAL ARGUMENT.DOC