UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO: ROAD HOME<br>*State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *EX PARTE* MOTION TO APPOINT ADDITIONAL CO-LEAD COUNSEL AND TO SET FORTH A ROAD HOME FILING PROTOCOL

The State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, Office of Community Development (the "State"), through the Honorable Charles C. Foti, Jr., the Attorney General for the State of Louisiana, and through the undersigned private counsel duly authorized to act for and on behalf of the State, respectfully move this Court for an order appointing James R. Dugan, II and John W. Houghtaling as additional co-lead counsel for the Plaintiffs. Both Mr. Dugan and Mr. Houghtaling have previously enrolled as counsel of record in the Road Home case pursuant to authorization by the Attorney General.

Movers further request that the Court enter an order setting forth the protocol for filing documents in the Road Home in which no pleading shall be filed herein on behalf of the Road Home

1

Plaintiffs unless such pleading shall be approved and signed by the Attorney General of the State of Louisiana or the authorized Assistant Attorney General responsible for this matter and approved, signed, and filed by the court-appointed Liaison and Lead Counsel, Calvin C. Fayard, Jr.

WHEREFORE, Movers request the Court enter an order that James R. Dugan, II and John W. Houghtaling be appointed as co-lead counsel for the Plaintiffs and that the Court enter an order providing that all pleadings, motions and associated memoranda, discovery, and any other pleadings shall be approved and signed by the Attorney General and/or Assistant Attorney General and approved, signed and filed by Calvin C. Fayard, Jr., Liaison and Lead Counsel for the Plaintiffs.

Respectfully submitted,

THE STATE OF LOUISIANA
The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL,
STATE OF LOUISIANA

/s/ Isabel Wingerter
Isabel Wingerter (No. 20428)
Assistant Attorney General
Director of Public Protection
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

**ROAD HOME LIAISON AND LEAD COUNSEL**

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Ph.: 225-664-4193
Fax: 225-664-6925

Email: calvinfayard@fayardlaw.com

AND

**ROAD HOME CO-LEAD COUNSEL**

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW
135 Goodwill Plantation
Vacherie, LA  70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

Joseph J. McKernan (No. 10027)
McKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA  70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA  70130
Ph.:  504-525-2553
Fax:  504-523-2508
Email: FCDLaw@aol.com

James P. Roy (No. 11511)
DOMENGEAUX WRIGHT

ROY & EDWARDS L.L.C.
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
Ph.: 337-233-3033
Fax: 337-232-8213
Email: jimr@wrightroy.com

James R. Dugan, II (No. 24785)
MURRAY LAW FIRM
650 Poydras Street, Suite 1250
New Orleans, LA 70130
Ph.: 504-648-0180
Fax: 504-648-0181
Email: jdugan@dugan-lawfirm.com

John W. Houghtaling (No. 25099)
GAUTHIER, HOUGHTALING, & WILLIAMS, L.L.P.
3500 North Hullen Street
Metairie, LA 70002
Ph.: 504-456-8600
Fax: 504-456-8624
Email: john@ghwlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

     /s/ Calvin C. Fayard, Jr.
     Calvin C. Fayard, Jr.