UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO: ROAD HOME<br>*State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION TO APPOINT ADDITIONAL CO-LEAD COUNSEL AND TO SET FORTH A ROAD HOME FILING PROTOCOL

**May it Please the Court:**

The State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, Office of Community Development (the "State"), through the Honorable Charles C. Foti, Jr., the Attorney General for the State of Louisiana, and through the undersigned private counsel duly authorized to act for and on behalf of the State, respectfully submit this Memorandum in Support of an Ex Parte Motion to Appoint Additional Co-lead Counsel and to set Forth a Road Home Filing Protocol.

ARGUMENT

The above captioned litigation was originally filed in the Civil District Court for Orleans

1

Parish on August 23, 2007 and subsequently removed to the Eastern District Court for Louisiana. Mr. Dugan and Mr. Houghtaling were appointed as additional counsel of record for the Road Home case by the Attorney General on September 7, 2007. Mr. Dugan and Mr. Houghtaling filed Motions to Enroll as additional counsel of record and have been so enrolled. Both Mr. Dugan and Mr. Houghtaling are experienced in class action and complex litigation and have the necessary time and resources to commit to the successful resolution of this litigation. Thus, Movers request that they be named as co-lead counsel in this litigation.

In an effort to avoid unnecessary confusion and to promote judicial economy, the undersigned respectfully request that the Court also enter an order setting forth a protocol for future filings of all pleadings in the Road Home case. Since the Court has appointed Calvin C. Fayard, Jr. as Liaison and Lead Counsel for the Plaintiffs, it is appropriate that all pleadings of any nature filed on behalf of the plaintiffs should be filed by routing same through Plaintiffs' Liaison and Lead Counsel.

This procedure is also in keeping with Case Management and Scheduling Order #4 in these consolidated proceedings wherein the Liaison Counsel for each subgroup of cases was designated as the person responsible to coordinate and prepare the service and filing of motions and memoranda related to the respective umbrella group. Therefore, all pleadings should be approved and signed by the Attorney General of the State of Louisiana or the authorized Assistant Attorney General responsible for this matter and approved, signed, and filed by the court-appointed Liaison and Lead Counsel, Calvin C. Fayard, Jr.

## CONCLUSION

For the foregoing reasons, Movers request that the Court enter an order appointing James R. Dugan, II and John W. Houghtaling as co-lead counsel; and that the Court enter an order setting forth

2

the protocol for filing documents in the Road Home litigation in which no pleading shall be filed herein on behalf of the Road Home Plaintiffs unless such pleading shall be approved and signed by the Attorney General and/or Assistant Attorney General and approved, signed, and filed by Calvin C. Fayard, Jr., the Liaison and Lead Counsel for the Plaintiffs.

          Respectfully submitted,

          THE STATE OF LOUISIANA
          The Honorable Charles C. Foti, Jr. (No. 5784)
          ATTORNEY GENERAL,
          STATE OF LOUISIANA

          /s/ Isabel Wingerter
          Isabel Wingerter (No. 20428)
          Assistant Attorney General
          Director of Public Protection
          1885 North Third Street, 6th Floor
          Baton Rouge, LA 70802
          Ph.: 225-326-6040
          Fax: 225-326-6097

AND

          **ROAD HOME LIAISON AND LEAD COUNSEL**

          /s/ Calvin C. Fayard, Jr.
          Calvin C. Fayard, Jr. (No. 5486)
          FAYARD & HONEYCUTT, A.P.C.
          519 Florida Avenue, S.W.
          Denham Springs, LA 70726
          Ph.: 225-664-4193
          Fax: 225-664-6925
          Email: calvinfayard@fayardlaw.com

AND

          **ROAD HOME CO-LEAD COUNSEL**

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW

135 Goodwill Plantation
Vacherie, LA  70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

Joseph J. McKernan (No. 10027)
McKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA  70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA  70130
Ph.:  504-525-2553
Fax:  504-523-2508
Email: FCDLaw@aol.com

James P. Roy (No. 11511)
DOMENGEAUX WRIGHT
ROY & EDWARDS L.L.C.
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
Ph.:  337-233-3033
Fax: 337-232-8213
Email: jimr@wrightroy.com

James R. Dugan, II (No. 24785)
MURRAY LAW FIRM
650 Poydras Street, Suite 1250
New Orleans, LA 70130
Ph.: 504-648-0180
Fax: 504-648-0181
Email: jdugan@dugan-lawfirm.com

John W. Houghtaling (No. 25099)
GAUTHIER, HOUGHTALING, & WILLIAMS, L.L.P.
3500 North Hullen Street
Metairie, LA 70002
Ph.: 504-456-8600
Fax: 504-456-8624
Email: john@ghwlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.