UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

**MRGO DEFENDANTS' FIFTH PRELIMINARY LIST OF
"COMMON LIABILITY" EXHIBITS**

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) ("CMO"), the undersigned MRGO Defendants submit this fifth preliminary list of "common liability" exhibits.

This exhibit list is submitted jointly, by all MRGO Defendants, in order to comply with the Court's CMO, but the joint nature of this list does not mean that each defendant necessarily adopts, approves, or endorses each exhibit contained in this list.

Moreover, by submitting the instant list, the MRGO Defendants do not agree that any "common liability issues" exist or that any trial or trials on "common liability issues" is feasible, warranted or appropriate. The term "common liability issues" is defined in the CMO as "refer[ing] to the descriptions of all three claim categories set out above [Levee, MRGO and Insurance], but excludes quantification of individual damage claims and individual adjusting and other individual coverage issues asserted in the non-class action cases that are part of the Insurance category." CMO, § I(A). The MRGO Defendants deny that any liability issues exist in these consolidated cases that are

common to any of the parties in any way that would allow class certification of any liability issues for trial.  The MRGO Defendants herein expressly reserve any and all rights to object to or otherwise contest a trial or trials on "common liability issues."

Although the MRGO Defendants have endeavored in good faith to prepare this preliminary exhibit list, it is necessarily limited, because discovery in this case is not complete, and will not close until early 2008.  Consequently, MRGO Defendants have prepared this preliminary list on the basis of their best efforts and the information currently available, and submit this list in accordance with the Court's CMO and subject to later supplementation on the 20th day of every month as directed in that CMO.  CMO, § IV(A)(3).

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data

3. American Society of Civil Engineers External Review Panel, The New Orleans Hurricane Protection System:  What Went Wrong and Why (2007), including underlying data

4. "Team Louisiana" Final Report:  The Failure of the New Orleans Levee System during Hurricane Katrina

5. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6. Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7. "MR-GO" Master Consolidated Class Action Complaint

2

8. U.S. Army Corps of Engineers, Tulsa TERC Contract No. DACA56-94-D-0021, Task Order No. 26 and Modifications

9. H. R. Doc. No. 82-245, at 33 (1951) (Army Submission re MRGO)

10. An Act to Authorize Construction of the Mississippi River-Gulf Outlet, Pub. L. No. 84-455, 70 Stat. 65, 65 (1956)

11. H.R. Doc. No. 71-46, at 3 (1930)

12. MRGO Design Mem. 1-A (July 1957)

13. MRGO Recon. Rep. (1988)

14. H.R. Doc. No. 89-231 (1965)

15. LPVHPP Reevaluation Study Main Rep. (Vol. 1, July 1984)

16. MRGO Design Mem. 1-B (Rev. May 1959)

17. MR-GO Recon. Rep. (1994)

18. Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana (Mar. 1976)

19. LPVHPP Map, 30 Sep. 1995

20. MRGO Design Mem. 1-C (Nov. 1959)

21. H.R. Doc. No. 82-6 (1951)

22. An Act authorizing the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes, Pub. L. No. 79-14, 59 Stat. 10, 30 (1943)

23. MRGO, Design Mem. No. 2 (June 1959)

24. MRGO Deep Draft Interim Report to Congress (December 2006)

25. H.R. Doc. No. 82-245 (1951)

26. Woolley, Douglas and Leonard Shabman, "Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007

27. Letter from U.S. Secretary of the Interior Fred A. Seaton to former Army Secretary Wilber M. Bruckner dated August 22, 1957

28. Memorandum from F.C. Gillett, Acting Regional Director of the U.S. Fish and Wildlife Service, to the Director of the U.S. Fish and Wildlife Service dated September 24, 1959

29. J. Westerink, B. Ebersole, and H. Winer, Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity (February 21, 2006)

30. URS Corp., The Direct Impact of the Mississippi River Gulf Outlet on Hurricane Storm Surge (prepared for Louisiana Department of Natural Resources) (2006)

31. U.S. Army Corps of Engineers, New Orleans District, Numerical Modeling of Storm Surge Effect of MRGO Closure (2003)

32. C.L. Bretschneider and J.I. Collins, Storm Surge Effects of the Mississippi River Gulf Outlet, Study A, National Engineering Science Company Report No. SN 326-A (1966)

33. LPVHPP Design Memorandum No. 1, Parts I and IV

34. LPVHPP Design Memorandum No. 3 & Supp. No. 1

35. LPVHPP Design Memorandum No. 5

36. LPVHPP Map, 1998

37. June 2, 2006 photographs by Dr. Francisco Silva-Tulla (WGI082924-998)

Dated:  November 20, 2007

Respectfully submitted,

| | |
|---|---|
| */s/ Gary M. Zwain* | */s/ Ralph S. Hubbard III* |
| Gary M. Zwain, 13809 | Ralph S. Hubbard III, T.A., 7040 |
| Lawrence J. Duplass, 5199 | Joseph P. Guichet, 24441 |
| Of | Of |
| Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| 3838 N. Causeway Blvd., Suite 2900 | 601 Poydras Street, Suite 2775 |
| Metairie, Louisiana 70002 | New Orleans, Louisiana 70130 |
| Telephone: (504) 832-3700 | Telephone: (504) 568-1990 |
| Facsimile: (504) 837-3119 | Facsimile: (504) 310-9195 |
| | |
| Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District | Attorneys for St. Paul Fire and Marine Insurance Company |

/s/ Thomas P. Anzelmo
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
    Of
McCranie, Sistrunk, Anzelmo, Hardy,
 Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
    Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000

Attorneys for the Board of Commissioners for the Orleans Levee District

/s/ William D. Treeby
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700


   */s/ Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorney for United States

7

8

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Fifth Preliminary List of "Common Liability" Exhibits has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of November, 2007.

               __*/s/ William D. Treeby*_____

WAI-2854169v1