UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## LAFARGE NORTH AMERICA'S FIRST PRELIMINARY FACT WITNESS LIST

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724), Lafarge North America Inc. ("LNA") submits this first preliminary fact witness list.

LNA has prepared this preliminary list on the basis of its best efforts and the information currently available.  It is necessarily limited because discovery in this case has only recently begun, and will not close until late 2008.  LNA will supplement this list on the 20th of each month, as directed by Case Management and Scheduling Order No. 5.

Fact Witness List

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 1.  Ed Busch<br>    Contact c/o Counsel for LNA | Procedures and practices at LNA's New Orleans Terminal and handling of ING 4727 |

LIBW/1662960.2

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 2. Earl Smith<br>Contact c/o Counsel for LNA | Procedures and practices at LNA's New Orleans Terminal and handling of ING 4727 |
| 3. Roland Johnson<br>Contact c/o Counsel for LNA | Procedures and practices at LNA's New Orleans Terminal and handling of ING 4727 |
| 4. Annette Gaskin<br>Contact c/o Counsel for LNA | Procedures and practices at LNA's New Orleans Terminal |
| 5. Ed VanderMeulen<br>Contact c/o Counsel for LNA | LNA's distribution procedures and practices and transport of ING 4727 |
| 6. Rachael Burnett<br>Contact c/o Counsel for LNA | LNA's distribution procedures and practices and transport of ING 4727 |
| 7. Witnesses to events in the Lower Ninth Ward on August 29, 2005 (to be identified through deposition discovery) | Personal experience during and after Hurricane Katrina |
| 8. David Scott Castaing<br>Contact c/o Counsel for Joseph C. Domino, Inc. | Handling of ING 4727 prior to Hurricane Katrina |
| 9. Raymond Grabert, Jr.<br>Contact c/o Counsel for Unique Towing, Inc. | Handling of ING 4727 prior to Hurricane Katrina |
| 10. Stan Cook (Ingram)<br>Contact c/o Counsel for Ingram Barge Company | Events concerning ING 4727 prior to Hurricane Katrina |
| 11. Michael O'Dowd<br>U.S. Army Corps of Engineers Lockmaster | Personal experience during and after Hurricane Katrina |
| 12. McElwee Construction organizational representative | Underseepage at location of northern breach on the eastern side of the IHNC |
| 13. Witnesses from the IPET group | The creation and genesis of the IPET Report, including the various studies, analyses, and conclusions detailed in the IPET Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005 |
| 14. Witnesses from the ILIT group | The creation and genesis of the ILIT Report, including the various studies, analyses; and conclusions detailed in the ILIT Report concerning the flooding of the Greater New |

LIBW/1662960.2

| Witness and Contact Information | Topic of Testimony |
|---|---|
| | Orleans area on or around August 29, 2005 |
| 15. Witnesses from the Team Louisiana group | The creation and genesis of the Team Louisiana Report, including the various studies, analyses; and conclusions detailed in the Team Louisiana Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005 |
| 16. Witnesses from the ASCE External Review Panel | The creation and genesis of the ERP Report, including the various studies, analyses; and conclusions detailed in the ERP Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005 |
| 17. Witnesses interviewed by IPET, ILIT, or Team Louisiana | Personal experience during and after Hurricane Katrina |
| 18. Witnesses to authenticate evidence to be used at trial | Authentication of evidence |
| 19. Witness from New Orleans property records office | Property records in the alleged class area |
| 20. James Huey<br>Former president, Orleans Levee District | Levee inspections; scope of the work and the fulfillment of duties related to levee projects |
| 21. Jerry Colletti<br>U.S. Army Corps of Engineers<br>(mailing)<br>P.O. Box 60267<br>New Orleans, LA 70160-0267<br>(physical)<br>7400 Leake Avenue<br>New Orleans, LA 70118 | Levee inspections |
| 22. Any witness listed or called by any party in the In re: Katrina Canal Breaches Litigation | |

                                          Respectfully submitted,

                                        Robert B. Fisher, Jr., T.A. (#5587)
                                        Derek A. Walker (#13175)
                                        Ivan M. Rodriguez (#22574)
                                        Parker Harrison (#27538)
                                        **CHAFFE MCCALL, L.L.P.**

        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com
        Harrison@chaffe.com

        /s/ John D. Aldock
        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        ***Attorneys for Lafarge North America Inc.***

### Certificate of Service

I do hereby certify that I have on this 20th day of November, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        /s/ John D. Aldock

4