UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |

PERTAINS TO: BARGE
*Mumford v. Ingram*          C.A. No. 05-5724
*Boutte v. Lafarge*          C.A. No. 05-5531
*Lagarde v. Lafarge*         C.A. No. 06-5342
*Perry v. Ingram Barge*      C.A. No. 06-6299
*Benoit v. Lafarge*          C.A. No. 06-7516

### PRELIMINARY WITNESS LIST ON BEHALF OF
### AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION
### AND INDEMNITY ASSOCIATION, INC.

NOW INTO COURT, through undersigned counsel, comes American Steamship Owners Mutual Protection and Indemnity Association, Inc., (hereinafter referred to as the "American Club") and hereby submits the following preliminary list of witnesses in this matter.

1.  Edward Flynn

    To testify regarding Lafarge's entry and membership in the American Club, and the underlying claim as it relates to Lafarge's membership in the Club. Also, to testify regarding the documents listed on the preliminary exhibit list.

2. Michael Mitchell

To testify regarding Lafarge's entry and membership in the American Club, and the underlying claim as it relates to Lafarge's membership in the Club. Also, to testify regarding the documents listed on the preliminary exhibit list.

3. Raymond Miles

To testify regarding Lafarge's entry and membership in the American Club, and the underlying claim as it relates to Lafarge's membership in the Club. Also, to testify regarding the documents listed on the preliminary exhibit list.

4. Thomas Angiolino

To testify regarding Lafarge's entry and membership in the American Club, and the underlying claim as it relates to Lafarge's membership in the Club. Also, to testify regarding the documents listed on the preliminary exhibit list.

5. Joanne Fedchin

To testify regarding Lafarge's entry and membership in the American Club, and the underlying claim as it relates to Lafarge's membership in the Club. Also, to testify regarding the documents listed on the preliminary exhibit list.

6. Josh Lawson

To testify regarding Lafarge's entry and membership in the American Club, and the underlying claim as it relates to Lafarge's membership in the Club. Also, to testify regarding the documents listed on the preliminary exhibit list.

7. John Del Bagno

To testify regarding Lafarge's entry and membership in the American Club, and the underlying claim as it relates to Lafarge's membership in the Club. Also, to testify regarding

the documents listed on the preliminary exhibit list.

    8.    Daniel P. Mecklenborg

To testify regarding the transportation agreement between Ingram Barge and Lafarge.

    Respectfully submitted,

    MONTGOMERY, BARNETT, BROWN,
    READ, HAMMOND & MINTZ, LLP


    /s/ Philip S. Brooks, Jr.
    A. GORDON GRANT, JR. (#6221) (T.A.)
    PHILIP S. BROOKS, JR. (#21501)
    1100 Poydras Street, Suite 3300
    New Orleans, LA 70163
    Phone: 504-585-3200
    Fax: 504-585-7688
    *Attorneys for: American Steamship Owners*
    *Mutual Protection and Indemnity*
    *Association, Inc.*


### CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

    /s/ Philip S. Brooks, Jr.


pbrooks\Ingram Barge 4727 11724.01\Witness List 02