UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION　　　　　　　　　　NO. 05-4182 "K" (2)

PERTAINS TO: BARGE
*Mumford v. Ingram*　　　　C.A. No. 05-5724
*Boutte v. Lafarge*　　　　　C.A. No. 05-5531
*Lagarde v. Lafarge*　　　　C.A. No. 06-5342
*Perry v. Ingram Barge*　　C.A. No. 06-6299
*Benoit v. Lafarge*　　　　　C.A. No. 06-7516

### PRELIMINARY EXHIBIT LIST ON BEHALF OF AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.

NOW INTO COURT, through undersigned counsel, comes American Steamship Owners Mutual Protection and Indemnity Association, Inc., (hereinafter referred to as the "American Club") and hereby submits the following preliminary list of exhibits in this matter which have been previously produced.

1.　　American Club's By-Laws and Class I of the Club's Rules;

2.　　Certificate of Entry;

3.　　American Club's underwriting file Bates Nos. AMCLUB000001-AMCLUB000112.

Respectfully submitted,

MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, LLP


/s/ Philip S. Brooks, Jr.
A. GORDON GRANT, JR. (#6221) (T.A.)
PHILIP S. BROOKS, JR. (#21501)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax: 504-585-7688
*Attorneys for:  American Steamship Owners Mutual Protection and Indemnity Association, Inc.*


CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to all parties.


/s/ Philip S. Brooks, Jr.


pbrooks\Ingram Barge 4727 11724.01\Witness Exhibit List.01