UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| C.R. PITTMAN CONSTRUCTION COMPANY, INC. | § | |
| V. UNITED STATES OF AMERICA (07-2771) | § | |
| | § | |

**C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO UNITED STATES OF AMERICA'S MOTION TO DISMISS IN EXCESS OF PAGE LIMIT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, C.R. Pittman Construction Company, Inc. ("CPRCCI") who respectfully moves this Court for leave to file its Memorandum of Law in Opposition to Defendant's Motion to Dismiss in excess of Local Rule 7.8.1E's page limit.  CRPCCI requests leave to file the accompanying *Memorandum In Opposition to United States of America's Motion to Dismiss* which is in excess of the page limitation.

CRPCCI submits that the issues presented before the Court are complex and many are of first impression.  In order to adequately address the issues, an extension of the page limit is warranted in this case.  The additional pages are necessary to adequately assist the Court in its consideration of the issues in this case.

WHEREFORE, C.R. Pittman Construction Company, Inc. requests leave of Court to file the accompanying *Memorandum In Opposition to United States of America's Motion to Dismiss* which is in excess of the Local Rule 7.8.1E page limitation.

Dated this 20th day of November, 2007.

Respectfully submitted:

/s/ Gerald A. Melchiode
_____
GERALD A. MELCHIODE (#22525)
jmelchiode@gjtbs.com
WILLIAM J. PERRY (#19100)
wperry@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:   (504) 525-2456
COUNSEL FOR PLAINTIFF, C.R. PITTMAN
CONSTRUCTION COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  A copy of same will be mailed to all non-CM/ECF participating counsel.

/s/ Gerald A. Melchiode
_____
GERALD A. MELCHIODE