UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| C.R. PITTMAN CONSTRUCTION COMPANY, INC. | § | |
| V. UNITED STATES OF AMERICA (07-2771) | § | |
| | § | |

**O R D E R**

Considering the foregoing *Ex Parte Motion and Incorporated Memorandum for Leave to File Memorandum of Law in Opposition to Defendant's Motion to Dismiss in Excess of Page Limits* (the "Motion") filed by Plaintiffs, C. R. Pittman Construction Company, Inc.:

**IT IS ORDERED** that the Motion is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that C.R. Pittman Construction Company, Inc.'s *Memorandum of Law in Opposition to Defendant's Motion to Dismiss* shall be filed into the record.

NEW ORLEANS, LOUISIANA, this _____ day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE