UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE: C.R. PITTMAN CONSTRUCTION COMPANY, INC. (07-2771) | | |

## REQUEST FOR ORAL ARGUMENT

Plaintiff, C.R. Pittman Construction Company, Inc., pursuant to Rule 78.1E of the Local Rules for the United States District Court for the Eastern District of Louisiana, hereby requests that oral argument be permitted on the Opposition to the United States of America's Motion and Memorandum to Dismiss filed herein on its behalf.

Respectfully submitted:

_____
GERALD A. MELCHIODE (#22525)
jmelchiode@gjtbs.com
WILLIAM J. PERRY (#19100)
wperry@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
One Shell Square
701 Poydras Street, 40TH Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:   (504) 525-2456
COUNSEL FOR PLAINTIFF, C.R. PITTMAN
CONSTRUCTION COMPANY, INC.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. A copy of same will be mailed to all non-CM/ECF participating counsel.

*/s/ Gerald A. Melchiode*
_____