UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION : | CIVIL ACTION NO. 05-4182 "K"(2) |
| : | |
| PERTAINS TO INSURANCE : | |
| ERIN BURKS : | CIVIL ACTION NO. 2006-4173-SRD-JCW |
| : | THE HONORABLE: |
| PLAINTIFF : | STANWOOD R. DUVAL |
| : | SECTION "I" |
| VERSUS : | AND |
| : | MAGISTRATE JUDGE WILKINSON |
| PRUDENTIAL FINANCIAL : | MAGISTRATE '4' |
| GROUP ET AL : | |

**EX PARTE**
**MOTION TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT**
**OF DEFENDANT CITIMORTGAGE**

NOW INTO COURT THROUGH THE UNDERSIGNED COUNSEL COMES THE PLAINTIFF, Erin Burks, who moves this Honorable Court to continue the Defendant Citimortgage's Motion for Summary Judgment to the Court's hearing date of December 26, 2007, for the reasons outlined in the accompanying Memorandum in Support of this Motion.

Plaintiff shows that the present date of November 28, 2007, gives the Plaintiff virtually no time to respond to the motion itself. In the interest of justice the Plaintiff needs the time to respond to the Motion for Summary judgment.

Counsel for Plaintiff certifies that Counsel for the Defendant Tyler Weilich has been contacted and he has advised that while he has no definitive answer he believes that his chief counsel, Kent Lambert will oppose this motion.

Wherefore the Plaintiff prays that this Motion be Granted and that the Defendant CitiMortgage's motion be heard on December 26, 2007.

RESPECTFULLY SUBMITTED:

JACK H. TOBIAS (17172)
336 Camp St.
Suite 340
New Orleans, Louisiana 70130
Telephone (504) 838-7100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon all known counsel of record by placing a copy of same addressed to all known counsel of record for all through the ECF system of this Court this 20 day of November, 2007, including the following:

Gerald J. Nielsen, (La. 17078)
William R. DeJean (La. 22762)
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisisiana 70002
Telephone Facsimile No.: (504) 832-9165
Counsel for Prudential Financial Group and Liberty Mutual Insurance Company

Thomas P. Hubert (La. 19625)
Robert L. Walsh (La. 17850)
Jane H. Heidengsfelder (La. 28604)
Jones, Walker Waechter, Poitevant Carrere & Denegre, LLP
201 St. Charles Avenue, 50th Floor
New Orleans, La. 70170-5100
Telephone Facsimile Number (504) 582-8015
Counsel for Jay Trusheim

Ann Derbes Keller
Kent A. Lambert (La. 22558)
Tyler L. Weidich (La. 30790)
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, La. 70170
Telephone Facsimile (504) 636-3952

_____
JACK H. TOBIAS