UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | : | CIVIL ACTION NO. 05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | : | |
| | : | |
| PERTAINS TO INSURANCE | : | |
| ERIN BURKS | : | CIVIL ACTION NO. 2006-4173-SRD-JCW |
| | : | THE HONORABLE: |
| PLAINTIFF | : | STANWOOD R. DUVAL |
| | : | SECTION "I" |
| VERSUS | : | AND |
| | : | MAGISTRATE JUDGE WILKINSON |
| PRUDENTIAL FINANCIAL | : | MAGISTRATE '4' |
| GROUP ET AL | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER
EX PARTE MOTION TO CONTINUE THE MOTION FOR SUMMARY
JUDGMENT OF DEFENDANT CITIMORTGAGE**

MAY IT PLEASE THIS HONORABLE COURT:.

Plaintiff shows that the defendant CitiMortgage has filed its Motion for Summary Judgment setting the matter for hearing on November 28, 2007. This present setting gives the Plaintiff virtually no time to respond to the motion itself. In the interest of justice the Plaintiff needs the time to respond to the Motion for Summary judgment.

Plaintiff shows that Counsel needs time to analyze the motion and the exhibits thereto, and formulate a response. The undersigned received a motion package on Thursday but the sealed documents that Defendant CitiMortgate submitted could not be located in that package.

The defendant's timing of the filing of its Motion for Summary Judgment gave the Plaintiff less than four days to respond to this motion which raises very significant and substantial legal arguments. Clearly Justice and Fairness requires more time than that.

Counsel for Plaintiff certifies that Counsel for the Defendant Tyler Weilich has been contacted and he has advised that while he has no definitive answer he believes that his chief counsel, Kent Lambert will oppose this motion.

Plaintiff attaches as exhibit a hereto her Counsel's affidavit in support of this motion.

Plaintiff prays that this Motion be Granted and that the Defendant CitiMortgage's motion be heard on December 26, 2007.

RESPECTFULLY SUBMITTED:

JACK H. TOBIAS (17172)
336 Camp St.
Suite 340
New Orleans, Louisiana 70130
Telephone (504) 838-7100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon all known counsel of record by placing a copy of same addressed to all known counsel of record for all through the ECF system of this Court this _20th_ day of _Nov_____, 2007, including the following:

Gerald J. Nielsen, (La. 17078)
William R. DeJean (La. 22762)
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisisiana 70002
Telephone Facsimile No.: (504) 832-9165
Counsel for Prudential Financial Group and Liberty Mutual Insurance Company

Thomas P. Hubert (La. 19625)
Robert L. Walsh (La. 17850)
Jane H. Heidengsfelder (La. 28604)
Jones, Walker Waechter, Poitevant Carrere & Denegre, LLP
201 St. Charles Avenue, 50th Floor
New Orleans, La. 70170-5100
Telephone Facsimile Number (504) 582-8015
Counsel for Jay Trusheim

Ann Derbes Keller
Kent A. Lambert (La. 22558)
Tyler L. Weidich (La. 30790)
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, La. 70170
Telephone Facsimile (504) 636-3952

_____
JACK H. TOBIAS