UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  :  CIVIL ACTION NO. 05-4182 "K"(2)
CONSOLIDATED LITIGATION  :

PERTAINS TO INSURANCE  :
   ERIN BURKS  :  CIVIL ACTION NO. 2006-4173-SRD-JCW

PLAINTIFF'S COUNSEL'S AFFIDAVIT IN SUPPORT OF HER
EX PARTE MOTION TO CONTINUE THE MOTION FOR SUMMARY
JUDGMENT OF DEFENDANT CITIMORTGAGE

PARISH OF ORLEANS
STATE OF LOUISIANA

**BEFORE ME**, the undersigned authority, did come and appear

**Jack H. Tobias**

who after being sworn, did depose and say under oath the following:

1. That he is Counsel for the Plaintiff in the above captioned matter:

2. That he is a Solo Practitioner;

3. That he requested in writing that the Defendant continue the Motion for Summary Judgment to December 26, 2007, to allow him to gather the necessary affidavits and complete the necessary research;

4. That Counsel for the Defendant CitiMortgage, Tyler Weidlich advised today that he doubted Chief Counsel for the Defendant would not acquiesce in this continuance;

5. That the filing of this motion and the method of delivery gives the Plaintiff virtually no time to analyse the arguments and formulate a response;

6. That the Plaintiff must locate one witness to obtain an affidavit, and the Plaintiff herself has been relocated to Nebraska due to Hurricane Katrina and is not available directly to Counsel and that her employment impedes the contact even more;

7. Plaintiff shows that Counsel needs time to prepare his own exhibits thereto;

8. The undersigned received a motion package by US Postal mail on Thursday November 15, 2007, but the sealed documents that Defendant CitiMortgate submitted could not be located in that package

9. Counsel for the Defendant agreed this date to forward the documents filed under seal by email.

JACK H. TOBIAS

Sworn to and subscribed

before me this ___20___ day of November, 2007.

Notary Public
JOHN G. DeRUSSY (04896)
830 Union Street, Suite 300
New Orleans, LA 70112