UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | : | CIVIL ACTION NO. 05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | : | |
| | | |
| PERTAINS TO INSURANCE | : | |
|    ERIN BURKS | : | CIVIL ACTION NO. 2006-4173-SRD-JCW |
| | : | THE HONORABLE: |
| PLAINTIFF | : | STANWOOD R. DUVAL |
| | : | SECTION "I" |
| VERSUS | : | AND |
| | : | MAGISTRATE JUDGE WILKINSON |
| PRUDENTIAL FINANCIAL | : | MAGISTRATE '4' |
| GROUP ET AL | : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the following pleadings have been served upon all known counsel of record through the ECF system of this Court this ____ day of _____, 2007, Plaintiff's Ex Parte Motion to Continue Summary Judgment, Memorandum in Support, Affidavit of Counsel in Support, Ex Parte Order and Certificate of Service including the following counsel:

Gerald J. Nielsen, (La. 17078)
William R. DeJean (La. 22762)
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisisiana 70002
Telephone Facsimile No.: (504) 832-9165
Counsel for Prudential Financial Group and Liberty Mutual Insurance Company

Thomas P. Hubert (La. 19625)
Robert L. Walsh (La. 17850)
Jane H. Heidengsfelder (La. 28604)
Jones, Walker Waechter, Poitevant Carrere & Denegre, LLP
201 St. Charles Avenue, 50th Floor

New Orleans, La. 70170-5100
Telephone Facsimile Number (504) 582-8015
Counsel for Jay Trusheim

Ann Derbes Keller
Kent A. Lambert (La. 22558)
Tyler L. Weidich (La. 30790)
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, La. 70170
Telephone Facsimile (504) 636-3952

_____
JACK H. TOBIAS