UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY MICHAEL LAWRENCE | * | CIVIL ACTION NO. 07-6454 |
| | * | |
| VERSUS | * | SECTION "C" |
| | * | |
| FEDERAL INSURANCE COMPANY | * | MAGISTRATE 4 |

* * * * * * * * * * * * *

### PLAINTIFF'S MEMORANDUM REGARD MINIMAL JURISDICTIONAL AMOUNT

**MAY IT PLEASE THE COURT**:

Plaintiff, Anthony Michael Lawrence, submits this memorandum in accordance with the Court's order dated October 11, 2007, concerning the issue of whether this case met the jurisdictional amount at the time of removal. In this regard, the plaintiff agrees with the defendant's position that the case does in fact meet the jurisdictional amount.

At the time of the Hurricane, plaintiff's property was insured by Federal Insurance Company with limits of $386,000.00 for the dwelling and $193,000.00 for contents. Furthermore, there was flood coverage with American Reliable Insurance Company with limits of $200,000.00 for the dwelling and $50,000.00 for contents. Plaintiff was paid the limits on the flood policy.

The plaintiff's petition sets forth its claim for damages wherein the plaintiff seeks the policy limits provided by Federal Insurance Company. Plaintiff has alleged that the loss was caused by "Hurricane force winds and/or the levee and/or flood wall breach". Plaintiff has also made a claim pursuant to the valued policy law and maintains that the loss incurred was a total loss requiring

payment of the policy limits.

Furthermore, the plaintiff asserts a claim against Federal Insurance Company for looting that occurred following the storm. This claim would be considered another occurrence and subject to new limits.

Based on the foregoing and subject to whatever credits the law allows, the plaintiff maintains that the amount remaining exceeds the jurisdictional limits required by this Court.

> Respectfully Submitted,
> **Chehardy, Sherman, Ellis, Murray, Recile,
> Griffith, Stakelum & Hayes, LLP**
>
>
> */s/ George B. Recile*
> _____
> **GEORGE B. RECILE** (#11414)
> One Galleria Boulevard, Suite 1100
> Metairie, Louisiana   70001
> Telephone:  (504) 833-5600
> Facsimile:   (504) 833-8080
> Attorney for **Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this **21st** day of **November, 2007**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

> */s/ George B. Recile*
> _____
> **GEORGE B. RECILE**