UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Katrina Canal Breaches | * | CIVIL ACTION NO.: |
| Consolidated Litigation | * | 05-4182 |
| | * | |
| | * | SECTION: "K" (2) |
| | * | |
| Pertains to: | * | JUDGE: DUVAL |
| INSURANCE | * | |
| CASE NO.: 06-7486 | * | MAGISTRATE: WILKINSON |
| Judith and Ronald Drez | * | |
| State Farm Fire & Casualty Co. | * | |

*************************************************************************

## PLAINTIFFS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **Ronald and Judith Drez**, who submit the following list of witnesses and exhibits:

I.  **WITNESSES:**

1. Ronald Drez
   183 Brandywine Drive
   Mandeville, LA

2. Judith Drez
   183 Brandywine Drive
   Mandeville, LA

3. Scott Wolfe
   Wolfman Construction
   3101 Elysian Fields Avenue
   New Orleans, LA

4. Vernon Hill
   Wolfman Construction
   3101 Elysian Fields Avenue
   New Orleans, LA

5. Jim Conn
   Coastal Construction
   633 West Niagra Circle
   Gretna, LA

6. Rick Adams
   State Farm Adjuster

7. Randy Swanson
   State Farm Adjuster

8. Shawn Bartow
   State Farm Adjuster

9. Rene Castello
   State Farm Adjuster

10. Paul Torres
    State Farm Adjuster

11. Winston Wood
    C & G Construction
    2700 Sharon Street, Suite B
    Kenner, LA 70065

12. Any witness listed by any party in pleadings, discovery pleadings, and/or pre-trial orders.

13. Any witness listed and/or called by any other party.

II.     **EXHIBITS:**

1. A certified copy of State Farm Fire and Casualty Insurance Company policy #18-89-4592-5.

2. A copy of estimate prepared by Wolfman Construction.

3. A copy of estimate prepared by Jim Conn.

4. Photographs of the Drez property and adjoining tree line.

5. Video of the Drez property including discussion with State Farm adjuster.

6. Fourth Grade grammar book to aid the jury in understanding the double negative used by State Farm in its concurrent cause clause.

7. All State Farm claim summaries, adjustments, appraisals and any other document evidencing what State Farm alleges is the damage to the Drez property.

8. Any reports listed by any other party to this matter.

9. Any documents introduced in discovery of this matter.

10. Any exhibits listed by any other party to this matter.

Plaintiffs reserve their right to supplement this list prior to trial.

>   Respectfully submitted,
>   **PATRICK G. KEHOE, JR., APLC**
>
>   s/Patrick G. Kehoe, Jr.
>   **Patrick G. Kehoe, Jr. - 14419**
>   833 Baronne Street
>   New Orleans, LA 70113
>   Telephone:  504-588-1110
>   Facsimile:  504-588-1954
>
>   And

          **William J. Guste, III - 6375**
          639 Loyola Avenue 25th Floor
          New Orleans, LA 70113
          Telephone: 504 529-4141
          Facsimile: 504-561-0326

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing pleading on this 21st day of November, 2007 by using the CM/ECF system which will send notice of electronic filing to all parties to this matter.

          s/Patrick G. Kehoe, Jr.