UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN ABADIE, TOGETHER WITH ALL INDIVIDUALS AND ENTITIES WHOSE NAMES APPEAR ON THE ATTACHED EXHIBIT A, BOTH INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY-SITUATED | * * * * * * | CIVIL ACTION<br><br>NUMBER:   07-5112<br><br>SECTION:   "K" |
| VERSUS | * * | MAGISTRATE:  (2) |
| AEGIS SECURITY INSURANCE COMPANY, ET. AL | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### CONSENT MOTION TO REOPEN THE CASE FOR THE LIMITED PURPOSE OF STRIKING THE CLASS ALLEGATIONS AGAINST ALL DEFENDANTS EXCEPT UNITED FIRE & CASUALTY COMPANY, UNITED FIRE & INDEMNITY COMPANY, AND UNITED FIRE GROUP a/k/a LAFAYETTE INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, come all plaintiffs in the *Susan Abadie, et al. v. Aegis Security Insurance Company, et al.,* No. 07-5112 who hereby submit this consent motion to the Court and request that it enter an order reopening the presently administratively closed matter *Susan Abadie, et al. v. Aegis Security Insurance Company, et al.,* No. 07-5112 (see Rec. Doc. 8633) for the limited purpose of striking the class allegations against all defendants UNITED FIRE & CASUALTY COMPANY, UNITED FIRE &

INDEMNITY COMPANY, AND UNITED FIRE GROUP a/k/a LAFAYETTE INSURANCE COMPANY and then administratively re-closing the case.

**WHEREFORE**, all plaintiffs in the *Susan Abadie, et al. v. Aegis Security Insurance Company, et al.,* No. 07-5112 pray this Court enter an order reopening the presently administratively closed matter *Susan Abadie, et al. v. Aegis Security Insurance Company, et al.,* No. 07-5112 (see Rec. Doc. 8633) for the limited purpose of striking the class allegations against all defendants *except* UNITED FIRE & CASUALTY COMPANY, UNITED FIRE & INDEMNITY COMPANY, AND UNITED FIRE GROUP a/k/a LAFAYETTE INSURANCE COMPANY and then administratively re-closing the case.

          Respectfully submitted:

          /s/ Joseph M. Bruno
          JOSEPH M. BRUNO (La. Bar # 3604)
          L. SCOTT JOANEN (La. Bar #21431)
          The Law Offices of Joseph M. Bruno, APLC
          Third Floor, 855 Baronne Street
          New Orleans, Louisiana 70113
          Telephone: (504) 525-1335
          Facsimile: (504) 561-6775
          Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing pleading with all parties to this litigation by hand-delivery, facsimile, e-mail or other electronic filing, and/or by First Class, United States Mail, properly addressed and postage prepaid on November 21, 2007.

          /s/ Joseph M. Bruno
          JOSEPH M. BRUNO