UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN ABADIE, TOGETHER WITH ALL INDIVIDUALS AND ENTITIES WHOSE NAMES APPEAR ON THE ATTACHED EXHIBIT A, BOTH INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY-SITUATED | * * * * * * * | CIVIL ACTION<br><br>NUMBER:   07-5112<br><br>SECTION:   "K" |
| VERSUS | * * * | MAGISTRATE:  (2) |
| AEGIS SECURITY INSURANCE COMPANY, ET. AL | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO REOPEN THE CASE FOR THE LIMITED PURPOSE OF STRIKING THE CLASS ALLEGATIONS AGAINST ALL DEFENDANTS EXCEPT UNITED FIRE & CASUALTY COMPANY, UNITED FIRE & INDEMNITY COMPANY, AND UNITED FIRE GROUP a/k/a LAFAYETTE INSURANCE COMPANY**

**MAY IT PLEASE THE COURT:**

On October 25, 2007, this Court entered an order administratively closing this case. (Docket No. 8633.)  Plaintiffs' desire to strike the Complaint's class allegations against all defendants in *Abadie, et al. v. Aegis Security Insurance Company, et al.,* No. 07-5112 with the exception of UNITED FIRE & CASUALTY COMPANY, UNITED FIRE & INDEMNITY COMPANY, AND UNITED FIRE GROUP a/k/a LAFAYETTE INSURANCE COMPANY. Specifically, Plaintiffs' counsel agrees to strike the class allegations in paragraph 10 of the

Complaint, as well as all references throughout the Complaint to claims brought on behalf of others similarly situated and to claims of class members.

This Court has already granted similar relief in *Abadie I*, a case closely related to this one.  See Order (Docket No. 3760), *In re Katrina Canal Breaches Consolidated Litigation* (*Abadie I,* No. 06-5164) (Apr. 16, 2007) (granting plaintiffs' motion to dismiss class action allegations).  All named parties consent to the relief this motion seeks subject to a reservation of any and all of their defenses.

UNITED FIRE & CASUALTY COMPANY, UNITED FIRE & INDEMNITY COMPANY, AND UNITED FIRE GROUP a/k/a LAFAYETTE INSURANCE COMPANY — the lone defendants against which class allegations will still be pending—also consents to this motion but in doing so specifically reserves the right to assert its own defenses, including but not limited to lack of personal and/or subject matter jurisdiction and absence of the prerequisites necessary under Federal Rule of Civil Procedure 23 for a class to be certified against it.

## CONCLUSION

Accordingly, the parties ask the Court to re-open the case and to strike from the Complaint any class allegations against all defendants except for UNITED FIRE & CASUALTY COMPANY, UNITED FIRE & INDEMNITY COMPANY, AND UNITED FIRE GROUP a/k/a LAFAYETTE INSURANCE COMPANY and then re-closing the case.  A proposed order to this effect is submitted herewith.

Respectfully submitted:

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
L. SCOTT JOANEN (La. Bar #21431)
The Law Offices of Joseph M. Bruno, APLC
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing pleading with all parties to this litigation by hand-delivery, facsimile, e-mail or other electronic filing, and/or by First Class, United States Mail, properly addressed and postage prepaid on November 21, 2007.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO