UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN ABADIE, TOGETHER WITH ALL INDIVIDUALS AND ENTITIES WHOSE NAMES APPEAR ON THE ATTACHED EXHIBIT A, BOTH INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY-SITUATED | * * * * * * * | CIVIL ACTION<br><br>NUMBER:   07-5112<br><br>SECTION:  "K" |
| VERSUS | * * | MAGISTRATE:  (2) |
| AEGIS SECURITY INSURANCE COMPANY, ET. AL | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 7.6E CERTIFICATION

In accordance with Local Rule 7.6E, undersigned counsel certifies undersigned counsel has conferred with Liaison Counsel for the Defendant Insurers in *Abadie, et al. v. Aegis Security Insurance Company, et al.,* No. 07-5112 and that all named parties, including Plaintiffs, consent to the relief this motion seeks subject to a complete reservation of all defenses of all defendants.

Particularly, UNITED FIRE & CASUALTY COMPANY, UNITED FIRE & INDEMNITY COMPANY, AND UNITED FIRE GROUP a/k/a LAFAYETTE INSURANCE COMPANY —the lone defendants against which class allegations will still be pending—give its consent contingent on its ability to reserve the right to assert its own defenses, including but not

limited to lack of personal and/or subject matter jurisdiction and absence of the prerequisites necessary under Federal Rule of Civil Procedure 23 for a class to be certified against it.

                                        Respectfully submitted,

                                        /s/ Joseph M. Bruno
                                      JOSEPH M. BRUNO (La. Bar # 3604)
                                      L. SCOTT JOANEN (La. Bar #21431)
                                      The Law Offices of Joseph M. Bruno, APLC
                                      Third Floor, 855 Baronne Street
                                      New Orleans, Louisiana 70113
                                      Telephone: (504) 525-1335
                                      Facsimile: (504) 561-6775
                                      Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the foregoing pleading with all parties to this litigation by hand-delivery, facsimile, e-mail or other electronic filing, and/or by First Class, United States Mail, properly addressed and postage prepaid on November 21, 2007.

                                        /s/ Joseph M. Bruno
                                      JOSEPH M. BRUNO