UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, the United States is providing documents that have previously been produced in response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories and the First Sets of Requests for Production propounded by the Plaintiffs in Robinson (06-2268).  The following Record Document Numbers reference the original Notices of Production in the *In Re Katrina Canal Breaches* litigation:

Document Number 5585;

Document Number 5917;

Document Number 7292;

Document Number 7414;

Document Number 7421;

Document Number 7449;

Document Number 7476;

Document Number 7559;

Document Number 7635;

Document Number 7792;

Document Number 7864;

Document Number 7926;

Document Number 8044;

Document Number 8215;

Document Number 8388;

Document Number 8516;

Document Number 8699.


Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States designated documents as privileged.  The following Record Document Numbers reference the original Notices of Privilege in the *In Re Katrina Canal Breaches* litigation:

Document Number 8845;

Document Number 8618;

Document Number 8948.

2

This Notice of Production is respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: November 21, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, James F. McConnon, Jr., hereby certify that on November 21, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.


    <u>s/ James F. McConnon, Jr.</u>
     JAMES F. McCONNON, JR.