# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: (No. 06-9008 *Judith F. Burrus*) | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Judith F. Burrus, and defendants The Hanover Insurance Company, erroneously sued herein, and Massachusetts Bay Insurance Company, erroneously sued herein as The Massachusetts Bay Insurance Company, who stipulate that the above-captioned matter has settled and move that this matter be dismissed, with prejudice, each party to bear their own costs.

Respectfully submitted,

_____
EARL F. SUNDMAKER, III #24226
**CHAFFE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:    (504) 585-7000
Facsimile:    (504) 585-7075
**Attorney for Judith F. Burrus**

_____
SIMEON B. REIMONENQ, JR., T.A., #19755
RALPH S. HUBBARD III, #7040
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras St., Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195
**Attorneys for The Hanover Insurance Company, Erroneously Sued Herein, and Massachusetts Bay Insurance Company**