UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES					CIVIL ACTION
CONSOLIDATED LITIGATION
								NO. 05-4182

PERTAINS TO:							SECTION "K"(2)
*DePass*		C.A. No. 06-5127
*Sims*		C.A. No. 06-5116
*Bourgeois*	C.A. No. 06-5131

## ORDER

The Court has reviewed the Motions to Dismiss filed by the Sewerage and Water Board of New Orleans in the above-referenced cases (Docs. 8893, 9009 and 9007) and finds that oral argument will not aid the Court in disposing of these motions. Accordingly,

**IT IS ORDERED** that the Requests for Oral Argument concerning the Motions to Dismiss (Docs. 8893, 9009 and 9007) are **DENIED**.

New Orleans, Louisiana, this   21st day of November, 2007.

								STANWOOD R. DUVAL, JR.
						UNITED STATES DISTRICT COURT JUDGE