UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

PERTAINS TO:
INSURANCE        Civil Action No.: 06-7938        JUDGE: DUVAL
                 (Gina Barard)                   MAG: WILKINSON

### ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that in accordance with the provisions of Case Management Order No. 4, Section VII, the matter entitled *Gina Barard v. Lexington Insurance Company,* Civil Action No. 06-3799 is hereby bifurcated from the consolidated litigation referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order.

New Orleans, Louisiana this _____ day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-