UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

NO. 06-5127 (DEPASS)

### UNOPPOSED MOTION TO CONTINUE THE HEARING ON MOTION TO DISMISS FILED BY SEWERAGE & WATER BOARD

NOW INTO COURT, through undersigned counsel, come the Plaintiffs in Case No. 06-5127 (DePass), hereinafter collectively "Respondents", who respectfully request that this Honorable Court, pursuant to Local Rule 7.81E, grant their Unopposed Motion to Continue the Hearing on Motion to Dismiss filed by Defendant (Doc 8893), Sewerage & Water Board. Defense counsel, Christovich & Kearney for Sewerage & Water Board, does not oppose Respondents' request.

WHEREFORE, Respondents respectfully request to continue the hearing on Defendant Sewerage & Water Board's Motion to Dismiss (Doc 8893) to January 9, 2008.

                                      Respectfully submitted,

OF COUNSEL:

MILLING BENSON WOODWARD LLP

/s/ William C. Gambel
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA 70112-1010
Telephone: (504) 569-7000
Telecopy: (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com


W367442

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 21st day of November, 2007.

/s/ William C. Gambel
William C. Gambel

W367442