## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*<br>*  NO. 05-4182 "K" (2) and (3)<br>* |
| PERTAINS TO LEVEE: | *  JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | |

## LOCAL RULE 7.6 E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for Plaintiffs have inquired of Defendants and is informed that the Sewerage & Water Board does not object to continuing the hearing on Sewerage & Water Board's Motion to Dismiss.

        /s/ William C. Gambel
        WILLIAM C. GAMBEL, Bar # 5900
        MILLING BENSON WOODWARD, LLP
        909 Poydras Street, Suite 2300
        New Orleans, LA 70112
        Telephone: (504) 569-7210
        wgambel@millinglaw.com

        Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W367445

CERTIFICATE OF SERVICE

      I certify that on this 21st day of November, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                                /s/ William C. Gambel

W367445