UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * | CIVIL ACTION NO: 05-4182 |
| | | SECTION: "K"(2) |
| | | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: LEVEE (2:07-cv-06256) | | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record,

**IT IS ORDERED** that Stephen L. Miles, Louisiana Bar No. 31263 be and is hereby enrolled as additional counsel of record for defendant Liberty Mutual Fire Insurance Company.

New Orleans, Louisiana, this 21st day of November, 2007.

_____
JUDGE

3

98268