UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION "K" MAG "2"** |
| **PERTAINS TO: ROAD HOME** *State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL** **MAGISTRATE JUDGE WILKINSON** |

*************************************************************************

## ORDER

**CONSIDERING** the foregoing *Ex Parte* Motion to Appoint Additional Co-Lead Counsel and to Set Forth a Road Home Filing Protocol:

**IT IS HEREBY ORDERED** that the Motion is Granted and that James R. Dugan, II and John W. Houghtaling be and hereby are appointed as additional co-lead counsel for the Plaintiffs as it pertains to the Road Home litigation in the above captioned matter.

**IT IS FURTHER ORDERED** that a Road Home Filing Protocol be and hereby is set forth wherein no pleading shall be filed on behalf of the Plaintiff unless such pleading shall be approved

and signed by the Attorney General and/or Assistant Attorney General and approved, signed, and filed by Calvin C. Fayard, Jr., the Liaison and Lead Counsel for the Plaintiffs.

New Orleans, Louisiana, this 21st day of November, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE