## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURDETT AND MAVIS RENEAU d/b/a HAND MADE SUITS | * * * | CIVIL ACTION NO. 06-7722 c/w 05-4182 (master case) |
| VERSUS | * * * | ~~SECTION J - BARBIER~~ K(2) |
| COLONY INSURANCE COMPANY, GEMELLE, LINZY, MARTIN INSURANCE AGENCY, INC. AND Westport INSURANCE CORPORATION | * * * * | ~~MAGISTRATE 5 - CHASEZ~~ |

### LIMITED MOTION AND ORDER TO DISMISS

**NOW COMES** plaintiffs, Burdett and Mavis Reneau d/b/a Hand Made Suits, through undersigned counsel, and suggests to the court that their claims against Westport Insurance Corporation, Martin Insurance Agency and Gemelle Linzy has been settled as of compromise. Plaintiffs further suggest that they desire to dismiss their claims against Westport Insurance Corporation, Martin Insurance Agency and Gemelle Martin-Linzy with prejudice, with each party to bear their own costs. The plaintiffs reserve their rights against all remaining parties.

RESPECTFULLY SUBMITTED:

THE CLEMENT LAW FIRM

David C. Clement, # 23687
307 Tchoupitoulas Street
Suite 350
New Orleans, LA 70130
Phone Number: (504) 598-2220
ATTORNEY FOR PLAINTIFFS

G:\DOCS\9000's\9800-9899\9849\Stlmnt.Docs\Mtn. Dismiss.doc