UNITED STATES DISTRICT COURT EASTERN DISTRICT LA

FILED
U.S. DISTRICT
EASTERN DISTRICT OF LA
2007 NOV 21 PM 3:31
LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BURDETT AND MAVIS RENEAU d/b/a** | * | **CIVIL ACTION** |
| **HAND MADE SUITS** | * | **NO. 06-7722** |
| | * | **c/w 05-4182 (master case)** |
| **VERSUS** | * | ~~SECTION J - BARBIER~~ K(2) |
| | * | |
| **COLONY INSURANCE COMPANY,** | * | ~~MAGISTRATE 5 - CHASEZ~~ |
| **GEMELLE, LINZY, MARTIN** | * | |
| **INSURANCE AGENCY, INC. AND** | * | |
| **Westport INSURANCE CORPORATION** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED** that the claims of plaintiff Burdett Reneau and Mavis Reneau d/b/a Hand Made Suits against Westport Insurance Corporation, Martin Insurance Agency and Gemelle Linzy be dismissed with prejudice, each party to bear its own cost. Plaintiff specifically reserves their rights against all remaining parties.

New Orleans, Louisiana, this 19th day of November, 2007.

_____
JUDGE

G:\DOCS\9000's\9800-9899\9849\Stlmnt.Docs\Mtn. Dismiss.doc

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____