UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION NO.: 05-4182 |
| | | SECTION "K" |
| | | MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: Insurance | § § § | |
| | § | THIS PLEADING APPLIES ONLY |
| No. 07-5112, *Susan  Abadie et al., v Aegis Security Insurance Co., et al.* | § § § | TO THE CLAIM OF CHINESE KITCHEN |
| _____ | § | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Chinese Kitchen,  who wishes to voluntarily dismiss the claims against Sirius American Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, plaintiff, Chinese Kitchen, respectfully requests that this Court reopen this case with respect to defendant, Sirius American Insurance Company, for the sole purpose of addressing this motion, thereby allowing  plaintiff to voluntarily dismiss the claims against Sirius American Insurance Company in the above captioned matter only,  with prejudice, specifically reserving all

rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, Plaintiff, Chinese Kitchen, prays that the Court reopen this case with respect to defendant, Sirius American Insurance Company for the sole purpose of addressing this motion, thereby allowing plaintiff to voluntarily dismiss their claims against Sirius American Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
**JOSEPH M. BRUNO (# 3604)**
**L. SCOTT JOANEN (# 21431)**
The Law Offices of Joseph M. Bruno
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by hand-delivery, facsimile, e-mail or other electronic filing, and/or by First Class, United States Mail, properly addressed and postage prepaid, this 26th day of November, 2007.

  /s/ Joseph M. Bruno
**JOSEPH M. BRUNO**