UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | § § § § § § | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| **PERTAINS TO:**<br>**LEVEE:**<br>**C.R. PITTMAN CONSTRUCTION COMPANY, INC.**<br>**(07-2771)** | § § § § | |

**JOINT MOTION TO CONTINUE UNITED STATES OF AMERICA'S
MOTION TO DISMISS [DOCUMENT 7876]**

NOW INTO COURT, comes defendant, the United States of America, and plaintiff, C.R. Pittman Construction Company, Inc. ("CRPCCI"), and request that the hearing scheduled for November 28, 2007 at 9:30 a.m., on the United States of America's Motion to Dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(1) be continued until December 12, 2007 at 9:30 a.m., for the following reasons:

1. Counsel for the United States of America has a conflict on their schedule for November 28, 2007;

2. Counsel for CRPCCI has been contacted and does not object to the motion to continue and has agreed to the new date of December 12, 2007 at 9:30 a.m.; and

1

3. Granting of this motion will not delay this action nor prejudice the parties to this lawsuit.

Wherefore, the United States of America and CRPCCI pray that the hearing scheduled for November 28, 2007 at 9:30 a.m., on the United States of America's Motion to Dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(1) be continued until December 12, 2007 at 9:30 a.m.

Respectfully submitted:

DONALD W. WASHINGTON
United States Attorney

By: *[signature]*

JENNIFER B. DRAGO (#23633)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:   (337) 262-6897
Fax:              (337) 262-6693
COUNSEL FOR THE UNITED STATES OF AMERICA

Respectfully submitted:

*[signature]*

GERALD A. MELCHIODE (#22525)
jmelchiode@gjtbs.com
WILLIAM J. PERRY (#19100)
wperry@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
One Shell Square
701 Poydras Street, 40TH Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
COUNSEL FOR C.R. PITTMAN
CONSTRUCTION COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. A copy of same will be mailed to all non-CM/ECF participating counsel.

_____
JENNIFER B. DRAGO