UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE:<br>C.R. PITTMAN CONSTRUCTION COMPANY, INC.<br>(07-2771) | | §<br>§<br>§<br>§ | |

**ORDER GRANTING JOINT MOTION TO CONTINUE UNITED STATES OF AMERICA'S MOTION TO DISMISS [DOCUMENT 7876]**

Considering the *Joint Motion to Continue United States of America's Motion to Dismiss [Document 7876]* (hereinafter "the Motion"):

**IT IS ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the hearing scheduled for November 28, 2007, on the United States of America's Motion to Dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(1) [Document 7876] be continued until December 12, 2007, at 9:30 a.m.

New Orleans, Louisiana this _____ day of _____, 2007.

JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

1