UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.:  05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO:  INSURANCE | * | |
| | * | |
| 07-5769 (Gerry Call v. Allstate Insurance Company) | * | |
| 07-5767 (Shane Ansardi v. Allstate Insurance Co.) | * | |
| 07-5768 (Alvin Alexander v. Allstate Insurance Co.) | * | |

** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ALLSTATE INSURANCE COMPANY'S AMENDED NOTICE OF ORAL HEARING ON ITS MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, MOTIONS FOR MORE DEFINITE STATEMENT

Defendant Allstate Insurance Company's Motions to Dismiss or, in the Alternative, Motions for More Definite Statement in the above-referenced cases are set for oral hearing in the United States District Court for the Eastern District of Louisiana, Section K(2), on Wednesday, January 23, 2008, at 9:30 a.m.

1

Respectfully submitted,

By: /s/ Arthur J. Lentini

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 26th day of November, 2007.

/s/ Arthur J. Lentini
Arthur J. Lentini

2