UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE | § | |
| (*La. Envtl. Action Network, 06-9147*) | § | |
| _____ | § | |

## EX PARTE/CONSENT MOTION FOR AN EXTENSION OF TIME

Defendant United States of Army Corps of Engineers ("the Corps") respectfully moves pursuant to Local Rule 7.9 for an extension of 35 days, or until January 11, 2008, to answer or otherwise respond to the First Amended Complaint of Plaintiff Louisiana Environmental Action Network. Plaintiff's First Amended Complaint was filed on November 19, 2007, and Defendant's answer is currently due on December 7, 2007. This is Defendant's first request for an extension of the deadline to respond to the First Amended Complaint.

Undersigned counsel certifies that he spoke with counsel for Plaintiff who informed him that Plaintiff has no objection to the request for an extension of time to answer or otherwise respond to the First Amended Complaint.

      WHEREFORE, the Corps respectfully requests that an extension of time from December 7, 2007, up to and including January 11, 2008, be granted to Answer or otherwise respond.

                              Respectfully submitted,

                              RONALD J. TENPAS
                              Acting Assistant Attorney General

                              s/ Eric G. Hostetler
                              ERIC G. HOSTETLER
                              Trial Attorney
                              Environmental Defense Section
                              Environment & Natural Resources
                                  Division
                              U.S. Department of Justice
                              P.O. Box 23986
                              Washington, D.C. 20026-3986
                              (202) 305-2326
                              (202) 514-8865(Fax)

                              Attorneys for the United States Army Corps
                                  of Engineers

Dated: November 26, 2007

## CERTIFICATE OF SERVICE

 I, Eric G. Hostetler, hereby certify that on November 26, 2007, I served a true copy of the United States' Ex Parte/Consent Motion to Enroll Appearance upon all counsel of record by using the CM/ECF system.

          s/ Eric G. Hosteter
          Eric G. Hostetler