UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  LEVEE | § | |
| (*La. Envtl. Action Network, 06-9147*) | § | |
| _____ § | | |

## ORDER

Having considered the Ex Parte/Consent Motion for an Extension of Time, and for good cause shown, it is hereby ORDERED that the Motion for an Extension of Time is GRANTED. The Corps shall have an additional 35 days until on or before January 11, 2008, to file its Answer or otherwise respond to the First Amended Complaint.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE