UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br>NO.:   05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| _____ | *<br>* | _____ |
| PERTAINS TO:  INSURANCE | *<br>* | |
| MICHEAL AND VICKIE KRAMER;<br>NORMAN PALAZZO | *<br>* | |
| Plaintiffs, | *<br>* | CIVIL ACTION<br>NO.:   07-5960 |
| VERSUS | *<br>* | |
| ALLSTATE INSURANCE COMPANY, | *<br>* | |
| Defendant. | *<br>* | |

** * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF LINDA SISSON CONCERNING ALLSTATE INSURANCE
COMPANY'S POLICIES IN SUPPORT OF DEFENDANT
ALLSTATE INSURANCE COMPANY'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

**STATE OF VIRGINIA**        §
                             §
**COUNTY OF ROANOKE**    §

Linda Sisson, being duly sworn, deposes and states as follows:

1.      I am over 18 years of age, and a resident of the State of Virginia.

2.      I have knowledge of the facts set forth in this Affidavit, both personally and

through a review of Allstate Insurance Company's records, made and kept in the regular course

of Allstate's business by those whose regular job function it is to make and keep such records,

and, if called as a witness, I could testify competently to those facts.

Exhibit A

3.      I am a Senior Field Support Representative for Allstate.  I have held this position for 10 years.

4.      Exhibit 1 attached hereto consists of true and correct copies of the Deluxe Homeowner's policy covering the property owned by Michael and Vickie Kramer and the declarations page to that policy.

5.      Exhibit 2 attached hereto consists of true and correct copies of the Deluxe Plus Homeowner's policy covering the property owned by Norman Palazzo and the declarations page to that policy.

Dated: November 20th, 2007

_____
Linda Sisson

SUBSCRIBED AND SWORN to before me this _20th_ day of November, 2007.

_____
Notary Public

My Commission Expires: _____

KIM FERGUSON
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES  DEC. 31, 2009
COMMISSION # 300172

2