National Support Center
**Allstate Insurance Company**
1819 Electric Road
Roanoke, VA 24018-1618



Claim# 5113287774

To Whom It May Concern:

I, René Sine, employee of Allstate Insurance Company, Roanoke, Virginia, do certify that the enclosed is a copy of Policy Number 045 740 097, in the name of Michael J Kramer, showing the coverages that were on the policy at the time of loss of 8-29-05.

_René Sine_
Claim Support

State of Virginia, County of Roanoke

On this 26 day of Sept, 2007, before me personally appeared René Sine to me known to be the person who executed the foregoing instrument and acknowledged that she executed the same as a free act and deed.

_Darlene Looney_
Notary Public

> DARLENE LOONEY
> NOTARY PUBLIC
> COMMONWEALTH OF VIRGINIA
> MY COMMISSION EXPIRES MAY 31, 2011
> COMMISSION # 165532

Exhibit 1

Received

OCT 0 1 2007

*Tom Burlette LLC*
*7682 Hwy 23, S#A*
*Belle Chasse LA 70037*

**Your Quick Insurance Check**
✓ Verify the information listed in the Policy Declarations.
✓ Please call if you have any questions.
✓ File this package safely away.
✓ Watch the mail for your bill; it will arrive soon.

Michael J Kramer
PO Box 932
Port Sulphur LA 70083-0932

### A new policy period is about to begin. Here are your renewal materials.

I'm pleased to once again offer you the opportunity to continue your Allstate Insurance Company Deluxe Homeowners policy for another year. We appreciate your business and want to remind you that you're backed by an experienced Allstate team that's ready to help you protect your family and your financial security.

### Your policy documents are inside.

You'll find listed on the enclosed Policy Declarations your coverages, limits, deductibles, premiums, and any discounts you have. As you read these materials, it would be a good idea to consider whether anything needs updating. I'd be happy to help you make sure that your insurance keeps up with any changes in your life.

*(over)*

PROP *0100017050111570021726O1*  000000045740097  070  010  LA

Information as of January 11, 2005

RP253

**Renewing your policy is easy.**
Here's what will happen and what you'll need to do before the beginning of your next policy period.

- Please carefully check your Policy Declarations to make sure it accurately reflects your information and the choices you've made. Get in touch with me right away if there's anything you'd like to change.
- Unless a mortgage company or lienholder pays your insurance premium for you, keep an eye out for your bill, which will include information on payment options.
- If you're paying your premium using the Allstate Easy Pay Plan, you will not receive a bill. Instead, we'll send you a statement detailing your withdrawal schedule for the policy period.
- Carefully read all enclosed materials and store these documents with your other important papers. Keep in mind that the policy documents included may change each time you receive a renewal offer—please read them to make sure you know about any important information or changes related to your insurance.

**We're here to help you.**
Feel free to call me at (504) 392-6888. Or take advantage of the online services at *allstate.com*, where you can view your policy information and even make a payment by registering at the Allstate Customer Care Center. And for 24-hour-a-day, 7-day-a-week service and information, just call 1-800-ALLSTATE® (1-800-255-7828).

Remember, insurance is not only protection for today. It helps pave the way to a financially secure future.

I'm glad you're with us.

*Tom Burlette*

Tom Burlette LLC
Your Allstate Agent

# Allstate Insurance Company

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Michael J Kramer
PO Box 932
Port Sulphur LA 70083-0932

**YOUR ALLSTATE AGENT IS:**
Tom Burlette LLC
7682 Hwy 23, S#A
Belle Chasse LA 70037

**CONTACT YOUR AGENT AT:**
(504) 392-6888

**POLICY NUMBER**
0 45 740097 02/26

**POLICY PERIOD**
Begins on Feb. 26, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Feb. 26, 2005 to Feb. 26, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
HWY 23 TO PORT SULP X FM MC BRIDES ACADEMY

**MORTGAGEE**
- AMSOUTH BANK HOME EQUITY
  LOANS
  P O Box 100006    Kennesaw GA 30156-9206    *Loan #3981804*

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $1,116.00 |
| **TOTAL** | **$1,116.00** |

PROP *01000170501115700217260602*



Information as of
January 11, 2005

Page 1
LA070RBD