# Allstate Insurance Compa[ny]

Policy Number: 0 45 740097 02/26    Your Agent:    Tom Burlette LLC (504) 392-6888
For Premium Period Beginning: Feb. 26, 2005

# Important Notice

## *Your Policy Language Has Been Revised*

The enclosed policy titled, **Allstate Insurance Company Deluxe Homeowners Policy AP3339** includes new and revised language and replaces language contained in your Allstate Insurance Company Deluxe Homeowners Policy AP2, Amendatory Endorsement AP1290LA and Amendatory Endorsement AP65-1 and should be kept with your important policy papers in order to maintain an up-to-date record of your insurance coverage.

Please note that while this Important Notice highlights significant changes being made to your policy, it is not a part of your policy. For detailed information about the coverage provided by your policy, please read the policy, including the Policy Declarations.

*The following changes have been made to the Table of Contents:*

Under the **General** Section, the **Table of Contents** title "**What Law Will Apply**" and "**Where Lawsuits May Be Brought**" was added.

Under **Section I—Conditions**, the **Table of Contents** title "**Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss**" was added.

*The following changes have been made to the General section:*

The heading "**General**" has been added.

Under the "**Our Right to Cancel**" portion of "**Cancellation**", the policy previously indicated that for cancellations for any other reason (other than non-renewal), we will provide at least 20 days notice. This has been changed to 30 days.

Also under "**Our Right to Cancel**" portion of "**Cancellation**", the language has been revised to indicate that return premium will be refunded within 30 days of the date of cancellation.

Under "**Concealment or Fraud**", the first paragraph has been changed:

> "This policy is void if it was obtained by misrepresentation, fraud, or concealment of material facts, if such misrepresentation, fraud, or concealment of material facts was made with the intent to deceive."

Additionally, the last paragraph of "**Concealment or Fraud**", the phrase "any **insured person**" has been replaced with "the **insured person**."

Two provisions have been added to the General section of the policy. Those provisions, which are entitled "**What Law Will Apply**" and "**Where Lawsuits May Be Brought**", specify that, subject to the exceptions set forth in the new provisions, claims or disputes in any way related to the policy will be governed by the laws of Louisiana and lawsuits in any way related to the policy will be brought, heard and decided in a state or federal court located in Louisiana.

Page 1

# Allstate Insurance Company

Policy Number:  0 45 740097 02/26      Your Agent:   Tom Burlette LLC  (504) 392-6888
For Premium Period Beginning:  Feb. 26, 2005

---

*The following changes have been made to Section I— Your Property*

Under "**Losses We Do Not Cover Under Coverages A and B**", exclusion 9., the term "an **insured person**" is replaced with "the **insured person**".

Under "**Losses We Do Not Cover Under Coverage C**", exclusion 9., the term "an **insured person**" is replaced with "the **insured person**".

---

*The following changes have been made to Section I— Conditions*

The following paragraph has been added to the "**Our Settlement of Loss**":

> "In the event that there is a disagreement between **you** and **us** as to the total amount of loss, **we** will offer payment to **you** for the amount of loss agreed upon within 30 days of said agreement."

Under "**Suit Against Us**", the sentence "No suit or action can be brought against **us** unless there has been compliance with the terms of this policy." has been removed.

Under "**Suit Against Us**", the sentence "The bankruptcy or insolvency of an **insured person** or that person's estate won't relieve **us** of any obligation." has been added:

Additionally, under "**Suit Against Us**" the following has been added:

> "The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana.
>
> A person or organization may bring a lawsuit against **us**, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an insured; but **we** will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by **us**, the insured and the claimant or the claimant's legal representative."

The "**Property Insurance Adjustment**" has been revised. The new provision specifies that at each policy anniversary, **we** may increase the limit of liability shown on the Policy Declarations for **Coverage A—Dwelling Protection** to reflect one of the following:

  a)  the rate of change in the Index identified in the "Important Payment and Coverage Information" section of the Policy Declarations. The limit of liability for **Coverage A— Dwelling Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1000; or

Page 2

PROP *0100017050111570021726O8*



# Allstate Insurance Compa.

Policy Number: 0 45 740097 02/26     Your Agent: Tom Burlette LLC (504) 392-6888
For Premium Period Beginning: Feb. 26, 2005

    b) the minimum amount of insurance coverage **we** are willing to issue for the succeeding premium period under **Coverage A—Dwelling Protection** for **your** dwelling and other property **we** cover under **Coverage A—Dwelling Protection**.

Additionally, the new provision states that **we** will not reduce the limit of liability shown on the Policy Declarations without **your** consent. **You** agree that it is **your** responsibility to ensure that each of the limits of liability shown on the Policy Declarations are appropriate for **your** insurance needs. If **you** want to increase or decrease any of the limits of liability shown on the Policy Declarations, **you** must contact **us** to request such a change.

Under the "**Mortgagee**" provision, after the first paragraph, item b), the policy previously indicated that for cancellations for any other reason (other than non-renewal), we will provide at least 20 days notice. This has been changed to 30 days.

---

*The following changes have been made to Section II—Family Liability and Guest Medical Protection*

### Coverage X—Family Liability Protection

The second paragraph of the insuring agreement under "Section II—Coverage X—Family Liability Protection" has been changed:

> "**We** may investigate or settle any claim or suit for covered damages against an **insured person**, regardless of the amount of damages sought. If an **insured person** is sued for covered damages, **we** will provide a defense with counsel of **our** choice, even if the allegations are groundless, false or fraudulent. **We** are not obligated to pay any claim or judgment after **we** have exhausted **our** limit of liability by the payment of judgments or settlements."

Under "**Losses We Do Not Cover Under Coverage X**", exclusion 1., the term "an **insured person**" is replaced with "the **insured person**".

Under "**Losses We Do Not Cover Under Coverage X**" the sentence "**We** do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental." has been added to exclusion #9.

---

### Section II
### Coverage Y—Guest Medical Protection

Under "**Losses We Do Not Cover Under Coverage Y**", exclusion 1., the term "an **insured person**" is replaced with "the **insured person**".

---

*The following changes have been made to Section III—Optional Protection*

### Coverage J
### Extended Coverage on Jewelry, Watches and Furs

Under "**Coverage J**", the term "an **insured person**" is replaced with "the **insured person**".

Page 3

# Allstate Insurance Company

Policy Number:   0 45 740097 02/26       Your Agent:   Tom Burlette LLC  (504) 392-6888
For Premium Period Beginning:  Feb. 26, 2005

Again, please carefully read the enclosed "Allstate Insurance Company Deluxe Homeowners Policy" together with all other applicable policy forms and the enclosed Policy Declarations. If you have any questions, please do not hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-ALLSTATE® (1-800-255-7828).

XC1030

PROP *01000170501115700217260*

# Allstate Insurance Company Deluxe Homeowners Policy

**LOUISIANA**

**Policy:** 0 45 740097 02/26

**Effective:** February 26, 2005

**Issued to:**
Michael J Kramer
PO Box 932
Port Sulphur LA 70083-0932

**By your Allstate agent:**
Tom Burlette LLC
7682 Hwy 23, S#A
Belle Chasse LA 70037



Allstate Insurance Company
The Company Named in the Policy Declarations
A Stock Company—Home Office: Northbrook, Illinois 60062

PROP *11000170501115700217261O*

AP3339