## Table of Contents

### General
Definitions Used In This Policy .........................2
Insuring Agreement ........................................ 4
Agreements We Make With You ...................... 4
Conformity To State Statutes ............................4
Coverage Changes ...........................................4
Policy Transfer ..................................................4
Continued Coverage After Your Death ............. 4
Cancellation ......................................................4
Concealment Or Fraud ..................................... 5
What Law Will Apply ......................................... 5
Where Lawsuits May Be Brought......................5

### Section I—Your Property

#### Coverage A
**Dwelling Protection**
Property We Cover Under Coverage A...............5
Property We Do Not Cover Under Coverage A.. 6

#### Coverage B
**Other Structures Protection**
Property We Cover Under Coverage B .............. 6
Property We Do Not Cover Under Coverage B.. 6
Losses We Cover Under Coverages A and B ... 6
Losses We Do Not Cover Under
Coverages A and B ........................................... 6

#### Coverage C
**Personal Property Protection**
Property We Cover Under Coverage C ............. 9
Limitations On Certain Personal Property ....... 9
Property We Do Not Cover Under Coverage C . 10
Losses We Cover Under Coverage C ............... 10
Losses We Do Not Cover Under Coverage C .... 12

#### Additional Protection
Additional Living Expense ...............................13
Credit Card, Bank Fund Transfer Card,
Check Forgery and Counterfeit Money ............ 14
Debris Removal ............................................... 14
Emergency Removal Of Property .....................15
Fire Department Charges .................................15
Temporary Repairs After A Loss ......................15
Trees, Shrubs; Plants and Lawns ....................15
Temperature Change ...................................... 15
Power Interruption .......................................... 15
Arson Reward ................................................. 15
Collapse .........................................................15
Land ...............................................................16

#### Section I Conditions
Deductible .......................................................16
Insurable Interest and Our Liability .................16
What You Must Do After A Loss ......................16
Our Settlement Options ................................. 17
How We Pay For A Loss ................................. 17
Our Settlement Of Loss ................................. 19
Appraisal .........................................................19
Abandoned Property .......................................20
Permission Granted To You ............................20
Our Rights To Recover Payment .....................20
Our Rights To Obtain Salvage ........................20
Suit Against Us ...............................................20
Loss To A Pair Or Set .....................................20
Glass Replacement .........................................20
No Benefit To Bailee .......................................21
Other Insurance ..............................................21
Property Insurance Adjustment .....................21
Mortgagee.......................................................21
Mold, Fungus, Wet Rot and Dry
Rot Remediation as a Direct Result Of a
Covered Loss..................................................22

### Section II—Family Liability and Guest Medical Protection

#### Coverage X
**Family Liability Protection**
Losses We Cover Under Coverage X ...............22
Losses We Do Not Cover Under Coverage X ...22

#### Coverage Y
**Guest Medical Protection**
Losses We Cover Under Coverage Y ...............24
Losses We Do Not Cover Under Coverage Y ...24

#### Additional Protection
Claim Expenses .............................................26
Emergency First Aid .......................................26
Damage To Property Of Others ......................26

#### Section II Conditions
What You Must Do After An Accidental Loss ..26
What An Injured Person Must Do—Coverage Y
Guest Medical Protection ..............................27
Our Payment of Loss—Coverage Y
Guest Medical Protection ..............................27

Our Limits Of Liability .........................................27
Bankruptcy .........................................................27
Our Rights To Recover Payment — Coverage X
Family Liability Protection ................................27
Suit Against Us ..................................................27
Other Insurance — Coverage X — Family
Liability Protection .............................................28

**Section III — Optional Protection**

**Optional Coverages You May Buy**
Coverage BC
Building Codes ....................................................28
Coverage BP
Increased Coverage On Business Property .....28
Coverage DP
Increased Coverage On Electronic
Data Processing Equipment .............................28
Coverage F
Fire Department Charges .................................28
Coverage G
Loss Assessments .............................................28
Coverage J
Extended Coverage On Jewelry, Watches
and Furs .............................................................29
Coverage K
Incidental Office, Private School Or Studio .....29
Coverage LR
Lock Replacement .............................................30
Coverage M
Increased Coverage On Money ........................30
Coverage P
Business Pursuits ..............................................30
Coverage S
Increased Coverage On Securities ..................30
Coverage SD
Satellite Dish Antennas ....................................30
Coverage SE
Cellular Communication Systems ...................30
Coverage ST
Increased Coverage On Theft Of Silverware ....31

## General

### Definitions Used In This Policy

1. **"You"** or **"Your"** — means the person named on the Policy Declarations as the insured and that person's resident spouse.

2. **"Allstate," "we," "us,"** or **"our"** — means the company named on the Policy Declarations.

3. **"Insured person(s)"** — means **you** and, if a resident of **your** household:
   a) any relative; and
   b) any dependent person in **your** care.
   Under **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** **"insured person"** also means:
   c) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which an owned by an **insured person**. **We** do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner.
   d) with respect to the use of any vehicle covered by this policy, any person while using the vehicle with **your** consent.

