direct physical loss to satellite dish antennas and their systems on **your residence premises**, subject to the provisions of **Coverage C — Personal Property Protection**.

The amount of coverage is shown on the Policy Declarations

13. **Coverage SE**
    **Portable Cellular Communication Systems**
    **Coverage C — Personal Property Protection** is extended to portable cellular communication systems in or upon a motorized land vehicle or watercraft. This coverage applies only to portable systems that can be powered by electricity from a motorized land vehicle or watercraft. Coverage applies whether or not the portable cellular communication system is used in a **business**.

    The amount of coverage is shown on the Policy Declarations.

14. **Coverage ST**
    **Increased Coverage On Theft Of Silverware**
    The $2,500 limitation on theft of silverware, pewterware and goldware under **Coverage C — Personal Property Protection** is increased to the amount shown on the Policy Declarations.

# Allstate Insurance Company

Policy Number: 0 45 740097 02/26    Your Agent:  Tom Burlette LLC (504) 392-6888
For Premium Period Beginning: Feb. 26, 2005

---

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Louisiana Standard Fire Policy Provisions—AP4443

This form contains the provisions of the Standard Fire Policy. Whenever the terms and provisions of Section I can be construed to perform a liberalization of the provisions found in the Standard Fire Policy, the terms and provisions of Section I shall apply.

**In Consideration of the Provisions and Stipulations Herein or Added Hereto and of the Premium Specified in the Declarations** (or specified in endorsement attached thereto), **Allstate, for the term shown in the Declarations from inception date shown in the Declarations until cancelled or expiration** at location of property involved, to an amount not exceeding the limit of liability specified, does insure **the Insured named in the Declarations** and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the Insured, against all **DIRECT LOSS BY FIRE, LIGHTNING AND OTHER PERILS INSURED AGAINST IN THIS POLICY INCLUDING REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED,** to the property described herein while located or contained as described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of Allstate.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

AP4443

PROP *11000170501115700217262G*

# Allstate Insurance Company

Policy Number: **0 45 740097 02/26**   Your Agent:   Tom Burlette LLC  (504) 392-6888
For Premium Period Beginning: **Feb. 26, 2005**

| | | |
|---|---|---|
| 1 | **Concealment,** | This entire policy shall be void if, whether |
| 2 | **fraud** | before or after a loss, the insured has |
| 3 | | willfully concealed or misrepresented any |

