National Support Center
**Allstate Insurance Company**
1819 Electric Road
Roanoke, VA  24018-1618


Allstate
You're in good hands.

Claim# 511 411 0348

To Whom It May Concern:

I, René Sine, employee of Allstate Insurance Company, Roanoke, Virginia, do certify that the enclosed is a copy of Policy Number 045 339 231, in the name of Mr & Mrs Norman P Palazzo, showing the coverages that were on the policy at the time of loss of 8-29-05.

René Sine
Claim Support

State of Virginia, County of Roanoke

On this 28 day of Sept, 2007, before me personally appeared René Sine to me known to be the person who executed the foregoing instrument and acknowledged that she executed the same as a free act and deed.

Darlene Looney
Notary Public

DARLENE LOONEY
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MAY 31, 2011
COMMISSION # 165532

Exhibit 2

2007 OCT -9 A 11:43

*Ej Raley III Ins*
*1525 Lapalco Blvd, #5*
*Harvey LA 70058*

**Your Quick Insurance Check**
✓ Verify the information listed in the Policy Declarations.
✓ Please call if you have any questions.
✓ Now you can pay your premium before your bill is issued - visit allstate.com or call 1-800-Allstate®.

Mr & Mrs Norman P Palazzo
PO Box 462
Loreauville LA 70552-0462

**Confirming Your Policy Change**

We've sent along this mailing to verify the changes to your policy that you recently requested. The changes took effect on May 17, 2005. Please look over all the information in this mailing, and call us right away if you have any questions or if anything isn't exactly right.

The accompanying Amended Policy Declarations includes these changes:
Your mailing address has been changed.

There is no change in premium for the current premium period.

The coverages and limits you carry for your property, and the costs of those coverages, are listed in detail on the enclosed Amended Policy Declarations. You can see the specific changes to your policy by comparing this Amended Policy Declarations to the Policy Declarations previously mailed to you.

If you have any questions or concerns, please contact Ej Raley III Ins at (504) 364-1645---or call the Allstate Customer Information Center at 1-800-ALLSTATE (1-800-255-7828).

Sincerely,

*Edward M. Liddy*

Edward M. Liddy
President, Allstate Insurance Company

PROP *51000170512195300350030301*    000000045339231  070    010    LA

Information as of
December 19, 2005

EP29

**Allstate Insurance Company**

# AMENDED
# Deluxe Plus Homeowners Policy Declarations

## Summary

**NAMED INSURED(S)**
Mr & Mrs Norman P Palazzo
PO Box 462
Loreauville LA 70552-0462

**YOUR ALLSTATE AGENT IS:**
Ej Raley III Ins
1525 Lapalco Blvd,#5
Harvey LA 70058

**CONTACT YOUR AGENT AT:**
(504) 364-1645

**POLICY NUMBER**
0 45 339231 05/17

**POLICY PERIOD**
Begins on May 17, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
May 17, 2005 to May 17, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
PLAQUEMINES PARISH WITHIN PROTECTIVE LEVEE SYST   302 E PARK BLVD BRAITHWAITE LA

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $1,026.00 |
| **TOTAL** | **$1,026.00** |

*Your policy change(s) are effective as of May 17, 2005*

PROP *51000170512195300350030*

Information as of
December 19, 2005

Page 1
LA070AMD

# Allstate Insurance Company

Policy Number: **0 45 339231 05/17**     Your Agent: **Ej Raley III Ins (504) 364-1645**
For Premium Period Beginning: **May 17, 2005**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $1,000 Other Peril Deductible Applies<br>• $2,600 Hurricane Deductible Applies | $130,000 | |
| Other Structures Protection<br>• $1,000 Other Peril Deductible Applies<br>• $2,600 Hurricane Deductible Applies | $13,000 | |
| Personal Property Protection - Reimbursement Provision<br>• $1,000 Other Peril Deductible Applies<br>• $2,600 Hurricane Deductible Applies | $97,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $300,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250 All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
55 and Retired                     10 %       Home and Auto                        10 %
Protective Device Rate Applied

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family