The hurricane deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. If another deductible applicable to the loss exceeds the hurricane deductible, the greater deductible will be applied to the loss.

All other provisions of the policy apply.

## Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

This Endorsement Changes Your Policy— Keep It With Your Policy

### Building Structure Reimbursement Extended Limits Endorsement— AP357

For an additional premium and when the Policy Declarations indicates that the "Building Structure Reimbursement Extended Limits Endorsement" applies, the following amendment is made to condition 5 (titled "How We Pay For A Loss") in Section I Conditions:

In provision c) (titled "Building Structure Reimbursement"), item 3) of the second paragraph is replaced by the following:

3) 120% of the limit of liability applicable to the building structure(s) as shown on the Policy Declarations for Coverage A — Dwelling Protection or Coverage B — Other Structures Protection, regardless of the number of building structures and structures other than building structures involved in the loss.

This endorsement applies only if:

1) You insure your dwelling, attached structures and detached building structures to 100% of replacement cost as determined by:
    a) an Allstate Home Replacement Cost Estimator completed and based on the accuracy of information you furnished; or
    b) our inspection of your residence premises;

2) You have accepted the Property Insurance Adjustment Condition, agree to accept each annual adjustment in the Coverage A — Dwelling Protection limit of liability, and pay any additional premium charged; and

3) You notify us within 60 days of the start of any modifications that increase the aggregate value of your dwelling, attached structures and detached building structures at the residence premises by $5,000 or more, and pay any resulting additional premium due for the increase in value.

All other policy terms and conditions apply.

(4/94)

# Allstate Insurance Company Deluxe Plus Homeowners Policy

Policy:                              Effective:

Issued to:



Allstate Insurance Company
The Company Named in the Policy Declarations
A Stock Company---Home Office: Northbrook, Illinois 60062

AP3340

*Table of Contents*

*General*
Definitions Used In This Policy ........................... 2
Insuring Agreement ............................................ 3
Agreements We Make With You ......................... 4
Conformity To State Statutes ............................. 4
Coverage Changes .............................................. 4
Policy Transfer ................................................... 4
Continued Coverage After Your Death ............... 4
Cancellation ....................................................... 4
Concealment Or Fraud ...................................... 5
What Law Will Apply ......................................... 5
Where Lawsuits May Be Brought ...................... 5

*Section I— Your Property*

*Coverage A*
*Dwelling Protection*
Property We Cover Under Coverage A ............... 5
Property We Do Not Cover
Under Coverage A .............................................. 6

*Coverage B*
*Other Structures Protection*
Property We Cover Under Coverage B ............... 6
Property We Do Not Cover
Under Coverage B .............................................. 6
Losses We Cover Under Coverages A and B ..... 6
Losses We Do Not Cover Under
Coverages A and B ............................................. 6

*Coverage C*
*Personal Property Protection*
Property We Cover Under Coverage C ............... 8
Limitations On Certain Personal Property ......... 9
Property We Do Not Cover
Under Coverage C .............................................. 10
Losses We Cover Under Coverage C ................. 10
Losses We Do Not Cover Under Coverage C .... 11

*Additional Protection*
Additional Living Expense ................................. 13
Credit Card, Bank Fund Transfer Card,
Check Forgery and Counterfeit Money ............. 13
Debris Removal .................................................. 14
Emergency Removal Of Property ...................... 14
Fire Department Charges ................................... 14
Temporary Repairs After A Loss ........................ 14
Trees, Shrubs, Plants and Lawns ...................... 14

Temperature Change .......................................... 15
Power Interruption ............................................. 15
Building Codes ................................................... 15
Arson Reward ..................................................... 15
Collapse .............................................................. 15
Land .................................................................... 15
Lock Replacement .............................................. 16

*Section I Conditions*
Deductible .......................................................... 16
Insurable Interest and Our Liability ................... 16
What You Must Do After A Loss ........................ 16
Our Settlement Options ..................................... 16
How We Pay For A Loss ..................................... 17
Our Settlement Of Loss ..................................... 18
Appraisal ............................................................. 19
Abandoned Property ........................................... 19
Permission Granted To You ............................... 19
Our Rights To Recover Payment ....................... 19
Our Rights To Obtain Salvage ........................... 19
Suit Against Us ................................................... 19
Loss To A Pair Or Set ......................................... 20
Glass Replacement ............................................ 20
No Benefit To Bailee ........................................... 20
Other Insurance .................................................. 20
Property Insurance Adjustment ......................... 20
Mortgagee ........................................................... 20
Mold, Fungus, Wet Rot and Dry
Rot Remediation as a Direct Result Of a
Covered Loss ...................................................... 21

*Section II — Family Liability and*
*Guest Medical Protection*

*Coverage X*
*Family Liability Protection*
Losses We Cover Under Coverage X ................. 21
Losses We Do Not Cover Under Coverage X .... 22

*Coverage Y*
*Guest Medical Protection*
Losses We Cover Under Coverage Y ................. 23
Losses We Do Not Cover Under Coverage Y .... 24

*Additional Protection*
Claim Expenses .................................................. 25
Emergency First Aid ........................................... 25
Damage To Property Of Others ......................... 25