UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | | CIVIL ACTION |
| | | NO.  05-4182 |
| **PERTAINS TO: BARGE** | | and consolidated cases |
| *Boutte v. Lafarge* | 05-5531 | SECTION "K" (2) |
| *Mumford v. Ingram* | 05-5724 | |
| *Lagarde v. Lafarge* | 06-5342 | **JUDGE** |
| *Perry v. Ingram* | 06-6299 | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge* | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | **MAGISTRATE** |
| *Lafarge v. USA* | 07-5178 | **JOSEPH C. WILKINSON, JR.** |

PRELIMINARY EXHIBIT LIST ON BEHALF OF
ZITO FLEETING, LLC  AND ZITO FLEETING, INC.

**NOW INTO COURT,** through undersigned counsel, comes ZITO Fleeting, LLC and ZITO Fleeting, Inc. ("ZITO"), and hereby submit the following preliminary list of exhibits in this matter.

1. Service Agreement between ZITO and Ingram Barge Company

2. Transportation Agreement between Ingram and Lafarge

3. Barge Unloading Report

4. Barge Status Report

5. Fleet Picture of ZITO's Algiers Fleet

6. Fleet Picture of ZITO's mile 105 Fleet

7. ZITO's Invoice dated 9/27/05 to Ingram with attached logs

8. ING 4727 Vessel Status History

9. M/V Lock Master's Logs

10. M/V Connie Z's Logs

11. Patrick Morton's 8/26/05 email

12. ZITO Dispatch's 8/27/05 email

13. ZITO's Barges in Fleet records

14. Statement of Ed Busch

15. ZITO Dispatch Records of 8/24-8/26/05 regarding ING 4727

16. ZITO Algiers's Fleet Dispatch Reports 8/25-8/28/05

17. Six pages of handwritten notes dated 8/27/05 produced at Barry Boudreaux's deposition

18. Detailed Calling by Day Logs

19. ZITO's Invoices to Ingram Barge Company

20. Any and all records regarding phone calls made from Lafarge's facility on or around 8/27/05

21. Any and all records regarding phone calls made by Ed Busch and/or other persons at Lafarge's facility on 8/27/05

22. Any and all documents or exhibits identified or produced during discovery in this litigation

23. Any and all documents or exhibits listed or proffered by any other party(ies) in this litigation

Respectfully submitted,

**/s/ C. William Emory**
ANDRÉ J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile:   (504) 522-2121
Email:        bemory@mblb.com
Attorneys for Zito Fleeting, L.L.C. and Zito Fleeting, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of November, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile transmissions, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

**/s/ C. William Emory**