UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | | **CIVIL ACTION** |
| | | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | | **and consolidated cases** |
| *Boutte v. Lafarge* | 05-5531 | **SECTION "K" (2)** |
| *Mumford v. Ingram* | 05-5724 | |
| Lagarde v. Lafarge | 06-5342 | **JUDGE** |
| *Perry v. Ingram* | 06-6299 | **STANWOOD R. DUVAL, JR.** |
| Benoit v. Lafarge | 06-7516 | |
| Parfait Family v. USA | 07-3500 | **MAGISTRATE** |
| Lafarge v. USA | 07-5178 | **JOSEPH C. WILKINSON, JR.** |

PRELIMINARY WITNESS LIST ON BEHALF OF
ZITO FLEETING, LLC  AND ZITO FLEETING, INC.

**NOW INTO COURT,** through undersigned counsel, comes ZITO Fleeting, LLC and ZITO Fleeting, Inc. ("ZITO"), and hereby submit the following preliminary list of witnesses in this matter.

1. Ed Busch
   To testify concerning communication and alleged communication between Lafarge and ZITO.

2. Barry Boudreaux
   To testify concerning ZITO's relationship with Lafarge and Ingram, transportation of Barge ING 4727, and events of August 27, 2005.

3. Chad Wershbale
   To testify concerning ZITO's relationship with Lafarge and Ingram, transportation of Barge ING 4727, and events of August 27, 2005.

4.  Patrick Morton
    To testify concerning ZITO's relationship with Ingram and transportation of Barge ING 4727.

5.  Witnesses from the IPET group
    To testify concerning the creation and genesis of the IPET Report, including the various studies, analyses, and conclusions detailed in the IPET Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005.

6.  Witnesses from the ILIT group
    To testify concerning the creation and genesis of the ILIT Report, including the various studies, analyses, and conclusions detailed in the ILIT Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005.

7.  Witnesses from the Team Louisiana group
    To testify concerning the creation and genesis of the Team Louisiana Report, including the various studies, analyses, and conclusions detailed in the Team Louisiana Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005.

8.  Daniel Mecklenborg
    To testify concerning the relationship between ZITO and Ingram.

9.  Witnesses to authenticate evidence to be used at trial.

10. Any and all witnesses listed, subpoenaed or called by any other party (ies).

11. Any and all witnesses needed for rebuttal and/or impeachment.

          Respectfully submitted,

          **/s/ C. William Emory**
          ANDRÉ J. MOULEDOUX (LA Bar #9778)
          C. WILLIAM EMORY (LA Bar #20179)
          MOULEDOUX, BLAND, LEGRAND &
          BRACKETT, L.L.C.
          701 Poydras Street, Suite 4250
          New Orleans, LA 70139
          Telephone: (504) 595-3000
          Facsimile:   (504) 522-2121
          Email:      bemory@mblb.com
          Attorneys for Zito Fleeting, L.L.C. and
          Zito Fleeting, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 26th day of November, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile transmissions, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/ C. William Emory