UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO:  BARGE | * <br> * <br> * | and consolidated cases <br><br> SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 <br> *Mumford v. Ingram*     05-5724 <br> *Lagarde v. Lafarge*      06-5342 <br> *Perry v. Ingram*             06-6299 <br> *Benoit v. Lafarge*         06-7516 <br> *Parfait Family v. USA*  07-3500 <br> *Lafarge v. USA*             07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

**CORRECTED NOTICE OF DEPOSITION**

TO:     All Counsel


     **PLEASE TAKE NOTICE THAT** that undersigned counsel for plaintiffs will take the deposition of the following person:

        **DEPONENT:**     Arthur Murph

        **LOCATION:**     Wiedemann & Wiedemann
                            821 Baronne Street
                            New Orleans, LA   70113

        **DATE/TIME:**     December 17, 2007 at 10:00 a.m.

before a  Notary Public or some other officer authorized to administer oaths.

     This notice shall be considered good and valid until which time the deposition of the above named deponent has been completed and shall continue from day to day until concluded.  This deposition is being taken for all purposes as authorized by the Federal Rules of Civil Procedure,

including perpetuation of trial testimony.

    You are invited to attend and participate in accordance with law.

               Respectfully submitted,

                **LAW OFFICE OF BRIAN A. GILBERT**

                **BRIAN A. GILBERT (#21297)**
                821 Baronne Street
                New Orleans, Louisiana 70113
                Phone: 504/885/7700
                Phone: 504/581-6180
                Fax: 504/581/4336
                Attorney for Plaintiffs

                **WIEDEMANN & WIEDEMANN**

                **LAWRENCE D. WIEDEMANN (#13457)**
                **KARL WIEDEMANN (#188502)**
                **KAREN WIEDEMANN (#21151)**
                821 Baronne Street
                New Orleans, Louisiana  70113
                Phone: 504/581-6180
                Fax: 504/581-4336
                Attorneys for Plaintiffs

**PATRICK J. SANDERS (#18741)**
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana   70002
Phone: 504/834-0646
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 30 day of October, 2007.

*[signature]*