UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| ARTHUR AND SHIRLEY BURTON; KEVIN WELLS | * * * | CIVIL ACTION |
| Plaintiffs, VERSUS | * * * | NO.: 07-5961 |
| ALLSTATE INSURANCE COMPANY, | * * | |
| Defendant. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF LINDA SISSON CONCERNING ALLSTATE INSURANCE COMPANY'S POLICY IN SUPPORT OF DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

**STATE OF VIRGINIA** §
§
**COUNTY OF ROANOKE** §

Linda Sisson, being duly sworn, deposes and states as follows:

1. I am over 18 years of age, and a resident of the State of Virginia.

2. I have knowledge of the facts set forth in this Affidavit, both personally and through a review of Allstate Insurance Company's records, made and kept in the regular course of Allstate's business by those whose regular job function it is to make and keep such records, and, if called as a witness, I could testify competently to those facts.

Exhibit A

3. I am a Senior Field Support Representative for Allstate. I have held this position for 10 years.

4. Attached hereto is a true and correct copy of the Landlords Package policy, including the declarations page, covering the property owned by Arthur and Shirley Burton.

Dated: November 20, 2007

_Linda Sisson_
Linda Sisson

SUBSCRIBED AND SWORN to before me this 20th day of November, 2007.

_Kim Ferguson_
Notary Public

My Commission Expires: _____

> KIM FERGUSON
> NOTARY PUBLIC
> COMMONWEALTH OF VIRGINIA
> MY COMMISSION EXPIRES DEC. 31, 2009
> COMMISSION # 300172

National Support Center
**Allstate Insurance Company**
1819 Electric Road
Roanoke, VA  24018-1618



Claim# S11 579 3087

To Whom It May Concern:

I, Kevin Westlake, employee of Allstate Insurance Company, Roanoke, Virginia, do certify that the enclosed is a copy of Policy Number 915 428 138, in the name of Arthur & Shirley Burdw, showing the coverages that were on the policy at the time of loss of 8-29-05.

_____
Claim Support

State of Virginia, County of Roanoke

On this  10  day of  September , 2007, before me personally appeared Kevin Westlake to me known to be the person who executed the foregoing instrument and acknowledged that he executed the same as a free act and deed.

_____
Notary Public

SHANNON FLYNT
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DEC. 31, 2007
COMMISSION # 237333

SEP 17 2007

*White Ins Agency*
*7921 Bullard, S#1-D*
*New Orleans LA 70128*



**Your Quick Insurance Check**
✓ Verify the information listed in the Policy Declarations.
✓ Please call if you have any questions.
✓ File this package safely away.
✓ Watch the mail for your bill; it will arrive soon.

Arthur & Shirley Burton
602 A-B-C Webster St
Kenner LA 70062

### A new policy period is about to begin. Here are your renewal materials.

We're pleased to once again offer you the opportunity to continue your policy for another year. Your Allstate Insurance Company Landlords Package policy is just one of an array of products we offer to meet a wide variety of insurance needs, and we appreciate your business.

### Your policy documents are inside.

You'll find listed on the enclosed Policy Declarations your coverages, limits, deductibles, premiums, and any discounts you may have. As you read these materials, it would be a good idea to consider whether anything needs updating. We'd be happy to help you make sure that your insurance stays current with any changes in your life.

*(over)*

PROP *010001705060153003510601*

000000915428138 072    010    LA

Information as of June 1, 2005

RP254-1