**Renewing your policy is easy.**
Here's what will happen and what you'll need to do before the beginning of your next policy period.

- Please carefully check your Policy Declarations to make sure it accurately reflects your information and the choices you've made. Get in touch with your agent right away if there's anything you'd like to change.
- Keep an eye out for your bill, which will include information on payment options.
- If you're paying your premium using the Allstate Easy Pay Plan, you will not receive a bill. Instead, we'll send you a statement detailing your withdrawal schedule for the policy period.
- Carefully read all enclosed materials and store these documents with your other important papers. Keep in mind that the policy documents included may change each time you receive a renewal offer—please read them to make sure you know about any important information or changes related to your insurance.

**We're here to help you.**
Feel free to call your agent at (504) 241-2234. Or take advantage of the online services at *allstate.com*, where you can view account information or check claim status by registering at the Allstate Customer Care Center.

Remember, insurance is not only protection for today. It helps pave the way to a financially secure future.

We're glad you're with us.

*Edward M. Liddy*

Edward M. Liddy
President, Allstate Insurance Company

**Allstate Insurance Company**

# RENEWAL
# Landlords Package Policy Declarations

## Summary

**NAMED INSURED(S)**
Arthur & Shirley Burton
602 A-B-C Webster St
Kenner LA 70062

**YOUR ALLSTATE AGENT IS:**
White Ins Agency
7921 Bullard, S#1-D
New Orleans LA 70128

**CONTACT YOUR AGENT AT:**
(504) 241-2234

**POLICY NUMBER**
9 15 428138 07/18

**POLICY PERIOD**
Begins on July 18, 2005
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
July 18, 2005 to July 18, 2006
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
9023-25 Palmetto Street, New Orleans, LA 70118

## Total Premium for the Premium Period  (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $559.00 |
| **TOTAL** | **$559.00** |

✓ *The overall statewide rate change is 9.7%.*

The portion of the total premium shown above that is attributable to coverage for losses caused by "acts of terrorism" to which the federal Program established by the "Terrorism Risk Insurance Act of 2002" applies is $0.00.  SEE THE ENCLOSED "POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE" -- AP3337.

PROP *01000170506015300351060 2*



Information as of
June 1, 2005

Page 1
LA072RBD

# Allstate Insurance Company

Policy Number: 9 15 428138 07/18     Your Agent: White Ins Agency (504) 241-2234
For Premium Period Beginning: July 18, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES (See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Building Protection - Actual Cash Value<br>• $500   All Peril Deductible Applies | $50,000 | |
| Other Structures | Included - Refer to Policy | |
| Personal Property Protection<br>• $500   All Peril Deductible Applies | $2,500 | |
| Fair Rental Value Protection | Refer to Policy | |
| Business Liability Protection | $100,000 | each occurrence |
| Premises Medical Protection | $1,000 | each person |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
Protective Device                           5 %

**RATING INFORMATION**
The dwelling is of Frame construction and is occupied by   2 families

Information as of June 1, 2005

Page 2
LA072RBD

# Allstate Insurance Company

Policy Number:  9 15 428138 07/18          Your Agent:  **White Ins Agency  (504) 241-2234**
For Premium Period Beginning:  **July 18, 2005**

## Your Policy Documents

Your Landlords Package policy consists of this Policy Declarations and the documents listed below.  Please keep these together.

- Landlords Package Policy form AU9700
- Notice of Terrorism Insurance Coverage form AP3337
- Louisiana LPP Amendatory Endorsement form AU10710
- Landlords Package Policy End. form AU9715
- Standard Fire Policy Provisions form AP1046
- Landlords Package Policy Amend. End. form AU1411
- Louisiana Amendatory End. form AU2240
- Actual Loss Settlement form AU9708

## Important Payment and Coverage Information

Please note: This is not a request for payment.  Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

**Allstate Insurance Company**

Policy Number: 9 15 428138 07/18   Your Agent: White Ins Agency (504) 241-2234
For Premium Period Beginning: July 18, 2005

# Important Notice

## Allstate's Privacy Policy

At Allstate, we value you as a customer and share your concerns about privacy. To help you understand how we treat the nonpublic personal information ("customer information") that we obtain from you or other sources in the course of providing you with products and services, this notice describes our use and protection of that information.

Whether you're doing business with us through your local agent or broker, our Customer Information Center, or allstate.com, we want you to know that Allstate respects your privacy and protects your information.

- We do not sell customer information.
- We do not share your customer information with persons, companies, or organizations outside of Allstate that would use that information to contact you about their own products and services.
- We expect persons or organizations that provide services on our behalf to keep customer information confidential and to use it only to provide the services we've asked them to perform.
- Within Allstate, we communicate to our employees regarding the need to protect customer information, and we've established physical, electronic, and procedural safeguards to protect customer information.

Below we've provided answers to questions that might be on your mind regarding privacy. You may be wondering...

### What do we do with your customer information?
Allstate does not sell your customer information, or medical information, to anyone. Nor do we share it with companies or organizations outside of Allstate that would use that information to contact you about their own products and services. If that practice were ever to change, we would, of course, offer you the ability to opt out of this type of information sharing, and we would offer you the opt-out with time for you to respond before the change in our practice took place.

Your agent or broker may use customer information to help you with your overall insurance program. We may also communicate with you about products, features, and options you have expressed an interest in or that we believe may be of interest to you. We may, without authorization but only as permitted or required by law, provide customer information to persons or organizations both inside and outside of Allstate to fulfill a transaction you have requested, service your policy, market our products to you, investigate or handle claims, detect or prevent fraud, participate in insurance support organizations, or comply with lawful requests from regulatory and law enforcement authorities. These persons or organizations may include: our affiliated companies, companies that perform marketing services on our behalf, other financial institutions with which we have a joint marketing agreement for the sale of our own products, and your agent or broker.

### What kind of customer information do we have, and where did we get it?
Much of the customer information that we have about you comes directly from you. When submitting your application or request for insurance or other products and services we offer, or requesting an insurance quote, you may give us information such as your name, address, and Social Security number. We keep information about your transactions with our affiliates, others or us—for example, the types of products and services you purchase from us, premiums, account balances, and payment history.

We also may collect information from outside sources, including consumer reporting agencies and health care providers. This information may include loss information reports, motor vehicle reports, credit reports, and medical information.

Page 1

PROP *01000170506015300351060A*