**THIS POLICY IS A LEGAL CONTRACT BETWEEN YOU AND US.
READ YOUR POLICY CAREFULLY.**

## Table of Contents

**General**
Insuring Agreement .................................................. 2
Definitions Used in This Policy ................................ 2
Agreements We Make With You ............................. 2
Conformity to State Statutes ................................... 2
Coverage Changes .................................................. 3
Policy Transfer ......................................................... 3
Continued Coverage After Your Death ................... 3
Cancellation ............................................................. 3
Concealment and Fraud .......................................... 3

**Section I — Your Property**
**Coverage A**
**Building Protection**
Property We Cover ................................................... 3
Losses We Cover ..................................................... 4
Losses We Do Not Cover ........................................ 4

**Coverage C**
**Personal Property Protection**
Property We Cover ................................................... 5
Property We Do Not Cover ...................................... 5
Losses We Cover ..................................................... 5
Losses We Do Not Cover ........................................ 6

**Coverage D**
**Fair Rental Value Protection**
Losses We Cover ..................................................... 7
Losses We Do Not Cover ........................................ 7

**Additional Protection**
Debris Removal ........................................................ 7
Trees, Shrubs, Plants and Lawns ........................... 7
Emergency Removal of Property ............................. 8
Fire Department Charges ........................................ 8
Necessary Repairs After a Loss ............................. 8
Other Structures ...................................................... 8

**Section I Conditions**
Deductible ................................................................ 8
Insurable Interest and Our Liability ......................... 8
What You Must Do After a Loss .............................. 8
Our Options ............................................................. 9
How We Settle a Loss ............................................. 9
Our Payment of Loss ............................................. 10
Appraisal ................................................................ 10

Abandoned Property .............................................. 10
Mortgagee .............................................................. 10
Permission Granted to You .................................... 10
Our Rights to Recover Payment ............................ 11
Suit Against Us ...................................................... 11
Loss to a Pair or Set .............................................. 11
Glass Replacement ................................................ 11
No Benefit to Bailee ............................................... 11
Other Insurance ..................................................... 11
Property Insurance Adjustment ............................. 11

**Section II — Your Liability**
**Coverage X**
**Business Liability Protection**
Losses We Cover ................................................... 11
Losses We Do Not Cover ...................................... 12

**Coverage Y**
**Premises Medical Protection**
Losses We Cover ................................................... 13
Losses We Do Not Cover ...................................... 13

**Additional Protection**
Claim Expenses ..................................................... 13
Emergency First Aid .............................................. 14

**Section II Conditions**
What You Must Do After a Loss ............................ 14
What an Injured Person Must Do — Premises
   Medical Protection ............................................. 14
Our Payment of Loss — Premises
   Medical Protection ............................................. 14
Our Limits of Liability ............................................. 14
Bankruptcy ............................................................. 14
Our Rights to Recover Payment — Business
   Liability Protection ............................................. 14
Suit Against Us ...................................................... 15
Other Insurance — Business Liability
   Protection ........................................................... 15

**Section III — Optional Protection**
**Optional Coverages**
**You May Buy**
Coverage E
Earth Movement .................................................... 15

Coverage U
Increased Limits on Other Structures ..................... 15
Coverage CL
Demolition Insurance .............................................. 15

## Insuring Agreement

In reliance on the facts **you** have given **us**, **Allstate** agrees to provide the insurance indicated on the declarations page of this policy as applicable to **you**. In return, **you** must pay the premium when due and comply with the policy terms.

The declarations page shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. This policy applies only to losses which occur during the policy period, as shown on the declarations page. This policy is not complete without the declarations page.

## Definitions Used in This Policy

1.  **"You"** or **"your"** — means the person, persons or organization named on the declarations page as the policyholder.

2.  **"Allstate", "we", "us"** or **"our"** — means the Allstate Insurance Company.

3.  **"Bodily injury"** — means bodily injury, sickness or disease, including resulting death, care and loss of services.

