immediately prior to the loss. A building under construction is not considered vacant or unoccupied.

9. Falling objects.

   **We** do not cover loss to personal property inside a building unless the falling object first damages the roof or exterior walls of the building. Damage to the falling object itself is not covered.

10. Weight of ice, snow or sleet which causes physical damage to personal property in a building, but only if the building is first damaged due to weight of ice, snow or sleet.

11. Collapse of a building or any part of a building.

    Collapse does not include bulging, cracking, expansion, settling or shrinkage.

12. Sudden and accidental loss from artificially generated electrical currents.

    **We** do not cover loss to tubes, transistors or similar electronic components.

13. Sudden and accidental bulging, burning, cracking or rupture of a steam or hot water heating system or appliance.

    **We** do not cover loss caused by or resulting from freezing under this peril.

14. Water or steam that escapes from a plumbing, heating or air conditioning system or from within a domestic appliance due to accidental discharge or overflow.

    **We** do not cover loss to the system or appliance from which the water or steam escapes. **We** do not cover loss caused by or resulting from freezing under this peril.

15. Freezing of a plumbing, heating or air conditioning system or of a domestic appliance.

    **We** do not cover loss caused by or resulting from freezing while the building is vacant, unoccupied or under construction unless **you** have used reasonable care to:
    a) maintain heat in the building; or
    b) shut off the water supply and drain the systems and appliances.

16. Burglary, including loss of personal property from a known location within a building or other structure when it is likely that the property was stolen. There must be visible evidence of forcible entry to the exterior of the building or other structure.

    **We** do not cover loss:
    a) to property damaged or taken by burglars if the building has been vacant or unoccupied for more than 30 consecutive days immediately prior to the loss. A building under construction is not considered vacant or unoccupied.
    b) by theft, other than burglary as described above.

## Losses We Do Not Cover:

**We** do not cover loss or damage to the property described in the **Personal Property Protection** coverage resulting directly or indirectly from:

1. Water damage, meaning:
   a) flood, surface water, waves, tidal water, or overflow from any body of water, or spray from any of these, whether or not driven by wind.
   b) water which backs up through sewers or drains.
   c) water below the surface of the ground. This includes water which exerts pressure on, or flows, seeps or leaks through any part of a building or other structure, sidewalk, driveway or swimming pool.

2. Earth movement, including but not limited to earthquake, volcanic eruption, landslide or mudslide, regardless of cause.

   **We** will cover direct loss caused by fire, explosion or glass breakage following earth movement.

3. Enforcement of any ordinance or law regulating the construction, repair or demolition of

buildings.

**We** will cover loss caused by actions of a civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded by this policy.

4. Neglect of an **insured person** to take all reasonable steps to save and preserve property at and after a loss, or when the property is endangered by a peril insured against by this policy.

5. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered loss caused by fire, explosion or smoke.

6. War or warlike acts, including insurrection, rebellion or revolution.

7. An increase in hazard, if increased by any means within the control or knowledge of an **insured person.**

8. Intentional or criminal acts of any **insured person,** if the loss or damage that occurs:
   a) may be reasonably expected to result from such acts; or
   b) is in fact the intended result of such acts.

   This exclusion does not apply with respect to the interest of **insured persons** not participating in these acts.

9. Error, omission or deficiency in design, specification, construction or materials used in construction if the error, omission or deficiency combines with a peril excluded by this policy to cause the loss.

## Coverage D
## Fair Rental Value

### Losses We Cover:
1. **Your** loss of fair rental value resulting from a loss covered by this policy, not including charges and expenses which do not continue, while a part of the **residence premises you** rent to others, or hold for rental, is uninhabitable. **We** will pay this loss for the shortest time required to either repair or replace the part of the premises rented or held for rental, not to exceed 12 consecutive months from the date of loss.

2. **Your** loss of fair rental value for up to two weeks, if civil authorities prohibit use of the **residence premises** due to a loss at a neighboring premises caused by a peril insured against in this policy.

These periods of time are not limited by the expiration or termination of the policy.

No deductible applies to this protection.

