11. **Our Rights to Recover Payment**

    When **we** pay for any loss, an **insured person's** rights to recover from anyone else become **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them.

    **You** may waive **your** rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to a loss.

12. **Suit Against Us**

    No suit or action may be brought against **us** unless there has been full compliance with all the policy terms. Any suit or action must be brought within one year from the date of loss.

13. **Loss to a Pair or Set**

    If there is loss to a pair or set, **we** may:
    a) repair or replace any part of the pair or set to restore it to its value prior to the loss; or
    b) pay the difference between the actual cash value of the property before and after the loss.

14. **Glass Replacement**

    **We** will replace covered glass using safety glazing materials when required by law.

15. **No Benefit to Bailee**

    This insurance will not in any way benefit any person or organization caring for or handling **your** property for a fee.

16. **Other Insurance**

    If both this and other insurance apply to a loss, **we** will pay **our** share. **Our** share will be the proportionate amount that this insurance bears to the total amount of all applicable insurance.

17. **Property Insurance Adjustment**

    When the declarations page indicates that the Property Insurance Adjustment Condition applies:

    The limit of liability shown on the declarations page for Coverage A — **Building Protection** will be revised at each policy anniversary to reflect the rate of change in the index identified on the declarations page.

    The limit of liability for Coverage A — **Building Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1,000.

    Adjustment in the limit of liability for Coverage A — Building **Protection** will result in an adjustment of the limit of liability for Coverage C — **Personal Property Protection** in accordance with the **Allstate** manual of Rules and Rates.

    The limit of liability will not be reduced to less than the limit of liability specified on the declarations page at the time of the policy issuance without **your** consent.

    **You** have the right to refuse any change resulting from the application of this condition, and **you** have the right to change the limit of liability at any time.

    Any adjustment in premium resulting from the application of this condition will be made based on premium rates in use by **Allstate** at the time a change in limits is made.

    **Allstate** has the right to change to another cost index or to withdraw this condition as of a policy anniversary date by giving **you** at least 30 days notice. This applies only if the change or withdrawal applies to all similar policies issued by **Allstate**.

## Section II — Your Liability

### Coverage X
### Business Liability Protection

**Losses We Cover:**
**We** will pay all sums which an **insured person** becomes legally liable to pay as damages arising from the same loss because of **bodily injury, personal injury** or **property damage** to which this coverage

Page 11

applies and which arises from the ownership, maintenance or use of the **insured premises** except as limited or excluded in this policy.

**We** may investigate or settle any claim or suit for covered damages against an **insured person**. If an **insured person** is sued for these damages, **we** will provide a defense with counsel of **our** choice, even if the allegations are not true. **We** are not obligated to pay any claim or judgment or to defend any suit if **we** have already exhausted **our** limit of liability by payment of judgments or settlements.

## Losses We Do Not Cover:

1. **We** do not cover **bodily injury, personal injury** or **property damage** which may reasonably be expected to result from the intentional or criminal acts of an **insured person** or which is in fact intended by an **insured person**.

2. **We** do not cover **bodily injury, personal injury** or **property damage** arising from the rendering or failure to render professional services.

3. **We** do not cover **bodily injury, personal injury** or **property damage** arising from the ownership, maintenance, use, loading or unloading of any:
   a) aircraft.
   b) motorized land vehicle or trailer.
   c) watercraft.

4. **We** do not cover **bodily injury, personal injury** or **property damage** caused directly or indirectly by war or warlike acts, including insurrection, rebellion or revolution.

5. **We** do not cover **bodily injury, personal injury** or **property damage** arising from premises other than the **insured premises**, or to liability assumed by an **insured person** under any written contract or agreement related to other than the **insured premises**.

6. **We** do not cover any liability an **insured person** assumes under any written contract or agreement in connection with an **insured person's** business other than the rental of the **insured premises**.

7. **We** do not cover any liability an **insured person** assumes under any unwritten contract or agreement.

8. **We** do not cover **bodily injury** or **property damage** for which an **insured person** may be held liable:
   a) as a person or organization in the business of manufacturing, distributing, selling or serving alcoholic beverages if liability is imposed:
      1) by or because of violation of any statute, ordinance or regulation relating to the sale, distribution, gift or use of any alcoholic beverage.
      2) because of the sale, giving or serving of any alcoholic beverage to a minor or to a person under the influence of alcohol, or which causes or contributes to the intoxification of any person.
   b) not as a person or organization in the business of, but as an owner or lessor of premises used for purposes of manufacturing, distributing, selling or serving alcoholic beverages, if liability is imposed by or because of the violation of any statute, ordinance or regulation relating to the sale, distribution, gift or use of any alcoholic beverage.

