IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*[signature]*  
Secretary

*[signature]* Jerry D. Choate  
President,  
Personal Property & Casualty

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE — AP3337

On November 26, 2002, the federal "Terrorism Risk Insurance Act of 2002" (the federal Act) became effective. The federal Act establishes a new temporary federal Program (the federal Program) providing for a system of shared public and private compensation for certain insured commercial property and casualty losses resulting from "acts of terrorism," as defined in the federal Act.

The federal Act defines an "act of terrorism" as an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside of the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as a part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Your insurance coverage includes coverage for losses caused by "acts of terrorism" to which the federal Program applies. This coverage is subject to all other terms, conditions, limitations and exclusions of your policy.

### DISCLOSURE OF FEDERAL SHARE OF COMPENSATION FOR INSURED LOSSES
Insured losses caused by "acts of terrorism" to which the federal Program applies would be partially reimbursed by the United States of America under a formula established by the federal Act. Under that formula, the United States of America pays 90 percent of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

### DISCLOSURE OF PREMIUM
The portion of your annual premium that is attributable to coverage for losses caused by "acts of terrorism" to which the federal Program applies is $0.00.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy—Keep It With Your Policy*

## Landlords Package Policy Endorsement — AU10710

I. The following provisions are added to the **General** section of the policy:

   1. **What Law Will Apply**

      This policy is issued in accordance with the laws of Louisiana and covers property or risks principally located in Louisiana. Subject to the following paragraph, the laws of Louisiana shall govern any and all claims or disputes in any way related to this policy.

      If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, claims or disputes regarding that covered loss to property, or any other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

   2. **Where Lawsuits May Be Brought**

      Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

      If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, lawsuits regarding that covered loss to property, or any other covered occurrence may also be brought in the judicial district where that covered loss to property, or any other covered occurrence happened.

      Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

II. In Section I—Coverage A Building Protection under **Losses We Do Not Cover** item 10 has been replaced by the following:

AU10710                                                                                                  Page 1

10. Theft. However, damage to the **residence premises** caused by burglary is covered if the **residence premises** is completed and occupied and there is visible evidence of forcible entry on the exterior of the building.

All other policy terms and conditions apply.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## Louisiana Endorsement — Landlords Package Policy — AU9715

A. The following is added to Building Protection coverage under Losses We Do Not Cover:

16. Windstorm or hail to the following property:
    a) cloth awnings and their frames.
    b) fences.
    c) seawalls, property lines and similar walls.
    d) greenhouses, hothouses, slathouses, trellises, pergolas and cabanas.
    e) wharves, docks, piers, boathouses, bulkheads, or other structures located entirely or partially over water.
    f) screening and supports which entirely or partially enclose pools, patios or other areas, whether a separate structure or attached to another structure.

    We will cover screening and supports of porches attached to the building.

B. The windstorm and hail peril in Personal Property Protection coverage under Losses We Cover is replaced by the following:

2. Windstorm or hail.

    We do not cover:
    a) loss caused directly or indirectly by frost, cold weather, ice, snow or sleet, other than hail, whether wind driven or not.
    b) loss to property inside the building, caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and forces rain, snow, sleet, sand or dust through the opening.
    c) loss to outdoor equipment used to service the premises, while outside the building or enclosed other structure.
    d) loss to property in or on wharves, docks, piers, boathouses, bulkheads, or other structures located entirely or partially over water.