# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

THIS ENDORSEMENT CHANGES YOUR POLICY — KEEP IT WITH YOUR POLICY

## STANDARD FIRE POLICY PROVISIONS — AP1046

This form contains the provisions of the Standard Fire Policy. Whenever the terms and provisions of Section I can be construed to perform a liberalization of the provisions found in the Standard Fire Policy, the terms and provisions of Section I shall apply.

**In Consideration of the Provisions and Stipulations Herein or Added Hereto and of the Premium Specified in the Declarations** (or specified in endorsement attached thereto), **Allstate, for the term shown in the Declarations from inception date shown in the Declarations until cancelled or expiration** at location of property involved, to an amount not exceeding the limit of liability specified, does insure **the Insured named in the Declarations** and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the Insured, against all **DIRECT LOSS BY FIRE, LIGHTNING AND OTHER PERILS INSURED AGAINST IN THIS POLICY INCLUDING REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED,** to the property described herein while located or contained as described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of Allstate.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## Landlords Package Policy — Amendatory Endorsement — AU1411

It is agreed that the policy is amended as follows:

1.  In Section I, exclusion 2 in **Building Protection** coverage and **Personal Property Protection** coverage under "Losses We Do Not Cover" is replaced by the following:

    Earth movement, which includes but is not limited to:
    a)   earthquake;
    b)   volcanic eruption;
    c)   landslide;
    d)   subsidence;
    e)   mudflow;
    f)   sinkhole;
    g)   erosion; or
    h)   the sinking, rising, shifting, expanding or contracting of the earth.

    This exclusion applies whether or not the earth movement is combined with water.

    **We** will cover loss that follows earth movement if the loss is directly caused by fire, explosion or glass breakage.

2.  In Section I, exclusion 15 in **Building Protection** coverage and exclusion 9 in **Personal Property Protection** coverage under "Losses We Do Not Cover" is replaced by the following:

    One or more of the items listed below, if that item is one of two or more causes of loss or damage, and if the other cause(s) of the loss or damage is (are) excluded by this policy.

    a)   Conduct, act, failure to act, or decision of any person, group, organization or governmental body whether intentional, wrongful, negligent, or without fault.

    b)   Defect, weakness, inadequacy, fault or unsoundness in:
    1)   planning, zoning, development, surveying, siting; or
    2)   design, specifications, workmanship, construction, grading, compaction; or
    3)   materials used in construction or repair; or
    4)   maintenance

Page 1

of any property including but not limited to land, structures, or improvements of any kind, whether on or off the **residence premises**.

c)   Weather conditions, which includes but is not limited to heat, cold, rain, ice, snow, sleet, wind, hail or drought.

3.  a)   In Section I, the following exclusion is added under **Building Protection** "Losses We Do Not Cover":

    Collapse, except as provided in Section I Additional Protection under "Collapse".

   b)   In Section I, the words "collapse of a building" are deleted from the second paragraph of **Building Protection** "Losses We Do Not Cover" exclusion 9.

   c)   In Section I, under **Personal Property Protection** "Losses We Cover", item 11 is deleted.

   d)   The following coverage is added under Section I Additional Protection:

**Collapse**
**We** will cover:
1) entire or partial collapse of a covered building; and
2) physical loss to covered property directly caused by entire or partial collapse of a building.

For coverage to apply, the collapse must be directly caused by one or more of the following items:
1) a loss **we** cover under **Personal Property Protection** coverage.
2) hidden decay or vermin damage.
3) weight of persons, animals, equipment or contents.
4) weight of rain or snow which collects on a roof.
5) defective methods or materials used in construction, repair, remodeling or renovation, but only if the collapse occurs in the course of the construction, repair, remodeling or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not change the limit of liability that applies to the covered property.

4.  In Section III, **Coverage E — Earth Movement** is replaced by:

**Coverage E — Earth Movement**
**We** will pay for direct loss to the property described in the **Building Protection** and the **Personal Property Protection** coverages caused by earth movement, including but not limited to:
a)   earthquake;
b)   volcanic eruption;
c)   landslide;
d)   mudflow;
e)   sinkhole;
f)   erosion; or

g)   the sinking, rising, shifting, expanding or contracting of the earth.

Earth movement does not include mine subsidence.

This coverage does not change the limit of liability provided under the **Building Protection** coverage or the **Personal Property Protection** coverage.

If multiple earth movements occur within a 72 hour period, they will be considered a single occurrence. **We** will not pay for any loss caused by an earth movement occurring before this coverage is effective or after this coverage has terminated.

**We** do not cover loss caused directly or indirectly by flood or tidal wave, whether or not caused by or resulting from an earth movement.

The specific deductible for this coverage is shown on the declarations page.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## LOUISIANA AMENDATORY ENDORSEMENT — AU2240
## Allstate Landlords Package Policy

1.  In the **General** section of the policy, the **Cancellation** provision is replaced by the following:

    **Cancellation**
    **Your** Right to Cancel:
    **You** may cancel this policy by notifying us of the future date **you** wish to stop coverage.

    **Our** Right to Cancel:
    **Allstate** may cancel this policy by mailing notice to **you** at the mailing address shown on the declarations page.

    When this policy has been in effect for less than 60 days and it is not a renewal with **us, we** may cancel this policy for any reason by mailing notice to **you** at least 60 days before the cancellation date or, if cancellation is based on non-payment of premium, at least 10 days before the cancellation date.

    When this policy has been in effect for 60 days or more, or if it is a renewal with **us, we** may cancel this policy for the following reasons:

    1)  Non-payment of premium.

    2)  Fraud or material misrepresentation made by or with the knowledge of the named insured in obtaining the policy, renewing the policy, or in presenting a claim under the policy.

    3)  Activities or omissions on the part of the named insured which change or increase any hazard insured against, including a failure to comply with loss control recommendations.

    4)  Change in the risk which increases the risk of loss after insurance coverage has been issued or renewed, including an increase in exposure due to regulation, legislation, or court decision.

    5)  Violation or breach by the insured of any policy terms or conditions.

1/20/92