When this policy has been in effect for 60 days or more, or if it is a renewal with **us**, **we** will give **you** at least 10 days notice before the cancellation takes effect if the cancellation is for non-payment of premium. Otherwise, **we** will give **you** at least 20 days notice.

**Our** mailing the notice of cancellation to **you** will be deemed to be proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded at the time of cancellation or as soon as possible. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Renew or Continue:
**Allstate** has the right not to renew or continue the policy beyond the current premium period. If **we** don't intend to continue or renew the policy, **we** will mail **you** notice at least 60 days before the end of the premium period. **Our** mailing the notice of non-renewal to **you** will be deemed to be proof of notice.

2. In **Section 1 — Conditions**, item b) of the "**We will:**" paragraph of the **Mortgagee** provision (Condition 9) is replaced by the following:

**We will:**
b)  give the mortgagee at least 10 days notice if **we** cancel this policy for nonpayment of premium, or at least 20 days notice if **we** cancel for any other reason.

# Allstate

Actual Cash Value Loss Settlement Endorsement
Landlords Package Policy

In Section I of the policy, Condition 5, How We Settle a Loss, does not apply and is replaced by the following:

5. **How We Settle a Loss**
   Loss to property insured by this policy under the **Building Protection** and **Personal Property Protection** coverages will be settled on an actual cash value basis.
   There may be a deduction for depreciation. Payment will not exceed the smallest of:
   a) the actual cash value of the damaged property at the time of loss;
   b) the amount necessary to repair or replace the damaged property with other of like kind and quality; or
   c) the limit of liability applicable to the damaged property.

AU9708