UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| ARTHUR AND SHIRLEY BURTON; KEVIN WELLS | * * * | CIVIL ACTION |
| Plaintiffs, VERSUS | * * | NO.: 07-5961 |
| ALLSTATE INSURANCE COMPANY, | * * * | |
| Defendant. | * * | |

\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF LINDA SISSON CONCERNING ALLSTATE INDEMNITY COMPANY'S POLICY IN SUPPORT OF DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

**STATE OF VIRGINIA** §
§
**COUNTY OF ROANOKE** §

Linda Sisson, being duly sworn, deposes and states as follows:

1. I am over 18 years of age, and a resident of the State of Virginia.

2. I have knowledge of the facts set forth in this Affidavit, both personally and through a review of Allstate Indemnity Company's records, made and kept in the regular course of Allstate's business by those whose regular job function it is to make and keep such records, and, if called as a witness, I could testify competently to those facts.

Exhibit B

3. I am a Senior Field Support Representative for Allstate. I have held this position for 10 years.

4. Attached hereto is a true and correct copy of the Deluxe Homeowners policy, including the declarations page, covering the property owned by Kevin Wells.

Dated: November 20, 2007

_____
Linda Sisson

SUBSCRIBED AND SWORN to before me this 20th day of November, 2007.

_____
Notary Public

My Commission Expires: _____

> KIM FERGUSON
> NOTARY PUBLIC
> COMMONWEALTH OF VIRGINIA
> MY COMMISSION EXPIRES DEC. 31, 2009
> COMMISSION # 300172

National Support Center
**Allstate Insurance Company**
1819 Electric Road
Roanoke, VA 24018-1618


**Allstate.**
You're in good hands.

Claim # 51148l2711

To Whom It May Concern:

I, Vicki Hodges, employee of Allstate Insurance Company, Roanoke, Virginia, do certify that the enclosed is a copy of Policy Number 915816692,

in the name of Kevin Wells,

showing the coverages that were on the policy at the time of loss of 8/29/05.

_Vicki Hodges_
Claim Support

State of Virginia, County of Roanoke

On this 27th day of September, 2007, before me personally appeared Vicki Hodges to me known to be the person who executed the foregoing instrument and acknowledged that she executed the same as a free act and deed.

_Darlene Looney_
Notary Public

DARLENE LOONEY
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MAY 31, 2011
COMMISSION # 165532

Wm E Washington Inc
2100 Woodmere, #140
Harvey LA 70058

**Your Quick Insurance Check**

✓ Verify the information listed in the Policy Declarations.
✓ Please call if you have any questions.
✓ File this package safely away.
✓ If you haven't paid your premium in full, watch the mail for your bill.

Kevin Wells
Apt A
4218 Lac Du Bay Apt
Harvey LA 70058

Thank you for becoming an Allstate Indemnity Company Deluxe Homeowners insurance customer. We appreciate your business and want to remind you that you're backed by an experienced Allstate team that's ready to help you protect your family, your home, and your financial security.

**Your policy documents are inside.**
You'll find your coverages, limits, deductibles, and premiums listed on the enclosed Policy Declarations, along with any discounts you have. Your new policy is also enclosed.

Before storing these documents with your other important papers, please read them carefully, particularly the Policy Declarations to make sure it accurately reflects your information and the choices you've made. If there's anything you'd like to change, please get in touch with me right away.

**About your premium payment.**
Unless a mortgage company or lienholder pays your insurance premium for you, keep an eye out for your bill, which will include information on payment options.

If you're paying your premium using the Allstate Easy Pay Plan, you will not receive a bill. Instead, we'll send you a statement detailing your withdrawal schedule for the policy period.

*(over)*

information as of
April 5, 2005

NP92

**We're here to help you.**
Feel free to call me at (504) 348-3338. Or take advantage of the online services at *allstate.com*, where you can view your policy information and even make a payment by registering at the Allstate Customer Care Center. And for 24-hour-a-day, 7-day-a-week service and information, just call 1-800-ALLSTATE® (1-800-255-7828).

**Insure today. Secure tomorrow.**[SM]
Protecting your home and belongings is crucial to safeguarding your overall financial security, so keep in mind that insurance needs can change as your life does. If you need to adjust your coverage to keep up with your changing needs, please get in touch with me soon.

I'm delighted you've chosen Allstate Indemnity Company. Welcome.

*Bill Washington*

Wm E Washington Inc
Your Allstate Agent