**Allstate Indemnity Company**

# Deluxe Homeowners
# Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Kevin Wells<br>Apt A<br>4218 Lac Du Bay Apt<br>Harvey LA 70058 | **YOUR ALLSTATE AGENT IS:**<br>Wm E Washington Inc<br>2100 Woodmere, #140<br>Harvey LA 70058 | **CONTACT YOUR AGENT AT:**<br>(504) 348-3338 |
| **POLICY NUMBER**<br>9 15 816692 03/30 | **POLICY PERIOD**<br>Begins on Mar. 30, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Mar. 30, 2005 to Mar. 30, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
1836 Redwood Dr, Harvey, LA 70058-3549

**MORTGAGEE**
- COUNTRYWIDE HOME LOAN ISAOA/ATIMA
  Msn Sv22 P O B 10212    Van Nuys CA 91410-0212          *Loan ≠ NONE*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,071.00 |
| **TOTAL** | **$1,071.00** |

# Allstate Indemnity Company

Policy Number:  9 15 816592 03/30        Your Agent:  Wm E Washington Inc  (504) 348-3338
For Premium Period Beginning: Mar. 30, 2005

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES (See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits  • $1,000  All Peril Deductible Applies | $95,452 | |
| Other Structures Protection  • $1,000  All Peril Deductible Applies | $9,545 | |
| Personal Property Protection - Actual Cash Value  • $1,000  All Peril Deductible Applies | $47,726 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments  • $250   All Peril Deductible Applies | $1,000 | each occurrence |

## DISCOUNTS   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 5 % | Windstorm or Hail Exclusion | 35 % |
| Age of Home | 5 % | | |

## RATING INFORMATION

The dwelling is of Brick construction and is occupied by   1 family

# Allstate Indemnity Company

Policy Number: **9 15 816692 03/30**   Your Agent:   **Wm E Washington Inc  (504) 348-3338**
For Premium Period Beginning: **Mar. 30, 2005**

## *Your Policy Documents*

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3346
- Bldg. Struct. Reimb. Ext. Limits End. form AP357

- Standard Fire Policy Provisions form AP4443
- Windstorm or Hail Exclusion form AP892

## *Important Payment and Coverage Information*

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment.  Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

Edward J. Dixon
President

Robert W. Pike
Secretary

Information as of
April 5, 2005

## Allstate Indemnity Company

Policy Number:  9 15 816692 03/30      Your Agent:    Wm E Washington Inc  (504) 348-3338
For Premium Period Beginning:  Mar. 30, 2005

# Important Notice

## *Allstate's Privacy Policy*

At Allstate, we value you as a customer and share your concerns about privacy. To help you understand how we treat the nonpublic personal information ("customer information") that we obtain from you or other sources in the course of providing you with products and services, this notice describes our use and protection of that information.

Whether you're doing business with us through your local agent or broker, our Customer Information Center, or allstate.com, we want you to know that Allstate respects your privacy and protects your information.

- • We do not sell customer information.
- • We do not share your customer information with persons, companies, or organizations outside of Allstate that would use that information to contact you about their own products and services.
- • We expect persons or organizations that provide services on our behalf to keep customer information confidential and to use it only to provide the services we've asked them to perform.
- • Within Allstate, we communicate to our employees regarding the need to protect customer information, and we've established physical, electronic, and procedural safeguards to protect customer information.

Below we've provided answers to questions that might be on your mind regarding privacy. You may be wondering...

**What do we do with your customer information?**
Allstate does not sell your customer information, or medical information, to anyone. Nor do we share it with companies or organizations outside of Allstate that would use that information to contact you about their own products and services. If that practice were ever to change, we would, of course, offer you the ability to opt out of this type of information sharing, and we would offer you the opt-out with time for you to respond before the change in our practice took place.

Your agent or broker may use customer information to help you with your overall insurance program. We may also communicate with you about products, features, and options you have expressed an interest in or that we believe may be of interest to you. We may, without authorization but only as permitted or required by law, provide customer information to persons or organizations both inside and outside of Allstate to fulfill a transaction you have requested, service your policy, market our products to you, investigate or handle claims, detect or prevent fraud, participate in insurance support organizations, or comply with lawful requests from regulatory and law enforcement authorities. These persons or organizations may include: our affiliated companies, companies that perform marketing services on our behalf, other financial institutions with which we have a joint marketing agreement for the sale of our own products, and your agent or broker.

**What kind of customer information do we have, and where did we get it?**
Much of the customer information that we have about you comes directly from you. When submitting your application or request for insurance or other products and services we offer, or requesting an insurance quote, you may give us information such as your name, address, and Social Security number. We keep information about your transactions with our affiliates, others or us—for example, the types of products and services you purchase from us, premiums, account balances, and payment history.

PROP *5130017050405570090224D4*

# Allstate Indemnity Company

Policy Number:  9 15 816692 03/30       Your Agent:      Wm E Washington Inc  (504) 348-3338
For Premium Period Beginning:  **Mar. 30, 2005**

We also may collect information from outside sources, including consumer reporting agencies and health care providers. This information may include loss information reports, motor vehicle reports, credit reports, and medical information.

**How do we protect your customer information?**
When we share customer information with companies working on Allstate's behalf, we expect those companies to use that information only to provide the service we have asked them to perform. Within Allstate, customer information is available to those individuals who may need to use it to fulfill and service the needs of Allstate customers. We communicate the need to protect customer information to all employees and agents, especially those individuals who have access to it. Plus, we've established physical, electronic, and procedural safeguards to protect customer information.

Finally, should your relationship with Allstate end, your customer information will remain protected in accordance with our privacy practices as outlined in this Important Notice.

**How can you find out what information we have about you?**
You may request to either see, or obtain from us by mail, the customer information about you in our records. If you believe that information is incomplete or inaccurate, you may request that we make any necessary corrections, additions or deletions to the disputed customer information. To fulfill your request, we may make arrangements with an insurance support organization or a consumer reporting agency to copy and disclose customer information to you on our behalf. You may also request a more complete description of the entities to which we disclose customer information, or the circumstances that might warrant such disclosures. Please send any of the requests listed above in writing to: Allstate Insurance Company, Customer Privacy Inquiries, P.O. Box 11904, Roanoke, VA 24022.

**If you are an Internet user...**
Our website, allstate.com, provides information about Allstate, our products, and the agencies and brokers that represent us. You may also perform certain transactions on the website. When accessing allstate.com, please be sure to read the Privacy Statement that appears there.

To learn more, the allstate.com Privacy Statement provides important information relating to your use of the website, including, for example, information regarding: 1) our use of online collecting devices known as "cookies"; 2) our collection of information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site; 3) who should use our web site; 4) the security of information over the Internet and 5) links and co-branded sites.

We hope you have found this Important Notice helpful. If you have any questions or would like more information, please don't hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-Allstate.

X66702-1

This notice is being provided on behalf of the following companies:

Allstate County Mutual Insurance Company
Allstate Floridian Insurance Company
Allstate Insurance Company
Allstate Motor Club, Inc.
Allstate Property and Casualty Insurance Company
Allstate Texas Lloyd's, Inc.
General Underwriters Agency, Inc.

Allstate Floridian Indemnity Company
Allstate Indemnity Company
Allstate Investment Management Company
Allstate New Jersey Insurance Company
Allstate Texas Lloyd's
Forestview Mortgage Insurance Company
Roadway Protection Auto Club, Inc.