# Allstate Indemnity Company

Policy Number: 9 15 816692 03/30     Your Agent:   Wm E Washington Inc  (504) 348-3338
For Premium Period Beginning: **Mar. 30, 2005**

# Important Notice

## *Important Information About Your Allstate Policy*

The enclosed Policy Declarations includes important information, such as your address, the coverages and coverage limits you've chosen, the names of insured persons — as well as other details pertinent to your policy. These details may include, for example, for motor vehicle policies, the drivers and vehicles you've insured, as well as the vehicle identification numbers (VIN) assigned to your insured vehicles; and, for property policies, the location of the insured property and mortgagee information, if applicable. Your Policy Declarations also lists any discounts or surcharges applied to your policy.

Because much of the information found on your Policy Declarations is used to help us determine your premium, please be sure to review your Policy Declarations carefully each time you receive one. You may want to add coverage, delete coverage or change your coverage limits — or you may want to change other information relating to your policy, whether it be a motor vehicle, your home or other insured property. You may also want to contact your Allstate representative for information concerning discounts that may be available for your policy.

### *Making changes to your policy*

If you need to make a change to any of the information listed on your Policy Declarations, please notify your Allstate representative of the change as soon as possible. With a few exceptions, **any changes will be effective as of the date you notify us.**

If you have any questions about this notice, or if you need to update any of the information listed on the enclosed Policy Declarations, please contact your Allstate agent or our Customer Information Center at 1-800-ALLSTATE (1-800-255-7828).

X67096

PROP *S100017050405570080022405*


# Allstate Indemnity Company

Policy Number:  9 15 816692 03/30     Your Agent:   Wm E Washington Inc  (504) 348-3338
For Premium Period Beginning:  Mar. 30, 2005

# Important Notice

## Information about Flood Insurance

### Protection against flood damage
Most homeowners, renters and commercial insurance policies do not provide coverage for damage caused by floods. In fact, protection against floods is generally available only through a separate policy.

That's why Allstate is a participant in the National Flood Insurance Program and offers standard flood insurance policies*. A flood policy can help complete the insurance protection for your property and help protect your financial well-being.

### You may need it more than you think
Approximately 90% of all disasters in the U.S. are flood related. While you may think that it couldn't happen to you, over 25% of all flood losses occur in low to moderate risk areas.

And because flood damage is often accompanied by other damage, such as wind and hail (which is typically covered under a property policy), selecting Allstate gives you the convenience and peace of mind that comes with working with just one claim adjuster and one agent, instead of two or more.

### It's affordable
The federal government sets the rates for flood insurance, so there's typically no difference in rates from policy to policy -- you can generally switch to a flood insurance policy administered by Allstate for the same amount of premium. If you choose Allstate, you can have the service, convenience and comfort you've come to expect from us.

For more information about flood insurance, or if you have any questions about your policy in general, please contact your Allstate representative or visit us at *allstate.com*.

* Allstate provides the standard flood insurance policy under the terms of the National Flood Insurance Act of 1968 and its amendments, and Title 44 of the Code of Federal Regulations. The standard flood insurance policy is written by Allstate for the National Flood Insurance Program which is administered by the Federal Insurance Administration, part of the Federal Emergency Management Agency.

*Subject to availability and qualifications. Other terms, conditions and exclusions may apply.*

# Allstate Indemnity Company

Policy Number: 9 15 816692 03/30    Your Agent:  Wm E Washington Inc  (504) 348-3338
For Premium Period Beginning: **Mar. 30, 2005**

## Information about Scheduled Personal Property Coverage

### Protection for your valuables

Allstate offers Scheduled Personal Property (SPP) coverage to help protect your valuables.

These items can include jewelry (such as engagement and wedding rings), fine art and musical instruments. Sports equipment, such as golf clubs, can also be covered by SPP.

In addition, SPP can cover valuables stored outside of your home in a safe deposit box or bank. And if you work from home and use computer or audio-visual equipment for business purposes, SPP can cover these items as well.

### Already have SPP?

Even if you currently have SPP coverage, it's a good idea to review your coverage annually. It's possible that the value of your property has changed or that you have purchased new items that have not been added to your coverage.

### Affordable coverage

The cost of SPP coverage varies, but the value of your property is the best way to determine how much coverage you need — the rates are generally a small percentage of the total value of the items you're insuring. This could mean that your valuables are being protected for only a fraction of the cost.

To learn more about SPP coverage, or if you have any questions about your insurance policy in general, contact your Allstate representative, or visit us at *allstate.com*.

*Subject to availability and qualifications. Other terms, conditions and exclusions may apply.*

X67372

PROP *5100017050405570080224068*


# Allstate Indemnity Company

Policy Number: 9 15 816692 03/30    Your Agent: Wm E Washington Inc (504) 348-3338
For Premium Period Beginning: Mar. 30, 2005

# Important Notice

## Important information

The most significant factors that adversely affected your credit-based insurance score, and which resulted in the decision referenced on the Fair Credit Reporting Act notice immediately following this insert, are:

Presence of collection(s)
Delinquency on accounts
Balance to limit ratio on accounts too high
Time since oldest account opened too short

X67419

# Allstate Indemnity Company

Policy Number: 9 15 816692 03/30   Your Agent: Wm E Washington Inc (504) 348-3338
For Premium Period Beginning: Mar. 30, 2005

# Important Notice

## *Important Notice About Credit Information and Your Insurance*

Thank you for choosing Allstate. We want you to know that many factors play a role in determining your insurance premium. Depending on whether we're pricing auto or property insurance, your driving record and where you live are among the factors we would consider. Your claim history, the coverages and limits you've chosen, discount eligibility, and an "insurance score" based on credit history also help determine your premium.

### The Connection Between Credit History and Premium
As we mentioned at the beginning of this notice, we determine premiums primarily from the information you provide on your insurance application. But other factors, such as credit information, also play a significant role. In fact, certain credit report information has proved an effective predictor of insurance losses. It also allows insurance companies to keep costs competitive by helping make it possible for customers who are less likely to experience losses to pay less for their insurance. With this goal in mind, and as permitted by law, we ordered credit report information about you and, if applicable, another person covered on your policy.

Based in whole or in part on the information provided to us by the consumer reporting agency listed below, we are unable to offer you a lower rate; however, we are offering you the best rate we can based on the credit information available to us.

### You May Request A Free Credit Report
Section 612 of the Fair Credit Reporting Act entitles you to a free copy of your consumer report if you request it within 60 days of receiving this notice. So, you may request a free copy of the report that was provided to us by the consumer reporting agency listed below (even if the report did not contain sufficient information regarding credit status). You also have the right, under Section 611 of the Fair Credit Reporting Act, to dispute with the consumer reporting agency the accuracy or completeness of any information in the report furnished by the agency.

If you'd like a free copy of your credit report, be sure to make your request within 60 days. You can contact the reporting agency at: **Trans Union National Disclosure Center, 2 Baldwin Place, PO Box 1000, Chester, PA 19022, Phone: (888) 503-0048.**

Please keep in mind that the consumer reporting agency did not make the decision to take this adverse action and will not be able to provide you with any specific reasons regarding why we made this decision about your premium. Also, any changes to your name or address within the past two years can affect the completeness of your report. Please feel free to contact your Allstate representative to confirm that we have your correct information.

Thanks for choosing Allstate. If you have any questions about our rating practices, or about your insurance in general, please contact your insurance representative. You can also learn more about our use of credit information by logging on to *www.allstate.com*.

X67392



PROP *51000170504055700832407*