## Allstate Indemnity Company

Policy Number: 9 15 816692 03/30 Your Agent: Wm E Washington Inc (504) 348-3338
For Premium Period Beginning: Mar. 30, 2005

# Important Notice

## *You May Be Eligible for a Discount of up to 10% on Your Premium*

If you have a complete sprinkler system on each floor of your residence, you may be eligible to receive a discount of up to 10% on your Allstate Homeowners, Condominium, or Renters Policy premium.

A sprinkler system is considered complete if there are automatic sprinklers in all areas of your residence including bathrooms, attics, and any attached structures.

If you think you are eligible for this discount, or you would like to know more about it, please contact your Allstate agent — or call the Allstate Customer Information Center at 1-800-ALLSTATE (1-800-255-7828).

**X66324**

# Allstate Indemnity Company Deluxe Homeowners Policy

**LOUISIANA**

**Policy:** 9 15 816692 03/30

**Effective:** March 30, 2005

**Issued to:**
Kevin Wells
Apt A
4218 Lac Du Bay Apt
Harvey LA 70058

**By your Allstate agent:**
Wm E Washington Inc
2100 Woodmere, #140
Harvey LA 70058



**Allstate Indemnity Company**
**A Stock Company—Home Office: Northbrook, Illinois 60062**

AP3346

***Table of Contents***

***General***
Definitions Used In This Policy .......... 2
Insuring Agreement .......... 3
Agreements We Make With You .......... 4
Conformity To State Statutes .......... 4
Coverage Changes .......... 4
Policy Transfer .......... 4
Continued Coverage After Your Death .......... 4
Cancellation .......... 4
Concealment Or Fraud .......... 5
What Law Will Apply .......... 5
Where Lawsuits May Be Brought .......... 5

***Section I—Your Property***

***Coverage A***
***Dwelling Protection***
Property We Cover Under Coverage A .......... 5
Property We Do Not Cover Under Coverage A .......... 5

***Coverage B***
***Other Structures Protection***
Property We Cover Under Coverage B .......... 6
Property We Do Not Cover Under Coverage B .......... 6
Losses We Cover Under Coverages A and B .......... 6
Losses We Do Not Cover Under Coverages A and B .......... 6

***Coverage C***
***Personal Property Protection***
Property We Cover Under Coverage C .......... 8
Limitations On Certain Personal Property .......... 8
Property We Do Not Cover Under Coverage C .......... 9
Losses We Cover Under Coverage C .......... 10
Losses We Do Not Cover Under Coverage C .......... 11

***Additional Protection***
Additional Living Expense .......... 12
Credit Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money .......... 13
Debris Removal .......... 14
Emergency Removal Of Property .......... 14
Fire Department Charges .......... 14
Temporary Repairs After A Loss .......... 14
Trees, Shrubs, Plants and Lawns .......... 14
Temperature Change .......... 14
Power Interruption .......... 15
Arson reward .......... 15
Collapse .......... 15
Land .......... 15

***Section I Conditions***
Deductible .......... 15
Insurable Interest and Our Liability .......... 15
What You Must Do After A Loss .......... 15
Our Settlement Options .......... 16
How We Pay For A Loss .......... 16
Our Settlement Of Loss .......... 18
Appraisal .......... 18
Abandoned Property .......... 19
Permission Granted To You .......... 19
Our Rights To Recover Payment .......... 19
Our Rights To Obtain Salvage .......... 19
Suit Against Us .......... 19
Loss To A Pair Or Set .......... 19
Glass Replacement .......... 19
No Benefit To Bailee .......... 19
Other Insurance .......... 19
Property Insurance Adjustment .......... 20
Mortgagee .......... 20
Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss .......... 20

***Section II—Family Liability and Guest Medical Protection***

***Coverage X***
***Family Liability Protection***
Losses We Cover Under Coverage X .......... 21
Losses We Do Not Cover Under Coverage X .......... 21

***Coverage Y***
***Guest Medical Protection***
Losses We Cover Under Coverage Y .......... 23
Losses We Do Not Cover Under Coverage Y .......... 23

