UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

NO. 06-5127 (DEPASS)

## ORDER

Considering Plaintiffs' Unopposed Motion to Continue Hearing on Defendant, Sewerage & Water Board's Motion to Dismiss (Doc 8893),

IT IS ORDERED that Plaintiffs' Unopposed Motion to Continue Hearing on Defendant Sewerage & Water Board's Motion to Dismiss is GRANTED and the hearing date is hereby continued to Wednesday, January 9th, 2008 at 9:30 a.m.

New Orleans, Louisiana, this 26th day of _____November_____, 2007.

_____
Honorable Stanwood R. Duval, Jr.
J U D G E

W367443