UNITED STATION DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES  * | |
| CONSOLIDATED LITIGATION         * | |
|                                 * | CIVIL ACTION NO. 05-4182 |
|                                 * | and consolidated cases |
| PERTAINS TO: BARGE              * | |
|                                 * | |
|                                 * | SECTION "K" (2) |
|                                 * | |
| *Boutte v. Lafarge*      05-5531  * | |
| *Mumford v. Ingram*      05-5724  * | JUDGE STANDWOOD R. DUVAL, JR. |
| *Lagarde v. Lafarge*     06-5342  * | |
| *Perry v. Ingram*        06-6299  * | MAG. JOSEPH C. WILKINSON, JR. |
| *Benoit v. Lafarge*      06-7516  * | |
| *Parfait Family v. USA*  07-3500  * | |
| *Lafarge v. USA*         07-5178  * | |
| *  *  *  *  *  *  * | *  *  *  *  *  * |

**MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION
UNDER FRCP 56 & 61(b)(6)**

MAY IT PLEASE THE COURT:

The Barge PSLC respectfully submits to the Court that it is are entitled, as a matter of right, to bring timely motions for summary judgment under FRCP 56.  In Your Honor's minute entry of November 9, 2007 (Record Doc. 9100), the Court denies leave to file such a motion.  With respect, the Federal Rules do not contemplate that leave is required for a timely brought Motion for Summary Judgment.  Denial amounts to consequential deprivation of mover's right to due process, to make a full, complete record in this case concerning the matters subject of the motion, including but not limited to (1) insurance coverage in the instant case, (2) interpretation of contracts, (3) choice of law, (4) the Louisiana Direct Action statute, (5) the first-to-file rule - all matters of great import to the movers, and within jurisprudential interest of the Fifth Circuit Court

of Appeals. Prohibition of procedural and substantive remedies afforded by the Federal Rules of Civil Procedure certainly result in manifest injustice to movers, which can readily be eliminated by Your Honor's reconsideration, recision and modification of the Court's minute entry (Record Doc. 9100), pursuant to FRCP 60(b)(6), or any other grounds upon which such action may be based.

Respectfully submitted,

**WIEDEMANN & WIEDEMANN**

/s/Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

**LAW OFFICE OF BRIAN A. GILBERT**

/s/ Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

**LAW OFFICE OF PATRICK J. SANDERS**

/s/Patrick J. Sanders
PATRICK J. SANDERS (18741)
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs