UNITED STATION DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | |
| | * | CIVIL ACTION NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | |
| | * | SECTION "K" (2) |
| | * | |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | JUDGE STANDWOOD R. DUVAL, JR. |
| *Lagarde v. Lafarge*    06-5342 | * | |
| *Perry v. Ingram*        06-6299 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | |
| *Lafarge v. USA*          07-5178 | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PROPOSED ORDER**

CONSIDERING THE FOREGOING MOTION:

It is ordered that the motion for reconsideration of the Barge PSLC be, and it is hereby granted and the Barge PSLC is allowed to file the motion for summary judgment in the above, and entitled matter.

New Orleans, this ___ day of _____, 2007.

_____
DISTRICT JUDGE