UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO          CASE NO. 07-4724 | § § § § § | |

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT OF SERVICE OF PROCESS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

#### WILLIAM P. BUCKLEY

who before me being first duly sworn, deposed and said:

That affiant is an attorney in the employ of Willis & Buckley, APC; that affiant received a true copy of the Summons and Complaint for Damages and served the United States Army Corps of Engineers, through Robyn Johnston, at 7400 Leake Avenue, New Orleans, Louisiana, on Monday, November 26, 2007.

_____
WILLIAM P. BUCKLEY

SWORN TO AND SUBSCRIBED

Before me, this 26th day of November, 2007.

_____
NOTARY PUBLIC

Samuel O. Buckley, III
**Notary Public**
Orleans Parish, Louisiana
Bar Number 03832
My Commission Expires At Life

2