# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

**RENE C. DAUTERIVE, JR., ET AL**

V.

**THE UNITED STATES OF AMERICA AND
THE ARMY CORPS OF ENGINEERS**

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER: 07-4724 "K" (2)**

Consolidated
with 05-4182

TO: Army Corps of Engineers

7400 Leake Avenue

New Orleans, Louisiana 70118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer N. Willis
Willis & Buckley, APC
3723 Canal Street
New Orleans, Louisiana 70119

60

an answer to the complaint which is herewith served upon you, within ~~twenty (20)~~ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**

NOV - 9 2007

CLERK

DATE

(BY) DEPUTY CLERK

**RETURN OF SERVICE**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11-26-2007 |

| Name of SERVER (PRINT)  William Paul Buckley | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☒    Served Personally upon the Defendant. Place where served: upon B. Robyn Johnston at 7400 Leake Avenue, New Orleans, Louisiana 70118

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

☐    Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 26, 2007
*Date*

*Signature of Server*   William Buckley

5868 Colbert St., New Orleans, LA 70124
*Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.