UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES            *    CIVIL ACTION
          CONSOLIDATED LITIGATION       *    NO.:  05-4182 "K" (2)
                                     *    JUDGE DUVAL
                                     *    MAG. WILKINSON
                                     *

PERTAINS TO:  INSURANCE                    *
                                     *
07-5769 (Gerry Call v. Allstate Insurance Company)    *
07-5767 (Shane Ansardi v. Allstate Insurance Co.)     *
07-5768 (Alvin Alexander v. Allstate Insurance Co.)   *
07-5960 (Michael Kramer v. Allstate Insurance Co.)    *
07-5961 (Arthur Burton v. Allstate Insurance Co.)     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ALLSTATE INSURANCE COMPANY'S REQUEST FOR ORAL ARGUMENT OF ITS MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, MOTIONS FOR MORE DEFINITE STATEMENT

Pursuant to Local Rule 78.1E for the Eastern District of Louisiana, Defendant, Allstate Insurance Company, ("Allstate") requests oral argument on the Motions to Dismiss or, in the alternative, Motions for More Definite Statement Allstate filed on November 16, 2007 (*see* Docket Nos. 9079, 9082, and 9080) and on November 26, 2007.  Allstate avers that oral argument will assist this Court in identifying and clarifying certain issues presented in the Motions and in Plaintiffs' Petitions.

Respectfully submitted,

By: */s/ Arthur J. Lentini*

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this _26th_ day of November, 2007.

*/s/ Arthur J. Lentini*
Arthur J. Lentini