UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.    07-5023 * | | |
|           07-5040 * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | | |

INTERVENING PLAINTIFFS'
EX PARTE MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF THE MOTION
<u>FOR LEAVE TO INTERVENE</u>

**COME NOW** intervening plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to file a supplemental memorandum in support of their motion for leave to intervene.  This motion is filed upon the grounds that, since the filing of the motion for leave to intervene, the State of Louisiana has filed a memorandum in opposition, which requires rebuttal by intervening plaintiffs.

    Respectfully submitted,

    **LAW OFFICES OF**
    **ASHTON R. O'DWYER, JR.**

  By: <u>   S/Ashton R. O'Dwyer, Jr.   </u>
       **Ashton R. O'Dwyer, Jr.**
       **Bar No. 10166**
       **821 Baronne Street**
       **New Orleans, LA 70113**
       **Tel. 504-679-6166**
       **Fax. 504-581-4336**

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 26th day of November 2007.

                                         S/Ashton R. O'Dwyer, Jr.