**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

In Re:  **KATRINA CANAL BREACHES**   *       **CIVIL ACTION NO. 05-4182**
      **CONSOLIDATED LITIGATION**   *
            *       **SECTION "K"**
            *
**PERTAINS TO:**   *       **MAGISTRATE (2)**
**NO.    07-5023**   *
      **07-5040**   *       **JUDGE DUVAL**
         *
         *       **MAGISTRATE WILKINSON**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering intervening plaintiffs' Motion for Leave to File Supplemental Memorandum in Support of the Motion for Leave to Intervene, which the Court has duly noted,

**IT IS ORDERED** that intervening plaintiffs be and they are hereby **GRANTED** leave to file a Supplemental Memorandum, as prayed for.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**J U D G E**

-1-