UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (Burks, No. 06-4173) | | MAG. WILKINSON |

## CONSENT MOTION TO CONTINUE HEARING DATE

NOW INTO COURT, through undersigned counsel, comes defendant, CitiMortgage, Inc. ("CitiMortgage"), and respectfully requests that the hearing on its Motion for Summary Judgment [R. Doc. No. 9183] be continued until December 12, 2007, at 9:30 a.m. The Motion was filed on November 13, 2007 and noticed for hearing on November 28, 2007, at 9:30 a.m. On November 20, 2007, the plaintiff filed a Motion to Continue the hearing date on CitiMortgage's Motion until December 26, 2007 to allow plaintiff more time to formulate a response. The parties, however, have since agreed on December 12, 2007 as a suitable hearing date for CitiMortgage's Motion for Summary Judgment.

**WHEREFORE**, for the foregoing reasons, defendant, CitiMortgage, Inc., requests that this Court grant this Motion to Continue and reset the hearing on defendant's Motion for Summary Judgment to December 12, 2007, at 9:30 a.m.

>Respectfully submitted,
>
>BAKER, DONELSON, BEARMAN,
>CALDWELL & BERKOWITZ, PC
>
>
>BY:   /s/Tyler Weidlich
>         KENT A. LAMBERT (No. 22458)
>         ANNE DERBES WITTMANN (No. 20584)
>         TYLER L. WEIDLICH (No. 30790)
>         201 St. Charles Avenue, Suite 3600
>         New Orleans, Louisiana  70170
>         Telephone:  (504) 566-5200
>         Facsimile:  (504) 636-4000
>         klambert@bakerdonelson.com
>
>         **ATTORNEYS FOR CITIMORTGAGE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2007, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/Tyler Weidlich