UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | § § | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE           (Burks, No. 06-4173) | § § § § | MAG. WILKINSON |

## ORDER

CONSIDERING the foregoing Consent Motion to Continue Hearing Date by defendant, CitiMortgage, Inc., and for good cause shown,

IT IS HEREBY ORDERED that the Motion for Summary Judgment set for hearing on November 28, 2007 [R. Doc. No. 9183], is hereby continued and reset for the hearing date of Wednesday, December 12, 2007, at 9:30 a.m.

New Orleans, Louisiana, on this the _____ day of November, 2007.

_____
DISTRICT JUDGE