UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: (No. 06-9008 *Judith F. Burrus*) | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Joint Motion to Dismiss,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above numbered and entitled matter be and is hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this __26th__ day of _____November_____, 2007.

_____
UNITED STATES DISTRICT JUDGE