## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : : | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO INSURANCE ERIN BURKS | : : | CIVIL ACTION NO. 2006-4173-SRD-JCW THE HONORABLE: |
| PLAINTIFF | : : | STANWOOD R. DUVAL SECTION "I" |
| VERSUS | : : | AND MAGISTRATE JUDGE WILKINSON |
| PRUDENTIAL FINANCIAL GROUP ET AL | : : | MAGISTRATE '4' |

### PLAINTIFF'S PROPOSED
### *EX PARTE* ORDER ON
### PLAINTIFF'S MOTION TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT CITIMORTGAGE

CONSIDERING THE MOTION, MEMORANDUM AND AFFIDAIVT OF COUNSEL:

IT IS HEREBY ORDERED THAT THE PLAINTIFF'S EXPARTE MOTION TO CONTINUE IS HEREBY GRANTED, AND THE MOTION FOR SUMMARY JUDGMENT IS HEREBY CONTINUED UNTIL DECEMBER 26, 2007.

NEW ORLEANS, LOUISIANA THIS ___26th___ DAY OF NOVEMBER, 2007.

_____
JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon all known counsel of record by placing a copy of same addressed to all known counsel of record for all through the ECF system of this Court this _____ day of _____, 2007, including the following:

Gerald J. Nielsen, (La. 17078)
William R. DeJean (La. 22762)
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisisiana 70002
Telephone Facsimile No.: (504) 832-9165
Counsel for Prudential Financial Group and Liberty Mutual Insurance Company

Thomas P. Hubert (La. 19625)
Robert L. Walsh (La. 17850)
Jane H. Heidengsfelder (La. 28604)
Jones, Walker Waechter, Poitevant Carrere & Denegre, LLP
201 St. Charles Avenue, 50th Floor
New Orleans, La. 70170-5100
Telephone Facsimile Number (504) 582-8015
Counsel for Jay Trusheim

Ann Derbes Keller
Kent A. Lambert (La. 22558)
Tyler L. Weidich (La. 30790)
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, La. 70170
Telephone Facsimile (504) 636-3952

_____
JACK H. TOBIAS