UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

                                         CIVIL ACTION NO. 05-4182

                                         SECTION "K" (2)

**PERTAINS TO:**
INSURANCE    Civil Action No.: 06-7938    JUDGE: DUVAL
                      (Gina Barard)          MAG: WILKINSON

## ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that in accordance with the provisions of Case Management Order No. 4, Section VII, the matter entitled *Gina Barard v. Lexington Insurance Company,* Civil Action No. 06-3799 is hereby bifurcated from the consolidated litigation referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order.

New Orleans, Louisiana this __26th__ day of November, 2007.

                                                                      _____
                                                                 UNITED STATES DISTRICT JUDGE