UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN ABADIE, TOGETHER WITH ALL | * | CIVIL ACTION |
| INDIVIDUALS AND ENTITIES WHOSE | * | |
| NAMES APPEAR ON THE ATTACHED | * | NUMBER:   07-5112 |
| EXHIBIT A, BOTH INDIVIDUALLY AND | * | |
| ON BEHALF OF OTHERS SIMILARLY- | * | SECTION:   "K" |
| SITUATED | * | |
| | * | MAGISTRATE:  (2) |
| VERSUS | * | |
| | * | |
| AEGIS SECURITY INSURANCE | * | |
| COMPANY, ET. AL | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court, after carefully considering the plaintiffs' consent motion to reopen this case

for the limited purpose of striking the class allegations, hereby ORDERS as follows:

1.   The motion to reopen this case is GRANTED;

2.   The class allegations in paragraph 10 of the Complaint, as well as all references

throughout the Complaint to claims brought on behalf of others similarly situated and to claims

of class members, are STRICKEN as against all defendants except UNITED FIRE &

CASUALTY COMPANY, UNITED FIRE & INDEMNITY COMPANY, AND UNITED

FIRE GROUP a/k/a LAFAYETTE INSURANCE COMPANY;

3.  All defenses of all defendants are expressly reserved and their consent to this motion is not a waiver of any of their defenses.  Moreover, defendants UNITED FIRE & CASUALTY COMPANY, UNITED FIRE & INDEMNITY COMPANY, AND UNITED FIRE GROUP a/k/a LAFAYETTE INSURANCE COMPANY retain the right to assert their own defenses, including but not limited to lack of personal and/or subject matter jurisdiction and absence of the prerequisites necessary under Federal Rule of Civil Procedure 23 for a class to be certified against it; and

4.  This case shall remain administratively closed for all other purposes.

New Orleans, Louisiana, this 26th day of ___November___, 2007.

_____

United States District Judge