UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.  05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAGISTRATE WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:  ROAD HOME | § | |
| *Louisiana State*  C.A. No. 07-5528 | § | |

## CORPORATE DISCLOSURE STATEMENT

Now come defendants, American Insurance Company, Fireman's Fund Insurance Company, Fireman's Fund Insurance Company of Louisiana and National Surety Corporation, through their undersigned attorneys, who state as follows:

**1.    For non-governmental corporate parties please list all the parent corporations.**

The American Insurance Company, a Nebraska Corporation, and National Surety Corporation, an Illinois Corporation, are wholly owned subsidiaries of Fireman's Fund Insurance Company.  Fireman's Fund Insurance Company, a California corporation, is a wholly owned subsidiary of Allianz Global Risks US Insurance Company.  Allianz Global Risks US Insurance Company is a wholly owned subsidiary of Allianz of America, Inc., a Delaware corporation, which is a wholly owned subsidiary of Allianz, SE.

Fireman's Fund Insurance Company of Louisiana, a Louisiana Corporation, is a wholly owned subsidiary of The American Insurance Company.

**2.    For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock.**

Allianz SE is a publicly held company that indirectly holds 10% or more of Fireman's Fund Insurance Company and its subsidiaries.

**3.    If there is a publicly held corporation which is not a party to the proceedings before this court but which has a financial interest in the outcome of the proceedings please identify all such parties and specify the nature of the financial nature of the interest or interests.**

Allianz SE is a publicly held company that indirectly holds 10% or more of Fireman's Fund Insurance Company and its subsidiaries.

                Respectfully Submitted,

                **DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

                *s/Kelly Cambre Bogart*
                _____
                **KELLY CAMBRE BOGART (#22985)**
                **LAWRENCE J. DUPLASS (#5199)**
                **C. MICHAEL PFISTER (#14317)**
                **JAIME M. CAMBRE (#29116)**
                Three Lakeway Center, Suite 2900
                3838 N. Causeway Boulevard
                Metairie, LA 70002
                Telephone:  (504) 832-3700
                Fax:  (504) 837-3119
                kbogart@duplass.com
                lduplass@duplass.com
                mpfister@duplass.com
                jcambre@duplass.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2007, a copy of the foregoing Corporate Disclosure Statement was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel by operation of the court's electronic filing system.

                *S/Kelly Cambre Bogart*
                _____
                KELLY CAMBRE BOGART
                Three Lakeway Center, Suite 2900
                3838 N. Causeway Boulevard
                Metairie, LA 70002
                kbogart@duplass.com