UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

November 26, 2007

FILED NOV 2 6 2007
LORETTA G. WHYTE
CLERK

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

07-30771

APPEAL NO  07-31072

RE: O'Dwyer v. Department of Transportation And Development, State of LA et al
CA 05-4182 K c/w related case 06-5786 K

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

    ___  1) Certified copy of the notice of appeal and docket entries.

    ___  2) Certified copy of notice of a cross-appeal and docket entries.

    ___  3) The Court of Appeals docket fee ___ HAS  ___ HAS NOT been paid.

    ___  4) This case is proceeding in forma pauperis

    ___  5) Order Appointing Counsel  ___ CJA-20   ___ FPD

    ___  6) District Judge Entering the final judgment is_____

    ___  7) Court Reporter assigned to the case _____

    ___  8) If criminal case, number and names of other defendants on appeal ___

    ___  9) This case was decided without a hearing; there will be no transcript.

    ___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

    ___  1) Electronic Copy of Record on appeal:

        ___ Volume(s) of record    ___ Volume(s) of transcripts

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ envelopes ___ Binder

    _x_  2) **Certified** Supplemental record consisting of doc#10 in 06-5786

    ___  3) SEALED DOCUMENT _____

    ___  4) Other _____

Very truly yours,

By___Alicia Phelps___
Deputy Clerk

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____