UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PONTCHARTRAIN BAPTIST CHURCH; ARTHUR C. SARGENT; LUCY T. SARGENT; PAMELA YOUNG SMALLPAGE; RICHARD MAITLAND SMALLPAGE, JR.; Mr. & Mrs. H. J. BOSWORTH; ROTHFOS CORPORATION AND INTERAMERICAN COFFEE, INC.; AND NOBLE AMERICAS CORPORATION | * * * * * * * * * | CIVIL ACTION NO. 06-6642 <br><br> SECTION: "K" |
| VERSUS | * * | MAG. 2 |
| THE SEWERAGE AND WATER BOARD OF NEW ORLEANS; THE CITY OF NEW ORLEANS; THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT; MODJESKI AND MASTERS, INC., BOH BROS CONSTRUCTION COMPANY, LLC; GULF GROUP, INC.;C.R. PITTMAN CONSTRUCTION COMPANY, INC.; AND JAMES CONSTRUCTION GROUP, L.L.C. | * * * * * * * * * * | JUDGE STANWOOD R. DUVAL, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE:   KATRINA CANAL BREACHES <br>             CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO,: 05-4182 <br> "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| PERTAINS TO: <br> LEVEE (06-6642) <br> (PONTCHARTRAIN BAPTIST CHURCH) | * * * | |

## VOLUNTARY DISMISSAL BY PLAINTIFFS

Now come, Plaintiffs, Pontchartrain Baptist Church; Arthur C. Sergent, Lucy T.

Sargent, Pamela Young Smallpage, Richard Maitland Smallpage, Jr., Mr. & Mrs. H.J.

Bosworth, Rothfos Corporation and Interamerican Coffee, Inc., and Noble Americas

Corporation who voluntarily dismiss their cause of action in its entirety against all defendants in the original suit filed by the plaintiffs bearing docket number 635946 in the 24th Judicial District Court for the Parish of Jefferson which was removed to the United States District Court bearing docket number 06-6642 and assigned to Division "K" (2). The plaintiffs voluntarily dismiss the defendants who are as follows: The Sewerage and Water Board of New Orleans, The City of New Orleans, The Board of Commissioners for the Orleans Levee District, Modjeski and Masters, Inc., Boh Bros. Construction Company, LLC, Gulf Group In., C.R. Pitman Construction Company, and James Construction Group, LLC.

  This voluntary dismissal will be without prejudice.

Respectfully Submitted

_____
WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, L.L.C.
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

-and-

_____
DON M. RICHARD, (BAR #11223)
ATTORNEY AT LAW
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record, this 5th day of November, 2007.

_____
DON M. RICHARD

**ORDER OF VOLUNTARY DISMISSAL**

IT IS HEREBY ORDERED that the claims in the above matter by plaintiffs Pontchartrain Baptist Church; Arthur C. Sergent, Lucy T. Sargent, Pamela Young Smallpage, Richard Maitland Smallpage, Jr., Mr. & Mrs. H.J. Bosworth, Rothfos Corporation and Interamerican Coffee, Inc., and Noble Americas Corporation against defendants The Sewerage and Water Board of New Orleans, The City of New Orleans, The Board of Commissioners for the Orleans Levee District, Modjeski and Masters, Inc., Boh Bros., Construction Company, LLC, Gulf Group In., C.R. Pitman Construction Company, and James Construction Group, LLC., be and the same are hereby dismissed without prejudice. Each party to bear its own costs.

New Orleans, Louisiana this 20th day of November, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA