UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION NO.: 05-4182 |
| | * |
| | *  JUDGE: DUVAL |
| | * |
| | *  MAGISTRATE: WILKINSON |
| | * |
| PERTAINS TO: | * |
| | * |
| INSURANCE:    *Rogowski*, 07-3571 | * |
| ****************************************** | * |

## MOTION TO DISMISS

Plaintiffs Edna and Stanley Rogowski, Jr. have resolved their dispute with defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual").  As a result of this settlement, plaintiffs respectfully request that all of their claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

**WHEREFORE,** Edna and Stanley Rogowski, Jr. pray that their claims and this lawsuit be dismissed, with prejudice.

-1-

Respectfully submitted,
**CONNICK AND CONNICK, L.L.C.**

s:/ William P. Connick
**WILLIAM P. CONNICK -14158**
2551 Metairie Road
Metairie, Louisiana  70001
Telephone: (504) 838-8777
Facsimile:  (504) 838-9903

**LAW OFFICE OF ROY F. AMEDEE, JR.**
**Roy F. Amedee, Jr. – 2449**
**Brent A. Klibert – 29296**
228 St. Charles Avenue, Suite 801
New Orleans, Louisiana 70130
Telephone: (504) 592-3222
Facsimile: (504) 592-8783

**PATRICK G. KEHOE, JR., A.P.L.C.**
**Patrick G. Kehoe, Jr. – 14419**
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

**LESTELLE & LESTELLE, A.P.L.C.**
**Terrence J. Lestelle – 08540**
**Andrea S. Lestelle – 08539**
**Jeffery B. Struckhoff – 30173**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229

**ROBICHAUX LAW FIRM**
**J. Van Robichaux, Jr. – 11338**
Mailing Address: P.O. Box 792500
New Orleans, LA 70179
6305 Elysian Fields Ave., Suite 304
New Orleans, Louisiana 70122
Telephone: (504) 286-2022
Facsimile: (504) 282-6298

        **ALLAN BERGER & ASSOCIATES, A.P**
        **Allan Berger – 2977**
        4173 Canal Street
        New Orleans, Louisiana 70119
        Telephone: (504) 486-9481
        Facsimile: (504) 483-8130
        **ATTORNEYS FOR THE PLAINTIFF**
        **Edna and Stanley Rogowski, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 27th day of November, 2007.

        s:/ William P. Connick
        **WILLIAM P. CONNICK**