UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   07-5023 * | | |
| 07-5040 * | | JUDGE DUVAL |
| * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | | |

INTERVENING PLAINTIFFS'
EX PARTE MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF THE MOTION
<u>FOR LEAVE TO INTERVENE</u>

**COME NOW** intervening plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to file a second supplemental memorandum in support of their motion for leave to intervene.  This motion is filed upon the grounds that, since the filing of the motion for leave to intervene, undersigned counsel for intervening plaintiffs realized that he failed to make an important point in the supplemental memorandum filed yesterday.

Respectfully submitted,
**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

By:   S/Ashton R. O'Dwyer, Jr.
          **Ashton R. O'Dwyer, Jr.
          Bar No. 10166
          821 Baronne Street
          New Orleans, LA 70113
          Tel. 504-679-6166
          Fax. 504-581-4336**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 27th day of November 2007.

                                        S/Ashton R. O'Dwyer, Jr.