UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO:  * | | MAGISTRATE (2) |
| NO.   07-5023  * | | |
| 07-5040  * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * *

**INTERVENING PLAINTIFFS'**
**SECOND SUPPLEMENTAL MEMORANDUM**
**IN SUPPORT OF THE MOTION**
**<u>FOR LEAVE TO INTERVENE</u>**

**MAY IT PLEASE THE COURT:**

Intervening plaintiffs wish to make one additional point which, through inadvertence, they failed to make in the supplemental memorandum filed on November 26, 2007 (Record Document No. 9220), namely the following:

**INTERVENING PLAINTIFFS ARE WITHOUT**
**<u>A REMEDY IN STATE COURT</u>**

Although intervening plaintiffs filed suit against the State of Louisiana, its agencies, departments, etc. in State Court, being Case No. 2007-2369 on the docket of Civil District Court for the Parish of Orleans, the State, et al. were successful in having that action <u>STAYED</u> pending final resolution of plaintiffs' claims against the State, etc. in this Court (see Judgment of The Honorable Piper D. Griffin of May 11, 2007,

-1-

attached as Exhibit No. 1).  Thereafter, on November 7, 2007, the Louisiana Court of Appeal for the Fourth Circuit dismissed intervening plaintiff's appeal of that Judgment.  (See Order of the Louisiana Court of Appeal for the Fourth Circuit attached as Exhibit No. 2).

Accordingly, intervening plaintiffs will be without a remedy against the State, et al., unless the Intervening Complaint in this case is allowed to be filed.

>                  Respectfully submitted,
>
>                  **LAW OFFICES OF**
>                  **ASHTON R. O'DWYER, JR.**
>
>                  **By:    S/Ashton R. O'Dwyer, Jr.**
>                  Ashton R. O'Dwyer, Jr.
>                  Bar No. 10166
>                  821 Baronne Street
>                  New Orleans, LA 70113
>                  Tel. 504-679-6166
>                  Fax. 504-581-4336

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 27th day of November 2007.

                        S/Ashton R. O'Dwyer, Jr.