

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 07-2369                                                              DIVISION "I-14"

MAUREEN O'DWYER, ET. AL

VERSUS

DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, ET. AL

FILED: _____          _____
                                                                    DEPUTY CLERK

### JUDGMENT

This matter came for hearing before this Honorable Court on May 11, 2007, on the Exception of *Lis Pendens* filed by the defendants, State of Louisiana, Governor Kathleen Blanco, State of Louisiana, through the Department of Transportation and Development (DOTD), DOTD Secretary Johnny Bradberry, State of Louisiana, through the Department of Social Services (DSS), DSS Secretary Ann Williams, State of Louisiana, through the Governor's Office of Homeland Security and Emergency Preparedness (OHSEP), OHSEP Secretary Colonel Jeff Williams, State of Louisiana, through the Department of Public Safety and Corrections (DPSC), and DPSC Secretary Richard Stalder.

Present was:       MICHAEL C. KELLER, ASSISTANT ATTORNEY GENERAL
                   Counsel of Record for the defendants;

Not Present was:   ASHTON R. O'DWYER, JR.,
                   Counsel of Record for the plaintiffs

CONSIDERING the Exception of *Lis Pendens* filed by the defendants:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Exception of *Lis Pendens* be and hereby is GRANTED and the above captioned lawsuit is hereby STAYED pending final resolution of the following cases currently pending in federal court:

1. United States District Court for the Eastern District of Louisiana
   Civil Action Number 05-4181;

2. United States District Court for the Eastern District of Louisiana
   Civil Action Number 06-4389;

3. United States District Court for the Eastern District of Louisiana
   Civil Action Number 06-5786; and



1

4. United States District Court for the Eastern District of Louisiana Civil Action Number 06-6099.

THUS ORDERED, ADJUDGED, AND DECREED on this the ___11___ day of ___May___, 2007, in Orleans Parish, New Orleans, Louisiana.

_____
HONORABLE PIPER D. GRIFFIN
Civil District Court for the Parish of Orleans

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

2