| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 2007-CA-1097 |
| VERSUS | * | COURT OF APPEAL |
| DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, ET AL. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| (CDC# 2007-2369) DIVISION "I-14" | * | |

\* \* \* \* \* \* \*

## ORDER

\* \* \* \* \* \* \*

IT IS ORDERED that the motion to dismiss for lack of jurisdiction filed by the defendants/appellees, State of Louisiana, Governor Kathleen Blanco, State of Louisiana, through the Department of Transportation and Development (DOTD), DOTD Secretary Johnny Bradberry, State of Louisiana, through the Department of Social Services (DSS), DSS Secretary Ann Williams, State of Louisiana, through the Governor's Office of Homeland Security and Emergency Preparedness (OHSEP), OHSEP Adjunct General colonel Jeff Williams, State of Louisiana, through the Department of Public Safety and Corrections (DPSC), and DPSC Secretary Richard Stalder is hereby **GRANTED** and the above captioned appeal is hereby **DISMISSED**.

New Orleans, Louisiana this 7th day of November, 2007.

_____
JUDGE DENNIS R. BAGNERIS SR.

_____
JUDGE TERRY F. LOVE

_____
JUDGE ROLAND L. BELSOME

EXHIBIT No. 2

\*195854\* 195854