UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.  07-5023 * | | |
|       07-5040 * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | | |

**O R D E R**

Considering intervening plaintiffs' Motion for Leave to File Second Supplemental Memorandum in Support of the Motion for Leave to Intervene, which the Court has duly noted,

**IT IS ORDERED** that intervening plaintiffs be and they are hereby **GRANTED** leave to file their Second Supplemental Memorandum, as prayed for.

New Orleans, Louisiana, this _____ day of _____, 2007.

**J U D G E**

-1-