UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO:LEVEE,MRGO * | | MAGISTRATE (2) |
| NO.   07-5023 * | | |
|          07-5040 * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | | |

## **O R D E R**

Considering intervening plaintiffs' Motion for Leave to File Supplemental Memorandum in Support of the Motion for Leave to Intervene, Record Doc. No. 9220, which the court has duly noted,

**IT IS ORDERED** that intervening plaintiffs are hereby **GRANTED** leave to file their Supplemental Memorandum, as prayed for.

New Orleans, Louisiana, this __27th__ day of November, 2007.

_____
United States Magistrate Judge