UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| C.R. PITTMAN CONSTRUCTION COMPANY, INC. | § | |
| V. UNITED STATES OF AMERICA (07-2771) | § | |
| | § | |

### ORDER

Considering the foregoing;

**IT IS ORDERED** that the Request for Oral Argument submitted on behalf of Plaintiff, C.R. Pittman Construction Company, Inc., is GRANTED.  This matter will therefore be heard with oral argument on the 28th day of November, 2007, at 9:30 a.m., before Honorable Stanwood R. Duval at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Courtroom ____, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this __27th__ day of __November__, 2007.

_____
UNITED STATES DISTRICT JUDGE