UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO:LEVEE,MRGO | * | MAGISTRATE (2) |
| NO.   07-5023 | * | |
|         07-5040 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering intervening plaintiffs' Motion for Leave to File Second Supplemental Memorandum in Support of the Motion for Leave to Intervene, Record Doc. No. 9233, which the court has duly noted,

**IT IS ORDERED** that intervening plaintiffs are hereby **GRANTED** leave to file their Second Supplemental Memorandum, as prayed for.

New Orleans, Louisiana, this __27th__ day of November, 2007.

_____
United States Magistrate Judge