## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **IN RE:** | **KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| | **CONSOLIDATED LITIGATION** | § | **NO.: 05-4182 "K"(2)** |
| | | § | **JUDGE DUVAL** |
| | | § | **MAG. WILKERSON** |
| | | § | |
| | | § | |
| **PERTAINS TO:** | | § | |
| **LEVEE:** | | § | |
| **C.R. PITTMAN CONSTRUCTION COMPANY, INC.** | | § | |
| **(07-2771)** | | § | |

---

## ORDER GRANTING JOINT MOTION TO CONTINUE UNITED STATES OF AMERICA'S MOTION TO DISMISS [DOCUMENT 7876]

---

Considering the *Joint Motion to Continue United States of America's Motion to Dismiss [Document 7876]* (hereinafter "the Motion"):

**IT IS ORDERED** that the Motion is **GRANTED;** and

**IT IS FURTHER ORDERED** that the hearing scheduled for November 28, 2007, on the United States of America's Motion to Dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(1) [Document 7876] be continued until January 9, 2008 at 9:30 a.m.

New Orleans, Louisiana this 27th day of _____ November _____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

1