UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**BARGE PLAINTIFFS' PRELIMINARY EXPERT WITNESS LIST**

**NOW COME** BARGE plaintiffs, through undersigned counsel, who may call the

following :

Lt. Cmdr. Donald J. Green, USCG (Ret.)
K-Don Marine Consulting
8876 Gulf Freeway, Ste. 120
Houston, TX 77017
http://www.kdoncorp.com/consulting/

Expert in the areas of marine vessel operations, maritime regulations, seamanship, safe operating practices, mooring, maritime hurricane precautions, to testify concerning negligence and unseaworthiness causing breakaway of ING 4727;

Ray Helmer, P.E,
Helmer Engineering, Inc.
9314 Bankside
Houston, TX 77031
http://www.helmer-engineering.com/

Civil, structural and hydrology engineer to testify concerning eastern IHNC floodwall breach causation, nature, sources, and extent of consequent flooding.

Hector V. Pazos, P.E.
Ocean-Oil International Corp.
P.O. Box 47188
St. Petersburg, FL 33743
http://www.siterrific.com/pazos/

Naval architect, marine surveyor, marine engineer to testify concerning maritime standards of care, maritime regulation, maritime hurricane preparations, maritime industry standards, eastern IHNC floodwall breach causation.

Robert Bartlett, P.E.
Bartlett Engineering
2617 Edenborn Ave., Ste. D
Metairie, LA 70002
http://www.bartlett-engineering.com/

Civil and structural engineering, metallurgic analysis expert, to testify concerning eastern IHNC floodwall breach causation.

 Don Coker, B.A., M.A.
423 Latimer Street
Woodstock, GA 30188
http://website.lawinfo.net/expertwitness/BusinessValuation.html

Economist and Business Valuation Consultant to testify concerning common business subclass losses/diminution.

John Kilpatrick, Ph.D
2601 4th Avenue, Ste 650
Seattle, WA 98109
 http://www.greenfieldadvisors.com/resumes/kilpatrick.pdf

Mass real estate appraisal expert to testify concerning class wide residential real property losses.

Hugh Fossier and/or
Mason Stevenson
Aurora Environmental Consultants, LLC
235 Lavosier Street
Gretna, Louisiana
http://www.auroraenvironmental.net/index.html

Expert testimony re classwide pollution/contamination.

Ron C. Kessler, Ph.D
Harvard Medical School
Dept. Of Healthcare Policy
180 Longwood Avenue
Boston, MA 02115
http://www.hcp.med.harvard.edu/people/hcp_core_faculty/ronald_kessler

Expert psychologist to testify concerning classwide mental and emotional damages, effects of mass disaster.

DataStat, Inc.
3975 Research Park Dr.
Ann Arbor, MI 48108
http://www.datastat.com/DSHist.htm

Person or persons to render expert testimony concerning damages studies performed relative to classwide mental and emotional injuries.

Any and all others needed relative to maritime activities, breach causation, flood modeling, computer or other simulations, nature and extent of damages, causation, and any other relevant, permissible purpose.

Witnesses necessary to identify and authenticate any and all records, documents, and exhibits not stipulated to;

Any and all listed and subpoenaed by any other party(ies);

Any and all needed for rebuttal and/or impeachment of opposing witnesses;

Active discovery is ongoing and plaintiffs reserve the right to supplement or amend in accord with law and court order.

                                              Respectfully Submitted
                                              by BARGE P.S.L.C.

                                              **WIEDEMANN & WIEDEMANN**

/s/Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN, (13457)**
**KARL WIEDEMANN, (18502)**
**KAREN WIEDEMANN,(21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180


And

**LAW OFFICE OF BRIAN A. GILBERT**


/s/Brian A. Gilbert
**BRIAN A. GILBERT (21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

And

/s/Patrick J. Sanders
**PATRICK J. SANDERS (18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Telephone: (504) 834-0646


## CERTIFICATE OF SERVICE

    **I CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via email, and/or via ECF upload, and copies delivered to chambers, this 28 day of November, 2007.

/s/Brian A. Gilbert

Case 2:05-cv-04182-SRD-JCW   Document 9247   Filed 11/28/07   Page 5 of 5

/s/Brian A. Gilbert