UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 <br><br> JUDGE:  DUVAL <br><br> MAGISTRATE:  WILKINSON |
| PERTAINS TO: <br><br> INSURANCE:  *Rogowski*, 07-3571 <br> ************************************** | * * * * | |

## ORDER

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion to Dismiss be and hereby is **GRANTED** and that all of the claims asserted by plaintiffs Edna and Stanley Rogowski, Jr. and this lawsuit are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of     November    , 2007.

_____
UNITED STATES DISTRICT JUDGE