UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO.   05-4182** |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Galjour,* **C.A. No. 06-8150** | | |
| *     *     *     *     *     *     *     * | | |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the plaintiff, MICHAEL A. GALJOUR, and on suggesting to the Court that all claims in the above, entitled and numbered cause have been settled and compromised and, accordingly, plaintiff desires that this matter be dismissed, with prejudice, each party to bear their own costs.

                          Respectfully submitted,

                          s/ Gary M. Pendergast
                          GARY M. PENDERGAST
                          Bar Roll No. 10420
                          1515 Poydras Street, Suite 2260
                          New Orleans, Louisiana 70112
                          Telephone: (504) 523-0454
                          Facsimile:  (504) 523-0464
                          E-Mail:  GMPendergastLLC@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of November, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

                        s/ Gary M. Pendergast