**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | | |
| | * | **NO.    05-4182** |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Galjour,* **C.A. No. 06-8150** | | |

\*      \*      \*      \*      \*      \*      \*      \*

**ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that plaintiff's claims in the above, entitled and numbered cause be

and the same are hereby dismissed, each party to bear their own costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 28th day of November, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast