UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| CHRISTLE BERTONIERE | * | CIVIL ACTION |
|---|---|---|
| | * | |
| | * | NUMBER 06-5297 |
| VERSES | * | |
| | * | SECTION "R" |
| LEXINGTON INSURANCE | * | |
| COMPANY | * | |

* * * * * * * * * * * * *

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**NOW INTO COURT,** through undersigned counsel comes Brian G. Shearman, the attorney retained by the Administratrix for the Estate of Kevin D. Shearman, who respectfully moves this Court for an Order allowing Kevin D. Shearman and the Law Firm of Shearman and Shearman, L.L.C. to withdraw as attorneys of record for plaintiff, Christle Bertoniere. The plaintiff has been advised of the withdrawal at his last known mailing address of 20520 Alba East,

New Orleans, Louisiana 70129.

                Respectfully submitted,

                **SHEARMAN - DENENEA, L.L.C.**

                */s/ Brian G. Shearman*
BY:_____
                **BRIAN G. SHEARMAN (#19151)**
                **JOHN H. DENENEA, JR. (#18861)**
                4240 Canal Street
                New Orleans, Louisiana 70119
                Telephone: (504) 304-4582
                Telecopier: (504) 304-4587
                Email: bshearman@midcitylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the   19th   day of   November  , 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Michael Cangelosi: MCANGELOSI@GLLLAW.COM**

       Respectfully submitted,

       **SHEARMAN - DENENEA, L.L.C.**

       */s/ Brian G. Shearman*
BY:_____
       **BRIAN G. SHEARMAN (#19151)**
       **JOHN H. DENENEA, JR. (#18861)**
       4240 Canal Street
       New Orleans, Louisiana 70119
       Telephone: (504) 304-4582
       Telecopier: (504) 304-4587
       Email: bshearman@midcitylaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTLE BERTONIERE | * | CIVIL ACTION |
| | * | NUMBER 06-5297 |
| VERSES | * | |
| | * | SECTION "R" |
| LEXINGTON INSURANCE | * | |
| COMPANY | * | |
| * * * * * * * * * * * * * * | | |

## **ORDER**

Considering the foregoing motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Kevin D. Shearman and the law firm of Shearman & Shearman, L.L.C. be and they are hereby allowed to withdraw as counsel of record for plaintiff, Christle Bertonniere.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2007.

_____
**J U D G E**