UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO:  ROAD HOME<br>*Louisiana State* C.A. No. 07-5528 | *<br>*   CIVIL ACTION<br>*   NO.: 05-4182 "K" (2)<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAGISTRATE JUDGE WILKINSON<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Motion for Leave to File a Response in Excess of 25 Pages;

**IT IS ORDERED** that the Motion is hereby granted and Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company are allowed permission to file their Response in Opposition in Excess of 25 Pages.

New Orleans, Louisiana this  28th  day of November, 2007.

_____
J U D G E