UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 "K"(2)<br>*<br>*<br>* JUDGE DUVAL<br>*<br>*<br>* MAG. WILKINSON<br>* |
| PERTAINS TO:  ROAD HOME<br>    *Louisiana State* C.A. No. 07-5528 | *<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Motion to Appoint Additional Co-Lead Counsel for Plaintiffs:

IT IS HEREBY ORDERED James R. Dugan, II, and John W. Houghtaling, be and are hereby appointed as additional co-lead counsel for plaintiffs as it pertains to the "Road Home" litigation in the above captioned matter.

**DENIED AS MOOT**

See Docs. 8821 and 9022

New Orleans, Louisiana this  28th  day of     November        , 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**