UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY MICHAEL LAWRENCE | * | CIVIL ACTION NO. 07-6454 |
| | * | |
| VERSUS | * | SECTION "C" |
| | * | |
| FEDERAL INSURANCE COMPANY | * | MAGISTRATE 4 |

* * * * * * * * * * * * *

## ORDER

Considering the above and foregoing;

**IT IS ORDERED** that plaintiff, Anthony Michael Lawrence be and is hereby allowed an additional seven (7) days up to and including November 23, 2007, within which to file his memorandum regarding the jurisdictional issues addressed by the Court in its Order of October 11, 1007.

New Orleans, Louisiana, this  28th  day of      November      , 2007.

_____
**JUDGE**, United States District Court