# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| **PERTAINS TO: BARGE** | *<br>* SECTION "K" (2)<br>* |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | * |
| *Mumford v. Ingram* | 05-5724 | * |
| *Lagarde v. Lafarge* | 06-5342 | * JUDGE |
| *Perry v. Ingram* | 06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * |
| *Parfait Family v. USA* | 07-3500 | * MAG. |
| *Lafarge v. USA* | 07-5178 | * JOSEPH C. WILKINSON, JR. |
| | | * |

## NOTICE OF DEPOSITIONS

**TO: ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the depositions of the following persons for all permissible purposes allowed under the Federal Rules of Civil Procedure, before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, on the dates and times designated below, and continuing day-to-day until said examinations are concluded, at which time and place you are hereby invited to attend:

| Name of Deponent: | Date and Time: |
|---|---|
| Ms. D'Antoinette Johnson | December 11, 2007 – 9:30 a.m. |
| Mr. Kendrick Pounds | December 11, 2007 – 1:30 p.m. |
| Ms. Diane Berryhill | December 12, 2007 – 9:30 a.m. |
| Mr. Michael Bickham | December 12, 2007 – 1:30 p.m. |
| Mr. Andrew Sartin | December 13, 2007 – 9:30 a.m. |
| Ms. Carolyn Berryhill | December 13, 2007 – 1:30 p.m. |
| Mr. Albert Parker, Jr. | December 19, 2007 – 9:30 a.m. |
| Mr. Eugene Ruiz | December 19, 2007 1:30 p.m. |
| Mr. Wallace Rainey | December 20, 2007 – 9:30 a.m. |
| Mr. Richard Riess | December 20, 2007 – 1:30 p.m. |
| Mr. Quentin Sutton | December 21, 2007 – 9:30 a.m. |
| Mr. Calvin Jenkins | December 21, 2007 – 1:30 p.m. |

Respectfully submitted,

**CHAFFE McCALL, L.L.P.**


     /s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (# 27538)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130

Telephone: (504) 598-2715

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel.: (202) 346-4240

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

## Certificate of Service

I do hereby certify that I have on this 28th day of November, 2007 served a copy of the

foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

_____/s/ Derek A. Walker_____

1003557-1                                           3