UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

PERTAINS TO:
INSURANCE        Civil Action No.: 07-0511        JUDGE: DUVAL
                 (Cynthia Hebbler)                MAG: WILKINSON

EX PARTE MOTION TO BIFURCATE
INDIVIDUAL CLAIMS OF GINA BARARD

**NOW INTO COURT**, comes Plaintiff, CYNTHIA HEBBLER, appearing herein through undersigned counsel of record, and in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for the entry of an Order bifurcating the referenced proceeding captioned *"Cynthia Hebbler v. Standard Fire Insurance Company,* Civil Action No. 07-0511 from the consolidated litigation and referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order

-1-

in accordance with the provisions of Case Management Order No. 4, Section VII.

Dated:    November 28, 2007

                              **Respectfully submitted,**

                              */s/ Svetlana Crouch*

                              _____
                              **J. DOUGLAS SUNSERI (#19173)**
                              **SVETLANA "LANA" CROUCH (#29814)**
                              **NICAUD, SUNSERI & FRADELLA, L.L.C.**
                              A Group of Professional Law Corporations
                              3000 18TH Street
                              Metairie, Louisiana 70002
                              Telephone: (504) 837-1304

                              Attorneys for Plaintiff, CYNTHIA HEBBLER

_____**CERTIFICATE OF SERVICE**

      I hereby certify that on this <u>28th</u> day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                              */s/ Svetlana Crouch*

                              _____
                              SVETLANA CROUCH