UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

                                                     CIVIL ACTION NO. 05-4182

                                                     SECTION "K" (2)

**PERTAINS TO:**
INSURANCE    Civil Action No.: 06-6394        JUDGE: DUVAL
                        (Pontiac-Raceland,LLC)          MAG: WILKINSON

### EX PARTE MOTION TO BIFURCATE
### INDIVIDUAL CLAIMS OF GINA BARARD

      **NOW INTO COURT**, comes Plaintiff, PONTIAC-RACELAND, LLC, appearing herein through undersigned counsel of record, and in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for the entry of an Order bifurcating the referenced proceeding captioned *"Pontiac-Raceland, LLC v. Transcontinental Insurance Company,* Civil Action No. 06-6394 from the consolidated litigation and referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate

-1-

scheduling order in accordance with the provisions of Case Management Order No. 4, Section VII.

Dated:   November 28, 2007

                                                **Respectfully submitted,**

*/s/ Svetlana Crouch*

**J. DOUGLAS SUNSERI (#19173)**
**SVETLANA "LANA" CROUCH (#29814)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18TH Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiff, PONTIAC-RACELAND, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Svetlana Crouch*

SVETLANA CROUCH