UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

PERTAINS TO:
INSURANCE   Civil Action No.: 06-7173
   (Kenneth Robichaux and Kim Robichaux)

JUDGE: DUVAL
MAG: WILKINSON

## ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that in accordance with the provisions of Case Management Order No. 4, Section VII, the matter entitled *Kenneth Robichaux and Kim Robichaux v. Lexington Insurance Company,* Civil Action No. 06-7173 is hereby bifurcated from the consolidated litigation referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order.

New Orleans, Louisiana this _____ day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE