UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES § | | |
| CONSOLIDATED LITIGATION § | | |
| § | CIVIL ACTION NO.: 05-4182 | |
| § | | |
| _____ § | JUDGE: DUVAL | |
| § | SECTION "K" | |
| PERTAINS TO INSURANCE: § | | |
| § | | |
| *Sean Goodman and his wife, Silvia Goodman vs.* § | | |
| *vs. Fidelity National Ins. Company, Robert Sheard* § | | |
| *Insurance Agency, Inc., Robert Sheard and* § | | |
| *ABC Insurance Co.* § | | |
| Civil Action No.:06-3799 § | MAGISTRATE: 2 | |
| (Goodman, Sean) § | JUDGE: WILKINSON | |
| _____ § | | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now the undersigned, Dorothy L. Tarver, counsel of record for Fidelity National Insurance Company, and a member of the bar of this Court, and moves this Honorable Court to admit attorney Carter Roberts Hale, *pro hac vice* to appear before the Court in this matter. Mr. Hale is an attorney with Scott, Sullivan, Streetman & Fox, P.C., and will be assisting in the handling of this matter, with undersigned counsel as local counsel. Mr. Hale is duly licensed to practice in the State of Alabama and is a member in good standing of the State Bar of Alabama, United States

District Court, the Southern District of Alabama, the Middle District of Alabama, and the Northern District of Florida.

An affidavit from, and Certificates of Good Standing from the Clerk of the United States District Court for the Southern District of Alabama and the Alabama State Bar are attached as Exhibit 1, respectively. Mr. Hale will serve as Trial Attorney.

WHEREFORE, premises considered, the undersigned respectfully requests that this Honorable Court admit Carter Roberts Hale, *pro hac vice* for the purpose of representing Fidelity National Insurance Company in the above-captioned matter, and for all such other relief as is just and proper.

Dated: November 28, 2007                    Respectfully Submitted,

**NIELSEN LAW FIRM, L.L.C.**

*/s/ Dorothy L. Tarver*
GERALD J. NIELSEN, La. S.B. 17078
DOROTHY L. TARVER, LA. S.B. 29714
3838 N. Causeway Blvd.  Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500   Fax (504) 832-9165
Counsel for Defendant:
Fidelity National Insurance Company

-and-

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
Carter Roberts Hale, Al Bar No. ASB-9713-R80H
56 St. Joseph Street
Regions Bank Building
10th Floor
Mobile, AL  36602
Phone No.: (251) 433-1346
Facsimile No.:  (251) 433-1086
Email address:  chale@scottsullivanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

J. Douglas Sunseri, Esq.
Dawn Danna Marullo, Esq.
Svetlana Crouch, Esq.
Brian J. Branch, Esq.
NICAUD, SUNSERI & FRADELLA, LLC
3000 18th Street
Metairie, LA 70002
Counsel for Plaintiff

I further certify that I mailed the foregoing document via facsimile and first-class mail to the following non-CM/ECF participants:

N/A

*/s/ Dorothy L. Tarver*
Dorothy L. Tarver