## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br>  § <br>  § <br> _____ § <br>  § <br> **PERTAINS TO INSURANCE:** § <br>  § <br> *Sean Goodman and his wife, Silvia Goodman vs.* § <br> *vs. Fidelity National Ins. Company, Robert Sheard* § <br> *Insurance Agency, Inc., Robert Sheard and* § <br> *ABC Insurance Co.* § <br> Civil Action No.:06-3799 § <br>  (Goodman, Sean) § <br> _____ § | **CIVIL ACTION NO.: 05-4182** <br><br> **JUDGE: DUVAL** <br> **SECTION "K"** <br><br><br><br><br><br> **MAGISTRATE: 2** <br> **JUDGE: WILKINSON** |

### ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

Considering the foregoing Motion for Admission *Pro Hac Vice,*

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that attorney Carter R. Hale be admitted *pro hac vice* to appear before this Court as co-counsel for Fidelity National Insurance Company, along with Gerald J. Nielsen and Dorothy L. Tarver of the Nielsen Law Firm, who will remain as local counsel.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**