UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** § § § § § § **PERTAINS TO INSURANCE:** § § *Sean Goodman and his wife Silvia* § *Goodman vs. Fidelity National Company,* § *Robert Sheard Insurance Agency, Inc.,* § *Robert Sheard and ABC Insurance Co.* § *No.:06-3799* § § | CIVIL ACTION<br><br>NO.: 05-4182 "K" (2)<br>CONS. KATRINA CANAL<br><br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, III |

## AFFIDAVIT OF CARTER R. HALE

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Carter R. Hale, who after first being duly sworn, did state as follows:

1. I am over 18 years of age and competent to give testimony. The facts set forth herein are based upon my personal knowledge.

2. I make this Affidavit in support of the Petition to admit me *pro hac vice* to appear and participate in the captioned civil action as counsel for defendant, Fidelity National Insurance Company.

3. I am an attorney with the law firm of Scott, Sullivan, Streetman & Fox, P.C., 56 St. Joseph Street, Regions Bank Building, 10th Floor, Mobile, Alabama 36602; Telephone: (251) 433-1346; Facsimile: (251) 433-1086; email: chale@scottsullivanlaw.com.

4. I am currently admitted to practice law in the State of Alabama (Bar No. ASB-9713-R80H), and I am a member in good standing of the State Bar of Alabama.

5. I am also a member in good standing of the United States District Court, the Southern District of Alabama, the Middle District of Alabama, and the Northern District of Florida. Attached

hereto are Certificates of Good Standing from the Clerk of the United States District Court for the Southern District of Alabama and the Alabama State Bar.

6. The applicant has never sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis.

7. The applicant has not ever had pending against him any disciplinary charges by any court or bar association.

8. The applicant has not ever had pending against him any criminal charges.

9. The applicant has never been cited by any federal or state court for contempt.

10. The applicant has never been disbarred or suspended from the practice of law in any federal or state appellate trial court.

FURTHER AFFIANT SAYETH NAUGHT.

BY: _____
CARTER R. HALE

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, ON THIS
THE __26TH__ DAY OF NOVEMBER, 2007

[AFFIX NOTARIAL SEAL]

_____
Notary Public
My Commission Expires: 12-2-09

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF ALABAMA } ss.

# Certificate of Good Standing

I, Charles R. Diard, Jr., Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

## Carter Roberts Hale

was duly admitted to practice in said Court on November 18th 2002, and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on November 20, 2007



Charles R. Diard, Jr.
**Clerk of Court**

By _____
Deputy Clerk