Top 50 Homeowners Insurers in Louisiana by Written Premium

| Rank | Company Name | Direct Written Premium ($000) | | | Growth Rate (%) | | | Market Share (%) | | | Direct Incurred Loss Ratio (%) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 |
| 1 | State Farm Group | 348,179 | 321,168 | 288,199 | 8.4 | 11.4 | 9.7 | 34.5 | 34.7 | 32.6 | 705.8 | 38.4 | 45.1 |
| 2 | Allstate Insurance Group | 220,163 | 203,930 | 178,349 | 8.0 | 14.3 | 26.3 | 21.8 | 22.0 | 20.2 | 1,064.9 | 36.0 | 32.7 |
| 3 | Southern Farm Bureau Group | 74,948 | 65,244 | 57,622 | 14.9 | 13.2 | 14.7 | 7.4 | 7.1 | 6.5 | 568.9 | 45.9 | 55.5 |
| 4 | Farmers Insurance Group | 44,334 | 38,305 | 32,558 | 15.7 | 17.7 | 18.0 | 4.4 | 4.1 | 3.7 | 385.8 | 40.5 | 55.2 |
| 5 | Liberty Mutual Insurance Companies | 39,419 | 35,863 | 31,818 | 9.9 | 12.7 | 20.2 | 3.9 | 3.9 | 3.6 | 1,094.6 | 46.5 | 40.2 |
| 6 | St. Paul Travelers Group | 35,204 | 36,030 | 34,928 | -2.1 | 3.2 | 6.7 | 3.5 | 3.9 | 4.0 | 1,455.9 | 16.8 | 37.0 |
| 7 | USAA Group | 34,263 | 31,045 | 26,212 | 10.4 | 18.4 | 24.1 | 3.4 | 3.4 | 3.0 | 868.8 | 28.5 | 32.9 |
| 8 | American National P & C Group | 23,605 | 21,622 | 19,922 | 9.2 | 8.5 | 15.4 | 2.3 | 2.3 | 2.3 | 1,231.8 | 31.2 | 31.0 |
| 9 | Hanover Insurance Grp Prop and Cas Cos | 20,201 | 18,295 | 15,084 | 10.4 | 21.3 | 21.7 | 2.0 | 2.0 | 1.7 | 709.0 | 31.7 | 35.6 |
| 10 | American International Group Inc | 17,980 | 21,627 | 77,153 | -16.1 | -71.7 | 28.3 | 1.8 | 2.4 | 8.7 | 1,262.4 | 29.9 | 57.2 |
| 11 | Shelter Insurance Companies | 16,863 | 16,107 | 14,609 | 4.8 | 6.8 | 2.5 | 1.7 | 1.7 | 1.7 | 464.1 | 18.3 | 28.4 |
| 12 | MetLife Auto & Home Group | 16,197 | 15,214 | 14,723 | 6.5 | 3.3 | 12.2 | 1.6 | 1.6 | 1.7 | 687.5 | 34.2 | 44.8 |
| 13 | Allianz of America, Inc | 15,049 | 13,311 | 11,585 | 13.0 | 14.9 | -0.1 | 1.5 | 1.4 | 1.3 | 836.6 | 61.4 | 83.8 |
| 14 | Automobile Club of Missouri Group | 13,672 | 9,513 | 6,128 | 42.7 | 55.3 | 203.3 | 1.3 | 1.0 | 0.7 | 1,086.7 | 28.4 | 22.5 |
| 15 | Chubb Group of Insurance Companies | 13,111 | 11,799 | 10,019 | 11.1 | 17.8 | 22.8 | 1.3 | 1.3 | 1.1 | 965.3 | 41.5 | 46.6 |
| 16 | Unitrin Inc | 10,130 | 8,584 | 6,256 | 18.3 | 36.8 | 36.9 | 1.0 | 0.9 | 0.7 | 432.4 | 36.1 | 40.9 |
| 17 | Hartford Insurance Group | 10,044 | 9,707 | 8,410 | 3.5 | 15.4 | 19.2 | 1.0 | 1.0 | 1.0 | 914.5 | 33.6 | 39.8 |
| 18 | Horace Mann Insurance Group | 9,891 | 8,770 | 7,793 | 12.8 | 12.5 | 5.9 | 1.0 | 0.9 | 0.9 | 703.4 | 43.5 | 33.2 |
| 19 | Republic Companies Group | 9,233 | 7,088 | 5,558 | 30.3 | 27.5 | 18.3 | 0.9 | 0.8 | 0.6 | 739.0 | 21.0 | 37.6 |

