# ANNUAL STATEMENT

OF THE

# LA Citizens Property Insurance Corporation Coastal Plan

2004

OF

Metairie

IN THE STATE OF

Louisiana

TO THE

INSURANCE DEPARTMENT

OF THE

STATE OF Louisiana

FOR THE YEAR ENDED

DECEMBER 31, 2004

PROPERTY AND CASUALTY

2004





PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION

# ANNUAL STATEMENT

FOR THE YEAR ENDED DECEMBER 31, 2004
OF THE CONDITION AND AFFAIRS OF THE

## LA Citizens Property Insurance Corporation Coastal Plan

NAIC Group Code 0000 (Current Period) ______ (Prior Period) NAIC Company Code 00000 Employer's ID Number 68-0571166

Organized under the Laws of Louisiana, State of Domicile or Port of Entry Louisiana

Country of Domicile United States of America

Incorporated 08/15/2003 Commenced Business 01/01/2004

Statutory Home Office 433 Metairie Road, Suite 400 (Street and Number), Metairie, LA 70005 (City or Town, State and Zip Code)

Main Administrative Office 433 Metairie Road, Suite 400 (Street and Number) Metairie, LA 70005 (City or Town, State and Zip Code) 504-831-6930-213 (Area Code) (Telephone Number)

Mail Address P. O. Box 60730 (Street and Number or P.O. Box), New Orleans, LA 70160 (City or Town, State and Zip Code)

Primary Location of Books and Records 433 Metairie Road, Suite 400 (Street and Number) Metairie, LA 70005 (City or Town, State and Zip Code) 504-831-6930-213 (Area Code) (Telephone Number)

Internet Website Address www.lacitizens.com

Statutory Statement Contact Caryl T. Mathes (Name) 504-831-6930-213 (Area Code) (Telephone Number) (Extension)

cmathes@lacitizens.com (E-mail Address) 504-831-7553 (Fax Number)

Policyowner Relations Contact 4150 S. Sherwood Forest Blvd. (Street and Number) Baton Rouge, LA 70816 (City or Town, State and Zip Code) 800-274-9830 (Area Code) (Telephone Number) (Extension)

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Terry M. Lisotta | Chief Executive Officer | Caryl T. Mathes | Chief Operating Officer |
| Curt P. Reeson | Chief Information Officer | Stephanie G. Jackson | Quality Assurance Officer |

## OTHER OFFICERS

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Jeff W. Albright | Blaine V. Briggs | Chad M. Brown | David J. Cain |
| David Chozen | James M. Ely | John N. Kennedy | Joelle M. Lapeze |
| John D. Miletti | Henry Mouton | Ronald E. Newson | David H. Stiel |
| James W. Tucker | | | |

State of ............LOUISIANA..................
ss
County of ...............JEFFERSON..................

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures Manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in [illegible] in addition to the enclosed statement.

| Chief Executive Officer | Chief Operating Officer | Chief Information Officer |
|---|---|---|
| Terry M. Lisotta | Caryl T. Mathes | Curt P. Reeson |

Subscribed and sworn to before me this ______ day of July, 2005

a. Is this an original filing? Yes [ X ] No [ ]
b. If no,
1. State the amendment number ______
2. Date filed ______
3. Number of pages attached ______

UPON DEATH

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# ASSETS

| | Current Year | | | Prior Year |
|---|---|---|---|---|
| | 1<br>Assets | 2<br>Nonadmitted Assets | 3<br>Net Admitted Assets (Cols. 1 - 2) | 4<br>Net Admitted Assets |
| 1. Bonds (Schedule D) | 0 | | 0 | 0 |
| 2. Stocks (Schedule D): | | | | |
| 2.1 Preferred stocks | 0 | | 0 | 0 |
| 2.2 Common stocks | 0 | | 0 | 0 |
| 3. Mortgage loans on real estate (Schedule B): | | | | |
| 3.1 First liens | 0 | | 0 | 0 |
| 3.2 Other than first liens | 0 | | 0 | 0 |
| 4. Real estate (Schedule A): | | | | |
| 4.1 Properties occupied by the company (less $ 0 encumbrances) | 0 | | 0 | 0 |
| 4.2 Properties held for the production of income (less $ 0 encumbrances) | 0 | | 0 | 0 |
| 4.3 Properties held for sale (less $ 0 encumbrances) | 0 | | 0 | 0 |
| 5. Cash ($ 4,714,592, Schedule E, Part 1), cash equivalents ($ 0, Schedule E, Part 2) and short-term investments ($ 0, Schedule DA) | 4,714,592 | | 4,714,592 | 0 |
| 6. Contract loans, (including $ 0 premium notes) | 0 | | 0 | 0 |
| 7. Other invested assets (Schedule BA) | 0 | 0 | 0 | 0 |
| 8. Receivable for securities | 0 | | 0 | 0 |
| 9. Aggregate write-ins for invested assets | 0 | 0 | 0 | 0 |
| 10. Subtotals, cash and invested assets (Lines 1 to 9) | 4,714,592 | 0 | 4,714,592 | 0 |
| 11. Investment income due and accrued | 0 | | 0 | 0 |
| 12. Premiums and considerations: | | | | |
| 12.1 Uncollected premiums and agents' balances in the course of collection | 64,433 | 18,642 | 45,791 | 0 |
| 12.2 Deferred premiums, agents' balances and installments booked but deferred and not yet due (including $ 0 earned but unbilled premium) | 1,009,445 | | 1,009,445 | 0 |
| 12.3 Accrued retrospective premium | 0 | | 0 | 0 |
| 13. Reinsurance: | | | | |
| 13.1 Amounts recoverable from reinsurers | 0 | | 0 | 0 |
| 13.2 Funds held by or deposited with reinsured companies | 0 | | 0 | 0 |
| 13.3 Other amounts receivable under reinsurance contracts | 0 | | 0 | 0 |
| 14. Amounts receivable relating to uninsured plans | 0 | | 0 | 0 |
| 15.1 Current federal and foreign income tax recoverable and interest thereon | 0 | | 0 | 0 |
| 15.2 Net deferred tax asset | 0 | | 0 | 0 |
| 16. Guaranty funds receivable or on deposit | 0 | | 0 | 0 |
| 17. Electronic data processing equipment and software | 0 | | 0 | 0 |
| 18. Furniture and equipment, including health care delivery assets ($ 0) | 0 | | 0 | 0 |
| 19. Net adjustment in assets and liabilities due to foreign exchange rates | 0 | | 0 | 0 |
| 20. Receivables from parent, subsidiaries and affiliates | 0 | | 0 | 0 |
| 21. Health care ($ 0) and other amounts receivable | 0 | | 0 | 0 |
| 22. Other assets nonadmitted | 0 | | 0 | 0 |
| 23. Aggregate write-ins for other than invested assets | 509,188 | 0 | 509,188 | 0 |
| 24. Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 10 to 23) | 6,297,658 | 18,642 | 6,279,016 | 0 |
| 25. From Separate Accounts, Segregated Accounts and Protected Cell Accounts | 0 | | 0 | 0 |
| 26. Total (Lines 24 and 25) | 6,297,658 | 18,642 | 6,279,016 | 0 |
| DETAILS OF WRITE-INS | | | | |
| 0901. | | | | |
| 0902. | | | | |
| 0903. | | | | |
| 0998. Summary of remaining write-ins for Line 9 from overflow page | 0 | 0 | 0 | 0 |
| 0999. Totals (Lines 0901 thru 0903 plus 0998)(Line 9 above) | 0 | 0 | 0 | 0 |
| 2301. RECEIVABLE FROM SERVICE PROVIDER | 509,188 | | 509,188 | 0 |
| 2302. | | | | |
| 2303. | | | | |
| 2398. Summary of remaining write-ins for Line 23 from overflow page | 0 | 0 | 0 | 0 |
| 2399. Totals (Lines 2301 thru 2303 plus 2398)(Line 23 above) | 509,188 | 0 | 509,188 | 0 |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# LIABILITIES, SURPLUS AND OTHER FUNDS

| | 1 Current Year | 2 Prior Year |
|---|---|---|
| 1. Losses (Part 2A, Line 34, Column 8) | 319,961 | 0 |
| 2. Reinsurance payable on paid loss and loss adjustment expenses (Schedule F, Part 1, Column 6) | 0 | 0 |
| 3. Loss adjustment expenses (Part 2A, Line 34, Column 9) | 128,037 | 0 |
| 4. Commissions payable, contingent commissions and other similar charges | 0 | 0 |
| 5. Other expenses (excluding taxes, licenses and fees) | 3,183 | 0 |
| 6. Taxes, licenses and fees (excluding federal and foreign income taxes) | 83,649 | 0 |
| 7.1 Current federal and foreign income taxes (including $ 0 on realized capital gains (losses)) | 0 | 0 |
| 7.2 Net deferred tax liability | 0 | 0 |
| 8. Borrowed money $ 0 and interest thereon $ | 0 | 0 |
| 9. Unearned premiums (Part 1A, Line 37, Column 5) (after deducting unearned premiums for ceded reinsurance of $ 0 and including warranty reserves of $ ) | 4,418,835 | 0 |
| 10. Advance premiums | 0 | 0 |
| 11. Dividends declared and unpaid: | | |
| 11.1 Stockholders | 0 | 0 |
| 11.2 Policyholders | 0 | 0 |
| 12. Ceded reinsurance premiums payable (net of ceding commissions) | 0 | 0 |
| 13. Funds held by company under reinsurance treaties (Schedule F, Part 3, Column 19) | 0 | 0 |
| 14. Amounts withheld or retained by company for account of others | 0 | 0 |
| 15. Remittances and items not allocated | 1,059 | 0 |
| 16. Provision for reinsurance (Schedule F, Part 7) | 0 | 0 |
| 17. Net adjustments in assets and liabilities due to foreign exchange rates | 0 | 0 |
| 18. Drafts outstanding | 0 | 0 |
| 19. Payable to parent, subsidiaries and affiliates | 0 | 0 |
| 20. Payable for securities | 0 | 0 |
| 21. Liability for amounts held under uninsured accident and health plans | 0 | 0 |
| 22. Capital Notes $ 0 and interest thereon $ | 0 | 0 |
| 23. Aggregate write-ins for liabilities | 551,887 | 0 |
| 24. Total liabilities excluding protected cell liabilities (Lines 1 through 23) | 5,506,611 | 0 |
| 25. Protected cell liabilities | 0 | 0 |
| 26. Total liabilities (Lines 24 and 25) | 5,506,611 | 0 |
| 27. Aggregate write-ins for special surplus funds | 0 | 0 |
| 28. Common capital stock | 0 | 0 |
| 29. Preferred capital stock | 0 | 0 |
| 30. Aggregate write-ins for other than special surplus funds | 0 | 0 |
| 31. Surplus notes | 0 | 0 |
| 32. Gross paid in and contributed surplus | 0 | 0 |
| 33. Unassigned funds (surplus) | 772,405 | 0 |
| 34. Less treasury stock, at cost: | | |
| 34.1 0 shares common (value included in Line 28 $ ) | 0 | 0 |
| 34.2 0 shares preferred (value included in Line 29 $ ) | 0 | 0 |
| 35. Surplus as regards policyholders (Lines 27 to 33, less 34) (Page 4, Line 38) | 772,405 | 0 |
| 36. TOTALS (Page 2, Line 26, Col. 3) | 6,279,016 | 0 |
| DETAILS OF WRITE-INS | | |
| 2301. COMMERCIAL QUOTE DEPOSITS | 350 | 0 |
| 2302. COMMISSIONS PAYABLE TO AGENTS | 184,922 | 0 |
| 2303. PAYABLE TO LA. CITIZENS FAIR PLAN | 7,330 | 0 |
| 2398. Summary of remaining write-ins for Line 23 from overflow page | 359,285 | 0 |
| 2399. Totals (Lines 2301 thru 2303 plus 2398) (Line 23 above) | 551,887 | 0 |
| 2701. | | |
| 2702. | | |
| 2703. | | |
| 2798. Summary of remaining write-ins for Line 27 from overflow page | 0 | 0 |
| 2799. Totals (Lines 2701 thru 2703 plus 2798) (Line 27 above) | 0 | 0 |
| 3001. | | |
| 3002. | | |
| 3003. | | |
| 3098. Summary of remaining write-ins for Line 30 from overflow page | 0 | 0 |
| 3099. Totals (Lines 3001 thru 3003 plus 3098) (Line 30 above) | 0 | 0 |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# UNDERWRITING AND INVESTMENT EXHIBIT STATEMENT OF INCOME

