UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br><br>    07-cv-5007<br>    07-cv-5366 | SECTION: "K" (2) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE OF DISMISSAL OF WASHINGTON GROUP INTERNATIONAL, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff The Marrero Land and Improvement Association, Inc. ("Marrero Land"), respectfully submits this Notice of Voluntary Dismissal of Washington Group International, Inc. ("Washington Group") and hereby dismisses Washington Group as a party to this lawsuit without prejudice. In accordance with Rule 41(a)(1)(I), Marrero Land certifies that Washington Group has not filed an answer or motion for summary judgment in response to either of the Marrero Land's Petitions for Damages.

Respectfully submitted:

/s/ James M. Garner
JAMES M. GARNER , #19589
MARTHA Y. CURTIS, #20446
R. SCOTT HOGAN, #29911
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR THE MARRERO LAND AND IMPROVEMENT ASSOCIATION, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ James M. Garner
James M. Garner