UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: LEVEE, MRGO | * | MAG. WILKINSON |
| *Bobby LeDuff, et al.,* No. 06-5260 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S ANSWER TO PLAINTIFFS' FIRST SUPPLEMENTAL COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), which, for its Answer to the Supplemental Complaint (the "Complaint") filed by Plaintiffs, Bobby L. LeDuff, et. al., respectfully responds to the particular paragraphs of the Supplemental Complaint as follows:

1.

St. Paul incorporates by reference as if copied hereto *in extenso* all responses to the allegations contained in Plaintiffs' Original Complaint, including the prayer for relief and incorporates by reference as if copied hereto in extenso all defenses raised in its Answer to the Plaintiffs' Original Complaint which answer was filed with this Court on November 30, 2007.

2.

In response to the Supplemental Allegations of Paragraph 63 of the original complaint contained in Paragraph 2 of the Supplemental Complaint, St. Paul admits it is a foreign insurer authorized to do and doing business as an insurer in the State of Louisiana and that it issued to "Orleans Levee District" a policy of insurance bearing the Policy No. GP06300925 with a policy period of November 1, 2004 to November 1, 2005 (the "OLD Policy"), which policy is subject to the terms, conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso.* St. Paul further responds that said policy is the best evidence of the contents. The remaining allegations of Paragraph 63 of the original complaint as supplemented by Paragraph 2 of the Supplemental Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

3.

St. Paul incorporates by reference as if copied hereto *in extenso* all responses to the allegations contained in Plaintiffs' Original Complaint, including the prayer for relief and incorporates by reference as if copied hereto in extenso all defenses raised in its Answer to the Plaintiffs' Original Complaint which answer was filed with this Court on November 30, 2007.

Respectfully submitted,

*/s/ Rachel A. Meese*
RALPH S. HUBBARD III, T.A., Bar. #7040
JOSEPH P. GUICHET, Bar #24441
RACHEL A. MEESE, Bar #25457
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine
Insurance Company**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 29th day of November, 2007.

                              /s/ *Rachel A. Meese*