# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (Myers, No. 06-8502) | |

## MOTION FOR VOLUNTARY DISMISSAL

**NOW COME** Plaintiff David A. Myers, through undersigned counsel, and on suggesting to the Court that as all issues and controversies have been resolved to the satisfaction of Plaintiff, that Plaintiff desires to dismiss all claims asserted by David A. Myers against Lexington Insurance Company, in the above-captioned matter without prejudice, with each party to pay their own outstanding costs.

**WHEREFORE** Plaintiff David A. Myers respectfully request that this Honorable Court enter and order dismissing all of Plaintiff's claims against Lexington Insurance Company, without prejudice.

Respectfully Submitted,

_____
ROY & MYERS
Roger R. Roy, Esq.
Stephanie H. Myers, Esq.
3300 Jefferson Davis Parkway, #331
New Orleans, Louisiana 70118
Telephone: (504) 304-3380
*Counsel for David A. Myers*

The foregoing Motion of Voluntary Dismissal has been approved and its filing consented to by undersigned counsel for Lexington Insurance Company.

_____
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II (#22928)
MARGARET L. SUNKEL (#25888)
**GIEGER, LABORDE, & LAPEROUSE, L.L.C**
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29th day of November 2007, I electronically filed the forgoing **Motion for Voluntary Dismissal** with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record in this matter:

*/s/ Margaret Hunker*