UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (Myers, No. 06-8502) | §<br>§<br>§<br>§ | |

## ORDER

Considering the foregoing **Motion for Voluntary Dismissal**;

IT IS ORDERED that the claims made by plaintiff David A. Myers in the above entitled and numbered lawsuit against Lexington Insurance Company be and are hereby voluntarily DISMISSED, with prejudice.

THIS DONE AND SIGNED on the _____ day of _____, 2007, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE