UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ALL LEVEE | § § § § § | |

## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT comes Omega Hospital, L.L.C., Plaintiff, through undersigned counsel, who moves this Honorable Court to enroll additional counsel, **R. RAY ORRILL, JR., GINA PULEIO CAMPO,** and **AARON Z. AHLQUIST** of the Law Firm of Orrill, Cordell & Beary, L.L.C. for Omega Hospital, L.L.C., Plaintiff, in the above captioned case.

Respectfully submitted,

ORRILL, CORDELL & BEARY, L.L.C.

/s/ W. Christopher Beary
W. Christopher Beary, (Bar #22253), T.A.
R. Ray Orrill, Jr. (Bar #10239)
Gina Puleio Campo (Bar #22139)
Aaron Z. Ahlquist (Bar #29063)
1010 Common Street, 31st Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-8724
Facsimile: (504) 299-8735
wcb@ocblaw.com

**Counsel for Omega Hospital, L.L.C.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has this date, November 29, 2007, been sent, via electronic mail through the Court's CM/ECF system, to all counsel for all parties.

                                                     */s/ W. Christopher Beary*
                                                   W. CHRISTOPHER BEARY