UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

Pertains to:
Insurance: <u>Jupiter</u>, C.A. No. 07-1689            SECTION "K" (2)

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:       Defendant Auto Club's Motion to Compel Discovery, Record Doc. No. 8898

<u>O R D E R E D</u>:

<u>XXX</u> : GRANTED. Local Rule 7.2E requires that written opposition to any motion must be filed and served no later than eight (8) calendar days prior to the noticed hearing date. No memorandum in opposition to the motion referenced above has been timely filed. Accordingly, the motion is deemed unopposed, and it appearing that the motion has merit, it is GRANTED as follows.

The answers to Interrogatories Nos. 3, 4, 5 and 8 served by plaintiff are incomplete and otherwise deficient. Fed. R. Civ. P. 37(a)(3). Specifically, the answer to Interrogatory No. 3 fails to provide the dates requested in sub-part (d). The only answers provided in response to Interrogatory Nos. 4, 5 and 8 are "see attached," apparently referring to attached documents. These responses completely fail to comply with Fed. R. Civ. P. 33(d) in that they fail to provide the required specification and are otherwise incomplete. Full and complete answers to these interrogatories must be provided. In addition, the copy of interrogatory answers provided to me do not contain the verification, signed under oath, required by Fed. R. Civ. P. 33(b)(1) and (2). The required verification must also be provided.

No written responses of any sort to the requests for production, as required by Fed. R. Civ. P. 34(b), have been provided. Thus, all objections have been waived, and full

and complete written responses, together with production of all responsive materials, must be provided.

All answers to interrogatories, the Rule 33(b) verification, written responses to requests for production, and actual production of all responsive materials required herein must be provided within ten (10) days of entry of this order.

The request for an award of costs and fees is also granted. Plaintiff must pay defendant $450 to compensate defendant for the reasonable fees and expenses incurred in connection with this motion. Fed. R. Civ. P. 37(a)(4)(A).

New Orleans, Louisiana, this 28th day of November, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE