UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  Insurance 06-8589           JUDGE DUVAL
   (R&M Glynn Inc. d/b/a Amy's Hallmark)     MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Defendant's Motion to Compel Responses to Discovery, Record Doc. No. 8643

O R D E R E D:

XXX : DISMISSED AS MOOT. Movant's counsel has advised the court that the parties have resolved their discovery dispute and that he waives his request for sanctions. Accordingly, the motion is moot.

New Orleans, Louisiana, this 28th day of November, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE