UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO BARGE

FILED IN:   05-5724, 05-5531, 06-5342, 06-6299
            06-7516, 07-3500, and 07-5178

---

**JOINT MOTION AND INCORPORATED MEMORANDUM OF THE
BARGE PSLC, THE BOARD OF COMMISSIONERS OF THE PORT OF NEW
ORLEANS, AND THE ORLEANS LEVEE DISTRICT TO AMEND CASE
MANAGEMENT AND SCHEDULING ORDER NO. 5**

NOW INTO COURT, through their respective undersigned counsel, come the Barge PSLC, the Board of Commissioners of the Port of New Orleans, and the Orleans Levee District, who respectfully request that this Honorable Court amend Case Management and Scheduling Order No. 5 ("CMO NO. 5") for the sole, limited purpose of

1

providing for a new deadline date of December 28, 2007 on which the parties must provide written responses to all interrogatories, requests for production and requests for admissions.[1]

Despite the efforts made by the parties to comply with the currently existing deadline date of November 30, 2007, the parties are simply unable to effectively meet such deadline. Moreover, the extension of this single deadline will not have any effect on CMO No. 5 or any of the other deadlines and provisions contained therein. Undersigned counsel further represents to this Court that Lafarge North America Inc., while not joining in this Motion, consents to the Motion and requests that its responses also be deferred to December 28, 2007, should this Court grant the instant Motion.

For the aforementioned reasons, the parties to this Motion respectfully request that this Honorable Court grant their Motion and amend CMO No. 5 for the sole, limited purpose of providing for a new deadline date of December 28, 2007 on which the parties must provide written responses to all interrogatories, requests for production and requests for admissions

Dated: November 29, 2007            Respectfully submitted,

                                                     s/ Thomas P. Anzelmo_____
                                                    McCRANIE, SISTRUNK, ANZELMO,
                                                        HARDY, MAXWELL & McDANIEL
                                                   Thomas P. Anzelmo, P.A. - #2533
                                                   Mark E. Hanna - #19336
                                                   Kyle P. Kirsch - #26363
                                                   Andre J. Lagarde - #28649
                                                   3445 N. Causeway Boulevard, Ste. 800
                                                   Metairie, Louisiana 70002
                                                   TELEPHONE:  (504) 831-0946
                                                   FACSIMILE:  (504) 831-2492

                                                   and

---

[1] Section V(A)(6) of CMO No. 5 currently provides for a deadline date of November 30, 2007.

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT


s/ Kirk Aurandt_____
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:  (985) 871-0800
FACSIMILE:          (985) 871-0899
Attorneys for the BOARD OF
COMMISSIONERS FOR THE PORT OF
NEW ORLEANS


s/Lawrence D. Wiedemann_____
WIEDEMANN & WIEDEMANN
Lawrence D. Wiedemann - #13457
Karl Wiedemann - #18502
Karen Wiedemann - #21151
821 Baronne Street
New Orleans, LA 70113
TELEPHONE:  (504) 581-6180
Attorneys for PLAINTIFFS

3

        s/Brian A. Gilbert_____
        BRIAN A. GILBERT - #21297
        821 Baronne Street
        New Orleans, LA 70113
        TELEPHONE: (504) 885-7700
        Attorney for PLAINTIFFS


        s/Patrick J. Sanders_____
        PATRICK J. SANDERS - #18741
        3316 Ridgelake Drive
        Metairie, LA 70002
        TELEPHONE: (504) 834-0646
        Attorney for PLAINTIFFS


## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th day of November, 2007, a copy of the above and foregoing **Joint Motion and Incorporated Memorandum of the Barge PSLC, The Board of Commissioners of the Port of New Orleans, and the Orleans Levee District to Amend Case Management and Scheduling Order No. 5** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

        s/ Thomas P. Anzelmo_____
        McCRANIE, SISTRUNK, ANZELMO,
          HARDY, MAXWELL & McDANIEL
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, Louisiana 70002
        TELEPHONE: (504) 831-0946
        FACSIMILE: (504) 831-2492
        E-MAIL: tpa@mcsalaw.com