UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

PERTAINS TO BARGE

FILED IN:   05-5724, 05-5531, 06-5342, 06-6299
            06-7516, 07-3500, and 07-5178

## PROPOSED ORDER

Considering the foregoing Joint Motion and Incorporated Memorandum of the Barge PSLC, The Board of Commissioners of the Port of New Orleans, and the Orleans Levee District to Amend Case Management and Scheduling Order No. 5;

The Motion is GRANTED and Case Management and Scheduling Order No. 5 be and is hereby AMENDED as follows:

1.

Section V(A)(6) of Case Management and Scheduling Order No. 5 is amended to provide that written responses to all interrogatories, requests for production and requests for admissions must be provided no later than December 28, 2007.

NEW ORLEANS, LOUISIANA, this _____ day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE