UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**BARGE PLAINTIFFS' REPORT PURSUANT TO CMO NO. 5, SECTION V(E)(5)**

Now comes BARGE P.S.L.C., which reports as follows:

Undersigned have noticed the December 17 and 18, 2007 depositions of Arthur Murph and William Villavasso, both persons who claim to have seen ING 4727 cause the IHNC floodwall breaches subject of this suit. Additionally, undersigned have provided notice to defendants, Lafarge and The American Club, seeking dates to depose the persons they each include on their preliminary witness lists. Many were deposed or testified in trial of Phase I of *In Re Ingram Barge Company*, etc., C.A. 05-4419, and undersigned acknowledge the possibility of certain appropriate stipulations in order to avoid duplication.

It is also anticipated that BARGE defendants will elect to depose fact witness-plaintiffs and putative class members being disclosed via BARGE plaintiffs' written discovery responses. Undersigned anticipate the scheduling of further fact depositions as investigation and discovery

progress, and as responses are received from other parties. Such responses are expected to reveal fact witnesses for the defense whom undersigned will depose.

At this time, undersigned are unaware of any MRGO or LEVEE fact witnesses whose depositions are needed for BARGE plaintiff's *prima facie* case, but anticipate the possibility that any such persons listed as trial witnesses by BARGE defendants, or by government defendants also in MRGO or LEVEE, might be deposed at some future time.

All told, based upon recent conversations with counsel for other parties concerning the drafting of this report, the parties are not certain how many fact witness depositions will occur, and are not presently in a position to make accurate predictions. This will become more clear as discovery and investigation progress. The parties will endeavor to accomplish these tasks within the allotted period, but are uncertain whether this is possible.

Respectfully Submitted by
Counsel for Group A,

**WIEDEMANN & WIEDEMANN**

\s\Lawrence D. Wiedemann_____
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

**LAW OFFICE OF BRIAN A. GILBERT**

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

And

\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 30 day of November, 2007.

\s\Brian A. Gilbert