UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO: ALL BARGE<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

<u>NOTICE OF PRODUCTION</u>

In response to Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, the United States is providing documents that have previously been produced in response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories and the First Sets of Requests for Production propounded by the Plaintiffs in Robinson (06-2268). The following Record Document Numbers reference the original Notices of Production in the *In Re Katrina Canal Breaches* litigation:

Document Number 8324.

This Notice of Production is respectfully submitted,

        JEFFREY BUCHOLTZ
        Acting Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        <u>s/ James F. McConnon, Jr.</u>
        JAMES F. McCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: November 30, 2007

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on November 30, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

          s/ James F. McConnon, Jr.
          JAMES F. McCONNON, JR.