**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                                              NO. 05-4182

PERTAINS TO:        SCHMIDT, CA 07-6256                 SECTION "K"(2)

<u>ORDER OF DISMISSAL</u>

    The Court having been advised by the office of  counsel for plaintiff that all of the

parties to this action have firmly agreed upon a compromise,

  **IT IS ORDERED** that this action be and it is hereby dismissed without costs and without

prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action or to seek

Summary judgment enforcing the compromise if settlement is not consummated within a reasonable

time.  The Court retains jurisdiction for allurposes, including enforcing the settlement agreement

entered into by the parties.

  **COUNSEL ARE REMINDED THAT  IF WITNESSES HAVE BEEN  SUBPOENAED,**

<u>**EVERY WITNESS**</u> **MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

  New Orleans, Louisiana, this 30th day of November,  2007.

_____
UNITED STATES DISTRICT JUDGE