Effective 4/10/06                **FINANCIAL & CIVIL ALLOTMENT SHEET**                Receipt No. 351042
                                                                                       Deputy Clerk

NOV 29 2007

**ACCOUNT CODE:**                                    **REGISTRY FUND:**

6855XX Accounts                                      604700 Accounts
_____ - Restitution                                 _____ - Cash Bonds
_____ - U.S. Postal Service Forms                   _____ - Land Condemnation
_____ - Petty Offense                               _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00
         **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
         **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
         **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
  ✓   - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**                                             cc: Sect. K
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

   RECEIVED FROM (FIRM): Nielsen Law Firm, LLC
   CASE NUMBER: 05 cv 4182 c/w 06-3799  SECTION:
   CASE TITLE: Sean Goodman vs. Fidelity National Ins. Co.
   PAYMENT OF [ 5 | 00 ]   CASH ____   CHECK ____   MONEY ORDER ✓ #2439
                           SEAMAN ____ PAUPER ____ NON CASH ____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action        _____ 6. Habeas Corpus & Other Convictions
          by the Court such as TRO, Injunction,             Petitions Title 28 USC Sec. 2255
          Orders to Show Cause, etc.              _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                      Death Sentence
_____ 3. Antitrust                               _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright            _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT? _____ Yes _____ No
Is this a RELATED CASE?      _____ Yes _____ No    Attorney of Record _____