UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * * * * * * * | CIVIL ACTION 05-4182 MAGISTRATE 2 SECTION "K" |
| PERTAINS TO: CYNTHIA FERRARA (07-4945) | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss of defendant, The Southeast Louisiana Flood Protection Authority East;

**IT IS HEREBY ORDERED** that the above styled and numbered cause, including all claims and demands made therein, should be and they are hereby dismissed, as to defendant, The Southeast Louisiana Flood Protection Authority East only, with prejudice, each party to bear its own costs, reserving all rights which plaintiff, may have against any other party herein.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
**J U D G E**