OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV 28 PM 12:18

LORETTA G. WHYTE
CLERK

Date: November 28, 2007

Olga de la Vega Laudumiey, etal

vs.

United States Army Corps of Engineers

05-4182 c/w Case No. 07-4868   Section "K"

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) US Attorney James B. Letten
   (address) 210 Hale Boggs Federal Bldg., 501 Magazine Street, New Orleans LA 70130
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Olga de la Vega Laudumiey
Address 4405 N. I-10 Service Rd. #200
Metairie, LA 70006

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____