FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV 19  PM 3:36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IMPERIAL TRADING CO., INC, *ET AL.*, | : |
| Plaintiff, | : Civil Action No. 06-4262 |
| v. | : Section "R" |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | : Magistrate(4) |
| Defendant. | : |

## EX PARTE MOTION BY TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA FOR LEAVE TO APPEAR PRO HAC VICE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Travelers Property Casualty Company of America ("Travelers"), which, pursuant to Local Rule 83.2.6, respectfully moves this Court to grant admission *pro hac vice* to the following attorney so that he may appear and participate as co-counsel in the captioned matter:

Adam T. Boston

In support of the present motion, Travelers avers as follows:

1.  Travelers requests that this Court allow Adam T. Boston to appear as counsel *pro hac vice* in this matter in association with its counsel of record, Joseph P. Guichet, who is in good standing as a member of the Louisiana Bar and is admitted to practice before this Court.

Fee 5.00 pd
Process
X Dktd
CtRmDep
Doc. No.

2. Adam T. Boston is an attorney at law practicing with the law firm of Robinson & Cole, LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597. Mr. Boston is admitted to practice in, and is in good standing in, the bar of the State of Connecticut as shown by reference to the Certificate of Good Standing attached hereto as Exhibit A. The oath of Mr. Boston, as required by Local Rule 83.2.6 is attached hereto as Exhibit B.

3. Pursuant to Local Rule 83.2.6, the $5.00 per applicant fee is being submitted to the clerk of court simultaneously with the filing of this motion.

WHEREFORE, Defendant Travelers Property Casualty Company of America respectfully requests that this Court permit Adam T. Boston to appear and participate as co-counsel in the captioned matter.

    Respectfully submitted,

    _____
    Joseph P. Guichet Louisiana, #24441
    LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
    601 Poydras Street, Suite 2775
    New Orleans, LA 70130
    Telephone:   (504) 568-1990
    Facsimile:    (504) 310-9195

OF COUNSEL:

STEPHEN E. GOLDMAN (*pro hac vice*)
JOHN P. MALLOY (*pro hac vice*)
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597

**Attorneys for Travelers Property Casualty Company of America**

237368-1

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Motion By Travelers Property Casualty Company of America for Leave to Appear to *Pro Hac Vice* was forwarded to all counsel of record, via U.S. mail, postage prepaid, this 19th day of November 2007.

_____
Joseph P. Guichet