Effective 4/10/06        **FINANCIAL & CIVIL ALLOTMENT SHEET**        Receipt No.: **350752**
                                                                     Deputy Clerk: ____

**NOV 19 2007**

**ACCOUNT CODE:**                              **REGISTRY FUND:**

6855XX Accounts                                604700 Accounts
\_\_\_\_\_ - Restitution                       \_\_\_\_\_ - Cash Bonds
\_\_\_\_\_ - U.S. Postal Service Forms         \_\_\_\_\_ - Land Condemnation
\_\_\_\_\_ - Petty Offense                     \_\_\_\_\_ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
\_\_\_\_\_ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
\_\_\_\_\_ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00
   **FILING FEES**
\_\_\_\_\_ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
\_\_\_\_\_ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
\_\_\_\_\_ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
\_\_\_\_\_ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
\_\_\_\_\_ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
   **COPY FEES**
\_\_\_\_\_ - Copies from public terminal (.10 per page - # of pages \_\_\_\_\_) 5114CR
\_\_\_\_\_ - Copies (.50 per page - # of pages \_\_\_\_\_) 322350
\_\_\_\_\_ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
\_\_\_\_\_ - Magnetic Tape Recordings \_\_\_\_\_ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
   **MISCELLANEOUS ACCOUNTS**
\_\_\_\_\_ - Certification (# of Cert. \_\_\_\_\_) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
\_\_\_\_\_ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
\_\_\_\_\_ - Records Search (TOTAL $26.00 Each) (# of names \_\_\_\_\_) 322360 - $15.00 / 510000 - $11.00
\_\_\_\_\_ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
\_\_\_\_\_ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment \_\_\_\_\_ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
\_\_\_\_\_ Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**                                                cc: Sec + R
\_\_\_\_\_ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): _Lugunbuhl_
CASE NUMBER: _06-4262_        SECTION: _K(2)_
CASE TITLE: _Adam J. Boston_
PAYMENT OF [ $5.00 ]  CASH ____ CHECK ✓ #21924 MONEY ORDER ____
                     SEAMAN ____ PAUPER ____ NON CASH ____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

\_\_\_ 1. Cases requiring immediate action           \_\_\_ 6. Habeas Corpus & Other Convictions
      by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
      Orders to Show Cause, etc.                   \_\_\_ 7. Petitions for Stay of Execution
\_\_\_ 2. Class Action                                    Death Sentence
\_\_\_ 3. Antitrust                                  \_\_\_ 8. Social Security Case
\_\_\_ 4. Patent, Trademark, Copyright               \_\_\_ 9. All Others
\_\_\_ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   \_\_\_ Yes \_\_\_ No
Is this a RELATED CASE?        \_\_\_ Yes \_\_\_ No        Attorney of Record