

```
           FILED
     U.S. DISTRICT COURT
    EASTERN DISTRICT LA

    2007 NOV 28  AM 8:44

     LORETTA G. WHYTE
           CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IMPERIAL TRADING CO., INC, *ET AL.*, | |
| Plaintiff, | Civil Action No. 06-4262 |
| v. | Section "R" |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | Magistrate(4) |
| Defendant. | |

## ORDER

Considering the *Ex Parte* Motion by Travelers Property Casualty Company of America for Leave to Appear *Pro Hac Vice*;

**IT IS ORDERED** that Adam T. Boston of the law firm of Robinson & Cole, LLP is hereby admitted *pro hac vice* as co-counsel of record for Travelers Property Casualty Company of America in the captioned matter.

New Orleans, Louisiana, this 27th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
_X_ Dktd_____
_√_ CtRmDep___
___ Doc. No.___
```