UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

**PERTAINS TO BARGE**

FILED IN:   05-5724, 05-5531, 06-5342, 06-6299
            06-7516, 07-3500, and 07-5178

### JOINT REPORT OF THE ORLEANS LEVEE DISTRICT AND THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS TO THE MAGISTRATE JUDGE CONCERNING THE SCHEDULING OF DEPOSITIONS, PURSUANT TO CMO NO. 5, SECTION V(E)(5)

NOW INTO COURT, through their respective undersigned counsel, come the Board of Commissioners of the Port of New Orleans and the Orleans Levee District, who, pursuant to Section V(E)(5) of CMO No. 5, respectfully provide the instant report to the Magistrate Judge concerning the scheduling of fact depositions.

The parties to this Motion have received various notices of depositions of fact witnesses scheduled by both the Barge Plaintiffs and the Barge Interests. The parties to this Motion anticipate that the Barge Plaintiffs and the Barge Interests will seek to depose various additional fact witnesses included on the other parties' preliminary lists of fact witnesses and as further

1

investigation and discovery progress.  Moreover, the parties to this Motion anticipate that the Barge Interests will seek to depose plaintiffs and putative class members disclosed in the Barge Plaintiffs' written discovery responses.

Presently, the parties to this Motion do not have any immediate plans to notice any depositions of fact witnesses in the Barge litigation.  Furthermore, based upon communications had with other counsel, the parties to this Motion are not presently certain as to how many fact witness depositions will occur, and are not presently in a position to make accurate predictions.  The parties to this Motion will certainly supplement this report as is deemed appropriate by the Court.

Dated:  November 30, 2007           Respectfully submitted,

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

        s/ Kirk Aurandt_____
        DAIGLE FISSE & KESSENICH, PLC
        J. Frederick Kessenich - #7354
        Jonathon H. Sandoz - #23928
        Michael W. McMahon - #23987
        Jon A. Van Steenis - #27122
        Kirk N. Aurandt - #25336
        P.O. Box 3530
        Covington, LA 70434-5350
        TELEPHONE:  (985) 871-0800
        FACSIMILE:         (985) 871-0899
        Attorneys for the BOARD OF
        COMMISSIONERS FOR THE PORT OF
        NEW ORLEANS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2007, a copy of the above and foregoing **Joint Report of the Orleans Levee District and the Board of Commissioners of the Port of New Orleans to the Magistrate Judge Concerning the Scheduling of Depositions, Pursuant to CMO No. 5, Section V(E)(5)**, was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

        s/ Thomas P. Anzelmo_____
        McCRANIE, SISTRUNK, ANZELMO,
          HARDY, MAXWELL & McDANIEL
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, Louisiana 70002
        TELEPHONE:  (504) 831-0946
        FACSIMILE:  (504) 831-2492
        E-MAIL:  tpa@mcsalaw.com