UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: | | |
| BARGE | | |

**WASHINGTON GROUP INTERNATIONAL, INC.'S
SUBMISSION REGARDING SCHEDULING OF FACT
<u>DEPOSITIONS IN BARGE CATEGORY OF CASES</u>**

Pursuant to Section V(E)(5) of Case Management and Scheduling Order No. 5 (Doc. No. XX), Washington Group International, Inc. ("WGII") respectfully submits the following written report regarding the scheduling of fact depositions.

1.

As fact discovery in the Barge case category has just begun, WGII cannot at this time identify with specificity the number of fact depositions that will be required. Among other things, the Barge plaintiffs have not yet filed their class-certification motion, and the parties have not completed the production of documentary discovery. Thus, any limits on the number of fact depositions the Barge category would be premature.

902137v.1

2.

WGII submits the attached Exhibit "A," which contains a preliminary list of those parties and/or third parties whom WGII may seek to depose in the Barge case category, as well as a brief description of its bases for doing so.  WGII reserves the right to amend this list as discovery continues.

3.

WGII will endeavor to cooperate with the Barge plaintiffs and defendants and with third party deponents in order to avoid unnecessary duplication and to ensure that depositions will be scheduled on mutually convenient dates and times.

Dated:  November 30, 2007						Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone:  404-521-3939
Fax:  404-581-8330

902137v.1

- 3 -

>Adrian Wager-Zito
>Julia E. McEvoy
>Christopher R. Farrell
>JONES DAY
>51 Louisiana Avenue, N.W.
>Washington, D.C. 20001-2113
>Phone: 202-879-3939
>Fax: 202-626-1700
>
>Attorneys for Defendant
>Washington Group International, Inc.

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Submission Regarding Scheduling of Fact Depositions in Barge Case Category has been served upon all counsel of record through the Court's CM/ECF system and/or by placing same in the United States mail, postage prepaid and properly addressed, this 30th day of November, 2007.

>*/s/Heather S. Lonian*

- 3 -

902137v.1