## Washington Group International, Inc.'s Potential Fact Deponents

| NAME | REASON OR SUBJECT OF DISCOVERY |
|---|---|
| American Bridge Company | Upon information and belief, American Bridge Company was involved in the demolition of Florida Avenue Bridge over the Industrial Canal at the north end of East Bank Industrial Area. |
| Atlas Construction Company, Inc. | Upon information and belief, Atlas performed construction work on the Industrial Canal. |
| Board of Commissioners of the Port of New Orleans ("Dock Board") | Upon information and belief, this party has records reflecting the ownership of the Industrial Canal and inspection records for levee and/or floodwalls surrounding the Industrial Canal. |
| Boh Bros. | Upon information and belief, Boh Bros. performed work on the Industrial Canal. |
| Bolton Contractors | Upon information and belief, Bolton Contractors was involved in the demolition of the Florida Ave. Wharf along the Industrial Canal. |
| Design Engineering, Inc. | Upon information and belief, Design Engineering performed work on the Industrial Canal. |
| Eustis Engineering | Upon information and belief, Eustis possesses: soil borings on Mississippi River (1995, 1997, 1979, 1974); soil borings in connection with moving pipeline located on MRGO right of way (1972); evaluation of soil information for Cougar Street (1978) MRGO, Hurricane Protection Levees, Mississippi River Levees and levee design for Caernaveron to Verret (1967) Chalmette Back to Paris Road Levee Soil (1957) boring for Chalmette Back Levee near Cougar Drive (1973). Eustis also performed work on the Industrial Canal. |
| Lee A. Guillory, P.E. | WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant to Task Order 26 |



EXHIBIT A.

902053v.1

| NAME | REASON OR SUBJECT OF DISCOVERY |
|------|-------------------------------|
| Independent Levee Investigation Team | Plaintiffs have relied extensively and repeatedly on ILIT Report in their pleadings. |
| Louisiana (State of) | Upon information and belief, the State of Louisiana possesses records reflecting the ownership of the Industrial Canal and surrounding lands, as well as post-Katrina relief program grants issued to proposed class members |
| Louisiana Dept. of Environmental Quality Office of Environmental Assessment | The Louisiana DEQ issued approvals at the completion of WGII's work on each property in East Bank Industrial Area. |
| Louisiana Recovery Authority and/or Office of Community Development, Louisiana Division of Administration | The Louisiana Recovery Authority and/or Office of Community Development, Louisiana Division of Administration is charged with awarding grants under the "Road Home" program to MRGO proposed class members. |
| McElwee Brothers, Inc. | Upon information and belief, McElwee Brothers performed work in the East Bank Industrial Area adjacent to the Industrial Canal. |
| James A. Montegut, P.E. | WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant to Task Order 26 |
| Murphy Oil USA, Inc. | Upon information and belief, Murphy Oil entered into settlement agreements with members of the MRGO proposed class for damage to movable and immovable property in the aftermath of Hurricane Katrina. |

| NAME | REASON OR SUBJECT OF DISCOVERY |
|---|---|
| N-Y Associates, Inc. and/or N-Y Associates, Ltd. | Upon information and belief, N-Y Assoc. performed work on the Industrial Canal. |
| Orleans Parish | Upon information and belief, the Parish possesses residency records pertaining to the proposed MRGO class, as well as levee and/or floodwall permits. |
| Pepper and Associates | Upon information and belief, Pepper performed work on the Industrial Canal. |
| St. Bernard Parish | Upon information and belief, the Parish possesses residency records pertaining to the proposed MRGO class. |
| Phillip A. Staggs | WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant to Task Order 26 |
| U.S. Bureau of Labor Statistics | Upon information and belief, the Bureau possesses data compilations that may contain useful property and business damage information relied upon by the IPET Report. |
| Virginia Wrecking Company, Inc. | Upon information and belief, Virginia Wrecking demolished the Galvez St. Wharf along the Industrial Canal. |
| Waldemar S. Nelson & Company, Inc. (Engineers & Architects) | Upon information and belief, Waldemar worked in East Bank Industrial Area. |

902053v.1