UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SEC. "K" JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) WILKINSON |
| INSURANCE    Civil Action No.: 06-2617 | * | |
| (bifurcated)        (*Ronald A. Holbrook*) | * | |

**DEFENDANT AAA's MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant herein, Club Insurance Agency, Inc. ("AAA"), which, pursuant to F<small>ED</small>. R. C<small>IV</small>. P. 56, respectfully requests that this Court dismiss plaintiffs' claims against it.  As proven in the attached memorandum in support, statement of uncontested facts, deposition testimony and related exhibits, there are no genuine issues of material fact.  As a matter of law, AAA is entitled to summary judgment on the claims asserted against it by plaintiffs, Ronald A. Holbrook and April Holbrook.

WHEREFORE, based on the evidence submitted, defendant, Club Insurance Agency, Inc., respectfully requests that its Motion be granted, dismissing plaintiffs' claims against it, with prejudice, at plaintiffs' cost.

1

<div style="display: flex;">

<div style="flex: 1;">

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:
Randal J. Robert (randy@kswb.com),
Connell Lee Archey (connell@kswb.com),
Travis Brendon Wilkinson (travis@kswb.com),
William T. Treas (wtreas@nielsenlawfirm.com), and
Gerald J. Nielsen (gjnielsen@aol.com).
I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: Becky R. Cieutat, Esq.

/S/ ALLISON L. CANNIZARO
ALLISON L. CANNIZARO

</div>

<div style="flex: 1;">

Respectfully submitted,

/S/ ALLISON L. CANNIZARO
David Israel (# 7174)(T.A.)
disrael@sessions-law.biz
Kevin G. Barreca (# 24015)
kbarreca@sessions-law.biz
Allison L. Cannizaro (#29951)
acannizaro@sessions-law.biz
SESSIONS, FISHMAN & NATHAN, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Defendant,
Club Insurance Agency, Inc.

</div>

</div>

H:\DI\A A A\Holbrook, Ronald and Leigh (5786-20346)\pleadings\Motion for SJ.doc