UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SEC. "K" JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) WILKINSON |
| INSURANCE    Civil Action No.: 06-2617 | * | |
| (bifurcated)         (*Ronald A. Holbrook*) | * | |

## NOTICE OF MOTION

Defendant, Club Insurance Agency Inc. (AAA), will bring for hearing its Fed R. Civ. P. 56 Motion for Summary Judgment on the 26th day of December, 2007, or as soon thereafter as counsel may be heard.

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:
Randal J. Robert (randy@kswb.com),
Connell Lee Archey (connell@kswb.com),
Travis Brendon Wilkinson (travis@kswb.com),
William T. Treas (wtreas@nielsenlawfirm.com), and
Gerald J. Nielsen (gjnielsen@aol.com).
I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following:  Becky R. Cieutat, Esq.

 /S/ ALLISON L. CANNIZARO
    ALLISON L. CANNIZARO

Respectfully submitted,

 /S/ ALLISON L. CANNIZARO
David Israel (# 7174)(T.A.)
disrael@sessions-law.biz
Kevin G. Barreca (# 24015)
kbarreca@sessions-law.biz
Allison L. Cannizaro (#29951)
acannizaro@sessions-law.biz
Sessions, Fishman & Nathan, l.l.p.
3850 N. Causeway Blvd., Suite 1240
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile:  (504) 828-3737

Attorneys for Defendant,
Club Insurance Agency, Inc.

H:\DI\A A A\Holbrook, Ronald and Leigh (5786-20346)\pleadings\Notice - SJ Memo.doc