# TAB A

1              UNITED  STATES  DISTRICT  COURT

2              EASTERN  DISTRICT  OF  LOUISIANA

3                                          ORIGINAL

4    RONALD  A.  HOLBROOK        *
     and  APRIL  HOLBROOK        *
5                                *  CIVIL  ACTION
                                 *  NO.06-2617
6          VERSUS                *
                                 *  SEC.  K
7                                *  JUDGE  DUVAL
     AAA  INSURANCE  AGENCY      *
8    INC,  AND  FIDELITY         *
     NATIONAL  PROPERTY  AND     *
9    CASUALTY  INSURANCE         *  MAG.3
                                 *  MAGISTRATE  JUDGE  KNOWLES
10   *   *   *   *   *   *   *   *

11

12

13

14              Deposition  of  **RONALD  HOLBROOK**,

15   taken  at  the  offices  of  Sessions,  Fishman  &

16   Nathan,  LLP,  3850  North  Causeway  Boulevard,

17   Lakeway  II,  Suite  1240,  Metairie,  Louisiana,

18   on  Friday,  July  13,  2007,  at  9:00  a.m.

19

20

21

22

23

24

25

1        Q    Did you have any other type of

2   insurance at the time of Hurricane Katrina?

3        A    We had auto insurance.

4        Q    No other type of insurance policies

5   that you were aware of other than homeowner's

6   through AAA, flood through Fidelity, and the

7   National Flood Insurance Program, and

8   automobile through AAA?

9             MR. ARCHEY:

10                Any?  Life?

11       A    I do not recall.

12       Q    (By Mr. Barreca) Let me ask it --

13            Property?  Property insurance?

14       A    No, I did not have other property

15   insurance.

16       Q    What's the current status of the

17   house on Charlotte Drive?

18       A    It has been demolished.

19       Q    When was that?

20       A    The demolition happened right about,

21   either the end of 2006, beginning of 2007.

22       Q    Did you tell your lawyer that it was

23   being demolished?

24       A    Yes.

25       Q    And he said that's fine, go ahead --

1    Q    What about the artwork?

2    A    The artwork was left there.  It's

3  still -- well, it was still there when the

4  house was demolished.

5    Q    Did you take any pictures of your

6  artwork?

7    A    Yes, I did.

8    Q    I couldn't identify it in the

9  pictures you provided, and maybe you can show

10  me that when we have a moment.

11    A    I can show you that; yes.

12    Q    I'm assuming that you decided that

13  the artwork was not salvageable?

14    A    It was not salvageable.

15    Q    When did you first speak with someone

16  from AAA?

17    A    It was May of 2005.

18    Q    And who did you speak with?

19    A    I spoke to Lisa Dufour.

20    Q    And as best you can, summarize that

21  discussion.

22    A    That discussion was we had received

23  the -- a fax copy of the policy quote for the

24  homeowner's and flood insurance, and I think

25  that I asked for some amendments to that,

**JOHNS, PENDLETON & ASSOCIATES, INC.**

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1  documents?

2      A     No.

3      Q     Lost them in the flood?

4      A     Yeah.

5      Q     Did you ever at any time take a copy

6  of this to AAA?

7      A     No.

8      Q     So after your closing, the next piece

9  of information you received regarding any

10 insurance on your home was -- if I'm following

11 your outline -- was the notice from Fidelity?

12 And I'm looking at July 25.

13     A     That was the date that it was mailed.

14     Q     Got it.

15           Do you remember the date you received

16 it?

17     A     Don't recall the exact date.  My wife

18 and I moved to -- we moved into the property

19 the last week of July.  I know that our mail

20 was not delivered until a couple of days into

21 the week, so I can't remember the exact date

22 that we received it, but it was not long

23 before August 4, probably August 3.

24     Q     Do you recall what else came in that

25 envelope besides that letter?

**JOHNS, PENDLETON & ASSOCIATES, INC.**
CERTIFIED COURT REPORTERS
315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

```
 1        A    All I recall was that letter.
 2             MR. BARRECA:
 3                  I'm going to mark the letter
 4             as P-9.
 5                       (Exhibit P-9 was marked.)
 6        Q    (By Mr. Barreca) And that, for the
 7   record, is HOL 0060.  And that's the letter
 8   that we're talking about that was mailed on
 9   the 25th that talks about the reduction in
10   flood coverage?
11        A    Yes.
12        Q    What did you do when you received
13   that letter?
14        A    I called Fidelity to ask what was
15   going on, and they directed me to speak to my
16   agent.
17        Q    The "agent" being AAA?
18        A    Yes.  And then I called my agent;
19   called Lisa.
20        Q    So when you received the letter, do
21   you recall if you, as soon as you got the
22   letter, picked up the phone and called
23   Fidelity or within the same day?
24        A    I do not recall if it was the same
25   day.  It was, I do believe, the very next day
```

JOHNS, PENDLETON & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS
315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993
619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

```
 1         MR. BARRECA:

 2              Just so we can talk about it

 3         all together, I'm going to mark as

 4         Exhibit 10 the flood declarations

 5         page from Fidelity -- well,

 6         correct -- that it actually says

 7         it's a AAA flood declarations page.

 8                   (Exhibit P-10 was marked.)

 9         MR. TREAS:

10              What's the Bates number?

11         MR. BARRECA:

12              Holbrook 34.

13         MR. TREAS:

14              Thank you.

15         MR. BARRECA:

16              And just for reference, I'm

17         going to mark as P-11, Holbrook 36,

18         which is the cover page of the

19         Fidelity National Property and

20         Casualty Insurance Company Dwelling

21         Policy, National Flood Insurance

22         Program.

23                   (Exhibit P-11 was marked.)

24    Q    (By Mr. Barreca) Mr. Holbrook, do you

25    recall P-9, P-10, and P-11 all appear that
```

**JOHNS, PENDLETON & ASSOCIATES, INC.**
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1   they were generated on July 25?  Do you know

2   if you received these in the same envelope?

3   You stated earlier that you didn't think you

4   did.

5        A    I don't know if they came in separate

6   envelopes or if they came in the same

7   envelope.

8        Q    Do you recall if you received them on

9   the same day?

10       A    No, I do not recall.

11       Q    Just to have the record as accurate

12  as possible, P-11 is the Fidelity Flood

13  Insurance Policy.  It begins with Holbrook 36.

14  I'm sure it goes on for several pages.  And

15  according to my records it's Holbrook 36

16  through Holbrook 58.

17            You obviously read P-9 which talks

18  about the lower limits.  Correct?

19       A    Yes.

20            MR. ARCHEY:

21                 And back to the policy, you're

22                 not going to attach the other

23                 additional pages of the policy or

24                 the cover page at this time.  Is

25                 that correct?

**JOHNS, PENDLETON & ASSOCIATES, INC.**

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1           MR. BARRECA:

2               Yes.

3           MR. ARCHEY:

4               Okay.

5      Q    (By Mr. Barreca) And I apologize for

6   repeating myself.  You don't recall if they

7   came the same envelope or separate envelopes?

8      A    I don't recall if they came in

9   separate envelopes or together.

10     Q    Do you recall if they even came on

11  the same day?

12     A    I don't recall if they came on the

13  same day.

14     Q    Do you recall receiving P-10 at all?

15  The flood declarations page?

16     A    Yes, I do recall receiving that.

17     Q    And you read this?

18     A    I read that front cover page, yes.

19     Q    Do you recall receiving the actual

20  policy which I marked P-11?

21     A    Yes.

22     Q    I'm just showing you the cover page

23  at the moment.

24     A    Yes, I do.

25     Q    Did you read the policy when you

**JOHNS, PENDLETON & ASSOCIATES, INC.**

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1    A    The substance of the conversation as
2  I recall was, I just received this letter,
3  what's going on.
4         Lisa's reply to me was, "I've been
5  meaning to call you on this," and didn't go
6  into particular details.
7         And what I suggested was that I did
8  have to establish car insurance.  I was
9  planning on establishing car insurance through
10  AAA.  I know that I'll need to come in and
11  sign some documents for that.  Why don't I
12  come in and we can discuss this.
13         And we set up a time to discuss it:
14  2 p.m. on the 4th of August.
15    Q    And you think that was the same day
16  you called?
17    A    Yes; I do believe I called in the
18  morning, and we were able to set up an
19  appointment immediately that day.
20    Q    You said that she told you that she's
21  been meaning to call you on this assuming that
22  she had also received this letter?
23    A    My assumption was that there was
24  something that she knew in regards to this
25  that had not been disclosed to me.

1      Q     Well, she knew something was up?

2      A     Yes.

3      Q     It wasn't that you called and said,

4    "Hey, I got this letter."

5            And she says, "Oh, my God.  What was

6    that all about?  Come on in."

7            Nothing like that?

8      A     The response was, "I've been meaning

9    to call you on this."

10           And I said, "Well, then I should --

11   I'm coming in for auto insurance.  Let's

12   discuss it at that time."

13     Q     Got it.

14           So you go in at 2 o'clock, I presume?

15     A     Yes.

16     Q     Tell me what happens then.

17     A     Lisa and I sat at her desk.  We -- I

18   pulled this out and -- I do believe I also had

19   the signed applications from the 30th -- or

20   rather the 23rd of June.

21           And I said, "We requested 183 and 40.

22   Why is this different?"

23           And I got a story regarding that

24   there was something with the elevation

25   certificate; that an incorrect elevation

**JOHNS, PENDLETON & ASSOCIATES, INC.**

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1    certificate had been submitted by her to the

2    flood insurance underwriters.

3            And I said, "Well, where did you get

4    that?  And when did you get it?"

5            And I can't recall her answer, but I

6    think it was something to the extent that she

7    received it from the title company and she

8    just faxed it on to them.

9            Then, for some reason, that the

10   correct flood insurance policy was provided --

11   or the correct -- excuse me -- the correct

12   elevation certificate was provided, and that

13   this somehow triggered the change in requested

14   coverage amounts.

15           MR. BARRECA:

16               Let me show you what I'm going

17           to mark as number P-12.

18                   (Exhibit P-12 was marked.)

19               And it's also marked AAA 0043.

20           And this also has been produced to

21           you earlier.

22   Q      (By Mr. Barreca) And I understand

23   that this is the incorrect flood elevation

24   certificate that was initially used for the

25   quote that was provided to you on or about

1    Q    So she -- you come in.  She says the

2    wrong flood elevation was used, but now we

3    have the correct flood elevation.

4         I mean, you fill in the pieces that

5    I'm trying to fill in.  I don't know what

6    happened next.

7    A    What all -- what I know is that the

8    elevation certificate that does apply to our

9    property, the numbers on that did not -- do

10   not match what was used for the policy quotes.

11   This document seems to match those policy

12   quotes.  This document.

13   Q    And just so that we're clear, the

14   numbers that you're talking about, we're

15   talking about the original quote that we

16   discussed earlier where I made you identify

17   the numbers in that certain block of the

18   June 23 flood application.

19        I can go back and get the exact

20   title -- P-4 (presenting).

21   A    Looking at the numbers on P-4, the

22   document HOL 0025, the elevation information

23   here matches the document P-12, and it was my

24   understanding --

25   Q    Don't forget the read the number down

**JOHNS, PENDLETON & ASSOCIATES, INC.**
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101          619 JEFFERSON HIGHWAY, SUITE 2G
METAIRIE, LA 70005                    BATON ROUGE, LA 70806
PHONE (504) 219-1993                  (225) 922-4527

1          error that's not attributable to

2          somebody.  It is attributable to

3          someone from our perspective.

4     MR. BARRECA:

5               Understood.

6     Q    (By Mr. Barreca) At that point, did

7 Lisa Dufour have the correct flood elevation?

8     A    When I went on August 4, yes, she did

9 have the correct flood elevation certificate.

10    Q    It's your position that you didn't

11 come in with it that day?

12    A    No, no, no.  I did have it on that

13 date, and I did come in with it.

14         I don't -- I was under the impression

15 that she had the correct one as well, and I do

16 believe that she showed it to me.  I can't

17 recall if I provided it or she provided it or

18 what.

19    Q    Regardless, as of August 4, which is

20 the date we assume all this took place --

21    A    Yes.

22    Q    -- you and Lisa Dufour had the

23 correct flood elevation?

24    A    Yes.

25    Q    Got it.

**JOHNS, PENDLETON & ASSOCIATES, INC.**

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101          619 JEFFERSON HIGHWAY, SUITE 2G
METAIRIE, LA 70005                    BATON ROUGE, LA 70806
PHONE (504) 219-1993                  (225) 922-4527

1    Q    Okay.  And now I'm a little bit

2  confused.

3        Explain to me again why you think the

4  quote based upon an inaccurate flood elevation

5  is significant.

6    A    I did not know exactly what that

7  quote was based on, so I'm trying to explain

8  what happened that day.

9        What I was concerned with and what I

10  expressed at that time was I was concerned

11  that there was a bait-and-switch tactic being

12  performed, and that a lower quote had been

13  provided, and that subsequent to closing on my

14  house, paying for my house, and paying for all

15  the premiums and the insurance premiums that

16  then the policy was being changed.

17    Q    Now I understand a little better.  So

18  you thought that was something nefarious going

19  on.  They come in, low-ball me.  I go with AAA

20  all, and now when it's all said and done, they

21  jack up the rates, and, of course, now what am

22  I going to do?

23    A    That is a very accurate depiction of

24  what was going on in my head.

25    Q    Now I understand the picture a little

**JOHNS, PENDLETON & ASSOCIATES, INC.**

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1    company or your real estate agent.  And AAA

2    determined yes, the Fidelity quote that was

3    referenced in P-9 where you had to pay an

4    additional premium was correct.

5            Is it your position that was never

6    discussed?

7    A    What my position -- No; we did

8    discuss this.  And what they told me at the

9    time was that they provided an incorrect

10   elevation certificate at the time of the

11   application -- the application.  And that

12   subsequent to that, that they provided the

13   corrected information, and that that led to

14   the -- the document where the increased

15   premium was asked for.

16           So when I asked for sort of a

17   clarification of that, they went to another

18   room.  And my understanding is that they ran

19   the numbers with the correct policy amount, or

20   with the correct elevation amounts, and came

21   up with numbers, although I don't know exactly

22   what those numbers were.

23           But they said this is correct.  They

24   were pointing to --

25   Q    P-9 is correct?

```
 1        A     Saying that P-9 is correct.

 2        Q     Right.

 3        A     That's what they told me.

 4        Q     Okay.  And at that point, you still

 5   didn't believe them?

 6        A     Absolutely not.

 7        Q     And why is that?

 8        A     Because at the time, all the

 9   information that I had provided to them and

10   everything that I had signed I thought was

11   absolutely 100 percent correct.  I did not

12   understand how something within a couple weeks

13   could suddenly be incorrect, and that's why I

14   was questioning it.

15        Q     And I completely understand that part

16   of the story.

17              But the part that's confusing me is

18   now that you go in on August 4, and they say,

19   look, we had the wrong flood elevation, it

20   matches up with the original quote which had

21   the wrong numbers.  That's why the premium was

22   wrong.

23        A     Well, my understanding -- could you

24   repeat that, because that isn't my

25   recollection of what happened.
```

MR. ARCHEY:

Whoa, whoa. Let him answer. Don't -- you don't let him answer.

MR. BARRECA:

I apologize again.

THE WITNESS:

I appreciate both of you doing your jobs.

A So the concern was for me that my first notice of any change in my policy did not come from my agents but came from Fidelity. I had to contact my agents and had to contact Lisa in order to say, what's going on. I didn't get a straight answer over the phone. I came into the office, and then I get this answer of, well, you owe more money; you own more money.

And I said, wait a second. How did this happen? You need to explain this to me. And that's when -- I mean, because, as I mentioned earlier, I was very concerned that there was a bait-and-switch going on, you know.

I was new to the area, didn't know -- I thought, you know -- my understanding was

1    A    I was not present for the phone call.

2   I was told that either -- when Lisa went into

3   the other room to rerun the numbers, she said

4   that she got on the phone with somebody -- she

5   or Jo-Ann got on the phone with somebody at

6   Fidelity, and that there was still some

7   questions in regards to why they couldn't

8   replicate the quote.

9        And because of that, I said, well,

10  then could you do that, get back with Fidelity

11  and then get back to me.  And at that point,

12  we agreed to that; that I would be contacted

13  again and told what happened.

14   Q   Now they were going to get back to

15  you about why they couldn't replicate the

16  quote.  By that you meant the original $836

17  quote?

18   A    I mean -- yeah, the $836 quote in

19  particular.  But yes, also the quote they were

20  claiming was the correct quote for the flood

21  insurance policy.

22   Q    And did they explain to you why they

23  thought the correct quote was correct?

24   A    Yes; because the elevation

25  certificate for the correct quote was based

1    upon the actual elevation certificate for my

2    property.

3        Q    But you just didn't believe them?

4        A    Yeah; I had no evidence of that.

5        MR. ARCHEY:

6            And he just got through saying

7            they couldn't replicate the quote.

8        MR. BARRECA:

9            Let me stand corrected.

10       Q    (By Mr. Barreca) I thought you said

11   they couldn't replicate the original 836

12   quote?

13       A    I was not party to that.  I don't

14   know what they were able to replicate.

15           I was told that they went into the

16   other room, went -- to my understanding -- the

17   Fidelity website to try to do everything that

18   got us up to August 4.  And they came out and

19   told me that they put in both the incorrect

20   elevation numbers and the correct elevation

21   numbers and that neither of those could get it

22   back to the 836.

23       Q    So they put in the incorrect numbers

24   to get back to the incorrect quote?

25       A    Yes.

1      Q      And couldn't get it done?

2      A      That's correct.

3      Q      But they did say that the current

4   quote that's discussed in P-9 is the correct

5   quote for your flood insurance for the

6   Charlotte Drive property?

7      A      That's what they told me.

8             MR. ARCHEY:

9                  Were they able to replicate

10             the quote, though?

11             THE WITNESS:

12                 They -- I did not see anything

13             being able to replicate that quote.

14                 And, in fact, there is a

15             document in here that -- documents

16             we have been provided -- where a

17             replication was attempted on

18             August -- or rather November 9, and

19             it does not replicate the number

20             mentioned here on the 725 document

21             from Fidelity.

22      Q      (By Mr. Barreca) We'll get to that.

23      A      So it's my understanding to this day

24   that neither of those quotes have been

25   replicated.

JOHNS, PENDLETON & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101          619 JEFFERSON HIGHWAY, SUITE 2G
METAIRIE, LA 70005                    BATON ROUGE, LA 70806
PHONE (504) 219-1993                  (225) 922-4527

1  willing to give them the opportunity to figure

2  out what was going on.

3      Q    How long were you willing to give

4  them the opportunity?

5      A    I called them again on the 14th, I do

6  believe -- I can't remember the exact date --

7  and said, hey, follow up on this.  I was going

8  to -- I don't know how long I was going to

9  give them.  I'm trying to be a nice person on

10 that kind of stuff.

11     Q    As of receiving the -- I'm going to

12 call it the P-9 letter from Fidelity -- as of

13 that date, Fidelity says you don't have the

14 coverage you requested.  I mean, you

15 understand that part, don't you?

16     A    Yes.

17     Q    And so they say they'll get back to

18 you.  And you say, all right, I'm a nice guy.

19 I'll give them a couple of days.

20         Then what happened?

21     A    Then I called them.

22     Q    What was their response?

23     A    They didn't respond.

24     Q    Do you remember when you called them?

25     A    I recall calling them either, I do

JOHNS, PENDLETON & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS
315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993
619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1   believe, the 13th or the 14th of August.  And

2   then I called them on the 24th of August to --

3   because I knew that that was sort of the final

4   date.  And I called them, I do believe, at

5   10 a.m. that day and said, look, we need to

6   figure this out right now.

7          And no response was ever tendered.

8      Q    Did you call Fidelity?

9      A    I don't recall if I called Fidelity

10  between those two points, but I don't think

11  so.

12     Q    Well, you're realizing that your

13  cut-off date is the 24th of August.  Do you

14  ever say, hey, maybe I will pay the $342 and

15  deal with it later?

16     A    No.

17     Q    Never entered your mind?

18     A    It entered my mind on the 29th of

19  August.  And actually it entered my mind on

20  the 27th of August, and I called and their

21  offices were closed.

22     Q    Who is "they"?

23     A    I'm sorry.  I called Fidelity's

24  offices and said, look, I'll go ahead and pay

25  this.  And then tried again on the 28th.  The

JOHNS, PENDLETON & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101          619 JEFFERSON HIGHWAY, SUITE 2G
METAIRIE, LA 70005                         BATON ROUGE, LA 70806
PHONE (504) 219-1993                        (225) 922-4527

1        Q        In P-14 -- and I'll just actually

2   read it.  It says, "Please explain in writing

3   why coverage limits were reduced from the

4   amounts printed on the application."

5               And I assume that's the application

6   you were referring to.  The first June --

7        A        June 23.

8        Q        Got it.

9               No dispute that you knew your limits

10  were reduced.

11             MR. ARCHEY:

12                  Hold on.  And our legal

13                  position is that they were not.

14                  Go ahead and answer.

15        A        At this time in November we had

16  contacted Fidelity and they told us that these

17  are the policy amounts.

18        Q        Got it.

19        A        So after we had submitted our flood

20  insurance claim, those were our standing

21  coverage amounts, and so we were requesting

22  information on why that occurred.

23             MR. BARRECA:

24                  This is P-15, Holbrook 0084.

25                  (Exhibit P-15 was marked.)

---

**JOHNS, PENDLETON & ASSOCIATES, INC.**

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1           This is a letter date the

2       November 3, 2005 directed to Jo-Ann

3       Daleo at AAA signed by the

4       Holbrooks.

5       Q    (By Mr. Barreca) I'll read from this

6   one.  Midway through the first paragraph it

7   says, "It is our contention that you and/or

8   your agent, Lisa Dufour, provided incorrect

9   information to the underwriter of our flood

10  insurance policy which resulted in a reduction

11  of coverage from that policy."

12      A    I do recall signing and sending that

13  document, yes.

14           MR. BARRECA:

15              Now I'm going to mark what is

16           going to be P-16, Holbrook 0086.

17              (Exhibit P-16 was marked.)

18      Q    (By Mr. Barreca) Have you ever seen

19  that letter?

20      A    Yes, I have.  It is an unsigned

21  letter from AAA addressed to me at my

22  Charlotte Drive address.

23      Q    Can you take a moment and read it?  I

24  know it's a long one paragraph.

25           MR. ARCHEY:

1    I explained to him that we were dealing with

2    two different figures, and unfortunately for

3    him, the figures that we have to use for his

4    address."

5            Do you understand that?

6    A    I understand that.

7    Q    Do you recall that discussion at any

8    level?

9    A    I do.  I, of course, recall that

10   discussion.  And I agreed that, yes; in order

11   to process this claim that she should use my

12   correct information not the incorrect

13   information that she provided earlier.

14   Q    But then she provided you with what

15   she thought was the correct information.

16   A    She told me that the number that

17   Fidelity had sent me was the correct

18   information.

19           MR. ARCHEY:

20               But when she tried to run it,

21           it was different.  Correct?

22           THE WITNESS:

23               That is correct.

24           MR. BARRECA:

25               This, I'm going to mark as

1  but what I asked was how did we get to 836 on

2  the 23rd given the information that I provided

3  you which was here's the address, it's in

4  flood zone A05.  How did we get to 836 as

5  opposed to what's now being requested of me.

6       Q    The additional 342?

7       A    Yes.

8       Q    And what was the response back?

9       A    The response was -- the response was

10 we submitted an incorrect elevation

11 certificate.

12      Q    Did you request AAA -- Ms. Dufour or

13 Daleo to run a flood quote with the new

14 elevation certificate numbers?

15      A    What I requested was -- what I

16 requested was an explanation as to how the

17 inappropriate or the incorrect elevation

18 certificate led to the 836 and how the

19 elevation certificate for my property led to

20 the higher premium amount.  I don't recall my

21 exact language, but those are the two things I

22 was wanting to see.

23      Q    And what was the information you

24 understand you got back?

25      A    The information I got back was -- is

**JOHNS, PENDLETON & ASSOCIATES, INC.**

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1   building, $40,000 for contents?

2       A    By -- could you clarify what you mean

3   by "confirm"?

4       Q    In other words, did AAA indicate to

5   you, hey, we've plugged in this new elevation

6   information, and Fidelity's $342 initial

7   premium is correct?  Did that come up at all?

8       A    That came up.  I can't remember

9   exactly -- I'm trying to answer this

10  appropriately because I don't remember any

11  specific dollar amounts being mentioned.

12           I just remember saying that this is

13  your -- I remember being told that the numbers

14  that came across in that Fidelity document,

15  they seemed to be saying, look, we think those

16  are the correct numbers based on your actual

17  elevation certificate.

18      Q    And as part of that -- who had that

19  conversation?

20      A    That was between Lisa and myself

21  at -- during some point during this period.

22      Q    And did Ms. Dufour indicate to you

23  that that number was correct because of what

24  she did on the computer, or was it a phone

25  conversation?  Did she indicate to you why

1   that number was correct?

2       A    I thought it was because of the

3   computer.  I don't know.  That's what I seem

4   to remember.

5       Q    But you don't know then?

6       A    I don't know exactly what that

7   particular information was based on.

8       Q    I guess my question now is if

9   Ms. Dufour indicated to you this $342 for the

10  initial premium is correct, why did you not

11  pay that?

12      A    Because I had been told by Ms. Dufour

13  a lot of things, and I thought that there was

14  a bait-and-switch going on, and I wanted to be

15  crystal clear that all of this could be

16  documented and I wasn't paying $342 that I

17  would never see again that I didn't

18  necessarily need to pay.

19      Q    So that takes us to the next step.

20  Did you instruct AAA to do anything at that

21  point, or were you going to do something?

22           Because now we're in limbo here.

23  They say pay $342; Fidelity says $342.  You're

24  skeptical.  What's next?

25      A    The next thing is because they could

1    other room and came back out -- Ms. Dufour I'm

2    referring to -- was there any indication, "I

3    just called Fidelity.  This is correct."

4    Anything like that?

5         A    I don't recall that.  So no, I don't

6    think so.

7         Q    So what was this phone call about

8    that was talked about earlier?

9         A    This phone call was brought up by

10   Mr. Barreca, as far as this was concerned.

11             I think I testified earlier to -- I

12   don't recall being on a conference call with

13   anybody from Fidelity -- on August 4, I should

14   say.

15        Q    You had testified earlier that you

16   had called Fidelity on August 27, 2005.

17   Correct?

18        A    Yes.

19        Q    And what was the purpose for that

20   call?

21        A    To see if I could pay the $342.  This

22   discrepancy aside, I wanted to protect my

23   property and wanted to pay the $342 and deal

24   with the possibility of getting that back

25   later.

JOHNS, PENDLETON & ASSOCIATES, INC.

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1    now.  Are you going to rebuild on that lot?

2         A     It is not our intention to rebuild on

3    that lot at this time, but we do -- we still

4    own the property and have not yet decided what

5    we're going to do with it.

6         Q     Fair enough.

7              The contents list that you have

8    produced, the $58,000-plus, was that generated

9    by you?  Your wife?  Or was it a

10   collaboration?

11        A     It was a collaboration.

12        Q     And how did you come about with these

13   suggested replacement numbers?

14        A     We went looking at department stores,

15   looking for similar items or the exact items

16   in some cases, looked online for the cost of

17   these items.  And in some cases, just took a

18   random -- took a guess.

19        Q     The dollar amounts on the contents

20   list, those are retail replacement dollars.

21   Is that correct?

22        A     It is -- yes.

23        Q     In other words, you didn't take any

24   depreciation and say, oh, I had this item for

25   10 years.  I'm going to take 20 percent off

1    meet with Mr. Jerden at the property?

2        A    No.

3        Q    Did you have any conversations with

4    Mr. Jerden?

5        A    Yes.

6        Q    Was the initial conversation to set

7    up an inspection?  What was the initial

8    conversation?

9        A    The initial conversation was, he

10   contacted -- I can't remember who contacted

11   who, but it was basically to set up the time

12   to view the property.  I believe he asked me

13   if I knew any impediment to him getting there,

14   and I told him I haven't been down there.  I

15   have no idea.  And so that was the first

16   discussion.

17            And then I had another discussion

18   with him subsequent to him viewing the

19   property.

20       Q    Now the policy limits that were in

21   place -- and I know there's a disagreement on

22   whether or not it's correct or not -- but you

23   were, in fact, paid $111,600 for the building

24   portion of your flood policy by Fidelity.  Is

25   that correct?

**JOHNS, PENDLETON & ASSOCIATES, INC.**
CERTIFIED COURT REPORTERS
315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993
619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1      A     That is correct.

2      Q     And you were paid $20,000 for your

3 contents coverage under your flood policy by

4 Fidelity.  Is that correct?

5      A     That is correct.

6      Q     And have those proceeds been cashed

7 or deposited?

8      A     Yes, they have.

9      Q     Is the mortgage extinguished?

10     A     No; we are still making mortgage

11 payments.

12     Q     We talked about the contents.  What

13 you're claiming is damaged by contents is

14 approximately $58,000.

15          My question now is what is the dollar

16 amount of the damage to the building that

17 you're claiming?

18     A     The dollar amount of the damage to

19 the building that we're claiming -- the claim

20 is that the building is a total loss.  So I

21 don't know exactly what the value of the

22 building less the value of the land is.

23     Q     Who can tell me that?  In other

24 words, you sued me for building damages.  This

25 is my opportunity.  Who can tell me what those

REPORTER'S CERTIFICATE

I, MARLANE A. GAILLE, CCR-RPR,

Certified Court Reporter in and for the State

of Louisiana, do hereby certify that the

aforementioned witness, after having been

first duly sworn by me to testify to the

truth, did testify as hereinabove set forth;

That said deposition was taken by

me in computer shorthand and thereafter

transcribed under my supervision, and is a

true and correct transcription to the best of

my ability and understanding.

I further certify that I am not

of counsel, nor related to counsel or the

parties hereto, and am in no way interested in

the result of said cause.

OFFICIAL SEAL
MARLANE A. GAILLE
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 21005
Certificate expires 12-31-07

MARLANE A. GAILLE, CCR-RPR
CERTIFIED COURT REPORTER #21005

**JOHNS, PENDLETON & ASSOCIATES, INC.**

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

06/23/2005  12:19   504837( 3                            AAA                                    PAGE   02

## STANDARD FLOOD INSURANCE APPLICATION (PREVIEW)



# FIDELITY

Fidelity National Property And Casualty Insurance
Company
PO Box 33003
St. Petersburg, FL 33733-8003
Office: 800-820-3242
Fax: 800-850-3299

## AGENCY INFORMATION

| | |
|---|---|
| Agency Number | 45603 |
| Agency | JO ANN DALEO-AAA |
| Address | 3445 N CAUSEWAY BLVD # 200, |
| City, State, Zip | METAIRIE, LA 70002-3734 |
| Phone Number | (504) 838-7500 |

| APPLICANT | EFFECTIVE DATE | TERM | QUOTE NUMBER |
|---|---|---|---|
| APRIL LEIGH MERCHANT HOLBROOK | 06/30/2005 | 12 Months | 17 QT70489339 99 |
| RONALD ANDREW HOLBROOK | | | |

| SOCIAL SECURITY | BILL TO | DISASTER ASSIST | PRIMARY POLICY |
|---|---|---|---|
| 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 | First Mortgagee | None | None |
| | WAITING PERIOD | | |
| | Loan Requirement - No Wait | | |

| INSURED MAILING | INSURED PROPERTY |
|---|---|
| 6123 CHARLOTTE DR | 6123 CHARLOTTE DR |
| NEW ORLEANS, LA 70122-2733 | NEW ORLEANS, LA 70122-2733 |
| Phone | (504) 638-7992 |

## BUILDING INFORMATION

| | |
|---|---|
| Located within City Limits | Yes |
| Flood Zone | A05 |
| Community Name | NEW ORLEANS/ORLEANS PARISH |
| Building Type | One Floor |
| Community Number | 225203 |
| Building Occupancy | Single Family |
| Community Program Type | Flood Regular Policies |
| Basement | None |
| Enclosure | None |
| Number of Units in Building | 0 |
| Condominium Coverage | None |
| Property owned by State Government | No |
| Building in course of construction | No |
| Insured Principal Residence | Yes |
| Building Elevated | Building is not elevated |
| Location of Contents | Lowest Floor Only - Above Ground Level |
| Household Contents | Yes |
| Construction Date | 01/01/1960 |
| Elevation Certificate | Yes |
| Building Flood Proofed | No |
| Replacement Cost | $ 183,000 |

EXHIBIT

P-4

MM-71307-RH

HOL 0023

06/23/2005  12:19   5048372           AAA                              PAGE   03



## STANDARD FLOOD INSURANCE APPLICATION (PREVIEW)

# FIDELITY

Fidelity National Property And Casualty Insurance
Company
PO Box 33003
St. Petersburg, FL 33733-8003
Office: 800-820-3242
Fax: 800-850-3299

## LENDER / MORTGAGEE INFORMATION

Lender 1 Information
NATIONAL CITY BANK OF INDIANA
ISAOA ATIMA
PO BOX 1024
DAYTON, OH 45401-1024

Lender 2 Information
NATIONAL CITY BANK NATIONAL
CITY SVC CTR ISAOA ATIMA
294 TREEMONT DR
ORANGE CITY, FL 32763-7945

HOL 0024

06/23/2005  12:19   5048370  3                    AAA                              PAGE  04



## STANDARD FLOOD INSURANCE APPLICATION (PREVIEW)

**FIDELITY**

Fidelity National Property And Casualty Insurance
Company
PO Box 33003
St. Petersburg, FL 33733-8003
Office: 800-820-3242
Fax: 800-850-3299

| APPLICANT | EFFECTIVE DATE | TERM | QUOTE NUMBER |
|---|---|---|---|
| APRIL LEIGH MERCHANT HOLBROOK<br>RONALD ANDREW HOLBROOK | 06/30/2005 | 12 Months | 17 QT70489339 99 |

## ELEVATION INFORMATION

| | |
|---|---|
| Lowest Floor Elevation | -2.3 feet |
| Elevation Difference | 0 feet |
| Highest Adjacent Grade | 0.0 feet |
| Lowest Adjacent Grade | -7.0 feet |
| Diagram Number | 1 |
| Elevation Certificate Date | 02/06/2004 |

HOL 0025

06/23/2005  12:19  5048378   \                        AAA                              PAGE  05



## STANDARD FLOOD INSURANCE APPLICATION (PREVIEW)

# FIDELITY

Fidelity National Property And Casualty Insurance
Company
PO Box 33003
St. Petersburg, FL 33733-8003
Office: 800-820-3242
Fax: 800-850-3299

| APPLICANT | EFFECTIVE DATE | TERM | QUOTE NUMBER |
|---|---|---|---|
| APRIL LEIGH MERCHANT HOLBROOK<br>RONALD ANDREW HOLBROOK | 06/30/2005 | 12 Months | 17 QT704B9339 99 |

### GARAGE INFORMATION

Garage attached to or part of building          NO EQUIPMT BSMNT/ATTACH GARAGE

### BASIC LIMITS INFORMATION

| Coverage | Limits | Deductible | RPH | Premium |
|---|---|---|---|---|
| Building | $ 50,000 | $ 500 | 1.08 | $ 540 |
| Contents | $ 20,000 | $ 500 | 1.10 | $ 220 |

### ADDITIONAL LIMITS INFORMATION

| Coverage | Limits | RPH | Premium | Schg/Disc | Total |
|---|---|---|---|---|---|
| Building | $ 133,000 | 0.08 | $ 106 | $ 0 | $ 646 |
| Contents | $ 20,000 | 0.12 | $ 24 | $ 0 | $ 244 |

| | |
|---|---|
| Annual Premium | $ 890 |
| ICC | $ 6 |
| 10% Community Rate Discount | $ 90 |
| Federal Policy Fee | $ 30 |
| **Total Premium Due** | **$ 836** |

### INFORMATION AFFIRMATION

Policy includes increased cost of compliance (ICC) coverage.

The above statements are correct to the best of my knowledge. I understand that any false statements may be punishable by fine or imprisonment under applicable federal law.

**Full amount of premium must accompany this application for issuance.**

April Leigh Merchant Holbrook          April Leigh Merchant Holbrook          6/23/05
Print Name of Insured                                  Signature of Insured                                            Date

Troxauia A. Dufour
Print Name of Agent/Broker                        Signature of Agent/Broker                                  Date

HOL 0026

06/23/2005  12:19   5048370                    AAA                                    PAGE  06

## STANDARD FLOOD INSURANCE APPLICATION (PREVIEW)

**FIDELITY**

Fidelity National Property And Casualty Insurance
Company
PO Box 33003
St. Petersburg, FL 33733-8003
Office: 800-820-3242
Fax: 800-850-3299

| APPLICANT | EFFECTIVE DATE | TERM | QUOTE NUMBER |
|---|---|---|---|
| APRIL LEIGH MERCHANT HOLBROOK RONALD ANDREW HOLBROOK | 06/30/2005 | 12 Months | 17 QT70489339 99 |

## LEGAL INFORMATION

**Non-Discrimination**
No person or organization shall be excluded from participation in, denied the benefits of, or subjected to discrimination under the Program authorized by the Act, on the grounds of race, color, creed, sex, age or national origin.

**Privacy Act**
The information requested is necessary to process your application for flood insurance. The authority to collect the information is Title 42, U.S. Code, Section 4001 to 4028. It is voluntary on your part to furnish the information. It will not be disclosed outside the Federal Emergency Management Agency except to the servicing office acting as the government's fiscal agent, to routine users, to your agent and any mortgagee named on your policy.

**Disclosure of your Social Security Number Under Public Law 93-579 Section 7(b)**
Solicitation of the Social Security Number (SSN) is authorized under provisions of E.O. 9397, dated November 22, 1943. The disclosure of your SSN is voluntary. However, since many persons appearing in the Government's administrative records possess identical names, the use of your SSN would provide for your precise identification.

HOL 0027

 **FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY**

7/25/05                    Flood Policy Number:  17 7700764020   00

APRIL LEIGH MERCHANT HOLBROOK
6123 CHARLOTTE DR
NEW ORLEANS LA 70122-2733

                              REQUESTED COVERAGE:
                    Bldg: $183,000    Cont: $40,000
                              LOWERED COVERAGE:
                    Bldg: $111,600    Cont: $20,000

Dear Flood Insurance Customer:

Your Flood Insurance policy has been issued with lower limits of
coverage than were originally requested because the submitted
premium was inadequate.

Additional coverage limits may be purchased and added by endorsement
to the policy.  If you wish to increase your building and/or contents
to the originally requested amounts, you may submit an additional
premium of $342.00   . If payment is received by 8-24-05   ,
the policy will be restored from its inception to provide flood
coverage in the amount initially requested.

Please provide either elevation certificate or additional premium.


Thank you,


Flood Customer Service Department

cc:    JO ANN DALEO-AAA
       3445 N CAUSEWAY BLVD # 200
       METAIRIE LA    70002

                                        Loan Number:

cc:    NATIONAL CITY BANK OF INDIANA
       ISAOA ATIMA
       PO BOX 1024
       DAYTON OH 45401-1024

**EXHIBIT**
P-9
2M#-7/30?-RH

                                        HOL 0060

POLICY INFORMATION:   P.O. BOX 33003/ST.PETERSBURG, FLORIDA 33733-8003      1-800-820-3242
CLAIMS:               P.O. BOX 33064/ST.PETERSBURG, FLORIDA 33733-8064      1-800-725-9472
FAX:                                                                        1-877-270-4329

P. O. Box 33003
St. Petersburg, Fl 33733-8003
1-877-426-1222

BFL 99 001 0605
0658510
7/25/05

**FLOOD DECLARATIONS PAGE**

2000 00000 FLD RGLR
**Policy Type**

| Policy Number | Prior Policy Number | New Business | FLD RGLR |
|---|---|---|---|
| 17 7700764020 00 | | Date of Issue 7/25/05 | Dwelling Form |

| Policy Period | | Term | Inception Date | Code | Phone |
|---|---|---|---|---|---|
| From: 6/30/05 To: 6/30/06 | 12:01 am Standard Time | 1 yr(s) | 6/30/05 12:01am | 0045603 | (504) 838-7500 |

Agent (504) 838-7500
JO ANN DALEO-AAA
3445 N CAUSEWAY BLVD # 200
METAIRIE LA 70002

APRIL LEIGH MERCHANT HOLBROOK
RONALD ANDREW HOLBROOK
6123 CHARLOTTE DR
NEW ORLEANS LA 70122-2733

Insured Location (if other than above)
6123 CHARLOTTE DR, NEW ORLEANS LA 70122-2733

**Rating Information**

Building Description Single Family
# of Floors One Floor
Basement/Enclosure None

Community Name NEW ORLEANS/ORLEANS PARISH
Community # 225203
Community Rating 08 / 10%
Program Status Regular
Risk Zone A05

Condo Type N/A
# of Units 0
Adjacent Grade 0
Elevation Difference N/A

Location Description
Contents Location Lowest Floor Only Above Ground Level

| Coverage | | Deductible | Premium |
|---|---|---|---|
| BUILDING | $111,600 | $1000 | $589.00 |
| CONTENTS | $20,000 | $500 | $192.00 |
| | | ANNUAL SUBTOTAL: | $781.00 |
| | | DEDUCTIBLE CHARGE: | $39.00 |
| | | ICC PREMIUM: | $75.00 |
| | | COMMUNITY DISCOUNT: | $90.00 |

**THIS IS NOT A BILL**

**DEAR MORTGAGEE**
The Reform Act of 1994 requires you to notify
the WYO company for this policy within 60 days
of any changes in the servicer of this loan.

The above message applies only when there is
a mortgagee on the insured location.

| | | |
|---|---|---|
| TOTAL WRITTEN PREMIUM: | $805.00 |
| FEDERAL POLICY SERVICE FEE: | $30.00 |
| TOTAL PREMIUM: | $835.00 |
| Premium paid by: | 1st Mortgagee |

**Special Provisions:**

This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See
III. Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company.
Coverage Limitations may apply. Please refer to your Flood Insurance Policy for details.

**Forms and Endorsements:**

BFLD99.100 0503 0503     GFLD99.311 0103 0102

EXHIBIT
P-10
MH-71307-RH

This policy is issued by
Fidelity National Property and Casualty

Copy Sent To: As indicated on back or additional pages, if any.

HOL 0034

0045603177700764020052060000B

Insured

RFLDP9 L002 0503 0503
0658510
7/25/05

Policy Number

17 7700764020   00
 2000 00000 FLD  RGLR

Date
6/30/05

# FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

---

# DWELLING POLICY

---

# NATIONAL FLOOD INSURANCE PROGRAM

STANDARD FLOOD INSURANCE POLICY
Issued Pursuant to the National Flood
Insurance Act of 1968, or Any Acts Amendatory
Thereof (Hereinafter Called the Act), and
Applicable Federal Regulations in Title 44 of the
Code of Federal Regulations, Subchapter B.

---



EXHIBIT
P-11
M# -71307-RA

HOL 0036

0045603177700764020052060000 8

Insured

FROM :SMM

FROM :
02/22/05  TUE 01:30 FAX 488 5370

FAX NO. :5048192347                    Mar. 10 2005 10:12AM  P1

FEDERAL EMERGENCY MANAGEMENT AGENCY
NATIONAL FLOOD INSURANCE PROGRAM

C.M.B. No. 3067-0077
Expires December 31, 2005

# ELEVATION CERTIFICATE

Important: Read the instructions on pages 1 - 7.

## SECTION A - PROPERTY OWNER INFORMATION

| For Insurance Company Use: |
| Policy Number |
| Company NAIC Number |

BUILDING OWNER'S NAME
CLABEOUS RENOVATION

BUILDING STREET ADDRESS (Including Apt, Unit, Suite, and/or Bldg. No.) OR P.O. ROUTE AND BOX NO.
6762  COLBERT ST.

STATE
LA

ZIP CODE
70124

CITY
NEW ORLEANS

PROPERTY DESCRIPTION (Lot and Block Numbers, Tax Parcel Number, Legal Description, etc.)
Lot 43-44   Sq: 115   Por: LAKEVIEW   Dist: SECOND

BUILDING USE (e.g., Residential, Non-residential, Addition, Accessory, etc. Use a Comments area, if necessary.)
Residential

LATITUDE/LONGITUDE (OPTIONAL)
( °  '  " or  . °)

HORIZONTAL DATUM:
☐ NAD 1927  ☐ NAD 1983

SOURCE:  ☐ GPS (Type):
☐ USGS Quad Map    ☐ Other

## SECTION B - FLOOD INSURANCE RATE MAP (FIRM) INFORMATION

| B1. NFIP COMMUNITY NAME & COMMUNITY NUMBER | B2. COUNTY NAME | B3. STATE |
| CITY OF NEW ORLEANS, 225203 | ORLEANS | LA |

| B4. MAP AND PANEL NUMBER | B5. SUFFIX | B6. FIRM INDEX DATE | B7. FIRM PANEL EFFECTIVE/REVISED DATE | B8. FLOOD ZONE(S) | B9. BASE FLOOD ELEVATION(S) |
| 225203 0095 | E | 03/01/1984 | 01/01/1984 | A3- | -3.50 |

B10. Indicate the source of the Base Flood Elevation (BFE) data or base flood depth entered in B9.
☐ FIS Profile  ☒ FIRM  ☐ Community Determined  ☐ Other (Describe):

B11. Indicate the elevation datum used for the BFE in B9: ☐ NGVD 1929  ☒ NAVD 1988  ☐ Other (Describe):

B12. Is the building located in a Coastal Barrier Resources System (CBRS) area or Otherwise Protected Area (OPA)?  ☐ Yes  ☒ No
Designation Date:

## SECTION C - BUILDING ELEVATION INFORMATION (SURVEY REQUIRED)

C1. Building elevations are based on:  ☐ Construction Drawings*  ☒ Building Under Construction*  ☐ Finished Construction
*A new Elevation Certificate will be required when construction of the building is complete.

C2. Building Diagram Number 1   (Select the building diagram most similar to the building for which this certificate is being completed - see pages 6 and 7. If no diagram accurately represents the building, provide a sketch or photograph.)

C3. Elevations – Zones A1-A30, AE, AH, A (with BFE), VE, V1-V30, V (with BFE), AR, AR/A, AR/AE, AR/A1-A30, AR/AH, AR/AO Complete items C3.a-i below according to the building diagram specified in Item C2. State the datum used. If the datum is different from the datum used for the BFE in Section B, convert the datum to that used for the BFE. Show field measurements and datum conversion calculation. Use the space provided or the Comments area of Section D or Section G, as appropriate, to document the datum conversion.
Datum NAVD    Conversion/Comments VERTCON CONVERSION 0.29'/\-

Elevation reference mark used  UG40          Does the elevation reference mark used appear on the FIRM?  ☐ Yes  ☒ No

☐ a) Top of bottom floor (including basement or enclosure)    - .35   ft.(m)
☐ b) Top of next higher floor                                  N/A    ft.(m)
☐ c) Bottom of lowest horizontal structural member (V zones only)  N/A    ft.(m)
☐ d) Attached garage (top of slab)                             N/A    ft.(m)
☐ e) Lowest elevation of machinery and/or equipment
     servicing the building (Describe in a Comments area.)      N/A    ft.(m)
☐ f) Lowest adjacent (finished) grade (LAG)                    -7 .60  ft.(m)
☐ g) Highest adjacent (finished) grade (HAG)                   -6 .50  ft.(m)
☐ h) No. of permanent openings (flood vents) within 1 ft. above adjacent grade  0.00
☐ i) Total area of all permanent openings (flood vents) in C3.h   0.00    (sq. cm)

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION

This certification is to be signed and sealed by a land surveyor, engineer, or architect authorized by law to certify elevation information.
I certify that the information in Sections A, B, and C on this certificate represents my best efforts to interpret the data available.
I understand that any false statement may be punishable by fine or imprisonment under 18 U.S. Code, Section 1001.

CERTIFIER'S NAME
JAMES M COUTURE

LICENSE NUMBER
1050

COMPANY NAME
Gilbert, Kelly & Couvrie', Inc.

TITLE  PROFESSIONAL LAND SURVEYOR

CITY
METAIRIE

STATE
LA

ZIP CODE
70001

ADDRESS
3131 N. Causeway Blvd. Suite 124

DATE
02/05/2005 d.

TELEPHONE
504-836-3121

SIGNATURE

Replaces all previous editions

FEMA Form 81-31, January 2003                          See reverse side for continuation.

EXHIBIT
P-12
MB-71307-RH

AAA-0043

November 3, 2005

Jo Ann Daleo
AAA Club Insurance Agency, Inc.
3445 N. Causeway Blvd.
Suite 202
Metairie, LA 7002
TEL: 504-838-7500
FAX: 504-837-0998

**RE: Flood Policy #17-7700764020-00**

Dear Ms. Daleo:

We are writing for two reasons.  First, we wanted to give you our current contact information.  Below you will find the address and phone number for our current place of residence.  Second, we have been instructed by the Auto Club Family Insurance Company in St. Louis, Missouri to contact you about filing an errors and omissions claim.  It is our contention that you and/or your agent, Lisa Dufour, provided incorrect information to the underwriter of our flood insurance policy which resulted in a reduction of coverage from that policy.  Please contact us within ten (10) business days with information on how we may pursue this claim.

We appreciate your cooperation in this matter.  A hard copy of this document has been remitted via the U.S. Postal Service.  If you do not contact us within ten (10) business days, we will be turning this matter over to our attorney.

Sincerely,

April Leigh Merchant Holbrook
6123 Charlotte Dr.
New Orleans, LA 70122

Ronald Andrew Holbrook

Currently residing at:

100 North St., Apt. 88
Columbus, OH 43202
TEL: 1-614-915-3644
FAX: 1-614-292-1146

EXHIBIT
P-15
20 J-71307-RH

**TAB B**

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3                                    COPY

4   RONALD A. HOLBROOK        *
    and APRIL HOLBROOK        *
5                             *  CIVIL ACTION
                              *  NO.06-2617
6        VERSUS               *
                              *  SEC. K
7                             *  JUDGE DUVAL
    AAA INSURANCE AGENCY      *
8   INC, AND FIDELITY         *
    NATIONAL PROPERTY AND     *
9   CASUALTY INSURANCE        *  MAG.3
                              *  MAGISTRATE JUDGE KNOWLES
10  *   *   *   *   *   *   *   *

11

12

13

14            Deposition of **INOCENCIA DUFOUR**,

15     taken at the offices of Sessions, Fishman &

16     Nathan, LLP, 3850 North Causeway Boulevard,

17     Lakeway II, Suite 1240, Metairie, Louisiana,

18     on Friday, July 13, 2007, at 3:05 p.m.

19

20

21

22

23

24

25

1    between 1989 and 1998, what work did you do?

2        A    I worked at K and B as a cashier, and

3    then I worked at Lulu Buras Beauty Spa, and

4    then Chatta Box, and then State Farm, and then

5    AAA.

6        Q    When did you go work for State Farm?

7        A    I think it was 1996.

8        Q    What were you doing for State Farm?

9        A    I was an assistant office

10   representative.

11       Q    And what does that mean?  Dealing

12   with people who are --

13       A    Basically same thing I'm doing now;

14   selling insurance.

15       Q    When you went to work for AAA in June

16   of 1998, what was your position?

17       A    Customer service rep.  I handle all

18   the house accounts.

19       Q    You handle all the what?

20       A    House accounts; accounts that did not

21   have agents assigned to them.

22       Q    And how would one get to be a house

23   account?  They just call in -- explain it to

24   me.

25       A    I think what happened was agents that

JOHNS, PENDLETON & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

1      Q     All right.  He's your client that

2   you're trying to do this business for.

3   Correct?

4      A     Yes.

5      Q     When you got this elevation

6   certificate --

7          MR. BARRECA:

8               Before we continue down this

9          road, I am going to put on the

10         record that I object to your

11         statement that the Holbrooks --

12         that AAA is the agent for the

13         Holbrooks because that has all

14         kinds of legal implications which

15         have not been sorted out here.

16     Q     (By Mr. Archey) When you received

17   P-12 did you see that this was an elevation

18   certificate for property other than the

19   Holbrooks?

20     A     No, sir.

21     Q     Does it show that on that document?

22     A     If I -- yeah; if I read it closely.

23     Q     And you didn't do that, did you?

24     A     Well, I looked at it.  She said she's

25   faxing it to me.  I grabbed it.

**JOHNS, PENDLETON & ASSOCIATES, INC.**

CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101          619 JEFFERSON HIGHWAY, SUITE 2G
METAIRIE, LA 70005                    BATON ROUGE, LA 70806
PHONE (504) 219-1993                  (225) 922-4527

1              Yes; I didn't look at it.  I didn't

2    go like -- you know, I looked at it.  It's an

3    elevation certificate.  I looked at the base

4    flood and lowest flood, and that's what I --

5         Q     You made a mistake, didn't you?

6         A     Yes, I made an error.

7         Q     Because this quote is for 6123

8    Charlotte Drive in New Orleans.  Correct?

9         A     Yes, sir.

10        Q     And this elevation certificate, P-12,

11   that you used is for what address?

12        A     6762 Colbert Street.

13        Q     And using the incorrect information

14   that you got directly from the title company,

15   you submitted this application to the

16   Holbrooks which they signed.  Is that correct?

17        A     Yes.

18        Q     What was the amount of the premium

19   that they were to pay under the application?

20        A     $836.

21        Q     I'm going to show you another quote

22   which I don't believe we have seen yet.

23        MR. ARCHEY:

24             I'm going to mark this as

25        AAA-2.  The Bates number of the

```
 1                REPORTER'S CERTIFICATE

 2              I, MARLANE A. GAILLE, CCR-RPR,

 3      Certified Court Reporter in and for the State

 4      of Louisiana, do hereby certify that the

 5      aforementioned witness, after having been

 6      first duly sworn by me to testify to the

 7      truth, did testify as hereinabove set forth;

 8              That said deposition was taken by

 9      me in computer shorthand and thereafter

10      transcribed under my supervision, and is a

11      true and correct transcription to the best of

12      my ability and understanding.

13              I further certify that I am not

14      of counsel, nor related to counsel or the

15      parties hereto, and am in no way interested in

16      the result of said cause.

17

18

19

20

21      _____
        MARLANE A. GAILLE, CCR-RPR
22      CERTIFIED COURT REPORTER #21005

23

24

25
```

OFFICIAL SEAL
MARLANE A. GAILLE
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 21005
Certificate expires 12-31-07

**JOHNS, PENDLETON & ASSOCIATES, INC.**
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

x 6017

NCB    $175 month    ( $2100 yr. )
                      $1500 hazard  $600 flood

Who is handling the title?    Partners Title

Lisa will call  6/9  in the A.M.

w/ quotes for Flood @ $40,000   500 deduc.

          +   adding Wyland to
                    ↓ Home Owners

        ⟹ CAR INSURANCE

→ They are the insurance company (not like OH!)

( 325-8800


EXHIBIT
AAA-1
MM-7/307-ID

HOL  0154



# FIDELITY

Fidelity National Property And Casualty Insurance Company

| APPLICANT | CURRENT DATE | EFFECTIVE DATE | QUOTE NUMBER |
|---|---|---|---|
| RONALD AND APRIL HOLBROOK | 06/23/2005 | 06/30/2005 | 17 QT70489339 99 |

## AGENCY INFORMATION

| | |
|---|---|
| Agency Number | 45603 |
| Agency | JO ANN DALEO-AAA |
| Address | 3445 N CAUSEWAY BLVD # 200, |
| City, State, Zip | METAIRIE, LA 70002-3734 |
| Phone Number | (504) 838-7500 |

## COMMUNITY INFORMATION

| | |
|---|---|
| Community Number | 225203 NEW ORLEANS/ORLEANS PARISH |
| Program Type | Flood Regular Policies |
| Flood Zone | A05 |

## BUILDING INFORMATION

| | |
|---|---|
| Property Address | 6123 CHARLOTTE DR |
| City, State, Zip | NEW ORLEANS, LA 70122-2733 |
| Construction Date | 01/01/1960 |
| Condominium Coverage | None |
| Occupancy Type | Single Family |
| Building Type | One Floor |
| Elevation Certificate | Yes |
| Building Flood Proofed | No |
| Enclosure | None |
| Building Elevated | Building is not elevated |
| Obstructions | No |
| Lowest Floor Elevation | -2.3 feet |
| Highest Adjacent Grade | 0.0 feet |
| Elevation Difference | 0 feet |
| Location of Contents | Lowest Floor Only - Above Ground Level |
| Building Replacement Cost | $ 183,000 |

## COVERAGE/PREMIUM INFORMATION

| Coverage | Limits | Deductible | RPH Basic | RPH Additional |
|---|---|---|---|---|
| Building | $ 183,000 | $ 500 | 1.08 | 0.08 |
| Contents | $ 40,000 | $ 500 | 1.10 | 0.12 |
| Discount/Surcharge | | | | $ 0 |
| Year Premium | | | | $ 836 |

## NOTES

- Policy includes increased cost of compliance (ICC) coverage
- Community Discount Applied

EXHIBIT
tabbies
AAA-2
MA-71307-D

## THIS IS NOT AN OFFER FOR INSURANCE.
## THIS QUOTE IS SUBJECT TO CHANGE WITH VERIFICATION BY THE COMPANY.

### The online application process must be completed.
### *Please do not submit this form with your payment.*

AAA-2

Flood. $836        500                    $40 K content

$804        1000 deduct

mos.  Auto i        ($802 - w/Uninsured Motorists)

$649      w/out

Lisa will contact NCB, Title Co., etc.
on Monday to get the ball rolling.

10 AM    Mon, June 20

Maureen called asking

send
current policy
into
Nig    1) Who is Ins. Co.
           (Said AAA, gave #)

FAX
(home
+
auto)    2) What is Flood Zone
              (

504-
837-      3) Seller prefers not having
              Fedex X-change
SSN for        because they need $ to
Me + April        buy new house on June 30.

OH Drivers #

EXHIBIT
AAA 3
MN-713071-D

```
Devd:  QPOL0005  Fidelity National Property and Casualty  Seq: 309  S120-00
Date:   6/14/06                  ONLINE SYSTEM              User: MHCOUP
Time:   09:21:35             Comments Processor             Mode: UPDATE
  Product Code.:   FLD
  Policy Number:   17 7700764020    00   APRIL LEIGH MERCHANT HOLBROOK
OC  Comments
00  07/07/05  Pending Payment, added to policy by FNF45603.
00            Payment Type Check from Lender for 836.00.
00            Check Number 1012213.
00            Effective 06/30/05.
00  FAX FOR EC - SUSP DT 7-24-05 - PNUSBAUM 7-21-05.
00  NEED EITHER EC OR AP 342. - L/C B/183K TO 111600 C/40K TO 30K - ISSUED 7
00  -25-05 - PNUSBAUM.
00  CALLED AGT PER FAX - SHE ADVISED SHE WILL MAIL EC - WILL INCR BACK WHEN
00  RECD - PNUSBAUM 7-25-05.
00  RECD EC - DIFF P/A - CALLED LISA - SHE WILL ADV - PNUSBAUM 8-1-05.
00  RECD EC - NEGATIVE/PREFIRM - CANNOT APPLY - AP DUE 342. - PNUSBAUM 8-5-0
00  5.
00  09/09/05  Lender, NATIONAL CITY MORTGAGE CO,added to policy.
00  09/09/05  Lender, NATIONAL CITY BANK OF INDIANA,deleted from policy.     +

CMD:  1-HELP     3-EXIT     6-ADD     12-PREVIOUS     15-FOLD
```



EXHIBIT
AMA-4

PC 0092

## FLOOD PROCESSING CENTER
### Fax: 800 850-3299

To: joann daleo-aaa

From: Pam Nusbaum

Total Pages including cover sheet: 2

**Comments:**
17-7700764020-00 - April Leigh Merchant Holbrook – Please provide the
elevation cert so we can issue NB.  Thank you.

Hi Pam,

Please give me a call
ASAP @ 504-838-▮▮▮▮
ext ▮▮▮▮
I need to speak w/you once you rec.
this.
Thank you,
Lisa DiGiacio

**EXHIBIT**
AAA-5
MRB-71307-ID

If the attached document is a quote, please refer to the following disclaimer:
IMPORTANT: This is not an offer for insurance. This quote is being provided based on
the information you have given us. All rates are tentative until the appropriate
underwriting documentation is received by the Company. Rates are subject to change
pending Company and/or NFIP approval.

7/21/2005 6:13:46 PM

AAA-5

**TAB C**

1              UNITED  STATES  DISTRICT  COURT

2            EASTERN  DISTRICT  OF  LOUISIANA                  COPY

3

4  RONALD A.  HOLBROOK        *
   and APRIL HOLBROOK         *
5                             *  CIVIL ACTION
                              *  NO.06-2617
6        VERSUS               *
                              *  SEC. K
7  AAA INSURANCE AGENCY       *  JUDGE DUVAL
8  INC, AND  FIDELITY         *
   NATIONAL  PROPERTY AND     *
9  CASUALTY  INSURANCE        *  MAG.3
                              *  MAGISTRATE  JUDGE KNOWLES
10 *   *   *   *   *   *   *   *

11

12

13

14            Deposition of **JO-ANN DALEO**, taken

15   at the offices of Sessions, Fishman & Nathan,

16   LLP, 3850 North Causeway Boulevard, Lakeway

17   II, Suite 1240, Metairie, Louisiana, on

18   Friday, July 13, 2007, at 5:00 p.m.

19

20

21

22

23

24

25

```
 1              INOCENCIA DUFOUR,

 2   2324 Maine Avenue, Metairie, Louisiana 70003,

 3           having been first duly sworn,

 4      was examined and testified as follows:

 5           MR. ARCHEY:

 6                Ms. Daleo, Connell Archey.  I

 7           represent the Holbrooks.  You've

 8           been sitting here the whole day and

 9           seeing what we're doing.

10                Same rules.  If you don't

11           understand, let me know.  And let's

12           get into it.  Okay?

13           THE WITNESS:

14                Yes, sir.

15                   EXAMINATION

16      BY MR. ARCHEY:

17      Q    Have you given a deposition before?

18      A    I don't remember going through this

19   before in my life.

20      Q    Good for you.  Make sure you

21   understand my questions.  I don't think my

22   questions are going to be all that exceedingly

23   difficult, but that's easy for me to say.

24                How long have you been with AAA

25   agency?
```

**JOHNS, PENDLETON & ASSOCIATES, INC.**
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101        619 JEFFERSON HIGHWAY, SUITE 2G
METAIRIE, LA 70005                  BATON ROUGE, LA 70806
PHONE (504) 219-1993                (225) 922-4527

```
 1        A     September 16, 1985.

 2        Q     And give me an idea on -- I don't

 3   understand what Club Auto Agency is compared

 4   to AAA compared to whatever else.  Can you

 5   give me a feel for what all that is?

 6        A     AAA has divisions.  We're part of AAA

 7   Missouri.

 8        Q     When you say "we," who is we?

 9        A     This office.

10        Q     Which is?

11        A     The Causeway office.

12        Q     And what is the Causeway office?  Is

13   that Club Auto Insurance agency?

14        A     No.  That's AAA Missouri.

15        Q     Okay.

16        A     The company that we write through is

17   Club Insurance, Inc.

18        Q     The company you write through is Club

19   Insurance, Inc.

20        A     That's the way I understand it.

21        Q     Who are you employed by?

22        A     I'm employed by AAA Missouri.

23        MR. ARCHEY:

24             And you answered on behalf of

25        Club?
```

```
 1              REPORTER'S CERTIFICATE
 2              I, MARLANE A. GAILLE, CCR-RPR,
 3    Certified Court Reporter in and for the State
 4    of Louisiana, do hereby certify that the
 5    aforementioned witness, after having been
 6    first duly sworn by me to testify to the
 7    truth, did testify as hereinabove set forth;
 8              That said deposition was taken by
 9    me in computer shorthand and thereafter
10    transcribed under my supervision, and is a
11    true and correct transcription to the best of
12    my ability and understanding.
13              I further certify that I am not
14    of counsel, nor related to counsel or the
15    parties hereto, and am in no way interested in
16    the result of said cause.
17
18
19
20
21
      MARLANE A. GAILLE, CCR-RPR
22    CERTIFIED COURT REPORTER #21005
23
24
25
```

OFFICIAL SEAL
MARLANE A. GAILLE
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 21005
Certificate expires 12-31-07