UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Holbrook, 06-2617 | JUDGE: DUVAL |
| | MAG. WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE:

That the attached Motion for Summary Judgment will be brought for hearing before the Honorable Judge Stanwood R. Duval, on the 26th day of December, 2007, at 9:30 A.M. at the United States District Courthouse located at 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this _____ day of December, 2007.

_____
JUDGE

BY:

NIELSEN LAW FIRM, L.L.C.


*/s/ William T. Treas*
GERALD  J. NIELSEN, #17078
WILLIAM T. TREAS, #26537
3838 N. Causeway Blvd, Suite 2850
Metairie, Louisiana 70002
Telephone: (504) 837-2500
Facsimile: (504) 832-9165
Counsel for Defendant, Fidelity National Property and Casualty Insurance Company

## **C E R T I F I C A T E**

I hereby certify that a copy of the above **Notice of Hearing** has been served on all counsel of record via electronic filing and by depositing same in the United States Mail, postage pre-paid and properly addressed as indicated below at Metairie, Louisiana, this 30th day of November, 2007.

*/s/ William T. Treas*
WILLIAM T. TREAS