# EXHIBIT 2

## STANDARD FLOOD INSURANCE APPLICATION (PREVIEW)

 **FIDELITY**

Fidelity National Property And Casualty Insurance Company
PO Box 33003
St. Petersburg, FL 33733-8003
Office: 800-820-3242
Fax: 800-850-3299

### AGENCY INFORMATION

| | |
|---|---|
| Agency Number | 45603 |
| Agency | JO ANN DALEO-AAA |
| Address | 3445 N CAUSEWAY BLVD # 200, |
| City, State, Zip | METAIRIE, LA 70002-3734 |
| Phone Number | (504) 838-7500 |

| APPLICANT | EFFECTIVE DATE | TERM | QUOTE NUMBER |
|---|---|---|---|
| APRIL LEIGH MERCHANT HOLBROOK | 06/30/2005 | 12 Months | 17 QT70489339 99 |
| RONALD ANDREW HOLBROOK | | | |
| SOCIAL SECURITY | BILL TO | DISASTER ASSIST | PRIMARY POLICY |
| 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 | First Mortgagee | None | None |
| | WAITING PERIOD | | |
| | Loan Requirement - No Wait | | |

**INSURED MAILING**
6123 CHARLOTTE DR
NEW ORLEANS, LA  70122-2733
Phone

**INSURED PROPERTY**
6123 CHARLOTTE DR
NEW ORLEANS, LA  70122-2733
(504) 638-7992

### BUILDING INFORMATION

| | |
|---|---|
| Located within City Limits | Yes |
| Flood Zone | A05 |
| Community Name | NEW ORLEANS/ORLEANS PARISH |
| Building Type | One Floor |
| Community Number | 225203 |
| Building Occupancy | Single Family |
| Community Program Type | Flood Regular Policies |
| Basement | None |
| Enclosure | None |
| Number of Units in Building | 0 |
| Condominium Coverage | None |
| Property owned by State Government | No |
| Building in course of construction | No |
| Insured Principal Residence | Yes |
| Building Elevated | Building is not elevated |
| Location of Contents | Lowest Floor Only - Above Ground Level |
| Household Contents | Yes |
| Construction Date | 01/01/1960 |
| Elevation Certificate | Yes |
| Building Flood Proofed | No |
| Replacement Cost | $ 183,000 |



EXHIBIT P-4
MK-71307-RH

HOL 0023



# STANDARD FLOOD INSURANCE APPLICATION (PREVIEW)

**FIDELITY**

Fidelity National Property And Casualty Insurance Company
PO Box 33003
St. Petersburg, FL 33733-8003
Office: 800-820-3242
Fax: 800-850-3299

## LENDER / MORTGAGEE INFORMATION

Lender 1 Information
NATIONAL CITY BANK OF INDIANA
ISAOA ATIMA
PO BOX 1024
DAYTON, OH 45401-1024

Lender 2 Information
NATIONAL CITY BANK NATIONAL
CITY SVC CTR ISAOA ATIMA
294 TREEMONT DR
ORANGE CITY, FL 32763-7945

HOL 0024



**STANDARD FLOOD INSURANCE APPLICATION (PREVIEW)**

Fidelity National Property And Casualty Insurance Company
PO Box 33003
St. Petersburg, FL 33733-8003
Office: 800-820-3242
Fax: 800-850-3299

| APPLICANT | EFFECTIVE DATE | TERM | QUOTE NUMBER |
|---|---|---|---|
| APRIL LEIGH MERCHANT HOLBROOK<br>RONALD ANDREW HOLBROOK | 06/30/2005 | 12 Months | 17 QT70489339 99 |

### ELEVATION INFORMATION

| | |
|---|---|
| Lowest Floor Elevation | -2.3 feet |
| Elevation Difference | 0 feet |
| Highest Adjacent Grade | 0.0 feet |
| Lowest Adjacent Grade | -7.0 feet |
| Diagram Number | 1 |
| Elevation Certificate Date | 02/06/2004 |

HOL 0025

## STANDARD FLOOD INSURANCE APPLICATION (PREVIEW)

 **FIDELITY**

Fidelity National Property And Casualty Insurance Company
PO Box 33003
St. Petersburg, FL 33733-8003
Office: 800-820-3242
Fax: 800-850-3299

| APPLICANT | EFFECTIVE DATE | TERM | QUOTE NUMBER |
|---|---|---|---|
| APRIL LEIGH MERCHANT HOLBROOK<br>RONALD ANDREW HOLBROOK | 06/30/2005 | 12 Months | 17 QT70489339 99 |

### GARAGE INFORMATION

Garage attached to or part of building — NO EQUIPMT BSMNT/ATTACH GARAGE

### BASIC LIMITS INFORMATION

| Coverage | Limits | Deductible | RPH | Premium |
|---|---|---|---|---|
| Building | $ 50,000 | $ 500 | 1.08 | $ 540 |
| Contents | $ 20,000 | $ 500 | 1.10 | $ 220 |

### ADDITIONAL LIMITS INFORMATION

| Coverage | Limits | RPH | Premium | Schg/Disc | Total |
|---|---|---|---|---|---|
| Building | $ 133,000 | 0.08 | $ 106 | $ 0 | $ 646 |
| Contents | $ 20,000 | 0.12 | $ 24 | $ 0 | $ 244 |

| | |
|---|---|
| Annual Premium | $ 890 |
| ICC | $ 6 |
| 10% Community Rate Discount | $ 90 |
| Federal Policy Fee | $ 30 |
| **Total Premium Due** | **$ 836** |

### INFORMATION AFFIRMATION

Policy includes increased cost of compliance (ICC) coverage.

The above statements are correct to the best of my knowledge. I understand that any false statements may be punishable by fine or imprisonment under applicable federal law.

Full amount of premium must accompany this application for issuance.

April Leigh Merchant Holbrook / April Leigh Merchant Holbrook / 6/23/05
Print Name of Insured / Signature of Insured / Date

Print Name of Agent/Broker / Signature of Agent/Broker / Date

HOL 0026

# STANDARD FLOOD INSURANCE APPLICATION (PREVIEW)



**FIDELITY**

Fidelity National Property And Casualty Insurance Company
PO Box 33003
St. Petersburg, FL 33733-8003
Office: 800-820-3242
Fax: 800-850-3299

| APPLICANT | EFFECTIVE DATE | TERM | QUOTE NUMBER |
|---|---|---|---|
| APRIL LEIGH MERCHANT HOLBROOK<br>RONALD ANDREW HOLBROOK | 06/30/2005 | 12 Months | 17 QT70489339 99 |

## LEGAL INFORMATION

**Non-Discrimination**
No person or organization shall be excluded from participation in, denied the benefits of, or subjected to discrimination under the Program authorized by the Act, on the grounds of race, color, creed, sex, age or national origin.

**Privacy Act**
The information requested is necessary to process your application for flood insurance. The authority to collect the information is Title 42, U.S. Code, Section 4001 to 4028. It is voluntary on your part to furnish the information. It will not be disclosed outside the Federal Emergency Management Agency except to the servicing office acting as the government's fiscal agent, to routine users, to your agent and any mortgagee named on your policy.

**Disclosure of your Social Security Number Under Public Law 93-579 Section 7(b)**
Solicitation of the Social Security Number (SSN) is authorized under provisions of E.O. 9397, dated November 22, 1943. The disclosure of your SSN is voluntary. However, since many persons appearing in the Government's administrative records possess identical names, the use of your SSN would provide for your precise identification.

HOL 0027