# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Holbrook, 06-2617

JUDGE: DUVAL

MAG. WILKINSON

### AFFIDAVIT OF DEBORAH S. PRICE

STATE OF NEBRASKA

COUNTY OF DOUGLAS

BEFORE ME, a NOTARY PUBLIC duly commissioned and qualified in and for the said county and state, came the undersigned witness, Deborah S. Price, personally known to me or having presented proper identification, who was placed under oath and did swear upon her own personal knowledge to the following statements:

1. My name is Deborah S. Price. I am the Vice President of Claims for Fidelity National Property and Casualty Insurance Group. I am the custodian of records for and personally familiar with the facts and the procedural history made the basis of the lawsuit entitled "*Ronald and April Holbrook v. Club Insurance Agency, Inc., Fidelity National Property and Casualty Insurance Company, and Auto Club Family Insurance Company,*" Case No. 2:06-cv-02617-SRD/JCW, pending in the United States District Court for the Eastern District of Louisiana.

2. In that capacity, I have reviewed the files and records of Fidelity regarding the initial request for a Standard Flood Insurance Policy (SFIP) and the claims made thereunder after Hurricane Katrina.

3. Defendant, Fidelity National Property and Casualty Insurance Company ("Fidelity"), is a Write-Your-Own (WYO) Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended.

4. Fidelity is authorized by the Federal Emergency Management Agency to issue the U.S. Government's flood insurance policies pursuant to the "Arrangement" found at 44 C.F.R. Part 62, Appendix A.

4. Fidelity operates within the NFIP as the "fiscal agent of the United States."

5. The business records reflect that Fidelity issued an NFIP Standard Flood Insurance Policy ("SFIP"), bearing number 17 7700764020 00, to April Leigh Merchant Holbrook and Ronald Andrew Holbrook for the property located at 6123 Charlotte Drive, New Orleans, Louisiana, 70122 with the effective dates of 06/30/05 to 06/30/06; policy limits on said SFIP was $111,600 for building coverage, subject to a $1000 deductible, and $20,000 for contents coverage, subject to a $500 deductible.

6. These business records also reflect that Fidelity received a signed application by the Holbrooks for an SFIP requesting $138,000 in policy limits for building coverage and $40,000 in policy limits for contents coverage.

7. These business records further reflect that on July 25, 2005 Fidelity sent a letter to the Holbrooks, Jo Ann Daleo of Auto Club Insurance Agency, and National City Bank of Indiana requesting that an additional premium of $342.00 was needed by August 24, 2005 to obtain the requested amounts of limits listed in the application. Said letter also

notified the recipients that the limits would be reduced to $111,600 in policy limits for building and $20,000 in policy limits in contents if payment was not received.

8. The business records also reflect that no additional premium was received by August 24, 2005.

9. The National Flood Insurance Program regulations require that Fidelity provide only the amount of coverage for the premium tendered.

10. Further, in Fidelity's regular course of business, the SFIP declarations page was forwarded to the Holbrooks and JoAnn Daleo of Auto Club.

11. Attached to this Affidavit are true and correct copies of the declarations page, July 25, 2005 (Attachment A) and the correspondence requesting the additional premium of $342.00. (Attachment B)

12. The Plaintiffs made a claim under their SFIP for damages resulting from Hurricane Katrina.

13. Fidelity contacted Colonial Claims Corporation ("Colonial"), an independent adjusting company, to assist the insureds, Mr. and Mrs. Holbrook, in presenting their flood claim.

14. It is my understanding from a review of the claims file maintained by Fidelity in the normal course of business that Colonial assigned Will Jerden, an independent adjuster, to assist the Plaintiffs.

15. It is my understanding from a review of the claims file Mr. Jerden contacted the Holbrooks and arranged for an inspection of the insured property.

16. It is my understanding from a review of the claims file Mr. Jerden inspected the property on September 18, 2005.

17. It is my understanding from a review of the claims file maintained by Fidelity in the normal course of business that Fidelity paid the Plaintiffs their policy limits in the amount of $111,600 for building damages and $20,000 for personal property (contents) damages for a total payment of $131,600.00.

18. The statements contained in this Affidavit are true and correct to the best of my information, knowledge and belief; if called to trial or hearing of this matter, I would testify the same, under the penalty of perjury.

_____
DEBORAH S. PRICE

Before me, the undersigned Notary Public, on this day personally appeared Deborah S. Price, who, being known to me or after presenting her personal identification, and being duly sworn, stated under oath that she has read the foregoing Affidavit, and that the information contained therein is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME on this 30th day of November 2007.

_____
Notary Public

DIANE E. WELLS
MY COMMISSION EXPIRES
December 23, 2009

# ATTACHMENT A



P.O. Box 33003
St. Petersburg, Fl 33733-8003
1-877-426-1222

BFL 99 004 0605
0658510
7/25/05

2000 00000 FLD RGLR
Policy Type

## FLOOD DECLARATIONS PAGE

| Policy Number | Prior Policy Number | New Business | FLD RGLR |
|---|---|---|---|
| 17 7700764020 00 | | Date of Issue 7/25/05 | Dwelling Form |

| Policy Period | Term | Inception Date | Code | Phone |
|---|---|---|---|---|
| From: 6/30/05 To: 6/30/06  12:01 am Standard Time | 1 yr(s) | 6/30/05 12:01am | 0045603 | (504)838-7500 |

Agent (504)838-7500
JO ANN DALEO-AAA
3445 N CAUSEWAY BLVD # 200
METAIRIE LA 70002

APRIL LEIGH MERCHANT HOLBROOK
RONALD ANDREW HOLBROOK
6123 CHARLOTTE DR
NEW ORLEANS LA 70122-2733

Insured Location (if other than above)
6123 CHARLOTTE DR, NEW ORLEANS LA 70122-2733

### Rating Information

Building Description  Single Family
# of Floors           One Floor
Basement/Enclosure    None

Community Name    NEW ORLEANS/ORLEANS PARISH
Community #       225203
Community Rating  08 / 10%
Program Status    Regular
Risk Zone         A05

Condo Type            N/A
# of Units            0
Adjacent Grade        0
Elevation Difference  N/A

Location Description
Contents Location   Lowest Floor Only Above Ground Level

| Coverage | | Deductible | Premium |
|---|---|---|---|
| BUILDING | $111,600 | $1000 | $589.00 |
| CONTENTS | $20,000 | $500 | $192.00 |
| | | ANNUAL SUBTOTAL: | $781.00 |
| | | DEDUCTIBLE CHARGE: | $39.00 |
| | | ICC PREMIUM: | $75.00 |
| | | COMMUNITY DISCOUNT: | $90.00 |
| | | TOTAL WRITTEN PREMIUM: | $805.00 |
| | | FEDERAL POLICY SERVICE FEE: | $30.00 |
| | | TOTAL PREMIUM: | $835.00 |
| | | Premium paid by: | 1st Mortgagee |

**THIS IS NOT A BILL**

DEAR MORTGAGEE
The Reform Act of 1994 requires you to notify the WYO company for this policy within 60 days of any changes in the servicer of this loan.

The above message applies only when there is a mortgagee on the insured location.

### Special Provisions

This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See II. Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company. Coverage Limitations may apply. Please refer to your Flood Insurance Policy for details.

### Forms and Endorsements

BFLD99.100 0503 0503      GFLD99.311 0103 0102

This policy is issued by
Fidelity National Property and Casualty

EXHIBIT
P-10
MM-71307-RH

Copy Sent To: As indicated on back or additional pages, if any.

HOL 0034

0045603177700764020005206000008         Insured

# ATTACHMENT B

 **FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY**

7/25/05                                        Flood Policy Number:   17 7700764020   00

APRIL LEIGH MERCHANT HOLBROOK
6123 CHARLOTTE DR
NEW ORLEANS LA 70122-2733

                                        REQUESTED COVERAGE:
                              Bldg: $183,000       Cont: $40,000
                                        LOWERED COVERAGE:
                              Bldg: $111,600       Cont: $20,000

Dear Flood Insurance Customer:

Your Flood Insurance policy has been issued with lower limits of coverage than were originally requested because the submitted premium was inadequate.

Additional coverage limits may be purchased and added by endorsement to the policy.  If you wish to increase your building and/or contents to the originally requested amounts, you may submit an additional premium of $342.00    .  If payment is received by 8-24-05    , the policy will be restored from its inception to provide flood coverage in the amount initially requested.

Please provide either elevation certificate or additional premium.

Thank you,

Flood Customer Service Department

cc:     JO ANN DALEO-AAA
        3445 N CAUSEWAY BLVD # 200
        METAIRIE LA        70002

                                                                    Loan Number:

cc:     NATIONAL CITY BANK OF INDIANA
        ISAOA ATIMA
        PO BOX 1024
        DAYTON OH 45401-1024

EXHIBIT P-9
MY-7/307-RH

HOL 0060

POLICY INFORMATION:   P.O. BOX 33003/ST.PETERSBURG, FLORIDA 33733-8003     1-800-820-3242
CLAIMS:               P.O. BOX 33064/ST.PETERSBURG, FLORIDA 33733-8064     1-800-725-9472
FAX:                                                                       1-877-270-4329