# EXHIBIT 5

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## NATIONAL FLOOD INSURANCE PROGRAM
### ELEVATION CERTIFICATE

O.M.B. No. 3067-0077
Expires December 31, 2005

Important: Read the instructions on pages 1 - 7.

**SECTION A - PROPERTY OWNER INFORMATION**

For Insurance Company Use:
Policy Number
Company NAIC Number

BUILDING OWNER'S NAME: CLASSIQUE RENOVATION

BUILDING STREET ADDRESS (Including Apt., Unit, Suite, and/or Bldg. No.) OR P.O. ROUTE AND BOX NO.
6762 COLBERT ST.

CITY: NEW ORLEANS   STATE: LA   ZIP CODE: 70124

PROPERTY DESCRIPTION (Lot and Block Numbers, Tax Parcel Number, Legal Description, etc.)
Lot 43-44  Sq 119  Sub: LAKEVIEW  Dist: SECOND

BUILDING USE (e.g., Residential, Non-residential, Addition, Accessory, etc. Use a Comments area, if necessary.)
Residential

LATITUDE/LONGITUDE (OPTIONAL)  HORIZONTAL DATUM:  □ NAD 1927  □ NAD 1983   SOURCE: □ GPS (Type)___ □ USGS Quad Map  □ Other

**SECTION B - FLOOD INSURANCE RATE MAP (FIRM) INFORMATION**

B1. NFIP COMMUNITY NAME & COMMUNITY NUMBER: CITY OF NEW ORLEANS, 225203
B2. COUNTY NAME: ORLEANS
B3. STATE: LA
B4. MAP AND PANEL NUMBER: 225203 0095
B5. SUFFIX: E
B6. FIRM INDEX DATE: 03/01/1984
B7. FIRM PANEL EFFECTIVE/REVISED DATE: 03/01/1984
B8. FLOOD ZONE(S): A-3
B9. BASE FLOOD ELEVATION(S): -1.50

B10. Indicate the source of the Base Flood Elevation (BFE) data or base flood depth entered in B9.
□ FIS Profile  ☒ FIRM  □ Community Determined  □ Other (Describe):

B11. Indicate the elevation datum used for the BFE in B9:  ☒ NGVD 1929  □ NAVD 1988  □ Other (Describe):

B12. Is the building located in a Coastal Barrier Resources System (CBRS) area or Otherwise Protected Area (OPA)?  □ Yes  ☒ No
Designation Date: _____

**SECTION C - BUILDING ELEVATION INFORMATION (SURVEY REQUIRED)**

C1. Building elevations are based on:  □ Construction Drawings*  ☒ Building Under Construction*  □ Finished Construction
*A new Elevation Certificate will be required when construction of the building is complete.

C2. Building Diagram Number ___ (Select the building diagram most similar to the building for which this certificate is being completed - see pages 6 and 7. If no diagram accurately represents the building, provide a sketch or photograph.)

C3. Elevations - Zones A1-A30, AE, AH, A (with BFE), VE, V1-V30, V (with BFE), AR, AR/A, AR/AE, AR/A1-A30, AR/AH, AR/AO. Complete Items C3.a-i below according to the building diagram specified in Item C2. State the datum used. If the datum is different from the datum used for the BFE in Section B, convert the datum to that used for the BFE. Show field measurements and datum conversion calculation. Use the space provided or the Comments area of Section D or Section G, as appropriate, to document the datum conversion.

Datum: NAVD   Conversion/Comments: VERTICON CONVERSION 0.29' +/-
Elevation reference mark used: U149   Does the elevation reference mark used appear on the FIRM?  □ Yes  ☒ No

□ a) Top of bottom floor (including basement or enclosure) ... -2.35 ft.(m)
□ b) Top of next higher floor ... N/A ft.(m)
□ c) Bottom of lowest horizontal structural member (V zones only) ... N/A ft.(m)
□ d) Attached garage (top of slab) ... N/A ft.(m)
□ e) Lowest elevation of machinery and/or equipment servicing the building (Describe in a Comments area.) ... N/A ft.(m)
□ f) Lowest adjacent (finished) grade (LAG) ... -7.60 ft.(m)
□ g) Highest adjacent (finished) grade (HAG) ... -5.50 ft.(m)
□ h) No. of permanent openings (flood vents) within 1 ft. above adjacent grade 0.00
□ i) Total area of all permanent openings (flood vents) in C3.h   0.00 sq. cm

**SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION**

This certification is to be signed and sealed by a land surveyor, engineer, or architect authorized by law to certify elevation information. I certify that the information in Sections A, B, and C on this certificate represents my best efforts to interpret the data available. I understand that any false statement may be punishable by fine or imprisonment under 18 U.S. Code, Section 1001.

LICENSE NUMBER: 1050
CERTIFIER'S NAME: JAMES F. COUTURE
COMPANY NAME: Gilbert, Kelly & Couret, Inc.
TITLE: PROFESSIONAL LAND SURVEYOR
ADDRESS: 3121 N. Causeway Blvd. Suite 121
CITY: Metairie   STATE: LA   ZIP CODE: 70001
DATE: 02/05/2002
TELEPHONE: 504-836-2121
SIGNATURE: [signed]

See reverse side for continuation.   Replaces all previous editions.

FEMA Form 81-31, January 2003

EXHIBIT P-12
MB-71307-RH

AAA-0043