# EXHIBIT 6

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4  RONALD A. HOLBROOK        *
    and APRIL HOLBROOK        *
 5                            *  CIVIL ACTION
                              *  NO.06-2617
 6         VERSUS             *
                              *  SEC. K
 7                            *  JUDGE DUVAL
    AAA INSURANCE AGENCY      *
 8  INC, AND FIDELITY         *
    NATIONAL PROPERTY AND     *
 9  CASUALTY INSURANCE        *  MAG.3
                              *  MAGISTRATE JUDGE KNOWLES
10  *  *  *  *  *  *  *  *
11
12
13
14           Deposition of JO-ANN DALEO, taken
15  at the offices of Sessions, Fishman & Nathan,
16  LLP, 3850 North Causeway Boulevard, Lakeway
17  II, Suite 1240, Metairie, Louisiana, on
18  Friday, July 13, 2007, at 5:00 p.m.
19
20
21
22
23
24
25
```

**JOHNS, PENDLETON & ASSOCIATES, INC.**
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101　　　　　619 JEFFERSON HIGHWAY, SUITE 2G
METAIRIE, LA 70005　　　　　　　　　　BATON ROUGE, LA 70806
PHONE (504) 219-1993　　　　　　　　　(225) 922-4527

1  A   That, I can't remember. But I would
2  have looked at him and said there's no use in
3  doing it.
4  Q   Well, if it would have satisfied him,
5  that would have been a reason?
6  A   Well, yeah; but --
7  Q   I'm not being argumentative.
8  A   I understand. But it would have been
9  of no use because we can't submit something
10 that's not correct. It's regulated, and this
11 is it.
12 Q   When you ran the quotes with the
13 correct elevation certificate that he brought
14 in, did you get the same numbers that were
15 being quoted to him?
16 A   Which numbers were quoted to him?
17 Q   The additional higher amount that he
18 needed to pay?
19 A   Yes.
20 Q   You got the exact number?
21 A   Yes; because we came up with the same
22 $300-something.
23 Q   Do you have any records to show this?
24 A   Unfortunately, we didn't print it.
25 The only thing I can think is that day we were