UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ROAD HOME | SECTION "K"(2) |

## ORDER

For the reasons assigned orally in open court on November 14, 2007,

**IT IS ORDERED** that the Motion to Remand filed by the State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, Office of Community Development, (Doc. 8319) is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Remand Regarding MMTJA is **DENIED AS MOOT**.

New Orleans, Louisiana, this  3rd  day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE