UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: | <br>SECTION "K"(2) |
| *Call*       C.A. No. 07-5769<br>*Ansardi*    C.A. No. 07-5767<br>*Alexander* C.A. No. 07-5768<br>*Kramer*    C.A. No. 07-5960<br>*Bruton*     C.A. No. 07-5961 | |

### ORDER

Motions to Dismiss were filed in the above-referenced cases which cannot be heard at this time considering the stay that was ordered on November 26, 2007, (Doc. 9227) in the Insurance Umbrella pending a decision by the Supreme Court for the State of Louisiana in the *Sher* matter. Accordingly,

**IT IS ORDERED** that the Motions to Dismiss or, in the Alternative, Motions for More Definite Statement filed in the above-numbered cases which are Document Nos. 9080, 9209, 9082, 9079 and 9213 are **DISMISSED without prejudice to be re-noticed upon the lifting of the stay.**

**IT IS FURTHER ORDERED** that the Request for Oral Argument (Doc. 9219) is **DENIED** at this time but may be re-urged upon the re-noticing of the above-listed motions.

New Orleans, Louisiana, this  3rd  day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE