# United States District Court

## EASTERN DISTRICT OF LOUISIANA



MICHEAL MENDOZA, ET AL

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-5097"K"(2)

UNITED STATES OF AMERICA ARMY
CORPS OF ENGINEERS

TO: (Name and address of defendant)

United States Army Corps of Engineers

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Kavanagh
810 Union Street, 2nd Floor
New Orleans, LA 70112

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

(By) Deputy Clerk

August 29, 2007
Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | November 20, 2007 |
| NAME OF SERVER (PRINT)<br>David E. Kavanagh | TITLE<br>Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via Certified Mail, Return Receipt requested on November 21, 2007.  please see attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 29, 2007
Date

Signature of Server

810 Union St., 2nd Floor, N.O., LA 70112
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.