

# WEEKS, KAVANAGH & RENDEIRO

A PROFESSIONAL LAW CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
HIBERNIA HOMESTEAD BUILDING
810 UNION STREET • SECOND FLOOR
NEW ORLEANS, LOUISIANA
70112

B. GERALD WEEKS
DAVID E. KAVANAGH
GINO J. RENDEIRO

TELEPHONE 504 / 529-
FAX 504 / 529-3700
TOLL FREE 800 / 529-5
wkrlaw@aol.com

November 20, 2007

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

United States of America, Department of the Army
Corp of Engineers
U.S. Army Engineer District, New Orleans
P.O. Box 60267, CEMVN-OC
New Orleans, LA 70160-0267

Re: Micheal Mendoza, et al. v. The United States of America, et al.
USDC No. 2007-5097

Dear Sir/Madam:

I enclose herewith our Complaint which is being served on you, party defendant in the above matter, pursuant to Rule 4 of the Federal Rules of Civil Procedure. Please answer within the legal delays allowed by law.

With kindest regards, I remain

Cordially,

David E. Kavanagh

DEK/klm
Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: U.S. America, Dept. of the Army
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4:

Article Number: 7007 0220 0000 7248 1152

PS Form 3800, August 2006      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *h. Harris*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): *ph*
C. Date of Delivery

1. Article Addressed to:
United States of America, Dept. of the Army
Corp. of Engineers
U.S. Army Engineer District, New Orleans
P.O. Box 60267, CEMVN-OC
New Orleans, LA 70160-0267

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

(Postmark: MOWS NEW ORLEANS LA 70113 NOV 21 2007)

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0000 7248 1152

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540