## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: | SECTION: "K" (2) |
| 07-5323 | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF DISMISSAL OF THE PUBLIC BELT RAILROAD COMMISSION OF NEW ORLEANS.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Imperial Trading Co., Inc. ("Imperial"), respectfully submits this Notice of Voluntary Dismissal of The Public Belt Railroad Commission of New Orleans ("Public Belt Railroad") and hereby dismiss Public Belt Railroad as a party to this lawsuit without prejudice. In accordance with Rule 41(a)(1)(i), Imperial certifies that Public Belt Railroad has not filed an answer or motion for summary judgment in response to their Petition for Damages.

Respectfully submitted:

/s/ James M. Garner
JAMES M. GARNER , #19589
DARNELL BLUDWORTH, # 18801
R. SCOTT HOGAN, #29911
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR IMPERIAL TRADING CO, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 3rd, 2007 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ James M. Garner
James M. Garner