AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT LA

2007 DEC 3 PM 4:33

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| NANCY COLLINS CATER, ET AL | SUMMONS IN A CIVIL CASE |
| V. | Case Number: 07-4887 "K" (2) |
| UNITED STATES OF AMERICA, ET AL | |

TO: (Name and address of defendant)

United States of America
U.S. Attorney, E.D. La.
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA    70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rodney Glenn Cater
Cater & Associates, LLC
124 S. Clark St.
New Orleans, LA 70119

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **Loretta G. Whyte** | **August 28, 2007** |
| Clerk | Date |
| B. Gregory | |
| (By) Deputy Clerk | |

___ Fee
___ Process
_X_ Ckld
___ CtRmDep
___ Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11-20-9 |
| NAME OF SERVER (PRINT)  Stephen K Mote | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: __X Shendyl__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11-20-07__
              Date

Signature of Server

Address of Server: Legal Wings, Inc.
P.O. Box 8494
Metairie, LA 700118494

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.