# MOULEDOUX, BLAND, LEGRAND & BRACKETT

A Professional Limited Liability Company

Writer's E-mail:
bemory@mblb.com

November 30, 2007

**RECEIVED NOV 30 2007 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.**

**VIA FACSIMILE (504) 589-7633**
The Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge, Div. 2, U.S. District Court
Eastern District of Louisiana
Room B409, Hale Boggs Bldg.
500 Poydras Street
New Orleans, LA 70130

Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
C.A. No. 05-4182 "K" (2), Applies to "Barge"
*Boutte v. Lafarge* C.A. No. 05-5531
*Mumford v. Ingram* C.A. No. 05-5724
*Lagarde v. Lafarge* C.A. No. 06-5342
*Perry v. Ingram Barge* C.A. No. 06-6299
*Benoit v. Lafarge* C.A. No. 06-7516
*Parfait Family v. USA* C.A. No. 07-3500
*LNA v. USA* C.A. No. 07-5178
U.S. District Court, E.D. of La.
Our Ref. 0948-07106

Dear Magistrate Judge Wilkinson:

In accordance with Case Management Order No. 5, Zito Fleeting, LLC and Zito Fleeting, Inc. are grouped with Lafarge North American to make up the Barge Interest party category set forth in Section I(B)(3) of the Case Management Order.

Today Lafarge North America provided its report required under Section V(E)(5) of Case Management Order. Zito hereby adopts the information contained in that report regarding the scheduling of fact depositions.

Respectfully submitted,

C. William Emory

CWE/dgh
Mag Judge Wilkinson001.wpd
cc: All "Barge" Counsel of Record (Via Email)

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No _____

4250 One Shell Square : 701 Poydras Street : New Orleans, Louisiana : 70139-6001
tel 504.595.3000 : fax 504.522.2121 : www.mblb.com