# Montgomery
## Barnett

ATTORNEYS & COUNSELORS AT LAW

3200 ENERGY CENTRE ⋈ 1100 POYDRAS STREET ⋍ NEW ORLEANS, LOUISIANA 70163-3200
504 585 3200 TELEPHONE ⋍ 504 585 7688 FACSIMILE ⋍ WWW.MONBAR.COM

A. GORDON GRANT, JR.

RECEIVED
NOV 30 2007
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

FILED
EASTERN DISTRICT LA
07 DEC -3 PM 4: 2

LORETTA G. WHYTE
CLERK

Direct Office: (504) 585-7681
Direct Fax: (504) 200-8981
Email: ggrant@monbar.com

November 30, 2007

**VIA FACSIMILE (504) 589-7633**
**AND EMAIL mosley@laed.uscourts.gov**
The Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge, Division 2
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

Re:     *In Re: Katrina Canal Breaches Consolidated Litigation*
Eastern District of Louisiana, Docket No. 05-4182, Section "K",(2); BARGE
Our File No. 11724.1

Dear Magistrate Judge Wilkinson:

We represent Defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("American Club") in the above referenced matter, and we are writing pursuant to Case Management Order No. 5, Section V (E)(5) concerning the scheduling of fact depositions. In this regard at this time, the American Club does not intend to request any fact depositions. Counsel for plaintiffs has requested to depose all of the witnesses on the American Club's preliminary list of witnesses, as follows:

1. Edward Flynn
2. Michael Mitchell
3. Raymond Miles
4. Thomas Angiolino
5. Joanne Fedchin
6. Josh Lawson
7. John Del Bagno; and
8. Daniel P. Mecklenborg

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____

All of these witnesses reside outside of Louisiana. Edward Flynn is the only individual who is currently employed with the American Club. We are contacting him to determine when and where he can be available to give his deposition. Mike Mitchell is no longer employed with the American

MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, L.L.P.

The Honorable Joseph C. Wilkinson, Jr.
November 30, 2007
Page 2

Club, but we will also attempt to contact him in order to determine his availability. We will coordinate with plaintiffs' liaison counsel in this regard. The remaining individuals are present or past employees of Lafarge, Lafarge's insurance brokers, and an employee of Ingram Barge. Accordingly, plaintiffs' counsel will need to contact counsel for those respective parties to determine available dates and the location for those depositions.

Sincerely,

A. Gordon Grant, Jr.

AGG, Jr./yam
Enclosures
cc:    All "Barge" Counsel of Record
H:\Prodsolve\Lau Barge 4253 117110\CORRESPONDENCE\Ltr-Wilkinson Jr 01.wpd