UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ALL LEVEE | | |

### ORDER

Considering the foregoing Motion to Enroll Additional Counsel;

**IT IS HEREBY ORDERED** that the following attorneys of the law firm of Orrill, Cordell & Beary, L.L.C., shall be enrolled as additional counsel for Omega Hospital, L.L.C.:

R. RAY ORRILL, JR. (Bar No. 10239)
rrojr@ocblaw.com

GINA PULEIO CAMPO (Bar No. 22139)
gpc@ocblaw.com

AARON Z. AHLQUIST (Bar No. 29063)
aza@ocblaw.com

New Orleans, Louisiana, this __4th__ day of December, 2007.

_____
JUDGE