UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

**PERTAINS TO:**
**INSURANCE**   Civil Action No.: 07-0511
(Cynthia Hebbler)

JUDGE: DUVAL
MAG: WILKINSON

## ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that in accordance with the provisions of Case Management Order No. 4, Section VII, the matter entitled *Cynthia Hebbler v. Standard Fire Insurance Company,* Civil Action No. 07-0511 is hereby bifurcated from the consolidated litigation referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order.

New Orleans, Louisiana this  4th   day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-