# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO. 05-4182<br>§ SECTION "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON |
| PERTAINS TO: | |
| ALL CASES | |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order

Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

---

[1]    This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated November 1, 2007

| Case | Case # | Designation |
|---|---|---|
| Hebbler v. Standard Fire Insurance Company | 07-00511 | Insurance |
| Paddison v. United States Army Corps of Engineers | 07-04225 | Levee |
| Radlauer v. United States Army Corps of Engineers | 07-04226 | Levee |
| Angelo et al v. United States Army Corps of Engineers | 07-04227 | Levee |
| Bowley v. United States Army Corps of Engineers | 07-04271 | Mr. Go |
| Cochran, Sr et al v. United States of America et al | 07-04353 | Mr. Go |
| Lynch et al v. American Security Insurance Company | 07-04384 | Insurance |
| Abrahms et al v. United States of America et al | 07-04386 | Mr. Go |
| Dawn P. Adams v. United States of America et al | 07-04391 | Levee, Mr. Go |
| Abair et al v. United States of America et al | 07-04392 | Levee, Mr. Go |
| Voth v. State Farm Fire and Casualty Insurance Company | 07-04393 | Insurance |
| Junot et al v. State Farm Fire and Casualty Insurance Company | 07-04395 | Insurance |
| Theriot v. State Farm Fire and Casualty Insurance Company | 07-04396 | Insurance |
| Teets v. Allstate Insurance Company | 07-04397 | Insurance |
| Muffet Enterprises, LLC v. United States of America et al | 07-04453 | Mr. Go |
| LeSea Broadcasting Corporation v. New Hampshire Insurance Company | 07-04462 | Insurance |
| Fontenot v. United States Army Corps of Engineers | 07-04504 | Levee |
| Beahm v. United States Army Corps of Engineers | 07-04510 | Levee, Mr. Go |
| Beahm et al v. United States Army Corps of Engineers | 07-04511 | Levee, Mr. Go |
| Alexis et al v. United States of America et al | 07-04519 | Levee, Mr. Go |

| Leonard J. Cline et al v.United States of America et al | 07-04522 | Levee |
| --- | --- | --- |
| Andry et al v.Federal Emergency Management Agency et al | 07-04533 | Responder |
| GuideOne Specialty Mutual Ins. Co v.United States of America et al | 07-04535 | Levee, Mr.Go |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 4st day of December, 2007

JOSEPH M. BRUNO, La. Bar. #3604
Law Offices of Joseph M.Bruno
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**