**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**In Re: KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION NO. 05-4182**

**SECTION "K" (2)**

**PERTAINS TO:**
**INSURANCE**    **Civil Action No.: 06-6394**        **JUDGE: DUVAL**
                          **(Pontiac-Raceland,LLC)**            **MAG: WILKINSON**

**ORDER**

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that in accordance with the provisions of Case Management

Order No. 4, Section VII, the matter entitled *Pontiac-Raceland, LLC v. Transcontinental Insurance*

*Company,* Civil Action No. 06-6394 is hereby bifurcated from the consolidated litigation referring

the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order.

New Orleans, Louisiana this ___4th___ day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-