UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 |
| _____ | | JUDGE: DUVAL SECTION "K" |
| PERTAINS TO INSURANCE: | | |
| *Sean Goodman and his wife, Silvia Goodman vs. vs. Fidelity National Ins. Company, Robert Sheard Insurance Agency, Inc., Robert Sheard and ABC Insurance Co.* Civil Action No.:06-3799 (Goodman, Sean) _____ | | MAGISTRATE: 2 JUDGE: WILKINSON |

## ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

Considering the foregoing Motion for Admission *Pro Hac Vice*,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that attorney Carter R. Hale be admitted *pro hac vice* to appear before this Court as co-counsel for Fidelity National Insurance Company, along with Gerald J. Nielsen and Dorothy L. Tarver of the Nielsen Law Firm, who will remain as local counsel.

New Orleans, Louisiana, this __4th__ day of December ___, 2007.

_____
**UNITED STATES DISTRICT JUDGE**