## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES §
CONSOLIDATED LITIGATION § CIVIL ACTION
§ NO. 05-4182 "K"(2)
§ JUDGE DUVAL
_____ § MAG. WILKINSON
§
PERTAINS TO: §
INSURANCE (Myers, No. 06-8502) §
_____§

## ORDER

Considering the foregoing **Motion for Voluntary Dismissal**;

IT IS ORDERED that the claims made by plaintiff David A. Myers in the above entitled and numbered lawsuit against Lexington Insurance Company be and are hereby voluntarily DISMISSED, with prejudice.

THIS DONE AND SIGNED on the _4th_ day of _December_, 2007, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE