# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: | | |
| ALL CASES | | |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

---

[1] This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated November 1, 2007

| Frank et al v.State Farm Fire & Casualty Company | 06-01386 | Insurance |
|---|---|---|
| Dear Mother's Taste of New Orleans LLC et al v.M. A. Hayes Company et al | 06-05890 | Insurance |
| Hunter v.Republic Fire and Casualty Insurance Company | 06-06866 | Insurance |
| Mehrtens v.Hartford Fire Insurance Company et al | 06-07837 | Insurance |
| Barard v.Lexington Insurance Company | 06-07939 | Insurance |
| DeRouen et al v.Allstate Insurance Company et al | 06-08293 | Insurance |
| DeRouen et al v.Allstate Insurance Company et al | 06-08301 | Insurance |
| Manning et al v.Hanover Insurance Company | 06-10742 | Insurance |
| Willoughby v.United States Corps of Engineers et al | 07-01073 | Mr.Go |
| Lennix et al v.Allstate Insurance Company | 07-01206 | Insurance |
| Germanis et al v.Republic Fire and Casualty Insurance Company | 07-01611 | Insurance |
| Doley v.United States of America et al | 07-05014 | Levee, Mr.Go |
| Azze v.United States Corps of Engineers et al | 07-05146 | Levee |
| Scott v.Encompass Insurance Company of America | 07-07166 | Insurance |
| Brien v.Allstate Insurance Company | 07-07596 | Insurance |
| Team Care Medical Centers, Inc v.Bankers Insurance Company | 07-07691 | Insurance |
| Worgan v.State Farm Fire & Casualty Company | 07-08621 | Insurance |
| Moore et al v.State Farm Fire and Casualty Insurance Company | 07-08622 | Insurance |
| Woniger v.State Farm Fire and Casualty Insurance Company | 07-08623 | Insurance |
| Newman et al v.Allstate Insurance Company | 07-08772 | Insurance |
| Smith Jr. et al v.American Automobile Insurance Company | 07-08806 | Insurance |

| Wallis v.State Farm Fire and Casualty Company | 07-08820 | Insurance |
|---|---|---|
| Harding et al v.American National P&C Company | 07-08938 | Insurance |
| Villavaso v.State Farm Fire & Casualty Company | 07-08945 | Insurance |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 1st day of December 2007

_____

JOSEPH M. BRUNO, La. Bar. #3604
Law Offices of Joseph M.Bruno
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**