UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 JUDGE: DUVAL |
| PERTAINS TO: INSURANCE, RAULT, 06-1734 | * * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENFORCE SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Encompass Insurance Company, and maintains that it is entitled to a Motion Enforcing Settlement in its favor, dismissing plaintiff's claims against it because of a binding settlement agreement was previously reached.  As explained more fully in the attached Memorandum in Support, which is, copied herein extensio, Bonnie Rault, through her attorney of record agreed to compromise and settle all claims against Encompass Insurance Company on November 2, 2007 with the Order Dismissing the case signed on November 7, 2007. The Two settlement agreements were drafted and forwarded to Bonnie Rault through her attorney of record, one for each separate property. The attorneys have agreed upon and resolved the language of the releases.  However, the plaintiffs have not executed the documents.  The checks are available to be distributed.  For these reasons and additional reasons set forth in the accompanying memorandum,

Encompass Insurance Company is entitled to have the above case dismissed with prejudice.

                                              Respectfully Submitted:

                                              S/ Donald F. de Boisblanc, Jr.

Donald F. de Boisblanc      4786  
Donald F. de Boisblanc, Jr.   23462  
J. Rand Smith, Jr.            27090  
Attorneys at Law  
410 South Rampart Street  
New Orleans, Louisiana 70112  
Tel. (504-586-0005  
Fax (504) 586-0007

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading has been served on all known counsel of record by placing the same in the United States mail, postage prepaid and properly addressed, on this 4th day of December 2007.

                                              S/ Donald F. de Boisblanc, Jr.