UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL |
| | * | |
| PERTAINS TO: INSURANCE, | * | MAGISTRATE: WILKINSON |
| <u>RAULT, 06-1734</u> | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>MEMORANDUM IN SUPPORT OF</u>
## <u>MOTION TO ENFORCE SETTLEMENT</u>

MAY IT PLEASE THE COURT:

  In November, 2007, Encompass Insurance Company began settlement negotiations with plaintiff through her attorney of record, Miles P. Clements. On November 2, 2007, a settlement conference was held and an agreement was reached in the amount of $1,250,000.00 (Exhibit A) for his client's property damage claim in exchange for a full release of Encompass Insurance Company.  An Order of Dismissal was signed by the Honorable Stanwood R. Duval, Jr. on November 7, 2007 dismissing the above captioned litigation. (Exhibit B)

  On November 15, 2007 two releases in draft form were sent to Miles P. Clements, one for each property location (Exhibit C) The releases were edited, finalized and re-submitted to the Rault's counsel on November 23, 2007. As of the date of the filing of this pleading, neither the dismissal nor the Receipt and Release have been executed and

returned to our office for filing with the court. The undersigned counsel has made numerous attempts to call and email to obtain the signed releases. The Northline property checks are in the undersigned counsels office and the Slidell property awaits proof of the cancellation of mortgage information promised by the Rault's.

Encompass Insurance Company is entitled to have the above case dismissed. Accordingly, Encompass Insurance Company respectfully requests that this Honorable Court dismiss the above lawsuit per the signed settlement agreement and the November 7, 2007 Order of Dismissal.

          Respectfully Submitted:

          S/ Donald F. de Boisblanc, Jr.
Donald F. de Boisblanc        4786
Donald F. de Boisblanc, Jr.   23462
J. Rand Smith, Jr.            27090
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Tel. (504-586-0005
Fax (504) 586-0007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served on all known counsel of record by placing the same in the United States mail, postage prepaid and properly addressed, on this 4th day of December, 2007.

          S/ Donald F. de Boisblanc, Jr.