## Donald deBoisblanc, Jr

| | |
|---|---|
| **From:** | "Clements, Miles P." <MClements@frilot.com> |
| **To:** | "Steve Lozes" <stevelozes@bellsouth.net> |
| **Cc:** | "Donald deBoisblanc, Jr" <dfdjrlaw@bellsouth.net> |
| **Sent:** | Friday, November 02, 2007 3:05 PM |
| **Subject:** | Rault v. Encompass |

This will confirm settlement reached today for $1,250,000 and that a stipulation of confidentiality will apply.

As discussed with Steve, Mrs. Rault received a payment of $105,000 from the Road Home program.

The Frilot tax id is 72-1284229.

Please advise if you need anything else presently.

Regards.

Miles

Miles P. Clements
FRILOT, L.L.C.
1100 Poydras Street
3600 Energy Centre
New Orleans, Louisiana 70163
Telephone: (504)599-8004
Facsimile: (504)599-8104
Email: mclements@frilot.com

*Exhibit A*

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.503 / Virus Database: 269.15.21/1110 - Release Date: 11/4/2007 9:37 PM

11/30/2007