Donald deBoisblanc, Jr
_____

| | |
|---|---|
| From: | <Efile_Notice@laed.uscourts.gov> |
| To: | <Efile_Information@laed.uscourts.gov> |
| Sent: | Wednesday, November 07, 2007 11:28 AM |
| Subject: | Activity in Case 2:06-cv-01734-SRD-JCW Rault v. Encompass Insurance Company et al Order Dismissing Case |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U. S. District Court

### Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 11/7/2007 at 11:28 AM CST and filed on 11/7/2007
**Case Name:**   Rault v. Encompass Insurance Company et al
**Case Number:**   2:06-cv-1734
**Filer:**
**WARNING: CASE CLOSED on 11/07/2007**
**Document Number:** 59

*[handwritten: Exhibit B]*

**Docket Text:**
ORDER DISMISSING CASE. Signed by Judge Stanwood R. Duval Jr. on 11/7/07.(blg)


**2:06-cv-1734 Notice has been electronically mailed to:**
Steven Michael Lozes   stevelozes@bellsouth.net, lozcam@bellsouth.net
Miles Paul Clements   mclements@frilot.com, brolland@frilot.com, kobrien@frilot.com, smcbride@frilot.com
Donald F. deBoisblanc   dfdsrlaw@bellsouth.net, b4schler@bellsouth.net
Randall A. Smith   rasmith3@bellsouth.net, mmzornes@bellsouth.net
Donald Francis deBoisblanc, Jr   dfdjrlaw@bellsouth.net, b4schler@bellsouth.net, keikel@bellsouth.net
Michelle Purchner   mpurchner@gordonarata.com

**2:06-cv-1734 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=11/7/2007] [FileNumber=2140493-0
] [c0fa708d5f7d7c68498ca5aa7cbd846c7efe23d2d848037377a15ff8b59ab266cd5
b804d8b1d7b8eeea5c2794ecc5c0e8f1eb52d0623253ba7e00132e80164d5]]

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.503 / Virus Database: 269.15.23/1114 - Release Date: 11/6/2007 8:05 PM

11/30/2007