## Donald deBoisblanc, Jr

| | |
|---|---|
| **From:** | "Donald deBoisblanc, Jr" <dfdjrlaw@bellsouth.net> |
| **To:** | "Clements, Miles P." <MClements@frilot.com> |
| **Cc:** | "Steve Lozes" <stevelozes@bellsouth.net> |
| **Sent:** | Thursday, November 15, 2007 4:57 PM |
| **Attach:** | RELEASE 1.doc; RELEASE 2.doc |
| **Subject:** | 2 Rault releases |

Please review the two releases, one for each property.

Donald F. de Boisblanc, Jr., Esq.
de Boisblanc & de Boisblanc
410 South Rampart Street
New Orleans, Louisiana 70112
Tel. (504) 586-0005
Fax. (504) 586-0007


Exhibit B

The information contained in this e-mail and any attachments is/are CONFIDENTIAL and protected by ATTORNEY - CLIENT PRIVILEGE. This e-mail and any attachments are intended solely for the use of the individual or entity to whom it is addressed. Only the contents of this communication as originally written by the author may be binding upon his/her principal/s and only to the extent that the author is authorized to make that commitment, if any. If you are not the intended recipient, be advised you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail and any attachment/s is strictly prohibited.
If you have received this e-mail in error, please delete this message and any attachments and notify this office immediately by return e-mail.