## Donald deBoisblanc, Jr

**From:** "Donald deBoisblanc, Jr" <deboisdl@bellsouth.net>
**To:** "Clements, Miles P." <MClements@frilot.com>
**Cc:** "Steve Lozes" <stevelozes@bellsouth.net>
**Sent:** Friday, November 23, 2007 3:50 PM
**Attach:** RELEASE 1.doc; RELEASE 2.doc
**Subject:** Re: Rault v. Encompass Insurance Company

Dear Mile:

Attached are the changes. I am going to have a talk with my secretary Katie, she sent you an unedited copy of the release.

In regard the checks, I have two checks for Northline in my draw; one is for $1,095,000.00 to Bonnie Rault and the other is $105,000.00 for Bonnie Rault and Louisiana Recovery Authority. I can bring the Northline checks over Monday if you can get the releases signed?

On the Slidell Property I am expecting one check but before I can get it overnighted to my office we need two things:

1) Proof of Argent Mortgage cancellation;
2) A resolution that Clement Realty LLC has authorized you to accept a settlement.

Thanks

Donald

Exhibit D