UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Katrina Canal Breaches | ) | CIVIL ACTION NO.: 05-4182 |
| Consolidated Litigation | ) | |
| | ) | SECTION "K" |
| VERSUS | ) | Judge Duval |
| | ) | |
| PERTAINS TO: | ) | MAG. "M5" |
| INSURANCE (Hartley, No. 07-5458) | ) | Magistrate Wilkinson |

## MOTION TO ENROLL

Defendant Lexington Insurance Company of respectfully moves the Court for an Order allowing Elizabeth A. Chickering, of Gieger, Laborde & Laperouse to enroll as additional counsel on its behalf in the above numbered and titled action.

WHEREFORE, Lexington Insurance Company respectfully moves the Court to allow Elizabeth A. Chickering to enroll as counsel on its behalf.

Respectfully Submitted,

/s/ Margaret L. Sunkel

---
JOHN E. W. BAAY II, T.A. (#22928)
ROBERT I. SIEGEL (#12063)
MARGARET L. SUNKEL(#25888)
ELIZABETH A. CHICKERING (#31099)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:    (504) 561-1011
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system, and by facsimile to all non-participants this 3rd day of December, 2007.

/s/ Margaret L. Sunkel

---
MARGARET L. SUNKEL