UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * * * * * | CIVIL ACTION 05-4182 MAGISTRATE 2 SECTION "K" |
| PERTAINS TO: 07-4944 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on defendant, The Southeast Louisiana Flood Protection Authority East's Motion to Dismiss is hereby set on the **26th day of December, 2007 at 9:30 a.m.**

        Respectfully submitted,

        DUPLASS, ZWAIN, BOURGEOIS,
        MORTON, PFISTER & WEINSTOCK

        s/Jennifer M. Morris
        _____
        LAWRENCE J. DUPLASS #5199
        ANDREW D. WEINSTOCK #18495
        JENNIFER M. MORRIS #29936
        3838 North Causeway Boulevard, Suite 2900
        Metairie, Louisiana  70002
        Telephone:  (504) 832-3700
        Facsimile:  (504) 837-3119
        **Counsel for Defendant, Board of Commissioners, The Southeast Louisiana Flood Protection Authority East**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

s/ Jennifer M. Morris

**JENNIFER M. MORRIS**