UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * <br> * CIVIL ACTION <br> * <br> * NO. 05-4182 |
| PERTAINS TO: BARGE and MRGO | * and consolidated cases <br> * <br> * SECTION "K" (2) <br> * <br> * |
| | * JUDGE <br> * STANWOOD R. DUVAL, JR. <br> * |
| *Parfait Family v. USA*   07-3500 | * MAG. <br> * JOSEPH C. WILKINSON, JR. <br> * |

ORLEANS LEVEE DISTRICTS MEMORANDUM IN OPPOSITIONTO THE
MOTION FOR LEAVE TO SEVER AND RECONSOLIDATE AND TO AMEND
CLASS ACTION COMPLAINTS ACCORDINGLY

MAY IT PLEASE THE COURT:

Defendant, the Orleans Levee District ("O.L.D."), through undersigned counsel, respectfully adopts, as its own, the reasons set forth in Washington Group International, Inc.'s ("WGII") Motion and Memorandum in Opposition to the Motion for Leave to Sever and Reconsolidate and to Amend Class Action Complaints [Doc. 9325], in opposition to the Ex Parte Motion for Leave to Sever and Reconsolidate and to Amend Class Action Complaints Accordingly [Doc. 8698] ("Motion to Sever") filed by the

- 1 -

Parfait Family, *et al.*, and the BARGE Plaintiff Subgroup Litigation Committee. For the reasons clearly set forth in WGII's motion and memorandum, including principally judicial economy and the prohibition against splitting claims, the Plaintiffs' Motion to Sever should be denied.

                                        Respectfully submitted,

                                        /s/ *[signature]*
                                        THOMAS P. ANZELMO, T.A. (#2533)
                                        MARK E. HANNA (#19336)
                                        KYLE P. KIRSCH (#26363)
                                        ANDRE J. LAGARDE (#28649)
                                        DARCY E. DECKER (#30469)
                                        MCCRANIE, SISTRUNK, ANZELMO,
                                        HARDY, MAXWELL & MCDANIEL
                                        3445 N. Causeway Boulevard, Ste. 800
                                        Metairie, LA  70002
                                        Telephone:  (504) 831-0946
                                        Facsimile:  (504) 831-2492

                                                  -and-

                                        JAMES L. PATE (#10333)
                                        BEN L. MAYEAUX (#19042)
                                        Laborde & Neuner
                                        One Petroleum Center, Suite 200
                                        1001 West Pinhook Road, Suite 200
                                        Post Office Drawer 52828
                                        Lafayette, LA 70505-2828
                                        Telephone: (337) 237-7000
                                        ATTORNEYS FOR O.L.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2007, a copy of the above and foregoing documents was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants

MARK E. HANNA (#19336)
mhanna@mcsalaw.com