UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * * * * * | CIVIL ACTION<br>05-4182<br>MAGISTRATE 2<br>SECTION "K" |
| PERTAINS TO: 07-4775<br>MURPHY BUILDING CORP | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on defendant, The Southeast Louisiana Flood Protection Authority East's Motion to Dismiss is hereby set on the **26th day of December, 2007 at 9:30 a.m.**

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **MORTON, PFISTER & WEINSTOCK**

        s/Jennifer M. Morris
        _____
        **LAWRENCE J. DUPLASS #5199**
        **ANDREW D. WEINSTOCK #18495**
        **JENNIFER M. MORRIS #29936**
        3838 North Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        **Counsel for Defendant, Board of Commissioners, The Southeast Louisiana Flood Protection Authority East**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 4th day of December, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

                             s/ Jennifer M. Morris

                             **JENNIFER M. MORRIS**