# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | **CIVIL ACTION** |
| LITIGATION | * | **05-4182** |
| | * | **MAGISTRATE 2** |
| | * | **SECTION "K"** |
| | * | |

**PERTAINS TO: 07-4851**                                 *
**SIX FLAGS**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes The Southeast Louisiana Flood Protection Authority East ("SLFPA"), who respectfully moves this Honorable Court to dismiss with prejudice plaintiffs' claims against it pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure.

**WHEREFORE**, after due consideration is had, and for the reasons set forth in the attached Memorandum in Support hereof, defendant respectfully requests that plaintiffs' claims against SLFPA should be dismissed with prejudice.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

S/Jennifer M. Morris

**LAWRENCE J. DUPLASS #5199**
**ANDREW D. WEINSTOCK #18495**
**JENNIFER M. MORRIS #29936**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Counsel for Defendant, The Southeast Louisiana Flood Protection Authority East**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 4th day of December, 2007 a copy of the foregoing Board of Commissioners for the Southeast Louisiana Flood Protection Authority East was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

S/Jennifer M. Morris

**JENNIFER M. MORRIS (#29936)**