## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## NOTICE OF SUBPOENA REQUIRING THE PRODUCTION OF DOCUMENTS

Pursuant to the Court's Case Management and Scheduling Order No.5, entered September 18, 2007 (Docket No. 7724), and as subsequently amended ("CMO No.5"), PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Lafarge North America Inc. ("LNA") caused on November 30, 2007, a subpoena duces tecum ("subpoena") to be issued by the United States District Court for the Northern District of California upon the Independent Levee Investigation Team ("ILIT"), led by the University of California at Berkeley and funded in part by the University of California at Berkeley Center for Technology Research in the Interest of Society ("CITRIS"). The Subpoena has been directed to CITRIS, located at 281 Hearst Memorial Mining Building #1764, University of California, Berkeley, Berkeley, California 94720-1764.

LIBW/1663597.3

The subpoena requires the production of documents as described and designated in the attached Schedule A, at 10:00 a.m., December 28, 2007, at the offices of Goodwin Procter LLP, Three Embarcadero Center, 24th Floor, San Francisco, California 94111.

Dated: December 4, 2007          Respectfully submitted,


                                  Respectfully submitted,

                                  Robert B. Fisher, Jr., T.A. (#5587)
                                  Derek A. Walker (#13175)
                                  Ivan M. Rodriguez (#22574)
                                  Parker Harrison (#27538)
                                  **CHAFFE MCCALL, L.L.P.**
                                  2300 Energy Centre
                                  1100 Poydras Street
                                  New Orleans, LA 70163-2300
                                  Telephone:  (504) 585-7000
                                  Facsimile:  (504) 585-7075
                                  Fisher@chaffe.com
                                  Walker@chaffe.com
                                  Harrison@chaffe.com

                                   /s/ John D. Aldock
                                  John D. Aldock
                                  Richard M. Wyner
                                  Mark S. Raffman
                                  **GOODWIN PROCTER LLP**
                                  901 New York Avenue, N.W.
                                  Washington, DC 20001
                                  Telephone:  (202) 346-4240

                                  Daniel A. Webb (#13294)
                                  **SUTTERFIELD & WEBB, LLC**
                                  Poydras Center
                                  650 Poydras Street, Suite 2715
                                  New Orleans, LA 70130
                                  Telephone:  (504) 598-2715

                                  *Attorneys for Lafarge North America Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Subpoena Requiring the Production of Documents, Subpoena and Schedule A has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this December 4, 2007.

    /s/ John D. Aldock