AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| Northern | DISTRICT OF | California |

In re: Katrina Canal Breaches Consolidated Litigation

V.

Pertains to: BARGE

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-4182 "K" (2) USDC EDLA

TO: Independent Levee Investigation Team, UC Berkeley
Center for Technology Research in the Interest of Society
281 Hearst Memorial Mining Building, UC Berkeley
Berkelely, CA 94720-1764

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See attached Schedule A.

| PLACE | DATE AND TIME |
| --- | --- |
| Goodwin Procter LLP<br>Three Embarcadero Center, 24th Floor, San Francisco, California 94111 | 12/28/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] | 11/30/2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Robert Bader, Goodwin Procter LLP, Three Embarcadero Center, 24th Floor, San Francisco, California 94111
(415) 733-6000 — Counsel for Lafarge North America Inc.

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

ROBERT BADER
GOODWIN PROCTER LLP
3 Embarcadero Center, 24th Floor
San Francisco, CA 94111
Telephone: (415) 733-6000
Attorney for: LaFarge North America Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE : KATRINA CANAL BREACHES CONSOLIDATED LITIGATION; PERTAINS TO: BARGE

Ref#: 226532    *   **PROOF OF SERVICE**    Case No.: 05-4182 "K" (2) USDC EDLA

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUBPOENA IN A CIVIL CASE; SCHEDULE A

in the within action by personally delivering true copies thereof to the person named below, as follows:

        Witness          : INDEPENDENT LEVEE INVESTIGATION TEAM, UC BERKELEY

        By serving       : Leslie Fales, Authorized Agent

        Address          : Center for Technology Research of Society
                           281 Hearst Memorial Mining Bldg.
                           Berkeley, CA 94720

        Date of Service: November 30, 2007

        Time of Service: 1:30 PM

        Witness fees   : Were not demanded or paid

Person who served papers:
JENNIFER MARTINEZ
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $105.50
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 945
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 30, 2007                    Signature _/s/ Jennifer Martinez_

## SCHEDULE A

This subpoena is to be answered in accordance with the provisions of Federal Rule of Civil Procedure 45(d)(1) and in accordance with the following definitions and instructions:

LNA adopts the definitions and instructions in the subpoena served by Washington Group International, Inc. ("WGII") on the Independent Levee Investigation Team ("ILIT") on November 19, 2007.

### SPECIFICATIONS OF DOCUMENTS TO BE PRODUCED

1) documents, including statements of eyewitnesses or other interviews provided to ILIT, reflecting instances in which residents of the Lower Ninth Ward in New Orleans, Louisiana or others encountered difficulty dewatering excavations in or near the EBIA

2) documents reflecting reports of underseepage and/or ponding of water along the Industrial Canal at the west edge of the Lower Ninth Ward in New Orleans

3) documents, including statements or other interviews provided to ILIT, reflecting complaints or other expressions of concern by residents of the Lower Ninth Ward and St. Bernard Parish concerning underseepage and/or ponding of water along the Industrial Canal, including who made those complaints, when those complaints were made, and to whom those complaints were made

4) documents supporting the conclusion you made in Chapter 11, page 11-5 of your July 31, 2006 Final Report that the "main breaches that were the principal source of flooding for both the 81. St. Bernard/Lower Ninth Ward protected area and the New Orleans East protected area were the levee frontages facing 'Lake' Borgne (which is actually a bay, as it is connected directly to the Gulf of Mexico)"

5) documents reflecting that WGII was made aware or warned of underseepage of water along the Industrial Canal, particularly in the EBIA

6) documents reflecting that any other person (including, but not limited to any natural person or any business, legal, or government entity or association) was made aware or warned of underseepage of water along the Industrial Canal, particularly in the EBIA

7) documents requests or other requests for information from ILIT to McElwee Brothers, Inc. or any other individual in connection with your investigation of Hurricane Katrina and its effects in the Industrial Canal and your preparation of your July 31, 2006 Final Report, or any interim drafts thereof

8) documents provided to ILIT by McElwee Brothers, Inc. or any other individual in connection with your investigation of Hurricane Katrina and its effects in the Industrial Canal and your preparation of your July 31, 2006 Final Report, or any interim drafts thereof

LIBW/1663597.2

9) documents reflecting instances of disagreement among any members of the ILIT regarding conclusions in your July 31, 2006 Final Report, or any interim drafts thereof

10) documents reflecting theories examined or investigated by ILIT surrounding the breaches of the levees and flood walls along the EBIA in the Industrial Canal at the west edge of the Lower Ninth Ward in New Orleans

11) documents relating to the conclusion that the barge ING 4727 did not cause any of the breaches in the Inner Harbor Navigational Canal

12) documents relating to the conclusion that factors other than the barge ING 4727 caused the breaches in the Inner Harbor Navigational Canal

13) documents relating to individuals who were present in the Lower Ninth Ward during Hurricane Katrina

LIBW/1663597.2