MINUTE ENTRY
DUVAL, J.
December 4, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                                                                NO. 05-4182

PERTAINS TO:  *Robinson*     C.A. No. 06-2268

      Attending a telephonic status conference  held this day were:

      Pierce O'Donnell and Joseph Bruno for plaintiffs and

      Robin Smith for the United States.

The purpose of the meeting was to discuss the United States' Motion for Summary Judgment on the § 702c immunity issue which is presently scheduled to be heard on March 12, 2007. Plaintiffs had filed a statement concerning this pre-filing meeting in which they informed the Court of their intention to file a cross-motion. After discussion, consultation, and agreement,

      **IT IS ORDERED** that the schedule concerning the Motion for Summary Judgment based on § 702c Immunity contained in the Revised *Robinson* Case Management Order No. 1 (Doc. 3603), as amended is **AMENDED** as follows:

| | |
|---|---|
| January 11, 2008 | Cross-Motions for Summary Judgment shall be filed. |
| February 1, 2008 | Opposition to said motions shall be filed. |
| February 15, 2008 | Reply briefs shall be filed |
| March 11, 2008 | Hearing on these motions shall commence at 9:00 a.m. |

**IT IS FURTHER ORDERED** that with the cross-motions, counsel shall submit a single list of contested facts and uncontested facts.  In the event a party considers any such "fact' as irrelevant, it shall be duly noted with a succinct explanation as to why it should be so considered.

**IT IS FURTHER ORDERED** that a joint set of exhibits shall be submitted on January 11, 2008.

**IT IS FURTHER ORDERED** that the following page limits shall apply:

40 pages for the Memorandum in Support of the Motion for Summary Judgment.

30 pages for the Opposition to the opponent's Motion for Summary Judgment

20 pages for a Reply Brief.

No sur-reply brief shall be allowed.

JS-10:  35 MINS.