**Exhibit A1**

1. Automobile Club Inter-Insurance Exchange, domiciled in the State of Missouri, with its principle place of business in Missouri, which has appointed the Louisiana Secretary of State as its agent for service of process;

2. Automobile Club Family Insurance Company, domicile and principal place of business unknown, but upon information and belief are a foreign insurer, domiciled in a state other than Louisiana, but which has appointed the Louisiana Secretary of State as its agent for service of process;

3. Allstate Indemnity Company, a foreign insurer with its domicile and principle place of business in Illinois, which has appointed the Louisiana Secretary of State as its agent for service of process;

4. Allstate Insurance Company, a foreign insurer with its domicile and principle place of business in Illinois, which has appointed the Louisiana Secretary of State as its agent for service of process;

5. Balboa Insurance Company, a foreign insurer with its domicile and principle place of business in California, which has appointed the Louisiana Secretary of State as its agent for service of process;

6. Farmers Insurance Exchange, a foreign insurer with its domicile and principle place of business in California, which has appointed the Louisiana Secretary of State as its agent for service of process;

7. Fidelity National Insurance Company, a foreign insurer with its domicile and principle place of business in Florida, which has appointed the Louisiana Secretary of State as its agent for service of process;

8. Fidelity National Property and Casualty Insurance Company, a foreign insurer with its domicile and principle place of business in Florida, which has appointed the Louisiana Secretary of State as its agent for service of process;

9. The Hanover Insurance Company, a foreign insurer with its domicile and principle place of business in Massachusetts, which has appointed the Louisiana Secretary of State as its agent for service of process;

10. Hartford Insurance Company of the Midwest, a foreign insurer with its domicile and principle place of business in Connecticut, which has appointed the Louisiana Secretary of State as its agent for service of process;

11. Horace Mann Insurance Company, a foreign insurer with its domicile and principle place of business in Illinois, which has appointed the Louisiana Secretary of State as its agent for service of process;

12. Teachers Insurance Company, a foreign insurer with its domicile and principle place of business in Illinois, which has appointed the Louisiana Secretary of State as its agent for service of process;

13. Lexington Insurance Company, a foreign insurer with its domicile and principle place of business in Massachusetts, which has appointed the Louisiana Secretary of State as its agent for service of process;

14. Liberty Mutual Fire Insurance Company, a foreign insurer with its domicile and principle place of business in Massachusetts, which has appointed the Louisiana Secretary of State as its agent for service of process;

15. Maryland Casualty Company, a foreign insurer with its domicile and principle place of business in Illinois, which has appointed the Louisiana Secretary of State as its agent for service of process;

16. Massachusetts Bay Insurance Company, a foreign insurer with its domicile and principle place of business in Massachusetts, which has appointed the Louisiana Secretary of State as its agent for service of process;

17. Hanover Insurance Group, upon information and belief, a foreign insurer, with its domicile and principle place of business in state other than Louisiana but which has appointed the Louisiana Secretary of State as its agent for service of process;

18. Metlife Auto and Home, a foreign insurer with its domicile and principle place of business in Rhode Island, which has appointed the Louisiana Secretary of State as its agent for service of process;

19. Metropolitan Property and Casualty Insurance Company, a foreign insurer with its domicile and principle place of business in Pennsylvania, which has appointed the Louisiana Secretary of State as its agent for service of process;

20. National Fire & Indemnity Exchange, a foreign insurer with its domicile and principle place of business in Michigan, which has appointed the Louisiana Secretary of State as its agent for service of process;

21. National Lloyd's Insurance Company, a foreign insurer with its domicile and principle place of business in Texas, which has appointed the Louisiana Secretary of State as its agent for service of process;

22. Republic Fire and Casualty Insurance Company, a foreign insurer with its domicile and principle place of business in Texas, which has appointed the Louisiana Secretary of State as its agent for service of process;

23. Safeco Insurance Company of America, a foreign insurer with its domicile and principle place of business in Washington, which has appointed the Louisiana Secretary of State as its agent for service of process;

24. General Insurance Company of America, a foreign insurer with its domicile and principle place of business in Washington, which has appointed the Louisiana Secretary of State as its agent for service of process;

25. Scottsdale Insurance Company, a foreign insurer with its domicile and principle place of business in Arizona, which has appointed the Louisiana Secretary of State as its agent for service of process;

26. Southwest Business Corporation, a foreign insurer with its domicile and principle place of business in Texas, which has appointed the Louisiana Secretary of State as its agent for service of process;

27. Lloyd's of London, a foreign insurer, which upon information and belief is domiciled with its principle place of business in a state other than Louisiana, which has appointed the Louisiana Secretary of State as its agent for service of process;

28. State Farm Fire and Casualty Company, a foreign insurer with its domicile and principle place of business in Illinois, which has appointed the Louisiana Secretary of State as its agent for service of process;

29. State Farm Insurance Company, a foreign insurer with its domicile and principle place of business in Illinois, which has appointed the Louisiana Secretary of State as its agent for service of process;

30. The Travelers Indemnity Company, a foreign insurer with its domicile and principle place of business in Connecticut, which has appointed the Louisiana Secretary of State as its agent for service of process;

31. Standard Fire Insurance Company, a foreign insurer with its domicile and principle place of business in Connecticut, which has appointed the Louisiana Secretary of State as its agent for service of process;

32. United Fire and Indemnity Company, which upon information and belief, is a foreign insurer with its domicile and principle place of business in a state other than Louisiana, which has appointed the Louisiana Secretary of State as its agent for service of process;

33. United Fire and Casualty Company, a foreign insurer with its domicile and principle place of business in Iowa, which has appointed the Louisiana Secretary of State as its agent for service of process;

34. United Services Automobile Association, a foreign insurer with its domicile and principle place of business in Texas, which has appointed the Louisiana Secretary of State as its agent for service of process.