UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2)  JUDGE DUVAL |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * * | MAGISTRATE JUDGE WILKINSON |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION SUBJECT TO THE COURT'S RESOLUTION OF TWO DISPUTED ISSUES**

NOW INTO COURT, comes the State of Louisiana, through its designated Liaison and Lead Counsel, Calvin Fayard, and the Insurer Defendants, through their Liaison Counsel, Ralph S. Hubbard III, which respectfully move this court for entry of the Protective Order Governing Road Home Applicant and Recipient Information attached hereto as Exhibit A subject to the Court's resolution of two areas to which agreement could not be reached. In particular, the parties call the Court's attention to the language sought by the State of Louisiana in Paragraphs 2(e) and 12 in the proposed order to which the Insurer Defendants have set forth their objection in the body of the proposed order.

WHEREFORE, the State of Louisiana and the Insurer Defendants respectfully request this Court enter the Protective Order Governing Road Home Applicant and Recipient Information subject to this Court's resolution of the disputed language present in Paragraphs 2(e)

1

and 12.

Respectfully submitted,

/s/ **Ralph S. Hubbard III**
**RALPH S. HUBBARD, III, T.A., La. Bar. # 7040**
**SETH A. SCHMEECKLE, La. Bar #27076**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

Liaison Counsel for Insurer Defendants

AND

THE STATE OF LOUISIANA
The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL, STATE OF LOUISIANA
/s/ **Isabel Wingerter**
**Isabel Wingerter (No. 20428)**
**Assistant Attorney General**
**Director of Public Protection**
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

**ROAD HOME LIAISON AND LEAD COUNSEL**
/s/ **Calvin C. Fayard, Jr.**
**Calvin C. Fayard, Jr. (No. 5486)**
**FAYARD & HONEYCUTT, A.P.C.**
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                /s/   Calvin C. Fayard, Jr.
                CALVIN C. FAYARD, JR.