UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: ROAD HOME | * | MAGISTRATE JUDGE WILKINSON |
| *State of Louisiana, C.A. No. 07-5528* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

MAY IT PLEASE THE COURT:

The State of Louisiana, through its designated Liaison and Lead Counsel, Calvin C. Fayard, and the Insurer Defendants, through their Liaison Counsel, Ralph Hubbard, III, respectfully submit this Memorandum in Support of the Joint Motion for Entry of Protective Order Governing Road Home Applicant and Recipient Information.

ARGUMENT

Due to the nature of this litigation, there is a great deal of private, confidential information regarding Road Home applicants. The Protective Order is necessary to protect the rights of citizens

1

of this State, yet allow the litigation to proceed without unnecessary delay. The State and the Insurer Defendants have agreed to the terms of the Protective, save two issues which are presented to the Court for resolution. Due to the nature and volume of this information, the Protective Order will permit safeguards to be set forth which will protect that information.

## CONCLUSION

For the foregoing reasons, the Movers request that the Court enter an order entering a Protective Order governing road home applicant and recipient information, subject to the resolution of the two disputed areas.

Respectfully submitted:

/s/ Ralph S. Hubbard III
RALPH S. HUBBARD, III, T.A. (No. 7040)
SETH A. SCHMEECKLE (No. 27076)
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

**LIAISON COUNSEL FOR INSURER DEFENDANTS**

AND

THE STATE OF LOUISIANA
The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL,
STATE OF LOUISIANA

/s/ Isabel Wingerter
Isabel Wingerter (No. 20428)
Assistant Attorney General
Director of Public Protection
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Ph.: 225-326-6040

Fax: 225-326-6097

AND

**ROAD HOME LIAISON AND LEAD COUNSEL**

    /s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA  70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

    /s/   Calvin C. Fayard, Jr.

CALVIN C. FAYARD, JR.