# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

**CIVIL ACTION**

**NO. 05-4182**

**SECTION "K" MAG "2"**

PERTAINS TO: ROAD HOME
*State of Louisiana, C.A. No. 07-5528*

**JUDGE DUVAL**
**MAGISTRATE JUDGE WILKINSON**

**********************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Joint Motion for Entry of Protective Order Governing

Road Home Applicant and Recipient Information will come on for hearing before the Honorable

Joseph C. Wilkinson, Jr. On December 26, 2007 at 11:00 a.m. or as soon thereafter as counsel may

be heard.

Respectfully submitted:

  /s/  Ralph S. Hubbard III
RALPH S. HUBBARD, III, T.A.  (No. 7040)
SETH A. SCHMEECKLE (No. 27076)
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990

**LIAISON COUNSEL FOR INSURER
DEFENDANTS**

AND

THE STATE OF LOUISIANA
The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL,
STATE OF LOUISIANA


_/s/  Isabel Wingerter_
Isabel Wingerter (No. 20428)
Assistant Attorney General
Director of Public Protection
1885 North Third Street, 6th Floor
Baton Rouge, LA  70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

**ROAD HOME LIAISON AND LEAD COUNSEL**


_/s/  Calvin C. Fayard, Jr._
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA  70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the forgoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of

record in the captioned matter.

_/s/  Calvin C. Fayard, Jr._
CALVIN C. FAYARD, JR.