UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR EXPEDITED CONSIDERATION ON JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION SUBJECT TO THE COURT'S RESOLUTION OF TWO DISPUTED ISSUES

NOW INTO COURT, comes the State of Louisiana, through its designated Liaison and Lead Counsel, Calvin Fayard, and the Insurer Defendants, through their Liaison Counsel, Ralph S. Hubbard III, which respectfully request this Court consider their Joint Motion for Entry of Protective Order Governing Road Home Applicant and Recipient Information Subject to the Court's Resolution of Two Disputed Issues because all parties express a significant desire to transmit and receive the information - as the case may be – which is the subject of the proposed protective order on an expedited basis.

WHEREFORE, for the foregoing reasons, State of Louisiana, through its designated Liaison and Lead Counsel, Calvin Fayard, and the Insurer Defendants, through their Liaison Counsel, Ralph S. Hubbard III, respectfully request this Court grant their Joint Motion for Expedited Consideration on their Joint Motion for Entry of Protective Order Governing Road Home Applicant and Recipient Information Subject to the Court's Resolution of Two Disputed Issues.

Respectfully submitted,

/s/  Ralph S. Hubbard III
**RALPH S. HUBBARD, III, T.A., La. Bar. # 7040**
**SETH A. SCHMEECKLE, La. Bar #27076**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

Liaison Counsel for Insurer Defendants

AND

THE STATE OF LOUISIANA
The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL, STATE OF LOUISIANA
/s/  Isabel Wingerter
**Isabel Wingerter (No. 20428)**
**Assistant Attorney General**
**Director of Public Protection**
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

**ROAD HOME LIAISON AND LEAD COUNSEL**
/s/  Calvin C. Fayard, Jr.
**Calvin C. Fayard, Jr. (No. 5486)**
**FAYARD & HONEYCUTT, A.P.C.**
519 Florida Avenue, S.W.

                                        Denham Springs, LA  70726
                                        Ph.: 225-664-4193
                                        Fax: 225-664-6925
                                        Email: calvinfayard@fayardlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                        /s/  Calvin C. Fayard, Jr.
                                        CALVIN C. FAYARD, JR.