UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ROAD HOME *Louisiana State* C.A. No. 07-5528 | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Expedited Hearing on the Joint Motion for Entry of Protective Order Governing Road Home Applicant and Recipient Information subject to the Court's resolution of two disputed issues:

**IT IS HEREBY ORDERED** that the Joint Motion for Entry of Protective Order Governing Road Home Applicant and Recipient Information subject to the Court's resolution of two disputed issues will be determined on an expedited basis without oral argument. The hearing is hereby scheduled for December _____, 2007, at _____. Written opposition to the joint motion, including objections or suggested modifications to the proposed order, must be filed no later than _____.

New Orleans, Louisiana, this \_\_\_\_\_ day of December, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**