UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: *The State of Louisiana*, C.A. No. 07-05582 | SECTION: "K" (2) |

**CORPORATE DISCLOSURE STATEMENT OF ESSEX INSURANCE COMPANY**

Defendant, Essex Insurance Company, through undersigned counsel, submits the following corporate disclosure in accordance with Federal Rule of Civil Procedure 7.1:

1.

Defendant, Essex Insurance Company is a corporation formed under the laws of Delaware with its principal place of business in Virginia.

2.

Essex Insurance Company is a wholly owned subsidiary of Markel Corporation, a publicly traded corporation.

Respectfully Submitted:

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ P.C.**

/s/ Andrew C. Kolb

John B. Davis, T.A. (#23025)
Andrew C. Kolb (#28110)
One American Place
301 N. Main Street
Suite 810
Baton Rouge, LA 70825
Telephone:  (225) 381-7000
Facsimile:  (225) 343-3612

**ATTORNEYS FOR DEFENDANT**
Markel Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, a copy of the foregoing Corporate Disclosure was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

/s/ Andrew C. Kolb
**ANDREW C. KOLB**