UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> PERTAINS TO: § <br> INSURANCE      (07-4788) § <br> *Edna Barnes v. Lafayette Insurance Company* § <br> *and United Fire & Indemnity Company* § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the plaintiff, Edna Barnes, in the above entitled and numbered case, and hereby moves this Honorable Court for an order dismissing her claim against all defendants in the above captioned matter without prejudice pursuant to the Federal Rules of Civil Procedure Rule 41(a). Plaintiff will pursue her claim against the defendants in a case pending in the 19th Judicial District court for East Baton Rouge Parish. By filing this motion, Plaintiff does not dismiss or waive any claims pending against the defendants in the East Baton Rouge Parish action. Counsel for defendants, Howard Kaplan, has been contacted and defendants have no opposition to this Motion.

WHEREFORE, plaintiff Edna Barnes requests an order dismissing the above captioned matter, without prejudice, each party to bear its own costs so that the case can proceed in the 19th Judicial District Court for East Baton Rouge Parish.

Respectfully submitted,

/s/ Wanda J. Edwards
WANDA J. EDWARDS, #27448
FAYARD & HONEYCUTT, APC
519 Florida Avenue SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193
Facsimile: 225-664-6925

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ Wanda J. Edwards
WANDA J. EDWARDS