UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: *The State of Louisiana*, C.A. No. 07-05582 | SECTION: "K" (2) |

**CORPORATE DISCLOSURE STATEMENT OF MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED**

Defendant, Markel International Insurance Company Limited submits the following corporate disclosure in accordance with Federal Rules of Civil Procedure Rule 7.1:

1.

Defendant, Markel International Insurance Company Limited is a foreign corporation formed under the laws of the United Kingdom with its principal place of business in the United Kingdom.

2.

Markel International Insurance Company Limited is wholly owned by Markel International Limited.

3.

Markel International Limited is a wholly owned subsidiary of Markel Corporation, a publicly traded corporation.

Respectfully Submitted:

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ P.C.**

/s/ Andrew C. Kolb

John B. Davis, T.A. (#23025)
Andrew C. Kolb (#28110)
One American Place
301 N. Main Street
Suite 810
Baton Rouge, LA 70825
Telephone:  (225) 381-7000
Facsimile:  (225) 343-3612

**ATTORNEYS FOR DEFENDANT**
Markel International Insurance Company Limited

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, a copy of the foregoing Corporate Disclosure was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

/s/ Andrew C. Kolb
**ANDREW C. KOLB**