## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **LITIGATION** | * | **05-4182** |
| | * | **MAGISTRATE 2** |
| | * | **SECTION "K"** |
| | * | |
| | | |
| **PERTAINS TO: 07-4774** | * | |
| **MURPHY OIL** | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**NOTICE OF HEARING**</u>

**PLEASE TAKE NOTICE** that a hearing on defendant, The Southeast Louisiana Flood Protection Authority East's Motion to Dismiss is hereby set on the **26th day of December, 2007 at 9:30 a.m.**

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
MORTON,  PFISTER & WEINSTOCK**

s/Jennifer M. Morris
_____
**LAWRENCE J. DUPLASS #5199
ANDREW D. WEINSTOCK #18495
JENNIFER M. MORRIS #29936**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone:  (504) 832-3700
Facsimile:  (504) 837-3119
**Counsel for Defendant, Board of Commissioners, The   Southeast   Louisiana   Flood   Protection Authority East**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

s/ Jennifer M. Morris

**JENNIFER M. MORRIS**