MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 4, 2007

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, BSD, 06-8637             JUDGE DUVAL
                                                 MAG. WILKINSON

A settlement conference was conducted in the referenced case, BSD Construction, Inc. v. Stone Ins. Inc. et al, C.A. No. 06-8637, on this date before the undersigned magistrate judge. Settlement discussions are continuing.

In addition, all claims against insurance defendants concerning water damage allegedly caused by a canal breach have been dismissed, leaving only plaintiff's claim against his insurance agent for alleged failure to procure flood insurance. Under these circumstances, Judge Duval is hereby notified so that he may consider removing this case from the captioned consolidated litigation and returning it to Section "N"(3).

**CLERK TO NOTIFY:**                             JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**                  UNITED STATES MAGISTRATE JUDGE

MJSTAR: **1 : 40**