UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Rault,</u> 06-1734 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

Defendant's Motion to Enforce Settlement, Record Doc. No. 9334, was erroneously noticed for hearing before me on December 26, 2007. Counsel are instructed that the motion will be determined by Judge Duval. The Clerk is directed to revise the docket sheet to reflect that this motion is no longer pending before the magistrate judge.

New Orleans, Louisiana, this __6th__ day of December, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**