UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                        NO. 05-4182 "K" (2)

                                                        JUDGE DUVAL
PERTAINS TO: ROAD HOME: Louisiana State, 07-5528    MAG. WILKINSON

## ORDER

Considering the Joint Motion for Expedited Consideration, Record Doc. No. 9348,

**IT IS HEREBY ORDERED** that the Joint Motion for Entry of Protective Order Governing Road Home Applicant and Recipient Information Subject to the Court's Resolution of Two Disputed Issues, Record Doc. No. 9347, will be determined on an expedited basis without oral argument. Written opposition to the joint motion, including objections or suggested modifications to the proposed order, must be filed no later than **December 13, 2007**.

New Orleans, Louisiana, this   6th   day of December, 2007.

                                                                     JOSEPH C. WILKINSON, JR
                                                         UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**