UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

LEVEE    07-4444 (Deruise v. Allstate)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE MOTION TO WITHDRAW DOCUMENT

NOW INTO COURT, through undersigned counsel, comes defendant herein, Allstate Insurance Company, who respectfully requests that this Court withdraw subpart three "Agreement" to document number 9106 from the docket. Subpart three is confidential. It was inadvertently attached to the primary document, the Joint Motion to Dismiss, and it should not be a part of the record.

Respectfully submitted,

/s/ Lauren L. Hudson
LAUREN L. HUDSON #28614
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940
lauren@inabnetjones.com