UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO:  ROAD HOME *Louisiana State C.A No. 07-5528* | * * * | |

ANSWER AND DEFENSES
OF AMERICAN SOUTHERN INSURANCE COMPANY
TO ORIGINAL CLASS ACTION PETITION FOR DAMAGES
AND DECLARATORY AND INJUNCTIVE RELIEF AND TO
THE FIRST AMENDED CLASS ACTION PETITION FOR DAMAGES
AND DECLARATORY AND INJUNCTIVE RELIEF

NOW INTO COURT, through undersigned counsel, comes AMERICAN SOUTHERN INSURANCE COMPANY, who respectfully responds to the State of Louisiana's Original Class Action Petition for Damages and Declaratory and Injunctive Relief and First Amended Class Action Petition for Damages and Declaratory and Injunctive Relief, as follows:

FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

Plaintiff has failed to join a party indispensable.

THIRD DEFENSE

The claims set forth in the complaint are prescribed.

FOURTH DEFENSE

The plaintiffs have failed to mitigate their damages, if any.

## FIFTH DEFENSE

Any coverage recipients of Road Home grants may have or have had under any policies issued by AMERICAN SOUTHERN INSURANCE COMPANY would be contained in any policy that was issued and which is the best evidence of its/their terms.

## SIXTH DEFENSE

AMERICAN SOUTHERN INSURANCE COMPANY did not issue any "All Risk" policies to any homeowner in the State of Louisiana that provided coverage to any Road Home recipient's residence.

## SEVENTH DEFENSE

AMERICAN SOUTHERN INSURANCE COMPANY did not issue any "All Risk" policies to any homeowner in the State of Louisiana.

AND, NOW ANSWERING the specific allegations of the State of Louisiana's Class Action Petition for Damages and Declaratory and Injunctive Relief, AMERICAN SOUTHERN INSURANCE COMPANY responds as follows:

1.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraph 1.

2.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraph 2 for lack of sufficient information.

3.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraphs 3 through 17 for lack of sufficient information to justify a belief therein.

4.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraph 18.

5.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraphs 19 through 22 for lack of sufficient information to justify a belief therein.

6.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraphs 23 through 62, including any and all subparagraphs therein.

7.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraphs 63 through 67 for lack of sufficient information to justify a belief therein.

8.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraphs 68 through 105.

9.

**JURY DEMAND**

The request for a jury does not require a response from AMERICAN SOUTHERN INSURANCE COMPANY; however, in an abundance of caution, AMERICAN SOUTHERN INSURANCE COMPANY asserts that plaintiffs are not entitled to a jury in this matter.

NOW ANSWERING, THE FIRST AMENDED CLASS ACTION PETITION FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF, AMERICAN SOUTHERN INSURANCE COMPANY responds as follows:

10.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraph 1 of the First Amended Petition.

11.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraphs 2 through 17 of the First Amended Petition for lack of sufficient information.

12.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraph 18 of the First Amended Petition.

13.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraphs 19 through 23 of the First Amended Petition for lack of sufficient information to justify a belief therein.

14.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraphs 24 through 64 of the First Amended Petition.

15.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraphs 65 through 68 of the First Amended Petition.

16.

AMERICAN SOUTHERN INSURANCE COMPANY denies the allegations of paragraphs 69 through 107 of the First Amended Petition.

17.

**JURY DEMAND**

The request for a jury does not require a response from AMERICAN SOUTHERN INSURANCE COMPANY; however, in an abundance of caution, AMERICAN SOUTHERN INSURANCE COMPANY asserts that plaintiffs are not entitled to a jury in this matter.

WHEREFORE, AMERICAN SOUTHERN INSURANCE COMPANY prays that after due proceedings this answer be deemed good and sufficient, that this action not be certified as a class; that there be judgment in favor of AMERICAN SOUTHERN INSURANCE COMPANY and against plaintiffs and/or any other proposed class members, dismissing their suit at their cost, denying an expedited trial by jury, denying an order finding AMERICAN SOUTHERN INSURANCE

COMPANY liable to the State of Louisiana and the proposed class members, denying all requested declaratory and injunctive relief, denying any attorneys' fees or costs or monetary award, and for all other general and equitable relief under the circumstances.

Respectfully submitted,

STEPHENSON, MATTHEWS,
CHAVARRI & LAMBERT, L.L.C.

_____
MARIA I. O'BYRNE STEPHENSON (#12448) (T.A.)
Email address: miosjd@smclattorneys.com
KATHLEEN D. LAMBERT (#19665)
Email address: katlambert@smclattorneys.com
CATHERINE I. CHAVARRI (#20141)
Email address: chavarrijd@smclattorneys.com
2305 World Trade Center
#2 Canal Street
New Orleans, LA  70130
Tel:  (504) 523-6496
Fax:  (504)525-2846