UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:    ROAD HOME<br>*Louisiana State C.A No. 07-5528* | * * * | |

**CORPORATE DISCLOSURE STATEMENT ON BEHALF OF
AMERICAN SOUTHERN INSURANCE COMPANY**

**NOW INTO COURT**, through undersigned counsel, comes American Southern Insurance Company, who, in accordance with Federal Rule of Civil Procedure 7.1, tenders the following information referable to its corporate structure:

American Southern Insurance Company is a wholly-owned subsidiary of Atlantic American Corporation, a publicly traded (Nasdaq - AAME) holding company with five subsidiaries: American Southern Insurance Company, Bankers Fidelity Life Insurance Company, Association Casualty Insurance Company, Georgia Casualty & Surety Company, and Self-Insured Administrators, Inc.

Respectfully submitted,

STEPHENSON, MATTHEWS,
CHAVARRI & LAMBERT, L.L.C.

_____
MARIA I. O'BYRNE STEPHENSON (#12448) (T.A.)
Email address: *miosjd@smclattorneys.com*
KATHLEEN D. LAMBERT (#19665)
Email address: *katlambert@smclattorneys.com*
CATHERINE I. CHAVARRI (#20141)
Email address: *chavarrijd@smclattorneys.com*
2305 World Trade Center, #2 Canal Street
New Orleans, LA 70130
Tel: (504) 523-6496
Fax: (504) 525-2846