UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO:    ROAD HOME *Louisiana State C.A No. 07-5528* | * * * * | |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that, on *December 6, 2007*, I served a true copy of American Southern Insurance Company's Answer upon all parties by ECF.

*[signature]*
KATHLEEN D. LAMBERT