UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K" MAG "2"** |
| **PERTAINS TO:**<br>**INSURANCE (XAVIER UNIVERSITY OF LOUISIANA V. TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA NO. 06-516)** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION FOR EXPEDITED HEARING OF MOTION FOR NEW TRIAL AS TO DENIAL OF APPEAL OF MAGISTRATE JUDGE WILKINSON'S AUGUST 28, 2007 ORDER AND REASONS**</u>

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who respectfully submits this Motion for Expedited Hearing of its Motion for New Trial as to Denial of Xavier's Appeal of Magistrate Judge Wilkinson's August 28, 2007 Order and Reasons. On November 26, 2007, this Court issued a Minute Entry denying Xavier's Appeal without prejudice to its rights to re-urge the motion after the Louisiana Supreme Court's consideration of the issues presented by the Louisiana Fourth Circuit Court of Appeal's decision in *Sher v. Lafayette Insurance Co.* Xavier is submitting the attached motion for new trial seeking a stay of Magistrate Judge Wilkinson's August 28, 2007 Order and Reasons pending the Supreme Court's

disposition of *Sher*. Xavier further requests that this Court consider this motion on an expedited basis as there is no hearing date before any document production would be otherwise due under Magistrate Judge Wilkinson's August 28, 2007 Order and Reasons.

Respectfully Submitted:

/s/ James M. Garner
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER**
 **KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA   70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
 COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ James M. Garner
JAMES M. GARNER