UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAVIER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>PROPERTY CASUALTY COMPANY<br>OF AMERICA NO. 06-516) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

The Court having considered the Motion for Expedited Hearing filed by Plaintiff Xavier University of Louisiana of its Motion for New Trial as to Denial of Xavier's Appeal of Magistrate Judge Wilkinson's August 28, 2007 Order and Reasons,

IT IS ORDERED that the Motion for Expedited Hearing is hereby GRANTED and that Xavier's Motion for New Trial as to Denial of its Appeal of Magistrate Judge Wilkinson's August 28, 2007 Order and Reasons shall be heard by the Court on the ___ of December 2007 at ___:__0 __.m.

New Orleans, Louisiana this ___ day of December 2007.

_____
UNITED STATES DISTRICT JUDGE