UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAVIER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>PROPERTY CASUALTY COMPANY<br>OF AMERICA NO. 06-516) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION FOR NEW TRIAL AS TO DENIAL OF APPEAL OF MAGISTRATE JUDGE**</u>
<u>**WILKINSON'S AUGUST 28, 2007 ORDER AND REASONS**</u>

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who respectfully submits this Motion for New Trial as to Denial of Xavier's Appeal of Magistrate Judge Wilkinson's August 28, 2007 Order and Reasons.  On November 26, 2007, this Court issued a Minute Entry denying Xavier's Appeal without prejudice to its rights to re-urge the motion after the Louisiana Supreme Court's consideration of the issues presented by the Louisiana Fourth Circuit Court of Appeal's decision in *Sher v. Lafayette Insurance Co.*  Xavier submits that it would unduly burdensome and an inefficient use of resources to require production of documents pursuant to the August 28, 2007 Order and Reasons before a final decision in *Sher* is reached

because the legal basis underlying the ordered document production is among the important issues being presented to the Louisiana Supreme Court in *Sher*. Additional reasons supporting the requested relief are set forth in the attached supporting memorandum.

                    Respectfully Submitted:

                    /s/ James M. Garner
                    JAMES M. GARNER, #19589
                    DARNELL BLUDWORTH, #18801
                    TIMOTHY B. FRANCIS, #14973
                    KEVIN M. MCGLONE, #28145
                    **SHER GARNER CAHILL RICHTER**
                    **KLEIN & HILBERT, L.L.C.**
                    909 Poydras St., 28th Floor
                    New Orleans, LA   70112
                    Telephone:  504-299-2100
                    Facsimile: 504-299-2300
                    COUNSEL FOR XAVIER UNIVERSITY
                    OF LOUISIANA

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                    /s/ James M. Garner
                    JAMES M. GARNER