STUART T. BARASCH (20650)
**HURRICANE LEGAL CENTER**
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Telephone: (504) 525-1944
Facsimile: (504) 525-1279



# HURRICANE LITIGATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAFAEL & DIOIGNA ACEVEDO; LELA ADAMS; CLAUDIA AGNEW; MORRIS ALEXANDER; CAROLYN ALPHONSE; DIANE & SCOT ANDERSON; CAMILLO & THELMA ANNALORO, SR.; CHARLES ARCENEAUX; DONALD R. ARIATTI, JR.; RUSSELL ARTUS; ARCHIE & STACEY AUGUSTUS; ORR (BY BERNICE HEATH ON BEHALF OF HERSELF AND SISTER AURELIA; LAWRENCE & RUBY BAAS; DAVID F. BAILIE; GARY BALLIER; SUMAN & SHARMISTHA BANERJEE; YOLANDA BANKS; HERMAN & VERONICA BARARD; OLIVIA BARRIOS; LEATRICE BARROW; GERALD & VASHITA BATISTE; FRANK & ALBA BAYONA, SR.; LORETTA & TERRY BAZERT; LORRAINE BEAUGEZ; JOHN BEAUMONT; JOSEPH BELL; EMANUELLA B. BELL-ADKINS; PATRICE BELONGA; GAYNELL BENN; CYNTHIA A. BENTLEY; SYLVIA BERNARD; LOUISE & WILLIAM BLOUNT; GLORIA BOUDREAUX; ALBERT & VIOLA BOURGEOIS; DARRIES & KEISHA BOYD, SR.; ROBERT BOYD; DEBRA BRADLEY; RAY & KAY BRANDHURST; JEANNIE BRENNAN-BAKER; ORA & LIONEL BROCK; NELLIE & CLARENCE BROUSSARD; | NO. 07-5199<br>SECTION: K (2) |

CYNTHIA A. BROWN; JOYCE BROWN; JUDY BROWN; )
LEDELL BROWN; LORETTA BROWN; SHANDA BROWN; )
ALVA BRULE'; JESSIE BURDEN; JOSEPH & AVIS )
BURKHARDT; MARION BURSE; BETTYE BURT; CLYDE )
BUTLER; WANDA BUTLER-ARMSTRONG; THOMAS & )
DIANNE BYRD; DEBRA & STANLEY CAIN; MERCEDES )
CAIN; PATRICIA CALLOWAY; LOIS & EUGENE CAMESE; )
ANGELINA CAMIOLA; LOUVELLA CAMPBELL; SHIRLEY )
CANLEY; ROBERTO CARABALLO; LEROY & JULONE )
CARTER; REGINAL & BARBARA CARTER; DORIS CASSE; )
BEVERLY CASTILLO; TONI CASTILLO; MALVIN )
CAVALIER; JOAN CHAMBERLAIN; BARRY CHARLES; )
FAITH CHAUSSY; JACKSON CHAUVIN; TIMOTHY & )
DAWN CHAUVIN; HAROLD S. CLARK JR.; DONNA & )
MARY CLARK, KANE; JOY CONNOR; HELEN COOK; )
NIYA COOPER; MICHAEL A. CORNWELL; PERCY & JILL )
COURSEAULT; JORGE & ANA COURTADE; DIANNE )
COYLE; SARAH M. CRESCIONI; BRENDA CRISTIA; )
JOHN L. CROSBY, INC; ALKANY & JANICE CUMMINGS, )
JR.; GLENN & GRACE DAVIDSON; CHERYLYN DAVIS; )
HELEN J. DAVIS; MIRIAM DAVIS; VANESSA DAVIS; )
MICHAEL DEJOIE; ISAAC & NAOMI DELANDRO; )
SABRINA DERBIGNY; RICHARD DEWITT; ONITHA )
DEXTER; ESTREANA DIAZ; ANTHONY & CONCHETTA )
DILEO; LUCAS & DORIS DILEO; RICHARD & MARIANNA )
DINGES; VERNON DOBARD; BRIAN & TONYA DODD; )
ALTHEA DOESCHER; SHIRLEY DOLBEAR; SHERRILYN )
DOMINICK; NATHAN & EMELDA DOMINIQUE; HELEN )
DUCKWORTH; OBEDIAH DUFFUS; ALBERT & BRENDA )
DUMAS; MABLE BY CYNTHIA GIBSON DUPLESSIS; )
LEEONA DYAR; LEWELLYN & ALOMA ELLIOT; MILTON )
B. EMENES; SANDRALYNE ESCO; LILLIAN ESTEEN BY )
EDITH HART; JOYCE EVANS-HAWKINS; LEONA EVANS- )
HAWKINS; MICHAEL EVERETT; MARGIE FAIRMAN; )
JOYCE FAUSTERMANN; BERNICE FERDINAND; PAUL )
FERNANDEZ; A.C. & ORA LEE FIELDS; BERNADINE )
FIELDS; WAYNE & MONA FLETCHER; VERNON FOLEY; )
STELLA L. FORD; KIRK FRADY; LEROY FRANKLIN; )
PERCY & BRENDA FREEMAN; KAREN FRILEY; FELIX )
GALAN; MOLLY GALLAGHER; AUGUSTINE GALLOWAY; )
THOMAS GANT, SR.; JANICE GARCIA; JOAN )

GARDEBLED; KATHERINE GAUDIN; CHEVRON )
GAUTHIER; LEONARD GETTRIDGE; CYNTHIA A. )
GIBSON; MORICE GIBSON; ARTHUR & CYNTHIA )
GILBERT; ROBERT GONZALES; LUCILLE GRANDISON; )
ALTHEA GREEN; HARVEY GREEN; TRINA GRIFFIN; )
DELORES GRIFFIN-SIP; JENNIE GROSSMAN-KARN; )
NNIKI GUYTON; SHAWN HAMPTON; KENNETH )
HANSBERRY; SADONIA HARRIS; EDITH E. HART; IONA )
HART; WALTER & DIANE HART; RAUNONA )
HENDERSON; DONALD & ANN HERITZY; GLORIA )
HILLIARD; NOLAN HILLS; NOLAN & VALERIE HILLS; )
MARLENE HIMEL; CLIMMIE & GLORIA HINES; CAROLYN )
HINKLE; TINA HONORE; CAROLE M. HOOVER; )
RAPHIELD & JO-ANN T. HOWARD SR.; ANITA & )
TYRONNE HUGHES; PEGGY HUGHES; DENISE HUNTER;)
KELVIN ISAAC, JR.; TERRY & GRID ISIDORE; BISHOP )
WILLIAM WILSON ISRAELITE DIVINE S.C.; KAY )
JACKSON; KEVIN JACKSON; MARY JACKSON; RITA )
JACKSON; JACQUELINE JAMES; CAROLYN JARREAU; )
EDUARDO JOCSON; CAROL JOHNSON; EARL & )
SHIRLEY JOHNSON; JANET JOHNSON; JUNIUS G. )
JOHNSON; LARHONDA & JAMES JOHNSON; MARION )
JOHNSON; SAM & BARBARA BY TYRA JOHNSON )
JOHNSON; VAN & DEBRA JOHNSON; VINA V. )
JOHNSON; BRENDA JONES; EGYPT JONES; JEFFREY & )
EVELYN BEAUCHAMP JONES; JOHNNY JONES; MARIE )
JORDAN; RANJIT S. KADAN; JOSEPH & CATHERINE )
LORI KAYS DAY CARE CENTER; BARBARA KELLY; )
JOANNE KELT-KEPSIS; DAMARIS KENNEDY; LYDIA & )
TROY LYNNE KENNEDY; JAMES KILDAHL; GAE LYNNE )
KNIGHT; FRANK & PAULINE KRENKEL; JOHN )
KRENNERICH; ALINE LACOUR BY IRIS WILSON; )
WINDELL LACOUR; MIQUEL & LIDIA LAFONTAINE; )
KAREN & SHEREEN DIGANGIE LANDREAUX; DAVID )
LEBLANC; ELI LEE; PAUL LEE, JR.; MARY LEICHER; )
GETTRIDGE LEONARD; RALPH & WANDA LEWIS; )
TAMMI LEWIS; WENDY LEWIS; SIDNEY & TIA )
LEYDECKE; LI LIANG; ESTEEN (BY EDITH HART) )
LILLIAN; ARNOLD & EUNICE LITTLE; JOHN LIVANOS; )
JOANN & STAMATIOS LIVNOS; DAWN LOBRE; MELISSA )
A. LONDON; OLIN LORY, JR.; KEVIN & LISA LOWE; )

GRANDISON LUCILLE; CHARLES & JUDY LUNT;            )
JAMES B. & PAMELA B LYKES, III; ANNETTE MACKLIN;   )
MELVIN & TARA WILLIAMS MAJOR; WILBURN &            )
VERNAMAE MARSHALL; BRENDA & MICHAEL MATTOX;        )
CONNIE MCCORMICK; RUTH MCDONALD; LINDA             )
MCGARY; ROSA & DOUGLAS MCGOWAN; FRANCIS &          )
ELIZABETH MCLAIN; KEITH & DAWANNA MENZIES;         )
SHIRLEY MERREN; PHILIP & CECILIA MEYER; JACK &     )
DIANE MEYERS; CAROLYN MILLER; DONALD & CONNIE      )
MIMS; GALE MIMS; BETTY MITCHELL; KIM MONALLA;      )
DAWN MONROE; GEORGE MONSOUR; GEORGE &              )
BEVERLY MONSOUR; LATONYA MONTEGUE; EGAR &          )
BELINDA MONTEGUT; SANDRA MONTEGUT; JUDITH &        )
JAMES MONTELLO; JOHN & BERDINA MOORE;              )
EMMETT & DONNA MORAN; CHAD MORGAN; HAROLYN         )
MORIARITY; DANIELLE MORTON; MARY MURPHY;           )
CHERYL NEASON; SHEREE & MICHAEL NELSON; AUDIE      )
& KAYREN NERO; ESTELLE NEWSOME; KIM THOI           )
NGUYEN; LAWRENCE & GRE3TCHEN NICOSIA; EDNA         )
& WILFRED NORRIS; OAK GROVE BAPT. CHURCH;          )
AURELIA ORR BY BERNICE HEATH; CATHERINE T.         )
OTIS; CLEMENT & GRACE PARKER; RILMA PATT;          )
GLORIA PATTERSON-BRUCE; EARNEST & LILLIE           )
PAYNES; CECILIA PERALTA; JOSE & CHRISTIE PEREZ;    )
ARMANDO J. PEREZ, JR.; MARCOT & JUANA PEREZ,       )
SR.; LESTER & GLORIA PERIATT; GWENDOLYN            )
PERKINS; LEROY & ERETTA PERRIEN, JR.; JAMES        )
PERRY; ERNEST PETERS; JEANNINE PICHON; BETTY &     )
WARREN PIEAR, SR.; MARVI PIEDY; ARTHUR & TWILA     )
PIERCE; FELLMAN & DELORES PIERRE; LUELLA &         )
ELLIOT PINKNEY; OLIVER PIVERT, JR.; ANDRIA POLK;   )
PALANI PONNAPANNAM; FRANK H. & DOROTHY D.          )
POWELL; GLENN POWELL; STANISLAUS RACHAL;           )
EZELL & ARTIE RANDLE; BETTY RAYFORD; BEULAH        )
REIMONENG; ANTHONY & BEULAH REIMONENQ; EARL        )
& KATIE REINE; HENRY & JACQUELYN RELAYSON,         )
SR.; ANITA REUGGER; DOGOBORTO REYES; EUGENE &      )
JOHNELLEN RICHARDSO; GEORGE RIERAS; BOYD           )
ROBERT; TERRI ROBERTS ; LAWRENCE & CLAUDIA         )
ROBERTSON; DEBORAH ROBICHAUX; ALINE                )
ROBINSON; JAMES ROSS; MOSES & GERALDINE            )

ROTHSCHILD, JR.; SAUL & MILDRED RUBIN; MAMIE )
SALLES; EMMA & HAROLD SAMPSON; DOROTHY O. )
SANCHEZ; PHIL & LYNN SANDERS; STANLEY SANDERS; )
JACQUELYN SANTA CRUZ; SYLVESTER SANTEE; )
WILMA SARGENT; ANGELA SARPY-CREAM; ALEXANDER )
SASSONE; MELVIN SCHIEL; MARY K SCHOFEILD, JR.; )
DIANE & SCOT SCOFIELD; JACQUELYN SHARETT; )
MARY SHELTON; CANLEY SHIRLEY; JOYCE SIDNEY; )
JACQUELYN SIMMONS; STEPHANIE SIMMONS; JOE )
SIMPSON; BERNARD SINGLETON; BEVERLY SMITH; )
BRIAN SMITH; DEMETRIUS SMITH; FLOYD SMITH; )
JAMES & ELOISE SMITH; MERVIN SMITH; PHYLLIS )
SMITH; TONY SMITH; DENISE & JOHN SPENCER; )
ALICE SPILLER; JOSEPH SPIRES; ST. ANDREW BAPTIST )
CHURCH; SIMMONS STEPHANIE; JAMIE STUBBS; SARAH )
SYLVE; BARBARA TAPP; BRENDA TAYLOR; EMILY T. )
TAYLOR; PATRICIA TAYLOR; SHAVERIO & BARBARA )
TEDESCO; JERRY & MILDRED TERRY; JOYCE THOMAS; )
RONALD THOMAS; EDWARD & BARBARA THOMAS, SR.;)
ARTHUR THOMPSON; MCRAY THORNTON; CHAUVIN )
TIMOTHY; LEROY TONEY; CASTILLO TONI; CHARLES )
S. TORREGANO; GINA TRAN; JC TRULEN; HARLEY )
TRUSTY; ABDULHAMED TURK; ROBERT & LUCILLE )
TURNER; THEORION & MARION TURNER; UNION )
BAPTIST SEMINARY; GLORIA A. VALLERY; CASEY )
VEAL; JUANA P. VILLAVASO; WALTER & DARLEAN )
VINE, JR.; NGUYET VU; MELBA WADDELL; MELBA )
WADDELL & AUDREY MALINE; GERALD WAHL; )
CHARLES & RENEE WALGAMOTTE; RENE J. & BERYL L.)
WALTER, JR.; ADAM WALTERS; JOHN N. WALTON; )
BETTY WASHINGTON; JAMES & DOROTHY )
WASHINGTON; LIONEL WASHINGTON; EDWARD )
WEBER; KELBY WEBER; BOBBIE WHITE; LAVERGNE )
WHITE; ROOSEVELT & JILL WHITE; LYDIA & MITTON )
WHITE, SEQUE; DORK & FANNIE WILKENSON; DORA & )
FUMIE WILKIENSON; BERNICE WILLIAMS; CASSANDRA )
WILLIAMS; ETHEL WILLIAMS; FAYE WILLIAMS; FREDDIE)
& CORA WILLIAMS; LINDA WILLIAMS; OSCAR )
WILLIAMS; PERCY & MARSHA WILLIAMS; WILLIS & )
RUBY WILLIAMS; DEBORAH WILLIS; BETTY WILSON; )
PAUL WILSON, III; WILLIE MAE WINFIELD; ROSELENA )

WOODSIDE; JANET WRIGHT; DOROTHY WRIGHT )
WASHINGTON; RICHARD & PAULA WUST; LLOYD & )
ORELIA YOUNG; BETTY ZACHARIE, )
)
     Plaintiffs, )
)
vs. )
)
AAA INSURANCE; ACADIAN INSURANCE COMPANY; )
AEGIS INSURANCE; ALLSTATE INSURANCE COMPANY; )
AMERICAN BANKERS INSURANCE; AMERICAN BANKERS )
INSURANCE COMPANY OF FLORIDA; AMERICAN FAMILY )
HOME INSURANCE; AMERICAN GENERAL INSURANCE; )
AMERICAN MODERN HOME INSURANCE; AMERICAN )
NATIONAL GENERAL INSURANCE COMPANY; AMERICAN )
NATIONAL INSURANCE COMPANY; AMERICAN NATIONAL )
PROPERTY & CASUALTY; AMERICAN SECURITY GROUP; )
AMERICAN SECURITY INSURANCE; ANPAC INSURANCE; )
ANPAC LOUISIANA INSURANCE COMPANY; ARMED )
FORCES INSURANCE EXCHANGE; ASSURAND )
HOMEOWNERS INSURANCE; ASSURANT GROUP )
INSURANCE; ASSURANT SOLUTIONS INSURANCE; )
ATLANTIC CASUALTY INSURANCE; AUDOBON )
INSURANCE COMPANY; AUTO CLUB FAMILY INSURANCE )
COMPANY; BALBOA INSURANCE COMPANY; CHUBB )
GROUP; ENCOMPASS INSURANCE; EVANSTON )
INSURANCE COMPANY; FARM BUREAU INSURANCE; )
FARMERS INSURANCE EXCHANGE; FIDELITY & DEPOSIT )
COMPANY OF MARYLAND; FINANCIAL INSURANCE; )
FIDELITY NATIONAL PROPERTY & CASUALTY; FIDELITY )
NATIONAL PROPERTY INSURANCE; FINANCIAL )
ASSURANCE; GREAT AMERICAN INSURANCE COMPANY; )
HANOVER INSURANCE; HARTFORD INSURANCE )
COMPANY; HOMESITE HOME INSURANCE; HORACE )
MANN INSURANCE; LAFAYETTE INSURANCE COMPANY; )
LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL )
FIRE INSURANCE; LIBERTY MUTUAL INSURANCE )
COMPANY; LLOYDS OF LONDON; LOUISIANA CITIZENS )
PROPERTY INSURANCE CORP.; LOUISIANA FARM )
BUREAU; MERIT PLAN INSURANCE; MET LIFE AUTO & )
HOME INSURANCE; MET LIFE & HOME INSURANCE; )

NATIONAL LLOYDS; NATIONAL SECURITY & )
CASUALTY; OXFORD INSURANCE COMPANY; PROCTOR )
FINANCIAL INSURANCE COMPANY; PROGRESSIVE )
INSURANCE COMPANY; REPUBLIC FIRE & CASUALTY )
INSURANCE; REPUBLIC GROUP; SAFECO INSURANCE )
COMPANY; SCOTTSDALE INSURANCE COMPANY; )
SEARS HOME INSURANCE; SECURITY INSURANCE )
COMPANY; STANDARD FIRE INSURANCE; )
STATE FARM FIRE & CASUALTY INSURANCE COMPANY; )
ST. PAUL TRAVELERS INSURANCE; SWBC )
HOMEOWNERS INSURANCE; TRAVELERS HOME & )
MARINE INSURANCE; TRAVELERS INDEMNITY )
COMPANY; TRAVELERS INSURANCE; TRAVELERS )
PROPERTY & CASUALTY; UNION NATIONAL FIRE )
INSURANCE COMPANY; UNION NATIONAL INSURANCE; )
UNITED FIRE & CASUALTY INSURANCE; UNITED FIRE )
GROUP; UNITRIN KEMPER INSURANCE; USAA )
INSURANCE COMPANY; ZC STERLING CORPORATION; )
ZURICH INSURANCE; )
                                                        )
      Defendants. )
_____ )

## FIRST AMENDED COMPLAINT FOR DAMAGES

This first amended complaint does not change the allegations contained in the original ten paragraph complaint. Those paragraphs follow below.

This amended complaints adds for Plantiffs Julone and Leroy Carter, Union Baptist Theological Seminary, Israelite Divine S.C., and Ernest Peters the name of their respective insurance company Defendant as follows: Clarendon National Insurance Company, Church Mutual, Markel International, and Newport Insurance.

Further, the original complaint named Defendant Homesite Home Insurance and is amended to Homesite Insurance Company.

## STATEMENT OF JURISDICTION

1.  Jurisdiction of this court is founded on diversity of citizenship and amount under 28 U.S.C. §1332(a). Each Plaintiff is domiciled in Louisiana; Defendant is domiciled in a State other than Louisiana. The matter in controversy exceeds $75,000.

## STATEMENT OF VENUE

2.  Venue is proper in this district pursuant to 28 U.S.C.§1391(a)(2). Each Plaintiff is an owner of real property that is the subject of this action, located within the Eastern District of Louisiana.

## FACTUAL ALLEGATIONS

3.  On August 29, 2005, at the time of Hurricane Katrina, each Plaintiff had in effect an identical policy of property insurance issued by Defendant.

4.  On August 29, 2005 Hurricane Katrina caused substantial damage to each Plaintiff's real property, including but not limited to roof damage and damage to the interior, including its contents. This damage rendered the real property uninhabitable for an extended period of time. This damage was caused by wind, wind driven rain, storm surge, overflowing of canals and breaches of levees, as alleged below.

5.  Flood waters from nearby levee breaches damaged each Plaintiff's real

properly. These levee breaches were man-made flooding and not natural flooding. Defendant's policy of insurance provided coverage for non-natural flooding from a man-made levee breach.

6. As a result of the aforesaid events Defendant was required to pay each Plaintiff his/her policy limit for damage to structure, other structures, contents, debris removal and loss of use/ALE(additional living expenses). Defendant was required to make these payments based upon the total destruction of the property and, pursuant to LSA R.S. 22:695, the Valued Policy Statute, Defendant was obligated to make the aforesaid limit payments. Instead, Defendant made only partial payment based upon wind and wind driven rain alone.

7. Based upon the aforesaid conduct of Defendant, each Plaintiff has the following causes of action against Defendant:

    (a) failure to tender timely and sufficient payment under LSA R.S. 22:658 and LSA R.S. 22:1220;

    (b) breach of duty under LSA R.S. 22:658 and LSA R.S. 22:1220;

    (c) breach of insurance contract;

    (d) other causes of action that will be determined at trial.

8. The aforesaid actions of Defendant were "arbitrary and capricious".

9. Each Plaintiff requests trial by jury.

10. Each Plaintiff is entitled to the following elements of damages:

    (1) Payment of policy limits for structure;

(2) Payment of policy limits for other structure;

(3) Payment of policy limits for contents;

(4) Payment of policy limits for debris removal;

(5) Payment of policy limits for additional living expenses/loss of use;

(6) Double damages pursuant to LSA R.S. 22:1220;

(7) Penalties pursuant to LSA R.S. 22:658;

(8) Attorney fees;

(9) Court costs; and

(10) Any relief which this Court deems fair and equitable.

Respectfully submitted,

*[signature]*

STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Telephone: (504) 525-1944