OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC - 5 2007
LORETTA G. WHYTE
CLERK

Date: 12-5-07

Debra Adams, et al

vs.

Allstate Insurance Company, et al

Case No. "K"   Section (2)
(Consolidated with 05-4182 "K"(2))

Dear Sir:

Please (issue) (**re-issue**) summons on the (complaint) (**amended complaint**) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Allstate Insurance Company
   (address) _____
2. (name) State Farm Fire and Casualty Insurance Company
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for plaintiffs

Address _____

___ Fee_____
___ Process_____sms
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____