

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NUMBER: 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE CASES | |
| | JUDGE DUVAL |
| 06-07660 | MAG. WILKINSON |

## MOTION TO FILE NON-ELECTRONICALLY

Complainants, through undersigned counsel, move to file non-electronically the "Complainants' Response to Motion for Summary Judgment of Insurance Counselors, Inc." and "Complainants' Response to Insurance Counselors, Inc." for the reasons recited in Motion for Leave to File Tardily Memorandum in Response to Opposition to Complainants' Jury Demand and for Leave to File Non-Electronically, attached.

Respectfully submitted,

_____
GEORGE F. RIESS, ESQ. (LA. BAR #11266)
LAW OFFICES OF GEORGE F. RIESS
& ASSOCIATES, L.L.C.
228 St. Charles Avenue, Suite 1224
New Orleans, Louisiana 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
Email: georgeriess@riess-law.com

1

## ORDER

Considering the foregoing, **IT IS ORDERED** that Complainants' Response to Motion for Summary Judgment of Insurance Counselors, Inc. And Complainants' Response to Insurance Counselors, Inc. be filed non-electronically is granted.

December 6, 2007
New Orleans, LA

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 20___, I served the foregoing by fax or mail.

_____
GEORGE F. RIESS, ESQ.