UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: INSURANCE CASES | NUMBER: 05-4182 "K" (2) |
| 06-07660 | JUDGE DUVAL<br>MAG. WILKINSON |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV 14 PM 12: 52

LORETTA G. WHYTE
CLERK

## MOTION FOR LEAVE TO FILE TARDILY MEMORANDUM IN RESPONSE TO OPPOSITION TO COMPLAINANTS' JURY DEMAND AND FOR LEAVE TO FILE NON-ELECTRONICALLY

Complainants, Dr. And Mrs. Nicholas Franco, through undersigned counsel, move for leave to file their Memorandum in Response to Opposition to Complainants' Jury Demand tardily, and in support thereof recite:

1. Undersigned counsel lost his post-Katrina office secretary on October 2007, and has only found a replacement within the last several days;

2. Undersigned counsel suffers a condition referred to as an "Intentional Tremor," described in correspondence of November 6, 2007 to Honorable Ginger Berrigan as an application for waiver of electronic filing (attached hereto), which prevents him typing and filing pleadings personally;

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

3. Undersigned counsel's new secretary has tried to file electronically, but has been unable to file electronically the responsive memonrandum as she has no background nor experience with the procedure;

4. Submission/ date for complainants jury request is November 14, 2007, and complainants pray for leave to file their memorandum tardily and by paper filing.

5. Complainants have no objection to an extension of time for response by defendant Federal should defendant request it.

**WHEREFORE**, complainants pray that leave be granted for the tardy filing of their opposition response and for leave to file non-electronically.

Respectfully submitted,

_____
**GEORGE F. RIESS, ESQ. (LA. BAR #11266)**
LAW OFFICES OF GEORGE F. RIESS
& ASSOCIATES, L.L.C.
228 St. Charles Avenue, Suite 1224
New Orleans, Louisiana 70130
Telephone: (504) 568-1962
Facsimile:  (504) 568-1965
Email: georgeriess@riess-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of Nov., 2007, I served the foregoing by ~~hand delivery~~ fax or mail.

_____
**GEORGE F. RIESS, ESQ.**

2

# LAW OFFICES OF GEORGE F. RIESS & ASSOCIATES, L.L.C.

228 St. Charles Avenue, Suite 1224
New Orleans, Louisiana  70130
Telephone: (504) 568-1962
Facsimile:  (504) 568-1965
georgeriess@riess-law.com

November 6, 2007

Honorable Ginger Berrigan, Chief Judge
United States District Court
Eastern District
500 Poydras Street
Room C556
New Orleans, Louisiana 70130

                              RE: Application for Waiver of Electronic
                                    Filing Requirement

Dear Judge Berrigan:

I send this to you with the greatest reluctance.  I have a neurological condition, referred to as an "Intentional Tremor", which causes my hands to shake in the course of intending to perform small motor skills.  While at rest the hands do not shake, but, for example, I am unable to consume soup with a spoon and, more to the point, to manipulate the mouse on the computer pad without extreme difficulty.  Some days are better than others, but on my worst days the condition is an absolute disability.

My office is equipped with computers, and we have access to filing and the filing requirements of the Clerk's office.  I employ a legal secretary who is able to transcribe my dictation and do the necessary filing with Federal District Court.  But over three weeks ago my secretary quit without notice, and I lived in abject fright that I would not be able to file necessary pleadings. (As you may know, since Katrina legal secretaries are hard to come by).

Accordingly, I apply herewith for a waiver of the electronic filing requirement on those rare occasions when I may not have a legal secretary to prepare and file pleadings.

Judge Berrigan
November 6, 2007
Page 2

    I shall be happy to provide medical confirmation of this condition from my internist if you wish me to do so.

    Thanks for your consideration of this application.

Respectfully Yours,

George F. Riess, Esq.

GFR/esy