# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NUMBER: 05-4182 "K" (2)** |
| **PERTAINS TO: INSURANCE CASES** | |
| **06-07660** | **JUDGE DUVAL** |
| | **MAG. WILKINSON** |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE TARDILY MEMORANDUM IN RESPONSE TO OPPOSITION TO COMPLAINANTS' JURY DEMAND AND FOR LEAVE TO FILE NON-ELECTRONICALLY

Complainants, Dr. And Mrs. Nicholas Franco, through undersigned counsel, move for leave to file their Memorandum in Response to Opposition to Complainants' Jury Demand tardily, and in support thereof recite:

Undersigned counsel lost his post-Katrina office secretary on October 2007, and has only found a replacement within the last several days;

Undersigned counsel suffers a condition referred to as an "Intentional Tremor," described in correspondence of November 6, 2007 to Honorable Ginger Berrigan as an application for waiver of electronic filing (attached hereto), which prevents him typing and filing pleadings personally;

1

Undersigned counsel's new secretary has tried to file electronically, but has been unable to file electronically the responsive memonrandum as she has no background nor experience with the procedure;

Submission/ date for complainants jury request is November 14, 2007, and complainants pray for leave to file their memorandum tardily and by paper filing.

Complainants have no objection to an extension of time for response by defendant Federal should defendant request it.

Respectfully submitted,

_____
**GEORGE F. RIESS, ESQ. (LA. BAR #11266)**
LAW OFFICES OF GEORGE F. RIESS
& ASSOCIATES, L.L.C.
228 St. Charles Avenue, Suite 1224
New Orleans, Louisiana 70130
Telephone: (504) 568-1962
Facsimile:  (504) 568-1965
Email: georgeriess@riess-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of _____, 20__, I served the foregoing by ~~hand-delivery~~ fax or mail.

_____
**GEORGE F. RIESS, ESQ.**

2