# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC -6 PM 3:55

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NUMBER: 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE CASES | |
| 06-07660 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the foregoing IT IS ORDERED that Complainants' Motion for leave to file Tardily Memorandum in Response to Opposition to Complainants' Jury Demand and for Leave to File Non-Electronically is granted.

New Orleans, La.
December 6, 2007

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the _14th_ day of _Nov._, 20_07_, I served the foregoing by fax or mail.

_____
GEORGE F. RIESS, ESQ.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____