# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION

NUMBER: 05-4182 "K" (2)

PERTAINS TO: INSURANCE CASES

JUDGE DUVAL
06-07660                         MAG. WILKINSON

## COMPLAINANTS' RESPONSE TO INSURANCE COUNSELOR, INC.'S OPPOSITION TO MOTION FOR JURY TRIAL

While this opposition may be moot in that Complainants have no opposition to Insurance Counselors, Inc.'s Motion for Summary Judgment, complainants' memorandum in response to defendant Federal's opposition is urged as the hearing to discuss this opposition.

Respectfully submitted,

GEORGE F. RIESS, ESQ. (LA. BAR #11266)
LAW OFFICES OF GEORGE F. RIESS
& ASSOCIATES, L.L.C.
228 St. Charles Avenue, Suite 1224
New Orleans, Louisiana 70130
Telephone: (504) 568-1962
Facsimile:  (504) 568-1965
Email: georgeriess@riess-law.com

1

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that on the _15_ day of _11_, 20___, I served the foregoing by fax or mail.

_____
GEORGE F. RIESS, ESQ.