# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NUMBER: 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE CASES | |
| 06-07660 | JUDGE DUVAL<br>MAG. WILKINSON |

## COMPLAINANTS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF INSURANCE COUNSELORS, INC.

Complainants have no opposition to Insurance Counselors, Inc.'s Motion for Summary Judgment.

Respectfully submitted,

_____
GEORGE F. RIESS, ESQ. (LA. BAR #11266)
LAW OFFICES OF GEORGE F. RIESS
& ASSOCIATES, L.L.C.
228 St. Charles Avenue, Suite 1224
New Orleans, Louisiana 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
Email: georgeriess@riess-law.com

1

___ Fee_____
___ Process_____
X  Dktd_____
V  CtRmDep_____
___ Doc. No_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on the ___15___ day of ___Nov___, 20___, I served the foregoing by fax or mail.

_____
GEORGE F. RIESS, ESQ.

2