UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K"(2) |
| *Katz*, C.A. 06-4155 | * | |

*******************************************

## PLAINTIFF'S MOTION TO RECONSIDER AND VACATE ORDER

NOW INTO COURT, through undersigned counsel, comes plaintiff Marlene Katz, who submits this Motion to Reconsider and Vacate the Court's December 6, 2007 Orders granting defendants State Farm Fire and Casualty Company's ("State Farm") and Anthony Cemo's Motion for Partial Summary Judgment to Dismiss Plaintiff's Excess Flood Allegations, and defendants' Motion to Exclude the Testimony of Haig Neville.  For the reasons set forth more fully in the accompanying memorandum in support, the Court's Orders should be vacated because the hearing dates for these motions were terminated when this case was transferred from Section "R" and consolidated with the *In re Katrina Canal Breaches Consolidated Litigation*, and were never reset by defendants or by the Court.  Thus, on August 28, 2007, when undersigned counsel attempted to file an opposition[1] to defendants' Motion for Partial Summary Judgment to Dismiss Plaintiff's Excess Flood Allegations, the ECF/PACER system neither recognized nor allowed such a filing.  Furthermore, once this case was consolidated, counsel for

---

[1] Attached to Plaintiff's Memorandum in Support of Motion to Reconsider and Vacate Order as Exhibit 1.

1

defendants were required to schedule a status conference with the Court and counsel for plaintiff pursuant to Case Management And Scheduling Order No. 4, Section V(B). No such status conference was scheduled or held, and thus, even if the hearing date for defendants' Motion for Partial Summary Judgment to Dismiss Plaintiff's Excess Flood Allegations was reset after consolidation, it was reset in violation of CMO No. 4.

Finally, undersigned counsel respectfully avers that the Court should reconsider defendants' Motion to Exclude the Testimony of Haig Neville, in light of the fact that plaintiff was prohibited from opposing defendants' Motion for Partial Summary Judgment to Dismiss Plaintiff's Excess Flood Allegations.

Accordingly, in the interests of avoiding a substantial injustice, plaintiff Marlene Katz urges this Honorable Court to reconsider and vacate the Orders entered on December 6, 2007.

Respectfully submitted,

\_\_\_/s/ Jeffery B. Struckhoff_____
**TERRENCE J. LESTELLE – 8540**
**ANDREA S. LESTELLE – 8539**
**JEFFERY B. STRUCKHOFF - 30173**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd, Ste. 602
Metairie, LA 70002
Telephone: 504-828-1224
Facsimile: 504-828-1229
**Attorneys for Plaintiff**
**Marlene Katz**

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 7th day of December, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

                                                 /s/ Jeffery B. Struckhoff
                                                 **Jeffery B. Struckhoff**