UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K"(2) |
| *Katz*, C.A. 06-4155 | * | |

*******************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel for plaintiff Marlene Katz will bring Plaintiff's Motion to Reconsider and Vacate Order for hearing before the Honorable Stanwood R. Duval, Jr., United States District Court Judge for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130, on the **26th day of December, 2007, at 9:30 a.m.**, or as soon thereafter as counsel may be heard.

Respectfully submitted,

\_\_\_/s/ Jeffery B. Struckhoff_____
**TERRENCE J. LESTELLE – 8540**
**ANDREA S. LESTELLE – 8539**
**JEFFERY B. STRUCKHOFF - 30173**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd, Ste. 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229
**Attorneys for Plaintiff**
**Marlene Katz**

1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 7th day of December, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

                                                    /s/ Jeffery B. Struckhoff
                                                    **Jeffery B. Struckhoff**