United States District Court
Eastern District of Louisiana

In re Katrina Canal Breaches
Consolidated Litigation

Pertains to: insurance
No. 06-7660

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 NOV 20 PM 3:57
LORETTA G. WHYTE
CLERK

Judge Duval
Magistrate Wilkinson

Motion for Leave to File Memorandum in Response to Defendant's Opposition to Jury Trial

Complainants, through undersigned counsel, move to file their memorandum in response to Defendant Federal's opposition to jury trial, and in support thereof recite that their response is made with immediacy and that its filing will not prejudice Defendant Federal.

Respectfully,

[signature]

ORDER

Considering the foregoing, IT IS ORDERED that complainants be granted leave to file their memorandum in response to opposition to jury trial.

New Orleans, Louisiana, this 6th day of December, 2007.

_____
Judge

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___ day of _____ 20__, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.