UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | * * | JUDGE DUVAL |
| No. 06-7660 | * | MAGISTRATE WILKINSON |

### RESPONSE OF COMPLAINANTS TO FEDERAL'S MEMORANDUM IN OPPOSITION TO MOTION FOR TRIAL BY JURY

MAY IT PLEASE THE COURT:

Defendant Federal has filed a Memorandum in Opposition to complainants' tardy filing of its Memorandum in Response to Federal's Opposition to Jury Trial. But Federal shows no prejudice in the simple reading by the court of complainants' position. On the other hand, complainants will be severely prejudiced if this Honorable Court makes its decision upon complainants' Motion for Jury Trial in a vacuum and absent an understanding of the clear issues in this matter.

Since the filing of complainants' response on November 14, 2007 undersigned counsel has received a response to his application for a waiver of the electronic filing requirement. In her order of November 13, 2007, received only after the November 14 filing date, the Clerk of Court exempted undersigned counsel from the provisions of LR 5.7E and the administrative procedures for electronic filing in this court. Had the order of waiver been received earlier, undersigned counsel would have had a better opportunity to have filed timely, but the order is a clear ratification of the unavoidable difficulty undersigned counsel has had in preparing and filing pleadings in this court. Complainants ask that this court take into consideration the physical limitations (very embarrassing) which prevented timely filing.

Defendant Federal shows not the slightest hint of prejudice in the reading by this court of their memorandum.

Complainants have no objection, of course, to a five day or more extension of time within which Federal might prepare its response to complainants' memorandum.

In conclusion, plaintiffs pray for leave to file their Memorandum in Response to

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: George F. Riess
Louisiana State Bar Number 11266

ORDER

It appears that, due to exceptional circumstances, the above named attorney is unable to comply with the requirements of electronic filing.

Accordingly, it is ordered that George F. Riess is exempt from the provisions of Local Rule 5.7E and the Administrative Procedures for Electronic Filing in this court.

This 13th day of November, 2007.

By Direction of the Court:

Loretta G. Whyte
Clerk of Court

# GEORGE F. RIESS, ESQ.
228 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 581-1422
Facsimile: (504) 581-6974

---

November 20, 2007

Judge Ginger Berrigan
Federal District Court
500 Poydras Street
New Orleans, LA 70130

Loretta G. White, Clerk of Court
Federal District Court
500 Poydras Street
New Orleans, LA 70130

Re:  George F. Riess, Louisiana State Bar # 11266;
     Order granting exemption from electronic filing

Dear Judge Berrigan and Ms. White:

    Thank you for your kind consideration of and granting my application for waiver of the electronic filing requirement.

                              Respectfully yours,

                              George F. Riess

GFR/tw