

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: *Abadie II*, 07-5112 | MAGISTRATE: WILKINSON |

## MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiff, Mary H. Benjamin, has resolved her differences with defendant Allstate Insurance Company ("Allstate") and seeks to dismiss her claims against it. Accordingly, this plaintiff respectfully requests that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that all of her claims against all parties, including Allstate, be dismissed, with prejudice, each party to bear its own costs.

Fee____
Process____
X Dktd____
✓ CtRmDep____
___ Doc. No.____

96852

WHEREFORE, Plaintiff prays that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

Christine Reed
4230 S. King Drive, Unit 3N
Chicago, IL 60653

*Executor of the estate of Mary H. Benjamin*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by facsimile transmission on the 27 day of November, 2007.

96852