UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: *Abadie II*, 07-5112 | MAGISTRATE: WILKINSON |

## ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiff Mary H. Benjamin are dismissed, with prejudice, each party to bear its own costs;

New Orleans, Louisiana, this 6th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc. No. _____

96852