U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   NOV 28 2007

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE:   *Abadie II*, 07-5112 | MAGISTRATE: WILKINSON |

## MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiff, Edna Tapp, has resolved her differences with defendant Allstate Insurance Company ("Allstate") and seeks to dismiss her claims against it. Accordingly, this plaintiff respectfully requests that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that all of her claims against all parties, including Allstate, be dismissed, with prejudice, each party to bear its own costs.

**TENDERED FOR FILING**

NOV 28 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___Fee_____
___Process_____
_X_Dktd_____
_X_CtRmDep____
Doc. No._____

96990

WHEREFORE, Plaintiff prays that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

*Edna M. Tapp*
Edna Tapp
P.O. Box 8546
Clinton, LA  70722

*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by facsimile transmission on the 28 day of November, 2007.

- 2 -

96990