UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. |
| | * | NO. 05-4182 "K" (2) |
| | * * | JUDGE DUVAL |
| PERTAINS TO:   LEVEE:06-6642 | * * | MAG. WILKINSON |
| (PONTCHARTRAIN BAPTIST CHURCH) (BRIDGE PROJECTS) | * * | |

*******************************

## ORDER

**IT IS HEREBY ORDERED** that the notice of appeal previously filed herein and attached hereto as Exhibit "A" be and the same is hereby voluntarily dismissed without prejudice on motion of all of the plaintiffs in Civil Action No. 06-6642.

New Orleans, Louisiana this ___ day of _____, 200_.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____