```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC - 5 2007

LORETTA G. WHYTE
CLERK

Date: __12-5-07__

__Robert Adams, et al__

vs.

__State Farm Fire and Casualty Company, et al__

Case No. __07-4459__ Section __"K"(2)__

(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) _____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) __State Farm Fire and Casualty Insurance Company__
   (address) _____

2. (name) __Allstate Insurance Company__
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for __plaintiffs__

Address _____

___ Fee____
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.