MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 6, 2007

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                  CIVIL ACTION
         CONSOLIDATED LITIGATION

                                              NO. 05-4182 "K" (2)

PERTAINS TO:                                   JUDGE DUVAL
ROAD HOME:  Louisiana State, 07-5528           MAG. WILKINSON
INSURANCE:  07-5111, Allen et al.;
INSURANCE/Severed Mass Joinder:  07-2322, Crawford;
07-2323, Williams; 07-2363, Netter; 07-2364, Thibodeaux;
07-2367, Paulin; 07-2375, Oubre; 07-2382, Joseph;
07-2389, Deslatte; 07-2392, Griffith; 07-2395, Legrone;
07-2407, Gibson; 07-2411, Blunt; 07-2421, Hales;
07-2425, Creecy; 07-2427, Wright; 07-2430, Ferrouillet

      A conference was conducted on this date in the referenced cases in response to the

letter of plaintiff's counsel dated November 30, 2007, which has been separately filed in

the record.  Participating via telephone were:  Joseph M. Bruno, Scott Joanen, Plaintiff's

Liaison Counsel and counsel for the individual plaintiffs in the referenced matters;  Ralph

Hubbard, Seth Schmeeckle, Defense Liaison Counsel; Frank Dudenhefer, Frank Elliott,

MJSTAR:  0 : 45

representing the State of Louisiana in the reference Road Home case; Chase Chassaignac and David Strauss, representing, State Farm.

Counsel for the individual plaintiffs and defendant, State Farm, in the referenced Insurance and/or Severed Mass Joinder cases advised that settlements have been reached between them in these cases, but that the written consent/release of the State of Louisiana, plaintiff in the captioned Road Home case, is required to finalize the settlements.  Counsel for the Road Home program advised the court that a protocol proposed by the Road Home program concerning such settlements will be provided to counsel and to the court on December 7, 2007.  After I review the proposed protocol, the court will determine whether to schedule a hearing or conference to finalize these pending settlements.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

- 2 -