# COURT RECORD LOAN FORM
## (Please Print)

U.S. District Court

THIS PORTION REMAINS WITH COURT RECORDS

No. 05-4182 06 1540   Short Title _Katrina Canal Breaches_   Date 12-6-07

To: Glenn B. Adams, Esq.
*Name*
Porteous, Hainkel + Johnson, LLP
704 Carondelet
*Address*
KG0

New Orleans     LA     70130
*City,*          *State*      *Zip*

Documents Enclosed:
☑ Record Vols: 1

* ☐ Exhibits ☐ Env. _____
☐ Box: _____ ☐ _____
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

**\*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return**     *SEND RECORDS TO* **U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA** *5th Circuit.  Complete the shaded area below and return this form to the 5th Circuit along with the documents.*

FILED   DEC -6 2007

LORETTA G. WHYTE
CLERK

To:   **Clerk, 5th Circuit**

☐ Record Vols. _____
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records above listed are returned to Clerk.
Attorney Name: _____
Date: _____

⊁ Cut Here

**Clerk's Receipt** *To be completed by* **5th Circuit Clerk's office** *and forwarded to person in previous section.*

No. _____ Short Title _____

☐ Record Vols. _____
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records in above case have been received by Clerk
Name: _____
Date: _____

District: _ _ _ _ _ _ _ _

⊁ Cut Here

**Attorney Forwarding Receipt**     *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the* **District Court Clerk's office.**

No. _____ Short Title _____

To:   Clerk, U.S. District Court

☐ Record Vols _____
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

District: _ _ _ _ _ _ _ _

⊁ Cut Here

**Attorney Receipt**     *The shaded area below is to be completed by original recipient.  Please detach this portion and forward it to the* **District Court Clerk's office** *upon receipt of documents.*

No. _____ Short Title _____

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

To:   Clerk, U.S. District Court

☐ Record Vols. _____
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records in above case listed received:
Judge/Attorney Name: _____
Date: _____

District: _____