# COURT RECORD LOAN FORM
### (Please Print)
U.S. District Court

05-4182 cw 06-7540 *THIS PORTION REMAINS WITH COURT RECORDS*

No. 05-4182   Short Title _Katrina Canal Breaches_   Date 12-6-07

To: _Steven Levy_
Name

_7800 Sims Tower_
Address

_Chicago, ILL_

City,          State          Zip

Documents Enclosed:
☑ Record Vols: **1**

* ☐ Exhibits ☐ Env. _____
☐ Box: _____ ☐
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**FILED DEC -6 2007**

**LORETTA G. WHYTE**
**CLERK**

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES*

**Attorney Return**   **_SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit._** Complete the shaded area below
and return this form to the 5th Circuit along with the documents.

☐ Record Vols _____
☐ Supp. Record Vols _____
* ☐ Exhibits ☐ _____

Records above listed are returned to Clerk
Attorney Name: _____
Date: _____

To:   **Clerk, 5th Circuit**

— — — — — — — — — — — — — *THIS PORTION REMAINS WITH COURT RECORDS* — — — — — — — — —

**Clerk's Receipt** _To be completed by **5th Circuit Clerk's office** and forwarded to person in previous section._   ✂ Cut Here

No. _____ Short Title _____

☐ Record Vols _____
☐ Supp. Record Vols _____
* ☐ Exhibits ☐ _____

Records in above case have been received by Clerk
Name: _____
Date: _____

District: _____

✂ Cut Here

**Attorney Forwarding Receipt**   _If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the **District Court Clerk's office.**_

No. _____ Short Title _____

To:   Clerk, U.S. District Court

☐ Record Vols _____
☐ Supp. Record Vols _____
* ☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

District: _____

✂ Cut Here

**Attorney Receipt**   _The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the **District Court Clerk's office** upon receipt of documents._

No. _____ Short Title _____

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

To:   Clerk, U.S. District Court

☐ Record Vols: _____
☐ Supp. Record Vols _____
* ☐ Exhibits ☐ _____

Records in above case listed received:
Judge/Attorney Name: _____
Date: _____

District: _____