# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte  
Clerk

500 Poydras St., Room C-151  
New Orleans, LA 70130

December 6, 2007

Mr. Charles R. Fulbruge, III, Clerk  
U. S. Court of Appeals, Fifth Circuit  
New Orleans, LA 70130

FILED DEC - 6 2007  
LORETTA G. WHYTE  
CLERK

APPEAL NO  07-30706

RE: KATRINA CANAL BREACHES LITIGATION    CA  05-4182-K  
    c/w 05-4181 K

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

___ 4) This case is proceeding in forma pauperis

___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

___ 6) District Judge Entering the final judgment is___

___ 7) Court Reporter assigned to the case _____

___ 8) If criminal case, number and names of other defendants on appeal ___

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

  x  1) **Certified** Electronic Copy of Record on appeal:

   ___ Volume(s) of record    ___ Volume(s)of transcripts

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ envelopes ___ Binder

___ 2) Supplemental record consisting of _____

___ 3) SEALED DOCUMENT _____

___ 4) Other _____

Very truly yours,

By   Alicia Phelps  
     Deputy Clerk

___ Fee_____  
___ Process_____  
 X  Dktd_____  
___ CtRmDep_____  
___ Doc. No._____