OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC -7 PM 1: 21

LORETTA G. WHYTE
CLERK

Date: _12/7/07_____

_Maureen Hoskins_____

vs.

_US Army Corps of Engineers_

Case No. _07-5025_ Section _K (2)_

_consolidated w/ 05-4182_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended

complaint) ( ____ amended complaint) (third party complaint)

(other : _____ ) to the following:

1.  (name) _United States Army Corps of Engineers_
    (address) _7400 Leake Ave, New Orleans, LA 70118_

2.  (name) _____
    (address) _____

3.  (name) _____
    (address) _____

4.  (name) _____
    (address) _____

Very truly yours,

_Harry Hoskins_
"Signature"

Attorney for _petitioners_

Address _201 St. Charles Ave_

_Ste 2500_

_New Orleans, LA_

_70170_

___ Fee _____
___ Process _Coatiscus_
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____