UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K"(2) |
| PERTAINS TO: *Mooney*, C.A. 06-4703 ******************************** | * * * | |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes **STATE FARM FIRE AND CASUALTY COMPANY** (incorrectly referred to as "State Farm Insurance Company"), who respectfully moves this Honorable Court for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing all of plaintiffs' claims against it with full prejudice, on the grounds that there are no genuine issues of material fact in dispute since the homeowner's policies at issue did not provide coverage for flood damage, and for the reasons more fully set forth in the attached Memorandum in Support, State Farm Fire and Casualty Company is entitled to Summary Judgment as a matter of law.

Respectfully submitted,

*/s/ Wm. Ryan Acomb*
**WM. RYAN ACOMB (16780)
MICHELE L. TROWBRIDGE (30974)
STACEY G. ROLAND (31308)**

Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130-3774
Telephone:  (504) 581-3838

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on December 7, 2007.

/s/ Wm. Ryan Acomb
WM. RYAN ACOMB
MICHELE L. TROWBRIDGE
STACEY G. ROLAND