UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K"(2) |
| PERTAINS TO: *Mooney*, C.A. 06-4703 | * * | |
| ******************************* | * | |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

1. Plaintiffs were the owners of properties in Orleans Parish, Louisiana, located at 6964 Catina Street and 10 New Basin Way in Lakeview.

2. Plaintiffs purchased a homeowner's policy of insurance from State Farm Fire and Casualty Company on two separate properties.

3. Both of plaintiffs' properties sustained serious flood damage as a result of Hurricane Katrina

4. State Farm did not provide flood insurance to plaintiffs.

5. Plaintiffs and State Farm filed with this Court a Stipulation which stated that the sole controversy in this matter was whether or not the State Farm policies at issue provided coverage for flooding as alleged in plaintiffs' Complaint or whether those damages were excluded under the State Farm policy language. (Please see Document Number 2993).

1

Respectfully submitted,

/s/ Wm. Ryan Acomb
**WM. RYAN ACOMB (16780)**
**MICHELE L. TROWBRIDGE (30974)**
**STACEY G. ROLAND (31308)**
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130-3774
Telephone:  (504) 581-3838

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on December 7, 2007.

/s/ Wm. Ryan Acomb
WM. RYAN ACOMB
MICHELE L. TROWBRIDGE
STACEY G. ROLAND