## UNITED STATES DISTRICT COURT

## EASTERN OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL | * | **CIVIL ACTION** |
| BREACHES | * | |
| CONSOLIDATED LITIGATION | * | **NO. 05-4182** |
| | * | |
| | * | **SECTION "K"(2)** |
| PERTAINS TO: | * | |
| *Mooney*, C.A. 06-4703 | * | |
| ****************************** | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel for defendant, State Farm Fire and Casualty Company, will bring defendant's Motion for Summary Judgment for hearing before the Honorable Stanwood R. Duval, Jr., United States District Judge for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130, on the **26th day of December, 2007, at 9:30 a.m.,** or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/ Wm. Ryan Acomb*
**WM. RYAN ACOMB (16780)**
**MICHELE L. TROWBRIDGE (30974)**
**STACEY G. ROLAND (31308)**
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130-3774
Telephone: (504) 581-3838

1

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on December 7, 2007.

/s/ Wm. Ryan Acomb
WM. RYAN ACOMB
MICHELE L. TROWBRIDGE
STACEY G. ROLAND

2