UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE | § | |
| *Boutte* (05-5531) | § | |
| *Mumford* (05-5724) | § | |
| *Lagarde* (06-5342) | § | |
| *Perry* (06-6299) | § | |
| *Benoit* (06-7516) | § | |
| *Parfait Family* (07-3500) | § | |
| _____ | § | |

**MOTION TO STRIKE
CROSS-CLAIM AND AMENDED THIRD-PARTY COMPLAINTS**

Defendant and third-party defendant, the United States of America, hereby moves to strike Lafarge North America, Inc.'s cross-claim (R.D. 8060) and amended third-party complaints (R.D. 9032).

For the reasons stated in the accompanying Memorandum of Law, Lafarge North America, Inc.'s cross-claim and amended third-party complaints violate Case Management Order No. 5 and should be stricken.

Dated: December 7, 2007               Respectfully submitted,

                                      JEFFREY S. BUCHOLTZ
                                      Acting Assistant Attorney General

                                      C. FREDERICK BECKNER, III
                                      Deputy Assistant Attorney General

                                      PHYLLIS J. PYLES
                                      Director, Torts Branch

                                      JAMES G. TOUHEY, JR.
                                      Assistant Director, Torts Branch

                                       s/ Kara K. Miller
                                      Kara K. Miller
                                      Trial Attorney, Torts Branch, Civil Division
                                      U.S. Department of Justice
                                      Benjamin Franklin Station, P.O. Box 888
                                      Washington, D.C.  20044
                                      (202)-616-4448 / (202) 616-5200 (Fax)
                                      Attorneys for the United States

## **CERTIFICATE OF SERVICE**

      I, Kara K. Miller, hereby certify that on December 7, 2007, I served a true copy of the United States's Motion to Strike Cross-claim and Amended Third-party Complaints and accompanying Memorandum in Support upon all parties by ECF.

                                                                              s/ Kara K. Miller
                                                                               Kara K. Miller