UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE | § | |
| *Boutte* (05-5531) | § | |
| *Mumford* (05-5724) | § | |
| *Lagarde* (06-5342) | § | |
| *Perry* (06-6299) | § | |
| *Benoit* (06-7516) | § | |
| *Parfait Family* (07-3500) | § | |
| _____ | § | |

**MEMORANDUM IN SUPPORT OF THE UNITED STATES'S MOTION TO STRIKE
CROSS-CLAIM AND AMENDED THIRD-PARTY COMPLAINTS**

Defendant and third-party defendant, the United States of America, has moved to strike Lafarge North America, Inc.'s ("LNA") cross-claim (R.D. 8060) and amended third-party complaints (R.D. 9032) because they were filed in violation of Case Management Order No. 5 ("CMO No. 5").

On September 18, 2007, the Court entered CMO No. 5, which created a "BARGE" category within the *In re Katrina* consolidated litigation and established a schedule according to which the BARGE cases would thereafter proceed. R.D. 7724. Seven cases were grouped into the BARGE category, (*Boutte* (05-5531), *Mumford* (05-5724), *Lagarde* (06-5342), *Perry* (06-

6299), *Benoit* (06-7516), *Parfait Family* (07-3500), and *Lafarge* (07-5178)), five of which included pending third-party complaints filed by LNA against the United States. *See* R.D. 590 and 597 filed in Civil Action No. 06-4419. CMO No. 5 provided that, with the exception of answers, "no further pleadings, amendments to pleadings, addition of parties, third-party actions, cross-claims and counterclaims will be allowed, except on motion, noticed for hearing, and based on a showing of good cause as required by Fed. R. Civ. P. 16(b)." CMO No. 5, R.D. 7724, at II(B).

On September 28, 2007, LNA filed its "Answer and Cross-Claims" in Civil Action No. 07-3500, asserting a cross-claim against the United States and other defendants. *See* R.D. 8060. LNA did not obtain leave of Court to assert its cross-claim, as is required by CMO No. 5. On November 14, 2007, LNA filed an "Answer to Sixth Supplemental and Amended Complaint and Third-Party Complaint," R.D. 9032, which applies to the following civil actions: *Boutte* (05-5531), *Mumford* (05-5724), *Lagarde* (06-5342), *Perry* (06-6299), and *Benoit* (06-7516). Although not styled as an amendment, LNA's "Third-Party Complaint" in R.D. 9032 does, in fact, amend the allegations in the previously-filed third-party complaints, including adding an additional cause of action against the United States.

Because LNA did not obtain leave of Court prior to filing its cross-claim in *Parfait Family* (07-3500) and its amendment to the third-party complaints in *Boutte* (05-5531), *Mumford* (05-5724), *Lagarde* (06-5342), *Perry* (06-6299), and *Benoit* (06-7516), the pleadings were filed in violation of the terms of CMO No. 5 and should therefore be stricken. Moreover, the amendment to LNA's third-party complaints in *Boutte* (05-5531), *Mumford* (05-5724), *Lagarde* (06-5342), and *Perry* (06-6299) violates the requirement of Rule 15 of the Federal Rules of Civil

Procedure that leave of court or written consent of the opposing party be obtained to amend a pleading once a responsive pleading has been filed.  Fed. R. Civ. P. 15(a)(2).

## CONCLUSION

For the above stated reasons, the United States's motion to strike LNA's cross-claim and amended third-party complaints should be granted.

Dated: December 7, 2007                     Respectfully submitted,

                                                                JEFFREY S. BUCHOLTZ
                                                                 Acting Assistant Attorney General

                                                                 C. FREDERICK BECKNER, III
                                                                 Deputy Assistant Attorney General

                                                                 PHYLLIS J. PYLES
                                                                 Director, Torts Branch

                                                                 JAMES G. TOUHEY, JR.
                                                                 Assistant Director, Torts Branch

                                                                  s/ Kara K. Miller
                                                                 Kara K. Miller
                                                                 Trial Attorney, Torts Branch, Civil Division
                                                                 U.S. Department of Justice
                                                                 Benjamin Franklin Station, P.O. Box 888
                                                                 Washington, D.C.  20044
                                                                 (202)-616-4448 / (202) 616-5200 (Fax)
                                                                 Attorneys for the United States

## CERTIFICATE OF SERVICE

    I, Kara K. Miller, hereby certify that on December 7, 2007, I served a true copy of the United States's Motion to Strike Cross-claim and Amended Third-party Complaints and accompanying Memorandum in Support upon all parties by ECF.

                                              s/ Kara K. Miller
                                                Kara K. Miller