UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE | § | |
| *Boutte* (05-5531) | § | |
| *Mumford* (05-5724) | § | |
| *Lagarde* (06-5342) | § | |
| *Perry* (06-6299) | § | |
| *Benoit* (06-7516) | § | |
| *Parfait Family* (07-3500) | § | |
| _____ | § | |

## NOTICE OF HEARING

TO:   All Counsel of Record.

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States's Motion to Strike Cross-claim and Amended Third-party Complaints at the Courtroom of the Honorable Joseph C. Wilkinson, Jr., United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 26th day of December, 2007, at 11:00 a.m.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
Eastern District of Louisiana