UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                        CIVIL ACTION
         CONSOLIDATED LITIGATION
                                                     NO. 05-4182 "K" (2)

PERTAINS TO:                                         JUDGE DUVAL
ROAD HOME:  Louisiana State, 07-5528                 MAG. WILKINSON
INSURANCE: 07-5111, Allen et al. (Carter, Morgan,
Gilyott, Ferrara, Simms)
INSURANCE/Severed Mass Joinder: 07-2322, Crawford;
07-2323, Williams; 07-2363, Netter; 07-2364, Thibodeaux;
07-2367, Paulin; 07-2375, Oubre; 07-2382, Joseph;
07-2389, Deslatte; 07-2392, Griffith; 07-2395, Legrone;
07-2407, Gibson; 07-2411, Blunt; 07-2421, Hales;
07-2425, Creecy; 07-2427, Wright; 07-2430, Ferrouillet

## ORDER

By letter dated November 30, 2007, and in a subsequent telephone conference, Record

Doc. No. 9395, counsel for plaintiffs and defendant, State Farm, in the referenced individual

Insurance and Severed/Mass Joinder categories of cases have advised the court that they have

reached settlements of about 21 claims asserted in the referenced cases.  However, the State

of Louisiana, through its "Road Home" program, has asserted, including in the captioned

Road Home case pending in this court, certain subrogation/assignment claims to the

settlement funds, such that it appears the settlements cannot be finalized without action by

the State of Louisiana. Accordingly,

**IT IS ORDERED** that a settlement conference/hearing in the above-referenced cases

will be conducted by me on **December 20, 2007, beginning at 10:00 a.m.**  Proceedings will

be conducted in my chambers or on the record in open court, as appropriate. Counsel for plaintiffs and defendant State Farm in the referenced cases and counsel for the State of Louisiana in the Road Home case must appear in person.

**IT IS FURTHER ORDERED** that an authorized representative of the State of Louisiana, with actual authority to bind the State of Louisiana/Road Home Program and execute (a) the written consent to settlement described in the fifth paragraph of "The Road Home Limited Subrogation/Assignment Agreement" and (b) any appropriate release of the settled claims, MUST APPEAR IN PERSON before me at the settlement conference/hearing.

**IT IS FURTHER ORDERED** that all counsel and the authorized representative of the State of Louisiana must bring to the settlement conference/hearing their entire files concerning the referenced individual cases and claims so that any and all questions concerning the settlements may be addressed in court. It is the court's intention that court will remain in session on **December 20, 2007**, until all of the referenced individual matters are settled, with appropriate dismissal orders entered, or it is determined that settlements cannot be finalized and, if not, why.

The court has been advised that counsel have scheduled a meeting this week in which Road Home Program officials will participate in an attempt to finalize these settlements without court intervention. The court encourages these efforts. All parties are hereby advised that if I am notified in writing, on or before **4:00 p.m. on December 19, 2007**, that

2

settlements of <u>all</u> of the claims subject to this order have been finalized to the satisfaction of plaintiffs, State Farm and the State of Louisiana, and that appropriate dismissal orders may be issued by the court in those particular cases, the December 20, 2007 settlement conference/hearing will be cancelled, and no appearances will be necessary.

New Orleans, Louisiana, this __10th__ day of December, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**

3