STUART T. BARASCH (20650)
**HURRICANE LEGAL CENTER**
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Telephone:   (504) 525-1944
Facsimile:   (504) 525-1279

# HURRICANE LITIGATION

**07-5208**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**SECT. K  MAG. 2**

RAFAEL & DIOIGNA ACEVEDO; VANESSA ADAMS;    )
SYLVIO AGUILAR; SHEIKH & SHEILA BULT AHMED; )
DELORES ALEXANDER; DONYA ALSINA; ALBERT     )
ANDRE; WILIE ANTOINE; ENELL & WILIE MAE     )
ASHFORD; ENELL & WILLIE MAE ASHFORD; THOMAS & )
DIANA BABIN, SR.; DAVID F. BAILIE; SUMAN &  )
SHARMISTHA BANERJEE; YOLANDA BANKS; CHERYL  )
BANNISTER; ALBERT & JEAN BATISTE, SR.; FRANK & )
ALBA BAYONA, SR.; GRADY, CHERYL BELL; JOSEPH )
BELL; EMANUELLA B. BELL-ADKINS; FRANK BELLAZER;)
JUSTIN, AUDREY BENIT; GEORGIA BIGELOW; CRAIG & )
SHARON BLAIR; BRUCE & KATHY BOUDREAUX;      )
CLARENCE, RUTH BOURG; DEBRA BRADLEY; ALICE, )
TED BREAUX; SUZANNE & LEONARD BRIGGS; A.R. & )
ERNESTINE BROCK; KIM BROOKINS; ALBERTA BROOKS;)
DONALD BROSSETTE; BOBBY B. BROUSSARD; HOLLY )
BROUSSARD; DARRYL BROWN; EMMA BROWN;        )
GENEVIEVE BROWN; JOAN BROWN; LEOLA BROWN;   )
SHANDA BROWN; ALVA BRULE'; JESSIE BURDEN;   )
MARION BURSE; BETTYE BURT; CAROLYN BURTON;  )
WANDA BUTLER-ARMSTRONG; GERRY CALL; RONALD  )

-1-



CAMPAGNA; LOUVELLA CAMPBELL; JANICE, JOE )
CAPIZZO; GEORGETTA CARTER; JULIUS & ANISSA )
CASBON, III; JOHN CASON, JR.; SHIRLEY CASTELL; )
LOURDES CASTILLO; LATTIE & DIANE CAUSEY, JR.; )
JOAN CHAMBERLAIN; BARRY CHARLES; BETTY )
CHARLES; HOWARD & SALLIE CHENEVERT; IVORY, )
SHIRLEY CHOPIN; JOSEPH CLAIBORNE; PAMELA )
COBB; AUGUSTINE H. COBETTE; BRENDA COOPER; )
CAROLYN COOPER; NIYA COOPER; MICHAEL CORLEY; )
DERWAN COWART; GERMAINE, RUTH CRAFT, )
HONORE; JACQUELINE & MELVIN J. CREECY; BRENDA )
CRISTIA; WAYNE CRITFIELD; ALBERT & DAYLE CUTNO;)
DAVE & PAULETTE DABNEY; LOIS DAKIN; CLOVER )
DAVIS; EMANUEL & CHRISTINA DAVIS; GEORGE & )
SHIRLEY DAVIS; HELEN J. DAVIS; HELENA DAVIS; )
MARY DE GRUY; MICHAEL DEJOIE; MARK & )
SUNCHONG DERNOVSEK; ONITHA DEXTER; CHARLES )
& HELEN DILEO; HENRY & ELMIRA D. DIXON; NATHAN )
& EMELDA DOMINIQUE; SIDNEY & INEZ DOREST; )
GENEVA DORSEY; SANDRA DUNBAR; MABLE BY )
CYNTHIA GIBSON DUPLESSIS; MARIZA DUPLESSIS- )
JONES; PETER DUPUY; LEEONA DYAR; STEWART )
EAMES; SANDRA EBBS; COLITA ELLIS; GLADYS )
ENCLADE; ELAINE ERNHARD; SANDRALYNE ESCO; )
LORETTA EUGENE; JOYCE EVANS-HAWKINS; LEONA )
EVANS-HAWKINS; LEROY FAIR, JR.; GEORGE )
FANNING; BERNICE FERDINAND; LISA & ANTHONY )
FIELDS; KEVIN & DENETIA FISHER; WAYNE & MONA )
FLETCHER; LINDON M. FLOT; ROSA FORGES; WILFRED )
& VESTER FRANCOIS, SR.; NORMAN GALLO; THOMAS )
GANT, JR.; SANDRA GARDNER; LARRY & DEBRA )
GARNETT; JULIE GATTI; CYNTHIA A. GIBSON; BETTY )
GIOUSTOVER; ROBERT D & REGINA M. GIVENS, JR.; )
DIANE GLADSTONE; THAIS, ANTHONY M. GRAFFEO, )
SR.; ANA ALICIA GRAHAM; GAIL GREATHOUSE; )
ALBERT & MAURIEL GREEN; DENISE GREEN; HARVEY )
GREEN; REGINALD GREEN; THADDEUS GREENLEE; )
TRINA GRIFFIN; LISA GRIMBLE; KAREN GULLY; )
EVERETT & MELODY HALLIGAN; VICKI HANDY- )
HOOKER; KENNETH HANSBERRY; DORIS & LEE )
HARDY; BERNADETTE & JERRY HAYES; HAROLD & )

LOVIE HENDERSON; JOSEPH & JOYNELL HENDERSON; )
RAUNONA HENDERSON; FRANCIS & JEAN HENRY; )
JEROME HENRY; MARY HERBERT-WELSH; JOY HESS; )
JIMMIE HINTON; MOSES & GLORIA HOGAN; CAROLE M.)
HOOVER; CYNTHIA HOUSTON; CYNTHIA & GLADYS )
HOWARD; SHAWANDA HOWARD; THELMA HULBERT; )
ARCELL HUMBLE; LIONEL HUNTER; CHENEAU ISRAEL, )
MARION; FLORINE JACKSON; RITA JACKSON; DENISE )
JAMES; CRAIG JEFFERSON; CHARLEEN D. JENKINS; )
GREGORY, LYNN JENKINS; ANTHONY JOHNSON; EARL )
& SHIRLEY JOHNSON; EDITH & THOMAS JOHNSON; )
JUNIUS G. JOHNSON; MERRY JOHNSON; SHIRLEY & )
MALLORY JOHNSON & COATS; GEORGE & BARBARA )
JOHNSON, JR.; MICHAEL, ANTOINETTE JOHNSON, )
MURRAY; BENNIE JONES; BENNIE & BRENDA JONES; )
EGYPT JONES; ALTON, JENELL JONES, SR.; MERLEAN )
JONES-POLK; WILFRED JOSEPH; THOMAS JUHAS; )
JANICE JULIEN; EARLINE JULUKE; LYDIA KENNEDY; )
DAISY KING; JOHN KRENNERICH; ERIC KROLL; )
DELERNA LABOSTRIE; WINDELL LACOUR; DAVID & )
VENITA LACROIX; ESMY LAFRANCE; RONALD )
LAHOSTE; ROSALIE W. LANERS; CAROLYN LAWRENCE;)
CHARLENE M. LEAF; MERCY LEBLANC; JOSEPH & )
GRETHEL LEBLANC, JR.; ANTOINETTE F LEE; HAROLD )
& JOANN LEE; WANDA LEE; JOHN C. LEECH; RUTH )
& LOUVENIA LEFORT, ALLEN; CLARENCE, MADELINE )
R. LEON; TOMMIE LEON; STEPHEN, AGNES LETULLE; )
CHARMAINE LEWIS; PAUL, AVA LIGHTELL; MALCOLM )
LINCOLN; GLORIA LIVAUDAIS; PETER & CONSUELLA )
LOLLIS; DEBRA , ANGELINA LOWE; SUZANNE LYONS; )
ROSE MARIE MACALUSO; TONGELA & CAROLYN MACK; )
ORIN MANGAR; DEBORAH MARKS; IRIS MATTHEWS; )
MARY & LEON MATTHEWS; HERMINA MCCALL; )
ELAINE MCCARTHY; JOSEPH, NANCY MCDANIEL; )
DAVID MCFARLAND. SR.; ROSA & DOUGLAS )
MCGOWAN; ADRIENNE MCKAY; KESHA MCKEY; )
FRANCIS & ELIZABETH MCLAIN; JOHN & ROSE M. )
MEEHAN; ROBERT MEEHAN; FREDERICK MEMLEB; )
WALTER & ANN METZINGER, JR.; JACK & DIANE )
MEYERS; MI PROPERTIES LLC MI SALON & SPA LLC; )
RUSSELL & JOYCELYN MILES, JR.; WILMOT & )

ELAINE MILLER, JR.; MARY MILLS; CHANTRECE )
MITCHELL; JACQUELINE MOORE; JOHN & BERDINA )
MOORE; RHONDA, MORRIS MOORE; MARIO & DAYMI )
MOREY; HAROLYN MORIARITY; MAHDI MUHAMMAD; )
IDA MYLES; CHERYL NEASON; PATRICIA NELSON; )
ROBERT NETHERLAND; MICHAEL, JOSEPHINE NETTO; )
ESTELLE NEWSOME; LAWRENCE NICOSIA; VANCE )
NIMTZ; GWENDOLYN NORA; EDNA & WILFRED NORRIS;)
HENRY & MARY NORTON; ROY G. & ELAINE NUNEZ, )
SR.; DENNIS & PATRICIA O'NEIL; ANTHONY OWENS; )
GARY OWENS; JOHN, LYNN PATNETT; JERROLD, )
HARLENE PEDESCLAUX; RANDAL, AUDREY PENNEY; )
CECILIA PERALTA; ZEBEDEE PERDUE, JR.; VINCENT, )
MARY PEREZ; MARCOT & JUANA PEREZ, SR.; LESTER )
& GLORIA PERIATT; ERNEST PETERS; JOHN PETERS; )
JEANNINE PICHON; AMOS PIERCE; LOUVENIA )
PIERCE; FELLMAN & DELORES PIERRE; PAMELA PITRE; )
PAMELA & KEITH PITRE; ANDRIA POLK; PALANI )
PONNAPANNAM; ROBERT & KIM PRICE; DOMINICK )
PUIPURO; STANISLAUS RACHAL; EZELL & ARTIE )
RANDLE; FRANK, LINDA REEG; ANTHONY & BEULAH )
REIMONENQ; ANITA REUGGER; DOGOBORTO REYES; )
KAREN REYNOLDS; JUDITH RHEA; DAVID RICHARDS; )
WILLIAM W. & CECILIA N. ROBERTS; ADADELE T. )
ROBERTSON; ADELE ROBERTSON; DEBORAH )
ROBICHAUX; LILLIE ROBINSON; ALINE ROBINSON; )
JAMES ROBINSON; MICHELE ROBINSON; PATRICIA )
ROBINSON; HENRY ROSENTHAL; JAMES ROSS; DIANA )
ROYAL; RAMON, LIGIA RUIZ; STANLEY SANDERS; )
THELMA SANDERS; WILMA SARGENT; ALEXANDER )
SASSONE; ARTIS SATCHER; KARL, CAROL )
SCHEUERMANN; JOSEPH & AUTHERINE SCOTT; )
TONYA SEAGER; AUDRY SHANKS; MARY SHELTON; )
MARY SHEPHARD; JACQUELYN SIMMONS; ELLA SIMS- )
GALE; BERNARD SINGLETON; BEVERLY SMITH; DIANE )
SMITH; JESSE & MARY SMITH; LOUIS W. SMITH; )
WALTER & JOYCE SMITH; CHRISTINE SNYDER; )
WESLEY & CYNTHIA SOLOMON; ST. ANDREW BAPTIST )
CHURCH; AMOS STAFFORD; FELICIA STAFFORD; )
MILTON, VIRGIE STEVENSON; TINA STOKES; ROBERT &)
JOELLE STRECKFUS, JR.; RAYMOND SUTTON; IRENE M.)

SYKES; EMILY T. TAYLOR; MARILYN THEARD; MARY )
THOMAS; MCRAY THORNTON; JOSEPH TILLY; GINA )
TRAN; STANLEY TUCKER; ABDULHAMED TURK; )
GERALDINE TURNER; MAMIE TURNER; MAMIE )
TURNER; MARION VAN BUREN; DONALD, JERRY ANN )
VEALS; FRANCES VINCENT; LOIS VINOT; TERI )
WAGGONER; GARY J., MILENE C. WAGNER; JOHN N. )
WALTON; GWENDOLYN WASHINGTON; LIONEL )
WASHINGTON; RONALDO WEATHERSBY; RONALDO )
WEATHERSBY; KELBY WEBER; LORI WEBER; LARRY & )
LORRAINE WHARTON; BOBBIE WHITE; LEONA WHITE; )
CARLENE WILLIAMS; CORA WILLIAMS; ETHEL )
WILLIAMS; JAMES WILLIAMS; JUNE WILLIAMS; LINDA )
WILLIAMS; LISA WILLIAMS; MARILYN WILLIAMS; ORA )
WILLIAMS; PERCY & MARSHA WILLIAMS; STEPHEN )
WILLIAMS; VIRGIL WILLIAMS; WILLIS & RUBY )
WILLIAMS; ALDOLPHUS WILSON; EDDIE WILSON; )
NICOLE & JUAN WILSON; WILLIAM WILSON; DONALD )
& LINDA WOOD; PATRICIA WOODS; JANET WRIGHT; )
RICHARD & PAULA WUST; JUDITH A. YOUNG; )
MARLON YOUNG, )
 )
    Plaintiffs, )
 )
VS. )
 )
AAA; AIG; ALLIANCE; ALLSTATE; ALLSTATE )
FLOOD INSURANCE PROGRAM; ALLSTATE INSURANCE; )
ALLSTATE FLOOD INSURANCE PROG; ALPH )
INSURANCE LLC; ALSTATE; AMERICA NATIONAL )
PROPERTY & CASUALTY; AMERICA RELIABLE INS; )
AMERICA SECURITY; AMERICAN NATIONAL & )
PROPERTY; AMERICAN BANKERS INS. COMPANY OF )
FLORIDA ; AMERICAN BANKERS INSURANCE; )
AMERICAN BANKERS OF FLORIDA INSURANCE; )
AMERICAN NATIONAL; AMERICAN NATIONAL )
PROPERTY & CASULITY; AMERICAN RELIABLE )
INSURANCE; AMERICAN SECURITY INS.; AMERICAN )
SECURITY INSURANCE COMPANY; ANPAC; AUDUBON )
INS; AUDUBON INSURANCE; BALBOA INSURANCE )
COMPANY; EMPIRE INDEMNITY INS; ESIS ACE )

AMERICAN INSURANCE CO.; EUSTIS INS; FAMERS;   )
FARM BUREAU; FARM BUREAU/ SFB; FARMS'   )
INSURANCE; FEMA; FEMA/ALLSTATE; FIDELITY NAT'   )
PROP & CASUATLY CO.; FIDELITY NATIONAL   )
INSURANCE; FIDELITY NATIONAL PROPERTY &   )
CASUALTY; FIRST COMMUNITY INSURANCE; GROUP   )
FLOOD INSURANCE; HARLEYSVILLE MUTUAL INS. CO.; )
HARLEYVILLE MUTUAL INSURANCE CO.; HARTFORD;   )
HARTFORD FIRE; HARTFORD INSURANCE; HARTFORD/ )
LACITIZENS; HORACNE MANN INSURANCE; HUGHES   )
WALMSLEY; IMPERIAL FIRE & CASUALITY; INSURANCE )
UNDERWRITERS LTD.; LA CITIZENS; LA CITIZENS   )
INSURANCE; LACITIZEN/STATE FARM; LAFAYETTE;   )
LIBERTY MUTUAL; LIBERTY MUTUAL INSURANCE;   )
LLOYDS OF LONDON; MERIT PLAN; NATIONAL FLOOD )
INS. PROGRAM; NATIONAL FLOOD INSURANCE   )
PROGRAM; OMEGA ONE; SAFCO INSURANCE; SAFECO; )
SOUTH WEST BUSINESS COMPANY; SOUTHERN FARM   )
BUREAU; SOUTHWEST BUSINESS COMPANY;   )
SOUTHWEST FLOOD; ST. PAUL TRAVELERS; STATE;   )
STATE FARM; STATE FARM INS.; STATE FARM   )
INSURANCE; STATE FARM INSURANCE/SAFCO   )
INSURANCE; THE HARTFORD; THE HARTFORD   )
INSURANCE; TRAVELERS; TRAVELERS ; TRAVELERS   )
INSURANCE; USAA; WATER STREET INSURANCE;   )
WATERSTREET; WATERSTREET INSURANCE; WNC   )
FIRST INSURANCE SERVICE; Z C STERLING   )
INSURANCE; ZC STERLING; ZURICH SERVICE CORP.;   )
                                                                                        )
Defendants.                                                                 )
_____)

## COMPLAINT FOR DAMAGES

Plaintiffs allege:

### STATEMENT OF JURISDICTION

1. Jurisdiction of this court is founded on diversity of citizenship and amount

-6-

under 28 U.S.C. §1332(a). Each Plaintiff is domiciled in Louisiana; Defendant is domiciled in a State other than Louisiana. The matter in controversy exceeds $75,000.

## STATEMENT OF VENUE

2. Venue is proper in this district pursuant to 28 U.S.C.§1391(a)(2). Each Plaintiff is an owner of real property that is the subject of this action, located within the Eastern District of Louisiana.

## FACTUAL ALLEGATIONS

3. On August 29, 2005, at the time of Hurricane Katrina, each Plaintiff had in effect an identical policy of property insurance to cover damage by flood, issued by Defendant.

4. On August 29, 2005 Hurricane Katrina caused substantial damage to each Plaintiff's real property, including but not limited to roof damage and damage to the interior, including its contents. This damage rendered the real property uninhabitable for an extended period of time. This damage was caused by flood.

5. Flood waters from nearby levee breaches damaged each Plaintiff's real properly.

6. As a result of the aforesaid events Defendant was required to pay each Plaintiff his/her policy limit for damage to structure, other structures, contents, debris removal and loss of use/ALE(additional living expenses). Defendant was required to

make these payments based upon the total destruction of the property and, pursuant to LSA R.S. 22:695, the Valued Policy Statute, Defendant was obligated to make the aforesaid limit payments. Instead, Defendant made only partial payment based upon wind and wind driven rain alone.

7. Based upon the aforesaid conduct of Defendant, each Plaintiff has the following causes of action against Defendant:

    (a) failure to tender timely and sufficient payment under LSA R.S. 22:658 and LSA R.S. 22:1220;

    (b) breach of duty under LSA R.S. 22:658 and LSA R.S. 22:1220;

    (c) breach of insurance contract;

    (d) other causes of action that will be determined at trial.

8. The aforesaid actions of Defendant were "arbitrary and capricious".

9. Each Plaintiff requests trial by jury.

10. Each Plaintiff is entitled to the following elements of damages:

    (1) Payment of policy limits for structure;

    (2) Payment of policy limits for other structure;

    (3) Payment of policy limits for contents;

    (4) Payment of policy limits for debris removal;

    (5) Payment of policy limits for additional living expenses/loss of use;

    (6) Double damages pursuant to LSA R.S. 22:1220;

    (7) Penalties pursuant to LSA R.S. 22:658;

(8) Attorney fees;

(9) Court costs; and

(10) Any relief which this Court deems fair and equitable.

Respectfully submitted,

*[signature]*

STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER
1100 Poydras Street
Suite 2900
New Orleans, LA  70163
Telephone: (504) 525-1944