UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHUDD & ARVIS ABRAM, ET AL | * | CIVIL ACTION: 07-5205 |
| | * | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| VERSUS | * | |
| | * | SECTION "K" |
| AAA INSURANCE, ET AL | * | |
| | * | MAGISTRATE 2 |

*************************************************************************

### STATE FARM'S RULE 12(b)(6) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company ("State Farm"), erroneously referred to in plaintiffs' Complaint as "State Farm Fire and Casualty Insurance Company," which files this Motion to Dismiss the above-referenced matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As stated more fully and completely in the attached Memorandum in Support, the plaintiffs' Petition fails to state a claim upon which relief can be granted. Accordingly, each of the claims made by plaintiffs against State Farm should be dismissed with prejudice, at the cost of the plaintiffs.

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS (**T.A.**) #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH R. SHANNAHAN # 30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
*Attorneys for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by hand delivery, facsimile or by placing the same in the United States mail, properly addressed and postage pre-paid, this10th day of December, 2007.

**/s/ David A. Strauss**
**DAVID A. STRAUSS**

N:\CLIENTS\2760\208\PLEA\N0002472.DOC