UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHUDD & ARVIS ABRAM, ET AL** | * | **CIVIL ACTION: 07-5205** |
| | * | |
| | * | **JUDGE STANWOOD R. DUVAL, JR.** |
| **VERSUS** | * | |
| | * | **SECTION "K"** |
| **AAA INSURANCE, ET AL** | * | |
| | * | **MAGISTRATE 2** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**TO:  Chudd & Arvis Abram, et al**
Through their attorney of record,
Stuart T. Barasch
1100 Poydras St., Suite 2900
New Orleans, LA  70163

**PLEASE TAKE NOTICE** that counsel for defendant, State Farm Fire & Casualty Company, will bring on for hearing the attached Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Memorandum in Support of Motion to Dismiss Pursuant to F.R.C.P. 2(b)(6), before Judge Stanwood R. Duval, Jr., United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on the 23rd day of January, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard.

1

Respectfully submitted:

**/s/ David A. Strauss**
DAVID A. STRAUSS (**T.A.**) #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH R. SHANNAHAN # 30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
*Attorneys for State Farm Fire and Casualty Company*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by hand delivery, facsimile or by placing the same in the United States mail, properly addressed and postage pre-paid, this 10th day of December, 2007.

**/s/ David A. Strauss**
**DAVID A. STRAUSS**