## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAFAEL & DIOIGNA ACEVEDO, ET AL** | * | **CIVIL ACTION: 07-5199** |
| | * | |
| | * | **JUDGE STANWOOD R. DUVAL, JR.** |
| **VERSUS** | * | |
| | * | **SECTION "K"** |
| **AAA INSURANCE, ET AL** | * | |
| | * | **MAGISTRATE 2** |

* *  * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, Defendant, State Farm Fire and Casualty Company requests oral argument be heard before Judge Stanwood R. Duval, Jr., on January 23, 2008 at 9:30 a.m., concerning Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Rec. Doc. 9420).

Respectfully submitted,


**/s/ David A. Strauss**
DAVID A. STRAUSS #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH R. SHANNAHAN # 30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
***Attorneys for State Farm Fire and Casualty
Company***


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all

counsel of record either by hand delivery, facsimile or by placing the same in the United States

mail, properly addressed and postage pre-paid, this 10th day of December, 2007.

**/s/ David A. Strauss**
**DAVID A. STRAUSS**

{N0001511}