UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO, BARGE <br> No. 06-4389 <br> No. 07-3500 | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SANCTIONS AGAINST MR. ASHTON O'DWYER

Defendant Washington Group International, Inc., through undersigned counsel, and in accordance with Federal Rule of Civil Procedure 11, hereby moves the Court for sanctions against Mr. Ashton O'Dwyer for the reasons set forth in the accompanying memorandum.

**WHEREFORE**, Washington Group International, Inc. hereby moves for sanctions against Mr. Ashton O'Dwyer pursuant to Federal Rule of Civil Procedure 11.

900714v.1

Dated:  November 16, 2007

Respectfully submitted,

*William D. Treeby*

William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Sanctions Against Mr. Ashton O'Dwyer and Memorandum in Support Thereof has been served upon Ashton O'Dwyer on this 16th day of November, 2007, and upon all counsel of record on the date the foregoing Motion for Sanctions is filed, in the event it is required to be filed.

*William D. Treeby*
William D. Treeby