**EXHIBIT 1**

**Sent:** Wednesday, June 27, 2007 11:06 AM
**To:** Treeby, William D.
**Subject:** FW: The Parfait Family, et al. vs. USA, et al., C.A. No. 07-3500, USDC, Eastern District of Louisiana


**From:** Victoria Broussard [mailto:vbroussard@odwyerlaw.com]
**Sent:** Wednesday, June 27, 2007 11:33 AM
**To:** Damle, Sarang (CIV); Rodriguez@chaffe.com; Martin, Dana (CIV); Pistols42@aol.com; BGilbert@BrianGilbertlaw.com; Melinda.Faulstich@APICorp.com; rwbryan@usdoj.gov; Sally.botchelder@usdoj.gov; jfe@ECWKO.COM; jws@harrisrufty.com; dlb@harrisrufty.com; ljp@harrisrufty.com; Smith, Robin (CIV); walker@chaffe.com; trotter@chaffe.com; dwebb@swslaw.com; lmd@swslaw.com; karlwied@bellsouth.net; info@swslaw.com; fisher@chaffe.com; heck@chaffe.com; ggrant@monbar.com; lquintana@monbar.com; federal@geraldmaples.com; dkhaycraft@liskow.com; sgfendler@liskow.com; jinman@liskow.com; revans@burgosevans.com; vdufrene@burgosevans.com; jaldock@goodwinprocter.com; hbrandon@goodwinprocter.com; karlwied@bellsouth.net; bgilbert@briangilbertlaw.com; rkessenich@daiglefisse.com; Tanzelmo@mcsalaw.com; jac@ECWKO.COM; kcb@ECWKO.COM; saa@ECWKO.COM; am@ECWKO.COM; JRK@ECWKO.COM; lduplass@duplass.com; caccardo@duplass.com; sdeblieux@duplass.com
**Subject:** The Parfait Family, et al. vs. USA, et al., C.A. No. 07-3500, USDC, Eastern District of Louisiana

Gentlemen:

You will find attached a Class Action Claim which was filed yesterday, bearing Civil Action No. 07-3500. Although the case was allotted at random to Section "K", I assumed one or more of you will file motions to transfer and consolidate with Civil Action No. 05-4419 and consolidated cases pending in Section "C". With luck, I will have service of process on all defendants accomplished by the end of the week.

On a personal note, here we are almost 2 years post-KATRINA, and not one penny compensation has been paid by anyone to the innocent Victims of KATRINA. Nevertheless, I fully anticipate that one or more of the parties sued in No. 07-3500, including particularly counsel for WGI, will file Motion for Sanctions against me, personally. If and when that happens, please let me have your "moral support", if not something "more".


**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560
AROD@odwyerlaw.com