**EXHIBIT 2**

| | |
|---|---|
| **From:** | Ashton O'Dwyer [arod@odwyerlaw.com] |
| **Sent:** | Wednesday, November 14, 2007 6:31 PM |
| **To:** | Treeby, William D. |
| **Subject:** | WGI |

Bill: Just so you know, the document I have contrasted with Ms. McElvoy's representation(s) to the Court was in the first group of documents you sent me via E-mail, which I was able to open, but unable to send to my Secretary for printing. Also, the document was within the first 25 or so I read. In other words, I "discovered" it quite by accident (the "luck" of the Irish?), which is why I have conceded that Ms. McElvoy may have been only "simply negligent". Your silence at the hearing, of course, is another matter, which I have not addressed directly, but only obliquely. I'm looking forward to the explanation for the apparent discrepancy.