# EXHIBIT 3

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Wednesday, November 14, 2007 4:11 PM
**To:** Treeby, William D.
**Subject:** Your E-mail to Ms. Broussard

Bill: Thank you for your courtesy. I agree that the argument(s) I have made about certain representations made in Open Court on 6/13/07 are of a type that invite "retribution". Well, here I am! If you and Ms. McElvoy care to attempt to explain what I view as a crystal clear discrepancy, I will place myself at your disposal. By the way (and this has absolutely nothing to do with you and Ms. McElvoy, although it may have everything to do with your threat of disciplinary action, to intimidate me), I have sued Charles Plattsmier and Justice Kitty Kimball in my personal litigation (Civil Action No. 06-7280), and believe Judge Duval cannot be "fair and impartial" when it comes to me, so who are you going to report me to? I look forward to your and Ms. McElvoy's explanation of the discrepancy I have identified in my papers.

---

**From:** Treeby, William D. [mailto:wtreeby@stonepigman.com]
**Sent:** Wednesday, November 14, 2007 3:15 PM
**To:** Victoria Broussard
**Cc:** arod@odwyerlaw.com
**Subject:** RE:

Dear Ms. Broussard,

I have your request, and under other circumstances would be delighted to help, as I attempted to do yesterday. I even offered, provided some guidance was provided by Mr. O'Dwyer, to engage our IT department in the work required to divide up the pdf documents into smaller "bytes", to use Mr. O'Dwyer's term, provided we knew the size of the "bytes" he could receive, and provided this did not require an unreasonable amount of effort. Mr. O'Dwyer indicated, essentially, that he would pursue the documents from Mr. Bruno as is contemplated by Court orders.

All this was before we saw the latest filings by Mr. O'Dwyer in which he impugns the integrity and veracity of counsel for WGII in what we believe to be a repetition of sanctionable breaches of ethical and professional guidelines. In these filings Mr. O'Dwyer implies to the Court that he has in fact reviewed the very documents that these requests, and his inappropriate arguments to the Court, would indicate he has not read. Despite Mr. O'Dwyer's serious, unfounded, and repeated violations of the Louisiana State Bar Association Code of Professional Conduct, and the corollary rules governing proceedings in the USDC EDLA prohibiting personal attacks on other counsel or the Court, I am attaching the pdfs sent to Mr. O'Dwyer earlier as a courtesy to you.

Henceforth Mr. O'Dwyer needs to go through the channels the Court has provided in its rulings governing discovery in *In re: Katrina Canal Breaches Consolidated Litigation.*

WTreeby

William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807

e-mail <wtreeby@stonepigman.com>



**IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, please be informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. For more information about this notice, please visit http://www.stonepigman.com/news/showNews.html?id=73.**

---

**This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.**

---

**From:** Victoria Broussard [mailto:vbroussard@odwyerlaw.com]
**Sent:** Wednesday, November 14, 2007 12:46 PM
**To:** Treeby, William D.
**Subject:**

Mr. Treeby – Would you please send me the E-mail you sent to Mr. O'Dwyer yesterday as he wants me to print the attached documents and for some reason he has tried to send it to me and I can't get it.

Thank you,

**Victoria**

***Victoria T. Broussard***
***Legal Assistant to***
**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
821 Baronne Street
New Orleans, LA 70113
Tel. (504) 679-6166
Fax. (504) 581-4336
vbroussard@odwyerlaw.com