UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO, BARGE <br> No. 06-4389 <br> No. 07-3500 | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Washington Group International, Inc. will bring its Motion for Sanctions Against Mr. Ashton O'Dwyer before the Honorable Judge Stanwood R. Duval, Jr. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 9th day of January 2008 at 9:30 a.m.

903276v.1

Dated: December 10, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ William D. Treeby*
　　　　　　　　　　　　　　　　　　　　　　William D. Treeby, 12901
　　　　　　　　　　　　　　　　　　　　　　Carmelite M. Bertaut, 3054
　　　　　　　　　　　　　　　　　　　　　　Heather S. Lonian, 29956
　　　　　　　　　　　　　　　　　　　　　　　　Of
　　　　　　　　　　　　　　　　　　　　　　Stone Pigman Walther Wittmann L.L.C.
　　　　　　　　　　　　　　　　　　　　　　546 Carondelet Street
　　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana  70130
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (504) 581-3200
　　　　　　　　　　　　　　　　　　　　　　Facsimile:   (504) 581-3361

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Washington Group
　　　　　　　　　　　　　　　　　　　　　　International, Inc.

　　　　　　　　　　　　　　　　　　　　　　Of counsel

　　　　　　　　　　　　　　　　　　　　　　Adrian Wager-Zito
　　　　　　　　　　　　　　　　　　　　　　Julie McEvoy
　　　　　　　　　　　　　　　　　　　　　　Jones Day
　　　　　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001-2113
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 879-4645
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 626-1700


**CERTIFICATE OF SERVICE**

　　　　I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 10th day of December, 2007.

　　　　　　　　　　　　　　　　　　　　　　*/s/ William D. Treeby*
　　　　　　　　　　　　　　　　　　　　　　　William D. Treeby

903276v.1