UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE   07-4444 (Deruise v. Allstate) | * * * | |

## ORDER

Considering the foregoing Joint Motion to Withdraw Document:

IT IS HEREBY ORDERED that the docket clerk remove subpart 3, Agreement, to document number 9106, from the docket and record.

New Orleans, Louisiana this  10th  dayof  December , 2007.

_____
U.S. DISTRICT JUDGE