# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> PERTAINS TO: § <br> INSURANCE      (07-4788) § <br> *Edna Barnes v. Lafayette Insurance Company* § <br> *and United Fire & Indemnity Company* § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss Without Prejudice of Plaintiff, Edna Barnes,

**IT IS ORDERED** that the above entitled and numbered cause be and it hereby is dismissed without prejudice, as to all demands, so that the case may proceed in the 19th Judicial District Court for East Baton Rouge Parish, all party to its their own costs. This Order has no effect on Plaintiff's claims pending against the defendants in the 19th Judicial District Court for East Baton Rouge Parish, and the East Baton Rouge Parish lawsuit is not dismissed or waived.

New Orleans, Louisiana, this __10th__ day of __December__, 2007.

_____
JUDGE