# THE LAW OFFICE OF
# JOSEPH M. BRUNO, APLC
### FEDERAL TRIAL LAWYERS



JOSEPH M. BRUNO
L. SCOTT JOANEN

November 30, 2007

**VIA HAND DELIVERY**
Honorable Magistrate Joseph C Wilkinson, Jr
US District Court - Eastern District of LA
500 Camp Street, Room B409
New Orleans, LA 70130

RE: *Road Home Claims*

Dear Magistrate Wilkinson:

You may recall some time ago that we met in your Courtroom to discuss issues that the *insurance defendants* had with regard to Road Home arising out of subrogation agreements executed in connection with the receipt of Road Home grants. We all agreed that my settlements with Travelers and State Farm would serve as "a guinea pig," if you will, for the resolution of the Road Home interest in these claims. I am enclosing a series of letters simply for your files, to indicate that we are formally making requests to the Road Home for approval of these settlements and for further guidance as to how to proceed. This step has become necessary for the reason that despite our numerous requests for input from the Road Home for guidance in this regard, we have not received any indication as to how we should proceed.

With kindest regards, I remain.

Very truly yours,

THE LAW OFFICE OF JOSEPH M. BRUNO, APLC

Joseph M. Bruno

JMB/sap
Enclosures (2)

cc:   **VIA EMAIL**
David Strauss
KING, LEBLANC & BLAND, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Email: dstrauss@klb-law.com

Frank Dudenhefer
The Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Email: fcdlaw@aol.com

Charles L. Chassaignac, IV
PORTEOUS HAINKEL & JOHNSON
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801
Email: cchassaignac@phjlaw.com

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.JBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335 · FAX 504-561-6775