UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL |
| | * | |
| PERTAINS TO: INSURANCE, | * | MAGISTRATE: WILKINSON |
| <u>HOLBROOK, 06-4709</u> | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO WITHDRAW**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOW INTO COURT, comes Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr. and J. Rand Smith, Jr. of de Boisblanc & de Boisblanc Law Firm, who suggests to this Honorable Court that they are desirous of withdrawing as counsel for Defendant, Encompass Insurance Company.

WHEREFORE, movers Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr. and J. Rand Smith, Jr. of de Boisblanc & de Boisblanc Law Firm are desirous of having their names stricken from the record as the attorneys for Defendant, Encompass Insurance Company.

Respectfully submitted by,

_____

| | |
|---|---|
| Donald F. de Boisblanc | #4786 |
| Donald F. de Boisblanc, Jr. | #23462 |
| J. Rand Smith, Jr. | #27090 |

Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Tel. (504) 586-0005
Fax. (504) 586-0007

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing on all counsel of record either by hand, facsimile and/or by placing in the U. S. Mail postage prepaid this 7th day of December, 2007.

_____