UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL |
| | * | |
| PERTAINS TO: INSURANCE, | * | MAGISTRATE: WILKINSON |
| <u>HOLBROOK, 06-4709</u> | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Considering the foregoing motion;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr. and J. Rand Smith, Jr. of de Boisblanc & de Boisblanc Law Firm are hereby withdrawn as counsel of record for Encompass Insurance Company in the above captioned proceedings.

New Orleans, Louisiana, this _____ day of _____, 200___.

_____
JUDGE