UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: *Albano* C.A. No. 07-4837 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion to Dismiss (Doc. 8248) filed by Pittman Construction Co. of LA, Inc. seeking dismissal of this case based the undisputed fact that the corporation never performed contractual or sub-contractual work on the 17th Street, London Avenue, and the Industrial Canals. The Court has reviewed the motion and finds merit therein. Furthermore, no opposition was filed in the matter. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss (Doc. 8248) is **GRANTED**.

New Orleans, Louisiana, this   11th   day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE