UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182

PERTAINS TO: *Franco* C.A. No. 06-7660          SECTION "K"(2)

## ORDER

Before the Court is a Motion for Summary Judgment (Doc. 8105) filed by Insurance Counselors, Inc. seeking dismissal of the claims against it for failure to procure adequate flood coverage for their home which was damaged in Hurricane Katrina. As the opposing counsel has no opposition to the motion and finding merit therein,

**IT IS ORDERED** that the Motion for Summary Judgment filed by Insurance Counselors, Inc. (Doc. 8105) is **GRANTED**.

New Orleans, Louisiana, this   11th   day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE