UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Cloud* C.A. No. 06-6093 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion to Dismiss (Doc. 8787) filed by Allstate Insurance Company seeking dismissal of this case based on the plaintiff's ignoring orders of the Court and egregiously disregarding the requirements of the Federal Rules of Civil Procedure with respect to discovery. The Court has reviewed the motion and finds merit therein. Furthermore, no opposition was filed in the matter. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss (Doc. 8787) is **GRANTED** and judgment shall be entered in favor of Allstate Insurance Company and against Debra Cloud dismissing her complaint with prejudice each party to bear her or its costs.

New Orleans, Louisiana, this  11th  day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE