UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Cloud* C.A. No. 06-6093 | SECTION "K"(2) |

## JUDGMENT

Considering the foregoing order,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of Allstate Insurance Company and against Debra Cloud dismissing her complaint with prejudice each party to bear her or its costs.

New Orleans, Louisiana, the  11th  day of December, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE