UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * MAG. WILKINSON |

PERTAINS TO:  BARGE
(No. 07-3500)

### MOTION OF LAFARGE NORTH AMERICA INC. FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO EX PARTE MOTION FOR LEAVE TO SEVER AND RECONSOLIDATE AND TO AMEND CLASS ACTION COMPLAINTS ACCORDINGLY

On October 26, 2007, the Parfait plaintiffs filed a motion for leave to sever their claims against the "barge" defendants from their claims against the design-construction defendants.[1] On October 29, Lafarge North America Inc. ("LNA") filed an opposition to that motion.[2] On December 4, Washington Group International, Inc. ("WGI") filed a separate opposition to the motion to sever.[3] That filing contained a suggestion – not made in plaintiffs' motion – that the Court should fold the Barge cases into the MRGO category of cases.  Because LNA has not had an opportunity to address that suggestion, LNA hereby requests leave to file the attached supplemental response, explaining why the Court should not adopt that suggestion.

---

[1]  Doc. 8698.

[2]  Doc. 8724.

[3]  Doc. 9325.

LIBW/1664888.1

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (# 27538)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

/s/ John D. Aldock
John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

December 11, 2007

## Certificate of Service

I hereby certify that I have on this 11th day of December, 2007 caused a copy of the foregoing pleading to be served on counsel for all parties to this proceeding by electronic filing notification.

/s/ John D. Aldock