UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** | * | **CIVIL ACTION NO. 05-4182** |
| **Consolidated Litigation** | * | |
| | * | **SECTION "1C"** |
| | * | |
| **Pertains to: Cloud,   C.A. No. 06-6093** | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR A NEW TRIAL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, DEBRA CLOUD, who respectfully moves this court to grant her a new trial for the reasons more fully explained in the attached supporting memorandum:

        Respectfully   submitted,

        **s/Michael D. Riley**
        **Michael D. Riley  (17116)**
        833 Baronne Street
        New Orleans, LA  70113
        Telephone:  (504) 588-1110
        Facsimile:  (504) 588-1954
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on December 11, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Judy Barrasso, Esq.
s/Michael D. Riley