UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** | * | **CIVIL ACTION NO. 05-4182** |
| **Consolidated Litigation** | * | |
| | * | **SECTION "1C"** |
| | * | |
| **Pertains to: Cloud,   C.A. No. 06-6093** | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF MOTION

To:    Judy Barrasso, Attorney of Record for Allstate Insurance Company

**PLEASE TAKE NOTICE** that on the 9th  the day of January, at 9:30 a.m. or as soon thereafter as counsel may be heard, Michael D. Riley, attorney for plaintiff, shall bring on for hearing before the honorable Stanwood Duval, U.S.D.J., a Motion for a New Trial.

**PLEASE TAKE FURTHER NOTICE** that counsel for plaintiff requests oral argument.

You are invited to attend and participate as you deem fit and proper.

Respectfully submitted,

s/Michael D. Riley_____
**MICHAEL D. RILEY, APLC (17116)**
833 Baronne Street
New Orleans, LA 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954