UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** | * | **CIVIL ACTION NO. 05-4182** |
| **Consolidated Litigation** | * | |
| | * | **SECTION "1C"** |
| | * | |
| **Pertains to: Cloud,   C.A. No. 06-6093** | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MEMORANDUM IN SUPPORT OF A MOTION FOR A NEW TRIAL**</u>

**MAY IT PLEASE THE COURT:**

On December 11, 2007, undersigned received an email from the court indicating that the Debra Cloud hurricane litigation case had been dismissed (A copy of the civil docket for this case is attached as Exhibit 1).  Upon seeing the email, counsel pulled his file seeking evidence of a motion filed by Allstate, but none was found.  Undersigned counsel then reviewed the docket sheet, attached as Exhibit 1, and could not locate any motion filed by Allstate on the docket.

Simply put, undersigned counsel was unaware of any motion to dismiss being filed, and was unaware that a hearing date had been set.  Because plaintiff did not have an opportunity to oppose the motion, plaintiff respectfully requests that this court grant plaintiff a new trial and reschedule Allstate's motion to dismiss so that plaintiff can have an opportunity to respond.

Respectfully submitted,
s/Michael D. Riley_____
**MICHAEL D. RILEY, APLC (17116)**
833 Baronne Street
New Orleans, LA 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954