CLOSED, CONSOL

## U. S. District Court
### Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:06-cv-06093-SRD-JCW

Cloud v. Allstate Insurance Company
Assigned to: Judge Stanwood R. Duval, Jr
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr
Lead case: 2:05-cv-04182-SRD-JCW
Member case: (View Member Case)
Case in other court: CDC Orleans Parish, 06-07429 "K" (3)
Cause: 28:1441 Petition for Removal- Insurance Contract

Date Filed: 09/18/2006
Date Terminated: 12/11/2007
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Debra Cloud**  represented by  **Michael Dennis Riley**
Michael D. Riley, Attorney at Law
833 Baronne St.
New Orleans, LA 70113
504-588-1110
Fax: 504-588-1954
Email: mriley@kehoejr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Michael Rodriguez**
Christopher M. Rodriguez, Attorney at Law
833 Baronne St.
New Orleans, LA 70113
504-588-1110
Email: cmrodriguez@kehoejr.com

**Michael I. Rodriguez**
Michael I. Rodriguez, Attorney at Law
833 Baronne St.
New Orleans, LA 70113
504-588-1110
Email: mrodriguez@kehoejr.com

**Michael Isaias Rodriguez, Jr.**
Law Offices of Michael I. Rodriguez, Jr.
833 Baronne St.
New Orleans, LA 70113
504-588-1110
Email: mrodriguezjr@kehoejr.com

V.

**Defendant**

**Allstate Insurance Company**  represented by  **Judy Y. Barrasso**
Barrasso Usdin Kupperman Freeman & Sarver, LLC
LL&E Tower
909 Poydras St.
Suite 2400
New Orleans, LA 70112
504-589-9700
Email: jbarrasso@barrassousdin.com

Case 2:05-cv-04182-SRD-JCW   Document 9443-3   Filed 12/11/07   Page 2 of 3

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Craig Isenberg**
Barrasso Usdin Kupperman Freeman & Sarver, LLC
LL&E Tower
909 Poydras St.
Suite 2400
New Orleans, LA 70112
504-589-9700
Email: cisenberg@barrassousdin.com
ATTORNEY TO BE NOTICED

**Mary Dawn Pugh**
Barrasso Usdin Kupperman Freeman & Sarver, LLC
LL&E Tower
909 Poydras St.
Suite 2400
New Orleans, LA 70112
504-589-9700
Email: mpugh@barrassousdin.com

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2006 | 1 | NOTICE OF REMOVAL from CDC Orleans Parish, case number 06-7429 "K"(3). ( Filing fee $ 350 ) filed by Allstate Insurance Company. (Attachments: # 1 State Court Pleadings # 2 Notice# 3 Civil Cover Sheet)(ala) (Entered: 09/22/2006) |
| 09/18/2006 | 2 | NOTICE OF COMPLIANCE re 1 Notice of Removal filed by Allstate Insurance Company . Issued by Clerk at the Direction of the Court.(ala) (Entered: 09/22/2006) |
| 09/25/2006 | 3 | MOTION for Extension of Time to Answer re 1 Notice of Removal by Allstate Insurance Company. (sek, ) (Entered: 09/27/2006) |
| 09/26/2006 | 4 | ORDER granting 3 Motion for Extension of Time to Answer re 1 Notice of Removal; answer deadline extended an additional 20 days as to Allstate Insurance Company . Signed by Judge Carl Barbier on 9/26/06. (sek, ) (Entered: 09/27/2006) |
| 10/03/2006 | 5 | Statement of Corporate Disclosure by Allstate Insurance Company identifying Allstate Corporation as Corporate Parent. (sek, ) (Entered: 10/04/2006) |
| 10/03/2006 | 6 | Notice of Compliance by Allstate Insurance Company re 1 Notice of Removal. (Attachments: # 1 exhibits)(sek, ) (Entered: 10/04/2006) |
| 10/16/2006 | 7 | ANSWER to Complaint by Defendant Allstate Insurance Company.(sek, ) (Entered: 10/19/2006) |
| 10/24/2006 | 8 | NOTICE Scheduling Conference set for 12/21/2006 10:30 AM before courtroom deputy by telephone, by Clerk.(ehs, ) (Entered: 10/24/2006) |
| 12/08/2006 | 9 | ORDER that theScheduling Conference is re-set for 12/18/2006 02:30 PM before courtroom deputy by telephone. Signed by Judge Carl Barbier on 12/8/06.(sek, ) (Entered: 12/11/2006) |
| 12/20/2006 | 10 | SCHEDULING ORDER: Final Pretrial Conference set for 7/6/2007 10:30 AM before Judge Carl Barbier, Jury Trial set for 7/30/2007 08:30 AM before Judge Carl Barbier.Signed by Judge Carl Barbier on 12/19/06. (Attachments: # 1 Pretrial Notice Form)(ehs, ) (Entered: 12/20/2006) |
| 01/19/2007 | 11 | MOTION to Transfer Case by Debra Cloud. (Attachments: # 1 Memorandum in Support # 2 Proposed Order)(sek, ) (Entered: 01/26/2007) |
| 01/25/2007 | 12 | ORDER Setting Hearing on 11 MOTION to Transfer Case : Motion Hearing set for 2/14/2007 before Judge Carl Barbier on the briefs. Signed by Judge Carl Barbier on 1/24/07.(sek, ) (Entered: |

| | | |
|---|---|---|
| | | 01/26/2007 |
| 02/06/2007 | 13 | RESPONSE/MEMORANDUM in Opposition filed by Allstate Insurance Company re 11 MOTION to Transfer Case. (Barrasso, Judy) (Entered: 02/06/2007) |
| 03/14/2007 | 14 | ORDER granting 11 Motion to Transfer Case. Case reassigned to Judge Stanwood R. Duval, Jr for all further proceedings. Judge Carl Barbier no longer assigned to the case.. Signed by Judge Carl Barbier on 3/14/2007. (cak, ) (Entered: 03/16/2007) |
| 04/05/2007 | 15 | ORDERED that plaintiff amend its petition to allege with specificity that it seeks coverage under an All-Risk Policy for water damage allegedly caused by a canal breach no later than 4/23/07. Failure to amend will result in this case being returned to Judge Barbier for purposes of trial and preclude any claim that the water damage exclusion in the all-risk policy at issue is inapplicable for damages caused by a levee breach. Signed by Judge Stanwood R. Duval Jr. on 4/5/07.(blg) Modified on 4/5/2007 - Correction of Image (blg, ). Additional attachment(s) added on 4/5/2007 (blg, ). (Entered: 04/05/2007) |
| 04/05/2007 | 16 | Correction of Docket Entry by Clerk re 15 Order; Correction of Image. (blg) (Entered: 04/05/2007) |
| 04/19/2007 | 17 | First AMENDED COMPLAINT against Allstate Insurance Company filed by Debra Cloud.(Riley, Michael) (Entered: 04/19/2007) |
| 04/19/2007 | 18 | Correction of Docket Entry by Clerk re 17 Amended Complaint; Document's signature line is either incomplete or blank. All future documents must reflect either an original signature or an electronic signature of the filing attorney following the format 's/(attorney name)'. No further action is necessary. (blg) (Entered: 04/20/2007) |
| 04/26/2007 | 19 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 2, Case Management Order No. 3 and Case Management Order No. 4. Counsel to Comply with Case Management Orders. Signed by Judge Stanwood R. Duval Jr. on 10/20/06. (Attachments: # 1 Case Management Order 3# 2 Case Management Order 4)(ala, ) (Entered: 04/26/2007) |
| 12/11/2007 | 20 | ORDER granting Motion to Dimiss (filed in Master Case 05-4182, doc #8787). Signed by Judge Stanwood R. Duval Jr. on 12/11/07.(blg) (Entered: 12/11/2007) |
| 12/11/2007 | 21 | JUDGMENT entered in favor of Allstate Insurance Company against Debra Cloud. Signed by Judge Stanwood R. Duval Jr. on 12/11/07.(blg) (Entered: 12/11/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/11/2007 13:21:25 | | | |
| PACER Login: | mr2264 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:06-cv-06093-SRD-JCW |
| Billable Pages: | 2 | Cost: | 0.16 |