UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>MRGO          CASE NO. 07-4724 | | |

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM SERVICE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**SUSAN D. KOCH**

who before me being first duly sworn, deposed and said:

That affiant is paralegal for Jennifer N. Willis; that affiant received a true copy of the Summons and Complaint for Damages and mailed the same, by certified mail, to the defendant, The United States Army Corps of Engineers through LTG Robert L. Van Antwerp, Headquarters, 441 G Street, NW, Washington, D.C., 20314-1000, on November 13, 2007; that the same was delivered to the defendant on November 28, 2007, as more fully appears from the attached post office return receipts for certified mail number 700503900003222673 76.

*Susan D. Koch*
SUSAN D. KOCH

SWORN TO AND SUBSCRIBED
Before me, this 11th day
of December, 2007.

_____
NOTARY PUBLIC

2