UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:   XAVIER UNIVERSITY,<br>06-516 | SECTION "K"(2) |

### ORDER SETTING PHONE STATUS CONFERENCE

*Pursuant to calls placed to counsel,*

**IT IS ORDERED** that a **TELEPHONE STATUS CONFERENCE** to discuss Xavier University's Motion for New Trial as to Denial of Magistrate Judge Joseph P. Wilkinson's August 28, 2007 Order & Reasons is set on **WEDNESDAY ,** the **12th DAY OF DECEMBER, 2007**, at **3:30 P.M.** (CST) with this Court initiating said conference call.

New Orleans, Louisiana, this   11th   day of December, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE