MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 10, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Williams</u>, 06-10714 | JUDGE DUVAL<br>MAG. WILKINSON |

A settlement conference was conducted on this date before the undersigned magistrate judge. Settlement discussions are continuing.

*[signature]*
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:    1:50