UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)

*******************************************************************

## MOTION FOR CONTEMPT, SANCTIONS, AND DISMISSAL

NOW INTO COURT, through undersigned counsel, comes defendant, Auto Club Family Insurance Company ("Auto Club"), who respectfully moves this court for an Order finding plaintiff, Latoya Williams, in contempt of this court's Order dated November 14, 2007, and requests imposition of the appropriate sanctions including dismissal, all as more fully set forth in the Memorandum in Support hereof.

Respectfully submitted:

UNGARINO & ECKERT L.L.C.

/s/ William H. Eckert
_____

**WILLIAM H. ECKERT (#18591)**
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:  *(504) 836-7556*
Fax:        (504) 836-7566
Email:      beckert@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com