UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

TO:   BRENT A. KLIBERT, ESQ.
      228 ST. CHARLES AVE.
      SUITE 801
      NEW ORLEANS, LA 70130

**PLEASE TAKE NOTICE** that Defendant's Motion for Contempt, Sanctions, and Dismissal will be brought on for hearing on the 9th day of January, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Joseph C. Wilkinson, United States Courthouse U.S. District Court, 500 Poydras Street, Room C-151, New Orleans, LA 70130.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com

---

Respectfully submitted:

UNGARINO & ECKERT L.L.C.

/s/ William H. Eckert
_____

*WILLIAM H. ECKERT (#18591)*
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:   *(504) 836-7556*
Fax:         *(504) 836-7566*
Email:       beckert@ungarino-eckert.com