UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182
PERTAINS TO: 07-1690 (WILLIAMS)

*************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT, SANCTIONS, AND DISMISSAL

May it please the court:

This Memorandum is filed on behalf of defendant, Auto Club Family Insurance Company ("Auto Club"), in support of the accompanying Motion for Contempt, Sanctions, and Dismissal.

On November 14, 2007 this court granted Auto Club's Motion to Compel deposition and ordered the plaintiff to appear for deposition on December 3, 2007 at 9:00 a.m. at undersigned counsel's office.

Auto Club re-noticed the deposition accordingly. Please see Re-Notice of Deposition, Exhibit "A". On November 26, 2007, undersigned counsel wrote to counsel for plaintiff enclosing a Motion to Dismiss the complaint based upon previous statements and actions by Ms. Williams that she did not want to pursue this claim. Please see correspondence dated November 30, 2007, Exhibit "B". A Motion to Dismiss was included with that correspondence.

On December 3, 2007, the court reporter appeared and undersigned counsel and Auto Club were prepared to go forward with the deposition. Neither counsel nor Ms. Williams appeared.

Mr. Klibert did advise several days before the deposition that he had not been able to reach the witness and would not be appearing nor producing any witness.

Accordingly, in accordance with the November 14, 2007 Order, Auto Club respectfully requests the imposition of appropriate sanctions including dismissal of this complaint with prejudice. Further, Auto Club respectfully requests the award of a reasonable appearance fee for the court reporter for appearing at the failed deposition.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert
_____

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:** *(504) 836-7556*
**Fax:** *(504) 836-7566*
**Email:** beckert@ungarino-eckert.com