UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                      NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)
*****************************************************************

## ORDER

Considering the foregoing Motion for Contempt, Sanctions, and Dismissal,

It is hereby ordered that plaintiff, Latoya Williams, is in contempt of court and will pay Auto Club Family Insurance Company the sum of $_____ in sanctions. It is further ordered that this matter be dismissed with prejudice.

_____, Louisiana, this _____ day of _____, 2007.


_____
**JUDGE**