UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182
PERTAINS TO: 07-1690 (WILLIAMS)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RE-NOTICE OF DEPOSITION AND DOCUMENT PRODUCTION

TO:   Latoya Williams
      Through her attorney of record:
      Brent A. Klibert, Esq.
      Roy F. Amedee, Jr., Esq.
      Law Offices of Roy F. Amedee, Jr.
      228 St. Charles Avenue – Ste. 801
      New Orleans, LA 70130

**PLEASE TAKE NOTICE** that undersigned counsel on behalf of Automobile Club Inter-Insurance Exchange/Auto Club Family Insurance Company a/k/a AAA, will take the deposition of **Latoya Williams** on **December 3, 2007 at 9:00 a.m.** at **Ungarino & Eckert, LLC, 3850 North Causeway Blvd., Suite 1280, Metairie, Louisiana**, for all purposes permitted under the Louisiana Rules of Civil Procedure, before a Notary Public or some other person authorized to administer oaths, at which time and place you are notified to appear and take such part as you may deem proper.

Deponent needs to produce the following:

1. All documentation of communications with insurance companies and/or agents;
2. All documentation regarding damage claimed;
3. Any photographs of property/damages;
4. All documentation regarding insurance covering property/loss in question; and
5. All documentation showing any payments received for hurricane damage/claims

If documents are more than fifty pages, please produce those forty eight hours before the deposition.



**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on November 20, 2007.

_____
WILLIAM H. ECKERT

Respectfully submitted:

**UNGARINO & ECKERT, LLC**

_____
*WILLIAM H. ECKERT (#18591)*
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   *(504) 836-7556*
Fax:              (504) 836-7566
Email:          beckert@ungarino-eckert.com