# UNGARINO & ECKERT, L.L.C.
ATTORNEYS AT LAW
*NEW ORLEANS OFFICE*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

MATTHEW J. UNGARINO
WILLIAM H. ECKERT †
WAYNE R. MALDONADO
ALBERT D. GIRAUD
EMILE A. BAGNERIS III
PIERRE M. LEGRAND
BRIAN D. SMITH *
MICHAEL J. TARLETON †
BRUCE D. BEACH *
DAVID P. SULLIVAN ‡
DAVID C. KIMMEL
ROBIN L. JONES
STEPHEN M. GELÉ
DAVID I. BORDELON

\* Admitted in Louisiana & Texas
† Admitted in Louisiana & Mississippi
‡ Admitted in Mississippi
λ Admitted in Louisiana & Michigan

## LOUISIANA OFFICES
*New Orleans   Baton Rouge*
*Shreveport    Lafayette*

## MISSISSIPPI OFFICES
*Jackson    Gulfport*

WRITER'S DIRECT DIAL: (504) 836-7556
FAX: (504) 836-7566

E-MAIL: beckert@ungarino-eckert.com

IMELDA T. FRUGÉ, R.N.
JAMES M. BENSON
DONALD R. KLOTZ, JR.

K. ELIZABETH HEINEN
J. MICHAEL NASH
SHANDA L. LEWIS ‡
RHONDA J. THOMAS, R.N.
KELLY O. THIBEAUX
REED S. MINKIN λ
HALIMA N. SMITH
PAUL J. HAMMER

SPECIAL COUNSEL
ALAN C. GOODMAN †
GINGER K. DEFOREST
KAREN G. ARENA
HELEN H. BABIN

November 30, 2007

*Via Email: ramedeejr@aol.com*
Roy F. Amedee, Jr., Esq.
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue – Ste. 801
New Orleans, LA 70130

*Via Email: brent@klibertlaw.com*
Brent A. Klibert, Esq.
228 St. Charles Ave.
Suite 801
New Orleans, LA 70130

    Re:   Latoya Williams vs. Auto Club Family Ins. Co.
           Claim No. HO809096
           Our File No. 33-10149

Dear Roy and Brent:

    By now, you should have received the ruling ordering Ms. Williams to submit to deposition in my office on Monday, December 3, 2007 at 9:00 a.m. Ms. Williams has been essentially telling us that she does not want to pursue this claim but you have not acted on dismissing the complaint. I believe I have already forwarded a motion but I am sending you a Motion to Dismiss the claims. Please have Ms. Williams sign this along with your signature and return to me for filing.



EXHIBIT B

Roy F. Amedee, Jr., Esq.
Brent A. Klibert, Esq.
November 30, 2007
Page 2 of 2

    With kind regards, I remain

                                           Sincerely yours,

                                           William H. Eckert

WHE/sar

Enclosure

Roy F. Amedee, Jr., Esq.