UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Defendant and third-party defendant, the United States of America, has filed a Motion to Strike Cross-Claim and Amended Third-Party Complaints, Record Doc. No. 9415, and noticed it for hearing before me on December 26, 2007.  No hearing will be conducted on that date.  Instead, the motion will be determined on my **December 19, 2007** motion docket without oral argument.  Written opposition, if any, must be filed no later than **December 18, 2007**.

New Orleans, Louisiana, this __11th__ day of December, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE