UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                            NO. 05-4182

PERTAINS TO: *BSD* C.A. No. 06-8637          SECTION "K"(2)

### ORDER

Having learned that all allegations concerning water damage allegedly caused by a canal breach have been dismissed, leaving only plaintiff's claim against his insurance agent for alleged failure to procure flood insurance, the Court finds that this matter should no longer be consolidated under the *In re Katrina Canal Breaches Consolidated Litigation*, C.A. No. 05-4182. Accordingly,

**IT IS ORDERED** that the above-captioned case is **DECONSOLIDATED** and **TRANSFERRED** to Section "N"(3) where this matter originated.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment by Stone Insurance Inc. (Doc. 7968) shall be reset for hearing before the Honorable Kurt Englehart at the appropriate time. No opposition has been filed in the matter as a result of opposing counsel's not having been served with same.

New Orleans, Louisiana, this 10th of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

DEC 11 2007
TRANSFERRED TO
SECT. N MAG. 3

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____