UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | JUDGE: DUVAL |
| * | | |
| PERTAINS TO: INSURANCE, * | | MAGISTRATE: WILKINSON |
| <u>HOLBROOK, 06-4709</u> * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Considering the foregoing motion;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr. and J. Rand Smith, Jr. of de Boisblanc & de Boisblanc Law Firm are hereby withdrawn as counsel of record for Encompass Insurance Company in the above captioned proceedings.

New Orleans, Louisiana, this <u>12th</u> day of <u>December</u>, 200<u>7</u>.

_____
JUDGE