UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * MAG. WILKINSON |

PERTAINS TO:  BARGE
(No. 07-3500)

## ORDER GRANTING MOTION OF LAFARGE NORTH AMERICA INC. FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO EX PARTE MOTION FOR LEAVE TO SEVER AND RECONSOLIDATE AND TO AMEND CLASS ACTION COMPLAINTS ACCORDINGLY

Upon consideration of the Motion Of Lafarge North America Inc. For Leave To File Supplemental Response To Ex Parte Motion For Leave To Sever And Reconsolidate And To Amend Class Action Complaints Accordingly, and good cause appearing, it is hereby ORDERED that the motion is GRANTED.  The Clerk shall file the Motion Of Lafarge North America Inc. For Leave To File Supplemental Response To Ex Parte Motion For Leave To Sever And Reconsolidate And To Amend Class Action Complaints Accordingly.

New Orleans, La.,   December 12th, 2007.

_____
United States District Judge

LIBW/1664918.1