UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Pontiac-Raceland, 06-6394   JUDGE DUVAL
   MAG. WILKINSON

## ORDER

The captioned Pontiac-Raceland case has recently been referred to me. Record Doc. No. 9329. Accordingly, **IT IS ORDERED** that a preliminary conference for all purposes permitted by Paragraph VII of CMO No. 4 is hereby **SCHEDULED** in this matter on **January 10, 2008 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this   12th   day of December, 2007.

                                   JOSEPH C. WILKINSON, JR.
**CLERK TO NOTIFY:**                     UNITED STATES MAGISTRATE JUDGE
**HON. STANWOOD R. DUVAL, JR.**