Effective 4/10/06         FINANCIAL & CIVIL ALLOTMENT SHEET         Receipt No.: 351428
                                                                    Deputy Clerk: ___

ACCOUNT CODE:                              REGISTRY FUND:                    DEC 1 1 2007

6855XX Accounts                            604700 Accounts
_____ - Restitution                        _____ - Cash Bonds
_____ - U.S. Postal Service Forms          _____ - Land Condemnation
_____ - Petty Offense                      _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
        085000 - $5.00 / 510000 - $10.00
   FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
        086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
   COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
   MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
  ✓  - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

       RECEIVED FROM (FIRM): Doyle, Restrepo, Harvin & Robbins
       CASE NUMBER: 05-4182       SECTION: K
       CASE TITLE: Doc. #8885

       PAYMENT OF  [ 5.00 ]   CASH _____   CHECK 020433  MONEY ORDER _____
                              SEAMAN _____  PAUPER _____  NON CASH _____

                    Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action        _____ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,            Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.               _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                     Death Sentence
_____ 3. Antitrust                                _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright             _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?    Yes _____ No _____
Is this a RELATED CASE?         Yes _____ No _____    Attorney of Record _____