UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO. 06-4389 * | | |
| 07-3500 * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * | | |
| * * * * * * * * * * * * * * * * | | |

PLAINTIFFS' MOTION FOR SANCTIONS

**COME NOW** plaintiffs, appearing through undersigned counsel, and move This Honorable Court to impose sanctions against the following corporate entity and individuals:

1. Washington Group International, Inc.

2. Julia E. McEvoy

3. William D. Treeby, Esq.

This motion is filed upon the grounds that the aforesaid corporate entity, through its attorneys, and individuals have committed "fraud upon the Court" and knowingly violated Rule 3.3(a)(1) of the Rules of Professional Conduct for lawyers practicing law in the State of Louisiana, by virtue of the following:

1. Ms. McEvoy's representing in Open Court on June 13, 2007, as follows:

-1-

". . . and they were not asked to perform engineering services. The fact that they were not asked to perform engineering services makes these allegations about regulations and standards and procedures even more curious, because its not clear if Washington Group was not performing engineering services, what code of conduct would govern its performance of the contract. And we certainly had no clue based on this allegation." Record Document No. 6176, pp. 33-34.

when Ms. McEvoy knew or should have known that the above-quoted representations were false and contradicted by her client's own documents, and more particularly Document Nos. WGI 000005 and 000006, among others, and subsequently failing to correct her false statements.

2.  Mr. Treeby's remaining silent in the face of Ms. McEvoy's erroneous representations, which silence continues to this day.

Additional grounds for the filing of this Motion for Sanctions appear in the memorandum filed simultaneously herewith.

      Respectfully submitted,

      **LAW OFFICES OF**
      **ASHTON R. O'DWYER, JR.**

      **By:**   **S/Ashton R. O'Dwyer, Jr.**
           **Ashton R. O'Dwyer, Jr.**
           **Bar No. 10166**
           **821 Baronne Street**
           **New Orleans, LA 70113**
           **Tel. 504-679-6166**
           **Fax. 504-581-4336**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 12th day of December 2007.

                                      S/Ashton R. O'Dwyer, Jr.