STATEMENT OF WORK
DEMOLITION AND SITE PREPARATION
FOR
INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT
PROJECT
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA

Contract Number DACA56-94-D-0021

MK Task Order Number 0026

1 Jun 99

1. **General.** The Contractor shall furnish all services, materials, supplies, labor, and travel, as required, in connection with the coordination and technical review of site documents for the remediation and demolition of the east bank of the Inner Harbor Navigation Canal (IHNC) between Claiborne and Florida Avenues, from the IHNC east to the floodwall. Interagency partners involved in this project consists of the US Army Corps of Engineers Tulsa District, US Army Corps of Engineers New Orleans District and Morrison Knudsen Corporation.

2. **Site History.** The East Bank Industrial Area consists of inactive and active industrial sites leased to private operators by the Port of New Orleans on the east side of the IHNC along Surekote Road. Specific sites include: Boland Marine, McDonough Marine, Indian Towing, Distributor's Oil, Mayer Yacht, Saucer Marine, and International Tank Terminal. Most of these sites have been abandoned by Port tenants; however, two sites still have current leases with the Port. The project property will be purchased by USACE and the current tenants will be relocated by the Port. The 36-acre project site includes approximately 50 above-ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks(ASTs), underground storage tanks(USTs), transformer units, miscellaneous equipment, and debris. Previous investigations have shown lead-based paint, asbestos, and PCBs in the above-ground structures, creosote-treated timbers along the wharves and bulkheads, and soil contaminated with products and wastes utilized by the marine service industry including oil, petroleum fuel, arsenic, and lead associated with sand blasting. Other unknown debris and contaminants may exist at the site.

3. **Project Requirements.** The Contractor shall furnish all engineering services, materials, supplies, labor, as required, in connection with the technical review of site documents, attendance at site meetings and travel necessary for the period of approximately 21 June 99 through 30 Sep 99 associated with the demolition and

WGI000005

remediation of the east bank of the Inner Harbor Navigation Canal (IHNC).  In addition to reviewing the site documents the Contractor shall prepare a comprehensive report recommending the scope and duration of the remediation and demolition that will be required, including any data gaps that may need to filled by sampling or other investigations.

4.  Project Changes.  Amendments, additions, or changes proposed by the Contractor as part of this task order shall be reviewed, annotated and approved by the Contracting Officer prior to field implementation.  Requests for changes shall be submitted to the Contracting Officer or the Contracting Officer's Representative (COR) in the form of Contractor Information Requests (CIR).  A standard form shall include the date of request, CIR sequence number, problem identification, explanation and nature of problem, resolutions, cost and schedule impacts, and recommendations.  The form shall be signed by the Contractor's representative with space for a Government response.  The work shall incorporate the requirements as discussed in any pre-proposal and site visit conference(s) and all data included in Government-furnished material.

5.  Project Schedule.  Duration is in calendar days.

| 5.1 | Work Allocation Document Setup | Seven days after T.O. award |
| 5.2 | Technical Review of Site Documents and recommendation report | 21 June 99 - 30 Sep 99 |
| 5.3 | Close-out | Seven days after completion of T.O. |

6.  Government-Furnished Information.

The USACE, New Orleans District will provide one (1) copy of the following site documents for the Contractor's technical review and use in preparation of the recommendation report:

- 1992, "A Land Use History of Areas Adjacent to the Inner Harbor Navigation Canal Lock, New Orleans, Final Report," submitted to USACE-NOD by Christopher R. Goodwin and Associates.

- 1997, USACE-NOD, Assessment of Potential Hazardous, Toxic and Radiological Wastes: Part I - HTRW Initial Assessment Report and Part II - Sampling and Analysis Report, in "Draft Evaluation Report:  Mississippi River - Gulf Outlet New Lock and Connecting Channels," Volume 5, Appendix C.

- 1994, "IHNC Drums and Containers Testing, Collection and Disposal:  Saucier Marine, Indian Towing and Boland Marine Sites, Final Report," submitted to the Board of Commissioners of the Port of New Orleans by Materials Management Group, Inc.