## Victoria Broussard

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Wednesday, December 12, 2007 3:58 PM
**To:** vbroussard@odwyerlaw.com
**Subject:** FW: WGI

Print.

---

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Wednesday, November 14, 2007 6:31 PM
**To:** 'Treeby, William D.'
**Subject:** WGI

Bill: Just so you know, the document I have contrasted with Ms. McElvoy's representation(s) to the Court was in the first group of documents you sent me via E-mail, which I was able to open, but unable to send to my Secretary for printing. Also, the document was within the first 25 or so I read. In other words, I "discovered" it quite by accident (the "luck" of the Irish?), which is why I have conceded that Ms. McElvoy may have been only "simply negligent". Your silence at the hearing, of course, is another matter, which I have not addressed directly, but only obliquely. I'm looking forward to the explanation for the apparent discrepancy.

12/12/2007