# Victoria Broussard

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Wednesday, December 12, 2007 3:57 PM
**To:** vbroussard@odwyerlaw.com
**Subject:** FW: Service Copy of Motion for Sanctions

Print.

-----Original Message-----
From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Friday, November 16, 2007 5:01 PM
To: 'Treeby, William D.'
Subject: RE: Service Copy of Motion for Sanctions

Bill: I forgot the most important "message" for both you and Ms. McEvoy:
I'll give you until the close of business on Monday, the 19th, to apologize to Judge
Duval, to the other litigants and their lawyers, and to me. Ms.
McEvoy, for her sin of "commission", and you, for your sin of "omission", your silence,
all on 6/13/07, "on the record". If I don't get what I'm asking for, then there will be
pleadings from me seeking sanctions from you and your co-counsel.

-----Original Message-----
From: Treeby, William D. [mailto:wtreeby@stonepigman.com]
Sent: Friday, November 16, 2007 4:19 PM
To: arod@odwyerlaw.com
Subject: Service Copy of Motion for Sanctions

Ashton,
     Attached is a letter and related pleadings.
     WTreeby


William D. Treeby (A Professional Corporation) Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS,
please be informed that any federal tax advice contained in this communication (including
any attachments) is not intended or written to be used, and cannot be used, for the
purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.
For more information about this notice, please visit
http://www.stonepigman.com/news/showNews.html?id=73.

_____

This communication is from a law firm and may be privileged and confidential. If you are
not the intended recipient, please notify the sender by reply e-mail and destroy all
copies of this communication.
The sender's name and other information in this e-mail are for information purposes only
and are not electronic signatures.

1