UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   06-4389 * | | |
| 07-3500 * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * | | |
| * * * * * * * * * * * * * * * * | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel bring the attached Motion For Sanctions for hearing before the Honorable Judge Stanwood R. Duval, Jr., at 9:30 A.M., on the 9th day of January 2008, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

By:   S/Ashton R. O'Dwyer, Jr.
      Ashton R. O'Dwyer, Jr.
      Bar No. 10166
      821 Baronne Street
      New Orleans, LA 70113
      Tel. 504-679-6166
      Fax. 504-581-4336

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 12th day of December 2007.

                                            S/Ashton R. O'Dwyer, Jr.