UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO:  * | | MAGISTRATE (2) |
| NO.   06-4389  * | | |
| 07-3500  * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * | | |
| * * * * * * * * * * * * * * * * * * | | |

## REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs in Civil Action Nos. 06-4389 and 07-3500 and request oral argument on the Motion for Sanctions.

          Respectfully submitted,

          **LAW OFFICES OF**
          **ASHTON R. O'DWYER, JR.**
          **Counsel for Plaintiffs**

          **By:**   **S/Ashton R. O'Dwyer, Jr.**
                   **Ashton R. O'Dwyer, Jr.**
                   **Bar No. 10166**
                   **821 Baronne Street**
                   **New Orleans, LA 70113**
                   **Tel. 504-679-6166**
                   **Fax. 504-581-4336**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 12th day of December 2007.

S/Ashton R. O'Dwyer, Jr.