MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 12, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, MRGO | JUDGE DUVAL |
| | MAG. WILKINSON |

At the request of liaison counsel, a status conference was held in this matter today. Participating were Joseph Bruno, plaintiffs' liaison counsel, and Ralph Hubbard, defendants' liaison counsel. Various discovery and scheduling issues were discussed.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 55**