MINUTE ENTRY
DUVAL, J.
December 12, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Xavier* C. A. No. 06-516 | SECTION "K" |

Attending a status conference held this day were:

James Garner and Darnell Bludworth for Xavier

Ralph Hubbard, Simeon Reimonenq, Christopher Hug and Wystan Ackerman for Travelers.

The purpose of the status conference was to discuss the Motion for Expedited Hearing of Motion for New Trial As to Denial of Appeal of Magistrate Judge Wilkinson's August 28, 2007 Order and Reasons (Doc. No. 9368). Having heard argument of counsel, the Court finds that the ruling of Judge Wilkinson shall remain in place as the materials sought could lead to relevant information with respect to damages sought by Xavier. Accordingly,

**IT IS ORDERED** that the Motion for Expedited hearing of Motion for New Trial (Doc. 9368) is **GRANTED** and was held this day at 3:30 p.m.

**IT IS FURTHER ORDERED** that the Motion for New Trial (Doc. 9369) is **DENIED**; however, with respect to producing information concerning capital improvements, there is no obligation to produce same until such time as the parties agree on a time frame for materials that

are to be produced.  In the event no agreement is reached within the next week, the parties shall move the Court to establish such a date specific from which point documents are discoverable.

JS-10: 35 MINS.