UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION: K |
| PERTAINS TO: ROAD HOME | * | |
| | * | MAGISTRATE: 2 |
| (Chudd & Arvis Abram et al v. | * | |
| AAA Insurance, et al., No. 07-5205) | * | |
| | * | |

### ORDER

CONSIDERING the foregoing Motion to Enroll as Counsel of Record:

IT IS HEREBY ORDERED that Stephanie Dovalina of the law office of Degan, Blanchard & Nash, be and is hereby enrolled as counsel of record for Argonaut Great Central Insurance Company.

SIGNED, this _____ day of _____, 200___ in New Orleans, Louisiana.

_____
JUDGE

L:\148\5267\Docs\Order.doc