UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   06-4389 | * | |
| 07-3500 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * | | |

PLAINTIFFS' EX PARTE MOTION TO
CORRECT TYPOGRAPHICAL ERRORS IN MEMORANDUM

**COME NOW** plaintiffs, appearing through undersigned counsel, and move This Honorable Court to correct certain typographical errors in the first sentence of the last paragraph on page 2 of their Memorandum in Support of their Motion for Sanctions (Record Document No. 9464). More particularly, plaintiffs desire to correct typographical errors in the sentence as follows:

> CHANGE FROM:  "Undersigned counsel for plaintiffs really doesn't know, but suggests that two highy-paid, professed "sharp" legal minds could not simultaneously negligent in concert, which strongly suggests intent on the part of either Ms. McEvoy, Mr. Treeby or both."

CHANGE TO: "Undersigned counsel for plaintiffs really doesn't know, but suggests that two highly-paid, self-professed "sharp" legal minds could not simultaneously be negligent in concert, which strongly suggests intent on the part of either Ms. McEvoy or Mr. Treeby, or both."

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**

By:   S/Ashton R. O'Dwyer, Jr.
         Ashton R. O'Dwyer, Jr.
         Bar No. 10166
         821 Baronne Street
         New Orleans, LA 70113
         Tel. 504-679-6166
         Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 13th day of December 2007.

S/Ashton R. O'Dwyer, Jr.