-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   06-4389 | * | |
| 07-3500 | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * | | |

## ORDER

Considering plaintiffs' Ex Parte Motion to Correct Typographical Errors in Memorandum, which the Court has duly noted,

**IT IS ORDERED** that the typographical errors are corrected, as prayed for.

New Orleans, Louisiana, this _____ day of _____ 2007.

_____
**J U D G E**