AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

**RETURN**

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT*
*2007 DEC 12  PM 3: 05*
*LORETTA G. WHYTE*
*CLERK*

Eddie Pleasant, et al

### SUMMONS IN A CIVIL CASE

V.

Case Number:07-5028 "K"(2)

The United States of America, et al

TO: (Name and address of defendant)

James Letten, U. S. Attorney
500 Poydras St.
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Smith
7805 Zimpel St.
New Orleans, LA 70118

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Clerk

(By) Deputy Clerk

**December 12, 2007**
Date

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | *Dec. 12, 2007* |
| NAME OF SERVER (PRINT) *Thomas L. Smith* | TITLE *ATT* |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: *TAMMY GEAREN, DOCKETING CLERK, AGENT FOR SERVICE*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *DECEMBER 12, 2007*
Date

*Thomas Smith*
Signature of Server

*7205 Zimpel Str*
Address of Server

*New Orleans, LA. 70118*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.