# UNITED STATES DISTRICT COURT

**RETURN**

EASTERN District of LOUISIANA

PLAINTIFF
IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

V. DEFENDANT AND THIRD PARTY PLAINTIFF
LAFARGE NORTH AMERICA INC.

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number: 05-4182"K"(2)

Pertains to 05-5531, 05-5724, 06-5342, 06-6299, 06-7516

V. THIRD PARTY DEFENDANT
UNITED STATES OF AMERICA

To: Name and address of Third Party Defendant

United States of America through Hon. James B. Letten, U.S. Atorney, E.D. of Louisiana,
ATTENTION: CIVIL PROCESS CLERK
210 Hale Boggs Federal Building, 500 Poydras Street
New Orleans, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Lawrence D. Wiedemann<br>Wiedemann & Wiedemann<br>821 Baronne Street<br>New Orleans, LA 70113 | Robert B. Fisher, Jr.<br>Chaffe McCall, LLP<br>1100 Poydras St., Suite 2300<br>New Orleans, LA 70163-2300 |

an answer to the third-party complaint which is served on you with this summons, within ___60___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiffs complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must he filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

NOV 2 0 2007

CLERK _B. [signature]_

DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 11/23/07 |
| NAME OF SERVER  KATHERINE W. HECK | TITLE | Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail - Hon. James B. Letten, U.S. Attorney ATTN: Civil Process Clerk - Date of Delivery 11/23/07 (See Exhibit A Attached - Domestic Return Receipts)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/13/07
                  Date

Katherine W Heck
*Signature of Server*

Chaffe McCall LLP
1100 Poydras Street, Suite 2300
New Orleans LA 70163-2300
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.