EXHIBIT "A"

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Michael Mukasey
   Attorney General, United States of America
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: [signed]
- B. Received by (Printed Name): NOV 2 6 2007
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes  ☐ No
- 3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0004 0662 1660

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kara K. Miller
   U.S. Dept. of Justice
   Torts Branch, Civil Division
   Benjamin Franklin Station
   P.O. Box 888
   Washington D.C. 20044

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: [signed]
- B. Received by (Printed Name): NOV 2 6 2007
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes  ☐ No
- 3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0004 0662 1653

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. James B. Letten
   U.S. Attorney, E.D. of LA.
   Hale Boggs Federal Bldg.
   210 Hale Boggs Street
   500 Poydras Street
   New Orleans LA 70130
   ATTN: Civil Process Clerk

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: [signed]
- B. Received by (Printed Name): S. DeJean   11/27/07
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes  ☐ No
- 3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0004 0662 1677

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540