EXHIBIT "A"

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Michael Mukasey
Attorney General, United States of America
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature — [signature]
B. Received by (Printed Name): NOV 26 2007
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0004 0662 1660

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kara K. Miller
U.S. Dept. of Justice
Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington D.C. 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature — [signature]
B. Received by (Printed Name): NOV 26 2007
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0004 0662 1653

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. James B. Letten
U.S. Attorney, E.D. of LA.
210 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans LA 70130
ATTN: Civil Process Clerk

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature — [signature]
B. Received by (Printed Name): S. DeJean  C. Date of Delivery: 11/23/07
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0004 0662 1677

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540