# UNITED STATES DISTRICT COURT
## EASTERN District of LOUISIANA

**RETURN**

PLAINTIFF
  IN RE: KATRINA CANAL BREACHES CONSOLIDATED
              LITIGATION

V. DEFENDANT AND THIRD PARTY PLAINTIFF
  LAFARGE NORTH AMERICA INC.

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number: 05-4182"K"(2)
Pertains to 05-5531, 05-5724, 06-5342, 06-6299, 06-7516

V. THIRD PARTY DEFENDANT
  BOARD OF COMMISSIONERS FOR THE
  SOUTHEAST LOUISIANA FLOOD PROTECTION
              DISTRICT-EAST

To: Name and address of Third Party Defendant
  Board of Commissioners for the Southeast Louisiana Flood Protection District-East

  6920 Franklin Avenue
  New Orleans, Louisiana 70122

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Lawrence D. Wiedemann<br>Wiedemann & Wiedemann<br>821 Baronne Street<br>New Orleans, LA 70113 | Robert B. Fisher, Jr.<br>Chaffe McCall, LLP<br>1100 Poydras St., Suite 2300<br>New Orleans, LA 70163-2300 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiffs complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must he filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                   NOV 2 0 2007

CLERK                                              DATE
(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/21/07 |
| NAME OF SERVER TED TINDELL | TITLE PARA LEGAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served:

6970 FRANKLIN AVE,

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/21/07
            Date

Signature of Server

1100 Poydras St
Address of Server

Suite 2300
New Orleans, LA
70163

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.