UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION: K |
| PERTAINS TO: * | * | MAGISTRATE: 2 |
| (Joseph Aguilar, III, et al v. Alea London Limited, et al, No. 07-4852) | * * * | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come National Security Fire & Casualty Company, who respectfully request that Stephanie Dovalina (La. #31137) of the law firm Degan, Blanchard & Nash, 400 Poydras Street, Suite 2600, New Orleans, Louisiana 70130, be enrolled as additional counsel of record to represent their interests in the above captioned matter.

Respectfully submitted,

DEGAN, BLANCHARD, & NASH

_____
Sidney W. Degan, III (#4804)
Julie A. Dietz (#18866)
Stephanie Dovalina (#31137)
400 Poydras Street, Suite 2600
New Orleans, Louisiana  70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
Email: sdegan@degan.com
Email: jdietz@degan.com
Email: sdovalina@degan.com

*Attorneys for Argonaut Great Central Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic filing this 13 day of December, 2007.

_____
Sidney W. Degan, III

F:\Docs\144\5502\Doc\Motion to Enroll-Stephanie Dovalina.doc