# PLAINTIFFS' PRODUCTION LOG

## In Re Katrina Canal Breaches Litigation, No, 05-4182

| Bates First | Bastes Last | Source | Custodian | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|
| MRGO-CEI-0000001 | MRGO-CEI-0014416 | Coastal Environments Inc. | Robert Warren, Esq. | 12/13/2007 | Levee, MRGO, Robinson | Gagliana Documetns |