UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: | | |
| ALL BARGE | | |

### THIRD UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER NO. 5

**NOW INTO COURT** comes defendant Washington Group International, Inc. ("WGII"), and, subject to and without waiving its pending Motion to Dismiss or, in the Alternative, to Stay *Parfait Family v. United States* (Rec. Doc. 8224), respectfully moves to amend Case Management Order No. 5 to extend its deadline to propound written discovery. In support of its motion, WGII states as follows:

1.  On October 10, 2007, WGII moved to dismiss, or in the alternative, to stay *Parfait Family v. United States*, Civil Action No. 07-3500.

2.  On October 26, 2007, Plaintiffs' Barge PSLC Liaison Brian A. Gilbert, Esq. filed a Motion to Sever the *Parfait* complaint into separate MRGO and Barge complaints.

903735v.1

3. Through remarks in open court at the October 31, 2007 hearing for WGII's motion to stay and/or dismiss, the District Court expressed an interest in hearing from all parties as to whether the consolidation and/or coordination of the Barge category of cases within the MRGO litigation would further the interests of judicial economy, and sought input as to how such a consolidation and/or coordination could be achieved. The Court subsequently set Mr. Gilbert's motion to sever for hearing and ordered that any opposition thereto be filed no later than December 4, 2007.

4. On December 4, 2007, WGII and several other entities submitted their respective responses to the motion to sever.

5. On December 12, 2007, the District Court took the motion to sever under advisement. As of the date of this filing, the District Court has not ruled on the motion to sever or on WGII's motion to dismiss and/or stay *Parfait*.

6. WGII moves to extend the deadline for propounding written discovery in the Barge category of cases until April 30, 2008 or such other time as the Court issues further guidance as to the case management issues raised by these pending motions in the form of a new case management order or in any other such form deemed appropriate by the Court, or until further order of the Court.

7. Granting the relief sought herein will further the goals of judicial and party economy by avoiding the unnecessary duplication of effort in the event the Court deems it appropriate to grant WGII's pending motion or to place the Barge and MRGO category of cases on the same litigation track.

8. Brian Gilbert, Barge Plaintiffs' Liaison Counsel, and Joseph Bruno, Plaintiff's Liaison Counsel, have been consulted and do not oppose this motion.

**WHEREFORE**, Washington Group International, Inc., subject to and without waiving its pending Motion to Dismiss or, in the Alternative, to Stay *Parfait Family v. United States* (Rec. Doc. 8224), respectfully moves to amend Case Management Order No. 5 to extend its deadline to propound written discovery.

Dated: December 13, 2007

Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone:  404-521-3939
Fax:  404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  202-879-3939
Fax:  202-626-1700

Attorneys for Defendant
Washington Group International, Inc.

903735v.1

- 4 -

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Third Unopposed Motion to Amend Case Management Order No. 5 has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 13th day of December, 2007.

*/s/Heather S. Lonian*