UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| PERTAINS TO: | § § | MAG. WILKINSON |
| ALL BARGE | § § | |

**O R D E R**

Considering the foregoing Third Unopposed Motion to Amend Case Management Order No. 5;

**IT IS ORDERED** that the motion is **GRANTED** and that Case Management Order No. 5 hereby is amended as follows:

Defendant Washington Group International, Inc. shall be granted an extension to propound written discovery in the Barge category of cases until April 30, 2008 or such other time as the Court issues further guidance as to the case management issues raised by these pending motions in the form of a new case management order or in any other such form deemed appropriate by the Court, or until further order of the Court.

New Orleans, Louisiana, this ____ day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

903737v.1