UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) |
| PERTAINS TO: 06-5890 | * | |
| Dear Mother's Taste of New Orleans LLC, et al. | * | JUDGE DUVAL |
| v. M.A. Hayes Company, et al. | * | |
| | * | MAG. WILKINSON |

*******************************************

### M.A. HAYES COMPANY'S EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes defendant, M.A. Hayes Company, who respectfully submits this list of exhibits which may be used at trial in the above referenced matter:

1) Any and all lease agreements between plaintiffs and Hagan Ventures, LLC;

2) Relevant St. Paul Travelers policy;

3) Relevant St. Paul Travelers Statement of Loss;

4) Relevant police report;

5) Any and all documents relative to the application and placement of insurance at issue;

6) Entire claims file; and

7) Any and all other documents identified through discovery.

Defendant reserves the right to supplement and/or amend this Exhibit List at any time prior to trial.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

/s/ GUS A. FRITCHIE III
GUS A. FRITCHIE III (#5751)
EDWARD W. TRAPOLIN (#27667)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Counsel for Defendants, M.A. Hayes Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas P. Anzelmo
Stephen F. Babin
Carmelite M. Bertaut
David A. Binegar
Thomas M. Brahney
Alanson Trigg Chenault
Alice Daigle
Darcy Elizabeth Decker
Richard G. Duplantier, Jr
Emily E. Eagan
Mat M. Gray, III
Mark Emerson Hanna
Lambert Joseph Hassinger, Jr
Timothy William Hassinger

Herman C. Hoffmann, Jr
James Eric Johnson
Michael Courtney Keller
Kyle P. Kirsch
Andre Jude Lagarde
John M. Landis
Michael Gerard Lemoine
Heather Shauri Lonian
Ben Louis Mayeaux
Paul C. Miniclier
Betty Finley Mullin
James L. Pate
Edward Winter Trapolin
William D. Treeby
Richard John Tyler

/s/ GUS A. FRITCHIE III