## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO. 05-4182 "K" (2)** |
| **PERTAINS TO: 06-5890** | * | |
| **Dear Mother's Taste of New Orleans LLC, et al.** | * | **JUDGE DUVAL** |
| **v. M.A. Hayes Company, et al.** | * | |
| | * | **MAG. WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## M.A. HAYES COMPANY'S WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes defendant, M.A. Hayes

Company, who respectfully submits this list of witnesses who may be called at trial in the above

referenced matter:

1) Hasan Al-Ghani;

2) Khadija Al-Ghani;

3) Anita Goss;

4) John Ziesenhenne;

5) Representative of Hagan Ventures, LLC;

6) Representative of Travelers Indemnity Company;

7) Any expert(s) deemed necessary, to be named at a later date;

8)      Any impeachment witness deemed necessary;

9)      Any and all witnesses deposed or who will be deposed in the matter;

10)     Any and all other witnesses identified through discovery; and

11)     Any and all witnesses listed or called by any other party.

Defendant reserves the right to supplement and/or amend this Witness List at any time prior to trial.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

/s/ GUS A. FRITCHIE III
GUS A. FRITCHIE III (#5751)
EDWARD W. TRAPOLIN (#27667)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Counsel for Defendants, M.A. Hayes Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2007, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following:

2

Thomas P. Anzelmo
Stephen F. Babin
Carmelite M. Bertaut
David A. Binegar
Thomas M. Brahney
Alanson Trigg Chenault
Alice Daigle
Darcy Elizabeth Decker
Richard G. Duplantier , Jr
Emily E. Eagan
Mat M. Gray , III
Mark Emerson Hanna
Lambert Joseph Hassinger , Jr
Timothy William Hassinger

Herman C. Hoffmann , Jr
James Eric Johnson
Michael Courtney Keller
Kyle P. Kirsch
Andre Jude Lagarde
John M. Landis
Michael Gerard Lemoine
Heather Shauri Lonian
Ben Louis Mayeaux
Paul C. Miniclier
Betty Finley Mullin
James L. Pate
Edward Winter Trapolin
William D. Treeby
Richard John Tyler

*/s/ GUS A. FRITCHIE III*