UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182

PERTAINS TO: 07-1692 (CHATELAIN)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION OF PARTIAL DISMISSAL AND REQUEST THAT CASE BE MARKED AS ADMINISTRATIVELY CLOSED

On Motion of plaintiffs, Theresa and Kerry Chatelain, herein appearing through undersigned counsel of record, and on suggesting to the Court that this matter has been fully compromised and settled and, therefore, should be dismissed without prejudice and as to all plaintiffs' rights herein, each party to bear its own costs. The parties request the case be marked as administratively closed per a partial settlement agreement and release entered into by the parties but certain rights were reserved pending appeals on certain legal issues. The case can be closed without prejudice in accordance with the partial settlement agreement and release.

**CERTIFICATE OF SERVICE**

I hereby certify that on 11-16-07, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

Brent A. Klibert

**Respectfully submitted:**

_____
Brent A. Klibert, Esq. (Bar Roll No. ____)
228 St. Charles Ave.
Suite 801
New Orleans, LA 70130
Phone: (504) 592-3222

<div style="border:1px solid black; padding:8px;">

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of _____, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566

</div>

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert
_____

***WILLIAM H. ECKERT (#18591)***
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:**   *(504) 836-7556*
**Fax:**              **(504) 836-7566**
**Email:**         beckert@ungarino-eckert.com