UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO. 05-4182
PERTAINS TO: 07-1692 (CHATELAIN)
*********************************************************************

### ORDER OF PARTIAL DISMISSAL AND MARKED AS ADMINISTRATIVELY CLOSED

Considering the foregoing Joint Stipulation of Dismissal;

IT IS HEREBY ORDERD that the above-numbered and entitled matter be dismissed, in its entirety, and as to all parties, without prejudice, each party to bear its own costs. The case shall be marked as administratively closed without prejudice in accordance with the partial settlement agreement and release reached by the parties.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
**JUDGE**