UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION
                                    NO. 05-4182

PERTAINS TO: 07-1693 (STEWART)

*******************************************************************

### JOINT STIPULATION OF PARTIAL DISMISSAL AND REQUEST THAT CASE BE MARKED AS ADMINISTRATIVELY CLOSED

On Motion of plaintiffs, Nancy and Lowell Stewart, herein appearing through undersigned counsel of record, and on suggesting to the Court that this matter has been partially compromised and settled but with reservation of certain rights pending certain legal issues now currently before state and federal appeal courts and, therefore, the parties request the case be dismissed and marked as administratively closed per the partial settlement agreement and release entered into by the parties. The case can be closed administratively but without prejudice in accordance with the partial settlement agreement and release.

**CERTIFICATE OF SERVICE**

I hereby certify that on _11-16_, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

_____
Brent A. Klibert

**Respectfully submitted:**

_____
Brent A. Klibert, Esq. (Bar Roll No. 29296)
228 St. Charles Ave.
Suite 801
New Orleans, LA 70130
Phone: (504) 592-3222

### CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of _____, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com

**Respectfully submitted:**

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:** *(504) 836-7556*
**Fax:** (504) 836-7566
**Email:** beckert@ungarino-eckert.com