UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GINA M. BARARD, Plaintiff | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 06-7939 |
| | * | Consolidated with: 05-4182 |
| LEXINGTON INSURANCE COMPANY, | * | |
| DAN J. BURGHARDT INSURANCE | * | SECTION: J (3) |
| AGENCY, INC. and ABC INSURANCE | * | Transferred to SECTION: K(2) |
| AGENCY, defendants | * | |
| | * | |
| CONSOLIDATED WITH: | * | |
| IN RE: KATRAINA CANAL BREACHES | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EXPARTE MOTION TO SUBSTITUTE TRIAL ATTORNEY OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Dan J. Burghardt Insurance Agency, Inc., who moves this Honorable Court to substitute Warren J. Greenwood, Jr. of BASTIAN & ASSOCIATES, for Hervin A. Guidry of BASTIAN & ASSOCIATES, as trial attorney of record in this matter.

Respectfully submitted,

s/ Hervin A. Guidry
**BASTIAN & ASSOCIATES**
**WARREN J. GREENWOOD, JR. (T.A.)**
Bar No.:14312
**HERVIN A. GUIDRY**
Bar No.: 06492
909 Poydras Street, Suite 3000
New Orleans, Louisiana 70112
Telephone: (504) 527-5550
Attorneys for Dan J. Burghardt Insurance Agency, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 14 day of Dec., 2007, served a copy of the foregoing pleading on all counsel for all parties either by:

- ( ) Hand Delivery
- ( ) Facsimile
- ( ) Certified Mail Return Receipt Requested
- ( ) Prepaid U.S. Mail
- ( ) UPS/FedEx
- ( X ) Electronic Mail

s/ Hervin A. Guidry