UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GINA M. BARARD, Plaintiff | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 06-7939 |
| | * | Consolidated with: 05-4182 |
| LEXINGTON INSURANCE COMPANY, | * | |
| DAN J. BURGHARDT INSURANCE | * | SECTION: J (3) |
| AGENCY, INC. and ABC INSURANCE | * | Transferred to SECTION: K(2) |
| AGENCY, defendants | * | |
| | * | |
| CONSOLIDATED WITH: | * | |
| IN RE: KATRAINA CANAL BREACHES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

IT IS ORDERED that Warren J. Greenwood, Jr., be substituted as trial attorney of record for defendant, Dan J. Burghardt Insurance Agency, Inc.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2007.

_____
JUDGE

Respectfully submitted,

s/ Hervin A. Guidry
**BASTIAN & ASSOCIATES**
**WARREN J. GREENWOOD, JR. (T.A.)**
Bar No.:14312
**HERVIN A. GUIDRY**
Bar No.: 06492
909 Poydras Street, Suite 3000
New Orleans, Louisiana 70112
Telephone: (504) 527-5550
Attorneys for Dan J. Burghardt Insurance Agency, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _14_ day of _Dec_, 2007, served a copy of the foregoing pleading on all counsel for all parties either by:

( ) Hand Delivery                              ( ) Prepaid U.S. Mail
( ) Facsimile                                  ( ) UPS/FedEx
( ) Certified Mail Return Receipt Requested    ( X ) Electronic Mail

s/ Hervin A. Guidry