UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (Ambrose No. 07-3840) | * | |
| _____ | * | |

**THE STANDARD FIRE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Defendant, The Standard Fire Insurance Company, on behalf of itself and the incorrectly referred to entity, St. Paul Travelers Group, Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property and Casualty [Insurance] Companies (hereinafter "Standard Fire"), in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement.

1.   The Standard Fire Insurance Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc. which is not a publicly traded company.

1

2. Travelers Insurance Group Holdings, Inc. is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is not a publicly traded company.

3. Travelers Property Casualty Corp. is a wholly-owned subsidiary of The Travelers Companies, Inc.,

4. The Travelers Companies, Inc. is a publicly traded holding company and not an insurer that indirectly owns 100% of The Standard Fire Insurance Company.

Respectfully submitted:

PERRET DOISE, (A.P.L.C.)

s/Gary J. Russo
Gary J. Russo (#10828)
Douglas C. Longman, Jr. (#8719)
Camille Bienvenu Poché (#22597)
600 Jefferson Street, Suite 1600
P. O. Drawer 3408
Lafayette, LA.  70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: gjrusso@perretdoise.com
Attorneys for The Standard Fire Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Roy F. Amedee, Jr.; Allan Berger; Andrea S. Lestelle; Brent A. Klibert; Brian D. Page; Jeffery Bryan Struckhoff; John Van Robichaux, Jr.; Patrick G. Kehoe, Jr.; Terrence Jude Lestelle; and William Peter Connick.

s/Gary J. Russo
Gary J. Russo (#10828)
Douglas C. Longman, Jr. (#8719)
Camille Bienvenu Poché (#22597)
Attorneys for Defendant
PERRET DOISE, APLC
P. O. Drawer 3408
Lafayette, LA.  70502-3408