UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (Serio, No. 07-3845) | * | |
| _____ | * | |

**AUTOMOBILE INSURANCE COMPANY OF HARTFORD,
CONNECTICUT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, The Automobile Insurance Company of Hartford, Connecticut, on behalf of itself and the incorrectly referred to entity, The Standard Fire Insurance Company, St. Paul Travelers Group, The Travelers Indemnity Company, One of The Travelers Property and Casualty [Insurance] Companies (hereinafter "AIC"), in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement.

1.      The Automobile Insurance Company of Hartford, Connecticut is a wholly-owned subsidiary of The Standard Fire Insurance Company.

1

2. The Standard Fire Insurance Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc.

3. Travelers Insurance Group Holdings Inc. is a wholly-owned subsidiary of Travelers Property Casualty Corp.

4. Travelers Property Casualty Corp. is a wholly-owned subsidiary of The Travelers Companies, Inc., a public company.

5. The Travelers Companies, Inc. is a publicly traded holding company and not an insurer.

    Respectfully submitted:

    PERRET DOISE, A.P.L.C.

    s/Gary J. Russo
    Douglas C. Longman, Jr. #8719
    Gary J. Russo, #10828
    Camille Bienvenu Poché #22597
    600 Jefferson Street
    P. O. Drawer 3408
    Lafayette, LA  70502-3408
    Telephone:  (337) 262-9000
    Fax:  (337) 262-9001
    Email: gjrusso@pdlaw.com
    Attorneys for The Automobile Insurance Company of Hartford, Connecticut

## **CERTIFICATE**

I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to Roy F. Amedee, Jr.; Allan Berger; Andrea S. Lestelle; Brent A. Klibert; Brian D. Page; Jeffery Bryan Struckhoff; John Van Robichaux, Jr.; Patrick G. Kehoe, Jr.; Terrence Jude Lestelle; and William Peter Connick.

    s/Gary J. Russo