MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 13, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>　　　CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Barard</u>, 06-7939 | JUDGE DUVAL<br>MAG. WILKINSON |

A preliminary conference was conducted in the referenced case, <u>Gina M. Barard v. Lexington Insurance Co. et al.</u>, C.A. No. 06-7939 c/w 05-4182, on December 13, 2007, before the undersigned magistrate judge. Participating were: Lana Crouch, representing plaintiff; William Barousse and Warren Greenwood, representing defendants.

The purpose of the conference was to craft a schedule concerning the individual issues in the referenced <u>Barard</u> case, which were bifurcated and referred to me by the presiding district judge. Record Doc. No. 9224. The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing non-class action cases asserting claims involving individual adjusting and coverage issues,

MJSTAR:  0 : 20

including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

Settlement possibilities were discussed. It appears that the case is not currently in a posture to settle.

Mr. Greenwood will promptly file a motion to enroll as additional counsel of record for defendant Dan J. Burghardt Insurance Agency, Inc. and file a motion to dismiss that defendant based upon Judge Barbier's order denying plaintiff's motion to remand, when appropriate.

Counsel are considering consenting to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A written form of consent is currently being circulated. If a fully executed consent form is submitted to me, this case will be deconsolidated from the captioned consolidated litigation and set for trial and final pretrial conference on the dates agreed upon by counsel during the conference.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**