UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL |
| | * | |
| PERTAINS TO: INSURANCE, | * | MAGISTRATE: WILKINSON |
| RAULT, 06-1734 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION TO EXTEND 60 DAY ORDER OF DISMISSAL AND FOR CONTINUANCE ON THE MOTION TO ENFORCE SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Encompass Insurance Company, who respectfully requests an unopposed 30-day extension to the 60 day Order of Dismissal signed on November 7th, 2007 or until February 7, 2008 and for a continuance of the Motion to Enforce Settlement currently set on Magistrate Judge Joseph C. Wilkinson Jr. docket of December 26, 2007 at 11:00 am until January 9, at 11:00 am for the reasons set forth in the attached memorandum.

Respectfully Submitted:

S/ Donald F. de Boisblanc, Jr.
Donald F. de Boisblanc          4786
Donald F. de Boisblanc, Jr.     23462
J. Rand Smith, Jr.              27090
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Tel. (504-586-0005
Fax (504) 586-0007
OF COUNSEL FOR LOZES AND PONDER

S/ Steven M. Lozes  
STEVEN M. LOZES (#8922) T.A.  
LOZES and PONDER  
1010 Common Street, Suite 1700  
New Orleans, Louisiana 70112  
Telephone: (504) 581-4455  
Fax: (504) 587-9408  
Counsel for Encompass Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served on all known counsel of record by placing the same in the United States mail, postage prepaid and properly addressed, on this 17th day of December 2007.

S/ Donald F. de Boisblanc, Jr.