UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 JUDGE: DUVAL |
| PERTAINS TO: INSURANCE, <u>RAULT, 06-1734</u> | * * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### **<u>MEMORANDUM IN SUPPORT OF EX PARTE MOTION TO EXTEND 60 DAY ORDER OF DISMISSAL AND FOR CONTINUANCE ON THE MOTION TO ENFORCE SETTLEMENT</u>**

MAY IT PLEASE THE COURT:

A Motion to Enforce Settlement is currently on December 26th 2007 docket. The undersigned has been informed by Miles Clements, attorney for plaintiff that additional time is required, due to medical reason on behalf of the Raults', to execute the two separate releases and to provide proof of mortgage cancellation. It has been represented that the Raults' will sign the releases on or before January 2, 2008. Based on this development it is requested that the Motion to Enforce Settlement be continued until the next hearing date of January 9, 2008.

Additionally, the 60 day Order of Dismissal is set to expire on January 7, 2008. A 30 extension on this Order to requested or until February 7, 2008.

There is no opposition of either of the requested extensions of time.

Respectfully Submitted:

          S/ Donald F. de Boisblanc, Jr.
Donald F. de Boisblanc         4786
Donald F. de Boisblanc, Jr.    23462
J. Rand Smith, Jr.             27090
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Tel. (504-586-0005
Fax (504) 586-0007
OF COUNSEL FOR LOZES AND PONDER


S/ Steven M. Lozes
STEVEN M. LOZES (#8922) T.A.
LOZES and PONDER
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Telephone: (504) 581-4455
Fax: (504) 587-9408
Counsel for Encompass Insurance Company


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served on all known counsel of record by placing the same in the United States mail, postage prepaid and properly addressed, on this 17th day of December 2007.

          S/ Donald F. de Boisblanc, Jr.