UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL |
| | * | |
| PERTAINS TO: INSURANCE, | * | MAGISTRATE: WILKINSON |
| RAULT, 06-1734 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Premises considered;

**IT IS HEREBY ORDERED**, that plaintiff, Bonnie Rault, show cause on the 26th day of December, 2007 at 11:00 am why defendant, Encompass Insurance Company's Motion to Enforce Settlement should not be granted is continued until January 9, 2008 at 11:00 am.

**IT IS FURTHER ORDERED THAT** the 60 day order of dismissal is set to expire on January 7, 2008 is continued for an additional 30 days or until February 7, 2008.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE