**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE, MRGO | § | |
| | § | |
| | § | |

DEFENDANT UNITED STATES OF AMERICA'S EX PARTE CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO "DEFENDANTS' REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF DOCUMENTS"

Defendant United States of America respectfully moves pursuant to Local Rule 7 for an extension of time of thirty (30) days within which to respond to Defendants Washington Group International, Inc., Board of Commissioners Lake Borgne Levee District, Board of Commissioners East Jefferson Levee District, Board of Commissioners Orleans Levee District, and Sewerage and Water Board of New Orleans's "Requests for Admissions, Interrogatories, and Requests for Production of Documents."   The current deadline to respond is December 19, 2007.

Undersigned counsel certifies that counsel for all propounding defendants have been consulted and express no opposition to the requested extension.  This motion is not made for any improper purpose, but out of a genuine need for more time.

**WHEREFORE**, the United States respectfully requests that an extension of time from December 19, 2007, up to and including January 18, 2008, be granted to respond to the discovery.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director
Torts Branch, Civil Division

JAMES G. TOUHEY
Assistant Director
Torts Branch, Civil Division


 /s/ Richard R. Stone
RICHARD R. STONE
Senior Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States of America

Dated: December 17, 2007

## CERTIFICATE OF SERVICE

I, Richard R. Stone, Sr., hereby certify that on December 17, 2007, I served a copy of the

United States's Ex Parte Motion for an extension of time to respond to discovery propounded by

co-defendants upon all parties by ECF.


    /s/ Richard R. Stone
    RICHARD R. STONE, SR.