UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE, MRGO | § | |
| | § | |
| _____ | § | |

## ORDER

Having considered defendant United States of America's *Ex Parte* Consent Motion for an Extension of Time, and for good cause shown, it is hereby ORDERED that defendant's Motion is hereby GRANTED.  The United States may have an additional thirty (30) days, to and including January 18, 2008 to

1

respond to "Defendants' Requests for Admissions, Interrogatories, and Requests for Production of Documents."

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE