UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * * | CIVIL ACTION NO. 06-10852 |
| PERTAINS TO:  INSURANCE | * * | SECTION: "K" |
| WILLIAM R. BURK, IV and BURK BROKERAGE, LLC | * * * | HON. STANWOOD R. DUVALL, JR.  MAGISTRATE "2" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| ALLSTATE INSURANCE COMPANY, KATIE HYMEL, KATIE HYMEL AGENCY, INC. and ABC INSURANCE COMPANY | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendant, Katie Hymel Agency, Inc., respectfully moves the Court to permit Kevin R. Derham, Esq. to withdraw as its counsel of record and substitute Jaime M. Cambre, Esq. as its counsel of record and trial attorney for this action.

Respectfully submitted:                             Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,**                    **DUPLASS, ZWAIN, BOURGEOIS,**
  **MORTON, PFISTER & WEINSTOCK**                   **MORTON, PFISTER & WEINSTOCK**

s/ Kevin R. Derham                                  s/ Jaime M. Cambre
_____                   _____
**KEVIN R. DERHAM (#27163)**                        **JAIME M. CAMBRE (#29116)**
Lakeway Three, Suite 2900                           Lakeway Three, Suite 2900
3838 N. Causeway Boulevard                          3838 N. Causeway Boulevard
Metairie, Louisiana  70002                          Metairie, Louisiana  70002
Telephone:  (504) 832-3700                          Telephone:  (504) 832-3700
Facsimile:  (504) 837-3119                          Facsimile:  (504) 837-3119

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 17th day of December, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

s/ Jaime M. Cambre
_____
**JAIME M. CAMBRE**