UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: MRGO (07-4851) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

**EX PARTE/CONSENT MOTION TO DISMISS WITHOUT PREJUDICE**

NOW COMES Plaintiff, Six Flags, Inc. ("Six Flags"), who respectfully moves this Court to dismiss the claims in consolidated case no. 07-4851 against Southeast Louisiana Flood Protection Authority-East ("SELFPA") without prejudice, based upon SELFPA's representations that it is not a proper party defendant. Six Flags specifically reserves the right to re-file its claims against SELFPA if it is later determined that it is a proper party defendant. Moreover, Six Flags reserves its rights against all remaining defendants.

Respectfully submitted:


/s/ Kyle A. Spaulding_____
Miles P. Clements, T.A. (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
3600 Energy Centre
New Orleans, LA  7016312
Telephone:  (504) 599-8000
Facsimile:   (504) 599-8100

-and-
Rikke A. Dierssen-Morice (Minn. # 237826)
Elizabeth Shields Keating (Minn. # 0345532)
**Faegre & Benson LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile:   (612) 766-1600

**ATTORNEYS FOR PLAINTIFF,
SIX FLAGS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Kyle A. Spaulding