UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES              CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

                                                                                                       JUDGE DUVAL
PERTAINS TO: ROAD HOME: Louisiana State, 07-5528    MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION:      Joint Motion for Entry of Protective Order Governing Road Home Applicant and Recipient Information Subject to the Court's Resolution of Two Disputed Issues, Record Doc. No. 9347

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART.  Defendants' objections to Paragraphs 2e and 12 are sustained.  If the parties resubmit the joint proposed protective order without the objectionable paragraphs, the protective order will be issued, as amended.

                              New Orleans, Louisiana, this   17th   day of December, 2007.

                                                                  JOSEPH C. WILKINSON, JR.
                                                        UNITED STATES MAGISTRATE JUDGE