UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: LEVEE (07-5184) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

## EX PARTE/CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES Plaintiff, Rault Resources, Inc. ("Rault Resources"), who respectfully moves this Court to dismiss the claims in consolidated case no. 07-5184 against Southeast Louisiana Flood Protection Authority-East ("SELFPA") without prejudice, based upon SELFPA's representations that it is not a proper party defendant.  Rault Resources specifically reserves the right to re-file its claims against SELFPA if it is later determined that it is a proper party defendant.  Moreover, Rault Resources reserves its rights against all remaining defendants.

Respectfully submitted:

/s/ Kyle A. Spaulding
Miles P. Clements, T.A. (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
3600 Energy Centre
New Orleans, LA  7016312
Telephone:  (504) 599-8000
Facsimile:   (504) 599-8100

**ATTORNEYS FOR PLAINTIFF,
RAULT RESOURCES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Kyle A. Spaulding