UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: LEVEE (07-5186) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

## EX PARTE/CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES Plaintiffs, Bonnie M. Rault and Joseph M. Rault, Jr. ("Plaintiffs"), who respectfully moves this Court to dismiss the claims in consolidated case no. 07-5186 against Southeast Louisiana Flood Protection Authority-East ("SELFPA") without prejudice, based upon SELFPA's representations that it is not a proper party defendant. Plaintiffs specifically reserve the right to re-file their claims against SELFPA if it is later determined that it is a proper party defendant. Moreover, Plaintiffs reserve their rights against all remaining defendants.

Respectfully submitted:


/s/ Kyle A. Spaulding
Miles P. Clements, T.A. (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
3600 Energy Centre
New Orleans, LA  7016312
Telephone:  (504) 599-8000
Facsimile:   (504) 599-8100

**ATTORNEYS FOR PLAINTIFFS,
BONNIE M. RAULT AND JOSEPH M. RAULT, JR.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Kyle A. Spaulding