UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

                                        SECTION: " K"

PERTAINS TO:                            JUDGE DUVAL
LEVEE (07-5187)

                                        MAG. 2 (WILKINSON)

### EX PARTE/CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES Plaintiff, R. Scott McCay, who respectfully moves this Court to dismiss

the claims in consolidated case no. 07-5187 against Southeast Louisiana Flood Protection

Authority-East ("SELFPA") without prejudice, based upon SELFPA's representations that it is

not a proper party defendant.  Plaintiff specifically reserves the right to re-file his claims against

SELFPA if it is later determined that it is a proper party defendant.  Moreover,  Plaintiff reserves

his rights against all remaining defendants.

Respectfully submitted:


/s/ Kyle A. Spaulding_____
Miles P. Clements, T.A. (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
3600 Energy Centre
New Orleans, LA  7016312
Telephone:  (504) 599-8000
Facsimile:   (504) 599-8100

**ATTORNEYS FOR PLAINTIFF,
R. SCOTT MCCAY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Kyle A. Spaulding