# United States District Court

EASTERN                      DISTRICT OF            LOUISIANA

R. SCOTT MCCAY

versus

**RETURN**

SUMMONS IN A CIVIL ACTION

THE UNITED STATES OF AMERICA,
THE UNITED STATES ARMY CORPS
OF ENGINEERS, THE SOUTHEAST LOUISIANA
FLOOD PROTECTION AUTHORITY – EAST,
A SUCCESSOR-IN-INTEREST TO
THE BOARD OF COMMISSIONERS OF
THE ORLEANS PARISH LEVEE DISTRICT
AND THE BOARD OF COMMISSIONERS OF THE
EAST JEFFERSON LEVEE DISTRICT, THE
SEWERAGE AND WATER BOARD OF
NEW ORLEANS AND THE BOARD OF
COMMISSIONERS OF THE PORT OF NEW ORLEANS

CASE NUMBER: 07-5187 (c/w 05-4182)

SECTION "K" MAG. (2)

TO:    Gary P. Lagrange, CEO/President
        Board of Commissioners of the
        Port of New Orleans
        1350 Port of New Orleans Place
        New Orleans, Louisiana 70130

      YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Miles P. Clements (LSBN 4184)
Kyle A. Spaulding (LSBN 29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: 504-599-8000
Facsimile: 504-599-8100

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                 NOV - 9 2007

CLERK                                                                           DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me.[1]   DATE 11/21/07

NAME OF SERVER (PRINT) Randon Aucoin   TITLE Process Server

**Check one box below to indicate appropriate method of service:**

___ Served personally upon the defendant. Place where served: _____

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

___ Returned unexecuted: _____

X  Other (specify): Served Gary P. LAgrange through Joseph Fritz @ Port of N.O. 1350 P.O. of N.O. - N.O., LA 70130

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/20/07
Date

Signature of Server: Randon W. Aucoin

Address of Server: PO Box 1744, Gretna, LA 70054

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.