# United States District Court

**EASTERN** DISTRICT OF **LOUISIANA**

R. SCOTT MCCAY

versus

**RETURN**

SUMMONS IN A CIVIL ACTION

THE UNITED STATES OF AMERICA,
THE UNITED STATES ARMY CORPS
OF ENGINEERS, THE SOUTHEAST LOUISIANA
FLOOD PROTECTION AUTHORITY – EAST,
A SUCCESSOR-IN-INTEREST TO
THE BOARD OF COMMISSIONERS OF
THE ORLEANS PARISH LEVEE DISTRICT
AND THE BOARD OF COMMISSIONERS OF THE
EAST JEFFERSON LEVEE DISTRICT, THE
SEWERAGE AND WATER BOARD OF
NEW ORLEANS AND THE BOARD OF
COMMISSIONERS OF THE PORT OF NEW ORLEANS

CASE NUMBER: 07-5187 (c/w 05-4182)

SECTION "K" MAG. (2)

TO:    Marcia St. Martin, Executive Director
       Sewerage and Water Board of New Orleans
       625 St. Joseph, Mail Resolving Department
       New Orleans, La 70165

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Miles P. Clements (LSBN 4184)
Kyle A. Spaulding (LSBN 29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: 504-599-8000
Facsimile: 504-599-8100

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**                                  **NOV - 9 2007**

CLERK                                                  DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me.[1] | 11/21/07 |

| NAME OF SERVER (PRINT) Landon Aucoin | TITLE Process Server |
|---|---|

**Check one box below to indicate appropriate method of service:**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Marcia St. Martin through Margaret Tyler @ 625 St. Joseph, Mail Resolving Dept., N.O., LA 70165

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/07        Landon W. Aucoin
               Date              Signature of Server

PO Box 1744
Gretna, LA 70054
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.