UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE, MRGO | § | |
| | § | |
| _____ | § | |

## ORDER

Having considered defendant United States of America's *Ex Parte* Consent Motion for an Extension of Time, Record Doc. No. 9508, and for good cause shown, it is hereby **ORDERED** that defendant's motion is hereby GRANTED.  The United States may have an additional thirty (30) days, to and including **January 18, 2008** to respond to "Defendants' Requests for Admissions, Interrogatories, and Requests for Production of Documents."  No further extensions will be granted.

New Orleans, Louisiana, this  18th  day of December, 2007.

_____
United States Magistrate Judge