# United States District Court

**EASTERN**                                    **LOUISIANA**

_____ DISTRICT OF _____

R. SCOTT MCCAY

versus

**RETURN**

**SUMMONS IN A CIVIL ACTION**

THE UNITED STATES OF AMERICA,
THE UNITED STATES ARMY CORPS
OF ENGINEERS, THE SOUTHEAST LOUISIANA
FLOOD PROTECTION AUTHORITY – EAST,
A SUCCESSOR-IN-INTEREST TO
THE BOARD OF COMMISSIONERS OF
THE ORLEANS PARISH LEVEE DISTRICT
AND THE BOARD OF COMMISSIONERS OF THE
EAST JEFFERSON LEVEE DISTRICT, THE
SEWERAGE AND WATER BOARD OF
NEW ORLEANS AND THE BOARD OF
COMMISSIONERS OF THE PORT OF NEW ORLEANS

**CASE NUMBER: 07-5187 (c/w 05-4182)**

**SECTION "K" MAG. (2)**

> **TO:**   **Jim Letten, Esq., U.S. Attorney**
> **Eastern District of Louisiana**
> **500 Poydras Street**
> **Room B210**
> **New Orleans, LA  70130**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

**Miles. P. Clements (LSBN 4184)**
**Kyle A. Spaulding (LSBN 29000)**
**FRILOT L.L.C.**
**1100 Poydras Street, Suite 3600**
**New Orleans, LA  70163**
**Telephone:  504-599-8000**
**Facsimile:  504-599-8100**

an answer to the complaint which is herewith served upon you, within _60_ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHITE                                    NOV - 9 2007
_____          _____
CLERK                                                      DATE

B. Gregory
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me.[1] | 11/21/07 |

| NAME OF SERVER (PRINT) Randon Aucoin | TITLE Process Server |
|---|---|

**Check one box below to indicate appropriate method of service:**

___ Served personally upon the defendant.  Place where served:_____

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

___ Returned unexecuted:_____

X  Other (specify): Served Jim Letten through Tammy Falcone @ 500 Poydras Street Rm B210 N.O., La

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of t he United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/20/07
_____    _____
Date                          Signature of Server

PO Box 1744
Gretna, LA 70054
_____
Address of Server

---

[1]As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.