UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 "K" (2) <br> * <br> * JUDGE STANWOOD R. DUVAL <br> * <br> * MAG. JUDGE JOSEPH C. WILKINSON, JR. <br> * |

*THIS PLEADING APPLIES TO:*   **BARGE**

*Boutte v. Lafarge C.A. No. 05-5531*
*Mumford v. Ingram C.A. No. 05-5724*
*Lagarde v. Lafarge C.A. No. 06-5342*
*Perry v. Ingram Barge C.A. No. 06-6299*
*Benoit v. Lafarge C.A. No. 06-7516*

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally appeared Katherine W. Heck, of the law firm Chaffe McCall, LLP, 1100 Poydras Street, 2300 Energy Centre, New Orleans, Louisiana 70163-2300, who after being duly sworn, said that on the 21st day of November, 2007, she did cause to be mailed Third Party Summonses and copies of the "Answer to Sixth Supplemental and Amended Complaint and Third-Party Complaint" which applies to "*Boutte v.*

1006854-1

*Lafarge"* C.A. No. 05-5531, *"Mumford v. Ingram"* C.A. No. 05-5724, *"Lagarde v. Lafarge"* C.A. No. 06-5342, *"Perry v. Ingram Barge"* C.A. No. 06-6299, and *"Benoit v. Lafarge"* C.A. No. 06-7516, consolidated with "In Re: Katrina Canal Beaches Consolidated Litigation (Barge)" Civil Action No. 05-4182 "K" (2), by Lafarge North America Inc. against United States of America, in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure, by mailing the process to U.S. Attorney James B. Letten, 210 Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana 70130, Attention Civil Process Clerk, and to Attorney General, United States of America, Michael Mukasey, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, each enclosed in an envelope deposited in the United States mail by Certified Mail, Return Receipt Requested, on said date, properly addressed with sufficient postage affixed; and that she received the certified domestic postal return receipts, attached hereto as Exhibit "A", indicating delivery of same on the following dates:

U. S. Atty. James Letten, delivered on November 23, 2007
U.S. Atty. Gen. Michael Mukasey delivered on November 26, 2007

*[signature]*
Katherine W. Heck

Sworn to and subscribed before me,
Notary, this 18 day of December, 2007.

*[signature]*
NOTARY PUBLIC

**SCOTT A. SOULE**
**NOTARY PUBLIC**
**STATE OF LOUISIANA**
**BAR ROLL NUMBER 20379**
**COMMISSION EXPIRES AT DEATH**

1006854-1                                           2