OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130


FILED
U.S. DISTRICT
EASTERN DISTRICT LA

2007 DEC 14  PM 1:45

LORETTA G. WHYTE
CLERK

Date: 12/14/07

James Heintz, Sr., et al

vs.

United States of America, et al

Case No. 07-4842 Section K(2)
(Consolidated with 05-4182)

Dear Sir:

Please (~~issue~~) (re-issue) summons on the (~~complaint~~) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) United States Army Corp of Engineers
   (address) _____
2. (name) US Attorney General
   (address) Washington, D.C.
3. (name) US Attorney
   (address) 501 Magazine St. New Orleans, LA 70180
4. (name) _____
   (address) _____

Very truly yours,

Daniel Cauluu
"Signature"

Attorney for James Heintz

Address _____

1010 Common St.
Suite 2050
New Orleans, LA
70112

___ Fee _____
_X_ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____