OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 14 PM 1:41

LORETTA G. WHYTE
CLERK

Date: 12/14/07

Kristin Heintz

vs.

United States of America, et al

Case No. 07-4843   Section K(2)

(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) United States Army Corp of Engineers
   (address) _____
2. (name) US Attorney General
   (address) Washington, D.C.
3. (name) US Attorney
   (address) 501 Magazine St. New Orleans, LA 70130
4. (name) _____
   (address) _____

Very truly yours,

Darell Cannella
"Signature"

Attorney for Kristen Heintz
Address
1010 Common St.
Suite 2050
New Orleans, LA
70112

___ Fee_____
✓ Process____
X  Dktd_____
___ CtRmDep___
___ Doc. No.___