UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION
                                  NO. 05-4182
PERTAINS TO: 07-1691 (HAINES)
*********************************************************************

## JOINT STIPULATION OF DISMISSAL

On Motion of plaintiff, Joseph A. Haines, herein appearing through undersigned counsel of record, and on suggesting to the Court that this matter has been fully compromised and settled and, therefore, should be dismissed with full prejudice and as to all plaintiff's rights herein, each party to bear its own costs.

| CERTIFICATE OF SERVICE |
| --- |
| I hereby certify that on _____, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.<br><br>                /s/ Brent A. Klibert               <br>                   Brent A. Klibert |

Respectfully submitted:

/s/ Brent A. Kliebert
_____
Brent A. Klibert, Esq. (Bar Roll No. 29296)
228 St. Charles Ave.
Suite 801
New Orleans, LA 70130
Phone: (504) 592-3222

**Respectfully submitted:**

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert
_____

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:**   *(504) 836-7556*
**Fax:**             (504) 836-7566
**Email:**         beckert@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of _____, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com