UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION
NO. 05-4182
PERTAINS TO: 07-1691 (HAINES)
*****************************************************************

### ORDER OF DISMISSAL

Considering the foregoing Joint Stipulation of Dismissal;

IT IS HEREBY ORDERD that the above-numbered and entitled matter be dismissed, in its entirety, and as to all parties, with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
**JUDGE**