

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

2007 DEC 14 PM 1:42

LORETTA G. WHYTE
CLERK

Date: 12/14/07

BGU Investments, LLC, et al

vs.

United States of America, et al

Case No. 07-4844  Section K(2)

(Consolidated with 05-4182)

Dear Sir:

Please (issue)/(re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) United States Army Corp of Engineers
   (address) _____
2. (name) US Attorney General
   (address) Washington, D.C.
3. (name) US Attorney
   (address) 501 Magazine St. New Orleans, LA 70130
4. (name) _____
   (address) _____

Very truly yours,

David Cambla
"Signature"

Attorney for BGU Investments

Address _____

1010 Common St.
Suite 2050
New Orleans, LA
70112

___ Fee_____
___ Process_____ sms
 X  Dktd_____
___ CtRmDep____
___ Doc. No.____