OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 14  PM 1:45

LORETTA G. WHYTE
CLERK

Date: 12/14/07

Faith Church

vs.

United State of America, et al

Case No. 07-4845   Section K(2)

(Consolidated with 05-4182)

Dear Sir:

Please (issue) ~~(re-issue)~~ summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) United States Corp of Engineers
   (address) _____
2. (name) US Attorney General
   (address) Washington, D.C.
3. (name) US Attorney
   (address) 501 Magazine St. New Orleans, LA 70130
4. (name) _____
   (address) _____

Very truly yours,

Daniel Cannella
"Signature"

Attorney for Faith Church

Address _____

1010 Common St.
Suite 2050
New Orleans, LA
70112

__ Fee
__ Process
X  Dktd
__ CtRmDep
__ Doc. No.