OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 14  PM 1:45

LORETTA G. WHYTE
CLERK

Date: __12/14/07__

__6243 Memphis St. Properties Association__

vs.

__United States of America, et al__

Case No. __07-4846__ section __K(2)__

(Consolidated with 05-4182)

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the ~~(complaint)~~ (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __United States Army Corp of Engineers__
   (address) _____
2. (name) __US Attorney General__
   (address) __Washington, D.C.__
3. (name) __US Attorney__
   (address) __501 Magazine St, New Orleans, 70130__
4. (name) _____
   (address) _____

Very truly yours,

__Daniel Cannella__
"Signature"

Attorney for __6243 Memphis__

Address _____

1010 Common St.
Suite 2050
New Orleans, LA
70112

___ Fee _____
___ Process __b+(3)sms__
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____