OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 14  PM 1:45

LORETTA G. WHYTE
CLERK

Date: 12/14/07

Lakeview Chiropractic Clinic, LLC

vs.

United States of America

Case No. 07-4848   Section K(2)

Dear Sir:

Please (~~issue~~) (re-issue) summons on the (~~complaint~~) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) United State Army Corp of Engineers
   (address) _____
2. (name) US Attorney General
   (address) Washington, D.C.
3. (name) US Attorney
   (address) 501 Magazine St. New Orleans, LA 70130
4. (name) _____
   (address) _____

Very truly yours,

Paul Cancella
"Signature"

Attorney for Lakeview Chiropractic

Address _____

1010 Common St.
Suite 2050
New Orleans, LA
70112

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____