OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 14  PM 1:45

LORETTA G. WHYTE
     CLERK

Date: 12/14/07

James Heintz, Jr., Et al

vs.

United States of America, et al

Case No. 07-4849 Section K(2)
(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other :- _____ ) to the following:

1. (name) United States Army Corps of Engineers
   (address) _____
2. (name) US Attorney General
   (address) Washington, D.C.
3. (name) US Attorney
   (address) 501 Magazine St, New Orleans, LA 70130
4. (name) _____
   (address) _____

Very truly yours,

*Daniell Cambler*
"Signature"

Attorney for James Heintz

Address _____
1010 Common St
Suite 2050
New Orleans, LA
70112

___ Fee
_✓_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.