OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 17 2007
LORETTA G. WHYTE
CLERK

Date: __12-17-07__

__Jim Adams, et al__

vs.

__United States of America__

Case No. __07-5074__ Section __"K"(2)__
/Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __USA through US Attorney__
   (address) _____
2. (name) __USA through US Attorney General__
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"
Attorney for __plaintiffs__
Address _____

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.