```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    DEC 1 7 2007

LORETTA G. WHYTE
      CLERK
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: __12-17-07__

__Raphael Acevedo, et al__

vs.

__AAA Insurance, et al__

Case No. __07-599__ Section __"K" (2)__

Consolidated with 05-4182

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Home Site Insurance Company__
   (address) _____

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature" _____
Attorney for __plaintiffs__
Address _____

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____