UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br><br>(Susan Abadie v. Aegis Security Ins. Co. et.<br>Al, No. 07-5112) | * * * * * * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION: K<br><br>MAGISTRATE: 2 |

## ORDER

CONSIDERING the foregoing Motion to Enroll as Counsel of Record:

IT IS HEREBY ORDERED that Stephanie Dovalina of the law office of Degan, Blanchard & Nash, be and is hereby enrolled as counsel of record for National Security Fire & Casualty Company.

SIGNED, this **18th** day of **December**, 200**7** in New Orleans, Louisiana.

_____
JUDGE

F:\Docs\144\5393\Doc\Order.doc