UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION: K |
| PERTAINS TO: | * * | |
| | * | MAGISTRATE: 2 |
| (Joseph Aguilar, III, et al v. Alea London Limited, et al, No. 07-4852) | * * | |

## ORDER

CONSIDERING the foregoing Motion to Enroll as Counsel of Record:

IT IS HEREBY ORDERED that Stephanie Dovalina of the law office of Degan, Blanchard & Nash, be and is hereby enrolled as counsel of record for National Security Fire & Casualty Company.

SIGNED, this 18th day of December, 2007 in New Orleans, Louisiana.

_____
JUDGE

F:\Docs\144\5502\Doc\Order.doc