UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: 07-1693 (STEWART)
*************************************************************

## ORDER OF PARTIAL DISMISSAL AND MARKED AS ADMINISTRATIVELY CLOSED

Considering the foregoing Joint Stipulation of Partial Dismissal and Request that case be marked as administratively closed;

IT IS HEREBY ORDERD that the above-numbered and entitled matter be partially dismissed and the case shall be marked as administratively closed without prejudice in accordance with the partial settlement agreement and release reached by the parties.

NEW ORLEANS, LOUISIANA, this  18th  day of December   , 2007.

_____
JUDGE