UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL |
| | * | |
| PERTAINS TO: INSURANCE, | * | MAGISTRATE: WILKINSON |
| RAULT, 06-1734 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Premises considered;

**IT IS HEREBY ORDERED**, that plaintiff, Bonnie Rault, show cause on the 26th day of December, 2007 at 11:00 am why defendant, Encompass Insurance Company's Motion to Enforce Settlement should not be granted is continued until January 9, 2008 at 9:00 am.

**IT IS FURTHER ORDERED THAT** the 60 day order of dismissal is set to expire on January 7, 2008 is continued for an additional 30 days or until February 7, 2008.

New Orleans, Louisiana, this 18th day of _____December_____, 2007.

_____
JUDGE