UNITED STATION DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | |
| | * | CIVIL ACTION NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | |
| | * | SECTION "K" (2) |
| | * | |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*        05-5724 | * | JUDGE STANDWOOD R. DUVAL, JR. |
| *Lagarde v. Lafarge*       06-5342 | * | |
| *Perry v. Ingram*          06-6299 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | |
| *Lafarge v. USA*           07-5178 | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## MEMORANDUM IN SUPPORT OF EX PARTE CONSENT MOTION TO MODIFY CASE MANAGEMENT ORDER NO. 5

**MAY IT PLEASE THE COURT:**

Plaintiff's Master Liaison Counsel, counsel for Lafarge, Zito, WGII, the Port Commission, The United States, NYMAGIC, and the BARGE Plaintiffs met recently to confer about revisions to CMO No. 5.   Based upon agreement of counsel, and in the interests of justice, efficiency and judicial economy, the parties move for modification of Case Management Order No. 5, in the following respects, followed by additional considerations and reservations advanced by WGII, OLD, and The Port Commission for which they alone advocate and pray for in addition or in the alternative to those advocated by all other parties, *to wit*:

1/31/08              BARGE Plaintiffs must file any Class Certification Motion by January 31,
                     2008.   The motion must describe each proposed class and sub-class and
                     designate proposed class representatives (not to exceed five (5) in number),

for each proposed class and/or for each proposed sub-class, and the specific basis in the Federal Rules of Civil Procedure as to which class certification is sought. As to each proposed class representative, the motion must provide his or her full name, current address, occupation and age, and the street address of any property as to which he or she seeks to recover damages in these case, including whether he or she owned or leased the property, a brief description of the size of the property and any buildings or other improvements on it, and whether it was or is used for residential and/or business purposes, and identify for each class representative whether that class rep is making a personal injury or wrongful death claim.

Subsequent deadlines shall govern supporting memoranda and proof.

| | |
|---|---|
| 3/28/08 | All parties to file preliminary Witness and Exhibit Lists by March 28, 2008. |
| 4/15/08 | Plaintiffs shall provide class certification expert reports by April 15, 2008. |
| 6/15/08 | Defendants' and Third Party Defendants' class certification expert reports are due by June 15, 2008. |
| 7/15/08 | All class certification discovery, including expert and fact depositions, to be completed by July 15, 2008. |
| 8/1/08 | Plaintiff's merits expert reports due August 1, 2008. |
| 8/15/08 | Plaintiffs to submit class certification memoranda, affidavits, transcripts, other materials, etc., by August 15, 2008. |
| | Class certification hearing to be set for a date established by the Court. |
| 9/1/08 | Defendants' and Third Party Defendants' merits expert reports are due September 1, 2008. |
| 10/15/08 | Defendants and/or third-party defendants must file their written opposition to any motion for class certification, fully supported by necessary evidence in the form of affidavits, etc., by October 15, 2008. |
| 11/1/08 | Plaintiffs may reply to any class certification opposition by November 1, |

2008.

| | |
|---|---|
| 11/15/08 | All parties to file final Witness and Exhibit Lists by November 15, 2008. |
| 1/31/08 | Defendants' expert witness lists to be filed. |
| 3/1/09 | All depositions and discovery to be completed by March 1, 2009. |
| 5/15/09 | Final Pre-Trial Conference; |
| 6/15/09 | Trial. |

The parties recognize that the Court requires that this matter be in a trial posture in 2009, and that the above 3-1-09 discovery deadline may be modified by Court.

Further, **WGII** submits as follows:

"In light of our pending motion to stay/dismiss and the inconsistencies with some of the deadlines contained in the joint motion, we cannot join the motion, although we do believe some of the pending deadlines need to be amended to give the Court time to address our motion to stay and the pending motion to sever (and our opposition requesting consolidation and/or coordination between MRGO and barge);  Despite [the foregoing], we would comment that experts' reports on merits should not be required until class certification is addressed by the Court; Despite [the foregoing], if experts' reports and discovery are done regarding merits there should be far more than a one month window between experts' merits reports from plaintiffs and experts' reports for defense experts on merits to allow sufficient time to properly address plaintiffs' experts' reports, do discovery

of those experts and have countervailing experts' reports;[1] If a motion is done, WGII could agree tosome of the suggested moving of deadlines, without joining the motion on the remainder of the requested relief, reserving rights to object regarding the remainder of the scheduling."

Further, the **Port Commission** submits as follows:

"I would ask that some consideration be given to extending the deadline for the defendants to provide their preliminary list of experts from Dec. 31, 2007 to January 31, 2008, so that we could have the responses to our discovery prior to making these designations. Lafarge has made third-party claims against us, but we will not receive their responses to our discovery until the end of this month when the preliminary expert list is currently due. Otherwise, the proposal looks fine."

Further, **OLD** and **The USA** submit as follows:

Orleans Levee District and the United States of America adopt the positions of WGII and The Port Commission as well-founded, and for its own purposes herein.

**RESPECTFULLY SUBMITTED,**

---

[1]LNA and Zito agree with WGII's position on this issue.

/s/Heather S. Lonian

William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

Attorneys for Defendant
Washington Group International, Inc.
JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/ Kara K. Miller
KARA K. MILLER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4448 / (202) 616-5200 (Fax)
Attorneys for the United States

J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for The Board of
Commissioners of the Port of New
Orleans

McCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & McDANIEL
THOMAS P. ANZELMO (2533)
MARK E. HANNA (19336)
KYLE P. KIRSCH (26363)
ANDRE J. LAGARDE (28649)
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

And

LABORDE & NEUNER
JAMES L. PATE (10333)
BEN L. MAYEAUX (19042)
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000

Attorneys for the Orleans Levee District

2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Daniel A. Webb (#13294)
SUTTERFIELD & WEBB, LLC
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

/s/ John D. Aldock
John D. Aldock
Mark S. Raffman
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
The Law Offices of Joseph M. Bruno,
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

ANDREW MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND &
BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Email:        bemory@mblb.com
Attorneys for Zito Fleating, L.L.C. and Zito
Fleeting, Inc.

**WIEDEMANN & WIEDEMANN**

/s/Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

**LAW OFFICE OF BRIAN A. GILBERT**

/s/ Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street

New Orleans, Louisiana 70113
Telephone: (504) 885-7700

**LAW OFFICE OF PATRICK J. SANDERS**

/s/Patrick J. Sanders
PATRICK J. SANDERS (18741)
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646

**BARGE Plaintiffs P.S.L.C.**

**<u>CERTIFICATE</u>**

I hereby certify that a copy of the above and foregoing has been served upon all counsel via first class United States Mail, electronic mail, facsimile and/or ECF upload, this 18th day of December, 2007.

\s\Brian A. Gilbert