UNITED STATION DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | |
| | * | **CIVIL ACTION NO. 05-4182** |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | |
| | * | SECTION "K" (2) |
| | * | |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | **JUDGE STANDWOOD R. DUVAL, JR.** |
| *Lagarde v. Lafarge*      06-5342 | * | |
| *Perry v. Ingram*            06-6299 | * | **MAG. JOSEPH C. WILKINSON, JR.** |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | |
| *Lafarge v. USA*               07-5178 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXPEDITE

**NOW COME** movers in Ex Parte Consent Motion to Modify Case Management Order No. 5, who respectfully request that the Court act upon said Motion on an expedited basis in light of approaching deadlines.

It is so moved.

Respectfully Submitted,

APPROVED PLAINTIFFS LIAISON COUNSEL

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
The Law Offices of Joseph M. Bruno,
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/ Kara K. Miller
KARA K. MILLER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4448 / (202) 616-5200 (Fax)
Attorneys for the United States

ANDREW J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND &
BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Email:     bemory@mblb.com
Attorneys for Zito Fleeting, L.L.C. and Zito
Fleeting, Inc.

/s/Heather S. Lonian
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:   504-581-3361

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax:   404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax:   202-626-1700

*Attorneys for Defendant
Washington Group International, Inc.*

**WIEDEMANN & WIEDEMANN**

/s/Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

**LAW OFFICE OF BRIAN A. GILBERT**

/s/ Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700

**LAW OFFICE OF PATRICK J. SANDERS**

/s/Patrick J. Sanders
PATRICK J. SANDERS (18741)
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646

**BARGE Plaintiffs P.S.L.C.**

J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for The Board of Commissioners of the Port of New Orleans

McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL
THOMAS P. ANZELMO (2533)
MARK E. HANNA (19336)
KYLE P. KIRSCH (26363)
ANDRE J. LAGARDE (28649)
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

And

LABORDE & NEUNER
JAMES L. PATE (10333)
BEN L. MAYEAUX (19042)
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000

Attorneys for the Orleans Levee District

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel via first class United States Mail, electronic mail, facsimile and/or ECF upload, this 18th day of December, 2007.

\s\Brian A. Gilbert