UNITED STATION DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | |
| | * | CIVIL ACTION NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | |
| | * | SECTION "K" (2) |
| | * | |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | JUDGE STANDWOOD R. DUVAL, JR. |
| *Lagarde v. Lafarge*      06-5342 | * | |
| *Perry v. Ingram*            06-6299 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | |
| *Lafarge v. USA*              07-5178 | * | |
| * * * * * * | * * * * * * | |

## ORDER

Considering movers' request for expedited hearing of the Ex Parte Consent Motion to Modify Case Management Order No. 5, it is hereby ORDERED that the Motion to Expedite be and is hereby GRANTED.

New Orleans, Louisiana, the _____ day of _____, 2007.

_____
HON. STANWOOD R. DUVAL, JR.

_____
HON. JOSEPH C. WILKINSON, JR.

## **CERTIFICATE**

      I hereby certify that a copy of the above and foregoing has been served upon all counsel via first class United States Mail, electronic mail, facsimile and/or ECF upload, this 18th day of December, 2007.

                                                \s\Brian A. Gilbert