# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LAWRENCE AND ENOLA** | * | **CIVIL ACTION: 07-6737** |
| **ANDERSON, et al** | * | |
| | * | **JUDGE CARL J. BARBIER** |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **STATE FARM FIRE AND CASUALTY** | * | |
| **COMPANY** | * | **MAGISTRATE 1** |

*******************************************************************************

## NOTICE OF HEARING

**TO:   Lawrence and Enola Anderson, et al.**
Through their attorney of record,
Stuart T. Barasch
1100 Poydras St., Suite 2900
New Orleans, LA  70163

     **PLEASE TAKE NOTICE** that counsel for defendant, State Farm Fire & Casualty

Company, will bring on for hearing the attached Motion to Dismiss Pursuant to F.R.C.P.

12(b)(6) and Memorandum in Support of Motion to Dismiss Pursuant to F.R.C.P.

12(b)(6), before Judge Carl J. Barbier, United States Courthouse, 500 Camp Street, New

Orleans, Louisiana 70130, on the 6th day of February, 2008 at 9:30 a.m., or as soon

thereafter as counsel may be heard.

1

Respectfully submitted:


**/s/ David A. Strauss**
DAVID A. STRAUSS (**T.A.**) #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH R. SHANNAHAN # 30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
*Attorneys for State Farm Fire and Casualty Company*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served

upon all counsel of record either by hand delivery, facsimile or by placing the same in the

United States mail, properly addressed and postage pre-paid, this 10th day of December,

2007.

**/s/ David A. Strauss**
**DAVID A. STRAUSS**

2