UNITES STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATION LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>(McSweeney, CA #06-10907) | * * | SECTION "K" (2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

ON MOTION of plaintiffs, Patrick and Beverly McSweeney, and defendant, Encompass Property & Casualty Company, in the above-entitled and numbered case, and upon suggesting to the Court that all matters of controversy between them in this lawsuit, including the principal demand, all third-party demands, and any other incidental demands at issue have been compromised and settled, and that said action should accordingly be dismissed, with prejudice, as to all demands in this lawsuit, all parties to bear their own costs;

IT IS ORDERED that the above-entitled and numbered cause be and it hereby is dismissed with prejudice as to plaintiffs, Patrick and Beverly McSweeney, and defendant Encompass Property & Casualty Company, as to all demands principal and incidental in this lawsuit, all parties to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

Respectfully submitted,

| For defendant, | For plaintiffs, |
|---|---|
| _____ | _____ |
| Donald F. de Boisblanc, Jr. (La. 23462) | Wilbur J. Babin (La. 1214) |
| Donald F. de Boisblanc (La. 4786) | The Derbes Law Firm |
| J. Rand Smith, Jr. (La. 27090) | 3027 Ridgelake Drive |
| 410 South Rampart Street | Metairie, Louisiana 70002 |
| New Orleans, Louisiana 70112 | Telephone (504) 837-1230 |
| Telephone (504) 586-0005 | |