# United States District Court

## EASTERN DISTRICT OF LOUISIANA

MAUREEN RODI HOSKINS, ET AL

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-5025"K"(2)

UNITED STATES ARMY CORPS OF ENGINEERS

TO: (Name and address of defendant)

United States Army Corps of Engineers
through Assistant U.S. Attorney
500 Magazine Street, Hale Boggs Building
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harry D. Hoskins, III
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

(By) Deputy Clerk

**September 4, 2007**
Date

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]: Harry Hoskins

DATE: December 7, 2007

NAME OF SERVER (PRINT):

TITLE:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail, Received by S. Bernier on December 2007, date not on returned receipt, Return received on December 12, 2007.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 12, 2007
Date

Signature of Server: Harry Hoskins

Address of Server: 201 St Charles Ave, ste 2500
New Orleans, LA 70170

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney
ATTN: US Army Corp of Engineers
500 Magazine St, 2nd Floor
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ABernier          ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Bernier

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0001 3421 7600

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW ORLEANS LA 70130

| | | |
|---|---|---|
| Postage | $ | $0.58  0019 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.38   12/07/2007 |

Sent To: US Attorney ATTN US Army Corp of Eng
Street, Apt. No.; or PO Box No.  500 Magazine St 2nd Floor
City, State, ZIP+4  New Orleans, LA 70130

7007 1490 0001 3421 7600

PS Form 3800, August 2006    See Reverse for Instructions