RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 18 P 2:59

LORETTA G. WHYTE
CLERK

MAUREEN RODI HOSKINS ET ALS

V.

UNITED STATES ARMY CORPS OF ENGINEERS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07-5025 "k" (2)
CONSOLIDATED WITH
05-4182

TO: (Name and address of defendant)

UNITED STATES ARMY CORPS OF
ENGINEERS
7400 Leake Ave.,
New Orleans, LA 70118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harry D. Hoskins, III
HOSKINS & HOSKINS, LC
201 St. Charles Avenue, ste 2500
New Orleans, LA 70170

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

DEC - 7 2007
DATE

*Charles A. Aumore*
(BY) DEPUTY CLERK

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 12-15-07

Name of SERVER (PRINT): Harry Hoskins

TITLE:

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: ........................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ........................

☐ Returned unexecuted: ........................

☒ Other (specify): served via certified mail. Received by Schiona A. Carroll on 12-14-07, return receipt attached.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-15-07
Date

Signature of Server: Harry Hoskins

Address of Server: 201 St. Charles Ave, ste 2500
New Orleans, LA 70170

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Vincent_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Schlonga A Carroll
C. Date of Delivery: 12-14-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

US Army Corp of Engineers
7400 Leake Ave
New Orleans, LA 70118

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. 7594

102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

7007 1490 0001 3421 7594

NEW ORLEANS LA 70118  OFFICIAL USE

| | |
|---|---|
| Postage | $0.58 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.38 |

Postmark Here — NEW ORLEANS LA — 12/07/2007

Sent To: US Army Corps of Engineers
Street, Apt. No.; or PO Box No.: 7400 Leake Ave.
City, State, ZIP+4: New Orleans, LA 70118

PS Form 3800, August 2006   See Reverse for Instructions