UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K" (2)

PERTAINS TO:  BARGE                     JUDGE DUVAL
                                        MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION: Motion of Defendant and Third-Party Defendant, United States of America, to Strike Cross-Claim and Amended Third-Party Complaints, Record Doc. No. 9415

O R D E R E D:

 XXX : DENIED.

New Orleans, Louisiana, this  19th  day of December, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE