# United States District Court

## EASTERN DISTRICT OF LOUISIANA

EDDIE PLEASANT, ET AL

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-5028"K"(2)

UNITED STATES ARMY CORPS OF ENGINEERS

TO: (Name and address of defendant)

United States Army Corps of Engineers

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Smith
7805 Zimpel Street
New Orleans, LA  70118

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Clerk

(By) Deputy Clerk

September 4, 2007
Date

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | Dec. 14, 2007 |
| NAME OF SERVER (PRINT) Thomas L. Smith | TITLE Atty. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified mail - Green card attached through U.S. mail.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Army, Corps of Engineers
Office of Counsel
Room 348
7400 Leake Ave.
New Orleans, LA. 70118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) S. Charlot
C. Date of Delivery 2/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 2150 0001 4532 7858

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540