U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED DEC 19 2007

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 12-19-07

Eddie Pleasant, et al

vs.

United States Army Corps of Engineers

Case No. 07-5028 Section "K"(2)

(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) United States Army Corps of Engineers
   (address) 7400 Leake Ave., Room 348
             New Orleans, LA 70118
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for plaintiffs

Address _____

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____