```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 1 9 2007
LORETTA G. WHYTE
CLERK**

Date: __12-19-07__

__Chudd Abram, et al__

vs.

__AAA Insurance, et al__

Case No. __07-5205__ Section __"K"(2)__
(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Safeco__
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for __plaintiffs__

Address _____

___ Fee____
___ Process__
_X_ Dktd____
___ CtRmDep__
___ Doc. No.__