UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION. | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: LEVEE/MRGO (07-5184) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, personally appeared: KYLE A. SPAULDING, of the law firm Frilot L.L.C., 1100 Poydras Street, Suite 3600, New Orleans, Louisiana 70163, who after being duly sworn, said that on the 14th day of November, 2007, he served copies of the Summons (Exhibit "A") and Complaint (previously filed into the Record) against the United States Army Corps of Engineers in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure by mailing the process to:

Honorable Peter D. Keisler
Acting U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

in an envelope deposited in the United States mail by certified mail, return receipt requested, on

said date, properly addressed with sufficient postage affixed, that he received the certified domestic postal return receipt, attached hereto as Exhibit "B," indicating delivery of same.

     /s/ Kyle A. Spaulding
     KYLE A. SPAULDING

Sworn to and subscribed before me,
Notary, this 19th day of
December, 2007

/s/ Kerry J. Miller
NOTARY PUBLIC

107389