UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: Insurance | SECTION "K" (2) |
| *Acevedo v. AAA Insurance, et al*      *C.A. No. 07-5199* | |

## RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE
## TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

NOW INTO COURT, through undersigned counsel comes defendant, Church Mutual Insurance Company, who, pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure, files this Motion to Dismiss the Complaint filed by Union Baptist Theological Seminary because said plaintiff has failed to state a claim upon which relief can be granted inasmuch as the claim has been extinguished by prescription.

Respectfully submitted,

Of Counsel:
SUTTERFIELD & WEBB, LLC

s/ James R. Sutterfield
JAMES R. SUTTERFIELD (12594)
650 Poydras Street
Suite 2715, Poydras Center
New Orleans, Louisiana 70130
Telephone:   (504) 598-2715
**COUNSEL FOR CHURCH
MUTUAL INSURANCE
COMPANY**

---

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 19th day of December, 2007, served a copy of the foregoing pleading through the Court's electronic filing system.

s/James R. Sutterfield
James R. Sutterfield