

Listening. | Learning. | Leading.

## CERTIFICATION

INSURED:
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA 70119

RE:    POLICY NUMBER  0156294-02-222148

THIS IS TO CERTIFY THAT THE POLICY OF INSURANCE ATTACHED HERETO IS A TRUE
COPY OF THE POLICY OF INSURANCE AS OF 08/29/05

*Karen A. Karow*

KAREN A. KAROW, AIM, AAM, AIS, AIT, CPIW
VICE PRESIDENT - CORPORATE SERVICES
CHURCH MUTUAL INSURANCE COMPANY

3000 Schuster Lane, P.O. Box 357, Merrill, WI 54452-0357   715.856.5877  800.554.2642  fax: 715.539.4650   www.churchmutual.com

Claims: P.O. Box 342, Merrill, WI 54452-0342   800.554.2642  fax: 715.539.4651

# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:** 0156294-02-222148          **REINSTATEMENT DATE:** 04/12/05
**DATE OF NOTICE:** 04/16/05                                    12:01 A.M. Standard Time
**POLICY TERM:**      FROM: 06/17/03   TO: 06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA  70119

The above policy has been reinstated on the date and time shown above, with no
lapse in coverage.  Please disregard the Notice of Cancellation previously sent
to you.

**REASON FOR REINSTATEMENT:**  PAYMENT RECEIVED

ALLEN BROUILLETTE                                11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642



Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  04/12/05
**AMOUNT PAST DUE:** $2,997.24                            12:01 AM Standard Time
**POLICY TERM:** FROM: 06/17/03  TO: 06/17/06   **DATE OF NOTICE:**  03/31/05
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above
mentioned policy, and in accordance with law, that your insurance will cease at and
from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in
force. To ensure reinstatement $2997.24 **MUST BE RECEIVED BY** 04/12/05.

A bill for the premium earned, if any, to the time of cancellation will be forwarded
in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice,
please call our Billing/Accounts Receivable Department at 1-800-554-2642,
extension 4607.

ALLEN BROUILLETTE                                    11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D.T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:** 0156294-02-222148          **REINSTATEMENT DATE:**  02/02/05
**DATE OF NOTICE:**  02/04/05                             12:01 A.M. Standard Time
**POLICY TERM:**      FROM:  06/17/03    TO:  06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA  70119

The above policy has been reinstated on the date and time shown above, with no
lapse in coverage.  Please disregard the Notice of Cancellation previously sent
to you.

**REASON FOR REINSTATEMENT:**  PAYMENT RECEIVED

ALLEN BROUILLETTE                                11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642



Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

---

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  02/02/05
**AMOUNT PAST DUE:** $2,997.24                          12:01 AM Standard Time
**POLICY TERM:** FROM: 06/17/03  TO: 06/17/06   **DATE OF NOTICE:**  01/21/05
**KIND OF POLICY:**  Commercial Package Policy

---

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in force. To ensure reinstatement $2997.24 **MUST BE RECEIVED BY** 02/02/05.

A bill for the premium earned, if any, to the time of cancellation will be forwarded in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice, please call our Billing/Accounts Receivable Department at 1-800-554-2642, extension 4607.

ALLEN BROUILLETTE                                          11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D.T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)

Church
Mutual
INSURANCE COMPANY

# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA   70182

**POLICY NUMBER:** 0156294-02-222148         **REINSTATEMENT DATE:**  12/27/04
**DATE OF NOTICE:**  01/14/05                             12:01 A.M. Standard Time
**POLICY TERM:**     FROM:  06/17/03   TO:  06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA   70119

The above policy has been reinstated on the date and time shown above, with no lapse in coverage.  Please disregard the Notice of Cancellation previously sent to you.

**REASON FOR REINSTATEMENT:**  PAYMENT RECEIVED

ALLEN BROUILLETTE                              11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA   71301-3441
(800)554-2642



Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  12/27/04
**AMOUNT PAST DUE:** $1,498.62                12:01 AM Standard Time
**POLICY TERM:** FROM: 06/17/03  TO: 06/17/06   **DATE OF NOTICE:**  12/15/04
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in force. To ensure reinstatement **$1498.62 <u>MUST BE RECEIVED BY</u> 12/27/04.**

A bill for the premium earned, if any, to the time of cancellation will be forwarded in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice, please call our Billing/Accounts Receivable Department at 1-800-554-2642, extension 4607.

ALLEN BROUILLETTE                                11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D. T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA   70182

**POLICY NUMBER:** 0156294-02-222148      **REINSTATEMENT DATE:** 11/22/04
**DATE OF NOTICE:** 11/23/04                  12:01 A.M. Standard Time
**POLICY TERM:**      FROM: 06/17/03   TO: 06/17/06
**KIND OF POLICY:**   Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA   70119

The above policy has been reinstated on the date and time shown above, with no lapse in coverage.  Please disregard the Notice of Cancellation previously sent to you.

**REASON FOR REINSTATEMENT:**   PAYMENT RECEIVED

ALLEN BROUILLETTE                          11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA   71301-3441
(800)554-2642



Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  11/22/04
**AMOUNT PAST DUE:** $1,498.62                        12:01 AM Standard Time
**POLICY TERM: FROM:** 06/17/03  **TO:** 06/17/06   **DATE OF NOTICE:**  11/10/04
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above
mentioned policy, and in accordance with law, that your insurance will cease at and
from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in
force. To ensure reinstatement **$1498.62 MUST BE RECEIVED BY 11/22/04.**

A bill for the premium earned, if any, to the time of cancellation will be forwarded
in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice,
please call our Billing/Accounts Receivable Department at 1-800-554-2642,
extension 4607.

ALLEN BROUILLETTE                                    11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D.T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)

Church
Mutual
INSURANCE COMPANY

# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

### REINSTATEMENT NOTICE

---

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182


**POLICY NUMBER:** 0156294-02-222148          **REINSTATEMENT DATE:**  10/18/04
**DATE OF NOTICE:**  10/19/04                                        12:01 A.M. Standard Time
**POLICY TERM:**      FROM:  06/17/03   TO:  06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA  70119

---

The above policy has been reinstated on the date and time shown above, with no
lapse in coverage.  Please disregard the Notice of Cancellation previously sent
to you.

**REASON FOR REINSTATEMENT:**  PAYMENT RECEIVED



ALLEN BROUILLETTE                            11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642






Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY

3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182


**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  10/18/04
**AMOUNT PAST DUE:** $1,498.62                              12:01 AM Standard Time
**POLICY TERM: FROM:** 06/17/03  **TO:** 06/17/06   **DATE OF NOTICE:**  10/06/04
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above
mentioned policy, and in accordance with law, that your insurance will cease at and
from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in
force. To ensure reinstatement **$1498.62** <u>MUST BE RECEIVED BY</u> 10/18/04.

A bill for the premium earned, if any, to the time of cancellation will be forwarded
in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice,
please call our Billing/Accounts Receivable Department at 1-800-554-2642,
extension 4607.

ALLEN BROUILLETTE                                              11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642


*D.T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:** 0156294-02-222148          **REINSTATEMENT DATE:** 09/09/04
**DATE OF NOTICE:** 09/10/04                          12:01 A.M. Standard Time
**POLICY TERM:**     FROM: 06/17/03   TO: 06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA  70119

The above policy has been reinstated on the date and time shown above, with no lapse in coverage.  Please disregard the Notice of Cancellation previously sent to you.

**REASON FOR REINSTATEMENT:**  PAYMENT RECEIVED

ALLEN BROUILLETTE                          11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642



Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  09/15/04
**AMOUNT PAST DUE:** $1,498.62                              12:01 AM Standard Time
**POLICY TERM: FROM:** 06/17/03  **TO:** 06/17/06   **DATE OF NOTICE:**  09/03/04
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above
mentioned policy, and in accordance with law, that your insurance will cease at and
from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in
force. To ensure reinstatement $1498.62 **MUST BE RECEIVED BY 09/15/04.**

A bill for the premium earned, if any, to the time of cancellation will be forwarded
in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice,
please call our Billing/Accounts Receivable Department at 1-800-554-2642,
extension 4607.

ALLEN BROUILLETTE                                        11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D.T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)



# CHURCH MUTUAL INSURANCE COMPANY

3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:** 0156294-02-222148          **REINSTATEMENT DATE:**  07/13/04
**DATE OF NOTICE:**  07/15/04                              12:01 A.M. Standard Time
**POLICY TERM:**     FROM:  06/17/03   TO:  06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA  70119

The above policy has been reinstated on the date and time shown above, with no
lapse in coverage.  Please disregard the Notice of Cancellation previously sent
to you.

**REASON FOR REINSTATEMENT:**  PAYMENT RECEIVED

ALLEN BROUILLETTE                              11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642



Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**   0156294-02-222148   **DATE OF CANCELLATION:**  07/13/04
**AMOUNT PAST DUE:** $3,877.04                         12:01 AM Standard Time
**POLICY TERM: FROM:** 06/17/03  **TO:** 06/17/06   **DATE OF NOTICE:**  07/01/04
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above
mentioned policy, and in accordance with law, that your insurance will cease at and
from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in
force. To ensure reinstatement **$3877.04 MUST BE RECEIVED BY 07/13/04.**

A bill for the premium earned, if any, to the time of cancellation will be forwarded
in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice,
please call our Billing/Accounts Receivable Department at 1-800-554-2642,
extension 4607.

ALLEN BROUILLETTE                                11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D. T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)

**Church Mutual**
INSURANCE COMPANY

# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:** 0156294-02-222148          **REINSTATEMENT DATE:**  05/13/04
**DATE OF NOTICE:**  05/15/04                              12:01 A.M. Standard Time
**POLICY TERM:**     FROM:  06/17/03   TO:  06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA  70119

The above policy has been reinstated on the date and time shown above, with no
lapse in coverage.  Please disregard the Notice of Cancellation previously sent
to you.

**REASON FOR REINSTATEMENT:**  PAYMENT RECEIVED

ALLEN BROUILLETTE                        11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642


Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  05/13/04
**AMOUNT PAST DUE:** $1,362.24                             12:01 AM Standard Time
**POLICY TERM: FROM:** 06/17/03  **TO:** 06/17/06   **DATE OF NOTICE:**  05/01/04
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above
mentioned policy, and in accordance with law, that your insurance will cease at and
from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in
force. To ensure reinstatement **$1362.24** <u>**MUST BE RECEIVED BY**</u> **05/13/04.**

A bill for the premium earned, if any, to the time of cancellation will be forwarded
in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice,
please call our Billing/Accounts Receivable Department at 1-800-554-2642,
extension 4607.

ALLEN BROUILLETTE                                                11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D.T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:** 0156294-02-222148          **REINSTATEMENT DATE:**  04/08/04
**DATE OF NOTICE:**  04/09/04                    12:01 A.M. Standard Time
**POLICY TERM:**     FROM:  06/17/03   TO:  06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA  70119

The above policy has been reinstated on the date and time shown above, with no
lapse in coverage.  Please disregard the Notice of Cancellation previously sent
to you.

**REASON FOR REINSTATEMENT:**  PAYMENT RECEIVED

ALLEN BROUILLETTE                         11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642


Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  04/08/04
**AMOUNT PAST DUE:** $1,362.24                    12:01 AM Standard Time
**POLICY TERM: FROM:** 06/17/03  **TO:** 06/17/06   **DATE OF NOTICE:**  03/27/04
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above
mentioned policy, and in accordance with law, that your insurance will cease at and
from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in
force. To ensure reinstatement **$1362.24** **MUST BE RECEIVED BY** 04/08/04.

A bill for the premium earned, if any, to the time of cancellation will be forwarded
in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice,
please call our Billing/Accounts Receivable Department at 1-800-554-2642,
extension 4607.

ALLEN BROUILLETTE                                   11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D.T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:** 0156294-02-222148          **REINSTATEMENT DATE:** 02/10/04
**DATE OF NOTICE:** 02/13/04                              12:01 A.M. Standard Time
**POLICY TERM:**       FROM:  06/17/03   TO:  06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA  70119

---

The above policy has been reinstated on the date and time shown above, with no lapse in coverage.  Please disregard the Notice of Cancellation previously sent to you.

**REASON FOR REINSTATEMENT:**   PAYMENT RECEIVED

ALLEN BROUILLETTE                              11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642



Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  03/09/04
**AMOUNT PAST DUE:** $1,362.24                      12:01 AM Standard Time
**POLICY TERM:** FROM: 06/17/03  TO: 06/17/06   **DATE OF NOTICE:**  02/26/04
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above
mentioned policy, and in accordance with law, that your insurance will cease at and
from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in
force. To ensure reinstatement **$1362.24 MUST BE RECEIVED BY 03/09/04.**

A bill for the premium earned, if any, to the time of cancellation will be forwarded
in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice,
please call our Billing/Accounts Receivable Department at 1-800-554-2642,
extension 4607.

ALLEN BROUILLETTE                                    11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D.T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

---

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:** 0156294-02-222148          **REINSTATEMENT DATE:**  01/12/04
**DATE OF NOTICE:**  01/17/04                              12:01 A.M. Standard Time
**POLICY TERM:**     FROM:  06/17/03   TO:  06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA  70119

---

The above policy has been reinstated on the date and time shown above, with no lapse in coverage.  Please disregard the Notice of Cancellation previously sent to you.

**REASON FOR REINSTATEMENT:**  PAYMENT RECEIVED

ALLEN BROUILLETTE                           11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642



Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY

3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  01/12/04
**AMOUNT PAST DUE:** $1,362.24                   12:01 AM Standard Time
**POLICY TERM:** FROM: 06/17/03  TO: 06/17/06   **DATE OF NOTICE:**  12/31/03
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in force. To ensure reinstatement $1362.24 **MUST BE RECEIVED BY** 01/12/04.

A bill for the premium earned, if any, to the time of cancellation will be forwarded in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice, please call our Billing/Accounts Receivable Department at 1-800-554-2642, extension 4607.

ALLEN BROUILLETTE                                        11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D.T. Vander Heiden*

Authorized Representative

CANC 0016(08-02)



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA   70182

**POLICY NUMBER:** 0156294-02-222148          **REINSTATEMENT DATE:**  12/02/03
**DATE OF NOTICE:**  12/03/03                            12:01 A.M. Standard Time
**POLICY TERM:**     FROM:  06/17/03   TO:  06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA   70119

The above policy has been reinstated on the date and time shown above, with no lapse in coverage.  Please disregard the Notice of Cancellation previously sent to you.

**REASON FOR REINSTATEMENT:**   PAYMENT RECEIVED

ALLEN BROUILLETTE                              11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642



Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**   0156294-02-222148   **DATE OF CANCELLATION:**   12/09/03
**AMOUNT PAST DUE:** $1,362.24                          12:01 AM Standard Time
**POLICY TERM: FROM:** 06/17/03  **TO:** 06/17/06   **DATE OF NOTICE:**  11/27/03
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in force. To ensure reinstatement $1362.24 **MUST BE RECEIVED BY** 12/09/03.

A bill for the premium earned, if any, to the time of cancellation will be forwarded in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice, please call our Billing/Accounts Receivable Department at 1-800-554-2642, extension 4607.

ALLEN BROUILLETTE                                    11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D.T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## REINSTATEMENT NOTICE

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:** 0156294-02-222148       **REINSTATEMENT DATE:**  09/24/03
**DATE OF NOTICE:**  09/25/03            12:01 A.M. Standard Time
**POLICY TERM:**     FROM: 06/17/03  TO: 06/17/06
**KIND OF POLICY:**  Commercial Package Policy

**NAMED INSURED:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA  70119

The above policy has been reinstated on the date and time shown above, with no lapse in coverage.  Please disregard the Notice of Cancellation previously sent to you.

**REASON FOR REINSTATEMENT:**  PAYMENT RECEIVED

ALLEN BROUILLETTE               11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642



Authorized Representative



# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Ln, PO Box 311, Merrill WI 54452-0311
Phone: (715) 536-5577 or 1-800-554-2642

## NOTICE OF CANCELLATION

**NAMED INSURED:**

UNION BAPTIST THEOLOGICAL SEMINARY
PO BOX 820291
NEW ORLEANS LA  70182

**POLICY NUMBER:**  0156294-02-222148   **DATE OF CANCELLATION:**  09/24/03
**AMOUNT PAST DUE:** $6,248.56              12:01 AM Standard Time
**POLICY TERM:** FROM: 06/17/03  TO: 06/17/06   **DATE OF NOTICE:**  09/12/03
**KIND OF POLICY:**  Commercial Package Policy

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.

**REASON FOR CANCELLATION:**  Nonpayment of Premium

Please send the amount of premium stated above if you wish to keep your policy in force. To ensure reinstatement **$6248.56 MUST BE RECEIVED BY 09/24/03.**

A bill for the premium earned, if any, to the time of cancellation will be forwarded in due course if no response to this notice is received.

Should you have any questions regarding the status of your account or this notice, please call our Billing/Accounts Receivable Department at 1-800-554-2642, extension 4607.

ALLEN BROUILLETTE                                    11-160
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA  71301-3441
(800)554-2642

*D.T. Vander Heiden*
Authorized Representative

CANC 0016(08-02)

Church
Mutual
INSURANCE COMPANY

Mutual Company
Nonassessable

# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Lane, P.O. Box 357, Merrill, WI 54452

## COMMON POLICY DECLARATIONS PAGE

### THIS POLICY PROVIDES LIMITED COVERAGE FOR POLLUTION LIABILITY. READ YOUR POLICY CAREFULLY

**POLICY NO.:** 0156294-02-222148

**ITEM 1. NAMED INSURED AND ADDRESS:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA 70119

**ITEM 2. POLICY PERIOD:** FROM 06/17/03 TO 06/17/06
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

0156294-02-121533
(RENEWAL OF)

**ITEM 3. THE NAMED INSURED IS:** RELIGIOUS INSTITUTION

**ITEM 4. AGENT:** 11-160
ALLEN BROUILLETTE
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA 71301-3441
(800) 554-2642

**ITEM 5. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:**

**PROPERTY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 100(01-01) | PROPERTY CONDITIONS |
| A 101(01-01) | BUILDING AND PERSONAL PROPERTY COVERAGE-RELIGIOUS |
| A 127(01-01) | CAUSES OF LOSS-SPECIAL FORM |
| A 134(06-87) | GLASS LIMITATION - SPECIAL CAUSES OF LOSS |
| A 154(10-99) | SYSTEMS/EQUIPMENT BREAKDOWN COVERAGE FORM |
| A 192(01-94) | LOUISIANA CHANGES - PROPERTY COVERAGE PART |
| A 904.3(10-01) | LOUISIANA CHANGES - INSURING AGREEMENT |
| A 904.4(11-99) | LOUISIANA CHANGES |
| A 904.7(11-99) | LOUISIANA CHANGES-INSURING AGREEMENT AMENDATORY ENDORSEMENT |
| A 904.8(12-01) | LOUISIANA CHANGES |
| A 944(06-02) | EXCL WAR, MILITARY ACT, NUCL, BIO, CHEM TERRORISM |
| A 945(11-02) | CERTIFIED ACTS OF TERRORISM |

**GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 052(06-87) | NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM |
| A 200(01-98) | GENERAL LIABILITY COVERAGE PART - OCCURENCE BASIS |
| A 202(01-98) | GENERAL LIABILITY ADDITIONAL PROVISIONS FORM-RELIGIOUS |
| A 208(01-98) | COLLEGES OR SCHOOLS |



POLICY NO.: 0156294-02-222148

**GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
| | |
|---|---|
| A 251(09-94) | EXCLUSION - LEAD LIABILITY |
| A 253(10-99) | LEGAL DEFENSE COVERAGE |
| A 254(10-99) | AMENDMENT OF INSURING AGREEMENT-KNOWN INJURY OR DAMAGE |
| A 255(06-01) | CATASTROPHIC VIOLENCE RESPONSE COVERAGE |
| A 292.1(06-00) | LOUISIANA CHANGES |
| A 292.2(10-01) | LOUISIANA CHANGES |
| A 292.3(07-01) | LOUISIANA CHANGES |
| A 292.4(02-02) | LOUISIANA CHANGES - PREMIUM AUDIT CONDITION |
| A 292.5(03-02) | LOUISIANA CHANGES - POLLUTION EXCLUSION |
| A 904.2(04-95) | LOUISIANA CHANGES - LEGAL ACTION AGAINST US |
| A 904.3(10-01) | LOUISIANA CHANGES - INSURING AGREEMENT |
| A 904.5(08-99) | LOUISIANA CHANGES - POLLUTION EXCLUSION |
| A 944(06-02) | EXCL WAR, MILITARY ACT, NUCL, BIO, CHEM TERRORISM |
| A 945.1(11-02) | CERTIFIED ACTS OF TERRORISM |

**CRIME COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
| | |
|---|---|
| A 300(06-87) | CRIME CONDITIONS FORM |
| A 302(05-89) | CHURCH THEFT OF MONEY AND SECURITIES COVERAGE FORM |
| A 944(06-02) | EXCL WAR, MILITARY ACT, NUCL, BIO, CHEM TERRORISM |
| A 945(11-02) | CERTIFIED ACTS OF TERRORISM |

**PROFESSIONAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
| | |
|---|---|
| A 500(01-98) | COUNSELING PROFESSIONAL LIABILITY COVERAGE-OCCURRENCE |
| A 592.2(10-01) | LOUISIANA CHANGES - INSURING AGREEMENT |
| A 904.2(04-95) | LOUISIANA CHANGES - LEGAL ACTION AGAINST US |
| A 904.3(10-01) | LOUISIANA CHANGES - INSURING AGREEMENT |
| A 904.5(08-99) | LOUISIANA CHANGES - POLLUTION EXCLUSION |
| A 945.1(11-02) | CERTIFIED ACTS OF TERRORISM |

**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
| | |
|---|---|
| A 600(01-98) | HIRED AND NONOWNED AUTO LIAB - RELIGIOUS INSTITUTIONS |
| A 602(06-00) | MEDICAL EXPENSE COVERAGE |
| A 604(04-02) | LOUISIANA UNINSURED MOTORIST COVERAGE - BODILY INJURY |
| A 605(04-02) | RENTAL AUTOMOBILE CONTRACTUAL LIABILITY ENDORSEMENT |
| A 904.2(04-95) | LOUISIANA CHANGES - LEGAL ACTION AGAINST US |
| A 904.5(08-99) | LOUISIANA CHANGES - POLLUTION EXCLUSION |
| A 945.1(11-02) | CERTIFIED ACTS OF TERRORISM |

**FORMS AND ENDORSEMENTS WHICH APPLY TO THIS ENTIRE POLICY:**
| | |
|---|---|
| A 050(01-98) | MUTUAL AND COMMON POLICY CONDITIONS |
| A 051(06-87) | CALCULATION OF PREMIUM |
| A 904(03-02) | LOUISIANA CHANGES |
| A 904.1(09-94) | LOUISIANA CHANGES |
| A 905(12-89) | LOUISIANA PUNITIVE OR EXEMPLARY DAMAGES |
| UN 720(11-02) | NOTICE - OFFER OF TERRORISM COVERAGE |

**POLICY NO.:** 0156294-02-222148

**ITEM 6. PREMIUM:** IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

$14,392.00          DUE AT INCEPTION.  PREMIUM SUBJECT TO ADJUSTMENT AT EACH ANNIVERSARY.

This policy includes copyrighted material of Church Mutual Insurance Company
Copyright, Church Mutual Insurance Company, 1995
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984 & 1994



## PROPERTY COVERAGE PART
### DECLARATIONS PAGE

**POLICY NO.: 0156294-02-222148**

**ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

```
PREMISES NO:     001          BUILDING NO:   001
CONSTRUCTION:    FRAME
OCCUPANCY:       COLLEGE
LOCATION:        1300 MILTON STREET
PARISH:          ORLEANS (D)
CITY/STATE:      NEW ORLEANS (D), LA
```

COVERAGE: BUILDING
LIMIT OF INSURANCE: $1,362,000
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
VALUATION: REPLACEMENT COST

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $136,000
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
VALUATION: REPLACEMENT COST

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

**ITEM 2. DEDUCTIBLE - OCCURRENCE:**

$2,500

**ITEM 3. ENDORSEMENTS:**

NONE

**ITEM 4. MORTGAGEHOLDERS, LOSS PAYEES, AND CONTRACT SELLERS:**

NONE



## GENERAL LIABILITY COVERAGE PART
## DECLARATIONS PAGE

**POLICY NO.:** 0156294-02-222148

**ITEM 1. LIMITS OF INSURANCE:**

| | |
|---|---:|
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS - COMPLETED OPERATIONS AND SEXUAL MISCONDUCT OR SEXUAL MOLESTATION) | $ 3,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 1,000,000 |
| EACH OCCURRENCE LIMIT (BODILY INJURY AND PROPERTY DAMAGE COMBINED) | $ 1,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT (COMBINED) | $ 1,000,000 |
| SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIMIT (COMBINED) - ALL LOCATIONS AND OPERATIONS | |
|     EACH CLAIM LIMIT | $ 300,000 |
|     AGGREGATE LIMIT | $ 300,000 |
| MEDICAL EXPENSE LIMIT - ANY ONE PERSON | $ 5,000 |
| PROPERTY DAMAGE LEGAL LIABILITY - ANY ONE OCCURRENCE | $ 300,000 |
| LEGAL DEFENSE COVERAGE LIMIT | |
|     EACH DEFENSIBLE INCIDENT LIMIT | $ 5,000 |
|     AGGREGATE LIMIT | $ 15,000 |
| CATASTROPHIC VIOLENCE RESPONSE | |
|     PER PERSON LIMIT | $ 50,000 |
|     EACH VIOLENT INCIDENT LIMIT | $ 300,000 |
|     VIOLENT INCIDENT AGGREGATE LIMIT | $ 300,000 |

**ITEM 2. DESCRIPTION AND CLASSIFICATION OF PREMISES AND OPERATIONS:**
ALL PREMISES AND OPERATIONS UNLESS EXCLUDED IN ITEM 3 BELOW.

NONE

**ITEM 3. EXCLUSION ENDORSEMENTS:**

NONE

      **OTHER ENDORSEMENTS:**



POLICY NO.: 0156294-02-222148

COLLEGES OR SCHOOLS ENDORSEMENT.
COVERAGE FOR CORPORAL PUNISHMENT DOES NOT APPLY.
MEDICAL EXPENSE INSURANCE OPTION THAT APPLIES: THREE (NONE)

## CRIME COVERAGE PART
## DECLARATIONS PAGE

**POLICY NO.:** 0156294-02-222148

**ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:      001          BUILDING NO:   001
CONSTRUCTION:   FRAME
OCCUPANCY:       COLLEGE
LOCATION:          1300 MILTON STREET
PARISH:             ORLEANS (D)
CITY/STATE:        NEW ORLEANS (D), LA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COVERAGE FORM: CHURCH THEFT OF MONEY AND SECURITIES

LIMIT OF INSURANCE: $3,000                    DEDUCTIBLE: $250

SPECIAL COVERAGE DAYS:
CHRISTMAS, EASTER AND THANKSGIVING

**ITEM 2. ENDORSEMENTS:**

NONE



## PROFESSIONAL LIABILITY COVERAGE PART
### DECLARATIONS PAGE

POLICY NO.: 0156294-02-222148

ITEM 1. COVERAGE DESCRIPTION:

COVERAGE                                          LIMIT OF INSURANCE

COUNSELING PROFESSIONAL LIABILITY
          EACH CLAIM                          $    1,000,000
          AGGREGATE                           $    3,000,000

SCHEDULE OF POSITIONS COVERED

"SCHEDULE OF POSITIONS COVERED" - "EMPLOYEES AND VOLUNTEERS ACTING UNDER YOUR
DIRECTION AND CONTROL AND WITHIN THE SCOPE OF HIS OR HER DUTIES AS SUCH."



## HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART
## DECLARATIONS PAGE

**POLICY NO.:** 0156294-02-222148

**ITEM 1. COVERAGE DESCRIPTION:**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE RELIGIOUS INSTITUTIONS - EXCESS INSURANCE | |
| EACH OCCURRENCE | $ 1,000,000 |
| AGGREGATE | $ 3,000,000 |
| | |
| UNINSURED MOTORIST COVERAGE - BODILY INJURY | |
| EACH OCCURRENCE | $ 1,000,000 |

**ITEM 2. ENDORSEMENTS:**

| MEDICAL EXPENSE COVERAGE - EXCESS INSURANCE | |
|---|---|
| ANY ONE PERSON | $ 5,000 |
| AGGREGATE | $ 25,000 |



Church Mutual
INSURANCE COMPANY

## MUTUAL AND COMMON POLICY CONDITIONS FORM

## MUTUAL POLICY CONDITIONS

This policy is issued by a mutual company having special regulations lawfully applicable to its organization, membership, policies, or contracts of insurance, of which the following shall apply to and form a part of this policy.

You are notified that by virtue of this policy, you are a member of the Church Mutual Insurance Company of Merrill, Wisconsin. You are entitled to vote either in person or by proxy at any and all meetings of said company. The annual meetings are held in its Home Office in the city of Merrill, Wisconsin, on the third Wednesday in March of each year at 10:00 a.m.

You shall participate in the return of unused premiums (dividends, if any) to the extent and on the conditions determined, fixed and declared by the board of directors in accordance with the law.

This policy is nonassessable. You are not subject to any contingent liability, nor liable to assessment.

IN WITNESS THEREOF, this company has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly authorized agent of this company at the agency shown in the Declarations Page except that this policy does not have to be countersigned if the law in the state where this policy applies does not require countersignature.

_Secretary_                                               _President_

## COMMON POLICY CONDITIONS

All coverage parts included in this policy are subject to the following conditions:

### A. CANCELLATION

1. The first Named Insured shown in the Declarations Page may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

**POLICY NO.:** 0156294-02-222148                                                06/17/03

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro-rata. If the first Named Insured cancels, the refund may be less than pro-rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations Page is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections.

We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service, or similar organization which makes insurance inspections, surveys, reports, or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations Page:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

A 050 (01-98)

Copyright, Church Mutual Insurance Company, 1995.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Page 2 of 2

## NOTICE - OFFER OF TERRORISM COVERAGE
## NOTICE - DISCLOSURE OF PREMIUM

The Terrorism Risk Insurance Act of 2002 establishes a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from some future terrorist attacks. The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. The Act provides that, to be certified, an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States.

Your policy contains an exclusion of losses caused by Nuclear, Biological or Chemical terrorism. In accordance with the Terrorism Risk Insurance Act of 2002, the part of that exclusion that addresses certified acts of terrorism is void and without effect.

Church Mutual has never charged additional premium in your state on policies for which this notice is applicable for coverage related to losses subject to the Terrorism Risk Insurance Act of 2002. In the future if we determine a charge is needed for this coverage you will be notified in advance.

Even though we are not charging additional premium at this time, the Terrorism Risk Insurance Act of 2002 requires that we offer you the right to reject this coverage. If you choose to reject this coverage please notify us in writing.

You should know that effective November 26, 2002, under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by the Terrorism Risk Insurance Act of 2002. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The deductible amount is determined by multiplying the insurer's prior year total direct earned premium by a percentage factor ranging from 7% in 2003 to 15% in 2005. Church Mutual's estimated deductible for 2003 would be at least $22 million. This does not affect your deductible.

UN 720 (11-2002)

**POLICY NO.:** 0156294-02-222148                                                06/17/03

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CALCULATION OF PREMIUM

This endorsement modifies insurance provided under all Coverage Parts of the policy.

The following is added to the policy:

A.  The premium shown in the Declarations Page was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

A 051 (6-87)

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

**POLICY NO.:** 0156294-02-222148                                          06/17/03

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOUISIANA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following to the extent any of these coverages are applicable under your policy:

**PROPERTY COVERAGE PART**
**GENERAL LIABILITY COVERAGE PART**
**PROFESSIONAL LIABILITY COVERAGE PART**
**DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE**
**EMPLOYMENT PRACTICES LIABILITY COVERAGE**
**CRIME COVERAGE PART**
**INLAND MARINE COVERAGE PART**
**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART**

A. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following which applies unless Paragraph B. of this endorsement applies:

2. NOTICE OF CANCELLATION

   a. CANCELLATION OF POLICIES IN EFFECT FOR FEWER THAN SIXTY (60) DAYS AND NOT RENEWALS

   If this policy has been in effect for fewer than sixty (60) days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

   (1) Cancellation for nonpayment of premium

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least ten (10) days before the effective date of cancellation.

   (2) Cancellation for any other reason

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least sixty (60) days before the effective date of cancellation.

   b. CANCELLATION OF RENEWAL POLICIES AND NEW POLICIES IN EFFECT FOR 60 DAYS OR MORE.

   If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

   (1) Nonpayment of premium;

   (2) Fraud or material misrepresentation made by you or with your knowledge with the intent to deceive in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

   (3) Activities or omissions by you which change or increase any hazard insured against;

   (4) Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision;

   (5) Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

   (6) The Insured's violation or breach of any policy terms or conditions; or

   (7) Any other reasons that are approved by the Commissioner of Insurance.

   We will mail or deliver written notice of cancellation under this Item 2. b., to the first Named Insured at least:

   (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

Copyright, Church Mutual Insurance Company, 2002.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

    (b) 30 days before the effective date of cancellation if we cancel for a reason described in 2. b. (2) through (7) above.

B. Paragraph 2. of the Cancellation Common Policy Condition is replaced by the following, which applies with respect to premium payments due on new and renewal policies, including installment payments.

    2. Notice of Cancellation

        a. If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs B.2.b. and B.2.c.

        b. We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

        c. The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

C. Paragraph A.5. of the Cancellation Common Policy Condition is replaced by the following:

    5. Premium Refund

    If this policy is cancelled, we will return any premium refund due, subject to Paragraphs C.5.a., C.5.b., C.5.c., C.5.d., and C.5.e. The cancellation will be effective even if we have not made or offered a refund.

        a. If we cancel, the refund will be pro rata.

        b. If the first Named Insured cancels, the refund may be less than pro rata, and will be returned within 30 days after the effective date of cancellation.

        c. We will send the refund to the first Named Insured unless Paragraph C.5.d. or C.5.e. applies.

    d. If we cancel based on Paragraph B.2. of this endorsement, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in B.2.c.

D. The Premiums Common Policy Condition is replaced by the following:

    PREMIUMS

    1. The first Named Insured shown in the Declarations is responsible for the payment of all premiums.

    2. We will pay return premiums, if any, to the first Named Insured, unless another person or entity is entitled to be the payee in accordance with Paragraph C. of this endorsement.

E. Paragraph 6. of the Mortgageholders Condition in the Commercial Property Coverage Part are replaced by the following:

    If we cancel a policy that has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we will give written notice to the mortgageholder, pledgee, or other known person shown by the policy to have an interest in any loss which may occur thereunder at least:

    1. 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

    2. 60 days before the effective date of cancellation, if we cancel for any other reason.

    If we cancel a policy that has been in effect for 60 days or more, or is a renewal of a policy we issued, we will give written notice to the mortgageholder at least:

    1. 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

    2. 30 days before the effective date of cancellation, if we cancel for any other reason.

F. The following is added and supersedes any other provision to the contrary;

    NONRENEWAL

    1. a. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written

Copyright, Church Mutual Insurance Company, 2002.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

for a term of more than one year or with no fixed expiration date. Such notice shall include loss run information for the period the policy has been in force within, but not to exceed, the last three years of coverage.

b.  We need not mail or deliver this notice if:

(1)  We or another company within our insurance group have offered to issue a renewal policy; or

(2)  You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

2.  Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us.  If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Church Mutual Insurance Company, 2002.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

**POLICY NO.:** 0156294-02-222148                                                     06/17/03

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## LOUISIANA CHANGES

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

**A.  CONFORMITY TO STATUTE OR RULE**

Any provision of this policy (including endorsements which modify the policy) that is in conflict with a Louisiana statute or rule is hereby amended to conform to that statute or rule.

    Copyright, Church Mutual Insurance Company, 1994.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.

**POLICY NO.:** 0156294-02-222148                                                                06/17/03

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOUISIANA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART

Any CONDITION, "Legal Action Against Us," is deleted and replaced by:

A person or organization may bring a "suit" against us including, but not limited to, a "suit" to recover on an agreed settlement or on a final judgement against an insured; but we will not be liable for "loss" or damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

                     Copyright, Church Mutual Insurance Company, 1995.

**POLICY NO.:** 0156294-02-222148                                                06/17/03

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### LOUISIANA CHANGES - INSURING AGREEMENT

This endorsement modifies insurance provided under the following to the extent any of these coverages are applicable under your policy:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PROFESSIONAL LIABILITY COVERAGE PART**
**DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE**
**EMPLOYMENT PRACTICES LIABILITY COVERAGE**
**PROPERTY COVERAGE PART**

A. Paragraph 1.a. of Coverage A - Bodily Injury and Property Damage Liability Coverage of the General Liability Coverage Form is replaced with the following:

1. Insuring Agreement.

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited. Refer to Paragraph G. - Limits of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

B. Paragraph 1.a. of Coverage B - Personal and Advertising Injury Liability of the General Liability Coverage Form is replaced with the following:

1. Insuring Agreement.

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to

defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited. Refer to Paragraph G. - Limits of Insurance; and

   (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

C. Paragraph 2.a. of Coverage C - Sexual Misconduct or Sexual Molestation Liability Coverage of the General Liability Coverage Form is replaced with the following:

2. Insuring Agreement.

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of injury arising out of an act of sexual misconduct or sexual molestation to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may, at our discretion, investigate any act of sexual misconduct or sexual molestation and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited. **Refer to Paragraph G - Limits of Insurance; and**

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997.

(2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or performs acts or services is covered unless explicitly provided for under Supplementary Payments.

D. Paragraph A.- Coverage - of the Legal Liability Coverage Form - Property, is replaced with the following:

A. COVERAGE

We will pay those sums that you become legally obligated to pay as damages because of direct physical loss or damage, including loss of use, to Covered Property caused by accident and arising out of any Covered Cause of Loss. We will have the right and duty to defend any "suit" seeking those damages. We may, at our discretion, investigate and settle any claim or "suit."

1. The amount we will pay for damages is limited. **Refer to Paragraph B - Limits of Insurance; and**

2. Our right and duty to defend end when we have used up the Limit of Insurance in the payment of judgments or settlements.

Covered Property, as used in this Coverage Form, means tangible property of others in your care, custody, or control that is described in the Declarations Page.

E. Paragraph 1.a. of Coverage A - Counseling Professional Liability Coverage is replaced with the following:

1. Insuring Agreement.

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "counseling incident" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited. Refer to Paragraph D. - Limits of Insurance; and

(2) Our right and duty to defend end

when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

F. Paragraph 1.a. of Coverage A - Health Care Facility Professional Liability Coverage is replaced with the following:

1. Insuring Agreement.

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "professional health care incident" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited. Refer to Paragraph D. - Limits of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

G. Paragraph 1.a. of Coverage A - Employee Benefits Liability Coverage is replaced with the following:

1. Insuring Agreement.

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "benefit incident" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited. Refer to Paragraph E. - Limits of Insurance; and

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997.

**POLICY NO.:** 0156294-02-222148                                                                06/17/03

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

H.  Paragraph 1.a. of Coverage A - Incidental Medical Services Professional Liability Coverage is replaced with the following:

1.  Insuring Agreement.

a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "medical incident" and settle any claim or "suit" that may result. But:

(1)  The amount we will pay for damages

is limited. Refer to Paragraph D. - Limits of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

I.  Paragraph 1.b. of Coverage A - Employment Practices Liability Coverage is replaced with the following:

1.  Insuring Agreement.

b.  We will have the right and duty to defend the insured against any "suit" seeking payment for "loss" and to pay for the "defense expense." We may, at our discretion, investigate any "wrongful employment practice" and settle any claim or "suit" that may result.

A 904.3 (10-01)                    Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997.                    Page 3 of 3

POLICY NO.: 0156294-02-222148                                          06/17/03

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOUISIANA CHANGES

This endorsement modifies insurance provided under the following.

PROPERTY COVERAGE PART
INLAND MARINE COVERAGE PART

A. The APPRAISAL Loss Condition is replaced by the following:

   APPRAISAL

   If we and you disagree on the value of the property or the amount of loss, either may voluntarily request an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. Any outcome of the appraisal will not be binding on either party. Each party will:

   1. Pay its chosen appraiser; and

   2. Bear the other expenses, we will still retain our right to deny the claim.

B. The Concealment, Misrepresentation or Fraud Condition is replaced by the following:

   This coverage part is void in any case of fraud with intent to deceive by you relating to it at the time of application. A claim may be denied and the policy cancelled if you or any other insured, at any time during the policy period, with intent to deceive, conceal, or misrepresent a material fact concerning:

   1. This Coverage Part;

   2. The Covered Property;

   3. Your interest in the Covered Property; or

   4. A claim under this Coverage Part.

Copyright, Church Mutual Insurance Company, 1999.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992.

**POLICY NO.:** 0156294-02-222148                                                06/17/03

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOUISIANA CHANGES - POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART

The first paragraph of the pollution exclusion is deleted and replaced by:

"Bodily injury" or "property damage" arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants into or upon the land, atmosphere, watercourse, or any body of water:

Copyright, Church Mutual Insurance Company, 1999.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992.

**POLICY NO.:** 0156294-02-222148                                                                06/17/03

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOUISIANA CHANGES - INSURING AGREEMENT

This endorsement modifies insurance provided under the following.

PROPERTY COVERAGE PART

Paragraph F., Legal Action Against Us, of PROPERTY CONDITIONS, is replaced by the following:

5.   Legal Action Against Us

   a.  If you fail to comply with the terms and conditions of the policy, we may not pay the loss.

   b.  Action must be brought within two years after the date on which the direct physical loss or damage occurred.

Copyright, Church Mutual Insurance Company, 1999.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997.

**POLICY NO.:** 0156294-02-222148                                                06/17/03

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOUISIANA CHANGES

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**

The following is added under Loss Payment of the Loss Conditions:

In the event of a dispute, we will unconditionally tender to you the undisputed portion of the claim.

The following replaces only the first paragraph under B., EXCLUSIONS, on Causes of Loss - Basic Form, Causes of Loss - Broad Form, Causes of Loss - Special Form, and under EXCLUSIONS on the

Accounts Receivable Coverage Form:

1. We will not pay for loss or damage caused directly by any of the following. Such loss or damage shall be excluded. However, coverage shall be provided for any loss or damage to the extent caused by any covered peril that precedes, occurs in conjunction with or occurs concurrently with an excluded peril.

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1990.

POLICY NO.: 0156294-02-222148                                                06/17/03

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDATORY ENDORSEMENT
## PUNITIVE OR EXEMPLARY DAMAGES

This endorsement modifies insurance provided under all Coverage Parts of this policy.

The following change is made.

A.  PUNITIVE OR EXEMPLARY DAMAGES

1.  The punitive or exemplary damages exclusion contained in any Coverage Form attached to this policy is deleted.

A 905 (12-89)                    Copyright, Church Mutual Insurance Company, 1989.
                    Includes copyrighted material of Insurance Services Office, Inc., with its permission.
                                    Copyright, Insurance Services Office, Inc., 1980.

**POLICY NO.:** 0156294-02-222148                                    06/17/03

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION OF WAR, MILITARY ACTION, AND NUCLEAR, BIOLOGICAL, OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

**PROPERTY COVERAGE PART**
**GENERAL LIABILITY COVERAGE PART**
**CRIME COVERAGE PART**
**INLAND MARINE COVERAGE PART**

A. The War And Military Action Exclusion is replaced by the following Exclusion. With respect to any Coverage Form to which the War And Military Action Exclusion does not apply, that Exclusion is hereby added as follows.

### WAR AND MILITARY ACTION EXCLUSION

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

1. War, including undeclared or civil war; or

2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

3. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

B. **NUCLEAR, BIOLOGICAL, OR CHEMICAL TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by Nuclear, Biological, or Chemical Terrorism, including action in hindering or defending against an actual or expected incident of Nuclear, Biological, or Chemical Terrorism. Such loss or damage is excluded regardless of any other cause or event that contributes

concurrently or in any sequence to the loss.

1. The Nuclear, Biological, or Chemical Terrorism Exclusion applies to any incident of Nuclear, Biological, or Chemical Terrorism:

   a. That involves the use, release, or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

   b. That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

   c. In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the Nuclear, Biological, or Chemical Terrorism was to release such materials.

2. Nuclear, Biological, or Chemical Terrorism means activities against persons, organizations, or property of any nature as it relates to the release, escape, or dispersal of nuclear, biological, or chemical materials:

   a. That involve the following or preparation for the following:

      1) Use or threat of force or violence; or

      2) Commission or threat of a dangerous act; or

      3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

Copyright, Church Mutual Insurance Company, 2002.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2001.

1)  The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

2)  It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social, or economic objectives or to express (or express opposition to) a philosophy or ideology.

But with respect to any such activity that also comes within the terms of the War And Military Action Exclusion, that exclusion supersedes this Nuclear, Biological, or Chemical Terrorism Exclusion.

In the event of an incident of Nuclear, Biological, or Chemical Terrorism that involves nuclear reaction or radiation, or radioactive contamination, this Nuclear, Biological, or Chemical Terrorism Exclusion supersedes the Nuclear Hazard Exclusion.

Copyright, Church Mutual Insurance Company, 2002
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2001.

**POLICY NO.:** 0156294-02-222148                                                06/17/03

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## COVERAGE FOR CERTIFIED ACTS OF TERRORISM; CAP ON LOSSES

This endorsement modifies insurance provided under the following:

**PROPERTY COVERAGE PART**
**CRIME COVERAGE PART**
**INLAND MARINE COVERAGE PART**

### A. AMENDMENT

Any exclusion of terrorism in this Coverage Part or Policy, or attached to such Coverage Part or Policy by endorsement, is hereby amended to the effect that such exclusion does not apply to a "certified act of terrorism".

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002.  The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property, or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Further, the aforementioned exclusion does not apply to an act which meets the criteria set forth in Paragraph 2. of the definition of "certified act of terrorism," when such act resulted in aggregate losses of $5 million or less.

### B. CAP ON CERTIFIED TERRORISM LOSSES

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

### C. APPLICATION OF OTHER EXCLUSIONS

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

A 945 (11-02)

Copyright, Church Mutual Insurance Company, 2002.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2002.

Page 1 of 1

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCEPTION TO TERRORISM EXCLUSION FOR CERTIFIED ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**GENERAL LIABILITY COVERAGE PART**
**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART**
**PROFESSIONAL LIABILITY COVERAGE PART**

**A.** With respect to any exclusion of terrorism in this Coverage Part or attached to this Coverage Part by endorsement, such exclusion does not apply to a "certified act of terrorism".

That exclusion also does not apply to an act which meets the criteria set forth in Paragraph 2. of the definition of "certified act of terrorism," when such act resulted in aggregate losses of $5 million or less.

**B.** With respect to any one or more "certified acts of terrorism," we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**C.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002.  The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

**1.** The act resulted in aggregate losses in excess of $5 million; and

**2.** The act is a violent act or an act that is dangerous to human life, property, or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Copyright, Church Mutual Insurance Company, 2002.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2002.

# PROPERTY COVERAGE PART
# TABLE OF CONTENTS

Some of the Coverage Forms listed in this table of contents may not apply to your policy.  Refer to the Declarations Page to determine which Coverage Forms apply.

## Mutual and Common Policy Conditions - Form No. A 050

| | Page No. | | Page No. |
|---|---|---|---|
| Cancellation | 1 | Inspections and Surveys | 2 |
| Changes | 2 | Premiums | 2 |
| Examination of Your Books and | | Transfer of Your Rights and | |
|     Records | 2 |     Duties Under This Policy | 2 |

## Property Conditions - Form No. A 100

| | Page No. | | Page No. |
|---|---|---|---|
| Concealment, Misrepresentation, | | Liberalization | 6 |
|     or Fraud | 1 | No Benefit to Bailee | 6 |
| Control of Property | 1 | Other Insurance | 6 |
| Loss Conditions | 1 | Policy Period, Coverage Territory | 6 |
| Coinsurance | 4 | Transfer of Rights of Recovery | |
| Insurance Under Two or More | |     Against Others to Us | 6 |
|     Coverages | 5 | Mortgageholders | 6 |
| Legal Action Against Us | 5 | Definitions | 7 |

## Religious Institutions Building and
## Personal Property Coverage Form - Form No. A 101

| | Page No. | | Page No. |
|---|---|---|---|
| Coverage | 1 | Coverage Extensions | 3 |
| Deductible | 2 | Additional Coverages | 6 |
| Limits of Insurance | 3 | Optional Coverages | 9 |
| Covered Causes of Loss | 3 | Definitions | 9 |
| Exclusions and Limitations | 3 | | |

## Denominational Offices Building and
## Personal Property Coverage Form - Form No. A 102

| | Page No. | | Page No. |
|---|---|---|---|
| Coverage | 1 | Coverage Extensions | 3 |
| Deductible | 2 | Additional Coverages | 6 |
| Limits of Insurance | 3 | Optional Coverages | 9 |
| Covered Causes of Loss | 3 | Definitions | 10 |
| Exclusions and Limitations | 3 | | |

## Health Care Facilities Building and
## Personal Property Coverage Form - Form No. A 103

| | Page No. | | Page No. |
|---|---|---|---|
| Coverage | 1 | Coverage Extensions | 3 |
| Deductible | 2 | Additional Coverages | 6 |
| Limits of Insurance | 3 | Optional Coverages | 8 |
| Covered Causes of Loss | 3 | Definitions | 9 |
| Exclusions and Limitations | 3 | | |

**POLICY NO.: 0156294-02-222148**                                      06/17/03

# PROPERTY CONDITIONS

This Property Coverage Part is subject to the Common Policy Conditions, any other conditions in any Property Coverage Forms, and the following conditions.

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph M - Definition.**

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you relating to it. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. LOSS CONDITIONS

1. Abandonment.

   There can be no abandonment of any property to us.

2. Appraisal.

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.

Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. Duties in the Event of Loss or Damage.

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

      (3) As soon as possible, give us a description of how, when, and where the loss or damage occurred.

      (4) Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values, and amount of loss claimed.

A 100 (01-01)

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

Page 1 of 7

**POLICY NO.: 0156294-02-222148**

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. Loss Payment.

a. In the event of loss or damage covered by this Coverage Part, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of comparable kind and quality, subject to b. below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payment will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part; and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

5. Recovered Property.

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. Vacancy.

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

a. Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

A 100 (01-01)

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;.

(4) Water damage;

(5) Theft; or

(6) Attempted theft.

b. Reduce the amount we would otherwise pay for the loss or damage by 15%.

This Vacancy Condition does not apply to any dwelling of four families or less that is intended for employee occupancy.

A building is vacant when it does not contain enough of your personal property to conduct customary operations. Buildings in the course of construction are not considered vacant.

7. Valuation.

a. Replacement Cost. If Replacement Cost is shown in the Declarations Page as applicable to Covered Property, we will determine the value of Covered Property in the event of loss or damage as follows:

(1) At Replacement Cost (without deduction for depreciation) as of the time of loss or damage, except as provided under c. below.

(2) You may make a claim for loss or damage covered by this insurance on an "Actual Cash Value" basis instead of on a Replacement Cost basis. In the event you elect to have loss or damage settled on an "Actual Cash Value" basis:

(a) We will then determine the value of Covered Property on an "Actual Cash Value" basis when applying the Coinsurance Condition;

(b) You may still make a claim on a Replacement Cost basis if you notify us of your intent to do so within 180 days after the date of the loss or damage.

(3) We will not pay on a Replacement Cost basis for any loss or damage:

(a) Until the lost or damaged property is actually repaired or replaced; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

(4) We will not pay more for loss or damage on a Replacement Cost basis than the least of:

(a) The Limit of Insurance applicable to the lost or damaged property;

(b) The cost to replace "on the same premises" the lost or damaged property with other property:

1) Of comparable material and quality; and

2) Used for the same purpose; or

(c) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

The term "on the same premises" is a limitation on the amount of loss or damage we will pay. It does not require you to replace lost or damaged property at the same site.

(5) The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

b. "Actual Cash Value." If "Actual Cash Value" is shown in the Declarations Page as applicable to Covered Property, we will determine the value of Covered Property in the event of loss or damage at "Actual Cash Value" as of the time of loss or damage except as provided under c. below.

c. We will determine the value of the below Covered Property as of the time of loss or damage as follows:

(1) Glass at the minimum cost of replacement with safety glazing material if required by law;

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

**POLICY NO.: 0156294-02-222148**                                    06/17/03

(2) Tenant's improvements and betterments at:

   (a) "Actual Cash Value" of the lost or damaged property if you make repairs promptly;

   (b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      1) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      2) Divide the amount determined in 1) above by the number of days from the installation of improvements to the expiration of the lease.

   If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

   (c) Nothing if others pay for repairs or replacement.

(3) Manuscripts and valuable papers and records, including those which exist on electronic or magnetic media (other than prepackaged software programs) at the cost of:

   (a) Blank materials for reproducing the manuscripts and valuable papers and records; and

   (b) Labor to transcribe or copy the manuscripts and valuable papers and records when there is a duplicate.

(4) The following applies to building property that is subject to "Actual Cash Value":

   (a) If the Limit of Insurance for building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value.

   1) Awnings or floor coverings;

   2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

   3) Outdoor equipment or furniture.

(5) Personal property that is a work of art, antique or rare article at Market Value. This does not increase the amount of the limitation on works of art, antiques and rare articles. (Refer to the applicable Causes of Loss Form.)

(6) Property covered under the Newly Acquired Property Coverage Extension at "Actual Cash Value":

(7) Property of Others at replacement cost.

(8) Business Personal Property of Your Clergy covered under the Coverage Extension at replacement cost.

**D. COINSURANCE**

1. If a Coinsurance percentage is shown in the Declarations Page, the following condition applies:

   a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations Page is greater than the Limit of Insurance for the property.

   Instead, we will determine the most we will pay using the following steps:

   (1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

   (2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and   . . . . . . . .  . . . . . . . .

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Underinsurance):

When: The value of the
property is                        $250,000
The Coinsurance
percentage for it is            80%
The Limit of Insurance
for it is                            $100,000
The Deductible is              $250
The amount of loss is        $40,000

Step (1):   $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements).

Step (2): $100,000 ÷ $200,000 = .50.

Step (3): $40,000 x .50 = $20,000.

Step (4): $20,000 - $250 = $19,750.

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):

When: The value of the
property is                        $250,000
The Coinsurance
percentage for it is            80%
The Limit of Insurance
for it is                            $200,000
The Deductible is              $250
The amount of loss is        $40,000

The minimum amount of insurance to meet your coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the limit of insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.   . . . . . .   . . . . . . .

Example No. 3:

When: The value of the property is:
Building at
Location No. 1              $ 75,000
Building at
Location No. 2              $100,000
Personal Property at
Location No. 2              $ 75,000
                                        $250,000

The Coinsurance
percentage for it is            90%
The Limit of Insurance
for Buildings and
Personal Property
at Location Nos. 1
and 2 is                         $180,000

The Deductible is             $ 1,000

The amount of loss is:
Building at Location No. 2   $ 30,000
Personal Property at
Location No. 2               $ 20,000
                                        $ 50,000

Step (1): $250,000 x 90% =    $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below).

Step (2): $180,000 ÷ $225,000 = .80.

Step (3): $50,000 x .80 = $40,000.

Step (4): $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

If a loss to any covered dwelling of four families or less is valued at "Actual Cash Value", this Coinsurance Condition does not apply to that loss.   However, Paragraph C.7.c.(4) applies only if the Limit of Insurance for that dwelling is at least 80% of "Actual Cash Value."

**E. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

actual amount of the loss or damage.

### F. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless;

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

### G. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

### H. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this Insurance.

### I. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions, and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

### J. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

a. During the policy period shown in the Declarations Page; and

b. Within the coverage territory.

2. The coverage territory is:

a. The United States of America (including its territories and possessions);

b. Puerto Rico; and

c. Canada.

### K. TRANSFERS OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

a. Someone insured by this insurance;

b. A business firm:

(1) Owned or controlled by you; or

(2) That owns or controls you; or

c. Your tenant.

This will not restrict your insurance.

### L. MORTGAGEHOLDERS

1. The term "mortgageholder" includes trustee.

2. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations Page in their order of precedence, as interests may appear.

3. The mortgageholder has the right to receive loss payments even if the mortgageholder has started foreclosure or similar action on the building or structure.

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

4. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

   a. Pays any premium due under this Coverage Part at our request if you have failed to do so;

   b. Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   c. Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this Coverage Part will then apply directly to the mortgageholder.

5. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   a. The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   b. The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

   At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

6. If we cancel this policy, we will give written notice to the mortgageholder at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

7. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**M. DEFINITION**

1. "Actual Cash Value" means the amount it would cost to repair or replace Covered Property with material of comparable kind and quality, less allowance for deterioration and depreciation, including obsolescence.

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

**POLICY NO.: 0156294-02-222148**                                              06/17/03

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM
## For Religious Institutions and Related Properties

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we," "us," and "our" refer to Church Mutual Insurance Company. Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph I - DEFINITIONS.**

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations Page caused by or resulting from any Covered Cause of Loss.

1. Covered Property.

   Covered Property, as used in this Coverage Form, means the type of property described in this section, A. 1., and limited in A. 2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

   a. Building, meaning the building or structure described in the Declarations Page, including:

      (1) Signs on or within 100 feet of the described premises.

      (2) Signs away from premises.

      (3) Completed additions.

      (4) Glass windows and their protective covering; including stained glass windows.

      (5) Electric sound amplification equipment and accessories.

      (6) Fixtures, including outdoor fixtures.

      (7) Permanently installed:

         (a) Machinery; and

         (b) Equipment.

      (8) Fixed:

         (a) Seats;

         (b) Desks; and

         (c) Tables.

      (9) Steeples, pews, baptistries, pulpits, railings, altars, lecterns, clocks, bells, and organs.

      (10) The following personal property owned by you that is used to maintain or service the building or structure or its premises:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings fastened to the floor; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing, or laundering.

      (11) If not covered by other insurance:

         (a) Alterations and repairs to the building or structure; and

         (b) Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations, or repairs to the building or structure.

   b. Your Personal Property (not otherwise insured under building) located in or on the building described in the Declarations Page or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:

      (1) Furniture and fixtures.

      (2) Machinery and equipment.

      (3) All other personal property owned by you and used in your operations.

      (4) Your use interest as tenant in improvements and betterments.

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

**POLICY NO.: 0156294-02-222148**                                    06/17/03

Improvements and betterments are fixtures, alterations, installations, or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove.

(5) Leased personal property for which you have a written contractual responsibility to insure. The contractual responsibility must have been established prior to any direct physical loss of or damage to the personal property.

2. Property Not Covered.

Covered Property does not include:

a. Accounts, bills, currency, deeds, evidences of debt, money, notes, or securities.

b. Animals.

c. Bridges, roadways, walks, patios, or other paved surfaces.

d. The cost of excavations, grading, backfilling, or filling.

e. Foundations of buildings, structures, machinery, or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement.

f. Water, land (including land on which the property is located), and growing crops.

g. Bulkheads, pilings, piers, wharves, or docks.

h. Property that is covered under another Coverage Form of this policy or any other policy in which it is more specifically described.

i. Outdoor fences and retaining walls except as provided in the Coverage Extensions.

j. Underground pipes, flues, or drains.

k. The cost to research, replace, or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions.

l. Vehicles or self-propelled machines (including automobiles, watercraft, and aircraft) that:

(1) Are operated principally away from the described premises; or

(2) Are licensed for use on public roads.

This paragraph l. does not apply to your canoes or rowboats when on described premises.

m. The following property while outside of buildings:

(1) Grain, hay, straw, or other crops.

(2) Radio, television, satellite dish type, or other antennas, including their lead-in wiring, masts, or towers, except as provided in the Coverage Extensions.

(3) Trees, lawns, plants, or shrubs, except as provided in the Coverage Extensions.

**B. DEDUCTIBLE**

In any one occurrence of covered loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

Example No. 1:

This example assumes there is no coinsurance penalty.

 Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

**POLICY NO.:** 0156294-02-222146

06/17/03

Deductible: $250

Limit of Insurance - Bldg. 1:      $60,000
Limit of Insurance - Bldg. 2:      $80,000

Loss to Bldg. 1: $60,100
Loss to Bldg. 2: $90,000

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
-    250
$59,850 Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:
$59,850 + $80,000 = $139,850

Example No. 2:

This example, too, assumes there is no coinsurance penalty.

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1: $70,000      (exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2: $90,000      (exceeds Limit of Insurance plus Deductible)

Loss Payable - Bldg. 1:      $60,000 (Limit of Insurance)

Loss Payable - Bldg. 2:      $80,000 (Limit of Insurance)

Total Amount of Loss Payable: $140,000

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations Page.

## D. COVERED CAUSES OF LOSS

See the applicable Causes of Loss Form as shown in the Declarations Page.

## E. EXCLUSIONS AND LIMITATIONS

See the applicable Causes of Loss Form as shown in the Declarations Page.

## F. COVERAGE EXTENSIONS

Each of the following Coverage Extensions are additional insurance. The Coinsurance Condition does not apply to these Extensions.

1. Newly Constructed Buildings.

   a. You may extend the insurance that applies to building to apply to:

      (1) Your new buildings while being built in the United States of America, Puerto Rico, or Canada.

      (2) Your additions to buildings:

          (a) Covered by the Building and Personal Property Coverage Form; and

          (b) Only if the addition is under construction.

   b. Insurance under this Extension for newly constructed building will end when any of the following first occurs:

      (1) This policy expires;

      (2) 180 days expire after you begin to construct the property; or

      (3) You report values to us.

   We will charge you additional premium for values reported from the date construction begins. The most we will pay for loss or damage under this Extension is $1,000,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

2. Newly Acquired Buildings and Newly Acquired Personal Property.

   a. You may extend the insurance that applies to building and personal property to apply to any building and personal property you acquire that is located (other than at described premises) in the United States of America, Puerto Rico, or Canada. The building and personal property must be owned by you and intended for similar use as the building and personal property described in the Declarations Page.

A 101 (01-01)

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

06/17/03

b. Insurance under this Extension for newly acquired building and personal property will end when any of the following first occurs:

    (1) This policy expires;

    (2) 180 days expire after you acquire the building or the personal property located therein; or

    (3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The most we will pay for loss or damage under this Extension is $1,000,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

3. Personal Property of Others.

a. You may extend the insurance that applies to your personal property to apply to:

    (1) Personal property of your officers, trustees, employees, members, and guests; and

    (2) Personal property of others in your care, custody, or control.

b. This Extension applies only when the personal property is at the premises described in the Declarations Page.

c. This Extension does not apply:

    (1) To personal property that is located in dwelling or living quarters.

    (2) To personal tools and equipment of others.

    (3) To business and other personal property of your clergy.

    (4) If other insurance covers the same loss or damage, except we will pay for the amount of loss or damage we cover in excess of the amount due from that other insurance including any deductible. We will not pay the amount due from that other insurance.

d. Our payment for loss of or damage to personal property of others;

    (1) Will only be for the account of the owner of the property.

The most we will pay for all loss or damage under this Extension is $5,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

4. Business Personal Property of Your Clergy.

a. You may extend the insurance that applies to your personal property to apply to business personal property of your clergy.

b. This Extension applies when business personal property of your clergy is at or away from the premises described in the Declarations Page.

c. This Extension does not apply if other insurance covers the same loss or damage except we will pay for the amount of loss or damage we cover in excess of the amount due from that other insurance including any deductible. We will not pay the amount due from that other insurance.

d. Our payment for loss of or damage to business personal property of your clergy will only be for the account of the owner of the property.

The most we will pay for all loss or damage under this Extension is $10,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

5. Personal Tools and Equipment of Others.

a. You may extend the insurance that applies to your personal property to apply to:

    (1) Personal tools and equipment of your volunteers, officers, trustees, employees, members, and guests; and

    (2) Personal tools and equipment of others in your care, custody, or control.

b. This Extension applies only when the personal tools and equipment is used for the construction, renovation, or repair of the described premises in the Declarations Page.

c. This Extension does not apply:

    (1) To tools and equipment that are located in dwelling or living quarters.

A 101 (01-01)

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

(2) If other insurance covers the same loss or damage, except we will pay for the amount of loss or damage we cover in excess of the amount due from that other insurance, including any deductible. We will not pay the amount due from that other insurance.

d. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

The most we will pay for all loss or damage under this Extension is $5,000 for any one occurrence.

6. Valuable Papers and Records - Cost of Research.

You may extend the insurance that applies to your personal property to apply to your costs necessarily incurred to research, replace, or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist.

The most we will pay under this Extension is $10,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

7. Property Off Premises.

You may extend the insurance that applies to Covered Property to apply to:

a. Your Covered Property that is temporarily (not to exceed 180 days) removed from the premises described in the Declarations Page.

b. Your Covered Property in transit more than 100 feet from the premises described in the Declarations Page. We do not cover any loss or damage caused by or resulting from any transporting vehicle's collision with the roadbed.

This Extension applies to Covered Property anywhere in the world.

The most we will pay for loss or damage under this Extension is $25,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

8. Outdoor Trees, Lawns, Plants, or Shrubs.

You may extend your insurance to cover loss or damage to outdoor trees, lawns, plants or shrubs at the described premises. Loss or damage includes debris removal expense and must be caused by or result from any of the following Causes of Loss:

a. Fire.

b. Lightning.

c. Explosion.

d. Riot.

e. Civil Commotion.

f. Aircraft.

g. Theft.

h. Vandalism.

i. Vehicles, except loss or damage:

(1) Caused by or resulting from maintenance, construction, or repairs.

(2) Which is cumulative, occurring over a period of days, weeks, or months.

The most we will pay for loss or damage to any one tree, lawn, plant, or shrub is $500, unless a higher limit is shown on the Declarations Page. The most we will pay for all loss or damage under this Extension is $5,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

9. Structures on Premises.

You may extend the insurance that applies to your buildings or personal property to apply to permanent structures owned by you. The permanent structures must be located on the premises described in the Declarations Page and be separated from buildings by clear space.

a. Structures on Premises include:

(1) Crosses, statuary, and similar religious structures;

(2) Maintenance, service or storage buildings and their contents;

(3) Fences and retaining walls;

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

**POLICY NO.: 0156294-02-222148**

(4) Pavilions and similar shelters;

(5) Light bearing standards or poles; and

(6) Radio, television, satellite dish type or other antennas (and their lead-in wiring, masts or towers) even if not separated from buildings by clear space.

b. Structures on Premises does not include:

(1) Any structure located on cemetery premises;

(2) Any structure that pertains to the occupancy of a dwelling;

(3) Any building (other than maintenance, service, or storage buildings and their contents); or

(4) Any outside signs.

The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

10. Dwelling.

You may extend the insurance that applies to any dwelling occupied by not more than four families and described in the Declarations Page to apply to that dwelling's:

a. "Related private structures."

b. "Property in the dwelling."

c. "Rental value."

d. "Additional living expense."

The most we will pay for loss or damage to dwelling related private structures under this Extension is up to 10% of the Limit of Insurance shown for that dwelling in the Declarations Page.

The most we will pay for loss or damage to property in the dwelling under this Extension is up to 5% of the Limit of Insurance shown for that dwelling in the Declarations Page.

The most we will pay for loss of dwelling rental value under this Extension is up to 10% of the Limit of Insurance shown for that dwelling in the Declarations Page.

The most we will pay for the cost of additional living expense under this Extension is up to 10% of the Limit of Insurance shown for that dwelling in the Declarations Page.

As respects this Extension, when blanket coverage applies to a described dwelling, we will determine that dwelling's Limit of Insurance at the time of loss or damage as the replacement value of the dwelling.

## G. ADDITIONAL COVERAGES

Each of the following Additional Coverages provides an additional amount of insurance unless otherwise indicated.

1. Debris Removal

a. Subject to Paragraphs c. and d. We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

b. Debris Removal does not apply to costs to:

(1) Extract "pollutants" from land or water; or

(2) Remove, restore, or replace polluted land or water.

c. Subject to the exceptions in Paragraph d., the following provisions apply:

(1) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(2) Subject to (1) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

d. We will pay an additional $10,000, unless a higher limit is shown on the Declarations Page, for debris removal expense, for each location, in any one occurrence of physical

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

loss or damage to Covered Property, if one or both of the following circumstances apply:

(1) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(2) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if d. (1) and/or d. (2) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000, unless a higher limit is shown on the Declarations Page.

e.  Examples

The following examples assume that there is no coinsurance penalty.

Example #1

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000-$500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph c.

Example #2

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000-$500) |

| | |
|---|---|
| Debris Removal Expense | $30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $10,500 |
| Additional Amount | $10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph c. is calculated as follows: $80,000 ($79,500 + $500) X .25 = $20,000; capped at $10,500.  The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph d., because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph d.  Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

2.  Preservation of Property.

If it is necessary to move Covered Property from the premises described in the Declarations Page to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

a.  While it is being moved or while temporarily stored at another location; and

b.  Only if the loss or damage occurs within 30 days after the property is first moved.

This is not an additional amount of insurance.

3.  Fire Department Service Charge.

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000, unless a higher limit is shown on the Declarations Page, for your liability for fire department service charges:

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

a. Assumed by contract or agreement prior to loss; or

b. Required by local ordinance.

No deductible applies to this Additional Coverage.

4. Fire Extinguisher and Fire Suppression System Recharge

a. We will pay the actual cost to recharge fire extinguishers after their use in fighting a fire at the described premises.

b. We will pay the actual cost to recharge fire suppression systems due to leakage or discharge at the described premises. However, this provision applies only if the leakage or discharge of the fire suppression system is caused by a Covered Cause of Loss.

5. Institutional Income and Extra Expense.

a. Institutional Income.

We will pay your actual loss of net income that occurs during the period from the date of loss to the date the property can reasonably be restored to a tenantable condition but not longer than 12 consecutive months following the date of the direct physical loss or damage, if your "operations" or occupancy are necessarily interrupted because of direct physical loss of or damage to covered property at the described premises, resulting from a covered cause of loss. In determining the amount of any loss, we will consider the history of your income prior to the loss.

Institutional income means:

(1) Net income. This means:

(a) Total receipts and contributions (less operating expenses) normally received during the period of disruption of operations; and

(b) Necessary continuing normal operating expenses;

Received or incurred by your "operations." We will consider payroll continuation and other expenses to the extent necessary to resume your "operations" with the same quality of service that existed before the loss.

(2) Rents. This means:

(a) Your actual loss of rental income from your building as furnished or equipped; and

(b) Any of your expenses that your tenants had agreed to pay; and

(c) The "rental value" of any part of the building that you occupy;

Less any expenses that do not continue.

You must do all you can to reduce the loss. We do not cover any increase in loss due to your failure to use reasonable efforts to resume complete or partial operations. This includes making use of other locations and property to reduce the loss.

b. Extra Expense.

We will pay any actual and necessary extra expense sustained by you due to direct physical loss of or damage to Covered Property (except any dwelling) at the premises described in the Declarations Page caused by or resulting from any Covered Cause of Loss.

(1) Extra expense means necessary "additional expense" you incur during the "period of restoration":

(a) To avoid or minimize the "suspension" of your "operations":

1) At the premises described in the Declarations Page.

2) At replacement premises or at temporary locations including relocation expenses and costs to equip and operate the temporary or replacement locations.

(b) To minimize the "suspension" of your "operations" if you cannot continue "operations."

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

06/17/03

(c) To reduce the amount of loss otherwise payable by:

1) Repairing or replacing any property; or

2) Researching, replacing, or restoring the lost information on damaged valuable papers and records;

to the extent 1) or 2) above reduce the amount of loss otherwise payable.

c. Civil Authority.

We will pay for the actual loss of Institutional Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. The coverage for Institutional Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

(1) Three consecutive weeks after the time of that action; or

(2) When your Institutional Income coverage ends;

whichever is later.

d. Alterations and New Buildings.

(1) We will pay for the actual loss of Institutional Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(a) New buildings or structures, whether complete or under construction;

(b) Alterations or additions to existing buildings or structures; or

(c) Machinery, equipment, supplies, or building materials located on or within 100 feet of the described premises; and

1) Used in the construction, alterations, or additions; or

2) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations," the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

e. Extended Institutional Income.

(1) Institutional Income other than "Rental Value."

If the necessary "suspension" of your "operations" produces an Institutional Income loss payable under this policy, we will pay for the actual loss of Institutional Income you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt, or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

1) The date you could restore your "operations," with reasonable speed, to the level which would generate the institutional income amount that would have existed if no direct physical loss or damage had occurred; or

2) 30 consecutive days after the date determined in (a) above.

However, Extended Institutional Income does not apply to loss of Institutional Income sustained or extra expense incurred as a result of unfavorable operating conditions caused by disruption to properties not insured under this policy.

Loss of Institutional income must be caused by direct physical loss or

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) "Rental Value."

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt, or replaced and tenantability is restored; and

(b) Ends on the earlier of:

1) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

2) 30 consecutive days after the date determined in (a) above.

However, Extended Institutional Income does not apply to loss of "Rental Value" incurred as a result of disruption of properties not insured under this policy.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

The most we will pay under this Additional Coverage for Institutional Income and Extra Expense is $10,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

6. Lock Replacement.

We will pay any necessary expense to repair or replace exterior or interior door locks of a covered building:

a. If your door keys are stolen in a covered theft loss; or

b. When your property is damaged and your door keys are stolen by burglars.

The most we will pay under this Additional Coverage is $500, unless a higher limit is shown on the Declarations Page, for any one occurrence.

7. Refrigerated Food Products.

We will pay for loss of or damage to refrigerated food products at the premises described in the Declarations Page caused by the interruption of power supply services to those premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property used to supply power to your premises.

The most we will pay under this Additional Coverage is $1,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

8. Arson Reward.

We will pay a reward for information leading to a conviction for arson. The reward is payable only for information concerning a fire loss to property covered by this policy.

The most we will pay as a reward is $5,000, unless a higher limit is shown on the Declarations Page, even if more than one person provides information leading to a conviction for arson. We will base the amount of our reward payment on the value of the information furnished.

No deductible applies to this Additional Coverage.

This Additional Coverage does not apply to anyone who personally participated in the arson.

9. Pollutant Cleanup and Removal.

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants," but we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.