UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: Insurance | SECTION "K" (2) |
| *Acevedo v. AAA Insurance, et al*     C.A. No. 07-5199 | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, Church Mutual Insurance Company will bring on for hearing on Wednesday, January 9, 2008, at 9:30 o'clock a.m., before the Honorable Stanwood R. Duval, Jr., United States District Judge, at the United States District Courthouse for the Eastern District of Louisiana, Room C368, 500 Camp Street, New Orleans, Louisiana, the accompanying Rule 12(b)(6) Motion to Dismiss.

Respectfully submitted,

Of Counsel:
SUTTERFIELD & WEBB, LLC

 s/James R. Sutterfield
JAMES R. SUTTERFIELD, (12597)
650 Poydras Street
Suite 2715, Poydras Center
New Orleans, Louisiana 70130
Telephone:  (504) 598-2715
**COUNSEL FOR CHURCH MUTUAL INSURANCE COMPANY**

---

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 19th day of December, 2007, served a copy of the foregoing pleading through the Court's electronic filing system.

      s/ James R. Sutterfield
            James R. Sutterfield