| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>NOV 2 0 2007 |
| 1. Article Addressed to:<br><br>Honorable Peter D. Keisler<br>Acting Attorney General<br>U.S. Dept. of Justice<br>905 Pennsylvania Ave., NW<br>Washington DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)        ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0003 7730 1092 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT
B