AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

**EASTERN** _____ DISTRICT OF _____ **LOUISIANA**

BONNIE M. RAULT
JOSEPH M. RAULT, JR.

**versus**

THE UNITED STATES OF AMERICA,
THE UNITED STATES ARMY CORPS
OF ENGINEERS, THE SOUTHEAST LOUISIANA
FLOOD PROTECTION AUTHORITY – EAST,
A SUCCESSOR-IN-INTEREST TO
THE BOARD OF COMMISSIONERS OF
THE ORLEANS PARISH LEVEE DISTRICT
AND THE BOARD OF COMMISSIONERS OF THE
EAST JEFFERSON LEVEE DISTRICT, THE
SEWERAGE AND WATER BOARD OF
NEW ORLEANS AND THE BOARD OF
COMMISSIONERS OF THE PORT OF NEW ORLEANS

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:** 07-5186 (c/w 05-4182)

**SECTION "K" MAG. (2)**

TO:    **U.S. Army Corps of Engineers**
        **New Orleans District**
        **Office of Counsel**
        **7400 Leake Avenue, Room 348**
        **New Orleans, Louisiana 70118**

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Miles P. Clements (LSBN 4184)
Kyle A. Spaulding (LSBN 29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: 504-599-8000
Facsimile: 504-599-8100

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHITE                       NOV - 9 2007

_____       _____
CLERK                                   DATE

(BY) DEPUTY CLERK

**EXHIBIT**

A

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me.[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

***Check one box below to indicate appropriate method of service:***

___    Served personally upon the defendant. Place where served:_____

       _____

___    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
       Name of person with whom the summons and complaint were left:_____

       _____

___    Returned unexecuted:_____

       _____

___    Other (specify): _____

       _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of t he United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
               *Date*                 *Signature of Server*

                                   _____

                                   *Address of Server*

---

[1]As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.