UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | NUMBER 05-4182 |
| | * | & CONSOLIDATED CASES |
| THIS DOCUMENT RELATES TO | * | |
| LEVEE:  07-5184 (Rault Resources) | * | SECTION "K" |
| 07-5186 (Bonnie Rault, et al) | * | |
| 07-5187 (McCay) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

SEWERAGE AND WATER BOARD OF NEW ORLEANS'
MOTION FOR EXTENSION OF TIME

NOW INTO COURT comes defendant Sewerage and Water Board of New Orleans (SWB), appearing through undersigned counsel, without waiving any defenses or objections, moves for a twenty day extension of time up to and including December 31, 2007, within which to answer or otherwise respond to the complaints filed by plaintiffs.

Undersigned counsel certifies that there have been no previous extensions of time within which to respond to the Complaint and plaintiffs have not filed in the record any objection to an extension of time.

Wherefore, Sewerage and Water Board of New Orleans requests additional time of up to and including December 31, 2007, within which to file responsive pleadings to plaintiffs' Complaint.

1

Respectfully submitted,

s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR. - #18299, T.A.**
**KEVIN R. TULLY - #1627**
**H. CARTER MARSHALL - 28136**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:    (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS

## C E R T I F I C A T E

I do hereby certify that on the 19th day of December 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR.**
**KEVIN R. TULLY**

CK_DOCS 390351v1