UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO<br>LEVEE:  07-5184 (Rault Resources)<br>            07-5186 (Bonnie Rault, et al)<br>            07-5187 (McCay)<br><br>* * * * * * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NUMBER 05-4182<br>& CONSOLIDATED CASES<br><br>SECTION "K"<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## **ORDER**

Considering the foregoing Motion for Extension of Time,

IT IS ORDERED that Sewerage and Water Board of New Orleans may answer or otherwise respond to the complaints filed by plaintiffs. On or before December 31, 2007.

New Orleans, Louisiana, this ____ day of December, 2007.


_____
**UNITED STATES DISTRICT JUDGE**


CK_DOCS 390351v2

1