UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Having conferred with Judge Duval, the motion to expedite, Record Doc. No. 9570, is DENIED. The Ex Parte Consent Motion to Modify Case Management Order No. 5, Record Doc. No. 9569, will be addressed shortly after the New Year when Judge Duval and I expect to have had adequate opportunity to deliberate with each other and consult with counsel on a revised "Barge" schedule that can be coordinated with the other matters in this consolidated litigation.

In the interim, the deadline by which plaintiffs must submit their motion for class certification in "Barge," previously extended to December 31, 2007, is SUSPENDED. A new deadline for the submission of this motion will be set after the deliberation and consultation described above.

New Orleans, Louisiana, this __19th__ day of December, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**