UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | ) | Civil Action |
| CONSOLIDATED LITIGATION | ) | Case No.: 05-4182 |
| | ) | |
| | ) | Section "K" |
| PERTAINS TO: INSURANCE | ) | Judge Duval |
| *Schully*, No. 06-8504 | ) | |
| | ) | Magistrate Judge "2" |
| | ) | Magistrate Judge Wilkinson |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiff, Octave Foerster Schully, III, and Defendant, Lexington Insurance Company, who jointly move the Court to dismiss Octave Foerster Schully, III's claims against Lexington Insurance Company, with prejudice, on the grounds that this matter has been fully and finally compromised, and settled as to all claims, with each party to bear its own costs.

Respectfully submitted,

   */s/ Leo R. McAloon, III*
ROBERT I. SIEGEL (#12063)
LEO R. MCALOON, III (#19044)
DANIEL G. RAUH (#28280)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
COUNSEL FOR LEXINGTON
INSURANCE
COMPANY

- and -

Respectfully submitted,

    __/s/ Joseph S. Piacun_____

J     THOMAS A. GENNUSA, II, T.A. (6010)
JOSEPH S. PIACUN (25211)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565
**Attorneys for Plaintiff,
Octave Foerster Schully, III**

Certificate of Service

    I certify that on December 20, 2007, I served a copy of this *Joint Motion to Dismiss* on all counsel of record through the Court's ECF/CM electronic filing system and through the United States mail, properly addressed and first class postage prepaid.

    __/s/ Joseph S. Piacun_____