UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | ) | Civil Action |
| CONSOLIDATED LITIGATION | ) | Case No.: 05-4182 |
| | ) | |
| | ) | Section "K" |
| PERTAINS TO: INSURANCE | ) | Judge Duval |
| | ) | |
| *Schully*, No. 06-8504 | ) | Magistrate Judge "2" |
| | ) | Magistrate Judge Wilkinson |

## **ORDER**

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS:

   IT IS ORDERED that the claims of the plaintiff Octave Foerster Schully, III , against Lexington Insurance Company in the above captioned matter are hereby dismissed, with prejudice, each party to bear its own costs.

   New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE