UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| Louisiana State C.A. No. 07-5528 | * | |

**************************************************************************

### UNION NATIONAL FIRE INSURANCE COMPANY'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Defendant, Union National Fire Insurance Company, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

**ADAMS AND REESE LLP**

___/s/ Deborah B. Rouen_____         ____December 20___, 2007
DEBORAH B. ROUEN, #2084
4500 One Shell Square
New Orleans, LA 70139
504-581-3234 (Main)
504-566-0210 (Fax)

*Counsel for Defendant, Union*
*National Fire Insurance Company*