# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>VERSUS | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.    05-4182 "K" (2) |
| PERTAINS TO: | *<br>*<br>* | JUDGE DUVAL<br><br>MAG. WILKINSON |
| INSURANCE          LUNDY, NO. 06-3509 | *<br>* | |

## CONSENT MOTION TO CONTINUE PRE-TRIAL DEADLINES

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Lundy

Enterprises, L.L.C. and M-Lund Enterprises, L.L.C., and upon representing that both

defendants' counsel  have been contacted and have no objection to this motion, move this

Honorable Court to continue the pre-trial deadlines established for this case in the June

21, 2007 Scheduling Order (Record Doc. 5743), on the grounds that the parties need

additional time to retain experts and complete discovery in the captioned case.  The

requested continuance of the pre-trial deadlines in this case will not delay the prosecution

of this matter, as the cases falling under the insurance umbrella of this consolidated

litigation, including the captioned case, have been stayed pursuant to the Court's Order of

November 26, 2007 (Record Doc. 9227); no trial date has been set for this case, nor can

one bet set for this case; and this case is not scheduled for a final pre-trial conference

until March 2009.

      **WHEREFORE,** plaintiffs, with defendants' consent, request that the pre-trial

deadlines set forth in this Court's June 21, 2007 Scheduling Order for the captioned case

be continued, and that the Court set another scheduling conference for the purpose of

resetting the pre-trial schedule for this case.

Respectfully Submitted:

MURPHY, ROGERS, SLOSS & GAMBEL

*/s/ Peter B. Sloss*
Peter B. Sloss, T.A. (#17142)
psloss@mrsnola.com
Robert H. Murphy  (#9850)
rmurphy@mrsnola.com
Gary J. Gambel  (#19864)
ggambel@mrsnola.com
One Shell Square, Suite 400
701 Poydras Street
New Orleans, LA   70139
Telephone:  (504) 523-0400
Facsimile: (504) 523-5574
*Attorneys for plaintiffs, Lundy Enterprises,*
*L.L.C. and M-Lund Enterprises, L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this 20th day of December 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax, by placing same in the United States Mail, properly addressed, and first class postage prepaid, or by electronic filing.

*/s/ Peter B. Sloss*

1572/3099