UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |

CONSOLIDATED WITH

PERTAINS TO: INSURANCE, Dehon, 06-4873

### MOTION FOR LEAVE OF COURT TO FILE
### SUPPLEMENTAL AND AMENDING ANSWER

NOW INTO COURT, through undersigned counsel, come Encompass Insurance Company who moves this Honorable Court for leave to amend its Answer to include defenses pertinent to recent case decisions.

Mover avers that the filing of a Supplemental and Amending Answer will not delay the case.

WHEREFORE, mover prays for leave to amend its original Answer filed herein.

Respectfully submitted,

LOZES & PONDER

_____
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, LA 70112
Phone: (504) 581-4455
Counsel for Allstate Insurance Company

### CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: A. Patrick Dehon, Jr., Esq.. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

S/Steven M. Lozes
Steven M. Lozes

2