UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

CONSOLIDATED WITH

PERTAINS TO: INSURANCE, Dehon, 06-4873


ORDER


Considering the foregoing Motion for Leave of Court to File Supplemental and Amending

Answer and the Memorandum in Support thereof;

IT IS ORDERED that Allstate Insurance Company be and it hereby is given leave to file the

attached Supplemental and Amending Answer.

New Orleans, Louisiana, this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE