UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION
NO. 05-4182 "K"(2)

CONSOLIDATED WITH

PERTAINS TO: INSURANCE, Dehon, 06-4873

MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE OF COURT TO FILE
SUPPLEMENTAL AND AMENDING ANSWER

MAY IT PLEASE THE COURT:

Since the original Answer was filed nearly one year ago, numerous rulings and opinions on hurricane cases have issued and the Supplemental and Amending Answer relates to the rulings issued over the past year. Filing this Supplemental and Amending Answer will not delay the case.

Counsel for plaintiffs has been advised by fax of the proposed motion and has not expressed opposition.

Respectfully submitted,

LOZES & PONDER

_____
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, LA 70112
Phone: (504) 581-4455
Counsel for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on December __20__, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: A. Patrick Dehon, Jr., Esq.. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

S/Steven M. Lozes
Steven M. Lozes