UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| VERSUS | NO: 05-4182 |
| PERTAINS TO: INSURANCE, DEHON 06-4873 | SECTION: "K"(2) |

**DOCUMENT REMOVED. SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 9605**

DESCRIPTION:  Proposed Pleading

FILED BY:  Encompass Insurance Company

FILE DATE:  12/20/2007