UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OR INGRAM BARGE CO. ETC. | CIVIL ACTION<br><br>NO. 05-4419 c/w 06-3313<br><br>SECTION "C" (2) |

* * *

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE | CIVIL ACTION<br><br>NO. 05-4182 and consol. cases<br><br>SECTION "K" (2) |

**ORDER**

Ingram Barge Company, limitation petitioner in C.A. No. 05-4419, has submitted an "Unopposed Motion for Modification of Protective Order," Record Doc. No. 920 in C.A. No. 05-4419. The motion seeks leave of court to "dispose of the four remaining barge sections designated by the parties as Sections 1, 7, 14 and 19."

While the court has no doubt about Ingram's representation that the parties in the captioned limitation proceedings have no opposition to the motion, the court needs to be assured that other parties in the captioned "Consolidated Litigation," C.A. No.05-4182,

who may not be parties to the limitation proceedings but who are parties in the "Barge" category of cases established in the "Consolidated Litigation" (for example, Washington Group, the United States et al.) also have no objection to the disposal of the remaining sections of the barge that are the subject of the protective order and which may also be relevant in the latter proceedings. Accordingly,

**IT IS ORDERED** that any party, either in the referenced limitation proceedings, C.A. No. 05-4419 c/w 06-3313, or in the "Barge" category of cases in the captioned Katrina "Consolidated Litigation," C.A. No. 05-4182, who opposes Ingram's motion to modify the protective order so that disposal of the remaining barge sections may be accomplished, must file a written opposition to the motion no later than December 28, 2007. Failure to file a written opposition will be deemed an indication that there is no objection. Thereafter, Ingram's motion will be decided on the record without oral argument.

New Orleans, Louisiana, this  20th  day of December, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. GINGER BERRIGAN
HON. STANWOOD R. DUVAL, JR.