UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | CIVIL ACTION NO. 06-10852 |
| PERTAINS TO: INSURANCE | * * | SECTION: "K" |
| WILLIAM R. BURK, IV and BURK BROKERAGE, LLC | * * * | HON. STANWOOD R. DUVALL, JR. |
| VERSUS | * * | MAGISTRATE "2" HON. JOSEPH C. WILKINSON, JR. |
| ALLSTATE INSURANCE COMPANY, KATIE HYMEL, KATIE HYMEL AGENCY, INC. and ABC INSURANCE COMPANY | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and aforegoing Motion;

**IT IS ORDERED** by the Court that Kevin R. Derham, Esq. be and he is hereby permitted to withdraw as counsel of record and trial attorney for defendant, Katie Hymel Agency, Inc., in the above and numbered action and that his name, as such, be stricken from the record and the docket thereof; and

**IT IS FURTHER ORDERED** by the Court that Jaime M. Cambre, Esq., of the firm Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, Louisiana 70002, 505-832-3700 (phone), 504-837-3119 (fax), jcambre@duplass.com, be and she is hereby substituted as counsel of record and trial attorney for defendant, Katie Hymel Agency, Inc., in said action and that her name, be entered on the record and docket thereof.

2

New Orleans, Louisiana, this ___20th___ day of _____December_____, 2007.

_____
**THE HON. STANWOOD R. DUVALL, JR.
SECTION "K"**