UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | CIVIL ACTION<br><br>NO.05-4182 |
| PERTAINS TO:   MRGO, BARGE<br>                       06-4389<br>                       07-3500 | SECTION "K"(2) |

### ORDER

**IT IS ORDERED** that oral argument originally scheduled January 9, 2008, at 9:30 a.m. regarding defendant, Washington Group International's Motion for Sanctions against Mr. Ashton O'Dwyer (Doc. 9427) and plaintiffs' Motion for Sanctions (Doc. 9464) are **RESET JANUARY 16, 2008, at 9:30 a.m.**,  before Judge Stanwood  R. Duval, Jr.

New Orleans, Louisiana, this    20th    day of  December, 2007.

_____
HON. STANWOOD R. DUVAL, JR.
UNITED STATES  DISTRICT JUDGE