UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION; PERTAINS TO** | * | |
| **SEVERED MASS JOINDER CASES** | * | **NO. 05-4182** |
| | * | |
| *severed from Abadie, 06-5164* | * | **SECTION "K" (2)** |
| | * | |
| **ROBERT FRIERE, SUSAN FRIERE,** | * | **CIVIL ACTION** |
|     Plaintiffs | * | |
| | * | **NO. 07-2536** |
| **VERSUS** | * | |
| | * | **SECTION "K" (2)** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | |
|     Defendant | * | |

**O R D E R**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Robert Freire and Susan Freire against State Farm Fire and Casualty Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 20th day of December, 2007.

_____
United States District Court Judge