UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: MRGO (07-4851) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiff, Six Flags, Inc.; upon representation by counsel that SELFPA has no objection to this motion,

**IT IS ORDERED BY THE COURT** that Six Flag's claims against Southeast Louisiana Flood Protection Authority-East be and the same is hereby dismissed, **without** prejudice, each party to bear its own costs.

**SIGNED** this the  20th  day of  December , 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.