UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO: LEVEE (07-5184) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

### ORDER

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiff, Rault Resources, Inc.;

**IT IS ORDERED BY THE COURT** that Rault Resource's claims against Southeast Louisiana Flood Protection Authority-East be and the same is hereby dismissed, **without** prejudice, each party to bear its own costs.

**SIGNED** this the   20th   day of   December  , 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.