UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: " K" |
| PERTAINS TO:<br>LEVEE (07-5187) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiff, R. Scott McCay;

**IT IS ORDERED BY THE COURT** that Plaintiff's claims against Southeast Louisiana Flood Protection Authority-East be and the same is hereby dismissed, **without** prejudice, each party to bear its own costs.

**SIGNED** this the  20th  day of  December , 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.