UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>        RAULT, 06-1734 | SECTION "K"(2) |

## ORDER

Considering the defendant's unopposed motion to extend the Court's 60-day order of dismissal and to continue the motion to enforce settlement (Rec. Doc. 9506), and considering that it has been represented to the Court that this continuance is required by medical necessity by the plaintiffs, and that the parties anticipate full settlement of claims prior to the scheduled hearings, accordingly,

**IT IS ORDERED** that the defendant's motion to continue the motion to enforce settlement is hereby **GRANTED**. Defendant's motion, previously set for December 26, 2007, is hereby **RESET** for January 23, 2008, at 9:30 a.m. At that date and time Plaintiff Bonnie Rault shall show cause as to why defendant Encompass Insurance Company's motion to enforce settlement should not be granted.

**IT IS FURTHER ORDERED** that the defendant's unopposed motion to extend the Court's 60-day order of dismissal is **GRANTED**. The 60-day order of dismissal set to expire on January 7, 2008, is hereby extended and shall expire on February 7, 2008.

New Orleans, Louisiana, this __20th__ day of December, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE