# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
|  | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
|  | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 |  |
| *Mumford v. Ingram*     05-5724 |  |
| *Lagarde v. Lafarge*      06-5342 | JUDGE |
| *Perry v. Ingram*             06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 |  |
| *Parfait Family v. USA*   07-3500 | MAG. |
| *Lafarge v. USA*              07-5178 | JOSEPH C. WILKINSON, JR. |

## BARGE PLAINTIFFS' FIRST SUPPLEMENTAL PERIODIC WITNESS LIST

**NOW COME** BARGE plaintiffs, reiterating the Plaintiffs' Witness List filed November 20, 2007, to supplement as follows:

May call:

       Dwight Jones

       Kevin Webster

       Alvin Seymour, Jr.

       Trina Jenkins

       deKeer Jenkins

       Demon/Demine Jenkins

       Warren Jenkins

       Owen/Honor Jenkins/Pounds

      Chantelle Carter

      Kevin Watson

      Angelica Sanders

      Jessie Savage

      Tall Joe

      Randy Simmons

      Latoya Washington

      Junior Jenkins

      Walter Jenkins

      D'Antoinette Johnston

      Carolyn Berryhill

      Clarence Sartin

      Kendrick Pounds

Any and all others named or identified during depositions of Pounds, Johnson, Berryhill, Murph and/or Villavasso;

All of the foregoing to testify concerning observations of the barge, flood protection structures, storm effects, and barge subject of this suit, at or near the times of flooding of the Lower Ninth Ward on August 29, 2005;

Addresses to be provided upon receipt of same in Lafarge North America's responses to written discovery;

Active discovery is ongoing and plaintiffs reserve the right to supplement this witness list as additional witnesses are discovered.

Respectfully Submitted
by BARGE P.S.L.C.

**WIEDEMANN & WIEDEMANN**

/s/Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN, (13457)**
**KARL WIEDEMANN, (18502)**
**KAREN WIEDEMANN,(21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

And

**LAW OFFICE OF BRIAN A. GILBERT**

/s/Brian A. Gilbert
**BRIAN A. GILBERT (21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

And

/s/Patrick J. Sanders
**PATRICK J. SANDERS (18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Telephone: (504) 834-0646

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via email, and/or via ECF upload, and copies delivered to chambers, this 20th day of December, 2007.

/s/Brian A. Gilbert