UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### BARGE PLAINTIFFS' FIRST SUPPLEMENTAL PERIODIC EXHIBIT LIST

NOW COME BARGE plaintiffs who supplement their exhibit list by adding the following:

Any and all drawings and exhibits produced during and/or attached to depositions of Johnston, Pounds, Berryhill, Murph and/or Villavasso.

Respectfully Submitted
by BARGE P.S.L.C.

**WIEDEMANN & WIEDEMANN**

/s/Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN,(21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

        And

**LAW OFFICE OF BRIAN A. GILBERT**

/s/Brian A. Gilbert
**BRIAN A. GILBERT (21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

And

/s/Patrick J. Sanders
**PATRICK J. SANDERS (18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Telephone: (504) 834-0646

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via email, and/or via ECF upload, and copies delivered to chambers, this 20th day of December, 2007.

/s/Brian A. Gilbert