UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 06-5164, *Abadie et al., v Aegis Security<br>Insurance Co., et al.*<br>_____ | | **THIS PLEADING APPLIES<br>ONLY TO THE CLAIM OF:<br>RICHARD BROWN, JR.** |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE
AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Richard Brown, Jr., who wishes to voluntarily dismiss his claims against Defendant, Kemper Casualty Insurance Company, regarding homeowners' insurance policy for 10948 Chaucer Street, New Orleans, Louisiana 70127, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, Plaintiff, Richard Brown, Jr., respectfully requests that this Court reopen this case with respect to Defendant, Kemper Casualty Insurance Company, regarding

homeowners' insurance policy for 10948 Chaucer Street, New Orleans, Louisiana 70127, for the sole purpose of addressing this motion, thereby allowing plaintiff to voluntarily dismiss his claims against Kemper Casualty Insurance Company, regarding homeowners' insurance policy for 10948 Chaucer Street, New Orleans, Louisiana 70127, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

**WHEREFORE**, Plaintiff, Richard Brown, Jr., prays that the Court reopen this case with respect to Defendant, Kemper Casualty Insurance Company, regarding homeowners' insurance policy for 10948 Chaucer Street, New Orleans, Louisiana 70127, for the sole purpose of addressing this motion, thereby allowing plaintiff to voluntarily dismiss his claims against Kemper Casualty Insurance Company, regarding homeowners' insurance policy for 10948 Chaucer Street, New Orleans, Louisiana 70127, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
**JOSEPH M. BRUNO (# 3604)**
**L. SCOTT JOANEN (# 21431)**
The Law Office of Joseph M. Bruno, APLC
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 561-6775
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by hand-delivery, facsimile, e-mail or other electronic filing, and/or by First Class, United States Mail, properly addressed and postage prepaid, this 20th day of December, 2007.


                                                  /s/ Joseph M. Bruno
                                            **JOSEPH M. BRUNO**