UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES     §     CIVIL ACTION
        CONSOLIDATED LITIGATION     §     NO. 05-4182 "K" (2)
             §     JUDGE DUVAL
_____§     MAG. WILKINSON
             §
PERTAINS TO:     §
    ALL LEVEE     §
    ALL MRGO     §
    ALL BARGE     §
_____§


## NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North American Inc.'s Requests for Production of Documents in the Barge category, respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

        NPN-134-000000001    to    NPN-134-000000001;
        NPN-135-000000001    to    NPN-135-000000001;
        NPN-136-000000001    to    NPN-136-000000001;
        NPN-137-000000001    to    NPN-137-000000001;
        NPN-138-000000001    to    NPN-138-000000001;

NPN-139-000000001 to NPN-139-000000001;
NPN-141-000000001 to NPN-141-000000001;
NPM-140-000000001 to NPM-140-000000539;
NPM-142-000000001 to NPM-142-000000394.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: December 20, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on December 20, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

                                                    s/ Paul Marc Levine
                                                  PAUL MARC LEVINE