**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPN | 134 | NPN-134-000000001 | NPN-134-000000001 | USACE; MVD; MVN; Protection & Restoration Office | Alfred Naomi | KC247 | 12/20/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous photos, videos and Power Point Presentations |
| NPN | 135 | NPN-135-000000001 | NPN-135-000000001 | USACE; MVD; MVN; Protection & Restoration Office | Alfred Naomi | KC248 | 12/20/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous photos, videos and Power Point Presentations |
| NPN | 136 | NPN-136-000000001 | NPN-136-000000001 | USACE; MVD; MVN; Protection & Restoration Office | Alfred Naomi | KC249 | 12/20/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous photos, videos and Power Point Presentations |
| NPN | 137 | NPN-137-000000001 | NPN-137-000000001 | USACE; MVD; MVN; Protection & Restoration Office | Alfred Naomi | KC250 | 12/20/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous photos, videos and Power Point Presentations |
| NPN | 138 | NPN-138-000000001 | NPN-138-000000001 | USACE; MVD; MVN; Protection & Restoration Office | Alfred Naomi | KC251 | 12/20/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous photos, videos and Power Point Presentations |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPN | 139 | NPN-139-000000001 | NPN-139-000000001 | USACE; MVD; MVN; Protection & Restoration Office | Alfred Naomi | KC252 | 12/20/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous photos, videos and Power Point Presentations |
| NPM | 140 | NPM-140-000000001 | NPM-140-000000539 | USACE; MVD; MVN; Protection & Restoration Office | Alfred Naomi | KC253 | 12/20/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous photos, videos and Power Point Presentations |
| NPN | 141 | NPN-141-000000001 | NPN-141-000000001 | USACE; MVD; MVN; Protection & Restoration Office | Alfred Naomi | KC254 | 12/20/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous photos, videos and Power Point Presentations |
| NPM | 142 | NPM-142-000000001 | NPM-142-000000394 | USACE; MVD; MVN; Protection & Restoration Office | Alfred Naomi | KC255 | 12/20/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous photos, videos and Power Point Presentations |