UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in

the MRGO and Levee Class Certification Actions, the United States produces the following

Bates ranges pursuant to the Court's Orders of June 27, 2007 (Docket No. 6053) and July 6, 2007

(Docket No. 6299):

| | | |
|---|---|---|
| FMD548-0001 | to | FMD548-0262; |
| FMD549-0001 | to | FMD549-0224; |
| FMD550-0001 | to | FMD550-0472; |
| FMD551-0001 | to | FMD551-5265; |
| FMD552-0001 | to | FMD552-4583; |
| NPL020-0001 | to | NPL020-0117; |
| NPL021-0001 | to | NPL021-0113; |
| NPL022-0001 | to | NPL022-0170; |
| NPL023-0001 | to | NPL023-0097; |
| NPL024-0001 | to | NPL024-0006; |
| NPL025-0001 | to | NPL025-0032; |
| NPL026-0001 | to | NPL026-0116; |

| | | |
|---|---|---|
| NPL027-0001 | to | NPL027-0224; |
| NPL028-0001 | to | NPL028-0294; |
| NPL029-0001 | to | NPL029-0050; |
| NPL030-0001 | to | NPL030-0068; |
| NPL031-0001 | to | NPL031-0015; |
| NRL036-0001 | to | NRL036-2486; |
| NRL109-0001 | to | NRL109-4586; |
| NRL119-0001 | to | NRL119-4896; |
| NRL121-0001 | to | NRL121-2038; |
| NRL138-0001 | to | NRL138-4473; |
| NRL144-0001 | to | NRL144-3726; |
| NRL149-0001 | to | NRL149-3542; |
| NRL150-0001 | to | NRL150-4052; |
| NRL151-0001 | to | NRL151-5004; |
| NRL152-0001 | to | NRL152-2907; |
| NRL156-0001 | to | NRL156-2055; |
| NRL187-0001 | to | NRL187-3211; |
| NRL203-0001 | to | NRL203-2421; |
| NRL253-0001 | to | NRL253-2196; |
| NRL255-0001 | to | NRL255-2813; |
| NRL258-0001 | to | NRL258-2119; |
| NRL261-0001 | to | NRL261-0874; |
| NRL263-0001 | to | NRL263-0776; |
| NRL265-0001 | to | NRL265-2827; |
| NRL266-0001 | to | NRL266-0501; |
| NRL267-0001 | to | NRL267-0332; |
| NRL270-0001 | to | NRL270-1217; |
| NRL273-0001 | to | NRL273-1766; |
| NRL275-0001 | to | NRL275-0782; |
| NRL276-0001 | to | NRL276-0496; |
| NRL278-0001 | to | NRL278-2654; |
| NRL279-0001 | to | NRL279-2974; |
| NRL281-0001 | to | NRL281-0825; |
| NRL349-0001 | to | NRL349-2922; |
| NRL350-0001 | to | NRL350-4600; |
| NRL351-0001 | to | NRL351-2886; |
| NRL352-0001 | to | NRL352-3476; |
| NRL353-0001 | to | NRL353-4723; |
| NRL354-0001 | to | NRL354-3921; |
| NRL355-0001 | to | NRL355-4409; |
| NRL356-0001 | to | NRL356-2877; |
| NRL357-0001 | to | NRL357-3955; |
| NRL358-0001 | to | NRL358-3652; |

NRL359-0001 to NRL359-3616;
NRL360-0001 to NRL360-4131;
NRL361-0001 to NRL361-4091;
NRL362-0001 to NRL362-3851;
NRL363-0001 to NRL363-4222;
NRL364-0001 to NRL364-4276;
NRL365-0001 to NRL365-3413;
NRL366-0001 to NRL366-3775;
NRL367-0001 to NRL367-4702;
NRL368-0001 to NRL368-4072;
NRL369-0001 to NRL369-3612;
NRL370-0001 to NRL370-3625;
NRL371-0001 to NRL371-3850;
NRL372-0001 to NRL372-3653;
NRL373-0001 to NRL373-3415;
NRL374-0001 to NRL374-3521;
NRL375-0001 to NRL375-3212;
NRL376-0001 to NRL376-3381;
NRL377-0001 to NRL377-3394;
NRL378-0001 to NRL378-4357;
NRL379-0001 to NRL379-4134;
NRL380-0001 to NRL380-3534;
NRL381-0001 to NRL381-4196;
NRL382-0001 to NRL382-4166;
NRL383-0001 to NRL383-3770;
NRL384-0001 to NRL384-3855;
NRL385-0001 to NRL385-3434;
NRL386-0001 to NRL386-4187;
NRL387-0001 to NRL387-4004;
NRL388-0001 to NRL388-2828;
NRL389-0001 to NRL389-5327;
NRL390-0001 to NRL390-0672;
NRL391-0001 to NRL391-0615;
NRL392-0001 to NRL392-1878;
NRL393-0001 to NRL393-3784;
NRL394-0001 to NRL394-3381;
NRL395-0001 to NRL395-1514;
NRL396-0001 to NRL396-2642;
NRL397-0001 to NRL397-3006;
NRL398-0001 to NRL398-2295;
NRL399-0001 to NRL399-3278;
NRL400-0001 to NRL400-2705;
NRL401-0001 to NRL401-3549;

NRL402-0001 to NRL402-2889;
NRL403-0001 to NRL403-1500;
NRL404-0001 to NRL404-3922;
NRL405-0001 to NRL405-3277;
NRL406-0001 to NRL406-0084;
NRL407-0001 to NRL407-2796;
NRL408-0001 to NRL408-2537;
NRL409-0001 to NRL409-2337;
NRL410-0001 to NRL410-2408;
NRL411-0001 to NRL411-3105;
NRL412-0001 to NRL412-3101;
NRL413-0001 to NRL413-3922;
NRL414-0001 to NRL414-1508;
NRL415-0001 to NRL415-2176;
NRL416-0001 to NRL416-1417;
NRL417-0001 to NRL417-1661;
NRL418-0001 to NRL418-1629;
NRL419-0001 to NRL419-1949;
NRL420-0001 to NRL420-2251;
NRL421-0001 to NRL421-1858;
NRL422-0001 to NRL422-1223;
NRL423-0001 to NRL423-3325;
NRL424-0001 to NRL424-1227;
NRL425-0001 to NRL425-1863;
NRL426-0001 to NRL426-1565;
NRL427-0001 to NRL427-1214;
NRL428-0001 to NRL428-1597;
NRL429-0001 to NRL429-0057;
NRL430-0001 to NRL430-1049;
NRL431-0001 to NRL431-0977;
NRL432-0001 to NRL432-0420;
NRL433-0001 to NRL433-1404;
NRL434-0001 to NRL434-1643;
NRL435-0001 to NRL435-1775;
NRL436-0001 to NRL436-1062;
NRL437-0001 to NRL437-1413;
NRL438-0001 to NRL438-0228;
NRL439-0001 to NRL439-1243;
NRL440-0001 to NRL440-0347;
NRL441-0001 to NRL441-0137;
NRL442-0001 to NRL442-0916;
NRL443-0001 to NRL443-1411;
NRL444-0001 to NRL444-1809;

NRL445-0001 to NRL445-1954;
NRL446-0001 to NRL446-0552;
NRL447-0001 to NRL447-1990;
NRL448-0001 to NRL448-0975;
NRL449-0001 to NRL449-0696;
NRL450-0001 to NRL450-1040;
NRL451-0001 to NRL451-1905;
NRL452-0001 to NRL452-0633;
NRL453-0001 to NRL453-0237;
NRL454-0001 to NRL454-1579;
NRL455-0001 to NRL455-1194;
NRL456-0001 to NRL456-5908;
NRL457-0001 to NRL457-5124;
NRL458-0001 to NRL458-5106;
NRL459-0001 to NRL459-4294;
NRL460-0001 to NRL460-5429;
NRL461-0001 to NRL461-4088;
NRL462-0001 to NRL462-4210;
NRL463-0001 to NRL463-4509;
NRL464-0001 to NRL464-4692;
NRL465-0001 to NRL465-4199;
NRL466-0001 to NRL466-5202;
NRL467-0001 to NRL467-4937;
NRL468-0001 to NRL468-4044;
NRL469-0001 to NRL469-5463;
NRL470-0001 to NRL470-4314;
NRL471-0001 to NRL471-4969;
NRL472-0001 to NRL472-4568;
NRL473-0001 to NRL473-4229;
NRL474-0001 to NRL474-2190;
NRL475-0001 to NRL475-1391;
NRL476-0001 to NRL476-0131;
NRL477-0001 to NRL477-1492;
NRL478-0001 to NRL478-0323;
NRL479-0001 to NRL479-1197;
NRL480-0001 to NRL480-0676;
NRL481-0001 to NRL481-0192;
NRL482-0001 to NRL482-1969;
NRL483-0001 to NRL483-0354;
NRL484-0001 to NRL484-1817;
NRL485-0001 to NRL485-1208;
NRL486-0001 to NRL486-1533;
NRL487-0001 to NRL487-1994;

NRL488-0001　　to　　NRL488-0535;
NRL489-0001　　to　　NRL489-1018;
NRL490-0001　　to　　NRL490-1496;
NRL491-0001　　to　　NRL491-1158;
NRL492-0001　　to　　NRL492-1016;
NRL493-0001　　to　　NRL493-1288;
NRL494-0001　　to　　NRL494-0600;
NRL495-0001　　to　　NRL495-2885;
NRL496-0001　　to　　NRL496-1103;
NRL497-0001　　to　　NRL497-1135;
NRL498-0001　　to　　NRL498-0953;
NRL499-0001　　to　　NRL499-1289;
NRL-502-000000001;
NRL700-0001　　to　　NRL700-1286;
NRL701-0001　　to　　NRL701-1356;
NRL702-0001　　to　　NRL702-1378;
NRL703-0001　　to　　NRL703-3420;
NRL704-0001　　to　　NRL704-0579;
NRL705-0001　　to　　NRL705-1712;
NRL706-0001　　to　　NRL706-1992;
NRL707-0001　　to　　NRL707-1871;
NRL708-0001　　to　　NRL708-0347;
NRL709-0001　　to　　NRL709-1247;
NRL710-0001　　to　　NRL710-1963;
NRL711-0001　　to　　NRL711-0897;
NRL712-0001　　to　　NRL712-0178;
NRL713-0001　　to　　NRL713-0744;
NRL714-0001　　to　　NRL714-2172;
NRL715-0001　　to　　NRL715-1493;
NRL716-0001　　to　　NRL716-2422;
NRL717-0001　　to　　NRL717-2560;
NRL718-0001　　to　　NRL718-1314;
NRL719-0001　　to　　NRL719-1545;
NRL720-0001　　to　　NRL720-0828;
NRL721-0001　　to　　NRL721-1650;
NRL722-0001　　to　　NRL722-3706;
NRL723-0001　　to　　NRL723-2216;
NRL724-0001　　to　　NRL724-1444;
NRL725-0001　　to　　NRL725-3076;
NRL726-0001　　to　　NRL726-0243;
NRL727-0001　　to　　NRL727-0501;
NRL728-0001　　to　　NRL728-3533;
NRL729-0001　　to　　NRL729-1320;

NRL730-0001    to    NRL730-1361;
NRL731-0001    to    NRL731-0776;
NRL732-0001    to    NRL732-1652;
NRL733-0001    to    NRL733-0764;
NRL734-0001    to    NRL734-0378;
NRL735-0001    to    NRL735-0594;
NRL736-0001    to    NRL736-0759;
NRL737-0001    to    NRL737-3990;
NRL738-0001    to    NRL738-3735;
NRL739-0001    to    NRL739-3585;
NRL740-0001    to    NRL740-3403;
NRL741-0001    to    NRL741-1879;
NRL742-0001    to    NRL742-1393;
NRL743-0001    to    NRL743-2000;
NRL744-0001    to    NRL744-2143;
NRL745-0001    to    NRL745-2145;
NRL746-0001    to    NRL746-1739;
NRL747-0001    to    NRL747-1576;
NRL748-0001    to    NRL748-2539;
NRL749-0001    to    NRL749-1385;
NRL750-0001    to    NRL750-2155;
NRL751-0001    to    NRL751-1252;
NRL752-0001    to    NRL752-4240;
NRL753-0001    to    NRL753-1326;
NRL754-0001    to    NRL754-0752;
NRL755-0001    to    NRL755-1787;
NRL756-0001    to    NRL756-1575;
NRL757-0001    to    NRL757-2089;
NRL758-0001    to    NRL758-1731;
NRL759-0001    to    NRL759-2450;
NRL760-0001    to    NRL760-0883;
NRL761-0001    to    NRL761-2220;
NRL762-0001    to    NRL762-0315;
NRL763-0001    to    NRL763-2209;
NRL764-0001    to    NRL764-1430;
NRL765-0001    to    NRL765-1889;
NRL766-0001    to    NRL766-0332;
NRL767-0001    to    NRL767-1396;
NRL768-0001    to    NRL768-1830;
NRL769-0001    to    NRL769-1618;
NRL770-0001    to    NRL770-0019;
NRL771-0001    to    NRL771-1662;
NRL772-0001    to    NRL772-1388;

NRL773-0001   to   NRL773-1738;
NRL774-0001   to   NRL774-1680;
NRL775-0001   to   NRL775-0561;
NRL776-0001   to   NRL776-1276;
NRL777-0001   to   NRL777-1138;
NRL778-0001   to   NRL778-1501;
NRL779-0001   to   NRL779-1294;
NRL780-0001   to   NRL780-2919;
NRL781-0001   to   NRL781-1198;
NRL782-0001   to   NRL782-0563;
NRL783-0001   to   NRL783-3391;
NRL784-0001   to   NRL784-0982;
NRL785-0001   to   NRL785-1150;
NRL786-0001   to   NRL786-1896;
NRL787-0001   to   NRL787-0941;
NRL788-0001   to   NRL788-1823;
NRL789-0001   to   NRL789-1143;
NRL790-0001   to   NRL790-1360;
NRL791-0001   to   NRL791-1718;
NRL792-0001   to   NRL792-2212;
NRL793-0001   to   NRL793-1681;
NRL794-0001   to   NRL794-1679;
NRL795-0001   to   NRL795-3847;
NRL796-0001   to   NRL796-1781;
NRL797-0001   to   NRL797-1086;
NRL798-0001   to   NRL798-1503;
NRL799-0001   to   NRL799-3656;
NRL800-0001   to   NRL800-1479;
NRL801-0001   to   NRL801-4070;
NRL802-0001   to   NRL802-0815;
NRL803-0001   to   NRL803-0716;
NRL804-0001   to   NRL804-0629;
NRL805-0001   to   NRL805-3720;
NRL806-0001   to   NRL806-1944;
NRL807-0001   to   NRL807-3492;
NRL808-0001   to   NRL808-0858;
NRL809-0001   to   NRL809-2271;
NRL810-0001   to   NRL810-1384;
NRL811-0001   to   NRL811-1983;
NRL812-0001   to   NRL812-1106;
NRL813-0001   to   NRL813-2121;
NRL814-0001   to   NRL814-1635;
NRL815-0001   to   NRL815-1144;

NRL816-0001   to   NRL816-1361;
NRL817-0001   to   NRL817-1566;
NRL818-0001   to   NRL818-1515;
NRL819-0001   to   NRL819-1540;
NRL820-0001   to   NRL820-1828;
NRL821-0001   to   NRL821-0942;
NRL822-0001   to   NRL822-2644;
NRL823-0001   to   NRL823-1574;
NRL824-0001   to   NRL824-1366;
NRL825-0001   to   NRL825-2009;
NRL826-0001   to   NRL826-1617;
NRL827-0001   to   NRL827-3584;
NRL828-0001   to   NRL828-1032;
NRL829-0001   to   NRL829-1283;
NRL830-0001   to   NRL830-1646;
NRL831-0001   to   NRL831-1893;
NRL832-0001   to   NRL832-2040;
NRL833-0001   to   NRL833-1575;
NRL834-0001   to   NRL834-1513;
NRL835-0001   to   NRL835-1096;
NRL836-0001   to   NRL836-1780;
NRL837-0001   to   NRL837-0429;
NRL838-0001   to   NRL838-0714;
NRL839-0001   to   NRL839-0921;
NRL840-0001   to   NRL840-0771;
NRL841-0001   to   NRL841-1784;
NRL842-0001   to   NRL842-1589;
NRL843-0001   to   NRL843-0920;
NRL844-0001   to   NRL844-1246;
NRL845-0001   to   NRL845-1695;
NRL846-0001   to   NRL846-1274;
NRL847-0001   to   NRL847-1239;
NRL848-0001   to   NRL848-1100;
NRL849-0001   to   NRL849-2035;
NRL850-0001   to   NRL850-0814;
NRL851-0001   to   NRL851-0968;
NRL852-0001   to   NRL852-1312;
NRL853-0001   to   NRL853-2093;
NRL854-0001   to   NRL854-1344.

These ranges are produced in the manner specified in the United States Document Production Protocol.  NRL-502-000000001 updates the previously produced database, NRL501-000000002, and is produced with the technical specifications requested by Plaintiffs' Liaison Counsel.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: December 20, 2007

## **CERTIFICATE OF SERVICE**

I, Paul Marc Levine, hereby certify that on December 20, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

___ s/ Paul Marc Levine _____
PAUL MARC LEVINE