UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## LAFARGE NORTH AMERICA'S SECOND PRELIMINARY EXHIBIT LIST

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724), Lafarge North America Inc. ("LNA") submits this first preliminary exhibit list.

LNA has prepared this preliminary list on the basis of its best efforts and the information currently available.  It is necessarily limited because discovery in this case has only recently begun, and will not close until late 2008.  LNA will supplement this list on the 20th of each month, as directed by Case Management and Scheduling Order No. 5.

### Exhibit List

1. Photos and video of the northern breach in the eastern IHNC levee

2. Photos and video of the southern breach in the eastern IHNC levee, including those to be produced as LNA 000739-759.

3. Photos and video of other levee breaches

4. Photos and video of the IHNC levee and floodwall before Hurricane Katrina, including that to be produced as LNA 000140.

5. Photos and video of the IHNC levee and floodwall after Hurricane Katrina, including photos of scour trenching and gapping, including those to be produced as LNA 000739-759.

6. Photos and video of the IHNC before and after Hurricane Katrina, including those to be produced as LNA 000739-740.

7. Photos and video of other levees and floodwalls before Hurricane Katrina

8. Photos and video of other levees and floodwalls after Hurricane Katrina, including breaches

9. Photos and video of other barges that broke free during the storm, including barges that impacted other levees and floodwalls, including those to be produced as LNA 000760-769, 000791-807.

10. Photos and video of ING 4727 in the Lower Ninth Ward, including those to be produced as LNA 000770-790.

11. Photos and video of the bottom 1/3 of ING 4727 taken after its removal from the Lower Ninth Ward

12. Photos and video of other barges and vessels in the Greater New Orleans area after Hurricane Katrina, including those to be produced as LNA 000760-769, 000791-807.

13. Photos and video of LNA's New Orleans Terminal before and after Hurricane Katrina

14. Photos and video of debris in neighborhood

15. Photos and video showing damage in Lower Ninth Ward and other neighborhoods that are or may be part of the alleged class

16. Overhead and aerial photographs and videos of the IHNC and Lower Ninth Ward, including those to be produced as LNA 000739-740.

17. Photos and video of the chain-link fence built on the IHNC floodwall

18. Photos and video showing weather conditions and visibility during Hurricane Katrina

19. Photos and video of storm surge during Hurricane Katrina

20. Photos from the IHNC lock station

21. Maps for the Greater New Orleans Area showing locations of levees, levee breaches, man-made and natural geographical features, locations of property, LNA's New Orleans terminal, and similar points of interest.

22. Drawing and schematics of LNA's New Orleans terminal, including those to be produced as LNA 001053-1065.

23. New Orleans Harbor Chart

24. Nautical Chart, depicting junction of GIWW and IHNC, Michaud Canal, and the junction of MRGO with GIWW

25. Schematics of IHNC levees and floodwall as designed and as built, including those to be produced as LNA 000723-738.

26. Photogrammetry showing IHNC levee and floodwall elevation and subsidence

27. Photos of stopped clocks and stopped clocks

28. Photos showing high water marks and water depths

29. Photos documenting direction of water flow

30. Sewage and Water Board of New Orleans log book covering August 29, 2005

31. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data and previous draft versions of the report

32. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report, including underlying data and previous draft versions of the report

33. "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina, including underlying data and previous draft versions of the report

34. American Society of Civil Engineers External Review Panel, The New Orleans Hurricane Protection System: What Went Wrong and Why (2007), including underlying data

35. U.S. Coast Guard Report of Investigation into the Circumstances Surrounding the Incident Involving Hurricane Katrina ING4727 / Breakaway-Grounding, including Investigative Report: Grounding of Hopper Barge ING 4727, and including all attachments or exhibits

36. Woolley, Douglas and Leonard Shabman, "Decision Making Chronology for the Lake Ponchartrain & Vacinity Hurricane Protection Project," Draft Final Report for the

Headquarters, U.S. Army Corps of Engineers, June 2007, including all underlying material and previous version

37. Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, "A Failure of Initiative" (February 15, 2006)

38. Special Report of the Committee on Homeland Security and Governmental Affairs, U.S. Senate, "Hurricane Katrina – A Nation Still Unprepared" (2006)

39. Photos of mooring ropes used to secure barges at LNA New Orleans Terminal during Hurricane Katrina

40. Mooring ropes used at LNA New Orleans Terminal during Hurricane Katrina

41. Tapes or transcripts of 911 emergency calls

42. Hydrographs showing water levels in IHNC

43. U.S. Army Corps of Engineers documents, manuals, regulations, plans, and correspondence regarding the design, construction, maintenance, and upkeep of levees within the greater New Orleans area, include along the IHNC, MRGO, and GIWW.

44. U.S. Army Corps of Engineers documents, manuals, regulations, plans, and correspondence regarding the design, construction, maintenance, and upkeep navigational channels within the greater New Orleans area, include along the IHNC, MRGO, and GIWW.

45. Legislative documents regarding the authorization of projects relating to the IHNC, MRGO, and GIWW.

46. U.S. Army Corps of Engineers documents relating to the performance of the New Orleans Hurricane Protection System during Hurricane Betsy.

47. Mississippi Gulf River Outlet Deep Draft De-Authorization Interim Report to Congress, December 2006

48. Dr. John Day et al., Mister Go Must Go: A Guide for the Army Corps' Congressionally-Directed Closure of the Mississippi Gulf River Outlet, December 4, 2006

49. Documents discussing, analyzing, or evaluating the impact, effects, or merits of the IHNC or MRGO or maintenance, dredging, or expansion of those channels prior to Hurricane Katrina

50. Permits, plans, and documentation of any dredging, fence building, or other construction projects related to the IHNC or MRGO

51. Property records for properties in the Lower Ninth Ward and other neighborhoods that are or may be part of the alleged class

52. Media reports related to events during Hurricane Katrina or the failure of the hurricane protection system

53. Weather data showing the path of Hurricane Katrina and weather conditions during Katrina, including wind speed and direction at locations of interest

54. Astronomical data

55. Representations of wind, weather, and current in the IHNC

56. Representations of house movement and water flow in the Lower Ninth Ward

57. Illustrations of ING 4727

58. Soil data and borings

59. Exhibits to be used by experts as support for / summary of opinions, potentially including models, recreation, or animation, to be disclosed with expert reports pursuant to Fed. R. Civ. P. 26(a)(3)

60. U.S. Coast Guard documents showing timing of Port Conditions Whiskey, X-Ray, Yankee, and Zulu

61. Government declarations / documents regarding evacuation in advance of Hurricane Katrina

62. Expert reports and depositions from MRGO/Levee litigation

63. LNA documents produced by LNA in discovery, including from New Orleans terminal

64. Barge unloading report produced as LNA 000105.

65. New Orleans terminal shipping document produced as LNA 000106.

66. Fleet picture produced as LNA 000107.

67. New Orleans terminal report produced as LNA 000108.

68. Invoices for mooring line produced as LNA 000481-484.

69. Joseph C. Domino invoice produced as DOM 000008.

70. Any document listed or proffered by any other party

                                          Respectfully submitted,

                                          Robert B. Fisher, Jr., T.A. (#5587)
                                          Derek A. Walker (#13175)

LIBW/1665479.1

Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

/s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 20th day of December, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock