UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*    07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## LAFARGE NORTH AMERICA'S SECOND PRELIMINARY FACT WITNESS LIST

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724), Lafarge North America Inc. ("LNA") submits this first preliminary fact witness list.

LNA has prepared this preliminary list on the basis of its best efforts and the information currently available. It is necessarily limited because discovery in this case has only recently begun, and will not close until late 2008. LNA will supplement this list on the 20th of each month, as directed by Case Management and Scheduling Order No. 5.

Fact Witness List

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 1.  Ed Busch<br>Contact c/o Counsel for LNA | Procedures and practices at LNA's New Orleans Terminal and handling of ING 4727 |

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 2. Earl Smith<br>Contact c/o Counsel for LNA | Procedures and practices at LNA's New Orleans Terminal and handling of ING 4727 |
| 3. Roland Johnson<br>Contact c/o Counsel for LNA | Procedures and practices at LNA's New Orleans Terminal and handling of ING 4727 |
| 4. Annette Gaskin<br>Contact c/o Counsel for LNA | Procedures and practices at LNA's New Orleans Terminal |
| 5. Ed VanderMeulen<br>Contact c/o Counsel for LNA | LNA's distribution procedures and practices and transport of ING 4727 |
| 6. Rachael Burnett<br>Contact c/o Counsel for LNA | LNA's distribution procedures and practices and transport of ING 4727 |
| 7. Jennifer Arnold<br>Contact c/o Counsel for LNA | Communications preceding Hurricane Katrina and LNA's procedures and practices. |
| 8. D'Antionette Johnson<br>4407 Lonely Oak Drive<br>New Orleans, Louisiana 70126 | Personal experience during and after Hurricane Katrina |
| 9. Witnesses to events in the Lower Ninth Ward on August 29, 2005 (to be identified through deposition discovery) | Personal experience during and after Hurricane Katrina |
| 10. Steven Lentz<br>409 LeGardeur Dr.<br>Slidell, Louisiana 70460 | Personal experience during and after Hurricane Katrina |
| 11. David Scott Castaing<br>Contact c/o Counsel for Joseph C. Domino, Inc. | Handling of ING 4727 prior to Hurricane Katrina |
| 12. Raymond Grabert, Jr.<br>Contact c/o Counsel for Unique Towing, Inc. | Handling of ING 4727 prior to Hurricane Katrina |
| 13. Stan Cook (Ingram)<br>Contact c/o Counsel for Ingram Barge Company | Events concerning ING 4727 prior to Hurricane Katrina |
| 14. Michael O'Dowd<br>U.S. Army Corps of Engineers<br>Lockmaster | Personal experience during and after Hurricane Katrina |
| 15. McElwee Construction organizational representative | Underseepage at location of northern breach on the eastern side of the IHNC |

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 16. Don McCrosky<br>Entergy Little Gypsy Plant<br>17420 River Road<br>Montz, LA 70068 | Personal experience during and after Hurricane Katrina; authentication of photographs |
| 17. Witnesses from the IPET group | The creation and genesis of the IPET Report, including the various studies, analyses, and conclusions detailed in the IPET Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005 |
| 18. Witnesses from the ILIT group | The creation and genesis of the ILIT Report, including the various studies, analyses; and conclusions detailed in the ILIT Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005 |
| 19. Witnesses from the Team Louisiana group | The creation and genesis of the Team Louisiana Report, including the various studies, analyses; and conclusions detailed in the Team Louisiana Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005 |
| 20. Witnesses from the ASCE External Review Panel | The creation and genesis of the ERP Report, including the various studies, analyses; and conclusions detailed in the ERP Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005 |
| 21. Witnesses interviewed by IPET, ILIT, or Team Louisiana | Personal experience during and after Hurricane Katrina |
| 22. Witnesses to authenticate evidence to be used at trial | Authentication of evidence |
| 23. Lamy Chopin<br>Hydro Consultants, Inc.<br>10275 Siegen Lane<br>Baton Rouge, LA 70810 | Authentication of photographs |
| 24. Wayne Grip<br>Aero-Data Corp.<br>8245 YMCA Plaza Drive<br>Baton Rouge, LA 70810-0919 | Authentication of photographs |

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 25. Jason Fernandes<br>Martin, Ottaway, van Hemmen & Dolan<br>365 Canal Street, Suite 2370<br>New Orleans, LA 70130 | Authentication of photographs |
| 26. John Cunningham<br>Arthur Darden, Inc.<br>3200 Ridgelake Dr # 403<br>Metairie, LA 70002 | Authentication of photographs |
| 27. Witness from New Orleans property records office | Property records in the alleged class area |
| 28. James Huey<br>Former president, Orleans Levee District | Levee inspections; scope of the work and the fulfillment of duties related to levee projects |
| 29. Jerry Colletti<br>U.S. Army Corps of Engineers<br>(mailing)<br>P.O. Box 60267<br>New Orleans, LA 70160-0267<br>(physical)<br>7400 Leake Avenue<br>New Orleans, LA 70118 | Levee inspections |
| 30. Any witness listed or called by any party in the In re: Katrina Canal Breaches Litigation | |

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

  /s/ John D. Aldock

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 20th day of December, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock