UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| VERSUS | * * | NO.   05-4182 "K" (2) |
| | * * | JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. WILKINSON |
| INSURANCE    LUNDY, NO. 06-3509 | * * | |

### ORDER

Considering the foregoing Consent Motion to Continue Pre-Trial Deadlines,

**IT IS HEREBY ORDERED** that the pre-trial deadlines set forth in this Court's June 21, 2007 Scheduling Order in the captioned case (Record Doc. 5743) be and are CONTINUED.

**IT IS FURTHER ORDERED** that the Court will hold a scheduling conference in the captioned matter on January 8, 2008 at 3 p.m. for the purpose of setting a new pre-trial schedule for the captioned case.

New Orleans, Louisiana this 20th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

1572/3099