## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   KATRINA CANAL BREACHES<br>          CONSOLIDATED LITIGATION<br><br>_____<br><br>**PERTAINS TO:**<br>LEVEE     (07-4944)<br>Frank Cina, et al<br>_____ | § § § § § § § § § § § |

CIVIL ACTION NO.: 05-4182

JUDGE DUVAL

MAG. WILKINSON

### EX PARTE/CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, come plaintiffs in the above styled and numbered action, appearing through undersigned counsel, who hereby move this Court to dismiss all claims asserted against the Southeast Louisiana Flood Protection Authority – East ("SLFPA") without prejudice. Plaintiffs assert this motion based upon SLFPA's representations that it is not a proper party defendant to this action. Plaintiffs reserve all rights to re-file and re-assert these claims against SLFPA if it is later determined that SLFPA is a proper party defendant in the above action. Plaintiffs reserve all rights against all other remaining defendants in this action.

Respectfully Submitted:

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 19 day of December 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic mail.

/s/ Jonathan B. Womack
Jonathan B. Womack

/s/ Jonathan B. Womack
DAVID V. BATT, #2849
JONATHAN B. WOMACK, #30801
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET , SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290