UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   **KATRINA CANAL BREACHES** §<br>             **CONSOLIDATED LITIGATION** §<br>                                                                   §<br>                                                                   §<br>_____ §<br>                                                                   §<br>**PERTAINS TO:**                                         §<br>**LEVEE      (07-4944)**                          §<br>Frank Cina, et al                                           §<br>_____ § | **CIVIL ACTION NO.:  05-4182**<br><br>**JUDGE DUVAL**<br><br>**MAG. WILKINSON** |

## **ORDER**

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiffs;

**IT IS ORDERED BY THE COURT** that Plaintiffs' claims against Southeast Louisiana Flood Protection Authority – East be and the same is hereby dismissed, without prejudice, each party to bear its own costs.

**SIGNED** this _____ day of _____ 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.