UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:   KATRINA CANAL BREACHES | § | |
| CONSOLIDATED LITIGATION | § | |
| | § | CIVIL ACTION NO.:  05-4182 |
| | § | |
| _____ | § | JUDGE DUVAL |
| | § | |
| PERTAINS TO: | § | MAG. WILKINSON |
| LEVEE     (07-4945) | § | |
| Cynthia Ferrara, et al | § | |
| _____ | § | |

## EX PARTE/CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, come plaintiffs in the above styled and numbered action, appearing through undersigned counsel, who hereby move this Court to dismiss all claims asserted against the Southeast Louisiana Flood Protection Authority – East ("SLFPA") without prejudice. Plaintiffs assert this motion based upon SLFPA's representations that it is not a proper party defendant to this action. Plaintiffs reserve all rights to re-file and re-assert these claims against SLFPA if it is later determined that SLFPA is a proper party defendant in the above action. Plaintiffs reserve all rights against all other remaining defendants in this action.

Respectfully Submitted:

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 19