UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES** **CONSOLIDATED LITIGATION** | § § § § § § § § § § | **CIVIL ACTION NO.: 05-4182** **JUDGE DUVAL** **MAG. WILKINSON** |
| _____ | | |
| **PERTAINS TO:** **LEVEE   (07-4945)** Cynthia Ferrara, et al _____ | | |

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiffs;

**IT IS ORDERED BY THE COURT** that Plaintiffs' claims against Southeast Louisiana Flood Protection Authority – East be and the same is hereby dismissed, without prejudice, each party to bear its own costs.

**SIGNED** this _____ day of _____ 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.