UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:   KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> _____ § <br> § <br> **PERTAINS TO:** § <br> **LEVEE   (07-5397)** § <br> Byrnes Aleman, et al § <br> _____ § | **CIVIL ACTION NO.: 05-4182** <br><br> **JUDGE DUVAL** <br><br> **MAG. WILKINSON** | |

**EX PARTE/CONSENT MOTION TO DISMISS WITHOUT PREJUDICE**

   **NOW INTO COURT**, come plaintiffs in the above styled and numbered action, appearing through undersigned counsel, who hereby move this Court to dismiss all claims asserted against the Southeast Louisiana Flood Protection Authority – East ("SLFPA") without prejudice. Plaintiffs assert this motion based upon SLFPA's representations that it is not a proper party defendant to this action. Plaintiffs reserve all rights to re-file and re-assert these claims against SLFPA if it is later determined that SLFPA is a proper party defendant in the above action. Plaintiffs reserve all rights against all other remaining defendants in this action.

Respectfully Submitted:

/s/ Jonathan B. Womack
DAVID V. BATT, #2849
JONATHAN B. WOMACK, #30801
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET , SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

 I do hereby certify that I have on this 19 day of December 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic mail.

/s/ Jonathan B. Womack
Jonathan B. Womack