UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 |
| | | SECTION "K" |
| | | MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: Insurance | | |
| | | THIS PLEADING APPLIES ONLY TO THE CLAIMS OF KENDALL WAGAR AND EVELYN F. WAGAR |
| **No. 06-5164,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Kendall Wagar and Evelyn F. Wager, who wish to voluntarily dismiss their claims against Defendant, Kemper Casualty Insurance Company, regarding homeowners' insurance policy for 2318 Prentiss Avenue, New Orleans, Louisiana 70127, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, Plaintiffs, Kendall Wagar and Evelyn F. Wager, respectfully request that this Court reopen this case with respect to Defendant, Kemper Casualty Insurance Company, regarding

homeowners' insurance policy for 2318 Prentiss Avenue, New Orleans, Louisiana 70127, for the sole purpose of addressing this motion, thereby allowing plaintiffs to voluntarily dismiss their claims against Kemper Casualty Insurance Company, regarding homeowners' insurance policy for 2318 Prentiss Avenue, New Orleans, Louisiana 70127, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

**WHEREFORE**, Plaintiffs, Kendall Wagar and Evelyn F. Wagar, pray that the Court reopen this case with respect to Defendant, Kemper Casualty Insurance Company, regarding homeowners' insurance policy for 2318 Prentiss Avenue, New Orleans, Louisiana 70127, for the sole purpose of addressing this motion, thereby allowing plaintiffs to voluntarily dismiss their claims against Kemper Casualty Insurance Company, regarding homeowners' insurance policy for 2318 Prentiss Avenue, New Orleans, Louisiana 70127, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
**JOSEPH M. BRUNO (# 3604)**
**L. SCOTT JOANEN (# 21431)**
The Law Offices of Joseph M. Bruno
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 561-6775
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by hand-delivery, facsimile, e-mail or other electronic filing, and/or by First Class, United States Mail, properly addressed and postage prepaid, this 20th day of December, 2007.

       /s/ Joseph M. Bruno
**JOSEPH M. BRUNO**