UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance | § § § | |
| No. 06-5164, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | § § § § | THIS PLEADING APPLIES<br>ONLY TO THE CLAIMS OF<br>KENDALL WAGAR AND<br>EVELYN F. WAGAR |

**O R D E R**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED**, that the motion be and is **GRANTED**, and that the claims of Plaintiffs, Kendall Wagar and Evelyn F. Wagar, against Defendant, Kemper Casualty Insurance Company, regarding homeowners' insurance policy for 2318 Prentiss Avenue, New Orleans, Louisiana 70127, in the above-captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**United States District Court Judge**