UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NUMBER: 05-4182<br><br>SECTION: "K" (2) |

PERTAINS TO:
ALL LEVEE

### EX PARTE MOTION TO CONTINUE HEARING

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above matter, who respectfully represent to the Court that the defendant National Union Fire Insurance Company of Pittsburgh, PA has filed a motion to dismiss which currently is set for hearing on January 9, 2008 at 9:30 a.m., and who further represent to the Court that counsel for the defendant does not oppose plaintiffs' request on the condition that the matter not be reset during the week of January 14, 2008, and that the hearing date be postponed until January 23, 2008 at 9:30 a.m., and who accordingly move for a continuance of the hearing on the motion to January

00011757.WPD

23, 2008, without opposition.

>RESPECTFULLY SUBMITTED:
>
>**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**
>
>BY:   s/Gerald E. Meunier
>        GERALD E. MEUNIER (La. Bar #9471)
>        LEVEE PSLC LIAISON COUNSEL
>        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
>        2800 Energy Centre
>        1100 Poydras Street
>        New Orleans, Louisiana 70163-2800
>        Phone:504/522-2304
>        Facsimile:504/528-9973
>        E-mail:gmeunier@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Gerald E. Meunier
>GERALD E. MEUNIER, #9471