UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
      CONSOLIDATED LITIGATION
                                        NUMBER: 05-4182

                                        SECTION: "K" (2)

**PERTAINS TO:**
**ALL LEVEE**

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the hearing on the defendant National Union Fire Insurance Company of Pittsburgh, Pa's Motion to Dismiss be continued from January 9, 2008 until the 23rd day of January, 2008, at 9:30 o'clock a.m.

THIS DONE the ____ day of _____, 2008, New Orleans, Louisiana.

                                                    _____
                                                    J U D G E

00011757.WPD