UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO, BARGE<br>No. 06-4389<br>No. 07-3500 | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO STRIKE PLAINTIFF'S MOTION FOR SANCTIONS

Defendant Washington Group International, Inc., through undersigned counsel, and in accordance with Federal Rule of Civil Procedure 11, hereby moves the Court to strike plaintiff's motion for sanctions for the reasons set forth in the accompanying memorandum.

**WHEREFORE**, Washington Group International, Inc. hereby moves for an order to strike plaintiff's motion for sanctions pursuant to Federal Rule of Civil Procedure 11.

904936v.1

Dated:  December 21, 2007                                    Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Strike Plaintiff's Motion for Sanctions has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, on this 21st day of December, 2007,

/s/William D. Treeby
William D. Treeby

904936v.1