# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| IN RE:  KATRINA CANAL BREACHES | *   CIVIL ACTION |
| CONSOLIDATED LITIGATION | * |
| | *   NO. 05-4182 |
| | * |
| PERTAINS TO:  MRGO, BARGE | *   SECTION "K" (2) |
| No. 06-4389 | * |
| No. 07-3500 | * |
| | *   JUDGE DUVAL |
| | * |
| | *   MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Washington Group International, Inc., and respectfully requests permission to orally argue its Motion to Strike Plaintiff's Motion for Sanctions.  Oral argument will clarify the issues of law and fact and will assist the Court in making a correct disposition of the motion.

WHEREFORE, Washington Group International, Inc. respectfully moves the Court for entry of an Order granting oral argument on its Motion to Strike Plaintiff's Motion for Sanctions.

Dated:  December 21, 2007                    Respectfully submitted,


                                             */s/William D. Treeby*
                                             William D. Treeby, 12901
                                             Carmelite M. Bertaut, 3054
                                             Heather S. Lonian, 29956
                                                   Of
                                             Stone Pigman Walther Wittmann L.L.C.
                                             546 Carondelet Street
                                             New Orleans, Louisiana  70130
                                             Telephone:  (504) 581-3200
                                             Facsimile:   (504) 581-3361

                                             Attorneys for Washington Group
                                             International, Inc.

                                             Of counsel

                                             Adrian Wager-Zito
                                             Julie McEvoy
                                             Jones Day
                                             51 Louisiana Avenue, N.W.
                                             Washington, D.C. 20001-2113
                                             Telephone:  (202) 879-4645
                                             Facsimile:  (202) 626-1700


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, on this 21st day of December, 2007,

                                             */s/William D. Treeby*
                                             William D. Treeby

- 2 -

904943v.1