| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

PERTAINS TO: ROAD HOME  \*
    Louisiana State C.A. No. 07-5528  \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT
OF RECEIPT OF PROTECTIVE ORDER GOVERNING
ROAD HOME APPLICANT AND RECIPIENT INFORMATION**

    The Insurance Company Defendants identified below, by its undersigned counsel of record, hereby acknowledge receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.


Agreed to by:


/s/ Andrew L. Plauché, Jr.                                      December 21     , 2007
ANDREW L. PLAUCHÉ, JR. (11023)
JAMES K. ORDENEAUX (28179)
PLAUCHÉ MASELLI PARKERSON, L.L.P.
701 Poydras St., Suite 3800
New Orleans, LA   70139-3800
Telephone: 504.582.1142; Fax: 504.582.1172

H. ALSTON JOHNSON  III (7293)
PHELPS DUNBAR LLP
445 North Blvd., Suite 701 (70802)
Post Office Box 4412
Baton Rouge, Louisiana 70821
Telephone: 225.346-0285; Fax: 225.381.9197

Counsel for **Louisiana Farm Bureau Casualty Insurance Company** and **Louisiana Farm Bureau Mutual Insurance Company**