## STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
WWW.STONEPIGMAN.COM

ANDREA L. FANNIN
DIRECT DIAL: (504) 593-0912
DIRECT FAX: (504) 596-0912
E-Mail: afannin@stonepigman.com

OUR FILE NUMBER

27,182

July 12, 2007

**VIA FAX**

Jeffery B. Struckhoff, Esq.
Lestelle & Lestelle
3421 N. Causeway Blvd, Suite 602
Metairie, Louisiana 70002

Re: *Marlene Katz v. State Farm Fire and Casualty Co, et al.*, United States District Court, Eastern District of Louisiana, No. 06-4155, Sect. R

Dear Jeff:

I write to confirm our conversation earlier this afternoon wherein you granted State Farm and Mr. Cemo an extension of time to provide responses to plaintiff's first set of requests for admissions, interrogatories, and requests for production of documents through and including July 20, 2007.

With kind regards, I remain

Sincerely,

*Andrea L. Fannin*

Andrea L. Fannin

ALF/wjd



883798v.1

## STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
WWW.STONEPIGMAN.COM

ANDREA L. FANNIN
DIRECT DIAL: (504) 593-0812
DIRECT FAX: (504) 596-0812
E-Mail: afannin@stonepigman.com

OUR FILE NUMBER

27,182

July 19, 2007

**VIA FAX**

Jeffery B. Struckhoff, Esq.
Lestelle & Lestelle
3421 N. Causeway Blvd, Suite 602
Metairie, Louisiana 70002

Re: *Marlene Katz v. State Farm Fire and Casualty Co, et al.*, United States District Court, Eastern District of Louisiana, No. 06-4155, Sect. R

Dear Jeff:

I write to confirm our conversation earlier this afternoon wherein you granted State Farm and Mr. Cemo an extension of time to provide responses to plaintiff's first set of requests for admissions, interrogatories, and requests for production of documents through and including July 25, 2007.

Thank you for your consideration in this matter.

With kind regards, I remain

Sincerely,

Andrea L. Fannin

Andrea L. Fannin

ALF/wjd



EXHIBIT 2

884937v.1