UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K"(2) |
| *Katz*, C.A. 06-4155 | * | |

*******************************************

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff Marlene Katz who, pursuant to LR 78.1, requests oral argument for her Motion to Reconsider and Vacate the Court's December 6, 2007 Orders granting defendants State Farm Fire and Casualty Company's and Anthony Cemo's Motion for Partial Summary Judgment to Dismiss Plaintiff's Excess Flood Allegations, and defendants' Motion to Exclude Testimony and Opinions of Haig Neville. Plaintiff respectfully avers that the Court should permit oral argument so that undersigned counsel can rebut the *ad hominem* arguments in defendants' opposition memorandum. The hearing of plaintiff's Motion to Reconsider and Vacate is currently set for December 26, 2007, at 9:30 a.m.

Respectfully submitted,

   /s/ Jeffery B. Struckhoff
**TERRENCE J. LESTELLE – 8540**
**ANDREA S. LESTELLE – 8539**
**JEFFERY B. STRUCKHOFF - 30173**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd, Ste. 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229
**Attorneys for Plaintiff**
**Marlene Katz**

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on this 21st day of December, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

   /s/ Jeffery B. Struckhoff
**Jeffery B. Struckhoff**