| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br>     CONSOLIDATED LITIGATION <br><br><br><br><br><br> PERTAINS TO: ROAD HOME <br>     Louisiana State C.A. No. 07-5528 | *    CIVIL ACTION <br> *    NO. 05-4182 "K"(2) <br> *    JUDGE DUVAL <br> *    MAG. WILKINSON <br> * <br> * <br> * <br> * <br> * |

**********************************************************************

### INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

/s/ Marshall M. Redmon        December 21, 2007 , 2007

Marshall M. Redmon, Esq.     Of Counsel: Andrew L. Sandler (admitted pro hac vice)
La. Bar No. 18398                      Amy Sabrin (admitted pro hac vice)
**Phelps Dunbar LLP**                 Victoria Holstein-Childress
445 North Boulevard, Suite 701              La. Bar No. 28611
Baton Rouge, LA 70802         Skadden, Arps, Slate, Meagher & Flom LLP
Phone:(225) 346-0285          1440 New York Avenue, NW
Fax: (225) 381-9197            Washington, DC 20005
Email: redmonm@phelps.com    Phone: (202) 371-7000
                                        Fax: (202) 393-5760

ATTORNEYS FOR FARMERS INSURANCE EXCHANGE, FOREMOST INSURANCE COMPANY, FOREMOST PROPERTY AND CASUALTY, AND FOREMOST SIGNATURE INSURANCE COMPANY