## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:   06-9151 (JONES) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

### MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come defendant, the Orleans Levee District, who, for the reasons set forth in the attached memorandum in support, move this Honorable Court for an order, dismissing plaintiffs' claims with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), as plaintiffs failed to amend the instant lawsuit within the time allowed by law.

**WHEREFORE**, defendant, Orleans Levee District, prays that, after due proceedings are had, plaintiffs' claims against it be dismissed with prejudice.

Respectfully submitted,

/s/

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
DARCY E. DECKER (#30469)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
LABORDE & NEUNER
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT
ORLEANS LEVEE DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants, this 21ST day of December, 2007.

_____
THOMAS P. ANZELMO, T.A. (#2533)
tanzelmo@mcsalaw.com