UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAGISTRATE WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:  ROAD HOME | § | |
|    *Louisiana State*  C.A. No. 07-5528 | § | |

### INSURANCE COMPANY DEFENDANTS ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendants identified below, by their undersigned counsel of record, hereby acknowledge receipt of the Protective Order for Receipt of Road Home Governing Application Applicant and Recipient Information.

Agreed to by:

/s/ Gordon P. Serou, Jr.                                    Dated:  December 21, 2007
GORDON P. SEROU, JR. (14432)
Law Offices of Gordon P. Serou, Jr.
Poydras Center, Suite 1420
650 Poydras Street
New Orleans, Louisiana 70130
gps@seroulaw.com
gordonserou@hotmail.com
Telephone No.: 504-299-3421
Facsimile No.: 504-299-3496

*Counsel for American Bankers Insurance Company of Florida, American Security Insurance Company, Assurant, Inc., American Reliable Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Insurance Company, and Voyager Property and Casualty Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of December, 2007, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.  Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

                                             s/Gordon P. Serou, Jr.
                                             GORDON P. SEROU, JR.