UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO. 05-4182 "K" (2) |
| § | | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| § | | |
| PERTAINS TO: § | | |
| ALL LEVEE § | | |
| ALL MRGO § | | |
| ALL BARGE § | | |
| _____§ | | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North American Inc.'s Requests for Production of Documents in the Barge category, respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

    EDN-219-000000001  to  EDN-219-000047852.

This Notice of Production is respectfully submitted,

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        C. FREDERICK BECKNER
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY
        Assistant Director, Torts Branch

        s/ Paul Marc Levine
        PAUL MARC LEVINE
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: December 21, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on December 21, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

                                                                          s/ Paul Marc Levine
                                                                          PAUL MARC LEVINE