UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| *St. Ann Protector*, C.A. No. 07-4893 | * | |

*******************************************************************************

## MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED

## PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come Petitioners, St. Ann Protector, LLC and Mitchell Crusto who pray that they be permitted to amend their original Petition, as the amendment is unopposed and it is within this Court's discretion to permit same without the need for a contradictory hearing and because the proposed amendment "arises out of the conduct ... set forth or attempted to be set forth in the original pleading" and thus it " relates back to the date of the filing of the original pleading." (LCCP Art. 1153).

Specifically, Plaintiffs' Petition for Damages contains a typographical error in paragraph II. The address should read "2017 and 2017 ½" rather than "2917 and 2917 ½".

**WHEREFORE,** Petitioners pray that they be permitted to file their FIRST AMENDING PETITION FOR DAMAGES, and that after due proceedings be had, there be judgment herein in favor of the petitioners, ST. Ann Protector and Mitchell Crusto, against the defendant, Fidelity, for all such damages reasonable in the premises, for legal interest thereon from date of judicial demand until paid, for all costs of this proceeding, and for all general and equitable relief.

*(Signature block appears on the following page)*

        RESPECTFULLY SUBMITTED:
        LAW OFFICE OF JOHN W. REDMANN, LLC

        /s Margaret Madere
        JOHN W. REDMANN #19984
        MARGARET MADERE#28666
        5407 MacArthur Boulevard
        New Orleans, Louisiana 70131
        (504) 433-5550

CERTIFICATE:  I hereby certify that I have this 21st day of December, 2007, served, or am serving, copies of the foregoing document(s) to all counsel of record by the Court's CM/ECF Electronic Notification System and/or by placing them into the U. S. Mail, or by telefacsimile.

        /s Margaret Madere
        MARGARET MADERE