UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| *St. Ann Protector*, C.A. No. 07-4893 | * | |

*******************************************************************************

**O R D E R**

Considering the foregoing motion to amend, **IT IS ORDERED** by the Court that the Petitioners' Motion for Leave of Court to Amend their Original Petition for Damages be granted as prayed for and that their <u>FIRST AMENDING PETITION FOR DAMAGES</u> be filed accordingly.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
J U D G E

Z:\Crusto, Mitchell\Gov. Nicholls\2007 12 21 Amended Petition ORDER.wpd