UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| *At. Ann Protector*, C.A. No. 07-4893 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, comes Petitioner, ST. Ann Protector LLC and Mitchell Crusto, who wish to amend the original Petition in the following respects:

I.

Petitioners desire to amend their original petition filed herein by correcting a typographical error and changing "2917 and 2917(½)" to read "2017 and 2017 ½) in paragraph II.

Thereafter, Paragraph II should read as follows:

"II.

Petitioner desires to amend Paragraph II. to read as follows: At all times relevant, Petitioners owned the following real property located in Orleans Parish, Louisiana: 2017 and 2017(1/2) Gov. Nicholls, New Orleans, Louisiana 70126. [hereinafter "Gov. Nicholls"] ."

*(Signature Block appears on the following page.)*

        RESPECTFULLY SUBMITTED:
        LAW OFFICE OF JOHN W. REDMANN, LLC

        /s Margaret Madere
        JOHN W. REDMANN #19984
        MARGARET MADERE #28666
        5407 Mac Arthur Blvd.
        New Orleans, Louisiana 70131
        Tel: (504) 433-5550
        Fax: (504) 433-5556

CERTIFICATE:   I hereby certify that I have this 21st day of December, 2007, served, or am serving, copies of the foregoing document(s) to all counsel of record by the Court's CM/ECF Electronic Notification System and/or by placing them into the U. S. Mail, or by telefacsimile.

        /s Margaret Madere
        MARGARET MADERE