UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SEC. "K" JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) WILKINSON |
| INSURANCE     Civil Action No.: 06-2617 | * | |
| (bifurcated)         (*Ronald A. Holbrook*) | * | |

### DEFENDANT AAA'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFFS' JOINT OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant herein, Club Insurance Agency, Inc. ("AAA"), which respectfully requests that this Honorable Court allow defendant to file the attached Reply Memorandum to Plaintiffs' Opposition to Motions for Summary Judgment:

1.    On November 30, 2007, AAA filed a Motion for Summary Judgment, seeking summary judgment on the claims asserted against it by plaintiffs, Ronald A. Holbrook and April Holbrook.

2. On November 30, 2007, Defendant, Fidelity National Property and Casualty Insurance Company, also filed a Motion for Summary Judgment against plaintiffs, Ronald A. Holbrook and April Holbrook.

3. On December 18, 2007, plaintiffs, Ronald and April Holbrook, filed Plaintiffs' Joint Opposition to Motions for Summary Judgment.

4. As detailed in the attached, proposed reply memorandum, the legal and factual analyses in plaintiffs' opposition memorandum are incorrect. Defendant, AAA, will be unfairly prejudiced if it is not permitted to advise the Court of plaintiffs' errors. AAA requests the opportunity to respond before the Court making its ruling.

WHEREFORE, based on the foregoing, defendant, Club Insurance Agency, Inc., respectfully requests that this Honorable Court allow it an opportunity to file the attached reply memorandum.

CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:
Randal J. Robert (randy@kswb.com),
Connell Lee Archey (connell@kswb.com),
Travis Brendon Wilkinson (travis@kswb.com),
William T. Treas (wtreas@nielsenlawfirm.com), and
Gerald J. Nielsen (gjnielsen@aol.com).
I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: Becky R. Cieutat, Esq.

/S/ KEVIN G. BARRECA
KEVIN G. BARRECA

Respectfully submitted,

/S/ KEVIN G. BARRECA
David Israel (# 7174)(T.A.)
disrael@sessions-law.biz
Kevin G. Barreca (# 24015)
kbarreca@sessions-law.biz
Allison L. Cannizaro (#29951)
acannizaro@sessions-law.biz
SESSIONS, FISHMAN & NATHAN, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile:  (504) 828-3737

Attorneys for Defendant,
Club Insurance Agency, Inc.

H:\DI\A A A\Holbrook, Ronald and Leigh (5786-20346)\pleadings\Reply Mem - Mot & Inc Mem Lv to File .doc