UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES        *
CONSOLIDATED LITIGATION              *        CIVIL ACTION NO. 05-4182
                                     *
                                     *        SEC. "K" JUDGE DUVAL
                                     *
PERTAINS TO:                         *        MAG. (2) WILKINSON
INSURANCE      Civil Action No.: 06-2617     *
(bifurcated)        (*Ronald A. Holbrook*)   *

<u>**ORDER**</u>

CONSIDERING THE FOREGOING Motion for Leave to File Reply Memorandum to Plaintiffs' Joint Opposition to Motions for Summary Judgment,

IT IS ORDERED, that defendant, Club Insurance Agency, Inc., be and is hereby granted leave to file Defendant AAA's Reply Memorandum to Plaintiffs' Joint Opposition to Motions for Summary Judgment

SO ORDERED this _____ day of December, 2007, New Orleans, Louisiana.


_____
UNITED STATES DISTRICT JUDGE