MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 20, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                CIVIL ACTION
        CONSOLIDATED LITIGATION
                                   NO. 05-4182 "K" (2)

PERTAINS TO:                                 JUDGE DUVAL
ROAD HOME:  Louisiana State, 07-5528         MAG. WILKINSON
INSURANCE: 07-5111, Allen et al. (Carter, Morgan,
Gilyott, Ferrara, Simms)
INSURANCE/Severed Mass Joinder: 07-2322, Crawford;
07-2323, Williams; 07-2363, Netter; 07-2364, Thibodeaux;
07-2367, Paulin; 07-2375, Oubre; 07-2382, Joseph;
07-2389, Deslatte; 07-2392, Griffith; 07-2395, Legrone;
07-2407, Gibson; 07-2411, Blunt; 07-2421, Hales;
07-2425, Creecy; 07-2427, Wright; 07-2430, Ferrouillet

     A settlement conference/hearing in the above-referenced cases was conducted by

me on December 20, 2007.  Participating were:  Joseph M. Bruno, Plaintiffs' Liaison

Counsel;  Seth Schmeeckle and Ralph Hubbard, Defense Liaison Counsel; Patrick Keller,

Calvin Fayard and Frank Dudenhefer, representing the State of Louisiana in the

---

**MJSTAR:   2:30**

referenced Road Home case; Chase Chassaignac and David Strauss, representing, State Farm; Judy Barrasso, representing Allstate Insurance Company.

Some of the proceedings were held in open court and recorded. The remainder was conducted exclusively by counsel in negotiations among the parties. At the conclusion of the session, settlements were reached in all of the referenced Insurance and Severed Mass Joinder matters, including consent to the settlement by the State of Louisiana/Road Home Program and the crafting of an agreed-upon release to be executed by the State. Exhibits "A" (a form of the agreed-upon release to be executed by the State) and "B" (a spread-sheet summarizing the settlements) were introduced during the proceedings in open court and have been separately filed in the record.

Plaintiffs' counsel advised that mortgage lien issues concerning distribution of the settlement funds remain to be resolved in some of the cases. Counsel will confer and determine how they wish to raise those issues with the court, if necessary. No later than January 2, 2008, Plaintiffs' Liaison Counsel must advise me in writing which of the settled cases have no remaining mortgage lien issues, so that appropriate dismissal orders may be issued in those cases.

Counsel are continuing their discussions aimed at crafting a protocol for finalization of numerous additional settlements in the Insurance category of cases that

require Road Home Program consents and releases. In the interest of furthering those discussions,

IT IS ORDERED that a status conference will be conducted by me in the referenced Road Home case, C.A. No. 07-5528, on January 11, 2008, commencing at 10:00 a.m., concerning the development of that protocol and the finalization of settlement in additional Insurance category cases.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.