## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:   KATRINA CANAL BREACHES** §<br>**CONSOLIDATED LITIGATION** §<br>§<br>_____ §<br>§<br>**PERTAINS TO:** §<br>**LEVEE      (07-4945)** §<br>Cynthia Ferrara, et al §<br>_____ § | **CIVIL ACTION NO.:  05-4182**<br><br>**JUDGE DUVAL**<br><br>**MAG. WILKINSON** |

### EX PARTE/CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

    **NOW INTO COURT**, come plaintiffs in the above styled and numbered action, appearing through undersigned counsel, who hereby move this Court to dismiss all claims asserted against the Southeast Louisiana Flood Protection Authority – East ("SLFPA") without prejudice. Plaintiffs assert this motion based upon SLFPA's representations that it is not a proper party defendant to this action. Plaintiffs reserve all rights to re-file and re-assert these claims against SLFPA if it is later determined that SLFPA is a proper party defendant in the above action. Plaintiffs reserve all rights against all other remaining defendants in this action.

Respectfully Submitted:

**CERTIFICATE OF SERVICE**

  I do hereby certify that I have on this 19 day of December 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic mail.

/s/ Jonathan B. Womack
Jonathan B. Womack

/s/ Jonathan B. Womack
DAVID V. BATT, #2849
JONATHAN B. WOMACK, #30801
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET , SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290