UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO:<br>LEVEE      (07-4945)<br>Cynthia Ferrara, et al<br>_____ | § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiffs;

**IT IS ORDERED BY THE COURT** that Plaintiffs' claims against Southeast Louisiana Flood Protection Authority – East be and the same is hereby dismissed, without prejudice, each party to bear its own costs.

**SIGNED** this _____ day of _____ 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.