FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 19 PM 4: 13

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _12/19/07_____

_Heidi De Salvo_____

vs.

_United States of America, et al_

Case No. _07-4954_ Section _K_

(Consolidated with 05-4182)

Dear Sir:

    Please (issue) (re-issue) summons on the (complaint) (amended

complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

    1. (name) _US through  US Attorney General_____
       (address) _US Dept of Justice, Civil Div, Rm 7141 950 Pennsylvania, NW Washington, DC 20530_
    2. (name) _US through Jim Letten, US Attorney_____
       (address) _500 Poydras St., Suite B-210 New Orleans, LA 70130_
    3. (name) _____
       (address) _____
    4. (name) _____
       (address) _____

                    Very truly yours,

                    _____
                         "Signature"

                    Attorney for  _Heidi De Salvo_

                    Address  _909 Poydras St, Floor 28_
                             _New Orleans, LA 70112_

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.