OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 19 PM 4:18

LORETTA G. WHYTE
CLERK

Date: _12/19/07_

_Gregory J. Blaum, et al_

vs.

_United States of America, et al_

Case No. _07-4987_ Section _2_
(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _Jim Letten, U.S. Attorney_
   (address) _500 Poydras St., Suite B-210, New Orleans, LA 70130_
2. (name) _US of America through US Attorney General_
   (address) _US Dept of Justice, Civil Division, Room 3141  950 Pennsylvania Ave, N Washington, DC 20530_
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for _Blaum_

Address _909 Poydras St., Floor 28_
_New Orleans, LA 70112_

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____