```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

OFFICE OF THE CLERK                      2007 DEC 19 PM 4:37
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA            LORETTA G. WHYTE
500 POYDRAS STREET                              CLERK
NEW ORLEANS, LOUISIANA  70130
```

Date: 12/19/07

Jackson Brewery Millhouse

vs.

United States of America, et al

Case No. 07-5320 Section K

(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) US through US Attorney General
   (address) US Dept. of Justice Civil Div. Rm 3141  950 Pennsylvania, NW Washington, DC 20530
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Jackson Brewery Millhouse
Address 909 Poydras St. Floor 25
        New Orleans, LA 70112

```
___Fee_____
_✓_Process____
_X_Dktd_____  ___ppg___X___
___CtRmDep___
___Doc.No.___
```