UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES LITIGATION** | * * * * * | **CIVIL ACTION** <br> **05-4182** <br> **MAGISTRATE 2** <br> **SECTION "K"** |
| **PERTAINS TO: 07-4775** <br> **MURPHY BUILDING CORP** | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION AND ORDER TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes defendant, The Southeast Louisiana Flood Protection Authority East, and who suggest that all matters of controversy between them have been compromised and settled in full and plaintiff's suit against defendants should be dismissed without prejudice.

**IT IS ORDERED**, that the claims of plaintiff, against defendant, The Southeast Louisiana Flood Protection Authority East, be and are hereby dismissed, without prejudice.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**J U D G E**

S/Paul C. Thibodeaux                                     s/Jennifer M. Morris
_____                         _____
Paul C. Thibodeaux (#29446)                        Andrew D. Weinstock (#18495)
Frilot, L.L.C.                                                   Jennifer M. Morris (#29936)
1100 Poydras Street                                       Duplass, Zwain, Bourgeois, Morton,
Suite 3600                                                       Pfister & Weinstock
New Orleans, Louisiana 70163                      3838 N. Causeway Blvd
**Attorney for Plaintiffs**                                Three Lakeway Center, Suite 2900
                                                                       Metairie, Louisiana 70002
                                                                       **Attorneys for The Southeast Louisiana Flood Protection Authority-East**

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, this 26th day of December, 2007.

                              S/Jennifer M. Morris

                            **JENNIFER M. MORRIS (#29936)**