```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT            2007 DEC 19 PM 4: 18
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET                        LORETTA G. WHYTE
NEW ORLEANS, LOUISIANA  70130                    CLERK
```

Date: 12/19/07

Jackson Brewery Marketplace, LLC.

vs.

United States of America, et al

Case No. 07-5331 Section K
(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) United States of America through US Attorney General
   (address) Civil Division Rm 3141, 950 Pennsylvania Ave, NW Washington, DC 20530
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Jackson Brewery Marketplace
Address 909 Poydras St, Floor 28
        New Orleans, LA 70112

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____