```
                                          FILED
                                     U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

OFFICE OF THE CLERK                    2007 DEC 19 PM 4:18
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET                     LORETTA G. WHYTE
NEW ORLEANS, LOUISIANA  70130               CLERK
```

Date: 12/19/07

Blaum, et al

vs.

United States of America, et al

Case No. 07-5336  Section K

(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) US through Jim Letten
   (address) 500 Poydras St, Suite B-210 New Orleans, LA 70130
2. (name) US through US Attorney General
   (address) US Dept of Justice Civil Div. Rm 3141 950 Pennsylvania, NW Washington, DC 20530
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for   Blaum

Address   909 Poydras St, Floor 28
          New Orleans, LA 70112

___ Fee_____
___ Process CaD(2) 8ms
 X  Dktd_____
___ CtRmDep_____
___ Doc. No.____