```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

OFFICE OF THE CLERK                     2007 DEC 19 PM 4:19
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA           LORETTA G. WHYTE
500 POYDRAS STREET                             CLERK
NEW ORLEANS, LOUISIANA 70130
```

Date: 12/19/07

Heidi De Salvo

vs.

United States of America, et al

Case No. 07-5357 Section K
(Consolidated with 05-4182)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) US through Jim Letten, US Attorney
   (address) 500 Poydras St, Suite B-210 New Orleans, LA 70130
2. (Address) US Dept of Justice Civil Div. Rm 3141 950 Pennsylvania NW Washington, DC 20530
   (Name) US through US Attorney General
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for  Heidi De Salvo

Address  909 Poydras St, Flor 28
         New Orleans, LA 70112

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.