UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Michael B. White and Virginia White

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER 07-4553
SECTION K2

c/w 05-4182

FILED 2007 DEC 20 PM 4:54
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

## REQUEST FOR SUMMONS

Please  ☐ issue    ☒ re-issue
        ☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
            500 WATER STREET, 15TH FLOOR
            JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number

White / Plaintiff
Party Attorney Represents

Fee ___
✓ Process ___
✗ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

© 2000 WordMill Inc.