UNITED STATES DISTRICT COURT
DISTRICT OF

Dillard University, Dillard University
Apartments, LTD, and Dentilly Gardens Corp.

CIVIL ACTION

VERSUS
USA, Bd. of Comm. of Orleans Levee Dist,
Et al.

NUMBER 07-494 8
SECTION K2

c/w 05-9/18

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the

following:

1.  Name: CSX Corporation

    Address: c/o Michael J. Ward
    Chairman, President and CEO
    500 Walker Street, 15th Floor, Jacksonville, FL 32202

2.  Name: _____

    Address: _____

    _____

3.  Name: _____

    Address: _____

Attorney's Signature  James Darner
909 Poydras
Ste. 2800
New Orleans, LA 70112

Attorney's Address

19589

Attorney's Bar Roll Number

Plaintiff

Party Attorney Represents

☐ Fee _____
☒ Process _____
☒ Dktd _____
☐ CtRmDep _____
☐ Doc. No. _____

© 2000 WordMill Inc.