UNITED STATES DISTRICT COURT
DISTRICT OF

Louis Gerdes, on Behalf of and
as Executor of the Estate of Harold Daley Sr. and
Kathryn Daley

VERSUS

USA, Bd. of Comm. of Orleans Levee Dist.,
Et al.

CIVIL ACTION

NUMBER 07-4957
SECTION K2

c/w 05-4182

FILED 2007 DEC 20 PM 4:53
LORETTA G. WHYTE CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LA

### REQUEST FOR SUMMONS

Please ☐ issue ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX Corporation
   Address: c/o Michael J. Ward
   Chairman, President and CEO
   500 Water Street, 15th Floor, Jacksonville, FL 32202

2. Name:
   Address:

3. Name:
   Address:

Attorney's Signature
James Garner
909 Poydras
St. 2800
New Orleans, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number

Plaintiff
Party Attorney Represents

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc. No ___