UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 20 PM 4:51

LORETTA G. WHYTE
CLERK

Harold E. Duley,

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER 07-4912

SECTION K2

C/W 05-4182

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number

19589
Party Attorney Represents

Plaintiff

___ Fee
✓ Process
X  Dktd
___ CtRmDep
___ Doc. No.

© 2000 WordMill Inc.