UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.*<br>_____ | §<br>§<br>§<br>§<br>§ | THIS PLEADING APPLIES<br>ONLY TO THE CLAIM OF<br>ADVANCED MORTGAGE,<br>BETSY HILLIARD BLANKS,<br>P/O/A for MATTIE SMITH |

UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE
AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Advanced Mortgage and Betsy Hilliard Blanks, P/O/A for, Mattie Smith, who wish to voluntarily dismiss their claims against Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 6901 Sayers Drive, Marrero, Louisiana 70072, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, Plaintiffs, Advanced Mortgage and Betsy Hilliard Blanks, P/O/A for, Mattie

Smith, respectfully requests that this Court reopen this case with respect to Defendant, Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 6901 Sayers Drive, Marrero, Louisiana 70072, for the sole purpose of addressing this motion, thereby allowing Plaintiffs to voluntarily dismiss their claims against Certain Underwriters at Lloyds of London regarding homeowners' insurance policy for 6901 Sayers Drive, Marrero, Louisiana 70072, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

**WHEREFORE**, Plaintiffs, Advanced Mortgage and Betsy Hilliard Blanks, P/O/A for, Mattie Smith, pray that the Court reopen this case with respect to Defendant, Certain Underwriters at Lloyds of London regarding homeowners' insurance policy for 6901 Sayers Drive, Marrero, Louisiana 70072, for the sole purpose of addressing this motion, thereby allowing plaintiffs to voluntarily dismiss their claims against Certain Underwriters at Lloyds of London regarding homeowners' insurance policy for 6901 Sayers Drive, Marrero, Louisiana 70072, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
**JOSEPH M. BRUNO (# 3604)**
**L. SCOTT JOANEN (# 21431)**
The Law Office of Joseph M. Bruno, APLC
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 561-6776

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record to this litigation by facsimile, other electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 20th day of December, 2007.


           /s/ Joseph M. Bruno
      **JOSEPH M. BRUNO**