UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § THIS DOCUMENT RELATES TO: § Insurance § § No. 07-5112, *Susan Abadie et al., v Aegis Security* § *Insurance Co., et al.* § _____§ | CIVIL ACTION NO.: 05-4182  SECTION "K"  MAGISTRATE (2)   THIS PLEADING APPLIES ONLY TO THE CLAIM OF ADVANCED MORTGAGE, BETSY HILLIARD BLANKS, O/B/O MATTIE SMITH |

## O R D E R

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Advanced Mortgage and Betsy Hilliard Blanks, P/O/A for Mattie Smith against Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 6901 Sayers Drive, Marrero, Louisiana 70072, in the above-captioned matter only, be and same are dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.  Thus done in New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**United States District Court Judge**