UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAGISTRATE WILKINSON |
| | § | |
| PERTAINS TO: ROAD HOME | § | |
| *Louisiana State C.A. No. 07-5528* | § | |

## INSURANCE COMPANY DEFENDANTS ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendants identified below by their signed counsel of record, hereby acknowledge receipt of the Protective Order for Receipt of Road Home Governing Application Applicant and Recipient information.

Agreed to by:

/s/ Robert I. Siegel
ROBERT I. SIEGEL (12063)
GIEGER LABORDE & LAPEROUSE
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70130
rsiegel@glllaw.com
Telephone No.: 504-561-0400
Facsimile No.: 504-561-1011

   - and-
RICHARD J. DOREN, Of Counsel
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
rdoren@gibsondunn.com
Telephone No.: 213-229-7038
Facsimile No.: 213-229-6038
   - and -

Dated: December 26, 2007

1

DANIEL W. NELSON, Of Counsel
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5303
dnelson@gibsondunn.com
Telephone No. : 202-887-3687
Facsimile No.: 202-955-0539

*Counsel for Lexington Insurance Company, Audubon Insurance Company, AIU Insurance Company, AIG Centennial Insurance Company, AIG Casualty Company, National Union Fire Insurance Company of Louisiana, National Union Fire Insurance company of Pittsburgh, PA and American General Property Insurance Company.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of December, 2007 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation fo the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

                                                        s/ Robert I. Siegel
                                                        ROBERT I. SIEGEL