UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

H. Hunter White, III AND Kathaleen White  CIVIL ACTION

VERSUS

UNITED STATES OF AMERICA, ETAL

NUMBER  07-50__
SECTION  K2

c/w 05-4182

## REQUEST FOR SUMMONS

Please  ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name:  CSX CORPORATION

   Address:  C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589
Attorney's Bar Roll Number

White III, Plaintiff
Party Attorney Represents

Fee ____
✓ Process ____
X Dktd ____
___ CtRmDep ____
___ Doc. No. ____

© 2000 WordMill Inc.