UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 20 PM 4:59

LORETTA G. WHYTE
CLERK

Claire B. Davis

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER  07-5009

SECTION  K2

c/w 05-4182 K-2

## REQUEST FOR SUMMONS

Please  ☐ issue   ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name:    CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
            500 WATER STREET, 15TH FLOOR
            JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number

19589 Plaintiff
Party Attorney Represents

Plaintiff

____ Fee
✓ Process
X Dktd
____ CtRmDep
____ Doc. No.