UNITED STATES DISTRICT COURT
DISTRICT OF

Aaron M. Delay

VERSUS

USA, Bd. of Comm. of Orleans Levee Dist.,
Et al

CIVIL ACTION

NUMBER 07-5016
SECTION K2

c/w 05-4182

*[Filed stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LA, 2007 DEC 20 PM 4:52, LORETTA G. WHYTE, CLERK]*

## REQUEST FOR SUMMONS

Please ☐ issue ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX Corporation
   Address: c/o Michael J. Ward
   Chairman, President and CEO
   500 Walker Street, 15th Floor, Jacksonville, FL 32202

2. Name:
   Address:

3. Name:
   Address:

Attorney's Signature

James Garner
909 Poydras
Ste. 2800
New Orleans, LA 70112

Attorney's Address

19589
Attorney's Bar Roll Number

Plaintiff
Party Attorney Represents

Fee
✓ Process
X Dktd
   CtRmDep
   Doc. No.