UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF  LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

*Marta Curtis*

2007 DEC 20  PM 4: 53

LORETTA G. WHYTE
CLERK

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER  07-5193

SECTION  K2

c/w 05-4182

## REQUEST FOR SUMMONS

Please ☐ issue   ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,   ☐ intervening complaint to the
following:

1.    Name:    CSX CORPORATION

Address:  C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
500 WATER STREET, 15TH FLOOR
JACKSONVILLE, FL 32202

2.    Name:

Address:

3.    Name:

Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

Attorney's Bar Roll Number
19589

Party Attorney Represents

*Plaintiff*

Fee
Process
X Dktd
CtRmDep
Doc. No.