UNITED STATES DISTRICT COURT
DISTRICT OF

Louis Derdes, on Behalf of and as Executor of the Estate of Harold Doley Jr. and Kathryn Doley

VERSUS

USA, Bd. of Comm. of Orleans Levee Dist., Et al.

CIVIL ACTION
NUMBER 07-5316
SECTION K2
c/w 05-4182

### REQUEST FOR SUMMONS

Please ☐ issue ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX Corporation
   Address: c/o Michael J. Ward, Chairman, President and CEO
   500 Water Street, 15th Floor, Jacksonville, FL 32202

2. Name: _____
   Address: _____

3. Name: _____
   Address: _____

Attorney's Signature
James Darner
909 Poydras
Ste. 2800
New Orleans, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number

Plaintiff
Party Attorney Represents

© 2000 WordMill inc.