UNITED STATES DISTRICT COURT
DISTRICT OF

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 DEC 20 PM 4: 52
LORETTA G. WHYTE
CLERK

Aaron M. Daley

VERSUS

USA, Bd. of Comm. of Orleans Lev. Dist., Et al.

CIVIL ACTION

NUMBER 07-5348
SECTION K2
c/w 05-4182

## REQUEST FOR SUMMONS

Please ☐ issue ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX Corporation
   Address: c/o Michael J. Ward
   Chairman, President and CEO
   500 Water Street, 15th Floor, Jacksonville, FL 32202

2. Name: _____
   Address: _____

3. Name: _____
   Address: _____

Attorney's Signature
James Garner
909 Poydras
Ste. 2800
New Orleans LA 70112
Attorney's Address
19589
Attorney's Bar Roll Number
Plaintiff
Party Attorney Represents

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____