UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CII Carbon, L.L.C.

**VERSUS**

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION
NUMBER  07-5358
SECTION  K2

c/w 05-4182

## REQUEST FOR SUMMONS

Please  ☐ issue   ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number

19589  Plaintiff
Party Attorney Represents

Fee _____
✓ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

© 2000 WordMill Inc.