UNITED STATES DISTRICT COURT
DISTRICT OF

Dillard University, Dillard University Apartments, LTD, and Dentilly Dardens Corp.

VERSUS

USA, Bd. of Comm. of Orleans Levee Dist, Et al.

CIVIL ACTION
NUMBER 07-5359
SECTION K2

c/w 05-4182

## REQUEST FOR SUMMONS

Please ☐ issue ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX Corporation
   Address: c/o Michael J. Ward Chairman, President and CEO
   500 Water Street, 15th Floor, Jacksonville, FL 32202

2. Name: _____
   Address: _____

3. Name: _____
   Address: _____

Attorney's Signature James Darrell
909 Poydras
SW. 2800
New Orleans, LA 70112
Attorney's Address
19589
Attorney's Bar Roll Number
Plaintiff
Party Attorney Represents

Fee
Process
X Dktd
CtRmDep
Doc. No.