UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Xavier University of Louisiana

FILED
2007 DEC 20 PM 4:54
LORETTA G. WHYTE
CLERK

CIVIL ACTION

VERSUS

NUMBER  07-5367
SECTION  K2

UNITED STATES OF AMERICA, ETAL

c/w 05-4182

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name:  CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number

Xavier Univ. / Plaintiff
Party Attorney Represents

_Fee
✓ Process
X Dktd
_CtRmDep
_Doc. No.

© 2000 WordMill Inc.