UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 21  AM 9: 22

LORETTA G. WHYTE
CLERK

Sybil Morial

**VERSUS**

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION
NUMBER  07-4855
SECTION  K2

C/w 05-4182

## REQUEST FOR SUMMONS

Please  ☐ issue   ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name:  CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number

Morial/Plaintiff
Party Attorney Represents

Fee____
Process____
X Dktd____
__ CtRmDep____
__ Doc. No.____

© 2000 WordMill Inc.