UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Mitchell Minty

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER 07-____

SECTION K2

C/W 05-4182

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 DEC 21 AM 9:23
LORETTA G. WHYTE
CLERK

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1.  Name: CSX CORPORATION

    Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
    500 WATER STREET, 15TH FLOOR
    JACKSONVILLE, FL 32202

2.  Name:

    Address:

3.  Name:

    Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number
19589  Plaintiff
Party Attorney Represents

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.