UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLEEN JACOBS LEVY, ET AL | * * | CIVIL ACTION NO.: 06-5733 |
| | * * | SECTION: "C" |
| VERSUS | * * | |
| | * | MAGISTRATE: (3) |
| AXIS SURPLUS INSURANCE COMPANY, ET AL | | |

*************************************************************************

SUPPLEMENTAL WITNESS LIST

Plaintiff may call a representative of B & C Glass Co. - expert and factual.

Respectfully submitted,

*S/Al Sarrat*
AL SARRAT (#19776)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiffs, DARLEEN JACOBS LEVY, ET AL

CERTIFICATE OF SERVICE

I certify that on the 26th day of December, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that a copy of the foregoing pleading has been served upon all non-CM/ECF participants of record by facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid.

*S/Al Sarrat*
AL SARRAT