UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Jacob r. Benire Harrison

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER    07-4952

SECTION   K2

C/W 05-4182

FILED
2007 DEC 21   AM 9:33
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

## REQUEST FOR SUMMONS

Please  ☐ issue   ☒ re-issue

☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the

following:

1.  Name:   CSX CORPORATION

    Address:  C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
    500 WATER STREET, 15TH FLOOR
    JACKSONVILLE, FL 32202

2.  Name:

    Address:

3.  Name:

    Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

19589

Attorney's Bar Roll Number

19589   Plaintiff

Party Attorney Represents

Fee _____
Process _____
X  Dktd
___ CtRmDep
Doc. No. _____

© 2000 WordMill Inc.