UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Union Limited Partnership, et al    CIVIL ACTION

VERSUS

UNITED STATES OF AMERICA, ETAL

NUMBER 07-____
SECTION K2

**REQUEST FOR SUMMONS**

Please ☐ issue   ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature
JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589
Attorney's Bar Roll Number
19589   Plaintiff
Party Attorney Represents

___ Fee _____
✓ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

© 2000 WordMill Inc.