

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

August 7, 2007

Ashton O'Dwyer, Jr.
821 Baronne Street
New Orleans, LA 70113

Re: *Ashton O'Dwyer, Jr. v. State of Louisiana, et al.*
Docket No. 06-7280, Section "C", Magistrate 5

Dear Mr. O'Dwyer:

You have requested that the Louisiana Department of Justice produce the following public records for inspection and copying:

> Any and all Louisiana public records generated or received by any employee of the Louisiana Department of Justice which will reveal the full case and style and civil action number of each and every civil action instituted by or on behalf of the State of Louisiana, or any of its branches, agencies or executives or department heads, in any United States District Court for the State of Louisiana during Charles Foti's tenure in office as Attorney General, as well as the same records pertaining to litigation in which the State or any of its branches, agencies, or executives or department heads were named as defendants, but where immunity from being required to litigate in Federal Court pursuant to the 11th Amendment of the U.S. Constitution was not pleaded or raised as a defense, as well as those which will disclose any and all written assurances, contracts or other written abrogations of or waivers of 11th Amendment immunity by the State, its branches, agencies or executives or department heads in consideration of the acceptance of or solicitation of Federal assistance or money, in any way related to the disaster relief, flood or hurricane protection, prison reform, law enforcement, homeland security, anti-terrorism, emergency response or mitigation of property or business losses as a result of man-made or natural disasters, including particularly, but not limited to Hurricanes KATRINA and RITA, to include any and all files and records, whether in



EXHIBIT 2

hard copy form, recorded form, on card, disc, microfilm or tape, or generated, received or maintained electronically, the said files, records and writings to include, without limitation, any and all types of files maintained by Louisiana Department of Justice, whether printed or in electronic form, electronic digitized copies, records stored on the hard drive on any State-owned or personal computer, or information contained in electronic data processing equipment.

With respect to pending claims, La. R.S. 44:4(15) excludes from the public records law any information concerning pending legal claims in the files of any attorney representing the state.

Furthermore, the examination of public records or requests for reproduction cannot be so burdensome as to interfere with the operation of the custodian's constitutional and legal duties. This is implicit in La. R.S. 44:32(A) and La. R.S. 44:33 (A). *Elliot v. District Attorney of Baton Rouge*, 94-1804 (La. App. 1st Cir. 9/14/95), 664 So.2d 122.

The information you requested does not exist in our existing records and would require an individual search of each case file, pending or closed. A custodian is not required to create new documents in the format requested. *Williams Law Firm v. Board of Supervisors of Louisiana State University*, 2003-0079 (La. App. 1st Cir. 4/2/04), 878 So.2d 557. This office does not have the requested information regarding cases handled by the legal staff of other state agencies.

For the above reasons, it is not possible to produce for inspection and copying, the documents that you requested.

Very truly yours,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

BY: _____
ROBERT HARROUN, III
Deputy Attorney General
Litigation Division

/ega
cc:   Charlie Braud
      Phyllis Glazer
      David Sanders