UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 2:05-cv-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   07-5023 * | | |
| 07-5040 * | | JUDGE STANWOOD R. DUVAL |
| * | | |
| * | | MAG. HON. JOS. WILKINSON |
| * | | |

* * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel for intervening plaintiffs will bring the Objections to and Motions to Review Magistrate's Order on Motions for hearing before the Honorable Judge Stanwood R. Duval[1], at 9:30 A.M., on the 16th day of January, 2008, at the United States District Court, 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.

By:    S/Ashton R. O'Dwyer, Jr.

---

[1] Intervening plaintiffs' Objections to and Motions to Review Magistrate's Order on Motions is being noticed for hearing before Judge Duval, so that e-filing can be accomplished in a timely manner.  However, intervening plaintiffs aver that Judge Duval should recuse himself, or be recused, from deciding any issues pertinent thereto, as a result of bias or prejudice, and pursuant to 28 U.S.C. §144 and/or 28 U.S.C. §455.

-1-

-2-

                                                   **Ashton R. O'Dwyer, Jr.**
                                                   **Bar No. 10166**
                                                   **821 Baronne Street**
                                                   **New Orleans, LA 70113**
                                                   **Tel. 504-679-6166**
                                                   **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record, via Electronic filing, this 26th day of December, 2007, and also upon the Honorable Magistrate Judge and the Honorable U.S. District Judge presiding in this case by U.S. mail, if Electronic filing is not CMF-accepted for both Judges, with respect.

                                                     S/Ashton R. O'Dwyer, Jr.