UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL     *     CIVIL ACTION NO.: 05-4182
BREACH CONS. LITIGATION
Pertains to                              *     SECTION: K

VILLAVASO V. STATE FARM,   *     MAG. 2
NO. 07-8945

**MOTION FOR EXTENSION OF TIME**

**ON MOTION** of ADRIANNE L. BAUMGARTNER, attorney for defendant, State Farm Fire & Casualty Company in its capacity as Homeowner's insurer for Branden Villavaso, upon pointing out and suggesting to the Court that Mover need an additional twenty (20) days in which to file responsive pleadings in the above numbered and entitled matter removed to his court on November 16, 2007.

Additionally pursuant to Local Rule 7.9 E undersigned counsel certifies that there has been no previous extension of time in which to plead and that the plaintiff's counsel has not filed in the record an objection to an extension of time.

WHEREFORE, STATE FARM FIRE AND CASUALTY COMPANY prays that its Motion be granted and that Defendant's responsive pleadings be filed on or before Tuesday January 15, 2008.

1

Respectfully submitted,

**/s/ Adrianne L. Baumgartner**
**ADRIANNE L. BAUMGARTNER (#2861)**
PORTEOUS, HAINKEL & JOHNSON
408 N. Columbia Street
Covington, LA  70434-2086
Telephone:  (985) 893-4790

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on December 26, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Brenden Villavaso**
*Through their attorneys of record*:
Stephen Smith
1200 S. Acadian Thruway, Suite 212
Baton Rouge, LA 70806
Phone: (225) 346-5077

The following have been served a copy of the foregoing pleading on counsel via United States mail, properly addressed and first class postage prepaid:

N/A

/s/ Adrianne L. Baumgartner