## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACH CONS. LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| Pertains to | * | SECTION: K |
| VILLAVASO V. STATE FARM, NO. 07-8945 | * | MAG. 2 |

## **ORDER**

Considering the foregoing Motion of Defendant State Farm Fire and Casualty Company requesting an additional twenty (20) days in which to file responsive pleadings and that no previous request for an extension of time has been made by Defendants and no opposition to said request is contained in the record of these proceedings:

IT IS HEREBY ORDERED that Defendant State Farm Fire and Casualty be granted additional time in which to answer and file responsive pleadings with said pleadings to be filed on or before January 15, 2008.

New Orleans, Louisiana this _____ day of December, 2007.

_____
**JUDGE UNITED STATES DISTRICT COURT**

1