UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 2:05-cv-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   07-5023 | * | |
| 07-5040 | * | JUDGE STANWOOD R. DUVAL |
| | * | |
| | * | MAG. HON. JOS. WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * | | |

**INTERVENING PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON
THEIR OBJECTIONS TO AND MOTIONS TO REVIEW
MAGISTRATE'S ORDER ON MOTIONS**

**COME NOW** intervening plaintiffs, who request oral argument on their

Objections to and Motions to Review Magistrate's Order on Motions.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

**By:    S/Ashton R. O'Dwyer, Jr.**
**Ashton R. O'Dwyer, Jr.**
**Bar No. 10166**
**821 Baronne Street**
**New Orleans, LA 70113**
**Tel. 504-679-6166**
**Fax. 504-581-4336**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record, via Electronic filing, this 26th day of December, 2007, and also upon the Honorable Magistrate Judge and the Honorable U.S. District Judge presiding in this case by U.S. mail, if Electronic filing is not CM-ECF-accepted for both Judges, with respect.

                                    S/Ashton R. O'Dwyer, Jr.