AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court



## EASTERN DISTRICT OF LOUISIANA

CITY OF NEW ORLEANS

V.

THE UNITED STATES OF AMERICA and
THE UNITED STATES ARMY CORPS OF
ENGINEERS

SUMMONS IN A CIVIL CASE

Case Number: 07-5117 "K" (2)

TO: (Name and address of defendant)

United States Attorney
500 Poydras Street
Hale Boggs Federal Building
New Orleans, LA  70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph DiRosa, Jr.
1300 Perdido Street, Rm 5E03
New Orleans, LA  70112

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

_/s/ Mary Middle_
(By) Deputy Clerk

**September 6, 2007**
Date

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/18/07 |
| NAME OF SERVER (PRINT) CARL THIBODEAUX | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Tammy Gearen

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/07
Date

Signature of Server: Carl Thibodeaux

Address of Server: 1300 PERDIDO ST. N.O. LA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.