AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| CITY OF NEW ORLEANS | **SUMMONS IN A CIVIL CASE** |
| V. | Case Number: 07-5117 "K" (2) |
| THE UNITED STATES OF AMERICA and THE UNITED STATES ARMY CORPS OF ENGINEERS | |

TO: (Name and address of defendant)

The Attorney General
of the United States Department of Justice
Washington, D.C. 20011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph DiRosa, Jr.
1300 Perdido Street, Rm 5E03
New Orleans, LA 70112

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                                    September 6, 2007
Clerk                                               Date

_____
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11-28-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JOSEPH V. DiROSA, JR | ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL No. 7007 1490 0003 3224 3791
U.S. ATTORNEY GENERAL WASHINGTON DC
RETURN RECEIPT DATED DEC. 4, 2007

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-28-07
Date

Signature of Server

1300 PERDIDO ST., NOLA 70112
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $1.31 | 0046 |
| Certified Fee | $2.65 | 06 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | NOV 28 2007 |
| Total Postage & Fees | $6.11 | 11/28/2007 |

Sent To: U.S. ATTORNEY GENERAL
Street, Apt. No. or PO Box No.: 950 PENNSYLVANIA AVE NW
City, State, ZIP+4: WASHINGTON DC 20530

7007 1490 0003 3224 3791

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emmett Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DEC 0 4 2007
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0003 3224 3791

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540