# United States District Court



## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF NEW ORLEANS | **SUMMONS IN A CIVIL CASE** |
| V. | Case Number: 07-5117 "K" (2) |
| THE UNITED STATES OF AMERICA and THE UNITED STATES ARMY CORPS OF ENGINEERS | |

TO: (Name and address of defendant)

The United States Army Corps of Engineers

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph DiRosa, Jr.
1300 Perdido Street, Rm 5E03
New Orleans, LA 70112

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **Loretta G. Whyte** | September 6, 2007 |
| Clerk | Date |
| (By) Deputy Clerk | |

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 11-28-07 |
| NAME OF SERVER (PRINT) JOSEPH N. DiROSA JR | TITLE ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL No. 7007 1490 0003 3224 3784
RETURN RECEIPT DATED 12-4-07

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-28-07
         Date

Signature of Server: [signed] Joseph W. DiRosa Jr

Address of Server: 1300 PERDIDO ST. NOLA 70112

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

