UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Redemptorist Limited Partnership, et al

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER 07-4670
SECTION K2

Consol w/ 05-4182

## REQUEST FOR SUMMONS

Please ☐ issue ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

✓ Fee
✓ Process
X Dktd
___ CtRmDep
___ Doc. No.

Attorney's Address
19589
Attorney's Bar Roll Number
19589  Redemptorist Limited Partnership
Party Attorney Represents

© 2000 WordMill Inc.