UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHAD ROBERT, SR., ERIN L. ROBERT;
& CHAD S. ROBERT, SR.

CIVIL ACTION

NUMBER 07-4979
SECTION K2

C/W 05-4182

VERSUS

UNITED STATES OF AMERICA, ETAL

FILED
2007 DEC 21 AM 9:29
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name: _____

   Address: _____

3. Name: _____

   Address: _____

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

19589

Attorney's Bar Roll Number

19589  Plaintiff

Party Attorney Represents

___ Fee ___
✓ Process Cert/Trans
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___

© 2000 WordMill Inc.