UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Entercom Communications Corp.

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION (07-4970)
NUMBER 07-4970
SECTION K2

(Consolidated with 05-4182)

FILED DEC 21 AM 9:33
LORETTA G. WHYTE CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LA

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number
Plaintiff
Party Attorney Represents

Fee_____
✓ Process B/AOSms
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

© 2000 WordMill Inc.