UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | NO.: 05-4182 "K"(2) |
| LITIGATION | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO: ROAD HOME | * | MAGISTRATE JUDGE WILKINSON |
| *Louisiana State*, C.A. No. 07-5528 | * | |
| | * | |
| | * | |

### INSURANCE COMPANY DEFENDANTS' ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendants identified below by their signed counsel of record, hereby acknowledge receipt of the Protective Order for Receipt of Road Home Governing Application Applicant and Recipient information.

**Agreed to by:**

*s/Kelly Cambre Bogart*
_____
**KELLY CAMBRE BOGART (#22985)**
**LAWRENCE J. DUPLASS (#5199)**
**C. MICHAEL PFISTER (#14317)**
**JAIME M. CAMBRE (#29116)**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA 70002
Tel.:   (504)  832-3700
kbogart@duplass.com
mpfister@duplass.com
jcambre@duplass.com

Dated:   December 27, 2007

*Counsel for Fireman's Fund Insurance Company, Fireman's Fund Insurance Company of Louisiana, The American Insurance Company and National Surety Corporation.*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing by United States Mail.

*S/Kelly Cambre Bogart*
_____
KELLY CAMBRE BOGART