UNITED STATES DISTRICT COURT
DISTRICT OF

Clara Mae S. Haydel

**VERSUS**

United States of America, et al.

CIVIL ACTION
NUMBER 07-4980
SECTION K2
C/W 05-4182

*FILED 2007 DEC 21 AM 9:24 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LA*

**REQUEST FOR SUMMONS**

Please ☐ issue  ☑ re-issue
☑ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: CSX Corporation
   Address: c/o Michael J. Ward, Chairman, President & CEO
   500 Water St., 15th Floor
   Jacksonville, FL 32202

2. Name: _____
   Address: _____

3. Name: _____
   Address: _____

Attorney's Signature

Martha Y. Curtis
Sher Garner Cahill Richter Klein & Hilbert
909 Poydras St., 27th Fl.
New Orleans, LA 70112
Attorney's Address

20446
Attorney's Bar Roll Number

Plaintiff
Party Attorney Represents

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.