UNITED STATES DISTRICT COURT
DISTRICT OF

Michael + Madlyn Bagneris

VERSUS

United States of America Et Al

CIVIL ACTION

NUMBER 07-4985
SECTION K2

C/W 05-4182

FILED 2007 DEC 21 AM 9:26
LORETTA G. WHYTE CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LA

### REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: USX Corporation
   Address: c/o Michael J. Ward, Chairman, President & CEO
   500 Water Street 15th Floor
   Jacksonville, FL 32202

2. Name:
   Address:

3. Name:
   Address:

Attorney's Signature

Martha Y. Curtis
Sher Garner Cahill Richter Klein & Hilbert LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112
Attorney's Address

20446
Attorney's Bar Roll Number

Plaintiff - Bagneris
Party Attorney Represents

Fee
Process
X Dktd
CtRmDep
Doc. No.