UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Coleman Adler, II as trustee & on behalf
of Coleman Adler, II Childrens Acct.
VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION
NUMBER 07-A091
SECTION K2

C/W 05-4182

FILED 2007 DEC 21 AM 9:3[ ]
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address
19589
Attorney's Bar Roll Number
Plaintiff / Adler
Party Attorney Represents  Plaintiff

Fee _____
Process CSX Corp
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

© 2000 WordMill Inc.