UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| Louisiana State C.A. No. 07-5528 | * | |
| | * | |

### INSURANCE COMPANY DEFENDANT ACKNOWLEDGEMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECEIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

*[signature]*                                                       December 19, 2007
Julia A. Dietz
Counsel for National Security Fire & Casualty
and Omega One Insurance Company

l:\docs\144\5344\docs\0Acknowledgment.doc