**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

_Adlers Special Account_

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER  07- 4993

SECTION  K2

C/W 05-4182

FILED
2007 DEC 21  AM 8:38
LORETTA G. WHYTE
CLERK
US DISTRICT COURT
EASTERN DISTRICT OF LA

### REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the
following:

1.  Name:   CSX CORPORATION

    Address:  C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
    500 WATER STREET, 15TH FLOOR
    JACKSONVILLE, FL 32202

2.  Name:

    Address:

3.  Name:

    Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589

Attorney's Bar Roll Number
19589  Adlers

Party Attorney Represents  Plaintiff

Fee
Process
X  Dktd
CtRmDep
Doc. No.

© 2000 WordMill Inc.