UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Joan Berenson + BPH Real Estate LLC

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION
NUMBER 07-4994
SECTION K2

C/W 05-4182

FILED 2007 DEC 21 AM 9:34
LORETTA G. WHYTE CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LA

### REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

19589
Attorney's Bar Roll Number

19589 Plaintiff
Party Attorney Represents

Fee
✓ Process Conforms
X Dktd
___ CtRmDep
___ Doc. No.

© 2000 WordMill Inc.