UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Imperial Trading

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER 07-4997
SECTION K2

c/w 05-4182

**REQUEST FOR SUMMONS**

Please ☐ issue ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589
Attorney's Bar Roll Number
19589   Plaintiff
Party Attorney Represents

___ Fee
✓ Process
X Dktd
___ CtRmDep
___ Doc. No.

© 2000 WordMill Inc.