UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*CLIFF S. ROBERT, SR. & CECILIA H. RIGGS* CIVIL ACTION

VERSUS

NUMBER *07-5071*

SECTION K2

UNITED STATES OF AMERICA, ETAL

*C/w 05-4182*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 DEC 21  AM 9:28
LORETTA G. WHYTE
CLERK

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the
following:

1. Name:     **CSX CORPORATION**

   Address:  C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
             500 WATER STREET, 15TH FLOOR
             JACKSONVILLE, FL 32202

2. Name:     _____

   Address:  _____

3. Name:     _____

   Address:  _____

Attorney's Signature

**JAMES GARNER #19589**
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

19589

Attorney's Bar Roll Number

19589   Plaintiff

Party Attorney Represents

Fee _____
✓ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

© 2000 WordMill Inc.