UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHOPS & GARAGE AT CANAL PLACE, LLC   CIVIL ACTION

VERSUS

UNITED STATES OF AMERICA, ETAL

NUMBER  07-5002
SECTION  K2

(Consolidated with 05-4182)

FILED 2007 DEC 21 AM 9:32
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

### REQUEST FOR SUMMONS

Please  ☐ issue   ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number

Plaintiff
Party Attorney Represents

✓ Fee_____
✓ Process_____
✗ Dktd_____
__ CtRmDep_____
__ Doc. No._____

© 2000 WordMill Inc.