**UNITED STATES DISTRICT COURT**
**EASTERN  DISTRICT OF  LOUISIANA**

_Mayestic Life Insurance Co._

**CIVIL ACTION**

**VERSUS**

**NUMBER** ___07 - 5005___

**SECTION** K2

**UNITED STATES OF AMERICA, ETAL**

C/W 05-4182

FILED
2007 DEC 21 AM 9:25
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
LORETTA G. WHYTE
CLERK

### REQUEST FOR SUMMONS

Please  ☐ issue   ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the

following:

1.   Name:   **CSX CORPORATION**

   Address:   **C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO**
   **500 WATER STREET, 15TH FLOOR**
   **JACKSONVILLE, FL 32202**

2.   Name:   _____

   Address:   _____

3.   Name:   _____

   Address:   _____

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589

Attorney's Bar Roll Number
19589   Plaintiff

Party Attorney Represents

___ Fee _____
___ Process ____
_X_ Dktd _____
___ CtRmDep ____
___ Doc. No. ____

© 2000 WordMill Inc.