UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

United Restaurant Entities, LLC          CIVIL ACTION

VERSUS                                    NUMBER 07-5008
                                          SECTION K2
UNITED STATES OF AMERICA, ETAL

c/w 05-4182

FILED 2007 DEC 21 AM 9:27
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

## REQUEST FOR SUMMONS

Please  ☐ issue   ☒ re-issue
        ☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name:    CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
            500 WATER STREET, 15TH FLOOR
            JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

___ Fee
_✓_ Process KL/SMS
_X_ Dktd
___ CtRmDep
___ Doc. No.

Attorney's Address

19589
Attorney's Bar Roll Number

19589  Plaintiff
Party Attorney Represents

© 2000 WordMill Inc