UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Wetco Restaurant Group LLC    CIVIL ACTION

VERSUS                        NUMBER   07-5012
                              SECTION  K2

UNITED STATES OF AMERICA, ETAL

c/w 05-4182

*FILED 2007 DEC 21 AM 9:28 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LA*

### REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
       ☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name:    CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
            500 WATER STREET, 15TH FLOOR
            JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589
Attorney's Bar Roll Number
19589    plaintiff
Party Attorney Represents

✓ Fee
✓ Process RX(1)5ms
X Dktd
__ CtRmDep
__ Doc. No.

© 2000 WordMill Inc.