UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Universal Health Services, Inc.   CIVIL ACTION

VERSUS                            NUMBER  07-5016

UNITED STATES OF AMERICA, ETAL    SECTION  K2

c/w 05-4182

## REQUEST FOR SUMMONS

Please  ☐ issue   ☒ re-issue
       ☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589
Attorney's Bar Roll Number
19589
Party Attorney Represents: plaintiff

Fee ___
✓ Process
X Dktd
__ CtRmDep
__ Doc. No.

© 2000 WordMill Inc.