UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Winston Reid and Catrice A. Johnson-Reid          CIVIL ACTION

VERSUS                                             NUMBER 07-5017
                                                   SECTION K2
UNITED STATES OF AMERICA, ETAL

c/w 05-4182

## REQUEST FOR SUMMONS

Please ☐ issue   ☒ re-issue
       ☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
            500 WATER STREET, 15TH FLOOR
            JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589
Attorney's Bar Roll Number

Reid / Plaintiff
Party Attorney Represents

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.