UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO LEVEE | NO. 05-4182 |
| NO. 06-5137 (WILLIAMS) | SECTION "K"(2) |

ORDER AND OPINION

Before the Court is the "Motion to Dismiss" filed on behalf of Norfolk Southern Railway Company ("NSRC"), incorrectly identified as "Norfolk Southern Rail Road, (Doc. 2099) which seeks to dismiss plaintiffs' claims against it pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. Although the time for filing an opposition expired long ago, no opposition to the motion has been filed. Moreover, the motion appears to be well founded. Accordingly, the motion to dismiss is Granted.

New Orleans, Louisiana, this 27th day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE