UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES           CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO LEVEE | NO. 05-4182 |
| O'DWYER -  NO.  05-4182<br>TAUZIN -     NO. 06-0020<br>O'DWYER - NO. 06-4389<br>ADAMS -     NO. 06-4634<br>O'DWYER - NO. 06-5786 | SECTION "K"(2) |

## ORDER AND OPINION

Before the Court is defendant CSX Corporation's "Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) (Failure to State a Claim), Fed.R.Civ.P. 12(b)(2) (Lack of Jurisdiction Over the Person) and Fed.R.Civ.P. 12(b)(5) (Insufficiency of Process) (Doc. 3621). Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned denies the motion as moot.

CSX Corporation seeks to dismiss the claims asserted against it in plaintiffs' "Superseding Master Consolidated Class Action Complaint"(Doc. 3420) on a variety of grounds. Review of the "Superseding Master Complaint" reveals that CSX Corporation is not named as a defendant in the superseding master complaint. CSX Corporation acknowledges that it is not named as a defendant in the Superseding Master Complaint, but notes in its motion that "[t]he Master Complaint actually names 'CSX Transportation Corporation" as a defendant, but that entity does not exist. To the extent that the plaintiffs intended to name CSX Corporation, the defenses asserted in the motions referenced herein apply and support dismissal." Doc. 3621, n.1.   To date, plaintiffs have not amended the Superseding Master Complaint to name CSX Corporation as a defendant. Because

plaintiffs assert no claims against CSX Corporation in the Superseding Master Complaint, CSX Corporation's motion to dismiss the claims against it in that Complaint is Denied as moot..

    New Orleans, Louisiana, this 27th day of December, 2007.

                                                 STANWOOD R. DUVAL, JR.
                                        UNITED STATES DISTRICT JUDGE