**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION

PERTAINS TO LEVEE:                                NO.  05-4182

O'DWYER, NO. 05-4181                              SECTION "K"(2)
O'DWYER, NO. 06-4389
O'DWYER, NO. 06-5786

### *O R D E R*

Before the Court are the "Motion for Dismissal Under Rule 12(b)(6)(Failure to State a Claim) (Doc. 1045) filed on behalf of defendant CSX Transportation, Inc.("CSXT") in O'Dwyer, No. 05-4181,  the "Motion to Dismiss Under Fed. R.Civ. P. 12(b)(6)"(Doc. 1886) filed on behalf of CSXT in O'Dwyer, No. 06-4389, and the "Motion for Dismissal Under Fed.R.Civ.P. 12(b)(6) (Failure to State a Claim) and Under Fed.R.Civ.P. 12(b)(5)(Insufficiency of Service of Process) (Doc. 3095) filed on behalf of CSXT in O'Dwyer, No. 06-5786.  On March 15, 2007, pursuant to Case Management Order No. 4 (Doc. 3299), plaintiffs filed  the Superseding Master Consolidated Class Action Complaint (Doc. 3420)  which names CSXT as a defendant.  That complaint superceded the previously filed complaints in the captioned cases.  Thereafter CSXT filed a "Motion to Dismiss Under Fed.R.Civ.P.12(b)(6) (Failure to State a Claim), Fed.RCiv.P. 12(b)(2) (Lack of Jurisdiction Over the Person), and Fed.RCivP. 12(b)(5) (Insufficiency of Service of Process)" (Doc. 3621).  That motion to dismiss supersedes CSXT's  previously filed motions to dismiss (Doc. 1886, 1045, and 3095). Accordingly, the "Motion for Dismissal Under Rule 12(b)(6)(Failure to State a Claim) (Doc. 1045) filed in O'Dwyer, No. 05-4181, the "Motion to Dismiss Under Fed. R.Civ. P. 12(b)(6)" filed on behalf of defendant CSXT  (Doc. 1886) in O'Dwyer, No. 06-4389, and  the "Motion for Dismissal Under Fed.R.Civ.P. 12(b)(6) (Failure to State a Claim) and Under

Fed.R.Civ.P. 12(b)(5)(Insufficiency of Service of Process)" (Doc. 3095) filed on behalf of CSXT

in O'Dwyer, No. 06-5786 are Denied as Moot.

New Orleans, Louisiana, this 27th day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE