UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES            CIVIL ACTION
         CONSOLIDATED LITIGATION

LEVEE CASES:                              05-4182

PERTAINS TO:  06-7682 (Paul)              SECTION "K"(2)

### *ORDER*

Before the Court are a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed on behalf of BNSF Railway Company (Doc. 1579) and a "Motion for Dismissal Under Rule 12(b)(6) or, in the Alternative, Motion for Summary Judgment Under Rule 56" filed on behalf of defendant CSX Transportation, Inc. (Doc. 1530).  Subsequent to the filing of these motions, plaintiffs signed a "Stipulation of Voluntary Dismissal with Prejudice," consenting to the dismissal of both BNSF and CSX Transportation, Inc.  An order dismissing those defendants was thereafter entered (Doc. 2075).  Accordingly, the motions are Denied as Moot.

New Orleans, Louisiana, this 27th day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE