UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | |
| | * | |
| PERTAINS TO:    ROAD HOME | * | JUDGE STANWOOD R. DUVAL, JR. |
| *LOUISIANA STATE C.A. NO. 07-5528* | * | MAGISTRATE JUDGE JOSEPH C. |

************************************************************************************

### CONTINENTAL INSURANCE COMPANY'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Defendant, Continental Insurance Company ("Continental"), by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

LABORDE & NEUNER
*s/Ben L. Mayeaux*                              **December 27, 2007**
BEN L. MAYEAUX #19042
JAMES L. PATE #10333
WILL MONTZ #29355
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:     (337) 237-7000     FACSIMILE:     (337) 233-9450
Attorneys for Continental Insurance

Page 1