UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO LEVEE | NO. 05-4182 |
| NO. 06-7682 (Paul) | SECTION "K"(2) |

ORDER AND OPINION

Before the Court is the "Rule 60(b) Motion for Reconsideration of Order Remanding the Paul Case to State Court Due to Mistake of Fact" filed on behalf of defendant Public Belt Railroad Commission for the City of New Orleans ("PBR")(Doc. 2731). On March 15, 2007, pursuant to Case Management Order No. 4 (Doc. 3299), plaintiffs filed the Superseding Master Consolidated Class Action Complaint (Doc. 3420) naming PBR as a defendant. Because plaintiffs' claim against PBR is once again pending in the federal court, the motion for reconsideration of the remand order in this case is Denied as Moot.

New Orleans, Louisiana, this 27th day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE