UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO LEVEE | NO. 05-4182 |
| NO. 06-11208 (SPEED) | SECTION "K"(2) |

ORDER AND OPINION

Before the Court is a "Motion to Dismiss Pursuant to Rule 12(B)(6)" filed on behalf of defendant BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF") which seeks to dismiss plaintiffs' claims against it for failure to state a claim. Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, denies the motion as moot.

Plaintiffs filed a complaint naming  The Burlington Northern and Santa Fe Railway Company as a defendant and alleged  that it was liable for the damages sustained by plaintiffs as a result of flooding which occurred in the aftermath of Hurricane Katrina.  On March 15, 2007, pursuant to Case Management Order No. 4 (Doc. 3299), plaintiffs,  in this  case among others, filed the "Superseding Master Consolidated Class Action Complaint" (Doc. 3420).   Neither The Burlington Northern and Santa Fe Railway Company nor BNSF Railway Company is named as a defendant in the Superseding Master Complaint.   That complaint specifically states that  it "is intended to supersede and replace all class action complaints arising from the catastrophe which previously have been filed in or transferred to this Section of Court, and placed within the 'Levee' category of cases."  (Doc. 3420, ¶2).

The filing of the Superseding Master Complaint voided the claims alleged by plaintiffs in their prior complaint, including the claims against BNSF. Therefore, at present there are no claims pending against BNSF. Because there are no claims pending against it, BNSF's motion to dismiss for failure to state a claim is denied as moot.

New Orleans, Louisiana, this 27th day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE