UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                         CIVIL ACTION
          CONSOLIDATED LITIGATION

                                                      NO. 05-4182

PERTAINS TO LEVEE:                                    SECTION "K"(2)

NO. 06-11208 (SPEED)


*ORDER AND OPINION*

Before the Court is the "Motion to Remand" filed on behalf of plaintiffs (Doc. 3030). On March 15, 2007, pursuant to Case Management Order No. 4 (Doc. 3299), plaintiffs filed the Superseding Master Consolidated Class Action Complaint (Doc. 3420). Plaintiffs' filing of the Superseding Master Consolidated Class Action Complaint moots the motion to remand. Accordingly, plaintiffs motion to remand (Doc. 3030) is Denied as Moot.

New Orleans, Louisiana, this 27th day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE