UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Abundance Square Associates LP

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER 07-5317
SECTION K2

C/W 05-4182

*[Filed stamp: 2007 DEC 21 AM 9:39, Loretta G. Whyte, Clerk, U.S. District Court Eastern District of LA]*

### REQUEST FOR SUMMONS

Please  ☐ issue   ☒ re-issue
       ☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

19589
Attorney's Bar Roll Number

Abundance Square
Party Attorney Represents  Plaintiff

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

© 2000 WordMill Inc.