UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Union Limited Partnership, et al

CIVIL ACTION

VERSUS

NUMBER 07-5318

SECTION K2

c/w 05-4182

UNITED STATES OF AMERICA, ETAL

*FILED 2007 DEC 21 AM 9:27 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LA*

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589
Attorney's Bar Roll Number
19589  Plaintiff
Party Attorney Represents

___ Fee _____
___ Process RX (3) SMS
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

© 2000 WordMill Inc.