UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| _____ | * * | NUMBER 05-4182 & CONSOLIDATED CASES |
| THIS DOCUMENT RELATES TO LEVEE:  07-5184 (Rault Resources) | * * | SECTION "K" |
|    07-5186 (Bonnie Rault, et al)    07-5187 (McCay) | * * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing Motion for Extension of Time,

IT IS ORDERED that Sewerage and Water Board of New Orleans may answer or otherwise respond to the complaints filed by plaintiffs. On or before December 31, 2007.

New Orleans, Louisiana, this __27th__ day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

CK_DOCS 390351v2

1