UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 |
| | | SECTION "K" |
| | | MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: Insurance | | |
| | | THIS PLEADING APPLIES ONLY TO THE CLAIMS OF ADVANCED MORTGAGE JOHNNIE SMITH & ERNEST DUHE |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | | |

**O R D E R**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Advanced Mortgage, Johnnie Smith and Ernest Duhe against Certain Underwriters at Lloyds of London regarding homeowners' insurance policy for 3525-3527 Broadway Street, New Orleans, Louisiana 70125, in the above-captioned matter only, be and are hereby dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs. Thus done in New Orleans, Louisiana, this   27th   day of    December   , 2007.

_____
United States District Court Judge