UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.*<br>_____ | § § § § § § | THIS PLEADING APPLIES ONLY TO THE CLAIM OF: RICHARD BROWN, JR. |

**O R D E R**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED**, that the motion be and is **GRANTED**, and that the claims of Plaintiff, Richard Brown, Jr., against Defendant, Kemper Casualty Insurance Company, regarding homeowners' insurance policy for 10948 Chaucer Street, New Orleans, Louisiana 70127, in the above-captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this   27th   day of   December  , 2007.

_____
**United States District Court Judge**