UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION  NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, MRGO | JUDGE DUVAL  MAG. WILKINSON |
| C.A. Nos. 05-4181, 06-1885, 06-4024. 06-4389, 06-5771, 06-5786, 06-6099, 07-0206, 07-3500, 07-3612 | |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Plaintiffs' Motion for Leave to File Protective Supplement and Amending Complaints, Record Doc. No. 7358 (portion previously deferred)

O R D E R E D:

 XXX : DENIED. I have received no response to my order of September 19, 2007, Record Doc. No. 7762, and find nothing filed on the docket sheet. Accordingly, the deferred portion of plaintiffs' motion, Record Doc. No. 7358, is denied.

New Orleans, Louisiana, this   27th   day of December, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE