UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION  _____  PERTAINS TO:  LEVEE     (07-4944)  Frank Cina, et al  _____ | CIVIL ACTION NO.:  05-4182  JUDGE DUVAL  MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiffs;

**IT IS ORDERED BY THE COURT** that Plaintiffs' claims against Southeast Louisiana Flood Protection Authority – East be and the same is hereby dismissed, without prejudice, each party to bear its own costs.

**SIGNED** this ___27th___ day of ___December___ 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.

This order satisfies Doc. 9337 Motion to Dismiss.