UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   KATRINA CANAL BREACHES<br>           CONSOLIDATED LITIGATION<br><br>_____<br><br>**PERTAINS TO:**<br>**LEVEE     (07-5397)**<br>Byrnes Aleman, et al<br>_____ | **CIVIL ACTION NO.: 05-4182**<br><br>**JUDGE DUVAL**<br><br>**MAG. WILKINSON** |

### ORDER

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiffs;

**IT IS ORDERED BY THE COURT** that Plaintiffs' claims against Southeast Louisiana Flood Protection Authority – East be and the same is hereby dismissed, without prejudice, each party to bear its own costs.

**SIGNED** this __27th__ day of __December__ 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.