UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.*<br>_____ | § § § § § § | THIS PLEADING APPLIES ONLY TO THE CLAIM OF CARLETTE MYERS AND CARMEN BOGANY |

## O R D E R

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED**, that the motion be and is **GRANTED**, and that the claims of Plaintiffs, Carlette Myers and Carmen Bogany, against Defendant, Certain Underwriters at Lloyds of London regarding homeowners' insurance policy for 3414 Shangri La, Chalmette, Louisiana 70043, in the above-captioned matter only, be and same are dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this ___27th___ day of ___December___, 2007.

_____
**United States District Court Judge**