UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NUMBER: 05-4182 |
| | SECTION: "K" (2) |

**PERTAINS TO:**
**ALL LEVEE**

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the hearing on the defendant National Union Fire Insurance Company of Pittsburgh, Pa's Motion to Dismiss be continued from January 9, 2008 until the 23rd day of January, 2008, at 9:30 o'clock a.m.

THIS DONE the 27th day of December, 2008, New Orleans, Louisiana.

_____
J U D G E

00011757.WPD