UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> _____ § <br> § <br> PERTAINS TO: § <br> LEVEE     (07-4945) § <br> Cynthia Ferrara, et al § <br> _____ § | CIVIL ACTION NO.: 05-4182 <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

### ORDER

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiffs;

**IT IS ORDERED BY THE COURT** that Plaintiffs' claims against Southeast Louisiana Flood Protection Authority – East be and the same is hereby dismissed, without prejudice, each party to bear its own costs.

**SIGNED** this __27th__ day of __December__ 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.