UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| | MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: Insurance | |
| | THIS PLEADING APPLIES ONLY TO THE CLAIM OF |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | ADVANCED MORTGAGE, BETSY HILLIARD BLANKS, O/B/O MATTIE SMITH |

### O R D E R

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Advanced Mortgage and Betsy Hilliard Blanks, P/O/A for Mattie Smith against Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 6901 Sayers Drive, Marrero, Louisiana 70072, in the above-captioned matter only, be and same are dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs. Thus done in New Orleans, Louisiana, this  27th  day of  December , 2007.

_____
United States District Court Judge