UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |

CONSOLIDATED WITH

PERTAINS TO: INSURANCE, Dehon, 06-4873

## ORDER

Considering the foregoing Motion for Leave of Court to File Supplemental and Amending Answer and the Memorandum in Support thereof;

IT IS ORDERED that Allstate Insurance Company be and it hereby is given leave to file the attached Supplemental and Amending Answer.

New Orleans, Louisiana, this ___27th___ day of ___December___, 2007.

_____
UNITED STATES DISTRICT JUDGE