UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: *Katz*, C.A. 06-4155 | * * | SECTION "K"(2) |

*********************************************

## ORDER

Considering Plaintiff's foregoing Motion for Leave to File the attached Reply to Defendants' Opposition to Plaintiff's Motion to Reconsider and Vacate;

It is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

New Orleans, Louisiana, this 27th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

1