UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHOPS & GARAGE AT CANAL PLACE, LLC    CIVIL ACTION

VERSUS                                 NUMBER  07-5321
                                       SECTION  K2
UNITED STATES OF AMERICA, ETAL

(Consolidated with 05-4182)

**REQUEST FOR SUMMONS**

Please ☐ issue   ☒ re-issue
       ☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name:    CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
            500 WATER STREET, 15TH FLOOR
            JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589
Attorney's Bar Roll Number
19589  Plaintiff
Party Attorney Represents

Fee
Process
X Dktd
  CtRmDep
  Doc. No.

© 2000 WordMill Inc.