UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Physicians Management Services of LA LLC.

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION
NUMBER 07-5324
SECTION K2

Consol w/ 05-4182

**REQUEST FOR SUMMONS**

Please ☐ issue  ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number
~~19589~~  Physicians Management Services of LA LLC
Party Attorney Represents

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____