UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ST. AUGUSTINE H.S. ℱ
ST. JOSEPH'S Soc. OF SACRED HEART, INC.
VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER   07·5326
SECTION   K2

C/W 05-4182

FILED 2007 DEC 21 AM 9:31
LORETTA G. WHYTE CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LA

## REQUEST FOR SUMMONS

Please  ☐ issue   ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

19589

Attorney's Bar Roll Number

Plaintiff

Party Attorney Represents

___ Fee _____
✓ Process CSX (1)
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

© 2000 WordMill Inc.