UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Wetco Restaurant Group, L.L.C.  CIVIL ACTION

VERSUS

UNITED STATES OF AMERICA, ETAL

NUMBER 07-5338
SECTION K2

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number

19589  Plaintiff
Party Attorney Represents

Fee ___
✓ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___

© 2000 WordMill Inc.