UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * <br> * |
| INSURANCE:*Aaron*, 06-4746 | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LIMITED REOPENING OF CASE**
**AND PARTIAL MOTION TO DISMISS**

Plaintiff Sandra Lynn respectfully requests that this Court reopen this case for the sole purpose of addressing this motion, and that all of her claims be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all defendants are reserved.

**WHEREFORE,** Plaintiff prays that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

/s/ Joseph W. Rausch
Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana  70001
Telephone:  (504) 832-3000
Facsimile:  (504) 832-1799

Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the 28th day of December, 2007.

/s/ Joseph W. Rausch
