**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_Ammon Miller_

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER _07-5346_

SECTION  K2

_C/W05-4182_

FILED U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 DEC 21  AM 9: 29
LORETTA G. WHYTE
CLERK

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the

following:

1.  Name:   CSX CORPORATION

    Address:  C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
    500 WATER STREET, 15TH FLOOR
    JACKSONVILLE, FL 32202

2.  Name:

    Address:

3.  Name:

    Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

_19589_
Attorney's Bar Roll Number
19589   Plaintiff
Party Attorney Represents

Fee _____
Process _____
X  Dktd
CtRmDep_____
Doc. No. _____

© 2000 WordMill Inc.