UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North American Inc.'s Requests for Production of Documents in the Barge category, respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol. The following documents were selected by Plaintiffs for production in the manner specified in the United States Document Production Protocol:

NED-247-000000001        to     NED-247-000000021;

      NCN-026-000000001  to  NCN-026-000000001.

  In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North American Inc.'s Requests for Production of Documents in the Barge category, respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

    WHQ-004-000000001  to  WHQ-004-000000046;
    WHQ-005-000000001  to  WHQ-005-000000053.

This Notice of Production is respectfully submitted,

                                                        JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: December 28, 2007

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on December 28, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

    s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.