**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WHQ | 004 | WHQ-004-000000001 | WHQ-004-000000046 | USACE; HQ; Records Management | Sheila Dunston | KC409 | 12/28/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Inner Harbor Navigation Canal Lock Periodic Inspection Report No. 7, dated 25 August 1993 |
| WHQ | 005 | WHQ-005-000000001 | WHQ-005-000000053 | USACE; HQ; Records Management | Sheila Dunston | KC409 | 12/28/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Report of 1967 Periodic Inspection of Inner Harbor Navigation Canal Lock, dated August 1967 (Revised) |
| NED | 247 | NED-247-000000001 | NED-247-000000021 | USACE; MVD; MVN | Del Britsch | KC410 | 12/28/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1281) from June 2007 Review and Select Production |
| NCN | 026 | NCN-026-000000001 | NCN-026-000000001 | USACE; MVD; MVN; CEMVN-CD-NE | Maria Thompson | KC411 | 12/28/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1224) from July 2007 Review and Select Production |