**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO.  05-4182** |
| **PERTAINS TO LEVEE:** | |
| | **SECTION "K"(2)** |
| **O'DWYER, NO. 05-4181** | |

**ORDER AND OPINION**

Before the Court is the motion to sever filed on behalf of defendants CSX Corporation and CSX Transportation, Inc.(Doc. 1044).  Considering the Order and Opinion entered December 27, 2007, dismissing plaintiffs' claims against CSX Corporation (Doc. 9853) and the Order and Opinion entered December 27, 2007, dismissing plaintiffs' claims against CSX Transportation (Doc. 9856), the motion to sever is denied as moot.

New Orleans, Louisiana, this 28th day of December, 2007.

_____
STANWOOD R. DUVAL
UNITED STATES DISTRICT JUDGE