UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.  05-4182 |
| PERTAINS TO LEVEE: | |
| | SECTION "K"(2) |
| O'DWYER, NO. 05-4181 | |

## ORDER AND OPINION

Before the Court is the motion to sever filed on behalf of defendants CSX Corporation and CSX Transportation, Inc.(Doc. 1044).  Considering the Order and Opinion entered December 27, 2007, dismissing plaintiffs' claims against CSX Corporation (Doc. 9853) and the Order and Opinion entered December 27, 2007, dismissing plaintiffs' claims against CSX Transportation (Doc. 9856), the motion to sever is denied as moot.

New Orleans, Louisiana, this 28th day of December, 2007.

STANWOOD R. DUVAL
UNITED STATES DISTRICT JUDGE