UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Universal Health Services, Inc          CIVIL ACTION

VERSUS                                   NUMBER   07-5350
                                         SECTION  K2
UNITED STATES OF AMERICA, ETAL

c/w 05-4182

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
       ☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name:    CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
            500 WATER STREET, 15TH FLOOR
            JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112
Attorney's Address

19589
Attorney's Bar Roll Number
19589   plaintiff
Party Attorney Represents

___ Fee
_✓_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

© 2000 WordMill Inc.