**UNITED STATES DISTRICT COURT**
EASTERN   **DISTRICT OF**   LOUISIANA

Shea Embry & Carolyn Mangham

CIVIL ACTION

VERSUS

NUMBER  07-5353
SECTION  K2

UNITED STATES OF AMERICA, ETAL

(Consolidated
with 05-4182)

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 DEC 21  AM 9: 31
LORETTA G. WHYTE
CLERK*

**REQUEST FOR SUMMONS**

Please  ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the
following:

1.   Name:  **CSX CORPORATION**

     Address:  C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
     500 WATER STREET, 15TH FLOOR
     JACKSONVILLE, FL 32202

2.   Name:

     Address:

3.   Name:

     Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

19589
Attorney's Bar Roll Number

19589  Plaintiff
Party Attorney Represents

Fee
✓ Process
X Dktd
CtRmDep
Doc. No.

© 2000 WordMill Inc.