UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Redemptorist Limited Partnership, et al.

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION
NUMBER 07-5354
SECTION K2

C/w 05-4182

**REQUEST FOR SUMMONS**

Please ☐ issue  ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

___ Fee ___
✓ Process USMS
☒ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Attorney's Address
19589
Attorney's Bar Roll Number
~~19589~~  Redemptorist Limited Partnership
Party Attorney Represents

© 2000 WordMill Inc.