UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARMEN PRAT o/B/o & EXECUTRIX OF ESTATE OF THELMA PUTTER

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER 07-5363

SECTION K2

(Consolidated with 05-4182)

FILED 2007 DEC 21 AM 9:32 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LA

## REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

19589

Attorney's Bar Roll Number

Plaintiff

Party Attorney Represents

Fee____
✓ Process BY DSMS
X Dktd____
___ CtRmDep____
___ Doc. No.____

© 2000 WordMill Inc.