UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Hertz 909 Poydras, L.L.C., et al.         CIVIL ACTION

VERSUS                                     NUMBER    07-5366

UNITED STATES OF AMERICA, ETAL             SECTION   K2

C/W 05-4182

## REQUEST FOR SUMMONS

Please  ☐ issue  ☒ re-issue
       ☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: CSX CORPORATION

   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:

   Address:

3. Name:

   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

19589

Attorney's Bar Roll Number

Party Attorney Represents

___ Fee
✓ Process
X Dktd
___ CtRmDep
___ Doc. No.

© 2000 WordMill Inc.