UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * * | JUDGE DUVAL |
| (*State of Louisiana v. AAA Insurance, et al.*, No. 07-5528) | * * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## INSURANCE COMPANY DEFENDANTS' ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendants identified below by their signed counsel of record, hereby acknowledge receipt of the Protective Order for Receipt of Road Home Governing Application Applicant and Recipient Information.

American Summitt Insurance Company and National Lloyds Insurance Company

Agreed to by:

**Allen & Gooch**

/s/ John R. Walker
**John R. Walker, Bar No. 2165**
One Lakeway Center, Suite 1450
3900 N. Causeway Blvd.
Metairie, La 70002
Telephone: 504.836.5210
Fax: 504.836.5215
Email: johnwalker@allengooch.com
Attorney for National Lloyds Insurance Company and
American Summit Insurance Company

Dated: December 28, 2007

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2007, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

/s/ John R. Walker
John R. Walker