UNITED STATES DISTRICT COURT
DISTRICT OF

Clara Mae S. Haydel

VERSUS

United States of America, et al.

CIVIL ACTION

NUMBER 07-5374

SECTION K2

C/W 05-4182

*[FILED stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LA, 2007 DEC 21 AM 9:24, LORETTA G. WHYTE CLERK]*

### REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: CSX Corporation
   Address: c/o Michael J. Ward, Chairman, President & CEO
   500 Water Street, 15th Floor
   Jacksonville, FL 32202

2. Name:
   Address:

3. Name:
   Address:

_[signature]_
Attorney's Signature

Martha J. Curtis
Sher Garner Cahill Richter Klein & Hilbert LLC
909 Poudras St., 27th fl.
New Orleans, LA 70112
Attorney's Address

20446
Attorney's Bar Roll Number

Plaintiff
Party Attorney Represents

Fee _____
Process _____
X Dktd _____
___ CtRmDep
___ Doc. No. _____

© 2000 WordMill Inc.