UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Coleman E. Adler II

**VERSUS**

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER 07-5376
SECTION K2

C/W 05-4182

*[Filed stamp: 2007 DEC 21 AM 9:3_, Loretta G. Whyte, Clerk, U.S. District Court, Eastern District of LA]*

### REQUEST FOR SUMMONS

Please ☐ issue  ☒ re-issue
☒ complaint,  ☐ amended complaint,  ☐ third party complaint,  ☐ intervening complaint to the following:

1. Name: CSX CORPORATION
   Address: C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
   500 WATER STREET, 15TH FLOOR
   JACKSONVILLE, FL 32202

2. Name:
   Address:

3. Name:
   Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address

19589
Attorney's Bar Roll Number
~~19589~~ Adler

Party Attorney Represents  Plaintiff

___ Fee
✓ Process  D/D Sms
X  Dktd
___ CtRmDep
___ Doc. No.

© 2000 WordMill Inc.