UNITED STATES DISTRICT COURT
DISTRICT OF

Michael + Madlyn Bagneris

VERSUS

United States of America Et Al

CIVIL ACTION

NUMBER 07-5378
SECTION K2

C/w 05-4182

## REQUEST FOR SUMMONS

Please ☐ issue ☒ re-issue
☒ complaint, ☐ amended complaint, ☐ third party complaint, ☐ intervening complaint to the following:

1. Name: USX Corporation
   Address: C/o Michael J. Ward, Chairman, President & CEO
   500 Water Street 15th Floor
   Jacksonville, FL 32202

2. Name:
   Address:

3. Name:
   Address:

Attorney's Signature

Martha Y. Curtis
Sher Garner Cahill Richter Klein & Hilbert LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112
Attorney's Address

20440
Attorney's Bar Roll Number

Plaintiff - Bagneris
Party Attorney Represents

✓ Fee
✓ Process
X Dktd
__ CtRmDep
__ Doc. No