UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Jacob & Bernice Harrison

VERSUS

UNITED STATES OF AMERICA, ETAL

CIVIL ACTION

NUMBER   07-5494

SECTION   K2

C/W 05-4182

FILED 2007 DEC 21 AM 9:34 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LA

## REQUEST FOR SUMMONS

Please   ☐ issue   ☒ re-issue
☒ complaint,   ☐ amended complaint,   ☐ third party complaint,   ☐ intervening complaint to the

following:

1.   Name:   CSX CORPORATION

Address:   C/O MICHAEL J. WARD, CHAIRMAN, PRESIDENT & CEO
500 WATER STREET, 15TH FLOOR
JACKSONVILLE, FL 32202

2.   Name:

Address:

3.   Name:

Address:

Attorney's Signature

JAMES GARNER #19589
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

Attorney's Address
19589
Attorney's Bar Roll Number
19589     Plaintiff
Party Attorney Represents

Fee
✓ Process
X Dktd
CtRmDep
Doc. No.

© 2000 WordMill Inc.