

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  JUDGE DUVAL
ROAD HOME: Louisiana State, 07-5528  MAG. WILKINSON
INSURANCE: 07-5111, Allen et al. (Carter, Morgan,
Gilyott, Ferrara, Simms)
INSURANCE/Severed Mass Joinder: 07-2322, Crawford;
07-2323, Williams; 07-2363, Netter; 07-2364, Thibodeaux;
07-2367, Paulin; 07-2375, Oubre; 07-2382, Joseph;
07-2389, Deslatte; 07-2392, Griffith; 07-2395, Legrone;
07-2407, Gibson; 07-2411, Blunt; 07-2421, Hales;
07-2425, Creecy; 07-2427, Wright; 07-2430, Ferrouillet

### ORDER

The Clerk is hereby directed to file into the record of the captioned case attached Exhibits A and B, which were introduced into evidence during the settlement conference/hearing conducted before me on December 20, 2007 and referred to in my minute entry of that date.

New Orleans, Louisiana, this 21st day of December, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____