*Original*

EXHIBIT "A"

# ROAD HOME
## SUBROGATION AND ASSIGNMENT AGREEMENT RELEASE

The State of Louisiana, Division of Administration, Office of Community Development, as the assignee(s) and/or subrogee(s) of interests of Carol Carter, as a recipient of a Road Home Program GRANT, in consideration of the receipt of the sum of $_____, paid by or on behalf of Carol Carter does hereby RELEASE, ACQUIT, AND FOREVER DISCHARGE State Farm Fire and Casualty Company, as defined below, from any and all claims that the State may possess or be entitled to by virtue of the execution of the Assignment and Subrogation Agreement made part of The Road Home Program Grant process, only, including contractual claims or those relating to any alleged claim for damages, penalties, punitive damages and/or attorneys fees under any provision of state law, including but not exclusively La.-R.S. 22:658 and 22:1220, arising out of or related to damages or losses caused by Hurricanes Katrina and/or Rita to the primary residence of the Road Home Recipient, against his/her insurer State Farm Fire and Casualty Policy under Policy Number 18-27-4323-5 and any flood insurance policy issued or administered by State Farm Fire and Casualty Company, only.

This Release is entered into by the State with full reservation of all rights against State Farm Fire and Casualty Company, as defined herein, other than those claims and rights expressly released above. The State further enters this release with full reservation of its rights to recover funds owed the State pursuant to any Assignment and Subrogation Agreement made part of The Road Home Program Grant process executed by any Road Home Program Recipient, including Carol Carter, from any flood insurance policy not issued or administered by State Farm Fire and Casualty Company and further reserving any rights that the State may have solely for recovery of Increased Cost of Compliance benefits under any flood insurance policy issued or administered by State Farm Fire and Casualty Company.

State Farm Fire and Casualty Company is defined herein to include and any person or entity who sold or offered for sale Policy Number 18-27-4323-5, independent or contract claim adjusters, independent or contract engineers and engineering firms, together with any current and former agents, employees, officers, directors, attorneys, owners, shareholders, associated and affiliated companies, divisions, subsidiaries, successors, and assigns of State Farm and/or retained by State Farm in connection with any claim for damages or losses but only to the extent such claims are or could be asserted by Carol Carter, against her State Farm Fire and Casualty Policy under Policy Number 18-27-4323-5, and arising out or relating to claims for damages or losses from Hurricanes Katrina and/or Rita.

Dated: _____

_____

{N0021245}

Signature of Authorized State Official

_____

Title

{N0021245}

EXH 1317 "15"   12:45 PM.

| App ID | Applicant Name | Damaged Property | Ins Sol | Attorney Sol | Signed Contract | | |
|---|---|---|---|---|---|---|---|
| 06HH097873 | Blunt, George | 304 Piedmont Dr, NO | Y | Y | Y | 07/27/07 | 40% |
| 06HH081512 | Carter, Carol | 4826 Gabriel Dr, NO | Y | Y | Y | 06/29/07 | 40% |
| 06HH073442 | Deslatte, Peter | 3600 Bartolo Dr, NO | Y | N | Y | | 10% |
| 06HH129748 | Gilyot, Julie | 4852 Kendall Dr, NO | Y | Y | Y | | 25% |
| 06HH107070 | Hales, Virginia & Walter | 7140 Edgefield Dr, NO | Y | Y | Y | | 25% |
| 06HH008476 | Netter, Rosemary | 7301 Beau St, NO | Y | Y | Y | | 25% |
| 06HH067636 | Oubre, Percy | 7153 Mayo Blvd, NO | Y | Y | Y | | 25% |
| 06HH044904 | Rillieux, Michele | 1873 Carnot St, NO | Y | Y | Y | 05/23/07 | 40% |
| 06HH098737 | Simms, Lucille | 3811 Leonidas St, NO | N | Y | Y | 07/26/07 | 40% |
| 06HH054928 | Williams, Genevieve | 1912 Gordon St, NO | Y | N | Y | | 25% |
| 06HH182327 | Wright, Pauline H | 7410 Finchly Rd, NO | Y | N | Y | | 25% |
| 06HH008277 | Griffith, Tammy | 2239 Montreal St, NO | Y | Y | Y | 07/31/06 | 33% |
| 06HH088502 | Legrone, Tricia & Calvin | 7743 Briarwod Dr, NO | Y | Y | Y | | 25% |
| | Morgan, Loice | 11048 Long View Dr, NO | N | Y | Y | 07/02/07 | 40% |
| 06HH070623 | Paulin, Kim | 320 S Cortez St, NO | Y | Y | Y | | 25% |
| | Thibodeaux, Albert | 7597 Vincent Rd, NO | Y | Y | Y | | 25% |
| | Crawford, Danielle & Wanda | 3526 Clermont Dr, NO | Y | Y | Y | | 25% |
| 06HH098125 | Ferrara, Rose | 400 30th St, NO | Y | Y | Y | | 40% |
| | Gibson, Kimberlyn & James | 3127 Cherry St, NO | Y | Y | Y | | 25% |
| 06HH041946 | Ferrouillet, Armand | 7410 Mayo Blvd, NO | Y | Y | Y | | 25% |
| 06HH049128 | Creecy, Ruth | 1718 Lizardi St, NO | Y | Y | Y | | 25% |

— inactive
— ineligible

| Contents List | Homeowners | Flood | Contents (HO) | Contents (FL) | ALE (HO) | ALE (FL) | Settlement Amount | Contents |
|---|---|---|---|---|---|---|---|---|
| N | 3,526.43 | 89,300.00 | 0.00 | 9,200.00 | 0.00 | 0.00 | 16,000.00 | 5,000.00 |
| N | 21,174.00 | 85,000.00 | 350.00 | 34,000.00 | 899.00 | 0.00 | 12,000.00 | 5,000.00 |
| Y | 0.00 | 105,000.00 | 0.00 | 19,700.00 | 0.00 | 0.00 | 30,000.00 | 10,000.00 |
| N | 14,999.11 | 89,000.00 | 0.00 | 42,600.00 | 0.00 | 0.00 | 12,000.00 | 2,500.00 |
| Y | 59,000.00 | 93,100.00 | 17,000.00 | 20,300.00 | 791.00 | 0.00 | 3,000.00 | 18,000.00 |
| N | 19,071.31 | 58,000.00 | 350.00 | 20,000.00 | 1,487.87 | 0.00 | 12,000.00 | 4,000.00 |
| Y | 51,024.81 | 108,000.00 | 3,270.00 | 15,000.00 | 9,307.32 | 0.00 | 5,000.00 | 4,000.00 |
| N | 18,847.28 | 51,300.00 | 450.00 | 10,900.00 | 3,859.41 | 0.00 | 15,000.00 | 2,500.00 |
| N | 17,263.06 | 122,000.00 | 0.00 | 18,100.00 | 3,278.11 | 0.00 | 20,000.00 | 5,000.00 |
| Y | 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,000.00 | 7,500.00 |
| N | 26,328.00 | 189,000.00 | 0.00 | 16,000.00 | 0.00 | 0.00 | 8,500.00 | 5,000.00 |
| N | $6,244.88 | | $860.00 | | $2,160.49 | 0.00 | 10,000.00 | 2,500.00 |
| Y | $53,800.89 | 134,100.00 | 850.00 | $26,300.00 | 5,998.98 | 0.00 | 10,000.00 | 5,000.00 |
| N | $18,000.00 | | $2,500.00 | | | $1,635.00 | 18,000.00 | 2,500.00 |
| Y | $34,832.45 | 50,000.00 | $12,952.57 | | 1,194.00 | 0.00 | 12,000.00 | 3,962.00 |
| N | $9,807.34 | 74,600.00 | $500.00 | 20,200.00 | $994.00 | 0.00 | 12,000.00 | 4,000.00 |
| Y | $28,284.29 | 0.00 | $1,385.00 | 0.00 | $1,535.00 | 0.00 | 11,000.00 | 4,000.00 |
| Y | 7,234.00 | 110,000.00 | 627.00 | 0.00 | $4,345.00 | 0.00 | 12,000.00 | 6,000.00 |
| N | 7,770.00 | 33,000.00 | 4,000.00 | 4,400.00 | 0.00 | 0.00 | 10,000.00 | 4,000.00 |
| Y | $61,770.40 | | $27,527.91 | | 2,292.50 | | 7,500.00 | 5,000.00 |
| Y | $6,968.94 | 0.00 | 300.00 | 0.00 | 2,441.50 | 0.00 | 6,000.00 | 5,000.00 |

| combined structure | combined contents | combined ALE | TOTAL INSURANCE RECOVERY | Attorney Fee on Cov A Settleme | Net Settlement or Coverage | Approval Status | Amount Applicant owes to RH | Applicant RH Grant Award |
|---|---|---|---|---|---|---|---|---|
| ALE | | | | | | | | |
| 4,500.00 | 14,200.00 | 4,500.00 | 127,526.43 | 6400 | | APPROVED | $9,600.00 | $73,165.60 |
| 5,000.00 | 39,350.00 | 5,899.00 | 163,423.00 | 4800 | | APPROVED | $7,200.00 | $71,152.80 |
| 7,000.00 | 29,700.00 | 7,000.00 | 171,700.00 | 3000 | | APPROVED | $27,000.00 | $37,508.51 |
| 4,500.00 | 45,100.00 | 4,500.00 | 165,599.11 | 3000 | | APPROVED | $9,000.00 | $88,012.89 |
| 8,000.00 | 55,300.00 | 8,791.00 | 219,191.00 | 750 | | APPROVED | $2,250.00 | $38,701.31 |
| 6,000.00 | 24,350.00 | 7,487.87 | 120,909.18 | 3000 | | APPROVED | $9,000.00 | $38,339.27 |
| 2,000.00 | 22,270.00 | 11,307.32 | 197,602.13 | 1250 | | APPROVED | $3,750.00 | $50,354.86 |
| 4,000.00 | 13,850.00 | 7,859.41 | 106,856.69 | 6000 | | APPROVED | $9,000.00 | $33,441.34 |
| 5,000.00 | 23,100.00 | 8,278.11 | 190,641.17 | 8000 | | APPROVED | $10,736.94 | $10,736.94 |
| 4,500.00 | 7,500.00 | 4,500.00 | 35,000.00 | 3500 | | APPROVED | $10,500.00 | $95,820.00 |
| 4,500.00 | 21,000.00 | 4,500.00 | 249,328.00 | 2125 | | APPROVED | $6,375.00 | $97,475.60 |
| 3,000.00 | 3,360.00 | 5,160.49 | 24,765.37 | 3300 | | APPROVED | $6,700.00 | $132,148.63 |
| 2,000.00 | 32,150.00 | 7,998.98 | 238,049.87 | 2500 | | APPROVED | $0.00 | $50,000.00 |
| 4,500.00 | 5,000.00 | 6,135.00 | 47,135.00 | 7200 | | APPROVED | | |
| 5,000.00 | 16,914.57 | 6,194.00 | 119,941.02 | 3000 | | APPROVED | $9,000.00 | $150,000.00 |
| 6,000.00 | 24,700.00 | 6,994.00 | 128,101.34 | 3000 | | APPROVED | *9,000.00* | |
| 4,500.00 | 5,385.00 | 6,035.00 | 50,704.29 | 2750 | | APPROVED | | |
| 3,000.00 | 6,627.00 | 7,345.00 | 143,206.00 | 4800 | | APPROVED | $0.00 | $150,000.00 |
| 4,500.00 | 12,400.00 | 4,500.00 | 67,670.00 | 2500 | | APPROVED | *$7500.00* | |
| 7,500.00 | 32,527.91 | 9,792.50 | 111,590.81 | 1875 | | APPROVED | $5,625.00 | $117,138.58 |
| 3,000.00 | 5,300.00 | 5,441.50 | 23,710.44 | 1500 | | APPROVED | $4,500.00 | |