U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC 21 2007

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _12/21/07_

_ALBRECHT_

vs.

_U.S.A., U.S. Army Corps Engineers_

Case No. _07-5083_ Section _K_

Dear Sir:

C/W 05-4182

Please (issue) (re-issue) summons on the (complaint) (amended
complaint) ( ____ amended complaint) (third party complaint)
(other : _____ ) to the following:

1. (name) _U.S. Army Corps of Engineers_
   (address) _7400 Leake Ave_
2. (name) _N.O. LA. 70118_
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_Signature_

Attorney for _Chas Albrecht_

Address _830 Union St Ste 302_
_N.O. LA. 70112_

Fee _____
Process _____
X  Dktd_____
___ CtRmDep_____
___ Doc. No. _____