U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | DEC 2 1 2007

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __12/21/07__

__ALBRECHT__

vs.

__U.S.A., U.S. Army Corps Engrs.__

Case No. 07-5083 Section _K_

C/W 05-4182

Dear Sir:

    Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

    1.  (name) _U.S. Attorney Genl. U.S. Dept. of Justice_
        (address) _950 Pennsylvania Ave. N.W. Wash DC. 20530_
    2.  (name) _____
        (address) _____
    3.  (name) _____
        (address) _____
    4.  (name) _____
        (address) _____

Very truly yours,

_____
"Signature"

Attorney for _C Chris Albrecht_

Address _830 Union St. Ste. 302_
        _N.O. LA. 70112_

See _____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____