OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC  1 2007
LORETTA G. WHYTE
CLERK

Date: _12/21/07_

_ALBRECHT_

vs.

_U.S.A., U.S. Army Corps Engrs_

Case No. _07-5083_ Section _K_

_C/w 05-4182_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) _James Letten, U.S. Atty., E.D.LA._
   (address) _Hale Boggs Fed Bdg, Rm 210_
   _501 Magazine St., N.O. LA. 70130_
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_signature_
"Signature"

Attorney for _Chris Albrecht_ ~~David A. Dalia~~

Address _830 Union St Ste 302_
_N.O. LA. 70112_

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____