OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

```
                    U.S. DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
                    FILED  DEC 21 2007
                    LORETTA G. WHYTE
                         CLERK
```

Date: 12/21/07

ALBRECHT

vs.

U.S.A., U.S. Army Corps Engineers

Case No. 07-4828 Section K

C/W 05-4182

Dear Sir:

Please (issue)[X] (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name)  JAMES LETTEN, U.S. Attorney, E.D. LA.
   (address) HALE BOGGS FED. BDG. RM 210
2. (name)  501 MAGAZINE ST., N.O. LA. 70130
   (address) _____
3. (name)  _____
   (address) _____
4. (name)  _____
   (address) _____

Very truly yours,

_____ A. Moores _____
"Signature"
p/L
Attorney for CHRIS ALBRECHT ~~DAVID A. LAUTH~~

Address  830 UNION ST. STE. 302
         N.O. LA. 70112

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____