OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

```
                              U.S. DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA

                          FILED    DEC 21 2007

                              LORETTA G. WHYTE
                                    CLERK
```

Date: 12/21/07

ALBRECHT

vs.

U.S.A., U.S. Army Corps. Engrs.

Case No. 07-4028  Section K

C/W 05-4182

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) U.S. Attorney Genl., U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave. N.W. Wash, D.C. 20530
                                                    20530
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for CHRIS ALBRECHT
Address 830 Union St. Ste 302
        N.O. LA. 70112

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____