```
                                        U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LOUISIANA

                                        FILED    DEC 21 2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT            LORETTA G. WHYTE
EASTERN DISTRICT OF LOUISIANA                 CLERK
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: 12/21/07

ALBRECHT

vs.

U.S.A., U.S. Army Corps. Engnrs

Case No. 07-4828 Section K

C/W 05-4182

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) U.S. Army Corps of Engineers
   (address) 7400 Leake Ave.
2. (name) N.O. LA 70118
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for CHRIS ALBRECHT
Address 830 Union St. Ste 302
N.O. LA 70112

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____