**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: KATRINA CANAL BREACHES**                    **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                                                    **NO.: 05-4182**

                                                                    **SECTION "K" (2)**

**PERTAINS TO BARGE**

**FILED IN:**     **05-5724, 05-5531, 06-5342, 06-6299**
                  **06-7516, 07-3500, and 07-5178**

---

### THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS
### AND THE ORLEANS LEVEE DISTRICT'S EXPERT WITNESS LIST

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724) ("CMO No. 5"), the undersigned defendants file their instant list of expert witnesses who may be used at trial to present evidence under Fed. R. Evid. 702, 703 or 705. The joint nature of the instant filing is made solely in conformity with the Court's Order and should not be construed as an adoption, approval, or endorsement of anything contained therein by either particular defendant unless specified as such.

1. Elissa P. Benedek, M.D.
   2311 East Stadium Road
   Suite 111
   Ann Arbor, Michigan 48104

   Expert in psychiatry and mental health who may testify concerning whether personal injury in the form of mental distress can be assessed or evaluated on a class-wide basis and/or the merits of the named plaintiffs' mental distress claims.

2. Charles T. Brigden, M.S.
   Clarion Associates, Inc.
   601 South LaSalle Street
   Suite 600
   Chicago, Illinois 60605

   Expert in commercial and private real estate appraisal, feasibility studies and market studies who may testify concerning plaintiffs' claimed real property losses.

3. Michael W. Flores, P.E.
   GCR & Associates, Inc.
   UNO Research and Technology Park
   2021 Lakeshore Drive
   Suite 100
   New Orleans, Louisiana 70122

   Expert in land surveying who may testify concerning survey and spatial data inputs for any modeling of Hurricane Katrina.

4. Brian Jarvinen
   Formerly with National Hurricane Center

   Expert in meteorology/storm surge research, modeling and reporting/results of storm surge events and effect, who may testify concerning any and all relevant meteorological data and modeling.

5. David L. Kriebel, Ph.D., P.E.
   745 Buckeye Court
   Millersville, Maryland 21108

   Expert in coastal and ocean engineering, who may testify concerning eastern IHNC floodwall breach causation and nature, sources, causes and extent of flooding.

6.  Paul D. Kuhlmeier, Ph.D., P.E., P.G.
    5296 East Softwood Drive
    Boise, Idaho 83716

    Expert in hydrology, hydraulics, and hydrological and geological engineering who may
    testify concerning eastern IHNC floodwall breach causation and nature, sources, causes
    and extent of flooding.

7.  Clovis Morrison, P.E.
    Morrison & Associates
    3117 Westerwood Drive
    Baton Rouge, Louisiana 70816

    Expert in structural/marine engineering who may testify concerning maritime standards
    of care, maritime regulations, maritime hurricane preparations, maritime industry
    standards, and eastern IHNC floodwall breach causation.

8.  Eric L. Nelson, Ph. D., P.E.
    Nelson Architectural Engineers, Inc.
    2740 Dallas Parkway
    Suite 220
    Dallas, Texas 75093

    Expert in architectural engineering who may testify concerning the causes of plaintiffs'
    real property damages and losses.

9.  Howard J. Osofsky, M.D., Ph.D.
    LSU Health Sciences Center
    1542 Tulane Avenue
    Box T4-6
    New Orleans, Louisiana 70112-2822

    Expert in psychiatry and mental health who may testify concerning whether personal
    injury in the form of mental distress can be assessed or evaluated on a class-wide basis
    and/or the merits of the named plaintiffs' mental distress claims.

10. Billy R. Prochaska, P.E.
    9935 Hillyard
    Baton Rouge, Louisiana 70809

    Expert in geotechnical engineering who may testify concerning eastern IHNC
    floodwall breach causation and nature, sources, causes and extent of flooding.

-3-

11. James A. Richardson, Ph.D.
    Louisiana State University
    3200 CEBA Building
    Baton Rouge, Louisiana 70803

    Expert in economics who may testify concerning plaintiffs' claimed economic losses.

12. Gregory C. Rigamer
    GCR & Associates, Inc.
    UNO Research and Technology Park
    2021 Lakeshore Drive
    Suite 100
    New Orleans, Louisiana 70122

    Expert in demographics who may testify concerning relevant statistical information
    pertaining to Hurricane Katrina and its effects.

13. Richard W. Roddewig, MAI
    Clarion Associates, Inc.
    601 South LaSalle Street
    Suite 600
    Chicago, Illinois 60605

    Expert in commercial and private real estate appraisal, feasibility studies and market
    studies who may testify concerning plaintiffs' claimed real property losses.

14. Michael W. Truax, MAI
    Truax, Robles & Baldwin, LLC
    3045 Ridgelake Drive
    Suite 100
    Metairie, Louisiana 70002

    Expert in commercial and private real estate appraisal who may testify concerning
    plaintiffs' claimed real property losses.

15. Cheryl D. Willis, M.D.
     Case Western Reserve University
     5247 Wilson Mills Road, PMB 452
     Cleveland, Ohio 44143

     Expert in psychiatry and mental health who may testify concerning whether personal
     injury in the form of mental distress can be assessed or evaluated on a class-wide basis
     and/or the merits of the named plaintiffs' mental distress claims.

Dated:  December 28, 2007          Respectfully submitted,

                                   s/ Thomas P. Anzelmo_____
                                   McCRANIE, SISTRUNK, ANZELMO,
                                      HARDY, MAXWELL & McDANIEL
                                   Thomas P. Anzelmo, P.A. - #2533
                                   Mark E. Hanna - #19336
                                   Kyle P. Kirsch - #26363
                                   Andre J. Lagarde - #28649
                                   Darcy E. Decker - #30469
                                   3445 N. Causeway Boulevard, Ste. 800
                                   Metairie, Louisiana 70002
                                   TELEPHONE:  (504) 831-0946
                                   FACSIMILE:  (504) 831-2492

                                   and

                                   LABORDE & NEUNER
                                   Ben L. Mayeaux - #19042
                                   James L. Pate - # 10333
                                   Gregory A. Koury - #26364
                                   One Petroleum Center, Suite 200
                                   1001 West Pinhook Road
                                   Lafayette, Louisiana 70503
                                   TELEPHONE:  (337) 237-7000
                                   FACSIMILE:  (337) 233-9450
                                   Attorneys for the ORLEANS LEVEE
                                   DISTRICT

-5-

s/ Kirk Aurandt_____
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:  (985) 871-0800
FACSIMILE:        (985) 871-0899
Attorneys for the BOARD OF
COMMISSIONERS FOR THE PORT OF
NEW ORLEANS

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, a copy of the above and foregoing **The Board of Commissioners of the Port of New Orleans and the Orleans Levee District's Expert Witness List** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com

-6-