AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF LA

**RETURN**

EDDIE PLEASANT, et. al.

v.

UNITED STATES ARMY CORPS OF ENGINEERS, et. AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5028 "K"(2)

Consolidated with 05-4182

TO: (Name and address of defendant)

UNITED STATES ARMY CORPS OF ENGINEERS
7400 LEAKE AVE, ROOM 348
NEW ORLEANS, LA. 70118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Smith
7805 Zimpel St.
New Orleans, LA. 70118

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

(BY) DEPUTY CLERK

DATE: DEC 19 2007

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LA FILED 2007 DEC 28 AM 9:46 LORETTA G. WHYTE CLERK