UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ALL BARGE | § | |

**DEFENDANT UNITED STATES OF AMERICA'S DESIGNATION OF EXPERTS**

Pursuant to the Court's Case Management and Scheduling Order Number 5, entered September 18, 2007 (Docket No. 7724) ("CMO 5"), Defendants, United States of America and the United States Army Corps of Engineers (collectively herein, the "United States"), through undersigned counsel, hereby submits the following list of expert witnesses it intends to call to testify.[1]

| EXPERT | CONTACT INFORMATION | SUBJECT MATTER |
|---|---|---|
| John C. Bivona | USACE, New Orleans District 7400 Leake Ave. New Orleans, LA 70118 Ph: 504.862.2730 | levees |

---

[1] The United States Army Corps of Engineers cannot be sued *eo nomine* under the Federal Tort Claims Act. *See Galvin v. Occupational Safety & Health Administration*, 860 F.2d 181, 183 (5th Cir. 1988).

| Bruce A. Ebersole, P.E. | Coastal and Hydraulics Laboratory, U.S. Army Engineering Research and Development Center Vicksburg, MS 39180 Ph: 601.634.2011 | storm surge modeling, hydrology |
|---|---|---|
| Steven D. Fitzgerald | Harris County Flood Control District 9900 Northwest Freeway Houston, TX 77092 Ph: 713.684.4000 | hydrology/interior drainage |
| Louis D. Britsch | USACE, New Orleans District 7400 Leake Ave. New Orleans, LA 70118 Ph: 504.862.1022 | geologic/geomorphic development; mapping/analysis/causes of land loss |
| John Barras | USGS/CR/BRD National Wetlands Research Center Coastal Restoration Field Station Louisiana State University 212 Parker Coliseum Baton Rouge, LA 70894 Ph: 225.578.7486 | wetland habitat mapping |
| Suzanne Hawes | USACE, New Orleans District 7400 Leake Ave. New Orleans, LA 70118 Ph: 504.862.2518 | wetlands/environmental compliance |
| Gib A. Owen Chief, Ecological Planning and Restoration Section | USACE Environmental Branch, New Orleans District Ph: 504.862.1337 | wetlands/environmental compliance |
| William Klein, Jr. General Biologist, Ecological Planning and Restoration Section | USACE Environmental Branch, New Orleans District Ph: 504.862.2540 | wetlands/environmental compliance |

| David A. Vigh, Ph.D. Environmental Team Leader | USACE Mississippi Valley Division Ph: 601.634.5854 | wetlands/environmental compliance |
|---|---|---|
| Jeff Harris | USACE Hydrology and Hydraulics Technology Division 609 2nd St. Davis, CA 95616 Ph: 530.756.1104 | civil hydrology engineering/hydrodynamic loadings/levee walls/influences of MRGO |
| Brian R. Jarvinen Formerly with National Hurricane Center | 17120 S.W. 78th Ave. Miami, FL 33157-4811 Ph: 305.238.9070 | meteorology/storm surge research, modeling and reporting/results of storm surge events and effects |
| Dr. Reed L. Mosher Chief, Structural Mechanics Division | USACE U.S. Army Engineering Research and Development Center Vicksburg, MS 39180 Ph: 601.634.3956 | civil geotechnical engineering/project evaluation/ performance assessment |
| Dr. Leonard A. Shabman | Resources for the Future 1616 P Street NW Washington, DC 20036 Ph: 202.328.5139 | decision making |
| Deborah Senn, Esq. | Deborah Senn Expert Services 501 Wellington Ave. Seattle, Washington 98122 Ph: 206.328.5004 | insurance |
| Dr. Donald T. Resio Senior Scientist Coastal & Hydraulics Laboratory | USACE US Army Research and Development Center, Coastal and Hydraulics Laboratory Vicksburg, MS Ph: 601.634.2018 | hydrodynamic forces/oceanography/ wind and wave interaction and probability analysis |
| Stephen R. DeLoach, P.E., L.S. Associate Director, Office of Engineering, Design and Construction | Smithsonian Institution Washington, DC Ph: 202.633.6246 | LIDAR |

| Dr. Joannes Westerink | Department of Civil Engineering and Geological Science, University of Notre Dame Notre Dame, IN 46556 Ph: 219.631.6475 | storm surge modeling |
|---|---|---|
| Dr. Thomas F. Wolff, Ph.D., P.E., Associate Dean for Graduate Studies, College of Engineering | Michigan State University 1415 Engineering Building East Lansing, MI 48824-1226 Ph: 517.355.5128 | geotechnical engineering |
| Dr. Douglas Woolley Retired Prof. Economics Radford University | P.O. Box 448 Newbern, VA Ph: 540.239.0592 | decision making |
| David B. Zilkoski Director, National Geodetic Survey, National Ocean Service | NOAA Silver Spring, MD 20910 Ph: 301.713.3222, ext. 141 | geodetic datums |
| Real estate appraisers to be designated at a later date | To be determined | commercial and private real estate appraisal |
| Mental health experts to be designated at a later date | To be determined | mental health |
| Maritime standards experts to be designated at a later date | To be determined | maritime standards of care, maritime regulations, maritime hurricane preparations, maritime industry standards |

4

This Designation of Experts is respectfully submitted,

>JEFFREY S. BUCHOLTZ
>Acting Assistant Attorney General
>
>C. FREDERICK BECKNER III
>Deputy Assistant Attorney General, Civil Division
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY, JR.
>Assistant Director, Torts Branch
>
>s/ Jessica G. Sullivan
>JESSICA G. SULLIVAN
>Trial Attorney
>ROBIN D. SMITH
>Senior Trial Attorney
>Torts Branch, Civil Division
>U.S. Department of Justice
>Benjamin Franklin Station, P.O. Box 888
>Washington, D.C. 20044
>(202) 616-4262 / (202) 616-5200 (Fax)
>Attorneys for the United States

Dated: December 31, 2007

## CERTIFICATE OF SERVICE

I, Jessica G. Sullivan, hereby certify that on December 31, 2007, I served a true copy of the United States' Designation of Experts upon all counsel of record by ECF, electronic mail, or first class mail.

                                          s/ Jessica G. Sullivan
                                           Jessica G. Sullivan