UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION NO. 05-4182 "K"(2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON |
| PERTAINS TO: <br><br> BARGE <br> (07-3500) | |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
PRELIMINARY EXPERT WITNESS LIST**

Pursuant to the Court's Case Management and Scheduling Order No. 5, Section V(F)(1)(b), Defendant Washington Group International, Inc. ("WGII") submits the following preliminary list of expert witnesses that it may use at trial.

| EXPERT | SUBJECT MATTER/ EXPERTISE |
|---|---|
| **Prof. Robert A. Dalrymple** <br> Civil Engineering Department <br> 210 Latrobe Hall <br> Johns Hopkins University <br> Baltimore, MD  21218 | civil and coastal engineering (including storm surge, waves, water flow, overtopping and tides) in connection with the levee/floodwall breaches along the eastside of the Industrial Canal |
| **Brian Jarvinen** <br> Formerly with National Hurricane Center | meteorology/storm surge research, modeling and reporting/results of storm surge events and effects |
| **Francisco Silva-Tulla, Sc.D., P.E. and T. William Lambe, Sc.D., P.E.** <br> GeoEngineering and Environment <br> 12 Baskin Road <br> Lexington, MA  02421 | civil and geotechnical engineering relating to the cause of failure of the levees/floodwalls along the eastside of the Industrial Canal |

| EXPERT | SUBJECT MATTER/ EXPERTISE |
|---|---|
| **Michael W. Truax, MAI**<br>Truax, Robles & Baldwin, LLC<br>3045 Ridgelake Drive<br>Suite 100<br>Metairie, LA  70002 | commercial and private real estate appraisal |
| **Prof. Kerry D. Vandell**<br>The Paul Merage School of Business, University of California-Irvine<br>429 SB<br>Irvine, CA  92697 | economics; proposed class allegations of diminution of real estate values |
| **Expert(s) to be named** | psychiatry; damages from mental and emotional distress |
| **Expert to be named** | environmental expert; damages from pollution/contamination |

In submitting this expert witness list, WGII notes that (1) its motion to dismiss or stay the complaint in *Parfait v. United States*, No. 07-3500 (Doc. No. 8224) remains pending before the Court; (2) the BARGE plaintiffs have not yet filed their class-certification motion; and (3) basic fact discovery in this matter is incomplete.  Accordingly, WGII reserves its right to supplement or amend this list, if necessary, in accordance with applicable law and/or any Court orders.

Finally, as the BARGE plaintiffs have identified on their expert witness list:  "Any and all others needed relative to maritime activities, breach causation, flood modeling, computer or other simulations, nature and extent of damages, causation, and any other relevant, permissible purpose," Barge Plaintiffs' Preliminary Expert Witness List, at 3 (Doc. No. 9247), WGII specifically reserves the right to add expert witnesses regarding any of these subjects to rebut the testimony of plaintiffs' (presently-unknown) experts.

- 3 -

Dated:  December 31, 2007                    Respectfully submitted,


/s/*Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel

Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Washington Group International, Inc.'s Expert Witness List (in BARGE cases) and accompanying resumes have been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 31st day of December, 2007.

*/s/ Heather S. Lonian*
Heather S. Lonian

- 4 -

905418v.1