# Robert A. Dalrymple

Department of Civil Engineering
Johns Hopkins University
Baltimore, MD 21204
(410)-516-7923
www.ce.jhu.edu/dalrymple/dalrymple.html
email: rad@jhu.edu

## Personal

**Nationality:**      U. S. Citizen
**Place of Birth:**   Camp Rucker, Alabama
**Date of Birth:**    May 30, 1945
**Marital Status:**   Married, 1 child

## Education

| Institution and Location | Degree | Year | Field |
|---|---|---|---|
| University of Florida, Gainesville, Florida | Ph.D. | 1973 | Civil and Coastal Engineering |
| University of Hawaii, Honolulu, Hawaii | M.S. | 1968 | Ocean Engineering |
| Dartmouth College, Hanover, New Hampshire | A.B. | 1967 | Engineering Sciences |

## Professional Experience

- Williard and Lillian Hackerman Professor of Civil Engineering, Johns Hopkins University, 2002-present.

1

- Department Chair, Civil Engineering, Johns Hopkins University, 2002-2005.
- Edward C. Davis Professor of Civil and Environmental Engineering, 1996-present.
- Visiting Professor, Department of Civil Engineering, Johns Hopkins University, 1999-2000.
- Director and Founder, Center for Applied Coastal Research, University of Delaware, 1989-present.
- Acting Chair, Department of Civil Engineering, University of Delaware, 1994.
- Professor, Department of Civil Engineering, University of Delaware, 1984 to 1996. Also, Professor of Marine Studies, College of Marine Studies, 1984-present.
- Associate Professor, Department of Civil Engineering, University of Delaware, 1977 to 1984. Also, Associate Professor of Marine Studies, College of Marine Studies.
- Assistant Dean, College of Engineering, University of Delaware, 1980 to January 1982.
- Assistant Professor, Department of Civil Engineering, University of Delaware, 1973 to 1977. Also, Assistant Professor of Marine Studies, College of Marine Studies.
- Graduate Research Associate, Department of Coastal and Oceanographic Engineering, University of Florida, 1971 to 1973.
- Assistant in Engineering, Department of Coastal and Oceanographic Engineering, University of Florida, 1968 to 1971.

## Major Research Interests

Coastal engineering, water wave mechanics, fluid mechanics, littoral processes, and tidal inlets.

## Societies

American Society of Civil Engineers, Fellow; Sigma Xi; American Geophysical Union; American Shore and Beach Preservation Association; International Association for Hydraulic Research; American Academy of Mechanics; Society for Industrial and Applied Mathematics.

## Service

President, Association of Coastal Engineers, Mar 2004-July 2007.

President, Coasts, Oceans, Ports, and Rivers Institute (COPRI), ASCE, Oct 2002-Oct 2003.

Vice President, COPRI, ASCE, Oct 2001-Oct, 2002.

COPRI, ASCE, (Founding) Board of Governors, 2000-2004.

Member, Coastal Engineering Research Council, COPRI, ASCE, 1992-present. Chair since 2004.

Executive Committee, ASCE, Waterways, Ports, Coastal and Ocean Engineeering, 1999-2000.

Coasts, Oceans, Ports, and Rivers Institute (COPRI, ASCE) Task Committee, 1999-2000.

Marine Board, National Research Council, Chair of Coastal Engineering-Research and Educational Needs Committee, 1996-1999. Member, 2004-present.

Editorial Board, J. Hydraulic Research, 1995-2000.

Editorial Board, Coastal Engineering, 1997-present.

Civilian Member, Coastal Engineering Research Board, U.S. Army Corps of Engineers, 1989-1993.

Advisory Council, Int. Conf. on Coastal & Port Engineering in Developing Countries, COPEDEC, 1998-2004.

Council Member, Delaware Association of Professional Engineers, 1990-1992.

Founder (1995) of coastal_list (www.coastal.udel.edu/coastal/coastal_list.html), an email list for coastal engineers around the world.

Founder and maintainer of The Coastal Engineering Page (www.coastal.udel.edu/coastal/), a coastal engineering web site.

## Honors

Elected to National Academy of Engineering, 2006.

International Coastal Engineering Award, ASCE, in recognition of "outstanding and continuing achievements and contirbutions to the advancement of coastal engineering through research, teaching and professional leadership," 1999.

Moffatt and Nichol Harbor and Coastal Engineering Award, ASCE, for "service and pioneering research contributions in water wave mechanics and sediment transport and applications of these contributions to the practice of coastal and harbor engineering", 1996.

6th Special Faculty Award for Outstanding Contributions to the Educational Program of the College of Engineering, University of Delaware, 1989.

Editor's Citation for Excellence in Refereeing for J. Geophysical Research–Oceans, 1993.

Listed in Who's Who in the East, Who's Who in Technology, American Men and Women in Science.

## Registration

Registered Professional Engineer, State of Delaware, #5070

3

# Publications

## Books

1. **Water Wave Mechanics for Engineers and Scientists**, with R. G. Dean, Englewood Cliffs: Prentice-Hall, Inc., ISBN 0-13-946038-1, 1984. Reprinted Singapore: World Scientific Publishing Co., 1990.

2. **Physical Modelling in Coastal Engineering**, editor, Rotterdam: A. A. Balkema, Inc., ISBN 90-6191-516-3, 1985.

3. **Coastal Hydrodynamics**, editor, Proceedings of the Specialty Conference, New York: American Society of Civil Engineers, ISBN 0-87262-606-7, 1987.

4. **Responding to Changes in Sea Level: Engineering Implications**, member, National Research Council, Marine Board Committee, R.G. Dean, Chair, National Academy Press, ISBN 0-309-3781-6, 1987.

5. **Meeting Research and Educational Needs in Coastal Engineering**, National Research Council, Marine Board Committee, R. A. Dalrymple, Chair, National Academy Press, ISBN 0-309-06381-7, 1999.

6. **Coastal Processes; with Engineering Applications,** with R.G. Dean, Cambridge University Press, ISBN 0-521-49535-0, 475 pp., 2002.

## Journal Articles, Book Chapters

7. Dalrymple, R.A.,"A Finite Amplitude Wave on Linear Shear Current, "*J. Geophysical Research*, 79, 30, 4498-4504, 1974.

8. Dalrymple, R.A. and R. G. Dean, "Waves of Maximum Height on Uniform Currents," *J. Waterways, Harbors and Coastal Engineering Division*, ASCE, 101, No. WW3, August 1974.

9. Dalrymple, R.A., "A Mechanism for Rip Current Generation on an Open Coast," *J. Geophysical Research*, 60, 24, 1975.

10. Dalrymple, R.A. and G.A. Lanan, "Beach Cusps Formed by Intersecting Waves," *Bulletin of the Geological Society of America*, 87, No. 1, January 1976.

4

11. Dalrymple, R.A., "Wave-Induced Mass Transport in Water Waves," *J. Waterways, Harbors and Coastal Engineering Division*, ASCE, 102, May 1976.

12. Thompson, W.W. and R.A. Dalrymple, "A History of Indian River Inlet, Delaware," *Shore and Beach*, 44, No. 2, July 1976.

13. Dalrymple, R.A. and J.C. Cox, "Symmetric Finite Amplitude Rotational Water Waves," *J. Physical Oceanography*, 6, No. 6, 1976.

14. Dalrymple, R.A., R.A. Eubanks, and W.A. Birkemeier, "Wave-Induced Circulation in Shallow Basins," *J. the Waterway, Port, Coastal and Ocean Division*, ASCE, 103, February 1977.

15. M. A.Tayfun, M.A., C. Y. Yang and R.A. Dalrymple, "Random Wave-Current Interactions in Water of Varying Depth,"*Ocean Engineering*, 6, No. 3, 1977.

16. Dalrymple, R.A., "A Numerical Model for Periodic Finite Amplitude Waves on a Rotational Fluid," *J. Computational Physics*, 24, No. 1, 1977.

17. Dalrymple, R.A. and P. L-F. Liu, "Waves Over Soft Muds: A Two-Layer Fluid Model," *J. Physical Oceanography*, 8, No. 6, 1978.

18. Dalrymple, R.A. and C. Lozano, "Wave-Current Interaction Models for Rip Currents," *J. Geophysical Research*, 83, No. C12, 1978.

19. Liu, P.L.-F. and R.A. Dalrymple, "Bottom Frictional Stresses and Longshore Currents due to Waves with Large Angles of Incidence,"*J. Marine Research*, 32, No. 2, 1979.

20. Dalrymple, R.A., "Longshore Currents with Wave-Current Interaction," *J. Waterway, Port, Coastal and Ocean Division*, ASCE, 106, No. WW3, 1980.

21. Kirby, J.T., R.A. Dalrymple and P.L.-F. Liu, "Modification of Edge Waves by Barred-Beach Topography," *Coastal Engineering*, 5, 1981.

22. Dean, R.G., R.A. Dalrymple, and R.T. Hudspeth, "Force Coefficients from Wave Project I and II Data Including Free Surface Effects," *Society of Petroleum Engineers Journal*, 21, No. 6, 1981.

23. Dalrymple, R.A., and J. Fowler, "Bragg Scattering by Pile Supported Structures," *J. the Waterway, Port, Coastal and Ocean Division*, ASCE, 108, August, 1982.

24. Dalrymple, R.A., "An Introduction to Physical Modelling," in **Physical Modelling in Coastal Engineering**, A. A. Balkema, 1984.

25. Dalrymple, R.A., and M. Greenberg, "Directional Wave Makers," in **Physical Modelling in Coastal Engineering**, A.A. Balkema, 67–79, 1984.

26. Kirby, J.T. and R.A. Dalrymple, "Propagation of Obliquely Incident Water Waves over a Trench," *J. Fluid Mechanics*, 133, 47-63, 1983.

27. Kirby, J.T. and R.A. Dalrymple, "A Parabolic Equation for the Combined Refraction-Diffraction of Stokes Waves by Mildly Varying Topography," *J. Fluid Mechanics*, 136, 453-466, 1983.

28. Dalrymple, R.A., J.T. Kirby and P.A. Hwang, "Wave Diffraction due to Areas of Energy Dissipation," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 110, WW1, 67-79, 1984.

29. Liu, P.L.-F. and R.A. Dalrymple, "The Damping of Gravity Water Waves Due to Percolation," *Coastal Engineering*, 8, 33-49, 1984.

30. Kirby, J.T. and R.A. Dalrymple, "Oblique Envelope Solutions of the Davey-Stewartson Equations in Intermediate Water Depth," *Physics of Fluids*, 26, 10, 1983.

31. Dalrymple, R.A., P.A. Hwang and P. L-F. Liu, "Water Waves and Circular Damping Regions," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 110, 2, 1984.

32. Kirby, J.T. and R.A. Dalrymple, "Verification of a Parabolic Equation for Propagation of Weakly- Nonlinear Waves," *Coastal Engineering*, 8, 1984.

33. Dally, W.R. R. G. Dean and R.A. Dalrymple, "Wave Height Variation Across Beaches of Arbitrary Profile," *J. Geophysical Research*, 90, 6, 11917-11927, 1985.

34. Kirby, J.T. and R.A. Dalrymple, "Modeling Waves in Surfzones and Around Islands," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 112, 1, 1986.

35. Dalrymple, R.A., R. B. Biggs, R. G. Dean and H. Wang. "Bluff Recession Rates in Chesapeake Bay," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 112, 1, 1986.

36. Dalrymple, R.A., and J.T. Kirby, "Water Waves Over Ripples," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 112, 1, 1986.

37. Dalrymple, R.A. and P. Solana, "Nonuniqueness in Stream Function Wave Theory," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 112, 2, 1986.

38. Kirby, J.T. and R.A. Dalrymple, "An Approximate Model for Nonlinear Dispersion in Monochromatic Wave Propagation Models," *Coastal Engineering*, 9, 1986.

39. Mann, D.W. and R.A. Dalrymple, "A Quantitative Approach to Delaware's Nodal Point," *Shore and Beach*, 54, 2, 1986.

40. Liu, P.L.-F., S.B. Yoon, and R.A. Dalrymple. "Wave Reflection from Energy Dissipation Region," *J. Waterway, Port, Coastal and Ocean Engineering*, 112, 6, 1986.

41. Trowbridge, J., K.-D. Suh, and R.A. Dalrymple, "A Simplified Second-Order Solution for a Spiral Wave Maker," *J. Geophysical Research*, 91, C10, 1986.

42. Kirby, J.T., R.A. Dalrymple and S.N. Seo, "Propagation of Obliquely Incident Water Waves Over a Trench. 2. Currents Flowing Along the Trench," *J. Fluid Mechanics*, 176, 1987.

43. Suh, K.D. and R.A. Dalrymple, "Offshore Breakwaters in Laboratory and the Field," *J. Waterway, Port Coastal and Ocean Engineering*, ASCE, 113, 2, 1987.

44. Dalrymple, R.A., "Water Wave Diffraction," *Shore and Beach*, 55, 3-4, 1987.

45. Wu, Y.-C. and R.A. Dalrymple, "Analysis of Wave Fields Generated by a Directional Wavemaker," *Coastal Engineering*, 11, 3, 1987.

46. Martin, P.A. and R.A. Dalrymple, "Scattering of Long Waves by Cylindrical Obstacles and Gratings Using Matched Asymptotic Expansions," *J. Fluid Mechanics*, 188, 456-490, 1988.

47. Dexter, S.C., R.A. Dalrymple, and N. Kobayashi, "The Marine Environment," in **Materials for Marine Systems and Structures**, D.F. Hasson and C.R. Crowe, eds., Academic Press, ISBN 0-12-341828-3, 1988.

48. Dalrymple, R.A., "A Model for the Refraction of Water Waves," *J. Waterway, Port, Coastal and Ocean Eng.*, ASCE, 114, 4, 423-435, 1988.

49. Dalrymple, R.A. and J.T. Kirby, "Models for Very Wide Angle Water Waves and Wave Diffraction," *J. Fluid Mechanics*, 192, 33-50, 1988.

50. Suh, K.D. and R.A. Dalrymple, "Expression for Shoreline Advancement of Initially Plane Beach," *J. Waterway, Port, Coastal and Ocean Eng.*, ASCE, 114, 6, 1988.

51. Tang, E.C.-S. and R.A. Dalrymple, "Nearshore Circulation: Rip Currents and Wave Groups," in **Nearshore Sediment Transport Study**, R.J. Seymour, ed., Plenum Press, 1989.

52. Dalrymple, R.A., "Directional Wavemaker Theory with Sidewall Reflection," *J. Hydraulic Research*, 27, 1, 23-34, 1989.

53. Dalrymple, R.A., "Physical Modelling in Coastal Engineering," Chap. 11 in **Recent Advances in Hydraulic Physical Modelling**, R. Martins, ed., NATO Advanced Science Institutes Series, Dordrecht: Kluwer Academic Publishers, 1989.

54. Dalrymple, R.A., K.D. Suh, J.T. Kirby, and J.W. Chae, "Models for Very Wide Angle Water Waves and Wave Diffraction, Part 2. Irregular Bathymetry" *J. Fluid Mechanics*, 201, 299-322, 1989.

55. Dalrymple, R.A., "Water Waves Past Abrupt Channel Transitions," *Applied Ocean Research*, 11, 4, 170–175, 1989.

56. Munasinghe, L.C. and R.A. Dalrymple, "A Split-step Fourier Algorithm for Water Waves," *J. the Engineering Mechanics Div.*, ASCE, February, 251-267, 1990.

57. Losada, M.A., R.A. Dalrymple and C. Vidal, "Water Waves in the Vicinity of Breakwaters," *J. Coastal Research*, Special Issue 7, 119-137, 1990.

58. Dalrymple, R.A. and P.A. Martin, "Wave Diffraction Through Offshore Breakwaters," *J. Waterway, Port, Coastal and Ocean Engineering*, 116, 6, 727–741, ASCE, 1990.

59. Dalrymple, R.A., L.C. Munasinghe, D.H. Wood, J.T. Kirby, "A Very Wide Angle Acoustics Model for Underwater Sound Propagation,", *J. the Acoustical Society of America*, 88, 4, 1863-1876, 1990.

60. Seo, S.N. and R.A. Dalrymple, "An Efficient Model for Periodic Overturning Waves," *Engineering Analysis with Boundary Elements*, 7, 4, 1990.

61. Suh, K.D., R.A. Dalrymple and J.T. Kirby, "An Angular Spectrum Model for Propagation of Stokes Waves," *J. Fluid Mechanics*, 221, 205-232, 1990.

62. Medina, R., M.A. Losada, and R.A. Dalrymple, "Análisis de Perfiles de Playa por Medio de Funciones Ortogonales Empíricas, Método FOE," *Revista de Obras Publicas*, June, 1990.

63. Dalrymple, R.A., M.A. Losada, and P.A. Martin, "Reflection and Transmission from Porous Structures under Oblique Wave Attack," *J. Fluid Mechanics*, 224, 625-644, 1991.

64. Task Committee, "Effects of Sea Level Rise on Bays and Estuaries," *J. Hydraulic Engineering*, ASCE, 118, 1, 1-10, 1992.

65. Dalrymple, R.A., "Prediction of Storm/Normal Beach Profiles," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 118, 2, 193-200, 1992.

66. Dalrymple, R.A. and P.A. Martin, "Perfect Boundary Conditions for Parabolic Water-wave Models," *Proc. Royal Society, London, A*, 437, 41-54, 1992.

67. Dalrymple, R.A. and J.T. Kirby, "Angular Spectrum Modelling of Water Waves," *Reviews in Aquatic Sciences*, CRC Press, 6, 5 and 6, 383-404, 1992.

68. Dalrymple, R.A., "Wave Propagation in Shallow Water," in *Design and Reliability of Coastal Structures*, Proc. Short Course, Venice, Italy, October 1–3, 1992.

69. Losada, I.J., R.A. Dalrymple, and M. A. Losada, "Water Waves on Crown Breakwaters," *J. Waterways, Port, Coastal and Ocean Engineering*, ASCE, ASCE, 119, 4, 367-380, 1993.

70. Suh, K.D. and R.A. Dalrymple, "Application of Angular Spectrum Model to Simulation of Irregular Wave Propagation," *J. Waterway, Port, Coastal and Ocean Engineering*, ASCE, 119, 5, 1993.

71. Kirby, J.T., R.A. Dalrymple and H. Kaku, "Parabolic Approximations for Water Waves in Conformal Coordinate Systems," *Coastal Engineering,*, 23, 185-213, 1994.

72. Martin, P.A. and R.A. Dalrymple, "On Amphidromic Points," *Proc. Royal Society, London, A*, 444, 91–104, 1994.

73. Martin, P.A. and R.A. Dalrymple, "On the Propagation of Water Waves Along a Porous-walled Channel," *Proc. Royal Society, London, A*, 444, 411-428, 1994.

74. Dalrymple, R.A, "Theory of Short-Period Waves," Chapter 2.3 of **Coastal, Estuarial and Harbour Engineers' Reference Book**, M.B. Abbott and W.A. Price, eds., E & F N Spon, London, 1994.

75. Dalrymple, R.A, J.T. Kirby and P.A. Martin, "Spectral Methods for Forward-propagating Water Waves in Conformally-mapped Channels,"*Applied Ocean Research*, 16, 249-266, 1994.

76. Dalrymple, R.A. and P.A. Martin, "Water Waves Incident on an Infinitely Long Rectangular Inlet," *Applied Ocean Research*, 18, 1-11, 1996.

77. Martin, P.A., R.A. Dalrymple, and J.T. Kirby, "Parabolic Modelling of Water Waves," in **Gravity Waves in Water of Finite Depth**, J.N. Hunt, Ed., Computational Mechanics Publications, Southhampton, 169-213, 1997.

78. Li, L. and R.A. Dalrymple, "Instabilities of the Undertow," *J. Fluid Mechanics*, 369, 175-190, 1998.

79. Losada, I.J., Dalrymple, M.A., Losada, M.A., "Wave-induced mean flows in vertical rubble-mound structures," *Coastal Engineering*, 35, 4, 251-281, 1998.

80. Dalrymple, R.A., M.A. Losada, and B. Doyle, "Waves and Wave-induced Flows at Jettied Inlets," *Shore & Beach*, 67, 1, 50-52, 1999.

81. Haller, M.C., U. Putrevu, J. Oltman-Shay, and R.A. Dalrymple, "Wave Group Forcing of Low Frequency Surf Zone Motion," *Coastal Engineering Journal*, 41, 2, 1999.

82. Chen, Q., R.A. Dalrymple, J.T. Kirby, A. Kennedy, and M.C. Haller, "Boussinesq Modelling of a Rip Current System," *J. Geophys. Res.*, 104, C9, 20, 617-20,638, 1999.

83. Kennedy, A.B., Chen, Q., Kirby, J.T., and Dalrymple, R.A., "Boussinesq modeling of wave transformation, breaking and runup. I: 1D," *J. Waterway, Port, Coastal, and Ocean Engineering*, 126, 1, 39-47, 2000.

84. Chen, Q., Kirby, J.T., Dalrymple, R.A., Kennedy, A.B., and Chawla, A., "Boussinesq modeling of wave transformation, breaking and runup. II: 2D," *J. Waterway, Port, Coastal, and Ocean Engineering*, 126, 1, 48-56, 2000.

85. Kennedy, A.B., Dalrymple, R.A., Kirby, J.T., and Chen, Q., "Depth Inversion Using Direct Boussinesq Modeling," *J. Waterway, Ports, Coastal, and Ocean Engineering, 126, 4, 206-214, 2000.*

86. Dalrymple, R.A., P.A. Martin, and L. Li, "Waves in a Rectangular Inlet with Reflecting or Absorbing Walls," *J. Waterway, Ports, Coastal and Ocean Engineering*, 126, 6, 206-214, 2000.

87. Shi, F., Dalrymple, R.A., Kirby, J.T., Chen, Q., and A.B. Kennedy, "A fully nonlinear Boussinesq model in generalized curvilinear coordinates, *Coastal Engineering*, 42, 337-358, 2000.

88. Kennedy, A.B., Kirby, J.T., Chen Q. and R.A. Dalrymple, "Boussinesq-type Equations with Improved Nonlinear Behaviour," *Wave Motion*, 33, 3, 225-243, 2001.

89. Haller, M.C. and R.A. Dalrymple, "Rip Current Instabilities," *J. Fluid Mechanics*, 433, 161-192, 2001.

90. Haller, M.C., R.A. Dalrymple and I.A. Svendsen, "Experimental Study of Nearshore Dynamics on a Barred Beach with Rip Channels,"*J. Geophys. Res.*, 107, C6, 2002.

91. Shi, F-Y., J.T. Kirby, R.A. Dalrymple, Q. Chen, "Wave Simulations in Ponce De Leon Inlet Using a Boussinesq Model," *J. Waterway, Ports, Coastal, and Ocean Engineering*, 129, 3, 124-135, 2003.

92. Chen, Q., Kirby, J.T., R.A. Dalrymple, F. Shi, and E.B. Thornton, "Boussinesq modeling of longshore currents,", *J. Geophys. Res.*,108, C11, 3362-3380, 2003.

93. Gomez-Gesteira, M. and R.A. Dalrymple, "Using a 3D SPH Method for Wave Impact on a Tall Structure," J. Waterways, Port, Coastal, Ocean Engineering, 130, 2, 2003.

94. Gomez-Gesteira, M., R.A. Dalrymple, A.J.C. Crespo, and D. Cerquiero, "Uso de la Tecnica SPH para el Estudio de la Interaccion entre Olas y Estructuras," *Ingenieria del Agua*, 11, 2, 2004.

95. Gomez-Gesteira, M., D. Cerquiero, A.J.C. Crespo and R.A. Dalrymple, "Green Water Overtopping Analyzed with an SPH Model," *Ocean Engineering*, 32, 2, 223-238, 2005.

96. Dalrymple, R.A. and D.L. Kriebel, "Lessons in Engineering from the Tsunami in Thailand," *The Bridge*, National Academy of Engineering, 35, 2, 2005.

97. Dalrymple, R.A. and B.D. Rogers, "Numerical Modeling of Water Waves with the SPH Method," *Coastal Engineering*, 53/2-3, 141-147, 2006

98. Rogers, B.D. and R.A. Dalrymple, "SPH Modeling of Tsunamis," Proc. Intl. Workshop on Longwave Run-up, Advances in Coastal Engineering Series, P.L.-F. Liu, ed., World Scientific, in press, 2007.

99. Crespo, A.J.C, M. Gomez-Gesteira, R.A. Dalrymple. "SPH Simulation of Large Waves Mitigation with a Dike". *Journal of Hydraulic Research*. International Association of Hydraulic Research, in press, 2007.

## Proceedings

100. Hudspeth, R.T., R.A. Dalrymple, and R.G. Dean, "Comparison of Wave Forces Computed by Linear and Stream Function Methods," Offshore Technology Conference, Preprint No.2037, May 1974.

101. Dalrymple, R.A., "An Offshore Beach Nourishment Scheme," Proc. 12th Conference on Coastal Engineering, 1971.

102. Price, R.K., R.A. Dalrymple, and R.G. Dean, "Recirculation in Shallow Bays and Rivers," Proc. 12th Conference on Coastal Engineering, 1971.

103. Dalrymple, R.A. and R.G. Dean, "The Spiral Wavemaker for Littoral Drift Studies," Proc. 13th Conference on Coastal Engineering, Vancouver, 1972.

104. Dalrymple, R.A., "Models for Nonlinear Water Waves on Shear Currents," Offshore Technology Conference, Preprint No. 2114, May 1974.

105. Dalrymple, R.A.,"Water Waves on a Bilinear Shear Current," Proc. 14th Conference on Coastal Engineering, Copenhagen, 1974.

106. Birkemeier, W.A. and R.A. Dalrymple, "Nearshore Water Circulation Induced by Wind and Waves," Proceedings of Modeling 75, ASCE, San Francisco, 1975.

107. Wang, H., R.A. Dalrymple, and J.C. Shiau, "Computer Simulation of Beach Erosion and Profile Modification Due to Waves," Proceedings of Modeling 75, ASCE, San Francisco, 1975.

108. Dalrymple, R.A., "Waves and Wave Forces in the Presence of Currents," Proceedings of Ocean Engineering III, ASCE, Newark, Delaware, 1975.

109. Dalrymple, R.A. and W.W. Thompson, "A Study of Equilibrium Beach Profiles," Proc. 15th Conference on Coastal Engineering, Honolulu, Hawaii, ASCE, 1976.

110. Mallard, W.W. and R.A. Dalrymple, "Water Waves Propagating Over a Deformable Bottom," Proc. 9th Annual Offshore Technology Conference, Paper No. 2895, May 1977.

111. Dalrymple, R.A., "Rip Currents and Their Causes," Proc. 16th Conference on Coastal Engineering, Hamburg, 1978.

112. Dennis, W.A., G.A. Lanan, and R.A. Dalrymple, "Case Studies of Delaware's Tidal Inlets: Roosevelt and Indian River Inlets," Proc. 16th Conference on Coastal Engineering, Hamburg, 1978.

113. Ebersole, B.A. and R.A. Dalrymple, "Numerical Modeling of Nearshore Circulation," Proc. 17th Intl. Conference on Coastal Engineering, Sydney, ASCE, 1980.

114. Dalrymple, R.A. and P.L.-F. Liu, "Gravity Waves over a Poro-elastic Seabed," Proc. Ocean Structural Dynamics Symposium, ASCE, September, 1982.

115. Kirby, J.T. and R.A. Dalrymple, "The Propagation of Weakly Nonlinear Waves in the Presence of Varying Depth and Currents," XXth Congress of the Intl. Association of Hydraulic Research, Moscow, 1983.

116. Kirby, J.T., Liu, P.L.-F., S.B. Yoon, and R.A. Dalrymple, "Combined Refraction-Diffraction of Nonlinear Waves in Shallow Water," Proc. 19th Intl. Conference on Coastal Engineering, ASCE, Houston, 1984.

117. Dalrymple, R.A., J.T. Kirby, and D.W. Mann, "Wave Propagation in the Vicinity of Islands," Proc. 16th Offshore Technology Conference, No. 4675, May 1984.

118. Dick, J.E. and R.A. Dalrymple, "Short and Long Term Beach Changes at Bethany Beach, Delaware," Proc. 19th Intl. Conference on Coastal Engineering, ASCE, Houston, 1650-1667, 1984.

119. Dally, W.R., R.G. Dean, and R.A. Dalrymple, "A Model for Breaker Decay on Beaches," Proc. 19th Intl. Conference on Coastal Engineering, ASCE, Houston, 1984.

120. Dalrymple, R.A., J.T. Kirby and D.J. Seli, "Wave Trapping By Breakwaters," Proc. 20th Intl. Conference on Coastal Engineering, Taipei, ASCE, 1986.

121. Martin, C.J., M.C. Miller, and R.A. Dalrymple, "A Verification Procedure for Wave Propagation Models," Proc. Modelling the Offshore Environment, Soc. Underwater Technology, London, 1987.

122. Suh, K.-D. and R.A. Dalrymple, "Directional Wavemaker Theory: A Spectral Approach," Proc. IAHR, Symposium on Wave Analysis and Generation in Laboratory Basins, Lausanne, 1987.

123. Yasuda, T., S. Shinoda, and R.A. Dalrymple, "Soliton Mode Representation for Kinematics of Shallow Water Swell," *Proc. Coastal Hydrodynamics*, ASCE, Newark, 1987.

124. Suh, K.D. and R.A. Dalrymple, "Wide-angle Water Wave Models Using Fourier Method," Proc. 21st Intl. Conference on Coastal Engineering, ASCE, Torremolinos, 246-260, 1988.

125. Dalrymple, R.A., S.N. Seo, and P.A. Martin, "Water Wave Scattering by Rows of Circular Cylinders," Proc. 21st Intl. Conference on Coastal Engineering, ASCE, Torremolinos, 2216-2228, 1988.

126. Dalrymple, R.A. and J.C. Heideman, "Nonlinear Water Waves on a Vertically-sheared Current," Proc. Workshop on Wave and Current Kinematics and Loading, Oil Industry Intl. Exploration and Production Forum, Rpt. 3.12/156, London, 69-92, 1989.

127. Harkins, G.S. and R.A. Dalrymple, "Sensitivity Analysis for Multi-Element Wavemakers," *Proc. 22nd Intl. Conference on Coastal Engineering*, ASCE, 1990.

128. Fowler, R.E. and R.A. Dalrymple, "Wave Group Forced Nearshore Circulation," *Proc. 22nd Intl. Conference on Coastal Engineering*, ASCE, 1990.

129. Losada, I.J., M.A. Losada, and R.A. Dalrymple, "Oscillatory Flow in Granular Media," *Proc. 2nd European Specialty Conference on Numerical Methods in Geotechnical Engineering*, 259-270, 1990.

130. Medina, R., M.A. Losada, R.A. Dalrymple, A. Roldan, "Cross-shore Sediment Transport Determined by EOF Method," *Proceedings, Coastal Sediments '91*, ASCE, 1991.

131. Dalrymple, R.A., "Transport and Circulation in the Nearshore Zone Induced by Waves," *Intl. Symposium on Marine Pollution*, National Cheng Kung University, 1991.

132. Dalrymple, R.A., "Water Wave Propagation in Jettied Channels," *Proc. 23rd Intl. Conference on Coastal Engineering,*, ASCE, 3040-3053, 1992.

133. C.G. Creed, R.A. Dalrymple, D.L. Kriebel, and J.M. Kaihatu, "Equilibrium Beach Profiles with Random Seas," *Proc. 23rd Intl. Conference on Coastal Engineering,*, ASCE, 1992.

134. Driscoll, A.M., R.A. Dalrymple, and S.T. Grilli,"Harmonic Generation and Transmission of Waves Past a Submerged Rectangular Obstacle, *Proc. 23rd Intl. Conference on Coastal Engineering,*, ASCE, 1992.

135. Mansard, E.P.D., M.D. Miles, and R.A. Dalrymple, "Validation of Directional Wavemaker Theory with Sidewall Reflections,"*Proc. 23rd Intl. Conference on Coastal Engineering*, ASCE, 1992.

136. Kirby, J.T. and R.A. Dalrymple, "Parabolic and Angular Spectrum Wave Models in Conformally-Mapped Coordinate Systems," in **Advances in Hydroscience and Engineering**, S.S.Y. Wang, ed., Univ. Miss., 1563-1570, 1993.

137. Dalrymple, R.A., J.T. Kirby, and L. Li, "The Propagation of Water Waves in Channels," *Proc. Intl. Symp. on Waves*, IAHR, Vancouver, 1994.

138. Dalrymple, R.A. and J.T. Kirby, "Waves in an Annular Entrance Channel," *Proc. 24th Intl. Conference on Coastal Engineering*, ASCE, Kobe, 1994.

139. Haller, M. and R.A. Dalrymple, "Looking for Wave Groups in the Surf Zone," *Proc. Coastal Dynamics '96*, Gdansk, Poland, 1996.

140. Guo, L. and R.A. Dalrymple, "Water Wave Fluctuations Induced by Irregular Bathymetry," *Proc. 25th Intl. Conf. Coastal Engineering*, ASCE, Orlando, 1996, 731-742.

141. Bosma, K.F. and R.A. Dalrymple, "Beach Profile Analysis Around Indian River Inlet, Delaware," *Proc. 25th Intl. Conf. Coastal Engineering*, ASCE, Orlando, 1996, 2829-2842.

142. Li, L., R.A. Dalrymple, and J. Mlynarski, "Propagation of Water Waves in a Prismatic Channel,' '*Proc. 25th Intl. Conf. Coastal Engineering*, ASCE, Orlando, 1074-1087, 1996.

143. Kriebel, D.L., Dalrymple, R., Pratt, A. and V. Sakovich, "Shoreline Risk Index for Northeasters," *Proc. Conf. on Natural Disaster Reduction*, ASCE, 251-252, Washington, 1996.

144. Haller, M. C., Dalrymple, R. A., and I. A. Svendsen, "Experimental Investigation of Nearshore Circulation in the Presence of Rip Channels" (abs.), *EOS, Trans. Amer. Geophys. Un.*, vol.77, 46, 1996.

145. Haller, M. C., Dalrymple, R. A., and I. A. Svendsen, "Rip Channels and Nearshore Circulation," *Coastal Dynamics '97*, 594-603, 1997.

146. Dalrymple, R.A., "Refraction and Two-line Models of Shoreline Change," *Proc. 10th Natl. Conf. on Beach Preservation Technology*, Florida Shore & Beach Pres. Assoc., St. Petersburg, 1997.

147. Haller, M. C., Dalrymple, R. A., and I. A. Svendsen, "Rip channels and Nearshore Circulation," *Waves '97*, 1997

148. Mendez, F.J., I.J. Losada, R.A. Dalrymple, and M.A. Losada, "Effects of Wave Reflection and Dissipation on Wave-induced Second Order Magnitudes,"*Proc. 26th Intl. Conf. Coastal Engineering*, ASCE, Copenhagen, 1998.

149. Dalrymple, R.A., A.B. Kennedy, J.T. Kirby, and Q. Chen, "Determining Images from Remotely Sensed Images," *Proc. 26th Intl. Conf. Coastal Engineering*, ASCE, Copenhagen, 1998.

150. Li, L. and R.A. Dalrymple, "The Horizontal Eddies in the Offshore Zone," *Proc. 26th Intl. Conf. Coastal Engineering*, ASCE, Copenhagen, 1998.

151. Haller, M.C., U. Putrevu, J. Oltman-Shay, and R.A. Dalrymple, "Low Frequency Surf Zone Response to Wave Groups," *Proc. 26th Intl. Conf. Coastal Engineering*, ASCE, Copenhagen, 1998.

152. Dalrymple, R.A., "Where will we get our future coastal engineers," *Proc. Sand Rights '99*, ASCE, Ventura, 2000.

153. Dalrymple, R.A., I.J. Losada and P.A. Martin, "Water Waves in a Simple Inlet and Bay System" in Coastal Structures '99, I.J. Losada, ed., Vol 1, A.A. Balkema, Rotterdam, 101-106, 2000.

154. Chen, Q., Kirby, J.T., Dalrymple, R.A., Kennedy, A.B., Thornton, E.B., and Shi, F., "Boussinesq Modeling of Waves and Longshore Currents under Field Conditions," Proc. 27th Intl. Conf. Coastal Engineering, ASCE, Sydney, 2000.

155. Misra, S., Kennedy, A.B., Kirby, J.T., and Dalrymple, R.A., "Determining Water Depth from Surface Images Using Boussinesq Equations," Proc. 27th Intl. Conf. Coastal Engineering, ASCE, Sydney, 2000.

156. Kennedy, A.B. and R.A. Dalrymple, "Wave Group Forcing of Rip Currents," *Proc Waves 2001*, ASCE, 1426–1435, San Francisco, 2001.

157. Dalrymple, R.A., O. Knio, D.T. Cox, M. Gesteira, and S. Zou, "Using a Lagrangian Particle Method for Deck Overtopping," *Proc. Waves 2001*, ASCE, 1082–1091, San Francisco, 2001.

158. Jones, N.P. and R.A. Dalrymple, "Management of Civil Infrastructure Systems in Multi-hazard Environments: Coastal Hazards and Systems," *Proc. Solutions to Coastal Disasters*, ASCE, 336-348, 2002.

159. Narayanaswamy, M. and R.A. Dalrymple, "An Experimental Study of Surface Instabilities during Wave Breaking," *Proc. 28th Intl. Conf. Coastal Engineering*, World Scientific, 1, 344-355, 2002.

160. Rogers, B.D., R.A. Dalrymple, M. Gesteira, and O. Knio, "Smoothed particle hydrodynamics for naval hydrodynamics," *Proc. Int. Workshop on Water Waves and Floating Bodies*, 2003.

161. Dalrymple, R.A., "Trends in Coastal Engineering in the U.S.," *Toward New Progress in Coastal Engineering in Japan*, 2003.

162. Rogers, B.D. and R.A. Dalrymple, "SPH Modeling of Breaking Waves," *Proc. 29th Intl. Conference on Coastal Engineering*, Lisbon, World Scientific Press, 415-427, 2004.

163. Narayanaswamy, M. and R.A. Dalrymple, Earthquake Induced Wave Motions in Closed Water Bodies, " *Proc. 29th Intl. Conference on Coastal Engineering*, Lisbon, World Scientific Press, 1134-1146, 2004.

164. Zou, S. and R.A. Dalrymple, Sediment Suspension Modeling by Smoothed Particle Hydrodynamics," *Proc. 29th Intl. Conference on Coastal Engineering*, Lisbon, World Scientific Press, 1948-1958, 2004.

165. Panizzo, A. and R.A. Dalrymple, "SPH Modelling of Underwater Landslide Generated Waves," *Proc. 29th Intl. Conference on Coastal Engineering*, Lisbon, World Scientific Press, 1147-1159, 2004.

166. Rogers, B.D. and R.A. Dalrymple, "Three-Dimensional SPH-SPS Modeling of Wave Breaking," *Symposium on Ocean Wave Measurements and Analysis*, ASCE, Madrid, 2005.

167. Dalrymple, R.A. and D.L. Kriebel. "Thailand: Seaports and Coastal Aspects." Sumatra-Andaman Islands Earthquake and Tsunami of December 26, 2004 Lifeline Performance; Technical Council on Lifeline Earthquake Engineering. American Society of Civil Engineers, 56-71, in press.

168. Dalrymple, R.A., "New Technology: SPH for Coastal Processes," Keynote Address, *Symposium on Ocean Wave Measurements and Analysis*, ASCE, Madrid, 2005.

169. Narayanaswamy, M. and R.A. Dalrymple, "A Hybrid Boussinesq and SPH Model for Forced Oscillations," *Symposium on Ocean Wave Measurements and Analysis*, ASCE, Madrid, 2005.

170. Zou, S. and R.A. Dalrymple, "Smoothed Particle Hydrodynamics Simulation on Sediment Suspension Under Breaking Waves," *Symposium on Ocean Wave Measurements and Analysis*, ASCE, Madrid, 2005.

171. Zou, S., R.A. Dalrymple. "Sediment Suspension Simulation under Oscillatory Flow with SPH-SPS Method". *30th Intl. Conference on Coastal Engineering*. World Scientific Press (2006)

172. Narayanaswamy, M., J. Frandsen, R.A. Dalrymple. "Experimental and Numerical Studies of Forced Free Surface Waves". *30th Intl. Conference on Coastal Engineering*. World Scientific Press (2006)

173. Gomez-Gesteira, M., A.J.C. Crespo, and R.A. Dalrymple. "Study of Coastal Area Protection within the Framework of SPH3D Method". *Proc. International Conference on Coastal Engineering*. World Scientific Press (2007)

174. Cuomo, G., A. Panizzo, R.A. Dalrymple. "SPH-LES Two Phase Simulation of Wave Breaking and Wave-Structure Interaction". *30th Intl. Conference on Coastal Engineering*. World Scientific Press (2006)

175. Panizzo, A., Cuomo, G., R.A. Dalrymple. "3D Simulation of Landslide Generated Waves". *30th Intl. Conference on Coastal Engineering*. World Scientific Press (2006)