# Brian R. Jarvinen
17120 S.W. 78th Avenue
Miami, FL 33157-4811
(305) 238-9070 (Office)    (786) 266-5195 (Cell)

**Experience**   *2005-Present    Miami, FL*
**Private Consultant, Hurricanes and Storm Surge**

*1996-2005    National Hurricane Center Miami, FL*
**Hurricane Forecaster, Storm Surge Group Leader**
- Operational Hurricane Forecaster
- Team Leader, Applied Hurricane Storm Surge Project
- Historical Hurricane Researcher

*1979-1996    National Hurricane Center Miami, FL*
**Storm Surge Group Leader**
- Determined Hurricane Storm Surge Plain from Texas to Maine.
- Helped decrease the number of storm surge deaths in recent major hurricane events.
- Trained 200 coastal, local, state and federal emergency managers in storm surge concepts, model application and model results.

*1971-2005    National Hurricane Center Miami, FL*
**Research Meteorologist**

*1970-1971    National Hurricane Research Laboratory   Miami, FL*

*Research Areas:*
- Co-Developer of SHIFOR Model (Statistical Hurricane Intensity Forecast)
- Developed MEOW (Maximum Envelope Of Water) concept for emergency management planning
- Satellite Meteorology
- Structure and Dynamics of Hurricanes
- Air-Sea Interaction

**Education**   *1963-1969    Miami-Dade Junior College, Florida State University*
- B.S., Meteorology Major with Minors in Mathematics and Physics
- M.S., Tropical Meteorology
- Graduate Studies towards Ph.D. (1970-1971)

**Personal**   *Miami native, Married since 1968 to Diane Hackett Jarvinen, 2 sons*

**Interests**   *Travel, Fishing, Historical Hurricane Research*

**Professional Society**   *American Meteorology Society*

**Awards**   *Neil Frank Award, April 1990*
*For "pioneering leadership over the past decade in storm surge research and in hurricane evacuation planning in coastal areas of the United States."*

# Bibliography for Brian R. Jarvinen

1. **An Evaluation of the Slosh Storm-Surge Model**
Brian Jarvinen and Miles Lawrence
Bulletin of the American Meteorological Society v. 66 no. 11 pages 1408-1411
ISSN: 0003-0007

2. **Numerical Prediction of Tropical Weather Systems**
BANNER I. MILLER, PETER P. CHASE, and BRIAN R. JARVINEN
*Monthly Weather Review*
Volume 100, Issue 12 (December 1972) pp. 825–835

3. **Statistical forecasts of tropical cyclone intensity for the North Atlantic basin**
Brian R. Jarvinen and Charles J. Neumann.
Miami : National Hurricane Center, National Weather Service ; Springfield, Va. : available from the National Technical Information Service.
Pub date:1979, pages: 22
United States. National Oceanic and Atmospheric Administration. NOAA technical memorandum NWS NHC ; -10.

4. **A decision procedure for application in predicting the landfall of hurricanes**
R.H. Simpson and Brian R. Jarvinen
Publication: Fort Worth, Tex. : U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, Southern Region Headquarters, Scientific Services Division
Pub date: 1973, pages: 10
Series Title: (NOAA technical memorandum NWS SR ; 71)

5. **A Reanalysis of Hurricane Andrew's Intensity**
Christopher W. Landsea, James L. Franklin, Colin J. McAdie, John L. Beven II, James M. Gross, Brian R. Jarvinen, Richard J. Pasch, Edward N. Rappaport, Jason P. Dunion, and Peter P. Dodge
*Bulletin of the American Meteorological Society*
Volume 85, Issue 11 (November 2004) pp. 1699–1712

6. **Observed versus Slosh model storm surge for Connecticut, New York and upper New Jersey in Hurricane Gloria, September 1985**
Publisher: U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, National Hurricane Center,
Brian Jarvinen and Jeff Gebert.
Pub date: 1987, pages: 17
Series Title: (NOAA technical memorandum NWS NHC ; 36)

7. **Observed versus SLOSH model storm surge for North Carolina in Hurricane Gloria, September 1985**
Brian Jarvinen and Allan McDuffie
Publisher: U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, National Hurricane Center,
Pub date: 1987, pages: 21
Series Title: (NOAA technical memorandum NWS NHC ; 37)

8. **Comparison of observed versus slosh model computed storm surge hydrographs along the Delaware and New Jersey shorelines for Hurricane Gloria, September 1985**
Publisher: U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, National Hurricane Center,
Pub date: 1986, pages: 17
Series Title: (NOAA technical memorandum NWS NHC ; 32)


9. **A storm surge atlas for the Sabine Lake area**
Author: Wiggert, Victor and Jarvinen, Brian.
Publisher: Miami, Fla : U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, National Hurricane Center
Pub date: 1986, pages: 50
General Note: "April, 1986." General Note: "Prepared by the National Hurricane Center and AOML/Hurricane Research Division, Miami, Florida, in cooperation with the Techniques Development Laboratory, Silver Spring, Maryland." Bibliography note: Includes bibliographical references (p. 49-50).
Series Title: (NOAA technical memorandum NWS NHC ; 30)

10. **A storm surge atlas for Corpus Christi, Texas**
Brian R. Jarvinen, A. Barry Damiano, Gloria J.D. Lockett.
Publisher: Miami, Fla. : U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, National Hurricane Center
Pub date:1985, pages: 41, A-39
General Note: "August, 1985." General Note: "Prepared by the National Hurricane Center and AOML/Hurricane Research Division, Miami, Florida, in cooperation with the Techniques Development Laboratory, Silver Spring, Maryland."
Series Title: (NOAA technical memorandum NWS NHC ; 27)

11. **A tropical cyclone data tape for the North Atlantic basin, 1886-1983 : contents, limitations, and uses**
Brian R. Jarvinen, Charles J. Neumann, and Mary A.S. Davis.
Publisher: Miami, Florida : National Oceanic and Atmospheric Administration, National Weather Service, National Hurricane Center; Springfield, Va. : available from NTIS.
Pub date: 1984, pages: 21
Series Title: (NOAA technical memorandum NWS NHC ; 22)

12. **A tropical cyclone data tape for the North Atlantic basin 1886-1977 : contents, limitations, and uses**
Brian R. Jarvinen and Eduardo L Caso.
Publication info: Miami : National Weather Service, National Hurricane Center : available from National Technical Information Service
Pub date:1978, pages: 22
United States. National Oceanic and Atmospheric Administration. NOAA technical memorandum NWS NHC ; 6.

13. **Atlantic tropical cyclone tracks by 5-, 10-, 15-, and 30-day periods**
Brian R. Jarvinen and Charles J. Neumann
Publication info: Miami : National Hurricane Center
Pub date:1978, pages: 57

Series: <u>United States. National Oceanic and Atmospheric Administration. NOAA technical memorandum NWS NHC ; 5.</u>

14.     **Objective analysis of the sea surface temperature**
Brian R. Jarvinen
Publication: Fort Worth, Tex.: U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, Southern Region Headquarters, Scientific Service Division
Pub date: 1973, pages:16
Series Title: <u>(NOAA technical memorandum NWS SR ; 72)</u>

15.     **Tropical cyclones of the North Atlantic Ocean, 1871–1992**
Neumann, C. J., B. R. Jarvinen, C. J. McAdie, and J. D. Elms
National Climatic Data Center in cooperation with the National Hurricane Center, Coral Gables, FL,
Pub date: 1993, pages:193

16.     **Tropical cyclones of the North Atlantic Ocean, 1871–1998. Historical Climatology Series, No. 6-2**
Neumann C. J., B. R. Jarvinen, C. J. McAdie, and G. R. Hammer
National Climatic Data Center, Asheville, NC (in cooperation with the National Hurricane Center, Miami, FL),
Pub date: 1999, pages: 206