# QUALIFICATIONS OF MICHAEL W. TRUAX, MAI

### Base Education

| | |
|---|---|
| Bachelor of Science, Engineering, Tulane University | 1976 |

Appraisal Institute - Sponsored Courses Completed:

| | |
|---|---|
| Course IA - Basic Appraisal Principles, Methods and Techniques | 1974 |
| Course IB - Capitalization Theory and Technique | 1975 |
| Course II - Urban Properties | 1977 |
| Course IV - Investment Analysis | 1978 |
| Course 2-3/8-3 - Uniform Standards of Professional Appraisal Practice (* Updated in 2006) | 1993* |
| Course 420 - Business Practices and Ethics | 2004 |

*Seminars*

| | |
|---|---|
| Seminar on Statistical Analysis of Real Estate Market Decisions | 1977 |
| Narrative Report Writing Seminar | 1981 |
| FNMA Sponsored Condominium Seminar | 1981 |
| Syndication Seminar | 1984 |
| R41B Seminar | 1986 |
| Hazardous Materials | 1989 |
| Business Valuation | 1990 |
| Appraisal Excellence | 1990 |
| Appraiser's Legal Liability | 1991 |
| Economic Outlook and Real Estate Market Forecast | 1991 |
| Argus Computer Seminar | 1992 |
| Americans with Disabilities Act | 1993 |
| Litigation and Liability | 1994 |
| The Appraiser as an Expert Witness | 1995 |
| Internet and Appraising | 1997 |
| Automated Valuation Models | 1997 |
| Understanding and Using DCF Models | 1998 |
| Attacking and Defending an Appraisal in Litigation | 1999 |
| Online Internet Search Strategies for Real Estate Appraisers | 2001 |
| Introduction to GIS Application for Real Estate Appraisal | 2001 |
| Appraiser Liability | 2003 |
| Developing and Growing an Appraisal Practice | 2003 |
| Appraisal Trends | 2006 |
| Construction Details/Trends | 2006 |
| Disclosures and Disclaimers | 2006 |

### Business Experience

Realtor - Appraiser-Developer, Max J. Derbes, Inc./Max J. Derbes Appraisers and Real Estate Consultants, Inc. (1976 - March 2002)
Partner in Max J. Derbes Appraisers, L.L.C. (April 2002 - February 2005)
Partner in Truax, Robles & Baldwin Appraisers, LLC (March 2005 - Present)

### Professional Associations

Appraisal Institute - MAI; Member No. 7039
Louisiana Certified General Real Estate Appraiser (No. G0096)
Michigan Certified General Appraiser (License #12-01-007975)

Louisiana Realtors Association                     New Orleans Metropolitan Associations
National Association of Realtors                        of Realtors

## QUALIFICATIONS OF MICHAEL W. TRUAX, MAI
## (Continued)

### Approved Fee Appraiser For:

American Commercial Capital
AmSouth Bank
AMI Capital, Inc.
Bank of America
Board of Commissioners of the
　Orleans Levee District
Capital Financial Resources
Capital One Bank
Central Progressive Bank
CIBC-Oppenheimer
Collateral Mortgage Capital, LLC
Crescent Bank and Trust
Eustis Mortgage
Federal Deposit Insurance Corporation
Federal Home Loan Bank Board
Fidelity Homestead
First Bank and Trust
First National Bank of St. Mary Parish
First National Bank USA
GE Capital
GMAC Commercial Mortgage Corporation
Greater New Orleans Homestead
Gulf Coast Bank and Trust

Hancock Bank
HSBC Bank
J P Morgan Chase Bank
Jefferson Parish
Iberia Bank
Interbay Funding
LaSalle Bank
Metairie Bank
Metlife Capital Corporation
National Capital Funding Corporation
National Realty Funding
Nations Bank/Bank of America
New South Federal Savings Bank
Omni Bank
Parish National Bank
Regions Bank
Resolution Trust Corporation
St. Mary Bank
Southern Pacific Bank
Sunlife Assurance of Canada
Textron Financial
Whitney National Bank
Your Bank

### Partial List of Corporate/Institutional Clients

Archdiocese of New Orleans
BellSouth
Board of Commissioners of the
　Port of New Orleans
BP America
Burger King
Census Bureau
Chevron Oil/Texaco
City of New Orleans
CSX Railroad
East Jefferson General Hospital
Entergy La.., Inc.
Ernest Morial Exhibition Hall Authority
Exxon/Mobile
GATX
Halliburton
HCA
Internal Revenue Service
JEDCO

Jefferson Parish School Board
Louisiana Gas Service Company
Loyola University
Marathon Ashland Petroleum
McDonald's Corporation
New Orleans Public Service (NOPSI)
19th Judicial District Court
Norfolk Southern Railroad
Orleans Parish School Board
Pan American Life Insurance Company
St. Bernard Parish
Shell Oil/Equiva/Equilon
Small Business Association
Taco Bell
Terrebonne Parish
U.S. Army Corps of Engineers
U.S. Department of Interior
U.S. Department of Justice

### Partial List of Attorney Clients

| | | | |
|---|---|---|---|
| Tom Anselmo | René Curry | Wilson Krebs | Moise Steeg, Jr. |
| Brod Bagert | Frank D'Amico, Jr. | Robert Kutcher | Charles Stern |
| Herman Barnett | Taylor Darden | Neville Landry | Frank Tessier |
| Leonard Berins | Albert Derbes | Robert Lowe | Emile Turner |
| Thomas Blum | Douglas Draper | Don McDaniel | Gerald Wasserman |
| Andrew Braun | Clarence Dupuy | Russell Nunez | Scott Whittaker |
| Elwood Cahill | Steven Hartel | Randy Opotowsky | Barney Williams |
| Rudy Cerone | | | |

## QUALIFICATIONS OF MICHAEL W. TRUAX, MAI
### (Continued)

### Major Projects

Appraisal of Atchafalaya River Basin for U.S. Army Corps of Engineers.

Environmental Impact Study of Highways for Louisiana Department of Transportation and Development.

Appraisal of Salt Domes and related pipelines in Louisiana and Texas for U.S. Army Corps of Engineers of Strategic Oil Storage Program.

Appraisal of right-of-way for extension of Earhart Boulevard in Jefferson Parish from the New Orleans Parish Line to Causeway Boulevard for the Louisiana Department of Transportation and Development.

Appraisal of Newport News Shipbuilding and Drydock Shipyard in Newport News, Virginia; largest shipyard in the western hemisphere; nuclear aircraft carriers, and attack submarines among ships constructed at facility.

Appraisal of Ford Motor Company Engineering and Research Center in Dearborn, Michigan; contains over 5,000,000 S.F. in ±100 buildings.

Study/analysis regarding property value impact associated with Shell Oil Company "cracker" unit explosion in Norco, Louisiana.

Market and property value analysis in support of the development of the Superconducting Super Collider Project in Ellis County, Texas.

Market study of real estate value impacts associated with environmental contamination from Thompson-Hayworth Plant in New Orleans, Louisiana.

Appraisal of Dow Corning manufacturing facility in Midland, Michigan; large (over 100 building/tower improvements) integrated, chemical plant used in the research, development and production of silicon-based, specialty chemical products.

Appraisal of Dow Chemical Company World Headquarters in Midland, Michigan; complex includes ±914,000 S.F. of gross building area contained in multiple (8) structures as developed on a ±153 acre campus

Appraisal of the Dow Chemical Company manufacturing facility in Midland, Michigan; large (over 500 buildings/towers), integrated, chemical plant used in the research, development and production of a wide range of chemical products.

### Court Testimony As Expert Witness

Jefferson Parish District Court
Orleans Parish District Court
Tangipahoa Parish District Court
St. Bernard Parish District Court
Lafourche Parish District Court
St. Tammany Parish District Court

U.S. Bankruptcy Court for the Western
   District of Louisiana
U.S. District Court for the Eastern
   District of Louisiana
U.S. Bankruptcy Court for the Eastern
   District of Louisiana