VITA

**Kerry Dean Vandell**
Tiefenthaler Chair in Real Estate and Urban Land Economics
University of Wisconsin - Madison

**Office Address**
The Paul Merage School of Business
University of California-Irvine
429 SB
Irvine, CA  92697-3125

Phone: (949) 824-1985
Cell: (608) 334-6251
Fax:    (949) 824-8469
e-mail:  kvandell@merage.uci.edu

**Home Address**
2658 Victoria Drive
Laguna Beach, CA 92651

Phone:  (949) 715-1333

## Personal Data

| | |
|---|---|
| Date of Birth: | January 8, 1947 |
| Married: | Deborah Lowe Vandell, Professor and Chair, Department of Education, University of California - Irvine<br>Two children - Colin Buckner born October 4, 1979, Ashley Elizabeth born March 9, 1985 |

## Education

| | |
|---|---|
| Ph.D. | Massachusetts Institute of Technology, 1977<br>(Urban Studies and Planning)<br>Dissertation: Alternative Mortgage Instruments:  Their Distributional Effects on Homeownership, Housing Consumption, and the Use of Mortgage Credit<br>Chairman:  Arthur P. Solomon |
| M.C.P. | Harvard University, 1973 (City and Regional Planning) |
| B.A./M.M.E. | Rice University, 1970 (Mechanical Engineering) |

## Honors and Awards

| | |
|---|---|
| 2005 | Second Place, American Real Estate Society Competitive Paper Award for Best Paper published in the *Journal of Real Estate Research* (Voted by the membership of ARES, for Charles Carter and Kerry D. Vandell, "*Bid Rent vs. Agglomeration Economies as Alternative Theories of Store Location within Shopping Centers.*") |
| 2004 | Outstanding Paper Award, Appraisal Institute, (for Tsong-Yue Lai, Kerry D. Vandell, and Ko Wang, "Estimating Property Value by Replicating One") |
| 2004– | Member Manufactured Housing Council, Urban Land Institute, Washington D.C. (invited) |
| 2002– | Board of Directors, Asian Real Estate Society (elected) |
| 2002-06 | Co-Editor, *Real Estate Issues* (invited, official journal of the Counselors of Real Estate) |
| 2000 | First Place, Financial Management Association Competitive Paper Award for Fixed Income Research, sponsored by the Fixed Income Analysts Society (for Qiang Fu, Michael Lacour- |

1

|  | Little, Kerry D. Vandell, "Commercial Mortgage Prepayments under Heterogeneous Prepayment Penalty Structures") |
|---|---|
| 2000- | Counselors of Real Estate (CRE) (invited) |
| 2000-04 | Research Advisory Task Force, International Council of Shopping Centers (invited) |
| 2000-04 | Director, the Center for Real Estate Enterprise Development (Centerprise) (invited) |
| 1999 | Recognized in *Business Week Guide to the Best Business Schools*, Sixth Edition, as one of ten outstanding faculty at the U.W.-Madison School of Business |
| 1999- | Research Committee of the National Realty Committee (now the Real Estate Roundtable) (invited) |
| 1999- | Editorial Board, *Journal of Real Estate Research* (appointed) |
| 1998-2003 | Fellow, Member Retail Development Council, Urban Land Institute, Washington, D.C. (invited) |
| 1999 | Editorial Board, *International Real Estate Review* |
| 1998-03 | Member, Commercial/Retail Development Council, Urban Land Institute, Washington, D.C. (invited) |
| 1996-06 | Named to Lorin and Marjorie Tiefenthaler Chair in Real Estate and Urban Land Economics (vacated when joined faculty at University of California – Irvine) |
| 1994 | Robert A. Jerred Award for Distinguished Service to the School of Business, University of Wisconsin - Madison |
| 1994-96 | Research Committee, Urban Land Institute, Washington, D.C. (invited) |
| 1993-06 | Board of Directors and Associate Dean, Homer Hoyt Institute of Advanced Studies in Real Estate and Urban Land Economics (elected) |
| 1992-98 | Fellow, Member Urban Development/Mixed-Use Council, Urban Land Institute, Washington, D.C. (invited) |
| 1992-2003 | Board of Editors, *Journal of Housing Research* |
| 1992- | Office of Housing Research Advisory Board, Federal National Mortgage Association |
| 1991-97 | Co-Editor, *Journal of the American Real Estate and Urban Economics Association* (now *Real Estate Economics)*(elected) |
| 1991- | Who's Who in America |
| 1991 | President, American Real Estate and Urban Economics Association (elected) |
| 1990 | First Vice President, American Real Estate and Urban Economics Association |
| 1989 | Who's Who in Finance and Industry |
| 1989- | Member of the Faculty, Homer Hoyt Advanced Studies Institute (invited) |
| 1989 | Second Vice-President and Program Chairman, American Real Estate and Urban Economics Association (invited) |
| 1988- | Fellow, School of Advanced Studies in Real Estate and Land Economics of the Homer Hoyt Advanced Studies Institute (invited) |
| 1988 | Real Estate Consultants Advisory Committee, Salomon Brothers, Inc., New York City (invited) |
| 1985 | Faculty Research Excellence Award, Edwin L. Cox School of Business, SMU |
| 1983-97 | Board of Directors, American Real Estate and Urban Economics Association, re-elected 1986 for three-year term. Continued ex-officio as President, Ex-President, and Co-Editor of Journal |
| 1982 | Awarded Tenure, Edwin L. Cox School of Business, SMU |
| 1980- | Editorial Board, *Journal of the American Real Estate and Urban Economics Association* |
| 1979 | Faculty Research Excellence Award, Edwin L. Cox School of Business, SMU |
| 1979 | Regional Finalist, White House Fellows Program |
| 1979-80 | Young Associates Council, Society of Real Estate Appraisers |
| 1978 | Finalist, Faculty Research Excellence Award, Edwin L. Cox School of Business, SMU |
| 1975-76 | Charles Abrams Fellow, Joint Center for Urban Studies of M.I.T. and Harvard |
| 1971-74 | National Science Foundation Fellow |

| | |
|---|---|
| 1970 | B.A. Cum Laude |
| 1970 | Outstanding Senior Engineering Student |
| 1970 | Hugh Scott Cameron Award |
| 1970 | Who's Who in American Colleges and Universities |
| 1969-70 | Brown Engineering Award |
| 1969-70 | Engineering Alumni Scholarship |
| 1968 | Tau Beta Pi National Engineering Honorary Society |
| 1968 | Sigma Tau National Mechanical Engineering Honor Society |
| 1967-69 | John B. Warren, Jr., Scholar |
| 1965-67 | William Marsh Rice Scholar |
| 1965-66 | National Honor Society Scholar |
| 1965-66 | Degree of Honor Scholar |

## Professional Experience

| | |
|---|---|
| 2006- | Professor of Finance and Director of the Center for Real Estate, the Paul Merage School of Business, University of California, Irvine |
| 2004-05 | Visiting Scholar, Lusk Center for Real Estate, University of Southern California |
| 2000-05 | Executive Director, Bolz Center for Arts Administration, University of Wisconsin-Madison |
| 1997 | Visiting Professor, Hong Kong University Department of Real Estate and Construction |
| 1997-06 | Affiliated Faculty, Institute for Environmental Studies, University of Wisconsin-Madison |
| 1996-06 | Lorin and Marjorie Tiefenthaler Professor of Real Estate and Urban Land Economics, University of Wisconsin-Madison (endowed Chair) |
| 1990-2004 | Director, Center for Urban Land Economics Research, University of Wisconsin-Madison |
| 1989-93 | Professor and Chairman - Department of Real Estate and Urban Land Economics, University of Wisconsin-Madison |
| 1988-89 | Visiting Professor - University of California, Berkeley (Real Estate and Urban Economics) |
| 1986-89 | Professor and Chairman - Department of Real Estate and Urban Land Economics, Southern Methodist University |
| 1985-86 | Visiting Associate Professor - Harvard University (Urban Design) |
| 1980-86 | Associate Professor - Southern Methodist University |
| 1976-80 | Assistant Professor - Southern Methodist University |
| 1970-71 | Associate Petroleum Engineer - Exxon Co. USA, Houston, Texas |

## Professional Affiliations

American Real Estate and Urban Economics Association
American Real Estate Society
Asian Real Estate Society
American Economics Association
American Finance Association
Urban Land Institute
Homer Hoyt Institute for Advanced Studies in Real Estate and Urban Land Economics
Mortgage Bankers Association of America
International Council of Shopping Centers
Counselors of Real Estate
Real Estate Roundtable
Lambda Alpha

## Fields of Interest

3

Mortgage finance, especially pricing of default and prepayment risk
Valuation of complex real property interests
Real estate liquidity and portfolio diversification
Real estate market dynamics
The capital markets and REIT decisionmaking
Tax policy, the capital markets, and homeownership
Market-based approaches to urban policy
Urban and environmental economics
Housing economics and policy
International real estate markets
The economics of architecture and urban design
Community economic development
The economics of arts and cultural policy

**Publications** (* indicates peer reviewed)

* Zhenguo Lin and Kerry D. Vandell, "Illiquidity and Pricing Biases in the Real Estate Market," *Real Estate Economics* (forthcoming, 2007).

Kerry D. Vandell, "Expanding the Academic Discipline of Real Estate Valuation: A Historical Perspective with Implications for the Future," *Journal of Property Investment and Finance*, (forthcoming. Keynote address at Eleventh World Valuation Congress, Kuala Lumpur Malaysia, May 2006)

* Ruslan Koesman, James D. Shilling, and Kerry D. Vandell, "How Tax Credits have Affected the Rehabilitation of the Boston Office Market," *Journal of Real Estate Research*, (forthcoming 2006).

* Charles Carter and Kerry D. Vandell, "Store Location in Shopping Centers: Theory and Estimates," *Journal of Real Estate Research*, Vol. 27, No. 3, 2005.

Kerry D. Vandell, "Commercial Mortgage Defaults: Their Causes and Cures," Chapter 20 in *The Handbook of Real Estate Finance,* Revised Edition, Jess Lederman and G. Benjamin Swoyer, eds., Washington, DC: Real Estate Finance Press (forthcoming 2005).

Kerry D. Vandell, "Preparing the Next Generation," *Real Estate Issues*, Fall 2003, pp. 26-33.

* Kerry D. Vandell, "Tax Structure and Natural Vacancy Rates in the Commercial Real Estate Market," *Real Estate Economics*, Vol. 31, No. 2, 2003, pp. 245-267.

* Qiang Fu, Michael LaCour-Little and Kerry D. Vandell, "Commercial Mortgage Prepayments under Heterogeneous Prepayment Penalty Structures," *Journal of Real Estate Research*, Volume 25, Number 3, 2003, pp. 245-276. (First Place, Competitive Paper Award for Fixed Income Research, sponsored by the Fixed Income Analysts Society, at the Annual Meetings of the Financial Management Association, Fall 2000).

* Steven Malpezzi and Kerry D. Vandell, "Does the Low-Income Housing Tax Credit Increase the Supply of Housing?" *Journal of Housing Economics,* Volume 11, Number 4, December 2002, pp. 360-380.

Kerry D. Vandell, "Business vs. Real Estate Value in Shopping Mall Valuation: A Critical Examination," Chapter 24 in *A Business Enterprise Value Anthology,* David C. Lennhoff, Editor, Chicago: The Appraisal Institute 2001.

4

* Joseph A. Laronge, JD, and Kerry D. Vandell. "Solving the Functional Obsolescence Calculation Question: Part II," *Appraisal Journal*, Vol. LXIX, No. 2, April 2001, pp. 152-160.

* Kerry D. Vandell and Richard K. Green. "The Impact of Technology on Commercial Real Estate," *Wharton Real Estate Review*, Vol. V, No. 2, Fall 2001, pp. 5-22.

* Kerry D. Vandell, "Multifamily Finance: A-Pathway to Housing Goals, A Bridge to Commercial Mortgage Market Efficiency," *Journal of Housing Research*, Vol. 11, No. 2, 2001, pp. 319-356

* Kerry D. Vandell, "Comment on Steven C. Bourassa and William Grigsby's 'Income Tax Concessions for Owner-Occupied Housing,'" *Housing Policy Debate*, Vol. 11, Issue 3, 2000, pp. 561-573.

* Charles Carter and Kerry D. Vandell, "Graaskamp's Concept of Highest and Best Use," in *Essays In Honor of James Graaskamp: Ten Years After*, American Real Estate Society, Research Issues in Real Estate, Vol. 6, James R. DeLisle and Elaine M. Worzala, eds., 2000.

  Kerry D. Vandell and Stephen Malpezzi, "Analyzing the Gap Between Myth and Reality: A Closer Look at the Facts and Figures of Farming," *Common Ground*, Vol. 2, No. 3, Fall 1999, pp. 10-14.

* Kerry D. Vandell, "The Mortgage REITS: Dynamos or Duds?" *Wharton Real Estate Review*, Vol. III, No. 2, Fall 1999, pp. 55-68.

* Richard K. Green and Kerry D. Vandell, "Giving Households Credit: How Changes in the Tax Code Could Promote Home Ownership," *Regional Science and Urban Economics*, Vol. 29, No. 4, July 1999, pp. 419-444.

* Brian Ciochetti and Kerry D. Vandell, "The Performance of Commercial Mortgages," *Real Estate Economics*, Vol. 27, No. 1, Spring 1999, pp. 27-61..

* Mark Eppli, James D. Shilling, and Kerry D. Vandell, "What Moves Retail Property Returns at the Metropolitan Level?" *Journal of Real Estate Finance and Economics*, Vol. 16, No. 3, May 1998, pp. 317-342.

  Kerry D. Vandell, *Strategic Management of the Apartment Business in a "Big REIT" World*, Research Report sponsored by the National Multi Housing Council and National Real Estate Investor, 1998.

* Kerry D. Vandell, "Improving Secondary Markets in Rural America," in Federal Reserve Bank of Kansas City, *Financing Rural America*, April 1997, pp. 85-120.

* Kerry D. Vandell, "FHA Restructuring Proposals: Alternatives and Implications," *Housing Policy Debate*, Vol. 6, No. 2, 1995, pp. 299-393.

  Kerry D. Vandell, "Tribal Gaming Offers Niche Markets," *Urban Land*, Vol. 54, No. 12, December 1995, p. 40.

  Kerry D. Vandell, "Saving Sommerset: One Community's Efforts to Stabilize a Neighborhood," *Commercial Investment Real Estate Journal*, Vol. 15, No. 3, May/June 1996, pp. 30-35.

* Kerry D. Vandell, "How Ruthless is Mortgage Default? A Review and Synthesis of the Evidence," *Journal of Housing Research*, Vol. 6, No. 2, 1995, pp. 245-264.

* Kerry D. Vandell, "Market Factors Affecting Spatial Heterogeneity among Urban Neighborhoods," *Housing Policy Debate,* Vol. 6, No. 1, 1995, pp. 103-139.

* Richard Green, Steve Malpezzi, and Kerry D. Vandell, "Urban Regulation and the Price of Land and Housing in Korea," *Journal of Housing Economics,* Vol. 3, 1994, pp. 330-356.

  Kerry D. Vandell, "Where Do We Go From Here? A Commentary on American Housing Policy," *Mortgage Banking,* October 1994, pp. 38-57.

  Kerry D. Vandell, "Commercial Mortgage Defaults: Their Causes and Cures," Chapter 20 in *The Handbook of Real Estate Finance,* Jess Lederman and G. Benjamin Swoyer, eds., Washington, DC: Real Estate Finance Press, 1995, pp. 479-558.

* Kerry D. Vandell, "Handing Over the Keys: A Perspective on Mortgage Default Research," *Journal of the American Real Estate and Urban Economics Association,* Vol. 21, No. 3, Fall 1993, pp. 211-246 (AREUEA Presidential Address, January 1992).

* Kerry D. Vandell, Walter Barnes, David Hartzell, Dennis Kraft and William Wendt, "Commercial Mortgage Defaults: Proportional Hazards Estimation Using Individual Loan Histories," *Journal of the American Real Estate and Urban Economics Association,* Vol. 21, No. 4, Winter 1993, pp. 451-480.

* Kerry D. Vandell and Charles Carter, "Retail Store Location and Market Analysis: A Review of the Research," *Journal of Real Estate Literature,* Vol. 1, No. 1, January 1993, pp. 13-45.

* Kerry D. Vandell, "Predicting Commercial Mortgage Foreclosure Experience," *Journal of the American Real Estate and Urban Economics Association,* Vol. 20, No. 1, 1992, pp. 55-88. Also published as Salomon Brothers Bond Market Research Working Paper, March 1990.

* Kerry D. Vandell and Timothy Riddiough, "On the Use of Auctions as a Disposition Strategy for RTC Real Estate Assets: A Policy Perspective," *Housing Policy Debate,* Vol. 3, No. 1, 1992, pp. 117-141.

* Kerry D. Vandell, "Optimal Comparable Selection and Weighting in Real Property Valuation," *Journal of the American Real Estate and Urban Economics Association,* Vol. 19, No. 2, Summer 1991, pp. 213-239.

* Kerry D. Vandell and Timothy Riddiough, "The Impact of RTC Dispositions on Local Housing and Real Estate Markets," *Housing Policy Debate,* Vol. 2,    Issue 1, 1991, pp. 49-92.

* Kerry D. Vandell and Jonathan Lane, "The Economics of Architecture and Urban Design: Some Preliminary Findings," *Journal of the American Real Estate and Urban Economics Association,* Vol. 17, No. 2, Summer 1989, pp. 235-260.

* Kerry D. Vandell, "Market Analysis: Can We Do Better?", *Appraisal Journal,* Vol. LVI, No. 3, July 1988, pp. 344-350.

  Kerry D. Vandell, "Reviewing Appraisals for Mortgage Underwriting Purposes," *Review Appraisal and Mortgage Underwriting Journal,* Vol. 10, No. 2, Summer 1987. Reprinted in *Principles and Techniques of Appraisal Review,* National Association of Review Appraisers and Mortgage Underwriters, 1987.

* Thomas G. Thibodeau and Kerry D. Vandell, "Using Multiple Regression Analysis to Determine the

Accuracy of Mass Appraisals," *Property Tax Journal*, Vol. 6, No. 2, June 1987, pp. 119-141.

Kerry D. Vandell, "An Analysis of the Credit Risk Inherent in FNMA's Recent Portfolio Acquisitions of Adjustable Rate Mortgages," in *The Federal National Mortgage Association in a Changing Economic Environment,* General Accounting Office, Washington, D.C., July 17, 1985.

* Kerry D. Vandell and Thomas Thibodeau, "A Generalized Model of Mortgage Default: Theory and Estimation Using Disaggregate Loan History Data," *Journal of the American Real Estate and Urban Economics Association*, Vol. 13, No. 3, Fall 1985, pp. 292-316.

* Kerry D. Vandell, "On the Assessment of Default Risk in Commercial Mortgage Lending," *Journal of the American Real Estate and Urban Economics Association*, Vol. 12, No. 3, Fall 1984, pp. 270-296.

* Kerry D. Vandell and Robert H. Zerbst, "Estimates of the Effect of School Desegregation Plans on Housing Values Over Time," *Journal of the American Real Estate and Urban Economics Association*, Vol. 12, No. 2, Summer 1984, pp. 109-135.

* Kerry D. Vandell, "Imperfect Information, Uncertainty, and Credit Rationing: Comment and Extension," *Quarterly Journal of Economics,* November 1984, pp. 841-863.

   Kerry D. Vandell, "Real Estate Finance," Chapter 33 in Dennis Logue, editor, *Handbook of Modern Finance*, New York: Warren, Gorham, & Lamont, Inc., 1984, pp. 33-1, 33-57.

* Arthur P. Solomon and Kerry D. Vandell, "Alternative Perspectives on Neighborhood Decline," *Journal of the American Planning Association*, Vol. 48, No. 1, Winter 1982, pp. 81-98.

* Kerry D. Vandell, "Mortgage Quality and the Two-Earner Family: Issues and Estimates," *Housing Finance Review,* Vol. 1, No. 2, April 1982, pp. 107-134.

* Kerry D. Vandell, "Toward Analytically Precise Definitions of Market Value and Highest and Best Use," *Appraisal Journal*, Vol. 50, No. 2, April 1982, pp. 253-268.

* Kerry D. Vandell, "The Effects of Racial Composition on Neighborhood Succession," *Urban Studies*, Vol. 18, October 1981, pp. 315-333.

* Kerry D. Vandell, "Toward a Model of Credit Rationing and Term Adjustment in the Mortgage Market," in C. F. Sirmans, ed., *Research in Real Estate*, Vol. I. Greenwich, CT: JAI Press, 1981, pp. 135-196.

   Kerry D. Vandell, Thomas Barry, Jay Starling, Phillip Sieb, "The Arts and the Local Economy: The Impact of Pompeii A.D. 79," *Curator*, Vol. 22, No. 3, September 1979, pp. 199-216.

* Kerry D. Vandell, "Multicollinearity and Reduced-Form Price Equations for Residential Markets: A Comment," *Journal of the American Real Estate and Urban Economics Association*, Vol. 7, No. 3, Fall 1979, pp. 427-436.

* Kerry D. Vandell and Michael O'Hare, "Indirect Government Aid to the Arts: The Tax Expenditure in Charitable Contributions," *Public Finance Quarterly*, Vol. 7, No. 2, April 1979, pp. 162-181.

* Kerry D. Vandell, "Default Risk under Alternative Mortgage Instruments," *Journal of Finance*, Vol. 33, No. 5, December 1978, pp. 1279-1298.

7

* Kerry D. Vandell, "Appraisal During Racial Transition: A Guide Toward Implementation of the AIREA Affirmative Action Program," *Appraisal Journal*, Vol. 46, No. 4, October 1978, pp. 485-498.

* Kerry D. Vandell and Bennett Harrison, "Racial Transition among Neighborhoods: A Simulation Model Incorporating Institutional Parameters," *Journal of Urban Economics*, Vol. 5, October 1978, pp. 441-470.

* Kerry D. Vandell, "Distributional Consequences of Alternative Mortgage Instruments," *Journal of the American Real Estate and Urban Economics Association*, Vol. 6, No. 2, Summer 1978, pp. 129-152.

   Kerry D. Vandell, *Growth and the Cities of the South:  A Study in Diversity*, Working Paper, White House Conference on Balanced National Growth and Economic Development, 1977 (project director and principal author).

   Kerry D. Vandell and Sydney C. Reagan, "Lakewood Bank & Trust," (case and teaching note), Intercollegiate Case Clearing House, Harvard University, 1978.  Reprinted in Robert D. Hay and Edmund R. Gray, eds. *Business and Society*, South-Western Publ., 1980 and in Tom L. Beauchamp, *Textbook in Business Ethics*, Prentice-Hall, 1982.

   Sydney C. Reagan and Kerry D. Vandell, "Starnes Investments I and II," (case and teaching note), Intercollegiate Case Clearing House, Harvard University, 1978.

   Kerry D. Vandell and Bennett Harrison, "Racial Transition in Neighborhoods: A Simulation Model Incorporating Institutional Constraints," working paper No. 39, Joint Center for Urban Studies of M.I.T. and Harvard, April 1976.

   Kerry D. Vandell, Barbara Hodis, and Rachel Bratt, "Financial Institutions and Neighborhood Decline: A Review of the Literature," (Summary and Conclusions), in U.S., Congress, Senate, "Home Mortgage  Disclosure Act of 1975 --- Part I," Hearings before the Committee on Banking, Housing and Urban Affairs, 94th Congress, 1st Session, May 5-8, 1975, pp. 614-622.

   Lester Salamon, project director, *The Money Committees,* Ralph Nader Task Force on Congress, Grossman Publishers, New York, 1975 (research associate).

## Research in Progress:

   "An Anatomy of Vacancy Behavior in the Real Estate Market," working paper (with Yongping Liang).

   "Does Uncertainty in Future Tax Treatment Affect the Market? A Real Options View," working paper.

   "The Potential Impact of Internet Technology on Retail Sales and State and Local Sales and Use Tax Receipts: an Update," with Zhenguo Lin and Henry Pollakowski (MIT), working paper prepared under a grant sponsored by the International Council of Shopping Centers, the U.S. Conference of Mayors, and the National Association of County Officials.

   "Tax Structure and Natural Vacancy Rates in the Commercial Real Estate Market: A Real Options Approach under Stochastic Demand Growth," working paper.

"Estimating Property Value by Replicating One," working paper (with Tsong-Yue Lai and Ko Wang).

"The Economics of Architecture and Urban Design: An Updated Look and Examination of the Flight to Quality Hypothesis."

"Optimal Listing Price and Bid Acceptance Strategies for Residential Sales," with Richard K. Green.

"Robert Weaver's Contribution to Housing and Municipal Finance," with Michael Stegman.

"Opportunities for Enhancing Efficiency in the Section 42 Low-Income Housing Tax Credit Program," with Steve Malpezzi, under revision, prepared under contract with the Mortgage Bankers Association.

"Stigma Value: Theory and Estimates."

"Retiring Early: an Empirical Analysis of the Mortgage Curtailment Decision" (with Qiang Fu). Working paper derived from Fu's dissertation, which won the AREUEA Dissertation Award.

"Pricing of the Design Amenity: Theory and Estimates" (with Richard Green).

"The Dynamics of Land Use Transition from Agricultural to Recreational Use: A Case Study of the Kickapoo Valley" (with Pat Connolly).

"A Formal Model of 'Optimal' Sprawl."

"Solving the Time-on-Market/ Sales Price Puzzle."

"The Homeownership Tax Credit and Down Payment Constraints." Manuscript completed in satisfaction of Ford Foundation grant evaluating the policy feasibility of a homeownership tax credit.

"Opportunities for Enhancing Efficiency in the Section 42 Low-Income Housing Tax Credit Program" (with Steve Malpezzi).

"Environmental Justice: An Economic Perspective."

## Paper Presentations

"Expanding the Academic Discipline of Real Estate Valuation." Invited Keynote Address, Eleventh Annual Meeting of the World Valuation Congress, Kuala Lumpur, Malaysia, May 2006.

"Illiquidity and Pricing Biases in the Real Estate Market." Invited presentation, Gutmann Center for Portfolio Management Symposium on Alternative Investments, University of Vienna, March 2006.

Yongping Liang and Kerry D. Vandell, "What Can We Really Learn from Vacancy Behavior in the Real Estate Market? A Theoretical Perspective," Annual Meeting of the American Real Estate and Urban Economics Association, Boston, January 2006.

"Illiquidity and Pricing Biases in the Real Estate Market." Invited seminar, University of California-Irvine Department of Finance, October 2005.

"The Arts and Local Economic Development," invited Distinguished Lecture in Arts and Cultural Policy, University of Alabama – Tuscaloosa. Series of lectures, roundtable discussions, consulting

9

sessions to aid in development of an arts and cultural policy strategy for the City and University, November 2004.

"What is the Long-Term Future of Manufactured Housing? A Framework for Analysis," invited presentation before the Urban Land Institute Manufactured Housing Council, New York City, November 2004.

"Perspectives on the Economics of Architecture and Urban Design," Lusk Center for Real Estate, Research Seminar Series, November 2004.

Tsong-Yue Lai, Kerry D. Vandell, and Ko Wang, "Estimating Property Value by Replicating One," Asian Real Estate Society Meetings, New Delhi India, August 2004.

"Does Uncertainty in Future Tax Treatment Affect the Market? A Real Options View," International AREUEA Conference, Fredericton, New Brunswick, Canada, July 2004.

Zhenguo Lin and Kerry D. Vandell, "Liquidity and Pricing Biases in the Real Estate Market," American Real Estate Society Meetings, Captiva Island FL., April 2004.

"The Chicago Climate Exchange and Market-Based Approaches to Environmental Regulation: Suspect or Savior?" Invited Address, Sustainability and the Global Environment (SAGE) Seminar, Institute for Environmental Studies, University of Wisconsin-Madison, March 2004.

"TIF's: The Mutation of a Good Idea," presented before the Capitol Neighborhoods Association Forum, Madison WI, January 2004.

"Tax Structure and Natural Vacancy Rates in the Commercial Real Estate Market: A Real Options Approach under Stochastic Demand Growth," ASSA Annual Meetings, San Diego, January 2004.

"Strategic Management Issues in the Secondary Mortgage Markets," Invited Keynote Address, Freddie Mac National Multifamily Leadership Conference, Kohler WI, September 2003.

"Tax Structure and Natural Vacancy Rates in the Commercial Real Estate Market," ASSA Annual Meetings, Washington, D.C., January 2003.

Zhenguo Lin and Kerry D. Vandell, "Could Investors Profit from the Predictability of Real Estate Returns?" (with Zhenguo Lin). ASSA Annual Meetings, Washington, D.C., January, 2003.

"Implications of Recent Basel Accord Changes on the Global Real Estate Lending Environment," invited presentation to the Real Estate Roundtable, Washington, D.C., May 2003.

Zhenguo Lin and Kerry D. Vandell, "Illiquidity and Real Estate Pricing" ASSA Annual Meetings, Atlanta, January 2002.

Kerry D. Vandell and Richard K. Green. "The Impact of Technology and the Internet on Commercial Real Estate," presented at the International Real Estate Society Meetings, Anchorage Alaska, July 2001.

Zhenguo Lin and Kerry D. Vandell, "Illiquidity and Real Estate Pricing," Asian Real Estate Society Meetings, Tokyo, August 2001.

"Brainstorming the Future of the American City," Invited Presentation, Government Finance Officers Association Summer Workshop, Madison, WI, August 2001.

Kerry D. Vandell and Richard K. Green, "The Impact of Technology and the Internet on Commercial Real Estate," presented at the International Real Estate Society Meetings, Girdwood, Alaska, July 2001

"Brainstorming the Future of the American City," invited Presentation, Counselors of Real Estate Spring Meeting, May 2001.

"Providing Housing Opportunity by Encouraging Mortgage Market Development and Competition." Invited Presentation to the Public Policy Forum on Regionalism and Fair Housing, sponsored by the Federal Reserve Bank of Chicago and the Housing Opportunity Partnership of Southeastern Wisconsin, Milwaukee, January 2001.

Charles Carter and Kerry D. Vandell, "Bid Rent vs. Agglomeration Economies as Alternative Theories of Store Location within Shopping Centers," presented at the ASSA Annual Meetings, New Orleans, January 2001.

Qiang Fu, Michael Lacour-Little, and Kerry D. Vandell, "Commercial Mortgage Prepayments under Heterogeneous Prepayment Penalty Structures," presented at the Financial Management Association (FMA) Meetings, Seattle, November 2000. Paper was awarded First Place, Competitive Paper Award for Fixed Income Research, sponsored by the Fixed Income Analysts Society.

"Estimates of E-Commerce Penetration Rates into Retail Market Sales by Product Line and State: 2000 – 2010," invited presentation before the International Council of Shopping Centers Fall Research Conference, Washington, D.C., November 2000.

"E-Commerce Penetration into Space-Based Retailing and Sales Tax Receipts," invited presentation before the Congressional Real Estate Caucus, U.S. Capitol Building, Washington, D.C., sponsored by the Real Estate Roundtable, October 2000.

"Securitization of Japanese Real Estate: Necessary Conditions, the Promise, and the Pitfalls," invited Keynote Address, Seventh International Land Policy Forum, Tokyo, sponsored by the National Land Agency, Prime Ministers Office, Government of Japan, October 2000.

Qiang Fu, Michael Lacour-Little, and Kerry D. Vandell, "Commercial Mortgage Prepayments under Heterogeneous Prepayment Penalty Structures," invited presentation, University of Kentucky Distinguished Lecture Series in Real Estate and Urban Economics, October 2000.

Kerry D. Vandell and Richard K. Green, "The Impact of Technology and the Internet on Commercial Real Estate," invited presentation before the *Transact 2000* Conference, National Association of Realtors, Chicago, September 2000.

Charles Carter and Kerry D. Vandell, "Bid Rent vs. Agglomeration Economies as Alternative Theories of Store Location within Shopping Centers," presented at the Asian Real Estate Society Meetings, Beijing, July 2000.

"A Perspective on our State of Understanding and Evaluation of Mortgage Credit Risk," invited presentation, Federal Reserve Board Research Department, Washington, D.C., June 2000.

"Multifamily Finance: A Pathway to Housing Goals, a Bridge to Commercial Mortgage Market Efficiency," presented at the Mid-Year AREUEA Meetings, Washington, D.C., May 2000.

"U.S. Multifamily Housing as an Appropriate Investment Vehicle Diversified Investors," invited

lectures, Frankfurt and Hamburg, Germany, sponsored by Ernst & Young/Europe, May 2000.

Kerry D. Vandell and Richard K. Green, "The Impact of Technology and the Internet on Commercial Real Estate," presented at the Spring Board Meeting, Center for Urban Land Economics Research, Chicago, April 2000.

"A Critical Assessment of the Claims of the New Urbanism," invited presentation, School of Architecture and Planning Lecture Series, University of Wisconsin – Milwaukee, March 2000.

Kerry D. Vandell and Henry Pollakowski, "E-Commerce Penetration into the Space-Based Retail Market and State and Local Sales and Use Tax Receipts: A Research Perspective," invited presentation before the International Council of Shopping Centers Research Advisory Task Force Meeting, Orlando, February 2000.

Qiang Fu, Michael Lacour-Little, and Kerry D. Vandell, "Commercial Mortgage Prepayments under Heterogeneous Prepayment Penalty Structures," presented at the ASSA Annual Meetings, Boston, January 2000.

"Housing Affordability, Homeownership, and Mortgage Credit Availability and Cost: Defining the Nexus," invited presentation to the National Homeownership Summit, sponsored by the Mortgage Bankers Association of America, University of Virginia, October 1999.

"Proper Consideration of Business Enterprise Value and Housing Subsidies in the Assessment of Commercial Property," invited presentation, State of Wisconsin Department of Revenue Training Meetings, Wisconsin Rapids, October 5, 1999.

"Valuation of Real Estate Investment Trust Assets," invited presentation, Municipal Assessors Institute Meetings, Middleton, WI, September 16, 1999.

"Critical Issues in the Allocation of Business Enterprise vs. Real Estate Value Estimates," invited presentation. Appraisal Institute National Summer Conference, Orlando, June 26, 1999.

"Proper Consideration of Business Enterprise Value and Housing Subsidies in the Assessment of Commercial Property," invited presentation, University of Wisconsin Law School Spring Forum, Madison, May 21, 1999.

"Defining Sprawl and Examining Its Broader Causes," invited presentation, Congressional Forum on Smart Growth, sponsored by the Congressional Real Estate Caucus and the Real Estate Roundtable, Washington, D.C., May 16, 1999.

"Brainstorming the Future of Wisconsin's Cities," invited presentation, Wisconsin Community Development Institute Conference, Madison, May 7, 1999.

Invited participation in Town Hall Meeting panel on "Growing Pains: Dealing with Urban Growth and Sprawl," sponsored by *Wisconsin State Journal* and Celebrate 2000, Middleton, May 1999. Panel included Kathleen Falk, Richard Williams (Police chief), Bill Malkasian (Wisconsin Realtors), representative from State Towns Association. Rebroadcast a number of times on television.

"Impact of the Russian Bond Default on the U.S. Real Estate Market," Invited Presentation, National Association of Realtors Spring Conference, Atlanta, February 19, 1999.

Richard K. Green and Kerry D. Vandell, "Optimal Asking Price and Bid Acceptance Strategies for

Residential Sales: Theory and Estimates," presented at ASSA Annual Meetings, New York City, January 1999.

"Understanding the Consumer Life Cycle of Credit Union Members," invited presentation, Filene Research Institute, Toronto, October 30, 1998.

"Strategic Management of the Apartment Business in a Big REIT World," Fall Meeting, Board of Trustees, Center for Urban Land Economics Research, University of Wisconsin - Madison, September 1998.

"Optimal Asking Price and Bid Acceptance Strategies for Residential Sales," invited presentation, Price Waterhouse/Ohio State Conference on Housing and Real Estate Economics, June 1998.

"Observations on the Potential of a Home Ownership Tax Credit to Overcome Liquidity Constraints," invited presentation, Ford Foundation Roundtable on Alternatives to the Current Home Ownership Tax Deductions, Washington, D.C., March 1998

"How will the Capital Markets Affect Strategic and Operating Decisions by Apartment Owners?" invited presentation, National Multi Housing Council Annual Meeting, Boca Raton, FL, January 1998.

"Robert Weaver's Contributions to Housing and Municipal Finance," invited presentation to panel organized in honor of the contributions of the late Robert Weaver, African-American Ph.D. economist from Harvard and first Secretary of the Department of Housing and Urban Development, ASSA Meetings, Chicago, January 1998.

"Retiring Early: an Empirical Analysis of the Mortgage Curtailment Decision," with Qiang Fu and Michael Lacour-Little, ASSA Meetings, Chicago, January 1998.

"How Sustainable is Hong Kong's Booming Real Estate Market?" invited Keynote Address, Asian Real Estate Society Meetings, Hong Kong, October 1997.

"The Impact of the Tax Laws upon Homeownership Opportunities," invited presentation, Department of Real Estate and Construction, University of Hong Kong, October 1997.

"Neo-traditional Neighborhood Development: Does It Meet the Market Test?" invited presentation, Wisconsin Chapter of the American Planning Association Annual Meetings, Madison, September 1997.

"Securitization Innovations in the Markets for Real Estate Debt and Their Implications for the Correspondent Business," invited presentation, PPM Worldwide's Annual Correspondent Meeting, Lincolnshire, IL, September 1997.

"The Real Estate Market at the Millenium: A Prognosis," invited presentation, Rotary Club of Milwaukee, August 1997.

"A Perspective on the Future of Mortgage Banking in Securitized Debt Markets," invited presentation, Mortgage Bankers Association Graduate School of Commercial Real Estate Finance, Boston, July 1997.

"Environmental Justice: An Economic Perspective," invited presentation, LaFollette Institute of Public Affairs, University of Wisconsin-Madison, April 1997.

"Giving Households Credit: How Changes in the Tax Code could Promote Homeownership," invited presentation, Harvard University John F. Kennedy School of Government, February 1997.

"Environmental Justice: An Economic Perspective," ASSA Meetings, New Orleans, January 1997.

Visiting Scholar, Federal National Mortgage Association, Washington, D.C., invited presentation on "Giving Households Credit: How Changes in the Tax Code Could Promote Home Ownership," with Richard Green, November 1996.

"How Will the Upcoming National Elections Affect the Real Estate Market?", invited presentation, Annual Minnesota Real Estate Conference, Minneapolis, October 1996.

Visiting Scholar, Federal Reserve Board, Washington, D.C., invited presentation on "Giving Households Credit: How Changes in the Tax Code Could Promote Home Ownership," with Richard Green, October 1996.

"Critical Issues Affecting the Economic Potential of the New Urbanism Movement," invited presentation, U.W. - Milwaukee Conference on the New Urbanism and Neotraditional Neighborhood Development, Milwaukee, October 1996.

"Evolution of Our Understanding of Commercial Mortgages as Investments," invited presentation before Century Investment Management Co. Correspondent Meeting, Madison, September 1996.

"A Perspective on the Evolving Role of the Commercial Mortgage Banker in an Increasingly Securitized World," invited presentation, Mortgage Bankers Association School of Advanced Commercial Real Estate Finance, Madison, WI, July 1996.

"The Potential for Secondary Market Development in Indonesia," Conference on Real Estate Issues, Universitas Tarumanagara, Jakarta, Indonesia, June 1996.

"The Performance of Commercial Mortgages," invited presentation, Chinese University of Hong Kong Finance Seminar, June 1996.

"Giving Households Credit: How Changes in the Tax Code Could Promote Home Ownership," with Richard Green, Midyear AREUEA meetings, Washington, D.C., May 1996.

"A Historical Perspective on the Evolution of Multi-manager Data Bases in the Commercial Market and Their Potential for Encouraging Multifamily Securitization," invited presentation, Multifamily Housing Institute Symposium, Washington, D.C., May 1996.

"The Benefits of a Web-Based Market Performance Data Base," invited presentation, IREM Forecast Conference, Milwaukee, January 1996.

"The Allocation of Enterprise Value in the Assessment of Retail Properties," invited presentation, Texas Association of Appraisal Districts, January 1996.

"The Section 42 Low-Income Housing Tax Credit: Does It Add to the Multifamily Housing Stock?", with Steve Malpezzi, ASSA Meetings, San Francisco, January 1996.

"Changes in Tax Policy and the Homeownership Rate," with Richard Green, invited presentation to the Price Waterhouse/Ohio State Conference on Housing and Real Estate Economics, Columbus, OH, July 19-22, 1995.

"Optimal Listing Price and Bid Acceptance Strategies for Residential Sales," invited lecture, University

14

of British Columbia Faculty in Urban Land Economics, March 24, 1995. Also presented at ASSA Annual Meetings, Washington, D.C., January 1995.

Series of invited lectures in Cleveland, Ohio as Distinguished Lecturer, Cleveland State University, November 6-8, 1995. "Changes in Tax Policy and the Homeownership Rate," lecture before faculty of Finance; "The Outlook for Commercial Mortgage Securitization," lecture before Mortgage Bankers Association of Greater Cleveland.

"A Rational Model of the Neighborhood Revitalization Process," presented before Community Ergonomics Seminar, Department of Industrial Engineering, University of Wisconsin - Madison, May 3, 1995.

"How Ruthless is Mortgage Default?", University of Wisconsin - Milwaukee Finance Seminar, October 1994.

"How Ruthless is Mortgage Default?", FNMA Roundtable on Recent Innovations in Pricing Mortgages and Mortgage-Backed Securities, September 1994.

"Market Factors Affecting Spatial Heterogeneity Among Urban Neighborhoods," FNMA Annual Housing Conference, Washington, D.C., May 1994

"Performance of Commercial Mortgages as an Asset Class in Institutional Portfolios," with Tony Ciochetti, presentation before Senior Management, Travelers Realty Investment Company, Hartford, April 1994.

"Toward an Index of Commercial Mortgage Performance," Conference on Innovations in Mortgage Securitization sponsored by Global Business, Inc., New York City, April 1994.

"Market Considerations in the Choice of Tenure in Urban Environments," presented before the North American Research Program Inaugural Conference, Land Tenure Center, Madison, March 1994.

"Performance of Commercial Mortgages as an Asset Class in Institutional Portfolios," with Tony Ciochetti, ASSA Annual Meetings, Boston, January 1994.

"Demographic Trends and Their Effects on the Development of Residential Real Estate," presentation before Heartland Development Executive Leadership Program, 1994.

"Indian Gaming: Issues and Implications for Development," presentation before Urban Development/ Mixed Use Council of the Urban Land Institute Spring Meeting, Orlando, 1994.

"The Impact of the Information Age on Real Estate Operations: The Case of Commercial Mortgages," presentation before Urban Development/Mixed Use Council, Urban Land Institute Fall Meeting, Boston, November 1993.

"A Market Perspective on Eastern European Property Reforms," with Steve Malpezzi, Second Annual AREUEA International Conference, Mystic, CN, October 1993.

"Business vs. Real Estate Value in Shopping Mall Valuation: An Update," International Association of Assessing Officers Annual Meeting, Washington D.C., September 1993.

"Business vs. Real Estate Value in Shopping Mall Valuation: A Critical Examination," presentation before North Carolina Assessors League Annual Meetings, Charlotte, NC, August 1993.

"International Direct Real Estate Investments as Alternative Portfolio Assets for Institutional Investors: an Evaluation," with Elaine Worzala, ASSA Meetings, Anaheim, January 1993.

"Credit Risk Diversification in Commercial Mortgage Portfolios," with Brian Ciochetti and Walter Barnes, ASSA Annual Meetings, Anaheim, January 1993.

"Operational Issues and Reporting Requirements: Commercial Mortgage Credit Risk Evaluation System," NAR Commercial Mortgage Consortium Working Group Meeting, New York City, December 1992.

"Academic Issues Relating to Disaggregate Mortgage Termination Data," Address to FNMA Roundtable on Mortgage Termination Data Needs, Washington, D.C., November 1992.

"Urban Regulation and the Price of Land and Housing in Korea," with Richard Green and Steve Malpezzi. Presented at AREUEA International Conference on Real Estate and Urban Economics, Redondo Beach, CA, October 1992.

"A Proposed Credit Risk Evaluation System for Commercial Mortgages," Keynote Speaker, NAR Roundtable on Commercial Mortgage Securitization, Cambridge, MA, September 1992.

"Environmental Contamination Issues Affecting the Real Estate Market," Urban Land Institute Regional Council Meeting, Milwaukee, February 1992.

"Business Value vs. Property Value in Regional Mall Valuation," Invited Speaker, International Association of Assessing Officials Symposium on Business Value Assessment, Glendale and Sacramento, CA, February 1992.

"A Contingent Claims Pricing Model for Commercial Mortgages Utilizing an Estimated Default Function" (with Walter Barnes and Eric Sondergeld), ASSA Annual Meetings, New Orleans, January 1992.

"Graaskamp and Social vs. Private Benefits and Costs" (with Charles Carter), ASSA Annual Meetings, New Orleans, January 1992.

Invited Speaker -- Texas Southern University/FNMA Seminar Series on "The Effect of RTC Dispositions on Local Housing and Real Estate Markets," November 1991.

Invited Speaker -- University of Connecticut-sponsored symposium on "Current Issues in Pricing and Underwriting Commercial Mortgages," Aetna Training Institute, Hartford, CT, November 1991.

"Business Value vs. Property Value in Regional Mall Valuation," International Association of Assessing Officials World Congress, Panel and Debate, Phoenix, October 1991.

"The Trials and Tribulations of Starting a Real Estate Center," Real Estate Center Directors and Chair-holders Association, Mystic, CT, September 1991.

"Regional Mall Valuation: Business vs. Property Value Estimation," Wisconsin Assessors Institute, September 1991.

"Business vs. Property Value Estimation in Regional Mall Valuation," Wisconsin-Minnesota Workshop on Regional Mall Valuation Issues, Wisconsin Dells, August 1991.

16

"The Outlook for Real Estate Investment and Returns in the Twenty-First Century," International Foundation of Employee Benefit Plans Annual Meeting, White Sulphur Springs, July 1991.

"Prognosis for the Real Estate Market: Fiscal Impact on Cities," Government Finance Officers Association of the U.S. and Canada Annual Meeting, Madison, July 1991.

"Current Issues in Retail Market Research," Homer Hoyt Institute Symposium on Retail Market Issues, May 1991, also HHI-NACORE Retail Location Studies Conference, West Palm Beach, February 1991.

"The Outlook for Housing in the 1990s," Builder 100 Conference (Largest 100 homebuilders in U.S.), Tucson, May 1991.

"Evaluating Commercial Mortgage Credit Risk," Life Insurance Mortgage Underwriters Association, Milwaukee, April 1991.

"The Real Estate Market in the 1990's: Looking Forward," American Bankers Association National Real Estate Conference, New Orleans, April 1991.

Invited Participant, FNMA-Sponsored Conference on Emerging Themes in Housing Policy Research, Washington, D.C., March 1991.

"Corporate Real Estate Decision-making: A Theoretical Perspective," Industrial Development Research Council, Chicago, February 1991.

"The Impact of RTC Dispositions on Local Housing and Real Estate Markets," with Timothy Riddiough, invited presentation. Annual Meeting of the American Real Estate and Urban Economics Association, Washington, D.C., December 1990.

"Disposition Prices and Auction Strategies: Learning from the RTC," with Timothy Riddiough, invited presentation. Annual Meeting of the American Real Estate and Urban Economics Association, Washington, D.C., December 1990.

"The Economics of Architecture and Urban Design," invited presentation, MIT Center for Real Estate Development, November 1990.

"Building Design and Value," invited presentation, American Institute of Real Estate Appraisers Annual Fall Conference, San Francisco, October 1990.

"Investment Quality Ratings of Commercial Mortgages: An Update," with Walter C. Barnes. Midyear Meeting of the American Real Estate and Urban Economics Association, Washington, D.C., May 1990.

"Commercial Mortgage Defaults: Proportional Hazards Estimation Using Disaggregate Pooled Data," with David Hartzell, Walter Barnes, Dennis Kraft, and William Wendt. Annual Meeting of the American Real Estate and Urban Economics Association, Atlanta, December 1989.

"Predicting Commercial Mortgage Foreclosure Experience." Midyear Meetings of the American Real Estate and Urban Economics Association, Washington, D.C., May 1989.

"On Transaction Costs and the Default Option." Invited Presentation, University of Texas at Austin, April 1989.

"Design and Value in the Year 2010." Invited Presentation, Prudential Symposium on the Future of the Real Estate Market," Pinehurst, N.C., April 1989.

"Valuing the Design Amenity." Invited Presentation. University of Wisconsin, Madison, February 1989.

"The Economics of Architecture and Urban Design: Some Preliminary Findings." ASSA Annual Meetings, New York City, December 1988.

"Does Good Design Pay?" Invited Presentation, Industrial Development Research Council World Congress, Hilton Head, S.C., October 1988.

"The Economics of Architecture and Urban Design: Some Preliminary Findings." Invited Presentation, Committee on Taxation, Resources and Economic Development (TRED) Conference, Lincoln Institute of Land Policy, Cambridge, MA, September 1988 (with Jonathan Lane).

"The ULI Case Clearinghouse." Urban Land Institute Educational Seminar, Newport Beach, CA, August 1988.

"On Transaction Costs and the Default Option." Invited Presentation, Department of Real Estate and Urban Land Economics, University of California, Berkeley, April 1988.

"The New World of Mortgage Underwriting: Learning from Experience." Invited Presentation, University of Connecticut Seminar Series for Real Estate Financial Managers, Storrs, CT, March 1988.

"On Transaction Costs and the Mortgage Default Option," Invited Presentation, Roundtable Conference on Residential Mortgage Portfolio Risk Analysis, Sponsored by Temple, Barker & Sloane, Inc., Lexington, MA, March 1988.

"The Economics of Architecture and Urban Design," Invited Presentation, University of British Columbia Seminar Series on Land Economics, Vancouver, March 1988.

"The Use of Multiple Regression Analysis for Mass Appraisal: An Example and Primer," Texas State Property Tax Board Spring Symposium, Austin, February 1988 (with Thomas Thibodeau).

"The Economics of Architecture and Urban Design," Homer Hoyt Fellows Conference, Singer Island, Florida, January 1988.

"The Economics of Architecture and Urban Design," Annual Meeting of the American Real Estate and Urban Economics Association, Chicago, December 1987.

"On Transaction Costs and the Default Option," Decision Sciences Institute Meeting, Boston, November 1987.

"Emerging Issues in Real Estate Research: The Economics of Design and Development Finance and Economics," Real Estate Chairholders and Center Directors Meeting, Indianapolis, September 1987.

"The Economics of Architecture and Urban Design: A Research Agenda," Homer Hoyt Fellows Conference, Singer Island, Florida, January 1987.

"A Proposal for Implementation of a ULI Case Series in Urban Land Development," Urban Land Institute Roundtable Discussion on New Approaches to Development Education, Washington, D.C.,

September 1987.

"Transactions Costs in the Default/Foreclosure Process and Their Implications for Mortgage Pricing," Midyear Meeting of the American Real Estate and Urban Economics Association, Washington, D.C., May 1987.

"Market Analysis: Can We Do Better?", Symposium sponsored by the Homer Hoyt Institute for Advanced Studies in Real Estate and Urban Land Economics on Problems in the Appraisal Industry, Atlanta, Georgia, February 1987.

"Modelling Commercial Real Estate Loan Default: Relevance of Recent Research and Experience," Annual Meeting of the American Real Estate and Urban Economics Association, New Orleans, December 1986 (with J. Kimball Dietrich).

"An Assessment of the Credit Risk Potential of FNMA ARM Purchases," Invited Participation, Symposium on FNMA Secondary Market Activities, Sponsored by U.S. General Accounting Office, Washington, D.C., February 7, 1985.

"A Generalized Model of Mortgage Default: Theory and Estimation Using Disaggregate Loan History Data," Annual Meeting of the American Real Estate and Urban Economics Association, San Francisco, December 1984 (with Thomas Thibodeau).

"A Generalized Model of Mortgage Defaults," Invited Participation, Seminar on Recent Mortgage Default Risk Research, Sponsored by Temple, Barker, and Sloane, Lexington, MA, October 5, 1984.

"A Generalized Model of Mortgage Default and Prepayment Using FRM Data to Simulate AMI Performance," Invited Participation, HUD-Sponsored Conference on the Mortgage Default and Prepayment Option, Columbus, OH, October 17-19, 1984.

"Estimates of the Effect of School Desegregation Plans on Housing Values Over Time," Annual Meeting of the American Real Estate and Urban Economics Association, San Francisco, December 1983.

"Toward a Formal Model of the Real Estate Transactions Process," Annual Meeting of the American Real Estate and Urban Economics Association, New York City, December 1982.

"Mortgage Quality and the Two-Earner Family: Issues and Estimates," Annual Meetings of the American Real Estate and Urban Economics Association, Washington, D.C., December 1981.

"Residential Succession and Race," Invited Presentation, Seminar on Housing Policy, Massachusetts Institute of Technology, Boston, MA, May 2, 1981.

"Issues of Urban Growth in the Southwestern United States: Land Use Issues," Invited Presentation, Southwestern Economics Association, Dallas, TX, March 26, 1981.

"Toward a Model of Credit Rationing and Term Adjustment in the Mortgage Market," Invited Lecture, Department of Finance and Real Estate, Ohio State University, Columbus, OH, October 9, 1980.

"Alternative Perspectives on Neighborhood Decline," Joint Session of the American Real Estate and Urban Economics Association and the American Economics Association, ASSA Annual Meetings, Denver, August 1980 (with Arthur P. Solomon).

"Residential Succession and Race," Joint Session of the American Real Estate and Urban Economics Association and the Regional Science Association, ASSA Annual Meetings, Atlanta, December 1979.

"Credit Rationing and Term Adjustment in the Mortgage Market:  A Model with Empirical Estimates," Financial Management Association Annual Meetings, Boston, October, 1979.

"Cities of the South:  A Study in Diversity," Symposium on "Dallas Development:  Perspectives on People and Policies," University of Texas at Dallas, Dallas, TX, February 15, 1979.

"Credit Rationing and Term Adjustment in the Mortgage Market:  A Model with Empirical Estimates," Invited Lecture, Department of Real Estate and Urban Development, University of Georgia, Athens, GA, January 13, 1979.

"Default Risk under Alternative Mortgage Instruments," American Real Estate and Urban Economics Association, ASSA Annual Meetings, New York City, December 28, 1977.

"The Distributional Effects of the Introduction of Alternative Mortgage Instruments upon Homeownership, Housing Consumption and Debt vs. Equity Financing:  An Econometric Analysis," Midyear meetings of the American Real Estate and Urban Economics Association, Washington, D.C., May 23, 1977.

"The Economics of Open Space," Conference on "The Open Space Pay-off," Southern Methodist University, Dallas, Texas, January 28, 1977.

"Is a Viable Downtown Really Necessary?" Conference on "What's Up for Downtown Dallas," Dallas, TX, June 30, 1976.

"Racial Transition in Neighborhoods:  A Simulation Model Incorporating Institutional Constraints," North American Meetings of the Regional Science Association, Cambridge, MA, November 7-9, 1975.

"A Simulation Model of the Ghetto Expansion Process," American Institute of Planners Confer-In 1974, Denver, CO, October 26-30, 1974 (with Bennett Harrison).

## Paper Discussant and Session Chairman

Asian Real Estate Society and the American Real Estate and Urban Economics Association Joint International Meeting, Vancouver, B.C., Canada (discussant for 3 papers and session chair, Board of Directors meeting for AsRES), June 2006.

Lusk Center for Real Estate 2006 Rena Sivitanidou Annual Research Symposium on "Models and Stories:  Understanding the Long Processes of Cities," University of Southern California, March, 2006 (discussant).

Asian Real Estate Society Meetings, New Delhi India (discussant and session chair), August 2004.

AREUEA International Meetings, Fredericton, New Brunswick Canada (discussant (2 papers)), July 2004.

American Real Estate Society Meetings, Captiva Island FL, April 2004 (panel participant)

ASSA Meetings, San Diego, January 2004 (discussant and session chair).

ICSC Fall Regional Forum, Minneapolis, panel on the future of the regional mall. Chair and moderator, 2003.

Sub-Prime Lending Symposium, Washington, D.C., sponsored by the Credit Research Center, Georgetown University. Discussant of papers "Are Subprime Mortgages Fairly Priced?" by Elaine Fortowsky and Michael LaCour-Little, and "High LTVs and Credit Risk," by Brent W. Ambrose and Anthony B. Sanders, 2002.

*The Tools of Government*, symposium sponsored by the Johns Hopkins University Institute for Policy Studies, the General Accounting Office, the Congressional Budget Office, and the Office of Management and Budget (Washington, D.C.). Commentary on tax policy with respect to homeownership, effectiveness of the tax credit mechanism for the provision of affordable rental housing, and alternative structures for the FHA mortgage insurance program, 2002.

ASSA Meetings, Washington, D.C., January 2003 (discussant).

Organizer and Chair, Big 10 Real Estate Conference, Chicago, session on "To REIT or Not to REIT? What is the Future of the Multifamily Market?" 2002.

Chair, session on "Mortgage Markets," Asian Real Estate Society Meetings, Tokyo, August 2001.

Asian Real Estate Society Meetings, Tokyo, August 2001

Asian Real Estate Society Meetings, Beijing, July 2000

ASSA Meetings, Boston, January 2000

ASSA Meetings, New York, January 1999

Center for Urban Land Economics Research Symposium on Retail Market Dynamics (chair and organizer) sponsored by International Council of Shopping Centers and Homer Hoyt Institute

ASSA Meetings, New Orleans, January 1997

Homer Hoyt Institute Symposium on Current Developments in the CMBS Market, May 1997 (program chairman)

AREUEA Midyear Meetings, Washington, D.C., May 1996

ASSA Meetings, San Francisco, January 1996

AREUEA Midyear Meetings, Washington, D.C., May 1995

ASSA Meetings, Washington, D.C., January 1995

ASSA Meetings, Boston, January 1994

IAAO Meetings, Washington, D.C., September 1993

21

Homer Hoyt Spring Meetings, Singer Island, FL, May 1993

ASSA Meetings, Anaheim, CA, January 1993

AREUEA International Conference, Redondo Beach, CA, October 1992

Urban Land Institute Education Seminar, Los Angeles, October 1992

ASSA Meetings, New Orleans, January 1992

Homer Hoyt Fellows Symposium, Singer Island, FL, January 1991

National Association of Corporate Real Estate Executives/Homer Hoyt Institute Joint Symposium on Site Selection Policy, Singer Island, FL, February 1991

LaFollette Institute Conference on American Housing Policy, Madison, May 1991

Homer Hoyt Symposium on Retail Market Research Issues, Singer Island, Florida, May 1991 (program chairman)

AREUEA Annual Meeting, Washington, D.C., December 1990 (session chair)

AREUEA Annual Meeting, Atlanta, December 1989(program chairman)

AREUEA Annual Meeting, New York, December 1988 (session chair and discussant for two sessions)

AREUEA Annual Meeting, Chicago, December 1987 (two sessions)

Roundtable Discussion of the Implications of Recent Regulatory Initiatives for the Appraisal Profession, Washington, D.C., May 1987

Homer Hoyt Postdoctoral Fellows Symposium, Singer Island, FL, March 1987

AREUEA Annual Meeting, New Orleans, December 1986 (two sessions)

Session Chair, "Winners and Losers in Declining Real Estate Markets," Seminar Sponsored by the Lincoln Institute of Land Policy and the MIT Center for Real Estate Development, Phoenix, February 1986

AREUEA Annual Meeting, New York City, December 1985 (Discussant and Session Chair)

Financial Management Association Annual Meeting, Toronto, October 1984

AREUEA Annual Meeting, San Francisco, December 1983

AREUEA Annual Meeting, New York City, December 1982 (Discussant and Session Chair)

Southwest Society for Economists Annual Meetings, Dallas, March 1982

AREUEA Annual Meeting, Washington, D.C., December 1981

Southwest Society for Economists Annual Meetings, New Orleans, March 1981

Southwest Finance Association Annual Meetings, San Antonio, April 1980

AREUEA Midyear Meetings, Washington, D.C., May 1979

ASSA Annual Meetings, Chicago, August 1978

Southwest Economics Association Annual Meetings, Fort Worth, April 1978

## Editorial and Review Activities

| | |
|---|---|
| 2003-06 | Co-Editor, *Real Estate Issues* |
| 1999- | Editorial Board, *Journal of Real Estate Research* |
| 1998- | Editorial Board, *International Real Estate Review* |
| 1996- | Editorial Board, *Journal of Housing Research* |
| 1991-97 | Co-Editor, *Real Estate Economics* (formerly the *Journal of the American Real Estate and Urban Economics Association)* |
| 1992-2003 | Advisory Board, *Real Estate Workout and Asset Management Newsletter* (Warren, Gorham, and Lamont) |
| 1992- | Member, Housing Policy Advisory Board, Federal National Mortgage Association (FNMA), (later, Editorial Advisory Board, Fannie Mae Foundation) Washington, D.C. (acts as editorial board for *Housing Policy Debate)* |
| 1990- | Editorial Board, *Land Economics* |
| 1991-95 | Editorial Board, *Journal of Property Research* (U.K.) |
| 1987-89 | Editor, Case Series on Real Estate Development, sponsored by the Urban Land Institute |
| 1988-89 | Editor, Special Issue of *Journal of Real Estate Finance and Economics* on Real Estate Development |
| 1981-91, 97- | Editorial Board, *Journal of the American Real Estate and Urban Economics Association* (since 1996, *Real Estate Economics*) |
| 1989- | Editorial Board, *Journal of Real Estate Finance and Economics* |

Ad-hoc Refereeing for:

*Regional Science and Urban Economics*
*Journal of Housing Economics*
Research Grants Council of Hong Kong Secretariat
*Journal of Policy Analysis and Management*
*Journal of Risk and Insurance*
*Journal of Urban Economics*
National Science Foundation, Division of Social and Economic Sciences
*Journal of Housing Research*
*Journal of Finance*
*Housing Policy Debate*
*Quarterly Journal of Economics*
*Housing Studies*
*Journal of Real Estate Research*
JAI Press (*Research in Real Estate*)
*International Regional Science Review*
*Public Finance Review*
*Management Science*
*Financial Management*

23

*Urban Studies*
*Housing Finance Review*
*Financial Review*
Fannie Mae Foundation
Prentice Hall
National Association of Home Builders
Urban Land Institute
Department of Housing and Urban Development (for the Journal *Cityscape*)

## Funded Research and Other Programmatic Initiatives

| 2001 | $34,375. International Council of Shopping Centers for an extension of a project evaluating the potential impact of e-Commerce penetration on the retail market and sales tax receipts. |

2001      $34,375. International Council of Shopping Centers for an extension of a project evaluating
          the potential impact of e-Commerce penetration on the retail market and sales tax receipts.

1999      $20,000.  National Association of Realtors for an evaluation of the impact of technology on
          real estate, presented at the fall *Transact 2000* Conference in Chicago (with Richard Green)

1999      $63,853.  International Council of Shopping Centers, U.S. Conference of Mayors, National
          Association of Counties, for an evaluation of the potential impact of e-Commerce
          penetration on the retail real estate market and sales tax receipts (U.W.-Madison portion of
          grant, co-investigator Henry Pollakowski of MIT).

1998      $50,500.  Ford Foundation for "An Evaluation of the Potential of Transforming the
          Homeownership Tax Credit to Overcome Down Payment Constraints" (my portion of a
          larger grant).  Attended and made presentation at a meeting of all researchers on the project
          at Ford Foundation headquarters in New York in July.

1998      $10,000.  Real Estate Research Institute for an evaluation of the impact of prepayment
          penalties on the prepayment behavior of multifamily mortgages (with Michael Lacour-
          Little, Citicorp Mortgage).

1998      $5,000. ChrisKen Realty Advisors to support the acquisition and maintenance of a cross-
          sectional longitudinal data base on employment, demographic, and economic conditions in
          American MSAs.

1997      $7,500.  Credit Union National Association (CUNA), for an evaluation of factors
          influencing
          account termination in credit unions.

1996      $9,000.  Trout Unlimited, for an evaluation of real estate market dynamics in the Kickapoo
          River Valley.

1996      $2,500.  Federal Reserve Bank of Kansas City for a study on "Improving Secondary
          Markets in Rural America".

1995      $2,000.  Fannie Mae, Washington, D.C., for an evaluation of FHA restructuring options.

1994      $40,000.  Exxon Corporation, Dallas, Texas, for an evaluation of environmental justice
          issues as they relate to the location of large refinery facilities in urban districts.

1994      $15,000.  Mortgage Bankers Association, Washington, D.C., for an evaluation of

opportunities to enhance the efficiency of the Section 42 Low Income Housing Tax Credit Program, with Steve Malpezzi.

1994    $20,000. The Real Estate Research Institute, for an econometric investigation of variations in regional mall returns using disaggregate data from the National Council of Real Estate Investment Fiduciaries, with Jim Shilling and Mark Eppli.

1994    $2,000. Fannie Mae, Washington, D.C., for a manuscript evaluating market influences affecting neighborhood heterogeneity.

1994    $2,000. Fannie Mae, Washington, D.C., for a manuscript evaluating the extent to which mortgage default appears to be exercised "ruthlessly."

1993    $15,000. Federal National Mortgage Association, for Spring Seminar Series on Multifamily Securitization.

1993    $60,000. (over 3 years) Mortgage Bankers Association, Washington, D.C., for Distinguished Lecture Series in Real Estate Finance, Graduate Fellowships, and other Programmatic Initiatives.

1993    $15,000. National Association of Realtors, Washington, D.C. Herbert U. Nelson Foundation, for development and estimation of optimal asking price strategies for real property sales (with Richard Green).

1992    Approximately $135,000 annually. State of Wisconsin, dedication of real estate license fees. Successfully lobbied legislature and Governor for legislation establishing funding base for Center for Urban Land Economics Research.

1992    $30,000. National Association of Realtors. Commercial Mortgage Credit Risk Consortium Technical Consultant. Development of Credit Risk Rating System, benchmark for pricing, underwriting, securitizing commercial mortgages.

1992    $15,000. Homer Hoyt Institute, Washington, D.C., for various departmental initiatives.

1991    $20,000. Homer Hoyt Institute, Washington, D.C., for various departmental initiatives.

1991    $5,000. LaFollette Institute, for analysis of determinants of housing abandonment (with James Shilling).

1991    $5,000. Federal National Mortgage Association for "Survey of Mortgage Borrowers: A Pilot Study" (with Peter Zorn and Bob Avery, Cornell University).

1990    $1,000. Federal National Mortgage Association for investigation into potential impact of RTC dispositions on local housing and commercial real estate markets.

1990    $25,000. Homer Hoyt Institute, Washington, D.C., for Real Estate Center Development ($3,000), development of retail conference ($2,000), economics of architecture project continuation ($7,500), and optimal disposition strategies for real estate assets ($2,500), discretionary allocation ($10,000).

1989    $10,000, Urban Land Institute and $10,000, Homer Hoyt Institute, Washington, D.C.

Continuation of Research Program on the Economics of Architecture and Urban Design.

1988    $5,000.  Homer Hoyt Institute, Washington, D.C., for the purpose of identifying and bringing together an interdisciplinary research group concerned with the economics of architecture and urban design.

1987    $10,000.  Urban Land Institute, Washington, D.C.  Development of strategy for introduction of teaching case material on development into the educational program of the ULI, and editorial responsibilities, casebook series on Real Estate Development.

1987    $3,000.  Urban Land Institute, Washington, D.C.  "The Economics of Architecture and Urban Design."  An empirical analysis of the Boston office market and the relationship between design quality and operating performance.

1986-87    $20,000.  Urban Land Institute, Washington, D.C., Case Development in Public Policy and the Land Development Process (through the Folsom Institute for Development and Land Use Policy).

1984–85    $4,950.  General Accounting Office, Washington, D.C., "An Assessment of the Credit Risk Potential in FNMA ARM Purchases," Simulation of comparative default profiles of standard and adjustable rate loans based upon generalized default models.

1983-84    $6,164.  Federal Home Loan Bank Board, Washington, D.C., "An Improved Methodology for Mortgage Loan Underwriting."  Development of a model of mortgage default risk estimation suitable for underwriting alternative mortgage instruments.

1982-83    $5,000.  Texas Real Estate Research Center, for research into the nature of the real estate transactions process.

1977-84    Summer Research funded through Edwin L. Cox School of Business Trimester Research Fellowship Program.

1974    Research Assistant, project on the Economic Aspects of Arts Policy, specifically questions relating to normative aspects of resource allocation and the implications of alternative tax policies.  Sponsored by Albert Farwell Bemis Fund.

1973    Research Assistant, National Science Foundation-sponsored research project on the urbanization process in fringe suburban communities, Harvard Graduate School of Design. Co-developed (with H. James Brown) Housing Allocation Model for suburbanizing areas.

1972-73    Research Assistant, Environmental Systems Program, Harvard University.  Authored study of the distributional impact of air pollution abatement policies upon residences.

1972    Researcher, Ralph Nader Task Force on Congress, Washington, D.C.  Investigation of the House and Senate Committees on Banking, Housing and Urban Affairs; Research on Housing Policy, Urban Transportation Policy, and Small Business Legislation.

## Teaching

Advanced Seminar in Real Estate Investments (graduate, University of Wisconsin-Madison)
Advanced Real Estate Finance (graduate, University of Wisconsin-Madison)
Applied Real Estate Securities Analysis (graduate, University of Wisconsin-Madison, program

coordinator 1999-2000, 2001-02)
Real Estate Equity Investment (graduate, Cal Berkeley, University of Wisconsin-Madison)
Real Estate Development Studio (graduate, Harvard)
Real Estate Finance and Economics (graduate, Harvard)
Seminar in Real Estate Development (graduate, SMU)
Real Estate and Urban Land Economics (undergraduate and graduate, SMU, and undergraduate at Cal
    Berkeley)
Urban Development and Planning (undergraduate and graduate, SMU)
Seminar in Housing Markets (graduate, SMU)
Residential Real Estate Development (undergraduate and graduate, University of Wisconsin-Madison)
Commercial Real Estate Development (undergraduate and graduate, University of Wisconsin-Madison)
Real Estate Finance (undergraduate and graduate, SMU and University of Wisconsin-Madison)
Real Property Valuation (undergraduate and graduate, SMU)
Ph.D. Seminar (University of Wisconsin - Madison)
Ways of Knowing:  Real Estate and Urban Development.  Undergraduate Honors Section, University of
    Wisconsin - Madison
Housing and Urban Development in Great Britain and the U.S.: A Cross-Cultural Perspective (under-
    graduate, SMU-in-Oxford program, summer 1981, 1983)

## Ph.D. Advising

Yongping Liang (Chair, expected completion 2006)
Kiat Ying Seah (Member, expected completion 2006)
Hoon Cho (Member, expected completion  2006)
Zhenguo Lin, Fannie Mae (Chair, completed 12/04)
Neo Poh Har (M.Sc., Estate Management, National University of Singapore, External Reader,
completed 11/04)
Tim Craft, Wichita State University (member, completed 6/01)
Tammie X. Simmons, Lehigh University (reader, completed 8/00)
Qiang Fu, Federal National Mortgage Association (Chair, completed 5/98) (won first place AREUEA
    Dissertation Award)
Patrick Connolly, the Welch Companies (Masters, Institute for Environmental Studies and Real Estate,
    Chair, completed 7/01)
Nino Pedrelli (Member, completed 5/99)
Ruslan Koesman, University of Jakarta, Indonesia (Reader, completed 8/97)
Tom Hamilton, University of St. Thomas (Non-reader, completed 8/97)
Charles Carter, Morgan State University (Chair, completed 5/99)
Michael Lacour-Little, Wells Fargo and Washington University (Chair, completed  8/96) (won second
    place AREUEA Dissertation Award)
Greg Chun, Kimpo University, Seoul, Korea (Reader, completed 12/96)
Brian Ciochetti, University of North Carolina (MIT starting fall 2004)(Chair, completed 12/94)
Elaine Worzala, University of San Diego (Chair, completed 12/92)
Kwadwo Owusu-Aduemiri (External Reader, Urban and Regional Planning, completed 5/92)
Mark Eppli, Marquette University (Reader, completed 11/91)
Tim Riddiough, MIT (returned to University of Wisconsin 2001) (Reader, completed 5/91) (won
first place AREUEA Dissertation Award)

## University Service

| 2006- | Merage School of Business Building Expansion Planning Committee, University of California-Irvine |
| 2004-06 | Member, Bascom Hill Society, University of Wisconsin-Madison |

| | |
|---|---|
| 2003-04 | Academic Planning Council, School of Business |
| 2003-04 | Grainger Hall Addition (Graduate Centers) Building Committee |
| 2002-04 | Subcommittee of the Executive Committee, School of Business (Promotion and Tenure Committee) |
| 2002-03 | Business School Representative, "Create the Future from Within" Capital Campaign Committee |
| 2002-06 | Member, Faculty Advisory Committee, Graduate Program in Transportation Management and Policy, University of Wisconsin-Madison. |
| 2002 | Invited lecture to Graduate Engineering Seminar on "Financial Engineering in the Mortgage Market." |
| 2002 | Advisor to UW-Madison Housing Office on strategic planning for student housing provision over the next decade. |
| 2001-02 | Dean Search Committee, School of Business |
| 2001-04 | University Graduate School Research Committee (appointed to 3-year term by Dean of the Graduate School, UW-Madison). |
| 2001 | "The State of the Public Debt Markets." Invited presentation, Chicago REIAC Council Panel on "Four-Quadrant Investing in the Real Estate Markets," February. |
| 2001 | "Real Estate Illiquidity and Its Effect on Investment Risks/Returns." Invited presentation to Chief Investment Officer, State Farm Mutual Insurance Co., Bloomington, IL, March. |
| 1999 | "Considerations in the Development of a Real Estate Analyst Educational Program." Invited presentation, Commercial Realty Investors Society Meeting, Kansas City, May. |
| 2001 | "The National Economy and Its Implications for Real Estate." Invited presentation before Urban Land Institute Commercial Industrial Council, ULI Spring Meeting, Minneapolis, May. |
| 2000 | "Housing Affordability: Where Are We and Where Do We Go From Here?" Wisconsin Housing Conference, Milwaukee; planning, coordinating and participation, Center for Urban Land Economics Research, joint sponsors with Wisconsin Housing and Economic Development Authority (WHEDA). |
| 2000-02 | "Underwriting and Credit Risk in Real Estate Lending," two-day program, Korean Executive MBA Program, Helsinki School of Economics and Business, Finland (compensated). |
| 1999 | "Responsible Institutional Investment in U.S. Real Estate," presentation to Board of Directors, Illinois Teachers Retirement System (compensated). |
| 2000 | "Current Trends in the Employment of Recent Graduates in Real Estate." Invited presentation before the National Association of Industrial and Office Parks (NAIOP) Executive Symposium, San Diego, April. |
| 2000-03 | Member, Interdepartmental Search Committee for three "cluster hire" positions in land use. |
| 2000 | Member, Gender Equity Pay Committee. |
| 2000 | Acting Director, Weinert Center for Entrepreneurship (during transitional period). |
| 1999 | "Should Mortgage Discrimination Still be an Important Policy Concern?" debate broadcast on Wisconsin Public Radio, Milwaukee. |
| 1999 | "Critical Issues in Residential Brokerage," Wisconsin Housing Conference, Madison; planning, coordination and participation, Center for Urban Land Economics Research. |
| 1998-2000 | Member, Executive Programs Planning Committee, School of Business. |
| 1999-2000, 2001-02 | Faculty Advisor, Applied Real Estate Securities Analysis Program. |
| 1998-99 | Chair, Search and Screen Committee for Director, University Research Park. |
| 1998-2004 | Member, Board of Directors, Hilldale, Inc., Chair/Member Long-Range Planning Committee (Regional Mall, profit flows to University). Participated in sale of asset in April 2004. |
| 1998-99 | Member, Board of Directors, University Club. |
| 1997-98 | Member, University Dean Review Committee for School of Business Dean Andrew Policano. |

| | |
|---|---|
| 1997 | Advisor to Board of Directors, Hilldale Foundation on future ownership/ financing/ redevelopment/ re-tenanting options (shopping center owned by University-related non-profit). |
| 1997 | "Advanced Appraisal and Consulting Seminar: Historic Properties," planning, coordination, and participation, Center for Urban Land Economics Research. |
| 1997 | "Housing at the Millenium: Dynamics and Trends," Wisconsin Housing Conference, Madison; planning, coordination, and participation, Center for Urban Land Economics Research. |
| 1997 | U.W. Foundation-sponsored Founders Day speech, Orlando FL, February. |
| 1996-97 | Chairman, Subcommittee of the Executive Committee, School of Business, University of Wisconsin - Madison (Rank and Tenure Committee). |
| 1996-97 | Member, Chairs Committee, ex-officio as Chair of Subcommittee. |
| 1996-97 | Member, Land Use Policy Advisory Committee convened by Chancellor to advise on response to state land use regulatory reform proposals. |
| 1996-97 | Member, Executive Conference Facility Working Group. |
| 1996-97 | Member, Executive Education Policy Committee. |
| 1996-97 | Member, UW/Urban Land Institute Public-Private Development Advisory Committee convened by Chancellor to advise on development options on periphery of campus. |
| 1996-97 | Member, Executive Conference Facility Planning Committee, School of Business. |
| 1995-97 | Chairman, ad hoc Tenure Committee for Management Institute. |
| 1996 | "The Low-Income Housing Tax Credit Program: A Look at Federal/State Policy and Program Initiatives," Wisconsin Housing Conference, Madison; planning, coordination, and participation, Center for Urban Land Economics Research. |
| 1996 | U.W. Foundation-sponsored visit and presentation to alumni, Denver. |
| 1995-2001 | "Real Estate Investment and Feasibility Analysis: An Introduction with Applications,"; planning, coordination, and instructor, Center for Urban Land Economics Research. |
| 1995 | "Valuation of Complex Properties," planning, coordination, and participation, Center for Urban Land Economics Research. |
| 1995 | "Rural/Small Town/Suburban Housing Markets: Challenges and Opportunities," Wisconsin Housing Conference, Madison; planning, coordination, and participation, Center for Urban Land Economics Research. |
| 1995 | Assisted Dean and Associate Dean in negotiations for new executive conference facility. |
| 1994, 1995 | "Environmental Considerations in Commercial Real Estate," Executive Education Program; planning, coordination, and participation. Center for Urban Land Economics Research. |
| 1994 | "Public/Private Initiatives in Metropolitan Neighborhood Redevelopment," Governors Housing Conference, Milwaukee; planning, coordination, and participation. Center for Urban Land Economics Research. |
| 1994 | "Demographic Trends and Their Effects on the Development of Residential Real Estate," Executive Leadership program for Heartland Development Company's staff and clients; planning, coordination, and participation. Center for Urban Land Economics Research. |
| 1994 | Requested by U.W. Alumni Association to present Founders Day speech, Miami, FL, before local area Wisconsin alumni. |
| 1994-95 | Consultant/Advisor to Hilldale Foundation Board of Directors on long-term strategic development plan for Hilldale Mall. Foundation funnels profits from mall operation to support University initiatives. |
| 1994 | Advisor to University and U.W. Foundation on possible acquisition of "Washington Campus." |
| 1994 | Five-Year Review Committee for Senior Faculty (2). |
| 1994- | Masters Program Committee. |
| 1992- | Advisor to the Board of Directors, University Research Park. |
| 1992 | U.W. Foundation Fundraising, Orange County, California. |
| 1991 | Participant, Alumni University Program, University of Wisconsin-Madison. |

| | |
|---|---|
| 1991-93 | Chairs Committee, School of Business, University of Wisconsin-Madison. |
| 1990- | Director, Center for Urban Land Economics Research, School of Business, University of Wisconsin-Madison. |
| 1990-93 | Member, Subcommittee of the Executive Committee, School of Business, University of Wisconsin-Madison (promotion and tenure committee). |
| 1990-93 | Member, Graduate Studies Committee, School of Business, University of Wisconsin-Madison. |
| 1990-93 | Member, Academic Planning Council, School of Business, University of Wisconsin-Madison. |
| 1989-93 | Chairman, Department of Real Estate and Urban Land Economics, School of Business, University of Wisconsin-Madison. |
| 1989-90 | Member, Construction Education Advisory Committee, University of Wisconsin-Madison. |
| 1986-88 | Chairman, Committee on Rank and Tenure, Edwin L. Cox School of Business, SMU. |
| 1986-89 | Chairman, Department of Real Estate and Urban Land Economics, SMU. |
| 1986-89 | Member, Executive Council, Edwin L. Cox School of Business, SMU. |
| 1985-86 | Member, Urban Design Program Council, Harvard. |
| 1985-86 | Member, Faculty Committee on Real Estate Education, Harvard. |
| 1983-85 | Chairman, Provost's Task Force on Graduate Education and Research. |
| 1983-85 | Member, Rank and Tenure Committee. |
| 1983-89 | Instructor, Costa Institute of Real Estate Finance Seminar in "Real Estate Investment Analysis Techniques: An Introduction and Critical Comparison." |
| 1982-83 | Faculty Senate Committee on Course and Teacher Evaluations |
| 1982-83 | Decision Room Task Force, Edwin L. Cox School of Business. |
| 1982-84 | Coordinator, Master of Science Program in Real Estate. |
| 1982 | Instructor, Costa Institute of Real Estate Finance Seminar in "Real Estate Investment Analysis: The State-of-the-Art in Techniques and Computer Applications." |
| 1982 | Instructor, Costa Institute of Real Estate Finance Seminar in "New Housing for the 80's: Emerging from Crisis." |
| 1981-82 | Advisory Board to the Provost. |
| 1981-83 | Executive Committee, Edwin L. Cox School of Business (Vice-Chairman 1981-82). |
| 1980-82 | Advisory Board, Public Administration Program. |
| 1979-80 | Educational Affairs Committee. |
| 1976-78, 1980-81 | Faculty Personnel Committee (chairman, 1977-78). |
| 1976-79, 1981-84 | Graduate Admissions Committee (chairman, 1983-84). |

## Community and Professional Service and Consulting

| | |
|---|---|
| 2006 | Invited presentation to Building Owners and Managers Association of Orange County on "Higher Education in Real Estate at UCI: A New Era". |
| 2005 | Invited presentation before Origen Co. Senior Management Retreat, Fort Worth TX, on "Optimal Capital Structure for the Manufactured Housing Industry: Design and Implications for Returns and Market Share". |
| 2004 | Invited participation in panel on "Higher Education in Real Estate: A Prognosis," Counselors of Real Estate National Meeting, Los Angeles CA, October. |
| 2004 | Washington Mutual Savings Bank (WAMU) and Center for Advanced Studies in Business (CASB), Fluno Center, University of Wisconsin-Madison, Executive Education Faculty in Building the Best Franchise Seminar : "Branch Site Selection Feasibility: A Contemporary Approach," Seattle WA, September. |
| 2004 | Invited Keynote Speaker, "How Technology is Changing Today's Real Estate Market," Schenck Business Solutions 2004 Real Estate Forum, Green Bay, Milwaukee, and |

30

| | |
|---|---|
| | Sheboygan, February. |
| 2004 | Invited address, "TIF's: The Mutation of a Good Idea," Capitol Neighborhoods Forum, Madison WI, January. |
| 2003 | Invited Keynote Address, Freddie Mac National Multifamily Housing Conference. "A Futurist Perspective on the Multifamily Market," Kohler WI, Sept. |
| 2003 | Invited presentations to Kiwanis Club of Western Kenosha and the Mitchell Field Rotary Club, "Urban Growth, Sprawl, and Land Use Regulation," April and October. |
| 2003 | Participation in policy debate on Inclusionary Zoning in Madison. Analysis of theoretical impact of policy on home prices and availability; evaluated empirical evidence in jurisdictions with such ordinances. Played role in policy dialog. |
| 2003 | At request of Managing Editor of *Real Estate Issues*, prepared paper "Preparing the Next Generation," (Fall 2003, pp. 26-33), which has generated much external recognition of our graduate real estate education program at Wisconsin among professionals and within other real estate academic programs. |
| 2002-05 | Elected member of Vestry, St. Andrews Episcopal Church. Chair, Outreach Task Force |
| 2002 | Ohio State University Fisher College of Business Central Ohio Real Estate Roundtable, invited keynote address on "Government's Involvement in Real Estate: For Better or Worse? For Rich or Poor? For Growth or for Sprawl?" October. |
| 2002 | Presentation to Downtown Madison Incorporated's *What's Up Downtown* speaker series on "Smart Growth: The Economic Impact on Downtown," September. |
| 2002 | Consultant to Donna Shalala, President, and Elizabeth Plater-Zyberk, Dean of Architecture and Planning, University of Miami, recommending process and structure for proposed initiative in real estate education. |
| 2002 | Presentation to Stark Realty Annual Meeting, Madison WI, on "Is There a Housing Bubble?" |
| 2001-05 | Downtown Rotary Club, Youth Education Committee. |
| 2001 | Participation in a Public Policy Forum sponsored by the Federal Reserve Bank of Chicago and its Housing Opportunity Partnership of Southeast Wisconsin on "Regionalism and Fair Housing," Milwaukee. Presentation on "How Developments in the Sub-Prime Mortgage Market are Increasing Opportunities for Homeownership". |
| 2001 | Invited presentation before Counselors of Real Estate Midyear Meeting, Chicago, on "Brainstorming the Future of America's Cities". |
| 2001 | Invited participation in Capital Markets Forecast Event, Real Estate Investment Advisory Council, Tower Club, Chicago, March. Presentation on "Current Trends in the Mortgage-Backed Securities Market". |
| 2001 | Invited presentation, Commercial Realty Investors (CRI) Summit, Kansas City, Mo., May, sponsored by the Commercial Real Estate Education Foundation, Inc. Title: "The Present and Future Role of Academia in the Market and the Profession". |
| 2000 | Invited to serve as a member of the Federal Reserve Bank of Chicago's Milwaukee Task Force on Equal Opportunity in Housing. Involved meetings, position papers, planning of conference, and discussions with staff. Intent is to highlight issues relating to access to mortgage credit in Milwaukee region. |
| 2000 | Village of Shorewood Hills, Advisor to Village Board on retail development proposal |
| 1999 | Overture Foundation (Madison, WI). Pre-feasibility study of possible acquisition of space for artist live/work communities |
| 1999-2000 | Overture Foundation, Downtown Madison, Inc., Monona Terrace Board (Madison, WI). Development of methodology for ongoing evaluation of economic impact of Arts District and Community and Convention Center |
| 1999-2000 | Roosevelt Univeristy. Consultant on strategic plan for development of a real estate academic program within the Heller School of Business |
| 1997- | Member, Board of Directors, ChrisKen Realty Trust, Chicago, IL, a private multifamily real estate investment trust (REIT) (Compensation Committee, Audit Committee) |

1997-2000  Board of Trustees of Funds and Endowments, Episcopal Diocese of Milwaukee

1997-2002  Board of Directors of On Common Ground, bipartisan statewide non-profit organization
           seeking a rational dialog on land use policy issues

1997       Interview on WTDY TalkRadio, Madison, on economic performance expectations of the
           Frank Lloyd Wright Monona Terrace Convention Center, July

1996       Judge of NAIOP Office-Warehouse Awards Competition, Minneapolis

1996       Member, External Review Committee, University of Pennsylvania Wharton School
           Department of Real Estate

1996       Presentations before adult education group, St. Andrews Episcopal Church on "What Do
           We Know About the Relationship Between Violence and Neighborhood Conditions?" and
           "American Housing Policy: Are We Making Progress?"

1996       Member, Walnut Hill Community Development Corporation Advisory Committee
           (Milwaukee)

1996, 1998-2001   Alumni Interviewer, Rice University

1995       Presentation before Mortgage Bankers Association Advanced School of Commercial Real
           Estate Finance on "Evaluating and Rating Default Risk in Commercial Mortgages"

1995-97    Presentations before Mortgage Bankers Association Life Insurance Committee on
           "Evaluating Commercial Mortgage Portfolio Performance"

1995       Presentation before Multifamily Roundtable, Mortgage Bankers Association Annual
           meetings, San Diego on "Evaluating the Efficiency of the Section 42 Low Income Housing
           Tax Credit Program"

1994-96    Industrial Development Research Council (IDRC), Member of Education Committee

1995       Institute for Real Estate Management, Milwaukee Chapter. Invited speaker, Annual Trends
           Breakfast, "The Real Estate Market in the Twenty-First Century: A Long-Term Prognosis"

1995       Aaronson Schroeder Annual Outlook Conference, Milwaukee. Invited keynote
           presentation,
           "Real Estate in the Twenty-First Century: A Long-Term Prognosis"

1995-2005  Board of Review, Village of Shorewood Hills

1995-      Board of Directors, Shorewood Foundation

1994-96    Member, Urban Land Institute Research Committee

1994       Visiting Committee, evaluation of Real Estate program at Northern Iowa University

1994       Presentation before members of SAVE Commission on pros and cons of private or state
           ownership and/or management of public school facilities

1994       State Advisory Committee on Leasing

1994       Presentation before Wisconsin Realtors Association State Conference, Oconomowoc

1994       Keynote Presentation, NAIOP Twin Cities Chapter Annual Breakfast

1994       Presentation on "Cities of the Future," Future Problem Solvers Class, Velma Hamilton
           Middle School

1994-95    Consultant/Advisor to Sommerset Ad Hoc Working Group addressing problems of
           troubled Sommerset neighborhood of South Madison

1993-94    Consultant/Advisor to Red Cliff Band of Lake Superior Chippewa to help the tribe evaluate
           the revenue potential derivable from a proposed hotel/resort complex on the shore of Lake
           Superior near Bayfield

1993-99    Wisconsin State Equity Corporation Board of Directors (Chairman 1994-99)

1994       Advisor to Mortgage Bankers Association on development of curriculum for Advanced
           School of Commercial Real Estate Finance

1993       Speech before National Mortgage Correspondent Group, Credit Union National Association

1993-94    Member, Board of Directors, Vandenberg Homes Corporation

1993       Invited Participant, Governors Roundtable on Solutions to the Credit Crunch

1993       Co-Chair, Stewardship Campaign, St. Andrews Episcopal Church

1993       Member, Tax Increment Financing District Committee, Village of Shorewood Hills

1992-98    Member, Urban Land Institute Urban Development/Mixed Use Council

| | |
|---|---|
| 1992-94 | Member, Board of Directors, Wisconsin Partnership for Housing Development (on Strategic Planning Committee, Executive Committee) |
| 1992-2005 | St. Andrews Episcopal Church Service (Finance Committee, Usher, Counter, Meals on Wheels, Sunday School instructor, Adult Education Coordinator, etc.) |
| 1992 | Guest Lecturer, Coopers and Lybrand Management Seminar, Chicago and Newark |
| 1991 | Wisconsin Assessors Institute. Developed Workshop on Regional Mall Valuation Issues |
| 1990-92 | City of Madison and Future Madison, Inc. Economic Impact and Financial Structuring of Frank Lloyd Wright Convention Center |
| 1989-92 | Advisory Board, American Bankers Association School of Real Estate Finance |
| 1989-2006 | Member, Board of Directors, The Park Bank, Madison, Wisconsin |
| 1988-94 | The Travelers Insurance Companies, Hartford, CT. Evaluation of credit quality of commercial mortgage loan portfolio |
| 1988-90 | Salomon Brothers, Inc., New York. Member, Real Estate Consultants' Advisory Committee. Development of Real Estate Research Agenda. Studies of Commercial Mortgage Default Risk and Effects of Foreclosure Costs on Mortgage Yields |
| 1987 | Evaluation of Impact of Historic District Designations on Property Values for Dallas Historic Landmarks Commission |
| 1987-89 | Member, Housing Committee, Central Dallas Association |
| 1985-87 | Urban Land Institute National Advisory Panel on Default Risk in Commercial Lending |
| 1985-86 | North Central Texas Legal Services Foundation. Evaluation of Effects of Eligibility Criteria on Section 8 Housing Availability and Location |
| 1985 | Dallas County Appraisal District. Evaluation and Implementation of Alternative Methodologies to Determine Appraisal Biases |
| 1985-87 | Instructor, Federal Home Loan Bank Board Seminar on Evaluating Interest Rate and Credit Risk Inherent in S&L Operations. Dallas, Cambridge, Seattle, Boulder, San Francisco |
| 1985 | Instructor, Republic Bank Seminar on Discounting Techniques for Property Valuation in Soft Markets |
| 1984 | Instructor, Society of Real Estate Appraisers Course 201, "Principles of Income Property Appraising" |
| 1982-83 | Dallas Museum of Fine Arts. Evaluation of impact of El Greco exhibit on local economy |
| 1979-80 | City of Plano, Texas. Development of a fiscal impact model for use in evaluating development proposals |
| 1979 | U.S. Department of Housing and Urban Development, Washington, D.C. Evaluation of relationship between Housing Assistance Plan (HAP), Housing Opportunity Plan (HOP), and Community Development Block Grant (CDBG) Program |
| 1979 | Dallas Chamber of Commerce and Dallas Museum of Fine Arts. Project to determine economic development potential of major arts exhibits such as Pompeii, A.D. 79 |
| 1978-80 | Vice Chairman, Dallas Alliance Task Force on Neighborhood Revitalization |
| 1978-82 | Member, Housing Goals Achievement Committee, Goals for Dallas |
| 1977-78 | Member, Goals Review Committee, Goals for Dallas |
| 1977-79 | Chairman, Housing Task Force, Goals for Dallas |
| 1977 | White House Conference on Balanced National Growth and Economic Development (through Firm of Marshall Kaplan, Gans, and Kahn). Evaluation of current patterns of economic and population growth in southern cities (project director) |
| 1976-81 | Member, Dallas Housing Forum (Board of Directors, 1979-80) |
| 1976-78 | Member, Dallas Housing Authority Committee on Administration, Personnel, and Consultants |
| 1977-79 | Member, Neighborhood Revitalization Task Force of the Dallas Alliance; presentation before Board of the Dallas Alliance on Neighborhood Revitalization (1977) |
| 1977-79 | Member, Steering Committee, Dallas Neighbors |
| 1977 | Marshall Kaplan, Gans, and Kahn. Evaluation of an economic development strategy for the City of Denver, Colorado |

1976-81   Member, Historic Preservation League

1974      Federal Home Loan Bank Board, Washington, D.C.  Review of the literature on the
          influence of financial institutions on neighborhood decline and assessment of research
          priorities (project coordinator)

1974      Fairfax County, Virginia.  Feasibility study for the development of a Housing and Environ-
          mental Development Corporation Project to assess the potential role, responsibility, and
          opportunity for public land development agency in a county context.  Identifies major
          organizational and financial strategies available for the development corporation, based
          upon relevant precedents in the U.S. and abroad (with Arthur P. Solomon and Peter
          Epstein).

## Supplemental Private Sector Consulting

2004-05   Government of Queensland Australia, Department of Natural Resources and Mines. Expert
          witness in the Land Court of Queensland on challenges of assessed valuations by major
          shopping center owner relating to alleged presence of non-assessable intangible interests.

2005      Michael Best and Friedrich, Milwaukee WI. Expert witness for the Redevelopment
          Authority of the City of Milwaukee concerning appropriate considerations for valuation of a
          parcel of land in the Menominee River Valley under eminent domain.

2004-     Jones Day Attorneys and Counselors. Expert witness in Rhode Island litigation relating to
          lead paint contamination. Testimony on impact of presence of lead paint on housing market
          dynamics.

2004-05   City of Madison and Stafford Rosenbaum, LLP. Expert witness in property tax appeal of
          major office headquarters building.

2004      Conant French & Chaney, LLP  and Gardere Attorneys and Counselors. Expert witness in
          litigation relating to factors influencing valuation of subordinate interest in CMBS issue.

2002      Named Academic Affiliate, Analysis Group/Economics, Boston, MA (litigation support
          consulting firm).Expert witness in three cases: (1) a mortgage insurance company in class-
          action lawsuit asserting RESPA violations (provided expert opinion on factors influencing
          pricing of mortgage insurance company products – ruled in favor of defendant); (2) an
          arbitration hearing on behalf of a large mortgage insurance company in a suit by a major
          regional brokerage firm alleging contractual improprieties in joint venture mortgage
          banking arrangements (provided expert opinion on pricing of mortgage banking firm)
          (compensated); (3) a class-action lawsuit asserting RESPA violations by a major mortgage
          banking firm (favorable settlement).

2002      DeWitt Ross & Stevens, S.C. Expert witness in litigation brought by landlord of R&D
          facility against tenant for damages caused by holdover tenancy (provided expert opinion on
          market conditions and impact on rents received).

2000      Analysis Group Economics, Inc., Cambridge, MA.  Expert witness to consortium of
          mortgage insurance companies in class action suit alleging violations of RESPA.

2000      Department of Justice, State of Oregon. Expert witness on a tax appeal by a major lumber
          company on the assessment of a wood processing facility relating to functional
          obsolescence.

testimony, review of landfill valuation.

1992 DeWitt, Porter, Huggett, Schumacher & Morgan, S.C. (Madison, WI). Consultation on appropriate organizational structure for development enterprise for liability case.

1991-92 Davis & Kuelthau, S.C. and Real Estate Dynamics (Madison, WI). Testimony before State of Wisconsin Waste Facilities Siting Board and Dane County Planning Commission on land use compatibility of Libby Landfill Proposal.

1991 State of Wisconsin Investments Board (Madison, WI). Consultation on pricing strategy for regional shopping center mortgage acquisitions.

1991 Weiss, Berzowski, Brady & Donahue (Milwaukee, WI) and City of Wauwatosa, WI. Expert witness testimony on business value allocation in regional mall assessment.

1991 Weiss, Berzowski, Brady & Donahue (Milwaukee, WI). Opinion on business value alloca-tion, Dairyland Greyhound Park, Kenosha, WI

1991 The Park Bank (Madison, WI). Evaluation of site feasibility for branch location.

1989-90 Le Bueuf, Lamb, Leiby and Macrae (San Francisco). Testimony before the Insurance Commissioner of the State of California on behalf of Mortgage Guaranty Insurance Co., et.al on impact of mortgage insurance unavailability on the housing market.

1989 Baker and Botts (Houston) and New York Life Insurance Co. Expert witness testimony on valuation of real estate assets in bankruptcy hearing (High Ridge Investment Partners).

1988 Baker and Botts (Houston) and FSLIC. Expert witness testimony on valuation of real estate assets in bankruptcy hearing (Park West Apartments).

1987 Stutzman and Bromberg (Dallas). Expert witness testimony on impact of violation of height restrictions on adjacent property value.

1987 Sifford and Pezzulli (Dallas). Expert witness testimony on impact of nondisclosure.

1986 Carter, Jones, Magee, Rudberg, & Mayes (Dallas). Analysis of market value of mortgage interest for estate valuation purposes.

1985-86 North Central Texas Legal Services Foundation. Evaluation of effects of eligibility criteria on Section 8 housing availability and location.

1985 North Central Texas Legal Services Foundation. Determination of value and appropriate period of amortization of investment for Dixie Metals Co. lead smelter.

1984 Harrington Homeplace, Inc. Evaluation of optimal resale/development/acquisition strategies for landholdings in Plano, Texas.

1984 Abernathy, Roeder, & Jouette (Dallas). Expert witness City of Parker vs. Kenneth Walker, d/b/a K-W Construction. Testimony on effects of restrictive zoning ordinance on real estate market.

1982-83 Adams, Mims, and Vorpohl (Dallas). Expert witness testimony on real estate market

behavior under conditions of uncertainty and restrictions on supply.

1982 Financial consultant for developer, medical office building limited partnership project.

1981 Qualified as expert witness, U.S. District Court, Dallas, Texas. School desegregation case. Testimony on behalf of East Dallas Intervenors on impact of cross-district busing on Neighborhood stability.

1980-81 Blackland Properties, Inc. (Dallas). Evaluation of optimal resale/development strategy for land holdings.

1980 Stalwart Properties, Inc. (Dallas). Rezoning appeal.

1978-80 March-Eton Corporation, Concord, Massachusetts. Evaluation of current real estate market conditions in Dallas and Houston metropolitan areas for *Eton Journal of Real Estate Investment*.

1977 Southwest Research, Inc. Market analysis for large firm contemplating relocation.