UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * * | CIVIL ACTION |
| | | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* | 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## LAFARGE NORTH AMERICA'S PRELIMINARY EXPERT WITNESS LIST

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724), Lafarge North America Inc. ("LNA") submits this preliminary expert witness list. In compliance with CMO #5, this list identifies the relevant experts and their fields of expertise together with a brief description of the subject matter about which the expert may testify. The list does not purport to contain a full description of the opinions and conclusions that may be offered by any of them, which will be provided in expert reports pursuant to Fed. R. Civ. P. 26(a)(2).

LNA has prepared this preliminary list on the basis of its best efforts and the information currently available, including the minimal information proffered to date regarding plaintiffs' proposed expert proof. LNA reserves the right to supplement this preliminary list as necessary. LNA specifically reserves the right to designate a different expert to testify on subjects contained

within the subject matter descriptions herein, to supplement the subject matter to be addressed by particular experts, or to vary the subject matter depending on what is contained in plaintiffs' expert reports.

1. Reda M. Bakeer, Ph.D., P.E.
   Department of Civil and Environmental Engineering
   Tulane University
   New Orleans, LA
   4624 Pike Drive
   Metairie Louisiana 70003
   www.tulane.edu/~civil/bakeer.html

Expert in civil and structural engineering to address proper and faulty levee/floodwall construction; dynamic and hydrostatic impact on floodwalls; causes of IHNC wall failures and flooding.

2. Charles R. Cushing, Ph.D., P.E.
   C.R. Cushing & Co.
   30 Veasey Street
   7th Floor
   New York, NY  10007
   http://www.crcco.com

   Expert in naval architecture and casualty reconstruction (incorporating such disciplines as hydrology and meteorology) to address reconstruction of the events surrounding the Barge ING 4727 in relation to the IHNC wall failures and flooding (including the question of whether the Barge ING 4727 was a cause of the floodwall failures or flooding).

3. Larry Daggett, PhD., Engineering
   Waterway Simulation Technology, Inc.
   2791 Burnt House Rd.
   Vicksburg, MS  39180
   Resume attached as Exh. A

   Expert in hydrology who may address aspects of water movement within the relevant waterways including the IHNC in connection with the potential testimony to be offered by Charles Cushing.

4. Austin L. Dooley, Ph.D.
   Dooley Seaweather Analysis, Inc.
   76 Earley Street
   City Island, NY  10464
   Resume attached as Exh. B

Expert in meteorology who may address aspects of wind speed, direction and timing during Hurricane Katrina in connection with potential testimony to be offered by Charles Cushing.

5. Capt. Larry E. Strouse
   Vice President
   Dufour, Laskay & Strouse, Inc.
   3939 N. Causeway Blvd
   Suite 300
   Metairie, LA  70002
   http://www.portlite.com

   Expert in maritime and fleeting practices, including marine vessel and barge operations, seamanship, safe operating practices, mooring, maritime hurricane preparations, to address propriety and due care of hurricane preparation activities at LNA's New Orleans terminal in advance of Hurricane Katrina.

6. Daniel F. Ryan II, PE
   DR Maritime Consulting
   210 Tiger Tail Road
   Houma, LA  70360
   Resume attached as Exh. C

   Expert in maritime regulations and practices to address practices related to compliance with U.S. Coast Guard recommendations regarding hurricane preparation / mooring of barges.

7. D. Philip Skaer II
   Ropetech, Inc.
   10712 Scioto Lane
   Austin, TX  78747
   Resume attached as Exh. D

   Expert in cordage to address strength of rope used by LNA to secure Barge ING 4727, degree to which strength was added by LNA hurricane preparation activities, and advantages of rope used by LNA versus wire cable.

8. Joseph Nicholas Suhayda, Ph.D.
   Coastal Oceanographic Consultant
   Joseph Suhayda & Associates
   285 Sunset Blvd.
   Baton Rouge, LA  70808
   Resume attached as Exh. E

   Expert in hydrology and coastal studies to address sources of flooding and causes of flooding during Hurricane Katrina, including movement of water in the relevant waterways, for purpose of class certification and/or the merits.

9. Elissa P. Benedek, M.D.
   2311 E Stadium Blvd
   Suite 111
   Ann Arbor, MI  48104
   Resume attached as Exh. F

   and/or

   Cheryl D. Wills, M.D.\
   Case Western Reserve University
   5247 Wilson Mills Road, PMB 452
   Cleveland, OH  44143
   Resume attached as Exh. G

   Experts in psychiatry and mental health to address whether personal injury in the form of mental distress can be assessed or evaluated on a class-wide basis, and/or the merits of the named plaintiffs' mental distress claims.

10. Wade R. Ragas, Ph.D., MAI
    President
    Real Property Associates, Inc.
    3017 Harvard Avenue
    Suite 204
    Metairie, LA  70006
    Resume attached as Exh. H

    Expert in real estate markets and appraisal to address whether alleged property damage claims (including alleged diminution in value) can be assessed or evaluated on a class-wide basis as alleged by plaintiffs and/or the merits of named plaintiffs' claims for damages.

11. William J. Thomassie, P.E.
    Infinity Engineering Consultants, LLC
    P.O. Box 24219
    New Orleans, LA  70184-0219
    http://www.infinityec.com/Company.htm

    Expert in structural engineering and damage assessment to address whether causation of damage and extent of damage to homes can be evaluated on a class-wide basis.

12. Kenneth J. Boudreaux, Ph.D.
    Professor of Economics and Finance
    A.B. Freeman School of Business
    Tulane University
    New Orleans, LA
    Resume attached as Exh. I

4

Expert in business and finance to address whether claims for business loss can be assessed or evaluated on a class-wide basis as alleged by plaintiffs.

13. Environ, Inc.
    1900 North 18th Street
    Suite 804
    Monroe, LA  71201
    Attn: Annette M. Shipp, Ph.D.
    http://www.environcorp.com/

Experts in environmental services to address / respond to plaintiffs' environmental expert evidence.

14. Experts designated by plaintiffs in MRGO litigation, by live testimony or by deposition, to address third-party claims of LNA versus the United States and other third-party defendants. LNA reserves the right to designate different experts to testify on these subjects.

15. Any experts required to respond to the plaintiffs' catch-all designations contained on the last page of plaintiffs' expert designation [Doc. 9247].

December 31, 2007                            Respectfully submitted,

                                             Robert B. Fisher, Jr., T.A. (#5587)
                                             Derek A. Walker (#13175)
                                             Ivan M. Rodriguez (#22574)
                                             Parker Harrison (#27538)
                                             **CHAFFE MCCALL, L.L.P.**
                                             2300 Energy Centre
                                             1100 Poydras Street
                                             New Orleans, LA 70163-2300
                                             Telephone:  (504) 585-7000
                                             Facsimile:  (504) 585-7075
                                             Fisher@chaffe.com
                                             Walker@chaffe.com
                                             Harrison@chaffe.com

                                             ____John D. Aldock_____
                                             John D. Aldock
                                             Mark S. Raffman
                                             **GOODWIN PROCTER LLP**
                                             901 New York Avenue, N.W.
                                             Washington, DC 20001
                                             Telephone:  (202) 346-4240

                                             Daniel A. Webb (#13294)
                                             **SUTTERFIELD & WEBB, LLC**
                                             Poydras Center

5

650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

***Attorneys for Lafarge North America Inc.***

APPENDIX

Exhibit A:    Larry Daggett cv

Exhibit B:    Austin Dooley cv

Exhibit C:    Dan Ryan cv

Exhibit D:    Philip Skaer cv

Exhibit E:    Joseph Suhayda cv

Exhibit F:    Elissa Benedek cv

Exhibit G:    Cheryl Wills cv

Exhibit H:    Wade Ragas cv

Exhibit I:    Kenneth Boudreaux cv

## **Certificate of Service**

I do hereby certify that I have on this 31st day of December, 2007 served a copy of the foregoing document on counsel for all parties to this proceeding, by email, facsimile transmission, and/or through the Court's electronic filing (ECF) procedure..

                                                         John D. Aldock

LIBW/1665946.1