# EXHIBIT A

Larry L. Daggett
Waterway Simulation Technology, Inc.
2791 Burnt House Rd
Vicksburg, MS 39180
Phone: 601-638-4226
Fax: 601-630-9017
E-mail: lldwst@aol.com

**Present Position:**     Waterway Simulation Technology, Inc. – Principal

**Education:**           BSCE, Civil Engineering
                             Kansas State University, 1963
                         MSCE, Civil Engineering, Hydraulics Specialty
                             Arizona State University, 1967
                         Ph.D., Engineering, Water Resources Specialty
                             Arizona State University, 1968

**Registration:**        Professional Engineer, Mississippi, # 04570

**Other Training:**      GIS Introduction, 1996
                         Managing Continuous Improvement, 1996
                         Lessons in Leadership, 1995
                         Executive Development Seminar, 1992
                         Organizational Leadership for Executives, 1990
                         Inland Navigation Systems Analysis, 1976
                         SIMSCRIPT II, 1994
                         Operations Research I, 1973
                         Water Resources Systems, 1972
                         Coastal Ocean Hydrodynamics, 1970
                         Engineering Analysis I, 1970
                         Inland Navigation Systems Analysis, 1977
                         Structured Programming in Fortran, 1977
                         Introduction to Operation Research, 1972

**Employment History:**

1997-Present: Principal, Waterway Simulation Technology, Vicksburg, Mississippi

Engineering consultant performing port, harbor and navigation channel design, hydraulic modeling, planning and design simulation modeling, and prototype data collection and analysis. Projects completed or underway include: Conducted seven ship maneuvering studies to evaluate the safety and efficiency of the design of LNG terminals for terminals planned for: Sabine and Cameron, LA; Corpus Christi and Freeport, TX; and Pascagoula, MS; Development of channel and velocity databases for the Center for Maritime

Training, Paducaha – a new inland waterway simulation training facility; Quality control consultant on the development of the Ohio River Navigation Investment Analysis modeling system (ORNIM) for the U.S. Army Engineer District, Huntington; Ship Squat Data Collection and Analysis for the Panama Canal Commission, Phases I and II, to determine the required under keel allowance during severe drought; Modeling of navigation conditions in the Mississippi River for an accident investigation: Developing a navigation channel improvement plan for proposed developments at the Port of New York/New Jersey; Development of a research program to determine the effects of river training works (bendway weirs) on the navigability of inland waterways; Determination of ship interactions in the newly widened Gaillard Cut in the Panama Canal; Evaluation of a study to determine the channel depth requirements for the approach to the Port of New York & New Jersey; Evaluation of wake waves generated by tows passing a river island sand bar; Design, layout, and evaluation of harbor and channel improvements on the Upper Mississippi River and Cedar Bayou, TX ; Updating the Corps of Engineers EM for Hydraulic Design of Deep-Draft Navigation Projects; Measurement of and development of a predictive squat model for the St. Lawrence Seaway; and Measurement and documentation of ship response, control, and squat while transiting the 400 ft by 40 ft and the deepened and widened Houston Ship Channel project; Recently completed a navigation channel design study for the Sabine-Neches Waterway using ship simulation with Seaman's Church Institute; performed an analysis of the effectiveness of bendway weirs in the Upper Mississippi River, and is conducting a ship squat and under keel clearance study for a shipping company for operations on the Delaware Bay and River. As the U.S. agent for OMC International, arranged and participated in conducting a desktop study and demonstration of the potential application of a Dynamic Under Keel Clearance system for the Ports of New York and New Jersey.

1995-1997:    Chief, Navigation Division, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Lead a workforce of 10 engineers, 15 technicians and others involved in R&D directed at improving navigation conditions in deep- and shallow-draft waterways, design of navigation projects and identification and mitigation of environmental impacts of navigation, i.e., (a) development of a numerical ship/tow simulator, (b) its applications to navigation channel project designs and /or operational problems of specific projects, (c) application of scale physical models using remote controlled vessels to navigation channel project designs and/or operational problems of specific projects, (d) application of 2-dimensional hydrodynamic models, conduct of experiments in a special tow effects flume, (e) development and application of prototype measurement and analysis techniques, (f) conducted briefings, lectures and training on simulation/physical model applications and channel design, (g) development of channel design criteria, (h) analysis of high-accident-rate areas on waterways, (i) and consulting and point of contract for Corps navigation modeling applications. Applied internal controls to manage financial expenditures and accountable property. Conducted briefings on the status and progress of R&D programs. Ensured that direct allotted and reimbursable programs are sufficient to fully support personnel in the division. Provided leadership in the development and execution of research projects and programs

1993-1995:   Acting Chief, Waterways Division, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Lead work force of approximately 25 engineers, 17 technicians and others involved in R&D directed at improving flood control & navigation projects. Responsible for developing comprehensive research programs and site-specific studies in 1-, 2-, and 3-dimensional hydrodynamic, sedimentation, and constituent numerical modeling, physical hydrodynamics and sedimentation modeling, numerical and physical navigation modeling, and field studies. Applied internal controls to manage financial expenditures and accountable property. Conducted briefings on the status and progress of R&D programs. Ensured that direct allotted and reimbursable programs are sufficient to fully support personnel in the division. Provided leadership in the development and execution of research projects and programs.

1989-1993:   Chief, Navigation Branch, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Branch Chief (20-25 members) responsible for planning, accomplishing, and reporting on special studies of hydraulic engineering problems concerning navigation channel design. Included (a) development of a numerical ship/tow simulator, (b) its applications to navigation channel project designs and /or operational problems of specific projects, (c) application of scale physical models using remote controlled vessels to navigation channel project designs and/or operational problems of specific projects, (d) application of 2-dimensional hydrodynamic models, (e) briefings, lectures and training on simulation/physical model applications and channel design, (f) development of channel design criteria, (g) analysis of high-accident-rate areas on waterways, and (h) consulting and point of contact for Corps navigation modeling applications.

1987-1989:   Group Leader, Simulation Group, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Leader of Simulation Group (8-13) responsible for planning, accomplishing, and reporting on special studies of hydraulic engineering problems concerning navigation channel design: i.e., (a) development of a numerical ship/tow simulator, (b) application of ship/tow simulator to navigation channel project designs and/or operational problems of specific projects, (c) application of 2-dimensional hydrodynamic models, (d) briefings, lectures, and training on simulation applications and channel design, (e) development of chanenl design criteria, (f) analysis of high-accident-rate areas on waterways and (g) consultant and POC for Corps' navigation modeling applications.

1978-1987:   Research Hydraulic Engineer, Math Modeling Group, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Leader of a team (3-4 members) responsible for planning, accomplishing, and reporting on special studies of hydraulic engineering and water resources systems planning

problems; i.e., (a) development of a numerical tow maneuverability model, (b) application of 2-dimensional hydrodynamic models, (c) development of graphics for numerical and simulation modeling, (d) implementation and application of waterway system simulation modeling, and (e) design, develop, and implement the lock Performance Monitoring System.

1971-1978:   Research Hydraulic Engineer, Math Hydraulics Branch, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Leader of a team (3-4 members) responsible for planning, accomplishing, and reporting on special studies of hydraulic engineering and water resources systems planning problems, i.e., (a) develop and apply lock capacity studies including methods to improve operations, (b) develop and apply waterway systems simulation models, (c) analyze models for application in urban studies, (d) assist in applying models to urban studies, and (e) assist in the design of Inland Navigation Systems Analysis.

1968-1971:   Research Hydraulic Engineer, Hydraulics Division, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Team Leader directing 1-2 employees responsible for planning, conducting, and reporting on special studies of hydraulic engineering and water resource system planning problems, i.e., (a) development of an automated model control and data acquisition and processing system, (b) conduct a study of free surface vortex formation, and (c) development of mathematical models of estuaries.

1964-1968:   NDEA Research Fellow and Associate Faculty Member, Arizona State University, Tempe, Arizona

Research for Ph.D. in water resource development and management. Research project involved developing groundwater-surface water optimization model and experiments to define the reattachment of 2-dimensions jets in a channel. Taught two courses (Hydraulics and Hydrology, Statics). Designed, built, and tested a hydraulic structure model. Designed hydraulic laboratory experiments and equipment. Worked on course work and research leading to MSE and PhD with emphasis on hydraulic/hydrologic engineering and water resource development and management.

1963-1964:   Research Structural Engineer, National Aeronautics and Space Administration, Edwards Air Force Base, California

Conducted research on the heated structures and methods for measuring and compensating for the effects of heating on airplanes and spacecraft during reentry into the earth's atmosphere.

**Reports and Publications:**

Daggett, L. L. 1968 (Nov). Discussion "Plane Turbulent Reattached Wall Jet," Journal of the Hydraulics Division, Proceedings of the American Society of Civil Engineers, Vol 94, No. HY6, pp 1590-1595.

Daggett, Larry L. and Shows, Louis J. 1977. "Methods of Increasing the Capacity and Safety of Waterways," 24th International Navigation Congress, Section 1, Subject 1, Permanent International Association of Navigation Congresses, Leningrad, USSR.

Daggett, L. L. and Keulegan, G. H. 1974 (Nov). "Similitude in Free-Surface Vortex Formations," Journal of the Hydraulics Division, Proceedings of the American Society of Civil Engineers, Vol 100, No. HY 11, pp 1565-1581.

Daggett, L. L. 1991 (Oct). "Theoretical Analysis of Generalized Hydrodynamic Interaction Forces on Ships in Shallow Channels," Transactions of the Society of Naval Architects and Marine Engineers, New York, NY.

Webb, D. W., Huval, C. J., and Daggett, L.L. 1994 (May). "Portable Computer Simulations for Navigation Channel Improvement at the Port of Brownsville, Texas," 28th International Navigation Congress, Section 2, Subject 2, Permanent International Association of Navigation Congresses, Sevilla, Spain.

Kieslich, J. M. et al. 1994 (May). "Analysis of Navigation Improvements and Marine Environmental Impacts in Galveston Bay, Texas," 28th International Navigation Congress, Section 2, Subject 2, Permanent International Association of Navigation Congresses, Sevilla, Spain

Daggett, L. L. 1971 (Aug). "An Optimization Technique for the Development of a Ground Water Management Program," 19th Annual ASCE Hydraulics Specialty Conference, Iowa City, Iowa.

Daggett, L. L. 1971 (Aug). "Automation of Control, Data Acquisition and Data Processing for the New York Harbor Model," 19th Annual ASCE Hydraulics Specialty Conference, Iowa City, Iowa.

Daggett, L. L. and Keulegan, Garbis H. 1974 (Jan). "Similitude Conditions in Free-Surface Vortex Formations," ASCE National Meeting on Water Resources Engineering, Los Angeles, CA.

Daggett, L. L. 1975 (Oct). "Determination of Lock Capacities Using Simulation Modeling," First International Waterborne Transportation Conference, Lake Buena Vista, FL.

Daggett, L. L. 1976 (Sep). "Determination of Lock Capacities," Proceedings Social Scientists Conference, Memphis, TN, Vol III, pp 23-47.

Daggett. L. L. 1980 (Nov). "Navigation Hydraulics," National Waterways

Roundtable, Norfolk, VA.

Daggett, L. L. 1985 (Oct). "Navigation Improvement Model Study of Portsmouth Harbor," New England Regional Coastal Engineering Conference Proceedings, Rockport, Maine.

Daggett, L. L. 1984 (Sep). "A Study of the Impacts of Reduced Dredging Procedures on the Navigability of the Upper Mississippi River," Third US/Dutch MOU Dredging Meeting, Charleston, SC.

Daggett, L. L. 1984 (Jun). "Simulation of the Impact of Channel Dimensions on Push Tow Maneuverability," Larry L. Daggett and Ronald K. Gress, Proceedings, Workshop on Mathematical Models, Rotterdam, The Netherlands.

Daggett, Larry L. 1987 (Aug). "Validation of Numerical Hydraulic Models for Navigation Studies," Proceedings of ASCE National Conference on Hydraulic Engineering, Williamsburg, VA.

Daggett, L. L. and Huval, C. J. 1990 (Jun). "Ship Simulator Applications to Waterway Design - Lessons Learned," Proceedings of MARSIM & ICSM 90, Joint International Conference on Marine Simulation and Ship Maneuverability, Tokyo, Japan.

Daggett, L. L., et al. 1990 (Jun). "Hydrodynamic Theory and Simulation Studies of Ship Interactions During Maneuvering in Shallow Channels," Proceedings of MARSIM & ICSM 90, Joint International Conference on Marine Simulation and Ship Maneuverability, Tokyo, Japan.

Daggett, L. L., et al. 1990 (Jun). "Maneuvering Performance of Tug/Barge Assemblies in Restricted Waterways," Proceedings of MARSIM & ICSM 90, Joint International Conference on Marine Simulation and Ship Maneuverability, Tokyo, Japan.

Webb, D. W. and Daggett, L. L. 1992 (Mar). "Use of Portable Simulator in Designing Channel Improvements for Port of Brownsville, Texas," Proceedings of Coastal Engineering Practice '92 ASCE International Symposium on Planning Design Construction of Coastal Engineering Projects, Long Beach, CA.

Daggett, L. L. 1992 (Jun). "Modeling Realistic Ship Behavior in Highly Restricted Waterways," Proceedings of Twenty-Third American Towing Tank Conference, New Orleans, LA.

Daggett, L. L. 1992 (May). "Validation: The Ideal and Real-Some Recent Experiences," Proceedings of MARIN Jubilee Meeting, Wageningem, The

Netherlands.

Daggett, L. L. 1994 (Nov). "ECDIS for the Inland Waterways," The International Workboat Show, New Orleans, LA.

Daggett, L. L., et al 1994 (Jun). "Simulation of Inland Waterways Traffic Systems as a Line of Communication Component in OCONUS Sustainment Operations," Proceedings of 62nd Military Operations Research Society, Colorado Springs, CO.

Daggett, L. L. 1994 (May). "Waterways Safety-Research and Development in the Corps of Engineers," RTCM Proceedings, San Antonio, TX.

Daggett, L. L. 1971 (Sep). "Guide for the Use of Hourly Tidal Data Plotting Program," Miscellaneous Paper H-71-10, U.S. Army Engineer Waterways Experiment Station, Vicksburg, Mississippi, 62 pp.

Daggett, L. L. 1972 (Mar). "Users Manual to the Waterways Experiment Station's Version of the PSU-NCD Waterway Systems Simulation Models," U.S. Army Engineer Waterways Experiment Station, Vicksburg, Mississippi, 96 pp.

Daggett, L. L., McCarley, R. W. and Steinhour, J. E. 1974 (Mar). Analysis of Tow Entry, Locking, and Exit Times, Lock and Dam 51, Ohio River," Miscellaneous Paper H-74-4, USAE Waterways Experiment Station, Vicksburg, MS, 27 pp

Daggett, L. L. and Keulegan, G. H. 1974 (Jan). "Similitude Conditions in Free-Surface Vortex Formations," Miscellaneous Paper H-74-1, USAE Waterways Experiment Station, Vicksburg, MS, 31 pp.

Keulegan, G. H. and Daggett, L. L. 1974 (Mar). "A Note on the Gravity Head Viscometer," Miscellaneous Paper H-74-3, USAE Waterways Experiment Station, Vicksburg, MS, 19 pp.

Daggett, L. L. and Eiland, J. A. 1974 (May). "WATSM IV Logic Manual," Miscellaneous Paper H-74-5, USAE Waterways Experiment Station, Vicksburg, MS, 181 pp.

Eiland, J. A. and Daggett, L. L. 1974 (May). "Determination of Summary Statistics of Lock Performance Using the Lock Data Analysis Program: LOKDAP," Miscellaneous Paper H-74-6, USAE Waterways Experiment Station, Vicksburg, MS, 32 pp.

Daggett, L. L., McCarley, R. W. and Steinhour, J. E. 1974 (Jun). "Use of Tow Sequencing Procedures to Increase the Capacity of Existing Lock Facilities," Technical Report H-74-5, USAE Waterways Experiment Station,

Vicksburg, MS, 49 pp.

Daggett, L. L. and McCarley, R. W. 1975 (May). "River Point Directory for the Mississippi River - Gulf Coast Inland Waterway System," Miscellaneous Paper H-75-6, USAE Waterways Experiment Station, Vicksburg, MS, 218 pp.

Daggett, L. L. and Ankeny T. D. 1975 (Dec).."Determination of Lock Capacities Using Simulation Modeling," L. L. Daggett and T. D. Ankeny, Miscellaneous Paper H-75-9, USAE Waterways Experiment Station, Vicksburg, MS, 36 pp.

Ankeny, T. D. and Daggett, L. L. 1976 (Apr). "A Simulation Model of Tow Traffic on the Gulf Intracoastal Waterway," Miscellaneous Paper H-76-7, USAE Waterways Experiment Station, Vicksburg, MS, 85 pp.

Daggett, L. L. and McCarley, R. W. 1976 (Jan). "Waterway Point Directory of the Great Lakes, Atlantic and Pacific Coastal Areas," Miscellaneous Paper H-76-2, USAE Waterways Experiment Station, Vicksburg, MS, 506 pp.

Daggett, L. L. and McCarley R. W. 1977 (Feb). "Capacity Studies of Winfield Locks, Kanawa River, West Virginia," Miscellaneous Paper H-77-1, USAE Waterways Experiment Station, Vicksburg, MS, 107 pp.

Daggett, L. L. and McCarley, R. W. 1978 (May). "Capacity Studies of Gallipolis Locks, Ohio River, West Virginia," Technical Report H-78-6, USAE Waterways Experiment Station, Vicksburg, MS, 166 pp.

Ankeny, T. D., Huval, C. J. and Daggett, L. L. 1978 (Sep). "Feasibility Study of a Numerical Tow Model," Miscellaneous Paper H-78-11, USAE Waterways Experiment Station, Vicksburg, MS, 52 pp.

Daggett, L. L. and Ankeny, T. D. 1978 (Dec). "An Analytical Approach for Computing Lock Capacity," Technical Report H-78-25, USAE Waterways Experiment Station, Vicksburg, MS, 117 pp.

Daggett, L. L. 1979 (Jul). "Sensitivity of Base Data in the Analysis of Lock Capacity: A Case Study of Lock and Dam 26, Mississippi River," Technical Report HL-79-11, USAE Waterways Experiment Station, Vicksburg, MS, 182 pp.

Stewart, J. P., Daggett, L. L. and Athow, R. F. 1985 (Jun). "Impact of Proposed Runway Extension at Little Rock Municipal Airport on Water-Surface Elevations and Navigation Conditions in Arkansas River," Miscellaneous Paper HL-85-3, USAE Waterways Experiment Station, Vicksburg, MS, 70 pp.

Daggett, L. L. and Smith, Glenda 1985 (Sep). "Reevaluation of the Oliver Lock Replacement Project, Appendix B: Economics," Miscellaneous Paper HL-85-6, USAE Waterways Experiment Station, Vicksburg, MS, 138 pp.

Hewlett, J. C.; Daggett, Larry L.; Heltzel, S. B. 1987 (May). "Ship Navigation Simulator Study, Savannah Harbor Widening Project, Savannah Georgia," Technical Report No. HL-87-5, USAE Waterways Experiment Station, Vicksburg, Miss.

Nguyen, Hoang-Thi Thi (Rosalyn) and Daggett, Larry L. 1990. "Ship Navigation Simulator Study, Sacramento River Deep Water Ship Channel Project, Sacramento California," Part 1, WES TR HL-90-11, Report 1, Volumes 1 and 2.

Webb, Dennis W. and Daggett, L. L. 1991 (May). "Ship Navigation Simulation Study, Brazos Island Harbor 42-Foot Improvement Brownsville, Texas, WES TR HL-91-8, USAE Waterways Experiment Station, Vicksburg, MS.

Hewlett, J. C., Eagles, K. M., Huval, C. J. and Daggett, L. L. 1991 (Sep). "Ship Simulation Study of Grays Harbor, Washington, WES Technical Report HL-91-18, USAE Waterways Experiment Station, Vicksburg, MS.

Thevenot, M. M., Huval, C. J. and Daggett, L. L. 1993 (Oct). "Ship Navigation Simulation Study, Lorain Harbor, Lorain, Ohio," Volume I: Main Text, WES Technical Report HL-93-15, USAE Waterways Experiment Station, Vicksburg, MS.

Thevenot, M. M., Huval, C. J. and Daggett, L. L. 1993 (Oct). "Ship Navigation Simulation Study, Lorain Harbor, Lorain, Ohio," Volume II: Appendices A and B, WES Technical Report HL-93-15, USAE Waterways Experiment Station, Vicksburg, MS.

McCollum, Randy A. and Daggett, Larry L. 1994 (Jun) "Ship Navigation Simulation Study, Grand Haven Harbor, Michigan," WES Technical Report, HL-94-5, USAE Waterways Experiment Station, Vicksburg, MS

Daggett, Larry L. and Thevenot, Michelle M. 1995 (Sep) "Navigation Study of Proposed Improvements to the Salem River Navigation Channel, New Jersey," WES Technical Report, HL-95-5, USAE Waterways Experiment Station, Vicksburg, MS

Webb, Dennis W. and Daggett, Larry L. 1995 (Dec) "Ship Navigation Simulation Study, Southern Branch of the Elizabeth River, Norfolk, Virginia," WES Technical Report HL-95-18, USAE Waterways Experiment Station, Vicksburg, MS

Thevenot, Michelle M., Huval, Carl J., and Daggett, Larry L. 1996 (Sep) "Ship Navigation Simulation Study, Port Jersey Channel, Bayonne, New Jersey," Volumes I and

II, WES Technical Report HL-96-19, USAE Waterways Experiment Station, Vicksburg, MS

Thevenot, Michelle M. and Daggett, Larry L. 1997 (Mar) "Navigation Simulation Study, Mouth of the Colorado River, Matagorda, Texas," WES Technical Report CHL-97-6, USAE Waterways Experiment Station, Vicksburg, MS

Daggett, L. L. 1967. "Investigation of a Bounded Two-Dimensional Jet With One Boundary a Free Surface," M.S. Thesis, Arizona State University.

Daggett, L. L. 1968. "An Optimization Technique for the Development of a Ground Water Management Program," Ph.D. Dissertation, Arizona State University.

Daggett, L. L. 1983 (Dec). "Engineering and Design, Ship and Tow Simulators," ETL 1110-2-289, 10 pp.

Daggett, L. L., Drummond, G. 1989 (Oct). "Design of Navigation Channels Using Ship Simulation Techniques," Engineering Regulation 1110-2-1461, 10 pp.

Daggett, L. L., Huval, C. J., and Powell, S. 1994 (Feb). "Hydraulic Design of Deep Navigation Projects," ER 1110-2-1404, 5 pp.

McCollum, Randy, Thevenot, Michelle, and Daggett, Larry, "Redeye Crossing Reach, Lower Mississippi River." WES Technical Report, HL-95-13

**WST Reports**

Daggett, L. L., Hewlett, J.C., 1998 (March). "Study of Ship Sinkage in the Panama Canal." Waterway Simulation Technology, Inc. Report 1, commissioned by the Panama Canal Commission.

Daggett, L.L., Hewlett, J.C., 1998 (June). "Study of Ship Sinkage in the Panama Canal – Phase II – Low Water Conditions." Waterway Simulation Technology, Inc. Report 2, commissioned by the Panama Canal Commission.

Daggett, L.L. 1998 (September). Section I: Subject 3 – U.S. Inland Navigation, A Safe Transportation Mode, PIANC 29th International Congress, Netherlands.

Daggett, L.L., Hewlett, J.C., 1999 (January). "Navigation Channel Requirements for Planned Strategic Improvements to the Port of New York/New Jersey, New York City." Waterway Simulation Technology, Inc. Report 3, commissioned by Vickerman Zachary Miller, TranSystems Corporation.

Daggett, L.L., Hewlett, J.C., 1999 (May). "Review of Entrance Channel Depth Design, Ambrose Channel, New York Harbor", Waterway Simulation Technology, Inc., commissioned by U.S. Army Engineer Waterways Experiment Station.

Daggett, L.L., Hewlett, J.C., 1999 (August). "Panamax Ships Meeting in the Gaillard Cut, Panama Canal", Waterway Simulation Technology, Inc., commissioned by the Panama Canal Commission.

Daggett, L.L., Hewlett, J.C., 1999 (September). "A Physical Model Test Plan for Bendway Weir Design Criteria", Waterway Simulation Technology, Inc., commissioned by U.S. Army Waterways Experiment Station.

Daggett, L.L., 1999 (November). "Report of Findings and Opinions, Re: Polley vs. ACBL", Waterway Simulation Technology, Inc., commissioned by American Commercial Barge Lines.

Daggett, L.L. and Hewlett, J.C., 2000 (May). Lee Island Cement Plant Navigation Impact Study, Waterway Simulation Technology, Inc., May 24, 2000.

Hewlett, J.C., Daggett, L.L., Ankudinov, V, Jakobsen, B.K., (2000). Prototype Measurement of Ship Sinkage in Confined Water, MARSIM 2000, Conference Proceedings, Orlando, FL, May 2000

Daggett, L.L., Hewlett, J.C., Stocks, David, (2001). Maximization of Ship Draft in the St. Lawrence: Volume 1, Squat Study, Fleet Technology Limited and Waterway Simulation Technology, Inc., Transport Canada TP 13888E, December 2001.

Daggett, L.L., Hewlett, J.C., (2001). Ship Performance Measurements Houston Ship Channel, Galveston, Bay, Texas, Draft Report, Waterway Simulation Technology, Inc., September 10, 2001.

Daggett, L.L., Hewlett, J.C., Stocks, D., Ankudinov, A., Taschereau, A., (2001). Dynamic Squat and Under-keel Clearance of Ships in Confined Channels, 30th PIANC-AIPCN Congress, Conference Proceedings, Sydney, Australia, September 22-26, 2002.

Daggett, L.L., Analysis of Selected Bendway Weir Projects, USAE Engineering Research and Development Center Contract Report, April 11, 2002.

**Professional Membership:**   American Society of Civil Engineers
International Navigation Association (PIANC)
    Chairman, American Sec. Inland Waterway Com.
Society of Naval Architects and Marine Engineers
    Member of Panel H-10
International Marine Simulator Forum
Transportation Research Board
    Member, Marine Board
    Member, Ports and Waterways Committee

Past Chair, Inland Transport Committee

**Awards and Honors:**

Superior Civilian Service Award, 1997
Mississippi Section ASCE Hydraulic Achievement Award, 1996
Top Ten Federal Engineers of the Year – 1993
Corps of Engineers Engineer of the Year – 1993
Meritorious Civilian Service Award – 1991
Directors Research and Development Achievement Award, 1983
Special Act Award, 1982
Superior Performance Awards, 1969, 73, 78, 83, 86 88, 89, 91, 92, 93, 94, 95, 96