# EXHIBIT B

**AUSTIN L. DOOLEY, PH.D., 76 EARLEY STREET, CITY ISLAND, NY 10464**

**EDUCATION**

10/1978  New York University:  Ph.D. Physical Oceanography. Advisor: Dr. Willard J. Pierson

6/1973-9/1971  New York University:  M.S. Physical Oceanography. Advisor: Dr. Gerhard Neumann; Member:  Meteorology Honor Society, Chi Epsilon Pi.

6/1968-9/1964  NY Maritime: B.S. Meteorology and  Oceanography (M&O)
Academic Graduation Award: Outstanding  Ability in Meteorology and  Oceanography.

**PROFESSIONAL CAREER**

Date-2/1995   President, Dooley SeaWeather Analysis, Inc. Vessel Performance Analysis, Consulting and Research services in the fields of Meteorology, Oceanography and Marine Operations for ship owners, charterers, insurance firms and law firms. M&O training for merchant ship officers, U.S. Navy, Indonesian Maritime Academy, and public continuing education. 7/99: invited member: University Corporation for Atmospheric Research Visiting Scientists Review Team for Marine Prediction Center, National Center of Environmental Prediction, Washington, D.C.

Date-4/1992 Maritime Arbitrator - Party appointed Arbitrator, Sole Arbitrator, Mediator or Chair on more than 100 commercial charter party arbitration disputes.  40 published and reasoned awards dealing with such commercial shipping matters as demurrage, deadfreight, salvage, shipyard costs, and speed performance.  Awards published by Society of Maritime Arbitrators (SMA), New York, NY.  Past member of SMA Board of Governors/Treasurer.  Education Committee Chair.

Date-6/1997 College Professor: Adjunct Associate Professor of Meteorology (Date-3/99), U.S. Merchant Marine Academy; Lecturer in  Meteorology  and  Oceanography(Date-6/97), Purchase College, S.U.N.Y., Purchase NY; Adjunct Associate Professor of Oceanography Pace University (Fall 99), Pleasantville, NY.

2/1995-10/1979 General Manager, Marine Scientist, Account Manager, Oceanroutes, Inc.: Applications and development of meteorological and oceanographic services. P&L responsibility for East Coast United States and Canada weather routing business.  Developed and moderated series of International Seminars on law and shipping in London, Hamburg, San Francisco, New York, and Hong Kong.  Expert Witness and Consultation Services to shipping companies and law firms in weather sensitive projects and legal disputes.

9/1993-10/1991 Commanding Officer, Naval Reserve Naval Control of Shipping Office 0102, N&MCRRC, Floyd Bennett Field, Brooklyn, NY

9/1991-10/1989 Commanding Officer, Naval Reserve Merchant Marine Reserve Operational Command Headquarters 0102, N&MCRC, Fort Schuyler, Bronx, NY.  Navy Commendation Medal.

12/1990-9/1988 Maritime College: Adjunct Associate Professor of Meteorology and Oceanography.

12/1980-5/1979 Maritime College: Chair Depart. of Marine Trans. & Associate Professor of  M&O (Tenured). Managed undergraduate  and graduate programs including staffing, curriculum planning and budgeting. Senior Deck Training Officer: TS Empire  State. Managed at sea training program for over 360 Cadets.

5/1979-6/1973  Maritime College, NY: Assistant Professor and Instructor of M&O ashore/afloat; Bridge Watch Officer and Instructor of Nautical Science; Merchant Marine Officer at sea.

9/1971-6/1968  Merchant Marine: Second/Third Mate on chemical and oil tankers, dry cargo ships, container ships, and research vessel.

**Federal License**:  Master Ocean Steam or Motor Vessels 1600 GT; Chief  Mate, Unlimited Tons (Continuity).
**Member**: American Meteorological Society; NY Society of Maritime Arbitrators; Marine Society of NY.
**Military**: Captain, United States Naval Reserve – Retired

**AUSTIN L. DOOLEY, PH.D., 76 EARLEY STREET, CITY ISLAND, NY 10464**

**PUBLICATIONS AND PRESENTATIONS:**

1.  1977 - "History of Marine Weather Observations", presented at the Marine Weather Conference in Manhattan. The conference involved industry, government and academia in discussing marine weather problems and merchant shipping.

2.  1980 - "Weather Routing of Ships" paper presented before the SNAME Fuel Conservation Symposium in Manhattan.

3.  1981 - "Weather and Ship Performance Factors in Speed and Consumption Arbitrations" paper presented before the Vth International Congress of Maritime Arbitrators in Manhattan.

4.  1981 - "Variations in Fuel Consumption Due to At Sea Weather Factors", presented before the ISOSO Conference in New York City.

5.  1982 - "Merits of Weather Routing in the Fuel Conservation Quest" paper published in the Seatrade Magazine Fuel Economy report.

6.  1983 - "The Use of Weather Analysis in Awarding and Calculating Speed Claims" paper presented before the VIth International Congress of Maritime Arbitrators in Monte Carlo.

7.  1984 - Chairman and Editor of seminar proceedings "Everyday Problems in the Time Chartered Vessel Management" held in Tarrytown, NY.

8.  1985 - "Oceanrouting and Applied Oceanography" paper published by the Marine Technology Society in Journal on Applied Oceanography.

9.  1986 - Chairman and Editor of seminar proceedings "To Arbitrate or Negotiate Maritime Disputes...European and American Points of View" held in Hamburg, W. Germany.

10. 1987 - "Expert Witness in Arbitrations" paper published by the VIIth International Congress of Maritime Arbitrators in Madrid Spain.

11. 1988 - Chairman and Editor of seminar proceedings "Practical Solutions to Chartered Vessel Claims, Disputes, and Arbitration Problems for Owners and Charterers" held in London, England.

12. 1989 - "A Third Party View of Fuel Consumption Disputes and Claims" paper presented at the IXth International Congress of Maritime Arbitrators; Hamburg, Germany.

13. 1990 - Chairman and Editor of seminar proceedings for Oceanroutes' Sixth International Arbitration Seminar for Owners and Charterers; London, England. Seminar title: Understanding and Resolving Claims, Disputes and Maritime Arbitrations for Owners and Charterers ...Today and Into The 1990'S.

14. 1991 - Presentation before the Society of Maritime Arbitrators entitled: "NY Maritime Arbitration - A Weather Report."; New York, NY.

15. 1992 - Presentation before the American Marine Insurance Forum entitled "Commercial Weather Services for the Maritime Industry"; New York, NY.

16. 1993 - Chairman and Moderator: Oceanroutes' Seventh International Arbitration Seminar for Owners and Charterers; "Chartered Vessel Operations, Disputes and Arbitration; Practical Solutions for Owners & Charterers", Hong Kong.

**AUSTIN L. DOOLEY, PH.D., 76 EARLEY STREET, CITY ISLAND, NY 10464**
**PUBLICATIONS AND PRESENTATIONS (CONTINUED):**

17.    1994 - "Geographic Deviation: A New York Perspective", XIIth International Congress of Maritime Arbitrators, Hong Kong

18.  1994 - "Consequences of Geographic Deviation in Vessel Operations and Management",   Transportation Management Conference, SUNY Maritime College, NY, NY. May 1994

19.    1995 - "FUNDAMENTAL PROCESSES, PROTOCOL AND PROCEDURES OF OIL AND EMERGENCY SPILL RESPONSE", Transportation Management Conference, SUNY Maritime College, NY, NY.  May 1995

20.   1996 - Presentation before Society of Maritime Arbitrators entitled: "M/V WHITE MANTA -  MASTER'S REQUIREMENTS FOR FOLLOWING WEATHER ROUTING RECOMMENDATIONS",  New York, NY.

21. 1996 - "THE ROUTE DECISION -- HOW MUCH LONGER WILL IT REMAIN SOLELY THE MASTER'S?"  Paper published by the International Congress of Maritime Arbitrators, Paris June 1996.

22. 1997 - " INTERPRETATION AND APPLICATION OF METEOROLOGICAL INFORMATION FOR THE LICENSED MARINER" - Industry  Continuing Education Training Course offered to Licensed Masters and Chief Officers of Keystone Shipping Company.

23. 1997 - Moderator and Co-Chairman "CHARTER PARTY PROBLEMS AND PROFITABLE SOLUTIONS" - Industry Seminar presented by the Chartering and Shipping Institute, New York, NY.

24. 1998 - Moderator: "Viva La Difference: Dispute Resolution by Arbitration: A Seminar Presented by the Society Of  Maritime Arbitrators, Inc.  and the Maritime Law association of the United States." New York, NY.

25. 1999 - "BOATERS'  WEATHER WORKSHOP"  Public Continuing Education Training Program with workbook  on weather dangers and safety practices offered to small boat owners. SUNY Purchase College

26. 2000 - " INTERPRETATION AND APPLICATION OF METEOROLOGICAL INFORMATION FOR THE LICENSED MARINER  2nd EDITION" - Industry  Continuing Education Training Course offered to Licensed Masters and Chief Officers of Keystone Shipping Company.

27. 2000 - "1999 University Corporation for Atmospheric Research (UCAR) Review Panel Report on the Marine Prediction Center",  March 2000. R. L. Elsberry (Chair), M. Carr, A. Dooley, C. Nelson, C. Wash, Boulder, Colorado.

**AUSTIN L. DOOLEY, PH.D., 76 EARLEY STREET, CITY ISLAND, NY 10464**
**PUBLICATIONS AND PRESENTATIONS (CONTINUED):**

28. 2001 – "TODAY'S SPEED CLAIMS – TOO FAST OR TOO SLOW?",   *The Maritime Advocate*, Fall 2001, Issue 16.  London, UK.

29. 2001 - "CONSEQUENTIAL DAMAGE AND LOSS PROFITS IN NEW YORK MARITIME ARBITRATIONS",  Paper presented and published by the 14th International Congress of Maritime Arbitrators, New York, NY.

30. 2002 - Panel Moderator, Author and Lecturer: "An Application of the New York Society of Maritime Arbitrator's Rules In a case Related to Shipping Issues Before an Arbitration Panel. A Mock Arbitration " Panama Maritime VIth World Conference And Exhibition, Panama City, Republic of Panama, February 2002.

31. 2005 – "Speed Claims to Rogue Waves:  Weather Related Issues in Arbitration and Court." Presentation to shipping and insurance company representatives at DeOrchis and Partners, June 2005

32. 2006 -- "Speed Claim Disputes in New York  Maritime Arbitration",  Paper presented at the Global Business and Transportation Department Seminar , February 2, 2006, Maritime College, Bronx, NY

33. 2007 -- "More on Ocean Rogues",  Fort Schuyler Mariner Magazine, March 2007

**AUSTIN L. DOOLEY, PH.D., 76 EARLEY STREET, CITY ISLAND, NY 10464**

**BEST AVAILABLE LIST OF EXPERT WITNESS COURT TESTIMONY, ARBITRATION TESTIMONY OR  DEPOSITIONS FOR PREVIOUS FIVE YEARS:**

| CASE/VESSEL NAME | COURT | YEAR |
|---|---|---|
| M/V SLY FOX | MARITIME ARBITRATION, NY | 2002 |
| M/V NEW CARISSA | CIRCUIT COURT OF OREGON STATE | 2002 |
| GENMAR HECTOR | FEDERAL DISTRICT COURT HOUSTON, TEXAS | 2002 |
| DETYENS v. RELIABLE INSURANCE | STATE COURT, CHARLESTON, SOUTH CAROLINA | 2003 |
| MSC CARLA | SOUTHERN DIST. OF NY | 2003 |
| GREAT AMERICA v. COLMAR | FEDERAL DISTRICT COURT MIAMI, FLORIDA | 2003 |
| M/V NEW CARISSA | FEDERAL DISTRICT COURT PORTLAND, OREGON | 2003 |
| M/V CALEDONIAN STAR | SOUTHERN DIST. OF NY | 2003 |
| GREAT AMERICA v. COLMAR | FEDERAL DISTRICT COURT MIAMI, FLORIDA | 2004 |
| M/V SEALAND EXPRESS | MARITIME ARBITRATION, NY | 2004 |
| CORNFIELD v. CORNFIELD | FEDERAL DISTRICT COURT, ISLIP, NEW YORK | 2004 |
| CSX DISCOVER, CSX HAWAII, AND CSX PACIFIC | MARITIME ARBITRATION,  NY | 2006 |
| MAHER v. SPEARIN CONSTRUCTION, INC. | AAA ARBITRATION, NY, NY | 2007 |
| M/V PRESTIGE | SOUTHERN DISTRICT OF NEW YORK | 2007 |
| CRANE v SPIRTIS | FLORIDA STATE COURT | 2007 |
| M/V MARITIME ANTALYA | SOUTHERN DISTRICT OF NEW YORK | 2007 |