# EXHIBIT C

Daniel F. Ryan II
DR Maritime Consulting
210 Tiger Tail Road
Houma, LA   70360
(C - 985 852 4907)

**Subject:**  Resume for Chaffe, McCall LLP, New Orleans, LA.

**Objective:**  To use my extensive Coast Guard marine safety background and waterways management expertise to assist in dealing with potential navigation safety issue.

**Relevant Experience/Employment:**

5/93 - 6/95: <u>Executive Officer, Marine Safety Office San Francisco Bay, Alameda, CA</u> - Second in command of the second largest Marine Safety Office zone (area of responsibility) in the continental US ... direct control and responsibility for one hundred officers, enlisted and civilian personnel, plus seventy-five reservists; with a budget of $342K.  Duties also included Acting Commanding Officer, Alternate Captain of the Port (COTP), Alternate Officer in Charge, Marine Inspection (OCMI), and Alternate Federal On Scene Coordinator (FOSC).  Oversight and implementation of three distinct and comprehensive Oil Spill Contingency Plans for Northern California and San Francisco Bay in accordance with the Oil Pollution Act of 1990 (OPA 90). Engaging marine industry and conducting some of the first large scale spill drills required by OPA 90 (include first official PREP drill on west coast) ... included first training and use of the Incident Command System (ICS) for spill management by CG personnel.  Assisted in revitalization of San Francisco Bay Harbor Safety Committee (HSC) bringing stakeholders not included previously (environmental groups, Marine Exchange, tankship operators, etc).  MSO volunteered to conduct Waterways Assessment and Management System (WAMS) traditionally conducted by CG Group command.  Fully involving HSC in WAMS resulted in a report that documented numerous potential navigation safety issues/problems that were long standing and "known" to local mariners but were never uncovered by previous traditional WAMS studies.

7/97 - 8/01: <u>Commanding Officer, Marine Safety Office, Morgan City, LA</u> - Command of Marine Safety Office Morgan City with an area of operation covering nine parishes of southern Louisiana, and extending two hundred nautical miles offshore.  Solely responsible for the health and safety of one hundred-two officers, enlisted and civilians, plus fifteen reservists; with a budget of $376K.  Unit CG missions included commercial vessel safety, recreational boating safety, commercial fish vessel safety, marine environmental protection/response, port security, search and rescue, marine law enforcement, and waterways management.  Marine Safety Office Morgan City annually handled the most pollution reports (over 2K); the most waterfront facilities (1/5 national total); largest number of new US vessels under construction (over 60); largest fleet of US vessels to be inspected and certificated (over 1.3K); and was the 2nd busiest investigative Marine Safety Office annually.  In addition, Marine Safety Office Morgan City has the only full time "direct control" vessel traffic control system in the CG; and the nation's only offshore deepwater port (Louisiana Offshore Oil Platform). Started and completed $250K re-capitalization of the vessel traffic system with no impact on the 300 to 500 vessels a day that utilized system. Constantly assessing waterway management and navigation safety for the Atchafalaya River and Intercoastal Waterway (including Port Allen Alternate

Route) during high water, low water, flooding, low visibility, or casualties affecting safe navigation.

9/01 - 6/04: <u>Chief of Marine Safety, Security and Environmental Protection Division, Eighth Coast Guard District, New Orleans</u> - Responsible for overseeing commercial vessel safety, waterways management, port security, and environmental protection missions throughout the Eighth Coast Guard District's twenty-six state geographical area.  Included supervising the activities of twelve Marine Safety Offices (MSOs), four Marine Safety Units, seven Marine Safety Detachments, four Regional Exam Centers, and three Vessel Traffic Systems.  Also, served as CG's co-chair to Regional Response Teams (RRTs) 6, 7, & 8; as well as CG co-chair of the Mexican/U.S. (MEXUS) Joint Response Team (JRT) for the Gulf of Mexico.  Included oversight of a $5.1M budget.  Reported to the job 04SEP01 and had five work days on the job before 11SEP.  Entire tour was "short" 10% to 33% of personnel assigned. Immediately after 11SEP01 brought on board and deployed throughout the District 915 Reservists (one quarter of nation's total recalled) to increase port security.  Developed unique "security" committees to holistically look at port security on the entire western river system, and the offshore Gulf of Mexico ... initiatives adopted by Commandant and codified into the Marine Transportation Security Act (MTSA) regulations (33 Code of Federal Regulations, Parts 101 to 106).  Received "immediate" tasking to develop and implement a system to track real time hazardous material movements on western river system ... resulting system received Secretary of DHS praise and won CG IT innovation award.  Oversaw and coordinated MSOs' actions in regards to waterway management and navigation safety actions on Intercoastal Waterway, , Tennessee-Tombigbee Waterway, Mississippi River, Ohio River, Illinois River, Missouri River, and navigable tributaries during icing, high water, low water, flooding, low visibility, or casualties affecting safe navigation. Developed Gulf Safety Committee to treat the offshore Gulf of Mexico as one continuous "harbor" ... recognized as Harbor Safety Committee of the year for 2002.  This and much more accomplished post 11SEP along with the shift from Department of Transportation to the Department of Homeland Security, and the passage and implementation of the Maritime Transportation Security Act (MTSA) of 2002.

**Complete Work History:**

| | | |
|---|---|---|
| Assistant Eng/DCA | USCGC MUNRO, Seattle, WA | 06/74-12/76 |
| Marine Inspector | MIO Seattle, WA | 01/77-10/79 |
| Marine Inspector | MIO Rotterdam, NL | 11/79-05/82 |
| Marine Inspector | MIO New York, NY | 06/82-05/84 |
| Postgraduate Student | Univ of Michigan, Ann Arbor, MI | 06/84-05/86 |
| Plan Reviewer/Staff Eng | Marine Safety Center, Washington, DC | 06/86-05/88 |
| Chief, Major Vsl Branch | Marine Safety Center, Washington, DC | 06/88-06/90 |
| Chief, Inspection Dept | MSO San Francisco Bay, Alameda, CA | 07/90-04/93 |
| Executive Officer | MSO San Francisco Bay, Alameda, CA | 05/93-06/95 |
| Executive Officer | Activities/MIO Europe, Rotterdam, NL | 07/95-06/97 |
| Commanding Officer | MSO Morgan City, LA | 07/97-08/01 |
| Chief, Marine Safety Div | 8th CG District, New Orleans, LA | 09/01-06/04 |
| Maritime Consultant | DR Maritime Consulting, Houma, LA | 07/04-Present |

**Primary Education:**

6/70: Redmond Senior High School, Redmond, WA --- Diploma

6/70-6/74: U.S. Coast Guard Academy, New London, CT --- BSE with Honors

13/6/74: Certificated Engineer-in-Training, State of Pennsylvania

5/84-5/86: H.H. Rackham School of Graduate Studies, University of Michigan, Ann Arbor, MI --- MSE Naval Architecture & Marine Engineering; MSE Mechanical Engineering

25/7/86: Licensed Professional Engineer, State of Michigan

**Short Term Non-Academic Resident Courses:**

Spill of National Significance ... Coastal Oil Spill Control ... Multi-Agency Team Building Enhancement System (MATES) ... Executive Officer ... ICS Orientation (I-100) ... ICS Advanced Training (I-200 & I-300) ... On-Scene Coordinator Crisis Management (I-400) ... Chief Inspection Department ... Civil Rights Training ... TQM Facilitator ... Preventing Sexual Harassment ... Drug Free Workplace ... Military Civil Rights ... Fracture & Fatigue Control in Structures ... Leadership Skills for Supervisors ... Civilian Personnel Procedures for Supervisors ... How to Brief Your Boss ... Vessel Officer Seminar II (VOS II) ... "GIFTS" Finite Element Program ... Senior Marine Inspector ... Outer Continental Shelf/Mobile Offshore Drilling Units Inspector ... Safety & Security of the Port (Package Vessels & Facilities) ... Bulk Liquid Cargoes ... Aluminum Welding ... Ultrasonic Inspection ... Marine Inspector ... NDT Techniques ... Damage Control Assistant ... Shipboard Fire Fighting ... Shipboard Damage Control ... Pratt & Whitney Gas Turbine ... Hydrogen Sulfide Safety ... Lifesaving Appliances & Water Survival ... LSU/NCBRT Instructor Development Workshop ... California "F", "E" & "D/E" Soccer Coaching License ... Top Rope Safety Instructor

D. F. RYAN II
23 February 2007