# EXHIBIT D

Jan 19 2007 8:29PM   Sutterfield & Webb, L.L.C   504-596-2445         p.2
Feb 07 06 11:07a    Phil Skaer                5122910345            p.2

# D. PHILIP SKAER II
*10712 Scioto Lane   Austin, TX 78747    Phone (512) 291-0343    Fax (512) 291-0345*

## CONSULTANT TO THE CORDAGE INDUSTRY

EXPERT WITNESS ON ROPE and BRAID FAILURES AND APPLICATIONS....

ASSISTANCE ON MANUFACTURING, PRODUCT DEVELOPMENT AND SALES OF SYNTHETIC AND NATURAL FIBER ROPES, TWISTED AND BRAIDED..

## EXPERIENCE

**ROPETECH, INC., AUSTIN, TX**
PRESIDENT (1994 TO PRESENT)
CONSULTANT TO THE ROPE INDUSTRY FOR PRODUCTS, FIBERS, MACHINERY, ROPE SPECIFICATIONS AND DESIGN, INCLUDING TESTING.

**WALL INDUSTRIES, INC., BEVERLY, NJ AND GRANITE QUARRY, NC**
PRESIDENT (1982-1994)
NATION'S OLDEST MANUFACTURER OF TWISTED AND BRAIDED ROPES, CLIMBING BELTS, HARNESSES AND BRAIDED SLINGS

**JACKSON ROPE COMPANY   READING, PA**
VICE PRESIDENT AND GENERAL MANAGER (1971-1980)
MANUFACTURER OF SYNTHETIC ROPE FOR MARINE, UTILITY AND GOVERNMENT MARKETS

**BRODERICK AND BASCOM ROPE COMPANY, ST. LOUIS, MO**
GENERAL SALES MANAGER (1958-1971)
MANUFACTURER OF ALL TYPES OF STEEL WIRE ROPES

## EDUCATION

**HAMILTON COLLEGE, CLINTON, NY**
B.A.  GEOLOGY AND POLITICAL SCIENCE

— 1 Rope
— CHAFING

Jan 19 2007 8:29PM    Sutterfield & Webb, L.L.C    504-596-2445         p.3
Feb 07 06 11:07a     Phil Skaer              5122910345            p.3

UNITED STATES NAVAL POST GRADUATE SCHOOL, MONTEREY, CA
METEOROLOGICAL OFFICER IN THE FAR EAST

## INDUSTRY AFFILIATIONS AND ACCOMPLISHMENTS

PRESIDENT... THE CORDAGE INSTITUTE...(1993-1995) THE ROPE INDUSTRY'S NORTH AMERICAN TRADE ASSOCIATION...BOARD MEMBER 14 YEARS, TECHNICAL COMMITTEE MEMBER 17 YEARS

LED REORGANIZATION OF CORDAGE INSTITUTE TECHNICAL COMMITTEE TO DEVELOP NEW ROPE SPECIFICATIONS AND ADDED HIGH-TECH MEMBERS TO THE ASSOCIATION

LOBBIED TO END TRADE INEQUITIES BY FOREIGN MANUFACTURERS DUE TO CUSTOMS LOOPHOLES AND WORKED TO ENACT ANTI-DUMPING LEGISLATION

ESTABLISHED NEW BRAIDED ROPE DIVISION AT WALL, INCLUDING SPECIFICATIONS AND PURCHASE OF MACHINERY FROM GERMANY

ACQUIRED AN ARBORIST AND SAFETY PRODUCTS DIVISION FOR WALL AND INCREASED THOSE SALES THREEFOLD. BRAIDED BELTS, HARNESSES SLINGS AND ASSEMBLIES

RELOCATED THREE TEXTILE PLANTS...DETERMINED SITE AND AREA...NEGOTIATED INCENTIVES AT THE STATE AND LOCAL LEVELS

LOCATE AND PURCHASE ROPE RELATED MACHINERY PER CUSTOMERS REQUIREMENTS

DESIGN AND TEST ROPES FOR VARIOUS MARKETS

TECHNICAL MEMBERSHIP IN THE CORDAGE INSTITUTE

Jan 19 2007 8:30PM    Sutterfield & Webb, L.L.C   504-596-2445                p.4
Feb 07 06 11:07a    Phil Skaer                    5122910345                  p.4

**ROPETECH INC**

10712 Scioto Lane
Austin, TX 78747
Phone: 512.291.0343
Fax:    512.291.0345
Email: pskaer@flash.net

## PROFESSIONAL FEE SCHEDULE

### D. PHILIP SKAER II

1. RETAINER AND REVIEW                         $750.00
   Retainer to accompany case file and
   Engagement agreement

2. PER DAY--Maximum 8 hours                    $900.00

3. HOURLY--                                    $150.00

4. DEPOSITION rate per day-                    $1,200.00

5. TRIALS per day                              $1,000.00

6. EXPENSES--includes all travel, food, lodging,
   communications, misc., etc.

7. Professional charges and expenses due within 30 days
   of billing date, 1.5% per month late charge thereafter

# ROPETECH, INC.

### 10712 SCIOTO LANE • AUSTIN, TX • 78747
### PHONE: 512.291.0343 • FAX: 512.291.0345
### EMAIL: PSKAER@FLASH.NET

## RECENT LITGATION OVERVIEW

1. DEPOSITIONS GIVEN:

   A. Delbert Ross, Plaintiff v. Wellington Leisure Products, Inc., U.M.I. Imports, Inc. K-Mart Corp Defendants.   Civil #970730164   Judge William B. Bohling in the Third Judicial District Court in and for Salt Lake County, State of Utah.
   B. Spoonts v. Frank W. Winne & son, Inc., et al.  Sash Cord Rope failure on Alaskan drilling rig.
   C. Ross v. Wellington rope failure case
   D. Sharp v. Strongbuilt, Inc. Knot slipped on deer ladder application 2003

2. FEDERAL COURT TESTIMONY: (For the Defendant Atlantic Container Line/Cunard Line Ltd)
   Civil Action # 96-5675
   Stanley R. Chesler    United States Magistrate Judge

   Joseph Criscuolo and Barbara Criscuolo        Plaintiffs,
   -v-

   Atlantic Container Line AB/Cunard Line Ltd., Turecamo Maritime, Inc., and Turecamo Coastal and Harbor Towing Corp.,   Defendants
   Atlantic Container Line AB, Third Party Plaintiff
   -v-
   Turecamo Maritime, Inc. and Turecamo Coastal and Harbor Towing Corp.    Third-Party Defendants

3. STATE COURT TESTIMONY
   Sharp v. Strongbuilt, Inc.  2003  7th JDC Catahoula Parish, LA Consultant for the plaintiff resulting in significant award for the palintiff


3. Other Recent Litigation:

   A. Harakal & Hoshino-Law Offices, Honolulu, Hawaii:  Boehm v. Phoenix Rope v. Gladding Civil #98-0691(2) Expert witness for Gladding Rope-braided rope splice failure-parasail case
   B. Jacobsen, Orr, Nelson, Wright & Lindstrom, P.C. Kearney, NE  Case # 8:99CV128 James P. Groton v. Marlatt Machine Shop, Inc.  Inspection of Manila rope failure
   C. Saltz Mongeluzzi Barrett & Bendesky P.C. Philadelphia, PA   Delgado v. Nite Lite Company, et al. Determination of cause of injury from braided rope splice failure
   D. DeOrchis, Walker & Corsa   New York, NY   Rope failure accident investigation
   E. Morrison & Heckler L.L.P.  Kansas City, MO  Finney v. UEC Equipment Co., and Asplundh Tree Expert Co.  Braided rope failure on bucket truck
   F. Phelps Dunbar, L.L.P.  Houston, TX Cause # 96-59878 Digicon Geophysical Corp v. American Manufacturing d/b/a Samson Ocean Systems and others. Seismic rope failure case
   G. Forman Perry Watkins Krutz & Tardy, PLLC, Jackson, MS File #970-0065D  Douglas Cobb, Jr v. Samson Lehigh Cordage  Expert witness for Lehigh Cordage in braided rope application case
   H. Nordstrom Steele Nicolette Jefferson Kenai, Alaska, Superior Court No.: 3AN-97-455 CI, Spoontz v. Frank W. Winne & Son Inc., et al. Witness for the plaintiff regarding failure of a Sash Cord

– 2 –                                                        February 7, 2006

Used on an Alaskan drilling rig.
I. Gust Rosenfeld P.L.C, Phoenix, AZ  St. Frances Xavier School-Jaramillo.  Witness for defense. Injury to child during school tug of war.
J. Rathwell & Nizialek, P.C. The Woodlands, TX   Boney v. Interocean  Rope failure and injury to Seaman on board ship. Witness for defense.
K. Parson Behle & Latimer, Salt Lake City, UT  D. Ross v. Wellington Leisure Products. Injury to Plaintiff in boating accident
L. Robert C. May Esq.  Cause No. GN001633  John Peyton et al v. Wm. M. Blackwood Poly Swing Injury to minor child- consultant for the plaintiff
M. Sharp Henry Cerniglia Colvin Weaver and Hymel New Orleans, LA personal injury-knot slipped in deer ladder application. Deposition and Trail.  Docket #21,253-B 7th JDC Catahoula Parish, LA Consultant for the Plaintiff.

REFERENCES FOR D. PHILIP SKAER II

Major Cases:

1. Cary R. Wiener----DeOrchis, Walker & Corsa, LLP    NYC    212-344-4700

2. Evan Caffrey----Phelps Dunbar, LLP   New Orleans office

3. Robert C. May    512-476-4176  Round Rock, TX

4. Jeff Jefferson----Nordstrom Steele Nicolette Jefferson    Kenai, Alaska   907-283-9187

5. Timothy W. Cerniglia, Sharp Henry Cerniglia Colvin Weaver & Hymel  New Orleans, LA 504-586-1555