# EXHIBIT F

### *Curriculum Vitae*
### Elissa P. Benedek, M. D.

| | |
|---|---|
| **Date of Birth:** | September 28, 1936, Detroit, Michigan |
| **Husband:** | Richard S. Benedek, Attorney |
| **Children:** | David Manfred, Joel Abram, Sarah Ann, and Dina Susan |

## EDUCATION

| | |
|---|---|
| 1950-1954 | Central High School, Detroit, Michigan |
| 1954-1956 | Pre-med, University of Michigan, Ann Arbor, Michigan |
| 1956-1960 | Medical School, University of Michigan, Ann Arbor, Michigan |

## GRADUATE TRAINING

| | |
|---|---|
| 1960-1961 | Sinai Hospital, Detroit, Michigan (Internship) |
| 1961-1963 | Neuropsychiatric Institute, University of Michigan Medical Center (General Psychiatry) |
| 1963-1965 | Children's Psychiatric Hospital, University of Michigan Medical Center (Child Psychiatry) |
| 1963-1966 | Graduate Course in Mental Retardation, Letchworth Village Branch, Research Foundation for Mental Hygiene, Inc., New York |

## TEACHING APPOINTMENTS

| | |
|---|---|
| 1965-1972 | Instructor in Psychiatry, University of Michigan |
| 1972-1976 | Clinical Assistant Professor, Department of Psychiatry, University of Michigan |
| 1965-1966 | Instructor, Eastern Michigan University |
| 1976-Present | Clinical Associate Professor, Department of Psychiatry, Michigan State University |
| 1977-1979 | Clinical Associate Professor, Department of Psychiatry, University of Michigan |
| 1979-2004 | Clinical Professor, Department of Psychiatry, University of Michigan |
| 2004-Present | Adjunct Clinical Professor, Department of Psychiatry, University of Michigan Medical School |
| 1982-Present | Clinical Professor, Department of Psychiatry, Wayne State University |
| 2005- | Clinical Professor, Department of Psychiatry, College of Human Medicine, Michigan State University |

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

## VISITING PROFESSOR, GUEST LECTURER

| | |
|---|---|
| 1972 | University of Toronto – Children and Divorce |
| 1977 | Case Western Reserve – Violence and Women |
| 1977 | Downstate Medical Center – Spouse Abuse |
| 1977 | University of Kentucky – Violence and Woman |
| 1978 | Timberlawn – Violence in Adolescence |
| 1979 | University of Manitoba – Children and Divorce |
| 1978 | University of Saskatchewan – Children and Divorce |
| 1979 | University of Indiana – Child Forensic Psychiatry |
| 1978-1981 | Wayne State University, Law School |
| 1980 | Northwestern University |
| 1981 | University of Minnesota |
| 1980 | University of Wisconsin |
| 1982 | Massachusetts Mental Health Center, Harvard Medical School |
| 1982 | Maine Medical Center |
| 1980-1985 | Wayne State University, Law School |
| 1983 | Duke University, Department of Psychiatry |
| 1983 | University of Washington (Seattle), Ripley Lecture |
| 1984 | Langley Porter, San Francisco, California |
| 1984 | Army Residents, Guest Lecturer |
| 1984 | Tufts Medical School |
| 1985 | Menninger Clinic |
| 1985 | Uniformed Services, University of the Health Sciences |
| 1987 | Queens University, Kingston, Canada |
| 1987 | University of Cincinnati Medical Center, Department of Psychiatry, Queens University |
| | Kingston General Hospital, Ontario, Canada |
| 1988 | Tufts University |
| | University of California, Los Angeles, CA |
| | University of California, San Francisco, CA |
| | The Presidio, San Francisco, CA |
| | Cornell Medical School, Westchester, ME |
| | Columbia Medical School |
| | Emory Medical School |
| | Duke Medical School |
| 1989 | New York University Medical Center |
| | University of Rochester Medical School |
| 1990 | University of Texas, San Antonio |
| | CPC Fairfax Hospital, Seattle, WA |
| | St. Joseph Center for Mental Health Nebraska |
| | Albert Einstein Medical Center, Philadelphia, PA |
| | Arizona Psychiatric Society, Phoenix, AZ |
| | Department of the Air Force, Lackland, TX |
| | Pittsburgh Psychiatric Society, Pittsburgh, PA |

Elissa P. Benedek, M.D.
Curriculum Vitae

|      | |
|------|---|
|      | Pennsylvania Hospital, PA |
|      | Cleveland Psychiatric Society, OH |
| 1991 | University of Texas |
|      | Arizona Psychiatric Society |
|      | Department of Air Force, Lackland, Texas |
|      | Walter Reed Army Medical Center |
|      | Colorado Psychiatric Society |
|      | Linda M. Weissman Memorial Lecture, Pennsylvania Hospital |
|      | University of Texas, San Antonio |
|      | University of British Columbia, Vancouver |
| 1992 | Colorado Psychiatric Society |
|      | Polish Psychiatric Association, Institute of Psychiatry and Neurology, Krakow, Poland |
|      | Prague, Czechoslovakia, First School of Medicine, Charles University |
|      | Medical School of Komensky University, Bratislavia, Czechoslovakia |
|      | Budapest, Hungary |
| 1993 | Colorado Psychiatric Society |
|      | New York Medical College |
|      | University of Texas |
|      | Department of Air Force, San Antonio, Texas |
|      | Texas University Medical Center |
| 1994 | Ohio Psychiatric Society – Children and Divorce |
| 1995 | Orlando, Florida – Children and Sexual Abuse |
|      | University of Puerto Rico – Guest Lecturer – Family Violence |
|      | Puerto Rican Psychiatry Society – Children and Divorce |
|      | Puerto Rico, Graduation Speaker (Residency) – Children and Divorce |
| 1996 | Charleston, North Carolina, Forensic Psychiatry and ACGMA Annual Meeting, |
|      | Association of Residency Training Directors |
|      | Garmisch, Germany, Visiting Lecturer, U.S. Army |
|      | Ramsted, Germany, Visiting Lecturer |
|      | Adolescent Homicide, Joint Meeting, American Psychiatric Association and French Psychiatric Association |
| 1996 | State of New York-Office of Mental Health, 9th Annual Research Conference |
| 1997 | Singapore, Visiting Academician, Academy of Medicine |
|      | Singapore, Chapter of Psychiatry |
|      | Singapore, Armed Forces Medical Corps |
|      | Singapore, Academy of Medicine |
|      | Pfizer Professor of Psychiatry, Brown University, |
|      |     Providence, Rhode Island, November 3, 4, and 5, 1997 |
|      | Defense and Evaluation of Psychological Injury Cases Seminar, |
|      |     San Francisco, California, November 20-21, 1997, |
|      |     Defense Research Institute |
| 1998 | AAML CLE Seminar, April 30, 1998, Novi, Michigan |

Elissa P. Benedek, M.D.
Curriculum Vitae

|  | Sex, Children and TV: What Do We Know? Clinical Advances and Research and Educational Excellence, 50th Institute on Psychiatric Services, October 2-6, 1998, Los Angeles, California |
|---|---|
|  | Texas Psychiatric Society |
| 1999 | Deception: Sexual Representation and Trauma. Towards a Definition of Gender-Based Censorship—Children, Art & Pornography. University of Michigan, February 5, 1999 |
|  | Understanding the Roots of Violence: Kids Who Kill. Children's Institute International, March 12, 1999 |
|  | Reactive Attachment Disorder, Mental Health Association of Franklin County, Ohio, October 5, 1999 |
|  | Wright State |
|  | Kids Who Kill: The Roots of Violence. Advances in Psychiatry, University of Michigan Medical School, November 11-12, 1999. Planning Co-director; speaker. |
|  | Family Violence: Victimization and Perpetration, American Psychiatric Association |
| 2000 | *Childhood Violence—Kids Who Kill*, Medical College of Ohio Third Annual Mental Illness in Children and Adolescents: "Violence and Psychopathology in Children" |
|  | Extension and Mitigation in Capital Offense Trials, American Academy Of Psychiatry and Law |
|  | Evaluation of Children & Adolescents in Toxic Torts - DRI Toxic Tort & Environmental Law Seminar |
|  | Promising Approaches to Youth Violence, Minneapolis Psychiatry Society |
|  | Sexual Abuse of the Adolescent Female, University of Louisiana, 26th Annual Advances in Clinical psychiatry and Psychopharmacology |
|  | Kids Who Kill: The Roots of Violence, University of Louisiana, 26th Annual Advances in Clinical psychiatry and Psychopharmacology |
|  | "Adolescents Who Kill: Roots of Violence", State of Michigan, Huron Valley Center's Continuing Medical Education Program |
| 2001 | *"Children and Adolescents as Violent Offenders"* (Keynote Speaker) Mental Health Association in Vanderburgh County in conjunction With the Indiana University School of Medicine Evansville Center, Evansville, Indiana |
|  | *Psychopathology of Violent Children*, Beaumont Hospital |
| 2005 | *"Sexual Harassment Forensic and Treatment Issues"* Distinguished Visiting Professor, Wilford Hall Medical Center, Psychiatry Grand Rounds at The University of Texas Health Science Center at San Antonio |
| 2006 | *Boundary Violations: Boundary Crossing, Small Communities* |
|  | *Sexual Harassment: Adolescents* |
|  | Walter Reed Medical Center, January 18, 2006 |

Elissa P. Benedek, M.D.
Curriculum Vitae

## CONSULTING POSITIONS

| | |
|---|---|
| 1964-1970 | Huron Valley Child Guidance Clinic |
| 1966-1970 | Ypsilanti Family Service |
| 1972-Present | Examiner, American Board of Psychiatry and Neurology, Adult Psychiatry |
| 1976-Present | Examiner, American Board of Psychiatry and Psychiatry |
| 1976-1978 | Consultant, Contract Research Corporation, Pautauxent Project |
| 1976 | Consultant, Stark Community Mental Health Center, Ohio |
| 1977-1980 | Consultant, National Institute of Mental Health Training Program Consultant, Psychiatric Knowledge and Skills in Self-Assessment |
| 1977-1978 | President's Commission on Mental Health, Task Force on Special Populations |
| 1978-1979 | Consultant, American Medical Association, Special Problems of Children in Single-Parent Families |
| 1977-1979 | NIMH Research Workshop to Explore Effects of Divorce on Children and Youth |
| 1979-1981 | Consultant, Educational Development Center, Children and Divorce |
| 1981-1984 | Institute of Medicine – Special Project with the U.S. Secret Service |
| 1980-1983 | Project Future – Future of Child Psychiatry, Project of the American Academy of Child Psychiatry |
| 1982-1982 | Consultant, Idaho Department of Rehabilitation, Training of Forensic Staff |
| 1982-1983 | U.S. Secret Service, Special Project, Institute of Medicine |
| 1985-1989 | Committee to Develop Questions for the American Board of  Psychiatry and Neurology |
| 1985-1987 | ABA Committee to Implement Criminal Justice Standards |
| 1986-1986 | Consultant, Missouri Department of Mental Health, Project to train Forensic Staff |
| 1987-1999 | Forensic Consultant to various law firms on issues of Psychiatric reaction to Environmental Pollution |
| 1989-1989 | Testified commission of inquiry, Sexual Abuse, Government of Quebec |
| 1990-1990 | American Association for the Advancement of Science, Consultant, Grant funded by Carnegie Commission on Science, Technology, and Government |
| 1993-1996 | Committee to develop Questions for American Board of  Psychiatry and Neurology, Forensic Psychiatry |
| 1997-1997 | Evaluator of Forensic Training Program for ACGME |
| 1977-1998 | National Commission on Correctional Health Care |
| 1999 | American Council on Science and Health, Workgroup on Pthalates |
| 2000-2002 | Guttmacher Award Board |

## SCIENTIFIC AWARDS

| | |
|---|---|
| 1983 | Project to develop teaching tape on Competency to Stand Trial |

Elissa P. Benedek, M.D.
Curriculum Vitae

| 1985 | Characteristics of Adolescents Charged with Homicide, Michigan Department of Mental Health |
| 1985 | Grant, Follow-up Study of Adolescents Charged with Homicide, Michigan Department of Mental Health |
| 1999 | American Association Psychiatry & Law – Seymour Pollack Award |
| 2001 | American Academy of Psychiatry & the Law – Golden Apple Award for 2001 |

## HONORS AND AWARDS

Junior Honors, University of Michigan
Who's Who in American Women
The World's Who's Who of Women
International Who's Who of Women
Who's Who in the Midwest
Directory of Distinguished Americans
Ripley Memorial Lecture, Washington University
Award for Work in Child Forensic Psychiatry, DePaul Hospital, New Orleans, LA
Fifth Annual William E. Schumaker Distinguished Lecturer, Portland, Maine
Children's Reading Round Table Honor, 1985, for the Children's Worry Book, The
    Secret Worry
Loretta Bender Annual Lecture:  Legal and Ethical Conflicts in the Treatment of
    Children,  November 1988
Steinberg Lecture, September 1989, Rochester, New York
American Psychiatric Association, May 1989, Distinguished Psychiatrist Lecture
University of Michigan Residency Program, Commencement Address, 1990
Third Annual Linda M. Weissman Memorial Lecture, November 1991
Curriculum Vitae
Paul Mendelsohn Memorial Grand Rounds in Psychiatry and the Law, Boston
    Massachusetts, May, 1993
Visiting Academician, Academy of Medicine, Singapore
Distinguished Service Award, American Psychiatric Press Board of Directors, 1990-1997
Distinguished Scientific Lecturer, 1998, Hospital and Community Psychiatry
Best Doctors in America---1997, 1999, 2002
Good Housekeeping Seal of Approval, 1999
Manfred S. Guttmacher Award Lecture, Co-sponsored by American Academy of
    Psychiatry and the Law, APA 47th Convocation of Distinguished Fellows, May
    2003

## CERTIFICATION AND LICENSURE

1960   Michigan License
1991   Fellow, American College of Psychiatry (FACPsych)
1960   Diplomate, National Board of Medical Examiners
1965   Certification of Approved Training in Child Psychiatry, American Association

Elissa P. Benedek, M.D.
Curriculum Vitae

of Psychiatric Clinics for Children

1968    Diplomate, American Board of Psychiatry and Neurology
1969    Diplomate, American Board of Psychiatry and Neurology, Child Psychiatry
1982    Diplomate, American Board of Forensic Psychiatry
1994    Diplomate, American Board of Psychiatry and Neurology, Special Qualification
        Forensic Psychiatry
2004    Indiana License
2004    Louisiana Visiting Physician Temporary Permit, December 2004


**MILITARY SERVICE** – None


**MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES**

| | |
|---|---|
| 1975-Present | Group for the Advancement of Psychiatry |
| 1975-1980 | Member, Committee of Psychiatry and Law, G.A.P. |
| 1979-1981 | Board of Directors, G.A.P. |
| 1975-1990 | American Orthopsychiatric Association |
| 1973-1974 | Study Group on Psychosurgery, Council on Social Issues |
| 1973-1982 | American Academy of Child Psychiatry |
| 1973-1975 | Committee on Adolescence |
| 1973-1976 | Committee on Ethics |
| 1974-1976 | Program Committee |
| 1978-1980 | Council |
| 1980-1983 | Project Future |
| 1986-1990 | Children and the Law |
| 1990-1991 | Child and Adolescent Psychiatry and the Law Committee |
| 1975-1980 | Michigan Council on Child Psychiatry |
| 1975-1979 | Delegate to Assembly on Regional Organizations of Child Psychiatry |
| 1968-Present | Michigan Society of Neurology and Psychiatry |
| 1975-1980 | Committee on Women |
| 1976-1984 | Committee on Special Interest Groups |
| 1976-1980 | Committee on Internal Organizations, Committee on Liaison |
| 1977-1980 | Secretary-Treasurer |
| 1981-1985 | Committee on Psychiatry and Law |
| 1968-Present | American Psychiatric Association, Member |
| 1973-1999 | Fellow |
| 1981-Present | Board of Trustees |
| 1984-1986 | Vice President |
| 1985-1989 | Secretary |
| 1989-1990 | President-Elect |
| 1990-1991 | President |
| 1992-1994 | Past President |

7

Elissa P. Benedek, M.D.
Curriculum Vitae

| | |
|---|---|
| 1993-1996 | Council on Psychiatry and Law |
| 1993-1990 | Work Group to Develop Curriculum on Ethics |
| 1972-1973 | Member, Task Force on Women in Psychiatry |
| 1974-1975 | Chair, Task Force on Women in Psychiatry |
| 1975-1978 | Chair, Committee on Women |
| 1978-1980 | Chair, Task Force on Terrorism |
| 1977-1979 | Member, Juvenile Justice Standards: Project Task Force on Council on Child, Adolescents, and their families |
| 1977-1980 | Member, Committee on Constitution and Bylaws |
| 1980-1982 | Board Liaison to Council on National Affairs |
| 1986-1987 | Board Liaison to Council on National Affairs |
| 1980-1981 | Board Liaison to Council on International Affairs |
| 1980-1981 | Board Liaison to the American Academy of Child Psychiatry |
| 1980-1981 | Committee to Make Recommendations Regarding 1981 Meeting |
| 1982-1983 | Board Liaison to Commission on Judicial Action |
| 1982-1989 | Member, Commission on Judicial Action |
| 1983-1984 | Task Force on Malpractice Insurance |
| 1985-1988 | Member, Liaison Committee on DSM-IIIR |
| 1986-1990 | Chair, Subcommittee on Disaster Planning |
| 1998-1999 | Liaison, Subcommittee on Disaster Planning |
| 1986-1989 | Chair, Committee on Ethical Conflicts |
| 1986-1988 | Chair, Ethics Appeals Board |
| 1988-1990 | Member Board Insurance Oversight Committee |
| 1988-1989 | Work Group to Develop a Handbook for Psychiatric Practice Related to the Juvenile Justice System |
| 1989-1990 | Ad Hoc Task Force, Right to Refuse Treatment |
| 1990-2000 | Psychiatric News Advisory Committee |
| 1998-1999 | American Psychiatric Foundation Liaison to the Committee on Psychiatric Dimensions of Disasters, Council on National Affairs |
| 2002-2003 | Chairperson of Corresponding Committee on Misuse and Abuse of Psychiatry |
| 2004-2007 | Member/Past President of the Ethics Appeals Board |
| 1998-1999 | American Psychiatric Foundation Representative to the Assembly Profile of Courage Award Committee |
| 1999-Present | Life Fellow Status |
| 1999-2005 | Committee on Psychiatric Dimensions of Disasters |
| 2000-2002 | Guttmacher Award Board Committee |
| 2001-Present | Agnes Purcell McGavin Awards Committee |
| 2002-Present | Task Force on Ethics |
| 1968-1969 | Michigan Association of Neuropsychiatric Hospitals and Clinical Physicians |
| 1973-1975 | Association for Academic Psychiatry |
| 1975-1977 | American Association of Psychiatry Services for Children |
| 1990-1995 | American Association for the Advancement of Science |
| 1976-Present | American College of Psychiatrists, Fellow |

8

Elissa P. Benedek, M.D.
Curriculum Vitae

| 1977-1986 | Committee on Awards |
| 1981-1986 | Membership Committee |
| 1983-1985 | Board of Trustees |
| 1994-1996 | Program Committee |
| 1987-1989 | American Hospital Association |
| | Mental Health and Psychiatric Services |
| 1980-Present | American Medical Association |
| 1989-1991 | Ethics Committee |
| 1990-1998 | Chair, Advisory Group, Violence in the Family |
| 1990-1998 | Chair, Committee to Develop Joint Meeting, Mental Health and Criminal Justice System |
| 1989-Present | Committee on Violence |
| 1975-Present | American Academy of Psychiatry and Law |
| 1990-1995 | Child and Adolescence and the Law Committee |
| 1989-2007 | Ethics Committee |
| 1990-1994 | Chair, Advisory Group, Violence in the Family |
| 2005-2007 | Member, Program Committee |
| 1971-1972 | Day Treatment Service Steering Committee, Huron Valley Child Guidance Clinic |
| 1972-1977 | Member, Association of Clinical and Research Studies, Inc., Ypsilanti Regional Psychiatric Hospital |
| 1975-1977 | Member, Training, Committee, Ypsilanti Regional Psychiatric Hospital, Advisory Committee |
| 1989-Present | American Medical Women's Association |
| 1992-1998 | The Washtenaw County Medical Society |
| 1989-Present | Member The Royal Society of Medicine |
| 1992-1998 | Michigan State Medical Society |
| 1999-Present | Member, Committee on Psychiatric Dimensions of Disasters, American Psychiatric Association |
| 1999-2002 | Editorial Board, Bulletin of the Menninger Clinic |
| 1999-Present | Board of Directors, Hear My Voice |
| 2000-Present | Board American Council of Science and Health |

## MAJOR PROFESSIONAL ACTIVITIES

| 1966-1970 | Administrator, Pre-adolescent Unit (Boys), York Woods Center |
| 1970-1973 | Associate Director, Child Psychiatry Residency Training Program, York Woods Center |
| 1974-1980 | Training Director, Center for Forensic Psychiatry |
| 1980-1997 | Director, Training and Research, Center for Forensic Psychiatry Teaching Activities – Medical Student Teaching Psychiatric Resident Teaching General Psychiatric Teaching Forensic Fellow Teaching |

9

Elissa P. Benedek, M.D.
Curriculum Vitae

| | |
|---|---|
| 1997-Present | Consultant, Center for Forensic Psychiatry |
| 1997-Present | Private Practice—Child, Adolescent, Adult, and Forensic Psychiatry |

## COMMUNITY SERVICE

Board, Beth Israel Nursery School
Health Chairman, Beth Israel Nursery School
Member, Hadassah
Member, Lawyer's Wives, Ann Arbor (Michigan) Chapter
Volunteer, King School, Ann Arbor, Michigan
Volunteer, Clague Junior High School, Career Day, Ann Arbor, Michigan
Volunteer, Clague Junior High School, Psychiatry as a Profession, Ann Arbor, Michigan
Volunteer, Kiwanis Sale
Member, parent Advisory Board, Indiana University

## EDITORIAL BOARDS

Editorial Board, Contemporary Psychiatry
Editorial Board, Journal of the American Psychiatric Association, 1980-1988
Editorial Board, Journal of the American Academy of Child Psychiatry
Editorial Board, Family Law Journal
Editorial Board, Journal of Traumatic Stress, 1988-Present
Reviewer, APPI Editorial Advisory Board
Reviewer, Journal of Neuropsychiatry, Clinical Sciences, 1988-Present
Reviewer, Journal of Traumatic Stress, 1988-Present
Reviewer, General Learning Corporation, 1991
Reviewer, Contemporary Psychology, 1989-Present
Reviewer, Journal of American Academy of Child Psychiatry
Editorial Board, Health
Editorial Board, American Psychiatric Press
Editorial Board, American Psychiatric Press, Textbook of Psychiatry, Third Edition, 1998
Consulting Editor, Bulletin of the Menninger Clinic
Reviewer, Child Abuse & Neglect, 1999
Editorial Board, American Psychiatric Press, Textbook of Psychiatry, Fourth Edition

## BIBLIOGRAPHY – Publications in Scientific Journals

1.  Selzer, M.S., and Benedek, E.: Lawyers' Use of Psychiatry, American Journal of Psychiatry, 120:149-154, 1968

2.  Harrison, S.I., Cain, A.C., and Benedek, E.: The Childhood of a Transsexual,

10

Elissa P. Benedek, M.D.
Curriculum Vitae

Archives of General Psychiatry, 19:28-37, 1968.

3.   Benedek, E.: Child Custody Laws:  Their Psychiatric Implications, American Journal of Psychiatry, 129:101-103, 1972

4.   Benedek, E., and Benedek, R.S.:  New Child Custody Laws:  Making Them Do What they Say, Mental Health Digest, National Clearing House for Mental Health Information, 4:52-56, 1972.

5.   Benedek, E., and Benedek, R.S.:  New Child Custody Laws:  Making Them Do What They Say, American Journal of Orthopsychiatry, 42:825-834, 1972.

6.   Benedek, E.:  The Fourth World of the Pregnant Therapist, Journal of the American Women's Medical Association, 28:365-368, 1973.

7.   Benedek, E.:  Training the Woman Resident to be  Psychiatrist, American Journal of Psychiatry, 130:1131-1135, 1973.

8.   Benedek, E., and Salguero, R.:  A Summer Day Treatment Service Program, Journal of the American Academy of Child Psychiatry, 12:721-737, 1974.

9.   Farley, G.F., Sikorski, C.R., and Benedek, E.:  Dissociation and Violence, Psychiatric Opinion, 12:36-42, 1975. (Psychiatric Opinion is a referred journal. The editor is Dr. Harry Solomon, and there are 12 members on the Editorial Board.)

10.  Benedek, E.:  Forensic Psychiatry for Child Psychiatrists, Bulletin of American Academy of Psychiatry and the Law, 2:57-58, 1975.

11.  Benedek, E., Editorial Practices of Journals:  Implications for Women, American Journal of Psychiatry, 133:89-92, 1976.

12.  Benedek, R.S., and Benedek, E.P.:  Post-Divorce Visitation:  A Child's Right, Journal of the American Academy of Child Psychiatry, 16:256-271, 1977.

13.  Scher, M., Benedek, E., Canada, A., carey, K., Mulis, J., and Sancho, B.: Psychiatrist-Wife-Mother:  Some Aspects of Role Integration, American Journal of Psychiatry, 123:830-834, 1976.

14.  Benedek, E., and Selzer, M.L.:  Lawyer's Use of Psychiatry II, American Journal of Psychiatry, 134:4, 435-436, 1977.

15.  Benedek, E.:  Is There a Need for Men's Liberation?  Human Sexuality, 10:7, 36-39, 1976.

Elissa P. Benedek, M.D.
Curriculum Vitae

16.   Sikorski, C.R., and Benedek, E.P., Competency to Stand Trial: The Female
      Offender, JAMWA, 32:150-154, 1977.

17.   Benedek, R.S., DelDampo, R., and Benedek, E.P.: Michigan's Friend of the
      Court: Creative Programs for Children of Divorce, The Family Coordinator,
      26:450-477, 1977.

18.   Benedek, E., Barton, G., and Bieniek, C.: Problems for Women in Psychiatric
      Residency, American Journal of Psychiatry, 34:244-248, 1977.

19.   Benedek, E.P., and Bieniek, C.: Interpersonal Process Recall: An Innovative
      Technique, Journal of Medical Education, 52:939-994, 1977.

20.   Benedek, E., and Farley, G.: The McQuillan Decision: Civil Rights for the
      Mentally Ill Offender, Bulletin of the American Academy of Psychiatry and the
      Law. Volume V.

21.   Benedek, E.P., Poznanski, E., and Mason, S.: A Note on the Female Adolescent
      Psychological Reactions to Breast Development, Journal of the American
      Academy of Child Psychiatry, l:537-545-, 1979.

22.   Benedek, E.P.: Spouse Abuse, The Female Patient, 1979.

23.   Benedek, E.P.: Children's Rights in Times of Disaster, Psychiatric Annals,
      9:569-572, 1979.

24.   Benedek, E.P., and Benedek, R.S.: Joint Custody: Solution or Illusion,
      American Journal of Psychiatry, 136:301-305, 1979.

25.   Benedek, E.P., and Benedek, R.S.: The Child's Preference in Michigan Custody
      Decisions, Journal of the American Association of Family Therapy, Volume 7,
      4:37-43, 1979.

26.   Benedek, R.S., and Benedek, E.P.: Children of Divorce: Can We Meet Their
      Needs? Journal of Social Issues, Volume 35, 4:155-169, 1979.

27.   Benedek, E.P., and Poznanski, E.: Career Choices for the Woman Psychiatric
      Resident, American Journal of Psychiatry, 137:3, 1080

28.   Training Female Mental Health Professionals: Sexual Countertransference
      Issues, JAMWA, volume 36, 4:131-129, 1981.

29.   Benedek, E.P.: Women's Issues: A New Beginning, American Journal of
      Psychiatry, 138:10, 1981.

Elissa P. Benedek, M.D.
Curriculum Vitae

30.  Benedek, E.P.: Editorial, The Role of the Child Psychiatrist in Court Cases,
Involving Victims of Child Sexual Abuse, Journal of the American Academy of
Child Psychiatry.

31.  Benedek, E., and Bacon, P.: Epileptic Psychosis and Insanity: Case Study and
Review, Bulletin of the American Academy of Psychiatry and the Law, 1983.

32.  Benedek, E.P.: the Silent Scream: Countertransference Reactions to Victims,
American Journal of Social Psychology IV, Volume 3, 1984.

33.  Benedek, E.P.: Children and Disaster: Emerging Issues, Psychiatric Annals,
15:3, 1985.

34.  Benedek, E.P., and Criss, M.: Dangerousness in a Forensic Center: An
Evaluation of Staff Concerns, North Carolina Mental Health Bulletin.

35.  Petrella, R.C., Benedek, E.P., Bank, S.C., and Packer, I.K.: Examining the Guilty
But Mentally Ill Verdict in Michigan, Hospital and Community Psychiatry, 36:3,
254-259, 1985.

36.  Benedek, E.P.: P.M.S. and the Insanity Defense, Clinical Psychiatry, 1985.

37.  Benedek, E.P.: Families, Journal of Psychiatric Education, 7:l, 45, 1985.

38.  Benedek, E.P., and Schetky, D.: The Child As A Witness, Hospital and
Community Psychiatry, December 1986.

39.  Benedek, E.P., and Schetky, D.: Problems in Validating Accusations in Sexual
Abuse. Part I: Factors Affecting Perception and Recall of Events

40.  Benedek, E.P., and Schetky, D.: Problems in Validating Accusations in Sexual
Abuse. Part II: Clinical Evaluation, Journal of the American Academy of Child
and Adolsecent Psychiatry, 1987, 26, 6:912-9l5.

41.  Benedek, E.P.: Premenstrual Syndrome: A View From the Bench, Journal of
Clinical Psychiatry, Vol. 49, No. 12, 12/1988.

42.  Benedek, E.P.: Viewpoint: Videotaping Sexually-Abused Children:
Suggestions, Psychiatric News, April, 1986.

43.  Benedek, E.P.: Training in Forensic Child Psychiatry, Bulletin of the American
Academy of Psychiatry and the Law, 1987.

44.  Cornell, D., Benedek, E.P., and Benedek, D.M.: Adolescent Homicide,
Behavioral Sciences and the Law, Spring, 1987; 5(1): 11-23.

13

Elissa P. Benedek, M.D.
Curriculum Vitae

45.  Cornell, D.: Benedek, E.P., and Benedek, D.M.: Juvenile Homicide: Prior
     Adjustment and a Proposed Typology, <u>American Journal of Orthopsychiatry,</u>
     57:3, July, 1987: 57(3): 383-393.

46.  Schetky, D., and Benedek, E.P.: The Sexual Abuse Victim in the Courts,
     <u>Psychiatric Clinics of North America,</u> Vol. 12, No. 2, June 1989.

47.  Benedek, E.P.: Forensic Child Psychiatry: An Emerging Subspecialty, <u>Bulletin</u>
     <u>of the American Academy of Psychiatry and the Law,</u> 14.4, 1986.

48.  Benedek, E.P., and Shetky, D.: The Child as a Witness, <u>Hospital and Community</u>
     <u>Psychiatry,</u> 37:12, December 1986.

49.  Mooney, J.G., Ellis, W., Benedek, E.P., Schowalter, J.: Training in Adolescent
     Psychiatry for General Psychiatry Resident: Elements of Amount of Curriculum,
     <u>Adolescent Psychiatry,</u> 12:9, 4-103, 1985.

50.  Benedek, E.P.: Report of the Secretary, American Psychiatric Association,
     <u>American Journal of Psychiatry,</u> October, 1986-1989.

51.  Benedek, E.P.: Highlights of the 140th Meeting, <u>American Journal of Psychiatry,</u>
     144:8, August, 1987, October 1988-1989.

52.  Benedek, E.P.: Response to Presidential Address: Our Children, Our Future,
     <u>American Journal of Psychiatry,</u> 147:9, September 1990.

53.  Benedek, E.P.: A letter From Dr. Elissa Benedek, <u>American Psychiatric</u>
     <u>Association Auxiliary,</u> Vol. VI, No. 3, Fall 1990.

54.  Benedek, E.P.: Some Thoughts on Karen Horney's Contributions, <u>American</u>
     <u>Journal of Psychoanalysis,</u> Fall, 1990.

55.  Benedek, E.P.: <u>Academy Forum,</u> American Academy of Psychoanalysis, 1991.

56.  Benedek, E.P.: <u>Preidential Address: Looking Ahead: New Psychiatry, Old</u>
     <u>Values, American Journal of Psychiatry,</u> 148:9, September, 1991.

57.  Benedek, E.P.: Legal Issues in Psychiatry, Psychiatria Hungarica, Vol. VII, No.
     6, Dec. 1992.

58.  Benedek, E.P.: Women's Issues: A New Beginning II, <u>American Journal of</u>
     <u>Psychiatry,</u> September, 1993.

59.  "Discussion of the Goals of Analytic Therapy: Some Thoughts on Karen
     Horney's Contribution", <u>Journal of PsychoAnalysis,</u> Vol. 51, No. 3, 1991.

Elissa P. Benedek, M.D.
Curriculum Vitae

60.   Benedek, E.P., Cornell, D.G.: "Adolescent Homicides:  Etudes Cliniques",
      Psychiatrie Francaise, No. l, 92, March 40-57, 1992.

61.   Benedek, E.P., Voigt, C.J., and Heisel, D.E., "Brief Personal Reflections on
      Sexual Harassment", Psychiatric Annals, 26:3, March 1996.

62.   Benedek, E.P.: "Loathsome Charge Means Defamation", The Forensic Echo,
      October 1997, Vol. 1, No. 3, p. 22-23.

63.   Lewis, C.F., Caranoski, M.V., Buchanan, J.A., Benedek, E.P.: "Factors
      Associated with Weapon Use in Maternal Filicide",  J. Forensic Sci., 1998;
      43(3):613-618.

64.   Koop CE, Juberg DR, Benedek EP, et al.:  A scientific evaluation of health effects
      of two plasticizers used in medical devices and toys:  A report form the American
      Council on Science and Health.  Medscape General Medicine, June 22, 1999.

65.   Benedek EP: No excuses:  Televised pornography harms children.  Harvard
      Review of Psychiatry, November/December 1999, Vol. 7, No. 4, Pgs. 236-240.

## BOOKS PUBLISHED

1.   What Would You Do?  A Child's Book of Divorce.  Curtis Publishing, 1976.

2.   Child Psychiatry and the Law, Schetky, D., and Benedek, E.P., Brunner/Mazel,
     Inc., 1980.

3.   Secret Worry, Human Sciences Press, 1984.

4.   Emerging Issues in Child Forensic Psychiatry, Schetky, D., and Benedek, E.P.,
     Brunner/Mazel, Inc., 1985.

5.   Juvenile Homicide, Benedek, E., and Cornell, D., American Psychiatric Press,
     1989.

6.   Clinical Handbook of Psychiatry and the Law, Schetky, D. and Benedek, E.P.,
     Williams and Wilkins, 1992.

7.   Helping Your Child Through Divorce, Benedek, E.P. and Brown, C.  American
     Psychiatric Press, 1996.  Translated into German, Chinese and Turkish.

8.   How to Help Your Child Overcome Divorce, Benedek, E.P. and Brown, C.F.,
     paperback edition, New Market Press, Spring-Summer 1998.

Elissa P. Benedek, M.D.
Curriculum Vitae

9.  Emerging Issues In Forensic Psychiatry:  From the Clinic to the Courthouse: New
    Directions for Mental Health Services, Number 69, edited by Elissa P. Benedek,
    San Francisco, Jossey-Bass, 1996.

10. Benedek EP, Schetky DH:  Forensic Child Psychiatry, Vol. IV.


## CHAPTERS IN BOOKS PUBLISHED

1.  Benedek, R.S., and Benedek, E.P.:  Parents of Delinquents in Juvenile Court,
    Helping Parents Help Their Children, L.E. Arnold (ed.), Brunner/Mazel, Inc.,
    New York, 1978, pp. 245-256.

2.  Benedek, R.S., and Benedek, E.P.:  Parents and the Divorce Court Worker,
    Helping Parents Help Their Children, L.E. Arnold (ed.), Brunner/Mazel, Inc.,
    New York, 1978, pp. 391-403.

3.  Benedek, E.P.:  Female Adolescents and the Law in the United States, Female
    Adolescent Development. Max Sugar (ed.), Brunner/mazel, Inc., New York,
    1978, pp. 391-403.

4.  Benedek, E.P.:  Dilemmas in Research on Female Adolescent Development,
    Female Adolescent Development, Max Sugar (ed.), Brunner/Mazel, Inc., New
    York, 1979, pp. 1-19.

5.  Benedek, E.P.:  Female Delinquency:  Fantasies, Facts and Future, Adolescent
    Psychiatry, Sherman Feinstein and Peter Giovacchini (eds.), University of
    Chicago Press, Chicago, 1979, pp. 524-539.

6.  Benedek, E.P.:  Treating the Violent Delinquent, Treating Delinquents, Michael
    Kolarerakis, Jason A. Aaronson, Inc., New York, (15 pages).

7.  Benedek, R.S., and Benedek, E.P.:  Impacting on a Child Custody Decision, Child
    Psychiatry and the Law, Brunner/Mazel, Inc., 1979.

8.  Benedek, E.P.:  The Expert Witness, Child Psychiatry and the Law,
    Brunner/Mazel, Inc., New York, 1979.

9.  Haberman, C., Tucker, C., Specia, J., Rappeport, J., and Benedek, E.P., Mock
    Trial Demonstration, Law and Ethics in the Practice of Psychiatry,
    Brunner/Mazel, Inc., New York, 1981.

10. Benedek, E.P., and Farley, G.:  Women and Violence, Women in Context,
    Development and Stresses, M. Notman, C. Nadelson, and K. Horner (eds.),
    Plenum Publishing Company, 1982.

16

Elissa P. Benedek, M.D.
Curriculum Vitae

11.  Benedek, E.P., and Vaughn, R.:  Childlessness by Choice, <u>Women in Context, Development and Stresses,</u> M. Kirkpatrick (ed.), Plenum Publishing Company, 1982.

12.  Benedek, E.P.:  Females and Homicide, <u>Homicide,</u> B. Danto (ed.).

13.  Benedek, E.P.:  Juveniles and the Law, <u>Psychiatric Clinics of North America,</u> 6:4, 1983.

14.  Benedek, E.P.:  Treating the Female Offender, <u>The Treatment of Antisocial Syndrome,</u> W. Reid (ed.), Van Nostrand, New York, 1981.

15.  Benedek, E.P.:  Child Psychology and Development, <u>Yearbook of Health and Medicine,</u> MacMillan Educational Company, New York, 1984.

16.  Benedek, E.P.:  Children and Divorce, Lipincott Publishing Company, 1984.

17.  Benedek, E.P.:  Adolescent Pregnancy, <u>Clinical Update in Adolescent Psychiatry,</u> Volume 1, No. 13, 1984.

18.  Benedek, E.P.:  Feminism and the Adolescent Girl and Boy, _Clinical Update I Adolescent Psychiatry, <u>Volume 1, No. 9.</u>

19.  Benedek, E.P.:  Child Forensic Psychiatry, <u>The Psychiatric Clinics in North America-Symposium on Forensic Psychiatry,</u> R. Sadoff (ed.), Volume 6, No. 4, 1984.

20.  Benedek, E.P.:  P.M.S. – New Defense in the Psychiatric Implications of Menstruation, J. Gold (ed.), American Psychiatric Press, Inc., 1985.

21.  Farley, G., Ednie, K., and Benedek, E.:  Women in Forensic Psychiatry, <u>Women Physicians in Leadership Roles,</u> L. Dickstein and C. Nadelson (eds.), American Psychiatric Press, Inc., 1985.

22.  Hawk, G., and Benedek, E.P.:  Forensic Psychiatry, <u>Psychiatry.</u>

23.  Benedek, E.P., and Schetky, D.:  False Allegations of Sexual Abuse in Child Custody Cases, <u>Emerging Issues in Child Psychiatry and the Law,</u> E. Benedek and D. Schetky, (eds.), Brunner/Mazel, Inc., New York, 1985.

24.  Benedek, E.P.:  Waiver, <u>Emerging Issues in Child Psychiatry and the Law,</u> E. Benedek and D. Schetky (eds.), Brunner/Mazel, Inc., New York, 1985.

25.  Benedek, E.P., and Schetky, D.:  Current Perspectives on Children and Divorce, <u>Psychiatric Clinics of North America,</u> 1985.

Elissa P. Benedek, M.D.
Curriculum Vitae

26.    Looney, J., Ellis, W., Benedek, E., Schowalter, J.: Elements of a Model
       Curriculum, Training in Adolescent Psychiatry for General Psychiatric Residents,
       University of Chicago Pres, 1985.

27.    Benedek, E.P.: Children and the Psychic Trauma: A Brief Review of
       Contemporary Thinking, Post-Traumatic Stress Disorder in Children, S. Eth and
       R. Pynoos (eds.), American Psychiatric Press, Inc., 1986.

28.    Benedek, E.P.: Children and Divorce, The Practice of Pediatrics, Kelly (ed.),
       Lippincott, 1984.

29.    Lanman, R.B., Pardes, H., Benedek, E., Fink, P., Weiner, J. (eds.) Reorganizing
       for the Future in Future Direction for Psychiatry, American Psychiatric
       Association, 1989.

30.    Benedek, E.P.: Female Offenders, Women's Progress: Promises and Problems,
       Plenum Publishing, 1990.

31.    Sexual Abuse of Children and Adolescents. Section Editor, American Psychiatric
       Press Review of Psychiatry, Vol. 10, 1991.

32.    Benedek, E.P.: Testifying in Court: A Psychiatrist's Viewpoint, Child and
       Adolescent Psychiatry, A Comprehensive Textbook, Williams and Wilkins, 1991.

33.    Sexual Harassment and the Courts. Shrear, American Psychiatric Press, 19__.

34.    Benedek, E.P.: "Legal Issues in Psychiatry. A Bilateral Exchange: The
       American Psychiatric Association and the Czechoslovak Psychiatric Association,
       Psychiaricke Centrum Praha, 1993.

35.    Benedek, E.P.: Mental Health Concerns in the Early Years, Textbook of
       Women's Health, Lippincott-Raven publishers, 1998.

36.    Benedek, E.P.: Visitation with Infants, Desk Book for Judges, West Group, July
       1998.

37.    Benedek, E.P., Wahl, David: Sexual Misconduct, The American Psychiatric
       Association, and the American Medical Association: Ethics and Practice,
       Physician Sexual Misconduct, American Psychiatric Press, Inc., 1999.

38.    Benedek, E.P.: A Blue Panel Report: A Scientific Evaluation of Two Plasticizers
       – Use in Medical Devices and Toys.

39.    Kell, M., Benedek, E.P.: Special Issues in Sexual Harassment Cases, In Dress.

18

Elissa P. Benedek, M.D.
Curriculum Vitae

40.    Keller, M., Benedek, E.P.: <u>Mental and Emotional Injuries in Employment Litigation</u>, Second Ed.

41.    Benedek, Elissa P., M.D., Clark, Beth K., Ph.D., (Chapter 2) *The Role of Anxiety and Fear in Perceptions of Risk and Vulnerability*, Children and Health, Executive Summary <u>Your Children-Their Hostages</u>, American Council on Science and Health, New York City, December 2001

42.    Benedek, Elissa P., M.D., Clark, Beth K., Ph.D., (Chapter 1) *The Role of Anxiety and Fear in Perceptions of Risk and Vulnerability,* <u>Are Children More Vulnerable</u>

43.    <u>to Environmental Chemicals?</u>, Scientific and Regulatory Issues in Perspective, American Council on Science and Health, August 2002.


## BOOK REVIEWS

1.    Infantile Autism, Journal of the American Medical Women's Association, 1970.

2.    <u>Manic Depressive Illness, Journal of American Medical Women's Association,</u> 1971.

3.    <u>Free and Female, Seaman, Journal of the American Medical Women's Association</u>, 1973.

4.    <u>Loving and Curing the Neurotic</u>, Terrugue, Baars, <u>Journal of the American Medical Women's Association</u>, 1973.

5.    <u>Women in Transition</u>.  DuBrin, <u>Journal of the American Medical Women's Association</u>, 1973.

6.    <u>Eugenic Sterilization</u>, Jonas Robitshev, <u>American Journal of Psychiatry</u>, January, 1975.

7.    <u>A "Bill of Rights" for Children</u>, Harry Foster, <u>American Journal of Psychiatry</u>, January 1975.

8.    <u>Women in Therapy</u>, Frank, Burtle, <u>Hospital and Community Psychiatry</u>, 1975.

9.    <u>Sisters in Crime</u>, Adler, <u>American Journal of Psychiatry</u>, January 1976.

10.   <u>Emotional Expression in Infancy</u>, Robert N. Emde, Theodor J. Gaensbauer, <u>American Journal of Psychiatry</u>, 1977.

19

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

11.  Delinquency and Psychopathology, Dorothy Otnow Lewis:  American Journal of Psychiatry, 1977.

12.  A Child's Journey, Julius Segal and Herbert Yahraes:  American Journal of Psychiatry, 1977.

13.  The Essential Piaget, Gruber Coneche:  American Journal of Psychiatry, September 1978

14.  "The Whipping Boy", Beth Holmes:  American Journal of Psychiatry, 1979.

15.  Child Advocacy, Westman:  American Journal of Psychiatry, 1979.

16.  Diagnosis and Drug Treatment of Psychiatric Disorders:  Adults and Children, D.F. Klein, R.G. Klein, F. Quitkin, and A. Rifkin:  Journal of the American Medical Women's Association, 1981.

17.  State Mental Hospitals:  Problems and Potentials, edited by John Talbot:  Human Sciences Press, Journal of the American Medical Association, December 1980.

18.  Child Abuse Prevention and Treatment Through Social Group Work, Wayne J., and Avery N.:  Child Development Abstracts and Bibliography, 3-4, 1982.

19.  Violence and the Violent Individual, Mays, J.R., Roberts, T.K.:  Hospital and Community Psychiatry, August 1982.

20.  The Woman Patient, Nadelson, C., and Notman, M.:  JAMA, 1983.

21.  Clinical Handbook of Psychiatry and the Law, Gutheil and Appelbaum:  Contemporary Psychiatry, 1982.

22.  Vulnerabilities to Delinquency, Lewis, D.O.:  Contemporary Psychiatry, Vol. 2, No. 2, June 1983.

23.  Management of Psychiatric Emergency, Soreff, S., New York:  John Wiley and Sons, Inc., 1981, JAMA, October 23/3, Vol. 246, No. 17.

24.  Diagnosis and Drug Treatment of Psychiatric Disorders:  Adults and Children, Ed. 2, Klen, D.F., Klen, F., Baltimore:  Williams and Wilkins, 1980:  JAMA, Vol. 36, 1981.

25.  The Psychiatric Clinics of North America:  Symposium on Forensic Psychiatry, Contemporary Psychiatry, Vol. 4, No. 1, March 1985.

26.  Informed Consent:  A Study of Decision-making in Psychiatry, Contemporary

Elissa P. Benedek, M.D.
Curriculum Vitae

Psychiatry, Vol. 4, No. 1, March 1985.

27.  Children and Sex, Contemporary Psychiatry.

28.  The Early Window: Effects of Television on Children and Youth, Contemporary
Psychiatry, Volume 2, No. 4, December 1983.

29.  Burnout and Mental Health Professionals: Manifestations and Management,
Thomas Muldary, JAMWA, Volume 39, No. 3.

30.  Psychology and Medical Care, Kent, G., JAMA, February 10, 1984; Volume 251,
No. 6.

31.  The Physician: A Professional Under Stress, edited by John Callan, JAMA,
Volume 252, No. 3., 1983.

32.  Girls at Puberty, Contemporary Psychiatry, Volume 3, No. 3, September, 1984.

33.  Burnout and Mental Health Professionals, JAMWA, volume 34, No. 3, May
1984.

34.  Psychology and Medical Care, JAMA, volume 23, No. 8, February, 1984.

35.  Informed Consent, C. W. Lidz, A Miesel, Contemporary Psychiatry, Volume 8,
No. 4, 1984.

36.  Silent Screams and Hidden Cries, Bulletin of the American Academy of
Psychiatry and the Law, 1986.

37.  The Crime Victim's Book, M. Bard and S. Sangrey, Contemporary Psychiatry,
Volume 5, No. 3, September, 1986.

38.  Young Children in Family Therapy, Joan Zilbach, Contemporary Psychiatry,
Volume 5, No. 3, September, 1986.

39.  Emergency Psychiatry: Concepts, Methods, and Practice, Ellen Bassuk and A.
Birk, JAMA, volume 225, No. 11, March 21, 1986.

40.  Practitioner's Handbook of Psychoactive Drugs, Ellen Bassuk, Contemporary
Psychiatry, Volume 5, No. 2, June 1, 1986.

41.  A Child Sexual Abuse: A Handbook for Health Care and Legal Professionals,
Diane Schetky and Arthur Green, Contemporary Psychiatry, 8:1, March, 1981.

Elissa P. Benedek, M.D.
Curriculum Vitae

42. Managing Child Sex Offenders and Victims: A Practical Guide, Ann C. Salter, Contemporary Psychiatry, 8:1, March, 1981.

43. The Therapists's Pregnancy, Sherry Fenster, Suzanne Phillips, and E. Rapoport, The Journal of Nervous and Mental Disease, 176:3, 1988.

44. Modern Hospital Psychiatry, John Lyon, W. N. Adler, and William Webb (eds.), Journal of the American Medical Association, 260:19, November 1988.

45. The Mode and Morals of Psychotherapy, Perry London, Hospital and Community Psychiatry, 1986.

46. Anxiety Disorders of Childhood, Giddleman, Contemporary Psychiatry, 6.2, June, 1987.

47. The Evolution of a Psychiatrist: Memoirs of a Woman Doctor, Beulah Parker, Journal of the American Medical Association, October 9, 1987, 248:14.

48. Child and Adolescent Psychopathology and Involuntary Hospitalizations: A Handbook for Mental Health Professionals, Tony B. Crespi, Contemporary Psychiatry, 9:2, 6/90.

49. Sexual Exploitation in Professional Relationships, edited by Glen O. Gabbard, Bulletin of the Menninger Clinic, 54:3, Summer, 1990.

50. The Psychiatric Clinics of North American: Women's Disorders, Contemporary Psychiatry, 6:3, September, 1990.

51. Morality: A New Justification of the Moral Rules, B. Gert, American Journal of Psychiatry, December, 1990.

52. Group for the Advancement of Psychiatry: Committee on Child Psychiatry, How Old is Old Enough" The Ages of Rights and Responsibilities, #1568, American Journal of Psychiatry, December, 1990.

53. Pathways of Growth: Essentials of Childhood Psychiatry, Vol, 1, Normal Development and Vol. II Psychopathology, King and Nosmith, 1992.

54. Psychiatry Ethics, Block and Choduck, "The Journal of Clinical Ethics", 1992.

55. Clinical Psychiatry and the Law, Robert J. Simon, American Journal of Psychiatry, 1993.

56. A Conflicts of Rights: The Supreme Court and Affirmative Action, Melvin I. Urofsky, American Journal of Psychiatry, December, 1991.

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

57. Willie: Raising a Child with Attention Deficit Disorder. American Journal of Psychiatry, in press.

58. Psychiatric Malpractice: A Story of Patients, Psychiatrists and the Law, American Journal of Psychiatry, in press.

59. Psychiatric Malpractice: Stories of Patients, Psychiatrists, and the Law, James L. Kelley: Rutgers University Press, 1996.

60. Antisocial Behavior and Mental Health Problems -- Explanatory Factors in Childhood and Adolescence, Rolf Loeber, et al, Psychiatric Services.

61. *Where she came from: A daughter's search for her mother's history*, by Helen Epstein, Am. J. Psych., in press.

62. Handbook of Child and adolescent outpatient, day treatment, and community psychiatry, by Harinder Ghuman and Richard Sarles, Am. J. Psych., 2000 in press.

63. The Mentally disordered Offenders as Victims: From the Classic Greek Poetry to the Modern Psychiatry, The Journal of the American Academy of Psychiatry and the Law, 2000.

64. Abortion Facts and Feelings, Am. J. Psych., 2001.

65. *Stranger in the Nest*, by David B. Cohen, Am. J. Psych., 2001.

66. *Attention-Deficit Disorders and Cormorbidities in Children, Adolescents, and Adults* by Thomas E. Brown, editor. Am. J. Psych. 2002

67. Scheiber, Stephen, C., M.D. et al (Eds) *Core Competencies for Psychiatric Practice: What Clinicians Need to Know,* DC: American Psychiatric Press, 2003

68. Hollander, Eric MD  Simeon, Daphne, M.D., *Concise Guide to Anxiety Disorders,* DC: American Psychiatric Publishing, 2003

69. Sofronoff, K, Dalgliesh, L and Kosky, R.: *Out of Options: A cognitive Model of Adolescent Suicide and Risk Taking,* Cambridge University Press, August 2004

70. Romans, SE, Seeman, MV: *Women's Mental Health a Life-Cycle Approach,* Lippincott Williams & Wilkins, 2006

71. Dubovsky, Steven L.: *Clinical guide to psychotropic medications,* Pp. 576. New York, W.W.Norton, 2005, (Bulletin of the Menninger Clinic, Vol. 70, Number 1, Winter 2006

Elissa P. Benedek, M.D.
Curriculum Vitae

72.   *SUICIDAL BEHAVIOUR IN EUROPE Results from the WHO/EURO Multicenter Study on Suicidal Behavior,* Edited by Armin Schmidte, Unni Bille-Brahe, Diego De Leo, Ad Kerkhof, Hogrefe & Huber Publishers, Cambridge MA 2006

73.   DIVORCE AND FAMILY MEDIATION *Models, Techniques, and Applications,* Edited by Jay Folberg, Ann L. Milne, and Peter Salem, The Guilford Press, 2004

## WEB PUBLICATIONS

Benedek,DM, Benedek EP: Psychological Reactions to Terror (e-publication), *HealthFactsandFears.com,* American Council on Science and Health, February 1, 2002  (http://www.acsh.org/HealthFactsAndFears/featured-articles/feb2002/ reactions020102.html)

Benedek, DM, Benedek EP: Illusions of Immunity (e-publication) *HealthFacts andFears.com,* American Council on Science and Health, February 1, 2002 (http://healthfactsandfears.com/featured_articles/feb2002/reactions020102.html)

## ABSTRACTS, PRELIMINARY COMMUNICATIONS, PANEL DISCUSSIONS, PAPERS

1.   A Foster Grandparent Program in a Residential Treatment Center, presented at the American Academy of Child Psychiatry, Annual Meeting, 1970 (Denver).

2.   A Human Service Link:  A Foster Grandparents' Program, presented at the Michigan Association of Neuropsychiatric Hospitals and Clinic Physicians, MANHCP, Spring, 1971.

3.   Child Custody Laws:  Their Psychiatric Implications, presented at the American Orthopsychiatric Association, Annual Meeting, Spring, 1971.

4.   New Child Custody Laws, Benedek, R.S., and Benedek, E.P., presented at the Michigan Interprofessional Associaton on Marriage, Divorce, and Family, Southfield, Michigan, 1972.

5.   The Fourth World of the Pregnant Therapist, presented at the American Psychiatric Association, Annual meeting, 1972.

6.   A New Life...The Story of A foster Grandmother in a Residential Treatment Center, presented at the American Association of Psychiatric Services for Children, 24th Annual Meeting, November 1972.

7.   Family Law and Issues, presented at School of law and Social Work, University of Toronto, November 13-14, 1972.

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

8.  Adolescence, Chairman of Session, American Psychiatric Association, Annual Meeting, May 1973.

9.  Special Issues Confronting Male and Female Therapists, Moderator of Workshop, American Orthopsychiatric Association, Annual Meeting, May, 1973.

10. Chairman, Workshop on Special Treatment Problems Related to Sex of Patient or Therapist, American Orthopsychiatric Association, May, 1974.

11. Task Force on Women in Psychiatry, American Psychiatric Association, Annual Meeting, May, 1974.

12. Child Custody Disputes After Divorce, presented at the American Psychiatric Association, Annual Meeting, May, 1974.

13. Survey of Women's Roles in Training Programs, presented at the American Psychiatric Association, Annual meeting, May, 1974.

14. Panel Member, Child Training Programs, American Academy of Child Psychiatry, Annual Meeting, October, 1974.

15. Child Custody and Adoption, Moderator and Discussant, American Association of Psychiatric Services for Children, Annual Meeting, November, 1974.

16. Chairman, Task Force on Women in Psychiatry, American Psychiatric Association, Annual Meeting, May, 1973.

17. Chairman, Special Videotape Session, American Psychiatric Association, Annual Meeting, May, 1975.

18. Discussant, Paper, Childhood Depression, American Psychiatric Association, Annual Meeting, may, 1975.

19. Chair, Committee on Women, Women in Psychiatry, American Psychiatric Association, Annual Meeting, May, 1975.

20. Psychiatrist and Mother, presented at the American Psychiatric Association, Annual Meeting, May, 1975.

21. More About "Best Interests" After Divorce, American Academy of Child Psychiatry, Annual Meeting, 1975.

22. Adolescents and the Law: What's New?  Presented at the American Academy of Child Psychiatry, Annual Meeting, 1975.

Elissa P. Benedek, M.D.
Curriculum Vitae

23.  Chair, Female Juvenile Delinquency: Contemporary Issues and Future Outlook, American Society for Adolescent Psychiatry, Chicago, 1975.

24.  Discussant, Plenary Forum, Juvenile Delinquency: Contemporary Issues and Future Outlook, American Society for Adolescent Psychiatry, Chicago, 1975.

25.  Multidisciplinary Training in Forensic Psychiatry, presented at the American Orthopsychiatric Society, Annual Meeting, Spring, 1976.

26.  Career Choices for the Woman Psychiatric Resident, presented at the American Psychiatric Association, Annual Meeting, Spring, 1976.

27.  Discussant, Paper, Children and the Law, American Psychiatric Association, Annual Meeting, May, 1976.

28.  Organizer and Participant, Special Seminary, Competency to Stand Trial, Lafayette Clinic, Spring, 1976.

29.  Chair, Special Session, Spouse Abuse, American Psychiatric Association, 1976.

30.  The Effective Treatment of The Violent Delinquent, Conference on Violence, New York, January, 1977.

31.  Forensic Psychiatry: Facts, Fantasy, and Future, presented Continuing Medical Education, Loyola, March, 1977.

32.  Competency to Stand Trial, Ohio Psychiatric Association, Spring, 1977.

33.  Adolescent Breast Development, presented at the American Academy of Child Psychiatry, Annual Meeting, 1977.

34.  The Expert Witness in a Child Custody Case, presented at the American Academy of Child Psychiatry, Annual Meeting, 1977.

35.  Chair, Committee on Women, Panel, American Psychiatric Association, 1977.

36.  Chair, Special Session, Competency to Stand Trial, American Psychiatric Association, 1977.

37.  Participant, Course on Women's Studies, American Psychiatric Association, 1977.

38.  Competency to Stand Trial, presented at Carbondale, 1977.

Elissa P. Benedek, M.D.
Curriculum Vitae

39.  Special Seminar, Competency to Stand Trial, Chicago Bar Association, Fall, 1977.

40.  Spouse Abuse, presented at the Downstate Medical Center, October, 1977.

41.  The Law of Criminal Responsibility, presented at Michigan State University, October, 1977.

42.  Women as Physicians, presented at the Texas Psychiatric Society, November, 1977.

43.  Women as Patients, presented at the Texas Psychiatric Society, November, 1977.

44.  Post-Divorce Visitation:  A Child's Right, presented at the Health Science Center, University of Manitoba, Winnipeg, April 24, 1978.

45.  The Expert Witness in a Child Custody Case, discussed and presented at the Health Science Center, University of Manitoba, April, 25, 1978.

46.  Spouse Abuse, presented at the University of Manitoba Health Science Center, Winnipeg, April 25, 1978.

47.  Spare the Rod, Spoil the Child, presented at the Saskatoon Medical Society, Saskatoon, April 26, 1978.

49.  Adolescence and Divorce, presented at the Michigan Society for the Study of Adolescence, Brighton, Michigan, May 18, 1978.

50.  Protecting Children of Divorce, presented at the Detroit Psychiatric Institute, Detroit, June, 1978.

51.  The Law of Criminal Responsibility, presented at the Detroit Psychiatric Institute, Detroit, June, 1978.

52.  Chair and Participant, Course on Competency to Stand Trial, American Psychiatric Association, Annual Meeting, 1978.

53.  Course on Psychodiagnostic Techniques in Childhood, American Psychiatric Association, Annual Meeting, 1978.

54.  Chair, Committee on Women, Panel, American Psychiatric Association, Annual Meeting, 1978.

55.  Chair, Videotape Session, Competency to Stand Trial, American Psychiatric Association, Annual Meeting, 1978.

27

Elissa P. Benedek, M.D.
Curriculum Vitae

56.     Adolescents and the Law:  Pregnancy, presented at the American Academy of
        Child Psychiatry, 1978.

57.     Right to Refuse Treatment, presented at the American Academy of Child
        Psychiatry, 1978.

58.     Special Needs of Children and Families During Separation and Divorce, Mental
        Health Center, Flint, Michigan, 1978.

59.     Chair, Task Force on Terrorism, Panel, American Psychiatric Association, Annual
        Meeting, 1978.

60.     The Expert Witness in a Custody Case, University of Cincinnati, Medical School,
        1978.

61.     Children and Divorce, Wayne State Law School, 1978.

62.     Participant, Course on Expert Witness in the Insanity Defense, American
        Psychiatric Association, 1979.

63.     Participant, Course on Child Psychiatry, American Psychiatric Association, 1979.

64.     Participant, Panel on Children and Adoption, American Psychiatric Association,
        1979.

65.     Joint Custody, presented for the International year of the Child, Wayne State
        University, Detroit, 1979.

66.     Children and the Law, presented for the International Year of the Child, Michigan
        State University, 1979.

67.     Adolescents and Drug Abuse, presented at the Taylor Manor Hospital, 1979.

68.     Children and Divorce:  Special needs, Springfield, Illinois, 1979.

69.     The Expert Witness, presented at Carbondale, Illinois, 1979.

70.     Right to Accept or Refuse Psychiatric Care, American Academy of Child
        Psychiatry, 1979.

71.     Chair and Participant, Conference on Psychiatric Aspects of Terrorism,
        Baltimore, 1979.

72.     Treatment of Victims of Terrorism, presented at the American Medical
        Association, Chicago, 1979.

28

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

73. Children and Divorce, Wayne State Law School, 1979.

74. Cooperation Between Law and Psychiatry in Preventing Abuse to Children of Divorce, Louisville, Kentucky, 1979.

75. Spouse Abuse and Domestic Violence, presented at the American Medical Association, Las Vegas, 1979.

76. The Expert Witness in a Custody Case, presented at the Indiana Psychiatric Society, 1979.

77. Children and Divorce, presented at the University of Indiana, School of Medicine, 1979.

78. Mental Health Promotion Panel, St. Joseph Mercy Hospital Education Center, Ypsilanti, Michigan, March, 1980.

79. Children of Divorced Parents and Child Custody, presented at the Ypsilanti Regional Psychiatric Hospital, March, 1980.

80. Children of Disaster, presented at Lafayette Clinic, Fall, 1981.

81. Violence Behind Closed Doors, presented at Michigan State University, 1980.

82. Children and Divorce, presented at Northwestern Medical School, January, 1980.

83. Psychiatric Expert Witness, presented at Downey V.A. Hospital, Chicago, Illinois, 1980.

84. Chair, Course, Diminished Capacity, American Psychiatric Association, 1980.

85. Chair, Session on Ethics in Psychiatry, American Psychiatric Association, 1980.

86. Chair and Participant, Issue Session, Psychiatric Aspects of Terrorism, American Psychiatric Association, 1980.

87. Chair and Participant, Institute on Forensic Psychiatry, American Academy of Child Psychiatry, October, 1980.

88. Participant, Panel, Children, Adolescents, and Divorce, American Academy of Child Psychiatry, Chicago, 1980.

89. Keynote Speaker, Interdisciplinary Conference on Children and Divorce, Keystone, Colorado, 1980.

Elissa P. Benedek, M.D.
Curriculum Vitae

90.   Speaker, Dual Career Families, National Association of Female Judges, Washington, 1980.

91.   Panel, Dangerousness and the Duty to Warn, American College of Psychiatrists, 1980.

92.   Expert Witness:  Mock Custody Trial, American College of Psychiatrists, 1980.

93.   Lecture, Domestic Violence, University of Wisconsin, Madison, 1980.

94.   Panel, Women and Careers, Women and Mental health, University of Michigan, 1981.

93.   Workshop, Children and Divorce, Women and Mental Health, University of Michigan, 1981.

94.   Victims of Terrorism, American College of Emergency Physicians, April, 1981.

95.   Lecture, Domestic Violence, Henry Ford Hospital, 1981.

96.   Mock Trial, Right to Be Sick-Right to Be Rescued, Hospital and Community Psychiatry, San Diego, 1981.

97.   Course in Diagnostic Psychiatry.  Secret Service.  Forensic Center, Michigan, 1982.

98.   Mock Trial, National Association of Mental Health, Fall, 1982.

99.   Mock Trial, Michigan Association of Mental Health, Fall, 1982.

100.  Sex Between Therapist and Patient, North Carolina Psychiatric Association, Fall, 1982.

101.  Sex Between Therapist and Patient, Duke University, Spring, 1982.

102.  Breast Development in Adolescent Females, Kentucky Medical Association, Fall, 1981.

103.  Domestic Violence, Kentucky Psychiatric Society, Fall, 1981.

104.  American Association of Psychiatry and Law, Board Review Course, New York, Fall, 1982.

105.  Expert Witness in a Custody Case, Michigan Council on Child Psychiatry, Summer, 1982.

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

106. American Association of Psychiatry and law, Board Review on Forensic Psychiatry, Fall, 1983.

107. Victimization: The Silent Scream, American Psychiatry Association, New York, 1983.

108. The Parham Decision American Psychiatric Association, New York, 1983.

109. Discussant, Children at Risk, American Psychiatric Association, New York, 1983.

110. Guilty But Mentally Ill: Alternative to the Insanity Defense, Discussion, American Psychiatric Association, New York, 1983.

111. Findings from the New History of Women, Discussant, American Psychiatric Association, 1983.

112. Competency to Consent to Treatment in an Adolescent, University of Virginia, Fall, 1983.

113. Domestic Violence, University of Washington, 1983.
114. Sexual Activity Between Psychiatrist and Patient, University of Washington, 1983.

115. Competency to Consent to Treatment in Juveniles, American Association of Adolescent Psychiatrists, 1984.

116. Ethics and the Psychiatrist, University of San Francisco, 1984.

117. Domestic Violence, University of San Francisco, 1984.

118. Victimization, Discussant and Chair of Session, American Psychiatric Association, Lost Angeles, 1985.

119. Forensic Administration, American Psychiatric Association, Los Angeles, 1985.

120. Competency to Consent to Treatment in an Adolescent, American Psychiatric Association, 1985.

121. Sick Criminal or Nuisance, Madison, Wisconsin, October 21-23, 1984.

122. Child Abuse and Neglect, Psychological Factors, West Virginia Judicial Association, 1982.

123. DSM-III, Center for Forensic Psychiatry, Ann Arbor, Michigan, 1982.

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

124.   Spouse Abuse, Washington Psychiatric Society, 1985.

125.   Ethics and Psychiatric Practice, Washington Psychiatric Society, 1985.

126.   Children and Divorce, Alaska Psychiatric Society, 1985.

127.   The Child, the Family, and the law, Tufts New England medical Center,
       November, 1984.

128.   Today's Clinician: Understanding Minorities and Women, Milwaukee,
       Wisconsin, October, 1984.

129.   Mental Health Issues in Child Sexual Abuse, Portland, Maine, November, 1984.

130.   Boundary Violations in Psychiatry, Colorado Psychiatric Society, Colorado,
       January, 1985.

131.   Violence and the Family.  Uniform Services, University of Health Sciences,
       Heidelberg, Germany, February, 1985.

132.   Sexual Abuse of Patients, Menninger Foundation, Kansas, March, 1985.

133.   The Forensic Evaluation, Kalamazoo Regional Psychiatric Hospital, Kalamazoo,
       Michigan, March, 1985.

134.   Children and Divorce, Course, American Psychiatric Association, Annual
       Meeting, Dallas, Texas, May, 1985.

135.   Women as Leaders, Panel, American Psychiatric Association, Annual Meeting,
       Dallas, Texas, May, 1985.

136.   Undue Familiarity, Florida Psychiatric Society, October, 1986.

137.   The Child Forensic Psychiatrist Assisting the Defense in Allegations of Sexual
       Abuse with Diane Schetky, M.D., American Academy of Child Psychiatry,
       October, 1986.

138.   Child Forensic Psychiatry, American Academy of Psychiatry and the law Course,
       October, 1986.

139.   Children and Homicide, Lafayette Clinic, December, 1986.

140.   Adolescents and Homicide, American Psychiatric Association, Annual Meeting,
       Washington, D.C., 1986.

Elissa P. Benedek, M.D.
Curriculum Vitae

141. Children and Divorce, American Psychiatric Association, Annual Meeting, Washington, D.C., 1986.

142. Boundary Violations, American Psychiatric Association, Annual Meeting, Washington, D.C., 1986.

143. My Memory is the Thing I forget With, American Psychiatric Association, Annual Meeting, Washington, D.C., 1986.

144. Domestic Violence, Ypsilanti Regional Psychiatric Hospital, 1986.

145. Dual-Career Marriage, Ohio Psychiatric Association, Spring, 1986.

146. The Psychiatrist and Forensic Diagnosis.  Child Sexual Abuse, Michigan Psychiatric Society, 1989.

147. Evaluating a Sexually Abused Child, Harbor-UCLA Medical Center, February, 1989.

148. Mental Health 1990, Partnerships in Strategy, Forensic Psychiatry, Detroit, Michigan, October, 1988.

149. Domestic Violence in Mental Health, Kellogg Center, Lansing, Michigan, December, 1987.

150. Medical College of Pennsylvania, Undue Familiarity, July, 1987.

151. Careers in Psychiatry:  Range of Opportunities, Annual Meeting, American Psychiatric Association, 1988.

152. Boundary Violation, American Psychiatric Association, Annual Meeting, 1988.

153. Diagnosis and Treatment of Conduct Disorders in Children and Adolescents, Child and Adolescent Psychiatric Physicians Council of San Diego, 1980.

154. Institute on Forensic Child Psychiatry:  What Every Clinician Should Know, American Academy of Child Psychiatry, San Diego, March, 1987.

155. Ethical Issues in Child Forensic Psychiatry.  The Child as a Witness, Psychic Trauma.

156. Children and Stress, Gulf Coast Hospital, September, 1988.

157. Validations of Allegations of Sexual Abuse, Newton Welsley Hospital, December 7, 1988.

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

158. Symposium, Undue Familiarity, Clinical and Legal Aspects, (A Mock Trial), World Psychiatric Association of Regional Symposium, Washington, September, 1988.

159. American Academy of Psychiatry and the Law: Annual Review Course, Child Psychiatry, San Francisco, October, 1988.

160. Allegations of Sexual Abuse of Children in Divorce/Child Custody Disputes, Catherine McAuley Health Center, July, 1988.

161. Mock Trial, Sexual Harassment in the Workplace, Hospital and Community Psychiatry, New Orleans, October, 1988.

162. Sexual Harassment in the Workplace, Distinguished Lecture Series, Annual Meeting, American Psychiatric Association, May, 1989.

163. Forensic Aspects of Undue Familiarity, Annual meeting, American Psychiatric Association, San Francisco, May, 1989.

164. Discussion Group on Sexual Harassment in the Workplace, American Psychiatric Association, Annual Meeting, May, 1989.

165. Victimization, American Psychiatric Association, Annual Meeting, May, 1989.

166. Coordinating Motherhood and a Career, Annual Meeting, American Psychiatric Association, May, 1989.

167. Keynote Speaker, Philadelphia Psychiatric Society, District Branch Meeting, November, 1988.

168. Children and Stress, Emery University School of Medicine, November, 1988.

169. Undue Familiarity, Committee on Women, Chicago, November, 1988.

170. Child Forensic Psychiatry, Queens University, Kingston, Canada, March, 1987.

171. Medical Malpractice, Vale Psychiatry Conference, March, 1987.

172. Child Custody: Legal and Psychiatry Implications, Vale Psychiatry Conference, March, 1987.

173. Involuntary Commitment: Legal and Ethical Issues, Detroit Psychiatric Institute, March, 1987.

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

174. Evaluating Child Sexual Abuse:  Evaluating Claims in Custody Dispute, Michigan Society of Forensic Psychology, September, 1987.

175. Problems with Childhood Trauma:  Problems of Adolescence, Pavilion Westmore Regional Medical Center, October, 1987.

176. Child Custody Evaluation, Hospital of Community Psychiatry, Boston, Massachusetts, October, 1987.

177. Mock Trial:  Sexual Harassment in the Workplace, Hospital of Community Psychiatry, Boston, Massachusetts, 1987.

178. Distinguished Psychiatrists Lecture:  Sexual Harassment in the Workplace, Annual Meeting, American Psychiatric Association, San Francisco, May, 1989.

179. Combining Motherhood and a Career, American Psychiatric Association, San Francisco, May, 1989.

180. Victimization:  Annual Meeting, American Psychiatric Association, San Francisco, May, 1989.

181. Mock Trial:  Undue Familiarity, American Psychiatric Association, San Francisco, May, 1989.

182. Women and Leadership, American Psychiatric Association, San Francisco, May, 1989.

183. Discussion Group:  Boundaries in Psychotherapy, American Psychiatric Association, Annual Meeting, Chicago, Illinois, May, 1987.

184. Loretta Binder Annual Lecture:  Legal and Ethical Conflicts in the Treatment of Children, New York, 1988.

185. Discussion Group:  Forensic Implications of Sexual Harassment in the Workplace, American Psychiatric Association, Annual Meeting, Chicago, Illinois, May, 1989.

186. Distinguished Psychiatrist's Lecture:  Sexual Harassment in the Workplace, American Psychiatric Association, Annual meeting, Chicago, Illinois, May, 1989.

187. The Future of Psychiatry, New Jersey Psychiatric Society, September, 1989.

188. Adolescent Homicide:  A Clinical Dilemma, Bronx Psychiatric Society, New York, 1989.

Elissa P. Benedek, M.D.
Curriculum Vitae

189. Child Post-Traumatic Stress Disorder Institute, Academy of Child and Adolescent Psychiatry, New York, October, 1989.

190. Child Forensic Psychiatry Symposium, College of Physicians and Surgeons of Columbia University, New York, October, 1989.

191. A Mock Trial: Civil Commitment Revisited, Hospital and Community Psychiatry, Philadelphia, Pennsylvania, October, 1989.

192. Ethics and Clinical Psychiatry: Difficult Issues and Thoughtful Guidelines, Carrier Foundation, New Jersey, October, 1989.

193. New Jersey Medical School, January, 1990.

194. State Legislative Institute, Dana Point, California, February, 1990.

195. Boundary Violations, Pittsburgh Psychiatric Society, Allegheny County Medical Society, Pennsylvania, 1990.

196. Incest and Sexual Abuse, Northwest Trauma Symposium III, Virginia Mason Medical Center, Seattle, Washington, February, 1990.

197. Boston University, March, 1990.

198. Oregon Psychiatric Association, March, 1990.

199. Clinical Perspectives on Adolescent Homicide, Grand Rounds, Albert Einstein Medical Center, Philadelphia, Pennsylvania, March, 1990.

200. Sexual Harassment in the Workplace, Fourth Annual Women's Forum, Pennsylvania Hospital, Philadelphia, Pennsylvania, March, 1990.

201. Allegations of Sexual Abuse in Children, Nebraska Psychiatric Society, Immanuel Medical Center, Omaha, Nebraska, march, 1990.

202. Psychiatry in the 1990's, Arizona Psychiatric Society, Tucson, Arizona, April, 1990.

203. Department of the Air Force, Lackland, Texas, April, 1990.

204. Grand Rounds, University of Texas, San Antonio, April, 1990.

205. Family Violence, American Medical Association, Chicago, Illinois, April, 1990.

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

206.  Psychiatric Treatment in the 21st Century, World Psychiatric Association, Regional Symposium, Hong Kong, May, 1990.

207.  American Medical Association, Chicago, Illinois, June, 1990.

208.  Adolescent Suicide, Wisconsin Psychiatric Society, Milwaukee Psychiatric Hospital, Milwaukee, Wisconsin, July, 1990.

209.  Adolescent Suicide, Grand Rounds, Ohio State University, September, 1990.

210.  Visiting Professor, Dinner Meeting, Cleveland Clinic, Cleveland, Ohio, September, 1990.

211.  Grand Rounds, Erie County Medical Center, New York, September, 1990.
212.  Joint Meeting of the American Psychiatric Association and German Society of Psychiatry and Nervous Disease, Germany, October, 1990.

213.  Breakfast Meeting, President's Forum, Annual meeting, American Academy of Child and Adolescent Psychiatry, Chicago, Illinois, October, 1990.

214.  Legal and Ethical Issues in Mental Health, University of Pennsylvania, Department of Psychiatry, Pennsylvania, November, 1990.

215.  Annual Meeting, American Medical Women's Association, Philadelphia, Pennsylvania, November, 1990.

216.  Boundary Violations, American College of Neuropsychiatrists, Las Vegas, Nevada, November, 1990.

217.  Keynote Speaker, Third Annual New York State Office of Mental Health Research Conference, December, 1990.

218.  Validations of Child Sexual Abuse, Walter Reed Hospital, Washington, D.C., January 1991.

219.  Legal and Ethical Issues in Psychiatry, Krakow, Poland, March, 1992.

220.  Legal and Ethical Issues in Psychiatry, Prague, Czechoslovakia, 1992.

221.  Legal and Ethical Issues in Psychiatry, Bratislavia, Czechoslovakia, 1992.

222.  Legal and Ethical issues in Psychiatry, Budapest, Hungary, 1992.

223.  Child Sexual Abuse, Israel, 1991.

**Elissa P. Benedek, M.D.**
**Curriculum Vitae**

224. Nese Nisionia, Domestic Violence and Abuse, Washtenaw County Medical Society, 1992.

225. Women in Leadership in Psychiatry, Ninth World Congress of Psychiatry, Rio de Janeiro, Brazil, June, 1993.

226. Ethics and Managed Care, Baltimore, Maryland, 1991.

227. Allegations of Child Sexual Abuse, San Antonio, Texas, April, 1993.

228. Adolescent Suicide, Phoenix, Arizona, March, 1991.

229. Ethics and Psychiatric Care, Birmingham, Alabama, December, 1991.
230. Mental Illness: Children to Adults, Fourth Annual Scientific Symposium, Mental Health Association, Birmingham, Alabama, November, 1991.

231. Our Children, Our Future, Mastering the Maze, Philadelphia Mental Health Association, Harrisburg, Pennsylvania, November, 1991.

232. Adolescent Suicide: Contemporary Problems in Psychiatry, Bexbar County Psychiatric Society, San Antonio, Texas, March, 1991.

233. Adolescent Suicide, Columbia Medical Society, Columbia, North Carolina, 1990.

234. Contemporary Problems in Psychiatry, Puerto Rican Psych. Soc., April 1991.

235. Parenthood Issues: Changes from the past, New York, April, 1991.

236. Adolescent Suicide, University of British Columbia, Vancouver, Canada, April, 1991.

237. Women's Issues in Psychiatry, University of British Columbia, Vancouver, Canada, April, 1991.

238. Visiting Professor, Department of Air Force, Wilford Hall University, Air Force Medical Center, San Antonio, Texas, 1991, 1992, and 1993.

239. Grand Rounds, University of Texas, Health Science Center, San Antonio, 1991, 1992, and 1993.

240. The Future of Psychiatry, Bronx Lebanon Hospital, Bronx, New York, June, 1991.

241. Children and Divorce, Budapest, Hungary, August, 1991.

Elissa P. Benedek, M.D.
Curriculum Vitae

242.  Adolescent Homicide, Budapest, Hungary, August, 1991.

243.  Childhood Sexual Abuse, Nassziona, Israel, September, 1991.

244.  Ethics and Managed Care, Baltimore, Maryland, October, 1991.

245.  Repressed Memories of Sexual Abuse, Florida, December, 1993.

246.  Repressed Memories of Sexual Abuse, Attorneys for Catholic Diocese, Seattle, Washington, 1993.

247.  Psychiatric and Psychological Effects of Environment Pollutants, Asilomar Conference Center, California, 1993.

248.  Psychiatric and Psychological Effects of Environmental Pollution, Duke University, Visiting Professors, 1993.

249.  Psychiatric and Psychological Effects of Environmental Pollution, Defense Lawyers Association, April, 1992.

250.  Childhood Sexual Abuse, Parkridge Health System, March, 1993.

251.  Violence: The Malignancy of Our Times—Is There Hope?, New York Medical College, February, 1993.

252.  Contemporary Problems of Psychiatry, Colorado Psychiatric Association, March, 1991.

253.  Children and Custody, American Psychiatric Association Annual Meeting, 1997.

254.  Psychic Trauma, American Psychiatric Association Annual Meeting, 1997.

255.  Adolescent Homicide, American Psychiatric Association Annual Meeting, 1996.

256.  Advanced Psychological Trauma, Management Training Program, Singapore, June, 1997.

257.  Plenary Lecture Advances in Psycho Traumatology, Singapore, June, 1997.

258.  Psychological Trauma Management Course, Singapore, June, 1997.

259.  Current Concepts in Child Abuse and Neglect, Singapore, June, 1997.

260.  Juvenile Crime and Homicide, Singapore, June, 1997.

Elissa P. Benedek, M.D.
Curriculum Vitae

261.  Trauma and Children, University of Texas-San Antonio, September, 1997.

262.  Trauma and Children, Massachusetts Psychiatric Society, November, 1997.

263.  Forensic Psychiatry Fellowship: Program Design and Implementation, American
      Association of Directors of Psychiatric Residency Training, January 14-18, 1998.

264.  MMPI profiles of adolescents charged with homicide. Cornell, Dewey, G.;
      Miller, Carolee; Benedek, Elissa P. Behavioral Sciences & the Law, 1988 Sum
      Vol 6(3) 401-407.

265.  Characteristics of adolescents charged with homicide: Review of 72 cases.
      Cornell, Dewey, G.; Benedek, Elissa P.; Benedek, David M., Behavioral Sciences
      & the Law. 1987 Win Vol 5(1)11-23.

266.  Juvenile homicide: Prior adjustment and a proposed typology. Cornell, Dewey
      G.; Benedek, Elissa P.; Benedek, David M. American Journal of Orthopsychiatry.
      1987 Jul Vol 57(3) 383-393.

267.  Factors associated with weapon use in maternal filicide, Baranoski, Madelon V.;
      Benedek, Elissa P.; Buchanan, Josephine A.; Lewis, Catherine F., Journal Sci.
      1998, 613-617.

268.  Roots of Violence, Childrens Institute, March, 1999.

269.  Sexual Harassment in the Workplace, American Psychiatric Association, May,
      1999.

270.  Kids Who Kill, American Psychiatric Association, May, 1999.
      Children & Pornography. Harvard Journal of Mental Health, July, 1999.

271.  Children, Depression, and Trauma. Wright State University, 1999.

272.  Keynote speaker, Michigan State Medical Society 1999 Annual Scientific
      Meeting, East Lansing, Michigan.

273.  Kids Who Kill course, Continuing Education, University of Michigan, November,
      1999.

274.  Abuse course, Michigan State Medical Society, November, 1999.

275.  Why Harry? Why Now", American Psychiatric Association 2000.

276.  Clinical and Forensic Aspects of Sexual Harassment in Schools, 2000.

Elissa P. Benedek, M.D.
Curriculum Vitae

277.   Sexual Harassment, APA, 1998.

278.   Sexual Harassment, APA, 1999.

279.   Sexual Harassment, APA, 2000.

280.   *Childhood Violence—Kids Who Kill*, presented at the Medical College of Ohio
       Third Annual Mental Illness in Children and Adolescents: "Violence and
       Psychopathology in Children", February 2000.

281.   Extenuation and Mitigation in Capital Offense Trials, American Academy of
       Psychiatry and Law 2000.

282.   Evaluation of Children & Adolescents in Toxic Torts – DRI Toxic Tort &
       Environmental law Seminar 2000.

283.   Promising Approaches to Youth Violence, Minneapolis Psychiatric Society,
       April, 2000.

284.   Family Violence:  Victimization and Perpetration, American Psychiatric
       Association, 1999.

285.   Sexual Abuse of the Adolescent Female, University of Louisiana, 26th Annual
       Advances in Clinical psychiatry and Psychopharmacology, March 2000

286.   Kids Who Kill:  the Roots of Violence, University of Louisiana, 26th Annual
       Advances in Clinical psychiatry and Psychopharmacology, March 2000.

287.   "Adolescents Who Kill: Roots of Violence", State of Michigan, Huron Valley
       Center's Continuing Medical Education Program *Contemporary Issues In
       Psychiatry*, Ypsilanti, Michigan June 2000.

288.   Explosive Violence in Adolescents: Running AMOK in American,  Guest
       Faculty, Discussion of Case Study:  Contrasting Views of Defense and
       Prosecution Experts in the Paducah, Kentucky School Killings, presented by
       Diane Schetky, M.D. and Elissa Benedek, M.D., at The Minnesota Society of
       Adolescent Psychiatry in cooperation with the Minnesota Psychiatric Society and
       Minnesota Society for Child and Adolescent Psychiatry, March, 2000.

289.   Ensuring Our Future—Children and Adolescents and Toxic Exposures, Elissa P.
       Benedek, 2001 DRI Toxic Tort & Environmental Law Seminar, New Orleans,
       March, 2001.

290.   *Why Harry? Why Now?  Understanding the Harry Potter Phenomenon*, 2001
       154th Annual Meeting, American Psychiatric Association, Scientific Program
       Forum,  May, 2001.

Elissa P. Benedek, M.D.
Curriculum Vitae

291. *Clinical and Forensic Aspects of Sexual Harassment in Schools*, APA Annual Meeting, Scientific Program Forum, May, 2001.

292. *"Children and Adolescents as Violent Offenders"*, (Keynote Speaker) Symposium on Youth Violence, Mental Health Association in Vanderburgh County, in conjunction with the Indiana University School of Medicine Evansville Center Evansville, Indiana, November 2001.

293. *Psychopathology of Violent Children*, Violence & Children Symposium, Beaumont Hospital, November, 2001.

294. Discussant, Benjamin Rush Lecture, APA 2002 Scientific Program

295. Boundary Violations Workshop, APA Annual Meeting Scientific Program 2002

296. Disasters – Discussant APA Annual Meeting Scientific Program 2002

297. Nathaniel Abraham Case Discussion Midwest APPL 2002

298. American Psychiatric Association, 54th Institute on Psychiatric Services, October 9-13, 2002, Sexual Harassment: Forensic Issues, Clinical Consultation, Elissa P. Benedek, M.D.

299. American Academy of Psychiatry and the Law, 33rd Annual Meeting, October 24-27, 2002, Workshop S29 *Nathaneal Abraham: 11 year Old Offender-Adult Defendant,* Cardasis, M.D., Wm.; Benedek,M.D., Elissa; Lemmen, M.D., Craig; Rome, M.D., Lee

300. Corresponding Committee on Misuse and Abuse of Psychiatry, American Psychiatric Association, 156th Annual Meeting, May 2003,  San Francisco

301. Scientific Program Committee, APA 156th Annual Meeting, May 2003, San Francisco, Chairperson Workshop: *Nonsexual Boundary Violations*

302. American Psychiatric Association – Atlanta 2005: *Are There Limits to Boundary Limits*

303. American Psychiatric Association – Atlanta 2005: *Treating Change*

## AUDIO-VISUAL EDUCATIONAL MATERIALS

1. Competency to Stand Trial – Forensic Interview

2. Competency to Stand Trial – Family Interview

Elissa P. Benedek, M.D.
Curriculum Vitae

3.    Competency to Stand Trial – Expert Witness

4.    Competency to Stand Trial – Panel Discussion

5.    Competency to Stand Trial - A Forensic Evaluation, presented at the American
       Psychiatric Association, Annual Meeting, 1977, 1978; presented at Carbondale,
       1997, presented at the Ohio Psychiatric Society, 1977.

6.    Criminal Responsibility – Forensic Interview

7.    Criminal Responsibility – Family Interview

8.    The Divorcing Couple – Crisis Intervention, presented at the Ohio Psychiatric
       Society, 1978.

9.    Violence Behind Closed Doors, 1979.

10.   Sex Between Therapist and Patient – Male Therapist/Female Patient, Female
       Therapist/Male Patient, presented at the North Carolina Psychiatric Association,
       University of Washington, and Florida Psychiatric Association.

11.   Treatment of the Mentally Ill Offender:  Prison, Hospital, and Community.

12.   Parents of Adolescents and Divorce.

13.   The Following were presented at the Institute for Continuing Legal Education,
       1976; at the American Psychiatric Association, 1977; Timberlawn Psychiatric
       Hospital, Dallas, Texas, 1978, and the Michigan Psychiatric Society, 1985.

              Criminal Responsibility – Patient Interview
              Criminal Responsibility – Attorney Preparation
              Criminal Responsibility – The Expert Witness
              Criminal Responsibility – Cross-Examination

14.   Spouse Abuse, presented at the American Psychiatric Association, Annual
       meeting, 1980; at the American Medical Association, January, 1980; Michigan
       State University, January, 1980; and published by Brunner/Mazel, Inc., 1983.

15.   Expert Witness, Custody Case, American College of Psychiatrists, 1981.

16.   Competency to Consent to Treatment in a Juvenile, presented at the University of
       Virginia, American Psychiatric Association, 1980.

Elissa P. Benedek, M.D.
Curriculum Vitae

17.   The Juvenile Murderer, presented at the American Board of Forensic Psychiatry
       Review Course, 1982-1986, accepted for publications by Brunner/Mazel, Inc.,
       1984.

18.   Interview of a Child in a Custody Case, presented at the American Psychiatric
       Association, Annual Meeting, 1986.

19.   Dual-Career Marriage, presented at the Ohio Psychiatric Association, 1986.
20.   Sexual Abuse of Children:  A Diagnostic Interview

21.   Sexual Abuse of Children:  The Mental health and Criminal Justice System

22.   Sexual Harassment in the Workplace

23.   Undue Familiarity, September, 1988.

24.   Helping the Abused Child, Doing our Part, Editorial Advisory Board, 1988

25.   Suicidal Adolescent

26.   P.T.S.D. in Young Adult Males

27.   Post-Partum Psychosis

28.   Response of Child to Natural Disaster

29.   Response of Adolescent to Natural Disaster

30.   Child Murder:  Infanticide

31.   Suicidal Adolescent Pre/Post Treatment

32.   Videotape on Repressed Memories, 60-year-old woman, 1992.

33.   Videotape on Repressed Memories, 25-year-old woman, 1992.

34.   Two videotapes on Menopause

35.   Prediction of Dangerousness

36.   Evaluation of Dangerous patient

37.   Neonaticide

38.   Stalker

Elissa P. Benedek, M.D.
Curriculum Vitae

39.  Victim of a Stalker

40.  Sexual Harassment

41.  Adolescents in Pornography

42.  Sexual Harassment, 1999

43.  Privacy, Pornography, and Children, 1999

44.  Response of Adolescents to Man-made Disasters

45.  Evaluation of Patients in Toxic Tort Situations – Exposure to Benzene

46.  Attachment Disorder, 1999

46.  Sexual Harassment In Schools, 1999

47.  Boundary Violations 2002

48.  Video Tape Interview APA 2003 News Net Program, May 2003, *Forensic
     Psychiatry*

## PARTICIPATION IN RADIO PROGRAMS

1.  Children and Violence, Victims of Terrorism, Children and Divorce, The Future
    of American Psychiatry

2.  Adolescent Homicide

3.  Bloomberg News, Bryan Reid

4.  Plastics News, Steve Toloken

5.  CBS Radio

6.  Reuters, Lisa Richwine

7.  Philadelphia Enquirer, Maryanne Huell

8.  CBC-TV (Phone Interview) CBC - Radio

10.  Global Press, Detroit Free Press, Steve Ustin

Elissa P. Benedek, M.D.
Curriculum Vitae

    10.     AP Radio, Ira Dreyfus

    11.     UPI, Ellen Beck

    12.     Understanding Harry Potter, BBC, 1999, 2000.

## PARTICIPATION ON LOCAL AND NATIONAL TELEVISION

    1.     *Spouse Abuse*, Kelly and Company, ABC, 1978.

    2.     *Violence and Unemployment*, Kelly and Company, ABC, September, 1988.

    3.     *Crime and Insanity*, NBC, 1982.

    4.     *The Forensic Evaluation*, Kalamazoo Regional Psychiatric Hospital, Cable-TV program, 1985.

    5.     Sally Jesse Raphael, *Psychiatric Treatment*.

    6.     20/20, *Children and the War*, January, 1991.

    7.     Alaska News, 1991.

    8.     American Medical Association, *Sexual Abuse of Children*, 1989.

    9.     Talknet, *Children and the Gulf War*, 1991.

    10.     Talknet, *Our Children, Our Future*, 1991.

    11.     Local News Programs, 1970-1991.

    12.     Singapore News, 1997.

    13.     News -- *Elian Gonzales*, 1999.

    14.     *Understanding Harry Potter*, BBC, 2001.

(Rev. 06/30/06)