# EXHIBIT G

<u>Revised: July 2007</u>

**CURRICULUM VITAE**

**BIOGRAPHICAL**

| | | | |
|---|---|---|---|
| NAME: | Cheryl D. Wills | BIRTH DATE: | April 12, 1965 |
| BUSINESS ADDRESS: | 5247 Wilson Mills Road, PMB 452 | BIRTH PLACE: | Brooklyn, NY |
| | Cleveland, OH  44143 | CITIZENSHIP: | USA |
| PHONE: | (504)756-7862 | | |
| FACSIMILE: | (504)934-1135 | | |
| E-MAIL: | cwforensic@earthlink.net | | |

**EDUCATION AND TRAINING**

**UNDERGRADUATE**

| | | | |
|---|---|---|---|
| 9/82-5/86 | COLUMBIA UNIVERSITY | A.B. | New York, NY |
| | Barnard College<br>Major: Biochemistry | 1986 | |

**GRADUATE**

| | | | |
|---|---|---|---|
| 9/86-2/88 | UNIVERSITY OF MEDICINE<br>AND DENTISTRY OF NEW JERSEY<br>New Jersey Medical School | | Newark, NJ |
| 9/87-2/88 | ** On Leave of Absence to do Research** | | |
| 3/88-7/91 | STATE UNIVERSITY OF NEW YORK<br>HEALTH SCIENCE CENTER | M.D.<br>1991 | Syracuse, NY |

**POST GRADUATE**

| | | | |
|---|---|---|---|
| 7/91-6/92 | UNIVERSITY HEALTH CENTER<br>OF PITTSBURGH<br>Western Psychiatric<br>Institute and Clinic | Internship in<br>Pediatrics<br>and Psychiatry | Pittsburgh, PA |
| 7/92 - 6/96 | UNIVERSITY HEALTH CENTER<br>OF PITTSBURGH<br>Western Psychiatric<br>Institute and Clinic | Combined Residency<br>and Fellowship in<br>General and Child<br>Psychiatry | Pittsburgh, PA |
| 1994 - 1996 | PITTSBURGH PSYCHOANALYTIC | | Pittsburgh, PA |

c. wills curriculum vitae revised  July 2007

FOUNDATION

| | | | |
|---|---|---|---|
| 7/96 – 6/97 | CASE WESTERN RESERVE UNIVERSITY<br>University Hospitals of Cleveland | Fellowship<br>in Forensic<br>Psychiatry<br>Concentration<br>in Child<br>Forensic<br>Psychiatry | Cleveland, OH |
| 1/04 – 5/04 | TULANE UNIVERSITY<br>School of Public Health and<br>Tropical Medicine | Coursework<br>in Public<br>Health | New Orleans, LA |

## CERTIFICATION AND LICENSURE

| | | |
|---|---|---|
| 1991-1996 | Commonwealth of Pennsylvania | Graduate Medical Trainee License |
| 1992-1993 | Commonwealth of Pennsylvania | Medical Interim Limited License |
| 1993- | Commonwealth of Pennsylvania | Medical License |
| 1993- | United States Drug Enforcement Administration (DEA) | (DEA) Registration Number |
| 1996- | State Medical Board of Ohio | Medical License |
| 1996- | American Board of Psychiatry and Neurology | Board Certification in Adult Psychiatry |
| 1997- | University of the State of New York | Medical License |
| 1997- | American Board of Psychiatry and Neurology | Board Certification in Child Psychiatry |
| 1998- | American Board of Psychiatry and Neurology | Added Qualifications in Forensic Psychiatry |
| 2001- | Louisiana State Board of Medical Examiners | Medical License |

## MEMBERSHIPS IN PROFESSIONAL AND SCIENTIFIC SOCIETIES

```
1986-1991    Student National Medical Association
1988-1991    Onondaga County Medical Society
1988-1993    American Medical Association
1991-1997    Pennsylvania Medical Society
1992-        American Psychiatric Association
                 2006-       Manfred Guttmacher Committee
1992-1997    Pittsburgh Psychiatric Society
1993-        American Academy of Child and Adolescent Psychiatry
1993-1996    Pittsburgh Regional Organization of Child and Adolescent Psychiatry
1993-        American Academy of Psychiatry and the Law
                    Committees
                 1997-2006   Child and Adolescent Psychiatry and the Law Committee
                 1997-       Computers and Forensic Psychiatry Committee
                 1998-       Child forensic psychiatry website monitor and editor
                 1999-2005   Criminal Behavior Committee
                 1999-       Program Committee
                 2001-2005   Chairperson, Criminal Behavior Committee
```

2

c. wills curriculum vitae revised  July 2007

```
                2004-       Executive Council, Councilor
                2004-       Task Force for Competence to Stand Trial Guidelines
1995-1996   Tri-State Chapter, American Academy of Psychiatry and the Law
1996-1997   Midwest Chapter, American Academy of Psychiatry and the Law
1997-1999   Tri-State Chapter, American Academy of Psychiatry and the Law
1999-2001   Midwest Chapter, American Academy of Psychiatry and the Law
2000-2001   Councilor, Midwest Chapter, American Academy of Psychiatry and the Law
2000-2001   Ohio Psychiatric Association
2001-2007   Southern Chapter, American Academy of Psychiatry and the Law
2001-2007   Louisiana Psychiatric Medical Association
```

**HONORS/AWARDS**

```
1982-1986   New York State Regents Scholarship
1982-1986   United Federation of Teachers Scholarship
1986        Lucy Moses Pre-medical Award
1986-1988   Johnson and Johnson Health Care Scholarship
1986-1987   National Medical Fellowship
1988-1989   National Medical Fellowship
1989-1991   New York State Regents Health Professions Scholarship
1991        Marc Hollander Psychiatry Award
1994        Pittsburgh Psychoanalytic Foundation Scholarship
2003        Profiled in Inside Tulane magazine November 15, 2003
2003        Nominated for "40 Under 40" by Tulane University
2004        "Remarkable Member," American Psychiatric Association
2004        Profiled in The Daily Bulletin of the American Psychiatric Association
            May 1-2, 2004
2004        Profiled in Barnard College Alumnae Magazine May 2004
2004        Featured in "Top Ten Graduates You Probably Never Heard of, barnard
            bulletin, orientation issue, September 2004.
2004-       Listed in the Consumers Research Council "Guide to America's Top
            Psychiatrists"
```

**PROFESSIONAL ACTIVITIES**

**RESEARCH**

Summer 1985

   TULANE UNIVERSITY SCHOOL OF MEDICINE
   New Orleans, LA
   Research Fellow, Department of Pharmacology, Toxicology Division

1987-1988  ** On Leave of Absence from New Jersey Medical School **

   JOHNSON & JOHNSON HEALTH CARE PRODUCTS:
   Chicopee
   Division of Research, Advanced Wound Care Laboratory       Dayton, NJ
   *Health Care Scholar, Researcher*

3

c. wills curriculum vitae revised   July 2007

Summer 1988

    STATE UNIVERSITY OF NEW YORK
    HEALTH SCIENCE CENTER,
    School of Medicine                                            Syracuse, NY
    Pathology Department, Division of Clinical Pathology
    *Research Fellow*

Summer 1989

    STATE UNIVERSITY OF NEW YORK
    HEALTH SCIENCE CENTER
    School of Medicine                                            Syracuse, NY
    Pharmacology Department, Toxicology Division
    *Research Fellow*, Research Track Program

April 1992 - January 1995

    UNIVERSITY HEALTH CENTER OF PITTSBURGH
    Western Psychiatric Institute and Clinic                      Pittsburgh, PA
    *Project Coordinator*, International Psychiatry Project

October 1992 - June 1994

    UNIVERSITY HEALTH CENTER OF PITTSBURGH
    Western Psychiatric Institute and Clinic                      Pittsburgh, PA
    *Researcher*, Project in Cultural Psychiatry

June 1993 - June 1994

    UNIVERSITY HEALTH CENTER OF PITTSBURGH
    Western Psychiatric Institute and Clinic                      Pittsburgh, PA
    *Researcher*, Schizophrenia Module

July, 1994 -June 1996

    UNIVERSITY HEALTH CENTER OF PITTSBURGH
    Western Psychiatric Institute and Clinic                      Pittsburgh, PA
    *Researcher*, Department of Alcohol and Genetics Research

**SERVICE**

| | | |
|---|---|---|
| 1985-1986 | *Tutor*. Higher Education Opportunity Program Barnard College | New York, NY |
| 1986-1987 | *Class Representative*. Student Affairs Committee New Jersey Medical School | Newark, NJ |
| 1986-1987 | *Counselor*. Chestnut Street School Teen Pregnancy Project | Newark, NJ |

4

c. wills curriculum vitae revised  July 2007

| | | |
|---|---|---|
| 1986-1987 | *Tutor/Counselor*.<br>Pre-college Premedical Program | Newark, NJ |
| 1989-1991 | *Tutor.* Salvation Army Tutorial Program | Syracuse, NY |
| 1993 | *Counselor.* Pennsylvania Tourette Association Summer Camp | Gettysburg, PA |
| 1993-1996 | *Resident Representative*.<br>Community and Public Psychiatry Committee<br>Western Psychiatric Institute and Clinic | Pittsburgh, PA |
| 1993-1996 | *Member*.  Public Psychiatry Discussion Group, | Pittsburgh, PA |
| 1998 -1999 | *Member.* Child Psychiatry Fellowship Training Committee<br>State University of New York Health Science Center | Buffalo, NY |
| 1998 -1999 | *Member.* Continuing Education Committee<br>State University of New York Health Science Center | Buffalo, NY |
| 2000 - 2001 | *Member.* Pharmacy and Therapeutics Committee<br>Ohio Reformatory for Women | Marysville, OH |

**PROFESSIONAL EXPERIENCE**

| | | |
|---|---|---|
| 1992-1993 | TURTLE CREEK VALLEY MH/MR<br>*Psychiatric Consultant* | Braddock, PA |
| 1993- June 1996 | ALMA ILLERY MEDICAL CENTER<br>*Psychiatric Consultant* | Pittsburgh, PA |
| July 1997 - | Private Forensic Consultation | various states |
| July 1997 -<br>June 1999 | STATE UNIVERSITY OF NEW YORK HEALTH SCIENCE CENTER SCHOOL OF MEDICINE<br>*Clinical Assistant Professor of Psychiatry* | Buffalo, NY |

-7/97 – 7/98 Supervising child and adolescent psychiatrist
on the Intensive Treatment (18 bed locked inpatient psychiatric)
Unit.

-8/98 – 7-99 Consulting psychiatrist to the Erie
County Secure (and Non-secure) Detention Facility

-11/97 –7-99 Course coordinator and discussant for the Child Psychiatry
and the Law seminar series.

5

c. wills curriculum vitae revised  July 2007

>    -1/98 – 7-99 Lecturer in adult psychiatry and adult forensic psychiatry. Principal lecturer for the Adult Psychiatry and the Law educational series.
>
>    -1/99 – 7-99 Supervisor – child psychiatry fellowship rotation in child forensic psychiatry

| | |
|---|---|
| 1998-1999 | ERIE COUNTY FORENSIC MENTAL HEALTH SERVICES, Buffalo, NY<br>- *Consulting Forensic and Child Forensic Psychiatrist* |
| 1998-1999 | UNIVERSITY OF ROCHESTER SCHOOL OF MEDICINE AND DENTISTRY, Rochester, NY<br>- Division of Psychiatry and the Law<br>- Seminar coordinator, child psychiatry and the law |
| 1999 –2001 | OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, Columbus, OH<br>        Ohio Reformatory for Women, Marysville, OH<br>- *Consulting Forensic and Child Forensic Psychiatrist* |
| 1999 – 2000 | OHIO DIVISION FOR YOUTH SERVICES, Columbus, Ohio<br>        Scioto Riverview Operations, Delaware, Ohio<br><br>- *Consulting Child Forensic Psychiatrist*<br>  - Provided clinical consultation to delinquent youth committed to Ohio's secure juvenile corrections facilities, including youth adjudicated delinquent for sexual offenses. |
| 2001 – 2002 | LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER<br>SCHOOL OF MEDICINE<br>        Department of Public Health and Preventive Medicine<br>        Juvenile Corrections Program, New Orleans, LA<br><br>- *Assistant Professor of Public Health and Preventive Medicine*<br>- *Statewide Director of Psychiatric Services*<br>  - Developed uniform policies, procedures, and protocols for implementation of psychiatric care to youth committed to secure juvenile corrections facilities throughout Louisiana.<br>  - Substantially reduced the occurrence of self-injurious behavior in youth within secure juvenile corrections facilities.<br>  - Assured that mental health education is provided to all employees within Louisiana's secure juvenile corrections facilities.<br>  - Collaborated with the Department of Public Safety and Corrections regarding management of at-risk youth, gender-specific matters, program development, and disciplinary procedures.<br>  - Collaborated with the Mental Health Services teams state wide to ensure that appropriate standards are set for evaluation and treatment of youth.<br>  - Improved access to psychiatric care for all youth within Louisiana's secure juvenile corrections facilities.<br>  - Collaboratively developed a rehabilitation program for youth that is sensitive to the needs of adolescent girls.<br>  - Recruited, supervised, trained, and retain psychiatrists.<br>  - Provided interdisciplinary educational opportunities for staff. |

c. wills curriculum vitae revised  July 2007

- Developed a well-received rotation, for child psychiatry fellows, which will be modified and offered to forensic psychiatry fellows.
- Reduce the frequency of seclusion and restraint at all facilities.
- Created a "Difficult Case Conference" monthly series to enhance collaborative programming for difficult youth.
- Provided second opinions and facilitate hospitalization for youth, when needed.

November 2002 -   TULANE UNIVERSITY SCHOOL OF MEDICINE,              New Orleans, LA
June 2004         Department of Psychiatry and Neurology.
                      Division of Neuropsychiatry
                - *Assistant Professor of Psychiatry*
                      -Facilitated group education sessions for medical students
                      -Provided lectures to fellows in forensic psychiatry
                      -Recruited speakers for Annual forensic psychiatry conference
                      -Designed mock trial for Annual forensic psychiatry conference

                - *Staff Psychiatrist – Louisiana Department of Health and Hospitals
                  Eastern Louisiana Mental Health Systems, East Division*
                      -Increased unit discharges by 10-15% in a chronic long-term locked psychiatric ward
                      -Substantially reduced incidence of staff injuries on a locked psychiatric ward for chronic patients
                      -Introduced team building model to improve the quality of care for patients
                      -Substantially increased the level of involvement of hospital ward staff in the treatment team review process
                      -Collaborated with nurse manager to improve staff morale

December 2003-   - ORLEANS PARISH SANITY COMMISSION                   New Orleans, LA
    July 2007          -Provided forensic psychiatric consultation to the
                        Orleans Parish Criminal Court

July 2004 -      - ORLEANS PARISH JUVENILE SANITY COMMISSION          New Orleans, LA
    July 2007              -Provided forensic psychiatric Consultation to the
                        Orleans Parish Juvenile Court

November 2004-   - UNITED STATES DEPARTMENT OF JUSTICE
                   Civil Rights Division, Special Litigation Section   Washington, DC
                        -Provide forensic psychiatric consultation to
                         attorneys in federal litigation cases.

July 2004 -       TULANE UNIVERSITY SCHOOL OF MEDICINE                 New Orleans, LA
   June 2007      Department of Psychiatry and Neurology
                - *Clinical Assistant Professor of Psychiatry*
                  (volunteer faculty)

July 2004-        LOUISIANA DEPT. OF HEALTH AND HOSPITALS              New Orleans, LA
July 2005         *Metropolitan Human Services District*
                  *Staff Psychiatrist*

July 2005 –       LOUISIANA DEPT. OF HEALTH AND HOSPITALS              Houma, LA
December 2006     Region III, Office of Mental Health
                  *Staff Psychiatrist*

March 2007-       FORT DEFIANCE INDIAN HOSPITAL                        Ft. Defiance, AZ
April 2007        Consulting Child Psychiatrist

7

c. wills curriculum vitae revised  July 2007

| | | |
|---|---|---|
| July 2007 - | CASE WESTERN RESSERVE UNIVERSITY<br>Department of Psychiatry<br>Assistant Professor of Psychiatry | Cleveland, OH |

<u>OTHER EXPERIENCE</u>

| | | |
|---|---|---|
| 1983-1984 | SOCIETY FOR THE RIGHT TO DIE, INC.<br>Supervisor | New York, NY |
| 1984 | PAGE MANAGEMENT, CO., INC.<br>Bookkeeper/Office Assistant | New York, NY |
| 1984-1986 | SPEC GRAPHICS, INC.<br>Graphics Assistant | New York, NY |

<u>PEER REVIEW</u>

| | | |
|---|---|---|
| 2001 - | *Journal of the American Academy of Psychiatry and the Law*<br>Peer Reviewer | |
| 2007 - | *Journal of the American Academy of Psychiatry and the Law*<br>Book Review Editor | |

<u>PRESENTATIONS:</u>

| | |
|---|---|
| 1988- Lecturer – "The use of Nonwoven Materials in Developing Transdermal Controlled Drug Delivery Systems." | Dayton, NJ |
| 1994- Lecturer – "Phenomenology and Treatment of Trichotillomania." | Braddock, PA |
| 1994- Guest Discussant – Our Community Health Radio Program Topic: "Holiday Blues" | Pittsburgh, PA |
| 1994- Musser, W., Wills C., and Nimgonkar, V. "Is There Early Relapse After Clozapine?" Poster presentation at the Meeting of the Society of Biological Psychiatry | Philadelphia, PA |
| 1995- Lecturer – "Phenomenology and Treatment of School Phobia." | Pittsburgh, PA |
| 1996- Lecturer – "Competency to be Executed: An Ethical Conundrum Conundrum." | Cleveland, OH |
| 1997- Lecturer – "Practical Guide to Forensic Risk Assessment." American Academy of Psychiatry and the Law Annual Meeting | Denver, CO |
| 1997- Lecturer – "Should Juveniles be Tried as Adults?" | Buffalo, NY |
| 1998- Lecturer – "Bad to the Bone: Clinical evaluation and Treatment of mentally ill youth with disruptive | Buffalo, NY |

c. wills curriculum vitae revised   July 2007

behavior in outpatient settings."

| | | |
|---|---|---|
| 1999- | Chairperson and Panelist – "Special Topics in Juvenile Correctional Psychiatry." American Academy of Psychiatry and the Law Annual Meeting | Baltimore, MD |
| 2000- | Lecturer – "Corporate Crisis Intervention." American Academy of Psychiatry and the Law, Midwest Chapter Spring Meeting | Cleveland, OH |
| 2000– | Workshop Chairperson and Panelist – "Negotiating the Juvenile Justice System: A primer for child psychiatrists" American Academy of Child and Adolescent Psychiatry Annual Meeting. | New York, NY |
| 2002– | Lecture Series – "Evaluating Difficult Youth within the Juvenile Justice System." - Jetson Correctional Center for Youth | Baker, LA |
| 2002- | Chairperson – "Anatomy of a Terrorist." American Academy of Psychiatry and the Law Annual Meeting | Newport Beach, CA |
| 2002- | Lecture Series – "Negotiating the Juvenile Justice System: A primer for child psychiatrists." | Bridge City, LA |
| 2003– | Lecturer –"The Home for Colored Waif's: New Orleans' Conservatory for Delinquent and Orphaned Youths." American Academy of Psychiatry and the Law, Southern Chapter, Spring Meeting. | New Orleans, LA |
| 2000- | Lecturer – "Juvenile Justice Success Series #4: Rehabilitating Delinquent Youth in Early 20th Century Louisiana" Tulane University Division of Child Psychiatry Grand Rounds | New Orleans, LA |
| 2003– | Panelist -"Juveniles in Crises: Domestic Violence, Drugs, Mental Health and Their Impact on Youth in the Justice System." Judicial Council, National Bar Association 28th Annual Meeting. | New Orleans, LA |
| 2004- | Lecturer -"Collaborative Interventions Between Forensic Psychiatrists and Forensic Social Workers." Southern University of New Orleans, School of Social Work, Graduate Class in Forensic Social Work | New Orleans, LA |
| 2004- | Lecturer - "Columbine Interrupted: Community Psychiatry's Role in Preempting School Disasters." Louisiana Psychiatric Medical Association, Spring Meeting | Baton Rouge, LA |
| 2004- | Lecturer - "Juvenile Justice Success Series, Chapter 1: Musicianship, Jazz and the Blues" American Psychiatric Association, Annual Meeting | New York, NY |

9

c. wills curriculum vitae revised   July 2007

| | | |
|---|---|---|
| 2004 | –Lecturer - "Rehabilitating Traumatized Girls in Residential Juvenile Justice Settings" American Psychiatric Association, Annual Meeting | New York, NY |
| 2005 | –Lecturer – "Surviving Katrina: a forensic psychiatist's Saga." American Academy of Psychiatry and the Law, Annual Meeting | Montreal, Canada |
| 2006 | –Lecturer: "Forensic Evaluations in Adolescents: What not to miss." American Academy of Psychiatry and the Law, Annual Meeting | Chicago, IL |

Special Training:

October 1998 – Crisis Management International                      Atlanta, GA
              -Training in Threat of Violence Consultation
              -Training in Corporate Crisis Intervention
              Consultation

Publications:

Wills, C., *The dilemma of Ritual Abuse,* book review. Journal of the American Academy of Psychiatry and the Law, (27)3, 1999.

McLeer, S., Wills, C. *Child and adolescent psychopharmacology*, in Abnormal Psychology, Michel Hersen, ed. 2000.

Wills, C. *Termination of parental rights due to refusal of psychiatric treatment*, case summary. Journal of the American Academy of Psychiatry and the Law, (28)1,2000.

Shrinivasaragavan, J., Wills, C. *Anatomy of A Terrorist.* American Academy of Psychiatry and the Law Newsletter, April 2003.

Wills, C. *Crime, Psychiatry, and New Orleans History.* American Academy of Psychiatry and the Law Newsletter, July 2003.

Wills, C. *A Jury of One's Peers: Youth Courts as a Rehabilitative Tool.* American Academy of Psychiatry and the Law Newsletter, January 2004.

Wills, C. *Impaired Jurors: Criminal or Competent- When voir dire is not enough.* American Academy of Psychiatry and the Law Newsletter, January 2005.

Wills, C. *Phish, Spam, Thank You Mam: Internet scams in the dot con age.* American Academy of Psychiatry and the Law Newsletter, January 2005.

Wills, C. *A Forensic Conundrum: When Ethics, Social Appropriateness, and Moral Ideation Collide.* American Academy of Psychiatry and the Law Newsletter, April 2007.

Wills, C. *PRAMS: A systematic method for evaluating penal institutions under litigation.* Journal of the American Academy of Psychiatry and the Law, 35:1:103-108 2007

10

c. wills curriculum vitae revised  July 2007

c. wills curriculum vitae revised  July 2007