# EXHIBIT H

# SUMMARY OF CREDENTIALS

## Wade R. Ragas PhD, MAI

### Education

Doctorate in Business Administration (Real Estate and Urban Analysis) from the Ohio State University, 1976
Masters in Business Administration, University of New Orleans, 1971
Bachelor of Arts in Economics, University of New Orleans, 1969

### Professional Certifications or Honors

Endowed Research Professorship in Real Estate Finance, UNO, 1991-9/2005
Senior Residential Appraiser (SRA) 1984, Senior Real Estate Analyst (SREA), 1990
Member Appraisal Institute (MAI), 1991
Weimer Post Doctoral Fellow, Homer Hoyt Institute, 1991-92
Certified General Appraiser, Louisiana 1990 #0043
Research Fellow, Texas A&M Real Estate Center, 1993

### Professional Associations

Society of Office and Industrial Realtors, Academic Associate
Appraisal Institute, SRA, SREA, & MAI
American Real Estate and Urban Economics Association

### Employment Summary

Real Property Associates Inc, President/Consultant 1982-current
Endowed Research Professor in Finance, 1991-Sept 2005
Director of Real Estate Market Data Center, 1982- Sept 2005
Full Professor of Finance, University of New Orleans, 1986- current
Assoc. Professor of Finance, University of New Orleans, 1980-1986
Asst. Prof. of Finance, University of New Orleans, 1976-1980
Doctoral Research Fellow, Ohio State University, 1973-1975
Assistant Vice-President, Pringle-Associated Mortgage Corporation, 1972-1973
(mortgage and construction lending)
Assistant Vice-President, Smolkin-Siegel Corporation, 1971-1972 (national real estate market research)

**Contact Information:  Real Property Associates Inc, 3017 Harvard Ave Suite 204, Metairie, Louisiana 70006   504 324 3994   fax 504 324 3995**

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### *Reviewer*

Irwin Books   AIREA   Dryden Press   Wiley, Inc.

Question contributor and reviewer Education Testing Service, ASI, Inc.

Ad hoc reviewer, <u>Journal of the American Real Estate and Urban Economics Association</u>, and <u>Economic Development Quarterly</u>, <u>Journal of Real Estate Research</u>

Member, Board of Reviewers, <u>Review of Financial Economics</u> (1993-1996), Professional Report of the Society of Industrial and Office Realtors

### *Education/Instruction Experience*

Video courses for 45 hours instruction in Real Estate Principles, Real Estate Investments, Real Estate Finance (Spring 1997- 2005) approved by LREC for agent and broker education credit.

Monthly public television informational broadcast of 30 minutes duration on issues of interest to consumer and real estate professionals called <u>Real Estate Trends</u> (WLAE TV New Orleans Aug. 1996-Aug. 1997)

Undergraduate, graduate and doctoral instruction in real estate finance, investments, site and market feasibility analysis, and real estate valuation annually 1974-2001  **Chairperson of two doctoral dissertations**

SREA Courses 102, Applied Residential Property Valuation , national administrative instructor, (17 sites nationally 1978-1991), SREA Course 201 national administrative instructor;

Appraisal Institute approved instructor, Residential and Commercial Courses (210 and 310), selected to teach Course 210 nationally.

Short courses on Risk Management, Condominiums, Energy Efficient Housing, Residential Valuation, Owner Financing, Wetlands, Appraisal, Louisiana and Gulf Coast Real Estate Markets, Appraisal Standards, Digital Technology and the Real Estate Industry, Property Management offered throughout Louisiana.  National Outstanding Seminar award of the National Assoc. of Realtors Education Foundation in 1993 for Wetlands Seminars.  Total adult audience members exceed 25,000 persons.

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### *Education/Instruction Experience continued*

1.Member, Academic Liaison Committee of American Institute of Real Estate Appraisers 1983-1985 (national)
2.SREA committee on re-certification, national, 1988-89
Author, SREA Louisiana certification materials, 1991
3.Appraisal Foundation Qualification Board task force on appraisal examination content (national); task force on review of course materials, 1989-1990 (national)
4.Residential Continuing Education and Seminars, Chairperson (national) Appraisal Institute 1990-91 Residential Education Board, (national), Appraisal Institute, 1990-1991.
5.Contractor to Appraisal Qualifications Board (national) to advise on process for reviewing and evaluating state certification exams, 1990
6.Research and Publications Committee (national), Society of Industrial and Office Realtors (1991-1998)
7.Louisiana joint legislative task force on real estate continuing education 2000-01 Consultant to La. Appraiser Certification Board for design of all required educational content for residential and general certification within Louisiana

### *Publications*

<u>Applied Residential Property Valuation</u>, 1981, 1983, Society of Real Estate Appraisers (30,000 copies used in the training of residential appraisers from 1981 to 1991)

Chapter author in <u>Office Development Handbook</u> (ULI, 1999, Ch.2) on Market and Financial Feasibility Analysis: recurring market analyses for Urban Land Institute; and a monograph on Sale and Leasebacks with Patricia Harrison.

Jay Brinkman, Senior vice President for Research  for the Mortgage Bankers of America a monograph entitled  "An Estimate of the Costs of Hurricane Katrina to Single Family Residential Structures in Orleans Parish", February 2006 (Relied upon in revising the damage estimates caused by Katrina by the executive branch)

Author or co-author of over 30 articles in national publications (provided upon request) including: <u>Journal of Real Estate Research</u>, <u>Journal of Real Estate Finance and Economics</u>, <u>Land Economics</u>, <u>Economic Development Quarterly</u>, <u>Appraisal Journal</u>, <u>Real Estate Review</u>, <u>Real Estate Appraiser and Analyst</u>, <u>Professional Report of SIOR, Tierra Grande</u>, <u>Review of Financial Economics</u>, <u>Environmental Watch, La. CPA Society</u>

Annual author of <u>New Orleans Real Estate Market Analysis</u> (a 100+ page semiannual review of residential and commercial market conditions on the Gulf Coast distributed to 800 subscribers nationally) 1978 to 2005 (35 volumes)

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

### *Board of Directors or Advisors*

Mutual Savings and Loan; Metairie, La., 1984 - current.
Rummel High School Development Committee and Blue Ribbon Committee, '94-'98
University of New Orleans Research Park Development Committee, '93-'98
Chair of College of Business Building Committee, 1995 ($15 million project)
Historic Restorations Inc., advisory board, 1995-1997 (developer of apartments and
      hotels nationally)
New Orleans Apartment Association, 1995-1997
Louisiana Realtors Education Foundation, 1996-97
Will Woods Foundation Development Board, 1997-99; Chairperson 1999 -
      2001(Multifamily Housing)
Will Woods Board of Trustees (dozen multifamily properties, social outreach programs
and WLAE Public Television) 2000 to 2004
UNO Research and Technology Foundation Board of Directors 2004-2006
Providence Board of Directors, 2006 current, redevelopment of Treme and Lafitte

### *Valuation Assignments*

Wide range of property types including office buildings, multifamily housing,
wetlands/marshes,  subdivisions, hotels, Miss. River batture, golf courses, large vacant
tracts; mixed use development, manufacturing facilities, pipeline ROW condominiums,
timeshares, single-family houses, dry boat/recreation facilities, truck stops and RV parks.
Assignments have included opinions of market value, market feasibility and land use plan
analyses, externality impact analyses, reviews of appraisals, investment analyses and 404
permit needs assessments.  Clients include law firms, domestic and foreign commercial
banks, savings and loans, RTC, FDIC, Gulf Oil, Williams Cos/Transco, Dynegy,  Exxon,
Chevron, Joseph C. Canizaro Interests, Monteleone Interest, Browning Ferris Industries,
Texaco, Shell Pipeline Co, Cahn Family Interest,  Jefferson Parish, HANO, Murphy Oil
Corp. and numerous holders of significant private property rights.

Expert witness for FDIC and RTC for large commercial loans in ten states from 1989 to
1995, covering over one billion in loans. Expert opinions on valuations, anti-trust
geographic market analysis, wetland litigation, large scale development (including land
use plans), environmental externalities, S&L Board of Director responsibilities, going
concern business valuation, mortgage backed bond market analyses (six issues from 1984
to 1994)

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

### *Property Valuation Oriented Articles and Books*

### *Textbooks*

Ragas, W.  Applied Residential Property Valuation.  Society of Real Estate Appraisers (1981, revised 1982, 1984.), Chicago. (required text for all residential appraisers for SRA designation nationally from 1983-1992.

### *Peer Reviewed Publications on Property Valuation*

Ragas, W.  "Vacancy in Space City: Houston's Office Scene." Tierra Grande. Vol. 2, No. 1, (Spring 1994), 14-15.

Ragas, Wade R.  "CBD Land Values and Multiple Externalities." Land Economics, Vol. 3, No. 4, (November 1987).

Ragas, Wade R.  "Timeshares Inflation Expectations and Market Value." Appraisal Journal, Vol. LIV (2), (April 1987), 246.

Ragas, Wade R.  "Addendum to Historic Properties." Real Estate Appraiser and Analyst. (July-August, 1980), 36 and Note, (September-October, 1980).

Ragas, Wade R. and Miestchovich, Ivan J.  "Historic Properties and Tax Incentives: New Opportunities for the Investor and New Challenges for the Appraiser." Real Estate Appraiser and Analyst, (May, June, 1980), 9-13.

Ragas, Wade R. and Miestchovich, Ivan J.  "Historic Preservation and the 1976 Tax Reform Act."  The Appraisal Journal, (January 1978), 44-52.

### *Monograph*

Ragas, Wade; Davis, Alvin; and Harrison, Patricia.  "Real Estate Sale-Leaseback: A Review of Advantages and Disadvantages."  Monograph for the Society of Industrial and Office Realtors, (1994), 100 pages.

*Property Valuation Projects*

**Large tracts of mixed use property**  - East Baton Rouge, Jefferson, Orleans and St. Tammany Parishes, Louisiana
**Pipeline rights of way** in St Charles, St John, St.James, Plaquemine, Ascension, Assumption, East Baton Rouge, West Baton Rouge, Pointe Coupe, Feliciana's


**Models of housing values and externalities** (Baton Rouge, 8,000 houses; Jefferson: 2,600 houses; Ouchita(Sterlington) 1000 houses,  Bogalusa 1500 houses, St. Bernard: 2,000 houses; Monroe: 800 houses; Bossier: 1000 houses, Orleans 4200 houses; St Bernard 3000 house/200 commercial buildings and land

**Commercial vacant sites or office parks Sites**: East Baton Rouge, Jefferson, Orleans, St. Tammany, Houston,

**Hotels** in New Orleans, Baton Rouge, Biloxi

**Going Concern Business valuations** including a large-scale developer, subdivision developer, realtor, contractor, multifamily operator

**Office Buildings:** 201 St. Charles, 225 Baronne, World Trade Center in Orleans CBD, various suburban and smaller structures

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

*Property Valuation Projects continued*

**Multifamily properties** in New Orleans area and Biloxi, Mississippi, and Baton Rouge

**Warehouse/industrial properties** in West Baton Rouge, Orleans, Jefferson and Plaquemines Parish, Louisiana.

**Golf courses** on Mississippi Gulf Coast and Jefferson Parish, Louisiana.

**Hotels** in East Baton Rouge, Orleans and Harrison Co. Miss.

**River batture** properties in Jefferson, Orleans and Plaquemines Parishes.
**Pipeline terminal** and salt domes in Plaquemine Parish with River Batture, Pointe Coupee, Landry Parish

**Anti-trust market analyses and damage estimates** for retail gas stations, jewelry stores, animal food products and dessert food equipment.

**Subdivision analyses of single family houses or condominiums** in St. Tammany, Jefferson, Orleans, St. Bernard Parishes, East Baton Rouge and Harrison County Mississippi.

**Historic structures** in Orleans, East Baton Rouge and St. Tammany Parishes. French Quarter commercial and residential properties.

**Retail facilities** and restaurants in Jefferson**,** Orleans(including Antoines), St Tammany**.**

**Complex or retrospective appraisals of large tracts** of vacant land or wetlands in Jefferson, Orleans, East Baton Rouge, St. Tammany, St. Charles, Terrebonne, Lafourche, Calcasieu, and Cameron Parishes of Louisiana.

**Environmentally focused valuations** of properties in Orleans, East Baton Rouge, West Baton Rouge Jefferson, Plaquemines Parishes, St. Bernard, Bossier, Ouachita, Pointe Coupee Parishes of Louisiana.

**Partial Interest Estate Valuation of Large Estates** in St. Bernard, Orleans, Jefferson Parish, French Quarter, CBD, Warehouse District

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

### *Selected Appraisal Reviews in the Course of Litigation for RTC*

| | |
|---|---|
| **Office Buildings:** | Los Angeles; Dallas; Houston; Kansas City |
| **Condominiums:** | Honolulu; Vail, Co.; Idaho; Corpus Christi, Galveston & Dallas, Tex.; Washington, D.C.; New Orleans, Lafayette, and Baton Rouge, La. |
| **Office Parks:** | San Francisco, Ca.; Baton Rouge, La.; Lafayette, La. |
| **Hotels:** | Dallas, Tx.; Baton Rouge, La.; New Orleans, La.; Biloxi, Miss.; Lafayette, La. |
| **Large Tracts:** | Hilton Head, S.C.; New Orleans, La.; Baldwin Co., Ala. |

### *Valuations with Wetland Issues*

Jefferson Parish parcels inside and outside of the hurricane protection levees in the course of litigation in the Barataria Corridor.

Jefferson Parish parcel adjoining a proposed golf course within the hurricane protection levee as part of wetland 404 permit needs assessment.

Jefferson Parish parcels West of Lafitte-Larose Highway within the hurricane protection levee system (approximately 120 acres with mixed uses) in the course of litigation.

Master land plan and valuation of 3000 acres south of the V Levee in Jefferson Parish in the course of litigation involving the Environmental Protection Agency.

Marsh and swamp parcels in Lafourche, St. Charles, Jefferson, Cameron, Calcasieu, St. Mary, St. John and St. James and Terrebonne Parish.

Pipeline right of ways in Cameron, Calcasieu, West Baton Rouge, Terrebonne, St John, St James, Ascension Parish, East Baton Rouge, East Feliciana, Iberville, and St. Charles Parish.

Commercial parcels subject to levee takings and severance in St. Charles Parish, Jefferson, Orleans, Plaquemine.

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

### Articles on Environmental Externalities

Flower, P. and Ragas, W. "The Effects of Refineries on Neighborhood Property Values." Journal of Real Estate Research, Vol. 9, No. 3 (1994), 319-338.

Ragas W. and Flower, P. "Refineries and Neighborhood Housing Values." Texas Real Estate Center Technical Report 1018, Vol. 54, No. 4 (April 1994), 17 pages.

Ragas, W. and Speyrer, J. "Housing Prices and Flood Risk: An Examination Using Spline Regression." The Journal of Real Estate Finance and Economics, Vol. 4, No. 4 (December 1991), 395-407.

Ragas, W. and Loeb, D. "Impact of the Federal Wetlands Act on Real Estate." Texas Real Estate Center Technical Report 964 (January 1993).

Ragas, W. and Flower P. "Petroleum Refineries- Can Larger Site Buffers Limit Adjacent Property Value Impacts?" Professional Report of the Society of Industrial and Office Realtors (October 1994).

Ragas, W. and Loeb, D. "Wetland Determination from the Buyer's and Seller's Views." The Society of Industrial and Office Realtor Perspective, Vol. 38 (1993).

Ragas, W. and Argote, D. "Valuation of Office Buildings Containing Friable Asbestos." Environmental Watch, Chicago, Ill: Appraisal Institute (Spring 1991).

## Seminar

"Wetlands and the Effects on the Real Estate Industry" for the Louisiana Real Estate Commission, 1992 Statewide Seminar, 13 sites (national award as "Outstanding Seminar by a Mid-Sized State" awarded by National Association of Realtors.)

## Recent Studies: 1996-2006 with Environmental Externalities
### 1997-06
1. Land Use Master Plan for Jefferson Parish covering 9,000 acres of West Jefferson for Jefferson Parish
2. Chemical Plant Explosion and Residential Property Values in Sterlington, Louisiana.
3. Rain Induced Street Flooding and Property Valuation Impacts on the Lower Coast of Algiers for Lafayette Insurance

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### <u>1997-06 continued</u>

4. Residential Property Valuations and Proximity to an Existing EPA Approved Solid Waste Disposal Site.
5. Needs Assessment for Master Wetland Permit, 4200 acres in Jefferson Parish
6. Needs Assessment and Costs Benefit Analysis of the extension Hickory Blvd. in Jefferson Parish
7. Economic Needs, Market Demand and Land Use Plan for the Cortana Mall as part of the retroactive master wetland permit
8. Property Value Diminishment due to zoning restrictions of a Mississippi River Batture Parcel in Jefferson Parish
9. Property Value Diminishment Analysis of a Mississippi River Batture parcel in Jefferson Parish.
10. Housing Valuation Patterns in relation to a Cresote Plant in Bossier Parish, La
11. Industrial Canal Inner Harbor Lock and Neighborhood Property Values (1970-1997)
12. Industrial Canal Inner Harbor Lock and Neighborhood Property Values (1998&1999)
13. Master Land Plan with Zoning and Public Infrastructure recommendations for the Elmwood Industrial Park in Jefferson Parish
14. Analysis of Housing Values in relation to petrochemical facilities in Baton Rouge, La
15. Oil and Gas Exploration Facilities and nearby property values in Pointe Coupee, La.
16. A Master Wetland Permit Need Assessment for Barataria Corridor and 404C permit
17. Assessment of External Obsolescence in Algiers, La. related to refinery facility
18. Assessment of External Obsolescence in Bogalusa, La related to chemical facility explosion
19. Livingston Parish petrochemical waste disposal facility
20. Market Demand and Needs Assessment for 404C permit for a 500 Acre Golf Course Community known as Estelle Plantation in the Barataria Corridor of Jefferson Parish.
21. Market Demand, Opinion of Market Value and Land Plan for a Large Residential Tract within the Hurricane Protection System of Jefferson Parish for Dr. and Mrs. Zaslow.
22. Market Demand Analysis and Opinion of Market Value for Several Parcels along Barataria Blvd. in Jefferson Parish for several property owners.
23. Review of Consulting Opinions on Property Valuation Impacts for Residential Property near a superfund site in Livingston Parish.

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### *Recent Wetland Parcel  or Environmental Studies: 1996-2005 continued*

24. Neighborhood property value and parcel analysis for houses with foundation deficiencies in Jefferson Parish
25. Rigolets Partners vs BP , wetland valuation and restoration Jefferson/Lafourche
26. St Pierre Builders vs BP, grand isle, subdivision development and pipeline impacts
27. Effects of Oil spill, Post Katrina on single family and commercial property values in St Bernard Parish, Murphy Refinery

### *Pre 1996*

Studies of rain induced street flooding and property values (published)
Study of friable asbestos and office building value (published)
Explosion and plume effect on industrial property, West Baton Rouge
Petrochemical facilities and residential property values (published)
Multiple externalities and commercial land values in a CBD (published)

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

## Market Analysis Related Research

## Published Articles or Book Chapters

Book chapter author: "Office Market and Financial Feasibility Analysis." Handbook of Office Development. Urban Land Institute (1998, Chapter Two)

Ragas, W. "Vacancy in Space City: Houston's Office Scene." Tierra Grande, Texas A&M University, Vol. 2, No. 1 (Spring 1994).

Ragas, W; Lacho, K; Miestchovich, I.; Nebel, E.; and Ryan T. "Louisiana Superdome: Costs and Benefits 1975-1985." Economic Development Quarterly (August 1987) 222-239.

Ragas, W. and Miestovich, I. New Orleans and the Gulf South Market Analysis. Vol. I to XXI (1978 to 1995), UNO Real Estate Market Data Center (100+ page study covering Southeast Louisiana, Coastal Mississippi and Alabama, sold by subscription nationally).

Ragas, W. New Orleans and Gulf South Market Analysis. Vo1. XXII to XXXII (1996 to 2001)

Ragas, W. "New Orleans Metropolitan Area Market Conditions." Urban Land Institute Market Profiles (1993, 1994, 1995, 1996, 1997, 1998, 2000, 2001). Distributed nationally.

Ragas, W.; Ryan R. and Grissom, T. "Forecasting Office Space Demand and Office Space Per Worker Estimates." Professional Report of the Society of Industrial and Office Realtors. Vol. 51, No. 2 (March/April 1992).

Jay Brinkman, Senior Vice President for Research for the Mortgage Bankers of America a monograph entitled "An Estimate of the Costs of Hurricane Katrina to Single Family Residential Structures in Orleans Parish," February 2006.

## Seminars

"New Orleans Economy and Real Estate Market Forecast," 1991 to 2005 annually, 400-600 attendees.

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

"Real Estate Market Trends" for the Louisiana Real Estate Commission, 1994 and 1996. Statewide at 10 sites each year.

**Large Economic Impact Studies**

- Superdome 1975-1984 economic impact (published)
- Elmwood office industrial park expansion (1998), Jefferson Parish
- St. Charles International Airport (2004)
- Residential and commercial development in St. Charles Parish
- Master wetland permit for Jefferson Parish for 4,000 acres (2004)
- Hyatt/Jazz District redevelopment; $700 million project; city of New Orleans (2006)

**Unique Economic Analyses**

- Business interruption expenses for Canal Place and other businesses post-Katrina (2006)
- Market recovery analysis post-Katrina for financial services round table (2006)
- Assist Internal Revenue Service in creating a new casualty loss process for Hurricane Katrina (2006)
- Assist Greater New Orleans Inc. in recovery of the multi-family housing market (2005-2006)
- Assist in a redevelopment plan for the Treme neighborhood and Lafitte public housing community

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

### *Market Analysis: Indicative Consulting Opinions and Studies from 1992 to 2005*

- **Canal Place Mall, Millhouse and Marketplace Market Demand** Post Katrina

- **Land Use Plan** for 9,000 acres  and 500 acres in Jefferson and East Baton Rouge
- Solid Waste Disposal facility market demand and land plan for 2000 acres

- **1,200  and 2400 acre Vacant Marshland and Wetland Parcels** for recreational, nature and housing in Jefferson Parish

- **Cortana Mall** in Baton Rouge market demand analysis

- **UNO Research Park Land Plan, Zoning Analysis, Market Demand** for lodging.
  **Analysis of Hickory Avenue Extension** on the Elmwood Industrial Park

- **Housing Demand** related to the siting of a new Causeway Bridge across Lake Pontchartrain.

- **Office Market Forecast in the New Orleans CBD** for an Owner of Several Class A Office Towers, recurring analyses for others

- **Market Analysis and Financial Feasibility**  for a Collection of Apartment and Hotel Properties in the New Orleans CBD, French Quarter and Warehouse District for a major developer/owner

- **Apartment Property Foregone Business Profit** in Metairie. Condominium and commercial mixed use projects in the French Quarter.

- **Mixed Use Commercial and Residential Developments** in Western St. Tammany market, financial feasibility and valuation on three projects

- **River Batture** in Orleans Parish (and Valuation Opinion), Jefferson,Plaquemine.

- **Identification of Large Vacant Parcels Suitable for Industrial Development** in Jefferson, Orleans, St. Bernard and Plaquemines Parishes (approximately 20,000 acres analyzed.) for the Louisiana Department of Economic Development

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

**Market Analysis, Appraisal Reviews and Underwriting Standards Violations Analysis** for the Resolution Trust Corp. and the FDIC for Properties in 10 States Covering Over $1 Billion in Assets Under Litigation Involving Several Financial Institutions (1987-93)

**Batture and land side usage, market demand for a pipeline and terminal facility** in Plaquemines Parish including opinion of market value.
**Salt dome and subsurface storage** facilities in St Landry, Pointe Coupee and Plaquemine
**Parking garage market studies and feasibility analysis**, French Quarter of New Orleans
**Multifamily feasibility and market studies** in Orleans, Jefferson, St Charles, post Katrina in Orleans, St Tammany

**Subdivision Financial Feasibility, Valuation and Market Analyses** in Southeast La.

**Market Analysis and Land Use Recommendations** for the remainder of the Elmwood Office Industrial Park in Jefferson Parish

## *Pre 1992 Studies to 1971*

Market and financial analyses of apartments, condominiums, office buildings and single-family developments in New Orleans area, Mississippi Gulf Coast, Houston, Iowa, Illinois, Minnesota, Michigan, Ohio, Texas/Mexican border, Kentwood, La.

# SUMMARY OF CREDENTIALS

## <u>Wade R. Ragas</u>

## Technology Oriented Services

## Peer Reviewed Publications

Ragas, Wade R. "Operant Conditioning- Application Problems of the Technology to Business Organizations." <u>Bulletin of Research</u>, (October 1974), Columbus, Ohio: Ohio State University.

Ragas, W. and Richard, Golden. "Digital Convergence and Technological Chance in Commercial Real Estate." <u>Professional Report of SIOR</u>, (Fall 1997).

## Practitioner Peer Review

Ragas, Wade R. "Research/Technology Parks and the Role of Universities." <u>Journal of the National Association of Research Parks</u>, (Summer 1991).

Ragas, Wade. "University-Related Research Parks – Business Center for the 90's and Beyond." <u>Professional Report of Society of Industrial and Office Realtors</u>, Vol. 50, No. 4, (1991), 7-9.

Ragas, Wade R. and Wyatt, J. "Residential Energy Capitalization Technique and Single-Family Home Underwriting." <u>Real Estate Appraiser</u>, (January 1978), 13-16.

## *Software Commercial Copyrights*

Ragas, Wade R and Trinh, Thong. New Orleans Housing History and Appraisal Data Service, CD Rom, Visual Basic, 1998 (copyrighted) and leased to subscribers.

Ragas, Wade R. and Wong, Julio. Internal housing record support software in Visual Basic 1998.

Ragas, Wade R. and Fatemi, Farshad. REDS, a commercial property database and analysis written in DBASE, 1994.

Ragas, Wade R. and Richard, Golden. Copyrighted software: Comps-Extract, a single family appraisal and data management program written in C, 1989.
Ragas, Wade R. and Richard, Golden. Copyrighted software: CPS, a commercial

# SUMMARY OF CREDENTIALS

## **Wade R. Ragas**

property database and analysis program written in C, 1989. Modified 1992, 1994, 1997

Ragas, Wade R.  Copyrighted software UNO COMPS, New Orleans Housing History, supporting data entry, editing and geocoding software written in Visual Basic 5. 1998. Technologically Advanced or Complex Presentations

Host and producer of Real Estate Trends, Public Television show, monthly 1996-97.

# SUMMARY OF CREDENTIALS

## Wade R. Ragas

### *Educational Multimedia/Technically Complex Presentations*

Instructor and designer of three semester length television video courses each having 400 to 550 PowerPoint visuals for a real estate principles, real estate investments real estate finance courses broadcast three times per year since 1997 to students in seven parishes.

Thirty hour Residential Post Licensing Course delivered by video statewide, three four hour continuing education seminars delivered statewide, registration and testing by internet

Two ten-city presentations of Digital Technology and Real Estate (1998) and Property Management (1999) using a multimedia computerized portable presentation system.

Numerous presentations with complex visuals before domestic and foreign groups of 20 to 500 persons.
Teleconference educational offering for the appraisal institute on Post Katrina valuation issues for 350 persons-April 2006

Developed CD ROM housing databases and software covering 300,000 housing transactions with complete physical attribute descriptions and geocoding

Author, designer and producer of subscription publication for real estate professionals sold nationally semi-annually from 1980 to 1999 with primary data covering 10,000 houses, 50,000 apartments, 50 million feet of warehousing, 30 million feet of retail and 30 million feet of office space.

Courtroom testimony in Federal District Court, parish district court using computer projection technology

Testimony before U.S. Senate Select Committee on Immigration, Louisiana legislative committees, Louisiana Board of Tax Appeals, parish councils, city councils, zoning boards, RTC advisory committee

# Wade R. Ragas Court Testimony

## 1995 – 2006

1. Cousins vs Realty Ventures
   24th Judicial District, Jefferson
   *Office Building and Foregone Income
2. Lafourche Levee Basin District vs Texaco
   *Deposition on Wetland Valuation and Externalities(settled)
3. Various plaintiffs  vs Browning Ferris Industries and
   New Orleans Sewer and Water Board(St. Bernard, settled)
   *  Property Damages & Environmental Issues
4. Hoy vs Texaco
   24th Judicial District, Jefferson
   * wetland valuation and externalities(settled)
5. *Maynard vs. Jefferson Parish*
   24th Judicial District, Jefferson Parish
   *Regulatory Taking
6. Issac and Christina vs. United States (Dept. of Interior)
   Federal District Court, New Orleans
   *Eminent Domain and Regulatory Taking*
7. N.O. Aviation Board vs. Franklin-Southland Printing
   24th Judicial District, Jefferson Parish
   *Eminent Domain of a Leasehold
8. West Jefferson Levee District vs. Dr. & Mrs. Zaslow
   24th Judicial District, Jefferson Parish
   *Eminent Domain
9. Saden et al vs. Kirby
   Civil District Court of New Orleans
   *Environmental Damages by Flooding*
10. Crepel et al vs. United States (Environmental Protection Agency)
    Federal Claims Court 91-12626 (settled)
    *Regulatory Taking
11. West Jefferson Levee District vs. Coast Quality Construction et al
    24th Judicial District, Jefferson Parish (No. 384-086)
    a.  Fifth Circuit Court of Appeal (No. 92-CA-00506
    b.  Louisiana Supreme Court (No. 93-C-1718)
12. Newport LTD vs. Sears Roebuck
    Eastern Federal District Court, New Orleans (No. 86-2319)
    *Property Damages
13. Jefferson Highway District No. 1 (Kenner) vs. Marie G. Krantz
    24th Judicial District, Jefferson Parish
    *Eminent Domain
14. Chevron Pipeline vs. Bertha Coleman Riley et al

24th Judicial District, Plaquemines Parish
    *Eminent Domain
15.   Monteleone et al vs. Pontchartrain Levee District, St. Charles Parish, 2000
16.   Various claimants vs. Combustion Engineering
      U.S. Western Federal District of Louisiana (settled)
        *Environmental Issues
17.   Tessier et al vs Moffatt et al, Eastern Federal District Court, New Orleans
        *Limited Partnership Damages (deposition)settled
18.    Various claimants vs Joslyn Industries, Bossier La.
19.     Deposition (settled) property damages & Environmental Issues
    various claimants vs IMC Global, Sterlington, La
20.   Deposition (settled) Property Damages & Environmental Issues
    Terrebonne School Board vs Columbia Gas Pipeline
        Deposition, Eastern Federal District Court
          *Property Damages & Environmental Issues (Dismissed)
21. Rigolets Partners vs BP, settled 2005
22.CAA associates vs US Dept of Housing and Urban Development,trial 2006
23. Williams Cos vs Matilda Grey et (pipeline ROW, Calcasieu, Fed Dist, 2004)
24.  Geurcio vs City of New Orleans, roadway condemnation and sale, Orleans Civil
Dist,trial 2006
25.  Shell Pipeline Co. and a 73 mile pipeline with 256 parcel acquisitions settled without
trial 2005, 2006
26.  Class plaintiffs vs. various defendants for chemical explosion in Bogalusa(Gaylord
Chemicals , Louisiana (2003)
27.  Class plaintiffs vs. Murphy Oil Co. (settled without trial 2007)
28.  HRI various various defendants construction malpractice, Orleans parish

**Anti-Trust Economic Analyses**
**Federal Eastern District of Louisiana Court**

29.   Mexic Bros. vs. Zales, 1980 (settled)(breach of contract and anti trust)  Fed District
Court
30.   Exxon vs. Gulf Oil, 1983 (settled) (anti trust) Settled Fed Dist court
31.   Exxon vs. Berwick Oil, 1984 (anti trust) Federal Dist Court
32.   Snow Wizard vs. Scontrino, 1985(anti trust) Fed Dist court
33.   Purina Mills vs. a distributor, 1989 (settled) anti trust Fed Dist court

**Business Valuation**

34.  Real Estate Brokerage, 1989, Baton Rouge Civil District Court
35.  Real Estate Developer, 1989, Orleans Parish Civil District Court
36.  Real Estate Broker, 2000, St. Tammany, La.
37.  Real Estate Developer, 2002, St. Tammany, La.

**Real Estate Eminent Domain**

38.  State of Louisiana vs. Delahousaye et al
39.  Orleans District Court
     Various other taking cases settled before trial or after deposition in Jefferson Parish

**Board of Director Responsibilities and
Appraisal Practices for RTC Litigation**

**RTC or FDIC as Plaintiff vs the Board of Directors or Appraisers.:**

40.  Security Homestead (settled)
41.  Sunbelt Federal Savings (settled)
42.  Twin Cities Federal Savings (settled)
43.  Acadian Federal Savings (settled)
44.  Crescent Federal Savings (settled)