UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass., No. 06-5127) | * | |
|    (Bourgeois, 06-5131) | | |
|    (Sims, 06-5116) | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE KNOLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 78.1E**

**Now into Court**, through undersigned counsel, comes Plaintiffs, Elizabeth H. and William Keith DePass, IV, et al (06-5127), Leslie Sims, Jr., et al (06-5116), and Linda C. and Arnold F. Bourgeois, et al to request oral argument on Sewerage & Water Board's Motion for Judgment (Doc No **8893**), and Motions to Dismiss (Docs No **9007** and **9009**)

Plaintiffs believe oral argument would assist the Court to decide the Sewerage and Water Board of New Orleans's motions.

Wherefore, the Plaintiffs request this Court to grant oral argument on defendant's motions for judgment and to dismiss on January 9, 2008, at 9:30 a.m., or as the Court may otherwise order.

        Respectfully submitted,

        /s/ William C. Gambel
        WILLIAM C. GAMBEL, Bar # 5900
        MILLING BENSON WOODWARD, LLP
        909 Poydras Street, Suite 2300
        New Orleans, LA 70112
        Telephone: (504) 569-7210
        wgambel@millinglaw.com

JOHN J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

W368522

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 31st day of December, 2007.

        /s/ William C. Gambel
        William C. Gambel

W368522