UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | CIVIL ACTION |
| | | NO. 05-4182 |
| PERTAINS TO: BARGE | | and consolidated cases |
| *Boutte v. Lafarge* | 05-5531 | SECTION "K" (2) |
| *Mumford v. Ingram* | 05-5724 | |
| *Lagarde v. Lafarge* | 06-5342 | JUDGE |
| *Perry v. Ingram* | 06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | MAGISTRATE |
| *Lafarge v. USA* | 07-5178 | JOSEPH C. WILKINSON, JR. |

## ZITO'S PRELIMINARY EXPERT WITNESS LIST

**NOW COMES,** Zito Fleeting, LLC and Zito Fleeting, Inc. (Zito), through undersigned counsel, who may call the following:

1. Edward L. Shearer, P.E.
   Shearer & Assoc.
   3663 NASA Road One #608
   Seabrook, TX

   Mr. Shearer may testify about industry standards regarding movement, transportation and mooring arrangements/responsibilities for barges at third party fleets and wharves.

2. Captain John F. Whiteley
   P. O. Box 342
   St. Albans, WV
   www.whiteleyglobal.com

        Captain Whiteley may testify about maritime regulations and industry standards regarding movement, transportation and mooring arrangements/responsibilities for barges at third party fleets and wharves;

3. Any and all others experts that may be needed regarding issues relative to maritime activities, the cause of the floodwall breach, flood modeling, computer or other simulations, nature and extent of damages, causation, and any other relevant issues;

4. For purposes of Case Management and Scheduling Order No. 5, Zito and Lafarge comprise the "Barge Interests" category of parties in this matter. In accordance with Sec. (F)(1)(f) of the Case Management Order, Zito is submitting this list of experts with the intent to avoid duplicating experts in fields of expertise that Zito understands will be identified in Lafarge's list of experts.

5. Active discovery is ongoing and Zito reserves the right to supplement and amend this list in accordance with law and court order.

        Respectfully submitted,

        **/s/ C. William Emory**
        ANDRÉ J. MOULEDOUX (LA Bar #9778)
        C. WILLIAM EMORY (LA Bar #20179)
        MOULEDOUX, BLAND, LEGRAND &
        BRACKETT, L.L.C.
        701 Poydras Street, Suite 4250
        New Orleans, LA 70139
        Telephone: (504) 595-3000
        Facsimile: (504) 522-2121
        Email: bemory@mblb.com
        Attorneys for Zito Fleeting, L.L.C. and
        Zito Fleeting, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of December, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification,

facsimile transmissions, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

**s/C. William Emory**