| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO: ROAD HOME<br>Louisiana State C.A. No. 07-5528 | MAG. WILKINSON |

## INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Defendant, Security Plan Fire Insurance Company, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

/s/ THOMAS H. HUVAL
**THOMAS H. HUVAL** (#21725)
Stephen C. Aertker, Jr. (#24929)
Stefini W. Salles (#25857)
Christian A. Shofstahl (#27080)
HUVAL VEAZEY FELDER AERTKER
& RENEGAR, L.L.C.
532 East Boston Street
Covington, Louisiana 70433
Telephone: (985) 809-3800
Facsimile: (985) 809-3801
**Counsel for Security Plan Fire Insurance Company**