# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

FILED
07 DEC 31 PM 2:00
LORETTA G. WHYTE
CLERK
07-4906

SECT. K  MAG. 2

**SUMMONS IN A CIVIL CASE**

PERTAINS TO:
LEVEE AND MRGO

CASE NUMBER: 05-04182   K(2)
& CONSOLIDATED CASES

David Anderson, et al
vs.
United States of America, et al

TO:
**JAMES LETTEN**
**UNITED STATES ATTORNEY**
**U.S. DEPARTMENT OF JUSTICE,**
**EASTERN DISTRICT OF LOUISIANA**
**500 POYDRAS STREET, 2ND FLOOR**
**HALE BOGGS FEDERAL BUILDING**
**NEW ORLEANS, LA 70130-3319**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**A.J. REBENNACK**
**2202 AVENUE B**
**METAIRIE, LA 70001**

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK    LORETTA G. WHYTE            DATE    AUG 2 8 2007

(BY) DEPUTY CLERK  C. Bourgeois

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

(BY) DEPUTY CLERK

## RETURN OF SERVICE

DATE 12/28/07

Service of the Summons and Complaint was made by me [1]

Name of SERVER (PRINT): MARY MCMAHON

TITLE: PARALEGAL

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/28/07
             *Date*

Signature of Server

Address of Server: 2202 Avenue B
Metairie, La 70001

# Albert J. Rebennack
Attorney at Law

Phone: (504) 782-0512
Fax: (504) 831-1203

2202 Avenue B
Metairie, LA 70001

New Orleans,
Westbank and Houma
Offices by Appointment

September 24, 2007

**VIA HAND DELIVERY AND CERTIFIED MAIL**
JAMES LETTEN
UNITED STATES ATTORNEY
U.S. DEPARTMENT OF JUSTICE,
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, 2ND FLOOR
HALE BOGGS FEDERAL BUILDING
NEW ORLEANS, LA 70130-3319

   *Re:*  *David Anderson, et al, et al vs. United States of America, et al*
      *Civil Action, No. 07-4906 "K" (2)*
      *In Re: Katrina Canal Breaches Consolidated Litigation*

Dear Sir or Madam:

  Please be advised you have been formally served.

                    Sincerely,

                    A. J. Rebennack

AJR/mkm
Enclosure





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Letten USAOT
500 Poydras St.
2nd Floor Hale Boggs
New Orleans, LA 70130-3319

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S. Dean / 1/28/08

Anderson

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0002 6014 4706

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7006 2760 0002 6014 4706

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To James Letten USAOT
Street, Apt. No.; or PO Box No. 500 Poydras St. 2nd Floor Hale Boggs
City, State, ZIP+4 New Orleans, LA 70130-3319

Anderson



James Letten USADJ
500 Poydras St,
2nd Floor Hale Boggs
New Orleans, La 70130-3319