AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

2007 DEC 31 PM 1:59

LORETTA G. WHYTE
CLERK

07-4906

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

SECT. K MAG. 2

SUMMONS IN A CIVIL CASE

PERTAINS TO:
LEVEE AND MRGO

CASE NUMBER: 05-04182 K(2)
& CONSOLIDATED CASES

David Anderson, et al
VS.
United States of America, et al

TO:
The United States of America, Department of the Army
Corps of Engineers
Robin D. Smith
US Department of Justice; Torts Branch; Civil
Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | | DATE |
|---|---|---|
| LORETTA G. WHYTE | | AUG 2 8 2007 |

C. Bourgeois

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

(BY) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]   DATE 9/27/07

Name of SERVER (PRINT)  MARY MCMAHON         TITLE  PARALEGAL

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/17/07
              *Date*

Signature of Server

2202 Avenue B
*Address of Server*
METAIRIE, LA 70001

# Albert J. Rebennack
Attorney at Law

Phone: (504) 782-0512
Fax: (504) 831-1203

2202 Avenue B
Metairie, LA 70001

New Orleans,
Westbank and Houma
Offices by Appointment

September 24, 2007

**VIA CERTIFIED MAIL**
The United States of America, Department of the Army Corps of Engineers
Robin D. Smith
US Department of Justice; Torts Branch; Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

    ***Re:***    ***David Anderson, et al, et al vs. United States of America, et al***
                ***Civil Action, No. 07-4906 "K" (2)***
                ***In Re: Katrina Canal Breaches Consolidated Litigation***

Dear Sir or Madam:

Please be advised you have been formally served.

Sincerely,

A. J. Rebennack

AJR/mkm
Enclosure



**Certified Mail Receipt**

Tracking Number: 2760 0002 6014 4713

**PS Form 3811, February 2004 — Domestic Return Receipt**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robin D Smith
   US Dept of Justice
   P.O. Box 888
   Washington, DC 20044

2. Article Number: 7006 2760 0002 6014 4713

3. Service Type: ☒ Certified Mail

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X Anderson
B. Received by (Printed Name): Dec 03 2007
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

4. Restricted Delivery? (Extra Fee) ☐ Yes

102595-02-M-1540

Robin D. Smith
US Dept Justice
Benjamin Franklin Sta
P.O. Box 888
Washington DC 20044

7006 2760 0002 6014 4713

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Phone: (504) 782-0512
Fax: (504) 831-1203

# Albert J. Rebennack
Attorney at Law

2202 Avenue B
Metairie, LA 70001

New Orleans,
Westbank and Houma
Offices by Appointment

December 17, 2007
~~September 24, 2007~~

**VIA CERTIFIED MAIL**
**The United States of America, Department of the Army Corps of Engineers**
Robin D. Smith
US Department of Justice; Torts Branch; Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

      **Re:** *David Anderson, et al, et al vs. United States of America, et al*
           *Civil Action, No. 07-4906 "K" (2)*
           *In Re: Katrina Canal Breaches Consolidated Litigation*

Dear Sir or Madam:

    Please be advised you have been formally served.

                                    Sincerely,

                                    A. J. Rebennack

AJR/mkm
Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBIN D SMITH; US DEPT OF
JUSTICE, TORTS BRANCH;
CIVIL DIV. BENJAMIN
FRANKLIN STATION
P.O. BOX 888
WASHINGTON, DC 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   DEC 20 2007   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

KATRINA/ANDERSON

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0003 7228 0951

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Mailed on December 17, 2007 Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.32 |

KATRINA/CLOSE

Sent To: Robin D. Smith, US Dept. of Justice
Street, Apt. No.; or PO Box No.: P.O. Box 888
City, State, ZIP+4: WASHINGTON, DC 20044

PS Form 3800, August 2006   See Reverse for Instructions

7006 3450 0003 7228 0951

2202 Avenue B
Metairie, La 70001

Katrina

Karen O. Smith, US Dept of Just, Ci
P.O. Box 888
WASHINGTON DC 20044

KATRINA/CLOSE

US Department of Justice, Torts
Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

7006 3450 0003 7228 0951
7006 3450 0003 7228 0951

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $
Postmark Here

PS Form 3800, August 2006   See Reverse for Instructions

$05.320
1604
060405
1980 MAILED FROM METAIRIE LA 70001
PB871958407
17 DEC
UNITED STATES POSTAGE