UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: K<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br>INSURANCE: 06-10499 (Weese) | MAGISTRATE: 2<br>MAG. JOSEPH C. WILKINSON, JR. |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Darren Weese, and defendant, Massachusetts Bay Insurance Company (incorrectly sued herein as The Hanover Insurance Company), who, pursuant to a settlement agreement executed by plaintiff, Darren Weese, and defendant, Massachusetts Bay Insurance Company, jointly move this Court for the entry of an Order of Dismissal, dismissing the captioned lawsuit therein, and all claims with prejudice, each party to bear their own costs.

Respectfully Submitted:

s/ Bruce Betzer
BRUCE BETZER, La. Bar # 26800
THE LAW OFFICE OF BRUCE C. BETZER
3500 N. Causeway Blvd., Suite 1442
Metairie, La. 70002
Telephone: (504) 832-1984
Email:     bbetzer@nbglaw.com
**Attorney for Plaintiff, Darren Weese**

And

s/LaDonna G. Wilson
**LADONNA G. WILSON, T.A., La. Bar # 28814
RALPH S. HUBBARD, III, La. Bar. # 7040
SETH A. SCHMEECKLE, La. Bar #27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
4313 Bluebonnet Boulevard, Suite B
Baton Rouge, La. 70809
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
email:   lwilson@lawla.com
         sschmeeckle@lawla.com
         rhubbard@lawla.com
**Attorneys for Massachusetts Bay Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2008 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

rhubbard@lawla.com                bbetzer@nbglaw.com
sschmeeckle@lawla.com
lwilson@lawla.com

by operation of the court's electronic filing system.

s/LaDonna G. Wilson
**LaDonna G. Wilson, T.A., La. Bar No. 28814
Seth A. Schmeeckle, La. Bar No. 27076
Ralph S. Hubbard III, La. Bar No. 7040
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
4313 Bluebonnet Boulevard, Suite B
Baton Rouge, La. 70809
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195
e-mail:      lwilson@lawla.com
             rhubbard@lawla.com
             sschmeeckle@lawla.com

2