AO 440 (Rev. 10/93) Summons in a Civil Action         *Return*

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

JOAN BERENSON AND BPH REAL ESTATE, L.L.C.

### V.

UNITED STATES OF AMERICA, BOARD OF
COMMISSIONERS OF ORLEANS LEVEE DIST.,
BOARD OF COMMISSIONERS OF THE EAST
JEFFERSON LEVEE DISTRICT, SEWERAGE AND
WATER BOARD OF NEW ORLEANS, ST. PAUL FIRE &
MARINE INS. CO., NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, BOARD OF
COMMISSIONER FOR THE PORT OF NEW ORLEANS,
CSX CORPORATION, CSX TRANSPORTATION, INC.
& THE PUBLIC BELT RAILROAD COMMISSION FOR
THE CITY OF NEW ORLEANS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07-49941**

**SECT. K MAG 2**

TO:   UNITED STATES OF AMERICA
      Through its Registered Agent:
      Jim Letten, U.S. Attorney
      500 Poydras Street, Suite B-210
      New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                              AUG 2 9 2007

_____       _____
CLERK                                         DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/26/07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Randy Salazar | Court Runner |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: _Anny Seared_ _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12/26/07__
*Date*

_Signature of Server_

909 Pydras St, Floor 27 New Orleans, LA 70112
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.