# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE, MRGO, RESPONDER, BARGE | § | |
| | § | |
| (05-4181, 06-1885, 06-2268, 06-2346, 06-2824 | § | |
| 06-3552, 06-4024, 06-4634, 06-5042, 06-5116 | § | |
| 06-5118, 06-5127, 06-5128, 06-5131, 06-5132 | § | |
| 06-5134, 06-5137, 06-5140, 06-5142, 06-5159 | § | |
| 06-5161, 06-5163, 06-5260, 06-5307, 06-5771 | § | |
| 06-5851, 06-6099, 06-8708, 07-0206, 07-0621 | § | |
| 07-0647, 07-1113, 07-1271, 07-1284, 07-1285 | § | |
| 07-1286, 07-1288, 07-1289, 07-2771) | § | |
| _____ | § | |

## MOTION TO WITHDRAW AS COUNSEL

Defendants United States of America and the United States Army Corps of Engineers respectfully request that Tara A. Bowman, Trial Attorney for the United States Department of Justice, be withdrawn as counsel of record in the above-captioned actions.

1

This request to withdraw is respectfully submitted,

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        C. FREDERICK BECKNER
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ TARA A. BOWMAN
        TARA A. BOWMAN
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: January 2, 2008

CERTIFICATE OF SERVICE

    I, Tara A. Bowman, hereby certify that on January 2, 2008, I served a true copy of the United States' Motion to Withdraw as Counsel upon all parties by ECF.

                       s/   Tara A. Bowman
                        TARA A. BOWMAN