## GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
BRENDAN P. DOHERTY
DANIEL G. RAUH
COLETTE A. SALTER
RACHEL G. WEBRE
JASON D. BONE[3,4]
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER
DAVID B. WILSON
AMANDA B. RIZZO
MICHAEL D. CANGELOSI
TARA E. CLEMENT
KELLEY W. STRAIN
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
    ALISTAIR M. WARD

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800

TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ALSO ADMITTED IN FLORIDA

Writer's E-Mail Address:
LMCALOON@GLLLAW.COM
Direct Line: (504) 654-1313

December 28, 2007

Loretta G. Whyte, Clerk of Court
U.S. District Court - Eastern District of LA
500 Poydras Street, Room C-151
New Orleans, LA 70130

    Re:    **Katrina Canal Breaches Consolidated Litigation**
           **Pertains to: Insurance**
           **USDC, EDLA Civil Action No.: 05-4182**
           **Reference:** *Schully*, **No. 06-8504**

Dear Ms. Whyte:

   We are sending this letter to formally request that:

**ROBERT I. SIEGEL
LEO R. MCALOON, III
DANIEL G. RAUH**

and our law firm, Gieger, Laborde & Laperouse, LLC, be taken off the "Distribution List" in the above referenced matter. Our client in the above referenced matter, defendant **Lexington Insurance Company**, has been dismissed from this lawsuit, and we therefore no longer require being notified or noticed with any court matters and/or appellate court matters whether by mail, telephone, fax, e-mail or certified mail.

   By copy of this letter, we are notifying all known counsel of record.

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Clerk of Court
December 28, 2007
Page 2

    If you should have any questions, please do not hesitate to contact me.

                                                Respectfully submitted,

                                                Leo R. McAloon, III

LRM/kah
cc:    Joseph S. Piacun