UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aaron No. 06-4746 _____ | * * * * | JUDGE:   DUVAL |
| BONNIE C. & TYRONNE POLK VERSUS ALLSTATE INSURANCE COMPANY | * * * * * | MAGISTRATE:   WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT LIMITED MOTION, ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes, BONNIE C. & TYRONNE POLK, Plaintiffs herein, and Defendant, ALLSTATE INSURANCE COMPANY, through their counsel of record, all parties at interest herein and who stipulate and agree that all claims of Plaintiff in the above numbered and entitled cause of the original complaint be dismissed, without prejudice, each party to bear its own costs of court.

Respectfully submitted,

/s/ Jim S. Hall
JIM S. HALL (#21644)
Attorney for Plaintiff
800 N. Causeway Blvd., #100
Metairie, LA 70001
(504) 832-3000
jim@jimshall.com

/s/ H. Minor Pipes, III
H. MINOR PIPES, III (#
BARRASSO, USDIN, KUPPERMAN,
 FREEMAN & SARVER, LLC.
Attorney for Defendant Allstate Insurance Co.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
(504) 589-9726
mpipes@barrassodin.com