UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAUREEN ANCAR AND MARK BARNES, et al** | * | **CIVIL ACTION NO. 07-4853** |
| **v.** | * | |
| | * | **SECTION "K"** |
| **STATE FARM COMPANIES, et al** | * | |
| | * | **MAGISTRATE "2"** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT LIMITED MOTION, ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes FRANK WOODS, Plaintiff herein, and Defendant, State Farm and Casualty Company, through their counsel of record, all parties at interest herein and who stipulate and agree that all claims of Plaintiffs in the above numbered and entitled cause of the original complaint be dismissed, without prejudice, each party to bear its own costs of court.

Respectfully submitted,

| | |
|---|---|
| /s/ Jim S. Hall | /s/ Charles L. Chassaignac, IV |
| JIM S. HALL (#21644) | CHARLES L. CHASSAIGNAC, IV (20746) |
| Attorney for Plaintiff | PORTEOUS, HAINKEL & JOHNSON |
| 800 N. Causeway Blvd., #100 | Attorneys for Defendant State Farm Fire |
| Metairie, LA 70001 | and Casualty Company |
| (504) 832-3000 | 343 Third Street, Ste. 202 |
| jim@jimshall.com | Baton Rouge, LA 70801 |
| | (225) 383-8900 |
| | cchassaignac@phjlaw.com |