UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAUREEN ANCAR AND MARK BARNES, et al** | * | **CIVIL ACTION NO. 07-4853** |
| | * | |
| v. | * | |
| | * | SECTION "K" |
| **STATE FARM COMPANIES, et al** | * | |
| | * | |
| | * | MAGISTRATE "2" |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiff, BONNIE C. and TYRONNE POLK, against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**