UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO:                                     SECTION "K"(2)
*DePass*      C.A. No. 06-5127
*Sims*        C.A. No. 06-5116
*Bourgeois*   C.A. No. 06-5131

## ORDER

Pursuant to the Court's previous order of November 21, 2007, (Doc. 9190) wherein the Court had denied oral argument on the Motions to Dismiss filed by the Sewerage and Water Board of New Orleans (Docs. 8893, 9007, and 9009),

**IT IS ORDERED** that the Requests for Oral Argument concerning the Motions to Dismiss (Doc. 10006) is **DENIED**.

New Orleans, Louisiana, this  2nd  day of January, 2008.

STANWOOD R. DUVAL, JR.

UNITED STATES DISTRICT COURT JUDGE