**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION
_____          NO.05-4182

PERTAINS  TO:    LEVEE:  PITTMAN V. USA            SECTION "K"(2)
                 07-2771

### ORDER

      **IT IS ORDERED** that oral argument originally scheduled January 9, 2008, at 9:30 a.m.

regarding  the United States of America's Motion to Dismiss (Doc. 8042) is **RESET   on**

**JANUARY 16, 2008, at 9:30 a.m.**,  before Judge Stanwood  R. Duval, Jr.

      New Orleans, Louisiana, this ____2nd____ day of  January, 2008.

_____
      HON. STANWOOD R. DUVAL, JR.
      UNITED STATES  DISTRICT JUDGE