UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | JUDGE: DUVAL |
| | | MAGISTRATE: WILKINSON |
| PERTAINS TO: | | |
| INSURANCE: *Aaron*, 06-4746 | | |

* * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiff Sandra Lynn are dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this  2nd  day of _____January_____, 2007.

**DENIED**

It is unclear from the motion as filed whether there is any opposition to the motion by the appropriate defendant, thus, the motion is denied as it is improperly filed.

_____
UNITED STATES DISTRICT JUDGE