## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH AGUILAR, III, et al** | * | **CIVIL ACTION NO. 07-4852** |
| **v.** | * | **SECTION "K"** |
| **ALEA LONDON LIMITED, et al** | * | **MAGISTRATE "2"** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT LIMITED MOTION, ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come DAWN and SETH HUTH, Plaintiffs herein, and Defendant, Allstate Insurance Company, through their counsel of record, all parties at interest herein and who stipulate and agree that all claims of Plaintiffs in the above numbered and entitled cause of the original complaint be dismissed, without prejudice, each party to bear its own costs of court.

Respectfully submitted,

/s/ Jim S. Hall
JIM S. HALL (#21644)
Attorney for Plaintiff
800 N. Causeway Blvd., #100
Metairie, LA 70001
(504) 832-3000
jim@jimshall.com

/s/ H. Minor Pipes, III
H. MINOR PIPES, III (#24603)
BARRASSO, USDIN, KUPPERMAN,
 FREEMAN & SARVER, LLC.
Attorneys for Defendant Allstate Insurance Co.
909 Poydras Street, Suite 2400
New Orleans, LA 70112
(504) 589-9726
mpipes@barrassousdin.com