UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH AGUILAR, III, et al** | * | **CIVIL ACTION NO. 07-4852** |
| **v.** | * | **SECTION "K"** |
| **ALEA LONDON LIMITED, et al** | * | **MAGISTRATE "2"** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiff, DAWN and SETH HUTH, against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE