## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES** * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** * | |
| _____ * | **NUMBER 05-4182** |
| * | **& CONSOLIDATED CASES** |
| **THIS DOCUMENT RELATES TO** * | |
| **LEVEE:  07-5184 (Rault Resources, Inc.)** * | **SECTION "K"** |
| * | |
| * | **JUDGE DUVAL** |
| * | |
| * | **MAGISTRATE WILKINSON** |
| * * * * * * * * * * * * * * * * * * * * * * *  * | |

## MOTION PURSUANT TO F.R.CIV.P. 12(B)(6) TO DISMISS

Now into Court, through undersigned counsel, comes defendant the Sewerage and Water Board of New Orleans to move this Court to dismiss plaintiff's Complaint under F.R.Civ.P. 12(b)(6).  The Complaint, filed on August 29, 2007, alleging negligence and fault against the Sewerage and Water Board of New Orleans, as well as others, for flooding and the resulting damages following Hurricane Katrina, is prescribed as against the Sewerage and Water Board of New Orleans.  The Sewerage and Water Board of New Orleans is therefore entitled to an Order dismissing plaintiff's Complaint as against the Sewerage and Water Board of New Orleans with prejudice.  The Sewerage and Water Board of New Orleans submits a memorandum in support of this motion.

Wherefore, defendant Sewerage and Water Board of New Orleans prays that after due proceedings are held, that this Court grant its motion and dismiss plaintiff's claims against the Sewerage and Water Board of New Orleans pursuant to F.R.Civ.P. 12(b)(6), with prejudice and at plaintiff's cost.

Respectfully submitted,

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR. - #18299, T.A.**
**KEVIN R. TULLY - #1627**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585-2242
Facsimile: (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS

## C E R T I F I C A T E

I do hereby certify that on the 2nd day of January 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
CHARLES M. LANIER, JR.
KEVIN R. TULLY

CK_DOCS 390568v1