# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO<br>LEVEE:  07-5184 (Rault Resources, Inc.)<br><br>* * * * * * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NUMBER 05-4182<br>& CONSOLIDATED CASES<br><br>SECTION "K"<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## NOTICE OF MOTION

Please take notice that defendant Sewerage and Water Board of New Orleans will bring on for hearing its motion under F.R.Civ.P. 12(b)(6) to dismiss the above-captioned matter before the Honorable Stanwood R. Duval, Jr., on the 23rd day of January 2008, at 9:30 a.m., at the United States District Court House for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana  70130.

You are invited to participate as you may deem necessary.

Respectfully submitted,

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.-#18299 T.A.**
**KEVIN R. TULLY - #1627**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

                                        **GEORGE R. SIMNO III - #12271**
                                        **GERARD M. VICTOR - #9815**
                                        625 St. Joseph Street, Room 201
                                        New Orleans, Louisiana 70165
                                        Telephone:  (504) 585-2242
                                        Facsimile:    (504) 585-2426

                                        ATTORNEYS FOR DEFENDANT
                                        SEWERAGE AND WATER BOARD OF
                                        NEW ORLEANS

## <u>CERTIFICATE</u>

      I do hereby certify that on the 2nd day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

                                        s/Charles M. Lanier, Jr.
                                        CHARLES M. LANIER,JR
                                        KEVIN R. TULLY