# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * CIVIL ACTION<br>*<br>* NUMBER 05-4182<br>* & CONSOLIDATED CASES |
| **THIS DOCUMENT RELATES TO LEVEE: 07-4775 (Murphy Building Corp., et al)** | *<br>* SECTION "K"<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 78.1E

Now into Court, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans to request oral argument on its motion to dismiss pursuant to F.R.Civ.P. 12(b)(6).

The Sewerage and Water Board of New Orleans believes oral argument would assist the Court to decide the Sewerage and Water Board of New Orleans's motion to dismiss plaintiffs' claims.

Wherefore, the Sewerage and Water Board of New Orleans requests this Court grant oral argument on defendant's motion to dismiss on January 23, 2008, at 9:30 a.m., or as the Court may otherwise order.

Respectfully submitted,

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.-#18299 T.A.**
**KEVIN R. TULLY - #1627**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT
SEWERAGE AND WATER BOARD OF
NEW ORLEANS

## C E R T I F I C A T E

I do hereby certify that on the 2nd day of January 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.
CHARLES M. LANIER, JR.
KEVIN R. TULLY

CK_DOCS 390638v2