MINUTE ENTRY
WILKINSON, M. J.
JANUARY 2, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                        NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Williams, 06-10714     JUDGE DUVAL
                                                              MAG. WILKINSON

     A settlement conference was conducted in the referenced Williams case on December 10, 2007 before the undersigned magistrate judge. After follow-up discussions via telephone, the court has been advised that a settlement has been reached. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate dismissal order in the referenced Williams case only.

                                                           JOSEPH C. WILKINSON, JR.
                                                           UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **0 : 20**