**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
_____               NO.05-4182

PERTAINS  TO:      INSURANCE                       SECTION "K"
                   (Burks, No. 06-4173)

### ORDER

    **IT IS ORDERED** that oral argument originally scheduled January 9, 2008, at 9:30 a.m.

regarding  CitiMortgage's  Motion for Summary Judgment (Doc. 8986) is **RESET   ON**

**JANUARY 16, 2008, at 9:30 a.m.**,  before Judge Stanwood  R. Duval, Jr.

    New Orleans, Louisiana, this  _____2nd____ day of  January, 2008.

_____
HON. STANWOOD R. DUVAL, JR.
UNITED STATES  DISTRICT JUD GE