UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.  05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| | * | |
| | * | |
| PERTAINS TO:     ROAD HOME | * | |
| *Louisiana State C.A No. 07-5528* | * | |
| | * | |

AMERICAN SOUTHERN INSURANCE COMPANY'S
ACKNOWLEDGMENT OF RECEIPT OF
PROTECTIVE ORDER GOVERNING ROAD HOME
APPLICANT AND RECIPIENT INFORMATION

American Southern Insurance Company, by and through its undersigned counsel of record, hereby acknowledges receipt of the Protective Order Governing Road Home Applicant and Recipient Information.

Agreed to by:

s/ *Kathleen D. Lambert*                                      January 3, 2008
KATHLEEN D. LAMBERT (#19665)
Stephenson, Matthews, Chavarri &
        Lambert, L.L.C.
2305 World Trade Center
#2 Canal Street
New Orleans, LA  70130
Tel:  (504) 523-6496
Fax:  (504)525-2846
*Email address: katlambert@smclattorneys.com*

Counsel for American Southern Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:   ROAD HOME<br>*Louisiana State C.A No. 07-5528* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO.  05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKERSON |

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that, on *January 3, 2008*, I served a true copy of American Southern Insurance Company's Acknowledgment of Receipt of Protective Order upon all parties by ECF.


s/    *Kathleen D. Lambert*
KATHLEEN D. LAMBERT