UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Hebbler,</u> 07-511 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

The court has been advised by Doug Sunseri, counsel for plaintiff, that the referenced case, <u>Cynthia L. Hebbler v. Standard Fire Ins. Co.</u>, C.A. No. 07-511 c/w 05-4182, has been settled. Accordingly, the conference previously set before me on January 3, 2008, is hereby CANCELLED. By copy of this order, Judge Duval is advised so that he may enter an appropriate dismissal order in the referenced <u>Hebbler</u> case only.

New Orleans, Louisiana, this __3rd__ day of January, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**