UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO.: 05-4182 "K"(2)<br>*<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (06-4873)<br>DOROTHY REESE v. ALLSTATE INSURANCE COMPANY | *<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Complainant, Dorothy Reese and Defendant, Allstate Insurance Company, and upon suggesting to the Court that the parties have amicably resolved this matter and now desire to dismiss this matter, with prejudice, each party to bear their own costs.

WHEREFORE, it is prayed that this matter be dismissed, with prejudice, each party to bear their own costs of Court.

Respectfully Submitted,

_____
GLENN B. ADAMS (2316)
MICHAEL W. COLLINS (29129)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
          mcollins@phjlaw.com
*Attorneys for Allstate Insurance Company*

- AND -

_____
JAMES M. GARNER (19589)
MARTHA Y. CURTIS (20446)
CHRISTOPHER T. CHOCHELES (26848)
SHER, GARNER, CAHILL, RICHTER,
KLEIN, McALISTER & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2311
*Attorneys for Plaintiff, Dorothy Reese*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this _3rd_ day of _January_, 200_8_ served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic mail through CM/ECF, facsimile service, and/or by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or by facsimile service.

_/s/ Michael W. Collins_
GLENN B. ADAMS
MICHAEL W. COLLINS