UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * * | JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-4873) DOROTHY REESE v. ALLSTATE INSURANCE COMPANY | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE above and foregoing Joint Motion to Dismiss:

IT IS ORDERED that the matter be and the same is hereby dismissed, with prejudice, each to bear its own costs.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE