UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   * CIVIL ACTION NO. 05-4182
LITIGATION                      *
                                * SECTION "K" (2)
                                *
                                * JUDGE DUVAL
                                * MAG. WILKINSON

_____

PERTAINS TO:  BARGE
    *Boutte* (05-5531)
    *Mumford* (05-5724)
    *Lagarde* (06-5342)
    *Perry* (06-6299)
    *Benoit* (06-7516)
    *Parfait Family* (07-3500)
    *LNA v. USA* (07-5178)

## CONSENT MOTION FOR RELIEF FROM PRIVACY ACT, 5 U.S.C. § 552a

Lafarge North America Inc. ("LNA") hereby files this Consent Motion for Relief from the Privacy Act, 5 U.S.C. § 552a, to allow the United States to make available to LNA the USA's database(s) of all Katrina-related claims, on Form SF-95 or otherwise, filed by individuals claiming damages from the United States and its agency the United States Army Corps of Engineers. The United States consents to this motion. LNA and the USA agree that all such materials produced by the USA to LNA will be treated as "CONFIDENTIAL INFORMATION" in accordance with the Master Protective Order, Record Document NO. 5393.

991683-1

Dated: January 3, 2008                              Respectfully submitted,

                                                         Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (# 27538)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

/s/ John D. Aldock
John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

991683-1                                              2

## Certificate of Service

I do hereby certify that I have on this 3rd day of January, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock_____