**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>* MAG. WILKINSON |

PERTAINS TO:  BARGE
   *Boutte* (05-5531)
   *Mumford* (05-5724)
   *Lagarde* (06-5342)
   *Perry* (06-6299)
   *Benoit* (06-7516)
   *Parfait Family* (07-3500)
   *LNA v. USA* (07-5178)

**MEMORANDUM OF LAW IN SUPPORT OF CONSENT
MOTION OF LAFARGE NORTH AMERICA INC. FOR
<u>RELIEF FROM THE PRIVACY ACT, 5 U.S.C. § 552a</u>**

Defendant, third-party, and cross-claim plaintiff Lafarge North America Inc. ("LNA") hereby submits this memorandum of law in support of its consent motion for relief from the Privacy Act. The United States consents to this motion.

Upon information and belief, the United States maintains a database of approximately 489,000 claims, on Form SF-95, filed by individuals claiming damages from the United States and its agency the United States Army Corps of Engineers stemming from Hurricane Katrina. The United States has informed counsel for LNA that it will produce this database to LNA if this Court, pursuant to the Privacy Act, 5 U.S.C. § 552a, permits the United States to make this

LIBW/1665430.1

production in response to the Requests for Production that LNA served on the United States on October 12, 2007.

By order dated July 6, 2007 [Doc. 6299], this Court, upon the United States' withdraw of its earlier objections, granted plaintiffs an exception to the Privacy Act and required the United States to produce "the data and/or database in which the more than 300,000 Hurricane Katrina claims are being compiled." [Doc. 6299 at 1]. The Court also ordered that the "United States also must make available for inspection, copying and related Rule 34 activities as soon as practicable spreadsheets of information regarding the approximately 32,000 Hurricane Katrina claims processed by the Army Corps of Engineers." *Id.*

In an earlier order dated June 27, 2007, this Court acknowledged the "vital importance of these materials to this litigation" and found that the "benefits of production [of these claims] outweigh the burden or expense of production." [Doc. 6053 at 15.] The Court then ordered that the "[t]he United States must make the requested SF-95 forms available for inspection without further delay." [Doc. 6053 at 16.]

LNA expects that all materials produced in response to this motion will be treated as "CONFIDENTIAL INFORMATION" pursuant to the Master Protective Order, Record Doc. No. 5393.

For the foregoing reasons, LNA requests that this Court grant LNA's consent motion for relief from the Privacy Act.

Dated: January 3, 2008               Respectfully submitted,

                                                  Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (# 27538)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

/s/ John D. Aldock
John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

- 3 -

LIBW/1665430.2

## Certificate of Service

I do hereby certify that I have on this 3rd day of January, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock_____