UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * MAG. WILKINSON |

_____

PERTAINS TO:  BARGE
    *Boutte* (05-5531)
    *Mumford* (05-5724)
    *Lagarde* (06-5342)
    *Perry* (06-6299)
    *Benoit* (06-7516)
    *Parfait Family* (07-3500)
    *LNA v. USA* (07-5178)

## ORDER

Upon consideration of the foregoing Consent Motion Of Lafarge North America Inc. For Relief from the Privacy Act;

It is hereby ORDERED that the motion is GRANTED. The United States must make all responsive Hurricane Katrina claims materials otherwise protected by the Privacy Act, 5 U.S.C. § 552, available to Lafarge North America Inc. for inspection, copying, and related Rule 34 activities as soon as practicable, including the data and/or database in which Hurricane Katrina claims are being compiled. The United States also must make available for inspection, copying, and related Rule 34 activities as soon as practicable spreadsheets of information regarding all Hurricane Katrina claims processed by the United States Army Corps of Engineers.

All such data, materials, and information shall be treated as "CONFIDENTIAL INFORMATION" pursuant to the Master Protective Order, Record Doc. No. 5393, which is

2

made applicable to these materials.  This is an order of a court of competent jurisdiction pursuant to the Privacy Act, 5 U.S.C. § 552a(b)(11).

    New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2008.

                                         _____
                                         UNITED STATES DISTRICT JUDGE