UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K"(2)** |

**PERTAINS TO: C.A. Nos. 05-4419, 05-4237, 05-5531, 05-5724, 06-5054, 06-5342, 06-6299, 06-7516**

### ORDER

On September 18, 2007, it was determined that the United States of America's Motion to Dismiss Lafarge North America Inc.'s Third-Party Complaints (Doc. 7730) would be heard at the same time as the immunity motion that is to be filed in the *Robinson* matter which is now set for March 11, 2008. (See Doc. 9343). Accordingly,

**IT IS ORDERED** that the United States of America's Motion to Dismiss Lafarge North America Inc.'s Third-Party Complaints (Doc. 7730) is **CONTINUED** to be heard on March 11, 2008.

New Orleans, Louisiana, this 3rd day of January, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE