UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> <br> PERTAINS TO: INSURANCE <br> Chehardy, Nos. 06-1672, 06-1673, 06-1674 | * <br> * CIVIL ACTION NO.: 05-4182 (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Effectuate the Mandate of the Fifth Circuit or, Alternatively, for Leave to File Partial Summary Judgment Motion Based on Allstate's Water Damage Exclusion;

**IT IS HEREBY ORDERED** that pursuant to the mandate of the Fifth Circuit, the Motion to Effectuate the Mandate of the Fifth Circuit is **GRANTED**, and that all water damage claims against Allstate Insurance Company and Allstate Indemnity Company ("Allstate") be and hereby are dismissedI; or

**IT IS HEREBY ORDERED** that Allstate's Motion for Leave to File Partial Summary Judgment Motion is **GRANTED**, and that Allstate Insurance Company and Allstate

1

101129

2

Indemnity Company are permitted to file their Partial Summary Judgment Motion Based on Allstate's Water Damage Exclusion.

       New Orleans, Louisiana, this _____ day of January, 2008.

                                                                             _____
                                                                                               JUDGE