UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE WILKINSON |
| Chehardy, Nos. 06-1672, 06-1673, 06-1674 | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants Allstate Insurance Company and Allstate Indemnity Company will bring the attached Motion for Partial Summary Judgment Based on Allstate's Water Damage Exclusion for hearing before Judge Stanwood R. Duval, Jr. on Wednesday, January 23, 2008, at 9:00 a.m. in the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, or as soon thereafter as counsel may be heard.

          Respectfully submitted,

           *Judy Y. Barrasso*
          Judy Y. Barrasso, 12986
          Edward R. Wicker, Jr., 27138
          Susan M. Rogge, 28203
           Of
          BARRASSO USDIN KUPPERMAN
           FREEMAN & SARVER, L.L.C.
          909 Poydras Street, Suite 1800
          New Orleans, Louisiana 70112
          Telephone:  (504) 589-9700

          Attorneys for Allstate Insurance Company
           and Allstate Indemnity Company

## CERTIFICATE OF SERVICE

   I hereby certify that on January 3, 2008, I electronically filed the foregoing Notice of Hearing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

           *Judy Y. Barrasso*