National Support Center
**Allstate Insurance Company**
1819 Electric Road
Roanoke, VA 24018-1618



Claim# _511345679_

To Whom It May Concern:

I, Steve Henderson, employee of Allstate Insurance Company, Roanoke, Virginia, do

certify that the enclosed is a copy of Policy Number_____ _915541016_.

in the name of_____ _LiNDA   LEE_____

showing the coverages that were on the policy at the time of loss of _8-29-05_.

_ST Henderson_
Claim Support

State of Virginia, County of Roanoke

On this _17_ day of _Nov_, 2006, before me

personally appeared Steve Henderson to me known to be the person who executed the

foregoing instrument and acknowledged that he executed the same as a free act and

deed.

Notary Public

**EXHIBIT B**

**ALST 0053**

ALST 0054

*Wm E Washington Inc*
*2100 Woodmere, #140*
*Harvey LA 70058*

---

**Your Quick Insurance Check**

✓ Verify the information listed in the Policy Declarations.

✓ Please call if you have any questions.

✓ File this package safely away.

✓ If premium is due or if it has changed, a bill or refund will be mailed separately.

---

Linda Lee
6026 Lafaye Street
New Orleans LA 70122-6430

### Confirming Your Policy Change

Changes have been made to reflect new or corrected information affecting your policy. We want your policy information and your coverage to be up-to-date and accurate.

The changes took effect on September 22, 2004. The accompanying Amended Policy Declarations includes these changes:

1st Mortgage information has been changed.
Protective Device(s) have been changed.

Your premium for this current period has been increased by a total of $189.00.

The coverages and limits you carry for your property, and the costs of those coverages, are listed in detail on the enclosed Amended Policy Declarations. You can see the specific changes to your policy by comparing this Amended Policy Declarations to the Policy Declarations previously mailed to you.

If you have any questions or concerns, please contact me at (504) 348-3338---or call the Allstate Customer Information Center at 1-800-ALLSTATE (1-800-255-7828).

Sincerely,

Bill Washington

Wm E Washington Inc
Your Allstate Agent

PROP "510001704102093002440301"          H00000915541016  0/0    060    LA

Information as of
October 11, 2004                          KP26

ALST 0055

## Allstate Indemnity Company

# AMENDED
# Standard Homeowners
# Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Linda Lee<br>6026 Lafaye Street<br>New Orleans LA 70122-6430 | **YOUR ALLSTATE AGENT IS:**<br>Wm E Washington Inc<br>2100 Woodmere, #140<br>Harvey LA 70058 | **CONTACT YOUR AGENT AT:**<br>(504) 348-3338 |
| **POLICY NUMBER**<br>9 15 541016 09/22 | **POLICY PERIOD**<br>Begins on Sep. 22 2004<br>at 12:01 A.M. standard time.<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Sep. 22, 2004 to Sep. 22, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
6026 Lafaye Street, New Orleans LA 70122-6430

**MORTGAGEE**
- MIDLAND MORTGAGE COMPANY          ITS SUCCESSORS
  AND ASSIGNS
  P O Box 10434          Van Nuys CA 91410-0434          *Loan # 0100557559*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,791.00 |
| **TOTAL** | **$1,791.00** |

*Your policy change(s) are effective as of Sep. 22, 2004*



International at
October 15 2004

**Page 1**
A967b0A80

# Allstate Indemnity Comp___y

Policy Number   **9 15 541015 09/22**   Your Agent'   **Wm E Washington Inc  (504) 348-3388**
For Premium Period Beginning:  **Sep. 22, 2004**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms  Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500   All Peril Deductible Applies | $91,788 | |
| Other Structures Protection<br>• $500   All Peril Deductible Applies | $9,179 | |
| Personal Property Protection - Actual Cash Value<br>• $500   All Peril Deductible Applies | $45,894 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 5 % | Renovated House | 1 % |
| Age of Home | 5 % | | |

## RATING INFORMATION

The dwelling is of Frame construction and is occupied by  2 families

**ALST 0057**

# Allstate Indemnity Co ̄ ɔany

Policy Number:  9 15 541D16 09/22       Your Agent:  **Wm E Washington Inc  (504) 348-3338**
For Premium Period Beginning:  **Sep. 22, 2004**

## *Your Policy Documents*

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Standard Homeowners Policy form AP3345                    - Standard Fire Policy Provisions form AP4443
- Bldg. Struct. Reimb. Ext. Limits End  form AP357

## *Important Payment and Coverage Information*

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Do not pay.  Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

Edward J. Dixon
President

Robert W. Pike
Secretary

ALST 0059

# Allstate Indemnity Company Standard Homeowners Policy

Policy:             Effective:

Issued to:



Allstate Indemnity Company
A Stock Company---Home Office: Northbrook, Illinois 60062

AP3345

ALST 0060

## Table of Contents

### General
Definitions Used in This Policy ............ 2
Insuring Agreement ........................... 3
Agreements We Make With You ............ 4
Conformity To State Statutes .............. 4
Coverage Changes ........................... 4
Policy Transfer ............................... 4
Continued Coverage After Your Death ..... 4
Cancellation ................................. 4
Concealment Or Fraud ...................... 5
What Law Will Apply ......................... 5
Where Lawsuits May Be Brought ........... 5

### Section I—Your Property

#### Coverage A
**Dwelling Protection**
Property We Cover Under Coverage A ...... 5
Property We Do Not Cover
Under Coverage A ............................ 6

#### Coverage B
**Other Structures Protection**
Property We Cover Under Coverage B ...... 6
Property We Do Not Cover
Under Coverage B ............................ 6

#### Coverage C
**Personal Property Protection**
Property We Cover Under Coverage C ...... 6
Limitations On Certain Personal Property .. 6
Property We Do Not Cover
Under Coverage C ............................ 7
Losses We Cover Under
Coverages A, B and C ....................... 8
Losses We Do Not Cover Under
Coverages A, B and C ....................... 8

#### Additional Protection
Additional Living Expense ................. 10
Credit Card and Check Forgery ........... 11
Debris Removal .............................. 11
Emergency Removal Of Property .......... 11
Fire Department Charges .................. 12
Temporary Repairs After A Loss .......... 12
Trees, Shrubs, Plants and Lawns ......... 12
Temperature Change ....................... 12
Arson Reward ................................ 12

AP3345

Land ........................................... 12

### Section I Conditions
Deductible .................................... 12
Insurable Interest and our Liability ....... 12
What You Must Do After A Loss ........... 12
Our Settlement Options .................... 13
How We Pay For A Loss ..................... 13
Our Settlement Of Loss .................... 15
Appraisal ..................................... 16
Abandoned Property ........................ 16
Permission Granted To You ................ 16
Our Rights To Recover Payment .......... 16
Our Rights To Obtain Salvage ............ 16
Suit Against Us .............................. 16
Loss To A Pair Or Set ...................... 17
Glass Replacement .......................... 17
No Benefit To Bailee ....................... 17
Other Insurance ............................. 17
Property Insurance Adjustment ........... 17
Mortgagee .................................... 17
Mold, Fungus, Wet Rot and
Dry Rot Remediation as a Direct Result of
a Covered Loss .............................. 18

### Section II—Family Liability and Guest Medical Protection

#### Coverage X
**Family Liability Protection**
Losses We Cover Under Coverage X ...... 18
Losses We Do Not Cover
Under Coverage X ........................... 18

#### Coverage Y
**Guest Medical Protection**
Losses We Cover Under Coverage Y ...... 20
Losses We Do Not Cover
Under Coverage Y ........................... 20

#### Additional Protection
Claim Expenses ............................. 22
Emergency First Aid ........................ 22
Damage To Property Of Others ........... 22

### Section II Conditions
What You Must Do After
An Accidental Loss .......................... 23
What An Injured Person Must Do —
Coverage Y—Guest Medical Protection ... 23

Page 1

ALST 0061

Our Payment of Loss – Coverage Y–
Guest Medical Protection .......................23
Our Limits Of Liability.............................23
Bankruptcy ...........................................23
Our Rights To Recover Payment –
Coverage X – Family Liability Protection.........23
Suit Against Us .....................................24
Other Insurance – Coverage X – Family
Liability Protection ................................24

**Section III – Optional Protection**

**Optional Coverages you May Buy**
Coverage BC
Building Codes......................................24
Coverage DP
Increased Coverage On Electronic
Data Processing Equipment......................24
Coverage F
Fire Department Charges.........................24
Coverage G
Loss Assessments.................................24
Coverage J
Extended Coverage On Jewelry, Watches
and Furs..............................................25
Coverage K
Incidental Office, Private School Or Studio ......25
Coverage LR
Lock Replacement .................................26
Coverage M
Increased Coverage On Money .................26
Coverage P
Business Pursuits ..................................26
Coverage S
Increased Coverage On Securities ..............26
Coverage SD
Satellite Dish Antennas...........................27
Coverage SE
Portable Cellular Communication Systems ......27
Coverage ST
Increased Coverage On Theft Of Silverware.....27

## General

### Definitions Used In This Policy

1. '**You**' or '**your**' - means the person named on the Policy Declarations as the insured and that person's resident spouse

2. '**Allstate**,' '**we**,' '**us**,' or '**our**' - means the company named on the Policy Declarations.

3. '**Insured person(s)**' - means **you** and, if a resident of **your** household:
   a) any relative; and
   b) any dependent person in **your** care.

   Under **Coverage X – Family Liability Protection** and **Coverage Y – Guest Medical Protection**, '**insured person**' also means:
   c) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person**. We do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner.
   d) with respect to the use of any vehicle covered by this policy, any person while using the vehicle with **your** consent.

4. '**Bodily injury**' - means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

   Under **Coverage Y – Guest Medical Protection**, **bodily injury** means physical harm to the body, including sickness or disease, except that **bodily injury** does not include.
   a) any venereal disease;

AP3345

**ALST 0062**

b) Herpes;
c) Acquired Immune Deficiency Syndrome (AIDS);
d) AIDS Related Complex (ARC);
e) Human Immunodeficiency Virus (HIV);

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5.  "Building structure" - means a structure with walls and a roof.

6.  "Business" — means:
   a) any full or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an insured person or relative of an insured person for economic gain is also a business. However, the mutual exchange of home day care services is not considered a business;
   b) any property rented or held for rental by an insured person. Rental of your residence premises is not considered a business when:
      1) it is rented occasionally for residential purposes;
      2) a portion is rented to not more than two roomers or boarders; or
      3) a portion is rented as a private garage.

7.  "Residence premises" - means the dwelling, other structures and land located at the address stated on the Policy Declarations.

8.  "Insured premises" - means:
   a) the residence premises; and
   b) under Section II only:
      1) the part of any other premises, other structures and grounds used by you as a residence. This includes premises, structures and grounds you acquire for your use as a private residence while this policy is in effect;

2) any part of a premises not owned by an insured person but where an insured person is temporarily living;
3) cemetery plots or burial vaults owned by an insured person;
4) vacant land, other than farmland, owned by or rented to an insured person;
5) land owned by or rented to an insured person where a one, two, three or four family dwelling is being built as that person's residence;
6) any premises used by an insured person in connection with the residence premises;
7) any part of a premises occasionally rented to an insured person for other than business purposes.

9.  "Occurrence" - means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, during the policy period, resulting in bodily injury or property damage.

10.  "Property damage" - means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11.  "Residence employee" - means an employee of an insured person while performing duties arising out of and in the course of employment in connection with the maintenance or use of your residence premises. This includes similar duties performed elsewhere for an insured person, not in connection with the business of an insured person.

12.  "Dwelling" - means a one, two, three or four family building, identified as the insured property on the Policy Declarations, where you reside and which is principally used as a private residence.

## Insuring Agreement
In reliance on the information you have given us, Allstate agrees to provide the coverages indicated on the Policy Declarations. In return, you must pay

ALST 0063

the premium when due and comply with the policy terms and conditions, and inform us of any change in title, use or occupancy of the residence premises.

Subject to the terms of this policy, the Policy Declarations shows the location of the residence premises, applicable coverages, limits of liability and premiums. The policy applies only to losses or occurrences that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as you or your. This means that the responsibilities, acts and omissions of a person defined as you or your will be binding upon any other person defined as you or your.

The terms of this policy impose joint obligations on persons defined as an insured person. This means that the responsibilities, acts and failures to act of a person defined as an insured person will be binding upon another person defined as an insured person.

### Agreements We Make With You
We make the following agreements with you:

### Conformity To State Statutes
When the policy provisions conflict with the statutes of the state in which the residence premises is located, the provisions are amended to conform to such statutes.

### Coverage Changes
When Allstate broadens coverage during the premium period without charge, you have the new features if you have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information you have given us. You agree to cooperate with us in determining if this information is correct and complete. You agree that if this information changes, is incorrect or incomplete.

AP3345

we may adjust your coverage and premium accordingly during the policy period.

Any calculation of your premium or changes in your coverage will be made using the rules, rates and terms on file, if required, for our use in your state. The rates in effect at the beginning of your current premium period will be used to calculate any change in your premium.

### Policy Transfer
You may not transfer this policy to another person without our written consent.

### Continued Coverage After Your Death
If you die, coverage will continue until the end of the premium period for:
1) your legal representative while acting as such, but only with respect to the residence premises and property covered under this policy on the date of your death;
2) an insured person, and any person having proper temporary custody of your property until a legal representative is appointed and qualified.

### Cancellation
Your Right to Cancel:
You may cancel this policy by notifying us of the future date you wish to stop coverage.

Our Right to Cancel:
Allstate may cancel this policy by mailing notice to you at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with us, we may cancel this policy for any reason.

When this policy has been in effect for 60 days or more, or if it is a renewal with us, we may cancel this policy for one or more of the following reasons:
1. non-payment of premium;
2. the policy was obtained by misrepresentation, fraud or concealment of material facts;
3. material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or

Page 4

4.  there has been a substantial change or increase in hazard in the risk **we** originally accepted.

If the cancellation is for non-payment of premium, **we** will give **you** at least 10 days notice before the cancellation takes effect. If cancellation is for any other reason, **we** will give **you** at least 30 days notice.

**Our** mailing the notice of cancellation to **you** will be deemed to be proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded to **you** within 30 days of the date of cancellation. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Continue or Renew:
**Allstate** has the right not to renew or continue the policy beyond the current premium period. If **we** don't intend to continue or renew the policy, **we** will mail **you** notice at least 30 days before the end of the premium period. **Our** mailing notice of non-renewal to **you** will be deemed proof of notice.

### Concealment Or Fraud

This policy is void if it was obtained by misrepresentation, fraud, or concealment of material facts, if such misrepresentation, fraud, or concealment of material facts was made with the intent to deceive.

If it is determined that this policy is void, all premiums paid will be returned to **you** since there has been no coverage under this policy.

**We** do not cover any loss or **occurrence** in which the **insured person** has concealed or misrepresented any material fact or circumstance.

### What Law Will Apply

This policy is issued in accordance with the laws of Louisiana and covers property or risks principally located in Louisiana. Subject to the following paragraph, the laws of Louisiana shall govern any and all claims or disputes in any way related to this policy.

AP3345

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, claims or disputes regarding that covered loss to property, or any other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

### Where Lawsuits May Be Brought

Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, lawsuits regarding that covered loss to property, or any other covered occurrence may also be brought in the judicial district where that covered loss to property, or any other covered occurrence happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

### Section I  Your Property Coverage A  Dwelling Protection

#### Property We Cover Under Coverage A:

1.  **Your dwelling** including attached structures. Structures connected to **your dwelling** by only a fence, utility line, or similar connection are not considered attached structures.

2.  Construction materials and supplies at the **residence premises** for use in connection with **your dwelling**.

**ALST 0065**

## Property We Do Not Cover Under Coverage A:

1. Any structure including fences or other property covered under **Coverage B — Other Structures Protection.**

2. Land, except as specifically provided in **Section I — Additional Protection** under item 10, "Land."

3. Satellite dish antennas and their systems, whether or not attached to **your dwelling.**

## Coverage B
## Other Structures Protection

### Property We Cover Under Coverage B:

1. Structures at the address shown on the Policy Declarations separated from **your dwelling** by clear space.

2. Structures attached to **your dwelling** by only a fence, utility line, or similar connection.

3. Construction materials and supplies at the address of the **residence premises** for use in connection with other structures.

### Property We Do Not Cover Under Coverage B:

1. Structures used in whole or in part for **business** purposes.

2. Any structure or other property covered under **Coverage A — Dwelling Protection.**

3. Land, no matter where located, or the replacement, rebuilding, restoration, stabilization or value of any such land.

4. Construction materials and supplies at the address of the **residence premises** for use in connection with the **dwelling.**

5. Satellite dish antennas and their systems, whether or not attached to **building structures.**

## Coverage C
## Personal Property Protection

### Property We Cover Under Coverage C:

1. Personal property owned or used by an **insured person** anywhere in the world. When personal property is located at a residence other than the **residence premises,** coverage is limited to 10% of **Coverage C — Personal Property Protection.** This limitation does not apply to personal property in a newly acquired principal residence for the 30 days immediately after **you** begin to move property there or to personal property in student dormitory, fraternity or sorority housing.

2. At **your** option, personal property owned by a guest or **residence employee** while the property is in a residence **you** are occupying.

### Limitations On Certain Personal Property:

Limitations apply to the following groups of personal property. If personal property can reasonably be considered as part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under **Coverage C — Personal Property Protection.** The total amount of coverage for each group in any one loss is as follows:

1. $ 100 — Money, bullion, bank notes, coins and other numismatic property.

2. $ 500 — Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, and stamps, including philatelic property.

3. $ 500 — Watercraft, including their attached or unattached trailers, furnishings, equipment, parts and motors.

4. $ 500 — Trailers not used with watercraft.

5. $ 500 — Theft of jewelry, watches, precious and semi-precious stones, gold other than goldware, silver other than silverware, platinum and furs, including any item containing fur which represents its principal value.

AP3345

Page 6

ALST 0066

6.  $ 1,000 – Theft of silverware, pewterware and goldware.

7.  $ 1,000 – Trading cards, subject to a maximum amount of $250 per card.

8.  $ 1,000 – Theft of firearms.

9.  $ 1,000 – Manuscripts, including documents stored on electronic media.

10.  $ 500 – Any motorized land vehicle parts, equipment or accessories not attached to or located in or upon any motorized land vehicle.

11.  $ 3,000 – Electronic data processing equipment and the recording or storage media used with that equipment. Recording or storage media will be covered only up to:
    a)  the retail value of the media, if pre-programmed; or
    b)  the retail value of the media in blank or unexposed form, if blank or self-programmed.

12.  $10,000 – Theft of rugs, including, but not limited to any handwoven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age; subject to a maximum amount of $2,500 per item.

13.  $250 – Property used or intended for use in a **business** while the property is away from the **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

14.  $2,500 – Property used or intended for use in a **business**, including property held as samples or for sale or delivery after sale, while the property is on the **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

## Property We Do Not Cover Under Coverage C:

1.  Personal property specifically described and insured by this or any other insurance.

2.  Animals.

3.  Motorized land vehicles, including, but not limited to any land vehicle powered or assisted by a motor or engine. We do not cover any motorized land vehicle parts, equipment or accessories attached to or located in or upon any motorized land vehicle. We do cover motorized land vehicles designed for assisting the handicapped or used solely for the service of the **insured premises** and not licensed for use on public roads.

4.  Aircraft and aircraft parts. This does not include model or hobby craft not designed to carry people or cargo.

5.  Property of roomers, boarders, tenants not related to an **insured person**.

6.  Property located away from the **residence premises** and rented or held for rental to others.

7.  **Business** property whether at or away from the **residence premises**.

8.  Property held as samples or for sale or delivery after a sale.

9.  Any device, cellular communication system, radar signal reception system, accessory or antenna designed for reproducing, detecting, receiving, transmitting, recording or playing

ALST 0067

back data, sound or picture which may be powered by electricity from a motorized land vehicle or watercraft and while in or upon a motorized land vehicle or watercraft.

10. Satellite dish antennas and their systems.

## *Losses We Cover Under Coverages A, B and C:*

**We** will cover sudden and accidental direct physical loss to the property described in **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** and **Coverage C—Personal Property Protection** except as limited or excluded in this policy, caused by:

1. Fire or Lightning.

2. Windstorm or Hail.

   **We** do not cover:
   a) loss to the interior of a **building structure**, or covered property inside, caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and the wind forces rain, snow, sleet, sand or dust through the damaged roof or wall;
   b) loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed **building structure**. However, **we** do cover canoes and rowboats on the **residence premises**.

3. Explosion.

4. Riot or Civil Commotion, including pillage and looting during, and at the site of, the riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

6. Vehicles.

7. Smoke.

   **We** do not cover loss caused by smoke from the manufacturing of controlled substances, agricultural smudging or industrial operations.

8. Vandalism and Malicious Mischief.
   **We** do not cover vandalism or malicious mischief if **your dwelling** has been vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

9. Theft, or attempted theft, including disappearance of property from a known place when it is likely that a theft has occurred. Any theft must be promptly reported to the police.

   **We** do not cover:
   a) theft or attempted theft committed by an **insured person**;
   b) theft in or from the **residence premises** while under construction or of materials and supplies for use in construction, until the **dwelling** is completed and occupied;
   c) theft of any property while at any other residence owned, rented to or occupied by an **insured person** unless the **insured person** is temporarily residing there;
   d) theft of trailers, campers, watercraft, including furnishings, equipment and outboard motors, away from the **residence premises**;
   e) theft from that part of the **residence premises** rented by **you** to other than an **insured person**.

10. Breakage of glass which is part of the covered **building structure**. **We** pay a maximum of $50 for each **occurrence**.

    **We** do not cover loss to glass if the covered **building structure** has been vacant for more than 30 consecutive days prior to the loss.

## *Losses We Do Not Cover Under Coverages A, B and C:*

**We** do not cover loss to the property described in **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** and **Coverage C—Personal Property Protection** caused by or consisting of:

1. Flood, including, but not limited to surface water, waves, tidal water or overflow of any

body of water, or spray from any of these, whether or not driven by wind.

2. Water or any other substance that backs up through sewers or drains.

3. Water or any other substance that overflow from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4. Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises.**

We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5. Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

We do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure,** other structure or land at the **residence premises.**

We do cover sudden and accidental direct physical loss to covered property caused by actions of civil authority to prevent the spread of fire.

7. The failure by any **insured person** to take all reasonable steps to save and preserve property

AP3345

when the property is endangered by a cause of loss **we** cover.

8. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person.**

9. Intentional or criminal acts of, or at the direction of, the **insured person,** if the loss that occurs:
   a) may be reasonably expected to result from such acts; or
   b) is the intended result of such acts.

   This exclusion applies regardless of whether or not the **insured person** is actually charged with or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

    We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

12. War or warlike acts, including, but not limited to insurrection, rebellion or revolution.

13. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

14. Planning, Construction or Maintenance, meaning faulty, inadequate or defective.
    a) planning, zoning, development, surveying, siting;
    b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c) materials used in repair, construction, renovation or remodeling; or
    d) maintenance;

Page 9

of property whether on or off the residence premises by any person or organization.

15. We do not cover loss to covered property described in **Coverage A—Dwelling Protection, Coverage B – Other Structures Protection** or **Coverage C – Personal Property Protection** when:

   a) there are two or more causes of loss to the covered property; and

   b) the predominant cause(s) of loss is (are) excluded under **Losses We Do Not Cover**, items 1 through 14 above.

16. Mold, fungus, wet rot or dry rot. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

   This exclusion applies regardless of whether mold, fungus, wet rot or dry rot arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I, Conditions —Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

## Additional Protection

1. **Additional Living Expense**

   a) We will pay the reasonable increase in living expenses necessary to maintain your normal standard of living when a direct physical loss we cover under **Coverage A—Dwelling Protection, Coverage B —Other Structures Protection** or **Coverage C — Personal Property Protection** makes your **residence premises** uninhabitable. However, additional living expense solely due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions —Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

Payment for additional living expense as a result of a covered loss under **Coverage A —Dwelling Protection, Coverage B — Other Structures Protection** or **Coverage C —Personal Property Protection** will be limited to the least of the following:

   1) the time period required to repair or replace the property we cover, using due diligence and dispatch;

   2) if you permanently relocate, the shortest time for your household to settle elsewhere; or

   3) 12 months.

   b) We will pay your lost fair rental income resulting from a covered loss under **Coverage A—Dwelling Protection, Coverage B — Other Structures Protection** or **Coverage C —Personal Property Protection,** less charges and expenses which do not continue, when a loss we cover under **Coverage A— Dwelling Protection, Coverage B —Other Structures Protection** or **Coverage C — Personal Property Protection** makes the part of the **residence premises** you rent to others, or hold for rental, uninhabitable. We will pay for lost fair rental income for the shortest time required to repair or replace the part rented or held for rental but not to exceed 12 months. However, payments for your lost fair rental income expense due solely to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

   c) We will pay the reasonable and necessary increase in living expenses and the lost fair rental income for up to two weeks should civil authorities prohibit the use of the **residence premises** due to a loss at a neighboring premises caused by a peril we insure against. However, payments for increase in living expenses or **your** lost

AP3345

Page 10

ALST 0070

sefair rental income expense due solely to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions – Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss**.

These periods of time are not limited by the termination of this policy.

We do not cover any lost income or expense due to the cancellation of a lease or agreement.

No deductible applies to this protection.

2. **Credit Card and Check Forgery**
We will pay for loss:
a) that an **insured person** is legally required to pay for the unauthorized use of any credit card issued to or registered in the name of an **insured person**;
b) caused by forgery or alteration of a check or negotiable instrument made or drawn upon an **insured person's** account.

Our maximum limit of liability for any one loss is $1,000. All loss due to forgery or unauthorized use by or involving any one person is considered one loss.

We do not cover:
a) loss arising from any **business** of an **insured person**;
b) loss caused by or at the direction of an **insured person** or any other person who has been entrusted with any credit card;
c) loss arising out of dishonesty of an **insured person**.

When loss is discovered, the **insured person** must give **us** immediate written notice. If the loss involves a credit card or charge plate the **insured person** must also give immediate written notice to the company or bank that issued the card or plate. Failure to comply with the terms and conditions of the card or plate voids this protection.

We will pay only for loss occurring during the policy period, including those losses discovered and reported to **us** within one year after the policy has terminated. We have the right to investigate and settle any claim or suit as **we** deem appropriate. Full payment of the amount of insurance for any one loss ends **our** obligation under each claim or suit arising from the loss.

We will defend any suit brought against an **insured person** for the enforcement of payment covered under paragraph 2(a) of this protection. The defense will be at **our** expense, with counsel of **our** choice.

We have the option to defend an **insured person** or the **insured person's** bank against a suit for the enforcement of payment covered under paragraph 2(b) of this protection. The defense will be at **our** expense, with counsel of **our** choice.

No deductible applies to this protection.

3. **Debris Removal**
We will pay reasonable expenses **you** incur to remove debris of covered property damaged by a loss **we** cover. If the loss to the covered property and the cost of debris removal are more than the limit of liability shown on the Policy Declarations for the covered property, **we** will pay up to an additional 5% of that limit for debris removal.

4. **Emergency Removal Of Property**
We will pay for sudden and accidental direct physical loss to covered property from any cause while removed from a **premises** because of danger from a loss **we** cover. Protection is limited to a 30-day period from date of removal. This protection does not increase the limit of liability that applies to the covered property.

AP3345

Page 11

ALST 0071

5.  **Fire Department Charges**
    **We** will pay up to $250 for service charges made by fire departments called to protect **your** property from a loss **we** cover at the **residence premises**. No deductible applies to this protection.

6.  **Temporary Repairs After A Loss**
    **We** will reimburse **you** up to $5,000 for the reasonable and necessary cost **you** incur for temporary repairs to protect covered property from further imminent covered loss following a loss **we** cover. This coverage does not increase the limit of liability applying to the property being repaired.

7.  **Trees, Shrubs, Plants and Lawns**
    **We** will pay up to an additional 5% of the limit of liability shown on the Policy Declarations under the **Coverage A— Dwelling Protection** for loss to trees, shrubs, plants and lawns at the address of the **residence premises**. **We** will not pay more than $250 for any one tree, shrub, or plant including expenses incurred for removing debris. This coverage applies only to direct physical loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned by an occupant of the **residence premises**, vandalism or malicious mischief or theft.

    **We** do not cover trees, shrubs, plants, or lawns grown for **business** purposes.

8.  **Temperature Change**
    **We** will pay for loss to covered personal property in a **building structure** at the **residence premises** resulting from a change in temperature. The change in temperature must result from a covered loss to the **building structure**.

    This coverage does not increase the limit of liability applying to the damaged property.

9.  **Arson Reward**
    **We** will pay up to $5,000 for information leading to an arson conviction in connection with a fire loss to property covered under

Section I of this policy. The $5,000 limit applies regardless of the number of persons providing information.

10. **Land**
    If a sudden and accidental direct physical loss results in both a covered loss to the **dwelling**, other than the breakage of glass or safety glazing material, and a loss of land stability, **we** will pay up to $10,000 as an additional amount of insurance for repair costs associated with the land. This includes the costs required to replace, rebuild, stabilize or otherwise restore the land necessary to support that part of the **dwelling** sustaining the covered loss.

    The Section I—Losses We Do Not Cover Under Coverages A, B and C reference to earth movement does not apply to the loss of land stability provided under this Additional Protection.

## Section I— Conditions

1.  **Deductible**
    **We** will pay only when a covered loss exceeds the deductible shown on the Policy Declarations. **We** will then pay only the excess amount, unless **we** have indicated otherwise in this policy.

2.  **Insurable Interest and our Liability**
    In the event of a covered loss, **we** will not pay for more than an **insured person's** insurable interest in the property covered, or more than the amount of coverage afforded by this policy.

3.  **What you Must Do After A Loss**
    In the event of a loss to any property that may be covered by this policy, **you** must:
    a)  promptly give **us** or **our** agent notice. Report any theft to the police as soon as possible. If the loss involves a credit card or charge plate give written notice to the company or bank that issued the card or plate.
    b)  protect the property from further loss. Make any reasonable repairs necessary to protect it. Keep an accurate record of any repair expenses.

Page 12

ALST 0072

c) Separate damaged from undamaged personal property. Give **us** a detailed list of the damaged, destroyed or stolen property, showing the quantity, cost, actual cash value and the amount of loss claimed.

d) give **us** all accounting records, bills, invoices and other vouchers, or certified copies, which **we** may reasonably request to examine and permit **us** to make copies

e) produce receipts for any increased costs to maintain **your** standard of living while **you** reside elsewhere, and records supporting any claim for loss of rental income

f) as often as **we** reasonably require,
1) show **us** the damaged property.
2) at **our** request, submit to examinations under oath, separately and apart from any other person defined as **you** or **insured person** and sign a transcript of the same.
3) produce representatives, employees, members of the insured's household or others to the extent it is within the **insured person's** power to do so; and

g) within 60 days after the loss, give **us** a signed, sworn proof of the loss. This statement must include the following information:
1) the date, time, location and cause of loss,
2) the interest **insured persons** and others have in the property, including any encumbrances;
3) the actual cash value and amount of loss for each item damaged, destroyed or stolen;
4) any other insurance that may cover the loss;
5) any changes in title, use, occupancy or possession of the property that

have occurred during the policy period;
6) at **our** request, the specifications of any damaged **building structure** or other structure;
7) evidence supporting any claim under the Credit Card or Check Forgery protection. State the cause and amount of loss.

4   **Our Settlement Options**
In the event of a covered loss, **we** have the option to:
a) repair, rebuild or replace all or any part of the damaged, destroyed or stolen property with property of like kind and quality within a reasonable time, or
b) pay for all or any part of the damaged, destroyed or stolen property as described in Condition 5, " How We Pay For A Loss."

Within 30 days after we receive **your** signed, sworn proof of loss we will notify **you** of the option or options **we** intend to exercise.

5.   **How We Pay For A Loss**
Under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** and **Coverage C—Personal Property Protection,** payment for covered loss will be by one or more of the following methods.

a) Special Payment. At our option, **we** may make payment for a covered loss before **you** repair, rebuild or replace the damaged, destroyed or stolen property if:
1) the whole amount of loss for property covered under **Coverage A—Dwelling Protection and Coverage B —Other Structures Protection,** without deduction for depreciation, is less than $2,500 and if the property is not excluded from the Building structure Reimbursement provision, or;
2) the whole amount of loss for property covered under **Coverage C— Personal Property Protection,** without deduction for depreciation, is less than $2,500 and if **your** Policy Declarations shows that the Personal
Page 13

AP3345

**ALST 0073**

Property Reimbursement provision applies, and the property is not excluded from the Personal Property Reimbursement provision.

b) Actual Cash Value. If you do not repair or replace the damaged, destroyed or stolen property, payment will be on an actual cash value basis. This means there may be a deduction for depreciation. Payment will not exceed the limit of liability shown on the Policy Declarations for the coverage that applies to the damaged, destroyed or stolen property, regardless of the number of items involved in the loss.

You may make claim for additional payment as described in paragraph "c" and paragraph "d" below, if applicable, if you repair or replace the damaged, destroyed or stolen covered property within 180 days of the actual cash value payment.

c) Building Structure Reimbursement. Under Coverage A—Dwelling Protection and Coverage B—Other Structures Protection, we will make additional payment to reimburse you for cost in excess of actual cash value if you repair, rebuild or replace damaged, destroyed or stolen covered property within 180 days of the actual cash value payment. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants, toxins or pollutants as required to complete repair or replacement of that part of a building structure damaged by a covered loss. This additional payment shall not include any amounts which may be paid or payable under Section I, Conditions —Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss, and shall not be

AP3345

payable for any losses excluded in Section I—Your Property under Losses We Do Not Cover Under Coverages A, B and C, Item 16.

Building Structure Reimbursement will not exceed the smallest of the following amounts:

1) the replacement cost of the part(s) of the building structure(s) with equivalent construction for similar use on the same premises;
2) the amount actually and necessarily spent to repair or replace the damaged building structure(s) with equivalent construction for similar use on the same residence premises; or
3) the limit of liability applicable to the building structure(s) as shown on the Policy Declarations for Coverage A—Dwelling Protection or Coverage B—Other Structures Protection, regardless of the number of building structures and structures other than building structures involved in the loss.

If you replace the damaged building structure(s) at an address other than shown on the Policy Declarations through construction of a new structure or purchase of an existing structure, such replacement will not increase the amount payable under Building Structure Reimbursement described above. The amount payable under Building Structure Reimbursement described above does not include the value of any land associated with the replacement structure(s).

Building structure Reimbursement payment will be limited to the difference between any actual cash value payment made for the covered loss to building structures and the smallest of 1), 2) or 3) above.

Building structure Reimbursement will not apply to:
1) property covered under Coverage C—Personal Property Protection,

Page 14

2) property covered under **Coverage B – Other Structures Protection** that is not a building structure;

3) and.

Payment under "a," "b," or "c" above will not include any increased cost due to the enforcement of building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, relocation or demolition of **building structures** or other structures.

d) Personal Property Reimbursement. When the Policy Declarations show that the Personal Property Reimbursement provision applies under **Coverage C – Personal Property Protection, we** will make additional payment to reimburse you for cost in excess of actual cash value if you repair, rebuild or replace damaged, destroyed or stolen covered personal property or wall-to-wall carpeting within 180 days of the actual cash value payment.

Personal Property Reimbursement payment will not exceed the smallest of the following amounts:

1) the amount actually and necessarily spent to repair or replace the property with similar property of like kind and quality;

2) the cost of repair or restoration; or

3) the limit of liability shown on the Policy Declarations for **Coverage C – Personal Property Protection**, or any special limit of liability described in the policy, regardless of the number of items of personal property involved in the loss.

Personal Property Reimbursement will be limited to the difference between any actual cash value payment made for the covered loss to personal property and the smallest of 1), 2), or 3) above.

Personal Property Reimbursement will not apply to:

1) property insured under **Coverage A – Dwelling Protection** and **Coverage B –Other Structures Protection**, except wall-to-wall carpeting;

2) antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced;

3) articles whose age or history contribute substantially to their value. This includes but is not limited to memorabilia, souvenirs and collector's items; or

4) property that was obsolete or unusable for the originally intended purpose because of age or condition prior to the loss.

e) the event of the total loss of **your dwelling** and all attached structures covered under **Coverage A – Dwelling Protection, we** will pay the limit of liability shown on the Policy Declarations for **Coverage A c Dwelling Protection.**

In the event of the total loss of all structures covered under **Coverage B – Other Structures Protection, we** will pay the limit of liability shown on the Policy Declarations for **Coverage B – Other Structures Protection.**

6. **Our Settlement Of Loss**
**We** will settle any covered loss with **you** unless another payee is named in the policy. **We** will settle within 30 days after the amount of loss is finally determined. This amount may be determined by an agreement between **you** and **us**, an appraisal award, or a court judgment.

In the event that there is a disagreement between **you** and **us** as to the total amount of loss, **we** will offer payment to **you** for the amount of loss agreed upon within 30 days of said agreement.

AP3345

Page 15

**ALST 0075**

7. **Appraisal**

If **you** and **we** fail to agree on the amount of loss, either party may make written demand for an appraisal. Upon such demand, each party must select a competent and impartial appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire. The appraisers shall then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. If the appraisers submit a written report of an agreement to **you** and to **us**, the amount agreed upon shall be the amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award agreed upon by any two will determine the amount of loss.

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other appraisal expenses.

8. **Abandoned Property**

**We** are not obligated to accept any property or responsibility for any property abandoned by an **insured person**.

9. **Permission Granted To You**
   a) The **residence premises** may be vacant or unoccupied for any length of time, except where a time limit is indicated in this policy for specific perils. A **building structure** under construction is not considered vacant.
   b) **You** may make alterations, additions or repairs, and **you** may complete structures under construction.

10. **Our Rights To Recover Payment**

When we pay for any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them. However, **our** right to recover is subordinate to the injured person's right to be fully compensated for their injuries.

You may waive **your** rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to the date of loss.

11. **Our Rights To Obtain Salvage**

**We** have the option to take all or any part of the damaged or destroyed covered property upon replacement by **us** or payment of the agreed or appraised value.

**We** will notify **you** of **our** intent to exercise this option within 30 days after **we** receive **your** signed sworn, proof of loss.

When **we** settle any loss caused by theft or disappearance, **we** have the right to obtain all or part of any property which may be recovered. An **insured person** must protect this right and inform **us** of any property recovered. **We** will inform **you** of **our** intent to exercise this right within 10 days of **your** notice of recovery to **us**.

12. **Suit Against Us**

Any suit or action must be brought within one year after the inception of loss or damage.

The bankruptcy or insolvency of an **insured person** or that person's estate will not relieve **us** of any obligation.

The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana:

A person or organization may bring a lawsuit against **us**, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an insured; but **we** will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by **us**, the insured and the claimant or the claimant's legal representative.

AP3345

Page 16

**ALST 0076**

13. **Loss To A Pair Or Set**
If there is a covered loss to a pair or set, we may
   a) repair or replace any part of the pair or set to restore it to its actual cash value before the loss; or
   b) pay the difference between the actual cash value of the pair or set before and after the loss.

14. **Glass Replacement**
Payment for loss to covered glass includes the cost of using safety glazing materials when required by law.

15. **No Benefit To Bailee**
This insurance will not benefit any person or organization who may be caring for or handling your property for a fee.

16. **Other Insurance**
If both this insurance and other insurance apply to a loss, we will pay the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, in the event of a loss by theft, this insurance shall be excess over any other insurance that covers loss by theft.

17. **Property Insurance Adjustment**
When the Policy Declarations indicates that the Property Insurance Adjustment condition applies, you agree that, at each policy anniversary, we may increase the limit of liability shown on the Policy Declarations for **Coverage A—Dwelling Protection** to reflect one of the following:

   a) the rate of change in the Index identified in the "Important Payment and Coverage Information" section of the Policy Declarations. The limit of liability for **Coverage A – Dwelling Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1000; or

   b) the minimum amount of insurance coverage we are willing to issue for the succeeding premium period under **Coverage A—Dwelling Protection** for **your dwelling** and other property we cover under **Coverage A—Dwelling Protection**.

Any adjustment in the limit of liability for **Coverage A – Dwelling Protection** will result in an adjustment in the limit of liability for **Coverage B – Other Structures Protection** and **Coverage C – Personal Property Protection** in accordance with our manual of Rules and Rates.

Any adjustment in premium resulting from the application of this condition will be made based on premium rates in use by us at the time a change in limits is made.

We will not reduce the limit of liability shown on the Policy Declarations without your consent. You agree that it is your responsibility to ensure that each of the limits of liability shown on the Policy Declarations are appropriate for your insurance needs. If you want to increase or decrease any of the limits of liability shown on the Policy Declarations, you must contact us to request such a change.

18. **Mortgagee**
A covered loss will be payable to the mortgagees named on the Policy Declarations, to the extent of their interest and in the order of precedence. All provisions of **Section I** of this policy apply to these mortgagees.
We will:
   a) protect the mortgagee's interest in a covered **building structure** in the event of an increase in hazard, intentional or criminal acts of, or directed by, an **insured person**, failure by any **insured person** to take all reasonable steps to save and preserve property after a loss, a change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions; and
   b) give the mortgagee at least 10 days notice if we cancel this policy for nonpayment of

AP3345

Page 17

ALST 0077

premium, or at least 30 days notice if **we** cancel for any other reason.

The mortgagee will:

a) furnish proof of loss within 60 days after notice of the loss if an **insured person** fails to do so;

b) pay upon demand any premium due if an **insured person** fails to do so;

c) notify **us** in writing of any change of ownership or occupancy or any increase in hazard of which the mortgagee has knowledge;

d) give **us** the mortgagee's right of recovery against any party liable for loss; and

e) after a loss, and at **our** option, permit **us** to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision shall apply to any trustee or loss payee or other secured party.

19  **Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss**

In the event of a covered loss under **Coverage A – Dwelling Protection, Coverage B – Other Structures Protection** or **Coverage C – Personal Property Protection**, we will pay up to $10,000 for mold, fungus, wet rot or dry rot **remediation**. This condition does not increase or decrease the limits of liability under **Coverage A – Dwelling Protection, Coverage B – Other Structures Protection,** and **Coverage C – Personal Property Protection.**

**Remediation** means:

a) the reasonable and necessary treatment, removal or disposal of mold, fungus, wet rot or dry rot as required to complete repair or replacement of property we cover under **Coverage A – Dwelling Protection, Coverage B – Other Structures Protection** or **Coverage C – Personal Property Protection** damaged by a covered loss;

b) payment for any reasonable increase in living expenses necessary to maintain

**your** normal standard of living if mold, fungus, wet rot or dry rot makes **your residence premises** uninhabitable; and

c) any investigation or testing to detect, measure or evaluate mold, fungus, wet rot or dry rot.

**Remediation** does not include any amounts other than those described in (a), (b), or (c) above

## Section II – Family Liability and Guest Medical Protection

### Coverage X
### Family Liability Protection

#### Losses We Cover Under Coverage X:

Subject to the terms, conditions and limitations of this policy, **Allstate** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising from an **occurrence** to which this policy applies, and covered by this part of the policy.

We may investigate or settle any claim or suit for covered damages against an **insured person** regardless of the amount of damages sought. If an **insured person** is sued for covered damages, **we** will provide a defense with counsel of **our** choice, even if the allegations are groundless, false or fraudulent. We are not obligated to pay any claim or judgment after **we** have exhausted **our** limit of liability by the payment of judgments and settlements.

#### Losses We Do Not Cover Under Coverage X:

1.  We do not cover any **bodily injury** or **property damage** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, the **insured person**. This exclusion applies even if:

    a)  such **insured person** lacks the mental capacity to govern his or her own conduct;

    b)  such **bodily injury** or **property damage** is of a different kind or degree than intended or reasonably expected; or

AP3345

Page 18

ALST 0078

c) such **bodily injury** or **property damage** is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of a crime.

2. We do not cover **bodily injury** to an **insured person** or **property damage** to property owned by an **insured person** whenever any benefit of this coverage would accrue directly or indirectly to an **insured person**.

3. We do not cover **bodily injury** to any person eligible to receive benefits required to be provided or voluntarily provided by an **insured person** under any workers' compensation, non-occupational disability or occupational disease law.

4. We do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5. We do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:
   a) a motor vehicle in dead storage or used exclusively on an **insured premises**;
   b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises**;
   c) a motorized wheel chair;
   d) a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
   e) a golf cart owned by an **insured person** when used for golfing purposes;
   f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;

AP3345

g) lawn and garden implements under 40 horsepower;
h) **bodily injury** to a **residence employee**.

6. We do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
   a) has inboard or inboard-outboard motor power of more than 50 horsepower;
   b) is a sailing vessel 26 feet or more in length;
   c) is powered by one or more outboard motors with more than 25 total horsepower;
   d) is designated as an airboat, air cushion, or similar type of watercraft; or
   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

   This exclusion does not apply to **bodily injury** to a **residence employee**.

7. We do not cover **bodily injury** or **property damage** arising out of:
   a) the negligent supervision by an **insured person** of any person; or
   b) any liability statutorily imposed on any **insured person**

   arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motor vehicle or trailer which is not covered under **Section II** of this policy.

8. We do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

   We do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

Page 19

9.  We do not cover any **property damage** consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

We do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

10. We do not cover any **bodily injury** or **property damage** arising out of any liability statutorily imposed upon any **insured person** in any manner, consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

11  We do not cover **bodily injury** or **property damage** arising out of the rendering of, or failure to render, professional services by an **insured person.**

12. We do not cover **bodily injury** or **property damage** arising out of the past or present **business** activities of an **insured person.**

We do cover the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age.

13. We do not cover **bodily injury** or **property damage** arising out of any premises, other than an **insured premises,** owned, rented or controlled by an **insured person.** This exclusion does not apply to **bodily injury** to a **residence employee.**

14. We do not cover **property damage** to property rented to, occupied or used by, or in the care of, an **insured person.** This exclusion does not apply if the **property damage** is caused by fire, explosion or smoke.

15  We do not cover any liability an **insured person** assumes arising out of any contract or agreement

16. We do not cover **bodily injury** or **property damage** caused by war or warlike acts, including, but not limited to insurrection, rebellion or revolution.

17. We do not cover **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

18. We do not cover any liability imposed upon any **insured person** by any governmental authority for **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

## Coverage Y
## Guest Medical Protection

### Losses We Cover Under Coverage Y:
**Allstate** will pay the reasonable expenses incurred for necessary medical, surgical, x-ray and dental services; ambulance, hospital, licensed nursing and funeral services, and prosthetic devices, eye glasses, hearing aids, and pharmaceuticals. These expenses must be incurred and the services performed within three years from the date of an **occurrence** causing **bodily injury** to which this policy applies, and is covered by this part of the policy.

Each person who sustains **bodily injury** is entitled to this protection when that person is:
1.  on the **insured premises** with the permission of an **insured person;** or
2.  off the insured premises, if the bodily injury:
    a)  arises out of a condition on the **insured premises** or immediately adjoining ways;
    b)  is caused by the activities of an **insured person** or a **residence employee:**
    c)  is caused by an animal owned by or in the care of an **insured person;** or
    c)  is sustained by a **residence employee.**

### Losses We Do Not Cover Under Coverage Y:
1.  We do not cover any **bodily injury** intended by, or which may reasonably be expected to result from the intentional or criminal acts or

AP3345

Page 20

omissions of, the insured person. This exclusion applies even if:

a) such insured person lacks the mental capacity to govern his or her own conduct;

b) such bodily injury is of a different kind or degree than intended or reasonably expected; or

c) such bodily injury is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such insured person is actually charged with or convicted of a crime.

2. We do not cover bodily injury to any insured person or regular resident of the insured premises. However, this exclusion does not apply to a residence employee.

3. We do not cover bodily injury to any person eligible to receive any benefits voluntarily provided, or required to be provided, under any workers' compensation, non-occupational disability or occupational disease law.

4. We do not cover bodily injury arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5. We do not cover bodily injury arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:

a) a motor vehicle in dead storage or used exclusively on an insured premises;

b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an insured person and is being used away from an insured premises;

c) a motorized wheel chair;

d) a vehicle used to service an insured premises which is not designed for use on public roads and not subject to motor vehicle registration;

e) a golf cart owned by an insured person when used for golfing purposes;

f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;

g) lawn or garden implements under 40 horsepower;

h) bodily injury to a residence employee.

6. We do not cover bodily injury arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an insured premises if the watercraft:

a) has inboard or inboard-outboard motor power of more than 50 horsepower;

b) is a sailing vessel 26 feet or more in length;

c) is powered by one or more outboard motors with more than 25 total horsepower;

d) is designated as an airboat, air cushion, or similar type of watercraft; or

e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to bodily injury to a residence employee.

7. We do not cover bodily injury arising out of:

a) the negligent supervision by any insured person of any person; or

b) any liability statutorily imposed on any insured person

arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motorized land vehicle or trailer which is not covered under Section II of this policy.

8. We do not cover any bodily injury which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

ALST 0081

We do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

9. We do not cover **bodily injury** arising out of the rendering of, or failure to render professional services by, an **insured person**.

10. We do not cover **bodily injury** arising out of the past or present **business** activities of an **insured person**.

We do cover the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age.

11. We do not cover **bodily injury** to any person on the **insured premises** because of a **business** activity or professional service conducted there.

12. We do not cover **bodily injury** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. This exclusion does not apply to **bodily injury** to a **residence employee**.

13. We do not cover **bodily injury** caused by war or warlike acts, including, but not limited to insurrection, rebellion, or revolution.

14. We do not cover **bodily injury** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

## Additional Protection

We will pay, in addition to the limits of liability:

1. **Claim Expenses**
   We will pay:
   a) all costs we incur in the settlement of any claim or the defense of any suit against an **insured person**;
   b) interest accruing on damages awarded until such time as **we** have paid, formally offered, or deposited in court the amount for which **we** are liable under this policy; interest will be paid only on damages which do not exceed **our** limits of liability;

   c) premiums on bonds required in any suit **we** defend; **we** will not pay bond premiums in an amount that is more than our limit of liability, **we** have no obligation to apply for or furnish bonds;
   d) up to $100 per day for loss of wages and salary, when **we** ask **you** to attend trials and hearings;
   e) any other reasonable expenses incurred by an **insured person** at **our** request.
   f) judgment interest awarded against an **insured person** on the part of the judgment **we** pay. After **we** make an offer to pay the applicable limit of liability, **we** are not obligated to make any further prejudgment interest payments.

2. **Emergency First Aid**
   **We** will pay reasonable expenses incurred by an **insured person** for first aid to other persons at the time of an accident involving **bodily injury** covered under this policy.

3. **Damage To Property Of Others**
   At **your** request, **we** will pay up to $250 each time an **insured person** causes **property damage** to someone else's property. At **our** option, **we** will pay the cost to either repair or replace the property damaged by an **insured person**, without deduction for depreciation.

   **We** will not pay for **property damage**:
   a) to property covered under **Section I** of this policy;
   b) to property intentionally damaged by an **insured person** who has attained the age of 13;
   c) to property owned by or rented to an **insured person**, any tenant of an **insured person**, or any resident in **your** household; or
   c) arising out of:
      1) past or present **business** activities;
      2) any act or omission in connection with a premises, other than an **insured premises**, owned, rented or controlled by an **insured person**; or

AP3345

Page 22

ALST 0082

3) the ownership or use of a motorized
land vehicle, trailer, aircraft or
watercraft. We will pay up to $500
for damage to property of others
caused by motorized land vehicles
designed principally for recreational
use off public roads, not subject to
motor vehicle registration and not
owned by an **insured person.**

## Section II Conditions

1   **What You Must Do After An Accidental Loss**
In the event of **bodily injury** or **property damage,**
you must do the following.
  a)   Promptly notify **us** or **our** agent stating:
    1)   **your** name and policy number:
    2)   the date, the place and the
circumstances of the loss;
    3)   the name and address of anyone who
might have a claim against an
**insured person**;
    4)   the names and addresses of any
witnesses.
  b)   Promptly send **us** any legal papers
relating to the accident.
  c)   At **our** request, an **insured person** will:
    1)   cooperate with **us** and assist **us** in
any matter concerning a claim or
suit.
    2)   help **us** enforce any right of recovery
against any person or organization
who may be liable to an **insured
person.**
    3)   attend any hearing or trial.
  d)   Under the **Damage To Property Of Others**
protection, give **us** a sworn statement of
the loss. This must be made within 60
days after the date of loss. Also, an
**insured person** must be prepared to show
**us** any damaged property under that
person's control.

Any **insured person** will not voluntarily pay any
money, assume any obligations or incur any
expense, other than for first aid to others at the
time of the loss as provided for in this policy.

2.   **What An Injured Person Must Do—Coverage Y—
Guest Medical Protection**
If someone is injured, that person, or someone
acting for that person, must do the following:
  a)   Promptly give **us** written proof of the loss.
If **we** request, this must be done under
oath.
  b)   Give **us** written authorization to obtain
copies of all medical records and reports.
  c)   Permit doctors **we** select to examine the
injured person as often as **we** may
reasonably require.

3.   **Our Payment Of Loss—Coverage Y—Guest
Medical Protection**
**We** may pay the injured person or the
provider of the medical services. Payment
under this coverage is not an admission of
liability by **us** or an **insured person.**

4.   **Our Limits Of Liability**
Regardless of the number of **insured persons,**
injured persons, claims, claimants or policies
involved, **our** total liability under **Coverage X —
Family Liability Protection** for damages resulting
from one occurrence will not exceed the limit
shown on the Policy Declarations. All **bodily
injury** and **property damage** resulting from
continuous or repeated exposure to the same
general conditions is considered the result of one
**occurrence.**

**Our** total liability under **Coverage Y —Guest
Medical Protection** for all medical expenses
payable for **bodily injury,** to any one person, shall
not exceed the ' each person' limit shown on the
Policy Declarations.

5.   **Bankruptcy**
**We** are not relieved of any obligation under this
policy because of the bankruptcy or insolvency
of an **insured person.**

6.   **Our Rights To Recover Payment —Coverage X —
Family Liability Protection**
When **we** pay any loss, an **insured person's**
right to recover from anyone else becomes
**ours** up to the amount **we** have paid. An

AP3345

Page 23

ALST 0083

insured person must protect these rights and help us enforce them.

However, our right to recover is subordinate to the injured person's right to be fully compensated for their injuries.

7. **Suit Against Us**
No suit or action can be brought against us under Coverage X – Family Liability Protection until the obligation of an insured person to pay is finally determined either by judgment against the insured person after actual trial, or by written agreement of the insured person, injured person, and us.

No one shall have any right to make us a party to a suit to determine the liability of an insured person.

The bankruptcy or insolvency of an insured person or that person's estate will not relieve us of any obligation.

The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana:

A person or organization may bring a lawsuit against us, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an insured, but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

8. **Other Insurance – Coverage X – Family Liability Protection**
This insurance is excess over any other valid and collectible insurance except insurance that is written specifically as excess over the limits of liability that apply to this policy.

AP3345

## Section III – Optional Protection

### Optional Coverages You May Buy
The following Optional Coverages may supplement coverages found in Section I or Section II and apply only when they are indicated on the Policy Declarations. The provisions of this policy apply to each Optional Coverage in this section unless modified by the terms and conditions of the specific Optional Coverage.

1. **Coverage BC**
   **Building Codes**
   We will pay up to 10% of the amount of insurance on the Policy Declarations under Coverage A – Dwelling Protection to comply with local building codes after covered loss to dwelling or when repair or replacement results in increased cost due to the enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair or demolition of the dwelling.

2. **Coverage DP**
   **Increased Coverage On Electronic Data Processing Equipment**
   The $3,000 limitation on electronic data processing equipment under Coverage C – Personal Property Protection, and the recording or storage media used with that equipment, is increased to the amount shown on the Policy Declarations.

3. **Coverage F**
   **Fire Department Charges**
   The $250 limit applying to the fire department service charges under Additional Protection is increased to the amount shown on the Policy Declarations.

4. **Coverage G**
   **Loss Assessments**
   If your residence premises includes a building structure which is constructed in common with one or more similar buildings, and you are a member of, and subject to the rules of, an association governing the areas held in common by all building owners as members of the association, the insured premises means the

Page 24

**building structure** occupied exclusively by **your** household as a private residence, including the grounds, related structures and private approaches to them.

**We** will pay **your** share of any special assessments charged against all building owners by the association up to the limit of liability shown on the Policy Declarations, when the assessment is made as a result of:
a) sudden and accidental direct physical loss to the property held in common by all building owners caused by a loss **we** cover under **Section I** of this policy; or
b) **bodily injury** or **property damage** covered under **Section II** of this policy.

Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

Allstate will pay only when the assessment levied against the **insured person**, as a result of any one loss, for **bodily injury** or **property damage** exceeds $250 and then only for the amount of such excess. This coverage is not subject to any deductible applying to **Section I** of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to **Sections I** and **II** of this policy and the **Sections I** and **II Conditions**, except as otherwise noted.

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

5. Coverage J
**Extended Coverage On Jewelry, Watches and Furs**
Coverage C — Personal Property Protection is extended to pay for sudden and accidental direct physical damage to the following property, subject to the provisions in this coverage:
a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and

b) furs, including any item containing fur which represents its principal value.

The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to **Coverage C — Personal Property Protection**. However, in no event will coverage be less than would have applied in the absence of **Coverage J**.

**We** do not cover loss caused by or consisting of:
a) intentional or criminal acts of, or at the direction of, the **insured person**, if the loss that occurs:
   1) may be reasonably expected to result from such acts; or
   2) is the intended result of such acts.
b) wear and tear, gradual deterioration, inherent vice, insects or vermin;
c) nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke.
   **We** do cover sudden and accidental direct physical loss by fire resulting from nuclear action.
d) war or warlike acts, including, but not limited to insurrection, rebellion or revolution.
e) failure by any **insured person** to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a loss **we** cover.

   Any deductible shown on the Policy Declarations applicable to **Coverage C — Personal Property Protection**, also applies to a loss under this coverage.

6. **Coverage K**
**Incidental Office, Private School Or Studio**

a) **Coverage C — Personal Property Protection** is extended to cover the equipment, supplies and furnishings used in a described office, private school

ALST 0085

or studio at **your residence premises.** This does not include electronic data processing equipment or the recording or storage media used with that equipment.

The **Coverage K** limits are shown on the Policy Declarations. The first limit applies to property on the **residence premises.** The second limit applies property while away from the **residence premises.** This coverage does not include property held for sample, sale or delivery after sale.

b) **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover a described office, private school or studio occupied by an **insured person.** The occupancy of the described property shall not be considered a **business.**

We do not cover **bodily injury** to:
a) any employee other than a **residence employee,** or
b) any person arising out of corporal punishment administered by or at the direction of an **insured person.**

7. **Coverage LR**
**Lock Replacement**
**Coverage A — Dwelling Protection** is extended to include reasonable expenses **you** incur to replace or re-key exterior door locks at the **residence premises** with locks or cylinders of like kind and quality. Coverage is provided when a key to a lock is stolen as part of a covered theft loss. The limit of liability under this coverage following any one theft loss is $250.

8. **Coverage M**
**Increased Coverage On Money**
The $100 limitation on money, bullion, bank notes, coins and other numismatic property under **Coverage C — Personal Property Protection** is increased to the amount shown on the Policy Declarations.

9. **Coverage P**

**Business Pursuits**
**Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover specified **business** pursuits of an **insured person.**

We do not cover:
a) **bodily injury** or **property damage** arising out of the **business** pursuits of an **insured person** when the **business** is owned or financially controlled by the **insured person.** This also means a partnership or joint venture of which an **insured person** is a partner or member;
b) **bodily injury** or **property damage** arising out of the rendering or failure to render a professional service of any nature, other than teaching;
c) **bodily injury** to a fellow employee of an **insured person** arising out of and in the course of employment;
d) **bodily injury** or **property damage** when an **insured person** is a member of a teaching staff or faculty of any school or college and the **bodily injury** or **property damage** arises out of the maintenance or use of saddle animals, vehicles used with saddle animals, motorized land vehicles, aircraft or watercraft when owned, hired or operated by an **insured person** or used for the purpose of instruction; or
e) **bodily injury** to any person arising out of corporal punishment administered by or at the direction of an **insured person** when an **insured person** is a member of the teaching staff or faculty of any school of instruction.

10. **Coverage S**
**Increased Coverage On Securities**
The $500 limitation on accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, or stamps, including philatelic property, covered under **Coverage C — Personal Property Protection,** is increased to the amount shown on the Policy Declarations.

AP3345

Page 26

**ALST 0086**

11  **Coverage SD**
**Satellite Dish Antennas**
**Coverage C—Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to satellite dish antennas and their systems on **your residence premises**. Subject to the provisions of **Coverage C — Personal Property Protection.**

The amount of coverage is shown on the Policy Declarations.

12.  **Coverage SE**
**Portable Cellular Communication Systems**
**Coverage C—Personal Property Protection** is extended to portable cellular communications systems in or upon a motorized land vehicle or watercraft. This coverage applies only to portable systems that can be powered by electricity from a motorized land vehicle or watercraft. Coverage applies whether or not the portable cellular communication system is used in a **business.**

The amount of coverage is shown on the Policy Declarations.

13.  **Coverage ST**
**Increased Coverage On Theft Of Silverware**
The $1,000 limitation on theft of silverware, pewterware and goldware under **Coverage C — Personal Property Protection** is increased to the amount shown on the Policy Declarations.

**ALST 0087**



*This Endorsement Changes Your Policy — Keep It With Your Policy*

### Building Structure Reimbursement
### Extended Limits Endorsement

For an additional premium and when the Policy Declarations indicates that the "Building Structure Reimbursement Extended Limits Endorsement" applies, the following amendment is made to condition 5 (titled "How We Pay For A Loss") in Section I Conditions:

> In provision c) ( titled "Building Structure Reimbursement."), item 3) of the second paragraph is replaced by the following:
>
> > 3) 120% of the limit of liability applicable to the building structure(s) as shown on the Policy Declarations for Coverage A — Dwelling Protection or Coverage B — Other Structures Protection, regardless of the number of building structures and structures other than building structures involved in the loss.

This endorsement applies only if:

1) You insure your dwelling, attached structures and detached building structures to 100% of replacement cost as determined by:
   a) an Allstate Home Replacement Cost Estimator completed and based on the accuracy of information you furnished; or
   b) our inspection of your residence premises;

2) You have accepted the Property Insurance Adjustment Condition, agree to accept each annual adjustment in the Coverage A — Dwelling Protection limit of liability, and pay any additional premium charged; and

3) You notify us within 60 days of the start of any modifications that increase the aggregate value of your dwelling, attached structures and detached building structures at the residence premises by $5,000 or more, and pay any resulting additional premium due for the increase in value.

All other policy terms and conditions apply.

AP357
(4/94)

**Allstate**
You're in good hands.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Louisiana Standard Fire Policy Provisions —AP4443

This form contains the provisions of the Standard Fire Policy. Whenever the terms and provisions of Section I can be construed to perform a liberalization of the provisions found in the Standard Fire Policy, the terms and provisions of Section I shall apply.

In Consideration of the Provisions and Stipulations Herein or Added Hereto and of the Premium Specified in the Declarations (or specified in endorsement attached thereto), Allstate, for the term shown in the Declarations from inception date shown in the Declarations until cancelled or expiration at location of property involved, to an amount not exceeding the limit of liability specified, does insure the Insured named in the Declarations and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the Insured, against all DIRECT LOSS BY FIRE, LIGHTNING AND OTHER PERILS INSURED AGAINST IN THIS POLICY INCLUDING REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED, to the property described herein while located or contained as described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of Allstate.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

AP4443

AP4443

ALST 0090