UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE WILKINSON |
| Master Class Action Consolidated Complaint | * | |
| (Record Doc. No. 3413) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the above and foregoing Motion for Leave to File Partial Summary Judgment Motion Based on Allstate's Water Damage Exclusion;

**IT IS HEREBY ORDERED** that Allstate Insurance Company's and Allstate Indemnity Company's motion is **GRANTED**, and that Allstate Insurance Company and Allstate Indemnity Company are permitted to file their Partial Summary Judgment Motion Based on Allstate's Water Damage Exclusion.

New Orleans, Louisiana, this _____ day of January, 2008.

_____
JUDGE