UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO: INSURANCE<br>Master Class Action Consolidated Complaint<br>(Record Doc. No. 3413) | *<br>*   CIVIL ACTION NO.: 05-4182 "K" (2)<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAGISTRATE WILKINSON<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants Allstate Insurance Company and Allstate Indemnity Company will bring the attached Motion for Partial Summary Judgment Based on Allstate's Water Damage Exclusion for hearing before Judge Stanwood R. Duval, Jr. on Wednesday, January 23, 2008, at 9:00 a.m. in the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, or as soon thereafter as counsel may be heard.

2

Respectfully submitted,

*Judy Y. Barrasso*
Judy Y. Barrasso, 12986
Edward R. Wicker, Jr., 27138
Susan M. Rogge, 28203
   Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

Attorneys for Allstate Insurance Company
  and Allstate Indemnity Company

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2008, I electronically filed the foregoing Notice of Hearing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*Judy Y. Barrasso*

101138