UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO.:  05-4182 |
| LEVEE/MRGO CASES<br>PERTAINS TO:     07-4944<br>(Frank Cina, et al.) | * * * * | SECTION: "K"<br><br>MAGISTRATE: (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR EXTENSION OF TIME TO ANSWER

**NOW INTO COURT**, through undersigned counsel, comes defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), which hereby requests that it be granted a thirty (30) days extension of time to file responsive pleadings in the above-captioned matter or until January 26, 2008.

St. Paul requires additional time to respond to allow it to obtain from its client information and file materials with which to respond to the allegations made in Plaintiff's Original Complaint.  Undersigned counsel for St. Paul has discussed the substance of the foregoing motion with counsel for Plaintiff, who was advised that he has no objection to allowing St. Paul an extension of time to plead.  This is the first motion for extension of time which St. Paul has filed in this matter.

St. Paul avers that this motion is not being entered for any improper purpose and will not duly delay the orderly proceedings of this matter nor prejudice any party to this proceeding.

WHEREFORE, St. Paul Fire and Marine Insurance Company prays that it be granted an additional thirty (30) days within which to file response pleadings in this matter or until January 26, 2008.

Dated this 3rd day of January, 2008.

        Respectfully submitted,

        /s/ Rachel A. Meese
        RALPH S. HUBBARD, III, La Bar #7040
        JOSEPH P. GUICHET, La Bar #24441
        RACHEL A. MEESE, La Bar #25457
        LUGENBUHL, WHEATON, PECK,
           RANKIN & HUBBARD
        601 Poydras Street, Suite 2775
        New Orleans, LA  70130
        Telephone:   (504) 568-1990
        Facsimile:    (504) 310-9195

**Attorneys for St. Paul Fire and Marine Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

        /s/ Rachel A. Meese
        RACHEL A. MEESE