## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

U.S. Army Corps of Engineers
New Orleans District
Office of Counsel
P.O. Box 60267, CEMVN-OC
New Orleans, Louisiana 70160-0267

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Roger Harris
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

**2. Article Number** (Transfer from service label)
7004 0750 0000 9797 2434

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To  U.S. Army Corps

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7004 0750 0000 9797 2434

PS Form 3800, June 2002

**EXHIBIT A**