UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * | **CIVIL ACTION** |
| | * * | **NO. 05-4182 and consolidated cases** |
| **PERTAINS TO: BARGE** | * * | |
| | * | **SECTION "K"  (2)** |
| *Boutte v. Lafarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | **JUDGE** |
| *Perry v. Ingram*  06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | **MAG.** |
| *Lafarge v. USA*  07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

**NOTICE OF DEPOSITION**

TO:     All Counsel

**PLEASE TAKE NOTICE THAT** that undersigned counsel for plaintiffs will take the deposition of the following person:

**DEPONENT:**     Roland Johnson

**LOCATION:**     Chaffe McCall
2300 Energy Centre
1100 Poydras
New Orleans, Louisiana 70163-2300

**DATE/TIME:**     January 9, 2008 at 1:00 p.m.

before a Notary Public or some other officer authorized to administer oaths.

This notice shall be considered good and valid until which time the deposition of the above named deponent has been completed and shall continue from day to day until concluded. This deposition is being taken for all purposes as authorized by the Federal Rules of Civil Procedure,

including perpetuation of trial testimony.

    You are invited to attend and participate in accordance with law.

RESPECTFULLY SUBMITTED,

**WIEDEMANN & WIEDEMANN**

/s/ Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

**LAW OFFICE OF BRIAN A. GILBERT**

/s/ Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

**LAW   OFFICE   OF   PATRICK   SANDERS**

/s/ Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile, and/or E-mail, to non-CM/ECF participants,

      New Orleans, Louisiana, this 3rd day of January , 2008.

                                        \s\ Lawrence D. Wiedemann
                                        LAWRENCE D. WIEDEMANN