

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign in

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7004 0750 0002 9797 2427
Detailed Results:

- Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530
- Notice Left, December 24, 2007, 7:21 am, WASHINGTON, DC 20530
- Arrival at Unit, December 24, 2007, 1:28 am, WASHINGTON, DC 20022

**Track & Confirm**

Enter Label/Receipt Number.

( < Back )      ( Return to USPS.com Home > )       ( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: US Atty General  12/19
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002       See Reverse for Instructions

7004 0750 0002 9797 2427



EXHIBIT A

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do       1/3/2008