USPS - Track & Confirm  Page 1 of 1

# Track & Confirm

## Search Results

Label/Receipt Number: 7004 0750 0002 9797 2427
Detailed Results:
- Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530
- Notice Left, December 24, 2007, 7:21 am, WASHINGTON, DC 20530
- Arrival at Unit, December 24, 2007, 1:28 am, WASHINGTON, DC 20022

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.





U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: US Atty General
12/19



EXHIBIT A

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    1/3/2008