# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

6143 MEMPHIS STREET PROPERTY
ASSOCIATES LLC, ET AL.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07-4846 "K" (2)

(Consolidated with 05-4182)

UNITED STATES OF AMERICA, ET AL.

TO: (Name and address of defendant)

UNITED STATES ATTORNEY

501 MAGAZINE STREET

HALE BOGGS FEDERAL BUILDING

NEW ORLEANS, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David R. Cannella
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

DEC 1 4 2007

CLERK

DATE

B. Gregory

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                              Date

_____
Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.