AO 440 (Rev. 10/93) Summons in a Civil Action                    RETURN

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

HEINTZ, ET AL                                **SUMMONS IN A CIVIL CASE**

V.                                           Case Number: 07-4847 "K" (2)

UNITED STATES OF AMERICA, ET AL

TO: (Name and address of defendant)

United States Attorney General
Washington D.C.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mickey P. Landry
1010 Common St., Ste 2050
New Orleans, LA 70112

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                             September 4, 2007
Clerk                                        Date

_____
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
               Date                                                          Signature of Server

                                                                       _____
                                                                       Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.