Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION: õKö |
| PERTAINS TO: | * | |
| LEVEE (07-4849) | * | JUDGE DUVAL |
| | * | |
| | * | MAG. 2 (WILKINSON) |
| | * | |

### AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, personally appeared: **JESSICA A. JOHNSTON**, of the law firm Landry & Swarr, L.L.C., 1010 Common Street, Suite 2050, New Orleans, Louisiana, 70112, who after being duly sworn, said that on the 19th day of December, 2007, she served copies of the Summons and Complaint against the United States Attorney in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure by mailing the process to:

United States Attorney
501 Magazine Street
Hale Boggs Federal Building
New Orleans, Louisiana 70130,



States mail by certified mail, return receipt requested, on said date, properly addressed with sufficient postage affixed, and that she received the certified domestic postal return receipt, attached hereto as Exhibit "A," indicating delivery of same.

                                          /s/ Jessica A. Johnston
                                          JESSICA A. JOHNSTON

Sworn to and subscribed before me,
Notary, this 3rd day of January, 2008

/s/ David R. Cannella
NOTARY PUBLIC