**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Army Corps of Engineers
New Orleans District
Office of Counsel
P.O. Box 60267, CEMVN-OC
New Orleans, Louisiana 70160-0267

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cageed Harris_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7434 2727 2000 0520 4002

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Postmark
Here

Sent To   _U.S. Army Corps_
Street, Apt. No.;   _12/1/05_
or PO Box No.
City, State, ZIP+4

7434 2727 2000 0750 4002

PS Form 3800, June 2002   See Reverse for Instructions

EXHIBIT
A
tabbies®