UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| Pertains to: INSURANCE (07-5815) | * | |
| *Sarah Moody Thomas, et al v. The* | * | |
| *Hanover Insurance Company* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EXPARTE MOTION TO BIFURCATE

NOW INTO COURT, through undersigned counsel, comes Defendant, The Hanover Insurance Company, and in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for the entry of an Order bifurcating the referenced proceeding captioned, "Sarah Moody Thomas, et al v. The Hanover Insurance Company, Civil Action No. 07-5815" from the consolidated litigation and referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order in accordance with the provisions of Case Management Order No. 4, Section VII.

Dated: January 4, 2007

Respectfully Submitted:

_/s/ Rachel A. Meese_____
**Ralph S. Hubbard III, T.A., La. Bar. No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**Rachel A. Meese, La. Bar. No. 25457**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:     (504) 310-9195

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 4th day of January , 2008.

_____/s/ Rachel A. Meese_