UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.   05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:<br><br>*ROAD HOME*:   *Louisiana State*,<br>             C.A. No. 07-5528 | | |

### ELECTRIC INSURANCE COMPANY'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Electric Insurance Company, by and through its undersigned counsel of record, hereby acknowledges receipt of the Protective Order Governing Road Home Applicant and Recipient Information.

Respectfully submitted,

*s/Alan Dean Weinberger*
Dominic J. Gianna, #6063
Alan Dean Weinberger # 13331
**MIDDLEBERG, RIDDLE & GIANNA**
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana  70170-3100
Telephone:  (504) 525-7200
*Attorneys for Electric Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system.

*s/Alan Dean Weinberger*

ND: 4844-4350-4130, v. 1