UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO LEVEE | NO. 05-4182 |
| NO. 05-4389 (O'DWYER) | SECTION "K"(2) |

ORDER AND OPINION

Before the Court is a "Motion for Leave to File Second Supplemental and Amending Complaint" filed on behalf of plaintiffs (Doc. 2014). Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, denies the motion as moot.

On March 15, 2007, pursuant to Case Management Order No. 4 (Doc. 3299), plaintiffs filed the Superseding Master Consolidated Class Action Complaint (Doc. 3420). The Superseding Master Complaint specifically states that it "is intended to supersede and replace all class action complaints arising from the catastrophe which previously have been filed in or transferred to this Section of Court, and placed within the 'Levee' category of cases." (Doc. 3420, ¶2). The filing of the Superseding Master Complaint obviated plaintiffs' "Motion for Leave to File Second Supplemental and Amending Complaint." Accordingly, the motion is Denied as Moot.

New Orleans, Louisiana, this 4th day of January, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE