UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' MOTION AND INCORPORATED MEMORANDUM TO ENFORCE AND APPLY LOCAL RULE 56.1**

Upon the conclusion of a status conference that had been set to address the United States' long-anticipated Motion for Summary Judgment on the § 702c immunity issue, on December 4, 2007, the Court ordered that the parties "submit a single list of contested facts and uncontested facts." R.D. 9343, at 2. The Court further ordered that "[i]n the event a party considers any such 'fact' as irrelevant, it shall be duly noted with a succinct explanation as to why it should be so considered." *Id.* This procedure was proposed by Plaintiffs and adopted as a consequence of Plaintiffs' announcement that they intended to file a cross-motion for summary judgment. At that time, submission of a joint statement of facts seemed reasonably possible, particularly in light of Local Rule 56.1, which requires that "[e]very motion for summary

1

judgment shall be accompanied by a separate, short and concise statement of the material facts as to which the moving party contends there is no genuine issue to be tried." But after the close of business on January 2, 2008, counsel for Plaintiffs provided to the undersigned counsel a 189-page tome consisting of 496 paragraphs purporting to set forth "facts" advocated by Plaintiffs in connection with the summary judgment motions. Exh. A (Plt. 01/02/08 Draft). This proposed "Joint Statement of Undisputed Facts for Summary Judgment Motions" is neither short nor concise. It is a needlessly prolix advocacy document. To the extent that it sets forth "facts" to which the United States could otherwise stipulate, those facts are buried in paragraphs that slant the facts in ways inimical to the creation of a *joint* stipulation. Accordingly, the United States hereby moves for an order enforcing and applying Local Rules 56.1 and 56.2.

The United States specifically requests relief from the requirement that the parties submit a joint statement of facts. In lieu of a joint statement, each party should be ordered to accompany its motion with "a separate, short and concise statement of the material facts as to which the moving party contends there is no genuine issue to be tried," L.R. 56.1, and to include in its opposition papers "a separate, short and concise statement of the material facts as to which there exists a genuine issue to be tried," L.R. 56.2. Reverting to the procedure prescribed by the Local Rule is necessary and appropriate. Few of the facts sponsored by Plaintiffs are material to the United States' motion. The United States can set forth the facts material to its motion in three or four pages. Furthermore, enforcement of Rules 56.1 and 56.2 is appropriate because the United States now has no basis for ascertaining which, if any, of the facts proffered by Plaintiffs are material to Plaintiffs' motion. To the extent that uncontroverted facts can be found in Plaintiffs' prolix proposal, the United States cannot evaluate their materiality until Plaintiffs' own motion for summary judgment has been made available. At this time, reviewing the Plaintiffs'

2

nearly 200-page proposal to identify uncontroverted facts would be a fruitless academic exercise. Following the procedure set forth in Local Rule 56.2 will allow the parties to identify "the *material* facts as to which there exists a genuine issue." L.R. 56.2 (emphasis added).

For these reasons, the United States' motion for an order enforcing and applying Local Rules 56.1 and 56.2 should be granted.

Respectfully submitted,

 JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES PAUL F. FIGLEY
Deputy Director, Torts Branch
Civil Division

s/ Robin D. Smith
ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

      I certify that on January 4, 2008, I served a true copy of the foregoing motion upon all counsel of record by ECF.

                                              s/ Robin D. Smith
                                               Robin D. Smith