**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

## <u>ORDER</u>

Having considered the United States' Motion to Enforce and Apply Local Rule 56.1, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

The parties are hereby relieved of their obligation to submit a joint statement of contested and uncontested facts and shall instead adhere to Local Rules 56.1 and 56.2 in the filing of their motions for summary judgment on the issue of § 702c immunity.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

1