UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

**DEFENDANT UNITED STATES' MOTION FOR EXPEDITED
HEARING AND INCORPORATED MEMORANDUM**

Pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 7, the United States moves for an expedited hearing of its motion to enforce and apply Local Rule 56.1. The parties' summary judgment papers are to be filed on Friday, January 11, 2008. The United States' motion to enforce and apply Local Rule 56.1 seeks an order pretermitting the submission of a joint statement of facts, which is to accompany the moving papers. Accordingly, the United States seeks an immediate hearing of its motion, so that the parties may prepare and timely submit separate statements of facts pursuant to Local Rule 56.1.

1

A proposed order is provided.

                    Respectfully submitted,

                    JEFFREY S. BUCHOLTZ
                    Acting Assistant Attorney General

                    C. FREDERICK BECKNER III
                    Deputy Assistant Attorney General

                    PHYLLIS J. PYLES
                    Director, Torts Branch

                    JAMES PAUL F. FIGLEY
                    Deputy Director, Torts Branch
                    Civil Division

                    s/ Robin D. Smith
                    ROBIN D. SMITH
                    Trial Attorney
                    Torts Branch, Civil Division
                    U.S. Department of Justice
                    P.O. Box 888
                    Benjamin Franklin Station
                    Washington, D.C.  20044
                    (202) 616-4289
                    (202) 616-5200 (fax)
                    robin.doyle.smith@usdoj.gov
                    Attorneys for Defendant United States

## **CERTIFICATE OF SERVICE**

I certify that on January 4, 2008, a true copy of Defendant United States' Motion for Expedited Hearing was served on all counsel of record by ECF.

s/ Robin D. Smith
Robin D. Smith
