UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>LEVEE, MRGO, RESPONDER, BARGE<br><br>(05-4181, 06-1885, 06-2268, 06-2346, 06-2824<br>06-3552, 06-4024, 06-4634, 06-5042, 06-5116<br>06-5118, 06-5127, 06-5128, 06-5131, 06-5132<br>06-5134, 06-5137, 06-5140, 06-5142, 06-5159<br>06-5161, 06-5163, 06-5260, 06-5307, 06-5771<br>06-5851, 06-6099, 06-8708, 07-0206, 07-0621<br>07-0647, 07-1113, 07-1271, 07-1284, 07-1285<br>07-1286, 07-1288, 07-1289, 07-2771) | § § § § § § § § § § § | |

ORDER

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED** and Tara A. Bowman is hereby removed as counsel of record for Defendants United States of America and United States Army Corps of Engineers.

New Orleans, Louisiana, this __4th__ day of __January__, 2008.

_____
United States District Judge