UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO. 05-4182 "K" (2) |
| § | | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| § | | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) § | | |
| _____§ | | |

**DEFENDANT UNITED STATES' EX PARTE MOTION
FOR LEAVE TO FILE OMITTED EXHIBIT**

Defendant's Motion to Enforce and Apply Local Rule 56.1, filed on this date, is supported by Exhibit A, which is Plaintiffs' 01/02/08 draft of a proposed Joint Statement of Undisputed Facts for Summary Judgment Motions. This exhibit, which is submitted herewith, was inadvertently omitted from the filing of the motion to enforce. Accordingly Defendant hereby moves for an order that the attached Exhibit be filed to allow the Court's consideration of it in ruling on the Motion to Enforce and Apply Local Rule 56.1.

1

A proposed order is submitted for the convenience of the Court.

    Respectfully submitted,

    s/ Robin D. Smith
    ROBIN D. SMITH
    Trial Attorney
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 888
    Benjamin Franklin Station
    Washington, D.C.  20044
    (202) 616-4289
    (202) 616-5200 (fax)
    robin.doyle.smith@usdoj.gov
    Attorney for Defendant United States

## **CERTIFICATE OF SERVICE**

I certify that on January 4, 2008, I served a true copy of the foregoing motion upon all counsel of record by ECF.


                                s/ Robin D. Smith
                                Robin D. Smith