UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES       § CIVIL ACTION
      CONSOLIDATED LITIGATION       § NO. 05-4182 "K" (2)
                                    § JUDGE DUVAL
_____§ MAG. WILKINSON
                                    §
PERTAINS TO: MRGO, *Robinson* (06-2268)  §
_____§

## ORDER

Having considered the United States' Motion for Leave to File Omitted Exhibit, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The Clerk is directed to file Exhibit A, Plaintiffs' 01/02/08 draft of a proposed Joint Statement of Undisputed Facts for Summary Judgment Motions.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

1