UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO.   05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAGISTRATE WILKINSON<br>§<br>§ |
| **PERTAINS TO:  ROAD HOME**<br>   *Louisiana State*  C.A. No. 07-5528<br>**and MRGO** (C.A. No. 07-5389) | § |

**MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL OF RECORD
BY BALBOA INSURANCE COMPANY
AND MERITPLAN INSURANCE COMPANY**

COME NOW Balboa Insurance Company ("Balboa") and Meritplan Insurance Company ("Meritplan"), defendants in the Road Home consolidated action (C.A. No. 07- 5528) and plaintiffs in the MRGO consolidated action (C.A. No. 07-5389), through undersigned counsel of record, and respectfully request that this Court enter an order enrolling Stephanie John of the law firm of McGlinchey Stafford, PLLC as an additional counsel of record for Balboa and Meritplan in this proceeding, in place of Anne D. LeJeune, formerly of the law firm of McGlinchey Stafford, PLLC.

Stephanie John's bar number, address and contact information are:

Stephanie G. John (La. Bar Roll No. 25111)
McGlinchey Stafford, PLLC
1001 McKinney St. Suite 1500
Houston, TX 77002
main telephone: 713-520-1900
fax: 713-520-1025
sjohn@mcglinchey.com

**WHEREFORE**, Balboa Insurance Company ("Balboa") and Meritplan Insurance Company ("Meritplan"), respectfully request that the Court enter an order enrolling Stephanie

John as additional counsel of record for Balboa and Meritplan in this proceeding, and withdrawing Anne D. LeJeune as counsel of record for Balboa and Meritplan.

Respectfully submitted this 4th day of January, 2008.

                                        **MCGLINCHEY STAFFORD, PLLC**

                                        */s/ Daniel T. Plunkett*
                                        GERARD E. WIMBERLY, JR. (#13584) (T.A.)
                                        ANTHONY ROLLO ( # 01133)
                                        DANIEL T. PLUNKETT (# 21822)
                                        643 Magazine Street
                                        New Orleans, LA 70130
                                        Telephone: (504) 586-1200
                                        Facsimile: (504) 596-0377

                                        ATTORNEYS FOR BALBOA INSURANCE
                                        COMPANY AND MERITPLAN INSURANCE
                                        COMPANY.

## CERTIFICATE OF SERVICE

     I hereby certify that on this 4th day of January, 2008, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        */s/ Daniel T. Plunkett*
                                        Daniel T. Plunkett