UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.   05-4182 "K"(2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| **PERTAINS TO:  ROAD HOME**<br>*Louisiana State*  C.A. No. 07-5528 | § | |

## MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL OF RECORD BY HSBC INSURANCE COMPANY OF DELAWARE

COMES NOW HSBC Insurance Company of Delaware ("HSBC"), defendant in the Road Home consolidated action (C.A. No. 07- 5528), through undersigned counsel of record, and respectfully requests that this Court enter an order enrolling Stephanie John of the law firm of McGlinchey Stafford, PLLC as an additional counsel of record for HSBC in this proceeding, in place of Anne D. LeJeune, formerly of the law firm of McGlinchey Stafford, PLLC.

Stephanie John's bar number, address and contact information are:

Stephanie G. John (La. Bar Roll No. 25111)
McGlinchey Stafford, PLLC
1001 McKinney St. Suite 1500
Houston, TX 77002
main telephone: 713-520-1900
fax: 713-520-1025
sjohn@mcglinchey.com

**WHEREFORE**, HSBC Insurance Company of Delaware ("HSBC") respectfully requests that the Court enter an order enrolling Stephanie John as additional counsel of record for HSBC in this proceeding, and withdrawing Anne D. LeJeune as counsel of record for HSBC.

Respectfully submitted this 4th day of January, 2008.

730657.1

MCGLINCHEY STAFFORD, PLLC

   /s/   Daniel T. Plunkett
GERARD E. WIMBERLY, JR. (#13584) (T.A.)
ANTHONY ROLLO ( # 01133)
DANIEL T. PLUNKETT (# 21822)
643 Magazine Street
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-0377

ATTORNEYS FOR DEFENDANT, HSBC
INSURANCE COMPANY OF DELAWARE.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2008, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

   /s/   Daniel T. Plunkett
Daniel T. Plunkett

730657.1