UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aaron No. 06-4746 _____ | * * * * | JUDGE: DUVAL |
| BONNIE C. & TYRONNE POLK VERSUS ALLSTATE INSURANCE COMPANY | * * * * * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiff , BONNIE C. and TYRONNE POLK, against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 4th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE