UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE<br>Aaron No. 06-4746<br>_____ | *<br>*<br>*<br>* | JUDGE:   DUVAL |
| SANDRA LYNN<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY | *<br>*<br>*<br>*<br>* | MAGISTRATE:   WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiff Sandra Lynn respectfully requests that this Court reopen this case for the sole purpose of addressing this motion, and that all of her claims be dismissed, without prejudice, each party to bear its own costs.  All claims by all remaining plaintiffs against all defendants are reserved.

**WHEREFORE,** Plaintiff prays that this motion be granted, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Jim S. Hall<br>JIM S. HALL (#21644)<br>Attorney for Plaintiff<br>800 N. Causeway Blvd., #100<br>Metairie, LA 70001<br>(504) 832-3000<br>jim@jimshall.com | /s/ H. Minor Pipes, III<br>H. MINOR PIPES, III (#24603)<br>BARRASSO, USDIN, KUPPERMAN,<br> FREEMAN & SARVER, LLC.<br>Attorney for Defendant Allstate Insurance Co.<br>909 Poydras Street, Suite 2400<br>New Orleans, Louisiana 70112<br>(504) 589-9726<br>mpipes@barrassodin.com |