UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO.: 05-4182 "K"(2)<br>*<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (06-4873)<br>DOROTHY REESE v. ALLSTATE INSURANCE COMPANY | *<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE above and foregoing Joint Motion to Dismiss:

IT IS ORDERED that the matter be and the same is hereby dismissed, with prejudice, each to bear its own costs.

NEW ORLEANS, LOUISIANA this __4th__ day of __January__, 2007.

_____
UNITED STATES DISTRICT JUDGE