PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WHQ | 001 | WHQ-001-000000001 | WHQ-001-000000335 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |
| WHQ | 001 | WHQ-001-000000337 | WHQ-001-000000388 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |
| WHQ | 001 | WHQ-001-000000393 | WHQ-001-000000402 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |
| WHQ | 001 | WHQ-001-000000404 | WHQ-001-000000446 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WHQ | 001 | WHQ-001-000000452 | WHQ-001-000000464 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |
| WHQ | 001 | WHQ-001-000000466 | WHQ-001-000000470 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |
| WHQ | 001 | WHQ-001-000000473 | WHQ-001-000001704 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |
| WHQ | 001 | WHQ-001-000001745 | WHQ-001-000001951 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WHQ | 001 | WHQ-001-000001953 | WHQ-001-000002669 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |
| WHQ | 001 | WHQ-001-000002673 | WHQ-001-000002712 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |
| WHQ | 001 | WHQ-001-000002720 | WHQ-001-000002800 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |
| WHQ | 001 | WHQ-001-000002808 | WHQ-001-000003990 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WHQ | 001 | WHQ-001-000004074 | WHQ-001-000004857 | USACE; HQ; CEHO; Office of History | Dr. Matt Pearcy | KC246 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from New Orleans District, Corps of Engineers, National Archives and USACE Headquarters relating to Craig Colten's History of Hurricane Protection in Southeast Louisiana from 1947 to 2005 |
| NED | 249 | NED-249-000000001 | NED-249-000000007 | USACE; MVD; MVN; Structures Branch | Robert Dauenhauer | KC412 | 1/4/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | East IHNC Photos |