**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO: INSURANCE** | **SECTION "K"(2)** |

**ORDER**

It has come to the Court's attention that the scope of the stay described in the Court's Minute Entry dated November 26, 2007 [Rec. Doc. 9227] is not necessarily being read as intended. For that reason, the Court takes this opportunity to clarify the scope of the stay vis-à-vis the Insurance Umbrella.

For the reasons stated by the Court in its November 26, 2007 Minute Entry, all proceedings in the Insurance Umbrella are hereby completely stayed until further Order of the Court, including without limitation discovery, any deadlines for responsive pleadings, or other motions. With the exception of joint motions to dismiss resolved cases, no motions of any kind are to be filed during this time.

Nevertheless, should a party wish to avail itself of the provisions of Section VII of Case Management Order No. 4 ("CMO No. 4") concerning bifurcation, this stay shall be lifted in that individual case to the extent necessary to effectuate the scheduling order ultimately entered pursuant to Section VII of CMO No. 4. Nevertheless, no motion of any kind may be filed in a bifurcated case absent leave of court.

Finally, nothing contained herein prohibits the parties from voluntarily agreeing to any action that fosters amicable resolution so long as such activity does not require filings with the Court as

previously described.

New Orleans, Louisiana, this 4th day of January, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**