## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO.: 05-4182 |
| LEVEE/MRGO CASES PERTAINS TO:    07-5397 (Byrnes Aleman, et al.) | * * * * | SECTION: "K" MAGISTRATE: (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

On considering the Unopposed Motion for Extension of Time to Answer filed on behalf of St. Paul Fire and Marine Insurance Company, and finding that the Motion is justified under the circumstances,

**IT IS ORDERED** that St. Paul Fire and Marine Insurance Company is hereby granted an additional thirty (30) days within which to file responsive pleadings in the above-captioned matter.

Dated this 3rd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

1