In Re: KATRINA CANAL BREACHES     *     CIVIL ACTION
        CONSOLIDATED LITIGATION     *     NO. 05-4182 "K"(2)
                                                                 *     JUDGE DUVAL
                                                                 *     MAG. WILKINSON
_____     *
                                                                 *
PERTAINS TO: ROAD HOME     *
        Louisiana State C.A. No. 07-5288     *
**********************************************************************

## SHELTER GENERAL INSURANCE COMPANY
## ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER
## GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Shelter General Insurance Company identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

/s/ Thomas R. Blum                                                     December 20, 2007
Thomas R. Blum, Bar No. 3170
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000

Counsel for Defendant, Shelter General Insurance Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 21st day of December, 2007.

/s/ Thomas R. Blum
Thomas R. Blum (Bar No. 3170) (T.A.)
Thomas J. Fischer (Bar No. 5576)
M. Davis Ready (Bar No. 24616)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-3000
Telephone:  (504) 569-2030
Telecopier:  (504) 569-2999

Attorneys for Shelter General Insurance Company