UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO: ROAD HOME <br> *Louisiana State* C.A. No. 07-5528 | § § | |

**DEFENDANTS CHUBB INDEMNITY COMPANY, CHUBB CUSTOM INSURANCE COMPANY, CHUBB NATIONAL INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, GREAT NORTHERN INSURANCE COMPANY AND VIGILANT INSURANCE COMPANY'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION**

Defendants Chubb Indemnity Company, Chubb Custom Insurance Company, Chubb National Insurance Company, Federal Insurance Company, Great Northern Insurance Company, and Vigilant Insurance Company, by its undersigned counsel of record, hereby acknowledge receipt of the Protective Order Governing Road Home Applicant and Recipient Information.

Agreed to By:

*/s/ Usdin* _____ this **26** day of December, 2007.

Steven W. Usdin
Stephen L. Miles
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

100754