| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| _____ | * | |
| | * | |
| PERTAINS TO:  ROAD HOME | * | |
| Louisiana State C.A. No. 07-5288 | * | |

*************************************************************************

## SHELTER MUTUAL INSURANCE COMPANY
## ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER
## GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Shelter Mutual Insurance Company identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:


/s/ Thomas R. Blum                                              December 20, 2007
Thomas R. Blum, Bar No. 3170
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000

Counsel for Defendant, Shelter Mutual Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 21st day of December, 2007.

      /s/ Thomas R. Blum
      Thomas R. Blum (Bar No. 3170) (T.A.)
      Thomas J. Fischer (Bar No. 5576)
      M. Davis Ready (Bar No. 24616)
      SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
      30th Floor - Energy Centre
      1100 Poydras Street
      New Orleans, Louisiana  70163-3000
      Telephone:  (504) 569-2030
      Telecopier:  (504) 569-2999

      Attorneys for Shelter Mutual Insurance Company