UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES | § | CIVIL ACTION  NO.   05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | § | |
| | § | JUDGE DUVAL |
| | § | MAGISTRATE WILKINSON |
| PERTAINS TO:  ROAD HOME | § | |
| *Louisiana State*  C.A. No. 07-5528 | § | |

**DEFENDANTS ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ENCOMPASS INSURANCE COMPANY, ENCOMPASS INSURANCE COMPANY OF AMERICA, AND ENCOMPASS PROPERTY AND CASUALTY COMPANY'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER <u>GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION</u>**

Defendants Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company, by its undersigned counsel of record, hereby acknowledge receipt of the Protective Order Governing Road Home Applicant and Recipient Information.


Agreed to By:

_____/s/ Judy Y. Barrasso_____ this 28th day of December, 2007.

Judy Y. Barrasso
Susan M. Rogge
Stephen L. Miles
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

100748