UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION  NO.  05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO:  ROAD HOME <br> *Louisiana State*  C.A. No. 07-5528 | § § | |

### DEFENDANTS AMERICA FIRST INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, AND LIBERTY MUTUAL INSURANCE COMPANY'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Defendants America First Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, by its undersigned counsel of record, hereby acknowledge receipt of the Protective Order Governing Road Home Applicant and Recipient Information.

Agreed to By:

_____  this 28th day of December, 2007.

Judy Y. Barrasso
H. Minor Pipes, III
Susan M. Rogge
Stephen L. Miles
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

100753