UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § §  § § | CIVIL ACTION  NO.   05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:  ROAD HOME *Louisiana State*  C.A. No. 07-5528 | § § | |

## DEFENDANTS METLIFE, INC., ECONOMY PREMIER ASSURANCE COMPANY, METROPOLITAN CASUALTY INSURANCE COMPANY, AND METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Defendants Metlife, Inc., Economy Premier Assurance Company, Metropolitan Casualty Insurance Company, and Metropolitan Property and Casualty Insurance Company, by its undersigned counsel of record, hereby acknowledge receipt of the Protective Order Governing Road Home Applicant and Recipient Information.

Agreed to By:

_____  this 28th day of December, 2007.

Judy Y. Barrasso
H. Minor Pipes, III
Susan M. Rogge
Stephen L. Miles
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

100750