UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL CASES | § | |
| _____ | § | |

## MOTION FOR AN ORDER AUTHORIZING AND REQUIRING THE UNITED STATES TO PRODUCE PERSONAL IDENTIFYING INFORMATION CONTAINED WITHIN ELECTRONICALLY STORED INFORMATION AND PROHIBITING ALL PARTIES FROM DISSEMINATING SUCH PERSONAL IDENTIFYING INFORMATION

The United States will be producing an extremely voluminous amount of Electronically Stored Information ("ESI"). Given the size of this production, the United States will be unable to review all of the ESI prior to production. Some of this ESI may possibly contain personal identifying information.

Therefore, pursuant to 5 U.S.C. § 552a(b)(11), the United States moves for an order authorizing and requiring the United States to produce personal identifying information contained within ESI. Any ESI containing such personal identifying information will be deemed as "CONFIDENTIAL INFORMATION" under the Amended Master Protective Order (Doc. Rec. No. 7634), regardless of whether the ESI is marked with a legend designating the information as "CONFIDENTIAL INFORMATION."

This motion and proposed order has been transmitted to liaison counsel for Plaintiffs and Defendants, who did not object. This motion and proposed order has also been transmitted to counsel for Lafarge North America, who did not object.

A proposed Order is attached.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: January 4, 2008

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on January 4, 2008, I served a true copy of the United States' Motion for an Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting All Parties from Disseminating Such Personal Identifying Information upon all parties by ECF:

                                               s/ Paul Marc Levine
                                               PAUL MARC LEVINE