UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K"(2) |
| | * | |
| PERTAINS TO: ALL CASES | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| | * | |

*****************************************

**ORDER AUTHORIZING AND REQUIRING THE UNITED STATES
TO PRODUCE PERSONAL IDENTIFYING INFORMATION CONTAINED WITHIN
ELECTRONICALLY STORED INFORMATION AND PROHIBITING ALL PARTIES
FROM DISSEMINATING SUCH PERSONAL IDENTIFYING INFORMATION**

The United States will be producing an extremely voluminous amount of Electronically Stored Information ("ESI"). Given the size of this production, the United States will be unable to review all of the ESI prior to production. Some of this ESI may possibly contain personal identifying information.

The Privacy Act, 5 U.S.C. § 552a(b)(11), prohibits the disclosure of "any record which is contained in a systems of records by any means of communication, to any person . . . unless disclosure of the record would be . . . pursuant to the order of a court of competent jurisdiction."

Accordingly, IT IS ORDERED that the United States is authorized and required to produce all personal identifying information contained within ESI. Any ESI containing such personal identifying information will be deemed as "CONFIDENTIAL INFORMATION" under the Amended Master Protective Order (Doc. Rec. No. 7634), regardless of whether the ESI is marked with a legend designating the information as "CONFIDENTIAL INFORMATION."

This an order of a court of competent jurisdiction.  5 U.S.C. § 552(a)(b)(11).

**SO ORDERED:**

                                                New Orleans, Louisiana, this _____ day of January, 2008.

                                                                           _____
                                                                               JOSEPH C. WILKINSON, JR.
_____             UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**