UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL CASES | § | |
| _____ | § | |

### UNITED STATES' ESI PRODUCTION PROTOCOL

Section II(C) of the United States' Production Protocol (Doc. Rec. No. 5368) requires the parties to meet and confer with respect to the production of Electronically Stored Information ("ESI").

Accordingly, the United States provided counsels for Plaintiffs, Washington Group International, the Orleans Levee District, the Lake Borgne Basin Levee District, the East Jefferson Levee District, the Sewerage and Water Board, and Lafarge North America with a copy of Exhibit 1, attached hereto.  These are the only parties which have served the United States with discovery in the In re Katrina Consolidated Litigation.

The United States then held a tele-conference with each party to discuss any questions regarding the ESI production.  None of the above parties raised any objections to the ESI production protocol.

Thereafter, the United States provided the a copy of the instant document as well as Exhibit 1 to Plaintiffs' liaison counsel, Defendants' liaison counsel, counsel for Washington Group International, counsel for the Orleans Levee District, counsel for the Lake Borgne Basin Levee District, counsel for the East Jefferson Levee District, counsel for the

Sewerage and Water Board, and counsel for Lafarge North America.  No parties raised any

objections.

Therefore, the United States submits its ESI production protocol.  This production

protocol will govern production of ESI by the United States going forward in this litigation.  All

productions made in accordance to this protocol will also be governed by the Order Authorizing

and Requiring the United States to Produce Personal Identifying Information Contained Within

Electronically Stored Information and Prohibiting All Parties from Disseminating Such Personal

Identifying Information.

This ESI production protocol is respectfully submitted,


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: January 4, 2008

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on January 4, 2008, I served a true copy of the

United States' ESI Production Protocol upon all parties by ECF:


            s/ Paul Marc Levine
            PAUL MARC LEVINE