**EXHIBIT 1**

**ESI Production Protocol**

**January 4, 2008**

**Katrina Canal Breaches Consolidated Litigation**
**Eastern District of Louisiana**
**Consolidated Case No. 05-4182**

**The United States Government proposes the following protocol for the production of electronically store information (ESI) in the above referenced litigation.**

I.      Processing of MS Outlook Email
    A.  Will be delivered in native format (.PST format).
    B.  Assign container numbers according to source office and custodian to each .PST file.
    C.  Assign a unique reference number that will serve as a file bates number equivalent to each PST file which will be referenced in the .DAT file (i.e., ERN-XXX-000000001).
    D.  Microsoft Outlook also assigns each individual e-mail message (as opposed to a .PST file) a unique message Identification Number found in the Files tab under a sub-tab known as properties.
    E.  For identification and authentication purposes, when using an e-mail as an exhibit in the litigation, parties must reference: (1) the file bates number as provided in the production dat file for the PST, and (2) and message ID for emails.
    F.  The following fields will be included in the .DAT file: FileBatesNumber, Filename, and Doclink.
    G.  Files will be delivered de-duplicated at a custodian level.

II.     Processing of E-docs and non-.PST email formats
    A.  Will be delivered in native format.
    B.  Assign container numbers according to source office and custodian.
    C.  Assign a unique reference number that will serve as a file bates number equivalent to each Edoc file which will be referenced in the .DAT file (i.e., ERN-XXX-000000001).
    D.  When using the file in litigation, parties must reference the file bates number as provided in the production .DAT file.
    E.  The following fields will be included in the .DAT file(where available): FileBatesNumber Filename, FileSize, DateCreated, LastAccess, DateModified, Hash, FullPath, FileType, Comments, and Doclink.
    F.  Files will be delivered de-duplicated at a global level.

**EXHIBIT 1**

III.   Delivery
    A.  Media
        1.  ESI will be delivered on the following physical media: DVD, CD-ROM, and external Hard Drives. (Highest capacity media will be used to minimize tracking overhead).
        2.  Media will be labeled with the producing party name, production date, media volume name, and document range.
    B.  Load File: A Concordance delimited Dat file will be provided with each media.
    C.  Media level duplicate report- Filenames, Hash values, and Custodian names will be provided for all duplicate files.
    D.  Read me file (ASCII text file) - Outlines all delimiters and fields within the .DAT file.

IV.   Production Log: provides decoded value for the agency code/container number to identify specific files produced, production source agency, division, office, location, and custodian.