UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  *Robinson*, No. 06-2268 | § | |
| | § | |
| _____ | § | |

RE-NOTICE OF DEPOSITION

To:  All Counsel of Record

**PLEASE TAKE NOTICE** that the Defendant United States, through its undersigned counsel, will take the deposition of Johannes Vrijling, at the law offices of Joseph M. Bruno, 855 Baronne Street, New Orleans, Louisiana 70113, on Tuesday, January 8, 2007 at 9:00 a.m. The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.

Pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure, the Defendant United States requests that Johannes Vrijling produce the documents set forth in the

1

2

attached Exhibit A at the time and place of the deposition.

                              Respectfully submitted,

Dated:  January 4, 2008                 s/ Robin D. Smith
                                           ROBIN D. SMITH
                                           Senior Trial Counsel
                                           Torts Branch, Civil Division
                                           U.S. Department of Justice
                                           P.O. Box 888
                                           Benjamin Franklin Station
                                           Washington, D.C.  20044
                                           (202) 616-4289
                                           (202) 616-5200 (fax)
                                           robin.doyle.smith@usdoj.gov
                                           Attorney for Defendant United States

## EXHIBIT A TO NOTICE OF VIDEOTAPED DEPOSITION

1. Any and all materials considered or relied upon by the deponent in connection with this litigation.

2. Any and all updates to the deponent's September 17, 2007, report.

3. Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

4. A hydrograph, using the Delft1D2D model, depicting the same five scenarios for locations within the New Orleans East polder as in deponent's September 17, 2007, report for the residence of Norman Robinson, located at 30° 01' 44.79" N, 90° 00' 10.35" W.

5. A hydrograph, using the Delft1D2D model, depicting the same seven scenarios for locations within the Saint Bernard polder as in deponent's September 17, 2007, report for the residence of Kent Lattimore, located at 29° 56' 29.58" N, 89° 58' 29.07" W.

6. A hydrograph, using the Delft1D2D model, depicting the same seven scenarios for locations within the Saint Bernard polder as in deponent's September 17, 2007, report for the business Latimore and Associates, located at 29° 56' 31.20" N,  89° 58' 38.02" W:

7. A hydrograph, using the Delft1D2D model, depicting the same seven scenarios for locations within the Saint Bernard polder as in deponent's September 17, 2007, report for the residence of Tanya Smith, located at 29° 57' 00.75" N, 89° 56' 11.64" W:

8. A hydrograph, using the Delft1D2D model, depicting the same seven scenarios for locations within the Saint Bernard polder as in deponent's September 17, 2007, report for the residence of Lucille and Anthony Franz, located at  29° 57' 37.14" N,  90° 00' 46.21" W.

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing notice was served by ECF on January 4, 2008, upon all counsel of record.

>             /s Robin D. Smith
>             ROBIN D. SMITH