UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: | JUDGE DUVALL |
| LEVEE: 07-5067 (CONNICK) | MAG. WILKINSON |

### NOTICE OF CHANGE OF ADDRESS

Plaintiffs, Harry Connick, Sr., et al, hereby serve notice that effective, **January 9, 2008**, J. Patrick Connick and the Law Office of J. Patrick Connick, LLC, counsel for plaintiff in this proceeding, have changed their address from:

**3900 VETERANS BLVD., THIRD FLOOR,
METAIRIE, LA 70002**

to the following:

**J. PATRICK CONNICK, ESQ.
LAW OFFICE OF J. PATRICK CONNICK, LLC
1335 BARATARIA BLVD., SUITE B
MARRERO, LA 70072**

Undersigned counsel request that this Honorable Court and the Clerk of Court take note of the above change of address and update its official records accordingly.

Respectfully submitted,

/s/ J. Patrick Connick
**J. Patrick Connick** (Bar No. #22219)
Law Office of J. Patrick Connick, LLC
1335 Barataria Blvd., Suite B
Marrero, LA 70072
Telephone:  (504) 885 - 4391
Facsimile:  (504) 885 - 3600
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 7th day of January, 2008.

/s/ J. Patrick Connick