UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO LEVEE | NO. 05-4182 |
| NO. 06-7682 (Paul) | SECTION "K"(2) |

ORDER AND OPINION

Before the Court is a "Motion to Dismiss" filed on behalf of defendant the State of Louisiana Department of Transportation and Development (Doc. 1582).  On March 15, 2007, pursuant to Case Management Order No. 4 (Doc. 3299), plaintiffs filed the Superseding Master Consolidated Class Action Complaint (Doc. 3420) which does not name the State of Louisiana Department of Transportation and Development as a defendant.  The Superseding Master Complaint specifically states that  it "is intended to supersede and replace all class action complaints arising from the catastrophe which previously have been filed in or transferred to this Section of Court, and placed within the 'Levee' category of cases."  (Doc. 3420, ¶2).

The filing of the Superseding Master Complaint voided the claims alleged by plaintiffs in their prior complaint, including the  claims against defendant the State of Louisiana Department of Transportation and Development.   Therefore, at present there are no claims pending against defendant the State of Louisiana Department of Transportation and Development.   Because there are no claims pending against it, the State of Louisiana Department of Transportation and Development's motion to dismiss is Denied as Moot. Additionally, all claims made against the State of Louisiana Department of Transportation in  the  captioned case in any complaint filed prior to the

filing of the Superseding Master Complaint are hereby dismissed.

New Orleans, Louisiana, this 4th day of January, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE