UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> <br> PERTAINS TO: INSURANCE <br> Master Class Action Consolidated Complaint <br> (Record Doc. No. 3413) | * <br> * CIVIL ACTION NO.: 05-4182 "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion for Leave to File Partial Summary Judgment Motion Based on Allstate's Water Damage Exclusion;

**IT IS HEREBY ORDERED** that Allstate Insurance Company's and Allstate Indemnity Company's motion is **GRANTED**, and that Allstate Insurance Company and Allstate Indemnity Company are permitted to file their Partial Summary Judgment Motion Based on Allstate's Water Damage Exclusion.

**DENIED**

New Orleans, Louisiana, this 7th day of January, 2008.

_____
JUDGE

This Court has issued a stay in the insurance category of this umbrella, See Doc. 9227. One purpose of it is to insure that the Court uses its resources in the most efficacious manner. In the event the Louisiana Supreme Court reverses the Fourth Circuit, these insurance issues will be rendered moot. This Court's judicial resources are better employed disposing of other issues that are also part of the umbrella at this time including the immunity of the United States with respect to the allegations in the Levee and MRGO categories of the umbrella.