UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION § § §<br><br>_____ §<br> §<br>PERTAINS TO: §<br> §<br>LEVEE (06-5137) § | CIVIL ACTION<br><br>No.  05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, comes the defendant, Norfolk Southern Railway Company and requests this Honorable Court to designate the dismissal entered on December 27, 2007, as "with prejudice" as prayed for in Norfolk Southern Railway Company's Motion to Dismiss.  Norfolk Southern Railway Company filed its Motion to Dismiss Pursuant to Rule 12(b)(6) on December 8, 2006.  On December 27, 2007, this Honorable Court granted Norfolk Southern Railway Company's Motion to Dismiss.  Accordingly, Norfolk Southern Railway Company requests this Honorable Court to designate the dismissal as "with prejudice," dismissing it from this litigation pursuant to Rule 54 of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    LEMLE & KELLEHER, LLP

    s/ Louis Colletta, Jr.
    Benjamin R. Slater, III (Bar No. 12127)
    Thomas L. Colletta, Jr. (Bar No. 26851)
    21st Floor, Pan-American Life Center
    601 Poydras Street
    New Orleans, Louisiana 70130-6097
    Telephone (504) 586-1241
    **Attorneys for Defendant, Norfolk Southern Railway Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all parties of record.

s/ Louis Colletta, Jr.