UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>LEVEE (06-5137) | §<br>§<br>§<br>§   CIVIL ACTION<br>§<br>§   No. 05-4182 "K"(2)<br>§   JUDGE DUVAL<br>§   MAG. WILKINSON |

## ORDER

Considering the foregoing motion:

IT IS ORDERED that Norfolk Southern Railway Company's Motion to Dismiss with Prejudice pursuant to the granting of its Motion to Dismiss Pursuant to Rule 12(b)(6) on December 27, 2007 is GRANTED.  Norfolk Southern Railway Company is hereby dismissed with Prejudice pursuant to Rule 54 of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this _____ day of January 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE