UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
|        06-1885 | * | JUDGE DUVAL |
|        06-4024 | * | |
|        06-4389 | * | MAGISTRATE WILKINSON |
|        06-5771 | * | |
|        06-5786 | * | |
|        06-6099 | * | |
|        07-0206 | * | |
|        07-3500 | * | |
|        07-3612 | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**PLAINTIFFS' MOTION TO RESCIND
ORDER ON MOTION OF DECEMBER 27, 2007 (RECORD
DOCUMENT NO. 9879), AND/OR FOR RECONSIDERATION
OF ORDER ON MOTION, AND/OR FOR
RULE 59 AND/OR RULE 60 RELIEF AND/OR
<u>FOR OTHER RELIEF</u>**

**COME NOW** Plaintiffs in above-styled and numbered causes, appearing through undersigned counsel, and move This Honorable Court for the following relief:

1.  To rescind the Court's Order on Motion of December 27, 2007 (Record Document No. 9879), upon the grounds that undersigned counsel for plaintiffs was only negligently contemptuous of This Court's Order on Motion of September 19, 2007 (Record Document No. 7762) and did not

    intentionally ignore same when he failed to respond by December 18, 2007;

2. For reconsideration of the said Order on Motion (Record Document No. 9879) and/or for Rule 59 and/or Rule 60 relief; and

3. For additional time within which to comply with the Order on Motion of September 19, 2007 (Record Document No. 7762).

This series of motions is filed upon the grounds that plaintiffs and their counsel have good cause for the relief sought and reasonable explanations for the proposed amendments to their complaints. Additional grounds for the granting of the relief sought herein appears more fully in the memorandum filed simultaneously herewith.

      Respectfully submitted,

      **LAW OFFICES OF**
      **ASHTON R. O'DWYER, JR.**
      **Counsel for Plaintiffs**

      **By:** **S/Ashton R. O'Dwyer, Jr.**
        Ashton R. O'Dwyer, Jr.
        Bar No. 10166
        821 Baronne Street
        New Orleans, LA 70113
        Tel. 504-679-6166
        Fax. 504-581-4336

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 7th day of January 2008.

      S/Ashton R. O'Dwyer, Jr.