**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  **KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"** |
| | * | |
| **PERTAINS TO:** | * | **MAGISTRATE (2)** |
| NO.   **05-4181** | * | |
| **06-1885** | * | **JUDGE DUVAL** |
| **06-4024** | * | |
| **06-4389** | * | **MAGISTRATE WILKINSON** |
| **06-5771** | * | |
| **06-5786** | * | |
| **06-6099** | * | |
| **07-0206** | * | |
| **07-3500** | * | |
| **07-3612** | * | |

* * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF ASHTON R. O'DWYER, JR.

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

### ASHTON R. O'DWYER, JR.

who, after being duly sworn, did depose and say:

That he is plaintiffs' counsel in the above-styled and numbered causes, and that in order to make the necessary corrections to the list of plaintiffs being the subject of paragraph numbered (2) in the Court's Hearing and Order on Motion (Record Document No. 7762) it is going to be necessary that he work with his intellectual technology expert, George Schiaffino of New Orleans Technology Institute, to whom he currently owes

-2-

approximately $10,000, and until he is in a position to make a payment on account, which

he is not in a position to do at this time, he has been unable to ask Mr. Schiaffino to

perform the necessary work.


                                                **S/Ashton R. O'Dwyer, Jr.**

                                                **ASHTON R. O'DWYER, JR.**

**Sworn to and subscribed before me,**

**this 7th day of January 2008.**


**S/Steven Lemoine**
        **NOTARY PUBLIC**
**No. 8310**

-2-