# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES   * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION   * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO:   * | MAGISTRATE (2) |
| NO.   05-4181   * | |
| 06-1885   * | JUDGE DUVAL |
| 06-4024   * | |
| 06-4389   * | MAGISTRATE WILKINSON |
| 06-5771   * | |
| 06-5786   * | |
| 06-6099   * | |
| 07-0206   * | |
| 07-3500   * | |
| 07-3612   * | |
| * * * * * * * * * * * * * * * * * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel bring the attached Motion Leave to Intervene for hearing before the Honorable Magistrate Judge Joseph C. Wilkinson, Jr., at 11:00 A.M., on the 23rd day of January 2008, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By:   S/Ashton R. O'Dwyer, Jr.
        Ashton R. O'Dwyer, Jr.
        Bar No. 10166

-2-

                        **821 Baronne Street**
                        **New Orleans, LA 70113**
                        **Tel. 504-679-6166**
                        **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 7th day of January 2008.

                        S/Ashton R. O'Dwyer, Jr.