UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OR INGRAM BARGE CO. ETC. | CIVIL ACTION<br><br>NO. 05-4419 c/w 06-3313<br><br>SECTION "C" (2) |

\* \* \*

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE | CIVIL ACTION<br><br>NO. 05-4182 and consol. cases<br><br>SECTION "K" (2) |

## ORDER

No memorandum in opposition to Ingram Barge Company's "Unopposed Motion for Modification of Protective Order," Record Doc. No. 920 in C.A. No. 05-4419, as required by my order of December 20, 2007, Record Doc. No. 921 in 05-4419 and Record Doc. No. 9607 in 05-4182, has been filed. Accordingly, the motion is unopposed and it is GRANTED.

**IT IS ORDERED** that the previously imposed protective order is modified and that Ingram may dispose of the four remaining barge sections designated by the parties as Sections 1, 7, 14 and 19.

New Orleans, Louisiana, this <u>  7th  </u> day of January, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. GINGER BERRIGAN**
**HON. STANWOOD R. DUVAL, JR.**