**STONE PIGMAN WALTHER WITTMANN L.L.C.**

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

WILLIAM D. TREEBY
DIRECT DIAL (504) 593-0807
DIRECT FAX: (504) 596-0807
E-Mail: wtreeby@stonepigman.com

RECEIVED
EAST DISTRICT COURT
DISTRICT OF LA
2008 JAN -7 PM 2: 23
LORETTA G. WHYTE
CLERK

OUR FILE NUMBER

62,272

January 4, 2008

Loretta G. Whyte
Clerk of Court
United District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

Re:   In re: Katrina Canal Breaches Consolidated Litigation,
      Master Case No. 05-4182, Section K(2)

Dear Ms. Whyte:

I represent defendant Washington Group International, Inc. in the referenced matter and am writing to inform you that the address of one of Washington Group's national counsel, George T. Manning, Esq. of the law firm of Jones Day (who has been admitted *pro hac vice* to this Court (Rec. Doc. 60)) has changed. Please direct all future mailings to Mr. Manning to Jones Day, 2727 North Harwood Street, Dallas, Texas 75201. Thank you for your attention to this matter.

Sincerely,

*William D. Treeby*

William D. Treeby

WDT/dgm

906144v.1