UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES           CONSOLIDATED LITIGATION _____ THIS DOUMENT RELATES TO LEVEE:  07-5184 (Rault Resources, Inc.)           07-5187 (R. Scott McCay)           07-4775 (Murphy Building Corp.)           07-5186 (Bonnie Rault) * * * * * * * * * * * * * * * * * * * * * * * * * | * * * * * * * * * * * | CIVIL ACTION NUMBER: 05-4182 & CONSOLIDATED CASES SECTION "K" JUDGE DUVAL MAG. WILKINSON |

### REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 78.1E

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Board of Commissioners of the East Jefferson Levee District ("EJLD"), who requests oral argument on its motion to dismiss pursuant to F.R.Civ.P. 12(b)(6).  The EJLD believes oral argument will assist the Court in deciding the EJLD's motion to dismiss plaintiffs' claims.

**WHEREFORE**, The Board of Commissioners of the East Jefferson Levee District requests this Court grant oral argument on its motion to dismiss on January 23, 2008, at

9:30 a.m., or as the Court may otherwise order.

                                      Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

*/S/ JOSEPH E. BEARDEN, III*
LAWRENCE J. DUPLASS (#5199)
GARY M. ZWAIN (#13809)
JOSEPH E. BEARDEN, III (#26188)
NICOLE M. BOYER (#29775)
RYAN M. MALONE (#30607)
3838 NORTH CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
**ATTORNEYS FOR DEFENDANT,
BOARD OF COMMISSIONERS FOR THE
EAST JEFFERSON LEVEE DISTRICT**

## CERTIFICATE

I do hereby certify that on the 7th day of January 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

                                        */S/ JOSEPH E. BEARDEN, III*
                                        JOSEPH E. BEARDEN, III (#26188)