# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES** § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | |
| § | **NO. 05-4182 "K"(2)** |
| § | |
| **PERTAINS TO:** § | **JUDGE DUVAL** |
| **ROAD HOME** § | |
| **Civil Action Nos.** § | **MAG. WILKINSON** |
| Louisiana State C.A. No. 07-5288 § | |
| § | |

## AEGIS SECURITY INSURANCE COMPANY'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Aegis Security Insurance Company ("Aegis") identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

/s/ Maura Z. Pelleteri                                      January 8, 2008
MAURA Z. PELLETERI (8463)
AMY S. MALISH (28992)
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582

ATTORNEYS FOR AEGIS SECURITY
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 8th day of January, 2008.

/s/ Maura Z. Pelleteri
MAURA Z. PELLETERI (8463)
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582

ATTORNEYS FOR AEGIS SECURITY
INSURANCE COMPANY