UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ALL MRGO | SECTION "K" |

Abair, et al v. The USA, et al
Civil Action No.: 2:07-cv-04392-SRD-JCW

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes counsel for the Abair Plaintiffs, and seeks to withdraw as counsel for the following reasons, *to-wit*:

1. The Abair Plaintiffs filed the instant suit on August 27, 2007.

2. The undersigned is a member in good standing of the Louisiana Bar. Timothy R. Balducci requested the undersigned to act temporarily as local counsel to facilitate filing the instant action. At the time, Balducci was a member in good standing of the Mississippi State Bar. Balducci, however, was not a member of the Louisiana Bar and had not yet been admitted *pro hac vice* to the Eastern District of Louisiana.

3. The undersigned only agreed to be local counsel during the period of time that Balducci was not admitted *pro hac vice*. Balducci represented that following the filing of the Complaint he would immediately take necessary steps to be admitted *pro hac vice*.

4. Balducci informed the undersigned that assistance was needed in order for the instant claims of approximately 1,868 people to be filed in a timely fashion. The undersigned relied upon Balducci's representation. The undersigned only agreed to serve temporarily as local counsel because, at the time, the undersigned believed Balducci was honest, reliable and

JO.99374444.1

professional and would keep his word.

5. It was never agreed or intended for the undersigned to be actively involved in the case. The undersigned neither received nor sought remuneration. The undersigned neither asked for nor received any interest in any fees that may ultimately result from the resolution of the cases. The undersigned has no contractual relationship with any of the individual plaintiffs.

6. In the several months since the Complaint was filed, Balducci failed to honor his commitment to file his *pro hac vice* admission papers despite repeated requests by the undersigned. Balducci's additional co-counsel also failed to file *pro hac vice* admission papers.

7. Based upon news accounts, Balducci has recently resigned from the Mississippi Bar as a result of pleading guilty to one count of conspiracy to bribe a Mississippi state court judge. Balducci is reported to be cooperating with the government. Upon information and belief, Balducci is making criminal allegations against the undersigned and others in the undersigned's law firm.

8. Since November 2007 the undersigned has attempted to have other lawyers in Balducci's law firm enter their appearance *pro hac vice*. The undersigned caused letters to be sent to all of the lawyers in Balducci's office requesting that they seek *pro hac vice* admission or find replacement local counsel. Those letters have gone unanswered.

9. The undersigned has learned that the lawyer retained by the 1,868 plaintiffs is from Texas. The lawyer is Zeke Reyna, 702 West Expressway, 83 Suite 100, Weslaco, TX 78596; office number 956-968-9556; fax number: 956-969-8012. Letters have been sent to Mr. Reyna requesting he find replacement counsel. Mr. Reyna has also been contacted directly and requested to find local counsel and/or seek *pro hac vice* admission. Mr. Reyna has indicated to the undersigned's counsel that he will appear *pro hac vice*, if he cannot retain local counsel. To

2

date, however, Mr. Reyna has failed to make such an appearance or otherwise retain local counsel. Mr. Reyna did inform the undersigned's counsel that he was taking action in dealing with the case, including dealing with unspecified shortcomings of Balducci.

10. At the time the Complaint was filed, the undersigned reviewed the Complaint and based upon representations of Balducci concerning the factual and legal bases of the allegation agreed with making the allegations.

11. Notably, the undersigned has had no contact whatsoever with any of the 1,868 plaintiffs. Other than the names appearing on the Complaint, the undersigned lacks the addresses, phone numbers, or other identifying or contact information for any of these individual plaintiffs. Balducci's office and Mr. Reyna's office have all of this contact, as well as, factual information related to each plaintiff and their respective claims.

12. Given the state of affairs, and Mr. Balducci's failure to seek *pro hac vice* admission as promised, Mr. Balducci's office's failure to seek *pro hac vice* or seek replacement local counsel, as well as Mr. Reyna's similar failures and Balducci's current posture *vis-à-vis* the undersigned and his partners in the criminal proceedings, the undersigned should not and cannot continue to be a counsel of record in this proceeding.

13. The 1,868 plaintiffs will not be prejudiced by this withdrawal. Mr. Reyna is the lawyer retained by the 1,868 plaintiffs and has had all of the contact with the plaintiffs. Mr. Reyna is a duly licensed attorney in good standing in the State of Texas who can appear *pro hac vice* in this case.

WHEREFORE, PREMISES CONSIDERED, the undersigned moves to withdraw as counsel of record.

Respectfully submitted, this the 8th day of January 2008.

                              SCRUGGS LAW FIRM
                              120A Courthouse Square
                              P.O. Box 1136
                              Oxford, MS 38655
                              Telephone: (662)281-1212
                              Facsimile: (662)281-1312
                              Email: sbackstrom@scruggsfirm.com


                    BY:    ***/s/ SIDNEY A. BACKSTROM***
                              SIDNEY A. BACKSTROM (#23632)

4

## CERTIFICATE OF SERVICE

I, Sidney A. Backstrom, hereby certify that on January 8, 2008, I served a true copy of the above and foregoing Motion to Withdraw as Counsel of Records upon all parties by ECF, as well as, by mail and facsimile to:

Ezequiel Reyna, Jr.
Law Offices of Ezequiel Reyna Jr. LLP
702 West Expressway 83, Ste. 100
Weslaco, Texas 78596
Facsimile: (956)969-0492

.

/s/ *SIDNEY A. BACKSTROM*
SIDNEY A. BACKSTROM