

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

GARY W. KERN AND CAROLINE D. KERN

V.

UNITED STATES OF AMERICA, BD. OF COMM. OF ORLEANS LEVEE DIST., BD. OF COMM. OF E. JEFF LEVEE DIST., SEWERAGE AND WATER BD. OF N.O., ST. PAUL FIRE & MAR. INS. CO., NT'L UNION FIRE INS. CO. OF PITTS.

TO:  SEWERAGE AND WATER BOARD
OF NEW ORLEANS
THROUGH ITS REGISTERED AGENT:
GERARD M. VICTOR, SPECIAL COUNSEL
625 ST. JOSEPH ST., ROOM 201
NEW ORLEANS, LA 70165

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07-5330

SECT. K MAG. 2

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

SEP - 4 2007

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/17/07 |
| Name of SERVER (PRINT) | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: M K Tyler - Sewerage & Water Board, 625 St. Joseph St., New Orleans, LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/17/07
Date

Signature of Server: Peter P. Spangenry

Address of Server: 610 Belle Terre Blvd., LaPlace, LA 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action