UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: ALL LEVEE | SECTION "K" |
| Adams, et al v. The USA, et al, Civil Action No.: 2:07-cv-04391-SRD-JCW | PLAINTIFFS |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

CAME ON for consideration this date the Motion to Withdraw as Counsel of Record by Sidney A. Backstrom, local counsel for Plaintiffs, and the Court having considered said motion, finds the same is well-taken and should be granted. It is therefore:

ORDERED AND ADJUDGED that Sidney A. Backstrom, be and the same is hereby allowed to withdraw as counsel of record for Plaintiffs. Counsel for the Plaintiffs, Mr. Balducci and/or Mr. Reyna, shall find replacement counsel or be admitted *pro hac vice* within thirty (30) days of this Order or all of their clients' claims shall be dismissed without prejudice.

SO ORDERED this the ____ day of _____ 2008.

_____
UNITED STATES MAGISTRATE