UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | NUMBER:  05-4182 |
| | * | & CONSOLIDATED CASES |
| THIS DOUMENT RELATES TO | * | |
| LEVEE:  07-5184 (Rault Resources, Inc.) | * | SECTION "K" |
| 07-5187 (R. Scott McCay) | * | |
| 07-4775 (Murphy Building Corp.) | * | JUDGE DUVAL |
| 07-5186 (Bonnie Rault) | * | |
| | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

Please take Notice that defendant, The Board of Commissioners of the East Jefferson Levee District, will bring on for hearing its motion under F.R.Civ.P. 12(b)(6) to dismiss the above captioned matters before the Honorable Stanwood R. Duval, Jr., on the 23rd day of January 2008, at 9:30 a.m., at the United State District Court House for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana  70130. You are invited to participate, as you may deem necessary.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

<u>/S/  JOSEPH E. BEARDEN, III</u>
LAWRENCE J. DUPLASS (#5199)
GARY M. ZWAIN (#13809)
JOSEPH E. BEARDEN, III (#26188)
NICOLE M. BOYER (#29775)
RYAN M. MALONE (#30607)
3838 NORTH CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA  70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
**ATTORNEYS FOR DEFENDANT,
BOARD OF COMMISSIONERS FOR THE
EAST JEFFERSON LEVEE DISTRICT**

## **CERTIFICATE**

I do hereby certify that on the 8th day of January 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

*/S/  JOSEPH E. BEARDEN, III*
JOSEPH E. BEARDEN, III (#26188)