UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | NUMBER:  05-4182 |
| | * | & CONSOLIDATED CASES |
| THIS DOUMENT RELATES TO | * | |
| LEVEE:  07-5184 (Rault Resources, Inc.) | * | SECTION "K" |
| 07-5187 (R. Scott McCay) | * | |
| 07-4775 (Murphy Building Corp.) | * | JUDGE DUVAL |
| 07-5186 (Bonnie Rault) | * | |
| | * | MAG. WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 78.1E

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Board of Commissioners of the East Jefferson Levee District ("EJLD"), who requests oral argument on its motion to dismiss pursuant to F.R.Civ.P. 12(b)(6).  The EJLD believes oral argument will assist the Court in deciding the EJLD's motion to dismiss plaintiffs' claims.

**WHEREFORE**, The Board of Commissioners of the East Jefferson Levee District requests this Court grant oral argument on its motion to dismiss on January 23, 2008, at

9:30 a.m., or as the Court may otherwise order.

        Respectfully Submitted,

        **DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

        */S/ JOSEPH E. BEARDEN, III*
        LAWRENCE J. DUPLASS (#5199)
        GARY M. ZWAIN (#13809)
        JOSEPH E. BEARDEN, III (#26188)
        NICOLE M. BOYER (#29775)
        RYAN M. MALONE (#30607)
        3838 NORTH CAUSEWAY BOULEVARD
        METAIRIE, LOUISIANA 70002
        TELEPHONE: (504) 832-3700
        FACSIMILE: (504) 837-3119
        **ATTORNEYS FOR DEFENDANT,**
        **BOARD OF COMMISSIONERS FOR THE**
        **EAST JEFFERSON LEVEE DISTRICT**

## **CERTIFICATE**

   I do hereby certify that on the 8th day of January 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

        */S/ JOSEPH E. BEARDEN, III*
        JOSEPH E. BEARDEN, III (#26188)