# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | NO.: 05-4182 "K"(2) |
| LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| _____ | * | MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT ACKNOWLEDGMENT OF RECIEPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the protective order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

_____ this 8th day of January 2008.

Seth A. Schmeeckle

Counsel for:
Hartford Accident and Indemnity Company
Hartford Casualty Insurance Company
Hartford Fire Insurance Company
Hartford Insurance Company of the Midwest
Hartford Insurance Company of the Southeast
Hartford Underwriters Insurance Company
Property and Casualty Insurance Company of Hartford
Twin City Fire Insurance Company
and "Hartford Insurance Group" (a non-existent entity)

-1-

Respectfully submitted,

**/s/ Seth A. Schmeeckle**
**OF COUNSEL:**                          **RALPH S. HUBBARD, III, T.A., La. Bar. # 7040**
**Stephen E. Goldman**                   **SETH A. SCHMEECKLE, La. Bar #27076**
**Wystan M. Ackerman**                   **LUGENBUHL, WHEATON, PECK, RANKIN &**
**ROBINSON & COLE LLP**                  **HUBBARD**
280 Trumbull Street                      601 Poydras Street, Suite 2775
Hartford, Connecticut 06103-3597         New Orleans, Louisiana 70130
Telephone:    (860) 275-8200             Telephone: (504) 568-1990
Facsimile:    (860) 275-8299             Telefax: (504)310-9195
                                         E-Mail: rhubbard@lawla.com
                                                 sschmeeckle@lawla.com

Attorneys for Hartford Accident & Indemnity
Company, Hartford Casualty Insurance Company,
Hartford Fire Insurance Company, Hartford Insurance
Company of the Midwest, Hartford Insurance
Company of the Southeast, "Hartford Insurance
Group" (a non-existent entity), Hartford Underwriters
Insurance Company, Twin City Fire Insurance
Company, The Standard Fire Insurance Company, "St.
Paul" (a non-existent entity), "St. Paul Travelers
Insurance Company" (a non-existent entity), St. Paul
Fire & Marine Insurance Company, St. Paul Guardian
Insurance Company, St. Paul Mercury Insurance
Company, St. Paul Protective Insurance Company, St.
Paul Surplus Lines Insurance Company, Travelers
Casualty Insurance Company of America, Travelers
Casualty and Surety Company, Travelers Home &
Marine Insurance Company, The Travelers Indemnity
Company, The Travelers Indemnity Company of
America, The Travelers Indemnity Company of
Connecticut, Travelers Insurance Company (a non-
existent entity), Travelers Property Casualty Company
of America, Travelers Property Casualty Insurance
Company and The Automobile Insurance Company of
Hartford, Connecticut

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle