| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182"k"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: ROAD HOME | * | |
| Louisiana State C.A. No. 07-5528 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Clarendon National Insurance Company, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

   /s/JOHN E. UNSWORTH, JR.                   January 8         , 2008.
**JOHN E. UNSWORTH, JR. #9477**
**W. GLENN BURNS, #3698**
**LAUREN E. BRISBI, #29778**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
*junsworth@hmhlp.com*
*gburns@hmhlp.com*
*lbrisbi@hmhlp.com*
Counsel for Defendant,
**CLARENDON NATIONAL INSURANCE COMPANY**

JEU Library:2130-63270\LT-001765_1_1

## CERTIFICATE OF SERVICE

I hereby certify that on the __8th__ day of January, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing by United States Mail.

> /s/ _JOHN E. UNSWORTH, JR_
> **JOHN E. UNSWORTH, JR.**