UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES            CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO.  05-4182 "K"(2)<br>JUDGE DUVAL |
| VERSUS | MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO:  ROAD HOME            Louisiana State C.A. No. 07-5528 | |

**INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT
OF RECEIPT OF PROTECTIVE ORDER GOVERNING
ROAD HOME APPLICANT AND RECIPIENT INFORMATION**

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:                                                                                     January 8, 2008

**PHELPS DUNBAR LLP**

BY:   \_\_/s/ Jacqueline M. Brettner_____
        Harry Rosenberg (Bar #11465)
        Jay R. Sever (Bar #23935)
        Jacqueline M. Brettner (Bar #30412)
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130

**ATTORNEYS FOR DEFENDANTS NATIONWIDE, NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY SCOTTSDALE INDEMNITY COMPANY AND SCOTTSDALE INSURANCE COMPANY**

NO.99835560.1