UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>　　　　CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL |
| VERSUS | MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO: ROAD HOME<br>　　Louisiana State C.A. No. 07-5528 | |

### INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:                                                                January 8, 2008

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Jacqueline M. Brettner
　　　Neil C. Abramson (Bar #21436)
　　　Nora B. Bilbro (Bar #22955)
　　　Jacqueline M. Brettner (Bar #30412)
　　　Canal Place
　　　365 Canal Street • Suite 2000
　　　New Orleans, Louisiana 70130-6534
　　　Telephone: (504) 566-1311
　　　Telecopier: (504) 568-9130

　　　and

NO.99835562.1

Marshall M. Redmon (Bar #18398)
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

**ATTORNEYS FOR DEFENDANT HOMESITE INSURANCE COMPANY**