UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>          CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO.  05-4182 "K"(2)<br>JUDGE DUVAL |
| VERSUS | MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO:  ROAD HOME<br>      Louisiana State C.A. No. 07-5528 | |

### INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:                                                                              January 8, 2008

**PHELPS DUNBAR LLP**

BY:   _/s/ Jacqueline M. Brettner_____
       George B. Hall, Jr. (Bar #6432)
       Jacqueline M. Brettner (Bar #30412)
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130

**ATTORNEYS FOR AMERICAN EMPIRE INSURANCE COMPANY, AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, GREAT AMERICAN SECURITY INSURANCE COMPANY, AND GREAT AMERICAN SPIRIT INSURANCE COMPANY**

NO.99835569.1