UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>          CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO.  05-4182 "K"(2)<br>JUDGE DUVAL |
| VERSUS | MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO:  ROAD HOME<br>     Louisiana State C.A. No. 07-5528 | |

**INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT
OF RECEIPT OF PROTECTIVE ORDER GOVERNING
ROAD HOME APPLICANT AND RECIPIENT INFORMATION**

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:                                                                                       January 8, 2008

**PHELPS DUNBAR LLP**


BY:    /s/ Jacqueline M. Brettner
       Harry Rosenberg (Bar #11465)
       Jacqueline M. Brettner (Bar #30412)
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130

**ATTORNEYS FOR DEFENDANTS FIDELITY
NATIONAL INSURANCE COMPANY AND FIDELITY
NATIONAL PROPERTY AND CASUALTY
INSURANCE COMPANY**

NO.99835575.1