UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   06-4389 * | | |
| 07-3500 * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * | | |
| * * * * * * * * * * * * * * * * * * | | |

## REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs, appearing through undersigned counsel pursuant to the provisions of Rule 78.1 of the Uniform Local Rules of the United States District Courts for the State of Louisiana, and request oral argument on their Motion for Sanctions (Record Document Nos. 9464 and 9469) and related motions.[1]

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By:   S/Ashton R. O'Dwyer, Jr.
        Ashton R. O'Dwyer, Jr.
        Bar No. 10166

---

[1] Although the Motion for Sanctions (and related motions) has been noticed for hearing before Judge Duval, undersigned counsel for plaintiffs avers that Judge Duval should recuse himself from deciding motions for sanctions against plaintiffs' counsel, or be recused, as a result of personal bias and prejudice.  See 28 U.S.C. §144 and 28 U.S.C. §455.

-1-

-2-

821 Baronne Street  
New Orleans, LA 70113  
Tel. 504-679-6166  
Fax. 504-581-4336

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 8th day of January 2008.

S/Ashton R. O'Dwyer, Jr.