## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| LITIGATION | * | 05-4182 |
| | * | MAGISTRATE 2 |
| | * | SECTION "K" |
| | * | |
| | | |
| PERTAINS TO: 07-4774 | * | |
| MURPHY OIL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION AND ORDER TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes defendant, The Southeast Louisiana Flood Protection Authority East, and who suggest that all matters of controversy between them have been compromised and settled in full and plaintiff's suit against defendants should be dismissed without prejudice.

Respectfully Submitted,                          Respectfully Submitted,

s/Paul C. Thibodeaux                          s/Jennifer M. Morris

_____                    _____
Paul C. Thibodeaux (#29446)              Andrew D. Weinstock (#18495)
Frilot, L.L.C.                                        Jennifer M. Morris (#29936)
1100 Poydras Street                            Duplass, Zwain, Bourgeois, Morton,
Suite 3600                                          Pfister & Weinstock
New Orleans, Louisiana 70163            3838 N. Causeway Blvd
**Attorney for Plaintiffs**                      Three Lakeway Center, Suite 2900
                                                          Metairie, Louisiana 70002
                                                          **Attorneys for The Southeast
                                                          Louisiana    Flood    Protection
                                                          Authority-East**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, this 7th day of January, 2008.

S/Jennifer M. Morris

_____
**JENNIFER M. MORRIS (#29936)**