**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **LITIGATION** | * | **05-4182** |
| | * | **MAGISTRATE 2** |
| | * | **SECTION "K"** |
| | * | |
| **PERTAINS TO: 07-4774** | * | |
| **MURPHY OIL** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the Southeast Louisiana Flood Protection Authority East, be and is hereby dismissed.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**J U D G E**