UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182
PERTAINS TO LEVEE:
                                       SECTION "K"(2)
Bourgeois, No. 06-5131
Ferdinand, No. 06-5132

## ORDER

A status conference will be held on **January 14, 2008,** at **1:30 p.m.** to discuss the following motions: 1) "Motion to Dismiss Party Under Rule 12(b)(6) or, in the alternative, Motion for Summary Judgment Under Rule 56" filed on behalf of defendant CSX Transportation, Inc. (Doc. 1697); 2) "Motion to Dismiss Party Under Rule 12(b)(6) or, in the alternative, Motion for Summary Judgment Under Rule 56" filed on behalf of defendant CSX Transportation, Inc. (Doc. 1698); 3) "Motion to Dismiss Party BNSF Railway Company Pursuant to Rule 12(b)(6)" (Doc. 1921); 4) "Motion to Dismiss Pursuant to Rule 12(b)(6)" filed on behalf of BNSF Railway Company (Doc. 2931); and "Motion to Dismiss the Claims of Plaintiffs Pursuant to F.R.C.P. 12(b)(6)" filed on behalf of Public Belt Railroad Commission for the City of New Orleans (Doc. 2938).

Trial counsel shall attend the conference.

New Orleans, Louisiana, this 8th day of January, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE