UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| Pertains to: INSURANCE (07-5815) | * | |
| *Sarah Moody Thomas, et al v. The* | * | |
| *Hanover Insurance Company* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion to Bifurcate:

**IT IS HEREBY ORDERED** that in accordance with the provisions of Case Management Order No. 4, Section VII, the matter entitled "Sarah Moody Thomas, et al v. The Hanover Insurance Company, Civil Action No. 07-5815" is hereby bifurcated from the consolidated litigation referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order.

New Orleans, Louisiana this  9th  day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE