UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **LITIGATION** | * | **05-4182** |
| | * | **MAGISTRATE 2** |
| | * | **SECTION "K"** |
| | * | |
| **PERTAINS TO: 07-4775** | * | |
| **MURPHY BUILDING CORP** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes defendant, The Southeast Louisiana Flood Protection Authority East, and who suggest that all matters of controversy between them have been compromised and settled in full and plaintiff's suit against defendants should be dismissed without prejudice.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| s/Paul C. Thibodeaux | s/Jennifer M. Morris |
| _____ | _____ |
| Paul C. Thibodeaux (#29446) | Andrew D. Weinstock (#18495) |
| Frilot, L.L.C. | Jennifer M. Morris (#29936) |
| 1100 Poydras Street | Duplass, Zwain, Bourgeois, Morton, |
| Suite 3600 | Pfister & Weinstock |
| New Orleans, Louisiana 70163 | 3838 N. Causeway Blvd |
| **Attorney for Plaintiffs** | Three Lakeway Center, Suite 2900 |
| | Metairie, Louisiana 70002 |
| | **Attorneys for The Southeast Louisiana Flood Protection Authority-East** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, this 9th day of January, 2008.

                                                S/Jennifer M. Morris

                                     **JENNIFER M. MORRIS (#29936)**