UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

## ORDER

Having considered the United States' Motion for Leave to File Omitted Exhibit, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The Clerk is directed to file Exhibit A, Plaintiffs' 01/02/08 draft of a proposed Joint Statement of Undisputed Facts for Summary Judgment Motions.

New Orleans, Louisiana, this __9th__ day of _____January_____, 2008.

_____
UNITED STATES DISTRICT JUDGE

1