UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.   05-4182 "K"(2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| **PERTAINS TO:  ROAD HOME**<br>   *Louisiana State*  C.A. No. 07-5528<br>**and MRGO** (C.A. No. 07-5389) | | |

## O R D E R

Considering the foregoing Motion to Substitute and Withdraw Counsel of Record, filed by Balboa Insurance Company ("Balboa") and Meritplan Insurance Company ("Meritplan") in the above-identified consolidated actions,

**IT IS HEREBY ORDERED** that Stephanie John, of the law firm of McGlinchey Stafford, PLLC, 1001 McKinney St., Ste. 1500, Houston, TX 77002, be and is hereby enrolled as additional counsel of record on behalf of Balboa and Meritplan, and that Anne D. LeJeune is withdrawn as counsel of record for Balboa and Meritplan.

New Orleans, Louisiana, this 9th day of January, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

731627.1