# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO.   05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| **PERTAINS TO:  ROAD HOME** *Louisiana State*  C.A. No. 07-5528 **and MRGO** (C.A. No. 07-5389) | | |

## O R D E R

Considering the foregoing Motion to Substitute and Withdraw Counsel of Record, filed by HSBC Insurance Company of Delaware ("HSBC") in the above-identified consolidated action,

**IT IS HEREBY ORDERED** that Stephanie John, of the law firm of McGlinchey Stafford, PLLC, 1001 McKinney St., Ste. 1500, Houston, TX 77002, be and is hereby enrolled as additional counsel of record on behalf of HSBC, and that Anne D. LeJeune is withdrawn as counsel of record for HSBC.

New Orleans, Louisiana, this 9th day of January, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

731615.1