**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | |
| | * | |
| PERTAINS TO : INSURANCE | * | JUDGE:  DUVAL |
| Aaron No. 06-4746 | * | |
| _____ | * | |
| | * | |
| SANDRA LYNN | * | |
| | * | MAGISTRATE:  WILKINSON |
| VERSUS | * | |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING**, Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiff Sandra Lynn are dismissed, without prejudice, each party to bear its own costs.  All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this ___9th___ day of _____January_____, 2008.

_____
UNITED STATES DISTRICT JUDGE