# THE GILBERT FIRM, LLC

325 EAST 57TH STREET
NEW YORK, NY 10022

*212-286-8503*
*EGILBERT@GILBERT-AND-GILBERT.COM*

January 9, 2008

**Via Mail**
Loretta G. Whyte
Clerk of Court
United District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

Re:  *Katrina Canal Breaches Consolidated Litigation,*
*Master Case No. 05-4182, Section K(2)*
**Change of Name and Address**

Dear Ms. Whyte:

This firm represents: Hartford Steam Boiler a/s/o Entergy in Case Number 07-4608 and; National Union Fire Insurance Company of Pennsylvania a/s/o Murphy Oil in Case Number 07-4568, in the above referenced matter. Please note new information for Gilbert & Gilbert, LLC:

The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

Phone and fax numbers will remain the same.

Thank You,
The Gilbert Firm, LLC

Elisa T. Gilbert, Esq.

**ETG/ab**