#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF LOUISIANA
#### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   06-4389 * | | |
|         07-3500 * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * | | |
| * * * * * * * * * * * * * * * * * * | | |

#### PLAINTIFFS' EX PARTE MOTION
#### TO CORRECT TYPOGRAPHICAL
#### ERRORS IN RECORD DOCUMENT NO. 10240

**COME NOW** plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to correct certain typographical errors in Record Document No. 10240 as follows:

**Near bottom of Page 3** – CHANGE PARAGRAPH "Accordingly, plaintiffs respectfully submit that the above-quoted representations were misrepresentations and disingenuous, at the very "best".

TO:  "Accordingly, plaintiffs respectfully submit that the above-quoted representations by Mr. Treeby were misrepresentations and disingenuous, at the very "best".

-1-

-2-

**Middle of page 4** – CHANGE SENTENCE". . . This prohibition applies to both written pleadings in their oral argument."

TO: "This prohibition applies to both written pleadings and oral argument."

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**   **S/Ashton R. O'Dwyer, Jr.**
             **Ashton R. O'Dwyer, Jr.**
             **Bar No. 10166**
             **821 Baronne Street**
             **New Orleans, LA 70113**
             **Tel. 504-679-6166**
             **Fax. 504-581-4336**

### **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 9th day of January 2008.

                  S/Ashton R. O'Dwyer, Jr.