-1-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES   * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION   * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO:   * | MAGISTRATE (2) |
| NO.   06-4389   * | |
| 07-3500   * | JUDGE DUVAL |
| * | |
| * | MAGISTRATE WILKINSON |
| * | |

* * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the Plaintiff's Ex Parte Motion for Leave to Correct Typographical Errors in Record Document No. 10240, which the Court has duly noted,

**IT IS ORDERED** that the typographical errors be and they are corrected as prayed for.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
**J U D G E**