UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: *The State of Louisiana*, C.A. No. 07-05582 | SECTION: "K" (2) |

### INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Defendant, Markel Insurance Company, through undersigned counsel, hereby acknowledges receipt of Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to By:


/s/ Andrew C. Kolb

John B. Davis, T.A. (#23025)
Andrew C. Kolb (#28110)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ P.C.**
One American Place
301 N. Main Street
Suite 810
Baton Rouge, LA 70825
Telephone:  (225) 381-7000
Facsimile:  (225) 343-3612

**ATTORNEYS FOR DEFENDANT
MARKEL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, a copy of the foregoing Corporate Disclosure was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the counsel of record by operation of the court's electronic filing system.

/s/ Andrew C. Kolb
**ANDREW C. KOLB**