# EXHIBIT 1

**the dudenhefer law firm,**
a limited liability company

pan american life center
601 poydras street, suite 2655
new orleans, louisiana 70130
telephone 504 525 2553   telecopier 504 523 2508

frank c dudenhefer jr
attorney at law

September 21, 2007

Honorable Stanwood R. Duval, Jr.
Judge, U. S. District Court
Eastern District of Louisiana
500 Poydras St., Room C368
New Orleans, LA 70130

Re:   *In Re:* The State of Louisiana, etc. vs. AAA Insurance, et al; Suit No. 07-8970 H-12
      (ROAD HOME)

Dear Judge Duval:

      We write as counsel for the Attorney General of the State of Louisiana in response to Mr. Bruno's letter to the Court dated 20th of September, 2007. Our preference would have been to address these issues internally but now feel that we are constrained to write in response to Mr. Bruno's letter which he circulated to the Katrina Plaintiff and Defense bar.

      Mr. Bruno was not asked by the Plaintiffs Insurance Sub Group to address the Court and has been made aware of our intent to pursue remand on behalf of our clients and that we are communicating with defense counsel and to draft a CMO specific to this unique piece of litigation. Certainly, Mr. Bruno's advices will be welcomed.

      In the interim, for the Court's information, the position of the Attorney General is:

      Only at closing and grant funding does the grant recipient execute the assignment. At this point, the Road Home program has the right to review and approve any settlement. This has been the process pre-suit and remains the process. Prior to closing, carriers may settle at will with the claimants. We expect the carriers to notify the Road Home Program of payments so that the future grant award can be adjusted accordingly. There is presently an "exchange of information" protocol between Road Home and the carriers which spells out the procedure prior to the Road Home suit and remains so today.

      Prior to Mr. Bruno's letter neither our client nor counsel has been notified that any carrier has "stopped negotiating." By copy of this correspondence to Mr. Bruno, we ask that he immediately forward the names of all such carriers and the adjusters so that we can communicate with them directly.

Honorable Stanwood R. Duval, Jr.
September 21, 2007
page 2.

      We understand, as does the Attorney General, the need to insure that Road Home is fully protected under its subrogation rights as well as the need to continue without interruption the ongoing settlement efforts. At this time we see no need for the Court to intervene.

                      Respectfully submitted,

| | |
|---|---|
| Joseph Jerry McKernan | Drew Ranier |
| Frank C. Dudenhefer, Jr. | Paul Aucoin |
| Calvin C. Fayard, Jr. | |

cc:    Joseph M. Bruno, Esq.
        Ralph S. Hubbard, III, Esq.
        Judy Y. Barrasso, Esq.
        Charles L. Chassaignac, IV, Esq.
        All Plaintiffs counsel

# EXHIBIT 2



**State of Louisiana**
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

Mr. Jerry McKernan
8710 Jefferson Highway
Baton Rouge, La. 70809
VIA FACSIMILE 926-1202

Mr. Paul Aucoin
134 Goodwill Plantation Road
Vacherie, La. 70090

Mr. Calvin Fayard
519 Florida, SW
P.O. Box 1180
Denham Springs, La. 70726

Mr. Drew Ranier
1419 Ryan Street
Lake Charles, La. 70601

Mr. Frank Dudenhefer
601 Poydras Street
Suite 2655
New Orleans, La. 70130

RE: Paul Aucoin, Frank Dudenhefer, Calvin Fayard, Jerry McKernan, and Drew Ranier, Attorneys at Law

Dear Counselors:

The Attorney General has approved and authorized the above referenced attorneys to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the Road Home subrogation matters that we have discussed. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement.

This Office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the

Page Two
August 17, 2007
Re: Paul Aucoin, Frank Dudenhefer, Calvin Fayard, Jerry
McKernan, and Drew Ranier, Attorneys at Law

case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this contract.

The Attorney General reserves the right to appoint and name additional co counsel as deemed necessary. Subject to the conditions listed above, you are authorized to act on behalf of the State with regards to the Road Home subrogation issue.

Yours very truly,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

# EXHIBIT 3

August 27, 2007

Mr. Calvin Fayard
FAYARD & HONEYCUTT
519 Florida Avenue SW
Denham Springs, LA 70726

Mr. Jerry McKernan
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809

RE: ROAD HOME SUBROGATION MATTERS

Dear Counselors:

The Attorney General has approved and authorized your firms to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the Road Home Subrogation. Thus you have the authority to act on behalf of the State with reference to this matter. The Attorney General has also approved as "co-counsel" the following additional law firms to assist you under your direction: Drew Ranier, James P. Roy, Frank Dudenhefer, and Paul Aucoin. This authorization replaces and supersedes any prior authorization to any attorney(s) regarding this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State itself would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement; the attorneys handling this case may receive attorneys fees and costs permitted them by State or Federal law.

This office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this contract.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized to act on behalf of the State with regards to the above captioned matter.

Yours very truly,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

# EXHIBIT 4



**State of Louisiana**
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

September 14, 2007

The Murray Law Firm
Stephen B. Murray
James R. Dugan
909 Poydras Street
Suite 2550 LL&E Tower
New Orleans, La. 70112

    RE:    Stephen Murray and James Dugan, Attorneys at Law
            Road Home Subrogation Lawsuit, CDC 2007-8970

Dear Counselors:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the Road Home subrogation lawsuit. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement.

This Office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the

Page Two
September 14, 2007
Re:   Stephen Murray and James Dugan, Attorneys at Law

case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this contract.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized as co-counsel to act on behalf of the State with regards to the Road Home subrogation lawsuit.

Yours very truly,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

# EXHIBIT 5



**State of Louisiana**
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

September 14, 2007

Mr. John Houghtaling
Gautheir, Houghtaling & Williams
3500 North Hullen Street
Metairie, La. 70002

    RE: John Houghtaling, Attorney at Law
           Road Home Subrogation Lawsuit, CDC 2007-8970

Dear Mr. Houghtaling:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the Road Home subrogation lawsuit. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement.

This Office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the

Page Two
September 14, 2007
Re:   John Houghtaling, Attorney at Law

case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this contract.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized to act on behalf of the State with regards to the Road Home subrogation lawsuit.

Yours very truly,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL