# EXHIBIT D



CHARLES C. FOTI, JR.
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005



RECEIVED DEC 2 8 2007
LARZELERE PICOU WELLS SIMPSON LONERO

December 21, 2007

Mr. Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA   70817

Re:  Public Records Request

Dear Mr. Bossom:

In response to your public records request pursuant to La. R.S. 44:1, *et seq.*, please find the enclosed material which includes all responsive documents in our possession. You requested:

(1) Any contracts for legal services that the Attorney General and/or the State of Louisiana has entered in connection with the case *State of Louisiana et al v. AAA Insurance, et al*, EDLA Civil Action No. 07-5528 c/w 05-4182; and

(2) Any and all contracts entered between the Attorney General and/or the State of Louisiana with any of the following individuals or law firms:

   Calvin C. Fayard, Jr.
   The Law Offices of Calvin C. Fayard, Jr., APLC
   Frank C. Dudenhefer, Jr.
   The Dudenhefer Law Firm, ALLC
   Drew A. Ranier
   Ranier, Gayle & Elliot, LLC
   Paul G. Aucoin
   Office of Paul G. Aucoin, Attorney at Law
   Joseph J. McKernan
   McKernan Law Firm
   N. Frank Elliot, III

(3) Any and all documents, correspondence, or materials relating to the retention of outside counsel by the Attorney General and/or the State of Louisiana in *State of Louisiana et al v. AAA Insurance, et al.*

If you have any questions or comments, please do not hesitate to contact our office.

With kindest regards,

Yours very truly,

CHARLES C. FOTI, JR.          BY: *Susan Crawford*
Attorney General

November 20, 2007

John W. Houghtaling, II
Gauthier, Houghtaling and Williams, LLP
3500 N. Hullen
Metairie, Louisiana 70002

   Re: In Re: Katrina Canal Breaches Consolidated Litigation
      Pertains To: Road Home; *Louisiana State* CA No. 07-5528
      USDC No. 05-4182 "K" (2)
      State of Louisiana, ex rel, Charles C Foti, Jr. v. Allstate Ins. Co., et al
      CDC, No. 07-14595, Division L-6

Dear Mr. Houghtaling:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the above referenced lawsuits. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State itself would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement; the attorneys handling this case may receive attorneys fees and costs permitted them by State or Federal law.

This office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this agreement.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized to act on behalf of the State with regards to the above captioned matter.

Very truly yours,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

_____

September 14, 2007

Mr. John Houghtaling
Gautheir, Houghtaling & Williams
3500 North Hullen Street
Metairie, La. 70002

      RE:   John Houghtaling, Attorney at Law
              Road Home Subrogation Lawsuit, CDC 2007-8970

Dear Mr. Houghtaling:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the Road Home subrogation lawsuit. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement.

This Office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the

Page Two
September 14, 2007
Re:   John Houghtaling, Attorney at Law

case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this contract.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized as co-counsel to act on behalf of the State with regards to the Road Home subrogation lawsuit.

Yours very truly,


CHARLES C. FOTI, JR.
ATTORNEY GENERAL



CHARLES C. FOTI, JR.
ATTORNEY GENERAL

State of Louisiana
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

November 27, 2007

J. Alex Watkins
Capitelli & Wicker
1100 Poydras Street
2950 Energy Centre
New Orleans, La. 70163

Re: State of Louisiana, ex rel, Charles C. Foti, Jr. v. Allstate Ins. Co., et al
CDC, No. 07-14595, Division L-6

Dear Mr. Watkins:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the above referenced lawsuits. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State itself would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement; the attorneys handling this case may receive attorneys fees and costs permitted them by State or Federal law.

This office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an

J. Alex Watkins
November 27, 2007
Page 2


Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this agreement.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized to act on behalf of the State with regards to the above captioned matter.

       Yours very truly,


       CHARLES C. FOTI, JR.
       ATTORNEY GENERAL

CCF,JR.:ct



CHARLES C. FOTI, JR.
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

November 27, 2007

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, La. 70113

      Re: State of Louisiana, ex rel, Charles C. Foti, Jr. v. Allstate Ins. Co., et al
          CDC, No. 07-14595, Division L-6

Dear Mr. Herman:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the above referenced lawsuits. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State itself would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement; the attorneys handling this case may receive attorneys fees and costs permitted them by State or Federal law.

This office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an

Russ M. Herman
November 27, 2007
Page 2


Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this agreement.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized to act on behalf of the State with regards to the above captioned matter.

                        Yours very truly,

                        CHARLES C. FOTI, JR.
                        ATTORNEY GENERAL

CCF,JR.:ct



CHARLES C. FOTI, JR.
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

November 20, 2007

James R. Dugan, II
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130

Re: In Re: Katrina Canal Breaches Consolidated Litigation
Pertains To: Road Home; *Louisiana State* CA No. 07-5528
USDC No. 05-4182 "K" (2)

State of Louisiana, ex rel, Charles C Foti, Jr. v. Allstate Ins. Co., et al
CDC, No. 07-14595, Division L-6

Dear Mr. Houghtaling:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the above referenced lawsuits. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State itself would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement; the attorneys handling this case may receive attorneys fees and costs permitted them by State or Federal law.

This office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an

James R. Dugan, II
November 20, 2007
Page 2

Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this agreement.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized to act on behalf of the State with regards to the above captioned matter.

Yours very truly,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

CCF,JR.:ct



CHARLES C. FOTI, JR.
ATTORNEY GENERAL

State of Louisiana
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

November 20, 2007

John W. Houghtaling, II
Gauthier, Houghtaling and Williams, LLP
3500 N. Hullen
Metairie, Louisiana 70002

Re:   In Re: Katrina Canal Breaches Consolidated Litigation
Pertains To: Road Home; *Louisiana State* CA No. 07-5528
USDC No. 05-4182 "K" (2)

State of Louisiana, ex rel, Charles C Foti, Jr. v. Allstate Ins. Co., et al
CDC, No. 07-14595, Division L-6

Dear Mr. Houghtaling:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the above referenced lawsuits. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State itself would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement; the attorneys handling this case may receive attorneys fees and costs permitted them by State or Federal law.

This office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an

John W. Houghtaling, II
November 20, 2007
Page 2

Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this agreement.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized to act on behalf of the State with regards to the above captioned matter.

Yours very truly,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

CCF,JR.:ct



CHARLES C. FOTI, JR.
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

November 27, 2007

Mr. Robert M. Becnel
Becnel Law Firm, LLC
106 West Seventh Street
Reserve, La. 70084

RE: Robert M. Becnel
Road Home Subrogation Lawsuit, CDC 2007-8970

Dear Mr. Becnel:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the Road Home subrogation lawsuit. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement.

This Office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the

Page Two
November 27, 2007
Re:    Robert M. Becnel, Attorney at Law


case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this contract.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized as co-counsel to act on behalf of the State with regards to the Road Home subrogation lawsuit.

Yours very truly,


CHARLES C. FOTI, JR.
ATTORNEY GENERAL



CHARLES C. FOTI, JR.
ATTORNEY GENERAL

State of Louisiana
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

November 27, 2007

John W. Houghtaling, II
Gauthier, Houghtaling and Williams, LLP
3500 N. Hullen
Metairie, Louisiana 70002

Re:   In Re: Katrina Canal Breaches Consolidated Litigation
      Pertains To: Road Home; *Louisiana State* CA No. 07-5528
      USDC No. 05-4182 "K" (2)

      State of Louisiana, ex rel, Charles C Foti, Jr. v. Allstate Ins. Co., et al
      CDC, No. 07-14595, Division L-6

Dear Mr. Houghtaling:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the above referenced lawsuits. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State itself would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement; the attorneys handling this case may receive attorneys fees and costs permitted them by State or Federal law.

This office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an

John W. Houghtaling, II
November 27, 2007
Page 2

Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this agreement.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized to act on behalf of the State with regards to the above captioned matter.

                        Yours very truly,

                        CHARLES C. FOTI, JR.
                        ATTORNEY GENERAL

CCF,JR.:ct



CHARLES C. FOTI, JR.
ATTORNEY GENERAL

State of Louisiana
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
POST OFFICE BOX 94005
BATON ROUGE 70804-9005

November 27, 2007

James R. Dugan, II
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130

Re:   In Re: Katrina Canal Breaches Consolidated Litigation
      Pertains To: Road Home; *Louisiana State* CA No. 07-5528
      USDC No. 05-4182 "K" (2)

      State of Louisiana, ex rel, Charles C Foti, Jr. v. Allstate Ins. Co., et al
      CDC, No. 07-14595, Division L-6

Dear Mr. Houghtaling:

The Attorney General has approved and authorized you as co-counsel to handle any interests that the State of Louisiana ("the State") may have for the recovery of any monetary amounts that may be due and owing the State with respect to the above referenced lawsuits. Thus you have the authority to act on behalf of the State with reference to this matter.

The State does not guarantee the payment of any attorney fees or costs in connection with such representation and specifically disclaims all liability for payment of fees or costs out of actions filed herein by you on behalf of the State. In the case where the State itself would be included as a member of a class action, the State would receive all amounts due and owing to it without discount and without any fees or costs subtracted from the corpus of the judgment or settlement; the attorneys handling this case may receive attorneys fees and costs permitted them by State or Federal law.

This office requires outside counsel to provide an initial case assessment and thereafter a status report, in writing, every 30 days outlining the progress of each assigned case. In addition to the prospects for settlement, these reports should also contain information pertaining to the facts, theories of liability, potential defenses, anticipated trial date and the like. Please send status reports on the case referenced above to Isabel Wingerter of this Office. All pleadings in this matter shall be provided to the Attorney General prior to filing and signed by an

James R. Dugan, II
November 27, 2007
Page 2


Assistant Attorney General designated by the Office. Your failure to comply with these requirements constitutes grounds for cancellation of this agreement.

The Attorney General reserves the right to appoint and name additional co-counsel as deemed necessary. Subject to the conditions listed above, you are authorized to act on behalf of the State with regards to the above captioned matter.

                        Yours very truly,


                        CHARLES C. FOTI, JR.
                        ATTORNEY GENERAL

CCF,JR.:ct