# EXHIBIT E

October 10, 2007


Mr. Jerry LeBlanc
Commissioner of Administration
Louisiana Division of Administration
P.O. Box 94095
Baton Rouge, LA 70804-9095

RE:    *State of Louisiana, et al v. AAA Insurance, et al*
          EDLA Civil Action No. 07-5528 c/w 05-4182


Dear Mr. Leblanc:

      Pursuant to La. R.S. 44:1, *et seq.*, and particularly La. R.S. 44:32(A), please produce to the undersigned any contracts for legal services that the Division of Administration and/or the Attorney General and/or the State of Louisiana has entered in connection with the above-captioned case. In addition, please produce all documents in your office relating to the appointment of private legal counsel to represent the Division of Administration and/or the State of Louisiana in a class action suit against insurance companies to recover funds paid to affected citizens by The Road Home Program.

      In addition, pursuant to La. R.S. 44:32(A), please produce any and all contracts entered between the Division of Administration and/or the Attorney General and/or the State of Louisiana with any of the following individuals or law firms:

        Calvin C. Fayard, Jr.
        The Law Offices of Calvin C. Fayard, Jr., APLC
        Frank C. Dudenhefer, Jr.
        The Dudenhefer Law Firm, ALLC
        Drew A. Ranier
        Ranier, Gayle, & Elliot, LLC
        Paul G. Aucoin
        Office of Paul G. Aucoin, Attorney at Law
        Joseph J. McKernan
        McKernan Law Firm
        N. Frank Elliott, III

Mr. Jerry LeBlanc
October 10, 2007
Page 2

In addition, please produce any and all documents, correspondence, or materials of any kind relating to the retention of outside counsel by the Division of Administration and/or the Attorney General and/or the State of Louisiana in the above captioned matter.

Please bill me directly for any amounts your office will charge for the copying of these documents in accordance with La. R.S. 44:32(C). If it is necessary for me to pick up the copies at your offices, please inform me of their availability as soon as possible and I will retrieve them.

In accordance with La. R.S. 44:34, if you are unable to locate the contract or contracts in question, please promptly certify in writing to me that your office is unable to locate any contract, the reason for the absence of such a contract, and any other details which may facilitate our right to access to the contract or contracts.

Thank you again for your attention to this matter. Please do not hesitate to contact me with any questions, comments, or concerns.

Regards,

Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA  70817

# EXHIBIT F

December 10, 2007


Mr. Jerry LeBlanc
Commissioner of Administration
Louisiana Division of Administration
P.O. Box 94095
Baton Rouge, LA 70804-9095

RE:   *State of Louisiana, et al v. AAA Insurance, et al*
      EDLA Civil Action No. 07-5528 c/w 05-4182

Dear Mr. Leblanc:

  This refers to my correspondence of October 10, 2007, a copy of which is attached.  I have not received a response to that correspondence. I would appreciate a response to the correspondence at your earliest convenience.

Regards,

Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA  70817

# EXHIBIT G

December 10, 2007


Mr. Jerry LeBlanc
Commissioner of Administration
Louisiana Division of Administration
P.O. Box 94095
Baton Rouge, LA 70804-9095

RE:   *State of Louisiana, et al v. AAA Insurance, et al*
      EDLA Civil Action No. 07-5528 c/w 05-4182


Dear Mr. Leblanc:

Pursuant to La. R.S. 44:1, *et seq.*, and particularly La. R.S. 44:32(A), please produce to the undersigned any contracts for legal services that the Division of Administration and/or the Attorney General and/or the State of Louisiana has entered in connection with the above-captioned case. In addition, please produce all documents in your office relating to the appointment of private legal counsel to represent the Division of Administration and/or the State of Louisiana in a class action suit against insurance companies to recover funds paid to affected citizens by The Road Home Program.

In addition, pursuant to La. R.S. 44:32(A), please produce any and all contracts entered between the Division of Administration and/or the Attorney General and/or the State of Louisiana with any of the following individuals or law firms:

James P. Roy
Domengeaux Wright Roy & Edwards, LLC
John W. Houghtaling
Gauthier, Houghtaling & Williams, LLP
James R. Dugan, II
Murray Law Firm
Samuel Issacharoff


In addition, please produce any and all documents, correspondence, or materials of any kind relating to the retention of outside counsel by the Division of Administration and/or the Attorney General and/or the State of Louisiana in the above captioned matter.

Mr. Jerry LeBlanc
October 10, 2007
Page 2

Please bill me directly for any amounts your office will charge for the copying of these documents in accordance with La. R.S. 44:32(C). If it is necessary for me to pick up the copies at your offices, please inform me of their availability as soon as possible and I will retrieve them.

In accordance with La. R.S. 44:34, if you are unable to locate the contract or contracts in question, please promptly certify in writing to me that your office is unable to locate any contract, the reason for the absence of such a contract, and any other details which may facilitate our right to access to the contract or contracts.

Thank you again for your attention to this matter. Please do not hesitate to contact me with any questions, comments, or concerns.

Regards,

Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA  70817

# EXHIBIT H

October 10, 2007


Ms. Cheryl East
Administrative Assistant to Susan Smith
Office of Contractual Review
P.O. Box 94095
Baton Rouge, LA 70804-9095

RE: *State of Louisiana, et al v. AAA Insurance, et al*
   EDLA Civil Action No. 07-5528 c/w 05-4182

Dear Ms. East:

   Pursuant to La. R.S. 44:1, *et seq.*, and particularly La. R.S. 44:32(A), please produce to the undersigned any request to enter into a contract for legal services which the Office of Attorney General and/or the Louisiana Department of Justice has made to the Office of Contractual Review in connection with the above-captioned case. As this contract would have been entered into before the above-captioned case was filed, it is possible that the request would have been made in reference to a class action suit by the Attorney General and/or the Louisiana Department of Justice on behalf the state and all affected citizens against insurance companies for the recovery of funds paid under the Road Home Program.

   In addition, please produce all certifications by the requesting party required under La. R.S. 39:1497 and determinations by the Office of Contractual Review required under La. R.S. 39:1498, *et seq.* in connection with any contract for legal services which the Office of Attorney General and/or the Louisiana Department of Justice sought to enter in the above-captioned case. Please also produce any approval or denial your office issued in relation to the aforementioned contract or contracts.

   In addition, please produce all documents, correspondence, or other materials of any kind in the possession of your office related to the above captioned matter and/or a class action suit by the Attorney General and/or the Louisiana Department of Justice on behalf the state and all affected citizens against insurance companies for the recovery of funds paid under The Road Home Program.

   Please bill me directly for any amounts your office will charge for the copying of those documents in accordance with La. R.S. 44:32(C). If it is necessary for me to pick

Ms. Cheryl East
October 10, 2007
Page 2

up the copies at your offices, please inform me of their availability as soon as possible and I will retrieve them.

In accordance with La. R.S. 44:34, if you are unable to locate the information in question, please promptly certify in writing to me that your office is unable to locate any information, the reason for the absence of such information, or any other details which may facilitate our right to access any requests to enter into contracts for legal services or other related materials by the Office of Attorney General and/or Louisiana Department of Justice in the above-captioned case.

Thank you again for your attention to this matter. Please do not hesitate to contact me with any questions, comments, or concerns.

Regards,

Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA  70817