# EXHIBIT I



State of Louisiana
DIVISION OF ADMINISTRATION

OFFICE OF CONTRACTUAL REVIEW

Kathleen Babineaux Blanco
GOVERNOR

Jerry Luke LeBlanc
COMMISSIONER OF ADMINISTRATION

October 16, 2007

Mr. Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA  70817

Re:  Your public records request dated October 10, 2007

Dear Mr. Bossom:

We are unable to comply with your request for public records as we cannot
identify specific contracts based on the limited information you provided.  If you
can provide us with the names of the legal firms, we can then search our database
for any contracts they may have.  Our computer system does not allow us to search
by court case only.

Sincerely,

Susan H. Smith
Director

SHS/ce

# EXHIBIT J

October 23, 2007

Ms. Susan Smith
Director
Office of Contractual Review
P.O. Box 94095
Baton Rouge, LA 70804-9095

> RE:   *State of Louisiana, et al v. AAA Insurance, et al*
> EDLA Civil Action No. 07-5528 c/w 05-4182

Dear Ms. Smith:

I am in receipt of your correspondence of October 16, 2007.  Pursuant to your request, I advise that I am interested in all contracts, agreements, documentation, information, etc., regarding the names of the following lawyers and/or legal firms.

Calvin C. Fayard, Jr.
The Law Offices of Calvin C. Fayard, Jr., APLC
Frank C. Dudenhefer, Jr.
The Dudenhefer Law Firm, ALLC
Drew A. Ranier
Ranier, Gayle, & Elliot, LLC
Paul G. Aucoin
Office of Paul G. Aucoin, Attorney at Law
Joseph J. McKernan
McKernan Law Firm
N. Frank Elliott, III

I appreciate your assistance regarding the above.

Regards,

Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA  70817

# EXHIBIT K

## State of Louisiana
DIVISION OF ADMINISTRATION

### OFFICE OF CONTRACTUAL REVIEW

**Kathleen Babineaux Blanco**
GOVERNOR

**Jerry Luke LeBlanc**
COMMISSIONER OF ADMINISTRATION

October 25, 2007

Mr. Joey Bossom
16724 Wenwood Drive
Baton Rouge, Louisiana  70817

RE:  State of Louisiana, et al v. AAA Insurance, et al
       EDLA Civil Action No. 07-5528 c/w 05-4182

Dear Mr. Bossom:

In accordance with your request of October 23, 2007, I have searched the OCR database for any contracts with the listed parties pertaining to the specific lawsuit cited in your letter and our search did not find any such contracts approved by this office.

If I may assist you further, please contact me.

Sincerely,

Susan H. Smith
Director

SHS:ce

# EXHIBIT L

December 10, 2007


Ms. Cheryl East
Administrative Assistant to Susan Smith
Office of Contractual Review
P.O. Box 94095
Baton Rouge, LA 70804-9095

                    RE:    *State of Louisiana, et al v. AAA Insurance, et al*
                           EDLA Civil Action No. 07-5528 c/w 05-4182


Dear Ms. East:

        Pursuant to La. R.S. 44:1, *et seq.*, and particularly La. R.S. 44:32(A), please produce to the undersigned any request to enter into a contract for legal services which the Office of Attorney General and/or the Louisiana Department of Justice has made to the Office of Contractual Review in connection with the above-captioned case. As this contract would have been entered into before the above-captioned case was filed, it is possible that the request would have been made in reference to a class action suit by the Attorney General and/or the Louisiana Department of Justice on behalf the state and all affected citizens against insurance companies for the recovery of funds paid under the Road Home Program. I am interested in all contracts, agreements, documentation, information, etc., regarding the following lawyers and/or legal firms.

        James P. Roy
        Domengeaux Wright Roy & Edwards, LLC
        John W. Houghtaling
        Gauthier, Houghtaling & Williams, LLP
        James R. Dugan, II
        Murray Law Firm
        Samuel Issacharoff


        In addition, please produce all certifications by the requesting party required under La. R.S. 39:1497 and determinations by the Office of Contractual Review required under La. R.S. 39:1498, *et seq.* in connection with any contract for legal services which the Office of Attorney General and/or the Louisiana Department of Justice sought to enter in

Ms. Cheryl East
October 10, 2007
Page 2

the above-captioned case. Please also produce any approval or denial your office issued in relation to the aforementioned contract or contracts.

In addition, please produce all documents, correspondence, or other materials of any kind in the possession of your office related to the above captioned matter and/or a class action suit by the Attorney General and/or the Louisiana Department of Justice on behalf the state and all affected citizens against insurance companies for the recovery of funds paid under The Road Home Program.

Please bill me directly for any amounts your office will charge for the copying of those documents in accordance with La. R.S. 44:32(C). If it is necessary for me to pick up the copies at your offices, please inform me of their availability as soon as possible and I will retrieve them.

In accordance with La. R.S. 44:34, if you are unable to locate the information in question, please promptly certify in writing to me that your office is unable to locate any information, the reason for the absence of such information, or any other details which may facilitate our right to access any requests to enter into contracts for legal services or other related materials by the Office of Attorney General and/or Louisiana Department of Justice in the above-captioned case.

Thank you again for your attention to this matter. Please do not hesitate to contact me with any questions, comments, or concerns.


Regards,

Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA  70817