# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| _____ | * | **NUMBER 05-4182** |
| | * | **& CONSOLIDATED CASES** |
| **THIS DOCUMENT RELATES TO LEVEE:** | * | |
| **06-5116 (Sims)** | * | **SECTION "K"(3)** |
| **06-5127 (DePass)** | * | |
| **06-5131 (Bourgeois)** | * | **JUDGE DUVAL** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF 10 PAGES

Defendant, Sewerage and Water Board of New Orleans ("SWBNO"), moves this Court for leave to file a thirteen page reply memorandum, which exceeds the ten page requirement, in support of its motion to dismiss pursuant to F.R.Civ.P. 12(B)(6) and/or 12(C). Due to the several legal issues involved and the multiple arguments of counsel for plaintiffs, the SWBNO requests leave to exceed the ten page limit. Wherefore, the Sewerage and Water Board of New Orleans requests an order granting it leave to file its thirteen page reply memorandum in support of its motion.

Respectfully submitted,

s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR.-#18299, T.A.**
**KEVIN R. TULLY - #1627**
**H. CARTER MARSHALL - 28136**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS

## C E R T I F I C A T E

I do hereby certify that on the 9th day of January 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR.**
**KEVIN R. TULLY**

CK_DOCS 391281v3

2