# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| _____ | * * | NUMBER 05-4182 & CONSOLIDATED CASES |
| THIS DOCUMENT RELATES TO LEVEE: 06-5116 (Sims) 06-5127 (DePass) 06-5131 (Bourgeois) | * * * | SECTION "K"(3) JUDGE DUVAL |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### ORDER

Consdering the foregoing motion,

IT IS ORDERED that Sewerage and Water Board of New Orleans is granted leave to file a reply memorandum in excess of ten pages in support of its motion to dismiss pursuant to F.R.Civ.P. 12(B)(6) and/or 12(C).

New Orleans, Louisiana, this \_\_\_\_ day of January, 2008.

                                                       **JUDGE DUVAL**

CK_DOCS 391281v2