UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO LEVEE:<br>06-5116 (Sims)<br>06-5127 (DePass)<br>06-5131 (Bourgeois)<br>* * * * * * * * * * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NUMBER 05-4182<br>& CONSOLIDATED CASES<br><br>SECTION "K"(3)<br><br>JUDGE DUVAL |

**O R D E R**

Considering Sewerage and Water Board of New Orleans' Motion for Leave to File Reply Memorandum In Support Of Motion to Dismiss Pursuant to F.R.Civ.P. 12(B)(6) and/or 12(C),

IT IS ORDERED that defendant's motion for leave is granted, and the Reply Memorandum is hereby filed.

New Orleans, Louisiana, this _____ day of January, 2008.

 

**STANWOOD R. DUVAL, JR.**
**U.S. DISTRICT COURT JUDGE**

CK_DOCS 391272v1