UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
|      V. | * | |
| UNITED STATES (07-2771) | * | |

_____

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**COMES NOW** the United States of America, through Donald W. Washington, the United States Attorney for the Western District of Louisiana, and respectfully moves the Court for an order directing that Timothy McIlmail, Trial Attorney, U. S. Department of Justice, Civil Division, 1100 L Street, NW, LST 11052, Washington, DC 20530, telephone (202) 616-0342 [email Timothy.McIlmail@usdoj.gov], be enrolled as additional government counsel in the above-captioned proceeding.

Lafayette, Louisiana, this 10th day of January, 2008.

                    Respectfully Submitted,

                    DONALD W. WASHINGTON
                    United States Attorney

BY:    s/Jennifer B. Drago
        JENNIFER B. DRAGO    (#23633)
        Assistant United States Attorney
        United States Courthouse
        800 Lafayette Street, Suite 2200
        Lafayette, Louisiana  70501-6865

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 10, 2008, the foregoing *Motion to Enroll Additional Counsel of Record* was filed electronically with the Clerk of Court in the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                    s/Jennifer B. Drago
                    JENNIFER B. DRAGO    (# 23633)
                    Assistant United States Attorney
                    Telephone:  337-262-6618
                        Fax:  337-262-6693