UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

PERTAINS TO:
INSURANCE     Civil Action No.: 06-7173          JUDGE: DUVAL
       (Kenneth Robichaux and Kim Robichaux)     MAG: WILKINSON

### MOTION TO ENROLL
### AS CO-COUNSEL OF RECORD

**NOW INTO COURT**, comes EDWARD C. VOCKE, IV who moves this Honorable Court

to be allowed to enroll as co-counsel of record for Plaintiffs, KENNETH ROBICHAUX and KIM

-1-

ROBICHAUX, and serve as co-counsel of record in the above captioned matter.

**Respectfully submitted,**

*/s/ Edward C. Vocke, IV*

_____
**J. DOUGLAS SUNSERI (#19173)**
**EDWARD C. VOCKE, IV (#22882)**
**SVETLANA CROUCH (#29814)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Corporations
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiffs, KENNETH ROBICHAUX and KIM ROBICHAUX

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 10th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Edward C. Vocke, IV*

_____
EDWARD C. VOCKE, IV

-2-