UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | |
| ROAD HOME | * | |
| Civil Action Nos. | * | MAGISTRATE JUDGE WILKINSON |
| *Louisiana State*,C.A. No. 07-5288 | * | |

*************************************************************************

**STATE FARM FIRE AND CASUALTY COMPANY'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION**

State Farm Fire and Casualty Company ("State Farm") identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

_____   this 10th day of January, 2008.
Charles L. Chassaignac, IV
Counsel for *State Farm Fire and Casualty Company*

Respectfully submitted,

CHARLES L. CHASSAIGNAC, IV, ESQUIRE (#20746)
JAMES ERIC JOHNSON, ESQUIRE (#23800)
BRYAN J. HAYDEL, JR., ESQUIRE (#27500)
ELEANOR WEEKS WALL (#29695)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8900 Telephone; (225) 383-7900 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 10th day of January 2008..

_____
CHARLES L. CHASSAIGNAC, IV