UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: |
| PERTAINS TO: ROAD HOME *Louisiana State C.A. No.: 07-5528* | * * | STANWOOD R. DUVAL, JR. |
| | * | SECTION "K" |
| | * * | MAGISTRATE: |
| | * * | JOSEPH C. WILKINSON, JR. |
| | * | MAG. (2) |

**********************************************

### INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

BY: _____

THOMAS M. RICHARD (#2069)
CHOPIN, WAGAR, RICHARD & KUTCHER
3850 N. Causeway Boulevard, Suite 900
Metairie, LA 70002
Telephone: (504) 830-3845
Facsimile: (504) 836-9543

Jan. 10, 2008
Date

**ATTORNEYS FOR BANKERS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I emailed and faxed the foregoing document and the notice of electronic filing to any non-CM/ECF participant.

_____
THOMAS M. RICHARD