MINUTE ENTRY
WILKINSON, M. J.
JANUARY 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Robichaux, 06-7173 | JUDGE DUVAL<br>MAG. WILKINSON |

## SCHEDULING ORDER

A Preliminary Conference was held in the referenced case, Kenneth Robichaux et al. v. Lexington Insurance Company, C.A. No. 06-7173 c/w 05-4182, on January 10, 2008. Participating were Edward Vocke, representing plaintiffs; Michael Cangelosi, representing defendant.

The purpose of the conference was to craft a schedule concerning the individual issues in the referenced Robichaux case, which were bifurcated and referred to me by the presiding district judge. Record Doc. No. 9330. The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing non-class action cases asserting claims involving individual adjusting and coverage issues,

MJSTAR: 0 : 40

including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

Both participating counsel were instructed to enroll formally as counsel of record, and they advised that they will do so.

Settlement possibilities were discussed. It appears that the case is not currently in a posture to settle. Plaintiff's counsel represented, however, that plaintiff is now seeking to recover only for wind and wind-driven rain damage, and not for flood damage to the first floor of the property. Under those circumstances, plaintiff's counsel will shortly file a motion to dismiss the flood claim that has caused this case to be consolidated in C.A. No. 05-4182 and to have C.A. No. 06-7173 set for trial on Judge Duval's calendar.

Accordingly, no dates and deadlines are set at this time, pending conduct of a conference by Judge Duval's case manager in this matter, at the appropriate time.

Counsel were advised of the availability of a United States Magistrate Judge to conduct all further proceedings, including trial, in this matter upon written consent of all parties. They were also advised that a settlement conference will be conducted before the Magistrate Judge upon their request.

**CLERK TO NOTIFY:**  JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**  UNITED STATES MAGISTRATE JUDGE