UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: INSURANCE | * * | JUDGE: DUVAL "K" |
| Midland, C.A. No. 07-4855 | * * | MAGISTRATE: WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Allstate Insurance Company, who respectfully moves that Jonathan R. Bourg, Bar No. 31058, of the law firm Barrasso Usdin Kupperman Freeman & Sarver, L.L.C., be permitted to enroll as additional counsel of record in this matter on its behalf.

**WHEREFORE**, Allstate Insurance Company prays that this Court enter an Order permitting Jonathan R. Bourg of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. to enroll as counsel of record on its behalf.

101575

Respectfully submitted,

/s/   Edward R. Wicker, Jr.
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com
ewicker@barrassousdin.com
jbourg@barrassousdin.com
*Attorneys for Allstate Insurance Company*

## CERTIFICATE

I hereby certify that on January 10, 2008, I electronically filed the foregoing Motion to Enroll Additional Counsel of Record with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/   Edward R. Wicker, Jr.

101575