UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.:  05-4182 |
| PERTAINS TO: INSURANCE | * * | JUDGE:  DUVAL "K" |
| Midland, C.A. No. 07-4855 | * * | MAGISTRATE:  WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

     CONSIDERING the foregoing, it is hereby ORDERED, ADJUDGED and DECREED that Jonathan R. Bourg, Bar No. 31058, of the law firm Barrasso, Usdin, Kupperman, Freeman & Sarver, L.L.C. be permitted to enroll as additional counsel of record for defendant, Allstate Insurance Company.

     New Orleans, this _____ day of _____, 2008.

                                    _____

                                         J U D G E

101577