

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * |
| | * JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * |
| | * MAGISTRATE WILKINSON |
| No. 06-7660 | * |

### MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, Nicholas Franco and Martha Franco, having settled their claims in the captioned proceeding, respectfully requests that this action be dismissed, with prejudice, as to all defendants named in this proceeding.

```
___Fee_____
___Process_____
 X_Dktd_____
 Y_CtRmDep_____
___Doc. No._____
                    100170
```

**WHEREFORE,** Nicholas Franco and Martha Franco pray that this lawsuit be dismissed, with prejudice, as to all defendants named in this proceeding.

Respectfully submitted,

_____
George F. Riess, No. 11266
228 St. Charles Avenue
Suite 1224
New Orleans, Louisiana 70130
Telephone: 504/568-1962

Attorney for Plaintiffs

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Dismiss With Prejudice has been served upon all counsel of record via electronic mail, facsimile and/or the United States Mail, postage prepaid and properly addressed this 2nd day of January, 2008.

_____

- 2 -

100170