

FILED
EASTERN DISTRICT OF LA

2008 JAN 10 PM 2: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | MAGISTRATE WILKINSON |
| No. 06-7660 | |

### ORDER

Considering the foregoing Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss With Prejudice be and hereby is **GRANTED,** and that the claims of Nicholas Franco and Martha Franco asserted herein be and hereby are dismissed with prejudice, as to all defendants named in this proceeding, each party to bear their own costs.

New Orleans, Louisiana, this 10th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_V_ CtRmDep _____
___ Doc. No. _____

100170