UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION:  "K"(2) |
| PERTAINS TO:  ROAD HOME | JUDGE:  DUVAL |
| *Louisiana State*, C.A. No. 07-5528 | MAGISTRATE:  WILKINSON |

**REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AMERICAN NATIONAL GENERAL INSURANCE COMPANY AND ANPAC LOUISIANA INSURANCE COMPANY'S JOINDER IN 1) *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL AND SUPPORTING MEMORANDUM AND TO EXCEED PAGE LIMITATION, 2) MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL, 3) MEMORANDUM IN SUPPORT OF MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL, 4) NOTICE OF HEARING ON THE MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL, AND 5) REQUEST FOR ORAL ARGUMENT ON MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL**

Defendants, Republic Fire And Casualty Insurance Company, American National Property And Casualty Company, American National General Insurance Company, and ANPAC Louisiana Insurance Company, hereby join in the 1) *Ex Parte* Motion and Incorporated Memorandum for Leave to File Motion to Disqualify Plaintiff's Private Counsel and Supporting Memorandum and to Exceed Page Limitation, 2) Motion to Disqualify Plaintiff's Private

1

Counsel, 3) Memorandum in Support of Motion to Disqualify Plaintiff's Private Counsel, 4) Notice of Hearing on the Motion to Disqualify Plaintiff's Private Counsel, and 5) Request for Oral Argument on the Motion to Disqualify Plaintiff's Private Counsel (collectively, Rec.Doc. 10290, and referred to herein as "the pleadings") filed by State Farm Fire and Casualty Company and certain other insurer defendants.

Defendants, Republic Fire And Casualty Insurance Company, American National Property And Casualty Company, American National General Insurance Company, and ANPAC Louisiana Insurance Company, inadvertently were omitted as movants and signatory parties to these pleadings and wish to join in them now.  Republic Fire And Casualty Insurance Company, American National Property And Casualty Company, American National General Insurance Company, and ANPAC Louisiana Insurance Company hereby incorporate by reference all the facts, authorities, and arguments set forth in these pleadings.

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565

**BY:**      _/s/ Christopher R. Pennison_____
**JAY M. LONERO, T.A. (No. 20642)**
   jlonero@lwp-law.com
**CHRISTOPHER R. PENNISON (No. 22584)**
   cpennison@lwp-law.com
**ANGIE ARCENEAUX AKERS (No. 26786)**
   aakers@lwp-law.com

**ATTORNEYS FOR REPUBLIC FIRE AND
CASUALTY INSURANCE COMPANY,
AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY,**

**AMERICAN NATIONAL GENERAL
INSURANCE COMPANY, AND ANPAC
LOUISIANA INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

  */s/ Christopher R. Pennison*