UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>PROTOCOL FOR CASE MANAGEMENT<br>CASE MANAGEMENT ORDER NUMBER 2 | SECTION "K"(5) |

CONSOLIDATION OF CASES
CAPTIONING AND DESIGNATION OF ST. RITA AND GROUPINGS

This Case Management Order No. 2 amplifies the previously entered Protocol for Case Management Order No.1 by creating two new sub-categories of cases to be identified under *In Re: Katrina Canal Breaches Litigation,* C.A. No. 05-4182. This order does not modify Order No. 1 in any other way, and the procedures outlined in Order No. 1 shall continue to be in place.

**IT IS ORDERED** that for case management purposes two new subcategories are created which are (5) St. Rita and (6) Dredging Limitations. These two new designations are in addition to those previously established.

**IT IS FURTHER ORDERED** that pursuant to the Order of April 6, 2006 (Doc. 69), the Order of April 11, 2006 (Doc. 70) and the Order of May 1, 2006 (Doc. 259), cases relating to St. Rita Nursing Home and to the Dredging Defendants' Limitations of Liability suits are to be directly assigned to Section"K" and the Magistrate Judge in Division 2, to be consolidated.

**IT IS FURTHER ORDERED** that all pleadings filed in this consolidated litigation shall be captioned as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO.   05-4182 "K"(2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKINSON |

PERTAINS TO:  (*include only one*)
ALL CASES
ALL LEVEE
ALL MRGO
ALL INSURANCE
ALL RESPONDER
ALL ST. RITA
ALL DREDGING LIMITATIONS
LEVEE        (SPECIFIC CASE NUMBER(S))
MRGO         (SPECIFIC CASE NUMBER(S))
INSURANCE    (SPECIFIC CASE NUMBER(S))
RESPONDER    (SPECIFIC CASE NUMBER(S))
ST. RITA     (SPECIFIC CASE NUMBER(S))
DREDGING LIMITATIONS(SPECIFIC CASE NUMBER(S))

**IT IS FURTHER ORDERED** that a copy of this Case Management Order No. 2 shall also be filed into the record of the newly filed suit upon the docketing thereof.

New Orleans, Louisiana, this  20th  day of October, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

2