UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
| V. | * | |
| UNITED STATES (07-2771) | * | |

_____

**O R D E R**

The Court having before it the motion by the United States of America to enroll additional counsel in the captioned action, and upon due consideration;

**IT IS ORDERED** that said motion is **GRANTED**, and that Timothy McIlmail, Trial Attorney, U. S. Department of Justice, Civil Division, 1100 L Street, NW, LST 11052, Washington, DC 20530, telephone (202) 616-0342 [Timothy.McIlmail@usdoj.gov], as trial counsel on behalf of the United States of America in the above-captioned suit.

**THUS DONE AND SIGNED** this ____11th____ day of ____January____ 2008, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE