UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | ) )<br>) )<br>) )<br>) ) | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: LEVEE<br>(*La. Envtl. Action Network, 06-9147*) | ) )<br>) )<br>) )<br>) | |

## MOTION TO DISMISS FIRST AMENDED COMPLAINT

Comes now Defendant the United States Army Corps of Engineers and moves to dismiss Plaintiff's action, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. This motion is supported by Defendant United States Army Corps of Engineer's Memorandum in Support of Motion to Dismiss.

Dated: January 11, 2008                    Respectfully submitted,


                                                       RONALD J. TENPAS
                                                      Assistant Attorney General


                                                      s/ Eric G. Hostetler
                                                      ERIC G. HOSTETLER
                                                      Trial Attorney
                                                      Environmental Defense Section
                                                      Environment & Natural Resources
                                                                 Division
                                                      U.S. Department of Justice
                                                      P.O. Box 23986
                                                      Washington, D.C. 20026-3986
                                                      (202) 305-2326
                                                      (202) 514-8865(Fax)

                                                      Attorneys for the United States Army Corps
                                                            of Engineers

**CERTIFICATE OF SERVICE**

      I, Eric G. Hostetler, hereby certify that on January 11, 2008, I served a copy of the foregoing Motion to Dismiss, Memorandum in Support of Motion to Dismiss, Notice of Hearing, and proposed order on counsel of all parties to this proceeding electronically by using the CM/ECF system and/or by United States mail:

                          s/ Eric G. Hostetler
                          Eric G. Hostetler