UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE (*La. Envtl. Action Network, 06-9147*) | |

**NOTICE OF HEARING OF DEFENDANT OF UNITED STATES' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Comes now Defendant the United States Army Corps of Engineers and gives notice that the hearing on its motion to dismiss for lack of subject matter jursidiction will take place before Judge Stanwood Duval on February 6, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard.

Dated: January 11, 2008 Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General


s/ Eric G. Hostetler
ERIC G. HOSTETLER
Trial Attorney
Environmental Defense Section
Environment & Natural Resources
    Division
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 305-2326
(202) 514-8865(Fax)

Attorneys for the United States Army Corps
    of Engineers