UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION ) ) ) ) ) | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: LEVEE<br>(*La. Envtl. Action Network, 06-9147*) ) ) ) ) | |

**[Proposed]**
**ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

For good cause shown, the Court hereby dismisses all claims and causes of action of Plaintiff against Defendant United States Army Corps of Engineers.

Done at New Orleans, Louisiana this _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE