UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| LEVEE | * | |
| CASES AND TO | * | JUDGE DUVAL |
| NO.   05-4181 | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER

Upon Motion of Plaintiffs in Civil Action No. 05-4181 to withdraw their Unopposed Ex Parte Motion for Entry of Final Judgment (Record Document No. 8008), which the Court has duly noted,

**IT IS ORDERED THAT** plaintiffs be and they are hereby permitted to withdraw their Unopposed Ex Parte Motion (Record Document No. 8008), as prayed for.

New Orleans, Louisiana, this 11th day of January, 2007.

_____
**J U D G E**

-1-