UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLDIATION LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO: (INSURANCE: McKnight: Case No. 06-7687) | * * * * | NO. 05-4182 & Consol. Cases SECTION "K" |
| | * | MAG. 2 |

*****************************************************

# JUDGMENT

**CONSIDERING THE FOREGOING** Motion for Entry of Final Judgment;

**IT IS ORDERED AND DECREED** that in conjunction with this Court's Order filed on September 11, 2007, that the Court's ruling entered March 5, 2007 is hereby entered as a final judgment pursuant to 28 U.S. C. 1291, or alternatively, Rule 54, F.R.C.P, and Martin Insurance Agency, Inc dismissed from this action with prejudice.

New Orleans, Louisiana this __11th__ day of __January__, 2007.

_____
UNITED STATES DISTRICT JUDGE

G:\DOCS\9000's\9800-9899\9836\Mtn for Final Judgment.PJH.ah.doc