UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:<br>ROAD HOME<br>Civil Action Nos.<br>   Louisiana state C.A. No. 07-5288 | § § § § § § | JUDGE DUVAL<br><br>MAG. WILKINSON |

### SOUTHWEST BUSINESS CORPORATION'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Southwest Business Corporation identified below by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

_____
EDWARD J. LILLY, #8571
CRULL, CASTAING & LILLY
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Tel. (504) 581-7700
Fax (504) 581-5523

ATTORNEYS FOR SOUTHWEST
BUSINESS CORPORATION

January 11, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 11th day of January, 2008.

_____
EDWARD J. LILLY, #8571
CRULL, CASTAING & LILLY
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Tel. (504)581-7700
Fax (504)581-5523

ATTORNEYS FOR SOUTHWEST
BUSINESS CORPORATION

2