

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL & DIOIGNA ACEVEDO, et al., | * * | CIVIL ACTION NO.: 07-5199 "K" (2) |
| Plaintiffs, | * | |
| VERSUS | * * | JUDGE DUVAL |
| AAA INSURANCE, et al., | * | |
| Defendants. | * * | MAGISTRATE WILKINSON |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, Dr. Ranjit S. and Savitri S. Kadan, having settled their claims in the captioned proceeding, respectfully request that this action be dismissed, with prejudice, as to all defendants named in this proceeding.

**WHEREFORE,** Dr. Ranjit S. and Savitri S. Kadan pray that this lawsuit be dismissed, with prejudice, as to all defendants named in this proceeding.

Respectfully submitted,

Stuart T. Barasch, No. 20650
Hurricane Legal Center
910 Julia Street
New Orleans, Louisiana 70113
Telephone: 504/525-1944

Attorney for Plaintiffs

```
Fee _____
Process _____   T00706
X  Dktd _____
   CtRmDep _____
   Doc. No. _____
```

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Dismiss With Prejudice has been served upon all counsel of record via electronic mail, facsimile and/or the United States Mail, postage prepaid and properly addressed this 2 day of ~~December, 2007~~ January, 2008

[signature]