

2008 JAN 10 PM 2:52



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL & DIOIGNA ACEVEDO, et al., | * * | CIVIL ACTION NO.: 07-5199 "K" (2) |
| Plaintiffs, | * | |
| VERSUS | * * | JUDGE DUVAL |
| AAA INSURANCE, et al., | * | |
| Defendants. | * | MAGISTRATE WILKINSON |

### O R D E R

Considering the foregoing Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss With Prejudice be and hereby is **GRANTED,** and that the claims of Dr. Ranjit S. and Savitri S. Kadan asserted herein be and hereby are dismissed with prejudice, as to all defendants named in this proceeding, each party to bear their own costs.

New Orleans, Louisiana, this 10 day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Fee _____
Process _____ T00706
x Dktd _____
CtRmDep _____
Doc. No. _____