UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| C.A. Nos. 05-4181, 06-1885, 06-4024<br>06-4389, 06-5771, 06-5786, 06-6099,<br>07-0206, 07-3500, 07-3612 | |

### **ORDER**

Pursuant to Local Rule 78.1E, the request of plaintiffs' counsel for oral argument, Record Doc. No. 10154, on plaintiffs' Motion to Rescind December 27, 2007 Order, Record Doc. No. 10153, is hereby GRANTED. However, oral argument cannot be conducted on January 23, 2008, as noticed by counsel because I am scheduled to be in trial. Accordingly, at the request of counsel for movants, oral argument will be heard on **January 30, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this   11th   day of January, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE