UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO:  ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |

### INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

/s/ JOHN P. WOLFF, III                                   January 11, 2008
John P. Wolff, III, Bar #14504
Steven C. Judice, Bar #2012
Nancy B. Gilbert, Bar #23095
Christopher K. Jones, Bar #28101
**KEOGH, COX & WILSON, LTD.**
701 Main Street -Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  225.383.3796
Facsimile: 225.343.9612
Counsel for: *Amica Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record, by operation of the court's electronic filing system. I also certify that there are no manual recipients identified.

/s/ JOHN P. WOLFF, III
**John P. Wolff, III, Bar #14504**
**Steven C. Judice, Bar #2012**
**Nancy B. Gilbert, Bar #23095**
**Christopher K. Jones, Bar #28101**
KEOGH, COX & WILSON, LTD.
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Telecopier: (225) 343-9612
Email: Jwolff@kcwlaw.com
Email: sjudice@kcwlaw.com
Email: ngilbert@kcwlaw.com
Email: cjones@kcwlaw.com