## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| _____ | * | |
| | * | |
| **PERTAINS TO : INSURANCE** | * | **JUDGE:  DUVAL** |
| **Aaron No. 06-4746** | * | |
| _____ | * | |
| | * | |
| **DORIS J. RECASNER** | * | |
| | * | **MAGISTRATE:   WILKINSON** |
| **VERSUS** | * | |
| | * | |
| **ALLSTATE INSURANCE COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT LIMITED MOTION, ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes, DORIS J. RECASNER, Plaintiff herein, and Defendant, ALLSTATE INSURANCE COMPANY,  through their counsel of record, all parties at interest herein and who stipulate and agree that all claims of Plaintiff in the above numbered and entitled cause of the original complaint be dismissed, without prejudice, each party to bear its own costs of court.


/s/ Jim S. Hall_____          /s/ H. Minor Pipes, III
JIM S. HALL (#21644)              H. MINOR PIPES, III (#24603)
Attorney for Plaintiff             BARRASSO, USDIN, KUPPERMAN,
800 N. Causeway Blvd., #100         FREEMAN & SARVER, LLC.
Metairie, LA 70001                 Attorney for Defendant Allstate Insurance Co.
(504) 832-3000                     909 Poydras Street, Suite 2400
jim@jimshall.com                   New Orleans, Louisiana 70112
                                   (504) 589-9726
                                   mpipes@barrassodin.com