## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aaron No. 06-4746 | * * * * | JUDGE: DUVAL |
| DORIS J. RECASNER | * * | |
| VERSUS | * * | MAGISTRATE: WILKINSON |
| ALLSTATE INSURANCE COMPANY | * | |

## ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and claims of Plaintiff, DORIS J. RECASNER, against Allstate Insurance Company be, and are hereby DISMISSED, without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

**UNITED STATES DISTRICT JUDGE**