UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO:    * | | MAGISTRATE (2) |
| NO.   05-4181    * | | |
| 06-1885    * | | JUDGE DUVAL |
| 06-4024    * | | |
| 06-4389    * | | MAGISTRATE WILKINSON |
| 06-5771    * | | |
| 06-5786    * | | |
| 06-6099    * | | |
| 07-0206    * | | |
| 07-3500    * | | |
| 07-3612    * | | |
| 07-5023    * | | |
| 07-5040    * | | |

* * * * * * * * * * * * * * * * * *

MOTION FOR DISQUALIFICATION
AND OTHER RELIEF

**COME NOW** plaintiffs and/or intervening plaintiffs in the above-styled and numbered causes, appearing through undersigned counsel and, in the case of Ashton R. O'Dwyer, Jr. *in propria persona*, and move This Honorable Court for the following relief:

1. For disqualification of Daniel E. Becnel, Jr. and Calvin Clifford Fayard, Jr. from membership on any and all Committees in this litigation, in any way pertaining to "the Levee Subgroup", including particularly, but without limitation, the "Interim Plaintiffs' Liaison Committee" and/or the "Preliminary Master Committee" and/or the "Permanent Master

-1-

        Committee" and/or any "Plaintiffs' Subgroup Litigation Committee(s)", as the result of a clear and irreconcilable concurrent conflict of interests between one of their clients, namely the State of Louisiana, and movers herein, as well as members of "the Class", whose interests they have a duty to represent as Committee Members;

2.    For full and complete disclosure of any and all financial arrangements which Messrs. Fayard and Becnel have with the State of Louisiana, the Louisiana Department of Justice, the Louisiana Office of the Attorney General, the Louisiana Division of Administration and/or the Louisiana Office of Risk Management, or with any other State agencies or instrumentalities, or with individuals employed by the State, for compensation or remuneration in the form of fees for professional legal services in any case within the umbrella of Civil Action No. 05-4182;

3.    For full and complete disclosure of precisely when Messrs. Becnel and Fayard first commenced negotiations with the State of Louisiana, et al., which ultimately resulted in their representation of the State, which is information directly relevant and material to the issue of why Messrs. Becnel and Fayard failed to disclose to the Court, and to movers herein, and their counsel, their representation of the State of Louisiana, until their names appeared on pleadings filed as counsel of record for the State on August 29, 2007, the second anniversary of Hurricane KATRINA, in Civil Action Nos. 07-5023 and 07-5040;

-3-

4. For full and complete disclosure of any and all financial arrangements between and among Messrs. Becnel and Fayard and any other Member(s) of the Interim Plaintiffs' Liaison Committee and/or the Preliminary Master Committee and/or the Permanent Master Committee and/or any Plaintiffs' Subgroup Litigation Committee(s), and/or with any third-parties, such as other lawyers or law firms, who are neither Committee nor Subcommittee Members, in any way related to the representation of the State of Louisiana by Messrs. Becnel and Fayard;  and

5. For disqualification of any and all other Members of any Committee in this litigation having any conflict of interests similar to the one involving Messrs. Becnel and Fayard, and for disqualification from serving on any Committee in this litigation of any lawyers or law firms who may be similarly situated.

This motion is filed upon the grounds that it is a basic tenet of the legal profession that conflicts of interests are prohibited, that the duty of the lawyer to his client is loyalty, and that the disqualification and disclosure sought herein is warranted under the circumstances in order to preserve the integrity of the Court proceedings in the above-styled and numbered causes.  Additional grounds for the granting of the relief sought herein appear more fully in the memorandum filed simultaneously herewith.

                                            Respectfully submitted,

                                            **LAW OFFICES OF**
                                            **ASHTON R. O'DWYER, JR.**
                                            **Counsel for Plaintiffs**

        **By:** **S/Ashton R. O'Dwyer, Jr.**
           **Ashton R. O'Dwyer, Jr.**
           **Bar No. 10166**
           **821 Baronne Street**
           **New Orleans, LA 70113**
           **Tel. 504-679-6166**
           **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 11th day of January 2008.

          S/Ashton R. O'Dwyer, Jr.