**Ashton O'Dwyer**

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Tuesday, September 18, 2007 11:25 AM
**To:** 'mtannehill@yourlawyer.com'; 'smwiles@maplesandkirwan.com'; 'aalonso@yourlawyer.com'; 'frosenthal@yourlawyer.com'; 'dbecnel@becnellaw.com'; 'dollyno@aol.com'; 'rgharvey@bellsouth.net'; 'hlambert@lambertandnelson.com'; 'rgp@rgplaw.com'; 'wimberly@nternet.com'; 'jbruno@brunobrunolaw.com'; 'DAVID@brunobrunolaw.com'; 'dmartin@gainsben.com'; 'khadican@gainsben.com'; 'rasmith3@bellsouth.net'; 'tdavis2@cableone.net'; 'fswarr@landryswarr.com'; 'mlandry@landryswarr.com'; 'calvinfayard@fayardlaw.com'; 'gmckernan@mckernanlawfirm.com'; 'ccdlawfirm@aol.com'; 'wgambel@millinglaw.com'
**Subject:** In Re: Katrina Canal Breaches, Consolidated Litigation (C.A. No. 05-4182, USDC, Eastern District of Louisiana)

Ladies and Germs:

This is to confirm the demands made on behalf of my clients at the Levee Litigation Group meeting yesterday afternoon, namely:

1) That Messrs. Becnel and Fayard immediately resign their positions on the Plaintiffs' Litigation Committee due to the perfectly obvious, and irreconcilable, conflict of interests position between the State of Louisiana, its agencies, department heads, etc. and the other litigants in "Victims of KATRINA" litigation.

2) That Messrs. Becnel and Fayard immediately disclose whatever financial arrangements they have entered into with the State of Louisiana and Attorney General Foti on the one hand, with each other, with all counsel of record in Civil Action Nos. 07-5023 and 07-5040 on the docket of the United States District Court for the Eastern District of Louisiana, and with members of the Plaintiffs' Liaison Committee in Civil Action No. 05-4182 (and consolidated cases), or members of any Plaintiffs' Subcommittee(s).

Lastly, I confirm my strong objection to any proposed "settlement" with St. Paul Fire and Marine Insurance Company, as the liability insurer of any defendant Levee District, and my advice to everyone, that no one, other than AROD, has authority to speak on behalf of his clients on any issue regarding compromise and settlement.

*[signature]*

Ashton R. O'Dwyer, Jr.
Law Offices of Ashton R. O'Dwyer, Jr.

9/18/2007

821 Baronne Street  
New Orleans, LA 70113  
Tel. (504) 679-6166  
Fax. (504) 581-4336  
AROD@odwyerlaw.com

9/18/2007