UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel bring the attached Motion for Disqualification and Other Relief for hearing before the Honorable Judge Stanwood R. Duval, Jr.[1] at 9:30 A.M., on the 6th day of February 2008, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

---

[1] The Motion for Disqualification and Other Relief subject to this Notice have been noticed for hearing before Judge Duval so that the motion could be filed of record prior to Monday, January 14, 2008, when a new State Government Administration takes the oath of office in Baton Rouge, La.  Movers aver that Judge Duval should recuse himself, or be recused, from taking any part in deciding the merits of the motion being subject to this Notice, due to Judge Duval's personal bias and prejudice.  See 28 U.S.C. §144 and 28 U.S.C. §455.

-2-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

**By:    S/Ashton R. O'Dwyer, Jr.**
       Ashton R. O'Dwyer, Jr.
       Bar No. 10166
       821 Baronne Street
       New Orleans, LA 70113
       Tel. 504-679-6166
       Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 11th day of January 2008.

       S/Ashton R. O'Dwyer, Jr.