UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | | SECTION "K"(2) |
| PERTAINS TO: ROAD HOME  Louisiana State, C.A. No. 07-5528 | * * | JUDGE: DUVAL |
| | * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CLARENDON NATIONAL INSURANCE COMPANY'S JOINDER IN 1) *EXPARTE* MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE MOTION TO DISQUALIFY PLAINITFF'S PRIVATE COUNSEL AND SUPPORTING MEMORANDUM AND TO EXCEED PAGE LIMITATION, 2) MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL, 3) MEMORANDUM IN SUPPORT OF MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL, 4) NOTICE OF HEARING ON THE MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL, AND 5) REQUEST FOR ORAL ARGUMENT ON MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL

Defendant, Clarendon National Insurance Company, hereby joins the 1) *Ex Parte* Motion and Incorporated Memorandum for Leave to File Motion to Disqualify Plaintiff's Private Counsel and Supporting Memorandum and to Exceed Page Limitation, 2) Motion to Disqualify Plaintiff's Private Counsel, 3) Memorandum in Support of Motion to Disqualify Plaintiff's Private Counsel, 4) Notice of Hearing on the Motion to Disqualify Plaintiff's Private Counsel, and 5) Request for Oral Argument on the Motion to

Disqualify Plaintiff's Private Counsel (collectively, Rec. Doc. 10290, and referred to herein as "the pleadings") filed by State Farm Fire and Casualty Company and certain other insurer defendants.

Defendant, Clarendon National Insurance Company, was inadvertently not included as movant and signatory party to these pleadings and wishes to join in them now. Clarendon National Insurance Company hereby incorporates by reference all the facts, authorities, and arguments set forth in these pleadings.

Respectfully Submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: s/ John E. Unsworth, Jr.
**JOHN E. UNSWORTH, #9477
W. GLENN BURNS, #3698
LAUREN E. BRISBI, #29778**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
*junsworth@hmhlp.com
gburns@hmhlp.com
lbrisbi@hmhlp.com*
Attorneys for Defendant,
**Clarendon National Insurance Company**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 11th day of January 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the forgoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ John E. Unsworth, Jr.