## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO: ROAD HOME (Louisiana State C.A. No. 07-5528) | | MAG. JUDGE WILKINSON |

### STATE NATIONAL INSURANCE COMPANY'S ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

Defendant State National Insurance Company, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

_/s/ Paul L. Peyronnin_                                     January 11, 2008
Nancy Scott Degan, T.A. (#01819)
Kent A. Lambert (#22458)
Paul L. Peyronnin (#17744)
Martha R. Crenshaw (#27420)
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR STATE NATIONAL
INSURANCE COMPANY**

NO PLP 167413 v2
2900122-000012

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all ECF participants, and I hereby certify that I have mailed the document by United States mail, postage prepaid and properly addressed to all non-ECF participants.

/s/ Paul L. Peyronnin