UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

**DEFENDANT'S STATEMENT OF UNCONTESTED FACTS**

1.  In October of 1965, Congress enacted legislation authorizing the Lake Pontchartrain and Vicinity Hurricane Protection Project.  Pub. L. 89-298 (Exh. 57).

2.  The law authorized the Army Corps of Engineers to execute the project "substantially in accordance with the recommendations of the Chief of Engineers in House Document Numbered 231, Eighty-ninth Congress."  Pub. L. 89-298 (Exh. 57).

3.  The Chief of Engineers recommended authorization for construction of hurricane protection improvements "essentially as planned by the reporting officers" in the "Interim Survey Report on Hurricane Study of Lake Pontchartrain, Louisiana and Vicinity," the November 21, 1962, memorandum prepared for the Chief of Engineers by

1

the District Engineer for New Orleans and endorsed by the Division Engineer for the Lower Mississippi Valley. H.R. Doc. No. 89-231 (Exh. 10), at 3 (Chief's Report); *cf. id.* at 23-87 (Dist. Eng'r Mem.). The Chief's recommendation was couched in terms of his "concur[rence] in the recommendations of the Board of Engineers for Rivers and Harbors," which he in turn characterized as a concurrence "in general in the views and recommendations of the reporting officers." *Id.* at 3 (Chief's Report). The "reporting officers" were the New Orleans District Engineer and the Lower Mississippi Valley Division Engineer. *Id.* at 86-87 (Dist. Eng'r Mem.).

4. The planned improvements for protection of New Orleans East included a new levee along the shore of Lake Pontchartrain, improvement of existing protective works between the lake and the Gulf Intracoastal Waterway, and improvement of existing works along the GIWW and the IHNC. H.R. Doc. No. 89-231 (Exh. 10), at 82 (Dist. Eng'r Mem.); *see also id.* Plate 3 ("Plans of Protection").

5. The plan for protection of St. Bernard Parish and the Lower Ninth Ward (collectively referred to as "Chalmette") entailed "construction to provide for a earthen embankment along the Mississippi River-Gulf Outlet from the Inner Harbor Navigation Canal to Bayou Dupre, thence along the bayou to Violet, La.; the improvement of the existing levee along the Inner Harbor Navigation Canal; and drainage structures in the levee alignment at Bayous Bienvenue and Dupre." *Id.* at 84 (Dist. Eng'r Mem.); *see also id.* Plate 3 ("Plans of Protection"); Army Corps of Eng'rs Dep. (Exh. 8) at 146:15 – 147:7.

6. By terminating the planned improvements at the existing Mississippi River levee, developed areas of St. Bernard Parish and the Lower Ninth Ward would be completely encircled by protective works. *See id.* at 7, Plate 3 ("Plans of Protection") (depicting river levee as "embankment"); *see also* IPET (Exh. 20) Vol. III, at 208.

7. It was contemplated, even as the Army was recommending to Congress that the planned works be authorized for construction, that the proposed alignment of the levee protecting St. Bernard Parish might be enlarged to protect additional lands. *See id.* at 3, 10; *see also* Army Corps of Eng'rs Dep. (Exh. 8) 146:15 – 147:7, 147:22 – 148:7; LPV Chalmette Area Plan Map (Exh. 82).

8. After construction was authorized, detailed designs were developed. *See generally, e.g.,* USACE LPVHPP General Design Mem. No. 2, Supp. No. 4, "New Orleans East Back Levee" (Mar. 1971) (Exh. 74);  USACE LPVHPP General Design Mem. No. 2, "Citrus Back Levee" (Aug. 1967) (Exh. 73); USACE LPVHPP General Design Mem. No. 3, "Chalmette Area Plan" (Nov. 1966) (Exh. 30).

9. As had been anticipated, the plan for the Chalmette area was modified to enlarge the protected area. The revised plan, "Chalmette Extension," extended the levee past Bayou Dupre along the bank of the MRGO to Verret before turning the levee south and then west, to connect it with the Mississippi River levee at Caernarvon. *See* USACE LPVHPP General Design Mem. No. 3, Supp. No. 1, "Chalmette Extension" (Sept. 1968) (Exh. 41) at 1-2 & Plate (LPV Authorized Plan of Protection (Rev. Apr. 1968)) (showing location of work covered in document); Bea Dep. at 191:25 – 193:2, Nov. 19, 2007;

Army Corps of Eng'rs Dep. (Exh. 8) 146:15 – 147:7, 147:22 – 148:7; LPV Chalmette Area Plan Map (Exh. 82).

10. At all times relevant to this litigation, the Army Corps of Engineers has considered "an embankment whose primary purpose is to furnish flood protection from seasonal high water and which is therefore subject to water loading for periods of only a few days or weeks a year" to be a levee. USACE Eng'r Manual (EM)1110-2-1913, "Design and Construction of Levees," ¶ 1-5(a)(1) (Mar. 31, 1978) (Exh. 55); USACE Eng'r Manual (EM)1110-2-1913, "Design and Construction of Levees," ¶ 1-5(a)(1) (Apr. 30, 2000) (Exh. 56); *see also* Bea Dep. (Exh. 45) 223:11 – 224:4 (USACE definition "is reasonable and customary in use among civil engineers who are engaged in designing and constructing earthen embankments for flood protection purposes"); *cf.* Theis Dep. (Exh. 81) at 11:9-15 ("A levee is an earthen embankment constructed for the purpose of protecting an adjacent area . . .from floods or high water, inundation from an exterior source.").

11. The LPV flood works along the GIWW and the MRGO constructed prior to August 29, 2005, consisted primarily of levees paralleling the waterways, on the south side of the MRGO between the IHNC and Verret, and on the north side of the GIWW eastward from the IHNC for a distance of about 12 miles. Chronology (Exh. 26) p. 2-2; Vrijling 702c Dep. (Exh. 40) 31:10-23.

12. The LPV flood works along the GIWW and the MRGO constructed prior to August 29, 2005, were composed, in part, of materials hydraulically dredged from the

bottom of the MRGO. *See* Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana (Mar. 1976) (Exh. 83) § 1.05(b)(2)(a), at I-8; 1988 MR-GO Recon. Rep. (Exh. 9) at 16; 1994 MR-GO Recon. Rep. (Exh. 84) at 11; Bea Report (Exh. 31) at A.11; Bea Dep. (Exh. 45) at 86:18-25.

13. The LPV levees along the GIWW and the MRGO were built in stages because of poor foundation conditions. *See* Naomi Declar. (Ex 79) at ¶ 14; Bea Report at A.1-A.4; IPET Report (Exh. 20) Vol. III at 33-34; ILIT Report (Exh. 3) 2-6; Team Louisiana Report (Exh. 4) at 131; *cf.* Bea Dep. (Exh. 45) at 138:15-23 (building levees in stages was within standard of care).

14. The LPV levees along the GIWW and the MRGO were designed and constructed to protect against hurricane-induced storm surge coming from Lake Borgne and the larger bodies of water that lay beyond it, including any surge propagated or conveyed by the GIWW and the MRGO themselves. *See* H.R. Doc. No. 89-231 (Exh. 10) at ix, 1-2, 18, 80-81, 82, 84; Naomi Declar. (Exh. 79) at ¶ 15; Bea Dep. (Exh. 45) at 74:11-16; Vrijling 702c Dep. (Exh. 40) at 31:24-32:7.

15. On August 29, 2005, New Orleans East was protected by levees and other LPV flood control structures that stood on the north bank of the GIWW and the MRGO. *See* IPET Report (Exh. 20) Vol. III at 154-155; ILIT Report (Exh. 3) at 2-1 to 2-2, Fig. 2.4 at 2-17; Team Louisiana Report (Exh. 4) at 14-15; Bea Dep. (Exh. 45) 78:9 – 80:2, 119:10-19, 268:11-16.

16. On August 29, 2005, the LPV flood control structures along the MRGO and the GIWW oined with flood control structures along the IHNC, Lake Pontchartrain, and the eastern edge of New Orleans East to form a polder that was encircled by these flood control structures.  *See* IPET Report (Exh. 20) Vol. III at 154-155; ILIT Report (Exh. 3) at 2-1 to 2-2, Fig. 2.4 at 2-17; Team Louisiana Report (Exh. 4) at 14-15; Vrijling 702c Dep. (Exh. 40) 31:4-32:7.

17. On August 29, 2005, the New Orleans East back levee, which stood on the north side of the GIWW east of the MRGO junction, was overtopped and breached by storm surge in numerous places, flooding New Orleans East.  *See* ILIT Report (Exh. 3) Fig. 2.11, at 2-24; Kok Report. (Exh. 53) at 26-28, Sept. 17, 2007; Bea Dep. (Exh. 45) 265:17 – 266:3; Bea Decl. (Exh. 31) ¶ 127.

18. On August 29, 2005, storm surge from Hurricane Katrina overtopped the Citrus back levee, flooding Citrus and New Orleans East.  *See* Kok Report (Exh. 53) at 26-28; Bea Decl. (Exh. 31)  ¶ 50.

19. On August 29, 2005, levees and other flood control structures on the south side of the MRGO extended along the waterway from the IHNC to Verret.  *See* Naomi Decl. (Exh. 79) ¶ 15; Colletti Decl. (Exh. 78) ¶¶ 3-8; Bea Dep. (Exh. 45) at 119:2 – 123:25; Vrijling 702c Dep. (Exh. 40) at 31:4-32:7.

20. On August 29, 2005, the levees and other flood control structures along the south side of the MRGO, together with the LPV levees between Verret and Caernarvon and the Mississippi River levee and the LPV flood control structures on the east side of

the IHNC, encircled the Lower Ninth Ward and St. Bernard Parish.  Naomi Decl. (Exh 79) at ¶ 7; ILIT Report (Exh. 3) at 2-17, Fig. 2.4; Vrijling 702c Dep. (Exh. 40 ) 31:11 – 32:7; IPET Report (Exh. 20) Vol I at 30, Fig. 4.

21.  On August 29, 2005, the LPV levees on the south side of the MRGO between the IHNC and Verret were overtopped and breaches developed, flooding St. Bernard Parish and the Lower Ninth Ward.  *See* Team Louisiana Report (Exh, 4) at 133, Table 15; Vrijling 702c Dep. (Exh. 40) 53:8-25.

22.  On August 29, 2005, the LPV floodwall on the east side of the IHNC at the western edge of the Lower Ninth Ward was overtopped by hurricane-induced storm surge, flooding the Lower Ninth Ward and St. Bernard Parish.  *See* IPET Report (Exh. 20) Vol. IV at 200, Vol. V at 67-69; Bea Decl. (Exh 31) ¶ 69.

23.  On August 29, 2005, certain portions of the LPV floodwall on the east side of the IHNC at the western edge of the Lower Ninth Ward collapsed.  *See* IPET Report (Exh. 20) Vol. V at 67-69.

24.  The floodwaters that inundated St. Bernard Parish and the Lower Ninth Ward on August 29, 2005, flowed over the top of and through breaches in the federal levees and other flood control structures that were designed and constructed to control them.  *See* Chronology (Exh. 26) at 2-17; Vrijling 702c Dep. (Exh. 40) at 53:8-25; Kok Report (Exh. 53) at 44-45; Bea Decl. (Exh. 31) ¶ 27.

**CERTIFICATE OF SERVICE**

I certify that on January 11, 2008, a true copy of Defendant United States' Statement of Uncontested Facts was served on all counsel of record by ECF.

s/ Robin D. Smith  
ROBIN D. SMITH