# EXHIBIT 3



# Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005

## Volume I: Main Text and Executive Summary

by

R. B. Seed, R. G. Bea, R. I. Abdelmalak, A. G. Athanasopoulos, G. P. Boutwell, J. D. Bray,
J.-L. Briaud, C. Cheung,  D. Cobos-Roa, J. Cohen-Waeber, B. D. Collins, L. Ehrensing, D. Farber,
M. Hanemann, L. F. Harder, K. S. Inkabi, A. M. Kammerer, D. Karadeniz, R.E. Kayen,  R. E. S. Moss, J. Nicks,
S. Nimmala, J. M. Pestana, J. Porter, K. Rhee,  M. F. Riemer, K. Roberts, J. D. Rogers, R. Storesund,
A. V. Govindasamy, X. Vera-Grunauer, J. E. Wartman, C. M. Watkins, E. Wenk Jr., and S. C. Yim

**Final Report**
**July 31, 2006**

    

Case 2:05-cv-04182-SRD-JCW   Document 10335-2   Filed 01/11/08   Page 3 of 13

Independent Levee  
Investigation Team

New Orleans Levee Systems  
Hurricane Katrina  
July 31, 2006

# CHAPTER TWO: OVERVIEW OF HURRICANE KATRINA AND ITS AFTERMATH

## 2.1   Hurricane Katrina

The path of Hurricane Katrina's eye is shown in Figures 2.1 and 2.2.  Hurricane Katrina crossed the Florida peninsula on August 25, 2005 as a Category 1 hurricane.  It then entered the Gulf of Mexico, where it gathered energy from the warm Gulf waters, producing a hurricane that eventually reached Category 5 status on Sunday, August 28, shortly before making its second mainland landfall just to the east of New Orleans early on Monday, August 29, as shown in Figures 2.1 and 2.2.  The Hurricane had weakened to a Category 4 level prior to landfall on the morning of August 29, and it weakened further as it came ashore.

Because the eye of this hurricane passed just slightly to the east of New Orleans, the hurricane imposed unusually severe wind loads and storm surges (and waves) on the New Orleans region and its flood protection systems.

## 2.2   Overview of the New Orleans Flood Protection Systems

Figure 2.3 shows the main study region.  The City of New Orleans is largely situated between the Mississippi River, which passes along the southern edge of the main portion of the city, and Lake Pontchartrain, which fronts the city to the north.  Lake Borgne lies to the east, separated from developed areas by open swampland.  "Lake" Borgne is not really a lake at all; instead it is a bay as it is directly connected to the waters of the Gulf of Mexico.  To the southeast of the city, the Mississippi River bends to the south and flows out through its delta into the Gulf of Mexico.

The flood protection system that protects the New Orleans region is organized as a series of protected basins or "protected areas", each protected by its own perimeter levee system, and these are "unwatered" by pumps.

As shown in Figures 2.4 and 2.5, there are four main protected areas that comprise the New Orleans flood protection system of interest.  A number of additional levee-protected units also exist in this area, but the focus of these current studies is the four main protected areas shown in Figures 2.4 and 2.5.  These were largely constructed under the supervision of the U.S. Army Corps of Engineers, to provide improved flood protection in the wake of the devastating flooding caused by Hurricane Betsy in 1965.

Figures 2.4 and 2.5 show the locations of most of the levee breaches and severely distressed (but non-breached, or only partially breached) levee sections covered by these studies.  Levee breaches are shown with solid blue stars, and distressed sections as well as minor or partial breaches are indicated by red stars.  The original base maps, and many of the stars, were graciously provided by the USACE (2005), and a number of additional blue and red stars have been added to the map in Figure 2.4 as a result of the studies reported herein.  The yellow stars shown in these figures correspond to deliberate breaches made after Hurricane Katrina, to facilitate draining the flooded areas after the storm.

Case 2:05-cv-04182-SRD-JCW    Document 10335-2    Filed 01/11/08    Page 4 of 13

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

The pink shading in Figures 2.4 and 2.5 shows developed areas that were flooded, and the areas shaded with blue cross-hatching indicate undeveloped swamp land that was flooded. The deeper blue shading (near the east end of New Orleans East) denotes areas that still remained to be unwatered as late as September 28, 2005. As shown in these figures, approximately 85% of the metropolitan area of New Orleans was flooded during this event.

As shown in Figure 2.4, the Orleans East Bank (Metro Orleans) section is one contiguously protected section. This protected unit contains the downtown district, the French Quarter, the Garden District, and the "Canal" District. The northern edge of this protected area is fronted by Lake Pontchartrain on the north, and the Mississippi River passes along its southern edge. The Inner Harbor Navigation Canal (also locally known as "the Industrial Canal") passes along the east flank of this protected section, separating the Orleans East Bank protected section from New Orleans East (to the northeast) and from the Lower Ninth Ward and St. Bernard Parish (directly to the east.) Three large drainage canals extend into the Orleans East Bank protected section from Lake Pontchartrain to the north, for the purpose of conveying water pumped north into the lake by large pump stations within the city. These canals, from west to east, are the 17th Street Canal, the Orleans Canal, and the London Avenue Canal.

A second protected section surrounds and protects New Orleans East, as shown in Figure 2.4. This protected section fronts Lake Pontchartrain along its north edge, and the Inner Harbor Navigation Canal (IHNC) along its west flank. The southern edge is fronted by the Mississippi River Gulf Outlet channel (MRGO) which co-exists with the Gulf Intracoastal Waterway (GIWW) along this stretch. The eastern portion of this protected section is currently largely undeveloped swampland, contained within the protective levee ring. The east flank of this protected section is fronted by additional swampland, and Lake Borgne is located slightly to the southeast.

The third main protected section contains both the Lower Ninth Ward and St. Bernard Parish, as shown in Figure 2.4. This protected section is also fronted by the Inner Harbor Navigation Canal on its west flank, and has the MRGO/GIWW channel along its northern edge. At the northeastern corner, the MRGO bends to the south (away from the GIWW channel) and fronts the boundary of this protected area along the northeastern edge. Open swampland occurs to the south and southeast. Lake Borgne occurs to the east, separated from this protected section by the MRGO channel and by a narrow strip of undeveloped marshland. The main urban areas occur within the southern and western portions of this protected area. The fairly densely populated Lower Ninth Ward is located at the west end, and St. Bernard Parish along approximately the southern half of the rest of this protected area. The northeastern portion of this protected section is undeveloped marshy wetland, as indicated in Figure 2.4. A secondary levee, operated and maintained by local levee boards, separates the undeveloped marshlands of the northeastern portions of this protected area from the Ninth Ward and St. Bernard Parish urban areas.

The fourth main protected area is a narrow, protected strip along the lower reaches of the Mississippi River heading south from St. Bernard Parish to the mouth of the river at the Gulf of Mexico, as shown in Figure 2.5. This protected strip, with "river" levees fronting the Mississippi River and a second, parallel set of "storm" levees facing away from the river forming a protected corridor less than a mile wide, serves to protect a number of small communities as well as utilities and pipelines. This protected corridor also provides protected access for workers, supplies and

Case 2:05-cv-04182-SRD-JCW    Document 10335-2    Filed 01/11/08    Page 5 of 13

**Independent Levee**  
**Investigation Team**

**New Orleans Levee Systems**  
**Hurricane Katrina**  
**July 31, 2006**

although water flowed for a while into the protected area, this flow later stopped as the storm surge subsequently subsided. Simple calculations, based on flood stages and breach sequences and dimensions, suggest that less than 5% of the water that eventually flowed into the main Orleans East Bank (downtown) protected zone entered through this breach.

The large onshore storm surge also raised water levels within Lake Borgne (which is directly connected to the Gulf.) Lake Borgne rose up, and outgrew its normal banks. As the storm then passed to the east of New Orleans, the prevailing counterclockwise swirl of the storm winds drove the waters of Lake Borgne as a large storm surge to the west, against the eastern flank of the regional flood protection systems as shown schematically in Figure 2.11. This produced a storm surge estimated at approximately +16 to +18 feet (MSL), as shown in Figures 2.9 and 2.10.

This storm surge level exceeded the crest heights of the levees along a nearly 11-mile long stretch of the northeastern edge of the St. Bernard/Lower Ninth Ward protected area. The levees along this frontage were intended to be built to provide protection to a level of approximately +17.5 feet (MSL), but at the time of Hurricane Katrina many of the levees along this frontage had crest elevations approximately 2 to 4 feet lower than that. This was because the levees along this frontage had not yet been completed. These were "virgin" levees, being constructed on swampy foundation soils that had not previously had significant levees before. Accordingly, the swampy shallow foundation soils were both weak and compressible, and the levees were being constructed in stages to allow time for consolidation and settlement of the foundations soils. This process also allowed time for the drying of the very wet locally excavated soils used for some portions of the levee embankment fills, and also for increases in strength of the underlying foundation soils as they compressed under the weights of the growing levees.

Construction of the first phase of the levees along this frontage began in the late 1960's. The last major work in this area prior to Katrina had been the construction of the third phase, in 1994-95. Since that time, the USACE had been waiting for Congressional appropriation of the funds necessary to construct the final stage (to the full design height, with allowance for anticipated future settlements.) Now it is too late.

In addition to the levees along this frontage being well below design grade, the manner of construction and the materials used were non-typical of most other USACE levees in the region. Ordinarily, the USACE requires the use of "cohesive" (clayey) soils to create an embankment fill that is both strong and relatively resistant to erosion. The levees along the "MRGO" frontage at the northeast edge of the St. Bernard Parish/Ninth Ward protected area were instead "sand core" levees (USACE, 1966). These levees were constructed using locally available soils, including dredge spoils from the excavation of the adjacent MRGO channel.

This is a region with predominantly marshy deposits, consisting largely of organic soils and soft paludal swamp clays with very high water contents. Beneath these generally poor surficial soils, the most common materials occurring at shallow, relatively accessible depths tend to be predominantly sandy soils that are highly erodeable and generally unsuitable for levee embankment fill. A decision was made, however, to attempt to use the locally available soils rather than importing higher quality soil fill materials. The USACE Design Memorandum describing this design refers to these as "sand core" levees (USACE, 1966).

Case 2:05-cv-04182-SRD-JCW   Document 10335-2   Filed 01/11/08   Page 6 of 13

**Independent Levee**
**Investigation Team**

**New Orleans Levee Systems**
**Hurricane Katrina**
**July 31, 2006**



Source: Modified after USACE, 2005

Figure 2.4: Map showing principal features of the main flood protection rings or "protected areas" in the New Orleans area.

**Independent Levee
Investigation Team**

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Source: Modified after USACE, 2005

Figure 2.11: Storm surge overtopping the eastern flank of the regional flood protection system at the northeast edge of the St. Bernard Parish and Ninth Ward protected areas.

Case 2:05-cv-04182-SRD-JCW   Document 10335-2   Filed 01/11/08   Page 8 of 13

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

# CHAPTER SIX: THE ST. BERNARD AND LOWER NINTH WARD PROTECTED AREA

### 6.1   Introduction

As described previously in Chapter 2, St. Bernard Parish and the Lower Ninth Ward are protected by a single continuous "ring" of levees that, together, constitute one of the three main protected basins flooded by hurricane Katrina.

Figures 2.11 and 6.1 show the locations of the principal breaches and distressed sections of the levee and floodwall system protecting this basin.  Figure 6.2 shows the inundation of this basin four days after the hurricane, on September 2, 2005.  At the time shown in this figure, the floodwaters have been partially drained out from the flooded basin, and they are shown at elevation + 3 feet (MSL) [or +5 feet, NAVD 88.]

Cloud cover obstructed the taking of a good image of the flooding at its peak, but this basin flooded very rapidly in the first hours of the main storm surge. The levees were massively breached and catastrophically eroded on the northeastern flank; fronting the MRGO channel and Lake Borgne.  In addition, two large breaches occurred at the west end of this protected basin, fronting the IHNC.  The result was that this basin flooded extremely rapidly, before the storm surge had subsided, and the resulting surge-pushed floodwaters rose to an elevation of approximately + 12 feet above mean sea level in this basin.  As a result, even homes and businesses located on ground well above sea level were inundated.  Of course, sites on lower ground were inundated to greater depths.

After the hurricane passed, and the storm surge had subsided, a number of "notches" were deliberately excavated through several of the levees to facilitate drainage of ponded floodwaters by simple gravity flow (as indicated by the yellow stars in Figure 6.1).

### 6.2   The Northeast Frontage Levees

As shown in Figures 2.9 through 2.11, the initial storm surge swelled the waters of "Lake" Borgne (which is actually a bay, as it is connected directly to the Gulf of Mexico.)  As the eye of the hurricane then continued to the north, the counterclockwise swirl of the winds pushed the elevated waters of Lake Borgne to the west, against the levees along the northeast frontage of the St. Bernard protected basin.  The result was catastrophic erosion of the levees along much of this frontage, and the through-passage of the floodwaters.

Figures 6.3 and 6.4 show two sections of the levees along this frontage after this event.  These are aerial views taken from significant elevation, and they each show many hundreds of feet of levee section that have been catastrophically eroded.  In Figure 6.3, the depression in the foundation soils induced by the settlement of the now-vanished levee, and the erosion produced by the turbulent flow across the original levee footprint, is the only sign of the former presence of a levee.  In Figure 6.4, a sheetpile curtain had been driven along the centerline of the levee crest, to raise a section that had settled as an interim measure until the

Case 2:05-cv-04182-SRD-JCW   Document 10335-2   Filed 01/11/08   Page 9 of 13

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

final stage of fill placement could re-raise this embankment section to the final design grade. The levee embankment has eroded completely from both sides of these sheetpiles, and the large diameter pipe in this figure was resting on the crest and slopes of the now vanished levee and so serves as a visual template to show the size and shape (the outline) of the levee section that is now gone.

Figure 6.5 shows another view of massive erosion along a long stretch of levees along this "MRGO frontage" section, this time a bit farther to the south (nearer to the second navigational lock structure at bayou Dupres.) Here the massive erosion is not as complete, and portions of the levee embankment remain. In this photo, the eroded detritus can be clearly seen to be strewn back behind the partially eroded levees, and the sandy (and shell sand) nature of some of this eroded material is evident.

Figure 6.6 shows a ground level view of the sheetpiles from Figure 6.4. In this photo it can be clearly seen that the sheetpiles, which had originally been driven to constant grade, have settled differentially under the pounding of the storm surge and storm driven waves. This would suggest that the cyclic wave loading may have caused pore pressure increases in the fine, sandy foundation soils into which the sheetpiles were embedded, and that this (full or partial) liquefaction reduced the bearing strength and stiffness of these foundation soils and led to the observed differential sheetpile settlements as the sheetpiles were only lightly self-loaded with regard to vertical bearing and settlements.

LIDAR surveys were performed by the USACE to document the elevation of the levee crest along the full 11-mile long northeast (MRGO) frontage both before and after Katrina. An example is shown in Figure 6.7, where the magenta line indicates the crest elevation prior to Katrina, and the darker blue line indicates the crest elevation afterwards. The photo at the top of this figure is a vertical (plan view) photographic image along the same section. The two LIDAR surveys serve to show the amount of erosion-induced crest loss along this section, and this can be correlated with the same locations in the photo at the top. Note the light material streamed back behind the levees (on the "protected side") in the corresponding photo; representing eroded material from the levees strewn back into the inboard side swamps.

Figure 6.7 includes the large (gated) reinforced concrete navigation control structure at Bayou Bienvenue. A large barge was deposited on the crest of the levee immediately to the north of this lock structure, and this can be clearly seen in Figure 6.7. Figure 6.8 shows a second view, of the massive breach eroded at the contact between the lock structure and the adjacent levee embankment.

Figure 6.9(a) is an oblique aerial of the smaller Bayou Dupres concrete navigation structure situated farther to the south along this same MRGO levee frontage, showing a similar massive eroded breach at the juncture between the northwest end of the concrete structure and the adjoining earthen levee section. Figure 6.9(b) shows a second view, taken from the eroded breach and looking to the inboard (protected) side along the north flank of Bayou Dupres, showing the eroded detritus strewn inland from this breach. In this figure, it can be clearly seen that large fractions of the eroded material consisted of shell sand fill. The use of lightweight shell sand fill had been called for at this interface section in order to

Case 2:05-cv-04182-SRD-JCW   Document 10335-2   Filed 01/11/08   Page 10 of 13

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

minimize differential settlements between the embankment section and the adjacent concrete lock structure. By minimizing these differential settlements, the formation of a small settlement-induced gap between the levee and the lock structure would be prevented. As a result of using the dangerously erodeable lightweight shell sand fill, however, a massive eroded breach occurred instead.

The crest heights of the levees along much of this MRGO frontage section were several feet below design grade at the time of Katrina's arrival. This levee frontage was being constructed in stages, to allow time for settlement of the evolving levees and for dissipation of pore pressures (which results in progressive strength and stiffness gain in both the levee fill and in the underlying foundation soils, so that the softer foundation soils can safely support the increasing levee section height and weight of the next stage.) The USACE had reportedly long requested appropriation of the funds necessary to place the final stage of fill and bring this critical 11-mile long section up to full design grade. That funding did not arrive in time.

The levees along this frontage were unusually vulnerable to erosion as they were "sand core" levees, constructed largely using material available from the adjacent MRGO channel excavation. Given the nature of the local soils at this location, much of that excavated material consisted of sands and lightweight shell sands. These materials have a low intrinsic resistance to erosion (see Chapters 9 and 10), and this led to a hazardous condition. It is possible that the final fill stage, if it had arrived in time, might have provided a covering veneer of compacted clay fill (with a higher resistance to erosion), but such a covering was not in place. In addition, given the ferocity of the surge and storm waves that struck long sections along this alignment; it is not clear that a relatively thin veneer of compacted clay would have been sufficient to help very much.

As shown in the map of Figure 6.1, this levee frontage is one of only two locations where the levees protecting the three main protected basins of New Orleans are exposed directly to storm waves crossing a large body of Gulf waters (Lake Borgne) without the protection of significant swamp grounds on their outboard sides. The swamp grounds (and cypress trees) serve to damp the energy of the storm waves, reducing their height and velocity, and thus their erosive potential. It was unfortunate that this section that was so exposed to severe (unprotected) storm waves was also not yet up to full design grade, and that large portions were comprised of highly erodeable sand and lightweight shell sand fill.

It should be noted that the only other section of levee protecting one of the three main basins of New Orleans that was also exposed to open water storm waves (without significant outboard side swamp and cypress protection) is the "sister" section to the north; at the southeast corner of the New Orleans East protected basin (facing south, fronting Lake Borgne.) As discussed in Chapter 7, that "sister" section was also constructed using dredge spoils from the excavation of an adjacent shipping channel (the GIWW channel in that case), and was also comprised largely of highly erodeable sands and shell sands. That section, too, eroded catastrophically and represented the largest source of the floodwaters that catastrophically flooded the New Orleans East protected basin.

The exact nature of the erosion and breaching that occurred along this frontage section has not yet been fully agreed upon by the various investigation teams. It is the view of our

Case 2:05-cv-04182-SRD-JCW   Document 10335-2   Filed 01/11/08   Page 11 of 13

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

investigation that sections of this levee frontage appear to have eroded and begun to be breached prior to the storm surge reaching its full height (of approximately +16 to +19 feet, MSL) by as early as about 5:30 to 6:00 a.m.

Figure 6.10 shows the calculated hydrograph developed by IPET at this location, showing storm surge rise vs. time at this location as estimated by IPET (IPET, Second Interim Report, April 2006.)  "Storm surge" is the mean water level between storm waves and troughs, so the additional height of waves, plus "run-up" as waves arrive at the levees must be added to determine when and to what extent the waters overtopped the levees.  This is further complicated by the significant variations in crest elevation along this not yet completed levee frontage.  The analytical prediction of Figure 6.10 matches well with the similar numerical hydrodynamic modeling performed by Team Louisiana (Kemp and Mashriqui, 2006), and both models are fairly well calibrated against regional observations of water elevations at numerous locations. The two investigation teams (IPET and Team Louisiana) differ significantly, however, in their calculated wave heights and frequencies along this MRGO frontage.  IPET have calculated longer period storm waves typical of more "open ocean" conditions, and Team Louisiana have calculated shorter period waves constrained by lack of depth within the Lake Borgne embayment.

Figure 6.11 shows a schematic illustration of two different sets of erosion mechanisms for the levees along this frontage.  Figure 6.11(a) shows simple "sheet flow" overtopping.  This is a common mode of concern for many river levees, and also for many earth dams.  In this mode, as the water flows over the top and then flows like a sheet down the rear-side slope of the levee embankment, the velocity of flow down the rear slope face accelerates and the shear stresses (erosive forces) induced by the flow increase with this increased velocity.  Accordingly, erosion is initially most pronounced low on the back slope face (where the flow velocities become highest), and the embankment is eroded from the back side until the crest is breached (whereupon rapid flow through the crest rapidly enlarges the original breach.)  This is the mechanism that is the customary principal design focus for the flood control levees in this region; excepting the large rivers such as the Mississippi River where scour produced by longitudinal flow of the river current itself is also a major concern.

Figure 6.11(b) illustrates two additional potential sets of erosion modes likely to have been active along sections of the MRGO frontage levees.  One is the attacking of the outboard side (water side) face of the levee by storm waves.  These high energy waves can scallop and erode the outboard face.  They can also rush up the face toward the crest, and can erode "notches" in the crest from the front side. Subsequent waves can then pass through these notches, especially as the storm surge continues to rise, and the flow can widen the notches and also erode the back face levee slope (as discussed above as "sheet flow overtopping erosion".)  This exploitation and widening of crest notches is called crenellation, after the crenellation (notched shape) that often tops castle walls.

Figure 6.11(b) also illustrates seepage flow passing through the embankment section, and then eroding soil as it exits through the lower portion of the back side slope face.  This "through flow" can cause significant erosion if the embankment soils are pervious, as was the case along significant portions of the MRGO frontage levees.  As this type of erosion occurs primarily in the lower back slope face region that is also most prone to erosion by sheetflow

overtopping, it can be difficult to separate field evidence of these two types of erosion as to cause.

The highly erodeable (and pervious) sands and shell sands that comprised significant sections of the levees along this frontage were vulnerable to all three types of erosion, and would have been expected to have been damaged by waves and by through flow from the rising storm surge well before the storm surge actually overtopped some sections. Evidence of front face scalloping erosion, and "notching" at the crest and front crest lip of levees along this MRGO frontage section are presented in Figures 6.12 and 6.13.

Methods and procedures for calculation of rates of likely erosion due to the various erosive mechanisms likely to have been operating along the critical MRGO levee frontage are not well-established, and there is little agreement within the profession as to how the erodeability of the various materials present (fill types, and fill placement and compaction states.) A number of members of the ILIT team made their own estimates of likely rates of erosion, based on their perceptions of the likely fractional content of various fill types, and the types of erodeability data presented and discussed in Chapters 9 and 10, and in Appendix I. These estimates also required judgmental assessment of through flow potential, wave runup magnitudes and velocities, numbers of wave cycles at different times (and thus different storm surge stage levels), etc.

The resulting estimates varied considerably, but all agreed that there was a high likelihood that initial breaching would have initiated well before the storm surge approached within several feet of the low points along the crests along this critical levee frontage. This appears to correlate well with the observation that massive amounts of storm surge flows filled and then pushed across the open swamplands behind the MRGO frontage levees, and then crossed over the secondary (Forty Arpent) levee and filled the populous zones to the south to elevations as high as +12 feet above mean sea level.

This is further supported by the observed behavior of the "sister" levee frontage section at the southeast edge of the New Orleans East protected basin. This section, which was also comprised in part of highly erodeable fill materials dredged from the adjacent shipping channel excavation (in that case the GIWW channel), and which also fronted Lake Borgne directly, without significant outboard side swamps or cypress to dam and suppress wave energies, was clearly breached and admitted large volumes of floodwaters well before the storm surge approached the levee crests. Timing along this "sister" section, and crest heights and storm surge heights, are better documented (see Chapter 7, Section 7.3.2) than along the MRGO frontage section, as the resultant New Orleans East flooding was definitively noted and captured on videotape by workers at the nearby Entergy power plant.

As shown in Figure 6.1, it was intended that the levees along this outer frontage would bear the brunt of the storm surge. Any overtopping flow, or even flow through localized breaches, would then have available a wide swath of undeveloped swamp land into which it could flow and pond. At the back side of this swampland a lower secondary levee (the Forty Arpent Levee) was then situated to protect the populous areas to the south. Unfortunately, the unexpectedly rapid and catastrophic erosion of this outer frontage levee allowed the storm

Case 2:05-cv-04182-SRD-JCW   Document 10335-2   Filed 01/11/08   Page 13 of 13

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

surge to flow virtually unimpeded across the open swampland before the storm surge had begun to subside significantly.

The Forty Arpent levee was only a "secondary" levee, with crest heights on the order of Elev. + 7.5 to + 10 feet (MSL), and it was not intended to have to face the full brunt of a largely undiminished rising storm surge. As a result, the storm surge passed easily over this secondary levee, and pushed rapidly into the populated areas of St. Bernard Parish, as described previously in Chapter 2. As is arrived rapidly, and prior to significant abatement of the storm surge, the floodwaters ponded to an unexpectedly high elevation of approximately +12 feet above mean sea level. Homes and businesses on "high ground" (at elevations several feet and more above sea level) were thus unexpectedly flooded, and the depth of flooding in lower-lying areas was especially severe. The massive inrushing floodwaters also had large lateral force, and pushed homes aside from their foundations (as shown previously in Figure 2.19), tossed cars like toys (see Figure 6.15), deposited large fishing boats in residential neighborhoods (Figure 6.16), and left large branches of trees on the roofs of numerous homes (e.g.: Figure 6.17).

Interestingly, the smaller (secondary) Forty Arpent levee was severely overtopped along much of its length, but it suffered relatively little erosional damage as a result. This appears to be because it was constructed of significantly better materials than the outer (MRGO frontage) levees; the Forty Arpent levee appears to have been constructed primarily of clay, with good intrinsic resistance to erosion. Figure 6.14 shows a section of the Forty Arpent levee that was apparently significantly overtopped, but which suffered only slight "cosmetic" erosional damage as a result.

The use of highly erodeable sand and shell sand fill was unfortunate along the exposed MRGO frontage levee section, and the consequences were severe. Damage to the populated areas of St. Bernard Parish was catastrophic, and the floodwaters from this populous area next began to make their way westwards towards what was now the already doomed Lower Ninth Ward.

**6.3   The Two large Breaches on the East Bank of the IHNC at the Lower Ninth Ward**

As the storm surge from Lake Borgne pushed westward along the east-west trending channel of the GIWW/MRGO that separates the St. Bernard and New Orleans East protected basins, it raised the water levels in the IHNC and produced two massive breaches on the east bank of the IHNC (at the western edge of the Lower Ninth Ward). These two breaches occurred at approximately 7:30 to 7:45 a.m., at an IHNC water level of approximately Elev. + 14 to +14.5 feet (MSL), as shown in Figure 6.18 (which shows a hydrograph of measured water levels vs. time in the IHNC channel.)

6.3.1   The IHNC East Bank (South) Breach at the Lower Ninth Ward

The larger of these two breaches was the south breach, and this is shown in Figure 6.19 (which is a repeat of Figure 2.13). This was a very long breach, nearly 900 feet in length, and the inrushing waters entered the adjacent community with great force. As shown