# EXHIBIT 8

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
     CONSOLIDATED LITIGATION
 6                                     NO. 05-4182
                          and Consolidated Cases
 7                                     "K" (2)
                                       JUDGE DUVAL
 8
                                       MAG. WILKINSON
 9   ------------------------------------------------
10   ROBINSON                          CIVIL ACTION
11                                     NO. 05-4182
     VERSUS
12
     THE UNITED STATES
13
14
15
16
           VIDEOTAPED 30 (b)(6) DEPOSITION OF
17      UNITED STATES ARMY CORPS OF ENGINEERS
                      by
18            WALTER O. BAUMY, JR.,
              ALFRED CHARLES NAOMI,
19            NANCY JEAN POWELL,
                     and
20            KEITH JOSEPH O'CAIN,
     given in the offices of Lambert & Nelson, 701
21   Magazine Street, New Orleans, Louisiana 70130
     on Wednesday, November 14, 2007 and Thursday,
22   November 15, 2007.
23
24
25
```

1    white arrow is and then stopping there.
2    Right?
3         A.   No.
4         Q.   Okay.  Did it also contemplate the
5    remainder leading over to the Mississippi
6    River?
7         A.   If you read the definition, the
8    project as defined initially, the levee
9    terminated at Bayou Dupre and then returned to
10   the Mississippi River.
11        Q.   Thence westward to the Mississippi
12   River levee at Violet; right?
13        A.   Right.  Along the Violet Canal.
14   That waterway you see there in blue is the
15   Violet Canal.  So the project as originally
16   envisioned ended at the levee along the MRGO
17   at Bayou Dupre.
18        Q.   Got it.  Was there a subsequent
19   enactment by Congress that authorized going
20   further down and then making that turn?
21        A.   There was a sup- -- supplemental
22   report that was done at the request of the
23   folks in St. Bernard to extend the levee
24   southward.  I think a report was done and it
25   set up the line, and that extension was

1     approved.
2          Q.   Okay.  So the initial authorization
3     that we see here from the Flood Control Act of
4     1965 in House document 231 was less -- was
5     smaller in scale than what was ultimately
6     authorized?
7          A.   That's correct.
8          Q.   Do you remember approximately what
9     year Congress authorized at the request of the
10    St. Bernard Parish folks the enlargement of
11    the protected --
12         A.   I don't know if it was
13    Congressionally --
14         Q.   I'm sorry, you and I both talk
15    quickly, and I apologize.  I'm stepping on
16    your lines.
17         A.   I'm sorry.
18         Q.   No, let me just finish the
19    question.  Okay?  Because we need a record
20    here.
21         A.   All right.  Sure.
22         Q.   The enlargement requested by the St.
23    Bernard folks that and Congress and the
24    President enacted, do you remember
25    approximately what year that was?

1      A.   I do not.

2      Q.   Okay.  But as you understand it,

3   after that enactment the LPV hurricane

4   protection project plan would embrace the

5   entire area shown in red on Exhibit 5?

6      A.   That's correct.  As far as this

7   particular area is concerned.

8      Q.   So when you got involved with it, it

9   was already the expanded red area?

10     A.   Yes.

11     Q.   Great.  In fact, you got involved in

12  19- --

13     A.   '98.

14     Q.   Okay.  And were you responsible for

15  all segments of it?

16     A.   Yes.

17     Q.   The IHNC, Reach 1 and Reach 2?

18     A.   Yes.

19     Q.   And the Violet portion?

20     A.   No.  That's not part of the project.

21     Q.   Oh, it's not part of the project?

22     A.   No, it's not.

23     Q.   So when Congress said, or when the

24  House document 231 said "Thence westward to

25  the Mississippi River," that wasn't done?