# EXHIBIT 26

# DECISION-MAKING CHRONOLOGY FOR THE LAKE PONTCHARTRAIN & VICINITY HURRICANE PROTECTION PROJECT

**DRAFT FINAL REPORT FOR THE HEADQUARTERS, U.S. ARMY CORPS OF ENGINEERS**

**SUBMITTED TO THE INSTITUTE FOR WATER RESOURCES OF THE U.S. ARMY CORPS OF ENGINEERS**

Douglas Woolley

Leonard Shabman

June 2007



**Map 2-1: The LP&VHPP Area, Protective Structures, and Breach Areas**

| Event Name | Start Date | End Date | Notes |
|---|---|---|---|
| Reconnaissance Report on Upgraded Hurricane Protection for Southeastern Louisiana | 1999 | 2005 | Motivated by Hurricane Georges, the District receives Congressional instruction for a reconnaissance-level study to evaluate the need and justification for a region-wide feasibility study of protection against "category 4/5 storms." The reconnaissance study, completed in June 2002, provides justification for a more in-depth Cat 4/5 feasibility study, and the State of Louisiana pledges to find local cost-sharing sponsors for that study (as required by WRDA 1986). Later that year the District briefs local officials on the proposed feasibility study and seeks local sponsors for the study. In that meeting local officials express the view that the District and state and local governments should concentrate on completing already authorized hurricane protection projects in the region before embarking on a new study for upgraded protection. The Corps Headquarters continues to budget for the reconnaissance study phase, but no local entities step forward to sponsor a feasibility study. |
| Inspection of Completed Works | Circa 1980 | 2005 | Annual visual inspections of completed project structures by District and local officials are made as part of the Corps Inspection of Completed Works Program. But these visual inspections have very limited scope. They are not designed to uncover and communicate potential project limitations regarding subsidence and surge modeling information that would raise doubts about the ability of protection works to contain surges from the original SPH parameters. |
| 2006 Budget Justification Sheet | Feb 7, 2005 | | In the year that Hurricane Katrina makes landfall, the District reports in the budget justification sheet that total project costs to completion will be about $740 million. The BJS for fiscal year 2006 continues to report that the completed project will provide protection against the SPH surge. However, after 2003 the budget justification sheets also include the following statement: "The project was initially designed in the 1960s, and a reanalysis was performed for part of the project in the 1980s. Continuing coastal land loss and settlement of land in the project area may have impacted the ability of the project to withstand the design storm. Refinement of existing computer models to assist in determining the impact of these environmental changes on the project will continue." |
| Hurricane Katrina | Aug 29, 2005 | | Hurricane-driven surges breach the LP&VHPP protective structures at 50 different locations, primarily as a result of overtopping. |

2-17