# EXHIBIT 30

TC202
N46L3P6
no.3
1966

Property of the United States Government

RESEARCH CENTER LIBRARY
US ARMY ENGINEER WATERWAYS EXPERIMENT STATION
VICKSBURG, MISSISSIPPI

*Chef Menteur* [handwritten]

# U. S. ARMY, CORPS OF ENGINEERS

## LAKE PONTCHARTRAIN, LA. AND VICINITY
## CHALMETTE AREA PLAN

[handwritten annotation circling title:] New Orleans 1st Bom. G 1 to G 105

[handwritten right side:] The borings listed are useful for Pleistocene study

### DESIGN MEMORANDUM No. 3
### GENERAL DESIGN

[handwritten list left margin:]
1
2-U
3
3-T   G-100
4     G-3
4-T   G-4
5     U-1
6-U
7-T
8     G-14
9     G-20
9-A   G-30
10    U-2
11    U-3
14-U  U-4

Prepared by:

| Waldemar S. Nelson & Company, Inc. | U. S. Army Engineer District, New Orleans |
| Engineers & Architects | Corps of Engineers, U. S. Army |
| New Orleans, La. | New Orleans, La. |

**NOVEMBER 1966**

00063



LAKE PONTCHARTRAIN, LA. AND VICINITY
CHALMETTE AREA PLAN
DESIGN MEMORANDUM NO. 3 — GENERAL DESIGN
GENERAL PLAN, INDEX AND VICINITY MAP
DATE: NOVEMBER 1966   FILE NO. H-2-23820
PLATE NO. 1