EXHIBIT   45

```
 1                 UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA

 3

 4

 5      IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION

        CONSOLIDATED LITIGATION

 6                                   NO. 05-4182

                                 and Consolidated Cases

 7                                      "K" (2)

                                     JUDGE DUVAL

 8

                                  MAG. WILKINSON

 9      -------------------------------------------

10      ROBINSON                       CIVIL ACTION

11                                     NO. 06-2286

        VERSUS

12

        THE UNITED STATES

13

14

15

16

17

18

19

20             VIDEOTAPED DEPOSITION OF

21                 ROBERT GLENN BEA,

22      60 Shuy Drive, Moraga, California 94556

23      given in the offices of Lambert & Nelson, 701

24      Magazine Street, New Orleans, Louisiana 70130

25      on Monday November 19, 2007.
```

1    on that.  And what area are you studying that

2    goes beyond what's contained in that report?

3         A.   For example, we are working on

4    Mississippi River Gulf Outlet Reach 2 levee

5    navigation structure current, wave surge

6    interactions as they developed during

7    Hurricane Katrina.  The second category of

8    studies are being performed to determine the

9    same thing absent the presence and effects of

10   the Mississippi River Gulf Outlet.  The second

11   category of studies are dealing with the

12   Mississippi River Gulf Outlet Reach 1 Lower

13   Ninth Ward breaching that developed during

14   Hurricane Katrina with and without the effects

15   of the Mississippi River Gulf Outlet.

16        Q.   Just so I am clear, it sounds like

17   what you're -- you're continuing to study,

18   because you're part of this second group that

19   you have just described, --

20        A.   Correct.

21        Q.   -- the wave surge interaction with

22   the Reach 2 levees along MRGO --

23        A.   Yes.

24        Q.   -- as occurred during Hurricane

25   Katrina?

1          A.   Correct.

2          Q.   And what's the focus of that area of

3     inquiry?  In other words, what are you trying

4     to understand that's not already developed in

5     your present report?

6          A.   We're trying to understand in

7     greater detail the development of the

8     breaching, particularly focused at the Bayou

9     Dupre and Bayou Bienvenue navigation

10    structures abutments.  We're studying

11    development of breaching on the earthen berm

12    spoil bank between Bayou Bienvenue and Dupre,

13    areas that breached and areas that did not

14    breach.  The studies are focusing on scour

15    erosion hydraulic effects in and under the

16    earthen berm spoil bank areas, which I guess

17    we can call EBSBs.

18         Q.   Did you say hydraulic effects in and

19    under --

20         A.   Correct.

21         Q.   -- the EBSBs?

22         A.   SBs, correct.

23         Q.   Now, I saw that term in your

24    report.  Is that a term that you made up?

25         A.   Yes.

1    result of these continuing studies?

2         A.   For the fluid structure soil

3    interactions, we are now computing the

4    tractive erosive forces acting on the EBSBs

5    and at the faces and foundations of the

6    navigation structures at Bayou Bienvenue and

7    Bayou Dupre.

8         Q.   I want to go back to -- Well, let me

9    just ask you a little bit about that.  Can you

10   elaborate a little bit more on that in

11   detail?  In other words, how much have you

12   been able to quantify the erosive forces?

13        A.   We're still validating the models.

14   We have quantified the erosive forces at three

15   stages during Hurricane Katrina for the

16   condition of the presence and effects of the

17   Mississippi River Gulf Outlet.  Those we

18   identify as time snapshots.  The first time

19   snapshot is when the surge is at the toe of

20   the levee, the outboard face of the primary

21   levee, has covered the --

22        Q.   This is along Reach 2 of MRGO?

23        A.   Correct.

24        Q.   Okay.

25        A.   The water in the first time snapshot

1      --

2          A.   That would be approximately 6:00

3    A.M. the morning of August 29th, 2005.

4          Q.   That's local time then, is 6:00

5    A.M.?

6          A.   That's correct.

7          Q.   And I'm sorry, is this one of the

8    stages you say at which you have -- you

9    believe you have quantified the erosive

10   forces?

11         A.   Correct.

12         Q.   When you say you have quantified

13   them, you're still validating them, though, I

14   take it?

15         A.   Correct.

16         Q.   All right.  What would be the second

17   snapshot then?

18         A.   The second snapshot is when the

19   surge has reached mid height of the EBSB.

20         Q.   And how high would that be?

21         A.   7 feet above the toe of the levee

22   approximately.

23         Q.   7 feet from the toe -- above the toe

24   of the levee?

25         A.   Correct.

```
 1          Q.    And if that's at the mid height,
 2    then would -- I mean, does that take into
 3    account then that the levee would have been
 4    approximately 14 feet from toe to crest at
 5    that time?
 6          A.    Correct.
 7          Q.    Is this at some particular location
 8    along Reach 2 of the MRGO?
 9          A.    Yes.
10          Q.    And what would that location be?
11          A.    There are three locations.  One is
12    the navigation structure at Bayou Dupre.
13    Proceeding north approximately midway between
14    Dupre and Bienvenue is location number 2.
15    Location number 3 is approximately 1,000 yards
16    north of location number 2.  Location number 4
17    is at the abutment of the navigation structure
18    at Bayou Bienvenue.
19          Q.    The abutment of the Bayou Bienvenue
20    structure with what?
21          A.    With the EBSB.
22          Q.    On which side of the structure?
23          A.    On the south side.  It's on the
24    north side at Bayou Dupre.
25          Q.    Now, I'm sorry, but I thought you
```

1                    We're back on the record.  It's

2          9:52.  This is the start of tape 2.

3    EXAMINATION BY MR. SMITH:

4          Q.   Dr. Bea, before we took a little

5    break we were discussing the collection of

6    soil data that you are using in connection

7    with your ongoing study of the impact of

8    Hurricane Katrina's storm surge on the flood

9    protection structures along Reach 2 of the

10   MRGO.

11         A.   That is correct.

12         Q.   And you indicated that you were

13   trying to obtain a variety of types of data,

14   including grain size, shear strength, density,

15   moisture content.  Is that correct?

16         A.   That's correct.

17         Q.   That's not an exhaustive list,

18   though?

19         A.   That's correct.

20         Q.   Will your analysis, once you have

21   obtained collection of data concerning the

22   soils that were in these structures at the

23   time of Hurricane Katrina, require you to

24   conduct hydraulic conductivity analysis?

25         A.   Yes.

1          A.    Grain size.  Of particular

2    importance also is organic material.

3          Q.    When you say "of particular

4    importance", what do you mean, particular

5    importance?  How is it important?  Does it

6    matter what a -- what's in an EBSB?

7          A.    Certainly.

8          Q.    Why?

9          A.    That determines the ability of the

10   ESB to perform its intended functions.

11         Q.    And what is the intended function of

12   an EBSB?

13         A.    In this case, this -- the particular

14   ESB that we're talking about along Reach 2 was

15   constructed to help control hurricane flood

16   waters.

17         Q.    Is that true of the EBSBs along

18   Reach 2 of the MRGO?

19         A.    Repeat your question, please.

20         Q.    Yes.  I'm sorry.  I said is that

21   true of the EBSBs along Reach 2 of the MRGO?

22         A.    Please define "that".

23         Q.    Is that true?  Okay.  What you just

24   said.  You said -- I asked you -- We'll just

25   go back a little bit.  I asked you why organic

1    content was important in the analysis of an

2    EBSB and you said it's important because it

3    determines whether the intended function will

4    be achieved by the EBSB.  And I asked you --

5        A.   That's right.

6        Q.   -- what was the intended function of

7    the -- what's the intended function of an EBSB

8    and you said in this case it was intended to

9    control hurricane storm surge.

10        A.   Correct.

11        Q.   And so my next question was, are we

12    referring to the EBSBs along Reach 2 of the

13    MRGO?

14        A.   Yes.

15        Q.   I believe in your report, and I am

16    just -- rather than ask you this, because I

17    think this is stated pretty clearly in your

18    report, you also have an opinion that there

19    were EBSBs along what the Corps has referred

20    to as the New Orleans East Back Levee.

21        A.   That's correct.

22        Q.   And just for the sake of clarity, so

23    we all know what we're talking about --

24        A.   (Indicating).

25        Q.   Yes, I guess.  Can we see that map

1    Orleans East Back Levee could refer to that

2    entire reach, or would you prefer to truncate

3    it as you showed previously?  It doesn't

4    matter to me.  I just want it to be clear.

5         A.   I would prefer to truncate it.

6         Q.   Okay.  And so you're going to break

7    it essentially at the mid point between --

8         A.   Right here (indicating).

9         Q.   -- where the -- the right-hand

10   terminus of the red line that's shown on Bea

11   Exhibit Number 4, you're going to say it's the

12   right-hand half essentially of that --

13        A.   That's correct.

14        Q.   -- is what you prefer to call the

15   New Orleans East Back Levee?

16        A.   Correct.

17        Q.   What would you refer to this

18   remaining part of the -- it's indicated here

19   by red.  Would that be something other than an

20   EBSB, or is that a levee or --

21        A.   The material characteristics --

22        Q.   That's the pump station.  I'm

23   sorry.  Is that the pump station there?  All

24   right.

25        A.   Yes.

1       Q.    I didn't know there was a pump

2   station there.  Somebody pointed that out to

3   me.

4       A.    So the material characteristics in

5   the levee changed at that point.

6       Q.    Okay.  So in Corps terminology, then

7   I guess the point I guess would be the Corps

8   might have referred to this entire red reach

9   as New Orleans East Back Levee.

10      A.    Correct.

11      Q.    You would be comfortable calling the

12  western half of this a levee; and the eastern

13  half of it you would not call a levee; right?

14      A.    Correct.

15      Q.    You would call it an EBSB?

16      A.    Correct.

17      Q.    But the purpose of that EBSB, I take

18  it, like the EBSB along Reach 2 of the MRGO,

19  was to protect New Orleans East from hurricane

20  storm surge?

21      A.    Correct.

22      Q.    Were these EBSBs along the GIWW and

23  along the MRGO, were they part of the regional

24  hurricane protection system that was

25  constructed under the auspices of the Corps of

1      Engineers following Hurricane Betsy?

2          A.    Correct.

3          Q.    And were they built pursuant to -- I

4      think you have got this in your report.   Were

5      they built pursuant to the Design Memorandum

6      Number 3, dated 1966, which I guess you've

7      referenced in Appendix A-1 of your report?

8          A.    Correct.

9          Q.    Is that correct?

10         A.    That's correct.

11         Q.    Now, you've combined two terms which

12     can be used independently, I believe.   You

13     have combined "earthen berm" --

14         A.    Correct.

15         Q.    -- and "spoil bank".

16         A.    Correct.

17         Q.    And created a new term "EBSB".

18         A.    Correct.

19         Q.    If these terms -- We're going the

20     take these terms and break them apart.

21         A.    Okay.

22         Q.    Do the each of these terms

23     separately have a commonly understood

24     definition within the civil engineering

25     profession?   In other words, let's just take

 1    considered spoils?

 2         A.   No.

 3         Q.   And I take it, then, that they would

 4    not be considered, even if they were mounded

 5    up, they wouldn't be considered a spoil bank?

 6         A.   Correct.

 7         Q.   Do you know whether the MRGO was

 8    dredged specifically for the purpose of

 9    obtaining materials for use in the

10    construction of levees along the Reach 2 of

11    the MRGO?

12         A.   Please repeat your question.

13         Q.   Yes.  Do you know whether Reach 2 of

14    the MRGO, the waterway itself, --

15         A.   Right.

16         Q.   -- was dredged for the specific

17    purpose of obtaining materials for use in

18    constructing a levee?

19         A.   The waterway was dredged for the

20    purpose of establishing a commercial channel

21    for shipping.  The spoil banks were the

22    by-product of that dredging, channel dredging

23    activity.

24         Q.   I understand that.  I don't think

25    there's any dispute in this litigation or, as

1         Q.    Can you read the first paragraph

2    that's at the top of that page?

3         A.    "The EBSB construction method was

4    hydraulic fill, referencing a USACE

5    publication in 1972, implying that fill

6    materials were placed within the footprint of

7    the levee as a fluid and no compactive effort

8    was employed to densify the EBSB materials.

9    Temporary dikes were constructed on either

10   side of the levee toes to contain the

11   hydraulic fill as it was placed within the

12   EBSB footprint.  Materials for this phase of

13   work came from the MRGO channel excavated from

14   elevation minus 47 feet to elevation minus 70

15   feet MSL, mean sea level.  Figure A-15

16   presents a design section for this phase of

17   the work reference, same USACE 1972 report."

18        Q.    Does this refresh your recollection

19   as to whether materials were dredged from the

20   MRGO for the specific purpose of obtaining

21   materials for the construction of a levee?

22        A.    Yes.

23        Q.    Would the answer to that be yes,

24   they were?

25        A.    Yes.

1    materials were placed within the footprint of

2    the levee as a fluid and no compactive effort

3    was employed to densify the EBSB materials."

4         Q.   Okay.  What is a footprint of a

5    levee?

6         A.   It would include the protective

7    berms and the primary structure normally

8    identified as the levee.

9         Q.   And does a levee footprint exist

10   where there is no levee or no intent to

11   construct a levee?

12        A.   No.

13        Q.   Let me turn your attention to page

14   11 of Appendix A.  And I am going to direct

15   your attention to the third full paragraph on

16   that page which begins "Full project

17   dimensions".

18        A.   Yes, sir.

19        Q.   Could you read that paragraph?

20        A.   "Full project dimensions were

21   completed between Bayou Bienvenue to Bayou

22   LaLoutre in October, 1963, but later the full

23   project dimensions were exceeded when the

24   Hurricane Protection Levee Project authorized

25   channel deepening to allow for additional

1   levee material between Bayou Bienvenue and

2   Bayou Dupre dredging in some locales reached

3   minus 80 feet.  Some shoaling has occurred

4   since these."

5         Q.   Does that paragraph indicate that

6   after the MRGO was completely dredged for

7   navigation purposes, material was obtained

8   from the bed of the MRGO for the specific

9   purpose of constructing hurricane protection

10  levees?

11        A.   That is correct.

12        Q.   Can you explain what Appendix A is?

13        A.   Appendix A is titled "Historic

14  overview, MRGO Reach 2 EBSBs and navigation

15  structures design and construction".

16        Q.   And can you just interpret that

17  caption?  What does that -- What's the -- Why

18  is Appendix A included in your report here?

19        A.   We're attempting to understand how

20  the levees were constructed, the EBSBs.

21        Q.   And were these constructed through a

22  period -- a series of lifts?

23        A.   That's correct.

24        Q.   And were these levees or EBSBs

25  constructed as a component of the Chalmette

1    levees.

2         Q.   I understood that.  I didn't mean

3    that everything they built was a levee.

4    Everything they built wasn't a levee.  They

5    built, you know, the flood control structures,

6    for instance, at Bayou Dupre and Bayou

7    Bienvenue; they built floodwalls along some of

8    the outfall canals.  We all know that.

9         A.   Correct.

10        Q.   But just since we're on this point,

11   I understood your report to indicate that you

12   believed the Corps did build levees along what

13   you have described in your report as Reach 1

14   of the MRGO.

15        A.   Correct.

16        Q.   And it is your opinion that they

17   built levees along what you describe in your

18   report as the Citrus Back Levee.

19        A.   Correct.

20        Q.   And they built levees and floodwalls

21   along the IHNC.

22        A.   That is correct.

23        Q.   And all of these levees that we have

24   just described in those three distinct areas,

25   Reach 1 of MRGO, Citrus Back Levee, and the

1      IHNC, were flood control structures designed

2      and constructed pursuant to the Lake

3      Pontchartrain and Vicinity Hurricane

4      Protection Project.  Is that --

5           A.   That is correct.

6           Q.   That's your opinion.

7                I believe in your study you state

8      that a decision was made at some time after

9      1965 to build piles of dirt.

10          A.   Correct.

11               MR. O'DONNELL:

12                    Is this a good break point?  Is

13                this a transition?  Or keep going if

14                you want.  We have been going for

15                quite a bit.

16     EXAMINATION BY MR. SMITH:

17          Q.   Do you need a break, Dr. Bea?  I'm

18     happy to give you a break any time you need a

19     break.

20          A.   Thank you.  Keep going.

21          Q.   Okay.

22               MR. O'DONNELL:

23                    Great.

24                    (Whereupon a discussion was held

25                off the record.)

1    EXAMINATION BY MR. SMITH:

2        Q.    What's the basis of that statement?

3            MR. O'DONNELL:

4                What paragraph are you on?

5            MR. SMITH:

6                Well, that's a good question.   I

7            don't remember where that "piles of

8            dirt" statement is, but I certainly

9            remember the statement.   It's close to

10           the beginning, I know that.

11           MR. O'DONNELL:

12               We wanted to make sure you were

13           paying attention.   You obviously were.

14   EXAMINATION BY MR. SMITH:

15       Q.    Ah, paragraph 21.   I'm sorry.

16       A.    Perfect.   That's where I was.

17       Q.    Yes.   You're ahead of me.

18               That's at least one place it

19   appears.   I am not sure.   It may appear before

20   that, because you say "In addition to the

21   decision", and I am not sure if it appears --

22       A.    I don't recall that.

23       Q.    -- prior to that.   Maybe one "pile

24   of dirt" reference is enough for this report.

25       A.    It is.

1          Q.    What is the basis of that assertion,

2     sir?

3          A.    The multiple field studies that I

4     participated in on Reach 2 of the Mississippi

5     River Gulf Outlet EBSBs.

6          Q.    Okay.  So is that essentially a

7     conclusion based upon what you observed in the

8     wake of Hurricane Katrina at those locations

9     that you visited?

10         A.    That and information that became

11    subsequent to those visits.

12         Q.    Okay.  And what information?

13         A.    For example, soil borings.

14         Q.    Which soil borings would you be

15    referring to, if you know?

16         A.    I don't recall the numbers, but

17    there is something of the order of 30 soil

18    borings along Reach 2 of -- along Reach 2.

19         Q.    Would these be soil borings taken

20    from the center line of the earthen levees or

21    earthen embankments?

22         A.    In some cases, yes.

23         Q.    Well, you referred to 30.  I thought

24    you had 30 specifically in mind.  Are these --

25    Some soil borings as I understand it were

1    taken along the --

2         A.   Alignment.

3         Q.   -- alignment of the MRGO itself.

4         A.   Correct.

5         Q.   The waterway.

6         A.   Correct.

7         Q.   And I am just trying to find out if

8    the soil borings that informed your opinion

9    about what was built there were soil borings

10   that were taken from the navigation channel.

11        A.   (Witness shakes head negatively.)

12        Q.   No?

13        A.   No.

14        Q.   From the levee alignment itself?

15        A.   Correct.

16        Q.   And these would be USACE documents?

17        A.   USACE?

18        Q.   When I say "these", I mean the 30

19   soil borings that you're referring to, these

20   were soil borings that were performed at the

21   behest of the Corps of Engineers?

22        A.   That plus the additional ones we

23   performed there.

24        Q.   Subsequent to Hurricane Katrina?

25        A.   Correct.

1      from the lock on the IHNC --

2           A.   The lock.   Correct.

3           Q.   -- all the way along the MRGO, GIWW

4      reach, and then continuing along the MRGO

5      reach all the way down to Bayou Dupre?

6           A.   That's correct.

7           Q.   And do you understand that

8      subsequently the plan of protection was

9      enlarged to extend this protective levee

10     farther along Reach 2 of MRGO?

11          A.   Correct.

12          Q.   And is the extent of the enlargement

13     down to what's known as Verret?

14          A.   Correct.

15          Q.   Was the decision to build these

16     levees -- and when I say "these levees", the

17     levees that are the subject of this design

18     memorandum -- was the decision to build those

19     levees through a series of lifts within the

20     standard of care for the design and

21     construction of a hurricane protection

22     structure?

23          A.   Yes.

24          Q.   Yes.  Do you know whether these

25     drawings in this design memorandum were

1          MR. BAEZA:

2              Yes, I have one.

3     EXAMINATION BY MR. SMITH:

4          Q.   Dr. Bea, have you previously

5     considered this design memorandum in your

6     analysis of the performance of the hurricane

7     protection system during Hurricane Katrina?

8          A.   Yes.

9          Q.   And does this design memorandum

10    address the extension of the levees south from

11     -- south and east from Bayou Dupre to

12    Verret?  Probably the best place to ascertain

13    that would be plate 1, I would imagine.

14         MR. O'DONNELL:

15             You talking about the extension

16       area?

17         MR. SMITH:

18             Yes.

19         MR. O'DONNELL:

20             You know what the extension area

21       is; right?

22         THE WITNESS:

23             Yes.  Repeat your question.

24    EXAMINATION BY MR. SMITH:

25         Q.   Sure.  Does this design memorandum,

1    Design Memorandum Number 3, supplement number

2    1, address the construction of levees

3    southeast from Bayou Dupre to Verret and then

4    back to -- from Verret back to Caernarvon at

5    the Mississippi River?

6         A.   Correct.

7         Q.   And does this then supplement,

8    paired with General Design Memorandum number

9    3, which we just examined, does that complete

10   the protective encirclement of St. Bernard

11   Parish and the Lower Ninth Ward?

12        A.   No.

13        Q.   Okay.  Why does it not, or what way

14   does it not?

15        A.   Well, we don't have the river

16   levees.

17        Q.   Okay.  Well, fine.  Were there

18   levees along the Mississippi River at this

19   time?

20        A.   Yes.

21        Q.   So in conjunction then with the

22   Mississippi River levees, do these levees that

23   are described in the last two exhibits, this

24   exhibit and one we just examined, do these

25   complete the encirclement of St. Bernard

```
 1    Parish and the Lower Ninth Ward?

 2         A.   Correct.

 3         Q.   I just want to address your

 4    attention to a couple of paragraphs here.

 5    Page 8, paragraph 15-B.

 6              MR. O'DONNELL:

 7                   You're 8 in the text?

 8              MR. SMITH:

 9                   Yes.

10              MR. O'DONNELL:

11                   Thanks.

12    EXAMINATION BY MR. SMITH:

13         Q.   Again, this correlates to the

14    paragraph that we just looked at in the prior

15    design memorandum.  The caption appears at the

16    bottom of page 7.  Again, these are departures

17    from the project document plan?

18         A.   Uh-huh (affirmatively).  Okay.

19         Q.   And can you just read the text that

20    appears in paragraph 15-B?

21         A.   "The net levee grades described in

22    paragraph 14 for the added area were

23    established in accordance with three --"  They

24    meant "the", "results of tidal hydraulic

25    studies utilizing the latest hurricane
```

1    considerations for pipelines crossing over

2    levees."

3              Section 8.15, under section 4,

4      "Junction with concrete closure structures."

5              Section 8.17, "Levee vegetation

6    management".

7         Q.   Dr. Bea, don't close that yet.  I

8    would like to direct your attention to page

9    1-1.  And I'd ask you -- This is captioned

10     "General considerations".  That would be

11   paragraph 1-5.  And I would like you to read

12   sub-paragraph A-1.

13        A.   "The term 'levee' as used herein is

14   defined as an embankment whose primary purpose

15   is to furnish flood protection from seasonal

16   high water and which is, therefore, subject to

17   water loading for periods for only a few days

18   or weeks a year.  Embankments that are subject

19   to water loading for prolonged periods, longer

20   than normal flood protection requirements or

21   permanently, should be designed in accordance

22   with earth dam criteria rather than levee

23   criteria given herein."

24        Q.   Is this definition of "levee" a

25   definition that is reasonable and customary in

1    use among civil engineers who are engaged in

2    designing and constructing earthen embankments

3    for flood protection purposes?

4         A.   Yes.

5         Q.   This paragraph A-1 makes a

6    distinction levees and dams.  You previously

7    suggested that a Corps manual which

8    specifically addresses dams --

9         A.   Correct.

10        Q.   -- was something that you relied on

11   in evaluating the adequacy of the protective

12   structures that were designed and constructed

13   as part of the New Orleans regional hurricane

14   protection system.  Is that correct?

15        A.   Correct.

16        Q.   Can you read paragraph 1-5-A-2,

17   please?

18        A.   "Even though levees are similar to

19   small earth dams, they differ from earth dams

20   in the following important respects.  A, the

21   levee embankment may become saturated only for

22   a short period of time beyond the limit of

23   capillary saturation.  B, levee alignment is

24   dictated primarily by flood protection

25   requirements which often results in

1              MR. SMITH:

2                  Right.  Or breached?

3              MR. BRUNO:

4                  Or breached.

5              MR. SMITH:

6                  Breach locations or whatever.

7              THE WITNESS:

8                  Okay.

9        EXAMINATION BY MR. SMITH:

10             Q.  Can you indicate on that map that's

11       captioned "Greater New Orleans levee breach

12       map" approximately where?

13             A.  Somewhere in this area

14       (indicating).

15             Q.  Okay.  Is it possible then that

16       there were levee sections in that reach that

17       were interspersed with what you have

18       denominated EBSBs?

19             A.  Correct.

20             Q.  So this actually could be a --

21             A.  A good section.

22             Q.  Okay.

23             A.  And that's part of our extended

24       studies.  We're studying both breached and

25       unbreached locations.

1    estimated at approximately 16 to 18 feet,

2    reference mean sea level, as shown in figures

3    2.9 and 2.10."

4         Q.   Okay.  Let me direct your attention

5    to figure 2.11, which is referenced in the

6    paragraph you just read.  It appears on page

7    2-24.  Do you see it, sir?

8         A.   Yes.

9         Q.   Figure 2.11 is captioned what, sir?

10        A.   "Storm surge overtopping the eastern

11   flank of the regional flood protection system

12   at the northeast edge of St. Bernard Parish

13   and Ninth Ward protected areas."

14        Q.   And does figure 2.11 have large

15   black arrows that show overtopping flow?

16        A.   Correct.

17        Q.   And does it show that there were

18   levee breaches with blue stars all along the

19   Reach 2 of the MRGO?

20        A.   Correct.

21        Q.   And does the figure 2.11 also show

22   overtopping flow with large black arrows over

23   the New Orleans East Back Levee?

24        A.   Correct.

25        Q.   And does it show with blue stars

```
1    breaches along that reach of the New Orleans

2    East Back Levee?

3         A.   Correct.

4         Q.   And is that not the same base map

5    that appears in your report as report figure

6    number 41, which appears on page 61?

7         A.   That is correct.

8         Q.   And, in fact, is this map not

9    cropped closely to cut off the legend that

10   appears in figure 2.11, which labels these

11   blue stars that appear in figure 41 of your

12   report as levee breaches?

13        A.   Correct.

14        Q.   And is not this same map reproduced

15   in the ILIT report as figure 2.4, which

16   appears on page 2-17?

17        A.   Your -- Repeat your question.

18        Q.   Is this not the same base map that

19   we have been looking at previously?

20        A.   I believe so, yes.

21        Q.   Okay.  What's the caption beneath

22   figure 2.4?

23        A.   "Map showing principal features of

24   the main flood protection rings or,"

25   quotation, "Protected areas in the New Orleans
```

```
 1          A.   With the exception of the Inner 40

 2   Arpent Levee.

 3          Q.   Which is shown with the blue stars

 4   and circles, I take it, just for --

 5          A.   In the red outline.

 6          Q.   In the red outline.

 7          A.   Yes.

 8          Q.   It's interior.  In other words, it's

 9   an interior levee?

10          A.   Exactly.

11          Q.   Okay.  And is the same flood

12   protection ring for the New Orleans East basin

13   indicated by the red line that encircles --

14   the outer red line that encircles the New

15   Orleans East basin or polder?

16          A.   Yes.

17          Q.   Returning then back to page 2-6, can

18   you read the second full paragraph on that

19   page?

20          A.   "The storm surge level exceeded the

21   crest heights of the levees along a nearly

22   eleven mile long stretch of the northeastern

23   edge of the St. Bernard-Lower Ninth Ward

24   protected area.  The levees along this

25   frontage were intended to be built to provide
```