# EXHIBIT 53
# part 2



Case 2:05-cv-04182-SRD-JCW Document 10335-17 Filed 01/11/08 Page 2 of 15

*Figure 4.9 Water levels location 4 New Orleans East*

*Figure 4.10 Water levels location 5 New Orleans East*




# 5 Saint Bernard

## 5.1 Calibration of the model

Figure 5.1 shows the Digital Elevation model (DEM) for the St. Bernard bowl. The three stars indicate the approximate locations of the internal flooding hydrographs used to check the model results. The arrows and numbers correspond to the breaches given in table 5.1. These breaches in combination with the rainfall and surge hydrographs outside the bowl, as presented in section 2.3, are the basis of the model inputs, along with the DEM, for the New Orleans East bowl. This bowl is divided into two parts by an internal levee, the 40-Arpent levee. To the east there is a large wetland, 30,000 acre plus basin or bowl and to the west the inhabited part of this parish. The crest height of the 40-Arpent levee between the wetlands and populated areas is 6.5 ft.



*Figure 5.1 DEM St. Bernard, including breach (numbers) and internal hydrograph locations (letters)*




*Table 5.1 Information on the Breaches in St. Bernard*

| Nr. | Description | Width | Elevation height | Time breach development |
|---|---|---|---|---|
| 1 | IHNC North | 221 ft (67 m)[1] | Sill elevation +1 ft (+0.3 m)[1] | 7:00 - 7:30[2] |
| 2 | IHNC South | 808 ft (274 m)[1] | Sill elevation +1 ft (+0.3 m)[1] | 7:00 - 7:30[2] |
| 3 | MRGO Bayou Bienvenue | 214 ft (65 m)[1] | Sill elevation -6 ft (-1.8 m)[1] | 5:00 - 8:30[3] |
| 4 | MRGO Bayou Dupree | 54 ft (17 m)[1] | Sill elevation -6 ft (-1.8 m)[1] | 5:00 - 8:30[3] |
| 5 | Overtopping MRGO levee (erosion crest) | Various sections along MRGO levee; position and width based on GIS data[1] | Various sections along MRGO levee; erosion levels based on GIS data[1] | 5:00 - 8:30[3] |

*Calibration results*

The time progressive image snapshot series shows how this bowl flooded during hurricane Katrina. The first image in figure 5.2 is a snapshot from August 29th at 5:00am; it shows only minor rainfall. Between 5:00 and 8:30am the erosion of the MRGO levee takes place, and after 6:30am substantial volumes of surge water from the MRGO flow into the wetlands bowl between the MRGO and 40-Arpent levee. In the simulation the 40-Arpent levee starts to overflow at 8:00am and at 8:30am the first water enters Chalmette from a northeastern direction as a consequence of overtopping the 40-Arpent levee. IPET in their report state this overtopping starts at about 8:20am[4], which is in agreement with Team Louisiana's 8:30am[5]. IPET also reports that Chalmette flooded from the northeast, strong agreement with the simulation results.

At 7:00am the North and South breaches from the IHNC channel into the Lower Ninth Ward start to develop and at 7:30am the first flooding of the Lower 9th Ward is seen in the model time-step images of the internal flooding. This timing is in agreement with both the ILIT and Team Louisiana reports. IPET has another opinion about the North breach and states that this breach started earlier, but both ILIT and Team Louisiana contradict this conclusion. IPET mentions that surge water started to enter the Lower 9 Ward before 5:30am[6] and Team Louisiana around 6:00am. Potential sources of this early internal flooding include overtopping of the IHNC floodwall, the two breaches in the IHNC floodwall, and flow from the overtopping of the MRGO/GIWW levees.

---

[1] Source: GIS data with positions, widths and sill elevation heights of the breaches [delivered by Chad Morris 2007-6-28]
[2] Source: Team Louisiana report table 3, page 54-55 and timeline page 93-94 [4]
[3] At 5:00 waves start to erode the MRGO levee [Source: see footnote 2], in the simulation erosion continues until the peak water level in Lake Borne is reached at 8:30.
[4] Source: IPET volume IV: The Storm, page 199 [1]
[5] Source: Team Louisiana, page 64 [4]
[6] Source: IPET volume IV: The Storm, page 200 [1]




Flood simulations Greater New Orleans													July 2007

In our model simulations no overtopping occurs before 7:00am, and the two breaches start at 7:00am. Therefore no water, except rain water, prior to 7:00am is visible inside the Lower 9th Ward in the simulation results. ILIT gives an alternative explanation for the early water mentioned by eye witness reports in IPET. ILIT mentions under seepage, water migrating from the channel, under pressure, beneath the IHNC floodwalls as a possible explanation for the early flood water in the Lower 9th Ward. Under seepage through a levee is not captured in the simulation.



 



 



*Figure 5.2 Progressing snapshots of the computed internal flooding water depth inside the St. Bernard bowl*

Figure 5.2 shows the calculated maximum internal flooding depths in the St. Bernard bowl as a consequence of the breaches and overtopping initiated by hurricane Katrina. Figure 5.4 shows the comparison between our computed internal flood hydrographs and those presented by IPET for the St. Bernard bowl. The locations of the hydrographs are indicated in figure 5.1, location A corresponds with Lower 9th Ward NW., B with Lower 9th Ward E. and C with Chalmette. IPET based its hydrographs on eye witness accounts, stopped clock times and time/date stamped digital photographs. Our computed flood hydrographs are very similar to the data presented by IPET. The predicted peak flood level is within a foot of IPET's measurements. The peak in the model is a couple of hours earlier and the water level starts to decrease earlier than in the IPET hydrographs. The final water descent rate in the model is about equal to the IPET hydrograph.

As discussed previously, in extreme events such as Katrina is difficult if not impossible to get direct measurement of some input data such as water levels at the time of a breach, especially right at the breach location. However, the differences between the computer model results and the calibration data are fully acceptable. For the purpose of this study the model results are very credible.

 



*Figure 5.3 Maximum computed internal flood depths, St. Bernard bowl, as a consequence of hurricane Katrina and the numerous levee failures.*

*Figure 5.4 Comparison of our computed internal flood hydrographs and that presented by the IPET team.*

 



*Figure 5.5 Water level locations scenario runs St. Bernard bowl.*

Figures 5.6-5.15 show the changes in water levels on the ten locations. The flooding that is represented by the difference between the black solid (All Causes) and red dashed (No Breaches) line is that caused by all the breaches and levee erosion that occurred during the storm. The difference between the black (All Causes) and gray (No Breaches INHC) line is the flooding that resulted from the two big the breaches along the IHNC into the Lower Ninth ward. The contribution to the overall internal flooding resulting from the breaches of the MRGO levee are depicted by the difference between the black (All Causes) and purple dashed (NO Breaches MRGO) lines. Flooding due to rainfall, such a there is, is depicted by the difference between the green dashed-dot line (Only Overtopping) and the red dashed line (No Breaches).

The model results depicted in Figures 5.6 to 5.15 clearly show the real importance of elevation in this polder in relation to the depth of flooding. Rainfall for example flows into the lower lying areas, and the higher lying locations hardly show any flood level increase with the two scenarios (scenario 6 and 7) that only consider rain. In the under bound approach (scenario 7 - only rain with 100% pump capacity) only the relatively low lying locations 1 and 7 show a small amount of rain water, being less than one foot. The upper bound approach (scenario 6 - only rain without pumps) also does not show much rainwater flooding. The scenario that considers only overtopping shows some flood water at the lower western part of the Lower 9th Ward (location 1). The overtopping from the IHNC is not enough to fill more of the St. Bernard bowl beyond the Lower Ninth ward.

The overtopping of the MRGO levee is not enough to fill the Wetlands basin between MRGO and 40-Arpent levee up to the crest elevation of  the 40-Arpent levee. This is significant as the model shows that if the structures along the INHC and MRGO had not breached, there would have been limited flooding in the St Bernard bowl.




Therefore the main causes for the flooding of the populated area inside the St. Bernard bowl are the breaches in the IHNC and MRGO.

An interesting observation is that without the IHNC breaches almost the same volume of flood water enters the populated area of the St. Bernard bowl compared with the scenario off MRGO breaches plus overtopping plus rain. Without the IHNC breaches it takes a little longer in the western part of the bowl to reach the peak water level, but the peak itself is only marginally lower. In the eastern part of the bowl the influence of the IHNC breaches on the development of the water level is even smaller. The IHNC breaches do however influence the outflow of the water out of the Lower 9th Ward and Chalmette. Floodwater 'leaked' out of the bowl through the INHC breaches for many days after the storm had passed. Without these breaches the flood water can only flow over the 40-Arpent levee into the wetlands, therefore after the peak the flood water level decreases slower without the IHNC breaches.

On the other hand, the scenario with only the IHNC breaches, overtopping and rainfall (without MRGO breaches), reveals that the St. Bernard bowl still suffers significant flooding although flood depths are significantly less than the scenario that includes the MRGO breaches.




45



*Figure 5.6 Water levels location 1 St. Bernard*



*Figure 5.7 Water levels location 2 St. Bernard, the red, green and 2 blue lines are lying (almost) under each other*






*Figure 5.8 Water levels location 3 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed blue line*



*Figure 5.9 Water levels location 4 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed green line*






*Figure 5.10 Water levels location 5 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed green line*



*Figure 5.11 Water levels location 6 St. Bernard, the red, purple, green and blue dashed lines lie under the blue line.*






*Figure 5.12 Water levels location 7 St. Bernard, the red line lies under the solid blue line.*



*Figure 5.13 Water levels location 8 St. Bernard, the red, green and blue dashed lines lie under the blue line.*






*Figure 5.14 Water levels location 9 St. Bernard, the red, purple, green and blue dashed lines lie under the blue line.*



*Figure 5.15 Water levels location 10 St. Bernard, the red, purple, green and blue dashed lines lie under the blue line.*


