EXHIBIT 75

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3
 4     IN RE:  KATRINA CANAL     CIVIL ACTION
       BREACHES CONSOLIDATED
 5     LITIGATION                NO. 05-4182 "K" (2)
 6                               JUDGE DUVAL
       PERTAINS TO:  LEVEE
 7                               MAG. WILKINSON
 8     FILED IN:
 9     05-4181, 05-4182, 05-4191,
       05-4568, 05-5237, 05-6073,
10     05-6314, 05-6324, 05-6327,
       05-6359, 06-0020, 06-1885,
11     06-0225, 06-0886, 06-11208,
       06-2278, 06-2287, 06-2346,
12     06-2545, 06-3529, 06-4065,
       06-4389, 06-4634, 06-4931,
13     06-5032, 06-5042, 06-5159,
       06-5163, 06-5367, 06-5471,
14     06-5771, 06-5786, 06-5937,
       06-7682, 07-0206, 07-0647,
15     07-0993, 07-1284, 07-1286,
       07-1288, 07-1289
16
17
18                    VOLUME I
19
20
            Deposition of PROFESSOR JOHANNES
21     VRIJLING, 2600 GA Delft, Stevinweg 1, 2628 CN
       Delft, The Netherlands, taken in the offices
22     of Bruno & Bruno, 855 Baronne St., Sixth
       Floor, New Orleans, Louisiana on Thursday,
23     the 16th day of August, 2007 at 9:14 a.m.
24
25
```

```
 1              MR. LAMBERT:
 2              Objection.
 3              THE WITNESS:
 4              It correlates -- we did not study
 5              damage.  We studied flood levels,
 6              so this last step we did not make.
 7              And for every source we gave a
 8              graph how high, what the level
 9              would have come if only this source
10              or only these two sources or all
11              sources would have been available
12              or were working.
13     EXAMINATION BY MR. MAYEAUX:
14         Q.   Thank you.
15         A.   It is not only a point, it is a
16     graph in time.
17         Q.   What assumptions were made, if any,
18     with respect to the time the areas under
19     study were impacted by hurricane force winds?
20         A.   We didn't study the hurricane force
21     winds.  We only studied the flood levels.
22     And in this sense the major contributions are
23     from the breaches, so the moments at which
24     people report that the dikes, the levees have
25     broken, are important and the time sequence
```

```
 1          Q.   And my question is can you explain
 2     the difference?
 3          A.   Not today.
 4          Q.   Turn, please, to page 19.  Figure
 5     3.6 is flood graph, is that an appropriate --
 6     how do you want to call this figure?  What do
 7     you want to call this?
 8          A.   It's a hydrograph.
 9          Q.   A hydrograph?
10          A.   Yeah.
11          Q.   Figure 3.6 is a hydrograph which
12     shows maximum flood level and other
13     information for location 1 in the New Orleans
14     Metro bowl that your team modeled, correct?
15          A.   Yes.
16          Q.   I'm going to ask that you help us
17     interpret this.
18          A.   Uh-huh.
19          Q.   Ground level elevation I think
20     we've already discussed is a little bit more
21     than minus 7 feet below sea level, correct?
22          A.   Yes.  Yes.
23          Q.   The maximum flooding you calculated
24     at location 1 occurred at around 3 and a half
25     feet, above mean sea level?
```

```
 1          A.    Yes.
 2          Q.    So do you interpret this as there
 3    being around 10 feet of floodwater depth at
 4    location 1?
 5          A.    Yes.
 6          Q.    All right.  Using maximum flood
 7    level, maximum water depth, what contribution
 8    did rainfall have to that flood level?
 9          A.    Roughly reasoning the same 1 foot.
10          Q.    Okay.
11          A.    If you look into the graph at
12    maximum --
13                MR. LAMBERT:
14                At what time?  Objection.  At what
15                time?
16                MR. MAYEAUX:
17                At maximum flood level.
18                THE WITNESS:
19                Yeah.
20    EXAMINATION BY MR. MAYEAUX:
21          Q.    Until otherwise noted, my questions
22    will be at maximum flood level, whatever time
23    that was.  Okay?
24          A.    Yes.
25                MR. LAMBERT:
```