EXHIBIT   76

1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
2

3

4    IN RE:  KATRINA CANAL      CIVIL ACTION
     BREACHES CONSOLIDATED
5    LITIGATION                  NO. 05-4182 "K" (2)

6                               JUDGE DUVAL
     PERTAINS TO:  LEVEE
7                               MAG. WILKINSON

8    FILED IN:

9    05-4181, 05-4182, 05-4191,
     05-4568, 05-5237, 05-6073,
10   05-6314, 05-6324, 05-6327,
     05-6359, 06-0020, 06-1885,
11   06-0225, 06-0886, 06-11208,
     06-2278, 06-2287, 06-2346,
12   06-2545, 06-3529, 06-4065,
     06-4389, 06-4634, 06-4931,
13   06-5032, 06-5042, 06-5159,
     06-5163, 06-5367, 06-5471,
14   06-5771, 06-5786, 06-5937,
     06-7682, 07-0206, 07-0647,
15   07-0993, 07-1284, 07-1286,
     07-1288, 07-1289

16

17                   VOLUME II
                   IN RE:  MRGO
18

19       Deposition of PROFESSOR JOHANNES
     VRIJLING, 2600 GA Delft, Stevinweg 1, 2628 CN
20   Delft, The Netherlands, taken in the offices
     of Bruno & Bruno, 855 Baronne St., Sixth
21   Floor, New Orleans, Louisiana on Friday, the
     17th day of August, 2007 at 9:14 a.m.

22

23

24

25

1      Q.   And I know we talked about these

2   yesterday, but I don't know that we talked

3   about the size of these six locations.

4   Ignoring subdivision 1 for today, but looking

5   at subdivisions 2, 3, 4, 5 and 6, some of

6   these are pretty large locations to be

7   talking about rainfall, correct?

8      A.   Yep.  We discussed that yesterday.

9      Q.   Was there not better data

10   available?

11      A.   We discussed that also yesterday

12   because our professional opinion is that

13   rainfall is not the real threat for this type

14   of disaster.  It may be a threat for a local

15   community or a local car parked in a

16   not-so-wise surrounding, but here the breach

17   of the dikes is paramount.  So going into too

18   much detail about rainfall and about the flow

19   of the rain through the streets is a waste of

20   money in our opinion.  So that's why we did

21   it simple.

22      Q.   That's all I wanted to confirm,

23   that you made that choice because you were

24   interested in looking at the flow of the

25   water and the ultimate final depth of the

```
 1    level, now we interpret the model as showing

 2    approximately one foot of the floodwaters

 3    attributable to rainfall.

 4         A.   Yes.

 5         Q.   And the remainder of the

 6    floodwaters at that time attributable to MRGO

 7    breaches.

 8         A.   Yes.   Yes.

 9         Q.   Thank you.

10         A.   Yes.   Yes.

11              MR. LAMBERT:

12              That was your one question.   Thank

13              you.   Are you done?

14              MR. MAYEAUX:

15              Yes, we are.

16              MR. LAMBERT:

17              Good.

18    EXAMINATION BY MR. LAMBERT:

19         Q.   Just a couple of really quick

20    questions.   First of all, from where we are

21    right now, if it hadn't rained, which is

22    totally hypothetical, but if there was no

23    contribution from rain and if there was no

24    contribution from overtopping, what would the

25    depth be of water at 9:00 in the morning?
```

```
 1          A.   Approximately the same because the

 2    major contribution comes already from the

 3    breaches.  And if the other sources wouldn't

 4    have filled it up a little bit, then

 5    everything would have come from the breaches.

 6          Q.   Now, if there hadn't been any

 7    contribution from rain hypothetically, and if

 8    there hadn't been any overtopping

 9    hypothetically, would the water depth with

10    the breaches along the MRGO have ultimately

11    reached the same depth that it reached?

12          A.   I think so.

13          Q.   Okay.

14          A.   Yeah.

15          Q.   So from the a timing standpoint, it

16    just happens that the rain was adding some

17    water early on, but even if it hadn't rained

18    and even if there had been no contribution

19    from overtopping, if you got breaches along

20    the MRGO you end up with the same depth of

21    water anyway?

22          A.   I'm afraid you're right.

23          Q.   Yeah.  And the same thing goes for

24    all three bowls --

25               MR. MAYEAUX:
```

```
 1              Object to the form.

 2    EXAMINATION BY MR. LAMBERT:

 3        Q.   Correct?

 4        A.   Yes.

 5             MR. LAMBERT:

 6             Okay.  No further questions.

 7             MR. MAYEAUX:

 8             Mr. Vrijling.  It has been a

 9             pleasure.

10             THE WITNESS:

11             Thank you very much.

12             VIDEOGRAPHER:

13             The end of this deposition.  It is

14             2:45.

15

16

17         (Whereupon, the deposition was

18    concluded at 2:45 p.m.)

19

20

21

22

23

24

25
```