# EXHIBIT 81

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5    IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
      CONSOLIDATED LITIGATION
 6                                      NO. 05-4182
                              and Consolidated Cases
 7                                      "K" (2)
                                        JUDGE DUVAL
 8
                                        MAG. WILKINSON
 9    ----------------------------------------------
10    ROBINSON                          CIVIL ACTION
11                                      NO. 06-2286
      VERSUS
12
      THE UNITED STATES
13
14
15
16
17
18           VIDEOTAPED DEPOSITION OF
19                ARTHUR R. THEIS,
20    688 South Lakeview Drive, Baton Rouge,
21    Louisiana 70810, given in the offices of
22    Lambert & Nelson, 701 Magazine Street, New
23    Orleans, Louisiana 70130 on Thursday, November
24    8, 2007.
25
```

```
 1          Q.   And does that map also illustrate
 2     Reach 1 of the MRGO?
 3          A.   Yes, it has Reach 1 indicated on it.
 4          Q.   And is that your understanding, or
 5     could we refer to that reach of the MRGO as
 6     Reach 1 today?
 7          A.   Yes, that would be fine.
 8          Q.   Okay.  Thank you very much.
 9               Mr. Theis, what is a levee?
10          A.   What is a levee?  A levee is an
11     earthen embankment constructed for the purpose
12     of protecting an adjacent area.
13          Q.   Protecting the area from what?
14          A.   Protecting it from floods or high
15     water, inundation from an exterior source.
16          Q.   Were you for many years employed by
17     the State of Louisiana as a civil engineer?
18          A.   Yes.  I was employed from 1953 until
19     I retired in 1986.
20          Q.   And during your employment by the
21     State of Louisiana, was it your responsibility
22     to review or to direct other engineers to
23     review plans and specifications for the
24     construction of levees within the state?
25          A.   Yes, when -- when asked by the
```