# EXHIBIT 82



Figure 1: MR-GO Reach 1 and Reach 2 (USACE IPET 2007)

