# EXHIBIT 4

# TEAM LOUISIANA

Ivor Ll. van Heerden, Ph.D. - Lead, G. Paul Kemp, Ph.D., Hassan Mashriqui, Ph.D. & PE, Radhey Sharma, Ph.D., Billy Prochaska, PE, Lou Capozzoli, Ph.D. & PE, Art Theis, PE, Ahmet Binselam, M.S., Kate Streva, B.S., and Ezra Boyd, M.A.



## The Failure of the New Orleans Levee System during Hurricane Katrina






A Report prepared for Secretary Johnny Bradberry
Louisiana Department of Transportation and Development, Baton Rouge, Louisiana
State Project No. 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, 20 --- December 18, 2006

**New Orleans East Bank**

The GNO East Bank is made up of three parishes (counties) that are governed by separate parish authorities, levee districts and drainage boards. Metropolitan New Orleans (Orleans Metro) includes only the parts of Orleans Parish that lie west of the IHNC, with the exception of the long-settled neighborhood known as the Lower 9th Ward. This part of the 9th Ward was separated from the rest of the city when the IHNC was dredged in the 1920s and is now contained within the same hurricane protection levee that defends suburban St. Bernard Parish.

The federally designed HPS constructed on the East Bank of New Orleans has four large compartments, including suburban Jefferson on the west; the Orleans Metro (that includes the central business district and historic French Quarter); and New Orleans East and St. Bernard to the east of the Inner Harbor Navigation Canal (IHNC) (Figure 7a). The 17th Street Canal, sometimes called the Metairie Relief Canal, separates the area between the River and the Lake into two nearly equal-sized halves (Figure 7a, b). The western half of the east bank was drained and developed later and is governed by Jefferson Parish. A floodwall runs along the western margin of the Jefferson Parish suburbs on the east bank of the Duncan Canal (Figure 7a). This floodwall, composed both of I-Wall and more robust T-Wall segments, faces west toward a large expanse of tidal marsh known as the Labranche Wetlands. The Jefferson compartment flooded partially during Hurricane Katrina but did not experience catastrophic inundation and was cleared of water within a matter of hours once pumping was initiated. IPET reports that flooding in Jefferson occurred as rainwater accumulated in the lowest portions and was augmented slightly (5 %) by water that came through the unattended pump stations from Lake Pontchartrain (IPET 2006c).

In Jefferson Parish, relatively modern pump stations constructed largely with local funds are located at the lakeside ends of the drainage canals that are maintained at water levels well below MSL (Figure 7a). The pump stations are integrated into the perimeter levee protection system. Well engineered and substantial concrete levee walls connect the pump stations to the earthen levees along the Lake shore. Interior reaches of the canals in Jefferson Parish have banks that are at or below street level.

The Orleans Metro HPS extends from the IHNC west to the 17th Street Canal, and from the lake to the river. This compartment includes the central business district and Superdome. It includes some of the highest lands along the River (5 to 15 ft), but extensive stretches of very low areas occur just south of the Metairie Ridge and on the north side toward the Lake. This basin averages about 2 ft below sea level. Drainage for much of the heart of the city in the Orleans Metro between the IHNC and the 17th Street Canal is accomplished in a very different way than in the Jefferson Parish

suburbs (Figure 7b). Pumps are located at the innermost city limit of the London Avenue, Orleans and 17th Street Canals rather than at the lakeside perimeter. Accordingly, nearly 20 miles of earthen embankments topped with concrete capped walls have been built down each side of these canals to convey water by gravity from well within the city to the lake. The canals are always open to Lake Pontchartrain, and so these same walls must withstand any surge entering during a storm. A Dutch member of the ASCE *post mortem* team observed the two systems operating side-by-side and asked "Why in the world would you invite the enemy deep inside your own camp?" (van Heerden and Bryan 2006).

The answer to this question is that the Orleans pump stations were in the right place *early in the previous century*, when they were built at the edge of town and at the beginning of an extensive swamp that stretched north to the lake. As the city expanded toward the lake, a feat made possible only as drainage levees and pumps were advanced northward, the stations ended up deeper and deeper "inside" the growing city.

In suburban Jefferson Parish, in contrast, where residential and commercial development has been more recent, it was intended from the beginning that these neighborhoods would extend all the way to the lake. The "legacy" conditions on the Orleans East Bank in some ways set the stage for one the greatest 'natural' disasters to hit the United States. The I-Walls that failed along the 17th Street and London Avenue canals, as well as those along the Orleans Canal that did not, are integral to both the HPS and to the pumped drainage system, as has been described, so that the failures compromised both systems, rendering it impossible after breaching to effectively pump out floodwaters when the storm had passed.

The New Orleans East HPS includes the easternmost suburbs in Orleans Parish located between Lake Pontchartrain and the IHNC (Figure 7c). Orleans East consists almost entirely of drained wetlands and is the "deepest" of the compartments, averaging 5.8 ft below sea level in the area flooded during Katrina. Orleans East includes on its east end an undeveloped formerly tidal wetland covering nearly 22,000 acres that is now largely at or below sea level. This is the Bayou Sauvage National Wildlife Refuge, separated from the developed area by a local levee, and constituting one of the buffer areas that provide some redundancy to the HPS (Figure 6).



St. Bernard Parish IPET Damage Characterization

Figure 44. IPET damage assessment on St. Bernard HPS showing 30 miles of levees that experienced some overtopping, and 12 miles of breaches along the MRGO (IPET 2006b, V-14-15). Unmarked north-south channel along the left side of figure is the IHNC.

At around 0500, the surge in the funnel rose to 10 ft and long-period waves from Lake Borgne began breaking on the 12 to 18 ft federal levees fronting the MRGO. This part of the GNO HPS protects St Bernard Parish and the Lower Ninth Ward (Figure 44). The waves initially eroded a wave bench on the unprotected side of the sandy levee face. Discharge from overtopping waves then eroded the back side (Figure 45). The back side scour holes expanded upgradient through the crown, called 'head cutting,' to merge with the wave bench, essentially removing the crown and creating the breach.

This "levee capping" process occurred at dozens of locations, starting at spots that were lower or faced with more easily eroded materials. Eventually, the breaches grew to include virtually the entire 60,000 ft of the levee along the MRGO, most of which was eventually overflowed.



Figure 45. High-resolution oblique Pictometry image of MRGO levee east of Bayou Dupre.  MRGO is at bottom, and protected side at top.  Photo shows several stages of "levee capping" breaching that initiates with wave bench formation on unprotected side, followed by wave overtopping and back side erosion, which enlarges upstream through the levee crown to join the front side bench.

Breaches formed in this way, as well as erosion of the loosely filled closure plugs adjacent to the Bayou Bienvenue and Dupre control structures (Figure 46), allowed discharge into the wetland reservoir between the MRGO levee and the north bank of the 40 Arpent Canal.  This 32,000 acre reservoir between the two levees has a 9 billion cubic foot capacity but filled rapidly so that by 0830 the 7 to 9 ft back levee overtopped.  The surge then roared south into St Bernard, flooding everything east and west of Paris Road and eventually draining through the breaches in the Lower 9th Ward   (Figure 47).

64



Figure 46. Oblique Pictometry image of Bayou Bienvenue Control Structure from the southeast, with MRGO to top of frame. East wing wall formed plug for the original bayou and was filled with sand and shell washed out and formed scour hole on protected side (left) prior to overtopping and locally lowered the surge level, as can be seen by the lack of scour trench behind the immediately adjacent surviving sheetpile wall.



Figure 47. St. Bernard HPS showing federal levees in purple with design level of protection relative to an NGVD29 datum of unknown vintage.

65

the GNO HPS were constructed 20 to 30 years later, long after the original SPH analysis was known to be obsolete, the design level of protection on floodwalls was reduced by 1 to 2 feet because of the datum issues discussed above. Because no provisions were made to accommodate subsidence rates that were known at the time of authorization, or sea level changes that became apparent later, the 100-year project was deficient from the beginning, and would deliver an ever lessening level of protection through its design life.

Earthen levees were generally constructed in stages over many years to allow for consolidation and to improve strength between lifts. Each lift would be raised above whatever target elevation was specified to allow for subsequent settlement. It is more difficult to clearly separate the effects of datum confusion from subsidence and settlement of the levee. In other places, differences in crown level may have been a result of construction at different times. A classic case is presented by the transition between the Citrus Lakefront Levee and the New Orleans East Lakefront Levee that meet at the northern terminus of Paris Road in New Orleans East (Figure 88 a and b). The New Orleans East Lakefront Levee has a design level of protection of 18 ft, and protects the undeveloped marsh of the Bayou Sauvage National Wildlife Refuge, while the Citrus Lakefront Levee protects the Little Woods residential area and has a design elevation of 14.5 ft, but may have some foreshore protection against waves (Figure 88b).



Figure 88a. Adjacent federal levees with a 4-foot offset facing Lake Pontchartrain in New Orleans East. The Citrus Lakefront levee on the left has a design elevation of 14.5 feet and protects a densely populated suburb. It experienced wave overwash. The New Orleans East Lakefront on the right has a design elevation of 18 feet and protects the undeveloped marshes of the Bayou Sauvage National Wildlife Refuge. It was not overtopped. The road in the foreground is on the crest of a much lower local levee that was extensively overtopped.

floodwall reaches had deficiencies of 4 feet or more. Except for the uncapped Orleans Avenue Canal levee which overtopped but did not breach, all of the most deficient levee reaches were affected by the Lake Borgne funnel and were exposed to the highest surge and largest waves experienced in the GNO area.

Table 15.  Design Elevation of Protection, Pre-Katrina Elevation, Surge Level and Damage for GNO HPS Elements exposed to Lake Pontchartrain and Lake Borgne (ft, LMSL05)

Damage Code:  NO – No Overtopping; LO – Levee Overtopping; WO – Wall Overtopping; NB – No Breach; B – Levee Breach; WF - Wall Failure; TF – Transition Failure

| Levee/Floodwall Reach | Katrina Surge (Damage Code) | Design Elevation | Observed Elevation | Deficiency |
|---|---|---|---|---|
| *East Bank Jefferson Basin – Lake Pontchartrain System* | | | | |
| **Jefferson/St. Charles Return** | 9.5 (NO) | *14.5* | *12.0-13.0* | *1.0-2.0* |
| **Jefferson Lakefront** | 9.5-11.0 (NO) | *16.0* | *15.0-16.5* | *0.0-1.5* |
| *Orleans Metro Basin – Lake Pontchartrain System* | | | | |
| **Orleans Lakefront** | 11.0-12.5 (NO) | *17.0-20.0* | *13.5-18.0* | *0.5-4.0* |
| **17th St. Canal** | 11.3 (WFNO) | *14.0-15.0* | *12.2-13.0* | *1.5-2.0* |
| **Orleans Ave. Canal** | 11.3 (LONB) | *14.1-14.7* | *9.1-14.3* | *1.5-5.6* |
| **B. St. John Closure** | 11.5 (NO) | *18.5* | *15.5-17.5* | *1.0-4.0* |
| **London Ave. Canal** | 11.5-12.0 (WFNO) | *14.0-14.4* | *12.5-13.5* | *1.0-2.5* |
| *Inner Harbor Navigation Canal – Lake Pontchartrain and Lake Borgne Systems* | | | | |
| **IHNC North of MRGO** | 12.0-15.5 (WOTF) | *14.0-15.0* | *11.1-13.0* | *1.5-3.0* |
| **IHNC South of MRGO** | 14.8-15.5 (WOF) | *14.5-15.0* | *11.5-13.0* | *1.5-3.0* |
| *New Orleans East – Lake Pontchartrain and Lake Borgne Systems* | | | | |
| **Citrus Lakefront** | 12.7-13.4(WONB) | *14.5* | *11.0-13.0* | *1.5-2.5* |
| **NO East Lakefront** | 13.4-15.0 (NO) | *18.0-20.0* | *17.5-19.5* | *0.0-1.5* |
| **NO East S. Pt to Hwy 90** | 15.0-16.6 (LONB) | *13.5-14.5* | *12.0-15.0* | *0.0-1.5* |
| **NO East Hwy 90 to GIWW** | 15.0-16.6(LOBTF) | *15.5-17.5* | *13.0-18.5* | *0.0-2.5* |
| **NO East Back Levee** | 16.0-18.0(LOBTF) | *19.0-23.0* | *14.5-21.5* | *2.0-4.0* |
| **Citrus Back Levee,E. Paris Rd** | 16.5-17.7 (LOBTF/WCF) | *18.0* | *16.5-17.0* | *1.0-1.5* |
| **Citrus Back Levee,W.Paris Rd.** | 14.8-16.5 (LONBWF) | *15.0* | *12.5-14.5* | *0.5-2.5* |
| *St. Bernard -- Lake Borgne System* | | | | |
| **Chalmette West of Paris Rd** | 14.8-16.5 (LONB) | *15.0* | *11.0-16.0* | *0.0-4.0* |
| **Chalmette Paris Rd to B. Lawler** | 16.5-18.5 (LOBWFTF) | *17.5* | *15.0-18.0* | *0.0-2.5* |
| **Chalmette B. Lawler to Violet** | 17.5-18.5 (LOBWFTF) | *17.5* | *11.5-18.0* | *0.0-6.0* |
| **Chalmette Ext. Dupre to Verret** | 16.5-18.5 (LOB) | *17.5* | *14.5-17.5* | *0.0-3.0* |
| **Chalmette Ext. Verret to Toca** | 14.0-16.5 (LONB) | *16.5* | *14.5-17.0* | *0.0-2.0* |
| **Chalmette Ext. Toca Caernarvon** | 11.0-14.0 (LONB) | *16.5* | *12.0-15.0* | *1.0-4.5* |

All of the levee and floodwall reaches exposed to the Lake Borgne surge system, including those along the IHNC, experienced overtopping. If the IHNC floodwalls had been at the design elevation, they should have experienced less than 1 ft of overtopping