# EXHIBIT 9



# DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

CELMN-PD-FC

February 1988

MISSISSIPPI RIVER-GULF OUTLET,

ST. BERNARD PARISH, LOUISIANA

RECONNAISSANCE REPORT

ON

CHANNEL BANK EROSION

Erosion along both the north and south banks of the land cut portion of the channel is significant. The average rate of bank retreat is about 15 feet per year for each bank. The south bank of the MR-GO along the Chalmette loop of the Lake Pontchartrain and Vicinity Hurricane Protection levee (mile 47 to mile 59) is protected with a rock foreshore dike. However, no erosion protection measures exist along the MR-GO north bank or on the south bank between mile 23 and mile 47.

Based on maintenance dredging records, shoaling rates in the land cut reaches are significantly less than in the open water area of Breton Sound. Records indicate that maintenance dredging can vary between 350,000 cu yd/mi/yr and 1 million cu yd/mi/yr in the portion of the channel in Breton Sound. Records from the first and second maintenance dredging periods after the channel was completed, indicate that shoaling varied between 700,000 and one million cu yd/mi/yr in Breton Sound. However, a large percentage of the shoaling was attributed to recirculation of dredged material from disposal areas that were located too close to the channel.

Substantially more dredging in the inland reaches of the MR-GO has been performed for other purposes than for channel maintenance. A significant amount of dredging has been performed to obtain construction material for the Lake Pontchartrain and Vicinity Hurricane Protection levees. Between 1968 and 1983 an estimated 100 million cubic yards of dredged material (33 million cubic yards of in-place levee fill) was removed from the MR-GO for use in levee construction. The extraction of this quanity of fill material has significantly reduced maintenance dredging requirements between mile 47 and mile 60. Thus, channel maintenance requirements have been masked by fill extraction for levee construction.

Significant Environmental Resources

Environmental resources considered to be significant in the MR-GO study area include coastal marshes, cultural resources, and recreational resources. Table 2 presents the basis for significance.