# EXHIBIT 30

TC202
N46L3P6
no.3
1966

Property of the United States Government

*Chef Menteur*

# U. S. ARMY, CORPS OF ENGINEERS

1
2-U
3
3-T  G-100
4    G-3
4-T  G-4
5    U-1
6-U
7-T  G-14
8    G-20
9    G-30
9-A  U-2
10   U-3
11   U-4
14-U

*New Orleans 1st Bum. G 1 to G 105*

## LAKE PONTCHARTRAIN, LA. AND VICINITY
## CHALMETTE AREA PLAN

The borings listed are useful for Pleistocene study

### DESIGN MEMORANDUM No. 3
### GENERAL DESIGN

RESEARCH CENTER LIBRARY
US ARMY ENGINEER WATERWAYS EXPERIMENT STATION
VICKSBURG, MISSISSIPPI

Prepared by:

| Waldemar S. Nelson & Company, Inc. | U. S. Army Engineer District, New Orleans |
| Engineers & Architects | Corps of Engineers, U. S. Army |
| New Orleans, La. | New Orleans, La. |

**NOVEMBER 1966**

00063



LAKE PONTCHARTRAIN, LA. AND VICINITY
CHALMETTE AREA PLAN
DESIGN MEMORANDUM NO. 3 — GENERAL DESIGN
GENERAL PLAN, INDEX AND VICINITY MAP

DATE: NOVEMBER 1966    FILE NO. H-2-23820

PLATE NO. 1