# EXHIBIT 31
# part 1

## DECLARATION OF DR. ROBERT GLENN BEA

Robert G. Bea, under penalty of perjury, states as follows:

1. This Declaration is submitted on behalf of the Plaintiffs in *Robinson v. United States* in connection with the Flood Control Act ("FCA") immunity issues. As detailed below, this Declaration constitutes my FCA expert report concerning the composition of the materials, design, and construction, and the performance during Hurricane Katrina, of the man-made features bordering the Mississippi River- Gulf Outlet (MR-GO). In particular, this Declaration will address: (a) the condition, composition, design, and construction of man-made features along the MR-GO prior to Hurricane Katrina; (b) the performance of those features during and following Hurricane Katrina; (c) engineering forensic studies that provide insights into the reasons for breaches, failures, and overtopping that developed with respect to those features; and (d) the extent to which any of those features constitute hurricane flood protection systems for human population areas according to generally accepted engineering principles and/or the pertinent manuals, guidelines, criteria, and policies of the United States Army Corps of Engineers ("USACE"). I reserve the right to revise and supplement this Declaration in light of the fact that the USACE has not completed production of documents, has not provided Plaintiffs' counsel with usable electronic copies of numerous documents selected for production, and I have not had the opportunity to review or assess these documents. If called to testify, I could and would testify competently as follows:

2. My Declaration is divided into four sections. Section I provides an overview of my qualifications to serve as an expert on the issues discussed below. Section II provides a summary of the results of engineering forensic observations to determine the causes of the breaches, failures, and overtopping that developed with respect to the man-made features along

human and organizational factors and the result was the catastrophe in Greater New Orleans during and following Hurricane Katrina.

**MR-GO Reach 2 EBSBs and Navigation Structures**

27.     Figure 3 shows the locations of the principal breaches and distressed sections of the EBSBs and levees along the MR-GO Reach 2, the interior levee (Forty Arpent), floodwalls and the navigation structure system adjacent to St. Bernard Parish and Lower 9th Ward (SBP) 'basin' and the New Orleans East (NOE) basin. Figure 3 shows the inundation of the SBP basin four days after the hurricane, on September 2, 2005. At the time shown in this figure, the floodwaters have been partially drained out from the flooded basin, and they are shown at elevation + 3 feet (MSL) [or +5 feet, NAVD 88.]



Figure 3: Depth of flooding of St Bernard Parish and Lower 9th Ward on September 2, 2005 (LSU Hurricane Center 2006)

17



Figure 15: Damage locations in NOE protected area – color indicates severity of damage with red being the worst (USACE IPET 2007).

*Northern Side of Reach 1 of the MR-GO and GIWW*

42. The New Orleans East system is divided into individual segments (reaches) which are defined by physical characteristics, elevation, and/or functions. Since virtually all of the flooding of NOE came from Reach 1 of the MR-GO and the GIWW channel and only a small amount of overtopping originated from a Levee adjacent to Lake Pontrachartrain as shown in Figure 14, this Declaration will address the damage and breaches that developed along the southern perimeter of this area that abuts directly to the MR-GO and GIWW channel. The southern boundary is supposed to be defended by the New Orleans East Back Levee (to the east) and the adjacent Citrus Back Levee (to the west). These two reaches, which together measure approximately 18 miles in length, are largely comprised of earthen levee sections interspersed

32

overtopping-induced erosion on their back (inboard side) slopes, but without full breaching. Generally, the soil materials used to construct the Levees on this stretch were much more cohesive, less erodible and more compacted than the soils used for the Reach 2 EBSB and the Reach 1 Back Levee.

50.     A major failure did occur along this frontage, at the Citrus back levee floodwall. This site is located in the industrial corridor south of Chef Menteur Highway along the GIWW. Because its protection system consists of a relatively short floodwall segment situated between longer stretches of full-height earthen Levee, the site provides a unique opportunity to compare the performance of different types of Levees subjected to identical storm surge loadings. The Levee system at the site principally consists of an approximately 3000 foot long I-wall with a short (~ 80 feet) T-wall section, and a 50-foot long T-section with a steel gate. The I-wall tilted and deflected significantly in response to the rising storm surge. Deflection along the 3000-foot length of the concrete I-wall section varied from severe (i.e., almost completely tilted over, Figure 20) to moderate. The 'gap' mode of failure (wall inclines in response to water pressure, separates from the soil, water enters tension gap and greatly increases lateral forces and decreases overall levee resistance) seen in the drainage canal breaches and elsewhere was clearly evident. Deflections were generally greater near the eastern and middle segments of the floodwall.

Subsidence and consolidation of the soils had contributed another 0.8 feet to the loss in elevation authorized elevation.



Figure 34: Aerial view of the north breach on the east bank of the IHNC at the north end of the Lower 9th Ward (USACE IPET 2007)

69. Three breaches occurred to the south of the MR-GO – ICWW 'T' intersection with the IHNC on the west side at the main Port of New Orleans. Several additional levee and floodwall sections were "distressed" or damaged, but did not fully breach along this same section.

70. The northern-most of these features was a breach in a combined earthen levee and concrete I-wall section, as shown in Figures 35 and 36. This breach occurred behind the main Port of New Orleans, just to the south of the juncture between the east-west trending GIWW/MRGO channel and the IHNC, so the water pressures and overtopping from the lateral

54



Figure 59: Summary of results of erosion testing of EBSB and Levee soil samples (velocity of 1 m/s = 3.28 feet per second, erosion rate of 1,000 mm/hr = 3.3 feet per hour) (ILIT 2007)

119. Given the manner in which these soils were placed, this is to be expected. Hydraulic dredging was used that would be expected to result in retention of the coarse grained materials (sands, silts, shell). There were no provisions for compaction of these soils (refer to Appendix A for more details on the construction methods). The Reach 2 EBSBs were still under construction at the time of Hurricane Katrina - almost forty years after Congress had approved construction of hurricane protection levees along the southern bank of the MR-GO. As a consequence, even though it was planned (USACE 2004), there was no substantial armoring of these levees. These EBSBs were only protected by spotty patches of grass.

91

**MR-GO Reach 1 Breaches, Failures, and Distressed Sections**

126.    The mechanics of the erosion, breaching, and floodwall performance that occurred along the Reach 1 frontage section has been substantially agreed upon by the various investigation teams (USACE IPET, Team Louisiana, ILIT, Table 1).

127.    Available information indicates that water first entered the New Orleans East (NOE) area about 5:00 a.m. on 29 August 2005. At this time, a large section of EBSB comprised of hydraulic fill from the GIWW channel in the southeastern corner of the area (Figure 65) catastrophically eroded and breached, as a result of wave action and possible seepage associated with the rising storm surge from Lake Borgne. The EBSBs at this location were so severely damaged that it did little to impede the storm surge that later peaked at this location.



Figure 65: Levee construction materials and methods used in NOE (USACE IPET 2007)

## APPENDIX A:  HISTORIC OVERVIEW MR-GO REACH 2 EBSBS & NAVIGATION STRUCTURES DESIGN AND CONSTRUCTION

**PROJECT AUTHORIZATION**

The construction of the MR-GO EBSBs was a component of the Chalmette Area Plan (USACE, 1966) and in conjunction with the Lake Pontchartrain, Louisiana and Vicinity hurricane protection project. Authority for the project came from Public Law 298: 89th Congress, 1st Session, approved 27 October 1965. The proposed work in the MR-GO area, as described by the Chief of Engineers, was:

*…For the Chalmette area, the reporting officers find that the most suitable plan would consist of about 17.3 miles of new and enlarged levees extending generally along the southerly banks of the Gulf Intracoastal Waterway and the Mississippi River Gulf Outlet channel to Bayou Dupre and thence westerly to the Mississippi River levee at Violet."  (USACE, 1966)*

The full report issued by the Chief of Engineers was dated 4 March 1964 and printed in House Document No. 231, 89th Congress, 1st Session.

The project required a 30 percent cost share from local interests. The total estimated (USACE, 1966) cost of the Chalmette Area Plan project was $32,830,00 of which $24,290,000 was the Federal first cost and $8,540,000 was the non-Federal first cost. The total estimated costs for the MR-GO levee construction (not including utility crossings) was $17,753,428 (USACE, 1966).  The total estimated costs for the Bayou Bienvenue and Dupre control structures was $1,422,465 and $1,364,247, respectively (USACE, 1966).

A construction period of 20 years was assumed for the project, with initial construction starting in 1967 and levee construction phases completed in 1969 (1st lift), 1971 (1st lift levee

shaping), 1975 (2nd lift), 1983 (final shaping Sta 270+00 to 807+00, first shaping Sta 807+00 to 978+00), and 1987 (final shaping Sta 807+00 to 978+00).

Figure A.1 presents an overview of the Chalmette Area Plan.



Source: USACE, 1966
Figure A.1: An overview of the Chalmette Area Plan.

**DESIGN CONSIDERATIONS**

The levee design elevations are presented in the Chalmette Area Plan (USACE, 1966). These design elevations were based on parameters developed for the Standard Project Hurricane and are summarized in Table A.1.

A.2

Table A.1: Summary of MR-GO Levee Design Parameters

| Design Element | Design Value |
| --- | --- |
| Storm return period | 200-year |
| Central pressure index | 27.5 |
| Maximum 5-minute wind speed | 100 mph |
| Design maximum still water elevation | +13.0 feet MSL |
| "Freeboard" for wave runup | 4.5 feet |
| Target design elevation (still water + wave runup) | +17.5 feet MSL |



Source: USACE, 1966
Figure A.2: An overview of the Chalmette Area Plan

Standard design details were developed for the designed MR-GO levees (Figure A.2). The typical outboard and inboard slopes were 5:1 (horizontal : vertical) and 4:1, respectively. The crest width was 10 feet. The target design elevation was El. +17.5 feet (NGVD).

Construction 'templates' were also developed to specify how the levees were to be constructed. Sufficient hydraulic fill was placed within the levee footprint such that future levee

A.3

construction phases could use 'stockpiled' materials within the footprint. Figure A.3 presents the construction templates as well as interim construction crest elevations.

Proposed material sources for the construction of elements associated with the Chalmette Area Plan are summarized in Figure A.4 (USACE, 1966b).



Source: USACE, 1966
Figure A.3: An overview of the Chalmette Area Plan

A.4

| TABLE NO. 2 |
| --- |
| SOURCES OF BACKFILL, SHELL, AND LEVEE MATERIAL |

| ITEM | SOURCE |
| --- | --- |
| **CHEF MENTEUR BARRIER STRUCTURE** | |
| Random backfill | Excavation spoils and approach channel areas |
| Clay blankets | Selected excavation spoils and approach channel areas (10 to 20-foot surface layer of fat clay) |
| Sand backfill | Selected excavation spoils (10 to 15-foot sand stratum underlies the control structure, navigation channel, and floodgate at -20 to 30 feet) |
| Clay cutoffs | Selected excavation spoils (10 to 20-foot surface layer of fat clay found at floodgate site) |
| Gulfside levee at west end for highway protection | Gulfside borrow areas in the immediate vicinity of the project |
| Tie-in levees and highway approach embankment | Hydraulic pump material (Recent and Pleistocene) from channel and structure excavations and adjacent lakeside borrow areas |
| Closure dam | Hydraulic pump material (Recent and Pleistocene) from channel and structure excavations and adjacent lakeside borrow areas |
| Graded filter | Selected material from sand backfill, and concrete sand from sources on table No. 1. |
| **RIGOLETS BARRIER STRUCTURE** | |
| Random backfill | Excavation spoils and approach channel areas |
| Clay blankets | Selected excavation spoils and approach channel areas (10 to 20-foot surface layer of fat clay) |
| Sand backfill | Selected excavation spoils (25-37-foot sand stratum underlies the lock site and part of approach channels -20 feet m.s.l.) |
| Clay cutoffs | Selected excavation spoils (10 to 20-foot surface layer of fat clay) |
| Gulfside levee on east and west end for highway protection | Gulfside borrow areas in immediate vicinity of the project |
| Tie-in levees and highway approach embankment | Hydraulic pump material (Recent and Pleistocene) from channel and structure excavations and adjacent lakeside borrow areas. |
| Closure dam | Hydraulic pump material (Recent and Pleistocene) from channel and structure excavations and adjacent lakeside borrow areas |
| Graded filter | Selected material from sand backfill, and concrete sand sources on table No. 1 |
| **ST. CHARLES PARISH LEVEE** | Hydraulic pump material (Pleistocene) from adjacent borrow areas in lake, riprap from sources shown on table No. 1 |
| **JEFFERSON PARISH LEVEE** | Shell from commercial sources; riprap sources as shown on table No. 1 |
| **ORLEANS PARISH LEVEE** | |
| Jefferson Parish to Inner Harbor Navigation Canal | Hauled material from spillway and/or Mississippi River batture; shell from commercial sources; riprap sources as shown on table No. 1 |
| Citrus Area | Hydraulic pump material (Pleistocene) from adjacent borrow areas in lake; hauled material from spillway or Mississippi River batture; riprap as on table No. 1 |
| New Orleans East | Hydraulic pump material (Pleistocene) from adjacent borrow areas in lake; riprap sources as shown on table No. 1 |
| **CHALMETTE** | |
| Along Gulf Intracoastal Waterway and Mississippi River-Gulf Outlet | Existing spoil along Mississippi River-Gulf Outlet on the south and material resulting from enlargement of Mississippi River-Gulf Outlet; riprap as shown on table No. 1 |
| Mississippi River-Gulf Outlet to Violet Lock | Hydraulic pump material from borrow areas on Lake Borgne side of Bayou Dupre |
| **MANDEVILLE** | Shell from commercial sources; riprap from sources as shown on table No. 1 |
| **SEABROOK LOCK** | Shell from commercial sources; riprap and derrick stone as shown on table No. 1 |
| **SHELL** | Shell for the entire project may be obtained from nearby commercial sources. |

PLATE 5

Source: USACE, 1966b

Figure A.4: Proposed material sources for the Chalmette Area Plan construction.

## GENERAL MR-GO SOIL CONDITIONS

A geology report prepared for the MR-GO in 1957-1958 by the Kolb and Van Lopik (USACE, 1958) found that the upper 2 to 5 feet of the MR-GO alignment was mainly fibrous peat, with some highly organic marsh deposits extending to depths of 5 to 15 feet (ILIT, 2006). The peats and marsh deposits were identified as being highly compressible. The marsh deposits were underlain by interdistributary and intratidal complex silts and clays over a majority of the MR-GO alignment (ILIT, 2006). Three material classification schemes were developed: soft marsh (500 to 900% water content), firm marsh (100 to 500% water content), and swamp substrate (600 to 800 % water content).

A.5

**CONSTRUCTION HISTORY**

The construction history of the MR-GO EBSBs has a direct impact on their performance. Construction methods (such as hydraulic fill placement), borrow material excavation depths (which correspond to general levee material soil types), and levee soil borings (which aid in determining the degree of levee soil compaction and site specific soil composition) were used in this study to aid in the characterization of the levee material erodibility.

Excerpts from the CEI (1984) comprehensive history of the MR-GO is presented below:

*The Mississippi River Gulf Outlet (MR-GO) is a 76-mile long, man-made waterway that extends from the City of New Orleans to the Gulf of Mexico. This ship canal was authorized by the U.S. Congress in 1956, and was undertaken as a full-scale project in 1958. Most of the canal was built through the ecologically sensitive wetlands of St. Bernard Parish during an era of low environmental awareness. The project brought on a litany of environmental problems, including habitat change, marsh loss, and severe shoreline erosion. These problems evolved immediately following construction, and are continuing largely unabated to this day....The U.S. Army Corps of Engineers (USACE), the Federal agency responsible for design and construction of the MR-GO, has only recently recognized MR-GO-related problems. They have finally characterized the MR-GO as one of eight areas in south Louisiana* where *"erosion stabilization measures are urgently needed."*

The MR-GO was authorized by the Rivers and Harbor Act of March 29, 1956 (Public Law 455, 84th Congress, 2nd Session)…Work commenced in detailed planning of the MR-GO in July 1956. The final design incorporated a 36-feet deep, 500-feet wide canal extending 76 miles to the 38-ft contour in the Gulf of Mexico. The landcut was maximized to extend 42.8 mi from the Inner Harbor Navigation Canal to Gardner Island. Canal walls were designed with 2:1 slope, and the right-of-way extended 750 feet from the center line into the marsh on the northeast