# EXHIBIT 31 part 2

side. All dredged material in the landcut was to be used to build a 4,000 ft wide, 10-ft high spoil bank on the southwest shore of the canal.

Actual construction began in March 1958 with the first dredging contract awarded March 12, 1958 for excavation of a 2.5 mi section at the New Orleans Terminus. The remaining MR-GO channel was dredged in sections, each of which was dredged in three phases: (1) an "access channel" (18 ft x 140 ft), (2) an "interim channel (36 ft x 250 ft), and (3) the final "project channel" (36 ft x 500 ft). Some sections were completed to full project channel dimensions before other sections had an access channel dredged.

The MR-GO was constructed under 35 different contracts. The complete access channel was finished in March 1961. The complete interim channel was finished July 5, 1963, and was dedicated July 25, 1963, at which time the first commercial ship was allowed to travel from New Orleans to the Gulf of Mexico. The full project channel was completed in January 1968.

Full project dimensions were completed (between Bayou Bienvenue to Bayou La Loutre) in October 1963, but later the full project dimensions were exceeded when the hurricane protection levee project authorized channel deepening to allow for additional levee material. Between Bayou Bienvenue and Bayou Dupree, dredging in some locales reached -80 feet. Some shoaling has occurred since these

Unfortunately, no bathymetry data was available following completion of the MR-GO levee construction to further describe how much borrow material (quantities and corresponding dredge depth) was utilized.

**MR-GO FIRST LIFT - 1968**

The first lift would have been performed in the late 1960s. Construction documentation was not available to confirm actual construction dates, however, the project plans were dated

March 1967 (USACE, 1967a), so it is assumed that construction initiated following completion of the plans. The interim MR-GO channel was completed in 1963, so it is also assumed that all borrow materials for the MR-GO EBSBs were from deposits outside the interim channel.

It is important to note that the interim channel had dimensions of 36 feet by 250 feet and the final MR-GO channel had dimensions of 36 feet by 500 feet. The primary enlargement for the MR-GO was widening the width of the channel, not increasing the depth. EBSB construction occurred in zones and was not continuous throughout the entire levee alignment. The target design elevation for this phase of work was El 12.0 feet (MSL).

The plans for the initial lift (USACE, 1967a) identify the borrow materials for the first lift coming from excavations within the MR-GO channel ranging from El. -42 feet to El. -60 feet (MSL). Dredge spoils from the enlargement of the MR-GO channel width, therefore, fall outside the range of identified borrow. Figure A.9 shows the schematic shown in the project plans (USACE, 1967a).



Source: USACE, 1967a
Figure A.9: Identified borrow source for the first lift of the MR-GO levee. The borrow material ranged in elevation from El. -42 feet to El. -60 feet.

The construction method for the EBSBs was hydraulic fill (USACE, 1967a), implying that fill materials were placed within the footprint of the EBSB as a fluid and no compactive effort was employed to densify the EBSB materials. Temporary dikes were constructed on either side of the EBSB toes to contain the hydraulic fill as it was placed within the EBSB footprint. The design details also implies that existing spoil materials were onsite (perhaps a result of the previous MR-GO channel excavation work). Figure A.10 shows the hydraulic section as specified on the project plans (USACE, 1967a).



Source: USACE, 1967a
*Figure A.10: The hydraulic fill section as specified on the project design plans.*

This construction technique naturally promotes segregation of soils with cohesionless materials (sands, gravels, shells, etc.) settling in stratigraphic units distinct from fines such as clays and silts. Organics will tend to 'float' to the top of the hydraulic fill unit.

Bayou Villere, however, was in the process of being closed during this phase of work. Materials used to fill the bayou channel were not described. Figure A.11 shows the design detail from the 1968 USACE plans.

A.13



Source: USACE, 1968
Figure A.11: The hydraulic fill section as specified on the project design plans.

Shell fill was used as the core of the closure section with hydraulic fill on the inboard and outboard toes. The design elevation for this lift was El. +4.0 (NGVD).

No work on the Bayou Bienvenue and Bayou Dupre control structures had occurred at this time and were functioning in an unaltered manner. The pipeline canal (near Station 580+00) was also not "closed" and future plans included construction of a levee over this region.

Figure A.12 shows the project area as mapped by the USGS in 1967. The spoil area associated with the hydraulic fill placement can be seen, and the MR-GO and GIWW channels have also been mapped.

A.14



Source: USGS, 1967
Figure A.12: Site conditions in the MR-GO area following initiation of construction. The spoil area is clearly identified and Bayou Bievenue is still unaltered.

**SECOND LIFT - 1972**

Plans for the second lift of the MR-GO EBSBs were issued in April 1972 (USACE, 1972). The construction work was to consist of raising the levee crest to El. +18.0 (MSL) and closing Bayou Viellere and the Pipeline Canal. Centerline EBSB profiles indicate that site grades had settled as much as 5 feet to approximately El. +7 feet to El. +10 feet, with some locations along the levee alignment still at El. +12 feet (MSL).

The design elevations at Bayou Viellere and the Pipeline Canal were El. +14.0 and +10.5 feet (MSL) respectively. The Bayou Viellere and Pipeline Canal design closure sections

A.15

consisted of shell backfill within the channel and a capping of hydraulically placed Pleistocene clay (USACE, 1972). Figure A.13 presents a cross sectional view of the Bayou Viellere channel closure and Figure 14 presents a cross sectional view of the Pipeline Canal closure.



Source: USACE, 1972
Figure A.13: Closure details for the Bayou Villere channel



Source: USACE, 1972
Figure A.14: Closure details for the Pipeline Canal.

The EBSB construction method was hydraulic fill (USACE, 1972), implying that fill materials were placed within the footprint of the levee as a fluid and no compactive effort was employed to densify the EBSB materials. Temporary dikes were constructed on either side of the levee toes to contain the hydraulic fill as it was placed within the EBSB footprint. Materials for this phase of work came from the MR-GO channel, excavated from El. -47 feet to El. -70 feet (MSL). Figure A. 15 presents the design section for this phase of work (USACE, 1972).



Source:  USACE, 1972
Figure A.15: The hydraulic fill section as specified on the project design plans.

No work on the Bayou Bienvenue and Bayou Dupre control structures had occurred at this time and were functioning in an unaltered manner. Aerial photos from 1974 do show both the Bayou Bienvenue and Dupre control structures, so construction on these components occurred between 1972 and 1974. Aerial photographs from 1974 are presented in Figures A.16 and A.17 that show these two control structures.

Figure 18 shows the project area as mapped by the USGS in 1972. A note is present on the topographic map that the Bayou Bienvenue control structure is under construction.

A.17



Source: Gulf Coast Aerial
Figure A.16: Aerial photograph of the control structure at Bayou Bievenue in 1974



Source: Gulf Coast Aerial
Figure A.17: Aerial photograph of the control structure at Bayou Dupre in 1974.

A.18



Source: USGS, 1972
Figure A.18: Site conditions in the MR-GO area following initiation of construction. The spoil area is clearly identified and Bayou Bievenue is still unaltered.

**FIRST ENLARGEMENT: 1980**

Plans for the first enlargement of the MR-GO EBSBs were issued in July 1980 (USACE, 1980). The construction work consisted of raising the EBSBs crest to El. +18.0 (MSL). Centerline levee profiles indicate that site grades had settled as much as 8 feet to approximately El. +10 feet to El. +15 feet. The majority of the EBSBs alignment was surveyed (USACE, 1980) to be approximately El +14 feet (MSL).

Unlike previous construction approaches, the first enlargement used borrow from the inboard and outboard levee toes, not from the MR-GO channel. Site grades in this area were approximately El. +4 feet (MSL), which were most likely soils from previous hydraulic fill operations as the natural site grades in the area were on the order of El. +0 feet (MSL).

A.19

There were no criteria for compacting the EBSB materials (USACE, 1980). The project plans called for the levee slopes to be fertilized and seeded following completion of construction (USACE, 1980). Figure A.19 presents the design section for this phase of work.



Source: USACE, 1980
Figure A.19: The typical design section for the first enlargement phase as specified on the project plans.



Source: USGS, 1979
Figure A.20: MR-GO as mapped by USGS in 1979. The channel for the Bayou Bienvenue control structure has been excavated and the control structure installed.

A.20

Figure A.20 shows the project area as mapped by the USGS in 1979. The Bayou Bienvenue control structure has been completed and the control structure channel has been excavated. The historic Bayou Bievenue channel has been filled.

**Levee Closures: 1982**

Plans were developed by the USACE (1982) to close the historic Bayou Bienvenue and Dupre channels and to construct the EBSBs connecting the previously constructed MR-GO EBSBs to the completed Bienvenue and Dupre control structures. In addition to closures at the control structures, these plans also addressed the Bayou Villere and southern pipeline crossing locations. It appears from the plans that fill materials came from a combination of MR-GO channel excavations and utilization of hydraulic fill materials previously placed at the site, outside the 'footprint' of the design section levee.

**SECOND ENLARGEMENT: 1985**

Plans for the first enlargement of the MR-GO EBSBs were dated May 1985. The construction work consisted of raising the EBSBs crest to El. +20.5 (NGVD). Centerline EBSBs profile surveys from 1983 (USACE, 1985) indicate that the levee had settled as much as 3 feet to El. +15 feet (NGVD), with the majority of the EBSBs alignment having a crest elevation of approximately El +16 feet (NGVD).

The specified design elevation was lower than El. +20.5 feet (NGVD) at pipeline crossing locations, at Bayou Villere, and at a slope failure location. A slide was identified to have occurred in the MR-GO EBSB between Station 480+50 to 486+50. The exact extents or mechanism of the slide were not described.

Borrow materials appear to have come from excess hydraulic fill located at the inboard and outboard toes of the MR-GO EBSBs. There were no criteria for compacting the EBSB

A.21

materials (USACE, 1985). The project plans called for the EBSB slopes to be fertilized and seeded following completion of construction (USACE, 1980). Figure A.21 presents the design section for this phase of work.



Source: USACE, 1985
Figure A.21: Typical design section for the second enlargement construction phase.



Source: USACE, 1985
Figure A.22: Construction details for the slope failure that occurred between Stations 480+15 to 486+50.

Figure A.22 shows the construction repair details for the slope failure that occurred between Stations 480+15 and 486+50. From the drawing, it appears that as much as 6 feet of crest elevation was lost as a result of the slide, consolidation, and regional subsidence since the EBSBs segment was constructed.

**LEVEE CLOSURES: 1987**

Plans were developed by the USACE (1987) to raise EBSB elevations at the previous 1982 closure locations: the historic Bayou Bienvenue and Dupre channels, Bayou Villere and the southern pipeline crossing locations. Additionally, a section of levee was also repaired between Stations 964+00 and 978+00. It appears from the plans that fill materials came from materials outside the 'footprint' of the design section.

**LEVEE CLOSURES: 1992**

Plans were developed by the USACE (1992) to install sheet piles at select locations along the MR-GO EBSBs where excessive settlements occurred. A crest elevation survey performed in 1990 (USACE, 1992) indicated that crest elevations had dropped to approximately El. +18 feet (NGVD), below the target design level of El. + 20.5 feet (NGVD). A summary of repair sections including levee elevation prior to repair and target repair elevation are summarized in Table A.2.

**TableA. 2: Summary of Sheet Pile Repair Locations (Elevation datum NGVD)**

| Start Station | End Station | Repair Type | Initial Elevation | Target Elevation |
|---|---|---|---|---|
| 369+22 | 381+30 | PZ-22 Sheet Pile | +14 feet | +18.5 feet |
| 479+95 | 487+18 | PZ-22 Sheet Pile | +17 feet | +18.5 feet |
| 579+90 | 604+15 | PZ-22 Sheet Pile, Levee Fill | +14 feet | +18.5 feet |
| 621+60 | 647+20 | PZ-22 Sheet Pile, Levee Fill | +15 feet | +18.5 feet |
| 652+86 | 656+45 | PZ-22 Sheet Pile, Levee Fill | +16 feet | +18.5 feet |
| 966+10 | 980+75 | Sheet Pile, Levee Fill | +15 feet | +18.5 feet |

The average MR-GO EBSBs crest elevation based on the 1990 survey (USACE, 1992) was approximately El. +18 feet (NGVD).

Figures 23 and 24 present a profile and cross sectional view of the proposed sheet pile EBSBs repair approach. PZ-22 sheet piles were installed to attain the design crest elevation of +18.5 feet (NGVD). No design analyses (lateral stability, seepage, etc.) were presented with the project plans.



Source: USACE, 1992
Figure A.23: Example construction detail where sheet piles were specified to be installed to achieve the desired crest elevation of +18.5 feet (NGVD).



Source: USACE, 1992
Figure A.24: Cross sectional view of the sheet pile levee repair approach.

A.24

A.25

**SUMMARY OF LEVEE CREST ELEVATION (STATION 497+00)**

A chronological timeline of EBSB crest elevation was developed at Station 497+00 to evaluate actual achieved crest elevation versus time. The crest elevations were obtained from construction plans developed by the USACE and issued for each of the different construction phases.

The original Chalmette Area Plan (USACE, 1966) had a target completion date of 1983 for the EBSBs in the vicinity of Station 497+00. As constructed, however, the design target elevation was not achieved until 1987.

Figure A.25 presents a timeline of the EBSBs crest elevation at Station 497+00 from 1966 to 2007. At the time Hurricane Katrina hit the MR-GO area, the crest elevation had settled approximately 1.5 feet below the target crest elevation of +17.5 feet (NGVD). Also included on this plot are approximations of storm surge elevations (high water marks not necessarily including wave runup) near Station 497+00 from observations following Hurricanes Betsy (USACE, 1965) and Camille (USACE, 1970).