EXHIBIT   40

1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5

6

7    IN RE:  KATRINA CANAL BREACHES     CIVIL ACTION
     CONSOLIDATED LITIGATION
8                                         NO. 05-4182
                                            "K" (2)
9    PERTAINS TO:  ROBINSON              JUDGE DUVAL
               NO. 06-2268
10
                                      MAG. WILKINSON
11

12

13

14

15

16

17        Videoconferenced Deposition of

18         JOHANNES KORNELIS VRIJLING,

19   Professor of Hydraulic Engineering at TU

20   Delft, Avenue Concordia 78, 3062 LL,

21   Rotterdam, Netherlands, reported in the

22   offices of Bruno & Bruno, 855 Baronne Street,

23   New Orleans, Louisiana 70113, on Tuesday, the

24   8th day of January, 2008.

25

```
 1            MR. WOODCOCK:

 2               Thank you, Counsel.

 3            THE WITNESS:

 4               Now, I have to explain the

 5         polders?

 6    EXAMINATION BY MR. WOODCOCK:

 7        Q.   If you would, please.

 8            MR. BRUNO:

 9               If you want.  Yes, go ahead.

10            THE WITNESS:

11               Okay.  So what we call a polder

12         is such an area which is in principle

13         low-lying, below the water level, and

14         which is surrounded by closed

15         encirclements of levees or dikes.  The

16         St. Bernard is one polder, the Orleans

17         metro bowl is one polder, and the New

18         Orleans East is one polder.

19    EXAMINATION BY MR. WOODCOCK:

20        Q.   And how did you determine the -- how

21    each of those polders were separate?

22        A.   Because they are surrounded around

23    by one close perimeter of levees.

24        Q.   So on figure 1.1, the areas in red
```

25    outline the polders which are man-made

                                              32

1     structures designed to hold back floods and

2     flood waters?

3          A.   Yes, exactly.  Yeah.  Exactly.  And

4     then only the St. Bernard polder has a

5     secondary levee in the middle which divides it

6     into the marsh on the right side and to the

7     village, the city area on the left side.

8          Q.   If I could ask you to please turn to

9     page 5 of the report?

10         A.   Uh-huh (affirmatively).  Yeah.

11         Q.   I would like to ask you questions

12    about the input data you used.  The first one

13    is "Digital elevation model" which you got

14    from Mr. Chad Morris.

15         A.   Yes.

16         Q.   Have you met with Mr. Morris?

17         A.   I met him in New Orleans.

18         Q.   And do you know his qualifications

19     --

20         A.   Yeah, I think so, but -- he's also a

21    geologist or geographist, something in that

22    area.

23         Q.   The second bullet point there,

 4    contribution? Is that a large or small portion

 5    of flooding?

 6         A.   Oh, that -- that's a large portion

 7    of the flooding.  That's the main contribution

 8    here at this place.

 9         Q.   So at location 1, the IHNC is the

10    greatest contributor --

11         A.   Yes.

12         Q.   -- to flooding?

13         A.   Yes.

14         Q.   And the MRGO is also a heavy

15    contributor?

16         A.   Exactly.

17         Q.   And rain is a minimal or less

18    important contributor?

19         A.   That's our opinion.

20         Q.   Professor, if I could have you turn

21    to page 44 of your report.  If you could just

22    read the last paragraph, and then there's one

23    more sentence on page 45, out loud.

24         A.   And this is -- is this "At ten

25    locations", this paragraph?

                                                    53

 1         Q.   It begins "The overtopping of the

 2    MRGO", it's on page 44 of your report.  The

3      last paragraph on the page.

4         A.   I think we have not exactly the same

5      -- Oh, here.  Yeah, I have it.  "The

6      overtopping of --"

7         Q.   Could you please --

8         A.   Yeah, this is "The overtopping of

9      the MRGO levee is not enough to fill the

10     wetlands basin between MRGO and the 40 Arpent

11     levee to a crest elevation of the 40 Arpent

12     Levee.  This is significant, as the model

13     shows that if the structures along the IHNC

14     and MRGO had not breached, there would have

15     been limited flooding in the St. Bernard

16     bowl."  That's what you mean?

17        Q.   Yes, and then the very next sentence

18     on the next page.

19        A.   "Therefore, the main causes for the

20     flooding of the populated area inside St.

21     Bernard bowl are the breach of the IHNC and

22     the MRGO."

23        Q.   Do you agree with the conclusions

24     within that paragraph and next sentence?

25        A.   Yes, in the -- I do.  Because we

1      made also separately with students