# EXHIBIT 41

# U. S. ARMY, CORPS OF ENGINEERS

Property of the United States Government

## LAKE PONTCHARTRAIN, LA. AND VICINITY
## CHALMETTE AREA PLAN

### DESIGN MEMORANDUM No. 3
### GENERAL DESIGN
### SUPPLEMENT No. 1
### CHALMETTE EXTENSION

*Handwritten annotations:*

5-CU ✓
5-CU-A ✓
10-CU ✓
10-CU-A
15-CU ✓
18-CU ✓
30-CU ✓
37-CU ✓
43-CU ✓
45-CU ✓

1-4-C ✓
7-9-C ✓
11-14-C ✓

16-17-C
19-36-C
38-42-C
42-44-C

(CEL) CHALMETTE EXTENSION LEVEE
21-D ✓
77.8 ✓

✓ = only ones that go deep enough for Pleistocene

RESEARCH CENTER LIBRARY
US ARMY ENGINEER WATERWAYS EXPERIMENT STATION
VICKSBURG, MISSISSIPPI

Prepared by:

| Waldemar S. Nelson & Company, Inc. | U. S. Army Engineer District, New Orleans |
| Engineers & Architects | Corps of Engineers, U. S. Army |
| New Orleans, La. | New Orleans, La. |

SEPTEMBER 1968

INCL 5

17



LAKE PONTCHARTRAIN, LA. AND VICINITY
CHALMETTE AREA PLAN
SUPPLEMENT NO. 1 - CHALMETTE EXTENSION
TO
DESIGN MEMORANDUM NO. 3 - GENERAL DESIGN

## PROJECT AUTHORIZATION

1. <u>Authority.</u>  a.  Public Law 298-89th Congress, 1st Session approved 27 October 1965, authorized the Lake Pontchartrain, La. and Vicinity, hurricane protection project, substantially in accordance with the recommendations of the Chief of Engineers in House Document No. 231, Eighty-Ninth Congress, except that the recommendations of the Secretary of the Army in that document shall apply with respect to the Seabrook Lock feature of the project.

   b.  The report of the Chief of Engineers dated 4 March 1964 printed in House Document No. 231, 89th Congress, 1st Session, submitted for transmission to Congress, the report of the Board of Engineers for Rivers and Harbors, accompanied by the reports of the District and Division Engineers and the concurring report of the Mississippi River Commission for those areas under its jurisdiction.  The report of the Chief of Engineers stated:

   > "...For the Chalmette area, the reporting officers find that the most suitable plan would consist of about 17.3 miles of new and enlarged levees extending generally along the southerly banks of the Gulf Intracoastal Waterway and the Mississippi River-Gulf Outlet channel to Bayou Dupre and thence westerly to the Mississippi River levee at Violet...The Board (of Engineers for Rivers and Harbors) recommends authorization for construction essentially as planned by the reporting officers...I concur in the recommendation of the Board of Engineers for Rivers and Harbors."

   c.  By LMNED-PR letter dated 29 November 1966, it was recommended that the approved plan of hurricane protection for the Chalmette area contained in Design Memorandum No. 3, General Design, Lake Pontchartrain, La. and Vicinity, Chalmette Area Plan, be modified, under the discretionary authority of the Chief of Engineers, to provide for enlargement of the protected area by construction of a levee from the Mississippi River levee near Caernarvon, La., to the vicinity of Verret, La., thence to and

Par. 1

along the Mississippi River-Gulf Outlet (MR-GO) spoil bank to a junction with the approved plan levee at the Bayou Lawler crossing of the MR-GO spoil bank; and elimination of the levee in the approved plan from the Bayou Lawler and MR-GO spoil bank junction to Violet, La. This recommendation was approved by OCE on 31 Jan. 1967 in 2nd indorsement to the basic letter. LMNED-PR letter dated 29 November 1966, subject Lake Pontchartrain, La. and Vicinity Modification of the Chalmette Area Plan to Include Larger Area and indorsements thereto are included herein as Appendix A.

2. Purpose and scope. This supplement presents the essential data, assumptions, criteria, and computations for development the plan, design, and costs for the Chalmette Extension levee in sufficient detail to provide an adequate basis for preparing plans and specifications for the levee without additional design analyses.

3. Local cooperation. The conditions of local cooperation pertinent to the Chalmette area, as specified in the report of the District Engineer, further stated in the report of the Board of Engineers for Rivers and Harbors and concurred in the report of the Chief of Engineers, are applicable to the extension and are as follows:

"...The separate plan for protection of the Chalmette area to be authorized for construction,...Provided that prior to construction of each separable independent feature local interests furnish assurances satisfactory to the Secretary of the Army that they will, without cost to the United Stated:

"(1) Provide all lands, easements, and rights-of-way including borrow and spoil-disposal areas, necessary for construction of the project;

"(2) Accomplish all necessary alterations and relocations to roads, railroads, pipelines, cables, wharves, drainage structures, and other facilities made necessary by the constructions work;

"(3) Hold and save the United States free from damages due to the construction works;

"(4) Bear 30 percent of the first cost, to consist of the fair market value of the items listed in sub-paragraphs (1)

-2-