EXHIBIT   53
part 1

# Polder Flood Simulations for Greater New Orleans

## Hurricane Katrina August  2005

July 2007





# Polder Flood Simulations for Greater New Orleans

## Hurricane Katrina August  2005

M. Kok, M. Aalberts, B. Maaskant and L. de Wit

July 30, 2007





# 1  Introduction

## 1.1 Hurricane Katrina

On the morning of August 29, 2005, Hurricane Katrina struck southeast Louisiana and triggered what would become one of the worst disasters ever to befall an American city. The storm overtopped levees and floodwalls throughout southeast Louisiana and also caused the levees and floodwalls in the New Orleans area to fail or breach in more than 50 locations. Water rushed into New Orleans and flooded over 80 percent of the city - more than ten feet deep in some neighborhoods [9].

Flooding of the city of New Orleans was caused by several sources (or causes): breaches, overtopping (of the levees and flood control structures) and rainfall. The question to be addressed in this report is to determine the relative contribution of the flooding sources for selected sites within each polder or bowl.

## 1.2 Objectives

The objectives of this research project include:
1. The use of computer models to generate flood simulations for the three polders or bowls (Orleans Metro bowl, New Orleans East bowl, and St Bernard bowl) that comprise the greater New Orleans area, utilizing the best available input data;
2. The assessment of the relative contribution of the main causes of flooding (breaches, overtopping, and rainfall) in the three polders utilizing water depth graphs (hydrographs) for selected locations.

## 1.3 General modelling approach

The flooding of New Orleans is simulated with the dedicated software package Sobek-1D2D [7]. Sobek-1D2D was developed by WL-Delft Hydraulics and is used worldwide in flood simulations. It has proved to be a reliable and stable program to simulate floods. It is the standard model used in the Netherlands for flood simulation [6]. Flooding is simulated with a combination of  1D (one-dimensional) and 2D (two-dimensional) elements; canals and boundaries are modeled as 1D elements and the flooding itself is modeled as a 2D process. Sobek-1D2D uses the robust numerical Delft Scheme to model the water motion (equations of Saint Venant) in the 1D and 2D elements. The results show detailed spatial information about water levels, velocities and rise rates over time and arrival times at desired locations.

The flooding of New Orleans is simulated in the three bowls (figure 1.1 - Orleans Metro bowl, New Orleans East bowl and St Bernard bowl) with three separate and independent model grids and simulations utilizing the Sobek1D2D computer flooding model.





Case 2:05-cv-04182-SRD-JCW   Document 10336-16   Filed 01/11/08   Page 5 of 13

## 1.4 Definitions

The following definitions are used in this report:

| | |
|---|---|
| Water level | Water height above or below NAVD88 |
| Water depth | Water height or elevation above ground level |
| Rise rate | The height over which the water rises in one hour |
| Arrival time | Point in time where the first water arrives at a certain location |
| Overtopping | Water that flows over a levee or flood control structure due to an elevated water level which is higher than the crest level |
| Digital Elevation Model (DEM) | Model in which the considered area is divided in squares to which the elevation, with reference to NAVD88, is assigned |
| IPET | Interagency Performance Evaluation Task Force |
| NOAA | National Oceanic & Atmospheric Administration |
| ILIT | Independent Levee Investigation Team |
| Grid | Computational layer in which the considered area is divided in squares, for each square the water motion is calculated |
| Polder or bowl | An area that is below sea level and is enclosed by an uninterrupted chain of water retaining structures, levees and/or high grounds |
| MRGO | Mississippi River Gulf Outlet |
| IHNC | Inner Harbor Navigation Canal |
| GIWW | Gulf Intracoastal Water Way |
| NAVD88 | NAVD88 2004.65 |





# 4 New Orleans East

## 4.1 Calibration of the model

Figure 4.1 displays the Digital Elevation model (DEM) for the  New Orleans East bowl. The star indicates the approximate location of the internal flooding hydrograph used to check the model results. The arrows and numbers correspond to the breaches given in table 4.1. These breaches in combination with the rainfall and water levels as given in section 2.3 and are the basis of the model inputs, along with the DEM, for the New Orleans East bowl.



*Figure 4.1 DEM New Orleans East bowl including breach (numbers) and the internal flooding hydrograph location (A). Note that this bowl is divided east-west by a railroad embankment and the north-south Maxent levee*




Flood simulations Greater New Orleans                                                July 2007

*Table 4.1: Information on the Breaches in New Orleans East*

| Nr. | Description | Width | Elevation height | Time breach development |
|---|---|---|---|---|
| 1 | IHNC East Railroad | 61 ft (18.6 m)[1] | Sill elevation +4.5 ft (+1.37 m)[1] | 4:30 - 4:45[2] |
| 2 | Railroad East | 24 ft (7.3 m)[1] | Sill elevation +5.5 ft (+1.67 m)[1] | 5:00 - 5:15 |
| 3 | Airport | 33 ft (10 m)[1] | Sill elevation +9.8 ft (+3.00 m)[1] | 7:00 - 7:30 |
| 4 | IHNC East South of RR | 25 ft (7.5 m) | Sill elevation +4.9 ft (+1.50 m)[1] | 5:00 - 5:15 |
| 5 | Back levee, East of Michaud Canal 1 | 112 ft (34 m)[1] | Sill elevation +3.5 ft (+1.07 m)[1] | 5:30 - 6:00[2/3] |
| 6 | Back levee, East of Michaud Canal 2 | 34 ft (10.4 m)[1] | Sill elevation +8.4 ft (+2.56 m)[1] | 5:30 - 6:00[2/3] |
| 7 | Citrus Back levee near Elaine St. West | 406 ft (123.5 m)[1] | Sill elevation +11 ft (+3.35 m)[1] | 7:00 - 7:30[4] |
| 8 | Citrus Back levee near Elaine St. East | 615 ft (187.5 m)[1] | Sill elevation +8.5 ft (+2.59 m)[1] | 7:00 - 7:30[4] |
| 9 | Overtopping New Orleans Back levee (erosion crest) | Approximately 6000 ft in length extending from B. Sauvage towards the Michaud Canal. Position and width based on GIS data[1] | Differences in sections extending from B. Sauvage towards Michaud Canal; Erosion levels based on GIS data[1] | 5:30 - 6:00[2/3] |

---

[1] Source: GIS data with positions, widths and sill elevation heights of the breaches [delivered by Chad Morris 28-6-2007]
[2] Source: Team Louisiana report table 3, page 54-55 and timeline page 93-94 [4]
[3] Source: Independent Levee Investigation Team (ILIT), page 7-5 [5]
[4] Source: Independent Levee Investigation Team (ILIT), page 7-6 [5]





Flood simulations Greater New Orleans                                July 2007

*Calibration results*

The image series below shows the progression of the simulated internal flood over time (figure 4.2). The first image is a snapshot from August 29th at 5:00am; it shows only minor rainfall and a small breach in the IHNC at the location where the railroad goes through the levee. In the next hour the Back Levee begins to be overtopped and starts to erode. This is consistent with the IPET, Team Louisiana and the ILIT reports, all of which stated that the overtopping and erosion of the New Orleans East back levee started between 5:00 and 6:00am. At 7:00am the water levels in the GIWW and IHNC start to overtop the Citrus Back and IHNC levees. In the Team Louisiana and ILIT report this overtopping initiated at approximately 7:00am, while the IPET report states that the overtopping started earlier at 6:00am.

In the IPET report an eyewitness states that the water was flowing over the east-west railroad line from south to north between 6:30 and 7:00am[1]. In the simulation the water crosses the railroad line between 7:30 and 7:45am. One of two eyewitnesses[2] situated at the west side of the New Orleans East bowl states that between 6:30 and 7:30am the water started to rise rapidly. The other eyewitness states that the flood started between 7:30 and 8:00am. The simulated flood shows that the water started to rise at those locations between 7:30 and 8:00am.
According to eyewitness reports in the northwestern corner of the New Orleans East bowl[3] the flood started between 8:00 and 10:00am. In the simulation the flooding starts at these locations between 7:45 and 8:30am. Again it's important to note that eye witness reports are very subjective, and there will always be some uncertainties given the chaos during a strong hurricane passage; low visibility due to driving rain and wind; and the vagaries of the human memory especially in highly stressful conditions.



---

[1] Source: IPET volume IV: The Storm, page 191-192 eyewitness at location 3 [1]
[2] Source: IPET volume IV: The Storm, page 191-192 eyewitness locations 5 and 6 [1]
[3] Source: IPET volume IV: The Storm, page 191-192 eyewitness locations 7 to 11 [1]



Flood simulations Greater New Orleans                                July 2007

| Water depth (m) | |
|---|---|
| 0.02 - 0.5 | ( 0.01 - 1.64 ft) |
| 0.5 - 1 | ( 1.64 - 3.28 ft) |
| 1 - 1.5 | ( 3.28 - 4.29 ft) |
| 1.5 - 2 | ( 4.29 - 6.56 ft) |
| 2 - 2.5 | ( 6.56 - 8.20 ft) |
| 2.5 - 3 | ( 8.20 - 9.84 ft) |
| 3 - 4 | ( 9.84 - 13.12 ft) |
| 4 - 5 | ( 13.12 - 16.40 ft) |
| 5 - 7 | ( 16.40 - 22.97 ft) |

2005-08-29 06:00h

2005-08-29 06:30h

2005-08-29 07:00h

2005-08-29 07:30h

2005-08-29 08:00h

2005-08-29 08:30h



29



Flood simulations Greater New Orleans                                    July 2007

*Figure 4.2 Progressing snapshots of the computed water depth inside New Orleans East*





Flood simulations Greater New Orleans                                    July 2007



*Figure 4.3 Maximum computed internal flood depths as a consequence of the hurricane Katrina related flooding, New Orleans East bowl.*

Figure 4.3 shows the calculated maximum internal flood depths in the New Orleans East bowl as a consequence of the hurricane Katrina related flooding.

In the western part of the bowl IPET constructed a hydrograph on basis of eyewitness account and surveyed elevations at location 'A' in figure 4.1. This hydrograph is presented in figure 4.4. The simulated water level based on our modeling is also shown in this figure. Between 11:00am and 12:00pm the water levels diverge, in the simulation the second peak in the water level is caused by the flood water coming from the overtopping of the New Orleans East Back levee. The model results thus reveal some of the complexities of the flooding event not discernable from measurements collected some time after the event.





Figures 4.6-4.10 show the changes in water levels on the five locations. The difference between the black solid and orange dashed line is caused by the breaches and erosion that occurred during the storm. The difference between the black line and the green dashed-dot line is caused by the breaches and rainfall. The difference between the green dashed-dot line and the orange dashed line is the water that comes into the polder due to rainfall.

The scenarios show that overtopping and breaches are the main causes of flood water in New Orleans East. Along the east side (Willow Brook & Six Flags - sites 4 and 5) the flooding is dominated by the breaches in the Back levee. The inner levee (Maxent Levee) does create two compartments within the polder. Along the west side of the New Orleans East bowl overtopping and breaching appear to contribute almost equal amounts to the flooding, with overtopping dominating.

Rainfall has a smaller influence on the final water level in this bowl than overtopping or the breaches. The lower bound approach for the contribution of rainfall flooding (scenario 5 - only rain with 100% pump capacity) shows no substantial rain water at these five locations. Also in the upper bound approach (scenario 4 - only rain without pumps) there is not much rainwater at these locations.



*Figure 4.6 Water levels location 1 New Orleans East*




Flood simulations Greater New Orleans                                    July 2007



*Figure 4.7 Water levels location 2 New Orleans East*



*Figure 4.8 Water levels location 3 New Orleans East, the blue dashed line lies under the blue solid line*



