# EXHIBIT   55

**ENGINEER MANUAL**

**EM 1110-2-1913**
31 March 1978

# ENGINEERING AND DESIGN

# DESIGN AND CONSTRUCTION
# OF LEVEES



DEPARTMENT OF THE ARMY
OFFICE OF THE CHIEF OF ENGINEERS
WASHINGTON, D.C.  20314



EXHIBIT
*BEA*
9

EM 1110-2-1913
**31 Mar 78**

CHAPTER 1

INTRODUCTION

1-1.  Purpose.  The purpose of this manual is to present basic princi-
ples used in the design and construction of earth levees.

1-2.  Applicability.  This manual applies to all Corps of Engineers
Divisions and Districts having responsibility for designing and con-
structing levees.

1-3.  References.  Applicable references are listed in Appendix A.

1-4.  Objective.  The objective of this manual is to develop a guide
for design and construction of levees.  The manual is general in nature
and not intended to supplant the judgment of the design engineer on a
particular project.

1-5.  General Considerations.

   a.  General.

      (1) The term levee as used herein is defined as an embankment whose
primary purpose is to furnish flood protection from seasonal high water
and which is therefore subject to water loading for periods of only a
few days or weeks a year.  Embankments that are subject to water loading
for prolonged periods (longer than normal flood protection requirements)
or permanently should be designed in accordance with earth dam criteria
rather than the levee criteria given herein.

      (2) Even though levees are similar to small earth dams they differ
from earth dams in the following important respects:  (a) a levee em-
bankment may become saturated for only a short period of time beyond
the limit of capillary saturation, (b) levee alignment is dictated
primarily by flood protection requirements, which often results in con-
struction on poor foundations, and (c) borrow is generally obtained from
shallow pits or from channels excavated adjacent to the levee, which
produce fill material that is often heterogeneous and far from ideal.
Selection of the levee section is often based on the properties of the
poorest material that must be used.

      (3) Numerous factors must be considered in levee design.  These
factors may vary from project to project, and no specific step-by-step
procedure covering details of a particular project can be established.
However, it is possible to present general, logical steps based on