# EXHIBIT   68

# DATA SUPPLIED TO DELFT TEAM MODELING INTERNAL FLOODING OF GREATER NEW ORLEANS DURING HURRICANE KATRINA

A Report prepared for

The Law Office of
Joseph M. Bruno
Federal Trial Lawyers
855 Baronne Street
New Orleans, La 70113

By

Dr G. Paul Kemp
Team Louisiana
Baton Rouge, Louisiana  70808

28th July 2007

1



causeways occurred before good surveys had been made of the fully developed holes. At the 17th Street Canal breach, firemen were moving through the breach in outboards with 2.5 ft draft when the water level had returned to about normal, pointing towards a controlling thalweg depth of at least -3 feet. Both IPET and Delft modeling have showed that flow to the breach was actually more controlled by the debris dam on the north side of the Old Hammond Highway Bridge than by the detailed geometry of this breach. The effect of this debris dam has been estimated at about a thirty percent reduction in cross-section. IPET came to the same conclusions.

For the two breaches on the west side of the IHNC into the Lower 9th Ward, a continuous earthen berm was barely exposed on the east bank of the Canal in aerial photographs taken after water had ceased running out of the flooded St. Bernard polder. Water level at this time was approximately mean sea level.

LSU measured breach depths at the Bayou Bienvenue and Bayou Dupre control structures on the MRGO levee prior to repairs. The deepest holes were on the order of 25 ft deep, but the breaches there were so small relative to the huge cross-section afforded by the massive adjacent levee failures, that the actual depth of these narrow breaches has proven to be of little consequence to the flooding of the inhabited areas.

The pump stations modeled by the Delft team were those that operated during the storm in the Metro polder. They were visited and the logs examined to determine the relative effectiveness of operations during the storm and aftermath. Backflow through the pumps was not seen by operators or anyone else, including IPET, as a significant contributor to flooding.

### Additional Observations

The internal flood modeling, combined with the ADCIRC modeling previously carried out by LSU and the IPET, allows us to isolate the contributions of the MRGO channel and associated wetland losses to early initiation of the super-elevation of surge that caused vulnerable floodwalls and levees to fail earlier than would otherwise have occurred on both sides of the IHNC, and along the MRGO and GIWW. The situation in St. Bernard and the Lower Ninth can be distinguished from all other areas because the failures occurred so early in the surge sequence, rather than at or after the surge peak. As a result, the rate and ultimate depth of flooding was much higher there than elsewhere. We can show that the Corps was aware of this likelihood since at least 1966.



Figure 11. IPET estimates of surge and wave effects on north side of funnel, on New Orleans East HPS paralleling the GIWW. Surge ranges from 14.7 to 16.8 ft, with an additional 2 ft of rise due to waves or wave run-up. Pre-Katrina levee in this reach was 15 to 18 ft high, but was subject to general overtopping (from IPET 2006b, V-18-18). Subtract 0.6 ft for elevation relative to sea level.

On the south side of the funnel along the MRGO, IPET interprets the maximum surge as being more uniform, ranging from 17.5 to 19.5 ft MSL (Figure 12). IPET had to add more than 2 ft to the computed surge to get to this level. Based on our understanding of the HWMs in this area, Team Louisiana (van Heerden et al 2007) would place the maximum surge at least a foot lower along the MRGO, but this is a matter for interpretation, and there is no right answer. IPET adds between 1 and 3 feet for waves, giving a combined water level that ranges from 19.5 to 23.0 ft MSL. The design elevation for the levee crown in this area is 17.5 ft MSL, and the actual elevation ranged from 15 to 18 ft MSL, so the stage was set for general overtopping. This overtopping, and the wave attack that preceded it, destroyed the MRGO levee, causing complete loss in some places and significant degradation in most (Figure 13).



Figure 12. IPET estimates of surge and wave effects on south side of funnel, on St. Bernard (Chalmette) HPS paralleling the MRGO. Surge is estimated between 18 to 20 ft (NAVD88), with an additional 2 ft of rise due to waves or wave run-up. Pre-Katrina levee was 15 to 18 ft high, but was subject to general overtopping (from IPET 2006b, V-18-24). Subtract 0.6 ft for elevation relative to current sea level.



Figure 13. MRGO levee degradation from near junction with GIWW to Verret (derived from IPET 2006b, IV-16-2 to IV-16-10). Subtract 0.6 ft for MSL.

The IPET surge modeling team has made significant additions to the ADCIRC code and capabilities since the LSU hindcast on the day after the storm. The changes include a more detailed representation of the Mississippi coast, use of reconstructed hurricane wind fields now available from the NHC, and addition of the physics of wave-induced surge amplification (wave set-up). But IPET has not improved the match to observed HWMs in the vicinity of the three GNO basins that flooded.

19