# EXHIBIT 69

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE: KATRINA CANAL BREACHES    CIVIL ACTION

 5    CONSOLIDATED LITIGATION          NO. 05-4182 K2

 6                                     JUDGE DUVAL

 7    PERTAINS TO:                     MAG. WILKINSON

 8    Robinson, No. 06-2286

 9

10           Deposition of G. PAUL KEMP, PH.D.,

11    given at the offices of Lambert & Nelson,

12    P.L.C., 701 Magazine Street, New Orleans,

13    Louisiana 70130, on November 27th, 2007.

14

15

16

17

18

19

20

21

22

23    REPORTED BY:

24           JOSEPH A. FAIRBANKS, JR., CCR, RPR

25           CERTIFIED COURT REPORTER #75005
```

```
 1        Q.   You're not suggesting in any way, are
 2   you, sir, that those levees or hurricane
 3   protection structures, what you call them, had
 4   no impact on storm surge during Hurricane
 5   Katrina, are you?
 6        A.   I would -- you know, of course nobody
 7   knows what they really did because there are no
 8   measurements there, but they probably had a lot
 9   less impact than is indicated in the surge
10   model.
11        Q.   I didn't ask you how much.
12        A.   Less.
13        Q.   But they did have some impact.
14        A.   Undoubtedly they had some impact.  It
15   was not as if they weren't there.
16        Q.   Exactly.
17        A.   Yeah.
18        Q.   Until they were overtopped and washed
19   away, that surge piled up against those
20   structures as is shown in these hydrographs,
21   isn't that correct?
22        A.   Um -- I believe it did.  We don't have
23   any independent confirmation of that.
24        Q.   But you're not suggesting that you
25   have no confidence whatsoever in the ADCIRC
```