# EXHIBIT 70

Survey and Spatial Data
In the Vicinity of the
Mississippi River Gulf Outlet (MR-GO)

Prepared for

Plaintiffs in *Robinson v. United States*

By

Chad A. Morris, P.L.S.
CMor Consulting LLC
Baton Rouge, Louisiana

September 16, 2007



**Figure 5-2** Section B-B Prior to Katrina – Note that the crown reaches an elevation of approximately 17.5' NAVD 88 (2004.65).



**Figure 5-3** Section C-C Prior to Katrina – Note the berm not as wide in this area and that there is a thin finger projecting up from an average elevation significantly lower than section B-B or D-D.  It should be noted that LIDAR is limited in its ability to accurately obtain the elevation of a thin structure such as sheet pile.

14



**Figure 5-4** Section D-D Prior to Katrina – Note that like Section B-B this area reaches an elevation of approximately 17.5 feet without a sheet pile projection.



**Figure 5-4** Sheet pile Portion of Reach 2 of MR-GO After Katrina – Note that there is considerable erosion in the vicinity of the sheet pile.

15