UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**PLAINTIFFS' REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION**

I

Plaintiffs respectfully request that the Court take judicial notice of the following documents and their contents as, alternatively, legislative facts or adjudicative facts pursuant to F.R.E. 201:

| | Title | Plaintiffs' Exhibit No. |
|---|---|---|
| 1. | House Doc. No. 245, Mississippi River-Gulf Outlet, 82nd Cong., 1st Sess. (1951) | 2 |
| 2. | House Doc. No. 231, Lake Pontchartrain and Vicinity Hurricane Protection Plan, 89th Cong., 1st Sess. (1965) | 10 |
| 3. | February 2, 2007, Order and Reasons Denying United States Motion to Dismiss (Doc. No. 2994) | 50 |
| 4. | Flood Control Act of 1965, P.L. 89-298, 79 Stat. 1073 (October 27, 1965) | 57 |
| 5. | Proceedings and Debates of the First Session of the Seventieth Congress, Cong. Rec. vol. 68, part 11 (Flood Control Act of 1928; April 17, 1928) | 61 |

1

| | | |
|---|---|---|
| 6. | House Doc. No. 272, Annual Report of the Chief of Engineers, 82nd Cong. 2nd Sess. (1951) | 62 |
| 7. | Proceedings and Debates of the 89th Congress, 1st Session, Cong. Rec. vol. 111, part 22 (Flood Control Act of 1965; Sept. 1, 1965) | 63 |

II

Plaintiffs further respectfully request that the Court take judicial notice of the following documents and their contents pursuant to F.R.E. 201:

| | Title | Plaintiffs' Exhibit No. |
|---|---|---|
| 1. | Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protections Systms in Hurricane Katrina on August 29, 2005, Final Report – July 31, 2006. | 3 |
| 2. | Team Louisiana, The Failure of the New Orleans Levee System During Hurricane Katrina, December 18, 2006 | 4 |
| 3. | Excerpts from Transcript of Defendants' Deposition pursuant F.R.C.P. 30(b)(6) by Walter O. Baumy, Jr.; Alfred Charles Naomi, Nancy Jean Powell; and Keith Joseph O'Cain. November 14-15, 2007 | 8 |
| 4. | United States Army Corps of Engineers, Mississippi River-Gulf Outlet, St. Bernard Parish, La.: Bank Erosion, Reconnaissance Report (February, 1988) | 9 |
| 5. | United States Army Corps of Engineers, Integrated Final Report to Congress and Legislative Environmental Impact Statement for Mississippi River-Gulf Outlet Deep-Draft De-authorization Study (November, 2007) | 11 |
| 6. | Defendants United States' Rebuttal of Plaintiffs' Sur-Reply in Support of opposition to Defendants' Motion to Certify (June 22, 2007) | 12 |
| 7. | United States Army Corps of Engineers, Mississippi River-Gulf Outlet: Design Memorandum No. 1-B (September, 1958 – Revised May, 1959) | 15 |

| | | |
|---|---|---|
| 8. | United States Army Corps of Engineers, Issue Paper: Mississippi River-Gulf Outlet – Bank Erosion (February 17, 1993) | 16 |
| 9. | United States Army Corps of Engineers, Louisiana Coastal Area: Ecosystem Restoration Study (November, 2004) | 18 |
| 10. | United States Government Accountability Office, Hurricane Protection: Statutory and Regulatory Framework for Levee Maintenance and Emergency Response for the Lake Pontchartrain Project (December 15, 2005) GAO-06-322T | 19 |
| 11. | Interagency Performance Evaluation Task Force, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System (Interim Final Report, March 26, 2007) | 20 |
| 12. | Office of the President of the United States, The Federal Response to Hurricane katrina: Lessons Learned (February, 2006) | 21 |
| 13. | United States House of Representatives, A Failure of Initiative: Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina (February 15, 2006) | 22 |
| 14. | United States Senate Committee on Homeland Security and Governmental Affairs, Hurricane Katrina: A Nation Still Unprepared, S. Rep. 109-322 (2006) | 23 |
| 15. | United States General Accounting Office, Army Corps of Engineers: History of the Lake Pontchartrain and Vicinity Hurricane Protection Project (November 9, 2005) GAO-06-244T | 24 |
| 16. | United States Comptroller General, Cost, Schedule, and Performance Problems of the Lake Pontchartrain and Vicinity, Louisiana, Hurricane Protection Project (August 31, 1976) | 25 |
| 17. | United States Army Corps of Engineers, Decision-Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project (June, 2007) | 26 |
| 18. | Excerpts from Deposition Transcript of Richard Varuso in *Turner v. Murphy Oil USA, Inc.*, August 22, 2006 | 27 |
| 19. | Excerpts from Deposition Transcript of Robert A. Dalrymple in MRGO Consolidated Class Action Litigation, September 18, 2007 | 28 |

| | | |
|---|---|---|
| 20. | United States Army Corps of Engineers, Lake Pontchartrain, La. and Vicinity: Chalmette Area Plan, Design Memorandum No. 3: General Design (November 1966) | 30 |
| 21. | United States Army Corps of Engineers, Disposition Form (November 7, 1969) | 32 |
| 22. | Exhibit 53 to from Transcript of Defendants' Deposition pursuant F.R.C.P. 30(b)(6) by Walter O. Baumy, Jr.; Alfred Charles Naomi, Nancy Jean Powell; and Keith Josepth O'Cain.  November 14-15, 2007 (Drawing of Lake Pontchartrain, La. and Vicinity: Chalmette Area Plan – Hurricane Protection Levee: First Lift | 34 |
| 23. | United States Army Corps of Engineers, Lake Pontchartrain, La. and Vicinity Chalmette Area Plan, Design Memorandum No. 3 – General Design Supplement No. 1 – Chalmette Extension (September, 1968) | 41 |
| 24. | American Society of Civil Engineers, The New Orleans Hurricane Protection System: What Went Wrong and Why (June 4, 2007) | 42 |
| 25. | United States Office of Management and Budget, Agency Scorecards | 43 |
| 26. | Excerpts from the Deposition Transcript of Robert Glenn Bea, November 19, 2007 | 45 |
| 27. | Hurricane Protection, Louisiana: Section 905(b) of the Water Resources Development Act of 1986 Analysis (June 28, 2002) | 46 |
| 28. | May 31, 1979 Correspondence from Carey W. Curlin, United States Department of Interior, Fish and Wildlife Service to Jack A. Stephens, Director-Secretary St. Bernard Parish Planning Commission | 51 & 58 |
| 29. | Team Louisiana, The Failure of the New Orleans Levee System During Hurricane Katrina, Table 15, December 18, 2006 | 52 |
| 30. | Exhibit 53 to from Transcript of Defendants' Deposition pursuant F.R.C.P. 30(b)(6) by Walter O. Baumy, Jr.; Alfred Charles Naomi, Nancy Jean Powell; and Keith Josepth O'Cain.  November 14-15, 2007 (Drawing of Lake Pontchartrain, La. and Vicinity: Chalmette Area Plan – Hurricane Protection Levee: Second Lift) | 54 |

| | | |
|---|---|---|
| 31. | United States Army Corps of Engineers, Engineering and Design: Design and Construction of Levees (March 31, 1978) | 55 |
| 32. | United States Army Corps of Engineers, Engineering and Design: Design and Construction of Levees (April 30, 2000) | 56 |
| 33. | United States Army Corps of Engineers, Geological Investigation of the Mississippi River-Gulf Outlet Channel (February, 1958) | 59 |
| 34. | United States General Accountability Office, Army Corps of Engineers: Lake Pontchartrain and Vicinity Hurricane Protection Project (September 28, 2005) GAO-05-1050T | 60 |
| 35. | United States Army Corps of Engineers, Shore Protection, Planning and Design, Technical Report No. 4 (3d ed. 1966) | 65 |
| 36. | Excerpts from Oral Argument Re: United States Motion to Dismiss Plaintiffs' Complaint (October 27, 2006) | 66 |
| 37. | 1972 Opinion Letter by the Army Corps' General Counsel (quoted in *Environmental Defense Fund, Inc. v. Alexander*, 467 F. Supp. 885, 901 (N. D. Miss. 1979)) | 69 |

Dated: January 11, 2008                    Respectfully submitted,

                                                                **O'Donnell & Associates P.C.**

                                                                By: s/ Pierce O'Donnell
                                                                Pierce O'Donnell (*pro hac vice*)
                                                                 550 S. Hope St., Suite 1000
                                                                Los Angeles, California 90071
                                                                Phone: (213) 347-0290
                                                                Fax: (213) 347-0298

**The Andry Law Firm, LLC**

By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

| | |
|---|---|
| **Law Offices of Joseph M. Bruno**<br>Joseph M. Bruno (LSBA No. 3604)<br>855 Baronne Street<br>New Orleans, Louisiana 70133<br>Telephone: (504) 525-1335<br>Facsimile:  (504) 581-1493 | **Domengeaux Wright Roy & Edwards LLC**<br>Bob F. Wright (LSBA No. 13691)<br>James P. Roy (LSBA No. 11511)<br>556 Jefferson Street, Suite 500<br>P.O. Box 3668<br>Lafayette, Louisiana 70502-3668<br>Telephone: (337) 233-3033<br>Facsimile:  (337) 233-2796 |
| **Fayard & Honeycutt**<br>Calvin C. Fayard, Jr. (LSBA No. 5486)<br>Blayne Honeycutt (LSBA No. 18264)<br>519 Florida Avenue, S.W.<br>Denham Springs, Louisiana 70726<br>Telephone: (225) 664-4193<br>Facsimile:  (225) 664-6925 | **Girardi & Keese**<br>Thomas V. Girardi (*pro hac vice*)<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: (213) 489-5330<br>Facsimile:  (213) 481-1554 |
| **Ranier, Gayle & Elliot, LLC**<br><br>N. Frank Elliot III<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>Telephone: (337) 494-7171<br>Facsimile: (337).494.7218 | **Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**<br><br>Clay Mitchell (*pro hac vice*)<br>Matt Schultz (*pro hac vice*)<br>316 S. Baylen Street, Suite 600<br>Pensacola, Florida 32502-5996<br>Telephone: (850) 435-7140<br>Facsimile:  (850) 436-6123 |
| **McKernan Law Firm**<br><br>Joseph Jerry McKernan (LSBA No 10027)<br>John Smith (LSBA No. 23308)<br>8710 Jefferson Highway<br>Baton Rouge, Louisiana 70809<br>Telephone: (225) 926-1234 | **Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**<br><br>Gerald E. Meunier  (LSBA 9471)<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana 70163<br>Telephone: (504) 522-2304<br>Facsimile:  (504) 528-9973 |

Facsimile:  (225) 926-1202

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**

Elwood C. Stevens, Jr.  (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile:  (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**

Joseph W. Cotchett  (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

**Law Office of Frank J. D'Amico, Jr. APLC**
Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

**Salas & Co., LC**
Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA  70130
Telephone: (504) 799-3080
Facsimile:  (504) 799-3085
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on January 11, 2008, I caused to be served **PLAINTIFFS' REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY ADJUDICITION**, upon Defendants' counsel, Robin D. Smith, Catherine Corlies, Traci Colquette, and Jim McConnon by ECF and email at robin.doyle.smith@usdoj.gov; catherine.corlies@usdoj.gov, traci.colquette@usdoj.gov, and jim.mcconnon@usdoj.gov

/s/ Pierce O'Donnell