ATTACHMENT "A"

