# Lake Pontchartrain and Vicinity Hurricane Protection Project
## Chalmette System



Pre-Katrina structure elevations shown with respect to design grade based on U.S. Army COE levee elevation data.
Structure elevations taken from COE Shape file entitled "Pre_Katrina_Levee_Floodwall_Max_Elev.shp"
Design Heights based on original authorizations (Not Corrected for MSL to NAVD difference)