UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  *Robinson*<br>(No. 06-2268) | |

### NOTICE OF HEARING

To:  Defendant, United States of America, through its counsel of record.

PLEASE TAKE NOTICE THAT, the undersigned will hear the Plaintiffs' Motion for Summary Adjudication concerning Defendant United States' second affirmative defense of immunity under 33 U.S.C. § 702(c) at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, New Orleans, LA, 70130, on the 11th day of March, 2008, at 9:30 a.m., and that the motion will be submitted upon the pleadings and supplemental materials, with oral argument.

New Orleans, Louisiana, this _____ day of _____, 2008.

                                            _____
                                            Judge Stanwood R. Duval, Jr.
                                            Eastern District of Louisiana

1

2

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on January 11, 2008, I caused to be served **NOTICE OF HEARING**, upon Defendants' counsel, Robin D. Smith, Catherine Corlies, Traci Colquette, and Jim McConnon by ECF and email at robin.doyle.smith@usdoj.gov; catherine.corlies@usdoj.gov, traci.colquette@usdoj.gov, and jim.mcconnon@usdoj.gov

/s/ Pierce O'Donnell