# TABLE OF CONTENTS

A.  MISSISSIPPI RIVER-GULF OUTLET --------------------------------------------- 3

    1.  Authorization, Construction, and Eventual Closure ----------------------- 3

    2.  Never a Flood Control Project ------------------------------------------- 8

    3.  Dredging and Spoil Banks ------------------------------------------------ 9

    4.  Adverse Effects -------------------------------------------------------- 11

        a.  Bank Erosion ----------------------------------------------------- 11

        b.  Destruction of Marshes and Cypress Forests ----------------------- 14

        c.  The "Funnel" Effect ---------------------------------------------- 18

B.  HURRICANE BETSY. ------------------------------------------------------- 20

C.  LAKE PONTCHARTRAIN AND VICINITY HURRICANE
    PROTECTION PROJECT ("LPVHPP") ----------------------------------------- 22

    1.  Congressional Mandate -------------------------------------------------- 22

    2.  Standard Project Hurricane --------------------------------------------- 24

    3.  Description of the Hurricane Flood Protection System ------------------- 26

    4.  Design Grade Elevations ------------------------------------------------ 29

    5.  ACE Fails To Revise HFPS Designs Consistent With
        Changes in SPH Criteria ------------------------------------------------ 31

    6.  ACE Fails To Use Available Surge Models In Designing
        The HFPS --------------------------------------------------------------- 36

    7.  The Ace Fails To Account For Diminished Surge Protection
        From Disappearing Wetlands --------------------------------------------- 37

    8.  The ACE Fails To Account For Known Problems With
        Vertical Datums And Subsidence ----------------------------------------- 38

    9.  ACE Fails To Provide Armoring For Flood Structures --------------------- 42

D.  CHALMETTE SYSTEM (LOOP) ....................................................................43

E.  NEW ORLEANS EAST SYSTEM (LOOP) ....................................................45

F.  INCOMPLETE HURRICANE FLOOD PROTECTION SYSTEM
    AT TIME OF HURRICANE KATRINA ...........................................................46

    1.  An Unfinished, Dysfunctional System ...................................................46

    2.  The Ace Never Designed Or Constructed A Hurricane Flood
        Protection System To the Congressionally-Mandated
        Standard Project Hurricane Dimensions .................................................53

        a.  Design Grades/Elevation Below Standard Project
            Hurricane Dimensions ..................................................................54

        b.  No Armoring .................................................................................64

        c.  The Incomplete Hurricane Flood Protection System
            Was Not Turned Over To Local Sponsors ...................................64

    3.  The ACE Never Even Undertook To Design Or Construct A
        Hurricane Flood Protection System Against Probable
        Maximum Hurricane Dimensions ............................................................65

    4.  The Incomplete System Caused Catastrophic Consequences .................66

    5.  Construction Of A Hurricane Flood Protection System To
        Prevent Catastrophic Flooding Was An Achievable Mission
        In A 40-Year Time Span ..........................................................................75

    6.  The Reasons For Mission Failure Are Largely Attributable To
        Congress And The ACE ...........................................................................77

        a.  Incorrect Datums ...........................................................................77

        b.  Well-Known Subsidence/Settlement ............................................79

        c.  Funding ..........................................................................................79

        d.  Lack Of ACE In-House Engineering Capability ..........................80

G.  HURRICANE KATRINA, CATASTROPHIC FLOODING OF
    GREATER NEW ORLEANS, AND PERFORMANCE OF THE
    HURRICANE FLOOD PROTECTION...............................................................81

      1.      Storm Surge And "Funnel" ................................................................. 81

      2.      Overtopping And Breaching Of Flood Structures Caused Catastrophic Flooding ................................................................. 86

      3.      Sources Of Flooding ........................................................................ 91

      4.      Flooding Even If Crowns Were At Design Elevation, But Not Catastrophic Flooding ................................................................. 94

      5.      MR-GO "Funnel Effect" Contributed AT Least Three Feet Of Catastrophic Excess Surge And Current ................................................ 94

H.    BEFORE HURRICANE KATRINA, THE ARMY CORPS GAVE NO WARNING OF THE INADEQUACY OF THE UNFINISHED HURRICANE PROTECTION SYSTEM AND THE THREAT TO HUMAN SAFETY AND PROPERTY FROM CATASTROPHIC FLOODING ................................................................................................. 96

I.    PLAINTIFFS' ALLEGATIONS OF CAUSE OF DAMAGE ................... 102

J.    CONTRARY TO THE CONGRESSIONAL MANDATE IN THE FLOOD CONTROL ACT OF 1965 AND ITS OWN STANDARDS, THE ARMY CORPS OF ENGINEERS DID NOT CONSTRUCT HURRICANE FLOOD PROTECTION STRUCTURES FOR HUMAN POPULATION AREAS ALONG REACH 1 AND REACH 2 OF THE MISSISSIPPI RIVER-GULF OUTLET OR THE INNER HARBOR NAVIGATION CHANNEL THAT MET EITHER THE "STANDARD PROBABLE HURRICANE" OR "PROBABLE MAXIMUM HURRICANE" DESIGN CRITERIA ................................... 105

      1.      The Hurricane Flood Protection System For Greater New Orleans Was An Uncompleted Work In Progress At The Time Of Katrina ...... 105

      2.      The Ace Did Not Design Or Construct Flood Protection Structures For Human Population Areas In A Coastal Environment As Mandated By Congress And Prescribed By ACE Criteria ..................... 107