UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: ROAD HOME | * | |
|     Louisiana State C.A. No. 07-5528 | * | |
| | * | |

## ORDER

As requested by counsel for the State of Louisiana/Road Home Program at the conference conducted by this court on this date,

IT IS ORDERED that the Protective Order Governing Road Home Applicant and Recipient Information (the "Protective Order "), Record Doc. No. 9587, is amended as follows:

Any Recipient's grant number and/or Road Home Identification Number issued by the Road Home Program shall be considered "Personal Information" as defined in the Protective Order, and shall be considered confidential and subject to the terms of the Protective Order.

New Orleans, Louisiana, this  11th  day of January, 2008.

*[signature]*

**CLERK TO NOTIFY:**
**STANWOOD R. DUVAL, JR.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE