MINUTE ENTRY
WILKINSON, M. J.
JANUARY 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Pontiac-Raceland, 06-6394 | JUDGE DUVAL<br>MAG. WILKINSON |

### SCHEDULING ORDER

A Preliminary Conference was held in the referenced case, Pontiac-Raceland, L.L.C. v. Transcontinental Insurance Company, C.A. No. 06-6394 c/w 05-4182, on January 10, 2008. Participating were Lana Crouch, representing plaintiff; Ben Mayeaux, representing defendant.

The purpose of the conference was to craft a schedule concerning the individual issues in the referenced Pontiac-Raceland case, which were bifurcated and referred to me by the presiding district judge. Record Doc. No. 9329. The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing

MJSTAR:  0 : 20

non-class action cases asserting claims involving individual adjusting and coverage issues, including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

Settlement possibilities were discussed. Counsel will immediately undertake settlement discussions between themselves and will advise me whether the case is currently in a posture to settle. A settlement conference may be scheduled before me, if appropriate.

Counsel are considering and will discuss with their clients the option of proceeding before a United States Magistrate Judge and will advise my office within one week whether all parties consent. A tentative trial schedule was agreed upon, and a separate scheduling order with the agreed-upon dates and deadlines will be entered, when and if all parties consent in writing pursuant to 28 U.S.C. § 636(c).

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**