UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: RESPONDER, *Andry*, (No. 07-4533) | |

## MOTION TO SEVER CASE FROM CONSOLIDATION ORDER AND FOR REALLOTMENT

NOW INTO COURT, come plaintiffs, Jonathan B. Andry and Caroline J. Andry, by and through undersigned counsel, who request, for the reasons more fully set forth in the attached memorandum, that this Court sever this case these consolidated proceedings so that the case can be realloted to another section of this Court.

Respectfully submitted,
THE ANDRY LAW FIRM, L.L.C.

BY: _____
JONATHAN B. ANDRY (LSBN #20081)
610 Baronne Street
New Orleans, Louisiana 70113
(504) 586-8899