UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: RESPONDER, *Andry*,<br>(No. 07-4533) | |

### MEMORANDUM IN SUPPORT OF
### MOTION TO SEVER CASE FROM CONSOLIDATION ORDER AND FOR
### REALLOTMENT

**MAY IT PLEASE THE COURT:**

Plaintiffs, Jonathan B. Andry and Caroline J. Andry, own a residence at 2431 Calhoun Street, in New Orleans, Louisiana, which was substantially damaged by the waters that inundated the city in the aftermath of Hurricane Katrina. Their house stood in and contained four to six feet of water for approximately 21 days.

Plaintiffs originally understood that they had procured flood insurance through Reliant Insurance Company, which was a WYO insurer for FEMA. The plaintiffs subsequently learned, however, that they did not have a WYO insurer and that their insurance was provided directly by the NFIP. There was no WYO insurer because there were numerous other claims made for flood damage, prior to plaintiffs' purchase of the house.

Since the storm the plaintiffs have been negotiating with FEMA in an attempt to resolve their claim, but were unsuccessful. The plaintiffs filed this suit to address FEMA's refusal to pay the amount that it owes pursuant to the policy of flood insurance that existed between it and the plaintiffs. Upon filing, this case was allotted to this section and consolidated with the Hurricane Katrina litigation, presumably because it was a case against FEMA dealing with Hurricane Katrina. The case, however, should not be consolidated with or under the Katrina umbrella as it is a suit for damage to an individual residence based on one policy of insurance. Consequently, plaintiffs desire that the case be removed from the Katrina umbrella and be realloted to another section of this Court.

Respectfully submitted,

THE ANDRY LAW FIRM, L.L.C.

BY: _____
JONATHAN B. ANDRY (LSBN #20081)
610 Baronne Street
New Orleans, Louisiana 70113
(504) 586-8899

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion to Vacate Consolidation Order and Re-Allot Case and Memorandum in Support of Motion to Vacate Consolidation Order and Re-Allot Case have been duly served upon the following counsel of record by depositing same into the United States Mail, properly address, postage prepaid, this 14th day of January, 2008.

Brock Dupre
Attorney for the United States
U.S. Attorney's Office
500 Poydras St., Suite B-210
New Orleans, LA 70130

_____
JONATHAN B. ANDRY