UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: RESPONDER, *Andry*, (No. 07-4533) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the plaintiffs, Jonathan B. Andry and Caroline J. Andry, will bring their Motion to Vacate Consolidation Order and Re-Allot Case for hearing on the __20th__ day of __February__, 2008 at _9:30_ o'clock _a_ .m.

New Orleans, Louisiana, this ____ day of January, 2008.

Respectfully Submitted,

ANDRY LAW FIRM, LLC

_____
JONATHAN B. ANDRY (No. 20081)
610 Baronne Street
New Orleans, LA 70113
Telephone: (504)586-8899
Telefax: (504)586-8933