UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: RESPONDER, *Andry*,<br>(No. 07-4533) | |

## ORDER

Considering the above and foregoing Motion to Sever Case from Consolidation Order and for Reaolltment;

IT IS ORDERED that this case is severed from the consolidated Katrina cases and is re-alloted to Section ____ of this Court.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
JUDGE