OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

```
              U.S. DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA
          FILED    JAN 11 2008
              LORETTA G. WHYTE
                   CLERK
```

Date: _____1-11-08_____

_____Jonathan B. Andry, et al_____

vs.

_____Federal Emergency Management Agency, et al_____

Case No. __07-4533__ Section __"K"(2)__
(Consolidated with 05-4182)

Dear Sir:

Please (issue) (**re-issue**) summons on the (**complaint**) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Federal Emergency Management Agency__
   (address) _____
2. (name) __U.S. through U.S. Attorney General__
   (address) _____
3. (name) __U.S. through U.S. Attorney__
   (~~address~~) (name) __Precise Adjustments, Inc.__
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for __plaintiffs__

Address _____

```
___ Fee_____
___ Process_____ Sms
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```