UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION  NO. 05-4182 |
| PERTAINS TO:  ROAD HOME | SECTION "K"(2) |

## ORDER

Before the Court is an *Ex Parte* Motion and Incorporated Memorandum to File Motion to Disqualify Plaintiff's Private Counsel. (Doc. 10290). The Court finds that prior to granting such leave, a status conference shall be held on **January 29, 2008 at 2:00 p.m.** All counsel who filed this motion, all counsel who have enrolled on behalf of the Attorney General, as well as a representative of the Attorney General shall attend same. This conference shall be held in the Courtroom and a Court Reporter shall be present.

New Orleans, Louisiana, this  __14th__  day of Janaury, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE