UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

          CIVIL ACTION NO. 05-4182

          SECTION "K" (2)

**PERTAINS TO:**
**INSURANCE**    Civil Action No.: 06-7173    **JUDGE: DUVAL**
    (Kenneth Robichaux and Kim Robichaux)    **MAG: WILKINSON**

## ORDER

**IT IS ORDERED** that EDWARD C. VOCKE, IV be and the same is hereby allowed to enroll as co-counsel of record for Plaintiffs, KENNETH ROBICHAUX and KIM ROBICHAUX, in the above numbered and entitled cause, and further that the record of this matter shall reflect same.

New Orleans, Louisiana this __14th__ day of _____January_____, 2008.

_____
UNITED STATES DISTRICT JUDGE

-1-