UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: INSURANCE | * * | JUDGE: DUVAL "K" |
| Midland, C.A. No. 07-4855 | * * | MAGISTRATE: WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the foregoing, it is hereby ORDERED, ADJUDGED and DECREED that Jonathan R. Bourg, Bar No. 31058, of the law firm Barrasso, Usdin, Kupperman, Freeman & Sarver, L.L.C. be permitted to enroll as additional counsel of record for defendant, Allstate Insurance Company.

New Orleans, this 14th day of January, 2008.

_____
JUDGE

101577