UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  RESPONDER, *Andry,* (No. 07-4533) | |

## MOTION FOR STATUS CONFERENCE

NOW INTO COURT, come plaintiffs, Jonathan B. Andry and Caroline J. Andry, by and through undersigned counsel, who request, for the reasons more fully set forth in the attached memorandum, that this Court set a Status Conference in this proceeding.

Respectfully submitted,

THE ANDRY LAW FIRM, L.L.C.

BY: _____
         JONATHAN B. ANDRY (LSBN #20081)
         610 Baronne Street
         New Orleans, Louisiana 70113
         (504) 586-8899

1