UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: RESPONDER, *Andry*, (No. 07-4533) | |

## MEMORANDUM IN SUPPORT OF MOTION FOR STATUS CONFERENCE

**MAY IT PLEASE THE COURT:**

Plaintiffs, Jonathan B. Andry and Caroline J. Andry, filed their complaint in this matter and said complaints were served on the defendants on October 22, 2007. This matter was improperly consolidated into the Katrina umbrella. Plaintiff has only been contacted by Mr. Brock Dupre as attorney for the United States. Mr. Dupre has indicated that he represents the United States, yet has not responded to the Complaint, nor any of plaintiffs' demands for payment. As of the date of this filing, no appearance has been made on the record on behalf of any of the defendants.

2

Plaintiffs' residence continues to remain in a state of disrepair due to defendants' refusal to pay under the policy. In order to move this litigation forward, it is necessary that a status conference be held on the soonest available date. Therefore, plaintiffs respectfully request that a Status Conference be held in this case on February 20, 2008 at 9:30 a.m.

Respectfully submitted,

THE ANDRY LAW FIRM, L.L.C.

BY: _____
JONATHAN B. ANDRY (LSBN #20081)
610 Baronne Street
New Orleans, Louisiana 70113
(504) 586-8899

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Status Conference, Memorandum in Support of Motion for Status Conference, and Notice of Hearing have been duly served upon the following counsel of record by depositing same into the United States Mail, properly address, postage prepaid, this 14th day of January, 2008.

Brock Dupre
Attorney for the United States
U.S. Attorney's Office
500 Poydras St., Suite B-210
New Orleans, LA 70130

_____
JONATHAN B. ANDRY