UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: RESPONDER, *Andry,*<br>(No. 07-4533) | |

## **O R D E R**

Considering the above and foregoing Motion for Status Conference;

IT IS ORDERED that a Status Conference be held in this matter on the __20th__ day of __February__, 2008.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
J U D G E

6