# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION | |
| | * | | |
| | * | NO. 05-4182 | |
| PERTAINS TO:  BARGE | * | and consolidated cases | |
| | * | | |
| | * | SECTION "K"  (2) | |
| *Boutte v. Lafarge* 05-5531 | * | | |
| *Mumford v. Ingram* 05-5724 | * | | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE | |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. | |
| *Benoit v. Lafarge* 06-7516 | * | | |
| *Parfait Family v. USA* 07-3500 | * | MAG. | |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. | |
| | * | | |

## UNOPPOSED, *EX PARTE* MOTION FOR LEAVE TO PROPOUND ADDITIONAL WRITTEN DISCOVERY TO LAFARGE NORTH AMERICA

_____NOW COMES the Barge P.S.L.C., through Barge Plaintiffs' Liaison Counsel, who, for the

reasons expressed in the accompanying memorandum, respectfully move for leave to propound

additional written discovery to Lafarge North America.

It is so moved.


Respectfully Submitted,

WIEDEMANN & WIEDEMANN


\s\Lawrence D. Wiedemann_____
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)

821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs


LAW OFFICE OF BRIAN A. GILBERT


\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs
Barge Plaintiffs' Liaison


\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 14 day of January, 2008.


\s\Brian A. Gilbert
BRIAN A. GILBERT