## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*          05-5724 | * | |
| *Lagarde v. Lafarge*          06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*          07-3500 | * | MAG. |
| *Lafarge v. USA*_____07-5178_____ | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER

Considering the Barge P.S.L.C.'s Unopposed, *ex Parte* Motion For Leave to Propound Additional Written Discovery To Lafarge North America, and the Certificate of No Opposition attached thereto, it is hereby ORDERED that the motion be, and is hereby, GRANTED *EX PARTE*, permitting the Barge P.S.L.C. to propound the discovery described in the supporting Memorandum.

New Orleans, Louisiana, this _____ day of January, 2008.

_____
**HON. JOSEPH C. WILKINSON, JR.**
**UNITED STATES MAGISTRATE**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 14 day of January, 2008.


\s\Brian A. Gilbert
BRIAN A. GILBERT