UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>    ALL BARGE<br><br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

NOTICE OF PRODUCTION

In response to Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, the United States produces the following Bates ranges pursuant to the Court's Order of January 4, 2008 (Doc. Rec. No. 10105):

NRL-503-000000001 to NRL-503-000000001.

The following Record Document Numbers reference the original Notices of Production for claims images in the *In Re Katrina Canal Breaches* litigation, also included:

Document Number 6738;

Document Number 6832;

Document Number 9627.

This Notice of Production is respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER, III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: January 14, 2008

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on January 14, 2008, I served a true copy of the United States' Notice of Production upon all parties by ECF:

                                                                    s/ James F. McConnon, Jr.
                                                                   JAMES F. McCONNON, JR.