**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRL | 503 | NRL-503-000000001 | NRL-503-000000001 | USACE, Mississippi Valley Division, New Orleans Office of General Counsel | Angela Drinkwitz | KC420 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Claims documentation provided in ASCII Delimited Format produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |