# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **SECTION "K"** |
| | § | |
| | § | **MAGISTRATE (2)** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | |
| Insurance | § | |
| | § | **THIS PLEADING APPLIES ONLY** |
| No. 07-5112, *Susan Abadie et al., v Aegis Security* | § | **TO THE CLAIM OF** |
| *Insurance Co., et al.* | § | Jody and Lawrence J. McManus |
| | § | |

## O R D E R

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Jody and Lawrence J. McManus, against USAA Casualty Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____

United States District Judge