UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES      *  CIVIL ACTION
        CONSOLIDATED LITIGATION    *  NO. 05-4182 "K" (2)
                                          *  JUDGE DUVAL
                                          *  MAG. WILKINSON
                                          *
                                          **

PERTAINS TO: ROAD HOME              *
    Louisiana State C.A. No. 07-5528    *
                                        *

*********************************** *******************************

### INSURANCE COMPANY DEFENDANTS' ACKNOWLEDGEMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendants identified below, by the undersigned counsel of record, hereby acknowledge receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

**MCGLINCHEY STAFFORD, PLLC**
    /s/ Stephanie G. John                                    January 14, 2008
GERARD E. WIMBERLY, JR. (#13584) (T.A.)
ANTHONY ROLLO ( # 01133)
DANIEL T. PLUNKETT (# 21822)
643 Magazine Street
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-0377
and
STEPHANIE G. JOHN (#25111)
1001 McKinney St. Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

COUNSEL FOR DEFENDANTS, BALBOA
INSURANCE COMPANY, HSBC INSURANCE
COMPANY OF DELAWARE, AND MERITPLAN
INSURANCE COMPANY

730291.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record, if any, who are non-CM/ECF participants.

                                        /s/ *Stephanie G. John*.
                                          Stephanie G. John