UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | § § § § § | THIS PLEADING APPLIES<br>ONLY TO THE CLAIMS OF<br>JOHN AND CAROLYN WASHINGTON |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, John and Carolyn Washington, who wish to voluntarily dismiss their claims against Defendant, Certain Underwriters of Lloyds of London, regarding homeowners' insurance policy for 1223 Flood Street, New Orleans, Louisiana 70117, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, Plaintiffs, John and Carolyn Washington, respectfully request that this Court reopen this case with respect to Defendant, Certain Underwriters at Lloyds of London, regarding

homeowners' insurance policy for 1223 Flood Street, New Orleans, Louisiana 70117, for the sole purpose of addressing this motion, thereby allowing plaintiffs to voluntarily dismiss their claims against Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 1223 Flood Street, New Orleans, Louisiana 70117 in the above- captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

**WHEREFORE**, Plaintiffs, John and Carolyn Washington, pray that the Court reopen this case with respect to Defendant, Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 1223 Flood Street, New Orleans, Louisiana 70117, for the sole purpose of addressing this motion, thereby allowing plaintiffs to voluntarily dismiss their claims against Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 1223 Flood Street, New Orleans, Louisiana 70117 in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted,

BY: /s/ Joseph M. Bruno
**JOSEPH M. BRUNO (#3604)**
**L. SCOTT JOANEN (#21431)**
The Law Office of Joseph M. Bruno
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6776
Attorneys of Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of foregoing pleading upon all counsel to this litigation, by facsimile, other electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 14th day of January, 2008.

                                            /s/ Joseph M. Bruno
                                            **JOSEPH M. BRUNO**