UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § THIS DOCUMENT RELATES TO: § Insurance § § No. 07-5112, *Susan Abadie et al., v Aegis Security* § *Insurance Co., et al.* § § | CIVIL ACTION NO.: 05-4182 SECTION "K" MAGISTRATE (2) THIS PLEADING APPLIES ONLY TO THE CLAIM OF JACQUES DE BOISBLANC |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Jacques De Boisblanc, who wishes to voluntarily dismiss the claims against Certain Underwriters at Lloyds of London regarding homeowners' insurance policy for 2067 Poydras Street, New Orleans, La 70112 in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, plaintiff respectfully requests that this Court reopen this case with respect to defendant, Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 2067 Poydras Street, New Orleans, La for the sole purpose of addressing this motion, thereby

allowing plaintiff to voluntarily dismiss the claims against Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 2067 Poydras Street, New Orleans, La 70112 in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, Plaintiff, Jacques De Boisblanc prays that the Court reopen this case with respect to Defendant, Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 2067 Poydras Street, New Orleans, La 70112, for the sole purpose of addressing this motion, thereby allowing plaintiff to voluntarily dismiss his claim against Certain Underwriters at Lloyds of London, regarding homeowners' insurance policy for 2067 Poydras Street, New Orleans, La 70112, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of foregoing pleading upon all counsel to this litigation, by facsimile, other electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 14th day of January, 2008.

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**