UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>   ALL LEVEE<br>   ALL MRGO<br>    ALL BARGE | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

## ORLEANS LEVEE DISTRICT'S NOTICE OF PRODUCTION

     In response to the written discovery propounded by the Plaintiffs to the Orleans Levee District in the MRGO and Levee Class Certification Actions, the written discovery propounded by the Plaintiffs to the Orleans Levee District in the common liability MRGO and Levee categories, the written discovery propounded by Washington Group International, Inc. to the Orleans Levee District in the common liability MRGO category, and the written discovery propounded by Lafarge North America Inc. to the Orleans Levee District in the Barge category, the Orleans Levee District has produced the documents identified in the production log attached hereto as Exhibit 1.

887011v.1

Such discovery documents produced by the Orleans Levee District may be obtained by any party to this litigation directly from Docusource, whose contact information is as follows:

>Docusource
>Attn: Kay Sloan
>201 St. Charles Avenue, Suite 101
>New Orleans, Louisiana 70170
>Telephone: (504) 588-2679
>Facsimile: (504)
>Email: **ksloan@docusource-lss.com**

Dated: January 14, 2008   Respectfully submitted,

>s/ Thomas P. Anzelmo_____
>McCRANIE, SISTRUNK, ANZELMO,
>   HARDY, MAXWELL & McDANIEL
>Thomas P. Anzelmo, P.A. - #2533
>Mark E. Hanna - #19336
>Kyle P. Kirsch - #26363
>Andre J. Lagarde - #28649
>3445 N. Causeway Boulevard, Ste. 800
>Metairie, Louisiana 70002
>TELEPHONE: (504) 831-0946
>FACSIMILE: (504) 831-2492
>
>and
>
>LABORDE & NEUNER
>Ben L. Mayeaux - #19042
>James L. Pate - # 10333
>Gregory A. Koury - #26364
>One Petroleum Center, Suite 200
>1001 West Pinhook Road
>Lafayette, Louisiana 70503
>TELEPHONE: (337) 237-7000
>FACSIMILE: (337) 233-945
>Attorneys for the ORLEANS LEVEE DISTRICT

887011v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2008, a copy of the above and foregoing **Orleans Levee District's Notice of Production** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                      s/ Thomas P. Anzelmo_____
                                      McCRANIE, SISTRUNK, ANZELMO,
                                           HARDY, MAXWELL & McDANIEL
                                      3445 N. Causeway Boulevard, Ste. 800
                                      Metairie, Louisiana 70002
                                      TELEPHONE:  (504) 831-0946
                                      FACSIMILE:  (504) 831-2492
                                      E-MAIL:  tpa@mcsalaw.com