ORLEANS LEVEE DISTRICT - PRODUCTION SETS 01 - 08

| No. | Sources | BOX# | Begdoc# | Enddoc# | DEPARTMENT / CUSTODIAN | PRODUCTION SET | PRODUCTION DATE |
|---|---|---|---|---|---|---|---|
| 1 | XXX | 0 | OLD-XXX-BOX000-00000001 | OLD-XXX-BOX000-00014912 | UNKNOWN | PRODUCTION 01 | 6/4/2007 |
| 2 | ENG | 1 | OLD-ENG-BOX001-00014913 | OLD-ENG-BOX001-00017399 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 3 | ENG | 2 | OLD-ENG-BOX002-00017400 | OLD-ENG-BOX002-00019759 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 4 | ENG | 3 | OLD-ENG-BOX003-00019760 | OLD-ENG-BOX003-00021625 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 5 | ENG | 4 | OLD-ENG-BOX004-00021626 | OLD-ENG-BOX004-00021754 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 6 | ENG | 5 | OLD-ENG-BOX005-00021755 | OLD-ENG-BOX005-00024206 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 7 | ENG | 6 | OLD-ENG-BOX006-00024207 | OLD-ENG-BOX006-00025796 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 8 | ENG | 7 | OLD-ENG-BOX007-00025797 | OLD-ENG-BOX007-00026730 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 9 | ENG | 8 | OLD-ENG-BOX008-00026731 | OLD-ENG-BOX008-00028635 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 10 | ENG | 9 | OLD-ENG-BOX009-00028636 | OLD-ENG-BOX009-00030621 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 11 | ENG | 10 | OLD-ENG-BOX010-00030622 | OLD-ENG-BOX010-00032498 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 12 | ENG | 11 | OLD-ENG-BOX011-00032499 | OLD-ENG-BOX011-00034104 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 13 | ENG | 12 | OLD-ENG-BOX012-00034105 | OLD-ENG-BOX012-00035934 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 14 | ENG | 13 | OLD-ENG-BOX013-00035935 | OLD-ENG-BOX013-00037243 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 15 | ENG | 16 | OLD-ENG-BOX016-00037244 | OLD-ENG-BOX016-00038189 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 16 | ENG | 17 | OLD-ENG-BOX017-00038190 | OLD-ENG-BOX017-00040911 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 17 | ENG | 18 | OLD-ENG-BOX018-00040912 | OLD-ENG-BOX018-00043754 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 18 | ENG | 19 | OLD-ENG-BOX019-00043755 | OLD-ENG-BOX019-00046431 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 19 | ENG | 20 | OLD-ENG-BOX020-00046432 | OLD-ENG-BOX020-00049601 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 20 | ENG | 21 | OLD-ENG-BOX021-00049602 | OLD-ENG-BOX021-00052883 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 21 | ENG | 22 | OLD-ENG-BOX022-00052884 | OLD-ENG-BOX022-00054275 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 22 | ENG | 23 | OLD-ENG-BOX023-00054276 | OLD-ENG-BOX023-00055090 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 23 | ENG | 24 | OLD-ENG-BOX024-00055091 | OLD-ENG-BOX024-00057677 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 24 | ENG | 25 | OLD-ENG-BOX025-00057678 | OLD-ENG-BOX025-00058312 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 25 | ENG | 14 | OLD-ENG-BOX014-00058313 | OLD-ENG-BOX014-00060691 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 26 | ENG | 15 | OLD-ENG-BOX015-00060692 | OLD-ENG-BOX015-00062931 | ENGINEERING DEPT | PRODUCTION 01 | 6/4/2007 |
| 27 | ENG | 26 | OLD-ENG-BOX026-00062932 | OLD-ENG-BOX026-00065335 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 28 | ENG | 27 | OLD-ENG-BOX027-00065336 | OLD-ENG-BOX027-00067535 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 29 | ENG | 28 | OLD-ENG-BOX028-00067536 | OLD-ENG-BOX028-00070351 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 30 | ENG | 29 | OLD-ENG-BOX029-00070352 | OLD-ENG-BOX029-00072032 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 31 | ENG | 30 | OLD-ENG-BOX030-00072033 | OLD-ENG-BOX030-00076971 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 32 | ENG | 31 | OLD-ENG-BOX031-00076972 | OLD-ENG-BOX031-00080650 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 33 | ENG | 33 | OLD-ENG-BOX033-00080651 | OLD-ENG-BOX033-00083383 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 34 | ENG | 34 | OLD-ENG-BOX034-00083384 | OLD-ENG-BOX034-00085340 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 35 | ENG | 35 | OLD-ENG-BOX035-00085341 | OLD-ENG-BOX035-00088137 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 36 | ENG | 36 | OLD-ENG-BOX036-00088138 | OLD-ENG-BOX036-00090270 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 37 | ENG | 37 | OLD-ENG-BOX037-00090271 | OLD-ENG-BOX037-00092581 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |

ORLEANS LEVEE DISTRICT - PRODUCTION SETS 01 - 08

| No. | Sources | BOX# | Begdoc# | Enddoc# | DEPARTMENT / CUSTODIAN | PRODUCTION SET | PRODUCTION DATE |
|---|---|---|---|---|---|---|---|
| 38 | ENG | 38 | OLD-ENG-BOX038-00092582 | OLD-ENG-BOX038-00094195 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 39 | ENG | 39 | OLD-ENG-BOX039-00094196 | OLD-ENG-BOX039-00096404 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 40 | ENG | 40 | OLD-ENG-BOX040-00096405 | OLD-ENG-BOX040-00097929 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 41 | ENG | 41 | OLD-ENG-BOX041-00097930 | OLD-ENG-BOX041-00099848 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 42 | ENG | 42 | OLD-ENG-BOX042-00099849 | OLD-ENG-BOX042-00103077 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 43 | ENG | 43 | OLD-ENG-BOX043-00103078 | OLD-ENG-BOX043-00104743 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 44 | ENG | 44 | OLD-ENG-BOX044-00104744 | OLD-ENG-BOX044-00106165 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 45 | ENG | 45 | OLD-ENG-BOX045-00106166 | OLD-ENG-BOX045-00107182 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 46 | ENG | 46 | OLD-ENG-BOX046-00107183 | OLD-ENG-BOX046-00111447 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 47 | ENG | 47 | OLD-ENG-BOX047-00111448 | OLD-ENG-BOX047-00115056 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 48 | ENG | 48 | OLD-ENG-BOX048-00115057 | OLD-ENG-BOX048-00117425 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 49 | ENG | 49 | OLD-ENG-BOX049-00117426 | OLD-ENG-BOX049-00119036 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 50 | ENG | 50 | OLD-ENG-BOX050-00119037 | OLD-ENG-BOX050-00121558 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 51 | ENG | 51 | OLD-ENG-BOX051-00121559 | OLD-ENG-BOX051-00124432 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 52 | ENG | 52 | OLD-ENG-BOX052-00124433 | OLD-ENG-BOX052-00127877 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 53 | ENG | 53 | OLD-ENG-BOX053-00127878 | OLD-ENG-BOX053-00129748 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 54 | ENG | 54 | OLD-ENG-BOX054-00129749 | OLD-ENG-BOX054-00131373 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 55 | ENG | 55 | OLD-ENG-BOX055-00131374 | OLD-ENG-BOX055-00133651 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 56 | ENG | 56 | OLD-ENG-BOX056-00133652 | OLD-ENG-BOX056-00135580 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 57 | ENG | 72 | OLD-ENG-BOX072-00135581 | OLD-ENG-BOX072-00136032 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 58 | ENG | 73 | OLD-ENG-BOX073-00136033 | OLD-ENG-BOX073-00137438 | ENGINEERING DEPT | PRODUCTION 02 | 7/5/2007 |
| 59 | ENG | 32 | OLD-ENG-BOX032-00137439 | OLD-ENG-BOX032-00139343 | ENGINEERING DEPT | PRODUCTION 03 | 8/1/2007 |
| 60 | ENG | 76 | OLD-ENG-076-00139344 | OLD-ENG-076-00140852 | ENGINEERING DEPT | PRODUCTION 03 | 8/1/2007 |
| 61 | ENG | 77 | OLD-ENG-BOX077-00140853 | OLD-ENG-BOX077-00141682 | ENGINEERING DEPT | PRODUCTION 03 | 8/1/2007 |
| 62 | ENG | 80 | OLD-ENG-BOX080-00141683 | OLD-ENG-BOX080-00142261 | ENGINEERING DEPT | PRODUCTION 03 | 8/1/2007 |
| 63 | EXE | 1 | OLD-EXE-BOX001-00142262 | OLD-EXE-BOX001-00143753 | EXECUTIVE DEPT | PRODUCTION 03 | 8/1/2007 |
| 64 | EXE | 2 | OLD-EXE-BOX002-00143754 | OLD-EXE-BOX002-00145473 | EXECUTIVE DEPT | PRODUCTION 03 | 8/1/2007 |
| 65 | EXE | 12 | OLD-EXE-BOX012-00145474 | OLD-EXE-BOX012-00147034 | EXECUTIVE DEPT | PRODUCTION 03 | 8/1/2007 |
| 66 | EXE | 4 | OLD-EXE-BOX004-00147305 | OLD-EXE-BOX004-00149293 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 67 | EXE | 5 | OLD-EXE-BOX005-00149294 | OLD-EXE-BOX005-00151296 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 68 | EXE | 7 | OLD-EXE-BOX007-00151297 | OLD-EXE-BOX007-00153818 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 69 | EXE | 8 | OLD-EXE-BOX008-00153819 | OLD-EXE-BOX008-00156773 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 70 | EXE | 9 | OLD-EXE-BOX009-00156774 | OLD-EXE-BOX009-00159427 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 71 | EXE | 10 | OLD-EXE-BOX010-00159428 | OLD-EXE-BOX010-00161533 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 72 | EXE | 13 | OLD-EXE-BOX013-00161534 | OLD-EXE-BOX013-00163475 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 73 | EXE | 14 | OLD-EXE-BOX014-00163476 | OLD-EXE-BOX014-00165326 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 74 | EXE | 15 | OLD-EXE-BOX015-00165327 | OLD-EXE-BOX015-00167579 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |

ORLEANS LEVEE DISTRICT - PRODUCTION SETS 01 - 08

| No. | Sources | BOX# | Begdoc# | Enddoc# | DEPARTMENT / CUSTODIAN | PRODUCTION SET | PRODUCTION DATE |
|---|---|---|---|---|---|---|---|
| 75 | EXE | 16 | OLD-EXE-BOX016-00167580 | OLD-EXE-BOX016-00169656 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 76 | EXE | 19 | OLD-EXE-BOX019-00169657 | OLD-EXE-BOX019-00171904 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 77 | EXE | 20 | OLD-EXE-BOX020-00171905 | OLD-EXE-BOX020-00173857 | EXECUTIVE DEPT | PRODUCTION 04 | 9/10/2007 |
| 78 | MAIN | 1 | OLD-MAIN-BOX001-00173858 | OLD-MAIN-BOX001-00174855 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 79 | MAIN | 2 | OLD-MAIN-BOX002-00174856 | OLD-MAIN-BOX002-00176804 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 80 | MAIN | 3 | OLD-MAIN-BOX003-00176805 | OLD-MAIN-BOX003-00179026 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 81 | MAIN | 4 | OLD-MAIN-BOX004-00179027 | OLD-MAIN-BOX004-00181320 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 82 | MAIN | 5 | OLD-MAIN-BOX005-00181321 | OLD-MAIN-BOX005-00182439 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 83 | MAIN | 6 | OLD-MAIN-BOX006-00182440 | OLD-MAIN-BOX006-00183505 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 84 | MAIN | 7 | OLD-MAIN-BOX007-00183506 | OLD-MAIN-BOX007-00184196 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 85 | MAIN | 8 | OLD-MAIN-BOX008-00184197 | OLD-MAIN-BOX008-00185770 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 86 | MAIN | 9 | OLD-MAIN-BOX009-00185771 | OLD-MAIN-BOX009-00187693 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 87 | MAIN | 10 | OLD-MAIN-BOX010-00187694 | OLD-MAIN-BOX010-00189178 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 88 | MAIN | 11 | OLD-MAIN-BOX011-00189179 | OLD-MAIN-BOX011-00190838 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 89 | MAIN | 12 | OLD-MAIN-BOX012-00190839 | OLD-MAIN-BOX012-00192413 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 90 | MAIN | 13 | OLD-MAIN-BOX013-00192414 | OLD-MAIN-BOX013-00194540 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 91 | MAIN | 14 | OLD-MAIN-BOX014-00194541 | OLD-MAIN-BOX014-00196802 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 92 | MAIN | 15 | OLD-MAIN-BOX015-00196803 | OLD-MAIN-BOX015-00199381 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 93 | MAIN | 16 | OLD-MAIN-BOX016-00199382 | OLD-MAIN-BOX016-00200328 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 94 | MAIN | 17 | OLD-MAIN-BOX017-00200329 | OLD-MAIN-BOX017-00201670 | MAINTENANCE DEPT | PRODUCTION 05 | 10/8/2007 |
| 95 | EXE | 11 | OLD-EXE-BOX011-00201671 | OLD-EXE-BOX011-00203042 | EXECUTIVE DEPT | PRODUCTION 05 | 10/8/2007 |
| 96 | EXE | 6 | OLD-EXE-BOX006-00203043 | OLD-EXE-BOX006-00209245 | EXECUTIVE DEPT | PRODUCTION 05 | 10/8/2007 |
| 97 | EXE | 18 | OLD-EXE-BOX018-00209246 | OLD-EXE-BOX018-00211408 | EXECUTIVE DEPT | PRODUCTION 05 | 10/8/2007 |
| 98 | EXE | 17 | OLD-EXE-017-00211409 | OLD-EXE-017-00213999 | EXECUTIVE DEPT | PRODUCTION 06 | 10/31/2007 |
| 99 | EXE | 22 | OLD-EXE-022-00214000 | OLD-EXE-022-00215606 | EXECUTIVE DEPT | PRODUCTION 06 | 10/31/2007 |
| 100 | EXE | 23 | OLD-EXE-023-00215607 | OLD-EXE-023-00217843 | EXECUTIVE DEPT | PRODUCTION 06 | 10/31/2007 |
| 101 | EXE | 24 | OLD-EXE-024-00217844 | OLD-EXE-024-00219598 | EXECUTIVE DEPT | PRODUCTION 06 | 10/31/2007 |
| 102 | EXE | 25 | OLD-EXE-025-00219599 | OLD-EXE-025-00226939 | EXECUTIVE DEPT | PRODUCTION 06 | 10/31/2007 |
| 103 | EXE | 26 | OLD-EXE-026-00226940 | OLD-EXE-026-00228596 | EXECUTIVE DEPT | PRODUCTION 06 | 10/31/2007 |
| 104 | EXE | 27 | OLD-EXE-027-00228597 | OLD-EXE-027-00230073 | EXECUTIVE DEPT | PRODUCTION 06 | 10/31/2007 |
| 105 | FIN | 57 | OLD-FIN-057-00230074 | OLD-FIN-057-00230693 | FINANCIAL DEPT | PRODUCTION 06 | 10/31/2007 |
| 106 | FIN | 58 | OLD-FIN-058-00230694 | OLD-FIN-058-00232321 | FINANCIAL DEPT | PRODUCTION 06 | 10/31/2007 |
| 107 | FIN | 59 | OLD-FIN-059-00232322 | OLD-FIN-059-00234076 | FINANCIAL DEPT | PRODUCTION 06 | 10/31/2007 |
| 108 | FIN | 60 | OLD-FIN-060-00234077 | OLD-FIN-060-00235230 | FINANCIAL DEPT | PRODUCTION 06 | 10/31/2007 |
| 109 | FIN | 61 | OLD-FIN-061-00235231 | OLD-FIN-061-00237002 | FINANCIAL DEPT | PRODUCTION 06 | 10/31/2007 |
| 110 | FIN | 62 | OLD-FIN-062-00237003 | OLD-FIN-062-00239004 | FINANCIAL DEPT | PRODUCTION 06 | 10/31/2007 |
| 111 | FIN | 63 | OLD-FIN-063-00239005 | OLD-FIN-063-00240936 | FINANCIAL DEPT | PRODUCTION 06 | 10/31/2007 |

ORLEANS LEVEE DISTRICT - PRODUCTION SETS 01 - 08

| No. | Sources | BOX# | Begdoc# | Enddoc# | DEPARTMENT / CUSTODIAN | PRODUCTION SET | PRODUCTION DATE |
|---|---|---|---|---|---|---|---|
| 112 | FIN | 64 | OLD-FIN-064-00240937 | OLD-FIN-064-00243110 | FINANCIAL DEPT | PRODUCTION 06 | 10/31/2007 |
| 113 | FIN | 66 | OLD-FIN-066-00243111 | OLD-FIN-066-0025203 | FINANCIAL DEPT | PRODUCTION 07 | 12/10/2007 |
| 114 | FIN | 67 | OLD-FIN-067-00245204 | OLD-FIN-067-00247632 | FINANCIAL DEPT | PRODUCTION 07 | 12/10/2007 |
| 115 | FIN | 68 | OLD-FIN-068-00247633 | OLD-FIN-068-00249649 | FINANCIAL DEPT | PRODUCTION 07 | 12/10/2007 |
| 116 | FIN | 72 | OLD-FIN-072-00249650 | OLD-FIN-072-00251550 | FINANCIAL DEPT | PRODUCTION 07 | 12/10/2007 |
| 117 | FIN | 73 | OLD-FIN-073-00251551 | OLD-FIN-073-00253428 | FINANCIAL DEPT | PRODUCTION 07 | 12/10/2007 |
| 118 | FIN | 75 | OLD-FIN-075-00253429 | OLD-FIN-075-00255837 | FINANCIAL DEPT | PRODUCTION 07 | 12/10/2007 |
| 119 | MAIN | 18 | OLD-MAIN-018-00255838 | OLD-MAIN-018-00257126 | MAINTENANCE DEPT | PRODUCTION 08 | 12/28/2007 |
| 120 | MAIN | 19 | OLD-MAIN-019-00257127 | OLD-MAIN-019-00258091 | MAINTENANCE DEPT | PRODUCTION 08 | 12/28/2007 |
| 121 | MAIN | 20 | OLD-MAIN-020-00258092 | OLD-MAIN-020-00260047 | MAINTENANCE DEPT | PRODUCTION 08 | 12/28/2007 |
| 123 | REAL | 1 | OLD-REAL-001-00260048 | OLD-REAL-001-00261568 | REAL ESTATE DEPT | PRODUCTION 08 | 12/28/2007 |
| 124 | ENG | 81 | OLD-ENG-081-00261569 | OLD-ENG-081-00262565 | ENGINEERING DEPT | PRODUCTION 08 | 12/28/2007 |
| 125 | ENG | 82 | OLD-ENG-082-00262566 | OLD-ENG-082-00263169 | ENGINEERING DEPT | PRODUCTION 08 | 12/28/2007 |
| 126 | ENG | 83 | OLD-ENG-083-00263170 | OLD-ENG-083-00263862 | ENGINEERING DEPT | PRODUCTION 08 | 12/28/2007 |
| 127 | ENG | 84 | OLD-ENG-084-00263863 | OLD-ENG-084-00264687 | ENGINEERING DEPT | PRODUCTION 08 | 12/28/2007 |
| 128 | ENG | 85 | OLD-ENG-085-00264688 | OLD-ENG-085-00265970 | ENGINEERING DEPT | PRODUCTION 08 | 12/28/2007 |
| 129 | ENG | 86 | OLD-ENG-086-00265971 | OLD-ENG-086-00266852 | ENGINEERING DEPT | PRODUCTION 08 | 12/28/2007 |
| 130 | ENG | 87 | OLD-ENG-087-00266853 | OLD-ENG-087-00268333 | ENGINEERING DEPT | PRODUCTION 08 | 12/28/2007 |
| 131 | ENG | 88 | OLD-ENG-088-00268334 | OLD-ENG-088-00269870 | ENGINEERING DEPT | PRODUCTION 08 | 12/28/2007 |
| 132 | ENG | 89 | OLD-ENG-089-00269871 | OLD-ENG-089-00273401 | ENGINEERING DEPT | PRODUCTION 08 | 12/28/2007 |
| 133 | ENG | 90 | OLD-ENG-090-00273402 | OLD-ENG-090-00274571 | ENGINEERING DEPT | PRODUCTION 08 | 12/28/2007 |