EXHIBIT   20



**US Army Corps
of Engineers®**

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume I – Executive Summary and Overview

26 March 2007



**INTERIM FINAL**

**(Subject to Revision)**

available. For all of the canals, the design analysis used acceptable but dated approaches for stability analysis and a factor of safety of 1.3. Failure modes examined were traditional for the time but did not explore other possibilities. The design for the Orleans Canal structures was more conservative than those for the 17th Street and London Avenue Canals. The levee section was wider and the freeboard of the exposed floodwall less. Orleans Canal had fewer real estate access restrictions, being adjacent to open public land. In the end, all of these differences played a large role in the ultimate performance of the structures during Katrina.



Figure 4.   Map showing detailed geometry and features of the New Orleans metropolitan area.

It is important to note the complexity of the HPS. Besides the structures considered part of the hurricane protection projects cited above, other features such as the main-line levees of the Mississippi River, levees and walls that form the outer periphery of the HPS, pump stations, bridges, navigation structures, and drainage and control structures are all factors in the ultimate ability to protect New Orleans from flooding. Some of these structures are not part of the HPS and fall under different jurisdictions making their management during a flood more complicated.

The elevations of the current hurricane protection structures are significantly below the originally authorized heights in part from errors in initial constructed elevations, in part from rapid subsidence, and in part from sections where the authorized hurricane protection structures



Figure 16.  Locations (in red) of severe damage to hurricane protection structures resulting from Katrina.

The storm surge and waves first attacked the Plaquemines Levees well before Katrina's landfall, causing significant overtopping and erosion before dawn. The MRGO Levees were soon hit with similar conditions and eventually both Plaquemines and St. Bernard Levees would be overtopped by both high surge and high, long-period waves. The persistent east to west winds had also built up a significant surge level at the convergence of the GIWW and the IHNC. Wind-generated waves reached at least 4 ft in the IHNC, contributing to very high water and dynamic loading on structures. The surge and waves had a devastating effect on the sections of the levees along the GIWW (Figure 17) and MRGO (Figure 18) that were constructed with materials dredged from the adjacent channels using hydraulic fill. Even though the levees were capped with clay, they were no match for the energetic environment they experienced. The overtopping waves created very high water velocities down the back sides of the levees, reaching 10 to 15 ft/sec. These velocities were two to three times those experienced on the water side of the levees (4 to 6 ft/sec). The potential for erosion being related to the cube of velocity, it is no wonder that the back sides of the levees, especially where they were comprised of erodible materials, were scoured away leading to, in many cases, complete breaching. Figure 19 shows the close correlation between the degree of breaching from overtopping and erosion and the types of materials. In this example for New Orleans East, the correspondence of breaching and hydraulic fill constructed levees is obvious.

I-42

Volume I Executive Summary and Overview
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 8-1**
**Character of Breach Sites and General Repairs**

| Breach/Project ID | Breach Location Description | Damage Description | Repair Description |
|---|---|---|---|
| IHNC01 | East Side N. Claiborne Ave to Florida Ave | There are approximately 4,000 lineal ft of concrete I-wall flood barrier. Damages consisted of a breach of the floodwall immediately south of Florida Ave (250') and a breach approximately 100 yds north of Claiborne Ave (850') with the remaining portions of the floodwall having areas of severe scour and tilting of the I-wall. | Repair work includes replacement of the concrete I-wall with a concrete T-wall, supported on H-piles and sheet piling. |
| IHNC02 | West Side France Rd ramp to Benefit St | This section consists of concrete I-wall. The damage in this area consisted of a breach of the floodwall at the container terminal along France Rd. There was also heavy scour of the floodwall. | Repair work consists of removing approximately 1,300 lineal ft of the damaged concrete I-wall and replacing it with new concrete L-wall, supported by steel H-piles and longer steel sheet piles. |
| IHNC05 | West Side Vicinity France Rd ramp to IHNC | This section consists of approximately 1,600 ft of existing levee and concrete floodwall that was breached and experienced severe scour. | Repair work consists of replacement with a new concrete T-wall. |
| IHNC07 | East Side, Lock to Claiborne | Approximately 1,400 lineal ft of concrete I-wall flood barrier was damaged by scour. | Repair work consists of scour repair. |
| NOE01 | Back Levee, Michoud Levee to CSX RR | Approximately 4.3 miles of levee experienced severe scour. | Repair consists of rebuilding the existing levee back to its constructed grade with 680,000 cu yd of earthen material, seeding and fertilizing |
| NOE02 | Pump Station No. 15 | The existing steel sheet-pile wall was severely damaged and the levee experienced severe scour. | Repair work consists of removing the damaged steel sheet pile wall, installing a new concrete T-wall, filling in sour holes and bringing the damaged levee back up to pre-Katrina elevation. |
| NOE03 | Air Products Site | The existing concrete I-wall and steel sheet-pile wall were severely damaged and the levee experienced severe scour. | Repair work consists of removing the damaged concrete I-wall and steel sheet-pile wall, filling in scour holes, installing a new concrete I-wall, and raising the damaged levee to pre-Katrina elevations, seeding and fertilizing. |
| NOE04 | Citrus Back Levee Floodwall | The existing concrete I-wall was severely damaged and the levee experienced severe scour. | Repair work consists of removing the damaged concrete I-wall sections, filling in the scour holes, regrading the damaged levees, constructing a new concrete wall, and putting in an earthen stability berm on the landside of the wall, seeding and fertilizing. |
| NOE05 | Floodgate at CSX Tracks | The existing concrete wall and railroad closure gate were severely damaged and the levee experienced severe scour. | Repair work consists of removing the existing concrete wall and railroad closure gate, filling the scoured areas, constructing a new closure gate and new concrete T-walls and I-walls, placement of rip rap, concrete slope paving and concrete roadway. |

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 8-1**
**Character of Breach Sites and General Repairs**

| Breach/Project ID | Breach Location Description | Damage Description | Repair Description |
|---|---|---|---|
| OEB02 | 17th St. Canal floodwall | Damage to this section consists of a 455-ft breach of the floodwall on the east side of the canal. | Repairs involved replacing 455 ft of reinforced concrete T-wall. The T-wall consists of a reinforced concrete base slab with a reinforced concrete wall extending up to elevation +14.0 ft. |
| OEB04 | London Ave. Canal floodwall at Mirabeau Blvd | Damage to this section consists of a 425-ft breach of the floodwall on the east side of the canal. | Repairs involved replacing 425 ft of reinforced concrete T-wall. |
| OEB06 | London Ave. Canal floodwall at Robert E. Lee | Damage to this section consists of a 720-ft breach of the floodwall on the west side of the canal. | Repairs involved replacing 720 ft of reinforced concrete T-wall. |
| STB04 | MRGO between Bayou Bienvenue and Bayou Dupre Control Structure | Damage to this section consists of a 6.2-mile reach of levee that lost approximately 12 ft of levee elevation. Additionally, a total of 4,300 ft of sheet-pile floodwall was badly damaged. | Repairs include restoring the entire levee reach to the design grade elevation, which requires the placement of an estimated 1,040,000 cubic yards of fill material. Replace sheet-pile walls with 30' sheets. |
| STB03 | MRGO East of Bayou Dupre | Approximately 12 ft of levee elevation was lost in an 8,000 ft section of levee immediately southeast of Bayou Dupre. Approximately 8 ft of levee elevation was lost in a 2,500-ft section of levee southeast of Bayou Dupre. Approximately 700 ft of sheet-pile floodwall was damaged. | The entire levee reach will be restored to the design grade elevation, requiring the placement of an estimated 1,120,000 cubic yards of fill material. The damaged sheet pile floodwall will be replaced. |
| STB05 | Paris Road floodgate | Damage to the closure structure included scour of the structural backfill resulting from overtopping of the closure panels and the impact from a loose barge. | Repair involves filling structural and structural backfill scour adjacent to floodwalls and four closure structures. |
| STB06 | Bayou Dupre Control Structure | Adjacent section of the floodwall failed and the fill around other sections of floodwalls was eroded away due to overtopping. Mechanical and electrical systems were also damaged. | Repair involves repair of floodwall and structural backfill of the control structure, including a significant scour hole to be filled with 17,500 cubic yards of granular backfill and protected with grouted riprap. |
| STB07 | Bayou Bienvenue Control Structure | Damage resulted from a loose barge hitting an adjacent floodwall and the fill around the floodwall eroding due to overtopping. Mechanical and electrical systems were also damaged. | Repair involves repair of floodwall and structural backfill of the control structure, including a significant scour hole to be filled with 28,600 cubic yards of granular backfill and protected with grouted riprap. |
| STB08 | MRGO to Caernarvon Levee | Damage included scour on the backside of the about 10.8 miles of levee. | Repair involves filling the scour areas. |
| P03 | NOV East Bank, Reach C | Damage consisted of approximately 2.6 miles of crown erosion and <500 ft of riverside and landside slope erosion was identified. The back levee sustained a complete breach with associated scour hole. A ground survey shows that the breach was 190 ft wide at the levee centerline and the sour hole extends to -21 NGVD. | Repair involves the entire 16-mile east bank back levees, including clearing and grubbing, excavation, placing semi-compacted fill and armor stone, fertilized, seeding and other incidental work. |

I-8-6

Volume I  Executive Summary and Overview – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 8-1**
**Character of Breach Sites and General Repairs**

| Breach/Project ID | Breach Location Description | Damage Description | Repair Description |
|---|---|---|---|
| P07 | MRL Levee, City Price to Port Sulphur | Damage consisted of 0.6 mile of riverside paving block damage and 3.1 miles of minor landside slope erosion. | Repair involves hauling, placing and compacting fill and crushed limestone, fertilizing and seeding. |
| P08 | MRL Levee, Port Sulphur to Fort Jackson | Damage consisted of paving block damage, crown erosion, landside slope erosion, riverside slope erosion, and erosion at the ends of and behind sheet pile and concrete capped hurricane protection walls (2.8 miles). | Slope and crown scour will be repaired. |
| P15 | NOV Empire Flood Gate | The back levee sustained ruinous damage to sheetpile walls in the vicinity of the Empire lock and canal, and to the levee crown on either side of the sheet pile. The Empire flood gate was stuck in the open position during Hurricane Katrina. | Mechanical, electrical, and structural repairs will be made to the Empire Flood Gate. |
| P17 | NOV Enlarged Levees, Buras Area | Hurricane protection floodwalls were damaged | Damaged floodwalls will be replaced. |
| P18 | NOV Back Levee Repair, Reach B-1 | Damage consisted of crown and slope scour along an 11-mile reach from Empire to Fort Jackson. Severe damage occurred at places where hard points intersected - at wing walls for Sunrise and Hayes pumping stations, and at a pipeline crossing. | Slope and crown scour will be repaired. |
| P19 | NOV Levee, Above City Price and Reach A | Damage involved crown and slope scour as well as levee breaches at two locations near Nairn. One breach occurred where a pipeline passed thru the embankment, while the other breach occurred where a deep canal lay just inside the levee toe. | Slope and crown scour will be repaired. |
| P20 | NOV West Bank Back Levee Floodwall | Damage involved a levee breach near Hayes Pump station and a breach at the Sunrise Pumping Station. The breach at the Sunrise pumping station destroyed about 200-ft of structural T-wall. The breach was 180 ft wide, 500 ft long and included a 25-30-ft deep scour hole. | T-walls will be replaced and additional sheet-pile wing walls will be constructed at the Hayes Pumping Station. |
| P21 | West Bank Back Levee Repairs | Floodwalls (sheet pile I-walls) were damaged at Freeport, Home Place Marina, Gainard Woods Pump Station, and Diamond Pump Station. The Diamond Pump Station sustained erosion at the ends of the concrete transition wall. | Floodwalls will be repaired |
| P22 | Woodland Emergency Repair | Damage involves a levee breach at Woodland on the west bank of the Miss. River. | The levee will be repaired. |
| P25 | West Pointe a la Hache Siphon Repair | Damage involves a levee breach. | The damaged levee section will be reconstructed, sheet pile cutoff walls will be extended upstream and downstream of the siphon, and the slope pavement on both sides of the crown of the levee will be replaced. |

Volume I  Executive Summary and Overview – Technical Appendix

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

I-8-7



**US Army Corps of Engineers** ®

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume III – The Hurricane Protection System

22 August 2007

**FINAL**



## 3.2.1. Lake Pontchartrain and Vicinity

### 3.2.1.1. General Description

The Lake Pontchartrain, LA, and Vicinity Hurricane Protection Project (HPP) covers St. Bernard, Orleans, Jefferson, and St. Charles Parishes in southeast Louisiana, generally in the vicinity of the city of New Orleans, and between the Mississippi River and Lake Pontchartrain. The Orleans East Bank portion of the project includes the east bank of the Mississippi River between the 17th Street Outfall Canal and Inner Harbor Navigational Canal (IHNC). Figure 5 is an index map showing the individual parishes within the Lake Pontchartrain, LA, and Vicinity HPP.



Figure 5.   Index map to Lake Pontchartrain, LA, and Vicinity Hurricane Protection Project (includes St. Bernard, Orleans, Jefferson, and St. Charles Parishes as shown)

The pre-Katrina project condition or construction status for each polder is described within their respective section of this report. However, in general, the relatively poor soils in southeast Louisiana impact the methods used to construct levees. Construction of levees usually requires several lifts. A lift is simply a reconstruction or raising of a previously constructed levee to account for localized subsidence and compaction of the earthen structure over time. In some cases the first lift cannot be constructed to the design elevation because of the underlying soil

conditions. In that case, the levee is constructed to an interim elevation to load and compact the subsurface soils. Subsequent lifts would be constructed to the design elevation. In areas where the first lift can be constructed to the design elevation, subsequent lifts will be constructed to restore this elevation once settlement has occurred.

During the design phase of a project, geotechnical engineers estimate the number of lifts required for various reaches of the project. This estimate is based on soil conditions in the area and the information is used to estimate the cost of the project. For the Lake Pontchartrain and Vicinity project, it was estimated that as many as four lifts would be required for many reaches of the levee system. Once the initial lift is constructed, profiles are taken of the levee usually on an annual basis to determine the rate of subsidence. While there is no definitive yardstick for deciding when another lift will be constructed, the general policy has been that if a foot of settlement has occurred then preparation of plans and specifications should begin.

As the lifts are constructed over time, the rate of subsidence generally tends to decrease. This means that the length of time between levee lift may increase, and the amount of material required to raise the levee will decrease. For the Lake Pontchartrain and Vicinity project, the initial through the final lift includes an additional amount of fill called overbuild. This material is used to raise the levee somewhat higher than the design elevations to account for shrinkage and long-term subsidence.

### 3.2.1.2. History

The Lake Pontchartrain, LA, and Vicinity HPP originated from an act of Congress, approved 15 June 1955, that authorized examinations and surveys of the coastal and tidal areas of the eastern and southern United States susceptible to damage from hurricanes.

Subsequently, the New Orleans District submitted the "Interim Survey Report, Lake Pontchartrain, Louisiana, and Vicinity" on 21 November 1962. To prevent large tidal surges from entering Lake Pontchartrain during the approach of hurricanes from the Gulf of Mexico, the survey report advocated a hurricane protection plan that consisted of a barrier at the eastern end of the lake, complete with tidal and navigation structures in the Rigolets and Chef Menteur Pass and a dual purpose navigation lock in the IHNC at Seabrook. The plan posited in the survey report also recommended new or enlarged protective works fronting the developed or potentially developable areas along the lakefront.

The survey report served as the genesis for what came to be known as the Barrier Plan. On 4 March 1964, the Chief of Engineers sent a report to the Secretary of the Army that recommended the construction of the eastern lake barrier and barrier complexes, as well as new lakeshore levees in St. Charles Parish, Citrus, and New Orleans East, and the enlargement of existing protective works in Jefferson Parish, Orleans Parish, and at Mandeville. The report also recommended the authorization of a separate plan for the Chalmette area that included improvements to the levees flanking the IHNC and the construction of new levees along the south side of the Mississippi River-Gulf Outlet (MRGO) from the IHNC to Bayou Dupré and on toward Violet.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### 3.2.1.6 New Orleans East

***Introduction***

The hurricane protection system for the New Orleans East (NOE) Basin was designed as part of the Lake Pontchartrain, LA, and Vicinity HPP. The NOE portion of the project protects 45,000 acres of urban, industrial, commercial, and industrial lands. Figure 10 illustrates the boundaries and basic flood protection components within the NOE basin. The levee is constructed with a 10-ft crown width with side slopes of 1 on 3. The height of the levee ranges from 13 to 19 ft. There are floodwall segments along the line of protection that consist of sheet-pile walls or concrete I-walls constructed on top of sheet pile. The line of protection was designed to provide protection from the SPH.

Figure 10 is used by the New Orleans District for planning and design, specifically because it shows as-built levee and floodwall elevations. The western border coincides with the Inner Harbor Navigation Canal (IHNC) and the eastern boundary of the Orleans Basin. It is bounded by the east bank of the IHNC, the Lake Pontchartrain shoreline (between the IHNC and South Point), the eastern boundary of the Bayou Sauvage National Wildlife Preserve, and the north side of the Gulf Intracoastal Waterway (GIWW) (between the IHNC and eastern edge of the Bayou Sauvage National Wildlife Preserve). The main components are described in the next section moving clockwise through the basin, beginning at the Lakefront Airport and ending at the western end of the GIWW.

#### Hurricane Protection Features New Orleans East Basin, Orleans Parish.

**New Orleans East Lakefront** includes the Citrus Lakefront Levee and New Orleans East Lakefront Levee consisting of 12.4 miles of earthen levee paralleling the Lakefront from the IHNC to South Point. It also includes floodwalls at the Lakefront Airport and Lincoln Beach.

**The New Orleans East Levee** consists of 8.4 miles of earthen levee from South Point to the GIWW along the eastern boundary of the Bayou Sauvage National Wildlife Preserve.

**GIWW.** The basin includes the Citrus Back Levee and New Orleans East Back Levee which consists of approximately 17.5 miles of earthen levees and concrete floodwalls along the northern edge of the GIWW.

**IHNC.** The basin protection includes approximately 2.8 miles of levee and concrete floodwall along the eastern side of the IHNC. The IHNC is described in a separate report.

**Pump Stations.** Eight pump stations and numerous drainage structures, pipe crossings, and culverts also lie within the boundaries.

**West and East Sides, IHNC, Orleans Parish.** The Inner Harbor Navigation Canal (IHNC) HPP contains approximately 10 miles of levee and floodwalls along the Inner Harbor Navigation Canal in a heavily industrialized area.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 10. NOE basin general components and top of levee/floodwall as-built elevations (feet) (source New Orleans District (Wayne Naquin).

Volume III   The Hurricane Protection System

III-155

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### 3.2.1.7. St. Bernard Introduction

**St. Bernard Parish Basin.** The St. Bernard basin Hurricane Protection System includes the levee/floodwall extending from the Inner Harbor Navigation Channel (IHNC) easterly, along the Gulf Intracoastal Waterway (GIWW), to the Bayou Bienvenue Control Structure, continuing along the Mississippi River Gulf Outlet (MRGO) southeasterly, then turns generally to the west, where it ties into the Mississippi River Levee at Caernarvon, as shown in Figure 14. A portion of the hurricane protection system in this area also provides hurricane protection to the Lower 9th Ward area in Orleans Parish.

The pertinent data for the Chalmette Area Plan (Orleans and St. Bernard's Parishes) was 1.51 miles of floodwall along the IHNC and 19.95 miles of levee which extend to the lower end of St. Bernard Parish. Also included in the plan are the Bayou Bienvenue and Bayou Dupre structures.



Figure 14.  Hurricane protection project, St. Bernard Parish

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



**US Army Corps
of Engineers ®**

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

**Volume IV – The Storm**

**26 March 2007**

**FINAL**





Figure 138. Marsh grass and typical inundation level for the homes in Chalmette area.

In summary for the Lower Ninth Ward, it appears that flooding began early on Monday morning. Eyewitness accounts and stopped-clock data indicate that floodwaters began entering the Lower Ninth Ward prior to 1030 UTC (5:30 a.m. CDT) and possibly as early as 0930 UTC (4:30 a.m. CDT). These early times suggest that the water entered through one or both of the breaches in the IHNC Floodwall. The floodwall was overtopped later at about 1230 UTC (7:30 a.m. CDT). Time-stamped photographs confirm that flooding had occurred by about 1300 UTC (8:00 a.m. CDT) near the Jackson Barracks along the southern end of this area near the St. Bernard Parish line. The floodwaters from the IHNC moved east, eventually merging with the waters from the Chalmette area near Paris Road in the midmorning timeframe. Flooding in the Chalmette area came from the northeast, entering this area about 1320 UTC (8:20 a.m. CDT). Water levels for the Lower Ninth Ward and St. Bernard Parish peaked at about 10.5 to 11 ft.

**New Orleans Downtown**

The location of the New Orleans Downtown area is shown in Figure 114. As indicated in the previous sections, the breaching and overtopping of the floodwalls and levees generally occurred early (between about 1130 and 1300 UTC (6:30 and 8:00 a.m. CDT)) on Monday. These floodwaters filled the areas in the immediate vicinity of the breaches first and then began to spread out to the New Orleans Downtown area. Interviews with eyewitnesses in the downtown area revealed times ranging from about noon on Monday to Wednesday, depending on location



**US Army Corps of Engineers**

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume V – The Performance — Levees and Floodwalls

June 2007



**FINAL**

**Summary of Assessment of the London Avenue Canal Breaches**

The breach on the London Avenue Canal near Mirabeau Avenue (the south breach) occurred at 7:00 a.m. to 8:00 a.m. on Monday, 29 August 2005. The breach on the London Avenue Canal near Robert E. Lee Boulevard (the north breach) occurred by 7:30 a.m. Field evidence, analyses, and physical model tests show that the breaches were due to the effects of high water pressures within the sand layer beneath the levee and I-wall, and high water loads on the walls. The London Avenue Canal breaches had a key factor in common with the 17th Street Canal breach – formation of a gap between the wall and the levee fill on the canal side of the wall. At both the 17th Street Canal and the London Avenue Canal, formation of a gap allowed high water pressures to act on the wall below the surface of the levee, severely loading the wall. At the London Avenue Canal, an additional effect of the gap was that water flowed down through the gap into the underlying sand. High water pressures in the sand uplifted the marsh layer on the landside of the levee, resulting in concentrated flow and erosion, removing material and reducing support for the floodwall.

Analyses of the south breach showed that erosion is most likely the principal mode of failure, with sliding instability occurring after significant volumes of sand and marsh had been removed by erosion and piping. Without alteration of the south breach cross section by erosion and piping on the landside of the levee, the calculated factors of safety with respect to sliding instability are greater than 1.0, indicating that alteration of the cross section by erosion and piping probably played a principal role in the failure at this location.

Field observations at the north breach indicate that the canal-side levee crest remained intact after the breach, and a playhouse on the property adjacent to the breach was heaved upward as the ground beneath it heaved upward during the failure. The analyses described in this report show that conditions for erosion and piping were present at the north breach, but the more likely cause of the failure was sliding instability. High uplift pressures likely resulted in a rupture through the marsh layer and the underlying thin layer of clay. At this location, however, the high pore pressures within the sand would reduce passive resistance sufficiently to result in sliding instability without significant alteration of the cross section.

It seems reasonable to assume that the wall on the opposite side of the canal from the north breach, which moved and tilted, must have been close to failure, but this location has not been analyzed in detail.

# Assessment of Inner Harbor Navigation Canal Breaches

Four breaches occurred on the IHNC during Hurricane Katrina on the morning of 29 August. Two of the breaches occurred on the east bank between the Florida Avenue Bridge and the North Claiborne Avenue Bridge adjacent to the 9th Ward, and two on the west bank, just north of the intersection of France Road and Florida Avenue. The locations of theses breaches are shown in Figure 50. Three of the breaches involved failures of floodwalls on levees, and one involved failure of a levee due to overtopping erosion.

Volume V  The Performance – Levees and Floodwalls

V-67

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

All of the IHNC floodwalls and levees were overtopped on 29 August. The peak storm surge elevation in the IHNC was 14.2 ft at 9:00 a.m., as can be seen in Figure 51. This peak water level is about 1.7 ft above the tops of the floodwalls and levees. The reaches where the floodwalls and levees did not collapse have, therefore, survived water loading considerably higher than the design loading.

Initial observations after the hurricane revealed that overtopping had eroded at least one section of levee (without floodwall) along the west bank and had eroded the soil adjacent to the wall at three other locations along the east and west bank (Figure 50). It appeared that water flowing over the floodwall scoured and eroded the levee on the protected side of the I-wall, exposing the supporting sheet piles and reducing the passive resistance, as can be seen in Figure 52. The erosion appeared to be so severe at the breach locations that the sheet piles may have lost all foundation support, resulting in failures of the type shown in Figure 53. Perhaps the best evidence of this scour can be seen along the unbreached reaches of the east bank I-walls, where U-shaped scour trenches were found adjacent to the I-walls. As the scour increased, the I-wall may have moved laterally and leaned toward the protected side, causing the scour trench to grow as the water cascaded farther down the slope until sufficient soil resistance was lost and complete failure occurred.

Although it is clear that the walls were overtopped, and that their stability was compromised by the erosion that occurred, it is also clear that one of the east side breaches occurred before the wall was overtopped. Eyewitness reports indicate that the water level in the 9th Ward near Florida Avenue was rising as early as 5:00 a.m., when the water level in the IHNC was still below the top of the floodwall, as shown by the hydrograph in Figure 54. Stability analyses indicate that foundation instability would occur before overtopping at the north breach on the east side of the IHNC. This breach location is, thus, the likely source of the early flooding in the Lower 9th Ward. Stability analyses indicate that the other three breach locations would not have failed before they were overtopped.

The soil immediately beneath the levees and floodwalls at all four breach locations included marsh, beneath which was clay, and beneath the clay, sand. Through most of their lengths, the critical circles passed through the marsh and clay. The critical circles did not extend to the sand layer beneath the clay.

Formation of a gap on the canal side of the wall, allowing hydrostatic water pressure acting through the full depth of the gap, causes a very significant reduction in the value of the calculated factor of safety. Evidence that a gap did form behind the wall near the breaches can be seen in Figures 55 and 56.

Stability analyses of the north breach on the east side resulted in a computed factor of safety equal to 1.0, with a gap on the canal side of the wall and water in the IHNC at elevation 11.2 ft. This is about 1.0 ft higher than the average IHNC water level at the time floodwater was observed in the Lower 9th Ward. Considering that the effective water level could have been 1.0 ft higher due to wave effects, this result is consistent with the observed IHNC water level when floodwater was first reported in the Lower 9th Ward. Thus, it appears that the north breach

V-68

Volume V  The Performance – Levees and Floodwalls
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

occurred before overtopping, and that this breach was the source of the first influx of water into the 9th Ward.



Figure 50. Four breach locations on the Inner Harbor Navigation Canal.