# EXHIBIT 30

TC202
N46L3P6
no.3
1966

Property of the United States Government

RESEARCH CENTER LIBRARY
US ARMY ENGINEER WATERWAYS EXPERIMENT STATION
VICKSBURG, MISSISSIPPI

*Chef Menteur*

# U. S. ARMY, CORPS OF ENGINEERS

## LAKE PONTCHARTRAIN, LA. AND VICINITY
## CHALMETTE AREA PLAN

*New Orleans 1st Bern. G 1 to G 105*

*The borings listed are useful for Pleistocene study*

### DESIGN MEMORANDUM No. 3
### GENERAL DESIGN

Handwritten annotations (left column / right column):
- 1
- 2-U
- 3
- 3-T    G-100
- 4      G-3
- 4-T    G-4
- 5      U-1
- 6-U
- 7-T    G-14
- 8      G-20
- 9      G-30
- 9-A    U-2
- 10     U-3
- 11     U-4
- 14-U

Prepared by:

Waldemar S. Nelson & Company, Inc.        U. S. Army Engineer District, New Orleans
Engineers & Architects                    Corps of Engineers, U. S. Army
New Orleans, La.                          New Orleans, La.

**NOVEMBER 1966**

00063



LAKE PONTCHARTRAIN, LA. AND VICINITY
CHALMETTE AREA PLAN
DESIGN MEMORANDUM NO. 3 — GENERAL DESIGN
GENERAL PLAN, INDEX AND VICINITY MAP
DATE: NOVEMBER 1966
PLATE NO. 1