EXHIBIT 40

1

1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4

5

6

7   IN RE:  KATRINA CANAL BREACHES      CIVIL ACTION
    CONSOLIDATED LITIGATION
8                                        NO. 05-4182
                                           "K" (2)
9   PERTAINS TO:  ROBINSON              JUDGE DUVAL
                  NO. 06-2268
10
                                        MAG. WILKINSON
11

12

13

14

15

16

17        Videoconferenced Deposition of

18           JOHANNES KORNELIS VRIJLING,

19   Professor of Hydraulic Engineering at TU

20   Delft, Avenue Concordia 78, 3062 LL,

21   Rotterdam, Netherlands, reported in the

22   offices of Bruno & Bruno, 855 Baronne Street,

23   New Orleans, Louisiana 70113, on Tuesday, the

24   8th day of January, 2008.

25

                                31

1          MR. WOODCOCK:
2              Thank you, Counsel.
3          THE WITNESS:
4              Now, I have to explain the
5       polders?
6   EXAMINATION BY MR. WOODCOCK:
7       Q.   If you would, please.
8          MR. BRUNO:
9              If you want.  Yes, go ahead.
10         THE WITNESS:
11             Okay.  So what we call a polder
12      is such an area which is in principle
13      low-lying, below the water level, and
14      which is surrounded by closed
15      encirclements of levees or dikes.  The
16      St. Bernard is one polder, the Orleans
17      metro bowl is one polder, and the New
18      Orleans East is one polder.
19  EXAMINATION BY MR. WOODCOCK:
20      Q.   And how did you determine the -- how
21  each of those polders were separate?
22      A.   Because they are surrounded around
23  by one close perimeter of levees.
24      Q.   So on figure 1.1, the areas in red

25   outline the polders which are man-made

                                                         32

1    structures designed to hold back floods and
2    flood waters?
3         A.   Yes, exactly.  Yeah.  Exactly.  And
4    then only the St. Bernard polder has a
5    secondary levee in the middle which divides it
6    into the marsh on the right side and to the
7    village, the city area on the left side.
8         Q.   If I could ask you to please turn to
9    page 5 of the report?
10        A.   Uh-huh (affirmatively).  Yeah.
11        Q.   I would like to ask you questions
12   about the input data you used.  The first one
13   is "Digital elevation model" which you got
14   from Mr. Chad Morris.
15        A.   Yes.
16        Q.   Have you met with Mr. Morris?
17        A.   I met him in New Orleans.
18        Q.   And do you know his qualifications
19   --
20        A.   Yeah, I think so, but -- he's also a
21   geologist or geographist, something in that
22   area.
23        Q.   The second bullet point there,

 4     contribution? Is that a large or small portion
 5     of flooding?
 6          A.   Oh, that -- that's a large portion
 7     of the flooding.  That's the main contribution
 8     here at this place.
 9          Q.   So at location 1, the IHNC is the
10     greatest contributor --
11          A.   Yes.
12          Q.   -- to flooding?
13          A.   Yes.
14          Q.   And the MRGO is also a heavy
15     contributor?
16          A.   Exactly.
17          Q.   And rain is a minimal or less
18     important contributor?
19          A.   That's our opinion.
20          Q.   Professor, if I could have you turn
21     to page 44 of your report.  If you could just
22     read the last paragraph, and then there's one
23     more sentence on page 45, out loud.
24          A.   And this is -- is this "At ten
25     locations", this paragraph?

                                                    53


 1          Q.   It begins "The overtopping of the
 2     MRGO", it's on page 44 of your report.  The

```
 3   last paragraph on the page.
 4        A.   I think we have not exactly the same
 5    -- Oh, here.  Yeah, I have it.  "The
 6   overtopping of --"
 7        Q.   Could you please --
 8        A.   Yeah, this is "The overtopping of
 9   the MRGO levee is not enough to fill the
10   wetlands basin between MRGO and the 40 Arpent
11   levee to a crest elevation of the 40 Arpent
12   Levee.  This is significant, as the model
13   shows that if the structures along the IHNC
14   and MRGO had not breached, there would have
15   been limited flooding in the St. Bernard
16   bowl."  That's what you mean?
17        Q.   Yes, and then the very next sentence
18   on the next page.
19        A.   "Therefore, the main causes for the
20   flooding of the populated area inside St.
21   Bernard bowl are the breach of the IHNC and
22   the MRGO."
23        Q.   Do you agree with the conclusions
24   within that paragraph and next sentence?
25        A.   Yes, in the -- I do.  Because we
```

                                                54

```
 1   made also separately with students
```