# EXHIBIT   41



1353

Property of the United States Government

# U. S. ARMY, CORPS OF ENGINEERS

## LAKE PONTCHARTRAIN, LA. AND VICINITY
### CHALMETTE AREA PLAN

*(handwritten left column, red)* 5-CU ✓ 5-CU-A ✓ 10-CU ✓ 10-CU-A 15-CU ✓ 18-CU ✓ 30-CU ✓ 37-CU ✓ 43-CU ✓ 45-CU ✓

*(handwritten red, center)* 1-4-c   7-9-c   11-14-c   16-17-c   19-36-c   38-42-c   42-44-c

## DESIGN MEMORANDUM No. 3
### GENERAL DESIGN
### SUPPLEMENT No. 1
### CHALMETTE EXTENSION

*(handwritten red)* (CEL) CHALMETTE EXTENSION LEVEE
*(handwritten)* 21-D ✓  77.8 ✓

RESEARCH CENTER LIBRARY
US ARMY ENGINEER WATERWAYS EXPERIMENT STATION
VICKSBURG, MISSISSIPPI

*(handwritten)* ✓ = only ones that go deep enough for Pleistocene

Prepared by:

| | |
|---|---|
| Waldemar S. Nelson & Company, Inc. | U. S. Army Engineer District, New Orleans |
| Engineers & Architects | Corps of Engineers, U. S. Army |
| New Orleans, La. | New Orleans, La. |

**SEPTEMBER 1968**

INCL 5

17



LAKE PONTCHARTRAIN, LA. AND VICINITY
CHALMETTE AREA PLAN
SUPPLEMENT NO. 1 - CHALMETTE EXTENSION
TO
DESIGN MEMORANDUM NO. 3 - GENERAL DESIGN

PROJECT AUTHORIZATION

1.  Authority.  a.  Public Law 298-89th Congress, 1st Session
approved 27 October 1965, authorized the Lake Pontchartrain, La.
and Vicinity, hurricane protection project, substantially in accord-
ance with the recommendations of the Chief of Engineers in House
Document No. 231, Eighty-Ninth Congress, except that the recom-
mendations of the Secretary of the Army in that document shall
apply with respect to the Seabrook Lock feature of the project.

b.  The report of the Chief of Engineers dated 4 March 1964
printed in House Document No. 231, 89th Congress, 1st Session,
·submitted for transmission to Congress, the report of the Board of
Engineers for Rivers and Harbors, accompanied by the reports of
the District and Division Engineers and the concurring report of
the Mississippi River Commission for those areas under its juris-
diction.  The report of the Chief of Engineers stated:

"...For the Chalmette area, the reporting officers find
that the most suitable plan would consist of about 17.3
miles of new and enlarged levees extending generally
along the southerly banks of the Gulf Intracoastal Water-
way and the Mississippi River-Gulf Outlet channel to
Bayou Dupre and thence westerly to the Mississippi River
levee at·Violet...The Board (of Engineers for Rivers and
Harbors) recommends authorization for construction
essentially as planned by the reporting officers...I con-
cur in the recommendation of the Board of Engineers for
Rivers and Harbors."

c.  By LMNED-PR letter dated 29 November 1966, it was
recommended that the approved plan of hurricane protection for
the Chalmette area contained in Design Memorandum No. 3, General
Design, Lake Pontchartrain, La. and Vicinity, Chalmette Area Plan,
be modified, under the discretionary authority of the Chief of
Engineers, to provide for enlargement of the protected area by
construction of a levee from the Mississippi River levee near
Caernarvon, La., to the vicinity of Verret, La., thence to and

-1-

Par. 1

along the Mississippi River-Gulf Outlet (MR-GO) spoil bank to a
junction with the approved plan levee at the Bayou Lawler cross-
ing of the MR-GO spoil bank; and elimination of the levee in the
approved plan from the Bayou Lawler and MR-GO spoil bank junction
to Violet, La.  This recommendation was approved by OCE on 31 Jan.
1967 in 2nd indorsement to the basic letter.  LMNED-PR letter
dated 29 November 1966, subject Lake Pontchartrain, La. and Vicinity
Modification of the Chalmette Area Plan to Include Larger Area and
indorsements thereto are included herein as Appendix A.

    2.  <u>Purpose and scope.</u>  This supplement presents the essential
data, assumptions, criteria, and computations for development the
plan, design, and costs for the Chalmette Extension levee in suf-
ficient detail to provide an adequate basis for preparing plans
and specifications for the levee without additional design analyses.

    3.  <u>Local cooperation.</u>  The conditions of local cooperation
pertinent to the Chalmette area, as specified in the report of the
District Engineer, further stated in the report of the Board of
Engineers for Rivers and Harbors and concurred in the report of the
Chief of Engineers, are applicable to the extension and are as
follows:

    "...The separate plan for protection of the Chalmette area
    to be authorized for construction,...Provided that prior
    to construction of each separable independent feature local
    interests furnish assurances satisfactory to the Secretary
    of the Army that they will, without cost to the United
    Stated:

    "(1)  Provide all lands, easements, and rights-of-way in-
    cluding borrow and spoil-disposal areas, necessary for con-
    struction of the project;

    "(2)  Accomplish all necessary alterations and relocations
    to roads, railroads, pipelines, cables, wharves, drainage
    structures, and other facilities made necessary by the
    constructions work;

    "(3)  Hold and save the United States free from damages due
    to the construction works;

    "(4)  Bear 30 percent of the first cost, to consist of the
    fair market value of the items listed in sub-paragraphs (1)