# EXHIBIT 78

## DECLARATION OF GERARD A. COLLETTI

I, Gerard A. Colletti, declare as follows:

1. I have been employed by the United States Army Corps of Engineers since 1977 and am currently the Assistant Chief of the Operations Division of the Corps' New Orleans District..

2. I have participated in periodic inspections of hurricane protection levees for the past twenty-five years.

3. I participated in an inspection of the Lake Pontchartrain and Vicinity Hurricane Protection Project levees in St. Bernard Parish in May 2005, prior to Hurricane Katrina.

4. The inspection was conducted pursuant to 33 C.F.R. _ 208.10, to ensure that the levees were appropriately maintained prior to the start of the Atlantic hurricane season, which runs from June 1 to November 30.

5. The team of inspectors included employees of the Corps who were joined by employees of the Louisiana Department of Transportation and Development and the Lake Borgne Basin Levee District. The group conducted the inspection by traveling in vehicles along the crown and berm of the levee.

6. The inspection began beside the Mississippi River at Caernarvon. From that point the team of inspectors traveled atop the levee east to Verret, then northeast to the Mississippi River-Gulf Outlet ("MR-GO"), and then northwest along the waterway as far as the Bayou Dupre control structure. We boarded a barge to transport the vehicles across Bayou Dupre so that we could inspect the levee reach between the Bayou Dupre control structure and the Bayou Bienvenue control structure at the Orleans

Parish line. After crossing Bayou Dupre, we continued to inspect the remainder of the levee in St. Bernard Parish, by traveling in vehicles along the crown and berm of the levee.

7. During this inspection I examined the levee to ascertain whether the levee district was properly maintaining the levee and whether there were any major deficiencies. A deficiency is considered major if it has the potential to compromise the structural integrity of the hurricane protection levee. Major deficiencies can include levee slides, holes, or significant erosion in the hurricane protection levee. Maintenance of the levees included keeping the grass on the levees cut and repairing any deficiencies, including animal burrows, surface damage, slides, and erosion.

8. During the inspection, I observed levee surface damage caused by wild hogs, which was not sufficient to compromise the structural integrity of the levees, and the levee district was repairing the damage. I observed no major deficiencies.

9. After the inspection, the Corps' inspectors gave the Lake Borgne Basin Levee District an "Acceptable" rating, to signify that we observed no major deficiencies, and that it was our opinion that the local levee board was fulfilling its operation and maintenance responsibilities.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2008.

*Gerard A. Colletti*