UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE<br>Aguilar No. 07-4852<br>_____ | *<br>*<br>*<br>* | JUDGE:  DUVAL |
| JOSEPH AGUILAR, III, et al<br><br>VERSUS<br><br>ALEA LONDON LIMITED, et al | *<br>*<br>*<br>*<br>* | MAGISTRATE:  WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiff, DAWN and SEAN HUTH, against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE