UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE: JUPITER, 07-1689 | * | |
| | * | |

**************************************

## MOTION TO COMPEL DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Auto Club Family Insurance Company ("ACFIC"), who moves this Court for an Order compelling Plaintiff, Lorraine Jupiter ("Jupiter"), to properly respond to ACFIC's written discovery and to provide available dates for the scheduling of her deposition for the reasons set forth in the attached supporting memorandum. ACFIC also seeks reasonable expenses and attorney's fees against Plaintiff and/or her counsel, or both, for refusing to respond to ACFIC's discovery requests.

<div style="margin-left: 40%;">

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD
& KUTCHER, L.L.P.**

By *[signature]*

**THOMAS M. RICHARD (#2069)
AMY V. CHRISTINA (#27995)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 830-3838
Fax: (504) 836-9540
*Attorneys for Defendant, Auto Club Family Insurance Company*

</div>