UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE: JUPITER, 07-1689 | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 37.1(E) CERTIFICATE

Undersigned counsel for mover hereby certifies that Rule 37.1(E) conferences were conducted on October 3 and October 23, 2007 and on January 4, 2008. The purpose of each conference was to reach an agreement between Defendant, Auto Club Family Insurance Company ("ACFIC"), and Plaintiff, Lorraine Jupiter ("Jupiter"), that the discovery propounded by ACFIC to Jupiter on June 7, 2007, would first be answered, and then answered completely and sufficiently without the necessity of filing a motion to compel. During the October 3, 2007 conference, a five day extension of time was granted to Jupiter to respond to the discovery. On October 23, 2007, a second Rule 37.1(IE) conference was conducted regarding Jupiter's failure to completely and sufficiently respond to ACFIC's Interrogatories, as well as Jupiter's failure to respond to ACFIC's Requests for Production of Documents. During this conference, a seven day extension of time was granted to sufficiently respond to ACFIC's Interrogatories and Request for

Production of Documents. On January 4, 2008 separate Rule 37.1(E) conferences were conducted with both the counsel of record, Brent Klibert, and Bruce Feingerts to address Jupiter's failure to provide available dates for the scheduling of her Deposition, Jupiter's deficient Answers to ACFIC's Interrogatories, and Jupiter's complete failure to respond to ACFIC's Request for Production of Documents. Counsel of record, Brent Klibert advised ACFIC counsel he was no longer involved in the case and referred counsel for ACFIC to Bruce Feingerts. During the conference with Bruce Feingerts, counsel for Jupiter refused to provide ACFIC with dates of availability for scheduling Jupiter's deposition and was unwilling to commit to a date deadline for responding sufficiently in writing to ACFIC's written discovery.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By_____
**THOMAS M. RICHARD (#2069)**
**AMY V. CHRISTINA (#27995)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Fax: (504) 836-9540
*Attorneys for Defendant, Auto Club Family Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14TH of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

**THOMAS M. RICHARD**