UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, and the Defendants' Requests for Production of Documents, respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol. The following documents were selected by Lafarge North America for production in the manner specified in the United States Document Production Protocol (Doc. Rec. No. 5368):

| | | |
|---|---|---|
| NPP-004-000000001 | to | NPP-004-000000009; |
| NPP-005-000000001 | to | NPP-005-000000005; |
| NPP-008-000000001 | to | NPP-008-000000058; |
| NPP-009-000000001 | to | NPP-009-000000012; |
| NPP-010-000000001 | to | NPP-010-000000004; |
| NPP-011-000000001 | to | NPP-011-000000019; |
| NPP-012-000000001 | to | NPP-012-000000041; |
| NPP-014-000000001 | to | NPP-014-000000022; |
| NPP-015-000000001 | to | NPP-015-000000013; |
| NPP-016-000000001 | to | NPP-016-000000100; |
| NPP-017-000000001 | to | NPP-017-000000046; |
| NPP-019-000000001 | to | NPP-019-000000007; |
| NPP-020-000000001 | to | NPP-020-000000080; |
| NPP-021-000000001 | to | NPP-021-000000064; |
| NPP-022-000000001 | to | NPP-022-000000034; |
| NPP-023-000000001 | to | NPP-023-000000004; |
| NPP-024-000000001 | to | NPP-024-000000001; |
| NPP-025-000000001 | to | NPP-025-000000012; |
| NPP-027-000000001 | to | NPP-027-000000010; |
| NPP-028-000000001 | to | NPP-028-000000001; |
| NPP-029-000000001 | to | NPP-029-000000007; |
| NPP-030-000000001 | to | NPP-030-000000007; |
| NPP-031-000000001 | to | NPP-031-000000004; |
| NPP-032-000000001 | to | NPP-032-000000011; |
| NPP-035-000000001 | to | NPP-035-000000004; |
| NPP-037-000000001 | to | NPP-037-000000022; |
| NPP-038-000000001 | to | NPP-038-000000007; |
| NPP-039-000000001 | to | NPP-039-000000014; |
| NPP-040-000000001 | to | NPP-040-000000007; |
| NPP-041-000000001 | to | NPP-041-000000029; |
| NPP-042-000000001 | to | NPP-042-000000016; |
| NPP-043-000000001 | to | NPP-043-000000009; |
| NPP-044-000000001 | to | NPP-044-000000011; |
| NPP-045-000000001 | to | NPP-045-000000001; |
| NPP-046-000000001 | to | NPP-046-000000006; |

```
NPP-048-000000001    to    NPP-048-000000049;
NPP-049-000000001    to    NPP-049-000000002;
NPP-050-000000001    to    NPP-050-000000053;
NPP-051-000000001    to    NPP-051-000000023;
NPP-001-000000001    to    NPP-001-000000052;
NPP-002-000000001    to    NPP-002-000000002;
NPP-003-000000001    to    NPP-003-000000018;
NPP-006-000000001    to    NPP-006-000000002;
NPP-013-000000001    to    NPP-013-000000003;
NPP-018-000000001    to    NPP-018-000000012;
NPP-026-000000001    to    NPP-026-000000054;
NPP-033-000000001    to    NPP-033-000000005;
NPP-034-000000001    to    NPP-034-000000002;
NPP-036-000000001    to    NPP-036-000000004;
NPP-047-000000001    to    NPP-047-000000001.
```

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, and the Defendants' Requests for Production of Documents, respectively, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents

produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting All Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

| | | |
|---|---|---|
| DFP-001-000000001 | to | DFP-001-000001700; |
| DFP-002-000000001 | to | DFP-002-000005692; |
| ERD-065-000000001 | to | ERD-065-000000092; |
| ERD-066-000000001 | to | ERD-066-000000034; |
| MNO-001-000000001 | to | MNO-001-000000001; |
| MNO-002-000000001 | to | MNO-002-000000001; |
| MNO-003-000000001 | to | MNO-003-000000001; |
| MNO-004-000000001 | to | MNO-004-000000001; |
| MNO-005-000000001 | to | MNO-005-000000001; |
| MNO-006-000000001 | to | MNO-006-000000001; |
| MNO-007-000000001 | to | MNO-007-000000001; |
| MNO-008-000000001 | to | MNO-008-000000001; |
| MNO-009-000000001 | to | MNO-009-000000001; |
| MNO-010-000000001 | to | MNO-010-000000001; |
| MNO-011-000000001 | to | MNO-011-000000001; |
| MNO-012-000000001 | to | MNO-012-000000001; |
| MNO-013-000000001 | to | MNO-013-000000001; |
| MNO-014-000000001 | to | MNO-014-000000001; |
| MNO-015-000000001 | to | MNO-015-000000001; |
| MNO-016-000000001 | to | MNO-016-000000001; |
| MNO-017-000000001 | to | MNO-017-000000001; |
| MNO-018-000000001 | to | MNO-018-000000001; |
| MNO-019-000000001 | to | MNO-019-000000001; |
| MNO-020-000000001 | to | MNO-020-000000001; |

| | | |
|---|---|---|
| MNO-021-000000001 | to | MNO-021-000000001; |
| MNO-022-000000001 | to | MNO-022-000000001; |
| MNO-023-000000001 | to | MNO-023-000000001; |
| MNO-024-000000001 | to | MNO-024-000000001; |
| MNO-025-000000001 | to | MNO-025-000000001; |
| MNO-026-000000001 | to | MNO-026-000000001; |
| MNO-027-000000001 | to | MNO-027-000000001; |
| MNO-028-000000001 | to | MNO-028-000000001; |
| MNO-029-000000001 | to | MNO-029-000000001; |
| MNO-030-000000001 | to | MNO-030-000000001; |
| MNO-031-000000001 | to | MNO-031-000000001; |
| MNO-032-000000001 | to | MNO-032-000000001; |
| MNO-033-000000001 | to | MNO-033-000000001; |
| MNO-034-000000001 | to | MNO-034-000000001; |
| MNO-035-000000001 | to | MNO-035-000000001; |
| MNO-036-000000001 | to | MNO-036-000000001; |
| MNO-037-000000001 | to | MNO-037-000000001; |
| MNO-038-000000001 | to | MNO-038-000000001; |
| NED-220-000000001 | to | NED-220-000001860; |
| NED-222-000000001 | to | NED-222-000002431; |
| NED-223-000000001 | to | NED-223-000002739; |
| NRE-764-000000001 | to | NRE-764-000000732; |
| OFP-001-000000001 | to | OFP-001-000008039; |
| TFP-001-000000001 | to | TFP-001-000000106. |

    This Notice of Production is respectfully submitted,

                                JEFFREY S. BUCHOLTZ
                                Acting Assistant Attorney General

                                C. FREDERICK BECKNER III
                                Deputy Assistant Attorney General

                                PHYLLIS J. PYLES
                                Director, Torts Branch

                                JAMES G. TOUHEY, JR.
                                Assistant Director, Torts Branch

                                 s/ James F. McConnon, Jr.
                                JAMES McCONNON, JR.
                                Trial Attorney, Torts Branch, Civil Division
                                U.S. Department of Justice
                                Benjamin Franklin Station, P.O. Box 888
                                Washington, D.C.  20044
                                (202) 616-4400 / (202) 616-5200 (Fax)
                                Attorneys for the United States

Dated: January 14, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on January 14, 2008, I served a true copy of the United States' Notice of Production upon all parties by ECF.

        s/ James F. McConnon, Jr.
        JAMES F. McCONNON, JR.