**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 001 | MNO-001-000000001 | MNO-001-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC299 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 1 12/13/05 |
| MNO | 002 | MNO-002-000000001 | MNO-002-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC300 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 2 12/13/05 |
| MNO | 003 | MNO-003-000000001 | MNO-003-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC301 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 3 12/13/05 |
| MNO | 004 | MNO-004-000000001 | MNO-004-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC302 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 5 12/13/05 |
| MNO | 005 | MNO-005-000000001 | MNO-005-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC303 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 4 12/13/05 |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 006 | MNO-006-000000001 | MNO-006-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC304 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 6 12/13/05 |
| MNO | 007 | MNO-007-000000001 | MNO-007-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC305 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera C Tape 6 12/13/05 |
| MNO | 008 | MNO-008-000000001 | MNO-008-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC306 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera C Tape 7 12/13/05 |
| MNO | 009 | MNO-009-000000001 | MNO-009-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC307 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera C Tape 8 12/13/05 |
| MNO | 010 | MNO-010-000000001 | MNO-010-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC308 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 5 12/13/05 |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 011 | MNO-011-000000001 | MNO-011-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC309 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 1 12/13/05 |
| MNO | 012 | MNO-012-000000001 | MNO-012-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC310 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 2 12/13/05 |
| MNO | 013 | MNO-013-000000001 | MNO-013-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC311 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 3 12/13/05 |
| MNO | 014 | MNO-014-000000001 | MNO-014-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC312 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 4 12/13/05 |
| MNO | 015 | MNO-015-000000001 | MNO-015-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC313 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 5 12/13/05 |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 016 | MNO-016-000000001 | MNO-016-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC314 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 6 12/13/05 |
| MNO | 017 | MNO-017-000000001 | MNO-017-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC315 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 7 12/13/05 |
| MNO | 018 | MNO-018-000000001 | MNO-018-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC316 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 8 12/13/05 |
| MNO | 019 | MNO-019-000000001 | MNO-019-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC317 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 9 12/13/05 |
| MNO | 020 | MNO-020-000000001 | MNO-020-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC318 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 1 tape 1 01/13/06 |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 021 | MNO-021-000000001 | MNO-021-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC319 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 1 tape 2 01/13/06 |
| MNO | 022 | MNO-022-000000001 | MNO-022-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC320 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 1 tape 3 01/13/06 |
| MNO | 023 | MNO-023-000000001 | MNO-023-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC321 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 1 tape 4 01/13/06 |
| MNO | 024 | MNO-024-000000001 | MNO-024-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC322 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 1 tape 5 01/13/06 |
| MNO | 025 | MNO-025-000000001 | MNO-025-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC323 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 1 tape 6 01/13/06 |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 026 | MNO-026-000000001 | MNO-026-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC324 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 1 tape 7 01/13/06 |
| MNO | 027 | MNO-027-000000001 | MNO-027-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC325 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 1 tape 8 01/13/06 |
| MNO | 028 | MNO-028-000000001 | MNO-028-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC326 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 1 tape 9 01/13/06 |
| MNO | 029 | MNO-029-000000001 | MNO-029-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC327 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 1 tape 10 01/13/06 |
| MNO | 030 | MNO-030-000000001 | MNO-030-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC328 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 2 tape 1 01/13/06 |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 031 | MNO-031-000000001 | MNO-031-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC329 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Camera 2 tape 2 01/13/06 |
| MNO | 032 | MNO-032-000000001 | MNO-032-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC330 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera 1 Tape 7 Randy Perkins 12/16/05 |
| MNO | 033 | MNO-033-000000001 | MNO-033-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC331 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera 1 Tape 6 Randy Perkins 12/16/05 |
| MNO | 034 | MNO-034-000000001 | MNO-034-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC332 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera 1 Tape 5 Randy Perkins 12/16/05 |
| MNO | 035 | MNO-035-000000001 | MNO-035-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC333 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera 1 Tape 4 Randy Perkins 12/16/05 |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 036 | MNO-036-000000001 | MNO-036-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC334 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera 1 Tape 3 Randy Perkins 12/16/05 |
| MNO | 037 | MNO-037-000000001 | MNO-037-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC335 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera 1 Tape 2 Randy Perkins 12/16/05 |
| MNO | 038 | MNO-038-000000001 | MNO-038-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC336 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera 1 Tape 1 12/16/05 |
| NED | 220 | NED-220-000000001 | NED-220-000001860 | USACE; MVD; MVN; Engineering | Fred Wallace | KC413 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from USACE - Contracts - Inspection QA Report |
| NED | 222 | NED-222-000000001 | NED-222-000002431 | USACE; MVD; MVN; Engineering | Fred Wallace | KC413 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from USACE - MRGO - Survey Books South Bank near Venice |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 223 | NED-223-000000001 | NED-223-000002739 | USACE; MVD; MVN; Engineering | Fred Wallace | KC413 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents from USACE - TGF Files - Contracts |
| NRE | 764 | NRE-764-000000001 | NRE-764-000000732 | USACE; MVD; MVN; Real Estate | Robert Thomson | KC413 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Active File - Maintenance Dredging |
| ERD | 065 | ERD-065-000000001 | ERD-065-000000092 | USACE; ERDC; ILT; Library | Debbie Carpenter | KC414 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | (1964) _____ "Geological investigation of the St. Francis Basin," Technical Report 3-659, U.S. Army Engineer Waterways Experiments Station," Vicksburg, MS. |
| ERD | 066 | ERD-066-000000001 | ERD-066-000000034 | USACE; ERDC; ILT; Library | Debbie Carpenter | KC414 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Saucier R.T. (1974). "Quaternary geology of the Lower Mississippi Valley," Arkansas Archeological Survey, Research Series No. 6, Fayetteville, AR. |
| NPP | 004 | NPP-004-000000001 | NPP-004-000000009 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |

Case 2:05-cv-04182-SRD-JCW   Document 10381-1   Filed 01/14/08   Page 10 of 20

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPP | 005 | NPP-005-000000001 | NPP-005-000000005 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 008 | NPP-008-000000001 | NPP-008-000000058 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 009 | NPP-009-000000001 | NPP-009-000000012 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 010 | NPP-010-000000001 | NPP-010-000000004 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 011 | NPP-011-000000001 | NPP-011-000000019 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPP | 012 | NPP-012-000000001 | NPP-012-000000041 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 014 | NPP-014-000000001 | NPP-014-000000022 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 015 | NPP-015-000000001 | NPP-015-000000013 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 016 | NPP-016-000000001 | NPP-016-000000100 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 017 | NPP-017-000000001 | NPP-017-000000046 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPP | 019 | NPP-019-000000001 | NPP-019-000000007 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 020 | NPP-020-000000001 | NPP-020-000000080 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 021 | NPP-021-000000001 | NPP-021-000000064 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 022 | NPP-022-000000001 | NPP-022-000000034 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 023 | NPP-023-000000001 | NPP-023-000000004 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPP | 024 | NPP-024-000000001 | NPP-024-000000001 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 025 | NPP-025-000000001 | NPP-025-000000012 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 027 | NPP-027-000000001 | NPP-027-000000010 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 028 | NPP-028-000000001 | NPP-028-000000001 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 029 | NPP-029-000000001 | NPP-029-000000007 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPP | 030 | NPP-030-000000001 | NPP-030-000000007 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 031 | NPP-031-000000001 | NPP-031-000000004 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 032 | NPP-032-000000001 | NPP-032-000000011 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 035 | NPP-035-000000001 | NPP-035-000000004 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 037 | NPP-037-000000001 | NPP-037-000000022 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPP | 038 | NPP-038-000000001 | NPP-038-000000007 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 039 | NPP-039-000000001 | NPP-039-000000014 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 040 | NPP-040-000000001 | NPP-040-000000007 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 041 | NPP-041-000000001 | NPP-041-000000029 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 042 | NPP-042-000000001 | NPP-042-000000016 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPP | 043 | NPP-043-000000001 | NPP-043-000000009 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 044 | NPP-044-000000001 | NPP-044-000000011 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 045 | NPP-045-000000001 | NPP-045-000000001 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 046 | NPP-046-000000001 | NPP-046-000000006 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 048 | NPP-048-000000001 | NPP-048-000000049 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPP | 049 | NPP-049-000000001 | NPP-049-000000002 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 050 | NPP-050-000000001 | NPP-050-000000053 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 051 | NPP-051-000000001 | NPP-051-000000023 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC416 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 001 | NPP-001-000000001 | NPP-001-000000052 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC417 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 002 | NPP-002-000000001 | NPP-002-000000002 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC417 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPP | 003 | NPP-003-000000001 | NPP-003-000000018 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC417 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 006 | NPP-006-000000001 | NPP-006-000000002 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC417 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 013 | NPP-013-000000001 | NPP-013-000000003 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC417 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 018 | NPP-018-000000001 | NPP-018-000000012 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC418 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 026 | NPP-026-000000001 | NPP-026-000000054 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC418 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPP | 033 | NPP-033-000000001 | NPP-033-000000005 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC418 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 034 | NPP-034-000000001 | NPP-034-000000002 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC418 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 036 | NPP-036-000000001 | NPP-036-000000004 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC418 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| NPP | 047 | NPP-047-000000001 | NPP-047-000000001 | USACE; MVD; MVN; Information Management | Edwin Betbeze | KC418 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | LNA selections from USACE Photographic Archive |
| DFP | 001 | DFP-001-000000001 | DFP-001-000001700 | USACE; MVD; MVN; CEMVN-CD | Gary Allmond | KC419 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN Custodian |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| DFP | 002 | DFP-002-000000001 | DFP-002-000005692 | USACE; MVD; MVN; CEMVN-CD-NW | Renato Basurto | KC419 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN Custodian |
| OFP | 001 | OFP-001-000000001 | OFP-001-000008039 | USACE; MVD; MVN; CEMVN-OD-SE | Direen Arnold | KC419 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN Custodian |
| TFP | 001 | TFP-001-000000001 | TFP-001-000000106 | USACE; MVD; MVN; CEMVN-CT-Y | Dianne Allen | KC419 | 1/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN Custodian |