## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | |
| PERTAINS TO: INSURANCE (Burks, No. 06-4173) | § § § § | MAG. WILKINSON |

## MOTION FOR LEAVE TO FILE REPLY TO <u>PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS</u>

NOW INTO COURT, through undersigned counsel, comes defendant CitiMortgage Inc. ("CitiMortgage"), respectfully to request leave of Court to file a brief seven (7) page reply to plaintiff's Opposition to CitiMortgage's Motion for Summary Judgment [Doc. No. 10242] specifically to respond to and address discrete and unanticipated arguments raised therein.

Accordingly, CitiMortgage respectfully prays that this motion be granted and that an order be entered granting it leave to file a reply brief in further support of its motion for summary judgment [Doc. No. 8986].

NO KAL 168967 v1
2791169-000018

2

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


BY:   /s/Tyler Weidlich                     _____
       KENT A. LAMBERT (No. 22458)
       ANNE DERBES WITTMANN (No. 20584)
       TYLER L. WEIDLICH (No. 30790)
       201 St. Charles Avenue, Suite 3600
       New Orleans, Louisiana  70170
       Telephone:  (504) 566-5200
       Facsimile:  (504) 636-4000
       klambert@bakerdonelson.com

       **ATTORNEYS FOR CITIMORTGAGE, INC.**


## CERTIFICATE OF SERVICE

   I hereby certify that on this 14th day of January 2008 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.


                    /s/Tyler Weidlich                    _____

2