UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | § § | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE              (Burks, No. 06-4173) | § § § § | MAG. WILKINSON |

## ORDER

In consideration of the foregoing Motion for Leave to file Reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment;

IT IS HEREBY ORDERED that the Motion for Leave to file Reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment be and hereby is GRANTED; and, further that the accompanying Reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment be accepted into the record.

New Orleans, Louisiana, on this ___ day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE