MINUTE ENTRY
WILKINSON, M.J.
JANUARY 11, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>ROAD HOME: Louisiana State, 07-5528<br>INSURANCE: 07-5111, Allen et al. (Carter, Morgan, Gilyott, Ferrara, Simms)<br>INSURANCE/Severed Mass Joinder: 07-2322, Crawford; 07-2323, Williams; 07-2363, Netter; 07-2364, Thibodeaux; 07-2367, Paulin; 07-2375, Oubre; 07-2382, Joseph; 07-2389, Deslatte; 07-2392, Griffith; 07-2395, Legrone; 07-2407, Gibson; 07-2411, Blunt; 07-2421, Hales; 07-2425, Creecy; 07-2427, Wright; 07-2430, Ferrouillet | JUDGE DUVAL<br>MAG. WILKINSON |

A settlement conference/hearing in the above-referenced cases was conducted by me on January 11, 2008. Participating were: Joseph M. Bruno and Scott Joanen, Plaintiffs' Liaison Counsel; Seth Schmeeckle and Ralph Hubbard, Defense Liaison Counsel; Calvin Fayard, Stephen B. Murray, Jr., James Dugan and Frank Dudenhefer, representing the State of Louisiana in the referenced Road Home case; Charles Chassaignac, representing State Farm; and Steve Usdin, representing Allstate Insurance Company.

MJSTAR:  2 : 00

Plaintiffs' liaison counsel provided me with the written report required in my minute entry entered on December 20, 2007. Record Doc. No. 9650. The following cases have been settled:

| | |
|---|---|
| 07-2364 | Albert Thibodeaux v. State Farm |
| 07-2427 | Pauline Wright v. State Farm |
| 07-2421 | Virginia and Walter Hales v. State Farm |
| 07-2395 | Tricia and Calvin Legrone v. State Farm |
| 07-2323 | Genevieve Williams and Amelia Anthony v. State Farm |
| 07-2382 | Louise Joseph v. State Farm |

By copy of this minute entry, the presiding district judge is advised that these cases have been settled, so that he may enter 60-day orders of dismissal.

Counsel have made substantial progress and are continuing their discussions aimed at crafting a protocol for finalization of numerous additional settlements in the Insurance category of cases that require Louisiana Road Home Program (the "Road Home") consents and releases. In the interest of furthering those discussions, the court and counsel agreed that the following efforts will be made: When appropriate, the Road Home will publish on its website and otherwise make available to grant recipients the two forms, Exhibits 1 (Request for Consent Form) and 2 (Insurer's Submission form), which were discussed during the conference. No later than **January 18, 2008**, plaintiffs' liaison counsel and counsel for defendants State Farm and Travelers will submit to the Road Home completed forms for as many proposed settlements as are ready for the Road

Home to consider at this time. The Road Home will use its best efforts to review, process and act upon as many of the proposed settlements it receives as possible within 30 days.

I will conduct a status conference in the referenced Road Home case, C.A. No. 07-5528, on **February 29, 2008, commencing at 10:00 a.m.**, at which counsel for the parties shall report to me concerning the progress of their efforts outlined above, including identification of any additional Insurance category cases in which settlements have been finalized and dismissal is appropriate.

In addition, the parties discussed the mortgage lien issues concerning the distribution of settlement funds to plaintiffs, their attorneys and the Road Home. At the suggestion of plaintiffs' liaison counsel, I agreed to invite legal representatives of various mortgage lenders who hold mortgages on properties at issue in the Insurance cases to come to my courtroom on **February 15, 2008 at 10:00 a.m.** for a conference to discuss these lien-ranking issues and to try to find a procedurally effective and judicially efficient way to resolve them. Mr. Bruno agreed to provide me with a list of the mortgage lenders to be invited to this conference as soon as possible.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.