FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JAN 14  AM 9: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES       CIVIL ACTION
CONSOLIDATED LITIGATION
                                     NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Goodman, 06-3799        JUDGE DUVAL
                                                 MAG. WILKINSON

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

11/14/07        S. Crouch on behalf of            Ralph G. Breaux on
DATE            Sean + Cynthia Goodman            behalf of Louisiana
                PLAINTIFF(S)                      Citizens Prop. Ins. Corp.
                                                  DEFENDANT(S)
                Dorothy L. Tarver
                D. Tarver on behalf of            M. Bostick on behalf
                Fidelity National                 of Sheard Ins. + Robert
                Ins. Company                      Sheard + Lexington Ins. Co.

RECEIVED
DEC 14 2007
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

___ Fee _____
___ Process _____
X  /Dktd _____
___ /CtRmDep _____
___ Doc. No. _____

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to a United States Magistrate Judge of this court for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. §636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this __10th__ day of __May__, 2008.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF FILING PARTY

I certify that the signatures affixed hereon represent the consent of all parties to the suit.

*Marilyn Mosley*