**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| _____ | |
| PERTAINS TO:  BARGE<br>    *Boutte* (05-5531)<br>    *Mumford* (05-5724)<br>    *Lagarde* (06-5342)<br>    *Perry* (06-6299)<br>    *Benoit* (06-7516)<br>    *Parfait Family* (07-3500)<br>    *LNA v. USA* (07-5178) | |

**LAFARGE NORTH AMERICA INC'S RESPONSE
TO PLAINTIFFS' UNOPPOSED, *EX PARTE* MOTION
FOR LEAVE TO PROPOUND ADDITIONAL WRITTEN DISCOVERY
TO LAFARGE NORTH AMERICA**

Plaintiffs' motion for leave to propound additional written discovery (Rec. Doc. 10369) represents that it is unopposed. Although counsel for Lafarge North America Inc. agreed not to oppose the *relief* sought by the motion, we cannot let stand the plaintiffs' characterization of LNA's discovery responses as "evasive and nonresponsive." To the contrary, LNA believes it has responded appropriately to the requests propounded by the plaintiffs. LNA has agreed to plaintiffs' request to propound limited *additional* discovery requests in order to close off any disputes over the adequacy of LNA's prior responses, in the hope that this case can move forward without the expense and delay of motion practice.

.

2

January 15, 2008                                Respectfully submitted,

                                                Robert B. Fisher, Jr., T.A. (# 5587)
                                                Derek A. Walker (#13175)
                                                Ivan M. Rodriguez (#22574)
                                                Parker Harrison (# 27538)
                                                **CHAFFE McCALL, L.L.P.**
                                                2300 Energy Centre
                                                1100 Poydras Street
                                                New Orleans, LA 70163-2300
                                                Telephone: (504) 585-7000

                                                Daniel A. Webb (#13294)
                                                **SUTTERFIELD & WEBB, LLC**
                                                650 Poydras Street, Suite 2715
                                                New Orleans, LA 70130
                                                Telephone: (504) 598-2715

                                                /s/ John D. Aldock
                                                John D. Aldock
                                                Mark S. Raffman
                                                **GOODWIN PROCTER LLP**
                                                901 New York Avenue, NW
                                                Washington, DC 20001
                                                Telephone: (202) 346-4240

                                                **ATTORNEYS FOR
                                                LAFARGE NORTH AMERICA INC.**

## Certificate of Service

I do hereby certify that I have on this 15th day of January, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock_____