# THE GILBERT FIRM, LLC

212-286-8503
EGILBERT@GILBERT-AND-GILBERT.COM

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2008 JAN 14 PM 12:40
325 EAST 57 STREET
NEW YORK, NY 10022

LORETTA G. WHYTE
CLERK

January 9, 2008

**Via Mail**
Loretta G. Whyte
Clerk of Court
United District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

    Re: *Katrina Canal Breaches Consolidated Litigation,*
       *Master Case No. 05-4182, Section K(2)*
       <u>*Change of Name and Address*</u>

Dear Ms. Whyte:

  This firm represents: <u>Hartford Steam Boiler a/s/o Entergy</u> in Case Number 07-4608 and; <u>National Union Fire Insurance Company of Pennsylvania a/s/o Murphy Oil</u> in Case Number 07-4568, in the above referenced matter. Please note new information for Gilbert & Gilbert, LLC:

  The Gilbert Firm, LLC
  325 East 57th Street
  New York, NY 10022

Phone and fax numbers will remain the same.

            Thank You,
            The Gilbert Firm, LLC

            Elisa T. Gilbert, Esq.

ETG/ab