UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO:     INSURANCE | * | |
| | * | |
| CASE NUMBER:   07-9014 | * | |
| | * | |
| Humphrey Investments vs. State Farm Fire and | * | |
| Casualty Company | * | |
| | * | |

**MEMORANDUM PURSUANT TO ORDER OF COURT
REGARDING AMOUNT IN CONTROVERSY**

MAY IT PLEASE THE COURT:

Pursuant to the order of Judge Berrigan, the removing Defendant, State Farm Fire and Casualty Company ("State Farm"), submits the following information regarding the amount in controversy as of the date of removal.

**ALLEGATIONS OF PETITION**

Plaintiff, Humphrey Investments LLC, filed the present action on August 28, 2007 against State Farm for damages they received to their rental properties located at 208-10 Delaronde Street, 2430-32 Farragut Street, and 2434-36 Farragut, all of which are in New

Page 1

638257-18-R526-401 EC 2007-19530 LA

Orleans, Louisiana. In its petition, Plaintiff alleges that as a result of Hurricane Katrina, it suffered wind and water damage causing property loss and loss of rental income.

Plaintiff goes on to allege under La R.S. 22:658 and 22:1220 it is entitled to attorney's fees, court costs and penalties. (See petition, paragraph X).

## APPLICABLE POLICY AND PAYMENTS MADE

Plaintiff was issued three rental dwelling policies for the above listed properties. The first policy bears number 98-BT-1371-4 and provides limits of coverage of $131,400 for the dwelling, $6,570 for contents coverage, and actual loss of rent for loss rental income. (See Exhibit "A"). The second policy bears number 98-72-9878-1 and provides limits of coverage of $78,600 for the dwelling, $7,860 for dwelling extension, $3,930 for contents coverage, and actual loss of rent for loss rental income. (See Exhibit "B"). The third policy bears number 98-72-6253-2 and provides limits of coverage of $80,500 for the dwelling, $8,050 for dwelling extension, $4,025 for contents coverage, and actual loss of rent for loss rental income. (See Exhibit "C"). The total coverage available under the three polices, without including any coverage for loss rental income, is $239,581.00. State Farm has already paid the plaintiff a total of $11,157.57 under the three polices for damage to the dwellings; nothing has been paid for contents or loss of rental income. That leaves $228,423.43 available under the three policies. The amount in controversy therefore is $228,423.43, plus penalties and attorney's fees.

## PUNITIVE DAMAGES INCREASE THE AMOUNT IN CONTROVERSY

In determining whether an amount in controversy is sufficient to enable a removal of a state cause of action, federal courts are to consider punitive damages as a factor in determining the amount in controversy. *Watson v. Shell Oil Co.,* 979 F.2d 1014 (5th Cir. 1992). Plaintiff in this matter has not sought punitive damages under one statute, but two. Plaintiff in this matter

Page 2

does not merely seek a substantial recovery from the available coverage remaining under the rental dwelling policies, but also seeks punitive damages based on conduct which Plaintiff alleges violates La R.S. 22:658 and 22:1220.

## CONCLUSION

Plaintiff brought a claim against State Farm for three rental dwelling properties which were damaged in Hurricane Katrina. Based upon the amount of coverage that is still available and Louisiana authority that allows for the recovery of punitive damages, the amount in controversy is beyond the $75,000 threshold necessary to establish federal court jurisdiction.

Respectfully submitted,

BLUE WILLIAMS, L.L.P.

/s/ **BRETT W. TWEEDEL**
_____
THOMAS G. BUCK   T.A.      Bar No. 14107
tbuck@bluewilliams.com
JOHN C. HENRY              Bar No. 18948
jhenry@bluewilliams.com
CHRISTOPHER T. GRACE, III Bar No. 26901
cgrace@bluewilliams.com
DAVID B. PARNELL, JR.      Bar No. 27031
dparnell@bluewilliams.com
BRETT W. TWEEDEL           Bar No. 30100
btweedel@bluewilliams.com
3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
Telephone (504) 831-4091
Facsimile (504) 837-1182
Attorneys for:  State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of January, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by e-filing same with the court.

/s/ **BRETT W. TWEEDEL**

_____
BRETT W. TWEEDEL