```
route: Cinuray Rancifer                          CCF PRINT    printed: 03-01-06   8:50 AM
SF Fire                      curr date: 03-01-06  rep: QRVW Baker, Brent X2661
insured                         tax id:           yr blt      tran      cnty      yr iss
HUMPHREY INVESTMENTS LLC                           1940        BBBB      036       1996
5301 GENERAL MEYER AVE                            stat rpt unit   sec    unit      team
NEW ORLEANS LA       701313731                       40         A        BB        D
                                                  agt                   serv agt
                                                  2007-18
                                                  agt name   (GLEN        )        agt phone #
    Home:  504-392-3203  Home:  404-430-1016HARRIS, GLEN E                    504-366-1155
                                                          claim history              RCB
claim number          policy number        ro     cat number   date of loss  col  cmt  PD
18-R526-658       98-BT-1371-4      22


    eff date: 06-23-05     exp date: 06-23-06
              cancel/expiration
cov cease dt:                 cancel dt:
reinstate dt:                                     stories:
date of loss  cat sev  unit    deduct            assign date:
08-29-05 PL 3   BB2E   A-0500
                                                  reins:
                                                            x-ref policy


location


                                                  forms         title
                                                  FP 81033      SPECIAL FORM 3
                                                  FE 82531      AMENDATORY ENDORSEMENT
                                                  FE 7540       DEBRIS REMOVAL ENDORSEMENT


   policy type: RENTAL DWELL 3
                        limits
     pace: P 163.0#  LOS RENT    ACTUAL
      iv: 90          COV. B         6570
   co-ins:            LIAB        300000
                      MPC/PER       1000
                      MPC/OCC                                          00002
                      GEN AGG      600000
line  flmp class     # UPDATED          risk   remarks
         scspta       cov amount       amount  ISND RPT WIND DAMAGE FROM HURRICANE
001    RD 365        132,583          131,400


                                                  HUMPHREY INVESTMENTS LLC
                                                  5301 GENERAL MEYER AVE
                                                  NEW ORLEANS LA       701313731
```

18-R526-658          18-R526-658

18-R526-658

DEFENDANT'S
EXHIBIT
A
tabbies