UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  05-4181, 05-4182, 05-4191 05-4568, 05-5237, 05-6037, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287,06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786,06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | SECTION "K"(2) |

**PERTAINS TO LEVEE**

### ORDER

Having reviewed the Motion for Entry of Final Judgment Under Rule 54(b) (Doc. No. 8924),

**IT IS ORDERED** that the Court finds there is no just reason for delay and a final judgment shall be entered pursuant to Fed. R. Civ. P. 54(b) in favor of the Port of New Orleans and against all plaintiffs in each of the above-numbered suits.

New Orleans, Louisiana, this  15th  day of January, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE