UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6037, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289<br><br>PERTAINS TO: LEVEE | SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## JUDGMENT

The Motion for Judgment on the Pleadings (Doc. 5522) filed on behalf of defendant, the Board of Commissioners of the Port of New Orleans, in the above-captioned actions came on for hearing before the Court, Honorable Stanwood R. Duval, Jr., United States District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that for the reasons set forth in the Order and Reasons (Doc. 8389) issued on October 12, 2007, all claims asserted by all Plaintiffs in the above-captioned actions against defendant, the Board of Commissioners of the Port of New Orleans, be and are hereby dismissed on the merits, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 15th day of _____January_____, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE