UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO:  * | | MAGISTRATE (2) |
| NO.   06-4389  * | | |
| 07-3500  * | | |
| * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * | | |
| * * * * * * * * * * * * * * * * | | |

## ORDER

Considering plaintiffs' Ex Parte Motion to Correct Typographical Errors in Memorandum, which the Court has duly noted,

**IT IS ORDERED** that the typographical errors are corrected, as prayed for.

New Orleans, Louisiana, this  15th day of      January          2007.

_____
J U D G E

-1-