### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES  * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| NO.   06-4389 * | |
|         07-3500 * | JUDGE DUVAL |
| * | |
| * | MAGISTRATE WILKINSON |
| * | |
| * * * * * * * * * * * * * * * * * | |

### O R D E R

Considering the Plaintiff's Ex Parte Motion for Leave to Correct Typographical Errors in Record Document No. 10240, which the Court has duly noted,

**IT IS ORDERED** that the typographical errors be and they are corrected as prayed for.

New Orleans, Louisiana, this 15th day of  January , 2008.

_____
**J U D G E**

-1-