UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | |
| | * | |
| PERTAINS TO : INSURANCE | * | JUDGE:  DUVAL |
| Aaron No. 06-4746 | * | |
| _____ | * | |
| | * | |
| DORIS J. RECASNER | * | |
| | * | MAGISTRATE:  WILKINSON |
| VERSUS | * | |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and claims of Plaintiff, DORIS J. RECASNER, against Allstate Insurance Company be, and are hereby DISMISSED, without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this  15th  day of      January      , 2008.

_____
**UNITED STATES DISTRICT JUDGE**