UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § | CIVIL ACTION NO.: 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: <br> Insurance § § § <br> No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* § § § | THIS PLEADING APPLIES ONLY TO THE CLAIM OF <br> JOHN AND CAROLYN WASHINGTON |

## O R D E R

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of John and Carolyn Washington, against Certain Underwriters at Lloyds of London, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 15th day of January, 2008.

_____
United States District Judge