UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID E. KAVANAGH** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 2006-11384 |
| | * | |
| **LEXINGTON INSURANCE COMPANY/AIG** | * | SECT. S |
| **AND APARICIO, WALKER & SEELING** | * | MAG. 5 |

*********************************************************************

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

On motion of David E. Kavanagh, plaintiff, and on suggesting to the Court that he desires to substitute Mr. Gino J. Rendeiro as his counsel of record, in these proceedings; he is no longer represented by B. Gerald Weeks.  Plaintiff requests an order issue herein recognizing Mr. Gino Rendeiro as counsel of record, and removing the name of Mr. Weeks from this proceeding.

Respectfully submitted,

s/Gino J. Rendeiro
Gino J. Rendeiro #14348
WEEKS, KAVANAGH & RENDEIRO
810 Union Street, 2nd Floor
New Orleans, La.  70115
(504) 529-5100
grendeiro@wkrlaw.com
Attorney for plaintiff

## **CERTIFICATE**

I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: William A. Barousse.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non - CM/ECF participants: _____.

       s/ Gino J. Rendeiro
       Gino J. Rendeiro
       Bar No. 14348
       Attorney for Plaintiff
       Weeks, Kavanagh & Rendeiro
       810 Union Street, 2nd Floor
       New Orleans, LA 70112
       Telephone: (504)529-5100
       Fax: (504)529-3700
       grendeiro@wkrlaw.com