UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID E. KAVANAGH** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 2006-11384** |
| | * | |
| **LEXINGTON INSURANCE COMPANY/AIG** | * | **SECT. S** |
| **AND APARICIO, WALKER & SEELING** | * | **MAG. 5** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

IT IS ORDERED that Gino J. Rendeiro be and is hereby recognized as plaintiffs' counsel of record for Mr. David Kavanagh. It is further ordered that B. Gerald Weeks be removed as counsel in this proceeding.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE