# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO.    05-4182** |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Weeks*, C.A. No. 07-00112 | | |

\*     \*     \*     \*     \*     \*     \*     \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

ON MOTION OF, David E. Kavanagh and Weeks, Kavanagh & Rendeiro, attorneys at law, and upon suggesting to this Honorable Court that they no longer represent plaintiff, B. Gerald Weeks, and therefore desire to withdraw as counsel of record from the above entitled and numbered cause;

Counsel further confirms that plaintiff has been advised of this withdrawal, and that plaintiff can be contacted at 20816 Highway 22, Maurepas, LA, 70049, and phone # 225-695-3476.

Respectfully submitted:

s/ David E. Kavanagh
David E. Kavanagh- Bar No. 2019
WEEKS, KAVANAGH & RENDEIRO
810 Union Street, 2nd Floor
New Orleans, LA 70112
Tel. (504) 529-5100
dkavanagh@wkrlaw.com
Attorney for Plaintiff

Dated: January 15, 2008

## CERTIFICATE

I do hereby certify that on January 15, 2008, I electronically filed the foregoing with the  Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. *I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: N/A*

S/David E. Kavanagh
David E. Kavanagh (2019)
Weeks Kavanagh & Rendeiro
810 Union Street, Suite 200
New Orleans, Louisiana 70112
Telephone: 504- 529-5100
Fax No.: 504-529-3700
Attorney for plaintiffs
dkavanagh@wkrlaw.com