UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| **PERTAINS TO:** | * | SECTION "K" (2) |
| *Weeks,* C.A. No. 07-00112 | | |
| *   *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing;

    IT IS HEREBY ORDERED, that David E. Kavanagh and Weeks, Kavanagh & Rendeiro be withdrawn as counsel of record for plaintiff in the above entitled and numbered cause.

    New Orleans, Louisiana, this _____ day of _____, 2008.

                                                                                           _____
                                                                           JUDGE