MINUTE ENTRY
DUVAL, J.
JANUARY 15, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO LEVEE: | |
| | SECTION "K"(2) |
| Bourgeois, No. 06-5131 | |
| Ferdinand, No. 06-5132 | |

The following counsel attended the status conference held January 14, 2008:

Bill Gambel for plaintiffs Linda C. and Arnold F. Bourgeois, Wanette and Nikita Boutee, Shelia M. Johnson, Wheeler Norwood, Keith C. Ferdinand, M.D., APMC, Carol and Byron James, Sr., Beatrice Turner, and Alyne J. Mack Quinn;

Joseph Bruno, plaintiffs' liaison counsel in the captioned case;

Beth Kramer, John Etter, and Brent Talbot for defendant CSX Transportation, Inc.;

James Babst and Galen Brown for defendant Public Belt Railroad Commission for the City of New Orleans;

Carl Hellmers for defendant BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company; and

Charles Lanier and Nick Dietzen for Sewerage and Water Board of New Orleans.

The Court advised the parties that no opposition to defendant BNSF's motions to dismiss plaintiffs' claims for failure to state a claim had been received (Doc. 1921 and 2931), and that the Court would enter an order granting the motions.

The Court also addressed the "Motion to Dismiss Under Rule 12(b)(6) or in the Alternative Motion for Summary Under Rule 56" filed in each case on behalf of defendant CSX Transportation,

Inc. The Court will treat the motions as motions for summary judgment. Plaintiffs shall have until not later than **January 29, 2008,** to supplement their opposition to the motion for summary judgment. CSX Transportation, Inc. shall have until not later than **February 11, 2008,** to file a reply to plaintiff's supplemental opposition to the motions.

Counsel for CSX Transportation, Inc. advised the Court that in all Katrina cases in which plaintiffs have named CSX Transportation, Inc., as a defendant, he will file a single motion to dismiss the claims against CSX Transportation, Inc. for failure to state a claim which references all applicable cases. Similarly, counsel for CSX Corporation will file a single motion to dismiss the claims against CSX Corporation for lack of personal jurisdiction which references each of the Katrina cases in which plaintiffs named CSX Corporation as a defendant.

JS-10 (45 minutes)