UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA BREACHES<br>CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: INSURANCE | *<br>*<br>*<br>*<br>* | JUDGE STANWOOD R. DUVAL, JR. |
| *Chudd & Arvis Abram* C.A. NO. (07-5205) | *<br>* | MAGISTRATE JUDGE JOSEPH C.<br>WILKINSON, JR. |

*****************************************************************

## MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Continental Insurance Company, and respectfully moves this Court to allow Ben L. Mayeaux, James L. Pate, Robert E. Torian, Will Montz, and Laura T. Rougeau of the law firm of Laborde & Neuner to enroll as counsel of record for Continental Insurance Company in the captioned matter.

Respectfully submitted,

LABORDE & NEUNER

s/Ben L. Mayeaux
BEN L. MAYEAUX - #19042
JAMES L. PATE - #10333
ROBERT E. TORIAN - #18468
WILL MONTZ- #29355
LAURA T. ROUGEAU-#31310
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:      (337) 237-7000
FACSIMILE:       (337) 233-9450
Attorneys for Continental Insurance Company

## CERTIFICATE OF COUNSEL

I hereby certify that on the 15th day of January, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*