UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br><br><br><br><br>*Chudd & Arvis Abram* C.A. NO. (07-5205) | * CIVIL ACTION<br>* NO. 05-4182<br>*<br>*<br>*<br>* JUDGE STANWOOD R. DUVAL, JR.<br>*<br>* MAGISTRATE JUDGE JOSEPH C.<br>* WILKINSON, JR. |

*********************************************************************

## ORDER

Considering the foregoing Motion;

IT IS ORDERED that Ben L. Mayeaux, James L. Pate, Robert E. Torian, Will Montz, and Laura T. Rougeau of the law firm of Laborde & Neuner be enrolled as counsel of record on behalf of Continental Insurance Company in the captioned matter.

THUS DONE AND SIGNED on the _____ day of _____, 2008.

_____
DISTRICT COURT JUDGE