UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

**PERTAINS TO:**
**INSURANCE**   Civil Action No.: 06-6394
        (Pontiac-Raceland,LLC)

JUDGE: DUVAL
MAG: WILKINSON

### MOTION TO COMPEL
### 30(b)(6) and 30(b)(5) CORPORATE DEPOSITION

NOW INTO COURT, through undersigned counsel, comes Plaintiff, PONTIAC-RACELAND, LLC, who respectfully moves this Honorable Court for an order compelling Defendant, TRANSCONTINENTAL INSURANCE COMPANY to participate and schedule the

30(b)(6) and 30(b)(5) corporate deposition of representative of Defendant, TRANSCONTINENTAL INSURANCE COMPANY, as more fully explained in the attached Memorandum.

Metairie, Louisiana this 15th day of January, 2008.

**Respectfully submitted,**

*/s/ Svetlana Crouch*

---

**J. DOUGLAS SUNSERI (#19173)**
**SVETLANA "LANA" CROUCH (#29814)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18TH Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiff, PONTIAC-RACELAND, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Svetlana Crouch*

---
SVETLANA CROUCH