UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

PERTAINS TO:
INSURANCE      Civil Action No.: 06-6394          JUDGE: DUVAL
               (Pontiac-Raceland,LLC)             MAG: WILKINSON

**MEMORANDUM IN SUPPORT
OF MOTION TO COMPEL
30(b)(6) and 30(b)(5) CORPORATE DEPOSITION**

**MAY IT PLEASE THE COURT:**

Plaintiff, PONTIAC-RACELAND, LLC instituted litigation against Defendant, TRANSCONTINENTAL INSURANCE COMPANY for damages resulting from Hurricane Katrina. The preliminary discovery cut-off date is February 8, 2008.

On January 12, 2007, Plaintiff, PONTIAC-RACELAND LLC. submitted correspondence to TRANSCONTINENTAL INSURANCE COMPANY encompassing the subjects to be covered and documents requested. Further, as per said correspondence dated January 12, 2007, Plaintiff requested a mutually convenient date and time for this corporate deposition, a copy of which is

-1-

attached as Exhibit "A".  Defendant has not been responsive to Plaintiff's request in this regard.

As per correspondence dated September 11, 2007, a Rule 37.1 conference was conducted on September 19, 2007, in an attempt to resolve this issue, to no avail.  See attached Exhibit "B".

Plaintiff desires and is entitled to the corporate deposition of a representative of Defendant, TRANSCONTINENTAL INSURANCE COMPANY, and accordingly request this Honorable Court to order said corporate deposition at a mutually convenient time and date.

## CONCLUSION

Based on the foregoing, Plaintiff, PONTIAC-RACELAND, LLC moves this Honorable Court for an Order compelling, Defendant, TRANSCONTINENTAL INSURANCE COMPANY to produce a corporate representative for a 30(b)(6) and 30(6)(5) deposition at a mutually convenient time and date, and to pay reasonable attorney's fees and costs incurred in obtaining this Order.

**Respectfully submitted,**

*/s/ Svetlana Crouch*

_____
**J. DOUGLAS SUNSERI (#19173)**
**SVETLANA "LANA" CROUCH (#29814)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18TH Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiff, PONTIAC-RACELAND, LLC.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                      */s/ Svetlana Crouch*

                                      SVETLANA CROUCH