### NICAUD, SUNSERI & FRADELLA, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

*Albert J. Nicaud\**
*J. Douglas Sunseri\**
*Frank Thomas Fradella\**
*Dawn Danna Marullo*
*Svetlana "Lana" Crouch*
*Timothy P. Farrelly*
*Brian J. Branch*
*(\*A Professional Law Corporation)*

*Telephone (504) 837-1304*
*Facsimile (504) 833-2843*

January 12, 2007

**VIA FACSIMILE 337-233-9450 & U.S. MAIL**
Ben Mayeux, Esq.
Laborde & Neuner
One Petroleum Center, Ste. 200
1101 West Pinhook Road
Lafayette, LA 70503

RE:   Pontiac Raceland, LLC v. Transcontinental Ins. Co.
      USDC No. 06-6394; Section "K"
      Our File No. 9006-06-1850

Dear Mr. Mayeux:

   We would like to obtain the 30(B)(5) and 30(B)(6) deposition of the appropriate Transcontinental Insurance Company representative(s). The following are the categories to be addressed and documents to be produced in the deposition:

   1. The name, address, telephone number, job and job description of any and all individual(s) recommending and/or implementing the applicable time period of restoration of Plaintiff's insured business location at both, 2222 St. Claude Avenue and 2645 Conti Street, business locations at issue (30(B)(6));

   2. The name, address, telephone number, job and job description of any and all individual(s) recommending payment and/or denial of payment of supplemental claims for business interruption for both locations (30(B)(6));

   3. The name, address, telephone number, job and job description of any and all individual(s) setting and computing the amounts due to plaintiff for its business interruption claim and/or Claim Summary and related memoranda, correspondence and notes (30(B)(6) and 30(B)(5));

   4. CV and/or resume at any and all individuals calculating and/or computing amounts due to plaintiff for its business interruption claim (30 (B)(5));

**EXHIBIT A**

Ben Mayeux, Esq.
January 12, 2007
Page 2

5. Documentation from the initial inspection of both of the business locations (30(B)(5));

6. The name, address, telephone number, job and job description of any and all individual(s) determining Business Income Loss of $1,938.00 2645 Conti Street location and $9,968 at St. Claude St. location (30(B)(6));

7. Any and all documents relating to appraisals of the damages to location at both business locations (30(B)(5));

8. Any and all documents addressing the flood damages to 2645 Conti Street location (30(B)(5));

9. Any periodicals, publications, pricing guides, reference books and any other related documents utilized by the insurer determining the applicable restoration period for plaintiff's business locations (30(B)(5));

10. The individual(s) having knowledge regarding the scope of damages to Plaintiff's business locations (30(B)(6));

11. Time period utilized in the evaluation of Plaintiff's demands for business interruption (30(B)(6));

12. Dates of defendant insurer's receipt of demand and supplemental demands for business interruption payment and dates and amounts of payment of business interruption (30(B)(6));

13. Names, addresses, telephone numbers and job descriptions of any and all accountants and/or CPA's evaluating the loss of business income claim (30(B)(6));

14. CV and resumes of any and all accounts and CPA's evaluating the loss of business income claims (30(B)(5));

15. Reasons, factual circumstances and accounting for any payments and /or denial of supplemental claims for business interruption (30(B)(6));

16. Expertise and construction background of any and all individuals determining the appropriate restoration period for repair of Plaintiff's business locations (30(B)(6));

17. CV and/or resumes of any and all individuals calculating the appropriate and/or applicable restoration period for insured business locations (30(B0(5));

Ben Mayeux, Esq.
January 12, 2007
Page 3

18. Dates, duration and findings of any and all inspections of insured business locations by representatives of defendant insurer ((30(B)(6));

19. Dates that defendant insurer received an assessment or computation of property damages for the insured business locations (30(B)(6));

20. Dates and amounts of payments for business personal property damages and business interruption tendered by the insurer (30(B)(6));

21. Reasons and factual circumstances the insurer denied and/or failed to issue a supplemental payment for the business interruption claim for each location (30(B)(6));

22. Documentation the insurer relied on in denying the claim for any additional claim for business interruption (30(B)(6));

23. Date, time, duration and action taken by defendant insurer in connection with the investigation of the Plaintiff's claim for business interruption (30(B)(6));

24. Date, time, duration, medium and substance of any and all communications with the insured or its representatives (30(B)(6));

25. Documentation and telephone logs pertaining to any and all communications by and between the insurer and insured (30(B)(5));

26. Copy of the entire claim file maintained by defendant insurer (30(B)(5));

27. Knowledge of the documents and photographs disposed and/or deleted from the defendant insurer's claim file (30(B)(6));

28. Photograph of insured property in possession of defendant insurer (30(B)(5));

29. Information, evidence and/or facts substantiating the Conti St. location was uninhabitable for over 12 months due to flood damages as opposed to wind (30(B)(6));

30. Any and all documentation relating to the appropriate restoration period for Plaintiff's 2222 Conti Street location (30(B)(5));

31. Any and all documentation relating to an appropriate restoration period for Plaintiff's 2222 St. Claude Avenue location (30(B)(5));

Ben Mayeux, Esq.
January 12, 2007
Page 4

32. The dates of any re-inspection of the insured business premises at both locations (30(B)(6));

33. Any and all documents arising from any re-inspection of both insured locations (30(B)(5));

34. The name, address, telephone number, job and job description of any and all individual(s) recommending the formal rejection of Plaintiff's proof of loss for the claim of business income loss on or about August 23, 2006 (30(B)(6));

35. Any and all documents relating to the rejection of the August 23, 2000 Proof of Loss (30(B)(5));

36. Reasons and basis for the formal rejection of Plaintiff's proof of loss for the claim of business income loss on or about August 23, 2006 (30(B)(6));

37. Nature of any re-assessment and/or recalculation of plaintiffs claim for business interruption in light of the ruling in In Re: Canal Breaches Consolidated Litigation, Civil Action 05-4182(K)(2) in the United States District Court - Eastern District of Louisiana.

38. Documents to any re-assessment and/or recalculation of plaintiff's claim for business interruption in light of the ruling In Re: Canal Breaches Consolidated Litigation, Civil Action 05-4182(K)(2) in the United States District Court - Eastern District of Louisiana (30(B)(5));

39. The name, address, telephone number, job and job description of any and all individual(s) reassessing and/or recalculating plaintiff's claim for business interruption in light of In Re: Canal Breaches Consolidated Litigation, Civil Action 05-4182(K)(2) in the United States District Court - Eastern District of Louisiana (30(B)(6));

40. Any and all flood maps reviewed to determine extent of flood damage to insured business locations (30(B)(5);

Ben Mayeux, Esq.
January 12, 2007
Page 5

      We would like to obtain the deposition of the designated corporate representative on the following dates: February 5-9, 12-16, 22-23, March 5-9, 12-16, 2007. If you have any questions, please do not hesitate to contact us.

                            Sincerely,

                            J. DOUGLAS SUNSERI
                            jdsuneri@nsflaw.com
                            SVETLANA CROUCH
                            scrouch@nsflaw.com

SVC/nz/mvm