### NICAUD, SUNSERI & FRADELLA, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

*Albert J. Nicaud\**
*J. Douglas Sunseri\**
*Frank Thomas Fradella\**
*Svetlana "Lana" Crouch*
*Timothy P. Farrelly*
*Kristin J. Milano*
*Edward C. Vocke, IV*
*(\*A Professional Law Corporation)*

*Telephone (504) 837-1304*
*Facsimile (504) 833-2843*

September 11, 2007

**VIA U.S. MAIL AND FAX: 337-233-9450**
Ben Mayeux, Esq.
Will Montz, Esq.
Laborde & Neuner
One Petroleum Center, Ste. 200
1101 West Pinhook Road
Lafayette, LA 70503

RE:   Pontiac Raceland, LLC v Transcontinental Ins.Co.
      USDC #06-6394; Section "K"
      Our File #: 9006-06-1850

Dear Mr. Mayeux and Mr. Montz,

As you recall, on August 23, 2007, we submitted a settlement demand to your office. On August 30, 2007, you indicated that your client is interested in scheduling an informal mediation of this matter. In the past several weeks, we have been attempting to further discuss the possibility of setting a mediation or a settlement conference with Magistrate Judge Wilkinson. However, you have remained unresponsive and failed to return our telephone calls.

Furthermore, we have been requesting to schedule the 30(b)(5) and 30(b)(6) deposition of Transcontinental Insurance Company since January 2007. However, we received no response. Accordingly, this will serve to advise that pursuant to Local Rule 37.1 we are scheduling a conference to discuss the scheduling of said corporate deposition. The discovery conference will be conducted on **Wednesday, September 19, 2007 at 10:00 o'clock a.m.** Our office will initiate the call.

Please let us know if you have any additional questions regarding this demand.

Sincerely,

Svetlana Crouch

SVC/jb

EXHIBIT B

\* \* \* Memory TX Result Report ( Sep.11. 2007 1:44PM ) \* \* \*

1) NICAUD SUNSERI & FRADELLA
2)

Date/Time: Sep.11. 2007 1:34PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0265 | Memory TX | 13372339450-04# | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail         E.2) Busy
E.3) No answer                    E.4) No facsimile connection
E.5) Exceeded max. E-mail size

---

**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

Albert J. Nicaud\*
J. Douglas Sunseri\*
Frank Thomas Fradella\*
Svetlana "Lana" Crouch
Timothy P. Farrelly
Kristin J. Milano
Edward C. Vocke, IV
(\*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843

September 11, 2007

**VIA U.S. MAIL AND FAX: 337-233-9450**
Ben Mayeux, Esq.
Will Montz, Esq.
Laborde & Neuner
One Petroleum Center, Ste. 200
1101 West Pinhook Road
Lafayette, LA 70503

RE:   Pontiac Raceland, LLC v Transcontinental Ins.Co.
      USDC #06-6394; Section "K"
      Our File #: 9006-06-1850

Dear Mr. Mayeux and Mr. Montz,

As you recall, on August 23, 2007, we submitted a settlement demand to your office. On August 30, 2007, you indicated that your client is interested in scheduling an informal mediation of this matter. In the past several weeks, we have been attempting to further discuss the possibility of setting a mediation or a settlement conference with Magistrate Judge Wilkinson. However, you have remained unresponsive and failed to return our telephone calls.

Furthermore, we have been requesting to schedule the 30(b)(5) and 30(b)(6) deposition of Transcontinental Insurance Company since January 2007. However, we received no response. Accordingly, this will serve to advise that pursuant to Local Rule 37.1 we are scheduling a conference to discuss the scheduling of said corporate deposition. The discovery conference will be conducted on **Wednesday, September 19, 2007 at 10:00 o'clock a.m.** Our office will initiate the call.

Please let us know if you have any additional questions regarding this demand.

Sincerely,

Svetlana Crouch

SVC/jb