UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

                                          CIVIL ACTION NO. 05-4182

                                          SECTION "K" (2)

PERTAINS TO:
INSURANCE     Civil Action No.: 06-6394      JUDGE: DUVAL
                      (Pontiac-Raceland,LLC)        MAG: WILKINSON

### 37.1 CERTIFICATE

This will certify that counsel for Plaintiff, PONTIAC-RACELAND, LLC has conferred via telephone with Defendant, TRANSCONTINENTAL INSURANCE COMPANY on September 19, 2007 to discuss scheduling a 30(b)(6) and 30(b)(5) corporate deposition of representative of Defendant, TRANSCONTINENTAL INSURANCE COMPANY, and that the conference has not

-1-

been successful in amicably resolving the issue contained in Motion to Compel.

 Metairie, Louisiana this 15th day of January, 2008.

              **Respectfully submitted,**

              */s/ Svetlana Crouch*

              _____
              **J. DOUGLAS SUNSERI (#19173)**
              **SVETLANA "LANA" CROUCH (#29814)**
              **NICAUD, SUNSERI & FRADELLA, L.L.C.**
              A Group of Professional Law Corporations
              3000 18TH Street
              Metairie, Louisiana 70002
              Telephone: (504) 837-1304

              Attorneys for Plaintiff, PONTIAC-RACELAND, LLC.

            **CERTIFICATE OF SERVICE**

 I hereby certify that on this 15th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

              */s/ Svetlana Crouch*
              _____
              SVETLANA CROUCH