**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

**CIVIL ACTION NO. 05-4182**

**SECTION "K" (2)**

PERTAINS TO:
INSURANCE    Civil Action No.: 06-6394    **JUDGE: DUVAL**
                 (Pontiac-Raceland,LLC)    **MAG: WILKINSON**

## NOTICE OF HEARING

TO:    **TRANSCONTINENTAL INSURANCE COMPANY**
        through its attorneys of record:
        Ben Mayeux
        Will Montz
        Laborde & Neuner
        1101 West Pinhook Road, Suite #100
        One Petroleum Center
        Lafayette, LA 70503

**PLEASE TAKE NOTICE** that Plaintiff, PONTIAC-RACELAND, LLC. will bring its

Motion to Compel 30(b)(6) and 30(b)(5) Corporate Deposition of Defendant,

TRANSCONTINENTAL INSURANCE COMPANY, before United States Magistrate Joseph C.

Wilkinson, Jr. on Wednesday, January 30, 2008 at 11:00 o'clock a.m., or as soon thereafter as

counsel may be heard.

Metairie, Louisiana this   15TH  day of January, 2008.

**Respectfully submitted,**

*/s/ Svetlana Crouch*

_____

**J. DOUGLAS SUNSERI (#19173)**
**SVETLANA "LANA" CROUCH (#29814)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18TH Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiff, PONTIAC-RACELAND, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Svetlana Crouch*

_____
SVETLANA CROUCH