UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA BREACHES <br> CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * NO. 05-4182 <br> * |
| PERTAINS TO: INSURANCE | * <br> * <br> * JUDGE STANWOOD R. DUVAL, JR. <br> * <br> * MAGISTRATE JUDGE JOSEPH C. |
| *Chudd & Arvis Abram* C.A. NO. (07-5205) | * WILKINSON, JR. |

*************************************************************************

## DISCLOSURE STATEMENT
## ON BEHALF OF CONTINENTAL INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, comes and appears Continental Insurance Company and submits its corporate disclosure statement as follows:

1. Continental Insurance Company is currently a Pennsylvania corporation. It was originally incorporated in New York in 1853, redomesticated to New Hampshire in 1977 redomesticated to South Carolina in 2004 and then redomesticated to Pennsylvania in 2006. Continental Insurance Company is a wholly owned subsidiary of Continental Casualty Company.

2. All of Continental Casualty Company's common stock is owned by The Continental Corporation. The Continental Corporation's stock is not publicly traded.

Page 1

3. All of The Continental Corporation's stock is owned by the CNA Financial Corporation. CNA Financial Corporation issues shares to the public.

4. Loews Corporation owns the majority of the stock of CNA Financial Corporation. Loews Corporation's stock is publicly traded.

5. No other corporation owns 10% or more of the stock of CNA Financial Corporation.

Respectfully submitted,

LABORDE & NEUNER

s/Ben L. Mayeaux
BEN L. MAYEAUX - #19042
JAMES L. PATE - #10333
ROBERT E. TORIAN - #18468
WILL MONTZ- #29355
LAURA ROUGEAU-#31310
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:       (337) 237-7000
FACSIMILE:       (337) 233-9450
Attorneys for Continental Insurance Company

## CERTIFICATE OF COUNSEL

I hereby certify that on the 15th day of January, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/Ben L. Mayeaux