UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SEC. "K" JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) WILKINSON |
| INSURANCE     Civil Action No.: 06-2617 | * | |
| (bifurcated)         (*Ronald A. Holbrook*) | * | |

THIRD PARTY PLAINTIFF'S UNOPPOSED MOTION FOR
DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY DEMAND

NOW INTO COURT, through undersigned counsel, comes Club Insurance Agency, Inc. (AAA), as third party plaintiff, and pursuant to Fed. R. Civ. P. 41(a)(2), respectfully requests that this Honorable Court allow it to dismiss, without prejudice, all claims asserted against Partners Title Agency, L.L.C., third party defendant, with each party to bear its own costs.

WHEREFORE, based upon the foregoing, Club Insurance Agency, Inc., as third party plaintiff, respectfully requests that its Third Party Demand asserted against Partners Title Agency, L.L.C. be dismissed, without prejudice, with each party to bear its own costs.

1

<table>
<tr><td>

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:
Randal J. Robert (randy@kswb.com),
Connell Lee Archey (connell@kswb.com),
Travis Brendon Wilkinson  (travis@kswb.com),
William T. Treas (wtreas@nielsenlawfirm.com), and
Gerald J. Nielsen (gjnielsen@aol.com).
I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following:  Becky R. Cieutat, Esq.

          <u>/S/ KEVIN G. BARRECA</u>
            KEVIN G. BARRECA

</td><td>

Respectfully submitted,

 <u>/S/ KEVIN G. BARRECA</u>
David Israel (# 7174) T.A.
disrael@sessions-law.biz
Kevin G. Barreca (# 24015)
kbarreca@sessions-law.biz
Allison L. Cannizaro (#29951)
acannizaro@sessions-law.biz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile:   (504) 828-3737

Attorneys for Defendant,
Club Insurance Agency, Inc.

</td></tr>
</table>

H:\DI\A A A\Holbrook, Ronald and Leigh (5786-20346)\pleadings\Unopposed Motion to Dismiss Partners Title.doc

2