UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SEC. "K" JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) WILKINSON |
| INSURANCE    Civil Action No.: 06-2617 | * | |
| (bifurcated)        (*Ronald A. Holbrook*) | * | |

ORDER

CONSIDERING THE FOREGOING Unopposed motion to dismiss the Third Party Demand against Partners Title Agency, L.L.C.,

IT IS ORDERED, that third party defendant, Partners Title Agency, L.L.C., be and is hereby dismissed, without prejudice, with each party to bear its own costs.

SO ORDERED this _____ day of _____, 2008, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE