UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
|            06-1885 * | | JUDGE DUVAL |
|            06-4024 * | | |
|            06-4389 * | | MAGISTRATE WILKINSON |
|            06-5771 * | | |
|            06-5786 * | | |
|            06-6099 * | | |
|            07-0206 * | | |
|            07-3500 * | | |
|            07-3612 * | | |
|            07-5023 * | | |
|            07-5040 * | | |
| * * * * * * * * * * * * * * * * * | | |

ATTORNEY'S CERTIFICATE
OF GOOD FAITH IN COMPLIANCE
<u>WITH 28 U.S.C. §144</u>

**COMES NOW** J.W.P. Hecker, counsel pro hac vice for Ashton R. O'Dwyer, Jr., and statess that the Affidavit of his client was made in good faith.

            Respectfully submitted,

            By:   S/Joseph W.P. Hecker
               Joseph W.P. Hecker
               Bar No. 06744
               732 Castle Kirk Drive
               Baton Rouge, LA 70808
               Tel. 225-937-2100

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic filing with the Court, this 15th day of Januarty 2008.

                                              S/Ashton R. O'Dwyer, Jr.