UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES        CIVIL ACTION
          CONSOLIDATED LITIGATION
          NO. 05-4182

          SECTION "K" (2)

PERTAINS TO: MRGO
_____

## NOTICE OF HEARING RE: MOTION TO QUASH

**PLEASE TAKE NOTICE** that Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong and Ethel Mae Coats, through undersigned counsel, on Wednesday, January 30, 2008 at 11:00 o'clock a.m. at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr., will bring on for hearing their Motion to Quash.

          Respectfully Submitted,

          PLAINTIFFS' LIAISON COUNSEL

          s/ Joseph M. Bruno
          JOSEPH M. BRUNO
          PLAINTIFFS LIAISON COUNSEL
          Law Offices of Joseph M. Bruno
          LA Bar Roll Number: 3604
          855 Baronne Street
          New Orleans, Louisiana 70113
          Telephone: (504) 525-1335
          Facsimile: (504) 561-6775

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY

MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 15th day of January, 2008.

/s/ Joseph M. Bruno

Joseph M. Bruno