UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

### NOTICE OF HEARING

To:   All named plaintiffs through their
       counsel of record

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Renewed Motion to Enforce Local Rule 56.1 at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, New Orleans, LA, 70130, on the 6th day of February, 2008, at 9:30 a.m.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana

1