UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
|            CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
|  | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
|  | § |  |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § |  |
| _____ | § |  |

**DEFENDANT UNITED STATES' MOTION FOR EXPEDITED
HEARING AND INCORPORATED MEMORANDUM**

Pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 7, the United States moves for an expedited hearing of its renewed motion to enforce and apply Local Rule 56.1. The United States' response to Plaintiffs' motion for summary judgment is to be filed on or before Friday, February 1, 2008. The United States' renewed motion to enforce Local Rule 56.1 seeks an order requiring Plaintiffs to file "a separate, short and concise statement of the material facts as to which [Plaintiffs] contend[] there is no genuine issue to be tried." L.R. 56.1. Expedited hearing of this motion is required because Defendant is required to respond to Plaintiffs' Undisputed Facts before the next calendared hearing date. *See* R.D. 10289 (order granting Def. mo. to enforce L.R. 56.1).

1

Accordingly, the United States seeks an immediate hearing of its motion, to enable the United States to provide a timely response to the facts that Plaintiffs contend are material to the issue of immunity under 33 U.S.C. § 702c, pursuant to Local Rule 56.2.

A proposed order is provided.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch
Civil Division

s/ Robin D. Smith
ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I certify that on January 15, 2008, a true copy of Defendant United States' Motion for Expedited Hearing was served on all counsel of record by ECF.

                                      s/ Robin D. Smith
                                      Robin D. Smith