UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION

                                          NO. 05-4182 "K" (2)

PERTAINS TO:                                     JUDGE DUVAL
ROAD HOME:  Louisiana State, 07-5528;            MAG. WILKINSON
INSURANCE

## NOTICE OF STATUS CONFERENCE CONCERNING MORTGAGE/ATTORNEYS' FEES/ROAD HOME LIEN RANKING ISSUES

Liaison counsel have advised the court that tentative settlements have been reached between plaintiffs and insurers in numerous individual cases in the Insurance category of the captioned consolidated litigation.  They have also advised, however, that the settlements cannot be finalized because of disputes concerning distribution of settlement funds among plaintiffs, their attorneys, the Road Home Program and mortgage lenders.  The affected mortgage lenders are not generally named parties to the individual cases.  Counsel and the court are attempting to determine what mechanism, if any, might be available to resolve these issues so that settlements may be finalized, funds distributed, and a large portion of this litigation resolved.  Plaintiffs' Liaison Counsel has provided me with a list of names and addresses of possibly interested mortgage lenders. Accordingly, at the suggestion of Liaison Counsel,

An informal status conference will be conducted before me on **FEBRUARY 15, 2008 at 10:00 a.m.** to discuss lien-ranking or funds-entitlement issues related to proposed settlements among plaintiffs, their attorneys, the Road Home Program and mortgage lenders and to find a procedurally effective and judicially efficient way to resolve any such disputes.  Plaintiffs' and Defendants' Liaison Counsel and counsel of record for the State of Louisiana/Road Home Program must attend in person.  Counsel for all lenders identified on the attached notice list are invited to attend.

New Orleans, Louisiana, this ___16th___ day of January, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
and all mortgage lenders identified
on the attached notice list (via United States Mail)

**PLAINTIFFS' MORTGAGE LENDERS NOTICE LIST**
**JANUARY 15, 2008**

Chase:
McGlinchey Stafford
Attn: Michael Ferachi
One American Place, Fourteenth Floor
Baton Rouge, LA  70825

Centex:
Seale, Smith, Zuber and Barnette
Attn: Valerie Briggs- Bargas
8850 United Paza Blvd., Suite 200
Baton Rouge, LA  70809

Citi Companies:
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Bank One:
McGlinchey Stafford
Attn: Michael Stafford
One American Place, Fourteenth Floor
Baton Rouge, LA  70825

Countrywide Home Loans:
McGlinchey Stafford
Attn: Lisa Munyon
643 Magazine Street
New Orleans, LA 70130

EMC:
McGlinchey Stafford
Attn: Lisa Munyon
643 Magazine Street
New Orleans, LA 70130

U.S. Small Business Administration
Attn: Allan J. Wells
365 Canal St., Suite 2820
New Orleans, LA   70130

U.S. Bank NA
Attn: Sarah Fodge
4801 Frederica Street
Owesboro, KY  42301

Washington Mutual
Mary Fogle-Clark
2210 Enterprise Drive
Florence, SC 29501

Wells Fargo Home Mortgage
Erin Persons
MAC X9903-04N
2650 Wells Fargo Way
Minneapolis, MN 55408

ABN AMRO Mortgage Group, Inc.
P. O. Box 57068
Irvine, CA 92619

AMC/Ameriquest Mortgage Services
Attn: Loss Draft Department
505 Parkway West, Suite 100
Orange, CA 92868

American General Financial
6600 Franklin Ave Suite A-9
New Orleans, LA 70122

America's Wholesale Lender
Branch # 0000790
7105 Corporate Drive PTX-A-195
Plano, TX 75024

Amsouth Bank
Attn: Legal Department
P.O. Box 628327
Orlando, FL 32862

Argent Mortgage Company, LLC
P. O. Box 11056
Orange, CA 92856-8156

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO. 80124

Beneficial
1200 S. Clearview Pkwy., Ste. 1158
Harahan, LA 70123

Fidelity Homestead Association
Attention: Lauren Dean
3829 Veterans Memorial Blvd.
Metairie, LA 70002

First Bank and Trust
First Bank Tower
909 Poydras Street, Suite 100
New Orleans, LA 70112

GMAC Mortgage Corporation
P. O. Box 4622
Waterloo, IA 50704

Capital One (Hibernia National Bank)
One Corporate Dr.
Lake Zurich, IL 60047

-3-

Homecomings Financial Network
P. O. Box 100585
Florence, SC 29501

Indymac Bank
McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130

Midland Mortgage
P. O. Box 26648
Oklahoma City, OK 73126

National Mortgage Corporation
200 Galleria Parkway- Suite 900
Atlanta, GA 30339

Seale, Smith, Zuber and Barnette
Valerie Briggs- Bargas
Nationstar Mortgage, L.L.C.
8550 United Plaza Blvd., Suite 200
Baton Rouge, LA 70809

New Century Mortgage Company
340 Commerce
Irvin, CA 92602

Novastar Mortgage
8140 Ward Parkway
Kansas City, MO 64114

Option One Mortgage
P. O. Box 57054
Irvine, CA  92619

Bank of America
475 Crosspoint Pkwy
Getzville, NY  14068

Regions Bank
P. O. Box 18001
Hattiesburg, MS 39404-8001

Saxon Mortgage Services Inc.
P.O. Box 792667
San Antonio, TX 78279

Standard Mortgage Corporation
Attention: Graham Arceneaux
601 Poydras Street, Suite 2080
New Orleans, LA 70139

Sun Finance Company
401 Whitney Avenue Suite 412
Gretna, LA 70056-2503

Ocwen
One Assurant Way
Springfield, OH 45505

City of New Orleans, Mayor's Office/Urban Development
Attn: Tonya Bernard
1340 Poydras Street Suite 1111
New Orleans, LA 70112

Whitney National Bank
Mr. Charles Barnes
P.O. Box 61260
New Orleans, LA 70161

Wilshire Credit Corporation
ATTN: Lost Draft
P.O. Box 8517
Portland, OR 97207

Americas Servicing Co.
P.O. Box  10328
Des Moines, IA 50306

First Horizon Home Loan
P.O. Box 630387
Irving, TX  75063

First NLC Financial Services
700 W. Hillsboro Blvd., Bldg. 1
Deerfield Beach, FL  33441

Flagstar Bank
1375 W. Lindberg Drive
Slidell, LA  70458

Guaranty Savings & Homestead
3798 Veterans Blvd.
Metairie, LA  70002

Navy Federal Credit Union
820 Follin Lane
Vienna, VA  22180

Neighborhood Housing of New Orleans
P.O. Box 4538
Covington, LA  70434

Netbank
Attn: Alicia Kaelin
7215 Financial Way
Jacksonville, FL  32256

Select Portfolio Servicing
P.O. Box 25142
Santa Ana, CA 92799

Bank of Louisiana
300 St. Charles Ave.
New Orleans, LA  70130

Bank of New Orleans
1600 Veterans Blvd.
Metairie, LA 70005

Accredited Home Lenders
15253 Avenue of Science, Bldg.1
San Diego, CA 92128