# United States District Court
## EASTERN DISTRICT OF LOUISIANA

RETURN

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2008 JAN 15 PM 3: 11
LORETTA G. WHYTE
CLERK

RADIO PARTS, INC.

V.

UNITED STATES OF AMERICA, WASHINGTON GROUP, INTERNATIONAL, INC., BOARD OF COMM. OF ORLEANS LEVEE DIST., ST. PAUL FIRE & MARINE INS. CO., AND BOARD OF COMMISSIONERS OF THE LAKE BORGNE BASIN LEVEE DISTRICT

TO:  BOARD OF COMMISSIONERS OF THE
LAKE BORGNE BASIN LEVEE DISTRICT
Through its Registered Agent:
Stephen John Ehrlichter, Board Member
2104 Etienne Drive
Meraux, Louisiana 70075

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 07-4555

### SECT. K MAG. 2

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

_(signature)_
(BY) DEPUTY CLERK

AUG 28 2007
DATE

___ Fee ___
___ Process ___
_x_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

# RETURN OF SERVICE

DATE: 12/20/07

Service of the Summons and Complaint was made by me [1]

Name of SERVER (PRINT): Peter Spangenberg   TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Jeanne Ehrlichter  4104 E. Tienne Dr, Meraux, LA 70075

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/20/07
Date

Signature of Server: Peter R. Spangenberg

Address of Server: 610 Belle Terre Blvd, LaPlace, LA 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.