AO 440 (Rev. 10/93) Summons in a Civil Action

20722.2

JSB0271

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JAN 15 AM 9:30

LORETTA G. WHYTE
CLERK

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

UNION LIMITED PARTNERSHIP, 800 CANAL STREET LIMITED PARTNERSHIP, HISTORIC RESTORATION, INC., EFL HOTEL OPERATING COMPANY, LLC, ELEVENTH FLOOR LODGING, LLC, AND COMMERCE BUILDING CONDOMINIUM ASSOCIATION

V.

UNITED STATES OF AMERICA, BD. OF COMM. OF ORLEANS LEVEE DIST., BD. OF COMM. OF E. JEFF LEVEE DIST., SEWERAGE AND WATER BD. OF N.O., ST. PAUL FIRE & MAR. INS. CO., NT'L UNION FIRE INS. CO. OF PITTS., BD. OF COMM. FOR PORT OF N.O., CSX CORP., CSX TRANS. INC., THE PUBLIC BELT RR COMM. OF N.O.

**SUMMONS IN A CIVIL CASE**

## 07-4959

CASE NUMBER:

**SECT K MAG 2**

TO: SEWERAGE AND WATER BOARD OF NEW ORLEANS
Through its Registered Agent:
Gerard M. Victor, Special Counsel
625 St. Joseph St., Room 201
New Orleans, LA 70165

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
_____
CLERK

(BY) DEPUTY CLERK

AUG 29 2007
_____
DATE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/17/07 |
| Name of SERVER (PRINT)  Peter Spangenberg | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: MK Tyler - Sewerage & Water Board, 625 St. Joseph St., New Orleans, LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/17/07
  Date

Signature of Server

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.