ΑΟ 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

**RETURN**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 JAN 15 PM 3: 18
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **GENTILLY LAND CO., INC. d/b/a**<br>**RESTHAVEN MEMORIAL PARK** | **SUMMONS IN A CIVIL CASE** |

**V.**

UNITED STATES OF AMERICA, WASHINGTON
GROUP INTERNATIONAL, INC., BOARD OF
COMMISSIONERS OF THE ORLEANS PARISH
LEVEE DISTRICT, ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, AND BOARD OF
COMMISSIONERS OF THE LAKE BORGNE
BASIN LEVEE DISTRICT

CASE NUMBER: **07 - 4969**
**SECT. K MAG. 2**

TO: **Board of Commissioner of the Lake Borgne**
**Basin Levee District**
Through its Registered Agent:
Stephen John Ehrlichter, Board member
2104 Etienne Drive
Meraux, LA 700075

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of
the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must
also file your answer with the Clerk of this Court within a reasonable period of time after service.

| LORETTA G. WHYTE | AUG 2 9 2007 |
|---|---|
| CLERK | DATE |

(BY) DEPUTY CLERK

Fee _____
Process _____
x  Dktd _____
CtRmDep _____
Doc. No. _____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | *12/20/07* |

| Name of SERVER (PRINT) *Peter Spangenberg* | TITLE *Process Service* |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served *Jeanne Ehrlichter*
*3104 Ettienne Dr. Meraux, LA 70075*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *12/20/07*
      Date

Signature of Server *Peter R. Spangenberg*

Address of Server *60 Belle Terre Blvd. LaPlace, LA 70068*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.