UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO:  ROAD HOME<br>*Louisiana State* C.A. No. 07-5528 | JUDGE:  DUVAL |
| | MAGISTRATE:  WILKINSON |

**ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION BY AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AMERICAN NATIONAL GENERAL INSURANCE COMPANY, AMERICAN NATIONAL INSURANCE COMPANY, AND ANPAC LOUISIANA INSURANCE COMPANY**

**NOW INTO COURT**, through undersigned counsel, come defendants, American National Property And Casualty Company, American National General Insurance Company, American National Insurance Company, and ANPAC Louisiana Insurance Company, and hereby acknowledge receipt of the *Protective Order Governing Road Home Applicant and Recipient Information* (Rec.Doc. 9587).

Agreed to and executed this 16th day of January, 2008.

Respectfully submitted,

**LARZELERE PICOU WELLS SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002
Telephone: (504) 834-6500
Fax: (504) 834-6565

BY:   */s/ Christopher R. Pennison*
**JAY M. LONERO, T.A. (No. 20642)**
jlonero@lwp-law.com
**CHRISTOPHER R. PENNISON (No. 22584)**
cpennison@lwp-law.com
**ANGIE ARCENEAUX AKERS (No. 26786)**
aakers@lwp-law.com

**ATTORNEYS FOR AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AMERICAN NATIONAL GENERAL INSURANCE COMPANY, AMERICAN NATIONAL INSURANCE COMPANY, AND ANPAC LOUISIANA INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

   */s/ Christopher R. Pennison*