UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 (K)(2) |
| | * | |
| VERSUS | | JUDGE DUVALL |
| | * | |
| PERTAINS TO Insurance 06-7603 (Stevenson) | | MAG. WILKINSON |
| | * | |

## MEMORANDUM IN SUPPORT OF EX PARTE MOTION TO WITHDRAW COUNSEL OF RECORD

MAY IT PLEASE THE COURT:

Defendant, AMICA MUTUAL INSURANCE COMPANY, presents this memorandum in support of its Ex Parte Motion to Withdraw Counsel of Record.

Tiffany N. Thornton is no longer associated with the law firm of Keogh, Cox & Wilson. As a result, defendant requests that she be withdrawn as additional counsel of record in this case. Because defendant is represented by other counsel, this withdrawal will not prejudice any parties rights or the rights of the defendant.

Accordingly, defendant requests that the court grant its Ex Parte Motion to Withdraw Tiffany N. Thornton as additional counsel of record in this matter.

Respectfully submitted,

KEOGH, COX & WILSON, LTD.
Post Office Box 1151
Baton Rouge, Louisiana 70821-1151
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

By: ___s/John P. Wolff, III___
JOHN P. WOLFF, III, T.A., #14504
STEVEN C. JUDICE, #2012
NANCY B. GILBERT, #23095
CHRISTOPHER K. JONES, #28101
*Attorneys for Amica Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Memorandum in Support of Motion to Withdraw Counsel of Record will be served electronically on all counsel of record:

Mr. Bruce L. Feingerts #5499
**Feingerts & Kelly, PLC**
One Canal Place, Ste. 2700
365 Canal Street
New Orleans, LA 70130
Tel: 504.568.1515
Fax: 504.568.1521

Mr. William P. Connick #14158
**Connick & Connick, LLC**
2551 Metairie Road
Metairie, LA 70005
Tel: 504.838.8777
Fax: 504.838.9903

Mr. Allen Berger #2977
**Allen Berger & Associates, APLC**
4173 Canal Street
New Orleans, LA 70119
Tel: 504.486.9481
Fax: 504.483.8130

Mr. Patrick G. Kehoe, Jr. #14419
**Patrick G. Kehoe, Jr., APLC**
833 Baronne Street
New Orleans, LA 70130
Tel: 504.588.1110
Fax: 504.588.1954

Mr. Terrence J. Lestelle #08540
Ms. Andrea S. Lestelle 08539
Mr. Jeffrey B. Struckhoff # 30173
**Lestelle & Lestelle APLC**
3421 N. Causeway Blvd., Ste. 602
Metairie, LA 70002
Tel: 504.828.1224
Fax: 504.828.1229

Mr. Roy F. Amedee, Jr. #2449
**Attorney at Law**
228 St. Charles, Suite 801
New Orleans, LA 70130
Tel: 504.592.3222
Fax: 504.592.8783

Mr. Michael Hingle #6943
Mr. Paul Hesse #22796
**Michael Hingle & Associates, LLC**
220 Gause Blvd.
Tel: 985.641.6800
Fax: 985.646.1471

Mr. J. Van Robichaux, Jr. #11338
**Robichaux Law Firm**
71234 Hendry Ave.
Covington, LA 70433
Tel: 985.809.0620
Fax: 985.282.6298

Mr. Randy J. Ungar #12387
**Ungar & Bryne, APLC**
365 Canal St., Suite 2520
New Orleans, LA 70130
Tel: 504.566.1616
Fax: 504.566.1652

this 16th day of January, 2008.

                                  John P. Wolff, III
                                  JOHN P. WOLFF, III