UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 (K)(2) |
| | * | |
| VERSUS | | JUDGE DUVALL |
| | * | |
| PERTAINS TO Insurance 06-7603 (Stevenson) | | MAG. WILKINSON |
| | * | |

# ORDER

**IT IS ORDERED** that TIFFANY N. THORNTON be withdrawn as additional counsel of record for defendant, AMICA MUTUAL INSURANCE COMPANY.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA