UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: ROAD HOME  *Louisiana State* C.A. No. 07-5528 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

**ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION BY REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Republic Fire And Casualty Insurance Company, and hereby acknowledges receipt of the *Protective Order Governing Road Home Applicant and Recipient Information* (Rec.Doc. 9587).

Agreed to and executed this 16th day of January, 2008.

Respectfully submitted,

**LARZELERE PICOU WELLS  
SIMPSON LONERO, LLC**  
Suite 1100 - Two Lakeway Center  
3850 N. Causeway Boulevard  
Metairie, LA 70002  
Telephone: (504) 834-6500  
Fax: (504) 834-6565

BY: */s/ Christopher R. Pennison*  
**JAY M. LONERO, T.A. (No. 20642)**  
jlonero@lwp-law.com  
**CHRISTOPHER R. PENNISON (No. 22584)**  
cpennison@lwp-law.com  
**ANGIE ARCENEAUX AKERS (No. 26786)**  
aakers@lwp-law.com

**ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Christopher R. Pennison*