# United States District Court
## EASTERN DISTRICT OF LOUISIANA

HAROLD T. SLOAN, INDIVIDUALLY AND ON BEHALF OF HIS MINOR CHILD, ZACHARY SLOAN, BAMBI G. SHAMAH, MICHELLE SHAMAH, AND MEGAN SHAMAH

V.

UNITES STATES OF AMERICA, WASHINGTON GROUP INT'L INC., BD. OF COMM. OF ORLEANS LEVEE DIST., ST. PAUL FIRE & MAR. INS. CO., BD. OF COMM. OF LAKE BORGNE BASIN LEVEE DIST.

TO: BOARD OF COMMISSIONERS OF LAKE BORGNE BASIN LEVEE DISTRICT
Through its Registered Agent:
2104 Etienne Drive
Meraux, Louisiana 70075

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07-5013**

**SECT. K MAG. 2**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

(BY) DEPUTY CLERK

DATE  AUG 2 9 2007

___Fee
___Process
_x_ Dktd
___CtRmDep
___Doc. No.

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/10/07 |
| Name of SERVER (PRINT) Peter Spangenberg | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Jeanne Ehrlichter  2104 Estienne Dr, Meraux, LA 70075

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/10/07
              Date

Signature of Server

Address of Server: c/o Belle Terre Blvd, La Place, LA 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.