

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION : | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO INSURANCE : | |
| ERIN BURKS : | CIVIL ACTION NO. 2006-4173-SRD-JCW |
| : | THE HONORABLE: |
| PLAINTIFF : | STANWOOD R. DUVAL |
| : | SECTION "I" |
| VERSUS : | AND |
| : | MAGISTRATE JUDGE WILKINSON |
| PRUDENTIAL FINANCIAL : | MAGISTRATE '4' |
| GROUP ET AL : | |

**PLAINTIFF'S MOTION AND MEMORANDUM TO FILE
EXHIBITS 1- 7 TO HER AFFIDAVIT OF JANUARY 8, 2008
UNDER SEAL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Erin Burks and, pursuant to Rule 12 of the Administrative Procedures for Electronic Case Filing for the Eastern District of Louisiana and the E-Government Act of 2002, respectfully moves this Honorable Court to seal the Exhibits 1 - 7 in support of her opposition to Defendant CitiMortgage's Motion for Summary Judgment for the following reasons:

Exhibit 1 -7 to the Affidavit of Erin Burks submitted with her opposition to the Defendant CitiMortgate's Motion for Summary Judgmnet contain certain information regarding the plaintiff's loan/mortgage and insurance history that is considered confidential and protected from public disclosure under Local Rule 12 of the Administrative Procedures for Electronic Case Filing for the United States District Court for the Eastern District of Louisiana and the E-Government Act of 2002, Pub.L. 107-347, 116 Stat, 2899 (Dec. 17, 2002).

Pursuant to Local Rule 12 of and the E-Government Act of 2002, Plaintiff submits that while she stands ready to file an entire set of redacted exhibits into the public record, there is much risk to her information and identity, and that substantial information in the documents themselves that could be lost that bears directly on the issues presented if that were allowed.

WHEREFORE, Plaintiff Prays this Honorable Court enter an Order requiring the sealing of the exhibits 1 – 7 to Plaintiff's affidavit of January 8, 2008 filed with the Plaintiff's opposition to Defendant's Motion for Summary Judgment.

RESPECTFULLY SUBMITTED:

_____
JACK H. TOBIAS (17172)
336 Camp St.
Suite 340
New Orleans, Louisiana 70130
Telephone (504) 838-7100