

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : : | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO INSURANCE ERIN BURKS | : : | CIVIL ACTION NO. 2006-4173-SRD-JCW THE HONORABLE: |
| PLAINTIFF | : : | STANWOOD R. DUVAL SECTION "I" |
| VERSUS | : : | AND MAGISTRATE JUDGE WILKINSON |
| PRUDENTIAL FINANCIAL GROUP ET AL | : : | MAGISTRATE '4' |

## PROPOSED ORDER

CONSIDERING THE FOREGOING MOTION AND HAVING REVIEWED THE DOCUMENTS SUBMITTED UNDER THAT MOTION AND INCORPORATED MEMORANDUM:

THE COURT FINDS THAT THE MOTION TO PLACE THE EXHIBITS TO PLAINTIFF'S AFFIDAVIT UNDER SEAL IS WELL FOUNDED AND THAT THE DOCUMENTS DO INDEED CONTAIN INFORMATION WHICH IS PERSONAL IN NATURE OF THE KIND NECESSARY TO REMAIN PROTECTED AND CONFIDENTIAL AS CONTEMPLATED UNDER THE GOVERNMENT E-FILING ACT OF 2002;

THAT AS SUCH IT IS HEREBY ORDERED THAT THE DOCUMENTS BE AND

ARE HEREBY PLACED INTO THE RECORD UNDER SEAL PURSUANT TO LOCAL RULE 12, AND ARE TO REMAIN UNDER SUCH SEAL UNTIL FURTHER ORDER OF THIS COURT.

NEW ORLEANS, LOUISIANA, THIS _____ DAY OF JANUARY, 2008

_____
JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon all known counsel of record by placing a copy of same addressed to all known counsel of record for all in the United States Mail first class postage prepaid, by facsimile telephone transmission or by delivering by hand this _10_ day of _January_, 2008, including the following:

Gerald J. Nielsen, (La. 17078)
William R. DeJean (La. 22762)
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisisiana 70002
Telephone Facsimile No.: (504) 832-9165
Counsel for Prudential Financial Group and Liberty Mutual Insurance Company

Thomas P. Hubert (La. 19625)
Robert L. Walsh (La. 17850)
Jane H. Heidengsfelder (La. 28604)
Jones, Walker Waechter, Poitevant Carrere & Denegre, LLP
201 St. Charles Avenue, 50th Floor
New Orleans, La. 70170-5100
Telephone Facsimile Number (504) 582-8015
Counsel for Jay Trusheim

Ann Derbes Keller
Kent A. Lambert (La. 22558)
Tyler L. Weidich (La. 30790)
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, La. 70170
Telephone Facsimile (504) 636-3952

_____
JACK H. TOBIAS