UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: INSURANCE (06-09990) | * | SECTION: K |
| ANDREW PALUMBO VS. ELAINE BILSTAD AND STATE FARM FIRE AND CASUALTY COMPANY | * | MAG. 2 |

## MOTION TO COMPEL RESPONSES TO DISCOVERY

**NOW INTO COURT,** through undersigned counsel, comes, State Farm Fire and Casualty Company and for the purpose of this Motion, respectfully represents:

1.

On or about March 15, 2007, Mover herein propounded Interrogatories and Request for Production of Documents to plaintiff, Andrew S. Palumbo, through his attorney of record, Gary M. Pendergast, all of which is more fully set out in the Memorandum in Support of this motion and exhibits annexed thereto.

2.

The Interrogatories and Request for Production of Documents have not been answered and those answers are necessary to the defense of the above matter.

- 1 -

OUR FILE: 895.0331

3.

Despite repeated verbal and written requests for answers to the Interrogatories and Request for Production of Documents, no response has been forthcoming.

4.

Undersigned counsel for Mover hereby certifies that the requirements of Rule 10.1 of the Rules for Louisiana District Courts have been satisfied.  The Rule 10.1 conference was scheduled for November 13, 2007, during which Plaintiff's counsel agreed to submit discovery responses by November 26, 2007. To date, Mover has not received the same. As a result, the matter was not resolved, all of which is more fully set out in the Memorandum in Support of this motion and exhibits annexed thereto.

5.

Accordingly, Mover is if required to file this Motion to Compel Responses to Discovery and is if therefore entitled to attorney's fees and costs made necessary by the prosecution of this rule and any other sanctions that may be deemed appropriate by this Honorable Court.

**WHEREFORE,** your Mover, State Farm Fire and Casualty Company, pray that plaintiff, Andrew S. Palumbo, be ordered to appear and show cause as to why he should not be compelled to answer the Interrogatories and Request for Production of Documents previously propounded to him, and why Movers herein should not be granted attorney's fees and costs for having to bring this Motion, for any other sanctions that may be deemed appropriate by this Honorable Court, and for all general and equitable relief.

Respectfully submitted,

**PORTEOUS, HAINKEL & JOHNSON**


___s/ Patrick D. DeRouen_____
**PATRICK D. DeROUEN, ESQUIRE (#20535)**
**LAURIE L. DeARMOND, ESQUIRE (#26622)**
**CHAD J. PRIMEAUX, ESQUIRE (#30024)**
**GUY H. BUMPAS IV, ESQUIRE (#29546)**
704 Carondelet Street
New Orleans, Louisiana  70130-3774
Telephone:  (504) 581-3838
Facsimile:  (504) 581-4069
pderouen@phjlaw.com
ldearmond@phjlaw.com
cprimeaux@phjlaw.com
gbumpas@phjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____s/ Patrick D. DeRouen_____
**PATRICK D. DeROUEN, ESQUIRE**