UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: INSURANCE (06-09990) | * | SECTION: K |
| ANDREW PALUMBO VS. ELAINE BILSTAD AND STATE FARM FIRE AND CASUALTY COMPANY | * | MAG. 2 |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO DISCOVERY**

MAY IT PLEASE THE COURT:

Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, has propounded certain Interrogatories and Request for Production of Documents which are attached hereto and marked as Exhibit 1 to the plaintiff, **ANDREW S. PALUMBO**, through his Attorney of Record, **Gary M. Pendergast**, on **March 15, 2007**.

The time delays for responding to this discovery have elapsed and Mover is entitled to an Order compelling the aforementioned discovery pursuant to Louisiana Code of Civil Procedure Article 1469. Mover further avers that if the plaintiff fails to respond fully and completely to the discovery responses, that his suit be dismissed with prejudice.

1

OUR FILE: 895.0331

## LAW AND ARGUMENT

Mover shows that pursuant to the Federal Rules of Civil Procedure, certain Interrogatories and Request for Production of Documents were propounded to Plaintiff, **ANDREW S. PALUMBO**, through his Attorney of Record, **Gary M. Pendergast**, on **March 15, 2007**.  See Exhibit 1.  In pertinent part, the Federal Rules of Civil Procedure require that the party upon whom the discovery has been served shall serve a copy of full and complete answers or responses, and objections, if any, within thirty (30) days after service of the Interrogatories or Request for Production of Documents.

Mover shows that as of today's date, no such answers or responses or written objections thereto have been submitted by the plaintiff.  Pursuant to the Federal Rules of Civil Procedure, Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, moves this Court for an Order compelling full and complete responses to the Interrogatories and Request for Production of Documents from Plaintiff.

Assuming arguendo that the plaintiff's responses are not full and complete and/or the plaintiff simply fails to respond to the Interrogatories and Request for Production of Documents, Mover requests that the plaintiff's Petition be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure.

## CONCLUSION

WHEREFORE, Mover, **STATE FARM FIRE AND CASUALTY COMPANY,** prays that this Court Order the plaintiff to answer the Interrogatories and respond to the Request for

Production of Documents served upon them fully and completely and further that this Court award attorney's fees and costs incurred in bringing this rule.

                        Respectfully submitted,

                        **PORTEOUS, HAINKEL & JOHNSON**

                             s/ Patrick D. DeRouen
                        **PATRICK D. DeROUEN, ESQUIRE (#20535)**
                        **LAURIE L. DeARMOND, ESQUIRE (#26622)**
                        **CHAD J. PRIMEAUX, ESQUIRE (#30024)**
                        **GUY H. BUMPAS IV, ESQUIRE (#29546)**
                        704 Carondelet Street
                        New Orleans, Louisiana  70130-3774
                        Telephone:  (504) 581-3838
                        Facsimile:  (504) 581-4069
                        pderouen@phjlaw.com
                        ldearmond@phjlaw.com
                        cprimeaux@phjlaw.com
                        gbumpas@phjlaw.com

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on the 16th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                          s/ Patrick D. DeRouen
                                      **PATRICK D. DeROUEN, ESQUIRE**

OUR FILE: 895.0331