# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: INSURANCE (06-09990) | * | SECTION: K |
| ANDREW PALUMBO VS. ELAINE BILSTAD AND STATE FARM FIRE AND CASUALTY COMPANY | * | MAG. 2 |

### ORDER

THE FOREGOING MOTION CONSIDERED:

IT IS HEREBY ORDERED that plaintiff, **ANDREW S. PALUMBO,** show cause on the \_\_\_\_\_ day of _____, 2008, at \_\_\_\_ o'clock a.m. why they should not be compelled to answer the Interrogatories and Request for Production of Documents propounded by **STATE FARM FIRE AND CASUALTY COMPANY**.

NEW ORLEANS, LOUISIANA this \_\_\_\_\_ day of _____, 2008.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

1

OUR FILE: 895.0331