UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: INSURANCE (06-09990) | * | SECTION: K |
| ANDREW PALUMBO VS. ELAINE BILSTAD AND STATE FARM FIRE AND CASUALTY COMPANY | * | MAG. 2 |

## NOTICE OF HEARING

To: Andrew S. Palumbo, through his attorney of record, Gary M. Pendergast

Please take notice that counsel for defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, will bring on for Hearing the attached Motion to Compel Discovery before the Honorable Alma L. Chasez, United States Court House, 500 Poydras Street, New Orleans, Louisiana, 70130 on the **6th day of February, 2008, at 9:30 a.m.,** or as soon thereafter as counsel may be heard.

1

OUR FILE: 895.0331

Respectfully submitted,

**PORTEOUS, HAINKEL & JOHNSON**


s/ Patrick D. DeRouen
**PATRICK D. DeROUEN, ESQUIRE (#20535)**
**LAURIE L. DeARMOND, ESQUIRE (#26622)**
**CHAD J. PRIMEAUX, ESQUIRE (#30024)**
**GUY H. BUMPAS IV, ESQUIRE (#29546)**
704 Carondelet Street
New Orleans, Louisiana  70130-3774
Telephone:  (504) 581-3838
Facsimile:  (504) 581-4069
pderouen@phjlaw.com
ldearmond@phjlaw.com
cprimeaux@phjlaw.com
gbumpas@phjlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Patrick D. DeRouen
**PATRICK D. DeROUEN, ESQUIRE**

2

OUR FILE: 895.0331