UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: INSURANCE (06-09990) | * | SECTION: K |
| ANDREW PALUMBO VS. ELAINE BILSTAD AND STATE FARM FIRE AND CASUALTY COMPANY | * | MAG. 2 |

## RULE 37.1 CERTIFICATE

I, Patrick D. DeRouen, hereby certify that pursuant to the requirements of Rule 37.1 of the Uniform District Court Rules, I spoke to counsel for the plaintiff, Gary M. Pendergast, Esquire, by telephone on **November 13, 2007**, and he agreed to submit discovery by November 26, 2007. In addition, I sent correspondence by regular mail on **November 21, 2007** to confirm the telephone conversation and to advise of our intention to file a Motion to Compel Discovery in this case should discovery not be submitted by November 26, 2007. To date, we have yet to receive a response from counsel.

OUR FILE: 895.0331

Respectfully submitted,

s/ Patrick D. DeRouen
**PATRICK D. DeROUEN (20535)**
**LAURIE L. DeARMOND (26622)**
**CHAD J. PRIMEAUX (30024)**
**GUY H. BUMPAS IV (29546)**
Porteous, Hainkel & Johnson, L.L.P.
Attorneys at Law
New Orleans, LA  70130-3774
Telephone:  (504) 581-3838

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on the 16th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the all counsel of record.

s/ Patrick D. DeRouen
**PATRICK D. DeROUEN, ESQUIRE**

2

OUR FILE: 895.0331