# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: KATRINA CANAL BREACHES** | § | |
| **CONSOLIDATED LITIGATION** | § | **CIVIL ACTION: 05-4182** |
| | § | |
| _____ | § | **JUDGE DUVAL** |
| | § | |
| **PERTAINTS TO:** | § | **MAG. WILKINSON** |
| **LEVEE, MRGO** | § | |
| **(07-4944 Cina), (07-4945 Ferrara)** | § | |
| **(07-5396 Radcliffe), (07-5397 Aleman)** | § | |
| _____ | § | |

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

**ON MOTION OF** Andrew R. Schwing, an attorney of record for plaintiffs in the above referenced actions, and on suggesting to the court that mover desires to withdraw as attorney of record for plaintiffs due to the fact that undersigned counsel will no longer be employed by the firm of Lobman, Carnahan, Batt, Angelle and Nader as of January 1, 2008, mover requests that David V. Batt of Lobman, Carnahan, Batt, Angelle and Nader, 400 Poydras Street, Suite 2300, New Orleans, Louisiana, 70130, remain as lead counsel of record for plaintiffs.

Respectfully submitted,

/s/ Andrew Schwing
ANDREW R. SCHWING, #29416
LOBMAN, CARNAHAN, BATT
ANGELLE & NADER
400 POYDRAS ST., STE 2300
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292, FAX: (504) 586-1290

**CERTIFICATE OF SERVICE**

I do certify that I have on this 16 day of January, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same by electronic means.

/s/ Andrew Schwing
**ANDREW R. SCHWING**