# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:  07-1690 (WILLIAMS)** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF LATOYA WILLIAMS' MEMORANDUM IN OPPOSITION
## TO MOTION FOR COMTEMPT, SANCTIONS AND DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Latoya Williams ("Williams"), who opposes the motion of defendant Auto Club Family Insurance Company ("Auto Club") and respectfully requests that the Court deny defendant's Motion for Contempt, Sanctions and Dismissal for the following reasons.

Ms. Williams was admittedly scheduled for a deposition on December 3, 2007. Counsel for Ms. Williams was unable to locate her and informed defendant of that fact several days prior to the deposition.  Counsel additionally advised Auto Club's counsel that he would not appear for the deposition since he could not find Ms. Williams.

In its motion, defendant seeks sanctions for an appearance fee for a court reporter; yet, defendant admits in its memorandum in support of its motion that Auto Club's counsel was advised several days in advance of the scheduled deposition that neither plaintiff nor plaintiff's counsel would be appearing because plaintiff's counsel could not reach Ms. Williams.

Furthermore, undersigned counsel just learned today that Ms. Williams failed to appear for depositions – and that she asked attorney Brent Klibert to dismiss her case -

1

because she and her husband erroneously believed that she could no longer pursue her claims against Auto Club because she had accepted a grant from Road Home. This misunderstanding was based on discussions with Road Home. Williams and her husband were confused by the litigation and Road Home processes and thought she had to dismiss her claims against Auto Club despite the efforts of Mr. Kllibert to persuade her to continue to pursue her claims against Auto Club.

Williams apologizes for her absence and the confusion and respectfully requests that she be permitted to continue to pursue her homeowner's claims against Auto Club.

For the foregoing reasons, Ms. Williams respectfully submits that her case should not be dismissed, sanctions should not be imposed and she should not be held in contempt. Defendant's motion should be denied.

Respectfully submitted,

/s/ Andrea S. Lestelle
_____
**TERRENCE J. LESTELLE - T.A. - 8540**
**ANDREA S. LESTELLE - 8539**
**JEFFERY B. STRUCKHOFF - 30173**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd., Suite 602
Metairie, LA  70002
Telephone:  (504) 828-1224
Fax: (504) 828-1229
Email: lestelle@lestellelaw.com

**LAW OFFICES OF ROY F. AMEDEE, JR.**
**Roy F. Amedee, Jr. - 2449**
**Brent A. Klibert - 29296**
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-9481
Facsimile:  504-483-8130

**CONNICK & CONNICK, LLC**
**William P. Connick - 14158**
2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777
Facsimile:  504-838-9903

**PATRICK G. KEHOE, JR., APLC**
**Patrick G. Kehoe, Jr. - 14419**
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

**ROBICHAUX LAW FIRM**
**J. Van Robichaux, Jr. - 11338**
71234 Hendry Ave.
Covington, LA 70433
Telephone:  985-809-0620
Facsimile:  985-892-5085

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 16th day of January, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

   /s/ Andrea S. Lestelle
**ANDREA S. LESTELLE**

3