UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION<br><br>VERSUS<br><br>PERTAINS TO:  ROAD HOME<br>     Louisiana State C.A. No. 07-5528 | CIVIL ACTION<br>NO.  05-4182 "K"(2)<br>JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

### INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:                                                                                  January 17, 2008

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:     /s/  Jacqueline M. Brettner
      Neil C. Abramson (Bar #21436)
      Jacqueline M. Brettner (Bar #30412)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130

      and

       Marshall M. Redmon (Bar #18398)
       445 North Boulevard, Suite 701
       Baton Rouge, LA  70802
       Telephone: (225) 346-0285
       Fax: (225) 381-9197

**ATTORNEYS FOR DEFENDANTS THE INVOLVED LLOYD'S UNDERWRITERS**