AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

KAREN D. BELL

V.

UNITED STATES OF AMERICA, WASHINGTON
GROUP INTERNATIONAL, INC., BOARD OF
COMMISSIONERS OF THE ORLEANS
LEVEE DISTRICT, ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, AND BOARD OF
COMMISSIONERS OF THE LAKE BORGNE BASIN
LEVEE DISTRICT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 07-5327

TO: BOARD OF COMMISSIONERS OF THE LAKE
BORGNE BASIN LEVEE DISTRICT
Through its Registered Agent:
Stephen John Ehrlichter, Board member
2104 Etienne Drive,
Meraux, Louisiana 70075

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

SEP - 4 2007
DATE

(BY) DEPUTY CLERK

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/20/07 |
| Name of SERVER (PRINT) Peter Spangenberg | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: Jeanne Ehrlicher 2104 Etienne Dr., Meraux, La 70075

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/20/07
             Date

Signature of Server: Peter R Spangenberg

Address of Server: 610 Belletevee Blvd. LaPlace, La 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.