# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
EASTERN DISTRICT OF LA
2008 JAN 15 PM 3: 18
LORETTA G. WHYTE
CLERK

RETURN

WETCO RESTAURANT GROUP, L.L.C.

V.

UNITED STATES OF AMERICA, WASHINGTON GROUP INT'L, INC., BD. OF COMM. OF ORLEANS LEVEE DIST., BD. OF COMM. OF LAKE BORGNE BASIN LEVEE DIST., BD. OF COMM. OF E. JEFF LEVEE DIST., SEWERAGE AND WATER BD. OF N.O., ST. PAUL FIRE & MAR. INS. CO., NT'L UNION FIRE INS. CO. OF PITTS., BD. OF COMM. FOR PORT OF N.O., CSX CORP., CSX TRANS. INC., AND THE PUBLIC BELT RR COMM. OF N.O.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07-5339**

**SECT. K MAG. 2**

TO: BRD. OF COMM. OF THE LAKE BORGNE BASIN LEVEE DISTRICT
   Through its Registered Agent:
   Stephen John Ehrlichter, Board Member
   2104 Etienne Drive
   Meraux, LA 70075

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                   SEP 0 5 2007
CLERK                                              DATE

_(signature)_
(BY) DEPUTY CLERK

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____

# RETURN OF SERVICE

DATE: 12/20/07

Service of the Summons and Complaint was made by me [1]

Name of SERVER (PRINT): Peter Span
TITLE: Process Server

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: Jeanne Enclader 2104 Etienne Dr., Meraux, La 70075

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

[ ] Returned unexecuted: ____

[ ] Other (specify): ____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/20/07
Date

Signature of Server: Arthur R. Mangenberg

Address of Server: c/o Belle Terre Blvd., Laplace, LA 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.