AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*U.S. DISTRICT COURT EASTERN DISTRICT OF LA*
*FILED 2008 JAN 15 PM 3:[--]*
*LORETTA G. WHYTE CLERK*
*RETURN*

DR. FREDERICK KEPPEL AND DR. FREDERICK KEPPEL, A PROFESSIONAL MEDICAL CORPORATION

V.

UNITED STATES OF AMERICA, WASHINGTON GROUP INTERNATIONAL, INC., BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, AND BOARD OF COMMISSIONERS OF THE LAKE BORGNE BASIN LEVEE DISTRICT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-5343**

**SECT K MAG 2**

TO: BOARD OF COMMISSIONERS OF THE LAKE BORGNE BASIN LEVEE DISTRICT
Through its Registered Agent:
Stephen John Ehrlichter, Board member
2104 Etienne Drive,
Meraux, Louisiana 70075

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27th FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK _(signature)_
(BY) DEPUTY CLERK

DATE: **SEP 0 4 2007**

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/20/07 |
| Name of SERVER (PRINT) Beth Spangenberg | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: Joanne Ehrlicher 2604 E Tiem Dr, Meraux, LA 70075

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/20/07
          Date

Signature of Server: *Beth Spangenberg*

Address of Server: c/o Bell & Tenbus, LaPlace, LA 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.