AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JAN 15  AM 9: 48

LORETTA G. WHYTE
CLERK

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

RETURN

UNIVERSAL HEALTH SERVICES, INC.

### V.

United States of America, Washington Group Int'l, Inc.,
Bd. of Comm. Of the Orleans Levee District, Bd. of
Comm. of the Lake Borgne Basin Levee Dist., Bd. of
Comm. of the E.Jeff. Levee Dist., Sewerage & Water Bd.
Of N.O., St. Paul Fire & Mar. Ins. Co., Nat'l Union Fire
Ins. Co. Of Pitts., Bd. of Comm. for the Port of N.O. CSX
Corp., CSX Trans., Inc., the Public Belt R.R. Comm. for
the City of N.O.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 07-5350

## SECT. K MAG. 2

TO:  SEWERAGE AND WATER BOARD OF NEW
ORLEANS
Through its Registered Agent:
Gerard M. Victor, Special Counsel
625 St. Joseph St., Room 201
New Orleans, LA 70165

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon
you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded
in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

_____
CLERK

SEP 0 5 2007
_____
DATE

_____
(BY) DEPUTY CLERK

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/17/07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Peter Spangenberg | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: MK-Tyler - Sewerage
& Water Board, 625 ST Joseph St, New Orleans
LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/17/07___
                Date

Signature of Server ___Peter R. Spangenberg___

Address of Server ___6/0 Belle Terre Blvd
LAPlace, LA 70068___

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.