AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JAN 15 AM 9:40

LORETTA G. WHYTE
CLERK

XAVIER UNIVERSITY OF LOUISIANA

V.

UNITED STATES OF AMERICA, BOARD OF COMMISSIONERS OF ORLEANS LEVEE DIST., BOARD OF COMMISSIONERS OF THE EAST JEFFERSON LEVEE DISTRICT, SEWERAGE AND WATER BOARD OF NEW ORLEANS, ST. PAUL FIRE & MARINE INS. CO., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, BOARD OF COMMISSIONER FOR THE PORT OF NEW ORLEANS, CSX CORPORATION, CSX TRANSPORTATION, INC. & THE PUBLIC BELT RAILROAD COMMISSION FOR THE CITY OF NEW ORLEANS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07-5367

SECT. K MAG. 2

TO: SEWERAGE AND WATER BOARD OF
NEW ORLEANS
Through its Registered Agent:
Gerard M. Victor
625 St. Joseph Street Room 201
New Orleans, LA 70165

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

SEP - 5 2007
DATE

___ Fee___
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No___

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/17/07 |
| Name of SERVER (PRINT) Peter Spangenberg | TITLE Process Server |

Check one box below to indicate appropriate method of service

[x] Served Personally upon the Defendant. Place where served: MK Tyler - Sewerage & Water Board, 625 St. Joseph St., New Orleans, LA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/17/07
             Date

Signature of Server: Peter R. Spangenberg

Address of Server: 4706 Belle Terre Blvd., LaPlace, LA 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.