# United States District Court
## EASTERN DISTRICT OF LOUISIANA

MICHAEL G. AND MADLYN P. BAGNERIS

V.

UNITED STATES OF AMERICA, BD. OF COMM. OF ORLEANS LEVEE DIST., BD. OF COMM. OF E. JEFF LEVEE DIST., SEWERAGE AND WATER BD. OF N.O., ST. PAUL FIRE & MAR. INS. CO., NT'L UNION FIRE INS. CO. OF PITTS., BD. OF COMM. FOR PORT OF N.O., CSX CORP., CSX TRANS. INC., THE PUBLIC BELT RR COMM. OF N.O.

TO: CSX CORPORATION
Through its Registered Agent:
Corporation Service Company
320 Somerlous Street
Baton Rouge, LA 70802

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07-5378**

**SECT. K MAG. 2**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARTHA Y. CURTIS
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

(BY) DEPUTY CLERK

SEP 0 4 2007
DATE

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/18/07 |
| Name of SERVER (PRINT) Peter Spangenberg | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: Jeannine Schutte 320 Somerlous St. Baton Rouge, LA 70802

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/07
Date

Signature of Server
P & I CLAIMS SERVICE, INC.
610 BELLE TERRE BLVD
Address of Server LAPLACE, LA 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.