**MINUTE ENTRY**
**DUVAL, J.**
**JANUARY 16, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  INSURANCE<br> (C.R. Pittman Construction Co., Inc., No. 07-2771) | NO. 05-4182<br><br>SECTION "K"(2) |

**MOTION to dismiss by United States of America filed  9/28/07, doc. 8042.**

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  TONI TUSA**

**APPEARANCES:  Gerald Melchiode, Jason Markey, Catherine Vincent &**
**                         Timothy McIlmail**

**Court begins at 9:50 a.m.  Case called; all present and ready.**
**Oral  argument by parties.  Court recessed at 10:34 a.m. until 3:00 p.m. today.**
**This matter is GRANTED for the oral reasons stated on the record.**
**Court shall issue an order.**
**Court adjourned at 3:15 p.m.**

JS-10 (1:00)