**MINUTE ENTRY**
**DUVAL, J.**
**JANUARY 16, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  INSURANCE<br> (Burks, No. 06-4173) | NO. 05-4182<br><br>SECTION "K"(2) |

**MOTION for summary judgment by Citi Mortgage, Inc. filed  11/13/07, doc. 8986.**

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  TONI TUSA**

**APPEARANCES:  Jack Tobias & Kent Lambert**

Court begins at 11:46 a.m.  Case called; all present and ready.
Oral  argument by parties.
**This matter is GRANTED for the oral reasons stated on the record.**
**Court shall issue an order.**
**Court adjourned at 12:42 p.m.**

JS-10 (:56)