UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| | * | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE JOSEPH C. |
| *Chudd & Arvis Abram* C.A. NO. (07-5205) | * | WILKINSON, JR. |

*******************************************************************

## ORDER

Considering the foregoing Motion;

IT IS ORDERED that Ben L. Mayeaux, James L. Pate, Robert E. Torian, Will Montz, and Laura T. Rougeau of the law firm of Laborde & Neuner be enrolled as counsel of record on behalf of Continental Insurance Company in the captioned matter.

THUS DONE AND SIGNED on the __16th__ day of __January__, 2008.

_____
DISTRICT COURT JUDGE