UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:    MRGO, Robinson<br>(06-2268) | SECTION "K"(2) |

### ORDER SETTING PHONE STATUS CONFERENCE

**IT IS ORDERED** that a **TELEPHONE STATUS CONFERENCE** to discuss the Defendant United States Motion for Expedited Hearing on the Renewed Motion to Enforce and Apply Local Rule 56.1 (Doc. 104360) is set on **FRIDAY , JANUARY 18, 2008**, at **9:30  A.M.** (CST) with the office of Pierce O'Donnell (213/347-0290), counsel for plaintiff, initiating said conference call.

Counsel is further ordered to contact the O'Donnell office to advise of alternate numbers if away from respective offices on the captioned date/time.

New Orleans, Louisiana, this __16th__ day of January, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE