# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*          05-5724 | * | |
| *Lagarde v. Lafarge*          06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*          07-3500 | * | MAG. |
| *Lafarge v. USA*_____07-5178_____ | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## NOTICE OF FRCP 30(b)(6) DEPOSITION
## WITH RECORDS PRODUCTION

TO:      All Counsel

     **YOU ARE HEREBY NOTIFIED** that undersigned counsel for plaintiffs will conduct  the FRCP deposition of the following named organization, under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded.  The organization subject to deposition is to designate one or more persons with knowledge in order to render testimony concerning the topics enumerated below.

     The organization is also directed to produce at the office of Wiedemann & Wiedemann, 821 Baronne Street, New Orleans, LA 70113 the items described on the attached *addendum*, on or before February 19, 2008.

     You are invited to attend and participate as is appropriate according to law.

**ORGANIZATIONAL DEPONENT:**          **Centanni Investigative Agency**

**LOCATION:**                                              **Chaffe McCall**
                                                                    **1100 Poydras Street, Suite 2300**
                                                                    **New Orleans, Louisiana   70163-2301**

**DATE/TIME:**                                          **February 22, 2008 1:00 p.m.**

Topics will include (as to Centanni Investigative and its activities):

1.    identities, addresses and all other contact information of named plaintiffs, persons represented by counsel, and/or putative class members interviewed, and/or as to whom contact was attempted, on behalf of Lafarge, its agents, attorneys or insurers;

2.    the nature, subject, scope and timing of instructions to Centanni Investigative Agency relative any named plaintiffs, persons represented by counsel, and/or putative class members in this suit;

3.    the nature, methods, subject, scope and timing of attempted contacts and conducted interviews of named plaintiffs, persons represented by counsel, and/or putative class members in this suit;

4.    any and all personal data gathered as to any and all named plaintiffs, persons represented by counsel, and/or putative class members in this suit;

5.    any and all factual accounts provided by named plaintiffs, persons represented by counsel, and/or putative class members in this suit;

4.    and any and all other relevant facts of which the deponent(s) has/have knowledge.

Documents and Things to be produced by Centanni Investigative:

1.    any and all writings and things containing the identities, addresses and all other contact information of named plaintiffs, persons represented by counsel, and/or putative class members in this suit who were interviewed, and/or as to whom contact was attempted, on behalf of Lafarge, its agents, attorneys or insurers;

2.    all statements, factual accounts, recordings, video, affidavits and other memorialization, documents and things taken or received from named plaintiffs, persons represented by counsel, and/or putative class members in this suit in the Barge category of cases.

Respectfully submitted
By BARGE P.S.L.C.

**LAW OFFICE OF BRIAN A. GILBERT**

S\Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885/7700
Phone: 504/581-6180
Fax: 504/581/4336

**WIEDEMANN & WIEDEMANN**


\S\Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIEDEMANN (#21151)**
821 Baronne Street
New Orleans, Louisiana  70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs


\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana   70002
Phone: 504/834-0646
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 17th day of January, 2008.

\s\Brian A. Gilbert