UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| PERTAINS TO: ROAD HOME | * | |
| Louisiana State C.A. No. 07-5528 | * | |
| | * | |

**********************************************************************

### ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

American Modern Insurance Group, American Family Home Insurance Company, American Southern Home Insurance Company, and American Western Home Insurance Company, identified below by its undersigned counsel of record, hereby acknowledge receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

_____  January 17, 2008
MATTHEW A. WOOLF
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

COUNSEL FOR AMERICAN MODERN INSURANCE GROUP, AMERICAN FAMILY HOME INSURANCE COMPANY, AMERICAN SOUTHERN HOME INSURANCE COMPANY, AND AMERICAN WESTERN HOME INSURANCE COMPANY

NO MAW 168936 v1
0-0

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY: /s/   Matthew A. Woolf
MATTHEW A. WOOLF (#27146)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
mwoolf@bakerdonelson.com

**ATTORNEYS FOR AMERICAN MODERN
INSURANCE GROUP, AMERICAN FAMILY
HOME INSURANCE COMPANY, AMERICAN
SOUTHERN HOME INSURANCE COMPANY,
AND AMERICAN WESTERN HOME
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

/s/   Matthew A. Woolf

NO MAW 168936 v1
0-0