UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO: MRGO
_____

## MOTION TO QUASH

**NOW INTO COURT**, through undersigned counsel, come Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong and Ethel Mae Coats, who move to quash the subpoena duces tecum issued by Washington Group International, Inc., as more fully set forth in the attached Memorandum in Support of Motion to Quash.

**WHEREFORE**, Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong and Ethel Mae Coats, pray that this Honourable Court grant the Motion to Quash, thereby quashing the subpoena duces tecum issued by Washington Group International, Inc. and to contemporaneously stay records production pending a ruling on the Motion to Quash.

Respectfully Submitted,
PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 15th day of January, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno