UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  *Robinson,* (No. 06-2268) | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S RENEWED MOTION TO ENFORCE AND APPLY LOCAL RULE 56.1

Defendant has filed a renewed ex parte motion for an order requiring Plaintiffs to comply with Local Rule 56.1 by filing a separate, short, and concise statement of material facts as to which the moving party contends there is no genuine issue to be tried.  Plaintiffs believe that Plaintiffs' Statement of Undisputed Facts filed in support of their Motion for Summary Adjudication on Section 702c Immunity complies with Rule 56.1 in light of the fact they have asserted three different grounds for summary adjudication and proposed facts in anticipation of the Government's Motion for Summary Judgment.  Nevertheless, Plaintiffs desire to minimize the burden on the Court and facilitate a prompt resolution of this issue that has been carved out for resolution before the trial in September.  Accordingly, as demonstrated by Plaintiffs' Revised Statement of Facts in Support of Motion for Summary Adjudication ("Plaintiffs' Revised

1

Statement") attached as Exhibit "A," Plaintiffs have substantially reduced the number of proposed facts to only 53 facts comprising approximately 3,000 words.

Plaintiffs Revised Statement contains the undisputed facts that Plaintiffs maintain are material to the Court's ruling on their Motion for Summary Adjudication. Each proposed fact contains a single sentence followed by a reference to Plaintiffs' Evidentiary Support for Undisputed Facts abbreviated as "PUF No. __." The compendium of cited references immediately follow the 53 facts with pinpoint citations to the record in the form of either exhibits from the Joint Exhibit List (with the specific page number) or deposition testimony (with the specific page and line numbers). The gaps in the numbering have been left intentionally blank because of eliminating the vast majority of facts originally contained in Plaintiff's Statement of Undisputed Facts.

For example, the first proposed fact is presented as follows:

1. The Government concedes that the MR-GO had no flood control features when constructed, "the MR-GO did not have a flood control purpose or function," and "no levees were constructed as part of the MRGO project." PUF Nos. 15, 19, 20.

The referenced citations to the evidentiary support are contained at Paragraphs 15, 19, and 20. Thus, for example, Paragraph 15 references "MSJ Exh. 8, O'Cain Depo. 516:20-24" as support for this proposed fact. Keith O'Cain is an Army Corps employee who gave a Rule 30 (b) (6) deposition and testified to this proposed fact on lines 20 to 24 of page 516 of the deposition. Similarly, Paragraph 19 references "MSJ Exh. 12, Document 6052, p. 4"—the Defendant United States' Rebuttal of Plaintiffs' Sur-Reply in Support of Opposition to Defendant's Motion to Certify (Document 6052).

The same pattern follows for all of the remaining proposed facts.

Accordingly, Plaintiffs respectfully request that the Court deny the motion and permit the Plaintiffs to file Plaintiffs' Revised Statement in full satisfaction of Local Rule 56.1.

Dated: January 17, 2008                           Respectfully submitted,

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell

Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298

**The Andry Law Firm, LLC**

By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

| **Law Offices of Joseph M. Bruno** | **Domengeaux Wright Roy & Edwards LLC** |
|---|---|
| By: s/ Joseph M. Bruno | |
| Joseph M. Bruno (LSBA No. 3604) | Bob F. Wright (LSBA No. 13691) |
| 855 Baronne Street | James P. Roy (LSBA No. 11511) |
| New Orleans, Louisiana 70133 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 525-1335 | P.O. Box 3668 |
| Facsimile:  (504) 581-1493 | Lafayette, Louisiana 70502-3668 |
| | Telephone: (337) 233-3033 |
| | Facsimile:  (337) 233-2796 |
| **Fayard & Honeycutt** | **Girardi & Keese** |
| Calvin C. Fayard, Jr. (LSBA No. 5486) | Thomas V. Girardi (*pro hac vice*) |
| Blayne Honeycutt (LSBA No. 18264) | 1126 Wilshire Boulevard |
| 519 Florida Avenue, S.W. | Los Angeles, CA 90017 |
| Denham Springs, Louisiana 70726 | Telephone: (213) 489-5330 |
| Telephone: (225) 664-4193 | Facsimile:  (213) 481-1554 |
| Facsimile:  (225) 664-6925 | |
| **Ranier, Gayle & Elliot, LLC** | **Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.** |

3

N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

**McKernan Law Firm**

Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile:  (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**

Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile:  (504) 528-9973

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**

Elwood C. Stevens, Jr.  (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile:  (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**

Joseph W. Cotchett  (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

**Law Office of Frank J. D'Amico, Jr. APLC**

Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

**Salas & Co., LC**

 Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA  70130
Telephone: (504) 799-3080
Facsimile:  (504) 799-3085
**Attorneys for Plaintiffs**

**Robinson, Calcagnie & Robinson, Inc.**

Mark Robinson (Cal State Bar No. 54426
620 Newport Center Drive – 7th Floor
Newport Beach, CA 92660
1-888-701-1288

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on January 17, 2008, I caused to be served **PLAINTIFFS' RESPONSE TO DEFENDANT'S RENEWED MOTION TO ENFORCE AND APPLY LOCAL RULE 56.1**, upon Defendants' counsel, Robin D. Smith, Catherine Corlies, Traci Colquette, and Jim McConnon by ECF and email at robin.doyle.smith@usdoj.gov; catherine.corlies@usdoj.gov, traci.colquette@usdoj.gov, and jim.mcconnon@usdoj.gov

/s/ Pierce O'Donnel