UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  *Robinson,* (No. 06-2268) | |

### PLAINTIFFS' EVIDENTIARY SUPPORT IN SUPPORT OF REVISED STATEMENT OF UNDISPUTED FACTS FOR SUMMARY ADJUDICATION ON SECTION 702C IMMUNITY

The Plaintiffs hereby contend that the following is evidentiary support in support of Plaintiffs' revised statement of undisputed facts for purposes of their motion for summary adjudication on the issue of the availability of 33 U.S.C. § 702c to the Government in this case.  The following abbreviations, terms and definitions are used below:

|  |  |
|---|---|
| ACE, USACE, Corps | U.S. Army Corps of Engineers |
| ASCE | American Society of Civil Engineers |

| | |
|---|---|
| *Decision Making Chronology* | *Decision Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project*, Draft Final Report for the Army Corp, D. Woolley, L. Shabman (June 2007) |
| EBSBs | Earthen Berms/Spoil Banks |
| *A Failure of Initiative* | *A Failure of Initiative*, Final Report of Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, 109th Cong., 2d Session (Feb. 15, 2006) |
| GAO | Government Accountability Office |
| GIWW | Gulf Intracoastal Waterway |
| Government | United States Government |
| GNO | Greater New Orleans (Jefferson, Orleans, and St. Bernard Parishes) |
| HPS, HFPS | Hurricane Flood Protection System |
| IHNC | Inner Harbor Navigational Channel (aka Industrial Canal) |
| ILIT | Independent Levee Investigation Team, *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005*, (July 31, 2006) |
| IPET | Interagency Performance Evaluation Task Force, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, Final Report of IPET (March 26, 2007) |
| *Lessons Learned* | *The Federal Response to Hurricane Katrina, Lessons Learned*, Office of Homeland Security & Counterterrorism (Feb. 2006) |
| LPVHPP, LPV, LVP | Lake Pontchartrain and Vicinity Hurricane Protection |

|  | Project |
| --- | --- |
| LSU | Louisiana State University Hurricane Center |
| LWLFC | Louisiana Wild Life and Fisheries Commission |
| MR-GO, MRGO | Mississippi River-Gulf Outlet |
| *A Nation Still Unprepared* | *Hurricane Katrina: A Nation Still Unprepared*, Special Report of the Committee on Homeland Security and Governmental Affairs, 109th Cong., 2d Session, S. Rept. 109-322 (Jan. 2006) |
| NOFDS | New Orleans Flood Defense System (same as HPS and HFPS) |
| NOD | New Orleans District, U.S. Army Corps of Engineers |
| NSF | National Science Foundation |
| PMH | Probable Maximum Hurricane |
| SPH | Standard Project Hurricane – National Weather Bureau 1959.  Meteorological Considerations Pertinent to Standard Project Hurricane. |
| Team Louisiana | Team Louisiana, *The Failure of the New Orleans Levee System during Hurricane Katrina* (Dec. 18, 2006) |
| USFWS, FWS | U.S. Fish and Wildlife Service |

## A.     MISSISSIPPI RIVER-GULF OUTLET

### 1.     Authorization, Construction, and Eventual Closure

| EVIDENTIARY SUPPORT |
| --- |
| 1.    MSJ Exh. 1, *Graci v. United States*, 435 F. Supp. 189, 192, ¶ 15 (E.D. La. 1977) ("*Graci IV*"); |

| |
|---|
| MSJ Exh. 2 (House Document No. 245, p. 2 (October 1, 1951)) ("House Document No. 245") |
| 2.      MSJ Exh. 1, *Graci IV* at 192, ¶ 19 |
| MSJ Exh. 3, Independent Levee Investigation Team, New Orleans Levee System: Hurricane Katrina ("ILIT"), July 3, 2006, p. 12-8 to 12-9; |
| 3.      MSJ Exh. 3, Independent Levee Investigation Team, New Orleans Levee System: Hurricane Katrina ("ILIT"), July 3, 2006, p. 12-8 to 12-9; MSJ Exh. 1, *Graci IV* at 192, ¶ 17; MSJ Exh. 2, House Document No. 245, p. 2; MSJ Exh. 8, Deposition of Corps 30(b)(6) witness, Keith O'Cain ("O'Cain Depo."), 494:2-16 |
| 4. |
| 5.      MSJ Exh. 4, Team Louisiana, p. 229 |
| 6.      MSJ Exh. 9, Corps 30(b)(6) Depo. Exhibit 26 at p. 8 (Bank Erosion Reconnaissance Report, Feb. 1988) |
| 7.      MSJ Exh. 8, Deposition of Corps 30(b)(6) witness, Al Naomi ("Naomi Depo."), 324:17-325:6; MSJ Exh. 8, O'Cain Depo. 492:18-494:1 |
| 8.      MSJ Exh. 10, H.R. Doc. No. 231, 89th Cong., 1st Sess. (1965) ("House Doc. No. 231") at p. 17 |
| 9. |
| 10.    MSJ Exh. 4, Team Louisiana, p. 225-26; MSJ Exh. 8, Naomi Depo. 162:3-9; MSJ Exh. 10, House Doc. No. 231, p. 63 |
| 11.    MSJ Exh. 4, Team Louisiana, p. 226 |
| 12. |
| 13. |

| 14. |
|-----|

### 2. Never a Flood Control Project

| 15.   MSJ Exh. 8, O'Cain Depo. 516:20-24 |
|---|
| 16.   MSJ Exh. 12, Defendant United States' Rebuttal of Plaintiffs' Sur-Reply in Support of Opposition to Defendant's Motion to Certify (Document 6052), p. 9 |
| 17.   MSJ Exh. 12, Document 6052, p. 10 |
| 18.   MSJ Exh. 12, Document 6052, p. 4 |
| 19.   MSJ Exh. 12, Document 6052, p. 4 |
| 20.   MSJ Exh. 8, Naomi Depo. 332:23-333:1 |
| 21.   MSJ Exh. 12, Document 6052, p. 8 |
| 22.   MSJ Exh. 12, Document 6052, p. 8 |
| 23.   MSJ Exh. 8, Naomi Depo. 322:25-323:23 |

### 3. Dredging and Spoil Banks

| 24.   MSJ Exh. 8, O'Cain Depo. 500:25-502:17, 505:16-25, 521:11-23; MSJ Exh. 13, Expert Report of Arthur Theis, ("Theis Expert Report"), ¶ 15 |
|---|
| 25.   MSJ Exh. 14, Expert Report of Dr. Shea Penland, ("Penland Expert Report"), p. 14; MSJ Exh. 13, Theis Expert Report, ¶ 9; MSJ Exh. 8, Naomi Depo. 337:2-8 MSJ Exh. 8, O'Cain Depo. 492:18-494:1 |
| 26.   MSJ Exh. 8, O'Cain Depo. 494:9-16 |
| 27.   MSJ Exh. 8, O'Cain Depo. 516:25-517:12 |
| 28.   MSJ Exh. 8, O'Cain Depo. 518:3-11 |
| 29. |

### 4. Adverse Effects

| 30.   MSJ Exh. 4, Team Louisiana, pp. 230-31; |
|---|

| MSJ Exh. 15, General Design Memorandum 1B for the MR-GO (1959), p. 3, ¶ 11 |
|---|

### a.    <u>Bank Erosion</u>

| |
|---|
| 31.  MSJ Exh. 4, Team Louisiana, p. 234 |
| 32.  MSJ Exh. 8, O'Cain Depo. 515:1-18 |
| 33.  MSJ Exh. 8, O'Cain Depo. 516:20-24; MSJ Exh. 13, Theis Expert Report, ¶ 8 |
| 34.  MSJ Exh. 4, Team Louisiana, p. 234; <br> MSJ Exh. 7, Expert Report of Dr. G. Paul Kemp, ("Kemp Expert Report"), pp. 21-24 at ¶ 31 |
| 35.  MSJ Exh. 8, O'Cain Depo. 495:5-23 |
| 36.  MSJ Exh. 8, O'Cain Depo. 496:23-498:7; 500:1-11 |
| 37.  MSJ Exh. 8, O'Cain Depo. 495:1-4 |
| 38.  MSJ Exh. 13, Theis Expert Report, ¶ 10 |
| 39.  MSJ Exh. 9, Corps 30(b)(6) Depo. Exhibit 26 at p. 10 |

### b.    <u>Destruction of Marshes and Cypress Forests</u>

| |
|---|
| 40.  MSJ Exh. 9, Corps 30(b)(6) Depo. Exhibit 26 at p. 10; MSJ Exh. 8, Naomi Depo. 326:20-327:4 <br> MSJ Exh. 17, Day Expert Report, pp. 5-6. <br> MSJ Exh. 14, Penland Expert Report, p. 15 |
| 41.  MSJ Exh. 9, Corps 30(b)(6) Depo. Exhibit 26 at pp. 10-11; MSJ Exh. 8, Naomi Depo.  327:2-9 |
| 42.  I MSJ Exh. 9, Corps 30(b)(6) Depo. Exhibit 26 at p. 27; MSJ Exh. 8, Naomi Depo. 328:14-329:7 |
| 43.  MSJ Exh. 16, Corps 30(b)(6) Depo. Exhibit 45, p. 1 |
| 44.  MSJ Exh. 1, *Graci IV* at 192, ¶ 8; 193, ¶ 22; |
| 45.  MSJ Exh. 1, *Graci IV* at 193, ¶ 23 |
| 46.  MSJ Exh. 4, Team Louisiana, p. 227 |
| 47.  MSJ Exh. 4, Team Louisiana, pp. 227-28; MSJ Exh. 3, ILIT, p. 12-8 to 12-9 |

| 48.   MSJ Exh. 17, Expert Report of Dr. John Day ("Day Expert Report"), pp. 3-4 |
|---|

| 49.   MSJ Exh. 17, Day Expert Report, p. 11 |
|---|
| MSJ Exh. 23, *A Nation Still Unprepared*, p. 125 |
| MSJ Exh. 28, Deposition of Defendants' MR-GO Expert, Robert A. Dalrymple ("Dalrymple Depo."), 35:19-36:6 |
| MSJ Exh. 8, Naomi Depo., 281:20-202:6 |
| MSJ Exh. 37, *Unnatural Disaster*, p. 4 |

### c.      The "Funnel" Effect

| 50.   MSJ Exh. 4, Team Louisiana, p. 230 |
|---|

| 51.   MSJ Exh. 5, Corps 30(b)(6) Depo. Exhibit 33 at pp. 7-9 |
|---|

| 52.   MSJ Exh. 5, Corps 30(b)(6) Depo. Exhibit 33 at pp 1-2 |
|---|

| 53.   MSJ Exh. 5, Corps 30(b)(6) Depo. Exhibit 33 at pp. 1-2 |
|---|

| 54.   MSJ Exh. 1, *Graci IV* at 191, ¶ 7 |
|---|

| 55.   MSJ Exh. 4, Team Louisiana, p. xii; |
|---|
| MSJ Exh. 8, Naomi Depo. 178:23-179:16 |

| 56.   MSJ Exh. 1, *Graci IV* at 192, ¶ 12 |
|---|

| 57.   MSJ Exh. 10, House Doc. No. 231 at p. 17 |
|---|
| MSJ Exh. 8, Naomi Depo. 156:1-11 |

| 58.   MSJ Exh. 4, Team Louisiana, pp. 223-24, Fig. 158; 235-40; MSJ Exh. 26, *Decision Making Chronology*, pp. ES-6-7 |
|---|
| MSJ Exh. 2, ILIT, p. 8-6 |
| MSJ Exh. 7, pp. 25-33 |

### B.        HURRICANE BETSY

| **EVIDENTIARY SUPPORT** |
|---|
| 59. |
| 60. |

| |
|---|
| 61. |
| 62. |
| 63.   MSJ Exh. 4, Team Louisiana, p. 253;<br><br>MSJ Exh. 7, Kemp Expert Report, p. 39 ¶ 51 |
| 64. |

C.        **LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT ("LPVHPP")**

### 1.        Congressional Mandate

| |
|---|
| 65.   MSJ Exh. 19, GAO 1, p. 3;<br><br>MSJ Exh. 8, Naomi Depo. 170:19-24 |
| 66.   MSJ Exh. 19, GAO 1, p. 4; MSJ Exh. 26, *Decision Making Chronology*, pp. 2-3 to<br><br>2-17, 2-29 (Map 2-2);<br><br>MSJ Exh. 8, Naomi Depo. 144:3-9;<br><br>MSJ Exh. 20, IPET, p. III-35;<br><br>MSJ Exh. 4, Team Louisiana, p. 95;<br><br>MSJ Exh. 10, House Doc. No. 231, pp. 46-47 |
| 67.   MSJ Exh. 10, House Doc. No. 231, p. 9, ¶ 12 |
| 68.   MSJ Exh. 19, GAO 1, pp. 3-4 |
| 69.   MSJ Exh. 24, GAO 2, Highlights |
| 70.   MSJ Exh. 4, Team Louisiana, p. xi |

### 2.        Standard Project Hurricane

| |
|---|
| 71.   MSJ Exh. 27, Deposition of Corps 30(b)(6) witness Richard Varuso in the *Turner v. Murphy Oil* litigation, Case No. 05-4206 ("Varuso Depo."), 32:19-22;<br><br>MSJ Exh. 4, Team Louisiana at p. 95 |
| 72.   MSJ Exh. 26, *Decision Making Chronology*, p. ES-6 |
| 73.   MSJ Exh. 8, Naomi Depo. 181:7-15 |
| 74.   MSJ Exh. 10, House Doc. No. 231, p. 46 |

| | |
|---|---|
| 75. | |
| 76. | MSJ Exh. 28, Dalrymple Depo., 50:21-51:5; MSJ Exh. 10, House Doc. 231, p. 47 |

### 3.   Description Of The Hurricane Flood Protection System

| | |
|---|---|
| 77. | |
| 78. | MSJ Exh. 29, Dalrymple Expert Report, pp. 5-6, MSJ Exh. 26, *Decision Making Chronology*, pp. 2-2 (Map 2-1), 2-24 (Map 2-3) |
| 79. | MSJ Exh. 21, *Lessons Learned*, p. 35; MSJ Exh. 20, IPET, pp. IV-256 to IV-257 |
| 80. | |
| 81. | |
| 82. | |

### 4.   Design Grade Elevations

| | |
|---|---|
| 83. | MSJ Exh. 10, House Doc. No. 231 at p. 20 |
| 84. | |
| 85. | |
| 86. | |
| 87. | |
| 88. | |
| 89. | |
| 90. | |
| 91. | |
| 92. | |
| 93. | |

### 5.   ACE Fails To Revise HFPS Designs Consistent With Changes in SPH Criteria

| | |
|---|---|
| 94. | MSJ Exh. 4, Team Louisiana, p. 107 |

| |
|---|
| 95.   MSJ Exh. 4, Team Louisiana, p. 109 |
| 96.   MSJ Exh. 3, ILIT, p. 12-13; MSJ Exh. 31, Expert Report of Dr. Bob Bea, ("Bea Expert Report") pp. 112-13, ¶ 157 |
| 97.   MSJ Exh. 27, Varuso Depo., 215:8-15 |
| 98.   MSJ Exh. 4, Team Louisiana, p. xii. |
| 99.    MSJ Exh. 4, Team Louisiana, p. iv |
| 100. MSJ Exh. 4, Team Louisiana, p. iv; MSJ Exh. 31, Bea Expert Report pp. 113-14, ¶ 159 |
| 101. MSJ Exh. 4, Team Louisiana, p. 98 |
| 102. MSJ Exh. 4, Team Louisiana, p. ix; MSJ Exh. 31, Bea Expert Report pp. 113-114, ¶ 159 |
| 103. MSJ Exh. 4, Team Louisiana, p. 98 |
| 104. MSJ Exh. 25, Corps 30(b)(6) Depo. Exhibit 24, p. 11 MSJ Exh. 4, Team Louisiana, p. 105 |
| 105. MSJ Exh. 4, Team Louisiana, p. 104 |
| 106. MSJ Exh. 31, Bea Expert Report pp. 113-14, ¶ 159 |

**6.      ACE Fails To Use Available Surge Models In Designing The HFPS**

| |
|---|
| 107. MSJ Exh. 4, Team Louisiana, pp. 109-11 |
| 108. MSJ Exh. 4, Team Louisiana, p. 111-12 |
| 109. MSJ Exh. 4, Team Louisiana, p. v |

**7.      The ACE Fails to Account for Diminished Surge Protection from Disappearing Wetlands**

| |
|---|
| 110. MSJ Exh. 4, Team Louisiana, p. 112 |

**8.      The ACE Fails To Account For Known Problems With Vertical Datums and Subsidence**

| |
|---|
| 111. MSJ Exh. 20, IPET, p. II-1 |
| 112. MSJ Exh. 4, Team Louisiana, p. 126 |
| 113. .MSJ Exh. 4, Team Louisiana, p. 128 |
| 114. MSJ Exh. 3, ILIT, p. 12-16 |
| 115. MSJ Exh. 33, Expert Report of Jesse L. Arnold ("Arnold Expert Report"), ¶ 31 |
| 116. MSJ Exh. 20, IPET, Figure 14, III-208; MSJ Exh. 3, ILIT, Figure 2.6, p. 2-19 |
| 117. |
| 118. |
| 119. MSJ Exh. 13, Theis Expert Report, ¶ 18 |
| 120. MSJ Exh. 27, Varuso Depo., 40:7-25 |
| 121. MSJ Exh. 27, Varuso Depo., 41:5-23; 42:2-11 |
| 122. MSJ Exh. 33, Arnold Expert Report, ¶ 32 |
| 123. MSJ Exh. 3, ILIT, p. 12-8 (quoting The Report of the Senate Committee on Homeland Security and Governmental Affairs (2006)) |

### 9.   ACE Fails To Provide Armoring For Flood Structures

| |
|---|
| 124. MSJ Exh. 10, House Doc. No. 231, pp. 61-65 |
| 125. MSJ Exh. 3, ILIT, p. 2-19, Figure 2.6 |
| 126. |
| 127. MSJ Exh. 3, ILIT, p. 12-9 |
| 128. MSJ Exh. 31, Bea Expert Report, p. 91, ¶ 119 |

### D.   CHALMETTE SYSTEM (LOOP)

| |
|---|
| EVIDENTIARY SUPPORT |
| 129. MSJ Exh. 31, Bea Expert Report, pp. 90-91, ¶¶ 118-19; MSJ Exh. 30, ACE, Design Memorandum No. 3 (General Design) Chalmette Area Plan (1966), Plate 65; |

| |
|---|
| MSJ Exh. 27, Varuso Depo., 37:16-38:21; 53:18-54:16; 71:7-13 |
| 130. MSJ Exh. 7, Kemp Expert Report, pp. 22-23, ¶ 31(b); pp. 38-39 ¶ 50 |
| MSJ Exh. 27, Varuso Depo. 54:7-16; 55:19-25; <br><br> MSJ Exh. 31, Bea Expert Report, Appendix A, pp. A-4-5, (Figures A. 3, A.4) <br><br> MSJ Exh. 13, Theis Expert Report ¶¶ 14, 17 |
| 131. MSJ Exh. 27, Varuso Depo., 115:18-117:11 |
| 132. |
| 133. |
| 134. |
| 135. MSJ Exh. 28, Dalrymple Depo., 85:1-8 |
| 136. MSJ Exh. 8, Naomi Depo. 172:3-11 |
| 137. |

E.      **NEW ORLEANS EAST SYSTEM (LOOP)**

| **EVIDENTIARY SUPPORT** |
|---|
| 138. MSJ Exh. 28, Dalrymple Depo., 57:4-18; 71:15-72:1, 73:13-16; 75:22-76:11; <br><br> MSJ Exh. 31, Bea Expert Report, Appendix at p. A-5, Figure A. 4 ("hydraulic pump material"), pp. 34, 7 |
| 139. MSJ Exh. 8, Naomi Depo. 209:21-210:5 |
| 140. MSJ Exh. 8, Naomi Depo. 231:8-232:6 |
| 141. MSJ Exh. 8, Naomi Depo. 208:4-21 |

F.      **INCOMPLETE HURRICANE FLOOD PROTECTION SYSTEM AT TIME OF HURRICANE KATRINA**

1.      **An Unfinished, Dysfunctional System**

| |
|---|
| 142. MSJ Exh. 3, ILIT, pp.12-8-12-10; MSJ Exh. 20, IPET, p. I-2; <br><br> MSJ Exh. 28, Dalrymple Depo., 159:7-21; 162:14-20; <br><br> MSJ Exh. 31, Bea Expert Report, pp. 36, ¶ 47; pp. 102-03, ¶¶ 138-40; p. 125 (Table 3); |

MSJ Exh. 26, *Decision Making Chronology*, pp. ES-8; 3-38 (Table 15); 3-39 (Map 3-1); 3-40 (Map 3-2);

MSJ Exh. 13, Theis Expert Report, ¶ 23;

MSJ Exh. 4, Team Louisiana, p. 133, Table 15

MSJ Exhs. 35 & 36, Katrina Structures Height Maps;

MSJ Exh. 37, "An Unnatural Disaster:  The Aftermath of Hurricane Katrina," Scholars of the Center for Progressive Reform ("*Unnatural Disaster*") (September 2005), p. 4

| |
|---|
| 143.  MSJ Exh. 3, ILIT, p. F-34 (quoting MSJ Exh. 23, *A Nation Still Unprepared*) |
| 144.  . MSJ Exh. 3, ILIT, p. 12-18;<br><br>MSJ Exhs. 35 & 36, Katrina Structures Height Maps;<br><br>MSJ Exh. 31, Bea Expert Report, pp. 26-28, ¶ 36; p. 91, ¶ 119 |
| 145.  MSJ Exh. 26, *Decision Making Chronology*, pp. ES-9, 2-20, 2-55;<br><br>MSJ Exh. 24, GAO 2, p. 8 |
| 146.  MSJ Exh. 26, *Decision Making Chronology*, p. 6-4;<br><br>MSJ Exh. 4, Team Louisiana, p. xi |
| 147.  MSJ Exh. 4, Team Louisiana, p. 7 |
| 148.  MSJ Exh. 24, GAO 2, Highlights |
| 149.  MSJ Exh. 26, *Decision Making Chronology*, p. ES-8 |
| 150.  MSJ Exh. 28, Dalrymple Depo., 85:1-14 |
| 151.  MSJ Exh. 20, IPET, p. III-8; MSJ Exh. 3, ILIT, p. 15-10 |
| 152.  MSJ Exh. 31, Bea Expert Report, pp. 103-04, ¶ 140 |
| 153.  MSJ Exh. 3, ILIT, pp. 11-3, 12-19 |
| 154.  MSJ Exh. 23, *A Nation Still Unprepared*, p. 277, quoting ASCE, "ERP Progress Report Number 1," p. 3 |
| 155.  MSJ Exh. 4, Team Louisiana, p. xii;<br><br>MSJ Exh. 38, "Unfinished 1965 Project Left Gaps," Los Angeles Times, Ralph Vartabedian and Stephen Braun, Jan. 17, 2006, p. A16) ("Vartabedian and Braun");<br><br>MSJ Exh. 31, Bea Expert Report, pp. 102-04, ¶¶ 138-40 |

| 156. MSJ Exh. 20, IPET, p. I-2 |
| --- |
| 157. MSJ Exh. 23, *A Nation Still Unprepared*, p. 279, quoting Statement of Dr. Raymond Seed, Team Leader, National Science Foundation, U.S. Senate, Committee on Homeland Security and Governmental Affairs, hearing on Hurricane Katrina: Why Did the Levees Fail?, Nov. 2, 2005, pp. 96-97 |
| 158. MSJ Exh. 28, Dalrymple Depo., 98:4-9 |
| 159. MSJ Exh. 3, ILIT, p. xx |
| 160. MSJ Exh. 23, *A Nation Still Unprepared*, p. 275, quoting Dr. Raymond Seed, National Science Foundation-Sponsored Independent Levee Inspection Team University of California at Berkeley |
| 161. MSJ Exh. 3, ILIT, p. 12-11 (emphasis in original) |
| 162. MSJ Exh. 26, *Decision Making Chronology*, p. 6-17 |

### 2.     The ACE Never Designed or Constructed a Hurricane Flood Protection System To The Congressionally-Mandated Standard Project Hurricane Dimensions

| 163. MSJ Exh. 28, Dalrymple Depo., 162:14-20 |
| --- |
| 164. MSJ Exh. 39, Expert Report of Johannes Vrijling, p. 4, ¶ 10 and Supplemental Report at ¶ 2(g) |
| 165. MSJ Exh. 4, Team Louisiana, p. ix. |
| 166.   MSJ Exh. 28, Dalrymple Depo., 52:2-16;<br>MSJ Exh. 20, IPET, p. III-208, Figure 14 (Lake Pontchartrain, LA Vicinity, Hurricane Protection Plan, Chalmette Area Plan);<br>MSJ Exh. 31, Bea Expert Report, pp. 8, Figure, 1; p. 53, ¶ 68; p. 125 at Table 3, Appendix A-3 at Table A-1;<br>MSJ Exh. 26, *Decision Making Chronology*, p. 3-11 (Table 3-4),<br>MSJ Exh. 4, Team Louisiana, p. 133, Table 15. |
| 167. MSJ Exh. 4, Team Louisiana, p. 133, Table 15;<br>MSJ Exh. 26, *Decision Making Chronology*, pp. 3-38 (Table 3-5), 3-39 (Map 3-1), 3-4 |

| (Map 3-2); |
| MSJ Exhs. 35 & 36, Katrina Structure Height Maps |

### a.   Design Grades/Elevations Below Standard Project Hurricane Dimensions

| 168. MSJ Exh. 4, Team Louisiana, p. 116 |
| 169. MSJ Exh. 4, Team Louisiana, pp. viii to ix;<br>MSJ Exhs. 35 & 36, Katrina Structures Height Maps |
| 170. MSJ Exh. 20, IPET, p. I-5-19 |
| 171. MSJ Exh. 4, Team Louisiana, p. 137 |
| 172. MSJ Exh. 23, *A Nation Still Unprepared*, pp. 279-80 |
| 173. MSJ Exh. 20, IPET, p. III-7; MSJ Exh. 23, *A Nation Still Unprepared*, pp. 279-80 |
| 174. MSJ Exh. 20, IPET, pp. II-1 |
| 175. MSJ Exh. 20, IPET, p. I-61 |
| 176. MSJ Exh. 20, IPET, p. II-77 |
| 177. MSJ Exh. 4, Team Louisiana, p. 130 |
| 178. MSJ Exh. 4, Team Louisiana, pp. 130-31 |
| 179. MSJ Exh. 27, Varuso Depo. 36:5-25;<br>MSJ Exh. 3, ILIT, p. 2-5;<br>MSJ Exh. 26, *Decision Making Chronology*, pp. 3-38 (Table 3-5), p. 3-39 (Maps 3-1), p. 3-40 (Map 3-2) |

### i.   Inner Harbor Navigation Channel

| 180. MSJ Exh. 20, IPET, p. V-1;<br>MSJ Exh. 4, Team Louisiana, pp. 125-26;<br>MSJ Exh. 38, Vartabedian and Braun, p. A16 |
| 181. MSJ Exh. 4, Team Louisiana, p. 125 |
| 182. MSJ Exh. 4, Team Louisiana, pp. 125-26 |
| 183. MSJ Exh. 20, IPET, p. II-2; |

| |
|---|
| MSJ Exh. 35 & 36, Katrina Structures Height Maps |
| 184. MSJ Exh. 20, IPET, p. II-110 and Figure 53 (p. II-112) |
| 185. MSJ Exh. 20, IPET, p. II-110 and Figure 53 (p. II-112) |

### ii.    New Orleans East

| |
|---|
| 186. MSJ Exh. 26, *Decision Making Chronology*, pp. 3-38 (Table 3-5), p.3-39 (Map 3-1), 3-40 (Map 3-2); <br> MSJ Exhs. 35 & 36, Katrina Structure Height Maps |
| 187. MSJ Exh. 28, Dalrymple Depo., 103:10-104:5 |
| 188. MSJ Exh. 4, Team Louisiana, pp. 38-39 |

### iii.    MR-GO Reach 2

| |
|---|
| 189. MSJ Exh. 28, Dalrymple Depo., 96:3-14 |
| 190. MSJ Exh. 8, Naomi Depo. 293:7-12; <br> MSJ Exh. 41, Corps 30(b)(6) Depo. Exhibit 18, p. 9 |
| 191. MSJ Exh. 31, Bea Expert Report, Appendix A, pp. A-25-26, Figure A.25; <br> MSJ Exhs. 35 & 36, Katrina Structure Height Maps |
| 192. MSJ Exh. 13, Theis Expert Report, ¶ 23 |
| 193. MSJ Exh. 31, Bea Expert Report, p. 22, ¶ 33 <br> MSJ Exh. 4, Team Louisiana p. 130, <br> MSJ Exh. 3, ILIT, 10-20-10-21 |
| 194. MSJ Exh. 27, Varuso Depo., 44:9-23; <br> MSJ Exhs. 35 & 36, Katrina Structure Height Maps; |
| 195. MSJ Exh. 27,Varuso Depo., 48:12-50:23, 66:23-67:2 |
| 196. MSJ Exh. 31, Bea Expert Report, Appendix A, p. 23, Table A.2; <br> MSJ Exh. 4, Team Louisiana, p. xiii |
| 197. MSJ Exh. 4, Team Louisiana, p. 39 |

### b.    No Armoring

| 198. MSJ Exh. 28, Dalrymple Depo., 99:16-23 |
|---|

### c.   The Incomplete Hurricane Flood Protection System Was Not Turned Over To Local Sponsors

| 199. MSJ Exh. 4, Team Louisiana, p. viii |
|---|
| 200. MSJ Exh. 8, Naomi Depo. 207:22-210:5; 345:2-12; MSJ Exh. 28, Dalrymple Depo. 80:7-81:9; MSJ Exh. 19, GAO 1, pp. 6-8; Naomi Dep. Exhs 26, 27, 30; MSJ Exh. 3, ILIT, p. F-35 (quoting MSJ Exh. 23, *A Nation Still Unprepared* |
| 201. MSJ Exh. 3, ILIT, p. F-35 (quoting Al Naomi, LPVHPP Senior Project Manager) |

### 3.   The ACE Never Even Undertook to Design or Construct A Hurricane Flood Protection System Against Probable Maximum Hurricane Dimensions

| 202. |
|---|
| 203. MSJ Exh. 10, House Doc. No. 231, pp. 20, 46-47, ¶¶ 9-10; MSJ Exh. 20, IPET, p. III-35; MSJ Exh. 42, American Society of Civil Engineers, *The New Orleans Hurricane Protection System:  What Went Wrong And Why* (External Review Panel, 2007), ("ASCE Report"), pp. 65-66 |
| 204. MSJ Exh. 10, House Doc. No. 231, pp. 46-47, ¶¶ 9-10; MSJ Exh. 31, Bea Expert Report pp. 113-14, ¶¶ 158-160; MSJ Exh. 42, ASCE Report, pp. 65-66 |
| 205. MSJ Exh. 42, ASCE Report, p. 66 |

### 4.   The Incomplete System Caused Catastrophic Consequences

| 206. |
|---|
| 207. MSJ Exh. 20, IPET, pp. I-48, I-50 at Figure 23 |

| |
|---|
| 208. MSJ Exh. 20, IPET, p. 1-5-20 |
| 209. |
| 210. MSJ Exh. 31, Bea Expert Report, pp. 16-17, ¶ 26 |
| 211. MSJ Exh. 20, IPET, pp. I-2 to I-3; MSJ Exh. 4, Team Louisiana, p. 132 |
| 212. MSJ Exh. 4, Team Louisiana, p. 126 |
| 213. MSJ Exh. 4, Team Louisiana, pp. 135-36 |
| 214. MSJ Exh. 4, Team Louisiana, p. v |
| 215. MSJ Exh. 4, Team Louisiana, p. v |
| 216. MSJ Exh. 26, *Decision Making Chronology*, p. 3-36; p. 3-40, Map 3-2 |
| 217. MSJ Exh. 3, ILIT, p. F-40 |
| 218. MSJ Exh. 3, ILIT, p. F-22 (quoting *Lessons Learned*) |
| 219. MSJ Exh. 31, Bea Expert Report p. 16, ¶ 25 |
| 220. MSJ Exh. 4, Team Louisiana, p. ix |
| 221. MSJ Exh. 4, Team Louisiana, p. 135 |
| 222. MSJ Exh. 4, Team Louisiana, pp. 133-34 |
| 223. MSJ Exh. 4, Team Louisiana, pp. 132-33 |
| 224. MSJ Exh. 4, Team Louisiana, p. 134 |
| 225. MSJ Exh. 4, Team Louisiana, p. 134 |
| 226. MSJ Exh. 4, Team Louisiana, pp. 134-35, p. 133, Table 15 |
| 227. MSJ Exh. 4, Team Louisiana, p. 135 |
| 228. MSJ Exh. 20, IPET, p. I-42; Figure 19 (pp. I-44, I-45) |
| 229. MSJ Exh. 20, IPET, p. I-47;  p. I-49, Figure 22 |

**5.      Construction Of A Hurricane Flood Protection System To Prevent Catastrophic Flooding Was An Achievable Mission In A 40-Year Time Span**

| |
|---|
| 230. |

| |
|---|
| 231. |
| 232. |
| 233. |
| 234. |
| 235. |
| 236. |
| 237. |
| 238. |

### 6. The Reasons For Mission Failure Are Largely Attributable To Congress And The ACE

#### a. Incorrect Datums

| |
|---|
| 239. MSJ Exh. 4, Team Louisiana, pp. 117-18 |
| 240. MSJ Exh. 4, Team Louisiana, pp. 123-24 |
| 241.  MSJ Exh. 4, Team Louisiana, p. v |

#### b. Well-Known Subsidence/Settlement

| |
|---|
| 242. MSJ Exh. 20, IPET, p. III-3 |
| 243. MSJ Exh. 3, ILIT, p. 12-8 |

#### c. Funding

| |
|---|
| 244. |
| 245. |
| 246. |

#### d. Lack of ACE In-House Engineering Capability

| |
|---|
| 247. |
| 248. |

G.      **HURRICANE KATRINA, CATASTROPHIC FLOODING OF GREATER NEW ORLEANS, AND PERFORMANCE OF THE HURRICANE FLOOD PROTECTION**

1.      **Storm Surge and "Funnel"**

| EVIDENTIARY SUPPORT |
|---|
| 249. |
| 250. MSJ Exh. 22, *A Failure of Initiative*, p. 94; MSJ Exh. 26, *Decision Making Chronology*, p. 3-36 |
| 251. MSJ Exh. 20, IPET, pp. IV-2, IV-4, IV-27, IV-257 |
| 252.  MSJ Exh. 3, ILIT, p. xx |
| 253. MSJ Exh. 23, *A Nation Still Unprepared*, p. 53-55, MSJ Exh. 7, Kemp Expert Report, pp. 25-32 at ¶¶ 32-42 |
| 254. MSJ Exh. 20, IPET, p. IV-258; MSJ Exh. 10, House Doc. No. 231, p. 17 |
| 255. MSJ Exh. 4, Team Louisiana, pp. 28, 59 |
| 256. |
| 257. |
| 258. MSJ Exh. 21, *Lessons Learned*, p. 34 |
| 259. |
| 260. |
| 261. |
| 262. |

2.      **Overtopping & Breaching of Flood Structures Caused Catastrophic Flooding**

| |
|---|
| 263. MSJ Exh. 29, Dalrymple Expert Report, p. 3 |
| 264. MSJ Exh. 3, ILIT, p. 12-10 |
| 265.  .MSJ Exh. 4, Team Louisiana, p. 3 |

| |
|---|
| 266. MSJ Exh. 4, Team Louisiana, p. 2;<br>MSJ Exh. 21, *Lessons Learned*, pp. 1-2, 6;<br>MSJ Exh. 22, *A Failure of Initiative*, p. 9 |
| 267. MSJ Exh. 21, *Lessons Learned*, p. 8 |
| 268. |
| 269.  MSJ Exh. 29, Dalrymple Expert Report, pp. 6-7;<br>MSJ Exh. 28, Dalrymple Depo., 117:14-118:7 |
| 270. MSJ Exh. 23, *A Nation Still Unprepared*, p. 54 |
| 271. MSJ Exh. 26, *Decision Making Chronology*, p. 2-17. |
| 272.   MSJ Exh. 28, Dalrymple Depo., 111:3-17 |
| 273. MSJ Exh. 29, Dalrymple Expert Report, p. 7;<br>MSJ Exh. 31, Bea Expert Report, pp. 98-99, ¶¶ 128-32;<br>MSJ Exh. 4, Team Louisiana, p. 133, Table 15;<br>MSJ Exh. 20, IPET, p. I-5-1 |
| 274. MSJ Exh. 28, Dalrymple Depo., 119:14-23 |
| 275. MSJ Exh. 27, Varuso Depo., 362:2-14 |
| 276. MSJ Exh. 20, IPET, p. III-439 |
| 277. MSJ Exh. 22, *A Failure of Initiative,* p. 97 |
| 278. MSJ Exh. 31, Bea Expert Report, pp. 37-38, ¶¶ 49-50 |
| 279. MSJ Exh. 31, Bea Expert Report, pp. 42-44, ¶¶ 56-58 |
| 280. MSJ Exh. 27, Varuso Depo. 90:1-6 |

### 3.        Sources of Flooding

| |
|---|
| 281. |
| 282. |
| 283. |
| 284. |

| 285. |
| 286. |
| 287. |
| 288. |
| 289. |

### 4. Flooding Even If Crowns Were At Design Elevation, But Not Catastrophic Flooding

| 290. MSJ Exh. 31, Bea Expert Report, p. 125 (Table 3); MSJ Exh. 4, Team Louisiana, p. 133, Table 15 |
| 291. MSJ Exh. 28, Dalrymple Depo., 85:15-86:10, 93:17-24 |
| 292. |

### 5. MR-GO "Funnel Effect" Contributed At Least Three Feet Of Catastrophic Excess Surge and Current

| 293. MSJ Exh. 7, Kemp Expert Report, p. 31 at ¶ 42 |
| 294. MSJ Exh. 28, Dalrymple Depo. 143:6-144:17 |
| 295. MSJ Exh. 4, Team Louisiana, pp. 59-60; MSJ Exh. 7, Kemp Expert Report, pp. 25-32; MSJ Exh. 3, ILIT, p. F-28 (quoting MSJ Exh. 23, *A Nation Still Unprepared*) |
| 295a. MSJ Exh. 23, pp. 123-24 |
| 295b. MSJ Exh. 37, *Unnatural Disaster*, p. 4. |

H.      **<u>BEFORE HURRICANE KATRINA, THE ARMY CORPS GAVE NO WARNINGS OF THE INADEQUACY OF THE UNFINISHED HURRICANE PROTECTION SYSTEM AND THE THREAT TO HUMAN SAFETY AND PROPERTY FROM CATASTROPHIC FLOODING</u>**

| **<u>EVIDENTIARY SUPPORT</u>** |
|---|
| 296. MSJ Exh. 20, IPET, p. III-8 |
| 297. MSJ Exh. 4, Team Louisiana,  p. 275 |
| 298. MSJ Exh. 3, ILIT, pp. 12-13 |
| 299. MSJ Exh. 22, *A Failure of Initiative*, pp. 89-90 |
| 300. MSJ Exh. 46, Corps 30(b)(6) Depo. Exhibit 37 at pp. 9-10<br>MSJ Exh. 8, Naomi Depo. 372:9-15, 373:10-15 |
| 301. MSJ Exh. 23, *A Nation Still Unprepared*, p. 4;<br>MSJ Exh. 3, ILIT, pp. 12-9, 12-10, 12-17 to 12-18;<br>MSJ Exh. 22, *A Failure of Initiative*, p. 90<br>MSJ Exh. 47, Larry Irons, "Hurricane Katrina As A Predictable Surprise,"  Homeland Security Affairs, Vol. 1, Issue 2 (2005) ("Irons"), p. 4; MSJ Exh. 48, "Keeping Its Head Above Water;" *Houston Chronicle*, December 1, 2001. |
| 302. MSJ Exh. 4, Team Louisiana, p. iv |
| 303. MSJ Exh. 4, Team Louisiana, p. 130 |
| 304. MSJ Exh. 54, Corps 30(b)(6) Depo. Exhibit 57, ¶ 4 |
| 305. MSJ Exh. 26, *Decision Making Chronology*, p. 5-14 |
| 306. MSJ Exh. 47, Irons, p. 5. |
| 307. MSJ Exh. 47, Irons, p. 14 |
| 308. MSJ Exh. 3, ILIT, p. 12-7 |
| 309. MSJ Exh. 8, Naomi Depo. 400:19-401:22;<br>MSJ Exh. 49, Corps 30(b)(6) Depo. Exhibit 50 at p. 3 |

| |
|---|
| 310. MSJ Exh. 23, *A Nation Still Unprepared*, Chapter 1-22<br><br>MSJ Exh. 22, Failure of Initiative, p. 81 |

## I.        PLAINTIFFS' ALLEGATIONS OF CAUSE OF DAMAGE

| EVIDENTIARY SUPPORT |
|---|
| 311. MSJ Exh. 67, Complaint in *Robinson v. United States*, Civil Action No. 06-2268, ¶¶ 1-4, 6, 29-30, 33-34, 47, 49-50, 52, 53-59, 70-75, 78-80, 82-84, 94, 102, 104. |
| 312. MSJ Exh. 67, Complaint, ¶ 72, 74 |
| 313. MSJ Exh. 50, Order and Reasons Denying Motion to Dismiss,, Feb. 2, 2007 ("Document 2994"), p. 15 |
| 314. MSJ Exh. 50, Document 2994, p. 16 |
| 315. MSJ Exh. 28, Dalrymple Depo. 35:19-36:6, 108:1-16, 137:12-139:1, 143:6-145:1;<br><br>MSJ Exh. 3, ILIT, pp.2-8-9; 4-26-28; 6-1-21; 7-1-11;<br><br>MSJ Exh. 4, Team Louisiana Report, pp. 223-77;<br><br>MSJ Exh. 7, Kemp Expert Report, pp. 21-44;<br><br>MSJ Exh. 17, Day Expert Report, pp. 3-12;<br><br>MSJ Exh. 14, Penland Expert Report, pp. 4-20;<br><br>MSJ Exh. 13, Theis Expert Report, ¶¶ 11-30;<br><br>MSJ Exh. 31, Bea Expert Report, pp. 12-14, ¶ 22; pp. 42-43, ¶ 56; p. 45, ¶ 60; p. 137, ¶ 188 |

**J.**      **CONTRARY TO THE CONGRESSIONAL MANDATE IN THE FLOOD CONTROL ACT OF 1965 AND ITS OWN STANDARDS, THE ARMY CORPS OF ENGINEERS DID NOT CONSTRUCT HURRICANE FLOOD PROTECTION STRUCTURES FOR HUMAN POPULATION AREAS ALONG REACH 1 AND REACH 2 OF THE MISSISSIPPI RIVER-GULF OUTLET OR THE INNER HARBOR NAVIGATION CHANNEL THAT MET EITHER THE "STANDARD PROBABLE HURRICANE" OR "PROBABLE MAXIMUM HURRICANE" DESIGN CRITERIA**

**1.**      **The Hurricane Flood Protection System For Greater New Orleans Was An Uncompleted Work in Progress At The Time of Katrina**

| EVIDENTIARY SUPPORT |
| --- |
| 316. |
| 317. |
| 318. |
| 319. |
| 320. |

2.      **The ACE Did not Design or Construct Flood Protection Structures For Human Population Areas In A Coastal Environment As Mandated By Congress And Prescribed By ACE Criteria**

| |
|---|
| 321. MSJ Exh. 31, Bea Expert Report ¶ 23<br><br>MSJ Exh. 10, House Doc. No. 231, p. 46 |
| 322. |
| 323. |
| 324. |
| 325. |
| 326. MSJ Exh. 33, Arnold Expert Report ¶¶ 7, 16-44;<br><br>MSJ Exh. 13, Theis Expert Report ¶¶ 13-30;<br><br>MSJ Exh. 31, Bea Expert Report pp. 7-9, ¶ 16(b); Appendix A |
| 327. MSJ Exh. 33, Arnold Expert Report ¶¶ 7, 16-44;<br><br>MSJ Exh. 13, Theis Expert Report ¶¶ 13-30;<br><br>MSJ Exh. 31, Bea Expert Report pp. 7-9, ¶ 16(b); Appendix A |
| 328. MSJ Exh. 56, *Design and Construction of Levees*, EM 1110-2-1912, dated April 30, 2000, at p. 6-2(b) and Table 7-1 (III);<br><br>MSJ Exh. 33, Arnold Expert Report ¶¶ 10, 21-25 |
| 329. MSJ Exh. 13, Theis Expert Report, ¶ 16;<br><br>MSJ Exh. 33, Arnold Expert Report, ¶ 10 |
| 330. MSJ Exh. 28, Dalrymple Depo., 75:22-76:5;<br><br>MSJ Exh. 27, Varuso Depo. 105:1-25 |
| 331. MSJ Exh. 27, Varuso Depo., 57:20-58:1 |
| 332. MSJ Exh. 4, Team Louisiana, p. vii |
| 333. MSJ Exh. 4, Team Louisiana, p. 271 |
| 334. MSJ Exh. 28, Dalrymple Depo., 78:2-9; 80:1-6 |
| 335.   MSJ Exh. 33, Arnold Expert Report ¶¶ 7, 16-44; |

| |
|---|
| MSJ Exh. 13, Theis Expert Report ¶¶ 13-30; |
| MSJ Exh. 31, Bea Expert Report pp. 7-9, ¶¶ 16(b)(c), Appendix A; |
| MSJ Exh. 4, Team Louisiana, p. vi-vii |
| 336. |
| 337. |
| 338. |
| 339. |
| 340. |
| 341. |
| 342. |
| 343. |
| 344. |
| 345. MSJ Exh. 31, Bea Expert Report, Appendix C, p. c.1 |

Dated:  January 17, 2008                    Respectfully submitted,


**O'Donnell & Associates P.C.**


By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298


**The Andry Law Firm, LLC**

By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

**Law Offices of Joseph M. Bruno**

By: s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**Domengeaux Wright Roy & Edwards LLC**

Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile:  (337) 233-2796

**Fayard & Honeycutt**

Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile:  (225) 664-6925

**Girardi & Keese**

Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile:  (213) 481-1554

**Ranier, Gayle & Elliot, LLC**

N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**

Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

**McKernan Law Firm**

Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**

Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile:  (504) 528-9973

Facsimile:  (225) 926-1202

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**

Elwood C. Stevens, Jr.  (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile:  (985) 385-4861

**Law Office of Frank J. D'Amico, Jr. APLC**
Frank J. D'Amico, Jr. (LSBA No. 17519)Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

**Robinson, Calcagnie & Robinson, Inc.**
Mark Robinson (Cal State Bar. No. 54426)
620 Newport Center Drive - 7th Floor
Newport Beach, CA 92660
1-888-701-1288

**Cotchett, Pitre, Simon & McCarthy**

Joseph W. Cotchett  (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

**Salas & Co., LC**

Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA  70130
Telephone: (504) 799-3080
Facsimile:  (504) 799-3085
**Attorneys for Plaintiffs**

<u>**CERTIFICATE OF SERVICE**</u>

I, Pierce O'Donnell, hereby certify that on January 17, 2008, I caused to be

served **<u>PLAINTIFFS' EVIDENTIARY SUPPORT IN SUPPORT OF REVISED</u>**

**<u>STATEMENT OF UNDISPUTED FACTS FOR SUMMARY ADJUDICATION</u>**

**<u>on SECTION 702c IMMUNITY</u>**, upon Defendants' counsel, Robin D. Smith,

Catherine Corlies, Traci Colquette, and Jim McConnon by ECF and email at

robin.doyle.smith@usdoj.gov; catherine.corlies@usdoj.gov,

traci.colquette@usdoj.gov, and jim.mcconnon@usdoj.gov

/s/ Pierce O'Donnell