## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT ACKNOWLEDGMENT OF RECIEPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the protective order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

_____ this 18th day of January 2008.
Seth A. Schmeeckle

Counsel for:
**United Services Automobile Association,
also separately named by plaintiffs as USAA,
USAA Casualty Insurance Company and
USAA General Indemnity Company**

                                      Respectfully submitted,

                                      /s/ Seth A. Schmeeckle
                                      SETH A. SCHMEECKLE, T.A., La. Bar #27076
                                      RALPH S. HUBBARD, III, La. Bar. # 7040
                                      LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
                                      601 Poydras Street, Suite 2775

New Orleans, Louisiana 70130
Telephone: (504) 568-1990
E-Mail: sschmeeckle@lawla.com
rhubbard@lawla.com

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**Attorneys for United Services Automobile Association, also separately named by plaintiffs as USAA, USAA Casualty Insurance Company and USAA General Indemnity Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle