**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 039 | MNO-039-000000001 | MNO-039-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC337 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. R-Bars with ID Tags (4pieces) to be cut and tested.  01/06/06 |
| MNO | 040 | MNO-040-000000001 | MNO-040-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC338 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. 01/06/06 |
| MNO | 041 | MNO-041-000000001 | MNO-041-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC339 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. 01/06/06 |
| MNO | 042 | MNO-042-000000001 | MNO-042-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC340 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. 01/06/06 |
| MNO | 043 | MNO-043-000000001 | MNO-043-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC341 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. France Road.  01/06/06 |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 044 | MNO-044-000000001 | MNO-044-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC342 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. 01/06/06 |
| MNO | 045 | MNO-045-000000001 | MNO-045-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC343 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. 01/06/06 |
| MNO | 046 | MNO-046-000000001 | MNO-046-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC344 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. 01/06/06 |
| MNO | 047 | MNO-047-000000001 | MNO-047-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC345 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. 01/06/06 |
| MNO | 048 | MNO-048-000000001 | MNO-048-000000001 | USACE; MVK; MVN | Rosalie Washington | KC346 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Canal/Robert E. Lee Hwy. Walking the wall for testing. 04/13/06 |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 049 | MNO-049-000000001 | MNO-049-000000001 | USACE; MVK; MVN | Rosalie Washington | KC347 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Canal/Robert E. Lee Hwy. Recovering materials. 04/14/06 |
| MNO | 050 | MNO-050-000000001 | MNO-050-000000001 | USACE; MVK; MVN | Rosalie Washington | KC348 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Canal/Robert E. Lee Hwy. Recovering materials. 04/14/06 |
| MNO | 051 | MNO-051-000000001 | MNO-051-000000001 | USACE; MVK; MVN | Rosalie Washington | KC349 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Canal/Robert E. Lee Hwy. Recovering materials. 04/14/06 |
| MNO | 052 | MNO-052-000000001 | MNO-052-000000001 | USACE; MVK; MVN | Rosalie Washington | KC350 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Canal/Robert E. Lee Hwy. Selecting samples. 04/14/06 |
| MNO | 053 | MNO-053-000000001 | MNO-053-000000001 | USACE; MVK; MVN | Rosalie Washington | KC351 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 054 | MNO-054-000000001 | MNO-054-000000001 | USACE; MVK; MVN | Rosalie Washington | KC352 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. |
| MNO | 055 | MNO-055-000000001 | MNO-055-000000001 | USACE; MVK; MVN | Rosalie Washington | KC353 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Canal/Robert E. Lee Hwy. Removing 4x4 section of concrete wall. 05/2006 |
| MNO | 056 | MNO-056-000000001 | MNO-056-000000001 | USACE; MVK; MVN | Rosalie Washington | KC354 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. 1/11/06 |
| MNO | 057 | MNO-057-000000001 | MNO-057-000000001 | USACE; MVK; MVN | Rosalie Washington | KC355 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. 1/11/06 |
| MNO | 058 | MNO-058-000000001 | MNO-058-000000001 | USACE; MVK; MVN | Rosalie Washington | KC356 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 059 | MNO-059-000000001 | MNO-059-000000001 | USACE; MVK; MVN | Rosalie Washington | KC357 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. |
| MNO | 060 | MNO-060-000000001 | MNO-060-000000001 | USACE; MVK; MVN | Rosalie Washington | KC358 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. |
| MNO | 061 | MNO-061-000000001 | MNO-061-000000001 | USACE; MVK; MVN | Rosalie Washington | KC359 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. |
| MNO | 062 | MNO-062-000000001 | MNO-062-000000001 | USACE; MVK; MVN | Rosalie Washington | KC360 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. |
| MNO | 063 | MNO-063-000000001 | MNO-063-000000001 | USACE; MVK; MVN | Rosalie Washington | KC361 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. |

1/18/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 064 | MNO-064-000000001 | MNO-064-000000001 | USACE; MVK; MVN | Rosalie Washington | KC362 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage assessment of levees and clean-up of canals. |
| MNO | 065 | MNO-065-000000001 | MNO-065-000000001 | USACE; MVK; MVN | Shelton Kennedy | KC363 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Falling Sheet pick-up and transport. |
| MNO | 066 | MNO-066-000000001 | MNO-066-000000001 | USACE; MVK; MVN | Rosalie Washington | KC364 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Ave/Robert L. Hwy. Sheet pile pulling. |
| MNO | 067 | MNO-067-000000001 | MNO-067-000000001 | USACE; MVK; MVN | Rosalie Washington | KC365 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Ave/Robert L. Hwy. Sheet pile pick-up. 04/25/06 |
| MNO | 068 | MNO-068-000000001 | MNO-068-000000001 | USACE; MVK; MVN | Rosalie Washington | KC366 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Ave/Robert L. Hwy.Cutting concrete wall. 04/25/06 |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 069 | MNO-069-000000001 | MNO-069-000000001 | USACE; MVK; MVN | Rosalie Washington | KC367 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Pick-up and transport of sheet pile. 04/25/06 |
| MNO | 070 | MNO-070-000000001 | MNO-070-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC368 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Canal/Mirbeau.   03/24/06 |
| MNO | 071 | MNO-071-000000001 | MNO-071-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC369 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Canal/Mirbeau.   03/24/06 |
| MNO | 072 | MNO-072-000000001 | MNO-072-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC370 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. London Canal/Mirbeau.   03/24/06 |
| MNO | 073 | MNO-073-000000001 | MNO-073-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC371 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 11 12/12/05 |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 074 | MNO-074-000000001 | MNO-074-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC372 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 19 12/12/05 |
| MNO | 075 | MNO-075-000000001 | MNO-075-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC373 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 13 12/12/05 |
| MNO | 076 | MNO-076-000000001 | MNO-076-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC374 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Backup Camera Tape 1 12/12/05 |
| MNO | 077 | MNO-077-000000001 | MNO-077-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC375 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 14 12/12/05 |
| MNO | 078 | MNO-078-000000001 | MNO-078-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC376 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 18 12/12/05 |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 079 | MNO-079-000000001 | MNO-079-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC377 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 15 12/12/05 |
| MNO | 080 | MNO-080-000000001 | MNO-080-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC378 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 17 12/12/05 |
| MNO | 081 | MNO-081-000000001 | MNO-081-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC379 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 12 12/12/05 |
| MNO | 082 | MNO-082-000000001 | MNO-082-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC380 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 12 12/12/05 |
| MNO | 083 | MNO-083-000000001 | MNO-083-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC381 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 6 12/12/05 |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 084 | MNO-084-000000001 | MNO-084-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC382 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera C Tape 3 12/12/05 |
| MNO | 085 | MNO-085-000000001 | MNO-085-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC383 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 16 12/12/05 |
| MNO | 086 | MNO-086-000000001 | MNO-086-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC384 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 13 12/12/05 |
| MNO | 087 | MNO-087-000000001 | MNO-087-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC385 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera C Tape 5 12/12/05 |
| MNO | 088 | MNO-088-000000001 | MNO-088-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC386 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 10 12/12/05 |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 089 | MNO-089-000000001 | MNO-089-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC387 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 11 12/12/05 |
| MNO | 090 | MNO-090-000000001 | MNO-090-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC388 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 9 12/12/05 |
| MNO | 091 | MNO-091-000000001 | MNO-091-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC389 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 7 12/12/05 |
| MNO | 092 | MNO-092-000000001 | MNO-092-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC390 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 8 12/12/05 |
| MNO | 093 | MNO-093-000000001 | MNO-093-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC391 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera C Tape 4 12/12/05 |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 094 | MNO-094-000000001 | MNO-094-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC392 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 8 12/12/05 |
| MNO | 095 | MNO-095-000000001 | MNO-095-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC393 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 7 12/12/05 |
| MNO | 096 | MNO-096-000000001 | MNO-096-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC394 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 5 12/12/05 |
| MNO | 097 | MNO-097-000000001 | MNO-097-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC395 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 4 12/12/05 |
| MNO | 098 | MNO-098-000000001 | MNO-098-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC396 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 6 12/12/05 |

1/18/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 099 | MNO-099-000000001 | MNO-099-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC397 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 10 12/12/05 |
| MNO | 100 | MNO-100-000000001 | MNO-100-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC398 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 4 12/12/05 |
| MNO | 101 | MNO-101-000000001 | MNO-101-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC399 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 2 12/12/05 |
| MNO | 102 | MNO-102-000000001 | MNO-102-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC400 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera C Tape 1 12/12/05 |
| MNO | 103 | MNO-103-000000001 | MNO-103-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC401 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 9 12/12/05 |

1/18/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 104 | MNO-104-000000001 | MNO-104-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC402 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 3 12/12/05 |
| MNO | 105 | MNO-105-000000001 | MNO-105-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC403 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera A Tape 1 12/12/05 |
| MNO | 106 | MNO-106-000000001 | MNO-106-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC404 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera C Tape 2 12/12/05 |
| MNO | 107 | MNO-107-000000001 | MNO-107-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC405 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 2 12/12/05 |
| MNO | 108 | MNO-108-000000001 | MNO-108-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC406 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 1 12/12/05 |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 109 | MNO-109-000000001 | MNO-109-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC407 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Camera B Tape 3 12/12/05 |
| MNO | 110 | MNO-110-000000001 | MNO-110-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC415 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Field Book No. 550-4F - 2834 ACE Day 2 |
| MNO | 111 | MNO-111-000000001 | MNO-111-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC415 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | K & E Transit Book #820024 |
| MNO | 112 | MNO-112-000000001 | MNO-112-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC415 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | National 420 Duplicating Transit Book |
| MNO | 113 | MNO-113-000000001 | MNO-113-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC415 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Field Book No. 550-4F - 2834 ACE MMG 17th St. Canal Material Recovery |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 114 | MNO-114-000000001 | MNO-114-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 115 | MNO-115-000000001 | MNO-115-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 116 | MNO-116-000000001 | MNO-116-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 117 | MNO-117-000000001 | MNO-117-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 118 | MNO-118-000000001 | MNO-118-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 119 | MNO-119-000000001 | MNO-119-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 120 | MNO-120-000000001 | MNO-120-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 121 | MNO-121-000000001 | MNO-121-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 122 | MNO-122-000000001 | MNO-122-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 123 | MNO-123-000000001 | MNO-123-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 124 | MNO-124-000000001 | MNO-124-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 125 | MNO-125-000000001 | MNO-125-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 126 | MNO-126-000000001 | MNO-126-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 127 | MNO-127-000000001 | MNO-127-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| MNO | 128 | MNO-128-000000001 | MNO-128-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MNO | 129 | MNO-129-000000001 | MNO-129-000000001 | USACE; MVD; MVK; Office of Counsel | Randall Merchant | KC618 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. Damage Assessments and Construction Crew Operations. |
| ERD | 067 | ERD-067-000000001 | ERD-067-000000189 | USACE; ERDC; GSL | Eileen Glynn | KC408 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents and design specifications from the IPET effort |
| ERD | 067 | ERD-067-000000191 | ERD-067-000000197 | USACE; ERDC; GSL | Eileen Glynn | KC408 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents and design specifications from the IPET effort |
| ERD | 067 | ERD-067-000000199 | ERD-067-000000699 | USACE; ERDC; GSL | Eileen Glynn | KC408 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents and design specifications from the IPET effort |
| ERD | 067 | ERD-067-000000701 | ERD-067-000001289 | USACE; ERDC; GSL | Eileen Glynn | KC408 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents and design specifications from the IPET effort |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCT | 024 | NCT-024-000000001 | NCT-024-000002604 | USACE; MVD; MVN; OC | Fred Wallace | KC617 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | High level plans for the London Outfall Canal |
| NEM | 096 | NEM-096-000000001 | NEM-096-000001710 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC617 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files; Michaud Canal DM |
| NRE | 737 | NRE-737-000000001 | NRE-737-000000197 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC617 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Historical files for the Higgins Ship Canal Project |
| RFP | 001 | RFP-001-000000001 | RFP-001-000002541 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 002 | RFP-002-000000001 | RFP-002-000023282 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| RFP | 003 | RFP-003-000000001 | RFP-003-000009512 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 004 | RFP-004-000000001 | RFP-004-000000889 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 005 | RFP-005-000000001 | RFP-005-000003614 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 006 | RFP-006-000000001 | RFP-006-000012559 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 007 | RFP-007-000000001 | RFP-007-000003412 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| RFP | 008 | RFP-008-000000001 | RFP-008-000008428 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 009 | RFP-009-000000001 | RFP-009-000008846 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 010 | RFP-010-000000001 | RFP-010-000003965 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 011 | RFP-011-000000001 | RFP-011-000011865 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 012 | RFP-012-000000001 | RFP-012-000003869 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| RFP | 013 | RFP-013-000000001 | RFP-013-000000877 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 014 | RFP-014-000000001 | RFP-014-000001405 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 015 | RFP-015-000000001 | RFP-015-000001474 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 016 | RFP-016-000000001 | RFP-016-000004916 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
| RFP | 017 | RFP-017-000000001 | RFP-017-000004479 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| RFP | 018 | RFP-018-000000001 | RFP-018-000012734 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC619 | 1/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Lidar Files |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |