UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| PERTAINS TO: | JUDGE DUVAL |
| LEVEE (07-5143) | |
| MRGO (07-5143) | MAG. 2 (WILKINSON) |

**AFFIDAVIT OF SERVICE**

BEFORE ME, the undersigned authority, personally came and appeared: VICKI M. WILSON, employee of The Vallejo Law Firm, LLC, 428 West 21st Avenue, Covington, Louisian a 70433, who after being duly sworn, did depose and say that on the 11th day of September, 2007, she served copies of the Summons and Complaint against the United States Army Corps of Engineers in this action in accordance with Rule 4 of the Federal Ruels of Civil Procedure, by mailing the process to:

        Jim Letter, U.S. Attorney

        500 Poydras Street

        Room B210

        New Orleans, Louisiana 70130

enclosed in an envelope deposited in the United States mail by certified mail, return receipt

requested, on said date, properly addressed with sufficient postage affixed, and that she received the certified domestic postal return receipt, attached hereto as Exhibit "A", indicating delivery of same.

_____
VICKI M. WILSON

Sworn to and subscribed before me, Notary, this 18th day of January, 2008.

_____
Peggy Vallejo, Notary Public
Bar No. 26539
My Commission is for Life