AO 440 (Rev. 10/93) Summons in a Civil Action        RETURN
=================================================================================

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANICE G. BINNINGS ET AL | SUMMONS IN A CIVIL CASE |
| V. | Case Number: 07-5143,"K",(2) |
| UNITED STATES ARMY CORPS OF ENGINEERS | |

TO: (Name and address of defendant)

United States Army Corps of Engineers
U.S. Attorney General
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peggy Vallejo
428 West 21st Ave.
Covington, LA 70433

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **Loretta G. Whyte**  Clerk  *(signature)*  (By) Deputy Clerk | **September 5, 2007**  Date |

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/17/07 |
| NAME OF SERVER (PRINT) Vicki M. Wilson | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by Certified Mail, Return Receipt Requested on September 17, 2007, Article No. 7099 3400 0005 2165 6830

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-18-08
Date

Vicki M. Wilson
Signature of Server

428 W. 21st Avenue, Covington, LA 70433
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.