## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| _____ | * | SECTION "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | MAG. WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION OF DEFENDANTS FOR PROTECTIVE ORDER GOVERNING CONFIDENTIAL SETTLEMENT INFORMATION PROVIDED TO THE STATE IN CONNECTION WITH ITS REVIEW OF INSURANCE SETTLEMENTS WITH ROAD HOME GRANT RECIPIENTS

NOW INTO COURT, come the Insurer Defendants, through its Liaison Counsel, Ralph S. Hubbard III and respectfully move the Honorable Court for the entry of a protective order in the proposed form attached hereto. As detailed in the Memorandum submitted in support of Defendants' motion, a protective order is necessary in order to (1) permit any party or non-party to designate as PARTY SENSITIVE CONFIDENTIAL INFORMATION in accordance with the terms of the Amended Master Protective Order information provided to the State of Louisiana in connection with the Louisiana Road Home Program's review of insurance settlements between insurers and insureds who have also received grants from the Road Home Program, and (2) prohibit the State and its

1

attorneys from disclosing, accessing, or using confidential settlement information in any manner beyond that which is necessary to effect the State's review of the particular insurance settlement in connection with which the information is submitted.

>
> Respectfully submitted:
>
> */s/ Ralph S. Hubbard, III*
> Ralph S. Hubbard III, T.A., La. Bar No. 7040
> Seth A. Schmeeckle, La. Bar No. 27076
> LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
> 601 Poydras Street, Suite 2775
> New Orleans, Louisiana 70130
> Telephone:  (504) 568-1990
> Facsimile:  (504)310-9195
> E-Mail:     rhubbard@lawla.com
>             sschmeeckle@lawla.com
> **Insurer Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

> /s/ Ralph S. Hubbard III
> Ralph S. Hubbard III