## Request for Consent Form

**Instructions:** Please review and carefully respond to all of the following requested information on this Request for Consent Form. Once you have completely responded to all of the requested information, and the Form has been fully executed, please return the Form to:

Louisiana Division of Administration
Disaster Recovery Unit -- Attention Subrogation
Post Office Box 94095
Baton Rouge LA 70804-9095

**(1) Recipient's/Applicant's Full Name:**
First: _____
Middle: _____
Last: _____    Suffix: _____

**(2) Co-Recipient's/Co-Applicant's Full Name:**
First: _____
Middle: _____
Last: _____    Suffix: _____

What is your Road Home Identification Number? _____
Have you closed on your Road Home grant application? _____ Yes _____ No
If you have not closed on your grant, do you have a closing date scheduled?
_____ Yes _____ No
If you answered "Yes", what is the date of your scheduled closing? _____

**(3) Address of Damaged Property (as listed on grant application):**
Street Address: _____
City: _____    State: _____    Zip: _____

**(4) Current Contact Information:**
Street Address: _____
City: _____    State: _____    Zip: _____
Phone : ( ) _____    Fax: ( ) _____
E-Mail: _____



**(5) Flood Insurance:**

Did you have flood insurance at the time of Hurricanes Katrina and/or Rita?

_____ Yes          _____ No

Did you make a claim? _____ Yes          _____ No

If you answered yes to making a claim, please answer the following:

Name of your Flood Insurance Company: _____

Policy Number: _____

(Please attach a copy of your Declaration page for the policy periods August 29, 2005, and/or September 24, 2005)

Claim Number: _____

Flood Insurance Agent's Name and Company Name: _____

_____

Street Address: _____

City: _____   State: _____   Zip: _____

Phone : ( )_____   Fax: ( )_____

Did you receive any funds from your flood insurer? _____ Yes _____ No

If you answered "Yes" to receiving funds from your flood insurer, please complete the following questions:

How much did you receive for the primary residence? _____

(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).

How much did you receive for other structures? _____

How much did you receive for contents? _____

How much did you receive for alternative living expenses? _____

How much did you receive for any other expenses or property damage? _____

**(6) Homeowners Insurance:**

Name of Homeowners Insurance Company: _____

Homeowner's Insurance Agent's Name and Company Name: _____

_____

Street Address: _____

City: _____   State: _____   Zip: _____

Phone : ( )_____   Fax: ( )_____

Policy Number: _____

(Please attach a copy of your Declaration page for the policy periods August 29, 2005, and/or September 24, 2005)

Did you make a claim? _____ Yes _____ No

If yes, what was your claim number? _____

If you answered yes to making a claim and you received any funds from your homeowner's insurer, please answer the following:

How much did you receive for the primary residence? _____
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).

How much did you receive for other structures? _____

How much did you receive for contents? _____

How much did you receive for alternative living expenses? _____

How much did you receive for any other expenses or property damage? _____

Have you settled your claim with your homeowners insurance company? _____ Yes _____ No
If yes, please answer the following :

What is the total amount of the settlement? _____

How much did or will you receive for the primary residence? _____
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).

How much did or will you receive for other structures? _____

How much did or will you receive for contents? _____

How much did or will you receive for alternative living expenses? _____

How much did or will you receive for any other expenses or property damage? _____

Please state the following information for any insurance company attorney or adjuster that negotiated the settlement:

Name and Company or Law Firm Name: _____
_____

Street Address: _____

City: _____  State: _____  Zip: _____

Phone : ( ) _____  Fax: ( ) _____

E-Mail: _____

**(7) Litigation**:

Do you have an attorney representing you on an insurance claim relating to any damages you might have sustained or incurred as a result of Hurricanes Katrina and/or Rita? _____ Yes _____
__ No

If yes, please state the following for your attorney's contact information:

Name of Attorney: _____

Name of Law Firm: _____

Street Address: _____  City:

_____  State: _____  Zip: _____

Phone : ( ) _____  Fax: ( ) _____

E-Mail: _____

(Please attach a copy of the retainer contract with your attorney and provide a summary of any costs or expenses associated with this lawsuit).

Have you filed a lawsuit regarding a hurricane insurance claim? _____ Yes _____ No
If yes, please provide identify the Court in which the lawsuit is filed and provide the case number:

_____

(Please attach a copy of the first page of the lawsuit identified above)

What value did the insurer's adjuster assign for damages to your primary residence? _____
(Please attach a copy of the adjuster's report)

What value did your adjuster/expert assign for damages to your primary residence? _____
(Please attach a copy of the adjuster's/expert's report)

## (8) Mortgage Company:

Did you have a mortgage on your primary residence at the time of the hurricane? _____ Yes
_____ No
If yes, please state the amount of the mortgage (Please include the applicable date for the balance and the Loan
Number): _____

Please state the name of the lender: _____
Please provide the name of a contact person, address and phone number for your lender: _____

_____
_____

If you did not have a mortgage on your primary residence at the time of the hurricane, was there any
loss payee(s) on your homeowners insurance policy? _____ Yes _____ No
If yes, please state the name of loss payee(s): _____
Please provide the address and phone number for loss payee(s): _____

_____
_____

## (9) SBA

Have you received a SBA Loan? _____ Yes _____ No
Please provide the name of a contact person, address and phone number for your SBA loan (Please
include the Loan Number.): _____

_____

I solemnly swear that the information contained in this Road Home Consent Form is true and
correct under penalty of law and penalty of perjury. The information contained herein and the
documents submitted as part of this consent request may be the basis for determining benefits under
the Road Home Program, and that Undersigned acknowledge that Undersigned may be prosecuted
by Federal, State and/or local authorities in the event that Homeowner(s) make or file false,
misleading and/or incomplete statements and/or documents, and that the State of Louisiana may seek

Page 4 of 8

remittance of settlement proceeds from the Undersigned in the event that the Undersigned make or file false, misleading and/or incomplete statements and/or documents. Additionally, I understand that any incomplete responses may result in grounds for a deficiency rejection. Finally, I understand that consent to settlement and agreement as to amount to be returned to the Road Home Program will only be evidenced by the written consent and approval of the Road Home Program.

_____Witness_____         _____
                                       Signature (Recipient/Applicant)

_____Witness                     _____
                                       Print Name (Recipient/Applicant)

_____Witness_____         _____
                                       Signature (Co-Recipient/Co-Applicant)

_____Witness                     _____
                                       Print Name (Co-Recipient/Co-Applicant)

_____Witness_____         _____
                                       Signature (Attorney)

_____Witness                     _____
                                       Print Name (Attorney)

Sworn to and subscribed before me the undersigned Notary Public on this _____ day of

_____, 2007.

                              _____
                              Notary Public

                              _____
                              (Print Name, Date Commission Expires and Bar Number)

_____

(For Official Use Only)

ROAD HOME CONSENT

_____ Request for consent denied.

Page 5 of 8

___ Request for consent denied, because additional information is needed before consent may be granted. (Please respond to the State's request for additional information, so that further review may be made and consent granted.)

___ Request for consent granted. The State of Louisiana, Division of Administration, Office of Community Development, as the assignee(s) and/or subrogee(s) of interests of the Recipient(s), as a Recipient(s) of a Road Home Program GRANT, in consideration of the receipt of the sum of $_____, paid by or on behalf of Recipient(s) does hereby RELEASE, ACQUIT, AND FOREVER DISCHARGE _____, (hereinafter referred to as "Insurer"), from any and all claims that the State may possess or allegedly possess or be entitled to by virtue of the execution of the Assignment and Subrogation Agreement made part of The Road Home Program Grant process, only, including contractual claims or any claims for damages, penalties, punitive damages and/or attorneys fees under any provision of state law, including but not exclusively La. Civ. Code art. 1997, La. R.S. 22:658 and/or 22:1220, arising out of or related to damages or losses caused by Hurricanes Katrina and/or Rita to the primary residence of the Road Home Recipient, against his/her Insurer under Policy Number _____.

This Release is entered into by the State with full reservation of all rights against Insurer, as identified and defined herein, other than those claims and rights expressly released above. The State further enters this Release with full reservation of its rights to recover funds owed the State pursuant to any Assignment and Subrogation Agreement made part of The Road Home Program Grant process executed by any Road Home Program Recipient, including _____, from any flood insurance policy. The State further reserves all right against the Recipient identified above, from any flood insurance policy not issued or administered by Insurer, and also reserves any rights that the State may have solely for recovery of Increased Cost of Compliance benefits under any flood insurance policy issued or administered by any insurer including the Insurer, as identified and defined herein.

Insurer is defined herein to include and any person or entity who sold or offered for sale Policy Number _____, independent program administrators agents, or agencies involved in the sale or offer for sale of said Policy, independent or contract claim adjusters, independent or contract engineers and engineering firms, together with any current and former agents, employees, officers, directors, attorneys, owners, shareholders, associated and affiliated companies, divisions, subsidiaries, predecessors, successors, and assigns of any of them in connection with any claim for damages or losses but only to the extent such claims are or could be asserted by Recipient(s), against Insurer under Policy Number ____ _____, and arising out or relating to claims for damages or losses from Hurricanes Katrina and/or Rita.

It is expressly acknowledged that payment by Insurer does not constitute and shall not operate as an admission of liability, validate the Assignment and Subrogation Agreement made part of The Road Home Program Grant process, or waive any of its defenses.

The insurance company or you should make the State portion of the settlement funds to payable to Louisiana Division of Administration – DRU" and mailed to

Louisiana Division of Administration
Disaster Recovery Unit – Attention Subrogation
Post Office Box 94095
Baton Rouge LA 70804-9095

Please include on the reference portion of the check the above referenced Road Home application number and include a copy of this correspondence with the check.

Approved by: _____

_____
Print Name and Title

_____

_____
Date

---

### RECIPIENT ACKNOWLEDGMENT

I hereby authorize and irrevocably approve and agree to reimburse the Road Home the sum of _____ as set forth above in the Road Home Consent section. Further, I authorize and irrevocably direct the insurance company listed in the Request for Consent Form to deduct the sum of _____, as set forth above in the Road Home Consent section, from the gross settlement of any insurance claim and to remit the same directly to the Road Home, all funds should be remitted to The Road Home Program, through the Louisiana Division of Administration, as provided herein.

_____     _____
Witness                              Signature (Recipient/Applicant)

_____     _____
Witness                              Print Name (Recipient/Applicant)

_____      _____
_____Witness_____      Signature (Co-Recipient/Co-Applicant)


_____      _____
Witness                              Print Name (Co-Recipient/Co-Applicant)


      Sworn to and subscribed before me the undersigned Notary Public on this _____ day of
_____, 2007.


                         _____
                         Notary Public

                         _____
                         (Print Name, Date Commission Expires and Bar Number)

**DRAFT 1/15/07**

**SETTLEMENT COMMUNICATION PURSUANT TO F.R.E. ART. 408 AND/OR LA. CODE OF EVIDENCE ART. 408**

| | |
|---|---|
| **Insured Name:** | |
| **Insured Premises Address:** | |

| | | | |
|---|---|---|---|
| **Homeowner† Insurer:** | | **Flood Insurer‡:** | |
| **Homeowner†Policy No.:** | | **Flood Policy No.‡:** | |
| **Homeowner† Claim No:** | | **Flood Claim No.‡:** | |

**Flood Policy Information‡**

| | Coverage A (Dwelling) | Coverage B (Other Structures) | Coverage C (Personal Property) | Coverage D (ALE) |
|---|---|---|---|---|
| **Flood Insurer Limits:** | $ | $ | $ | $ |
| **Total Payments By Flood Insurer:** | $ | $ | $ | $ |
| **Additional Loss Payee:** | Is there a mortgage company or other additional loss payee on the Flood Policy? Yes ____ No ____ If Yes, identify the name(s) of the additional loss payees: | | | |

**Homeowner† Policy Information**

| | Coverage A (Dwelling) | Coverage B (Other Structures) | Coverage C (Personal Property) | Coverage D (ALE) |
|---|---|---|---|---|
| **Policy Limits:** | $ | $ | $ | $ |
| **Payments Made Prior to Final Settlement by HO† Insurer:** | $ | $ | $ | $ |
| **Proposed Final Settlement with HO† Insurer:** | $ | $ | $ | $ |
| **Additional Loss Payee:** | Is there a mortgage company or other additional loss payee on the Homeowner Policy? Yes ____ No ____ If Yes, identify the name(s) of the additional loss payee: | | | |

The undersigned certifies that the above information is true and correct to the best of his/her knowledge:

Printed Name: _____
Company: _____
Title: _____
Date: _____

The insurance company does not, by providing this information, consent to any subrogation and/or assignment that may have been executed in favor of the State of Louisiana, and does not waive any rights or policy provisions or defenses it may have. All rights, policy provisions, and defenses are expressly reserved.

†The term "Homeowner" and symbol "HO" refer generally to policies of insurance not issued pursuant to the NFIP.
‡ Information related to the Flood Policy and flood payments are only to be included where the Homeowner Insurer and the Flood Insurer company.



**EXHIBIT**

*B*