## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| _____ | * | SECTION "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | MAG. WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **RULE 26(C)(1) CERTIFICATE**

Pursuant to FRCP 26(c)(1), Seth A. Schmeeckle certifies that, in his capacity as Defendants Liaison Counsel, that he has in good faith conferred with opposing counsel in an effort to resolve the dispute without court action, but to date, such amicable resolution has not occurred.

Respectfully submitted:

*/s/ Seth A. Schmeeckle* \_\_\_
Ralph S. Hubbard III, T.A., La. Bar No. 7040
Seth A. Schmeeckle, La. Bar No. 27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504)310-9195
E-Mail:      rhubbard@lawla.com
                sschmeeckle@lawla.com
**Insurer Defendants Liaison Counsel**

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Seth A. Schmeeckle_____
Seth A. Schmeeckle