UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO:  ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Consideration on Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients on Insurer Defendants, through its Liaison Counsel, Ralph S. Hubbard III;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Insurer Defendants Motion for Expedited Hearing  is hereby **GRANTED.**

**IT IS FURTHER ORDERED,  ADJUDGED, AND DECREED** that hearing regarding Insurer Defendants Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients will be set for _____, 2008, at _____ A.M., or as soon thereafter as the Motion may be heard, and will be decided on the motion papers submitted to the Court.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

-1-