# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| **PERTAINS TO:** <br> *The State of Louisiana*, C.A. No. 07-05582 | **SECTION: "K" (2)** |

---

## ESSEX INSURANCE COMPANY, DEFENDANT, ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

---

Defendant, Essex Insurance Company, through undersigned counsel, hereby acknowledges receipt of Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to By:


/s/ Andrew C. Kolb

John B. Davis, T.A. (#23025)
Andrew C. Kolb (#28110)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ P.C.**
One American Place
301 N. Main Street
Suite 810
Baton Rouge, LA 70825
Telephone:  (225) 381-7000
Facsimile:  (225) 343-3612


**ATTORNEYS FOR DEFENDANT**
**ESSEX INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, a copy of the foregoing Corporate Disclosure was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the counsel of record by operation of the court's electronic filing system.

/s/ Andrew C. Kolb
**ANDREW C. KOLB**