UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" (2) |
| PERTAINS TO: INSURANCE<br>07-4852 (Joseph Aguilar, III) | * <br> * <br> * | JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AXIS SURPLUS INSURANCE COMPANY'S
## MOTION FOR MORE DEFINITE STATEMENT

NOW INTO COURT, through undersigned counsel, come defendants, Axis Surplus Insurance Company and Axis Insurance Company (hereinafter collectively referred to as "Axis"), who, pursuant to Rule 12(e), move this Court for a more definite statement of plaintiffs' Complaint. Axis cannot properly respond to Plaintiffs' Complaint, as amended, as it contains approximately 700 plaintiffs suing approximately 90 insurance companies and contains no facts sufficient to put Axis on notice of their claims.[1] The Complaint contains only vague and conclusory allegations for each of their causes of action and fails to provide Axis with any facts that give rise to their claims against it. As currently presented, it is impossible for Axis to draft an appropriate response.

---

[1] Plaintiffs claims are clearly misjoined under Rule 20(a), since the defendants could not be jointly or severally liable for their alleged injuries, and none of the plaintiffs' alleged injuries arise out of the same transaction or occurrence.

WHEREFORE, defendants, Axis Surplus Insurance Company and Axis Insurance Company, pray that this Court grant their Motion for More Definite Statement requiring plaintiffs to provide a more definite statement of the allegations in their Complaint.

Respectfully submitted:

s/Kyle P. Kirsch
MICHAEL R. SISTRUNK, T.A. (#12111)
KYLE P. KIRSCH (#26363)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

/s/Kyle P. Kirsch

F:\docs\Axis\Aguilar\MtnDefStatement.wpd