UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO: INSURANCE | * | JUDGE DUVAL |
| 07-4852 (Joseph Aguilar, III) | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:  **Plaintiffs Liaison Counsel**  Plaintiffs,
Joseph M. Bruno, Esq.  Jim S. Hall
Bruno & Bruno  Jim S. Hall & Associates
855 Baronne Street  800 N. Causeway Blvd., Suite 100
New Orleans, LA 70113  Metairie, La. 70001

PLEASE TAKE NOTICE that the undersigned counsel will bring the foregoing *Motion for More Definite Statement* for hearing before the Honorable Stanwood R. Duval, Jr. at the United Stated District Court, Eastern District of Louisiana, located at 500 Camp Street, New Orleans, Louisiana, on the 6th day of February, 2008 at 9:30a.m.

Respectfully submitted:

/s/ Kyle P. Kirsch
MICHAEL R. SISTRUNK, T.A. (#12111)
KYLE P. KIRSCH (#26363)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA  70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

/s/Kyle P. Kirsch