# United States District Court

EASTERN DISTRICT OF LOUISIANA

**RETURN**

ROBERT BARBACK ET AL

V.

THE UNITED STATES OF AMERICA AND THE
ARMY CORPS OF ENGINEERS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5141 K (2)

( Consolidated with 05-4182 )

TO: (Name and address of defendant)

United States Corp of Engineers
New Orleans Division
7400 Leake Ave.
New Orleans, LA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert H. Murphy
MURPHY ROGERS SLOSS & GAMBEL
One Shell Square, Suite 400
701 Poydras Street
New Orleans, LA  70139
Telephone: (504) 523-0400

an answer to the complaint which is herewith served upon you, within ~~TWENTY (20)~~ 60 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

B. Gregory
(BY) DEPUTY CLERK

OCT 1 7 2007

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10-26-07 |
| Name of SERVER (PRINT) MICHAEL DUPREE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: ............................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: ............................................

☐ Returned unexecuted: ............................................................

☐ Other *(specify)*: ............................................................

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-26-07
Date

Signature of Server: *Michael J. Dupree*

Address of Server: 712 PERRIN DR.
ARABI, LA 70032