UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

**PERTAINS TO:**
**INSURANCE**   Civil Action No.: 06-7173
     (Kenneth Robichaux and Kim Robichaux)

JUDGE: DUVAL
MAG: WILKINSON

### EX PARTE MOTION TO STRIKE, MOTION TO DE-CONSOLIDATE AND EXPEDITED MOTION TO SET TRIAL DATE

**NOW INTO COURT**, come Plaintiffs, KENNETH ROBICHAUX and KIM ROBIHAUX, appearing herein through undersigned counsel of record, moves this Honorable Court in the referenced proceeding captioned *"Kenneth Robichaux and Kim Robichaux v. Lexington Insurance Company,* Civil Action No. 06-7173 from the consolidated litigation, as follows:

   I.     Movers herein request to strike flood allegations contained in the proceedings herein;

   II.    Further, Movers herein request this Honorable Court de-consolidate the proceedings from the consolidated litigation entitled *"In Re: Katrina Canal Breaches, Consolidation Litigation"*,

-1-

Civil Action No. 05-4182 "K" (2); and,

    III.    That a trial date be set in an expedited manner.

all as more fully outlined in the attached Memorandum in Support.

                                    **Respectfully submitted,**

                                    */s/ Edward C. Vocke, IV*

                                    **J. DOUGLAS SUNSERI (#19173)**
                                    **SVETLANA "LANA" CROUCH (#29814)**
                                    **EDWARD C. VOCKE, IV (#22882)**
                                    **NICAUD, SUNSERI & FRADELLA, L.L.C.**
                                    A Group of Professional Law Corporations
                                    3000 18TH Street
                                    Metairie, Louisiana 70002
                                    Telephone: (504) 837-1304

                                    Attorneys for Plaintiffs, KENNETH ROBICHAUX
                                    and KIM ROBICHAUX

## CERTIFICATE OF SERVICE

      I hereby certify that on this <u>21st</u> day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                    */s/ Edward C. Vocke, IV*

                                    EDWARD C. VOCKE, IV