UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

PERTAINS TO:
INSURANCE      Civil Action No.: 06-7173         JUDGE: DUVAL
     (Kenneth Robichaux and Kim Robichaux)       MAG: WILKINSON

### ORDER

**Considering** the above and foregoing Motion:

**IT IS HEREBY ORDERED** that:

I.   All flood allegations asserted by Plaintiffs be and are hereby stricken from the proceedings;

II.  The proceedings hereby be de-consolidated from the litigation entitled *"Kenneth Robichaux and Kim Robichaux v. Lexington Insurance Company,* Civil Action No. 06-7173 and this litigation stand alone as initially entitled; and,

-1-

**III.**   A trial date be set on an expedited manner.

New Orleans, Louisiana this _____ day of _____, 2008.


                                                     _____
                                                     **UNITED STATES DISTRICT JUDGE**