## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED WITH | * | |
| | * | JUDGE: |
| Pertains to: | * | STANWOOD R. DUVAL, JR. |
| ROAD HOME | * | |
| Louisiana State C.A. No.: 07-5528 | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE: |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | MAG.: (2) |

**************************************

### INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record,

hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant

and Recipient Information.

Agreed to by:

**January 22, 2008**

**HOWARD B. KAPLAN (#14414)**
1615 Metairie Road
P.O. Box 55490
Metairie, LA  70055-5490
Telephone:  (504) 834-2612
Telephone:  (504) 834-2612

**COUNSEL FOR,**
**LAFAYETTE INSURANCE COMPANY,**
**UNITED FIRE AND INDEMNITY COMPANY,**
**UNITED FIRE & CASUALTY COMPANY**