UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO. 05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| * * * * * * * * * * * * * * * * * * | | |

PLAINTIFFS' EX PARTE MOTION FOR
LEAVE TO FILE SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF
MOTION FOR DISQUALIFICATION AND
<u>OTHER RELIEF</u>

**COME NOW** plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to file a Supplemental Memorandum in Support of their Motion for Disqualification and Other Relief (Record Document No. 10331). This motion is filed upon the grounds that the original memorandum which accompanied Record Document No. 10331 addressed only Rule 1.7 of the Rules of Professional

-1-

-2-

Conduct, and since it appears that other Rules have been violated by Messrs. Becnel and Fayard as well, plaintiffs take this opportunity to address the violation of those other Rules.

> Respectfully submitted,
>
> **LAW OFFICES OF**
> **ASHTON R. O'DWYER, JR.**
> **Counsel for Plaintiffs**
>
> **By:   S/Ashton R. O'Dwyer, Jr.**
> **Ashton R. O'Dwyer, Jr.**
> **Bar No. 10166**
> **821 Baronne Street**
> **New Orleans, LA 70113**
> **Tel. 504-679-6166**
> **Fax. 504-581-4336**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 21st day of January 2008.

S/Ashton R. O'Dwyer, Jr.

-2-