## Victoria Broussard

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Monday, January 21, 2008 10:28 AM
**To:** vbroussard@odwyerlaw.com
**Subject:** FW: Memorandum regarding State's Liability for Levee District

Print.

---

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Monday, November 05, 2007 2:44 PM
**To:** 'Joe Bruno'; 'Adam Babich '; 'AJ Rebennack '; 'Arthur W. Landry '; 'Bill Jones'; 'Cindy Amedee'; 'Daniel Becnel Jr. '; 'Daniel Becnel Jr. '; 'Darlene Marie Jacobs '; 'David Scalia '; 'David Scalia '; 'deGravelles, Palmintier, Holthaus, Fruge '; 'Francis Gerals Weller '; 'Frank Dudenhefer'; 'Frederick J. Gisevious Jr. '; 'Gerald F. Maples '; 'Gerald Meunier '; 'Hugh Palmer Lambert '; 'Jim S. Hall '; 'Joe Bruno '; 'John Cummings '; 'John Patrick Connick'; 'John-Michael Lawrence '; 'Keith Couture '; 'Kirk Reasonover '; 'Marion Overton White '; 'Michael Hill'; 'N. Frank Elliot III '; 'Patrick Connick'; 'Pius Akamdi Obioha '; 'Price Mounger'; 'Randall A. Smith '; 'Randall Earl Hart'; 'Rob Warren'; 'Robert Becnel '; 'Robert J Caluda '; 'Ronnie G Penton '; 'Russ Herman '; 'Sarah Rosenblum'; 'Scott Joanen'; 'ssmith@smithstag.com'; 'Stephen Michael Wiles '; 'Steve Herman'; 'Susan Molero Vance '; 'Tiffany Laura Hawkins Davis '; 'Walter C. Dumas '; 'William Christian Gambel '; 'William E. O'Neil '; 'William Mustian'
**Subject:** RE: Memorandum regarding State's Liability for Levee District

Boys and Girls: Good work! However, don't myopically focus on "Levee Boards", when considering the civil liability of the State of Louisiana in connection with criminal malfeasance which led to the retaining wall failures, flooding, death and destruction we call KATRINA. One can't talk about the State's culpability, and civil liability, without including in the "mix" (1) the Department of Transportation and Development, (2) the Governor's Office of Homeland Security and Emergency Preparedness, and (3) the Department of Social Services. And don't forget "Governor "BUNCO" herself, individually and officially (now that certain Members of the PLC have voluntarily invoked Federal jurisdiction on behalf of the State). The conflicts of interests which I have identified aren't going away. Indeed, it now appears that the ethical dilemma facing two Members of the PLC, previously identified, is "spreading", like a contagious disease. Who knows how many Members of the PLC, and Sub-Committees, have already been infected, and will be "felled", by the disease?

---

**From:** Stephanie Pizani [mailto:stephaniep@jbrunolaw.com] **On Behalf Of** Joe Bruno
**Sent:** Monday, November 05, 2007 1:21 PM
**To:** Adam Babich ; AJ Rebennack ; Arthur W. Landry ; Ashton O'Dwyer ; Bill Jones; Cindy Amedee; Daniel Becnel Jr. ; Daniel Becnel Jr. ; Darlene Marie Jacobs ; David Scalia ; David Scalia ; deGravelles, Palmintier, Holthaus, Fruge ; Francis Gerals Weller ; Frank Dudenhefer; Frederick J. Gisevious Jr. ; Gerald F. Maples ; Gerald Meunier ; Hugh Palmer Lambert ; Jim S. Hall ; Joe Bruno ; John Cummings ; John Patrick Connick; John-Michael Lawrence ; Keith Couture ; Kirk Reasonover ; Marion Overton White ; Michael Hill; N. Frank Elliot III ; Patrick Connick; Pius Akamdi Obioha ; Price Mounger; Randall A. Smith ; Randall Earl Hart; Rob Warren; Robert Becnel ; Robert J Caluda ; Ronnie G Penton ; Russ Herman ; Sarah Rosenblum; Scott Joanen; ssmith@smithstag.com; Stephen Michael Wiles ; Steve Herman; Susan Molero Vance ; Tiffany Laura Hawkins Davis ; Walter C. Dumas ; William Christian Gambel ; William E. O'Neil ; William Mustian
**Subject:** FW: Memorandum regarding State's Liability for Levee District

Please see below email and attachments.

*[signature: Joseph M. Bruno]*

**Joseph M. Bruno**
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile (504) 561-6775
Email: jbruno@jbrunolaw.com
Website: www.jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Alexis Bevis [mailto:Alexis@LambertandNelson.com]
**Sent:** Monday, November 05, 2007 11:12 AM
**To:** Joe Bruno; Gerald Meunier ; jwoods@gainsben.com; Darlene Marie Jacobs ; Richard M. Martin, Jr.; Daniel Becnel Jr. ; David Blayne Honeycutt ; Scott Joanen; Rob Warren; Price Mounger; Hugh P. Lambert; lnelson@lambertandnelson.com; Candace Cain; Jennifer Minden; Jonathan Adams; D Reich; Michael Howell
**Subject:** Memorandum regarding State's Liability for Levee District

All:

Per the discovery meeting last week wherein the State's potential liability for the Orleans Levee District's acts was discussed, attached hereto please find a memorandum prepared by Jonathan Adams of our office, as well as pertinent caselaw, for your review prior to this afternoon's meeting.

If you have any questions regarding the foregoing, please feel free to contact me.

Alexis

E. Alexis Bevis, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-1750
Facsimile: 504-529-2931
E-mail: alexis@lambertandnelson.com

1/21/2008