**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
| 06-1885 * | | JUDGE DUVAL |
| 06-4024 * | | |
| 06-4389 * | | MAGISTRATE WILKINSON |
| 06-5771 * | | |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| 07-3500 * | | |
| 07-3612 * | | |
| 07-5023 * | | |
| 07-5040 * | | |
| * * * * * * * * * * * * * * * * * * * | | |

**UNSWORN DECLARATION OF
ASHTON R. O'DWYER, JR.
MADE UNDER PENALTY OF PERJURY
PURSUTANT TO THE PROVISIONS OF
<u>28 U.S.C. §1746</u>**

**COMES NOW** Ashton R. O'Dwyer, Jr., who declared that he is a person of the full age of majority, and an attorney practicing law within the territorial limits of the State of Louisiana and of the Eastern District of Louisiana, and that he is a Member of the Bar of this State, Bar No. 10166, and in good standing to the best of his knowledge at the present time;  that he is counsel of record for plaintiffs and/or for intervening plaintiffs in

-1-

-2-

the above-identified Civil Actions; that he also is an intervening plaintiff in Civil Action Nos. 07-5023 and 07-5040, appearing *in propria persona*; that he is also the named plaintiff in Civil Action No. 06-7280 on the docket of This Honorable Court, appearing *in propria persona* as well as through the services of an attorney, J.W.P. Hecker, Esq., who also happens to be his cousin; that he makes this declaration in good faith in order to preserve the integrity of the above-identified litigations, and not for any illicit purpose; that he further declares that if he failed to make this declaration under the circumstances, then public confidence in the orderly administration of justice would be undermined; and that he does declare that he reasonably believes that he discovered, rather recently, probable unethical behavior by two attorneys in this litigation, namely, Daniel E. Becnel, Jr. and Calvin Clifford Fayard, Jr., and perhaps by others as well, all more fully described in a memorandum which he submitted to James Gill of The Times Picayune on October 15, 2007 (a copy of which is appended hereto and marked for identification as Exhibit No. 1)[1] in his capacity as a party litigant in Civil Action Nos. 06-7280 and 07-5040 on the docket of This Honorable Court, and that he does declare that the statements he made in Exhibit No. 1 are true and correct.

Declaration made under penalty of perjury at New Orleans, Louisiana, this 21st day of January 2008.

                                            **S/Ashton R. O'Dwyer, Jr.**
                                            **ASHTON R. O'DWYER, JR.**

---

[1] The Exhibits which Declarant delivered to Mr. Gill along with Exhibit No. 1 are available for inspection at 821 Baronne Street, New Orleans, Louisiana 70113.