UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
| 06-1885 * | | JUDGE DUVAL |
| 06-4024 * | | |
| 06-4389 * | | MAGISTRATE WILKINSON |
| 06-5771 * | | |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| 07-3500 * | | |
| 07-3612 * | | |
| 07-5023 * | | |
| 07-5040 * | | |
| * * * * * * * * * * * * * * * * * * | | |

**O R D E R**

Considering plaintiffs' Ex Parte Motion for Leave to File Supplemental Memorandum in Support of Motion for Disqualification and Other Relief, which the Court has duly noted,

**IT IS ORDERED** that plaintiffs be and they are hereby granted leave to file a Supplemental Memorandum in Support of Record Document No. 10331.

-1-

-2-

New Orleans, Louisiana, this _____ day of _____ 2008.

_____
**J U D G E**[1]

---

[1] Movers aver that the Honorable Stanwood R. Duval, Jr. is recused from the above-styled and numbered causes. The identity of the Judge who will decide the Motion for Leave to File Supplemental Memorandum, which is the subject of this Order, is unknown. If the Order is signed by Judge Duval, movers reserve all rights.