# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

JONATHAN B. ANDRY and CAROLINE ANDRY

V.

FEDERAL EMERGENCY MANAGEMENT
AGENCY & PRECISE ADJUSTMENTS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   07-4533 "K"(2)

TO: United States
Through U.S. Attorney
Jim Letten
500 Poydras Street, Suite B-210
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Jonathan B. Andry
The Andry Law Firm
610 Baronne Street
New Orleans, LA 70113

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

JAN 1 1 2008
DATE

B. Gregory
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 1-21-08 |
| Name of SERVER (PRINT) Gwendalynn Hassan | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Art # 7007 1490 0000 5219 2973. Received by agent on January 14, 2008, as evidenced by attached receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-21-08
Date

*Signature of Server*   Gwendalynn L. Hassan

*Address of Server*   1010 Barone St, New Orleans, LA 70113

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Bernie  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Bernier     C. Date of Delivery: 1/14/08 |
| 1. Article Addressed to:<br>United States of America<br>thru U.S. Attorney<br>Jim Letten<br>500 Poydras St., Suite B-210<br>New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 1490 0000 5219 2973 | |

PS Form 3811, February 2004        Domestic Return Receipt                    102595-02-M-1540