UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182<br>*<br>*<br>* |
| PERTAINS TO: ROAD HOME<br>*LOUISIANA STATE C.A. NO. 07-5528* | * JUDGE STANWOOD R. DUVAL, JR.<br>* MAGISTRATE JUDGE JOSEPH C. |

*******************************************************************************

## ENTITY AGREEMENT TO OBLIGATIONS UNDER PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

*In re: Katrina Canal Breaches Litigation*
Civil Action No. 05-4182 "K" (2)
Pertains to Road Home
*Louisiana State*, Civil Action No. 07-5528

United States District Court for the Eastern District of Louisiana

I have read and I understand the Protective Order Governing Road Home Applicant and Recipient Information ("Protective Order") concerning the release of Applicant and Recipient Personal Information filed under seal in the above-referenced lawsuit. I am authorized to agree and do hereby agree that Continental Insurance Company ("Continental") is bound by the Protective Order and shall use the Personal Information disclosed to it solely in accordance with the terms of the Protective Order.

Page 1

I further acknowledge and agree that the terms of the Protective Order are enforceable against Continental Insurance Company during and after the conclusion of the lawsuit, and Continental Insurance Company agrees to submit to the jurisdiction of the United States District Court for the Eastern District of Louisiana for any enforcement proceedings.

CONTINENTAL INSURANCE COMPANY

333 S. WABASH
Address

By: _____ 1/16/01
Signature and Date

CHICAGO, ILL. 60685
City, State and Zip Code

John Nicholas Cassatteri V.P, Claims
Print Name and Title

312-822-1176
Phone Number