UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO. 05-04182 |
| KATRINA CANAL | * | |
| BREACHES LITIGATION | * | SECTION "K" |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE DIV. 2 |
| | * | MAG. JUDGE WILKINSON |
| PERTAINS TO: LEVEE | * | |
| | * | |
| CA NO. 07-4391 | * | |
| DAWN P. ADAMS, *et al* | * | |
| v. | * | |
| THE UNITED STATES | * | |
| OF AMERICA, *et al* | * | |
| | * | |

## JAMES CONSTRUCTION GROUP, LLC'S
## MOTION TO DISMISS COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, James Construction Group, LLC ("James Construction"), who moves this Court to dismiss Plaintiffs' claims against James pursuant to Fed. R. Civ. Pro. 12(b)(6) as Plaintiff has failed to state a claim upon which relief can be granted.  As set forth more fully in the accompanying Memorandum in Support, Plaintiffs' claims against James are prescribed.

Respectfully submitted,

__/s/ Emily E. Eagan_____

{N1705332.1}

        RICHARD J. TYLER, T.A. (#1155)
        EMILY E. EAGAN (#29166)
        Jones, Walker, Waechter, Poitevent,
         Carrère & Denègre L.L.P.
        201 St. Charles Avenue, 49th Floor
        New Orleans, LA 70170-5100
        (504) 582-8266
        Attorneys for James Construction Group, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record via ECF, or, if necessary, facsimile, or by placing in the United States Mail, postage prepaid, and properly addressed this 21st day of January, 2008.

                                                  __/s/ Emily E. Eagan_____

{N1705332.1}