UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO. 05-04182 |
| KATRINA CANAL | * | |
| BREACHES LITIGATION | * | SECTION "K" |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE DIV. 2 |
| | * | MAG. JUDGE WILKINSON |
| PERTAINS TO: LEVEE | * | |
| | * | |
| CA NO. 07-4391 | * | |
| DAWN P. ADAMS, *et al* | * | |
| v. | * | |
| THE UNITED STATES | * | |
| OF AMERICA, *et al* | * | |
| | * | |

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel will bring on for hearing James Construction Group, LLC's Motion to Dismiss before the Honorable Stanwood R. Duval, Jr. at 9:30 A.M. on February 20, 2008, at the United States District Court for the Eastern District of Louisiana.

            Respectfully submitted,

            __/s/ Emily E. Eagan_____
            RICHARD J. TYLER, T.A. (#1155)
            EMILY E. EAGAN (#29166)
            Jones, Walker, Waechter, Poitevent,
             Carrère & Denègre L.L.P.

{N1532304.1}

          201 St. Charles Avenue, 49th Floor
          New Orleans, LA 70170-5100
          (504) 582-8266
          Attorneys for James Construction Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via ECF this 21st day of January, 2008.

          __/s/ Emily E. Eagan_____

{N1532304.1}