UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | 05-4182 "K"(2) |
| Plaintiffs | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO:  ALL LEVEE | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EAST JEFFERSON LEVEE DISTRICT'S MOTION FOR LEAVE TO FILE OPPOSITION MEMORANDUM OUT OF TIME OR, IN THE ALTERNATIVE FOR CONTINUANCE OF HEARING DATE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, East Jefferson Levee District ("EJLD"), who moves the Court for leave to file its "Opposition of East Jefferson Levee District to National Union Fire Insurance Company of Pittsburgh Pennsylvania's Motion to Dismiss" out of time for the reasons set forth below:

1.

Defendant, National Union Fire Insurance Company of Pittsburgh Pennsylvania ("National Union") is EJLD's insurer.  National Union is a direct defendant in the Levee Cases.  National Union filed its Motion to Dismiss on or about November 20, 2007.  Oral argument was requested, and the hearing was noticed for January 9, 2008.

2.

On or before December 27, 2007, counsel for National Union and counsel for Plaintiffs agreed to continue the hearing date.  In accordance with that agreement, the Court issued a hearing notice for January 23, 2008.  Counsel for EJLD was not a party to the discussions between counsel for Plaintiffs and counsel for National Union that resulted in the continuance of the original hearing date.  Nor did counsel for EJLD see the notice rescheduling the hearing for January 23, 2008.[1]

3.

Undersigned counsel was advised by someone in Plaintiffs' counsel's office that the January 9, 2008 was continued without date.

---

[1] Undersigned counsel understands that a notice was issued electronically on December 27, 2007.  He has no explanation for missing it other than it came in the midst of the holiday season.

4.

On Thursday, January 17, 2008, undersigned counsel saw Plaintiffs' Memorandum in Opposition to National Union's Motion to Dismiss. The undersigned called Plaintiffs' counsel that same day to inquire whether a hearing date had been scheduled.

5.

Plaintiffs' counsel, Mr. Meunier, returned undersigned counsel's call on Friday, January 18, 2008, and confirmed the January 23, 2008 hearing. By this time, the deadline afforded by the local rules by which to file opposition memoranda had elapsed.

6.

EJLD, as National Union's insured, has a direct interest in the disposition of National Union's motion. EJLD believes National Union's motion to dismiss lacks merit and should be overruled for the reasons stated in its proposed "Opposition of East Jefferson Levee District to National Union Fire Insurance Company of Pittsburgh Pennsylvania's Motion to Dismiss," attached hereto as Exhibit "1."

7.

Undersigned counsel has discussed its request to file its opposition memorandum out of time or alternatively for continuance of the January 23, 2008 hearing date. Counsel for Plaintiffs', Mr. Meunier, does not oppose EJLD's motion.

8.

Counsel for National Union, however, is unsure whether the Court has scheduled the motion for oral argument. Counsel for National Union, Ms. Dicke, advised undersigned counsel that she will not oppose a motion to file out of time, if there is to be no oral argument. On the other hand, if the Court has scheduled oral argument, she opposes both the motion to file out of time and the motion to continue.

9.

Undersigned counsel submits that he is prepared to present oral argument on National Union's motion to dismiss on January 23, 2008 if necessary. However, in the event the Court and/or opposing counsel are inconvenienced by undersigned counsel's proposed late filing, undersigned counsel submits that National Union will not be prejudiced by a short continuance of the hearing date. To the contrary, what minor inconvenience National Union may suffer by a continuance is greatly outweighed by

the prejudice EJLD would sustain if it is barred from presenting its arguments to the Court for consideration.

**WHEREFORE**, Defendant East Jefferson Levee District, prays that its Motion for Leave to file Opposition Memorandum Out of Time or, in the Alternative for Continuance of Hearing Date be granted.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON PFISTER & WEINSTOCK**

*/s/ Gary M. Zwain*

_____

**GARY M. ZWAIN (#13809)**
**JOSEPH E. BEARDEN (#26188)**
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   (504) 832-3700
Facsimile:   (504) 837-3119
*Attorneys for East Jefferson Levee District*

### CERTIFICATE OF SERVICE

I hereby certify that on the 21ST day of January, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Gary M. Zwain*

_____
GARY M. ZWAIN (#13809)