United States Eatern District Court
Eastern District of Louisiana

In re: Katrina Canal Breaches Consolidated Litigation
Civil Action No. 05-4182

Master List of Case Numbers

| Case Number | Plaintiff | Defendant 1 | Defendant 2 | Filed Date |
|---|---|---|---|---|
| 07-4551 | Sybil Morial | EJLD | NUFIC | 08/28/07 |
| 07-4552 | Adrian Kornman<br>Naomi Kornman | EJLD | NUFIC | 08/28/07 |
| 07-4553 | Michael B. White<br>Virgina White | EJLD | NUFIC | 08/28/07 |
| 07-4554 | Joseph L. Lobrano, et al. | EJLD | NUFIC | 08/28/07 |
| 07-4556 | Felix Puccio, , et al. | EJLD | NUFIC | 08/28/07 |
| 07-4557 | Metrolab, Inc. | EJLD | NUFIC | 08/28/07 |
| 07-4558 | Savoy Place Associates, LP | EJLD | NUFIC | 08/28/07 |
| 07-4559 | Michael Mintz | EJLD | NUFIC | 08/28/07 |
| 07-4560 | Hurwitz Mintz Furniture Store South, et al. | EJLD | NUFIC | 08/28/07 |
| 07-4561 | Keith A. Doley, a Professional Corporation | EJLD | NUFIC | 08/28/07 |
| 07-4563 | Julie Morial | EJLD | NUFIC | 08/28/07 |
| 07-4944 | Frank Cina, et al. | EJLD | NUFIC | 08/29/07 |
| 07-4948 | Dillard University, et al. | EJLD | NUFIC | 08/29/07 |
| 07-4949 | St. Augustine High School, et al. | EJLD | NUFIC | 08/29/07 |
| 07-4950 | Ronald F. Plaisance, Sr. | EJLD | NUFIC | 08/29/07 |
| 07-4951 | WNO Ownership, LLC<br>WNO Operating, LLC | EJLD | NUFIC | 08/29/07 |
| 07-4952 | Jacob Harrison<br>Bernice Harrison | EJLD | NUFIC | 08/29/07 |
| 07-4953 | Liberty Bank & Trust Company | EJLD | NUFIC | 08/29/07 |
| 07-4954 | Heidi DeSalvo | EJLD | NUFIC | 08/29/07 |
| 07-4955 | Vincent L. DeSalvo, Jr. | EJLD | NUFIC | 08/29/07 |
| 07-4956 | Vincent L. DeSalvo, Sr.<br>Althea C. DeSalvo | EJLD | NUFIC | 08/29/07 |
| 07-4957 | Louis Gerdes as Executor | EJLD | NUFIC | 08/29/07 |
| 07-4958 | Jackson Brewery Millhouse, LLC | EJLD | NUFIC | 08/29/07 |
| 07-4959 | Union Limited Partnership, et al. | EJLD | NUFIC | 08/29/07 |
| 07-4960 | Hertz 909 Poydras, LLC, et al. | EJLD | NUFIC | 08/29/07 |
| 07-4961 | Riverfront Lodging, LLC | EJLD | NUFIC | 08/29/07 |
| 07-4962 | Jackson Brewery Marketplace, Ltd. | EJLD | NUFIC | 08/29/07 |
| 07-4963 | Prytania Medical Complex Owners Association | EJLD | NUFIC | 08/29/07 |
| 07-4964 | Carmen Prat as Executrix | EJLD | NUFIC | 08/29/07 |
| 07-4966 | Joan Berenson<br>Dr. Gerald Berenson | EJLD | NUFIC | 08/29/07 |
| 07-4967 | Coleman E. Adler, II | EJLD | NUFIC | 08/29/07 |
| 07-4968 | Abundance Square Associates, LP | EJLD | NUFIC | 08/29/07 |
| 07-4970 | Redemptorist Limited Partnership, et al. | EJLD | NUFIC | 08/29/07 |
| 07-4971 | Omega Hospital, LLC | EJLD | NUFIC | 08/29/07 |



1

United States Eatern District Court
Eastern District of Louisiana

In re: Katrina Canal Breaches Consolidated Litigation
Civil Action No. 05-4182

Master List of Case Numbers

| Case Number | Plaintiff | Defendant 1 | Defendant 2 | Filed Date |
|---|---|---|---|---|
| 07-4972 | Harold E. Doley, Jr. | EJLD | NUFIC | 08/29/07 |
| 07-4973 | King S. Wells, Sr. <br> Hellen C. Wells | EJLD | NUFIC | 08/29/07 |
| 07-4974 | Chad S. Robert, Sr., et al. | EJLD | NUFIC | 08/29/07 |
| 07-4975 | Ammon L. Miller, Jr. | EJLD | NUFIC | 08/29/07 |
| 07-4976 | Entercom Communications Corp. | EJLD | NUFIC | 08/29/07 |
| 07-4977 | Annette M. Adler | EJLD | NUFIC | 08/29/07 |
| 07-4978 | Carolyn Smythe | EJLD | NUFIC | 08/29/07 |
| 07-4979 | White III, LLC f/k/a JLH, LLC | EJLD | NUFIC | 08/29/07 |
| 07-4980 | Clara Mae S. Haydel <br> Cliff S. Robert, Jr. | EJLD | NUFIC | 08/29/07 |
| 07-4981 | Gloria Patterson | EJLD | NUFIC | 08/29/07 |
| 07-4982 | Treasure Village Associates, LP | EJLD | NUFIC | 08/29/07 |
| 07-4983 | Gary W. Kern <br> Caroline D. Kern | EJLD | NUFIC | 08/29/07 |
| 07-4984 | Dominion/NO Centre, LLC, et al. | EJLD | NUFIC | 08/29/07 |
| 07-4985 | Michael G. Bagneris <br> Madlyn P. Bagneris | EJLD | NUFIC | 08/29/07 |
| 07-4986 | Hotel Investors, LLC | EJLD | NUFIC | 08/29/07 |
| 07-4987 | Gregory J. Blaum, et al. | EJLD | NUFIC | 08/29/07 |
| 07-4988 | Marc H. Morial | EJLD | NUFIC | 08/29/07 |
| 07-4989 | Louisiana Independent Federation of Electors, Inc. | EJLD | NUFIC | 08/29/07 |
| 07-4990 | Valencia Tanner | EJLD | NUFIC | 08/29/07 |
| 07-4991 | Coleman E. Adler, II, as Trustee | EJLD | NUFIC | 08/29/07 |
| 07-4992 | Southpoint Technologies, LLC | EJLD | NUFIC | 08/29/07 |
| 07-4993 | Adler's Special Account | EJLD | NUFIC | 08/29/07 |
| 07-4994 | Joan Berenson <br> BPH Real Estate, LLC | EJLD | NUFIC | 08/29/07 |
| 07-4995 | CII Carbon, LLC | EJLD | NUFIC | 08/29/07 |
| 07-4996 | Touro Infirmary | EJLD | NUFIC | 08/29/07 |
| 07-4997 | Imperial Trading Co., Inc. | EJLD | NUFIC | 08/29/07 |
| 07-4998 | Physician Management Services of Louisiana, LLC | EJLD | NUFIC | 08/29/07 |
| 07-4999 | Dorothy Reese | EJLD | NUFIC | 08/29/07 |
| 07-5000 | Keith Doley <br> Kathleen Doley | EJLD | NUFIC | 08/29/07 |
| 07-5001 | Cliff S. Robert, Sr. <br> Cecilia H. Robert | EJLD | NUFIC | 08/29/07 |
| 07-5002 | Shops and Garage ant Canal Place, LLC | EJLD | NUFIC | 08/29/07 |
| 07-5003 | Greystar Development and Construction, LP | EJLD | NUFIC | 08/29/07 |

United States Eatern District Court
Eastern District of Louisiana

In re: Katrina Canal Breaches Consolidated Litigation
Civil Action No. 05-4182

Master List of Case Numbers

| Case Number | Plaintiff | Defendant 1 | Defendant 2 | Filed Date |
|---|---|---|---|---|
| 07-5004 | Cambridge Realty West, LLC<br>Fulton Place Parking, LLC | EJLD | NUFIC | 08/29/07 |
| 07-5005 | Majestic Life Insurance Co. | EJLD | NUFIC | 08/29/07 |
| 07-5006 | H. Hunter White III<br>Kathleen White | EJLD | NUFIC | 08/29/07 |
| 07-5008 | United Restaurant Entities, LLC | EJLD | NUFIC | 08/29/07 |
| 07-5009 | Claire B. Davis | EJLD | NUFIC | 08/29/07 |
| 07-5010 | Rachael L. Plaisance | EJLD | NUFIC | 08/29/07 |
| 07-5012 | Wetco Restaurant Entities, LLC | EJLD | NUFIC | 08/29/07 |
| 07-5014 | Aaron M. Doley | EJLD | NUFIC | 08/29/07 |
| 07-5015 | Majestic Mortuary Service, Inc. | EJLD | NUFIC | 08/29/07 |
| 07-5016 | Universal Health Services, Inc. | EJLD | NUFIC | 08/29/07 |
| 07-5017 | Winston Reid<br>Catrice A. Johnson-Reid | EJLD | NUFIC | 08/29/07 |
| 07-5018 | Xavier University of Louisiana | EJLD | NUFIC | 08/29/07 |
| 07-5019 | Shea Embry<br>Carolyn Mengham | EJLD | NUFIC | 08/29/07 |
| 07-5148 | Justin Reese | EJLD | NUFIC | 08/29/07 |
| 07-5150 | Jared Reese | EJLD | NUFIC | 08/29/07 |
| 07-5155 | Gayle Green-Johnson | EJLD | NUFIC | 08/29/07 |
| 07-5193 | Martha Y. Curtis | EJLD | NUFIC | 08/29/07 |
| 07-5254 | Universal Health Services, Inc. | EJLD | NUFIC | 08/30/07 |
| 07-5286 | Universal Health Services, Inc. | EJLD | NUFIC | 08/31/07 |
| 07-5314 | Claire B. Davis | EJLD | NUFIC | 09/04/07 |
| 07-5315 | Omega Hospital, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5316 | Louis Gerdes as Executor | EJLD | NUFIC | 09/04/07 |
| 07-5317 | Abundance Square Associates, LP | EJLD | NUFIC | 09/04/07 |
| 07-5318 | Union Limited Partnership, et al. | EJLD | NUFIC | 09/04/07 |
| 07-5319 | Harold E. Doley, Jr. | EJLD | NUFIC | 09/04/07 |
| 07-5320 | Jackson Brewery Millhouse, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5321 | Shops and Garage ant Canal Place, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5322 | King S. Wells, Sr.<br>Hellen C. Wells | EJLD | NUFIC | 09/04/07 |
| 07-5323 | Imperial Trading Co., Inc. | EJLD | NUFIC | 09/04/07 |
| 07-5324 | Physician Management Services of Louisiana, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5325 | Joan Berenson<br>BPH Real Estate, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5326 | St. Augustine High School, et al. | EJLD | NUFIC | 09/04/07 |
| 07-5328 | Justin Reese | EJLD | NUFIC | 09/04/07 |
| 07-5329 | Coleman E. Adler as Trustee | EJLD | NUFIC | 09/04/07 |

United States Eatern District Court
Eastern District of Louisiana

In re: Katrina Canal Breaches Consolidated Litigation
Civil Action No. 05-4182

Master List of Case Numbers

| Case Number | Plaintiff | Defendant 1 | Defendant 2 | Filed Date |
|---|---|---|---|---|
| 07-5330 | Gary W. Kern<br>Caroline D. Kern | EJLD | NUFIC | 09/04/07 |
| 07-5331 | Jackson Brewery Marketplace, Ltd. | EJLD | NUFIC | 09/04/07 |
| 07-5332 | Rachael L. Plaisance | EJLD | NUFIC | 09/04/07 |
| 07-5333 | Ronald F. Plaisance, Sr. | EJLD | NUFIC | 09/04/07 |
| 07-5334 | Prytania Medical Complex Owners Association | EJLD | NUFIC | 09/04/07 |
| 07-5335 | Hotel Investors, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5336 | Gregory J. Blaum, et al. | EJLD | NUFIC | 09/04/07 |
| 07-5337 | Riverfront Lodging, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5338 | Louisiana Independent Federation of Electors, Inc. | EJLD | NUFIC | 09/04/07 |
| 07-5339 | Wetco Restaurant Entities, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5340 | Cambridge Realty West, LLC<br>Fulton Place Parking, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5341 | Cliff S. Robert, Sr.<br>Cecilia H. Robert | EJLD | NUFIC | 09/04/07 |
| 07-5342 | United Restaurant Entities, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5345 | Adler's Special Account | EJLD | NUFIC | 09/04/07 |
| 07-5346 | Ammon I. Miller, Jr. | EJLD | NUFIC | 09/04/07 |
| 07-5347 | Liberty Bank & Trust Company | EJLD | NUFIC | 09/04/07 |
| 07-5348 | Aaron M. Doley | EJLD | NUFIC | 09/04/07 |
| 07-5349 | Greystar Development and Construction, LP | EJLD | NUFIC | 09/04/07 |
| 07-5350 | Universal Health Services, Inc. | EJLD | NUFIC | 09/04/07 |
| 07-5351 | Treasure Village Associates, LP | EJLD | NUFIC | 09/04/07 |
| 07-5352 | Touro Infirmary | EJLD | NUFIC | 09/04/07 |
| 07-5353 | Shea Embry<br>Carolyn Mengham | EJLD | NUFIC | 09/04/07 |
| 07-5354 | Redemptorist Limited Partnership, et al. | EJLD | NUFIC | 09/04/07 |
| 07-5355 | CII Carbon, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5356 | White III, LLC f/k/a JLH, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5357 | Heidi DeSalvo | EJLD | NUFIC | 09/04/07 |
| 07-5358 | Vincent L. DeSalvo, Sr.<br>Althea C. DeSalvo | EJLD | NUFIC | 09/04/07 |
| 07-5359 | Dillard University, et al. | EJLD | NUFIC | 09/04/07 |
| 07-5360 | H. Hunter White III<br>Kathleen White | EJLD | NUFIC | 09/04/07 |
| 07-5361 | Hertz 909 Poydras, LLC, et al. | EJLD | NUFIC | 09/04/07 |
| 07-5362 | Marc H. Morial | EJLD | NUFIC | 09/04/07 |
| 07-5363 | Carmen Prat as Executrix | EJLD | NUFIC | 09/04/07 |
| 07-5364 | Dominion/NO Centre, LLC, et al. | EJLD | NUFIC | 09/04/07 |

United States Eatern District Court
Eastern District of Louisiana

In re: Katrina Canal Breaches Consolidated Litigation
Civil Action No. 05-4182

Master List of Case Numbers

| Case Number | Plaintiff | Defendant 1 | Defendant 2 | Filed Date |
|---|---|---|---|---|
| 07-5365 | Joan Berenson<br>Dr. Gerald Berenson | EJLD | NUFIC | 09/04/07 |
| 07-5367 | Xavier University of Louisiana | EJLD | NUFIC | 09/04/07 |
| 07-5368 | Keith Doley<br>Kathleen Doley | EJLD | NUFIC | 09/04/07 |
| 07-5369 | Annette M. Adler | EJLD | NUFIC | 09/04/07 |
| 07-5370 | Vincent L. DeSalvo, Jr. | EJLD | NUFIC | 09/04/07 |
| 07-5371 | Southpoint Technologies, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5372 | Jared Reese | EJLD | NUFIC | 09/04/07 |
| 07-5373 | Gayle Green-Johnson | EJLD | NUFIC | 09/04/07 |
| 07-5374 | Clara Mae S. Haydel<br>Cliff S. Robert, Jr. | EJLD | NUFIC | 09/04/07 |
| 07-5375 | Entercom Communications Corp. | EJLD | NUFIC | 09/04/07 |
| 07-5376 | Coleman E. Adler, II | EJLD | NUFIC | 09/04/07 |
| 07-5377 | WNO Ownership, LLC<br>WNO Operating, LLC | EJLD | NUFIC | 09/04/07 |
| 07-5378 | Michael G. Bagneris<br>Madlyn P. Bagneris | EJLD | NUFIC | 09/04/07 |
| 07-5396 | Eugene Radcliff | EJLD | NUFIC | 09/04/07 |
| 07-5494 | Jacob Harrison<br>Bernice Harrison | EJLD | NUFIC | 09/10/07 |
| 07-5495 | Winston Reid<br>Catrice A. Johnson-Reid | EJLD | NUFIC | 09/10/07 |
| 07-5496 | Carolyn Smythe | EJLD | NUFIC | 09/10/07 |