UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | 05-4182 "K"(2) |
| Plaintiffs | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO:  ALL LEVEE | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT,** through undersigned counsel, comes Defendant, East Jefferson Levee District ("EJLD") who moves for an expedited hearing of its Motion for Leave to file Opposition Memorandum Out of Time or, in the Alternative for Continuance of Hearing Date.  The hearing date that EJLD seeks to oppose or to continue is set at 9:30 a.m. on January 23, 2008.  Thus, EJLD requests expedited hearing of its Motion for Leave to file Opposition Memorandum Out of Time or, in the Alternative for Continuance of Hearing Date before January 23, 2008.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON PFISTER & WEINSTOCK**

*/s/ Gary M. Zwain*

_____

**GARY M. ZWAIN (#13809)**
**JOSEPH E. BEARDEN (#26188)**
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   (504) 832-3700
Facsimile:   (504) 837-3119
*Attorneys for East Jefferson Levee District*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21ST day of January, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Gary M. Zwain*

_____
**GARY M. ZWAIN (#13809)**