UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | 05-4182 "K"(2) |
| Plaintiffs | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO:  ALL LEVEE | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing;

**IT IS ORDERED** that East Jefferson Levee District's Motion for Expedited

Hearing be and the same is hereby granted.  Accordingly, East Jefferson Levee District's

Motion for Leave to file Opposition Memorandum Out of Time or, in the Alternative for

Continuance of Hearing Date is set for hearing on January 22, 2008 at _____ o'clock.

New Orleans, Louisiana this _____ day of _____, 2008.


_____
**UNITED STATES DISTRICT COURT JUDGE**