EXHIBIT "A"

## INDIVIDUAL AGREEMENT TO OBLIGATIONS UNDER PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

*In re Katrina Canal Breaches Litigation*
Civil Action No 05-4182 "K" (2)
Pertains to: Road Home
*Louisiana State,* Civil Action No. 07-5528,

United States District Court for the Eastern District of Louisiana

I have read and I understand the Protective Order Governing Road Home Applicant and Recipient Information ("Protective Order") concerning the release of Applicant and Recipient Personal Information filed under seal in the above-referenced lawsuit. I hereby agree to be bound by all the terms, conditions, and restrictions imposed by the Protective Order and to use the Personal Information disclosed to me solely in accordance with the terms of the Protective Order.

I further acknowledge and agree that the terms of the Protective Order are enforceable against me both during and after the conclusion of this lawsuit and agree to submit to the jurisdiction of the United States District Court for the Eastern District of Louisiana for any enforcement proceedings.

| | |
|---|---|
| P.O. Drawer 1607 | [signature] |
| Address | Signature and Date |
| Lake Charles, La. 70602 | William T. McCall |
| City, State and Zip Code | Print Name and Title |
| (337) 433-9996 | Westchester Fire Insurance Co. |
| Phone Number | Company Name |

11