## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 07-2170 |
| _____ | * | |
| | * | |
| PERTAINS TO SEVERED MASS JOINER CASES | * | |
| | * | JUDGE:  DUVAL |
| SEVERED FROM:     Aaron, 06-4746 | * | |
| | * | |
| _____ | * | |
| CALVIN AND KIM STEWART | * | MAGISTRATE:   WILKINSON |
| | * | |
| VERSUS | * | |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT LIMITED MOTION, ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come CALVIN and KIM STEWART,

Plaintiffs herein, and Defendant, State Farm Fire and Casualty Company, through their counsel of record,

all parties at interest herein and who stipulate and agree that all claims of Plaintiffs in the above

numbered and entitled cause of the original complaint be dismissed, without prejudice, each party to bear

its own costs of court.

Respectfully submitted,

/s/ Jim S. Hall_____          /s/ Charles L. Chassaignac, IV_____
JIM S. HALL (#21644)              CHARLES L. CHASSAIGNAC, IV (20746)
Attorney for Plaintiff             PORTEOUS, HAINKEL & JOHNSON
800 N. Causeway Blvd., #100        Attorneys for Defendant State Farm Fire
Metairie, LA 70001                  and Casualty Company
(504) 832-3000                     343 Third Street, Ste. 202
jim@jimshall.com                   Baton Rouge, LA 70801
                                     (225) 383-8900
                                   cchassaignac@phjlaw.com