UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID E. KAVANAGH | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2006-11384 |
| | * | |
| LEXINGTON INSURANCE COMPANY/AIG | * | SECT. S |
| AND APARICIO, WALKER & SEELING | * | MAG. 5 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

IT IS ORDERED that Gino J. Rendeiro be and is hereby recognized as plaintiffs' counsel of record for Mr. David Kavanagh.  It is further ordered that B. Gerald Weeks be removed as counsel in this proceeding.

New Orleans, Louisiana, this      18th       day of      January     , 2008.

_____
JUDGE