## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINTS TO:<br>LEVEE, MRGO<br>(07-4944 Cina), (07-4945 Ferrara)<br>(07-5396 Radcliffe), (07-5397 Aleman)<br>_____ | CIVIL ACTION: 05-4182<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

## **ORDER**

Considering the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD**:

**IT IS HEREBY ORDERED** that **Andrew Schwing** be withdrawn as counsel of record for plaintiffs in the above referenced actions, 07-4944, 07-4945, 7-5396, 07-5397, and that David V. Batt of the firm Lobman, Carnahan, Batt, Angelle & Nader remain lead trial counsel of record in the above captioned matters.

New Orleans, Louisiana, this 21st day of January, 2008.

_____
Honorable Stanwood R. Duval, Jr.