# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| | MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: Insurance | |
| | THIS PLEADING APPLIES ONLY TO THE CLAIM OF |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | Magdalene Shropshire and Freda Jones |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Magdalene Shropshire and Freda Jones, against General Star Management Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __18th__ day of __January__, 2008.

_____
United States District Judge