UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO. 05-4181 * | | |
| 06-1885 * | | JUDGE DUVAL |
| 06-4024 * | | |
| 06-4389 * | | MAGISTRATE WILKINSON |
| 06-5771 * | | |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| 07-3500 * | | |
| 07-3612 * | | |
| 07-5023 * | | |
| 07-5040 * | | |
| * * * * * * * * * * * * * * * * * * | | |

**PLAINTIFFS' EX PARTE MOTION
TO CORRECT TYPOGRAPHICAL
<u>ERRORS IN RECORD DOCUMENT NO. 10646</u>**

**COME NOW** plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to correct certain typographical errors in Record Document No. 10646 as follows:

**Page 2, top of page** – CHANGE THE PHRASE ". . . not only of a conflict of interests in with violation of Rule 1.7" to ". . . not only of a conflict of interests and with violation of Rule 1.7".

-1-

-2-

**Page 2, near bottom of page** – CHANGE THE WORD "duel" to "dual".

                          Respectfully submitted,

                          **LAW OFFICES OF**
                          **ASHTON R. O'DWYER, JR.**
                          **Counsel for Plaintiffs**

                          **By:**   S/Ashton R. O'Dwyer, Jr.
                                  Ashton R. O'Dwyer, Jr.
                                  Bar No. 10166
                                  821 Baronne Street
                                  New Orleans, LA 70113
                                  Tel. 504-679-6166
                                  Fax. 504-581-4336

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 22nd day of January 2008.

                                            S/Ashton R. O'Dwyer, Jr.