UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____§ | | |

### ORDER

**DENIED AS MOOT**

Having considered the United States' Motion for Expedited Hearing of its Renewed Motion to Enforce Local Rule 56.1, and for good cause shown, it is hereby ORDERED that the Motion for Expedited Hearing is GRANTED. The United States' Motion to Enforce Local Rule 56.1 shall be heard without oral argument on January\_\_\_\_\_, 2008.

A conference concerning this matter is scheduled for January 18, 2008.

New Orleans, Louisiana, this 18th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

1