UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO. 05-4182 (K)(2) |
| VERSUS | * | JUDGE DUVALL |
| PERTAINS TO Insurance 06-7603 (Stevenson) | * | MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that TIFFANY N. THORNTON be withdrawn as additional counsel of record for defendant, AMICA MUTUAL INSURANCE COMPANY.

New Orleans, Louisiana this 18th day of January, 2008.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA