UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO INSURANCE | * | MAGISTRATE WILKINSON |
| | * | |
| (Williams, Carnese No. 07-1929)   * | * | |

**ORDER OF DISMISSAL**

CONSIDERING THE FOREGOING MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered action be and the same is hereby dismissed with prejudice against The Standard Fire Insurance Company, on behalf of itself and the incorrectly referred to entity St. Paul Travelers Group, The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, one of the Travelers Property and Casualty [Insurance] Companies, with each party to bear its own court costs.

Thus done and signed at New Orleans, Louisiana this 21st day of January, 2008.

_____