UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  Katz, C.A. 06-4155 | SECTION "K"(2) |

## ORDER

Before the Court is Plaintiff's Motion to Reconsider and Vacate Order (Doc. 9384). Considering that this case has now been bifurcated pursuant to the procedures allowed under the *Katrina* umbrella, that there is a final pretrial conferences set for March 24, 2008, and recognizing the confusion that can occur as a result of transfers as happened in this matter,

**IT IS ORDERED** that the Motion to Reconsider and Vacate Order (Doc. No. 9641) is **GRANTED** and the Order and Reasons granting State Farm Fire & Casualty Company's Motion for Partial Summary Judgment to Dismiss Plaintiffs' Excess Flood Allegations (Doc. 6544) and Defendants' Motion to Exclude Testimony and Opinions of Haig Neville (Doc. 6546) are **VACATED.**

**IT IS FURTHER ORDERED** that the State Farm Fire & Casualty Company's Motion for Partial Summary Judgment to Dismiss Plaintiffs' Excess Flood Allegations (Doc. 6544) and Defendants' Motion to Exclude Testimony and Opinions of Haig Neville (Doc. 6546) are **RESET for hearing on February 20, 2008 at 9:30 a.m.  At present the Court does not have**

a request for oral argument.  Should either party believe that oral argument would be helpful, that party should file the appropriate request.

New Orleans, Louisiana, this  21st day of January, 2008.

*[signature]*

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE