UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** | **CIVIL ACTION** <br><br> **NO. 05-4182** |
| **PERTAINS TO:** <br> **ORAL ARGUMENT TIMES FOR** <br> **JANUARY 23, 2008 IN:** <br><br> **ALL LEVEE CASES** <br> **C.A. NOS. 07-5023, 07-5040, (Road Home)** <br> **C.A. NOS. 07-5199 (Acevedo), 07-5205 (Abram)** | **SECTION "K"(2)** |

### ORDER

Because of the criminal docket of the Court on Wednesday, January 23, 2008, which will require the entire morning,

**IT IS ORDERED** that oral argument on the following motions is **CONTINUED** to commence **on the same day, Wednesday, January 23, 2008**, at **2:00 p.m. in lieu of 9:30 a.m.**:

    National Union's Motion to Dismiss (Doc. 9171)

    Sewerage and Water Board's Motions to Dismiss (Docs. 9910, 10037, 10039, 10041, 10043, and 10115) and

    East Jefferson Levee Board's Motion to Dismiss (Doc. 10201).

**IT IS FURTHER ORDERED** that no oral argument shall be had on Intervening Plaintiffs' Objections to and Motions to Review Magistrate's Order on Motions (Doc. 9753) as the Court finds that it would not be an aid to it.

*[signature]*

**IT IS FURTHER ORDERED** that no oral argument shall be had on the Motions to Dismiss (Doc. 9420-Acevedo and Doc. 9421-Abram) as the Court finds that it would not be an aid to it and oppositions have not been filed as of this date.

New Orleans, Louisiana, this _____ day of January, 2008.

                                                    **STANWOOD R. DUVAL, JR.**
                                    **UNITED STATES DISTRICT COURT JUDGE**