UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | 05-4182 "K"(2) |
| Plaintiffs | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO: ALL LEVEE | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing;

**IT IS ORDERED** that East Jefferson Levee District's Motion for Leave to file Opposition Memorandum Out of Time or, in the Alternative for Continuance of Hearing Date be and the same is hereby granted in that East Jefferson Levee District is permitted to file its "Opposition of East Jefferson Levee District to National Union Fire Insurance Company of Pittsburgh Pennsylvania's Motion to Dismiss" out of time.

New Orleans, Louisiana this ___22nd___ day of ___January___, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

As oral argument had been requested and the Court has not and will not find that oral argument is not necessary, IT IS FURTHER ORDERED that pursuant to L.R. 78.1, *that the hearing on National Union's Motion to Dismiss (Doc. 9171) is CONTINUED to* February 20, 2008 at 9:30 a.m. at which time oral argument shall be entertained.