UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| LOUISIANA STATE C.A. No. 07-5528 | * | |

*********************************************************************

## ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION BY ZC STERLING CORPORATION, ZC STERLING INSURANCE AGENCY, INC., EMPIRE FIRE AND MARINE INSURANCE COMPANY, EMPIRE INDEMNITY INSURANCE, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, AND CENTRE INSURANCE COMPANY

The insurance company defendants, Empire Fire and Marine Insurance Company, Empire Indemnity Insurance, Fidelity and Deposit Company of Maryland, and Centre Insurance Company, by undersigned counsel of record, hereby acknowledge receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information. Further, ZC Sterling Corporation and ZC Sterling Insurance Agency, Inc., ("ZC Sterling defendants") by undersigned counsel of record, hereby acknowledge receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information. The aforementioned insurance company defendants, as well as

1

the ZC Sterling defendants, reserve any and all defenses, whether pursuant to the Federal Rules of Civil Procedure, or otherwise.

**Agreed to by:**                                                          January 21, 2008

_____
**SEAN P. MOUNT**
**Counsel for Empire Fire and Marine Insurance Company,
Empire Indemnity Insurance, Fidelity and Deposit Company
of Maryland, Centre Insurance Company, ZC Sterling Corporation,
and ZC Sterling Insurance Agency, Inc.**

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully Submitted, |
| I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this the 21st day of January.  _s//: Sean P. Mount_ | **HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**  BY: _s:// Sean P. Mount_ **DOMINIC J. OVELLA, #15030 – T.A.** dovella@hmhlp.com **ANNE E. MEDO, #24556** amedo@hmhlp.com **SEAN P. MOUNT, #27584** smount@hmhlp.com **DANIEL M. REDMANN, #30685** dredmann@hmhlp.com **J. CHRISTOPHER DIPPEL, JR., #30480** cdippel@hmhlp.com **JUSTIN ALSTERBERG, #31015** jalsterberg@hmhlp.com One Galleria Boulevard, Suite 1400 Metairie, Louisiana 70001 Telephone: (504) 836-6500 *Counsel for Empire Fire and Marine Insurance Company, Empire Indemnity Insurance, Fidelity and Deposit Company of Maryland, Centre Insurance Company, ZC Sterling Corporation, and ZC Sterling Insurance Agency, Inc.* |