UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

WHQ-001-000000336    to    WHQ-001-000000336;

WHQ-001-000000389    to    WHQ-001-000000392;

WHQ-001-000000403    to    WHQ-001-000000403;

WHQ-001-000000447    to    WHQ-001-000000451;

WHQ-001-000000465    to    WHQ-001-000000465;

WHQ-001-000000471    to    WHQ-001-000000472;

WHQ-001-000001705    to    WHQ-001-000001744;

| | | |
|---|---|---|
| WHQ-001-000001952 | to | WHQ-001-000001952; |
| WHQ-001-000002670 | to | WHQ-001-000002672; |
| WHQ-001-000002713 | to | WHQ-001-000002719; |
| WHQ-001-000002801 | to | WHQ-001-000002807; |
| WHQ-001-000003991 | to | WHQ-001-000004051; |
| WHQ-001-000004052 | to | WHQ-001-000004062; |
| WHQ-001-000004063 | to | WHQ-001-000004073; |
| WHQ-001-000004858 | to | WHQ-001-000004899. |

The United States' privilege log is attached.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: January 22, 2008

**CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on January 22, 2008, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                                              s/ James F. McConnon, Jr.
                                              JAMES F. McCONNON, JR.