Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
January 22, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| WHQ-001-000000336 | WHQ-001-000000336 | Privacy Act | 19750224 | Amos, Claire I | | Boggs, Corinne | US House of Representatives | Letter regarding proposed Hurricane Protection plans for New Orleans East and expressing opposition to the Barrier plan. |
| WHQ-001-000000389 | WHQ-001-000000392 | Privacy Act | 19761110 | Rush, Early J | USACE DISTRICT ENGINEER | | Executive Office | USACE Letter dated 11/10/1976 regarding the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project in response to letter to Editor of Times-Picayune; Letter dated 11/05/1976 regarding requested information pertaining to the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project. |
| | | | | Pinto, Manuel T | | Barton | USACE LMNED-MP | |
| | | | | Chatry, Frederic M | USACE Engineering Division | Becnel | USACE LMNED-H | |
| | | | | | | Brupbacher | USACE LMNED-D | |
| | | | | | | Chatry | USACE LMNED | |
| | | | | | | Editor | Times-Picayune | |
| | | | | | | Harrington | USACE LMNED-M | |
| | | | | | | Pinto, Manuel T | | |
| | | | | | | Shelton | | |
| | | | | | | Soileau | | |
| | | | | | | Willbright, Jim | | |
| | | | | | | Crumb | | |
| WHQ-001-000000403 | WHQ-001-000000403 | Privacy Act | 19760818 | Chatry, Frederic M | USACE Engineering Division | Barton | USACE LMNED-MP | Letter regarding requested information pertaining to the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project and the location of the Rigolets lock. |
| | | | | | | Borkowski, John | | |
| | | | | | | Chatry | USACE LMNED | |
| | | | | | | Harrington | USACE LMNED-M | |
| | | | | | | Joachim | | |
| WHQ-001-000000447 | WHQ-001-000000451 | Privacy Act | 19760322 | Russell, Wayne P | | Veysey, Victor V | Department of Army Civil Works | Letters dated 01/22/1976 to 03/22/1976 regarding President Ford's 1977 Fiscal Year Budget for Hurricane Protection Projects in Louisiana. |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
January 22, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Veysey, Victor V | Department of Army Civil Works | Ford, Gerald | President of United States | |
| | | | | | | Russell, Wayne P | | |
| | | | | | | | SACW | |
| | | | | | | | SASG for SECDEF | |
| | | | | | | | OCE, DAEN-CWO-C, Rm 4-F-087 | |
| | | | | | | Elliott, Roland L | White House | |
| | | | | | | | USACE LMVD NOD | |
| WHQ-001-000000465 | WHQ-001-000000465 | Privacy Act | 19760315 | Dodd, W B | USACE LMNEX | Casserleigh, Henry G | | Letter regarding Mr. Guy LeMieux's request for information pertaining to Mr. Casserleigh and his relationship to the Lake Pontchartrain and Vicinity Hurricane Protection Project. |
| | | | | | | Towers, Joe | | |
| | | | | | | Richter, Rick | | |
| WHQ-001-000000471 | WHQ-001-000000472 | Privacy Act | 19751218 | Weber, William P | | Johnston, Bennett J | US Senate | Letter regarding Lake Borgne Basin Levee District Board of Commissioners solution to drainage problem in fifth ward of St. Bernard Parish. |
| | | | | Gore, E J | | | | |
| WHQ-001-000001705 | WHQ-001-000001744 | Attorney - Client; Attorney Work Product | 19780330 | | USACE LMNOC | | USACE Engineering Division | Memorandum with attached routing slip dated 03/09/1977 to 03/30/1978 regarding design of the Lake Pontchartrain and Vicinity Hurricane Protection Project. |
| | | | | Bayley, Fred H | USACE Planning Division | | USACE HQDA DAEN-CWP-C | |
| | | | | Boese, Robert L | United States Department of Justice, Eastern District of Louisiana | | USACE DAEN-CWZ-B | |
| | | | | Chatry | USACE LMNED-MP | | USACE Planning Division | |
| | | | | Gallinghouse, Gerald J | United States Department of Justice, Eastern District of Louisiana | | USACE DAEN-CWP-C | |
| | | | | Harrington | USACE LMNED-MP | | USACE LMVPD-P | |
| | | | | Rush, Early J | USACE New Orleans District | | USACE Design Branch | |
| | | | | Tripp, James T B | Environmental Defense Fund | | USACE Design Memo Branch | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
January 22, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Volz, John | United States Department of Justice, Eastern District of Louisiana | Becnel | USACE LMNED-H | |
| | | | | Wilson, B G | USACE DAEN-CWZ-B | Bilbo, Diane D | USACE Office of Counsel | |
| | | | | | | Booker, Edward | | |
| | | | | | | Brupbacher | USACE LMNED-D | |
| | | | | | | Deputy District Engineer | USACE | |
| | | | | | | Dicharry | | |
| | | | | | | District Engineer | USACE | |
| | | | | | | Ernest, Russell | | |
| | | | | | | Executive Assistant | USACE | |
| | | | | | | Executive Officer | | |
| | | | | | | Fontana, Luke | | |
| | | | | | | Guizerix | USACE LMNED-DD | |
| | | | | | | Harrington | USACE LMNED-M | |
| | | | | | | Harrison, Adlene | | |
| | | | | | | Johnson | USACE LMNED-DD | |
| | | | | | | Koisch, Francis P | USACE Lower Mississippi Valley Division | |
| | | | | | | Loase, Robert L | United States District Court Eastern Louisiana | |
| | | | | | | Marshall, Robert C | | |
| | | | | | | Roy | USACE LMNPD | |
| | | | | | | Rush, Early J | USACE | |
| | | | | | | Seale | | |
| | | | | | | Shelton, Stan | USACE Reservation | |
| | | | | | | Towers, Joseph A | USACE LMNOC | |
| | | | | | | Tripp, James T B | Environmental Defense Fund | |
| | | | | | | Walters, Lloyd | | |
| | | | | | | Wilson, Drake | USACE Civil Works | |
| WHQ-001-000001952 | WHQ-001-000001952 | Privacy Act | XXXXXXXX | | | Bailey, Ed | Orleans Levee Board | List of Names and Addresses. |
| | | | | | | Bedenbaugh, Patricia | City of New Orleans | |
| | | | | | | Brady, Wayne A | Bonnet Carre' Rod & Gun Club | |
| | | | | | | Braud, Francis J | Bonnet Carre' Rod & Gun Club | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
January 22, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Chifici, Gasper | State Office of Public Works | |
| | | | | | | Guey, Stuart J | Plaquemines Parish Commission Council | |
| | | | | | | Herr, Marietta | League of Women Voters | |
| | | | | | | Herr, R D | | |
| | | | | | | Killeen, Timothy P | LA Department of Wildlife and Fisheries | |
| | | | | | | Laska, Anthony | City Planning Commission of New Orleans | |
| | | | | | | Lozes, Clarke L | Plaquemines Parish Environmental Service | |
| | | | | | | Mekarski, David A | St. Charles Parish-Coastal Zone Management Office | |
| | | | | | | Middleton, W F | | |
| | | | | | | Smith, S Lamarr | Kansas City Southern Railway Co | |
| | | | | | | Thompson, Bruce A | Louisiana State University Coastal Ecology and Fisheries Institute, Center for Wetland Resources | |
| | | | | | | Wright, Bruce H | St. Bernard Parish Police Jury | |
| WHQ-001-000002670 | WHQ-001-000002672 | Attorney - Client | XXXXXXXX | Reynolds, J C | | | | Memorandum of Meeting regarding Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project - Draft Plan of Study. |
| WHQ-001-000002713 | WHQ-001-000002719 | Privacy Act | 19840210 | Chatry, Frederic M | USACE Engineering Division Structural Design Section | | Board of Commissioners Orleans Levee District | Letters dated 11/14/1983 to 02/10/1984 regarding Hurricane Protection Plan at Pontchartrain Beach. |
| | | | | O'Donnell Simoneaux, Nancy | | | Times-Picayune | |
| | | | | | | Chatry, Frederic M | USACE Engineering Division Structural Design Section | |
| | | | | | | Guggenheimer, C | USACE LMNED-DD | |
| | | | | | | Guizerix, Robert | USACE LMNED-DG | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
January 22, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Jorge | | |
| | | | | | | Judlin | USACE LMNED-D | |
| | | | | | | Magner, Earl J | Orleans Levee District | |
| | | | | | | Marsalone | USACE LMNED-DD | |
| | | | | | | Morial | New Orleans Levee Board | |
| | | | | | | Nettles | USACE LMNOD | |
| | | | | | | O'Donnell Simoneaux, Nancy | | |
| WHQ-001-000002801 | WHQ-001-000002807 | Attorney - Client; Attorney Work Product | 19810902 | Hartzog, Larry | USACE LMNPD-RE | | Office of Counsel | Disposition form dated 09/02/1981 regarding Legal Counsel on the Appropriate Approach to Lake Pontchartrain Environmental Impact Statement (EIS) Supplement; Letter dated 08/10/1981 regarding Lake Pontchartrain Hurricane Protection Project; Summary regarding St. Charles Parish Alternatives B/C Ratios; Telephone or Verbal Conversation Record regarding Interpretation of 23 July 1981 letter from Division concerning Hi-Level Plan; Letter dated 07/06/1981 regarding compliance with Section 7© of the Endangered Species Act Amendments of 1978. |
| | | | | Hawes, Sue | USACE LMNPD-RE | Cronin, Eugene | | |
| | | | | Schroeder, R H | USACE Planning Division | Hartzog | | |
| | | | | | | Hickman, Gary | US Department of the Interior Fish and Wildlife Service | |
| | | | | | | Holland, Tom | USACE LMVPD | |
| | | | | | | Robbins, Arnold | USACE LMVPD | |
| WHQ-001-000003991 | WHQ-001-000004051 | Attorney Work Product | 19771230 | | Early Rush Inc | | United States District Court, Eastern District of Louisiana | Legal Documents dated 12/27/1977 to 12/30/1977 Civil Action Number 75-3710 Sections A, A2, and C regarding the List of Federal Defendants' Documentary Evidence, Objection By Plaintiffs to Certain Documentary Evidence of the Defendants, Supplemental Lists of Plaintiffs Documentary Evidence and List of Plaintiffs Documentary Evidence for the Case: Save our Wetlands, Inc versus Early Rush, Et Al; Legal Document dated 12/30/1977 regarding the Civil Action Number 75-3710 Section "A" and Civil Action Number 77-976 (Consolidated Matters) Order for the Case Save Our Wetlands, Inc Et Al Versus Early Rush, III Et Al Versus Clifford L. Alexander, Et Al. |
| | | | | | Clio Sportsman's League | | | |
| | | | | Boese, Robert L | US Attorney's Office, New Orleans | Boese, Robert L | US Attorney's Office, New Orleans | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
January 22, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Booker, Edward H | Save Our Wetlands Inc | Jones, Nelson B | United States District Court, Eastern District of Louisiana | |
| | | | | Fontana, Luke | Save Our Wetlands Inc | McGinity, Richard J | Board of Levee Commissioners Orleans Levee District | |
| | | | | Gallinghouse, Gerald J | US Department of Justice New Orleans | | | |
| | | | | McGinity, Richard J | Board of Levee Commissioners Orleans Levee District | | | |
| | | | | Mix, Ray | | | | |
| | | | | Schwartz, Charles | United States District Court | | | |
| | | | | Walters, Lloyd | St Tammany Police Jury | | | |
| WHQ-001-000004052 | WHQ-001-000004062 | Deliberative Process | 20060103 | Reuss, Martin A | USACE HQ02 | Marge, Craig N | | Emails dated 01/02/2006 to 01/03/2006 regarding attached report outline entitled Summary of Field Observations Relevant to Flood Protection in New Orleans, LA. |
| | | | | Marge, Craig N | | Reuss, Martin A | USACE HQ02 | |
| WHQ-001-000004063 | WHQ-001-000004073 | Deliberative Process | 20060103 | Reuss, Martin A | USACE HQ02 | Marge, Craig N | | Emails dated 01/02/2006 to 01/03/2006 regarding attached report outline entitled Summary of Field Observations Relevant to Flood Protection in New Orleans, LA. |
| | | | | Marge, Craig N | | Reuss, Martin A | USACE HQ02 | |
| WHQ-001-000004858 | WHQ-001-000004899 | Attorney - Client | 19961212 | Nachman, Gwenn B | | Zirschky, John H | U S Secretary of the Army (Civil Works) | Report version dated 12/12/1996 regarding Project Cooperation Agreement (PCA) Deviation Report (from Model Section 307 Project Cooperation Agreement) of Lake Pontchartrain Stormwater Discharge, Louisiana Jefferson Parish Demonstration Project with Project History and Authority Attachment A; Letter dated 05/01/1995 regarding Lake Pontchartrain Stormwater Discharge Project Attachment B; Certification of Review by District Counsel revised date 12/XX/1996 Enclosures. |
| | | | | Stockdale, Earl H | US Department of the Army Civil Works | | | |