UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>                 CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO: MRGO
_____

### CONSENT MOTION TO CONTINUE

**NOW INTO COURT**, through undersigned counsel, comes Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong and Ethel Mae Coats, and the Washington Group International, Inc., who move to continue the hearing on the Motion to Quash the subpoena duces tecum issued by Washington Group International, Inc., to The Louisiana Office of Community Deveolpment, currently set for January 30, 2008, until February 27, 2008, with the deadline for responsive pleadings to be consistent with a noticed hearing date of February 27, 2008, as more fully set forth in the attached Memorandum in Support.

**WHEREFORE**,  Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong and Ethel Mae Coats, and the Washington Group International, Inc. pray that this Honorable Court grant the Consent Motion to Continue the hearing on the Motion to Quash the subpoena duces tecum issued by Washington Group International, Inc., currently set for January 30, 2008, until

February 27, 2008, with the deadline for responsive pleadings to be consistent with a noticed hearing date of February 27, 2008.

Respectfully Submitted,

   /s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

  /s/ William D. Treeby
WILLIAM D. TREEBY
Stone, Pigman, Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

*Attorney for Defendant*
Washington Group International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 22nd day of January, 2008.

   /s/ Joseph M. Bruno
Joseph M. Bruno