UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES        CIVIL ACTION
          CONSOLIDATED LITIGATION
                                            NO. 05-4182

                                            SECTION "K" (2)

PERTAINS TO: MRGO
_____

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO CONTINUE**

     On November 28, 2007, Washington Group International, Inc. ("WGII") served a Notice of Subpoena Requiring the Production of Documents.  This subpoena was directed to the Louisiana Office of Community Development, seeking, among other discovery, information submitted by applicants for "Road Home grants" from the Lower Ninth Ward and St. Bernard Parish.  Plaintiffs' Liaison Counsel, on behalf of Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong and Ethel Mae Coats, filed a Motion to Quash this subpoena on January 15, 2008, selecting the first available date for hearing of January 30, 2008.

     Plaintiffs' Liaison Counsel and counsel for WGII have had the opportunity to confer on this matter, and it has been agreed between the parties that the hearing date of January 30, 2008 should be continued until February 27, 2008, with the deadline for responsive pleadings to be consistent with a noticed hearing date of February 27, 2008.

     **WHEREFORE**,  Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong and Ethel Mae Coats, and the Washington Group International, Inc. pray that this Honorable Court

grant the Consent Motion to Continue the hearing on the Motion to Quash the subpoena duces tecum issued by Washington Group International, Inc., currently set for January 30, 2008, until February 27, 2008, with the deadline for responsive pleadings to be consistent with a noticed hearing date of February 27, 2008.

        Respectfully Submitted,
        PLAINTIFFS' LIAISON COUNSEL

        /s/ Joseph M. Bruno
        JOSEPH M. BRUNO
        PLAINTIFFS LIAISON COUNSEL
        Law Offices of Joseph M. Bruno
        LA Bar Roll Number: 3604
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775

        /s/ William D. Treeby
        WILLIAM D. TREEBY
        Stone, Pigman, Walther, Wittman, LLC
        546 Carondelet Street
        New Orleans, LA 70130
        Phone: 504-581-3200
        Fax: 504-581-3361

        *Attorney for Defendant*
        Washington Group International, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 22nd day of January, 2008.

        /s/ Joseph M. Bruno
        Joseph M. Bruno