UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO: MRGO
_____

### ORDER

Considering the foregoing Consent Motion to Continue,

**IT IS ORDERED**, that the hearing date of January 30, 2008, be and is continued until February 27, 2008, at 11:00 o'clock A.M, with the deadline for responsive pleadings to be consistent with a noticed hearing date of February 27, 2008.

This _____ day of _____, 2008, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE