UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 – K - 2 |
| PERTAINS TO LEVEE:<br>CINA, No. 07-4944<br>MORIAL, No. 07-4551<br>WHITE, No. 07-4553<br>METROLAB INC. OF PITTSBURGH, No. 07-4557<br>SAVOY PLACE ASSOCS. LP, No. 07-4558<br>MINTZ, No. 07-4559<br>HURWITZ MINTZ FINEST FURNITURE STORE SOUTH LLC, No. 04-4560<br>DOLEY, No. 07-4561<br>MORIAL, No. 07-4563<br>DILLARD UNIV., No. 07-4948<br>ST. AUGUSTINE HIGH SCHOOL, No. 07-4949<br>HARRISON, No. 07-4952<br>LIBERTY BANK & TRUST CO., No. 07-4953<br>GERDES, No. 07-4957<br>UNION LTD PARTNERSHIP, No. 07-4959<br>HERTZ 909 POYDRAS LLC, No. 07-4960<br>PRYTANIA MEDICAL COMPLEX OWNERS, No. 07-4963<br>PRAT, No. 07-4964<br>BERENSON, No. 07-4966<br>ADLER, No. 07-4967<br>ABUNDANCE SQUARE ASSOCS. LP, No. 07-4968 | *<br>* JUDGE DUVAL<br>*<br>* MAG. WILKINSON<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

| | |
|---|---|
| REDEMPTORIST LTD PARTNERSHIP, No. 07-4970 | * * |
| OMEGA HOSPITAL LLC, No. 07-4971 | * |
| DOLEY, No. 07-4972 | * |
| WELLS, No. 07-4973 | * |
| ROBERT, No. 07-4974 | * |
| MILLER, No. 07-4975 | * |
| ENTERCOM COMMUNICATIONS CORP., No. 07-4976 | * * |
| ADLER, No. 07-4977 | * |
| SMYTH, No. 07-4978 | * |
| WHITE III LLC, No. 07-4979 | * |
| HAYDEL, No. 07-4980 | * |
| PATTERSON, No. 07-4981 | * |
| TREASURE VILLAGE ASSOCIATES, No. 07-4982 | * * |
| DOMINION N.O. CENTRE LLC, No. 07-4984 | * * |
| BAGNERIS, No. 07-4985 | * |
| MORIAL, No. 07-4988 | * |
| LOUISIANA INDEPENDENT FEDERATION OF ELECTORS, INC., No. 07-4989 | * * * |
| TANNER, No.. 07-4990 | * |
| ADLER, No. 07-4991 | * |
| SOUTHPOINT TECHNOLOGIES, No. 07-4992 | * * |
| ADLER'S SPECIAL ACCOUNT, No. 07-4993 | * * |
| BERENSON, No. 07-4994 | * |
| CII CARBON LLC, No. 07-4995 | * |
| TOURO INFIRMARY, No. 07-4996 | * |
| IMPERIAL TRADING CO., No. 07-4997 | * |
| PHYSICIAN MANAGEMENT SERVICES OF LOUISIANA LLC, No. 07-4998 | * * |
| DOLEY, No. 07-5000 | * |
| ROBERT, No. 07-5001 | * |
| SHOPS AND GARAGE AT CANAL PLACE LLC, No. 07-5002 | * * |
| GREYSTAR DEVELOPMENT & CONSTRUCTION LLC, No. 07-5003 | * * |
| CAMBRIDGE REALTY WEST LLC, No. 07-5004 | * * |
| MAJESTIC LIFE INS. CO., No. 07-5005 | * |
| WHITE, No. 07-5006 | * |
| UNITED RESTAURANT ENTITIES LLC, | * |

2

| | |
|---|---|
| No. 07-5008 | * |
| DAVIS, No. 07-5009 | * |
| WETCO RESTAURANT GROUP LLC, No. 07-5012 | * |
| DOLEY, No. 07-5014 | * |
| MAJESTIC MORTUARY SERVICE INC., No. 07-5015 | * |
| UNIVERSAL HEALTH SERVICES INC., No. 07-5016 | * |
| REID, No. 07-5017 | * |
| XAVIER UNIVERSITY OF LOUISIANA, No. 07-5018 | * |
| EMBRY, No. 07-5019 | * |
| GREEN-JOHNSON, No. 07-5155 | * |
| CURTIS, No. 07-5193 | * |
| UNIVERSAL HEALTH SERVICES INC., No. 07-5254 | * |
| UNIVERSAL HEALTH SERVICES, No. 07-5286 | * |
| DAVIS, No. 07-5314 | * |
| OMEGA HOSPITAL LLC, No. 07-5315 | * |
| GERDES, No. 07-5316 | * |
| ABUNDANCE SQUARE ASSOCIATION LP, No. 07-5317 | * |
| UNION LTD PARTNERSHIP, No. 04-5318 | * |
| DOLEY, No. 07-5319 | * |
| SHOPS AND GARAGE AT CANAL PLACE LLC, No. 07-5321 | * |
| WELLS, No. 07-5322 | * |
| IMPERIAL TRADING CO., No. 07-5323 | * |
| PHYSICIAN MGT. SERVICES OF LA. LLC, No. 07-5324 | * |
| BERENSON, No. 07-5325 | * |
| ST. AUGUSTINE HIGH SCHOOL, No. 07-5326 | * |
| ADLER, No. 07-5329 | * |
| PRYTANIA MEDICAL COMPLEX OWNERS ASSOCIATION, No. 07-5334 | * |
| LOUISIANA INDEPENDENT FEDERATION OF ELECTORS, INC., No. 07-5338 | * |
| WETCO RESTAURANT GROUP LLC, No. 07-5339 | * |
| CAMBRIDGE REALTY WEST LLC, No. 07-5340 | * |
| ROBERT, No. 07-5341 | * |

| | |
|---|---|
| UNITED RESTAURANT ENTITIES LLC, No. 07-5342 | * * |
| ADLER'S SPECIAL ACCOUNT, No. 07-5345 | * * |
| MILLER, No. 07-5346 | * |
| LIBERTY BANK & TRUST CO., No. 07-5347 | * * |
| DOLEY, No. 07-5348 | * |
| GREYSTAR DEVELOPMENT & CONSTRUCTION LP, No. 07-5349 | * * |
| UNIVERSAL HEALTH SERVICES INC., No. 07-5350 | * * |
| TREASURE VILLAGE ASSOCIATES LP, No. 07-5351 | * * |
| TOURO INFIRMARY, No. 07-5352 | * |
| EMBRY, No. 07-5353 | * |
| REDEMPTORIST LTD PARTNERSHIP, No. 07-5354 | * * |
| CII CARBON LLC, No. 07-5355 | * |
| WHITE, No. 07-5356 | * |
| DILLARD UNIVERSITY, No. 07-5359 | * |
| WHITE, No. 07-5360 | * |
| HERTZ 909 POYDRAS LLC, No. 07-5361 | * |
| MORIAL, No. 07-5362 | * |
| PRAT, No. 07-5363 | * |
| DOMINION/NEW ORLEANS CENTRE LLC, No. 07-5364 | * * |
| BERENSON, No. 07-5365 | * |
| XAVIER UNIVERSITY OF LOUISIANA, No. 07-5367 | * * |
| DOLEY, No. 07-5368 | * |
| ADLER, No. 07-5369 | * |
| SOUTHPOINT TECHNOLOGIES LLC, No. 07-5371 | * * |
| GREEN-JOHNSON, No. 07-5373 | * |
| HAYDEL, No. 07-5374 | * |
| ENTERCOM COMMUNICATIONS CORP., No. 07-5375 | * * |
| ADLER, No. 07-5376 | * |
| BAGNERIS, No. 07-5378 | * |
| HARRISON, No. 07-5494 | * |
| REID, No. 07-5495 | * |
| SMYTHE, No. 07-5496 | * |

4

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant CSX Transportation, Inc. will bring **"CSX TRANSPORTATION, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6) (FAILURE TO STATE A CLAIM)"** for a hearing before Judge Stanwood Duval of the United States District Court for the Eastern District of Louisiana, Section "K," 500 Camp Street, New Orleans, Louisiana 70130, on the 6th day of February, 2008, at 9:30 o'clock a.m.

s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
-of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
-of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on this 22d day of January, 2008, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall

1012875-1

5