UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182  "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:        06-9151 (JONES) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION AND INCORPORATED MEMORANDUM FOR LEAVE
TO FILE OPPOSITION OUT OF TIME

NOW INTO COURT, through undersigned counsel, comes plaintiffs Kenneth Jones and Lori James Jones and file their motion for leave to file their opposition out of time.

Local Rules for the Eastern District of Louisiana require that a memorandum in opposition to a dispositive motion be filed eight (8) days prior to the date set for the hearing of the matter by the Court.  However, due to an oversight, such an opposition was not filed eight days prior to the hearing date in this case.  Plaintiffs respectfully request that their memorandum be considered in the decision of this motion, and will not object if defendants wish time to respond to the allegations contained therein.

-1-

WHEREFORE, after due proceedings are had, plaintiffs Kenneth Jones and Lori James-Jones respectfully pray that their motion for leave be granted.

Respectfully submitted this 22nd day of January, 2008.

BY: _____
Paul C. Miniclier, Esq. (Bar #17062)
David A. Binegar, Esq. (Bar #26603)
LAW OFFICE OF PAUL C. MINICLIER
1305 Dublin Street
New Orleans, Louisiana 70018
Telephone: (504) 864-1276
Facsimile: (504) 864-1278
Attorneys for plaintiffs, Kenneth Jones
and Lorie James-Jones

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the electronic filing system, this 22nd day of January, 2008.

/s/ David A. Binegar