UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:    06-9151 (JONES) | * | |
| | * | |

* * * * * * * * * * * * * * * *

## **ORDER**

CONSIDERING the Motion of plaintiffs Kenneth Jones and Lori James-Jones to file their opposition memorandum out of time, said motion is hereby GRANTED.

DONE AND ORDERED this ___ day of January, 2008.

_____

DISTRICT JUDGE STANWOOD R. DUVAL, JR.

-1-