# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** _____ **THIS DOCUMENT RELATES TO LEVEE:** 07-4551, 07-4552, 07-4553, 07-4554, 07-4556, 07-4557, 07-4558, 07-4559, 07-4560, 07-4561, 07-4563, 07-4775, 07-4944, 07-4948, 07-4949, 07-4950, 07-4951, 07-4952, 07-4953, 07-4954, 07-4955, 07-4956, 07-4957, 07-4958, 07-4959, 07-4960, 07-4961, 07-4962, 07-4963, 07-4964, 07-4966, 07-4967, 07-4968, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974, 07-4975, 07-4976, 07-4977, 07-4978, 07-4979, 07-4980, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985, 07-4986, 07-4987, 07-4988, 07-4989, 07-4990, 07-4991, 07-4992, 07-4993, 07-4994, 07-4995, 07-4996, 07-4997, 07-4998, 07-4999, 07-5000, 07-5001, 07-5002, 07-5003, 07-5004, 07-5005, 07-5006, 07-5008, 07-5009, 07-5010, 07-5012, 07-5014, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019, 07-5148, 07-5150, 07-5155, 07-5184, 07-5186, 07-5187, 07-5193, 07-5254, 07-5286, 07-5314, 07-5315, 07-5316, 07-5317, 07-5318, 07-5319, 07-5320, 07-5321, 07-5322, 07-5323, 07-5324, 07-5325, 07-5326, 07-5328, 07-5329, 07-5330, 07-5331, 07-5332, 07-5333, 07-5334, 07-5335, 07-5336, 07-5337, 07-5338, 07-5339, 07-5340, 07-5341, 07-5342, 07-5345, 07-5346, 07-5347, 07-5348, 07-5349, 07-5350, 07-5351, 07-5352, 07-5353, 07-5354, 07-5355, 07-5356, 07-5357, 07-5358, 07-5359, 07-5360, 07-5361, 07-5362, 07-5363, 07-5364, 07-5365, 07-5367, 07-5368, 07-5369, 07-5370, 07-5371, 07-5372, 07-5373, 07-5374, 07-5375, 07-5376, 07-5377, 07-5378, 07-5494, 07-5495, 07-5496 \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **CIVIL ACTION** **NUMBER 05-4182** **& CONSOLIDATED CASES** **SECTION "K"** **JUDGE DUVAL** **MAGISTRATE WILKINSON** |

1

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM  IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.CIV.P. 12(B)(6)

Now into Court, through undersigned counsel, comes Sewerage and Water Board of New Orleans which moves this Court for leave to file the accompanying reply memorandum in support of the motion to dismiss pursuant to F.R.Civ.P. 12(B)(6).

WHEREFORE Sewerage and Water Board of New Orleans prays that the Court grant this motion and allow the reply memorandum in support of the motion to dismiss pursuant to F.R.Civ.P. 12(B)(6) be filed.

Respectfully submitted,

s/Kevin R. Tully

**CHARLES M. LANIER, JR. - #18299, T.A.**
**KEVIN R. TULLY - #1627**
**W. NICHOLAS DIETZN, IV - 31135**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE AND WATER BOARD OF NEW ORLEANS

## **CERTIFICATE**

I do hereby certify that on the 22nd day of January 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/Kevin R. Tully
**CHARLES M. LANIER, JR.**
**KEVIN R. TULLY**

CK_DOCS 392089v1