UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S SECOND PRELIMINARY LIST OF FACT WITNESSES AND EXHIBITS**

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 8283) ("CMO No. 5"), Washington Group International, Inc. ("WGII") submits this second preliminary list of fact witnesses "who may or will be called to testify at trial," and this second preliminary list of exhibits that "may or will be introduced at trial."  CMO No. 5, § IV(B)(1).

Although WGII has endeavored in good faith to prepare these preliminary witness and exhibit lists, they are necessarily limited because discovery in this case is not complete, and will not close until the spring of 2008.  Consequently, WGII prepared these preliminary lists on the basis of its best efforts and the information currently available, and submits this list in accordance with the Court's CMO No. 5 and subject to later supplementation on the 20th day of every month.  *Id.*, § IV(B)(1)-(2).

908553v.1

## Preliminary Fact Witness List

Phillip L. Staggs
408 Cape Cod Drive
Panama City Beach, FL  32407
<u>Subject matter</u>:  Washington Group International, Inc.'s ("WGII") work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant to Task Order 26

James A. Montegut, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between early 2000 and May 2005, pursuant to Task Order 26

Lee A. Guillory, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between 1999 and May 2005, pursuant to Task Order 26

Melvin M.L. McElwee, Sr.
14154 Rev. Joseph White Road
Independence, LA  70443
<u>Subject matter</u>:  Experience(s) excavating along the IHNC

908553v.1

**Preliminary Exhibit List**

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data

3. American Society of Civil Engineers External Review Panel, <u>The New Orleans Hurricane Protection System:  What Went Wrong and Why</u> (2007), including underlying data

4. "Team Louisiana" Final Report:  The Failure of the New Orleans Levee System during Hurricane Katrina

5. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6. Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7. June 2, 2006 photographs by Dr. Francisco Silva-Tulla (WGI082924-998)

8. March 1997 Final Evaluation Report for Mississippi River-Gulf Outlet, New Lock and Connecting Channels (http://www.mvn.usace.army.mil/prj/ihnc/EvaluationReport/ihnc_eval.htm)

9. Total Environmental Restoration Contract, DACA56-94-D-0021 (WGI000120-605)

10. Task Order 26 of Total Environmental Restoration Contract, DACA56-94-D-0021, and all accompanying modifications and Statements of Work (WGI000001-119; WGI000606-791)

11. Recommendation Report for Demolition and Site Preparation Activities of the East Bank Industrial Area, Dec. 2, 1999 (WGI030703-88)

12. Project Work Plan for Project Site Development and Remedial Action of East Bank Industrial Area (WGI041879-944)

13. Field Sampling Plan for Project Site Development and Remedial Action of East Bank Industrial Area (WGI047293-422)

14. Risk Evaluation and Corrective Action Program ("RECAP") Corrective Action Plans, RECAP Submittal Reports, and RECAP No Further Action At This Time Submittals for Boland Marine and Saucer Marine in the East Bank Industrial Area between 2001-2005, and all amendments thereto

15. Technical Completion Report and Record Drawings, IHNC – East Bank Industrial Area, August 2005

Dated:  January 22, 2008

                                        Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
      Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Julia E. McEvoy
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

908553v.1

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Defendant Washington Group International, Inc.'s Second Preliminary List of Fact Witnesses and Exhibits has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 22nd day of January, 2008.

                                                         /s/Heather S. Lonian

908553v.1