UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL MAG. WILKINSON |

**MRGO DEFENDANTS' SIXTH PRELIMINARY LIST OF
"COMMON LIABILITY" FACT WITNESSES**

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered

March 1, 2007 (Docket No. 3299) ("CMO"), the undersigned Defendants submit this

sixth preliminary list of "common liability" fact witnesses.

This witness list is submitted jointly, by all MRGO Defendants, in order to comply

with the Court's CMO, but the joint nature of this list does not mean that each defendant

necessarily adopts, approves, or endorses each exhibit contained in this list.

The MRGO Defendants note that by submitting the instant list, they do not agree

that any "common liability issues" exist or that any trial or trials on "common liability"

issues" is feasible, warranted or appropriate.  The term "common liability issues" is

defined in the CMO as "refer[ing] to the descriptions of all three claim categories set out

above [Levee, MRGO and Insurance], but excludes quantification of individual damage

claims and individual adjusting and other individual coverage issues asserted in the non-

class action cases that are part of the Insurance category."  CMO, § I(A).  The MRGO

Defendants deny that any liability issues exist in these consolidated cases that are

908593v.1

common to any of the parties in any way that would allow class certification of any

liability issues for trial.  The MRGO Defendants herein expressly reserve any and all

rights to object to or otherwise contest a trial or trials on "common liability issues."

Although the MRGO Defendants have endeavored in good faith to prepare this

sixth preliminary witness list, it is necessarily limited, because discovery in this case is

not complete, and will not close until May 2008.  Consequently, MRGO Defendants have

prepared this preliminary list on the basis of their best efforts and the information

currently available, and submit this list in accordance with the Court's CMO and subject

to later supplementation on the 20th day of every month as directed in that CMO.  CMO,

§ IV(A)(3).[1]

> Christopher Accardo
> U.S. Army Corps of Engineers
> *(mailing)*
> P.O. Box 60267
> New Orleans, LA  70160-0267
> *(physical)*
> 7400 Leake Avenue
> New Orleans, LA  70118
> Subject Matter:  Maintenance of the MRGO
>
> Walter Baumy
> U.S. Army Corps of Engineers
> *(mailing)*
> P.O. Box 60267
> New Orleans, LA  70160-0267
> *(physical)*
> 7400 Leake Avenue
> New Orleans, LA  70118
> Subject matter:  Design, construction and maintenance of the MRGO

---

[1] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

2

John Bivona
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design and construction of the MRGO

Richard Broussard
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

Jerry Colletti
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Levee inspections

Michelle Daigle
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Maintenance of the MRGO

WAI-2860994v1

908593v.1

Gillen, Gerald III
Assistant Director - Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122
<u>Subject matter</u>:  The Gulf Intracoastal Waterway ("GIWW") and the Inner-Harbor
Navigational Canal ("IHNC")

Ronald C. Goldman, P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay Street
Vicksburg, MS  39183
<u>Subject matter</u>:  Hydrological mapping and data relating to the Lake Pontchartrain
and Vicinity Hurricane Protection Plan ("LPVHPP")

Geneva Grille, P.E.
110 Noble Drive
Belle Chasse, LA  70037
<u>Subject Matter</u>:  The engineering interface between the U.S. Army Corps of
Engineers and the Louisiana Department of Transportation, Lake Borgne Levee
District ("L.B.L.D."), Orleans Levee District ("O.L.D.") and various contractors
regarding the LPVHPP

Lee A. Guillory, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Washington Group International, Inc.'s ("WGII") work for the
U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans
between 1999 and May 2005, pursuant to Task Order 26

4

Sue Hawes
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Wetlands

Mark Huber
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Hydrology of MRGO

Victor Landry
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA  70124
Subject matter:  The Gulf Intracoastal Waterway ("GIWW") and the IHNC

Melvin M.L. McElwee, Sr.
14154 Rev. Joseph White Road
Independence, LA  70443
Subject matter:  Experience(s) excavating along the IHNC

Gregory Miller
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Wetlands

WAI-2860994v1

908593v.1

James A. Montegut
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  WGII's work for the U.S. Army Corps of Engineers in the East
Bank Industrial Area of New Orleans between early 2000 and May 2005, pursuant
to Task Order 26

Alfred Naomi
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  LPVHPP project management

Richard Pinner
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Geotechnical analysis of soil

Nancy Powell
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Hydrology of MRGO

WAI-2860994v1

908593v.1

Edmund Russo
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Maintenance of the MRGO

Phillip L. Staggs
408 Cape Cod Drive
Panama City Beach, FL  32407
Subject matter:  WGII's work for the U.S. Army Corps of Engineers in the East
Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant
to Task Order 26

Gerard S. Satterlee, Jr., P.E.
1100 Poydras St., Suite 1550
New Orleans, LA 70163
Subject matter:  Levee design, construction, and maintenance

Spencer, Stevan G., P.E.
Executive Director - Orleans Levee District
New Orleans, LA 70122
Subject matter:  The GIWW and the IHNC

David V. "Vann" Stutts
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

WAI-2860994v1

908593v.1

Ahsha Tribble, Ph.D.
Executive Officer
DOC/NOAA/NWS/NCEP
TPC/National Hurricane Center
11691 SW 17th Street
Miami, FL 33165
Subject matter:  Storm surge

Richard Varuso
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

Harley Winer
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Effects of storm surge on the MRGO

WAI-2860994v1

908593v.1

Dated:  January 22, 2008                                  Respectfully submitted,


Gary M. Zwain                                    Ralph S. Hubbard, III.
Gary M. Zwain, 13809                             Ralph S. Hubbard III, T.A., 7040
Lawrence J. Duplass, 5199                        Joseph P. Guichet, 24441
          Of                                              Of
Duplass, Zwain, Bourgeois, Morton, Pfister   Lugenbuhl, Wheaton, Peck, Rankin &
& Weinstock                                      Hubbard
3838 N. Causeway Blvd., Suite 2900               601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                        New Orleans, Louisiana  70130
Telephone: (504) 832-3700                        Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                        Facsimile:   (504) 310-9195

Attorneys for Board of Commissioners for    Attorneys for St. Paul Fire and Marine
the Lake Borgne Basin Levee District            Insurance Company

908593v.1

<u>Thomas P. Anzelmo</u>
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
  Of
McCranie, Sistrunk, Anzelmo, Hardy,
 Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492


And


James L. Pate, 10333
Ben L. Mayeux, 19042
  Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000


Attorneys for the Board of Commissioners
for the Orleans Levee District

<u>Heather S. Lonian</u>
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
  Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Of counsel
Adrian Wager-Zito
Julia E. McEvoy
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700


Attorneys for Washington Group
International, Inc.



<u>/s/ Robin D. Smith</u>
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200


Attorney for United States

WAI-2860994v1

908593v.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Sixth Preliminary List of "Common Liability" Fact Witnesses has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 22th day of January, 2008.

*/s/Heather S. Lonian* _____

WAI-2860994v1

908593v.1