4. **"Bodily injury"** — means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

   Under **Coverage Y — Guest Medical Protection, bodily injury** means physical harm to the body, including sickness or disease, except that bodily injury does not include:



a) any venereal disease;
b) Herpes;
c) Acquired Immune Deficiency Syndrome (AIDS);
d) AIDS Related Complex (ARC);
e) Human Immunodeficiency Virus (HIV);

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. **"Building structure"** —means a structure with walls and a roof.

6. **"Business"** —means:
   a) any full or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is also a **business**.

   However, the mutual exchange of home day care services is not considered a **business**;

   b) any property rented or held for rental by an **insured person**. Rental of **your residence** premises is not considered a **business** when:
      1) it is rented occasionally for residential purposes;
      2) a portion is rented to not more than two roomers or boarders; or
      3) a portion is rented as a private garage.

7. **"Residence premises"** —means the **dwelling**, other structures and land located at the address stated on the Policy Declarations.

8. **"Insured premises"** —means:
   a) the **residence premises**; and
   b) under **Section II** only:
      1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds **you** acquire for **your** use as a private residence while this policy is in effect;
      2) any part of a premises not owned by an **insured person** but where an **insured person** is temporarily living;
      3) cemetery plots or burial vaults owned by an **insured person**;
      4) vacant land, other than farmland, owned by or rented to an **insured person**;
      5) land owned by or rented to an **insured person** where a one, two, three or four family dwelling is being built as that person's residence;
      6) any premises used by an **insured person** in connection with the **residence premises**;
      7) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

9. **"Occurrence"** —means an accident, including continuous or repeated exposure to substantially the same general harmful conditions during the policy period, resulting in **bodily injury** or **property damage**.

10. **"Property damage"** —means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. **"Residence employee"** —means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes similar duties performed elsewhere for an **insured person**, not in connection with the **business** of an **insured person**.

12. **"Dwelling"** —means a one, two, three or four family **building structure**, identified as the insured property on the Policy Declarations, where **you** reside and which is principally used as a private residence.

AP3339

Page 3

## Insuring Agreement

In reliance on the information **you** have given **us**, **Allstate** agrees to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with the policy terms and conditions, and inform **us** of any change in title, use or occupancy of the **residence premises**.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or **occurrences** that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

The terms of this policy impose joint obligations on persons defined as an **insured person**. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

## Agreements We Make With You

**We** make the following agreements with **you**:

## Conformity To State Statutes

When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

## Coverage Changes

When **Allstate** broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information you have given **us**. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that if this information changes, is incorrect or incomplete, **we** may adjust **your** coverage and premium accordingly during the policy period.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for **our** use in **your** state. The rates in effect at the beginning of **your** current premium period will be used to calculate any change in **your** premium.

## Policy Transfer

**You** may not transfer this policy to another person without **our** written consent.

## Continued Coverage After Your Death

If **you** die, coverage will continue until the end of the premium period for:
1) **your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death.
2) an **insured person**, and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

## Cancellation

**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right to Cancel:
**Allstate** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with **us**, **we** may cancel this policy for any reason.

When this policy has been in effect for 60 days or more, or if it is a renewal with **us**, **we** may cancel this policy for one or more of the following reasons: non-payment of premium;

AP3339



Page 4

the policy was obtained by misrepresentation, fraud or concealment of material facts;

material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or

there has been a substantial change or increase in hazard in the risk **we** originally accepted.

If the cancellation is for non-payment of premium, **we** will give **you** at least 10 days notice before the cancellation takes effect. If cancellation is for any other reason, **we** will give **you** at least 30 days notice.

**Our** mailing the notice of cancellation to **you** will be deemed to be proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded to **you** within 30 days of the date of cancellation. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Continue or Renew:
**Allstate** has the right not to renew or continue the policy beyond the current premium period. If **we** don't intend to continue or renew the policy, **we** will mail **you** notice at least 30 days before the end of the premium period. **Our** mailing notice of non-renewal to **you** will be deemed proof of notice.

### Concealment Or Fraud
This policy is void if it was obtained by misrepresentation, fraud, or concealment of material facts, if such misrepresentation, fraud, or concealment of material facts was made with the intent to deceive.

If it is determined that this policy is void, all premiums paid will be returned to **you** since there has been no coverage under this policy.

**We** do not cover any loss or **occurrence** in which the **insured person** has concealed or misrepresented any material fact or circumstance.

### What Law Will Apply
This policy is issued in accordance with the laws of Louisiana and covers property or risks principally located in Louisiana. Subject to the following paragraph, the laws of Louisiana shall govern any and all claims or disputes in any way related to this policy.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, claims or disputes regarding that covered loss to property, or any other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

### Where Lawsuits May Be Brought
Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, lawsuits regarding that covered loss to property, or any other covered occurrence may also be brought in the judicial district where that covered loss to property, or any other covered occurrence happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

## Section I – Your Property

### Coverage A
### Dwelling Protection

AP3339

Page 5