1  **Concealment,** This entire policy shall be void if, whether
2  **fraud** before or after a loss, the insured has
3  willfully concealed or misrepresented any
4  material fact or circumstance concerning this insurance or the subject
5  thereof, or the interest of the insured therein, or in case of any fraud or
6  false swearing by the insured relating thereto.
7  **Uninsurable** This policy shall not cover accounts, bills,
8  **and** currency, deeds, evidence of debt, money
9  **excepted property** or securities; nor, unless specifically named
10  hereon in writing, bullion or manuscripts.
11  **Perils not** This Company shall not be liable for loss
12  **included** by fire or other perils insured against in this
13  policy caused, directly or indirectly, by: (a)
14  enemy attack by armed forces, including action taken by military, naval
15  or air forces in resisting an actual or an immediately impending enemy
16  attack; (b) invasion; (c) insurrection; (d) rebellion; (e) revolution; (f)civil
17  war; (g) usurped power; (h) order of any civil authority except acts of
18  destruction at the time of and for the purpose of preventing the spread
19  of fire, provided that such fire did not originate from any of the perils
20  excluded by this policy; (i) neglect of the insured to use all reasonable
21  means to save and preserve the property at and after a loss, or when
22  the property is endangered by fire in neighboring premises; (j) nor
23  shall this Company be liable for loss by theft.
24  **Other insurance** Other insurance may be prohibited or the
25  amount of insurance may be limited by
26  endorsement attached hereto.
27  **Conditions suspending or restricting insurance. Unless otherwise**
28  **Provided in writing added hereto this Company shall not be liable for**
29  **loss occurring:**
30  (a) while the hazard is increased by any means within the control or
31  knowledge of the insured; or
32  (b) while a described building, whether intended for occupancy by
33  owner or tenant, is vacant, or unoccupied beyond a period of sixty
34  consecutive days; or
35  (c) as a result of explosion or riot, unless fire ensue, and in that event
36  for loss by fire only.
37  **Other perils** Any other peril to be insured against or
38  **or subjects** subject of insurance to be covered in this
39  policy shall be by endorsement in writing
40  hereon or added hereto.
41  **Added provisions** The extent of the application of insurance
42  under this policy and of the contribution to
43  be made by this Company in case of loss, and any other provision or
44  agreement not inconsistent with the provisions of this policy, may be
45  provided for in writing added hereto, but no provisions may be waived
46  except such as by the terms of this policy is subject to change.
47  **Waiver** No permission affecting this insurance
48  **provisions** shall exist, or waiver of and provision be
49  valid unless granted herein or expressed in
50  writing added hereto. No provision, stipulation, or forfeiture shall be
51  held to be waived by any requirement or proceeding on the part of this
52  Company relating to appraisal or to any examination provided for
53  herein.
54  **Cancellation** This policy shall be cancelled at any time
55  **of policy** at the request of the insured, in
56  which case this Company shall, upon
57  demand and surrender of this policy, refund the excess of paid
58  premium above the customary short rates for the expired time. This
59  policy may be cancelled at any time by this Company by giving to the
60  insured a thirty days written notice of cancellation, or ten days written
61  notice when cancellation is for nonpayment of premium, with or
62  without tender of the excess paid premium above the pro rata
63  premium for the expired time which excess, if not tendered, shall be
64  refunded on demand. Notice of cancellation shall state that said
65  excess premium, if not tendered, will be refunded on demand. Upon
66  the written request of the named insured, the insurer shall provide to
67  the insured in writing the reasons for cancellation of the policy. There
68  shall be no liability on the part of and no cause of action of any nature
69  shall arise against any insurer or its agents, employees, or
70  representatives for any action taken by them to provide the reasons for
71  cancellation as required by this Paragraph.
72  **Mortgagee** If loss hereunder is made payable in whole
73  **interest and** or in part, to a designated mortgagee not
74  **obligations** named herein as the insured, such interest
75  in this policy may be cancelled by delivering
76  or mailing to such mortgagee a twenty days written notice of
77  cancellation, or a ten days written notice of cancellation if cancellation
78  is for nonpayment of premium.
79  If the insured fails to render proof of loss such mortgagee, upon notice,
80  shall render proof of loss in form herein specified within sixty (60) days
81  thereafter and shall be subject to the provisions hereof relating to
82  appraisal and time of payment and of bringing suit. If this Company
83  shall claim that no liability existed as to the mortgagor or owner, it
84  shall, to the extent of payment of loss to the mortgagee, be subrogated
85  to all the mortgagee's rights of recovery, but without impairing
86  mortgagee's rights to sue; or it may pay off the mortgage debt and
87  require an assignment thereof and of the mortgage. Other provisions
88  relating to the interests and obligations of such mortgagee may be
89  added hereto by agreement in writing.
90  **Pro rata liability** This Company shall not be liable for a
91  greater proportion of any loss than the
92  amount hereby insured shall bear to the whole insurance covering the

93  property against the peril involved; whether collectible or not.
94  **Requirements in** The insured shall give immediate written
95  **case loss occurs** notice to this Company of any loss, protect the
96  property from further damage, forthwith
97  separate the damaged and undamaged personal property, put it in the
98  best possible order, furnish a complete inventory of the destroyed,
99  damaged, and undamaged property, showing in detail quantities,
100  costs, actual cash value, and amount of loss claimed; and within
101  sixty days after loss, unless such time is extended in writing by
102  this Company, the insured shall render to this Company a proof
103  of loss, signed and sworn to by the insured, stating the knowledge
104  and belief of the insured as to the following: the time and origin of the
105  loss, the interest of the insured and of all others in the property, the
106  actual cash value of each item thereof and the amount of loss thereto,
107  all encumbrances thereon, all other contracts of insurance, whether
108  valid or not, covering any of said property, any changes in the title,
109  use, occupation, location, possession, or exposures of said property
110  since the issuing of this policy, by whom and for what purpose any
111  building herein described and the several parts thereof were occupied
112  at the time of loss and whether or not it then stood on leased ground,
113  and shall furnish a copy of all the descriptions and schedules in all
114  policies and, if required, verified plans and specifications of any
115  building, fixtures, or machinery destroyed or damaged. The insured,
116  as often as may be reasonably required shall exhibit to any person
117  designated by this Company all that remains of any property herein
118  described, and submit to examinations under oath by any person
119  named by this Company, and subscribe the same; and, as often as
120  may be reasonably required, shall produce for examination all books
121  of account, bills, invoices and other vouchers, or certified copies
122  thereof if originals be lost, at such reasonable time and place as may
123  be designated by this Company or its representatives, and shall permit
124  extracts and copies thereof to be made.
125  **Appraisal** In case the insured and this Company shall
126  fail to agree as to the actual cash value or
127  the amount of loss, then, on the written demand of either, each shall
128  select a competent and disinterested appraiser and notify the other of
129  the appraiser selected within twenty days of such demand. The
130  appraisers shall first select a competent and disinterested umpire; and
131  failing for fifteen days to agree upon such umpire, then on request of
132  the insured or this Company such umpire shall be selected by a judge
133  of a court of record in the state in which the property covered is
134  located. The appraisers shall then appraise the loss, stating
135  separately actual cash value and loss to each item; and failing to
136  agree, shall submit their differences, only, to the umpire. An award in
137  writing, so itemized, of any two when filed with this Company shall
138  determine the amount of actual cash value and loss. Each appraiser
139  shall be paid by the party selecting him and the expenses of appraisal
140  and umpire shall be paid by the parties equally.
141  **Company's** It shall be optional with this Company to
142  **options** take all, or any part, of the property at the
143  agreed or appraised value, and also to
144  repair, rebuild, or replace the property destroyed or damaged with
145  other of like kind and quality within a reasonable time, on giving notice
146  of its intention so to do within thirty days after the receipt of the proof
147  of loss herein required.
148  **Abandonment** There can be no abandonment to this
149  Company of any property.
150  **When loss** The amount of loss for which this Company
151  **payable** may be liable shall be payable sixty days
152  after proof of loss, as herein provided, is
153  received by this Company and ascertainment of the loss is made
154  either by agreement between the insured and this Company
155  expressed in writing or by filing with this Company of an award as
156  herein provided.
157  **Suit** No suit or action on this policy for the
158  recovery of any claim shall be sustainable
159  in any court of law or equity unless all the requirements of this policy
160  shall have been complied with, and unless commenced within twelve
161  months next after the inception of the loss.
162  **Subrogation** This Company may require from the
163  insured an assignment of all right of
164  recovery against any party for loss to the extent that payment therefor
165  is made by this Company.

AP4443

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy— Keep It With Your Policy*

## Hurricane Deductible Endorsement — AP546

It is agreed that **your** policy is amended as follows:

1.  In the **General** section of the policy, under **Definitions Used In This Policy**, the following definitions are added:

    **"National Hurricane Center"** — means the National Hurricane Center or, if the National Hurricane Center ceases to exist, ceases to perform the function of declaring weather systems to be **hurricanes** or **tropical storms**, or ceases to perform the function of issuing hurricane watches or warnings, such other entity as determined by **Allstate**.

    **"Hurricane"** — means a weather system declared by the **National Hurricane Center** to be a "hurricane".

    **"Tropical Storm"** — means a weather system declared by the **National Hurricane Center** to be a "tropical storm".

    **"Windstorm"** — means wind, wind gusts, hail, rain, snow, sleet, sand, dust, tornadoes or cyclones caused by or resulting from a **hurricane** or a **tropical storm**.

II. Under **Section I Conditions**, Condition 1. **Deductible**, the following is added:

    **Hurricane Deductible**
    The hurricane deductible applies to any loss caused by **windstorm** to property covered under Section I of this policy during the following time period:
    a.  beginning 24 hours prior to the time a hurricane watch or hurricane warning is issued by the **National Hurricane Center** for any part of the state in which **your residence premises** is located;
    b.  during the duration of such **hurricane**; and
    c.  ending 72 hours after the **National Hurricane Center** declares that the **hurricane** has been downgraded to a **tropical storm**.

    The hurricane deductible amount will appear on **your** Policy Declarations. **We** will pay only when a covered loss caused by **windstorm** exceeds the hurricane deductible amount. **We** will then pay only the excess amount. **We** reserve the right to limit changes to this and other deductibles at any time.

(over)

Page 1

The hurricane deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. If another deductible applicable to the loss exceeds the hurricane deductible, the greater deductible will be applied to the loss.

All other provisions of the policy apply.