4.  **"Insured person"** — means:
    a)  if **you** are shown on the declarations page as an individual and **you** are a sole proprietor, **you** and **your** resident spouse.
    b)  if **you** are shown on the declarations page as partnership or joint venture, the named partnership or joint venture, including any of its partners or members individually.
    c)  if **you** are shown on the declarations page as other than an individual, partnership or joint venture, the organization directors, trustees or governors, or any stockholder of the organization, while acting within the scope of their duties.
    d)  **your** employees, while acting within the scope of that employment.
    e)  any person or organization while acting as **your** real estate manager for the **insured premises.**

    This policy does not apply to **bodily injury, personal injury** or **property damage** arising from the conduct of any partnership or joint venture which is not named on the declarations page as the policyholder.

5.  **"Insured premises"** — means:
    a)  the **residence premises**.
    b)  any other one, two, three or four family building **you** acquire ownership or control of during the policy period, if **you** notify **us** of **your** intention to insure it under this policy within 30 days of the acquisition.
    c)  the ways immediately bordering the **residence premises** on land.

6.  **"Personal injury"** — means injury arising from one or more of the following:
    a)  false arrest, false imprisonment, wrongful detention or malicious prosecution.
    b)  libel, slander, defamation of character, misrepresentation or humiliation.
    c)  invasion of rights of privacy, invasion of rights of occupancy, wrongful entry or wrongful eviction.

7.  **"Property damage"** — means physical injury to or destruction of tangible property, including loss of its use. This does not include theft or conversion of property by an **insured person.**

8.  **"Residence premises"** — means the one, two, three or four family building, including detached other structures and land, which is described on the declarations page.

## Agreements We Make With You

**We** make the following agreements with **you**:

## Conformity to State Statutes

When the policy provisions are in conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

## Coverage Changes
When **Allstate** broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The premium for the policy is based on information in **our** possession. Any change in this information will allow **us** to make an adjustment of the policy premium.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for **our** use in **your** state.

## Policy Transfer
**You** may transfer this policy to another person or organization only with **our** written consent.

## Continued Coverage After Your Death
If **you** die, coverage will continue until the end of the premium period for:
1. **Your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death.

2. An **insured person,** and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

## Cancellation
**Your** Right to Cancel:
**You** may cancel this policy by returning it to **us** or by notifying **us** in writing of the future date **you** wish coverage to stop.

**Our** Right to Cancel:
**Allstate** may cancel this policy by mailing notice to **you** at the mailing address shown on the declarations page.

When this policy has been in effect for less than 60 days, and is not a renewal with **us, we** may cancel the policy for any reason by giving **you** at least 10 days notice before the cancellation takes effect.

When this policy has been in effect for 60 days or more, or if it is a renewal with **us, we** may cancel the policy for one or more of the following reasons:
1. Non-payment of premium.

2. The policy was obtained by misrepresentation or fraud.

3. There has been a substantial change or increase in hazard in the risk **we** originally accepted.

If the cancellation is for non-payment of premium, **we** will give **you** at least 10 days notice. If the cancellation is for either of the other reasons, **we** will give **you** at least 30 days notice.

Mailing the notice will be proof of notice. The effective date and hour indicated on the cancellation notice will be the end of the policy period. **Your** return premium, if any, will be calculated on a pro rata basis and refunded at the time of cancellation or as soon as possible. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Continue or Renew:
**Allstate** has the right not to continue or renew this policy beyond the current premium period. If **we** don't intend to continue or renew this policy, **we** will give **you** at least 30 days notice before the end of the premium period.

## Concealment and Fraud
This policy is void if **you** intentionally conceal or misrepresent any material facts or circumstances, before or after loss.

# Section I – Your Property

## Coverage A
## Building Protection

### Property We Cover:
1. The building, including attached structures, at the **residence premises** used solely as a private rental residence.

2. Construction materials at the **residence premises** for use in connection with the building or other structures at the **residence premises**.

Page 3

3. Wall to wall carpeting installed in the building at the **residence premises.**

4. Outdoor antennas.

## Losses We Cover:
**We** will pay for damage caused by all risks of physical loss, except as otherwise limited or excluded in this policy, to the property described in the **Building Protection** coverage.

## Losses We Do Not Cover:
**We** do not cover loss or damage to the property described in the **Building Protection** coverage resulting directly or indirectly from:
1. Water damage, meaning:
    a) flood, surface water, waves, tidal water, or overflow from any body of water, or spray from any of these, whether or not driven by wind.
    b) water which backs up through sewers or drains.
    c) water below the surface of the ground. This includes water which exerts pressure on, or flows, seeps or leaks through any part of a building or other structure, sidewalk, driveway or swimming pool.

2. Earth movement, including but not limited to earthquake, volcanic eruption, landslide or mudslide, regardless of cause.

    **We** will cover direct loss caused by fire, explosion or glass breakage following earth movement.

3. Enforcement of any ordinance or law regulating the construction, repair or demolition of buildings.

    **We** will cover loss caused by actions of a civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded by this policy.

4. Neglect of an **insured person** to take all reasonable steps to save and preserve property at and after a loss, or when the property is endangered by a peril insured against by this policy.

5. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered loss caused by fire, explosion or smoke.

6. War or warlike acts, including insurrection, rebellion or revolution.

7. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not. This exclusion applies only to fences, pavements, patios, outdoor plumbing, swimming pools, foundations, retaining walls, bulkheads, piers, wharves or docks.

8. Freezing of plumbing, heating or air conditioning systems or domestic appliances, or discharge, leakage or overflow from within the systems or appliances caused by freezing, while the building is vacant, unoccupied or under construction unless **you** have used reasonable care to:
    a) maintain heat in the building; or
    b) shut off the water supply and drain the systems and appliances.

9. Wear and tear; marring; scratching; deterioration; inherent vice; latent defect; mechanical breakdown; rust; mold; wet or dry rot; contamination; smog; smoke from agricultural smudging or industrial operations; settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings; birds, vermin, rodents, insects or domestic animals.

    **We** will cover any direct loss that follows caused by fire, smoke that is not from agricultural smudging or industrial operations, explosions, collapse of a building, glass breakage, or water damage not specifically excluded in this policy. If a covered water loss results, **we** will also pay the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. **We** do not cover loss to the system or appliance from which the water escapes.

10. Theft.

11. Vandalism and malicious mischief or glass breakage if the building is vacant or unoccupied for more than 30 consecutive days immediately prior to the loss. A building under construction is not considered vacant or unoccupied.

12. Seepage, meaning continuous or repeated seepage or leakage of water or steam from within a plumbing, heating or air conditioning system or from within a domestic appliance over a period of time.

13. An increase in hazard, if increased by any means within the control or knowledge of an **insured person**.

14. Intentional or criminal acts of an **insured person**, if the loss or damage that occurs:
    a) may be reasonably expected to result from such acts; or
    b) is in fact the intended result of such acts.

    This exclusion does not apply with respect to the interest of **insured persons** and mortgagees not participating in these acts.

15. Error, omission or deficiency in design, specification, construction or materials used in construction if the error, omission or deficiency combines with a peril excluded by this policy to cause the loss.

## Coverage C
## Personal Property Protection

### Property We Cover:
Personal property owned or used by an **insured person** which is rented or held for rental with the **residence premises,** or used for the service of the **residence premises.** Coverage applies only while the personal property is on the **residence premises,** or while it is temporarily removed for repairs.

### Property We Do Not Cover:
1. Personal property separately described and specifically insured by this or any other insurance policy.

2. Animals.

3. Motorized land vehicles, including machines and bicycles.

    **We** do cover those used only to service the **residence premises** if not licensed for road use.

4. Aircraft and parts.

5. Watercraft, including their trailers, furnishings, equipment and motors.

6. Outdoor signs.

### Losses We Cover:
**We** will pay for direct loss to property described in the **Personal Property Protection** coverage, except as limited or excluded in this policy, caused by:
1. Fire or lightning.

2. Windstorm or hail.

    **We** do not cover:
    a) loss caused directly or indirectly by frost, cold weather, ice, snow or sleet, other than hail, whether wind driven or not.
    b) loss to property inside a building, caused by rain, snow, sleet, sand or dust unless wind or hail first damages the roof or walls and wind forces rain, snow, sleet, sand or dust through the opening.

3. Explosion.

4. Riot or civil commotion, including direct loss from pillage or looting during, and at the site of, the occurrence.

5. Aircraft, including self-propelled missiles and spacecraft.

6. Vehicles.

7. Smoke, if the loss is sudden and accidental.

    **We** do not cover loss caused by smoke from agricultural smudging or industrial operations.

8. Vandalism and malicious mischief.

    **We** do not cover loss by theft. **We** do not cover loss to personal property if the building has been vacant or unoccupied for more than 30 days

Page 5