### Losses We Do Not Cover:
**We** do not cover loss or expense due to the cancellation of a lease or agreement.

### Additional Protection
1. **Debris Removal**
   a) **We** will pay the reasonable cost charged for necessary removal of any debris of covered property damaged in a covered loss. This protection does not increase the amount of insurance that applies to the covered property. However, when the amount payable for loss or damage to the property equals the amount of insurance available under this policy for the property, **we** will pay up to an additional 5% of that amount for debris removal expense if the property is repaired or replaced at the **residence premises.**
   b) **We** will pay the reasonable cost charged for removal of debris of fallen trees from the **residence premises**, when the trees are not otherwise insured by this policy. A peril insured against under **Building Protection** must cause the tree to fall. **We** will not pay more than $500 in the aggregate for debris removal of all fallen trees in any one loss under this protection. Loss or damage to trees is not covered.

2. **Trees, Shrubs, Plants and Lawns**
   **We** will pay up to 5% of the **Building Protection** limit of liability for loss to trees, shrubs, plants

and lawns on the **residence premises**. Protection applies only to loss caused by fire, lightning, explosion, riot or civil commotion, vandalism or malicious mischief, aircraft, vehicles not owned or operated by an occupant of the **residence premises**, or theft.

This is an additional amount of insurance.

**We** will not pay:
a) more than $500 for any one tree, shrub or plant.
b) for loss to trees, shrubs, plants or lawns if grown for business purposes.

### 3. Emergency Removal of Property

**We** will pay for loss to covered property damaged in any way while removed from the **residence premises** because of danger from a peril insured against by this policy. Protection is limited to 30 days from the date of removal. This protection does not increase the amount of insurance that applies to the covered property.

### 4. Fire Department Charges

**We** will pay up to $500 for service charges made by fire departments called to protect **your** property on the **residence premises** from a peril insured against by this policy.

No deductible applies to this protection.

### 5. Necessary Repairs After a Loss

**We** will pay the reasonable expense for necessary repairs to protect covered property from further damage after a covered loss. This protection does not increase the amount of insurance that applies to the property being repaired.

### 6. Other Structures

**We** will pay up to 10% of the **Building Protection** limit of liability for loss to other structures on the **residence premises** not attached to **your** building. Structures connected to the building by only a fence, utility line or similar connection are considered to be other structures.

This is an additional amount of insurance.

This protection does not apply to loss caused by any peril excluded under **Building Protection** coverage.

**We** do not cover other structures:
a) used in whole or in part for commercial, manufacturing or farming purposes.
b) rented or held for rental to other than a tenant of **your** building. However, **we** do cover private garages rented or held for rental to others.

## Section I Conditions

### 1. Deductible

**We** will pay only when a covered loss exceeds the deductible shown on the declarations page. **We** will then pay only the excess amount, unless **we** have indicated otherwise in this policy.

Only one deductible will apply to a covered loss arising from one occurrence.

### 2. Insurable Interest and Our Liability

In the event of a covered loss, **we** will not pay for more than the insurable interest of an **insured person** in the property covered nor more than the amount of coverage afforded by the policy.

### 3. What You Must Do After a Loss

In the event of a loss to any property that may be covered by this policy, **you** must:
a) promptly give **us** or **our** agent written notice. Report any burglary to the police as soon as possible.
b) protect the property from further loss. Make any reasonable repairs necessary to protect it. Keep an accurate record of any repair expenses.
c) promptly separate damaged from undamaged property. Give **us** a detailed list of the damaged or destroyed property, showing the quantity, cost, and amount of loss claimed.
d) give **us** all accounting records, bills, invoices and other vouchers, or certified copies of these, which **we** may reasonably request to examine, and permit **us** to make copies.
e) provide records supporting any claim for loss of fair rental value.

Page 8

f) as often as **we** reasonably require:
   1) show **us** the damaged property.
   2) submit to examinations under oath.
g) at **our** request, give **us** a signed, sworn proof of loss within 60 days from the date of loss. This statement must include the following information:
   1) the time and cause of the loss.
   2) the interest **you** and any others have in the property, including any encumbrances.
   3) the amount of loss for each item damaged or destroyed.
   4) any other insurance that may cover the loss.
   5) any changes in title, use, occupancy or possession of the property that have occurred during the policy period.
   6) at **our** request, the specifications for any damaged building or other structure.

### 4. Our Options

In the event of a covered loss, **we** have the option to:
a) repair, rebuild or replace the damaged or destroyed property with property of like kind and quality within a reasonable time; or
b) take all or part of the covered property at the agreed or appraised value.

If **we** plan to exercise either option, **we** must notify **you** of **our** intention to do so within 30 days after **we** receive **your** signed, sworn proof of loss.

### 5. How We Settle a Loss Building Protection

Loss to buildings and other structures insured under the **Building Protection** coverage will be settled by one of the following methods:
a) Replacement Cost.
   This means there will not be a deduction for depreciation. Payment will not exceed the smallest of the following amounts:
   1) the cost to replace the damaged part of the building with equivalent material on the same premises.
   2) the amount actually and necessarily spent to repair or replace the damaged part of the building.
   3) the limit of liability applicable to the damaged property.
b) Actual Cash Value.
   This means there may be a deduction for depreciation.

If **you** decide not to repair or replace the damaged property, settlement will be on an actual cash value basis, not to exceed the limit of liability applicable to the damaged property. **You** may make claim within 180 days after the date of loss for any additional payment on a replacement cost basis.

### Personal Property Protection

Loss to personal property covered under the **Personal Property Protection** coverage will be settled by one of the following methods:

a) Replacement Cost.
   This means there will not be a deduction for depreciation. Payment for any single item will not exceed the smallest of the following amounts:
   1) the cost to replace the item with a similar item of like kind and quality.
   2) the cost of repair or restoration.
   3) the limit of liability shown on the declarations page for **Personal Property Protection** coverage.

   **We** will not pay more than the actual cash value of the damaged property until the repair, restoration or replacement is completed.

   Replacement cost settlement will not apply to:
   1) antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced with new articles.
   2) articles whose age or history contribute substantially to their value. This includes but is not limited to memorabilia, souvenirs and collector's items.
   3) property which is obsolete or unusable for the purpose for which it was originally intended because of its age or condition.
b) Actual Cash Value.

Page 9

This means there may be a deduction for depreciation.

If **you** decide not to repair, restore or replace the damaged property, settlement will be on an actual cash value basis, not to exceed the limit of liability shown on the declarations page for **Personal Property Protection** coverage.

**You** may make any claim within 180 days after the date of loss for any additional payment on a replacement cost basis.

### 6. Our Payment of Loss

**We** will settle any covered loss with **you**. **We** will pay **you** unless another payee is named in the policy. **We** will pay within 60 days after the amount of loss is finally determined. This amount may be determined by an agreement between **you** and **us**, a court judgment, or an appraisal award.

### 7. Appraisal

If **you** and **we** fail to agree on the amount of loss, either party may make a written demand for appraisal. Upon such demand, each party must select a competent and disinterested appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree on an umpire within 15 days, **you** or **we** may ask a judge of a court of record in the state where the **residence premises** is located to select an umpire.

The appraisers will then determine the amount of loss, stating separately the actual cash value and amount of loss to each item. If the appraisers submit a written report of an agreement to **us**, the amount agreed upon will be the amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award by any two will determine the amount of loss.

Each party will pay the appraiser it chooses and equally bear expenses for the umpire and all other appraisal expenses.

### 8. Abandoned Property

**We** are not obligated to accept any property abandoned by an **insured person**.

### 9. Mortgagee

A covered loss will be payable to the mortgagees named on the declarations page, to the extent of their interest and in the order of precedence. All provisions of this policy apply to these mortgagees.

**We** will:
a) protect the mortgagee's interest in an insured building in the case of breach of warranty, increase in hazard, change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions.
b) give the mortgagee at least 10 days notice if **we** cancel or refuse to continue or renew this policy.

The mortgagee will:
a) furnish proof of loss within 60 days after notice of loss if an **insured person** fails to do so.
b) pay on demand any premium due if an **insured person** fails to do so.
c) notify **us** of any change of ownership or occupancy or any increase in hazard which the mortgagee may know of.
d) give **us** the mortgagee's right of recovery against any party liable for loss.
e) after a loss, and at **our** option, permit **us** to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision will also apply to any trustee or loss payee named in this policy.

### 10. Permission Granted to You

The **residence premises** may be vacant or unoccupied for any length of time, except where a time limit is indicated in this policy for specific perils. A building under construction is not considered vacant or unoccupied.

**You** may make alterations, additions, repairs, and **you** may complete structures under construction.