9. **We** do not cover **property damage** to property owned by an **insured person**.

10. **We** do not cover **property damage** to property rented to, occupied by, used by or in the care of an **insured person**.

11. **We** do not cover **bodily injury** or **personal injury** to any person eligible to receive benefits required to be provided or voluntarily provided by an **insured person** under any workers compensation, non-occupational disability or occupational disease law.

12. **We** do not cover **personal injury** caused by a violation of a law or ordinance committed:
    a) by an **insured person**.
    b) with an **insured person's** knowledge or consent.

13. **We** do not cover **personal injury** to any person if

Page 12

the **personal injury** results from an offense related directly or indirectly to the person's employment by an **insured person**.

14. **We** do not cover **personal injury** arising from the publication of libelous or defamatory remarks or from the utterance of slanderous or defamatory remarks:
    a) if the initial publication or utterance of the same or similar material by or on behalf of an **insured person** occurred prior to the effective date of this insurance.
    b) concerning any business or service, made by or at the direction of an **insured person** with awareness of the falsity.

## Coverage Y
## Premises Medical Protection

### Losses We Cover:
**We** will pay to or on behalf of an injured person the reasonable expenses incurred for medical treatment, products or services actually rendered. Ambulance, medical, surgical, x-ray, dental, orthopedic and prosthetic device, pharmaceutical, eyeglass, hearing aid, funeral service and professional nursing service expenses are covered. Payment will made only if **bodily injury**:
1. arises from a condition on the **insured premises**; or
2. arises from an accident or occurrence for which an **insured person** is provided protection under the **Business Liability Protection** of this policy.

The treatment, products or services must be rendered within three years from the date of the accident causing the **bodily injury**.

### Losses We Do No Cover:
1. **We** do not cover **bodily injury** which may reasonably be expected to result from the intentional or criminal acts of an **insured person** or which is in fact intended by an **insured person**.

2. **We** do not cover **bodily injury** arising from the rendering or failure to render professional services.

3. **We** do not cover **bodily injury** arising from the ownership, maintenance, use, loading or unloading of any:
   a) aircraft.
   b) motorized land vehicle or trailer.
   c) watercraft.

4. **We** do not cover **bodily injury** caused directly or indirectly by war or warlike acts, including insurrection, rebellion or revolution.

5. **We** do not cover **bodily injury** to any person eligible to receive benefits required to be provided or voluntarily provided by an **insured person** under any workers compensation, non-occupational disability or occupational disease law.

6. **We** do not cover **bodily injury** to an **insured person**, a tenant or other person residing on the **insured premises**, or to any employee, if the **bodily injury** arises from employment by an **insured person**.

7. **We** do not cover **bodily injury**:
   a) to a tenant if the **bodily injury** occurs on the part of the **insured premises** rented from an **insured person**.
   b) to an employee of a tenant if the **bodily injury** arises from employment by the tenant.

8. **We** do not cover **bodily injury** to any person engaged in:
   a) maintenance or repair of the **insured premises**.
   b) alteration, demolition or new construction at the **insured premises**.

### Additional Protection
1. **Claim Expenses**
   **We** will pay:
   a) all costs **we** incur in the settlement of any claim or the defense of any suit against an **insured person**.
   b) interest accruing on damages awarded until such time as **we** have paid, formally offered or deposited in court the amount for which **we** are liable under this policy. Interest will

Page 13

be paid on damages which do not exceed **our** limit of liability.
c) premiums on appeal and attachment bonds required in any suit **we** defend. **We** will not pay the premium for bond amounts exceeding the **Business Liability Protection** coverage limit of liability.
d) loss of earnings, but not other income, up to $50 per day, when **we** ask an **insured person** to attend hearings and trials.
e) any other reasonable expenses incurred by an **insured person** at **our** request.

2. **Emergency First Aid**
   **We** will pay expenses incurred by an **insured person** for first aid to other persons at the time of accident for **bodily injury** covered by this policy.

## Section II Conditions

1. **What You Must Do After a Loss**
   In the event of **bodily injury, personal injury** or **property damage** that may be covered by this policy:
   a) **you** must promptly notify **us** or **our** agent in writing, stating:
      1) **your** name and policy number.
      2) the date, place and circumstances of the loss.
      3) the name and address of anyone who might have a claim against an **insured person.**
      4) the names and addresses of any witnesses to the loss.
   b) **you** must send **us** any legal papers relating to the loss.
   c) at **our** request, an **insured person** must:
      1) cooperate with **us** and assist **us** in any matter concerning a claim or suit.
      2) help **us** enforce any right of recovery against any person or organization that may be liable to an **insured person** for the loss.
      3) attend any hearing or trial.
      4) help **us** by collecting and giving evidence and obtaining witnesses.

   An **insured person** may not voluntarily pay any money, assume any obligation, or incur any expense, except at that person's own cost, other than for first aid to others at the time of loss as provided under this policy.

2. **What an Injured Person Must Do — Premises Medical Protection**
   If someone is injured, that person or someone acting on that person's behalf must:
   a) promptly give **us** written proof of loss. If **we** request, this must be given under oath.
   b) give **us** written authorization to obtain copies of all medical records and reports.
   c) permit doctors **we** select to examine the injured person as often as **we** may reasonably require.

3. **Our Payment of Loss — Premises Medical Protection**
   **We** may pay the injured person or the provider of medical services. Payment under this coverage is not an admission of liability by an **insured person** or **us**.

4. **Our Limits of Liability**
   This insurance applies separately to each **insured person**. Regardless of the number of **insured persons**, injured persons, claims, claimants or policies involved, **our** total liability under **Business Liability Protection** coverage for damages resulting from one loss will not exceed the limit of liability for Coverage X shown on the declarations page. All **bodily injury, personal injury** and **property damage** resulting from one accident or from continuous or repeated exposure to the same general conditions is considered the result of one loss. **Our** total liability under **Premises Medical Protection** coverage for all medical expenses payable for **bodily injury** to any person will not exceed the "each person" limit shown for Coverage Y on the declarations page.

5. **Bankruptcy**
   **We** are not relieved of any obligation under this policy because of the bankruptcy or insolvency of any **insured person**.

6. **Our Rights to Recover Payment — Business Liability Protection**
   When **we** pay any loss, an **insured person's** rights to recover from anyone else become **ours**, up to the amount **we** have paid. An **insured**

Page 14

person must protect these rights and help us enforce them.

7. **Suit Against Us**

   No suit or action may be brought against us unless there has been full compliance with all the policy terms. No one may make us a party to a suit to determine the liability of an insured person.

   In addition, under **Business Liability Protection** coverage, no suit or action may be brought against us until the obligation of an insured person to pay is finally determined, either by judgment against the insured person after actual trial, or by written agreement between the insured person, the injured person and us.

8. **Other Insurance — Business Liability Protection**

   If both this policy and other insurance apply to a loss, we will pay our share. Our share will be the proportionate amount that this insurance bears to the total amount of all applicable insurance.

# Section III — Optional Protection

## Optional Coverages You May Buy

The following optional coverages apply only when indicated on the declarations page with premiums shown for them. All provisions of this policy apply to the optional coverages described in this section unless specifically modified by the terms of the optional coverage.

## Coverage E
## Earth Movement

We will pay for direct loss to the property described in the **Building Protection** and the **Personal Property Protection** coverages caused by earth movement, including but not limited to earthquake, volcanic eruption, landslide or mudslide. Earth movement does not include mine subsidence.

This coverage does not change the limit of liability provided under the **Building Protection** coverage or the **Personal Property Protection** coverage.

If multiple earth movements occur within a 72 hour period, they will be considered a single occurrence. We will not pay for any loss caused by an earth movement occurring before this coverage is effective or after this coverage has terminated.

We do not cover loss caused directly or indirectly by flood or tidal wave, whether or not caused by or resulting from an earth movement.

The specific deductible for this coverage is shown on the declarations page.

## Coverage U
## Increased Limits on Other Structures

The limit of liability applicable to other structures under Section I Additional Protection is increased to the amount shown on the declarations page.

## Coverage CL
## Demolition Insurance

In Coverage A — **Building Protection**, exclusion 3 under **Losses We Do Not Cover** is modified so the following coverage may apply:

In the event of a covered loss to an insured building or other structure at the **residence premises, we** will also pay for loss arising from the enforcement of a state or municipal law requiring demolition of any part of the building or other structure not damaged by the perils insured against, for rebuilding of the damaged property. This coverage does not change the limit of liability under this policy applicable to the building or other structure.