***Additional Protection***
Claim Expenses .......... 24
Emergency First Aid .......... 25
Damage To Property Of Others .......... 25

***Section II Conditions***
What You Must Do After An Accidental Loss .......... 25
What An Injured Person Must Do—Coverage Y Guest Medical Protection .......... 26
Our Payment of Loss—Coverage Y Guest Medical Protection .......... 26

Our Limits Of liability .......... 26
Bankruptcy .......... 26
Our Rights To Recover Payment—Coverage X
Family Liability Protection .......... 26
Suit Against Us .......... 26

Other Insurance—Coverage X—
Family Liability Protection .......... 26

***Section III—Optional Protection***

***Optional Coverages You May Buy***

Coverage BC
Building Codes .......... 27
Coverage BP
Increased Coverage On Business Property .......... 27
Coverage DP
Increased Coverage On Electronic
Data Processing Equipment .......... 27
Coverage F
Fire Department Charges .......... 27
Coverage G
Loss Assessments .......... 27
Coverage J
Extended Coverage On Jewelry, Watches
and Furs .......... 27
Coverage K
Incidental Office, Private School Or Studio .......... 28
Coverage LR
Lock Replacement .......... 28
Coverage M
Increased Coverage On Money .......... 28
Coverage P
**Business** Pursuits .......... 28
Coverage S
Increased Coverage On Securities .......... 29
Coverage SD
Satellite Dish Antennas .......... 29
Coverage SE
Cellular Communication Systems .......... 29
Coverage ST
Increased Coverage On Theft Of Silverware .......... 29

# General

## *Definitions Used In This Policy*

1. "**You**" or "**your**" - means the person named on the Policy Declarations as the insured and that person's resident spouse.

2. "**Allstate**," "**we**," "**us**," or "**our**" - means the company named on the Policy Declarations.

3. "**Insured person(s)**" - means **you** and, if a resident of **your** household:
   a) any relative; and
   b) any dependent person in **your** care.

   Under **Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection,** "**insured person**" also means:
   c) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person**. **We** do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner.
   d) with respect to the use of any vehicle covered by this policy, any person while using the vehicle with **your** consent.

4. "**Bodily injury**" - means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

   Under **Coverage Y—Guest Medical Protection, bodily injury** means physical harm to the body, including sickness or disease, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. "**Building structure**" - means a structure with walls and a roof.

6. "**Business**" - means:
   a) any full or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is also a **business**.

      However, the mutual exchange of home day care services is not considered a **business**;
   b) any property rented or held for rental by an insured person. Rental of your **residence premises** is not considered a **business** when:
      1) it is rented occasionally for residential purposes;
      2) a portion is rented to not more than two roomers or boarders; or
      3) a portion is rented as a private garage.

7. "**Residence premises**" - means the **dwelling**, other structures and land located at the address stated on the Policy Declarations.

8. "**Insured premises**" - means:
   a) the **residence premises**; and
   b) under **Section II** only:
      1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds **you** acquire for **your** use as a private residence while this policy is in effect;
      2) any part of a premises not owned by an **insured person** but where an **insured person** is temporarily living;
      3) cemetery plots or burial vaults owned by an **insured person**;
      4) vacant land, other than farmland, owned by or rented to an **insured person**;
      5) land owned by or rented to an **insured person** where a one, two, three or four family dwelling is being built as that person's residence;
      6) any premises used by an **insured person** in connection with the **residence premises**;
      7) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

9. "**Occurrence**" - means an accident, including continuous or repeated exposure to substantially the same general harmful conditions during the policy period, resulting in **bodily injury** or **property damage**.

10. "**Property damage**" - means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. "**Residence employee**" - means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes similar duties performed elsewhere for an insured person, not in connection with the **business** of an **insured person**.

12. "**Dwelling**" - means a one, two, three or four family **building structure**, identified as the insured property on the Policy Declarations, where **you** reside and which is principally used as a private residence.

### *Insuring Agreement*

In reliance on the information **you** have given **us**, **Allstate** agrees to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with the policy terms and conditions, and inform **us** of any change in title, use or occupancy of the **residence premises**.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or **occurrences** that take place during the policy period.