Gauntt, Charles & Liliana et al. v. SFF&CC et al.
Confidential
GAUNTT00000001PROD

| # | Company | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | United Fire & Casualty Group | 7,952 | 7,478 | 7,802 | 6.3 | -4.2 | 12.9 | 0.8 | 0.8 | 0.9 | 1,128.3 | 25.5 | 38.7 |
| 21 | Safeco Insurance Companies | 6,679 | 5,500 | 4,489 | 21.4 | 22.5 | 17.2 | 0.7 | 0.6 | 0.5 | 104.6 | 27.4 | 45.0 |
| 22 | Assurant Solutions | 5,104 | 5,342 | 6,664 | -3.0 | -19.8 | 12.0 | 0.5 | 0.6 | 0.6 | 206.9 | 15.4 | 25.8 |
| 23 | National Security Group, Inc | 3,199 | 9,374 | 3,230 | -5.2 | 4.5 | 192.9 | 0.3 | 0.4 | 0.4 | 293.6 | 27.9 | 31.2 |
| 24 | Homesite Group | 2,378 | 1,692 | 1,203 | 26.7 | 57.3 | 423.0 | 0.2 | 0.2 | 0.1 | 415.6 | 44.7 | 16.3 |
| 25 | Aegis Security Insurance Group | 2,058 | 880 | 612 | 139.5 | 40.5 | 0.2 | 0.2 | 0.1 | 0.1 | 467.8 | 12.3 | 24.5 |
| 26 | Armed Forces Insurance Exchange | 1,858 | 1,624 | 1,963 | 20.6 | 10.1 | 15.4 | 0.2 | 0.2 | 0.2 | 1,009.8 | 41.6 | 87.3 |
| 27 | EMC Insurance Companies | 1,884 | 1,873 | 1,874 | 0.7 | -0.1 | -12.5 | 0.2 | 0.2 | 0.2 | 593.9 | 20.8 | 38.8 |
| 28 | Amica Mutual Group | 1,510 | 1,476 | 1,192 | 2.9 | 23.8 | 16.0 | 0.2 | 0.2 | 0.1 | 1,206.6 | 24.1 | 34.9 |
| 29 | Fidelity National Group | 1,098 | 65 | 0 | 1,589.2 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 884.6 | 0.0 | 0.0 |
| 30 | Balboa Insurance Group | 712 | 118 | 79 | 503.4 | 49.4 | 83.7 | 0.1 | 0.0 | 0.0 | 797.9 | 50.0 | 8.8 |
| 31 | Markel Corporation Group | 543 | 457 | 261 | 18.8 | 82.1 | -13.1 | 0.1 | 0.0 | 0.0 | 636.8 | 3.7 | 112.5 |
| 32 | American Modern Insurance Group | 330 | 546 | 488 | -39.4 | 11.7 | -08.0 | 0.0 | 0.1 | 0.1 | 1,848.5 | 9.9 | 101.4 |
| 33 | Zurich Financial Services NA Group | 307 | 266 | 1,650 | 14.6 | -83.8 | 129.8 | 0.0 | 0.0 | 0.2 | 843.6 | 42.3 | 61.1 |
| 34 | HDI U S Group | 305 | 746 | 1,154 | -59.3 | -35.1 | 156.4 | 0.0 | 0.1 | 0.1 | 587.0 | 88.1 | 55.0 |
| 35 | NLASCO Group | 125 | 31 | 0 | 303.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 797.8 | 0.0 | 0.0 |
| 36 | Electric Insurance Group | 86 | 88 | 59 | -2.3 | 49.2 | 11.3 | 0.0 | 0.0 | 0.0 | 3,006.9 | 60.0 | 19.3 |
| 37 | Memster Insurance Company | 29 | 24 | 10 | 20.8 | 140.0 | 100.0 | 0.0 | 0.0 | 0.0 | 225.0 | 31.3 | 85.7 |
| 38 | Tokio Marine & Nichido Fire USB Group | 2 | 2 | 1 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2,950.0 | 50.0 | 0.0 |
| 39 | Prime Insurance Syndicate Inc. | 1 | 19 | 21 | -94.7 | -9.5 | 110.0 | 0.0 | 0.0 | 0.0 | 58.3 | 80.0 | 1,028.6 |
| 40 | GeoVera Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Gauntt, Charles & Liliana et al. v. BFF&CC et al.
Confidential
GAUNTT000000002PROD

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 Sequoia Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 42 American Strategic Insurance Companies | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 43 Universal Insurance Group of Puerto Rico | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 44 Lencer Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 45 United America Indemnity Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 46 Tower Group Companies | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 National Financial Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 48 Celina Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 49 USIC Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 50 Middle Georgia Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Industry Total | 1,008,535 | 925,022 | 882,900 | 9.0 | 4.8 | 15.4 | 100.0 | 100.0 | 100.0 | 832.5 | 35.7 | 43.2 |

Source: © A.M. Best Company -- used by permission
State Farm Strategic Resources Department, Global Business Analysis

For internal use only. Nothing contained in this site shall be disclosed outside State Farm unless proper authorization is obtained.

Gauntt, Charles & Liliana et al. v. SFF&CC et al.
Confidential
GAUNTT00000003PROD