| | 1<br>Current Year | 2<br>Prior Year |
|---|---|---|
| **UNDERWRITING INCOME** | | |
| 1. Premiums earned (Part 1, Line 34, Column 4) | 4,329,122 | 0 |
| **DEDUCTIONS** | | |
| 2. Losses incurred (Part 2, Line 34, Column 7) | 1,403,519 | 0 |
| 3. Loss expenses incurred (Part 3, Line 25, Column 1) | 343,307 | 0 |
| 4. Other underwriting expenses incurred (Part 3, Line 25, Column 2) | 1,890,080 | 0 |
| 5. Aggregate write-ins for underwriting deductions | 0 | 0 |
| 6. Total underwriting deductions (Lines 2 through 5) | 3,636,906 | 0 |
| 7. Net income of protected cells | | 0 |
| 8. Net underwriting gain or (loss) (Line 1 minus Line 6 plus Line 7) | 692,216 | 0 |
| **INVESTMENT INCOME** | | |
| 9. Net investment income earned (Exhibit of Net Investment Income, Line 17) | 2,126 | 0 |
| 10. Net realized capital gains (losses) (Exhibit of Capital Gains (Losses)) | 0 | 0 |
| 11. Net investment gain or (loss) (Lines 9 + 10) | 2,126 | 0 |
| **OTHER INCOME** | | |
| 12. Net gain or (loss) from agents' or premium balances charged off (amount recovered $ ______ amount charged off $ ______ ) | | 0 |
| 13. Finance and service charges not included in premiums | | 0 |
| 14. Aggregate write-ins for miscellaneous income | 96,705 | 0 |
| 15. Total other income (Lines 12 through 14) | 96,705 | 0 |
| 16. Net income before dividends to policyholders and before federal and foreign income taxes (Lines 8 + 11 + 15) | 791,047 | 0 |
| 17. Dividends to policyholders | | 0 |
| 18. Net income, after dividends to policyholders but before federal and foreign income taxes (Line 16 minus Line 17) | 791,047 | 0 |
| 19. Federal and foreign income taxes incurred | | 0 |
| 20. Net income (Line 18 minus Line 19) (to Line 22) | 791,047 | 0 |
| **CAPITAL AND SURPLUS ACCOUNT** | | |
| 21. Surplus as regards policyholders, December 31 prior year (Page 4, Line 38, Column 2) | 0 | 0 |
| **GAINS AND (LOSSES) IN SURPLUS** | | |
| 22. Net income (from Line 20) | 791,047 | 0 |
| 23. Change in net unrealized capital gains or (losses) | | 0 |
| 24. Change in net unrealized foreign exchange capital gain (loss) | | 0 |
| 25. Change in net deferred income tax | | 0 |
| 26. Change in nonadmitted assets (Exhibit of Nonadmitted Assets, Line 26, Col. 3) | (18,642) | 0 |
| 27. Change in provision for reinsurance (Page 3, Line 16, Column 2 minus Column 1) | 0 | 0 |
| 28. Change in surplus notes | | 0 |
| 29. Surplus (contributed to) withdrawn from protected cells | | 0 |
| 30. Cumulative effect of changes in accounting principles | | 0 |
| 31. Capital changes: | | |
| 31.1. Paid in | | 0 |
| 31.2. Transferred from surplus (Stock Dividend) | | 0 |
| 31.3. Transferred to surplus | | 0 |
| 32. Surplus adjustments: | | |
| 32.1. Paid in | | 0 |
| 32.2. Transferred to capital (Stock Dividend) | | 0 |
| 32.3. Transferred from capital | | 0 |
| 33. Net remittances from or (to) Home Office | | 0 |
| 34. Dividends to stockholders | | 0 |
| 35. Change in treasury stock (Page 3, Lines 34.1 and 34.2, Column 2 minus Column 1) | 0 | 0 |
| 36. Aggregate write-ins for gains and losses in surplus | 0 | 0 |
| 37. Change in surplus as regards policyholders for the year (Lines 22 through 36) | 772,405 | 0 |
| 38. Surplus as regards policyholders, December 31 current year (Line 21 plus Line 37) (Page 3, Line 35) | 772,405 | 0 |
| **DETAILS OF WRITE-INS** | | |
| 0501. | | |
| 0502. | | |
| 0503. | | |
| 0598. Summary of remaining write-ins for Line 5 from overflow page | 0 | 0 |
| 0599. Totals (Lines 0501 thru 0503 plus 0598) (Line 5 above) | 0 | 0 |
| 1401. APPLICATION FEES | 94,445 | 0 |
| 1402. COMMERCIAL QUOTE DEPOSIT INCOME EARNED | 1,800 | 0 |
| 1403. MISCELLANEOUS INCOME | 460 | 0 |
| 1498. Summary of remaining write-ins for Line 14 from overflow page | 0 | 0 |
| 1499. Totals (Lines 1401 thru 1403 plus 1498) (Line 14 above) | 96,705 | 0 |
| 3601. | | |
| 3602. | | |
| 3603. | | |
| 3698. Summary of remaining write-ins for Line 36 from overflow page | 0 | 0 |
| 3699. Totals (Lines 3601 thru 3603 plus 3698) (Line 36 above) | 0 | 0 |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# CASH FLOW

| | 1<br>Current Year To Date | 2<br>Prior Year Ended December 31 |
|---|---|---|
| **Cash from Operations** | | |
| 1. Premiums collected net of reinsurance | 7,674,079 | 0 |
| 2. Net investment income | 2,126 | 0 |
| 3. Miscellaneous income | 96,705 | 0 |
| 4. Total (Lines 1 to 3) | 7,772,910 | 0 |
| 5. Benefits and loss related payments | 1,083,558 | 0 |
| 6. Net transfers to Separate, Segregated Accounts and Protected Cell Accounts | 0 | 0 |
| 7. Commissions, expenses paid and aggregate write-ins for deductions | 2,018,518 | 0 |
| 8. Dividends paid to policyholders | 0 | 0 |
| 9. Federal and foreign income taxes paid (recovered) $ ........ net of tax on capital gains (losses) | 0 | 0 |
| 10. Total (Lines 5 through 9) | 3,102,076 | 0 |
| 11. Net cash from operations (Line 4 minus Line 10) | 4,670,834 | 0 |
| **Cash from Investments** | | |
| 12. Proceeds from investments sold, matured or repaid: | | |
| 12.1 Bonds | 0 | 0 |
| 12.2 Stocks | 0 | 0 |
| 12.3 Mortgage loans | 0 | 0 |
| 12.4 Real estate | 0 | 0 |
| 12.5 Other invested assets | 0 | 0 |
| 12.6 Net gains or (losses) on cash, cash equivalents and short-term investments | 0 | 0 |
| 12.7 Miscellaneous proceeds | 0 | 0 |
| 12.8 Total investment proceeds (Lines 12.1 to 12.7) | 0 | 0 |
| 13. Cost of investments acquired (long-term only): | | |
| 13.1 Bonds | 0 | 0 |
| 13.2 Stocks | 0 | 0 |
| 13.3 Mortgage loans | 0 | 0 |
| 13.4 Real estate | 0 | 0 |
| 13.5 Other invested assets | 0 | 0 |
| 13.6 Miscellaneous applications | 0 | 0 |
| 13.7 Total investments acquired (Lines 13.1 to 13.6) | 0 | 0 |
| 14. Net increase (or decrease) in policy loans and premium notes | 0 | 0 |
| 15. Net cash from investments (Line 12.8 minus Line 13.7 and Line 14) | 0 | 0 |
| **Cash from Financing and Miscellaneous Sources** | | |
| 16. Cash provided (applied): | | |
| 16.1 Surplus notes, capital notes | 0 | 0 |
| 16.2 Capital and paid in surplus, less treasury stock | 0 | 0 |
| 16.3 Borrowed funds | 0 | 0 |
| 16.4 Net deposits on deposit-type contracts and other insurance liabilities | | 0 |
| 16.5 Dividends to stockholders | 0 | 0 |
| 16.6 Other cash provided (applied) | 43,758 | 0 |
| 17. Net cash from financing and miscellaneous sources (Line 16.1 to Line 16.4 minus Line 16.5 plus Line 16.6) | 43,758 | 0 |
| **RECONCILIATION OF CASH AND SHORT-TERM INVESTMENTS** | | |
| 18. Net change in cash and short-term investments (Line 11 plus Line 15 plus Line 17) | 4,714,592 | 0 |
| 19. Cash and short-term investments: | | |
| 19.1 Beginning of year | 0 | 0 |
| 19.2 End of period (Line 18 plus Line 19.1) | 4,714,592 | 0 |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# UNDERWRITING AND INVESTMENT EXHIBIT

## PART 1 - PREMIUMS EARNED

| | Lines of Business | 1<br>Net Premiums Written per Column 6, Part 1B | 2<br>Unearned Premiums Dec. 31 Prior Year - per Col. 3, Last Year's Part 1 | 3<br>Unearned Premiums Dec. 31 Current Year - per Col. 5 Part 1A | 4<br>Premiums Earned During Year (Cols. 1 + 2 - 3) |
|---|---|---|---|---|---|
| 1. | Fire | 1,705,032 | 0 | 840,011 | 865,021 |
| 2. | Allied lines | 4,040,011 | 0 | 2,060,711 | 1,979,300 |
| 3. | Farmowners multiple peril | 0 | 0 | 0 | 0 |
| 4. | Homeowners multiple peril | 3,002,914 | 0 | 1,518,113 | 1,484,801 |
| 5. | Commercial multiple peril | 0 | 0 | 0 | 0 |
| 6. | Mortgage guaranty | 0 | 0 | 0 | 0 |
| 8. | Ocean marine | 0 | 0 | 0 | 0 |
| 9. | Inland marine | 0 | 0 | 0 | 0 |
| 10. | Financial guaranty | 0 | 0 | 0 | 0 |
| 11.1 | Medical malpractice - occurrence | 0 | 0 | 0 | 0 |
| 11.2 | Medical malpractice - claims-made | 0 | 0 | 0 | 0 |
| 12. | Earthquake | 0 | 0 | 0 | 0 |
| 13. | Group accident and health | 0 | 0 | 0 | 0 |
| 14. | Credit accident and health (group and individual) | 0 | 0 | 0 | 0 |
| 15. | Other accident and health | 0 | 0 | 0 | 0 |
| 16. | Workers' compensation | 0 | 0 | 0 | 0 |
| 17.1 | Other liability - occurrence | 0 | 0 | 0 | 0 |
| 17.2 | Other liability - claims-made | 0 | 0 | 0 | 0 |
| 18.1 | Products liability - occurrence | 0 | 0 | 0 | 0 |
| 18.2 | Products liability - claims-made | 0 | 0 | 0 | 0 |
| 19.1,19.2 | Private passenger auto liability | 0 | 0 | 0 | 0 |
| 19.3,19.4 | Commercial auto liability | 0 | 0 | 0 | 0 |
| 21. | Auto physical damage | 0 | 0 | 0 | 0 |
| 22. | Aircraft (all perils) | 0 | 0 | 0 | 0 |
| 23. | Fidelity | 0 | 0 | 0 | 0 |
| 24. | Surety | 0 | 0 | 0 | 0 |
| 26. | Burglary and theft | 0 | 0 | 0 | 0 |
| 27. | Boiler and machinery | 0 | 0 | 0 | 0 |
| 28. | Credit | 0 | 0 | 0 | 0 |
| 29. | International | 0 | 0 | 0 | 0 |
| 30. | Reinsurance - Nonproportional Assumed Property | 0 | 0 | 0 | 0 |
| 31. | Reinsurance - Nonproportional Assumed Liability | 0 | 0 | 0 | 0 |
| 32. | Reinsurance - Nonproportional Assumed Financial Lines | 0 | 0 | 0 | 0 |
| 33. | Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 |
| 34. | TOTALS | 8,747,957 | 0 | 4,418,835 | 4,329,122 |
| | DETAILS OF WRITE-INS | | | | |
| 3301. | | | | | |
| 3302. | | | | | |
| 3303. | | | | | |
| 3398. | Summary of remaining write-ins for Line 33 from overflow page | 0 | 0 | 0 | 0 |
| 3399. | Totals (Lines 3301 thru 3303 plus 3398) (Line 33 above) | 0 | 0 | 0 | 0 |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# UNDERWRITING AND INVESTMENT EXHIBIT

## PART 1A - RECAPITULATION OF ALL PREMIUMS

(a) Gross premiums (less reinsurance) and unearned premiums on all unexpired risks and reserve for return premiums under rate credit or retrospective rating plans based upon experience, viz.

| | Line of Business | 1 Amount Unearned (Running One Year or Less from Date of Policy) (b) | 2 Amount Unearned (Running More Than One Year from Date of Policy) (b) | 3 Earned but Unbilled Premium | 4 Reserve for Rate Credits and Retrospective Adjustments Based on Experience | 5 Total Reserve for Unearned Premiums Cols. 1 + 2 + 3 + 4 |
|---|---|---|---|---|---|---|
| 1. | Fire | 840,011 | | | | 840,011 |
| 2. | Allied lines | 2,060,711 | | | | 2,060,711 |
| 3. | Farmowners multiple peril | | | | | 0 |
| 4. | Homeowners multiple peril | 1,518,113 | | | | 1,518,113 |
| 5. | Commercial multiple peril | | | | | 0 |
| 6. | Mortgage guaranty | | | | | 0 |
| 8. | Ocean marine | | | | | 0 |
| 9. | Inland marine | | | | | 0 |
| 10. | Financial guaranty | | | | | 0 |
| 11.1 | Medical malpractice - occurrence | | | | | 0 |
| 11.2 | Medical malpractice - claims-made | | | | | 0 |
| 12. | Earthquake | | | | | 0 |
| 13. | Group accident and health | | | | | 0 |
| 14. | Credit accident and health (group and individual) | | | | | 0 |
| 15. | Other accident and health | | | | | 0 |
| 16. | Workers' compensation | | | | | 0 |
| 17.1 | Other liability - occurrence | | | | | 0 |
| 17.2 | Other liability - claims-made | | | | | 0 |
| 18.1 | Products liability - occurrence | | | | | 0 |
| 18.2 | Products liability - claims-made | | | | | 0 |
| 19.1,19.2 | Private passenger auto liability | | | | | 0 |
| 19.3,19.4 | Commercial auto liability | | | | | 0 |
| 21. | Auto physical damage | | | | | 0 |
| 22. | Aircraft (all perils) | | | | | 0 |
| 23. | Fidelity | | | | | 0 |
| 24. | Surety | | | | | 0 |
| 26. | Burglary and theft | | | | | 0 |
| 27. | Boiler and machinery | | | | | 0 |
| 28. | Credit | | | | | 0 |
| 29. | International | | | | | 0 |
| 30. | Reinsurance - Nonproportional Assumed Property | | | | | 0 |
| 31. | Reinsurance - Nonproportional Assumed Liability | | | | | 0 |
| 32. | Reinsurance - Nonproportional Assumed Financial Lines | | | | | 0 |
| 33. | Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 | 0 |
| 34. | TOTALS | 4,418,835 | 0 | 0 | 0 | 4,418,835 |
| 35. | Accrued retrospective premiums based on experience | | | | | |
| 36. | Earned but unbilled premiums | | | | | |
| 37. | Balance (Sum of Line 34 through 36) | | | | | 4,418,835 |
| | DETAILS OF WRITE-INS | | | | | |
| 3301. | | | | | | |
| 3302. | | | | | | |
| 3303. | | | | | | |
| 3398. | Summary of remaining write-ins for Line 33 from overflow page | 0 | 0 | 0 | 0 | 0 |
| 3399. | Totals (Lines 3301 thru 3303 plus 3398) (Line 33 above) | 0 | 0 | 0 | 0 | 0 |

(a) By gross premiums is meant the aggregate of all the premiums written in the policies or renewals in force.

Are they so returned in this statement? Yes [ X ] No [ ]

(b) State here basis of computation used in each case . MONTHLY PRO-RATA

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# UNDERWRITING AND INVESTMENT EXHIBIT

## PART 1B - PREMIUMS WRITTEN

| | Gross Premiums (Less Return Premiums), Including Policy and Membership Fees Written and Renewed During Year | Reinsurance Assumed | | Reinsurance Ceded | | |
|---|---|---|---|---|---|---|
| Line of Business | 1<br>Direct Business<br>(a) | 2<br>From Affiliates | 3<br>From Non-Affiliates | 4<br>To Affiliates | 5<br>To Non-Affiliates | 6<br>Net Premiums Written Cols. 1 + 2 + 3 - 4 - 5 |
| 1. Fire | 1,705,032 | | | | | 1,705,032 |
| 2. Allied lines | 4,210,650 | | | | 170,639 | 4,040,011 |
| 3. Farmowners multiple peril | 0 | | | | | 0 |
| 4. Homeowners multiple peril | 3,150,004 | | | | 147,090 | 3,002,914 |
| 5. Commercial multiple peril | 0 | | | | | 0 |
| 6. Mortgage guaranty | | | | | | 0 |
| 8. Ocean marine | | | | | | 0 |
| 9. Inland marine | | | | | | 0 |
| 10. Financial guaranty | | | | | | 0 |
| 11.1 Medical malpractice - occurrence | | | | | | 0 |
| 11.2 Medical malpractice - claims-made | | | | | | 0 |
| 12. Earthquake | | | | | | 0 |
| 13. Group accident and health | | | | | | 0 |
| 14. Credit accident and health (group and individual) | | | | | | 0 |
| 15. Other accident and health | | | | | | 0 |
| 16. Workers' compensation | | | | | | 0 |
| 17.1 Other liability - occurrence | | | | | | 0 |
| 17.2 Other liability - claims-made | | | | | | 0 |
| 18.1 Products liability - occurrence | | | | | | 0 |
| 18.2 Products liability - claims-made | | | | | | 0 |
| 19.1,19.2 Private passenger auto liability | | | | | | 0 |
| 19.3,19.4 Commercial auto liability | | | | | | 0 |
| 21. Auto physical damage | | | | | | 0 |
| 22. Aircraft (all perils) | | | | | | 0 |
| 23. Fidelity | | | | | | 0 |
| 24. Surety | | | | | | 0 |
| 26. Burglary and theft | | | | | | 0 |
| 27. Boiler and machinery | | | | | | 0 |
| 28. Credit | | | | | | 0 |
| 29. International | | | | | | 0 |
| 30. Reinsurance - Nonproportional Assumed Property | XXX | | | | | 0 |
| 31. Reinsurance - Nonproportional Assumed Liability | XXX | | | | | 0 |
| 32. Reinsurance - Nonproportional Assumed Financial Lines | XXX | | | | | 0 |
| 33. Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 | 0 | 0 |
| 34. TOTALS | 9,065,686 | 0 | 0 | 0 | 317,729 | 8,747,957 |
| DETAILS OF WRITE-INS | | | | | | |
| 3301. | | | | | | |
| 3302. | | | | | | |
| 3303. | | | | | | |
| 3398. Summary of remaining write-ins for Line 33 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 |
| 3399. Totals (Lines 3301 thru 3303 plus 3398) (Line 33 above) | 0 | 0 | 0 | 0 | 0 | 0 |

(a) Does the company's direct premiums written include premiums recorded on an installment basis? Yes [ ] No [ X ]

If yes: 1. The amount of such installment premiums $ ____________

2. Amount at which such installment premiums would have been reported had they been reported on an annualized basis $ ____________

R THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# UNDERWRITING AND INVESTMENT EXHIBIT

## PART 2 - LOSSES PAID AND INCURRED

| | Line of Business | Losses Paid Less Salvage | | | | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | Net Losses Unpaid Current Year (Part 2A, Col 8) | Net Losses Unpaid Previous Year | Losses Incurred Current Year (Cols. 4 + 5 - 6) | Percentage of Losses Incurred (Col 7, Part 2) to Premiums Earned (Col 4, Part 1) |
| | | Direct Business | Reinsurance Assumed | Reinsurance Recovered | Net Payments (Cols. 1 + 2 - 3) | | | | |
| 1 | Fire | 24,083 | | | 24,083 | 13,404 | 0 | 37,487 | 4.3 |
| 2 | Allied lines | 709,835 | | | 709,835 | 121,885 | 0 | 831,720 | 42.0 |
| 3 | Farmowners multiple peril | | | | 0 | 0 | 0 | 0 | 0.0 |
| 4 | Homeowners multiple peril | 349,640 | | | 349,640 | 184,672 | 0 | 534,312 | 35.0 |
| 5 | Commercial multiple peril | | | | 0 | 0 | 0 | 0 | 0.0 |
| 6 | Mortgage guaranty | | | | 0 | 0 | 0 | 0 | 0.0 |
| 8 | Ocean marine | | | | 0 | 0 | 0 | 0 | 0.0 |
| 9 | Inland marine | | | | 0 | 0 | 0 | 0 | 0.0 |
| 10 | Financial guaranty | | | | 0 | 0 | 0 | 0 | 0.0 |
| 11.1 | Medical malpractice - occurrence | | | | 0 | 0 | 0 | 0 | 0.0 |
| 11.2 | Medical malpractice - claims-made | | | | 0 | 0 | 0 | 0 | 0.0 |
| 12 | Earthquake | | | | 0 | 0 | 0 | 0 | 0.0 |
| 13 | Group accident and health | | | | 0 | 0 | 0 | 0 | 0.0 |
| 14 | Credit accident and health (group and individual) | | | | 0 | 0 | 0 | 0 | 0.0 |
| 15 | Other accident and health | | | | 0 | 0 | 0 | 0 | 0.0 |
| 16 | Workers' compensation | | | | 0 | 0 | 0 | 0 | 0.0 |
| 17.1 | Other liability - occurrence | | | | 0 | 0 | 0 | 0 | 0.0 |
| 17.2 | Other liability - claims-made | | | | 0 | 0 | 0 | 0 | 0.0 |
| 18.1 | Products liability - occurrence | | | | 0 | 0 | 0 | 0 | 0.0 |
| 18.2 | Products liability - claims-made | | | | 0 | 0 | 0 | 0 | 0.0 |
| 19.1, 19.2 | Private passenger auto liability | | | | 0 | 0 | 0 | 0 | 0.0 |
| 19.3, 19.4 | Commercial auto liability | | | | 0 | 0 | 0 | 0 | 0.0 |
| 21 | Auto physical damage | | | | 0 | 0 | 0 | 0 | 0.0 |
| 22 | Aircraft (all perils) | | | | 0 | 0 | 0 | 0 | 0.0 |
| 23 | Fidelity | | | | 0 | 0 | 0 | 0 | 0.0 |
| 24 | Surety | | | | 0 | 0 | 0 | 0 | 0.0 |
| 26 | Burglary and theft | | | | 0 | 0 | 0 | 0 | 0.0 |
| 27 | Boiler and machinery | | | | 0 | 0 | 0 | 0 | 0.0 |
| 28 | Credit | | | | 0 | 0 | 0 | 0 | 0.0 |
| 29 | International | | | | 0 | 0 | 0 | 0 | 0.0 |
| 30 | Reinsurance - Nonproportional Assumed Property | XXX | | | 0 | 0 | 0 | 0 | 0.0 |
| 31 | Reinsurance - Nonproportional Assumed Liability | XXX | | | 0 | 0 | 0 | 0 | 0.0 |
| 32 | Reinsurance - Nonproportional Assumed Financial Lines | XXX | | | 0 | 0 | 0 | 0 | 0.0 |
| 33 | Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 34. | TOTALS | 1,083,558 | 0 | 0 | 1,083,558 | 319,961 | 0 | 1,403,519 | 32.4 |
| | DETAILS OF WRITE-INS | | | | | | | | |
| 3301 | | | | | | | | | |
| 3302 | | | | | | | | | |
| 3303 | | | | | | | | | |
| 3398 | Summary of remaining write-ins for Line 33 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 3399 | Totals (Lines 3301 thru 3303 plus 3398) (Line 33 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |

R THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# UNDERWRITING AND INVESTMENT EXHIBIT

## PART 2A - UNPAID LOSSES AND LOSS ADJUSTMENT EXPENSES

| | Line of Business | Reported Losses 1 Direct | 2 Reinsurance Assumed | 3 Deduct Reinsurance Recoverable from Authorized and Unauthorized Companies | 4 Net Losses Excl Incurred But Not Reported (Cols. 1 + 2 - 3) | Incurred But Not Reported 5 Direct | 6 Reinsurance Assumed | 7 Reinsurance Ceded | 8 Net Losses Unpaid (Cols. 4 + 5 + 6 - 7) | 9 Unpaid Loss Adjustment Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Fire | 10 000 | 0 | 0 | 10 000 | 3 404 | 0 | 0 | 13 404 | 3 059 |
| 2 | Allied lines | 45 500 | 0 | 0 | 45 500 | 76 385 | 0 | 0 | 121 885 | 50 525 |
| 3 | Farmowners multiple peril | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | Homeowners multiple peril | 140 535 | 0 | 0 | 140 535 | 44 137 | 0 | 0 | 184 672 | 74 453 |
| 5 | Commercial multiple peril | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | Mortgage guaranty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | Ocean marine | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | Inland marine | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | Financial guaranty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 1 | Medical malpractice - occurrence | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 2 | Medical malpractice - claims-made | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | Earthquake | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | Group accident and health | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (a) 0 | 0 |
| 14 | Credit accident and health (group and individual) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | Other accident and health | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (a) 0 | 0 |
| 16 | Workers' compensation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 1 | Other liability - occurrence | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 2 | Other liability - claims-made | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 1 | Products liability - occurrence | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 2 | Products liability - claims-made | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 1,19 2 | Private passenger auto liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 3,19 4 | Commercial auto liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | Auto physical damage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | Aircraft (all perils) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | Fidelity | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | Surety | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Burglary and theft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | Boiler and machinery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | Credit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | International | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | Reinsurance - Nonproportional Assumed Property | XXX | 0 | 0 | 0 | XXX | 0 | 0 | 0 | 0 |
| 31 | Reinsurance - Nonproportional Assumed Liability | XXX | 0 | 0 | 0 | XXX | 0 | 0 | 0 | 0 |
| 32 | Reinsurance - Nonproportional Assumed Financial Lines | XXX | 0 | 0 | 0 | XXX | 0 | 0 | 0 | 0 |
| 33 | Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34. | TOTALS | 196 035 | 0 | 0 | 196 035 | 123 926 | 0 | 0 | 319 961 | 128 037 |
| | DETAILS OF WRITE-INS | | | | | | | | | |
| 3301 | | | | | | | | | | |
| 3302 | | | | | | | | | | |
| 3303 | | | | | | | | | | |
| 3398 | Summary of remaining write-ins for Line 33 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3399. | Totals (Lines 3301 thru 3303 plus 3398) (Line 33 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

(a) Including $ 0 for present value of life indemnity claims

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# UNDERWRITING AND INVESTMENT EXHIBIT

## PART 3 - EXPENSES

| | 1 Loss Adjustment Expenses | 2 Other Underwriting Expenses | 3 Investment Expenses | 4 Total |
|---|---|---|---|---|
| 1. Claim adjustment services: | | | | |
| 1.1 Direct | 212,309 | 0 | 0 | 212,309 |
| 1.2 Reinsurance assumed | 0 | 0 | 0 | 0 |
| 1.3 Reinsurance ceded | 0 | 0 | 0 | 0 |
| 1.4 Net claim adjustment service (1.1 + 1.2 - 1.3) | 212,309 | 0 | 0 | 212,309 |
| 2. Commission and brokerage: | | | | |
| 2.1 Direct excluding contingent | 0 | 906,569 | 0 | 906,569 |
| 2.2 Reinsurance assumed excluding contingent | 0 | 0 | 0 | 0 |
| 2.3 Reinsurance ceded excluding contingent | 0 | 0 | 0 | 0 |
| 2.4 Contingent-direct | 0 | 0 | 0 | 0 |
| 2.5 Contingent-reinsurance assumed | 0 | 0 | 0 | 0 |
| 2.6 Contingent-reinsurance ceded | 0 | 0 | 0 | 0 |
| 2.7 Policy and membership fees | 0 | 0 | 0 | 0 |
| 2.8 Net commission and brokerage (2.1 + 2.2 - 2.3 + 2.4 + 2.5 - 2.6 + 2.7) | 0 | 906,569 | 0 | 906,569 |
| 3. Allowances to managers and agents | 115,498 | 679,926 | 0 | 795,424 |
| 4. Advertising | 0 | 0 | 0 | 0 |
| 5. Boards, bureaus and associations | 0 | 10,936 | 0 | 10,936 |
| 6. Surveys and underwriting reports | 0 | 204 | 0 | 204 |
| 7. Audit of assureds' records | 0 | 0 | 0 | 0 |
| 8. Salary and related items: | | | | |
| 8.1 Salaries | 5,363 | 72,251 | 0 | 77,614 |
| 8.2 Payroll taxes | 407 | 5,480 | 0 | 5,887 |
| 9. Employee relations and welfare | 2,005 | 27,008 | 0 | 29,013 |
| 10. Insurance | 237 | 3,190 | 0 | 3,427 |
| 11. Directors' fees | 0 | 0 | 0 | 0 |
| 12. Travel and travel items | 402 | 5,417 | 0 | 5,819 |
| 13. Rent and rent items | 685 | 9,231 | 0 | 9,916 |
| 14. Equipment | 971 | 13,084 | 0 | 14,055 |
| 15. Cost or depreciation of EDP equipment and software | 213 | 2,869 | 0 | 3,082 |
| 16. Printing and stationery | 192 | 2,583 | 0 | 2,775 |
| 17. Postage, telephone and telegraph, exchange and express | 666 | 8,962 | 0 | 9,628 |
| 18. Legal and auditing | 928 | 12,497 | 0 | 13,425 |
| 19. Totals (Lines 3 to 18) | 127,567 | 853,638 | 0 | 981,205 |
| 20. Taxes, licenses and fees: | | | | |
| 20.1 State and local insurance taxes deducting guaranty association credits of $ 0 | 0 | 83,649 | 0 | 83,649 |
| 20.2 Insurance department licenses and fees | 0 | 0 | 0 | 0 |
| 20.3 Gross guaranty association assessments | 0 | 0 | 0 | 0 |
| 20.4 All other (excluding federal and foreign income and real estate) | 125 | 1,687 | 0 | 1,812 |
| 20.5 Total taxes, licenses and fees (20.1 + 20.2 + 20.3 + 20.4) | 125 | 85,336 | 0 | 85,461 |
| 21. Real estate expenses | 0 | 0 | 0 | 0 |
| 22. Real estate taxes | 0 | 0 | 0 | 0 |
| 23. Reimbursements by uninsured accident and health plans | 0 | 0 | 0 | 0 |
| 24. Aggregate write-ins for miscellaneous expenses | 3,306 | 44,537 | 0 | 47,843 |
| 25. Total expenses incurred | 343,307 | 1,890,080 | 0 | (a) 2,233,387 |
| 26. Less unpaid expenses - current year | 128,037 | 86,832 | 0 | 214,869 |
| 27. Add unpaid expenses - prior year | 0 | 0 | 0 | 0 |
| 28. Amounts receivable relating to uninsured accident and health plans, prior year | 0 | 0 | 0 | 0 |
| 29. Amounts receivable relating to uninsured accident and health plans, current year | 0 | 0 | 0 | 0 |
| 30. TOTAL EXPENSES PAID (Lines 25 - 26 + 27 - 28 + 29) | 215,270 | 1,803,248 | 0 | 2,018,518 |
| **DETAILS OF WRITE-INS** | | | | |
| 2401. MISCELLANEOUS EXPENSE | 3 | 34 | | 37 |
| 2402. OUTSIDE SERVICES | 3,303 | 44,503 | | 47,806 |
| 2403. | | | | |
| 2498. Summary of remaining write-ins for Line 24 from overflow page | 0 | 0 | 0 | 0 |
| 2499. Totals (Lines 2401 thru 2403 plus 2498) (Line 24 above) | 3,306 | 44,537 | 0 | 47,843 |

(a) Includes management fees of $ 0 paid to affiliates and $ 795,424 paid to non-affiliates.

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# EXHIBIT OF NET INVESTMENT INCOME

| | | 1 Collected During Year | 2 Earned During Year |
|---|---|---|---|
| 1. | U.S. Government bonds | (a) | |
| 1.1 | Bonds exempt from U.S. tax | (a) | |
| 1.2 | Other bonds (unaffiliated) | (a) | |
| 1.3 | Bonds of affiliates | (a) | |
| 2.1 | Preferred stocks (unaffiliated) | (b) | |
| 2.11 | Preferred stocks of affiliates | (b) | |
| 2.2 | Common stocks (unaffiliated) | | |
| 2.21 | Common stocks of affiliates | | |
| 3. | Mortgage loans | (c) | |
| 4. | Real estate | (d) | |
| 5. | Contract loans | | |
| 6. | Cash, cash equivalents and short-term investments | (e) 45,855 | 45,855 |
| 7. | Derivative instruments | (f) | |
| 8. | Other invested assets | | |
| 9. | Aggregate write-ins for investment income | 0 | 0 |
| 10. | Total gross investment income | 45,855 | 45,855 |
| 11. | Investment expenses | | (g) |
| 12. | Investment taxes, licenses and fees, excluding federal income taxes | | (g) |
| 13. | Interest expense | | (h) 43,729 |
| 14. | Depreciation on real estate and other invested assets | | (i) |
| 15. | Aggregate write-ins for deductions from investment income | | 0 |
| 16. | Total (Lines 11 through 15) | | 43,729 |
| 17. | Net Investment Income - (Line 10 minus Line 16) | | 2,126 |
| | DETAILS OF WRITE-INS | | |
| 0901. | | | |
| 0902. | | | |
| 0903. | | | |
| 0998. | Summary of remaining write-ins for Line 9 from overflow page | 0 | 0 |
| 0999. | Totals (Lines 0901 through 0903 plus 0998) (Line 9, above) | 0 | 0 |
| 1501. | | | |
| 1502. | | | |
| 1503. | | | |
| 1598. | Summary of remaining write-ins for Line 15 from overflow page | | 0 |
| 1599. | Total (Lines 1501 through 1503 plus 1598) (Line 15, above) | | 0 |

(a) Includes $ ........ accrual of discount less $ ........ amortization of premium and less $ ........ paid for accrued interest on purchases.
(b) Includes $ ........ accrual of discount less $ ........ amortization of premium and less $ ........ paid for accrued dividends on purchases.
(c) Includes $ ........ accrual of discount less $ ........ amortization of premium and less $ ........ paid for accrued interest on purchases.
(d) Includes $ ........ for company's occupancy of its own buildings; and excludes $ ........ interest on encumbrances.
(e) Includes $ ........ accrual of discount less $ ........ amortization of premium and less $ ........ paid for accrued interest on purchases.
(f) Includes $ ........ accrual of discount less $ ........ amortization of premium.
(g) Includes $ ........ investment expenses and $ ........ investment taxes, licenses and fees, excluding federal income taxes, attributable to segregated and Separate Accounts.
(h) Includes $ ........ interest on surplus notes and $ ........ interest on capital notes.
(i) Includes $ ........ depreciation on real estate and $ ........ depreciation on other invested assets.

# EXHIBIT OF CAPITAL GAINS (LOSSES)

NONE

| | | 1 Realized Gain (Loss) On Sales or Maturity | 2 Other Realized Adjustments | 3 Increases (Decreases) by Adjustment | 4 Total |
|---|---|---|---|---|---|
| 1. | U.S. Government bonds | | | | 0 |
| 1.1 | Bonds exempt from U.S. tax | | | | 0 |
| 1.2 | Other bonds (unaffiliated) | | | | 0 |
| 1.3 | Bonds of affiliates | | | | 0 |
| 2.1 | Preferred stocks (unaffiliated) | | | | 0 |
| 2.11 | Preferred stocks of affiliates | | | | 0 |
| 2.2 | Common stocks (unaffiliated) | | | | 0 |
| 2.21 | Common stocks of affiliates | | | | 0 |
| 3. | Mortgage loans | | | | 0 |
| 4. | Real estate | | | | 0 |
| 5. | Contract loans | | | | 0 |
| 6. | Cash, cash equivalents and short-term investments | | | | 0 |
| 7. | Derivative instruments | | | | 0 |
| 8. | Other invested assets | | | | 0 |
| 9. | Aggregate write-ins for capital gains (losses) | 0 | 0 | 0 | 0 |
| 10. | Total capital gains (losses) | 0 | 0 | 0 | 0 |
| | DETAILS OF WRITE-INS | | | | |
| 0901. | | | | | |
| 0902. | | | | | |
| 0903. | | | | | |
| 0998. | Summary of remaining write-ins for Line 9 from overflow page | 0 | 0 | 0 | 0 |
| 0999. | Totals (Lines 0901 through 0903 plus 0998) (Line 9, above) | 0 | 0 | 0 | 0 |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# EXHIBIT OF NONADMITTED ASSETS

| | 1<br>Current Year Total Nonadmitted Assets | 2<br>Prior Year Nonadmitted Assets | 3<br>Change in Total Nonadmitted Assets (Col. 2 - Col. 1) |
|---|---|---|---|
| 1. Bonds (Schedule D) | 0 | 0 | 0 |
| 2. Stocks (Schedule D): | | | |
| 2.1 Preferred stocks | 0 | 0 | 0 |
| 2.2 Common stocks | 0 | 0 | 0 |
| 3. Mortgage loans on real estate (Schedule B): | | | |
| 3.1 First liens | 0 | 0 | 0 |
| 3.2 Other than first liens | 0 | 0 | 0 |
| 4. Real estate (Schedule A): | | | |
| 4.1 Properties occupied by the company | 0 | 0 | 0 |
| 4.2 Properties held for the production of income | 0 | 0 | 0 |
| 4.3 Properties held for sale | 0 | 0 | 0 |
| 5. Cash, (Schedule E, Part 1), cash equivalents (Schedule E, Part 2) and short-term investments (Schedule DA) | 0 | 0 | 0 |
| 6. Contract loans | 0 | 0 | 0 |
| 7. Other invested assets (Schedule BA) | 0 | 0 | 0 |
| 8. Receivable for securities | 0 | 0 | 0 |
| 9. Aggregate write-ins for invested assets | 0 | 0 | 0 |
| 10. Subtotals, cash and invested assets (Lines 1 to 9) | 0 | 0 | 0 |
| 11. Investment income due and accrued | 0 | 0 | 0 |
| 12. Premiums and considerations: | | | |
| 12.1 Uncollected premiums and agents' balances in the course of collection | 18,642 | 0 | (18,642) |
| 12.2 Deferred premiums, agents' balances and installments booked but deferred and not yet due | 0 | 0 | 0 |
| 12.3 Accrued retrospective premium | 0 | 0 | 0 |
| 13. Reinsurance: | | | |
| 13.1 Amounts recoverable from reinsurers | 0 | 0 | 0 |
| 13.2 Funds held by or deposited with reinsured companies | 0 | 0 | 0 |
| 13.3 Other amounts receivable under reinsurance contracts | 0 | 0 | 0 |
| 14. Amounts receivable relating to uninsured plans | 0 | 0 | 0 |
| 15.1 Current federal and foreign income tax recoverable and interest thereon | 0 | 0 | 0 |
| 15.2 Net deferred tax asset | 0 | 0 | 0 |
| 16. Guaranty funds receivable or on deposit | 0 | 0 | 0 |
| 17. Electronic data processing equipment and software | 0 | 0 | 0 |
| 18. Furniture and equipment, including health care delivery assets | 0 | 0 | 0 |
| 19. Net adjustment in assets and liabilities due to foreign exchange rates | 0 | 0 | 0 |
| 20. Receivables from parent, subsidiaries and affiliates | 0 | 0 | 0 |
| 21. Health care and other amounts receivable | 0 | 0 | 0 |
| 22. Other assets nonadmitted | 0 | 0 | 0 |
| 23. Aggregate write-ins for other than invested assets | 0 | 0 | 0 |
| 24. Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 10 to 23) | 18,642 | 0 | (18,642) |
| 25. From Separate Accounts, Segregated Accounts and Protected Cell Accounts | 0 | 0 | 0 |
| 26. Total (Lines 24 and 25) | 18,642 | 0 | (18,642) |
| DETAILS OF WRITE-INS | | | |
| 0901. | | | |
| 0902. | | | |
| 0903. | | | |
| 0998. Summary of remaining write-ins for Line 9 from overflow page | 0 | 0 | 0 |
| 0999. Totals (Lines 0901 thru 0903 plus 0998)(Line 9 above) | 0 | 0 | 0 |
| 2301. | | | |
| 2302. | | | |
| 2303. | | | |
| 2398. Summary of remaining write-ins for Line 23 from overflow page | 0 | 0 | 0 |
| 2399. Totals (Lines 2301 thru 2303 plus 2398)(Line 23 above) | 0 | 0 | 0 |

# NOTES TO FINANCIAL STATEMENTS

1. Summary of Significant Accounting Policies

A. Accounting Practices

The financial statements of Louisiana Citizens Property Insurance Corporation Coastal Plan (Company) are presented on the basis of accounting practices prescribed or permitted by the Louisiana Insurance Department.

The Louisiana Insurance Department recognizes only statutory accounting practices prescribed or permitted by the State of Louisiana for determining and reporting the financial condition and results of operations of an insurance company, for determining its solvency under the Louisiana Insurance Law. The National Association of Insurance Commissioners' (NAIC) Accounting Practices and Procedures manual (NAIC SAP) has been adopted as a component of prescribed or permitted practices by the State of Louisiana.

B. Use of Estimates in the Preparation of the Financial Statements

The preparation of financial statements in conformity with Statutory Accounting Principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities. Actual results could differ from those estimates.

C. Accounting Policy

Premiums are earned over the terms of the related insurance policies. Unearned premium reserves are established to cover the unexpired portion of premiums written. Such reserves are computed by pro rata methods for direct business. The Company's reinsurance is not subject to unearned premium reserve computation.

Expenses incurred in connection with acquiring new insurance business, including such acquisition costs as commissions and servicing carrier fees, are charged to operations as incurred. The Company's reinsurance is not subject to ceding commission.

In addition, the Company uses the following accounting policies:

(1) Short-term investments
Not Applicable
(2) Bonds not backed by other loans
Not Applicable
(3) Common Stocks
Not applicable
(4) Preferred Stocks
Not applicable
(5) Mortgage Loans
Not applicable
(6) Loan-Backed Securities
Not applicable
(7) Investments in Subsidiaries, Controlled and Affiliated Companies
Not applicable
(8) Investments in Joint Ventures, Partnerships and Limited Liability Companies
Not applicable
(9) Derivatives
Not applicable
(10) Utilization of Investment Income as a Factor in the Premium Deficiency Calculation
Not applicable

# NOTES TO FINANCIAL STATEMENTS

(11) Unpaid losses and loss adjustment expenses include an amount determined from individual case estimates and loss reports and an amount, based on past experience, for losses incurred but not reported. Such liabilities are necessarily based on assumptions and estimates and while management believes the amount is adequate, the ultimate liability may be in excess of or less than the amount provided. The methods for making such estimates and for establishing the resulting liability are continually reviewed and any adjustments are reflected in the period determined.

(12) Capitalization Policy
Not applicable

2. Accounting Changes and Corrections of Errors

A. Material changes in accounting principles and/or correction of errors
None

B. The Company prepares its statutory financial statements in conformity with accounting practices prescribed or permitted by the State of Louisiana. Effective January 1, 2000, the State of Louisiana required that insurance companies domiciled in the State of Louisiana prepare their statutory basis financial statements in accordance with the NAIC Accounting Practices and Procedures manual subject to any deviations prescribed or permitted by the State of Louisiana insurance commissioner.

3. Business Combinations and Goodwill

A. Statutory Purchase Method
None
B. Statutory Merger
None
C. Impairment Loss
None

4. Discontinued Operations

(1) Identity of Business Discontinued
None
(2) Expected Disposal Date
None
(3) Expected Manner of Disposal
None
(4) Description of Remaining Assets and Liabilities
None
(5) Amounts Related to Discontinued Operations and Effect on the Financial Statements
None

5. Investments

A. Mortgage Loans
None
B. Debt Restructuring
None
C. Reverse Mortgages
None
D. Loan-Backed Securities
None
E. Repurchase Agreements
None
F. Real Estate
None

# NOTES TO FINANCIAL STATEMENTS

6. Joint Ventures, Partnerships and Limited Liability Companies

(1) Exceeding 10% of the Admitted Assets
None
(2) Impaired
None

7. Investment Income

A. The Company nonadmits investment income due and accrued if amounts are over 90 days past due.
B. Amounts Nonadmitted
None

8. Derivative Instruments

A. Market Risk , Credit Risk and Cash Requirements
None
B. Objectives for Using Derivatives
None
C. Accounting Policies
None
D. Net Unrealized Gains or Losses During Period Excluded from Assessment of Hedge Effectiveness
None
E. Net Unrealized Gains or Losses During Period Disqualified for Hedge Accounting
None
F. Derivatives Accounted for as Cash Flow Hedges of a Forecasted Transaction
None

9. Income Taxes

Pursuant to Private Letter Ruling 160165-03 from the Internal Revenue Service, the Company constitutes an integral part of the State of Louisiana and its income is exempt from federal income tax. Obligations issued by the Company constitute obligations of the State of Louisiana within the meaning of section 103(c)(1) of the Internal Revenue Code.

10. Information Concerning Parent, Subsidiaries and Affiliates

Not applicable

11. Debt

None

12. Retirement Plans, Deferred Compensation, Postemployment Benefits and Compensated Absences and Other Postretirement Benefit Plans

The Company entered into an agreement for services with the Property Insurance Association of Louisiana (PIAL) effective January 1, 2004, whereby PIAL performs for the Company on a cost and expense reimbursement basis without profit, commission or fees to PIAL, such services as may be required to operate and administer the Company. Retirement benefits reimbursed to PIAL pursuant to the agreement were $8,461 for the year ended December 31, 2004.

13. Capital and Surplus, Dividend Restrictions and Quasi-Reorganizations

Not applicable

14. Contingencies

# NOTES TO FINANCIAL STATEMENTS

A. Contingent Commitments
   None
B. Assessments
   None
C. Gain Contingencies
   None
D. All Other Contingencies
   Various lawsuits against the Company have arisen in the course of the Company's business. Contingent liabilities arising from litigation and other matters are not considered material in relation to the financial position of the Company. The Company has no asset that it considers to be impaired.

15. Leases

A. Lessee Operating Lease
   Not applicable
B. Lessor Leases
   Not applicable

16. Information About Financial Instruments With Off-Balance Sheet Risk and Financial Instruments with Concentrations of Credit Risk

Not applicable

17. Sale, Transfer and Servicing of Financial Assets and Extinguishments of Liabilities

A. Transfers of Receivables Reported as Sales
   None
B. Transfer and Servicing of Financial Assets
   None
C. Wash Sales
   None

18. Gain or Loss to the Reporting Entity from Uninsured Plans and the Uninsured Portion of Partially Insured Plans

A. Administrative Services Only (ASO) Plans
   None
B. Administrative Services Contract (ASC) Plans
   None
C. Medicare or Similarly Structured Cost Based Reimbursement Contract
   None

19. Direct Premium Written/Produced by Managing General Agents/Third Party Administrators

The Company entered into an agreement with Audubon Insurance Company to provide underwriting, policy management, and claims management services. Compensation for underwriting/policy management services is 7.5% of net written premium. Compensation for claims management services is 5% of the total cost of the claim paid, subject to a minimum and a maximum charge per file. Audubon Insurance Company services 100% of the business written through the LA Citizens Coastal Plan.

20. September 11 Events

Not applicable

# NOTES TO FINANCIAL STATEMENTS

21. Other Items

A. Extraordinary Items
None
B. Troubled Debt Restructuring
None
C. Other Disclosures
None
D. Uncollectible Balances for Premium Balances, Bills Receivable for Premiums, Amounts Due From Agents and Brokers, Uninsured Plans, or Retrospectively Rated Contracts
At December 31, 2004 the Company had admitted assets of $1,055,236 in premiums receivable due from policyholders. The Company routinely assesses the collectability of these receivables. Based upon the Company's experience, any uncollectible premiums receivable as of December 31, 2004 are not expected to exceed the non-admitted amounts and therefore no additional provision for uncollectible amounts has been recorded. The potential for any additional losses is not believed to be material to the Company's financial condition.
E. Business Interruption Insurance Recoveries
None

22. Events Subsequent

None

23. Reinsurance

A. Unsecured Reinsurance Recoverables
None
B. Reinsurance Recoverable in Dispute
None
C. Reinsurance Assumed and Ceded
(1) Not applicable
(2) Not applicable
(3) Not applicable
D. Uncollectible Reinsurance
None
E. Commutation of Ceded Reinsurance
None
F. Retroactive Reinsurance
None
G. Reinsurance Accounted for as a Deposit
None

24. Retrospectively Rated Contracts & Contracts Subject to Redetermination

Not applicable

25. Changes in Incurred Losses and Loss Adjustment Expenses

Not applicable

26. Intercompany Polling Arrangements

Not applicable

27. Structured Settlements

None

28. Health Care Receivables

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

## NOTES TO FINANCIAL STATEMENTS

Not applicable

29.   Participating Policies

Not applicable

30.   Premium Deficiency Reserves

None

31.   High Deductibles

Not applicable

32.   Discounting of Liabilities for Unpaid Losses or Unpaid Loss Adjustment Expenses

Not applicable

33.   Asbestos/Environmental Reserves

Not applicable

34.   Subscriber Savings Accounts

Not applicable

35.   Multiple Peril Crop Insurance

Not applicable

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# SUMMARY INVESTMENT SCHEDULE

| Investment Categories | Gross Investment Holdings | | Admitted Assets as Reported in the Annual Statement | |
|---|---|---|---|---|
| | 1 Amount | 2 Percentage | 3 Amount | 4 Percentage |
| 1. Bonds: | | | | |
| 1.1 U.S. Treasury securities | | 0.000 | | 0.000 |
| 1.2 U.S. government agency and corporate obligations (excluding mortgage-backed securities): | | | | |
| 1.21 Issued by U.S. government agencies | | 0.000 | | 0.000 |
| 1.22 Issued by U.S. government sponsored agencies | | 0.000 | | 0.000 |
| 1.3 Foreign government (including Canada, excluding mortgaged-backed securities) | | 0.000 | | 0.000 |
| 1.4 Securities issued by states, territories, and possessions and political subdivisions in the U.S.: | | | | |
| 1.41 States, territories and possessions general obligations | | 0.000 | | 0.000 |
| 1.42 Political subdivisions of states, territories and possessions and political subdivisions general obligations | | 0.000 | | 0.000 |
| 1.43 Revenue and assessment obligations | | 0.000 | | 0.000 |
| 1.44 Industrial development and similar obligations | | 0.000 | | 0.000 |
| 1.5 Mortgage-backed securities (includes residential and commercial MBS): | | | | |
| 1.51 Pass-through securities: | | | | |
| 1.511 Issued or guaranteed by GNMA | | 0.000 | | 0.000 |
| 1.512 Issued or guaranteed by FNMA and FHLMC | | 0.000 | | 0.000 |
| 1.513 All other | | 0.000 | | 0.000 |
| 1.52 CMOs and REMICs: | | | | |
| 1.521 Issued or guaranteed by GNMA, FNMA, FHLMC or VA | | 0.000 | | 0.000 |
| 1.522 Issued by non-U.S. Government issuers and collateralized by mortgage-backed securities issued or guaranteed by agencies shown in Line 1.521 | | 0.000 | | 0.000 |
| 1.523 All other | | 0.000 | | 0.000 |
| 2. Other debt and other fixed income securities (excluding short-term): | | | | |
| 2.1 Unaffiliated domestic securities (includes credit tenant loans rated by the SVO) | | 0.000 | | 0.000 |
| 2.2 Unaffiliated foreign securities | | 0.000 | | 0.000 |
| 2.3 Affiliated securities | | 0.000 | | 0.000 |
| 3. Equity interests: | | | | |
| 3.1 Investments in mutual funds | | 0.000 | | 0.000 |
| 3.2 Preferred stocks: | | | | |
| 3.21 Affiliated | | 0.000 | | 0.000 |
| 3.22 Unaffiliated | | 0.000 | | 0.000 |
| 3.3 Publicly traded equity securities (excluding preferred stocks): | | | | |
| 3.31 Affiliated | | 0.000 | | 0.000 |
| 3.32 Unaffiliated | | 0.000 | | 0.000 |
| 3.4 Other equity securities: | | | | |
| 3.41 Affiliated | | 0.000 | | 0.000 |
| 3.42 Unaffiliated | | 0.000 | | 0.000 |
| 3.5 Other equity interests including tangible personal property under lease: | | | | |
| 3.51 Affiliated | | 0.000 | | 0.000 |
| 3.52 Unaffiliated | | 0.000 | | 0.000 |
| 4. Mortgage loans: | | | | |
| 4.1 Construction and land development | | 0.000 | | 0.000 |
| 4.2 Agricultural | | 0.000 | | 0.000 |
| 4.3 Single family residential properties | | 0.000 | | 0.000 |
| 4.4 Multifamily residential properties | | 0.000 | | 0.000 |
| 4.5 Commercial loans | | 0.000 | | 0.000 |
| 4.6 Mezzanine real estate loans | | 0.000 | | 0.000 |
| 5. Real estate investments: | | | | |
| 5.1 Property occupied by the company | | 0.000 | 0 | 0.000 |
| 5.2 Property held for the production of income (includes $ ........ of property acquired in satisfaction of debt) | | 0.000 | 0 | 0.000 |
| 5.3 Property held for sale ($ ........ including property acquired in satisfaction of debt) | | 0.000 | 0 | 0.000 |
| 6. Policy loans | | 0.000 | | 0.000 |
| 7. Receivables for securities | | 0.000 | 0 | 0.000 |
| 8. Cash, cash equivalents and short-term investments | | 0.000 | 4,714,592 | 100.000 |
| 9. Other invested assets | | 0.000 | 0 | 0.000 |
| 10. Total invested assets | 0 | 0.000 | 4,714,592 | 100.000 |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

### GENERAL

1.1 Is the reporting entity a member of an Insurance Holding Company System consisting of two or more affiliated persons, one or more of which is an insurer? Yes [ ] No [ X ]

1.2 If yes, did the reporting entity register and file with its domiciliary State Insurance Commissioner, Director or Superintendent, or with such regulatory official of the state of domicile of the principal insurer in the Holding Company System, a registration statement providing disclosure substantially similar to the standards adopted by the National Association of Insurance Commissioners (NAIC) in its Model Insurance Holding Company System Regulatory Act and model regulations pertaining thereto, or is the reporting entity subject to standards and disclosure requirements substantially similar to those required by such Act and regulations? Yes [ ] No [ ] NA [ X ]

1.3 State Regulating? LOUISIANA

2.1 Has any change been made during the year of this statement in the charter, by-laws, articles of incorporation, or deed of settlement of the reporting entity? Yes [ ] No [ X ]

2.2 If yes, date of change:

If not previously filed, furnish herewith a certified copy of the instrument as amended.

3.1 State as of what date the latest financial examination of the reporting entity was made or is being made.

3.2 State the as of date that the latest financial examination report became available from either the state of domicile or the reporting entity. This date should be the date of the examined balance sheet and not the date the report was completed or released.

3.3 State as of what date the latest financial examination report became available to other states or the public from either the state of domicile or the reporting entity. This is the release date or completion date of the examination report and not the date of the examination (balance sheet date).

3.4 By what department or departments?

4.1 During the period covered by this statement, did any agent, broker, sales representative, non-affiliated sales/service organization or any combination thereof under common control (other than salaried employees of the reporting entity), receive credit or commissions for or control a substantial part (more than 20 percent of any major line of business measured on direct premiums) of:
- 4.11 sales of new business? Yes [ ] No [ X ]
- 4.12 renewals? Yes [ ] No [ X ]

4.2 During the period covered by this statement, did any sales/service organization owned in whole or in part by the reporting entity or an affiliate, receive credit or commissions for or control a substantial part (more than 20 percent of any major line of business measured on direct premiums) of:
- 4.21 sales of new business? Yes [ ] No [ X ]
- 4.22 renewals? Yes [ ] No [ X ]

5.1 Has the reporting entity been a party to a merger or consolidation during the period covered by this statement? Yes [ ] No [ X ]

5.2 If yes, provide the name of the entity, NAIC Company Code, and state of domicile (use two letter state abbreviation) for any entity that has ceased to exist as a result of the merger or consolidation.

| 1<br>Name of Entity | 2<br>NAIC Company Code | 3<br>State of Domicile |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

6.1 Has the reporting entity had any Certificates of Authority, licenses or registrations (including corporate registration, if applicable) suspended or revoked by any governmental entity during the reporting period? (You need not report an action, either formal or informal, if a confidentiality clause is part of the agreement.) Yes [ ] No [ X ]

6.2 If yes, give full information

7.1 Does any foreign (non-United States) person or entity directly or indirectly control 10% or more of the reporting entity? Yes [ ] No [ X ]

7.2 If yes,
- 7.21 State the percentage of foreign control; 0.0
- 7.22 State the nationality(s) of the foreign person(s) or entity(s) or if the entity is a mutual or reciprocal, the nationality of its manager or attorney in fact; and identify the type of entity(s) (e.g., individual, corporation or government, manager or attorney in fact).

| 1<br>Nationality | 2<br>Type of Entity |
|---|---|
| | |
| | |
| | |
| | |
| | |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# GENERAL INTERROGATORIES

8.1 Is the company a subsidiary of a bank holding company regulated by the Federal Reserve Board? ........ Yes [ ] No [ X ]

8.2 If response to 8.1 is yes, please identify the name of the bank holding company.

8.3 Is the company affiliated with one or more banks, thrifts or securities firms? ........ Yes [ ] No [ X ]

8.4 If response to 8.3 is yes, please provide the names and location (city and state of the main office) of any affiliates regulated by a federal financial regulatory services agency [i.e. the Federal Reserve Board (FRB), the Office of the Comptroller of the Currency (OCC), the Office of Thrift Supervision (OTS), the Federal Deposit Insurance Corporation (FDIC) and the Securities Exchange Commission (SEC) and identify the affiliate's primary federal regulator.]

| 1<br>Affiliate Name | 2<br>Location (City, State) | 3<br>FRB | 4<br>OCC | 5<br>OTS | 6<br>FDIC | 7<br>SEC |
|---|---|---|---|---|---|---|
| | | | | | | |

9. What is the name and address of the independent certified public accountant or accounting firm retained to conduct the annual audit?
PEPPERMAN EMBOULAS, SCHWARTZ & TODARO, 1615 CLEARVIEW PARKWAY, METAIRIE, LA 70001

10. What is the name, address and affiliation (officer/employee of the reporting entity or actuary/consultant associated with a(n) actuarial consulting firm) of the individual providing the statement of actuarial opinion/certification?
THEODORE J. ZUBLAKE, MERCER OLIVER WYMAN ACTUARIAL CONSULTING, INC., 1166 AVENUE OF THE AMERICAS, 32ND FLOOR, NEW YORK, NY 10036-2708

11. FOR UNITED STATES BRANCHES OF ALIEN REPORTING ENTITIES ONLY:

11.1 What changes have been made during the year in the United States Manager or the United States Trustees of the reporting entity?

11.2 Does this statement contain all business transacted for the reporting entity through its United States Branch on risks wherever located? ........ Yes [ ] No [ ]

11.3 Have there been any changes made to any of the trust indentures during the year? ........ Yes [ ] No [ ]

11.4 If answer to (11.3) is yes, has the domiciliary or entry state approved the changes? ........ Yes [ ] No [ ] NA [ ]

## BOARD OF DIRECTORS

12. Is the purchase or sale of all investments of the reporting entity passed upon either by the board of directors or a subordinate committee thereof? ........ Yes [ X ] No [ ]

13. Does the reporting entity keep a complete permanent record of the proceedings of its board of directors and all subordinate committees thereof? ........ Yes [ X ] No [ ]

14. Has the reporting entity an established procedure for disclosure to its board of directors or trustees of any material interest or affiliation on the part of any of its officers, directors, trustees or responsible employees which is in or likely to conflict with the official duties of such person? ........ Yes [ X ] No [ ]

## FINANCIAL

15.1 Total amount loaned during the year (inclusive of Separate Accounts, exclusive of policy loans):
- 15.11 To directors or other officers ........ $ 0
- 15.12 To stockholders not officers ........ $ 0
- 15.13 Trustees, supreme or grand (Fraternal only) ........ $ 0

15.2 Total amount of loans outstanding at end of year (inclusive of Separate Accounts, exclusive of policy loans):
- 15.21 To directors or other officers ........ $ 0
- 15.22 To stockholders not officers ........ $ 0
- 15.23 Trustees, supreme or grand (Fraternal only) ........ $ 0

16.1 Were any of the assets reported in this statement subject to a contractual obligation to transfer to another party without the liability for such obligation being reported in this statement? ........ Yes [ ] No [ X ]

16.2 If yes, state the amount thereof at December 31 of the current year:
- 16.21 Rented from others ........ $ 0
- 16.22 Borrowed from others ........ $ 0
- 16.23 Leased from others ........ $ 0
- 16.24 Other ........ $ 0

Disclose in Notes to Financial the nature of each obligation.

17.1 Does this statement include payments for assessments as described in the Annual Statement Instructions other than guaranty fund or guaranty association assessments? ........ Yes [ ] No [ X ]

17.2 If answer is yes.
- 17.21 Amount paid as losses or risk adjustment ........ $ 0
- 17.22 Amount paid as expenses ........ $ 0
- 17.23 Other amounts paid ........ $ 0

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# GENERAL INTERROGATORIES

## INVESTMENT

18. List the following capital stock information for the reporting entity:

| Class | 1<br>Number of Shares Authorized | 2<br>Number of Shares Outstanding | 3<br>Par Value Per Share | 4<br>Redemption Price if Callable | 5<br>Is Dividend Rate Limited? Yes / No | 6<br>Are Dividends Cumulative? Yes / No |
|---|---|---|---|---|---|---|
| Preferred | 0 | 0 | 0.000 | 0 | [ ] [ ] | [ ] [ ] |
| Common | 0 | 0 | 0.000 | XXX | XXX XXX | XXX XXX |

19.1. Were all the stocks, bonds and other securities owned December 31 of current year, over which the reporting entity has exclusive control, in the actual possession of the reporting entity on said date, except as shown by Schedule E - Part 3 - Special Deposits? Yes [ X ] No [ ]

19.2 If no, give full and complete information relating thereto:

20.1 Were any of the stocks, bonds or other assets of the reporting entity owned at December 31 of the current year not exclusively under the control of the reporting entity, except as shown on the Schedule E - Part 3 - Special Deposits; or has the reporting entity sold or transferred any assets subject to a put option contract that is currently in force? (Exclude securities subject to Interrogatory 16.1) Yes [ ] No [ X ]

20.2 If yes, state the amount thereof at December 31 of the current year:

| | | |
|---|---|---|
| 20.21 | Loaned to others | $ 0 |
| 20.22 | Subject to repurchase agreements | $ 0 |
| 20.23 | Subject to reverse repurchase agreements | $ 0 |
| 20.24 | Subject to dollar repurchase agreements | $ 0 |
| 20.25 | Subject to reverse dollar repurchase agreements | $ 0 |
| 20.26 | Pledged as collateral | $ 0 |
| 20.27 | Placed under option agreements | $ 0 |
| 20.28 | Letter stock or other securities restricted as to sale | $ 0 |
| 20.29 | Other | $ 0 |

20.3 For category (20.28) provide the following:

| 1<br>Nature of Restriction | 2<br>Description | 3<br>Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

21.1 Does the reporting entity have any hedging transactions reported on Schedule DB? Yes [ ] No [ X ]

21.2 If yes, has a comprehensive description of the hedging program been made available to the domiciliary state? Yes [ ] No [ ] NA [ X ]
If no, attach a description with this statement.

22.1 Were any preferred stocks or bonds owned as of December 31 of the current year mandatorily convertible into equity, or, at the option of the issuer, convertible into equity? Yes [ ] No [ X ]

22.2 If yes, state the amount thereof at December 31 of the current year. $ 0

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# GENERAL INTERROGATORIES

## INVESTMENT

23. Excluding items in Schedule E, real estate, mortgage loans and investments held physically in the reporting entity's offices, vaults or safety deposit boxes, were all stocks, bonds and other securities, owned throughout the current year held pursuant to a custodial agreement with a qualified bank or trust company in accordance with Part 1 – General, Section IV.H-Custodial or Safekeeping Agreements of the NAIC Financial Condition Examiners Handbook? Yes [ X ] No [ ]

23.01 For agreements that comply with the requirements of the NAIC Financial Condition Examiners Handbook, complete the following:

| 1<br>Name of Custodian(s) | 2<br>Custodian's Address |
|---|---|
| HIBERNIA INVESTMENTS, LLC | 313 CARONDELET ST., NEW ORLEANS, LA 70130 |

23.02 For all agreements that do not comply with the requirements of the NAIC Financial Condition Examiners Handbook, provide the name, location and a complete explanation:

| 1<br>Name(s) | 2<br>Location(s) | 3<br>Complete Explanation(s) |
|---|---|---|
| | | |
| | | |

23.03 Have there been any changes, including name changes, in the custodian(s) identified in 23.01 during the current year? Yes [ ] No [ X ]

23.04 If yes, give full and complete information relating thereto:

| 1<br>Old Custodian | 2<br>New Custodian | 3<br>Date of Change | 4<br>Reason |
|---|---|---|---|
| | | | |
| | | | |

23.05 Identify all investment advisors, brokers/dealers or individuals acting on behalf of broker/dealers that have access to the investment accounts, handle securities and have authority to make investments on behalf of the reporting entity:

| 1<br>Central Registration Depository Number(s) | 2<br>Name | 3<br>Address |
|---|---|---|
| | | |
| | | |

24.1 Does the reporting entity have any diversified mutual funds reported in Schedule D, Part 2 (diversified according to the Securities and Exchange Commission (SEC) in the Investment Company Act of 1940 [Section 5 (b) (1)])? Yes [ ] No [ X ]

24.2 If yes, complete the following schedule:

| 1<br>CUSIP # | 2<br>Name of Mutual Fund | 3<br>Book/Adjusted Carrying Value |
|---|---|---|
| | | |
| | | |
| 9999999. TOTAL | | 0 |

24.3 For each mutual fund listed in the table above, complete the following schedule:

| 1<br>Name of Mutual Fund (from above table) | 2<br>Name of Significant Holding Of the Mutual Fund | 3<br>Amount of Mutual Fund's Book/Adjusted Carrying Value Attributable to the Holding | 4<br>Date of Valuation |
|---|---|---|---|
| | | | |
| | | | |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# GENERAL INTERROGATORIES

## INVESTMENT

25. Provide the following information for all short-term and long-term bonds and all preferred stocks. Do not substitute amortized value or statement value for fair value.

| | 1<br>Statement (Admitted) Value | 2<br>Fair Value | 3<br>Excess of Statement over Fair Value (-) or Fair Value over Statement (+) |
|---|---|---|---|
| 25.1 Bonds | 0 | 0 | 0 |
| 25.2 Preferred stocks | 0 | 0 | 0 |
| 25.3 Totals | 0 | 0 | 0 |

25.4 Describe the sources or methods utilized in determining fair values:

26.1 Have all the filing requirements of the *Purposes and Procedures* manual of the NAIC Securities Valuation Office been followed? Yes [ X ] No [ ]

26.2 If no, list the exceptions:

## OTHER

27.1 Amount of payments to Trade Associations, Service Organizations and Statistical or Rating Bureaus, if any? $ 10,938

27.2 List the name of the organization and the amount paid if any such payment represented 25% or more of the total payments to Trade Associations, Service Organizations and Statistical or Rating Bureaus during the period covered by this statement.

| 1<br>Name | 2<br>Amount Paid |
|---|---|
| MERCER RISK, FINANCE & INSURANCE CONSULTING | 9,543 |
| | |

28.1 Amount of payments for legal expenses, if any? $ 13,425

28.2 List the name of the firm and the amount paid if any such payment represented 25% or more of the total payments for legal expenses during the period covered by this statement.

| 1<br>Name | 2<br>Amount Paid |
|---|---|
| BIENVENU, FOSTER, RYAN & O'BANNON | 4,129 |
| | |

29.1 Amount of payments for expenditures in connection with matters before legislative bodies, officers or departments of government, if any? $ 2,189

29.2 List the name of the firm and the amount paid if any such payment represented 25% or more of the total payment expenditures in connection with matters before legislative bodies, officers or departments of government during the period covered by this statement.

| 1<br>Name | 2<br>Amount Paid |
|---|---|
| ADAMS & REESE, LLP | 2,189 |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# GENERAL INTERROGATORIES

## PART 2 - PROPERTY & CASUALTY INTERROGATORIES

1.1 Does the reporting entity have any direct Medicare Supplement Insurance in force? Yes [ ] No [ X ]

1.2 If yes, indicate premium earned on U. S. business only $ 0

1.3 What portion of Item (1.2) is not reported on the Medicare Supplement Insurance Experience Exhibit? $ 0

1.31 Reason for excluding

1.4 Indicate amount of earned premium attributable to Canadian and/or Other Alien not included in Item (1.2) above. $ 0

1.5 Indicate total incurred claims on all Medicare Supplement Insurance. $ 0

1.6 Individual policies:

Most current three years:

1.61 Total premium earned $ 0
1.62 Total incurred claims $ 0
1.63 Number of covered lives $ 0

All years prior to most current three years:

1.64 Total premium earned $ 0
1.65 Total incurred claims $ 0
1.66 Number of covered lives $ 0

1.7 Group policies:

Most current three years:

1.71 Total premium earned $ 0
1.72 Total incurred claims $ 0
1.73 Number of covered lives $ 0

All years prior to most current three years:

1.74 Total premium earned $ 0
1.75 Total incurred claims $ 0
1.76 Number of covered lives $ 0

2. Health Test:

| | | 1 Current Year | 2 Prior Year |
|---|---|---|---|
| 2.1 | Premium Numerator | $ 0 | $ 0 |
| 2.2 | Premium Denominator | $ 4,329,122 | $ 0 |
| 2.3 | Premium Ratio (2.1/2.2) | 0.000 | 0.000 |
| 2.4 | Reserve Numerator | $ 0 | $ 0 |
| 2.5 | Reserve Denominator | $ 4,866,833 | $ 0 |
| 2.6 | Reserve Ratio (2.4/2.5) | 0.000 | 0.000 |

3.1 Does the reporting entity issue both participating and non-participating policies? Yes [ ] No [ X ]

3.2 If yes, state the amount of calendar year premiums written on:

3.21 Participating policies $ 0
3.22 Non-participating policies $ 0

4. For Mutual Reporting Entities and Reciprocal Exchanges Only:

4.1 Does the reporting entity issue assessable policies? Yes [ ] No [ ]

4.2 Does the reporting entity issue non-assessable policies? Yes [ ] No [ ]

4.3 If assessable policies are issued, what is the extent of the contingent liability of the policyholders? 0.0 %

4.4 Total amount of assessments paid or ordered to be paid during the year on deposit notes or contingent premiums? $ 0

5. For Reciprocal Exchanges Only:

5.1 Does the Exchange appoint local agents? Yes [ ] No [ ]

5.2 If yes, is the commission paid:

5.21 Out of Attorney's-in-fact compensation Yes [ ] No [ ] NA [ ]
5.22 As a direct expense of the Exchange Yes [ ] No [ ] NA [ ]

5.3 What expenses of the Exchange are not paid out of the compensation of the Attorney-in-fact?

5.4 Has any Attorney-in-fact compensation, contingent on fulfillment of certain conditions, been deferred? Yes [ ] No [ ]

5.5 If yes, give full information

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# GENERAL INTERROGATORIES

## PART 2 - PROPERTY & CASUALTY INTERROGATORIES

6.1 What provision has this reporting entity made to protect itself from an excessive loss in the event of a catastrophe under a workers' compensation contract issued without limit of loss?

NOT APPLICABLE

6.2 Describe the method used to estimate this reporting entity's probable maximum insurance loss, and identify the type of insured exposures comprising that probable maximum loss, the locations of concentrations of those exposures and the external resources (such as consulting firms or computer software models), if any, used in the estimation process.

THE COMPANY USES RMS AND AIR CLASSIC CATASTROPHE MODELING SOFTWARE

6.3 What provision has this reporting entity made (such as a catastrophic reinsurance program) to protect itself from an excessive loss arising from the types and concentrations of insured exposures comprising its probable maximum property insurance loss?

THE COMPANY HAS OBTAINED A PROPERY CATASTROPHE EXESS OF LOSS CONTRACT TO COVER A 100/250 YEAR PML

6.4 Does the reporting entity carry catastrophe reinsurance protection for at least one reinstatement, in an amount sufficient to cover its estimated probable maximum loss attributable to a single loss event or occurrence? Yes [ X ] No [ ]

6.5 If no, describe any arrangements or mechanisms employed by the reporting entity to supplement its catastrophe reinsurance program or to hedge its exposure to unreinsured catastrophic loss.

7.1 Has this reporting entity reinsured any risk with any other entity under a quota share reinsurance contract which includes a provision which would limit the reinsurer's losses below the stated quota share percentage (e.g., a deductible, a loss ratio corridor, a loss ratio cap, an aggregate limit or any similar provision)? Yes [ ] No [ X ]

7.2 If yes, indicate the number of reinsurance contracts containing such provisions: 0

8.1 Has this reporting entity reinsured any risk with any other entity and agreed to release such entity from liability, in whole or in part, from any loss that may occur on the risk, or portion thereof, reinsured? Yes [ ] No [ X ]

8.2 If yes, give full information

9. If the reporting entity has assumed risks from another entity, there should be charged on account of such reinsurances a reserve equal to that which the original entity would have been required to charge had it retained the risks. Has this been done? Yes [ ] No [ ] NA [X]

10.1 Has this reporting entity guaranteed policies issued by any other entity and now in force? Yes [ ] No [ X ]

10.2 If yes, give full information

11.1 If the reporting entity recorded accrued retrospective premiums on insurance contracts on Line 12.3 of the assets schedule, Page 2, state the amount of corresponding liabilities recorded for:

11.11 Unpaid losses $ 0

11.12 Unpaid underwriting expenses (including loss adjustment expenses) $ 0

11.2 Of the amount on Line 12.3 of the assets schedule, Page 2, state the amount which is secured by letters of credit, collateral and other funds $ 0

11.3 If the reporting entity underwrites commercial insurance risks, such as workers' compensation, are premium or promissory notes accepted from its insureds covering unpaid premiums and/or unpaid losses? Yes [ ] No [X] NA [ ]

11.4 If yes, provide the range of interest rates charged under such notes during the period covered by this statement:

11.41 From 0.0 %

11.42 To 0.0 %

11.5 Are letters of credit or collateral and other funds received from insureds being utilized by the reporting entity to secure premium or promissory notes taken by the reporting entity, or to secure any of the reporting entity's reported direct unpaid loss reserves, including unpaid losses under loss deductible features of commercial policies? Yes [ ] No [ X ]

11.6 If yes, state the amount thereof at December 31 of the current year:

11.61 Letters of Credit $ 0

11.62 Collateral and other funds $ 0

12.1 What amount of installment notes is owned and now held by the reporting entity? $ 0

12.2 Have any of these notes been hypothecated, sold or used in any manner as security for money loaned within the past year? Yes [ ] No [ ]

12.3 If yes, what amount? $ 0

13.1 Largest net aggregate amount insured in any one risk (excluding workers' compensation): $ 1,850,000

13.2 Does any reinsurance contract considered in the calculation of this amount include an aggregate limit of recovery without also including a reinstatement provision? Yes [ ] No [ X ]

13.3 State the number of reinsurance contracts (excluding individual facultative risk certificates, but including facultative programs, automatic facilities or facultative obligatory contracts) considered in the calculation of this amount. 0

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# GENERAL INTERROGATORIES

## PART 2 - PROPERTY & CASUALTY INTERROGATORIES

14.1 Is the company a cedant in a multiple cedant reinsurance contract? Yes [ ] No [ X ]

14.2 If yes, please describe the method of allocating and recording reinsurance among the cedants:

14.3 If the answer to 14.1 is yes, are the methods described in item 14.2 entirely contained in the respective multiple cedant reinsurance contracts? Yes [ ] No [ ]

14.4 If the answer to 14.3 is no, are all the methods described in 14.2 entirely contained in written agreements? Yes [ ] No [ ]

14.5 If answer to 14.4 is no, please explain:

15.1 Has the reporting entity guaranteed any financed premium accounts? Yes [ ] No [ X ]

15.2 If yes, give full information

16.1 Does the reporting entity own any securities of a real estate holding company or otherwise hold real estate indirectly? Yes [ ] No [ X ]

16.11 Name of real estate holding company

16.12 Number of parcels involved 0

16.13 Total book/adjusted carrying value $ 0

16.2 If yes, provide explanation:

17.1 Does the reporting entity write any warranty business? Yes [ ] No [ X ]

If yes, disclose the following information for each of the following types of warranty coverage:

| | 1<br>Direct Losses Incurred | 2<br>Direct Losses Unpaid | 3<br>Direct Written Premium | 4<br>Direct Premium Unearned | 5<br>Direct Premium Earned |
|---|---|---|---|---|---|
| 17.11 Home | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 17.12 Products | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 17.13 Automobile | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 17.14 Other* | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |

* Disclose type of coverage:

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# FIVE-YEAR HISTORICAL DATA

Show amounts in whole dollars only, no cents; show percentages to one decimal place, i.e. 17.6.

| | 1<br>2004 | 2<br>2003 | 3<br>2002 | 4<br>2001 | 5<br>2000 |
|---|---|---|---|---|---|
| **Gross Premiums Written (Page 8, Part 1B, Cols. 1, 2 & 3)** | | | | | |
| 1. Liability lines (Lines 11.1, 11.2, 16, 17.1, 17.2, 18.1, 18.2, 19.1, 19.2 & 19.3, 19.4) | 0 | 0 | 0 | 0 | 0 |
| 2. Property lines (Lines 1, 2, 9, 12, 21 & 26) | 5,915,682 | 0 | 0 | 0 | 0 |
| 3. Property and liability combined lines (Lines 3, 4, 5, 8, 22 & 27) | 3,150,004 | 0 | 0 | 0 | 0 |
| 4. All other lines (Lines 6, 10, 13, 14, 15, 23, 24, 28, 29 & 33) | 0 | 0 | 0 | 0 | 0 |
| 5. Non-proportional reinsurance lines (Lines 30, 31 & 32) | 0 | 0 | 0 | 0 | 0 |
| 6. Total (Line 34) | 9,065,686 | 0 | 0 | 0 | 0 |
| **Net Premiums Written (Page 8, Part 1B, Col. 6)** | | | | | |
| 7. Liability lines (Lines 11.1, 11.2, 16, 17.1, 17.2, 18.1, 18.2, 19.1, 19.2 & 19.3, 19.4) | 0 | 0 | 0 | 0 | 0 |
| 8. Property lines (Lines 1, 2, 9, 12, 21 & 26) | 5,745,043 | 0 | 0 | 0 | 0 |
| 9. Property and liability combined lines (Lines 3, 4, 5, 8, 22 & 27) | 3,002,914 | 0 | 0 | 0 | 0 |
| 10. All other lines (Lines 6, 10, 13, 14, 15, 23, 24, 28, 29 & 33) | 0 | 0 | 0 | 0 | 0 |
| 11. Non-proportional reinsurance lines (Lines 30, 31 & 32) | 0 | 0 | 0 | 0 | 0 |
| 12. Total (Line 34) | 8,747,957 | 0 | 0 | 0 | 0 |
| **Statement of Income (Page 4)** | | | | | |
| 13. Net underwriting gain (Loss) (Line 8) | 692,216 | 0 | 0 | 0 | 0 |
| 14. Net investment gain (Loss) (Line 11) | 2,126 | 0 | 0 | 0 | 0 |
| 15. Total other income (Line 15) | 96,705 | 0 | 0 | 0 | 0 |
| 16. Dividends to policyholders (Line 17) | 0 | 0 | 0 | 0 | 0 |
| 17. Federal and foreign income taxes incurred (Line 19) | 0 | 0 | 0 | 0 | 0 |
| 18. Net income (Line 20) | 791,047 | 0 | 0 | 0 | 0 |
| **Balance Sheet Lines (Pages 2 and 3)** | | | | | |
| 19. Total admitted assets excluding protected cell business (Page 2, Line 24, Col. 3) | 6,279,016 | 0 | 0 | 0 | 0 |
| 20. Premiums and considerations (Page 2, Col. 3) | | | | | |
| 20.1 In course of collection (Line 12.1) | 45,791 | 0 | 0 | 0 | 0 |
| 20.2 Deferred and not yet due (Line 12.2) | 1,009,445 | 0 | 0 | 0 | 0 |
| 20.3 Accrued retrospective premiums (Line 12.3) | 0 | 0 | 0 | 0 | 0 |
| 21. Total liabilities excluding protected cell business (Page 3, Line 24) | 5,506,611 | 0 | 0 | 0 | 0 |
| 22. Losses (Page 3, Lines 1 and 2) | 319,961 | 0 | 0 | 0 | 0 |
| 23. Loss adjustment expenses (Page 3, Line 3) | 128,037 | 0 | 0 | 0 | 0 |
| 24. Unearned premiums (Page 3, Line 9) | 4,418,835 | 0 | 0 | 0 | 0 |
| 25. Capital paid up (Page 3, Lines 28 & 29) | 0 | 0 | 0 | 0 | 0 |
| 26. Surplus as regards policyholders (Page 3, Line 35) | 772,405 | 0 | 0 | 0 | 0 |
| **Risk-Based Capital Analysis** | | | | | |
| 27. Total adjusted capital | 772,405 | 0 | 0 | 0 | 0 |
| 28. Authorized control level risk-based capital | 886,534 | 0 | 0 | 0 | 0 |
| **Percentage Distribution of Cash and Invested Assets (Page 2, Col. 3)** (Item divided by Page 2, Line 10, Col. 3) x 100.0 | | | | | |
| 29. Bonds (Line 1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 30. Stocks (Lines 2.1 & 2.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 31. Mortgage loans on real estate (Lines 3.1 and 3.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 32. Real estate (Lines 4.1, 4.2 & 4.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 33. Cash and short-term investments (Line 5) | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 34. Contract loans (Line 6) | 0.0 | | XXX | XXX | XXX |
| 35. Other invested assets (Line 7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 36. Receivable for securities (Line 8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 37. Aggregate write-ins for invested assets (Line 9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 38. Cash and invested assets (Line 10) | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **Investments in Parent, Subsidiaries and Affiliates** | | | | | |
| 39. Affiliated Bonds (Schedule D, Summary, Line 25, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 40. Affiliated preferred stocks (Schedule D, Summary, Line 39, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 41. Affiliated common stocks (Schedule D, Summary, Line 53, Col. 2) | 0 | 0 | 0 | 0 | 0 |
| 42. Affiliated short-term investments (subtotals included in Schedule DA, Part 2, Col. 5, Line 11) | 0 | 0 | 0 | 0 | 0 |
| 43. Affiliated mortgage loans on real estate | | 0 | 0 | 0 | 0 |
| 44. All other affiliated | | 0 | 0 | 0 | 0 |
| 45. Total of above Lines 39 to 44 | 0 | 0 | 0 | 0 | 0 |
| 46. Percentage of investments in parent, subsidiaries and affiliates to surplus as regards policyholders (Line 45 above divided by Page 3, Col. 1, Line 35 x 100.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# FIVE-YEAR HISTORICAL DATA

(Continued)

| | 1<br>2004 | 2<br>2003 | 3<br>2002 | 4<br>2001 | 5<br>2000 |
|---|---|---|---|---|---|
| **Capital and Surplus Accounts (Page 4)** | | | | | |
| 47. Net unrealized capital gains (Losses) (Line 23) | 0 | 0 | 0 | 0 | 0 |
| 48. Dividends to stockholders (Line 34) | 0 | 0 | 0 | 0 | 0 |
| 49. Change in surplus as regards policyholders for the year (Line 37) | 772,405 | 0 | 0 | 0 | 0 |
| **Gross Losses Paid (Page 9, Part 2, Cols. 1 & 2)** | | | | | |
| 50. Liability lines (Lines 11.1, 11.2, 16, 17.1, 17.2, 18.1, 18.2, 19.1, 19.2 & 19.3, 19.4) | 0 | 0 | 0 | 0 | 0 |
| 51. Property lines (Lines 1, 2, 9, 12, 21 & 26) | 733,918 | 0 | 0 | 0 | 0 |
| 52. Property and liability combined lines (Lines 3, 4, 5, 8, 22 & 27) | 349,640 | 0 | 0 | 0 | 0 |
| 53. All other lines (Lines 6, 10, 13, 14, 15, 23, 24, 28, 29 & 33) | 0 | 0 | 0 | 0 | 0 |
| 54. Nonproportional reinsurance lines (Lines 30, 31 & 32) | 0 | 0 | 0 | 0 | 0 |
| 55. Total (Line 34) | 1,083,558 | 0 | 0 | 0 | 0 |
| **Net Losses Paid (Page 9, Part 2, Col. 4)** | | | | | |
| 56. Liability lines (Lines 11.1, 11.2, 16, 17.1, 17.2, 18.1, 18.2, 19.1, 19.2 & 19.3, 19.4) | 0 | 0 | 0 | 0 | 0 |
| 57. Property lines (Lines 1, 2, 9, 12, 21 & 26) | 733,918 | 0 | 0 | 0 | 0 |
| 58. Property and liability combined lines (Lines 3, 4, 5, 8, 22 & 27) | 349,640 | 0 | 0 | 0 | 0 |
| 59. All other lines (Lines 6, 10, 13, 14, 15, 23, 24, 28, 29 & 33) | 0 | 0 | 0 | 0 | 0 |
| 60. Nonproportional reinsurance lines (Lines 30, 31 & 32) | 0 | 0 | 0 | 0 | 0 |
| 61. Total (Line 34) | 1,083,558 | 0 | 0 | 0 | 0 |
| **Operating Percentages (Page 4) (Item divided by Page 4, Line 1) x 100.0** | | | | | |
| 62. Premiums earned (Line 1) | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 63. Losses incurred (Line 2) | 32.4 | 0.0 | 0.0 | 0.0 | 0.0 |
| 64. Loss expenses incurred (Line 3) | 7.9 | 0.0 | 0.0 | 0.0 | 0.0 |
| 65. Other underwriting expenses incurred (Line 4) | 43.7 | 0.0 | 0.0 | 0.0 | 0.0 |
| 66. Net underwriting gain (loss) (Line 8) | 18.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Other Percentages** | | | | | |
| 67. Other underwriting expenses to net premiums written (Page 4, Lines 4 + 5 - 15 divided by Page 8, Part 1B, Col. 6, Line 34 x 100.0) | 20.5 | 0.0 | 0.0 | 0.0 | 0.0 |
| 68. Losses and loss expenses incurred to premiums earned (Page 4, Lines 2 + 3 divided by Page 4, Line 1 x 100.0) | 40.4 | 0.0 | 0.0 | 0.0 | 0.0 |
| 69. Net premiums written to policyholders' surplus (Page 8, Part 1B, Col. 6, Line 34 divided by Page 3, Line 35, Col. 1 x 100.0) | 1,132.6 | 0.0 | 0.0 | 0.0 | 0.0 |
| **One Year Loss Development (000 omitted)** | | | | | |
| 70. Development in estimated losses and loss expenses incurred prior to current year (Schedule P - Part 2 - Summary, Line 12, Col. 11) | 0 | 0 | 0 | 0 | 0 |
| 71. Percent of development of loss and loss expenses incurred to policyholders' surplus of prior year end (Line 70 above divided by Page 4, Line 21, Col. 1 x 100.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Two Year Loss Development (000 omitted)** | | | | | |
| 72. Development in estimated losses and loss expenses incurred 2 years before the current year and prior year (Schedule P, Part 2 - Summary, Line 12, Col. 12) | 0 | 0 | 0 | 0 | 0 |
| 73. Percent of development of loss and loss expenses incurred to reported policyholders' surplus of second prior year end (Line 72 above divided by Page 4, Line 21, Col. 2 x 100.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

EXHIBIT OF PREMIUMS AND LOSSES (Statutory Page 14)

NAIC Group Code 0000 — BUSINESS IN THE STATE OF Louisiana — DURING THE YEAR 2004 — NAIC Company Code 91302

| | Line of Business | Gross Premiums, Including Policy and Membership Fees Less Return Premiums and Premiums on Policies not Taken | | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 Direct Premiums Written | 2 Direct Premiums Earned | Dividends Paid or Credited to Policyholders on Direct Business | Direct Unearned Premium Reserves | Direct Losses Paid (deducting salvage) | Direct Losses Incurred | Direct Losses Unpaid | Direct Defense and Cost Containment Expense Paid | Direct Defense and Cost Containment Expense Incurred | Direct Defense and Cost Containment Expense Unpaid | Commissions and Brokerage Expenses | Taxes Licenses and Fees |
| 1 | Fire | 1 705 032 | 865,021 | 0 | 840,011 | 24,083 | 37 487 | 13 404 | 0 | 0 | 0 | 170 503 | 16 052 |
| 2.1 | Allied lines | 4 210 650 | 2,149 939 | 0 | 2 060 711 | 709,835 | 831 720 | 121 885 | 0 | 0 | 0 | 421 005 | 39 630 |
| 2.2 | Multiple peril crop | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.3 | Federal flood | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | Farmowners multiple peril | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | Homeowners multiple peril | 3 150 004 | 1 631 891 | 0 | 1,518 113 | 349 640 | 534 312 | 184 672 | 0 | 0 | 0 | 315 001 | 29 654 |
| 5.1 | Commercial multiple peril (non-liability portion) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.2 | Commercial multiple peril (liability portion) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | Mortgage guaranty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | Ocean marine | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | Inland marine | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | Financial guaranty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | Medical malpractice | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | Earthquake | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | Group accident and health (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | Credit A & H (group and individual) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.1 | Collectively renewable A & H (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.2 | Non-cancellable A & H (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.3 | Guaranteed renewable A & H (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.4 | Non-renewable for stated reasons only (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.5 | Other accident only | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.6 | All other A & H (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.7 | Federal employees health benefits program premium (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | Workers' compensation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | Other liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | Products liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19.1 | Private passenger auto no-fault (personal injury protection) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19.2 | Other private passenger auto liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19.3 | Commercial auto no-fault (personal injury protection) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19.4 | Other commercial auto liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21.1 | Private passenger auto physical damage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21.2 | Commercial auto physical damage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | Aircraft (all perils) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | Fidelity | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | Surety | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Burglary and theft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | Boiler and machinery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | Credit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34. | TOTALS (a) | 9,065,686 | 4,646,851 | 0 | 4,418,835 | 1,083,558 | 1,403,519 | 319,961 | 0 | 0 | 0 | 906,509 | 85,336 |
| | DETAILS OF WRITE-INS | | | | | | | | | | | | |
| 3301 | | | | | | | | | | | | | |
| 3302 | | | | | | | | | | | | | |
| 3303 | | | | | | | | | | | | | |
| 3398 | Summary of remaining write-ins for Line 33 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3399. | Totals (Lines 3301 thru 3303 plus 3398) (Line 33 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

(a) Finance and service charges not included in Line 1 to 34 $ 28,524

(b) For health business on indicated lines report: Number of persons insured under PPO managed care products 0 and number of persons insured under indemnity only products 0

9 1 3 0 2 2 0 0 4 4 3 0 5 8 1 0 0

**ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation**
**Coastal Plan**

**EXHIBIT OF PREMIUMS AND LOSSES (Statutory Page 14)**

NAIC Group Code 0000 BUSINESS IN THE STATE OF Consolidated DURING THE YEAR 2004 NAIC Company Code 91302

| | Line of Business | Gross Premiums, Including Policy and Membership Fees Less Return Premiums and Premiums on Policies not Taken | | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 Direct Premiums Written | 2 Direct Premiums Earned | Dividends Paid or Credited to Policyholders on Direct Business | Direct Unearned Premium Reserves | Direct Losses Paid (deducting salvage) | Direct Losses Incurred | Direct Losses Unpaid | Direct Defense and Cost Containment Expense Paid | Direct Defense and Cost Containment Expense Incurred | Direct Defense and Cost Containment Expense Unpaid | Commissions and Brokerage Expenses | Taxes Licenses and Fees |
| 1 | Fire | 1 705 032 | 865 021 | 0 | 840 017 | 24 083 | 37 487 | 13 404 | 0 | 0 | 0 | 170 503 | 16 052 |
| 2.1 | Allied lines | 4 210 650 | 2 149 939 | 0 | 2 060 711 | 709 835 | 831 720 | 121 385 | 0 | 0 | 0 | 421 065 | 39 630 |
| 2.2 | Multiple peril crop | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.3 | Federal flood | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | Farmowners multiple peril | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | Homeowners multiple peril | 3 150 004 | 1 631 891 | 0 | 1 518 113 | 349 640 | 534 312 | 184 072 | 0 | 0 | 0 | 0 | 0 |
| 5.1 | Commercial multiple peril (non-liability portion) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 315 001 | 29 654 |
| 5.2 | Commercial multiple peril (liability portion) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | Mortgage guaranty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | Ocean marine | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | Inland marine | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | Financial guaranty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | Medical malpractice | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | Earthquake | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | Group accident and health (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | Credit A & H (group and individual) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.1 | Collectively renewable A & H (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.2 | Non-cancellable A & H (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.3 | Guaranteed renewable A & H (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.4 | Non-renewable for stated reasons only (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.5 | Other accident only | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.6 | All other A & H (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15.7 | Federal employees health benefits program premium (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | Workers' compensation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | Other liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | Products liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19.1 | Private passenger auto no-fault (personal injury protection) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19.2 | Other private passenger auto liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19.3 | Commercial auto no-fault (personal injury protection) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19.4 | Other commercial auto liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21.1 | Private passenger auto physical damage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21.2 | Commercial auto physical damage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | Aircraft (all perils) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | Fidelity | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | Surety | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Burglary and theft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | Boiler and machinery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | Credit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | Aggregate write-ins for other lines of business | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34. | TOTALS (a) | 9,065,686 | 4,646,851 | 0 | 4,418,835 | 1,083,558 | 1,403,519 | 319,961 | 0 | 0 | 0 | 906,569 | 85,336 |
| | DETAILS OF WRITE-INS | | | | | | | | | | | | |
| 3301 | | | | | | | | | | | | | |
| 3302 | | | | | | | | | | | | | |
| 3303 | | | | | | | | | | | | | |
| 3398 | Summary of remaining write-ins for Line 33 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3399. | Totals (Lines 3301 thru 3303 plus 3398) (Line 33 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

(a) Finance and service charges not included in Line 1 to 34 $ 28,524

(b) For health business on indicated lines report. Number of persons insured under PPO managed care products 0 and number of persons insured under indemnity only products 0

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

Schedule A - Verification

NONE

Schedule B - Verification

NONE

Schedule BA - Verification

NONE

Schedule D - Summary By Country

NONE

Schedule D - Verification Between Years

NONE

Schedule D - Part 1A - Section 1

NONE

Schedule D - Part 1A - Section 2

NONE

Schedule DA - Part 2

NONE

Schedule DB - Part A - VBY

NONE

Schedule DB - Part B - VBY

NONE

Schedule DB - Part C - VBY

NONE

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

Schedule DB - Part D - VBY

NONE

Schedule DB - Part E - VBY

NONE

Schedule DB - Part F - Section 1

NONE

Schedule DB - Part F - Section 2

NONE

Schedule F - Part 1

NONE

Schedule F - Part 2

NONE

R THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# SCHEDULE F - PART 3

Ceded Reinsurance as of December 31, Current Year (000 Omitted)

| 1 | 2 | 3 | 4 | 5 | 6 | Reinsurance Recoverable On | | | | | | | | | Reinsurance Payable | | 18 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | | |
| Federal ID Number | NAIC Company Code | Name of Reinsurer | Domiciliary Jurisdiction | Reinsurance Contracts Ceding 75% or More of Direct Premiums Written | Reinsurance Premiums Ceded | Paid Losses | Paid LAE | Known Case Loss Reserves | Known Case LAE Reserves | IBNR Loss Reserves | IBNR LAE Reserves | Unearned Premiums | Contingent Commis-sions | Cols 7 thru 14 Totals | Ceded Balances Payable | Other Amounts Due to Reinsurers | Net Amount Recoverable From Reinsurers Cols. 15 [16 + 17] | Funds Held By Company Under Reinsurance Treaties |
| 0499999 - Total - Authorized - Affiliates | | | | | | | | | | | | | | 0 | | | 0 | |
| 06-1325038 | 39136 | CONVERIUM REINS NORTH AMER INC | CT | | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 36-3347420 | 23876 | MAPFRE REINS CORP | NJ | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 47-0698507 | 23680 | ODYSSEY AMERICA REINS CO | CT | | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13-1675535 | 25364 | SWISS REIN AMERICA CORP | NY | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13-5616275 | 19453 | TRANSATLANTIC REIN CO | NY | | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0599998 - Other U.S. Unaffil Insurers (Under $100,000) | | | | | | | | | | | | | | | | | | |
| 0599999 - Authorized - Other U.S. Unaffiliated Insurers | | | | | 32 | | | | | | | | | 0 | | | 0 | |
| AA-1126033 | 00000 | LLOYD'S SYNDICATE NUMBER 33 | UI | | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1126190 | 00000 | LLOYD'S SYNDICATE NUMBER 190 | UI | | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1126382 | 00000 | LLOYD'S SYNDICATE NUMBER 382 | UI | | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1126566 | 00000 | LLOYD'S SYNDICATE NUMBER 566 | UI | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1126623 | 00000 | LLOYD'S SYNDICATE NUMBER 623 | UI | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1126626 | 00000 | LLOYD'S SYNDICATE NUMBER 626 | UI | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1126958 | 00000 | LLOYD'S SYNDICATE NUMBER 958 | UI | | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1127243 | 00000 | LLOYD'S SYNDICATE NUMBER 1243 | UI | | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1127400 | 00000 | LLOYD'S SYNDICATE NUMBER 1400 | UI | | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1127414 | 00000 | LLOYD'S SYNDICATE NUMBER 1414 | UI | | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1128000 | 00000 | LLOYD'S SYNDICATE NUMBER 2000 | UI | | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1128001 | 00000 | LLOYD'S SYNDICATE NUMBER 2001 | UI | | 56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1128003 | 00000 | LLOYD'S SYNDICATE NUMBER 2003 | UI | | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1128010 | 00000 | LLOYD'S SYNDICATE NUMBER 2010 | UI | | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1128121 | 00000 | LLOYD'S SYNDICATE NUMBER 2121 | UI | | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1128147 | 00000 | LLOYD'S SYNDICATE NUMBER 2147 | UI | | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1128488 | 00000 | LLOYD'S SYNDICATE NUMBER 2488 | UI | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1128623 | 00000 | LLOYD'S SYNDICATE NUMBER 2623 | UI | | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1128791 | 00000 | LLOYD'S SYNDICATE NUMBER 2791 | UI | | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1128987 | 00000 | LLOYD'S SYNDICATE NUMBER 2987 | UI | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0899998 - Authorized - Other Non-U.S. Insurers (Under $100,000) | | | | | | | | | | | | | | 0 | | | 0 | |
| 0899999 - Authorized - Other Non-U.S. Insurers | | | | | 121 | | | | | | | | | | | | | |
| 0999999 - Total - Authorized | | | | | 153 | | | | | | | | | 0 | | | 0 | |
| 1399999 - Total - Unauthorized - Affiliates | | | | | | | | | | | | | | 0 | | | 0 | |
| 1499998 - Unauthorized - Other U.S. Unaffiliated Insurers (Under $100,000) | | | | | | | | | | | | | | 0 | | | 0 | |
| AA-3190770 | 00000 | ACE TEMPEST REINS CO LTD | BR | | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3194128 | 00000 | ALLIED WORLD ASSURANCE CO LTD | BR | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3194126 | 00000 | ARCH REINS LTD | BR | | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1320035 | 00000 | AXA RE | FR | | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3194139 | 00000 | AXIS SPECIALTY LTD | BR | | 53 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1464100 | 00000 | CONVERIUM AG ZURICH | SZ | | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3194130 | 00000 | ENDURANCE SPECIALTY INS LTD | BR | | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3190060 | 00000 | HANOVER RE (BERMUDA) LTD | BR | | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3190463 | 00000 | IPCRE LTD | BR | | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3194129 | 00000 | MONTPELIER REINS LTD | BR | | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3194200 | 00000 | NS FRONTIER REINS LTD | BR | | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3190686 | 00000 | PARTNERRE GRP | BR | | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3194137 | 00000 | PXRE REINS LTD | BR | | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3194190 | 00000 | QUANTA REINS LTD | BR | | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-3160046 | 00000 | ROYAL BANK OF CANADA INS CO LTD | BB | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-1440076 | 00000 | SIRIUS INTL INS CORP | SW | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AA-0000000 | 00000 | SPS REASSURANCE S.A. | FR | | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1799998 - Unauthorized - Other Non-U.S. Insurers (Under $100,000) | | | | | | | | | | | | | | 0 | | | 0 | |
| 1799999 - Unauthorized - Other Non-U.S. Insurers | | | | | 164 | | | | | | | | | | | | | |
| 1899999 - Total - Unauthorized | | | | | 164 | | | | | | | | | 0 | | | 0 | |
| 1999999 - Total - Authorized and Unauthorized | | | | | 318 | | | | | | | | 0 | 0 | | | 0 | |

)R THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# SCHEDULE F - PART 3

Ceded Reinsurance as of December 31, Current Year (000 Omitted)

| 1 | 2 | 3 | 4 | 5 | 6 | Reinsurance Recoverable On | | | | | | | | | Reinsurance Payable | | 18 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | | |
| Federal ID Number | NAIC Company Code | Name of Reinsurer | Domiciliary Jurisdiction | Reinsurance Contracts Ceding 75% or More of Direct Premiums Written | Reinsurance Premiums Ceded | Paid Losses | Paid LAE | Known Case Loss Reserves | Known Case LAE Reserves | IBNR Loss Reserves | IBNR LAE Reserves | Unearned Premiums | Contingent Commis-sions | Cols. 7 thru 14 Totals | Ceded Balances Payable | Other Amounts Due to Reinsurers | Net Amount Recoverable From Reinsurers Cols 15 - [16 + 17] | Funds Held By Company Under Reinsurance Treaties |
| 2099999 - Total - Protected Cells | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9999999 Totals | | | | | 318 | | | | | | | | | 0 | | | 0 | |

NOTE: Report the five largest provisional commission rates included in the cedant's reinsurance treaties
The commission rate to be reported is by contract with ceded premium in excess of $50,000:

| | 1<br>Name of Company | 2<br>Commission Rate | 3<br>Ceded Premium |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

Schedule F - Part 4

NONE

Schedule F - Part 5

NONE

Schedule F - Part 6

NONE

Schedule F - Part 7

NONE

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE LA Citizens Property Insurance Corporation
Coastal Plan

# SCHEDULE F - PART 8

Restatement of Balance Sheet to Identify Net Credit for Reinsurance

| | 1<br>As Reported<br>(Net of Ceded) | 2<br>Restatement<br>Adjustments | 3<br>Restated<br>(Gross of Ceded) |
|---|---|---|---|
| ASSETS (Page 2, Col. 3) | | | |
| 1. Cash and invested assets (Line 10) | 4,714,592 | 0 | 4,714,592 |
| 2. Premiums and considerations (Line 12) | 1,055,236 | 0 | 1,055,236 |
| 3. Reinsurance recoverable on loss and loss adjustment expense payments (Line 13.1) | 0 | 0 | 0 |
| 4. Funds held by or deposited with reinsured companies (Line 13.2) | 0 | 0 | 0 |
| 5. Other assets | 509,188 | 0 | 509,188 |
| 6. Net amount recoverable from reinsurers | 0 | 0 | 0 |
| 7. Totals (Line 26) | 6,279,016 | 0 | 6,279,016 |
| LIABILITIES (Page 3) | | | |
| 8. Losses and loss adjustment expenses (Lines 1 through 3) | 447,998 | 0 | 447,998 |
| 9. Taxes, expenses, and other obligations (Lines 4 through 8) | 86,832 | 0 | 86,832 |
| 10. Unearned premiums (Line 9) | 4,418,835 | 0 | 4,418,835 |
| 11. Advance Premiums (Line 10) | 0 | 0 | 0 |
| 12. Dividends declared and unpaid (Line 11.1 and 11.2) | 0 | 0 | 0 |
| 13. Ceded reinsurance premiums payable (net of ceded commissions) (Line 12) | 0 | 0 | 0 |
| 14. Funds held by company under reinsurance treaties (Line 13) | 0 | 0 | 0 |
| 15. Amounts withheld or retained by company for account of others (Line 14) | 0 | 0 | 0 |
| 16. Provision for reinsurance (Line 16) | 0 | 0 | 0 |
| 17. Other liabilities (Lines 15 and 17 through 23) | 552,946 | 0 | 552,946 |
| 18. Total liabilities excluding protected cell business (Line 26 minus Line 25) | 5,506,611 | 0 | 5,506,611 |
| 19. Surplus as regards policyholders (Line 35) | 772,405 | X X X | 772,405 |
| 20. Totals (Line 36) | 6,279,016 | 0 | 6,279,016 |

NOTE: Is the restatement of this exhibit the result of grossing up balances ceded to affiliates under 100 percent reinsurance or pooling arrangements? Yes [ ] No [ X ]

If yes, give full explanation: