# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| PERTAINS TO LEVEE: | * | NO.  05-4182 – K – 2 |
| CINA, No. 07-4944 | * | |
| MORIAL, No. 07-4551 | * | JUDGE DUVAL |
| WHITE, No. 07-4553 | * | |
| METROLAB INC. OF PITTSBURGH, No. | * | MAG. WILKINSON |
| 07-4557 | * | |
| SAVOY PLACE ASSOCS. LP, No. 07-4558 | * | |
| MINTZ, No. 07-4559 | * | |
| HURWITZ MINTZ FINEST FURNITURE | * | |
| STORE SOUTH LLC, No. 04-4560 | * | |
| DOLEY, No. 07-4561 | * | |
| MORIAL, No. 07-4563 | * | |
| DILLARD UNIV., No. 07-4948 | * | |
| ST. AUGUSTINE HIGH SCHOOL, No. 07- | * | |
| 4949 | * | |
| HARRISON, No. 07-4952 | * | |
| LIBERTY BANK & TRUST CO., No. 07- | * | |
| 4953 | * | |
| GERDES, No. 07-4957 | * | |
| UNION LTD PARTNERSHIP, No. 07-4959 | * | |
| HERTZ 909 POYDRAS LLC, No. 07-4960 | * | |
| PRYTANIA MEDICAL COMPLEX | * | |
| OWNERS, No. 07-4963 | * | |
| PRAT, No. 07-4964 | * | |
| BERENSON, No. 07-4966 | * | |
| ADLER, No. 07-4967 | * | |
| ABUNDANCE SQUARE ASSOCS. LP, No. | * | |
| 07-4968 | * | |
| REDEMPTORIST LTD PARTNERSHIP, | * | |

No. 07-4970                                          *
OMEGA HOSPITAL LLC, No. 07-4971                      *
DOLEY, No. 07-4972                                   *
WELLS, No. 07-4973                                   *
ROBERT, No. 07-4974                                  *
MILLER, No. 07-4975                                  *
ENTERCOM COMMUNICATIONS CORP.,                       *
    No. 07-4976                                      *
ADLER, No. 07-4977                                   *
SMYTH, No. 07-4978                                   *
WHITE III LLC, No. 07-4979                           *
HAYDEL, No. 07-4980                                  *
PATTERSON, No. 07-4981                               *
TREASURE VILLAGE ASSOCIATES, No.                     *
    07-4982                                          *
DOMINION N.O. CENTRE LLC, No. 07-                    *
    4984                                             *
BAGNERIS, No. 07-4985                                *
MORIAL, No. 07-4988                                  *
LOUISIANA INDEPENDENT                                *
    FEDERATION OF ELECTORS, INC., No.                *
    07-4989                                          *
TANNER, No.. 07-4990                                 *
ADLER, No. 07-4991                                   *
SOUTHPOINT TECHNOLOGIES, No. 07-                     *
    4992                                             *
ADLER'S SPECIAL ACCOUNT, No. 07-                     *
    4993                                             *
BERENSON, No. 07-4994                                *
CII CARBON LLC, No. 07-4995                          *
TOURO INFIRMARY, No. 07-4996                         *
IMPERIAL TRADING CO., No. 07-4997                    *
PHYSICIAN MANAGEMENT SERVICES                        *
    OF LOUISIANA LLC, No. 07-4998                    *
DOLEY, No. 07-5000                                   *
ROBERT, No. 07-5001                                  *
SHOPS AND GARAGE AT CANAL PLACE                      *
    LLC, No. 07-5002                                 *
GREYSTAR DEVELOPMENT &                               *
    CONSTRUCTION LLC, No. 07-5003                    *
CAMBRIDGE REALTY WEST LLC, No.                       *
    07-5004                                          *
MAJESTIC LIFE INS. CO., No. 07-5005                  *
WHITE, No. 07-5006                                   *
UNITED RESTAURANT ENTITIES LLC,                      *
    No. 07-5008                                      *

DAVIS, No. 07-5009                                    *
WETCO RESTAURANT GROUP LLC, No.                       *
   07-5012                             *
DOLEY, No. 07-5014                                    *
MAJESTIC MORTUARY SERVICE INC.,                       *
   No. 07-5015                          *
UNIVERSAL HEALTH SERVICES INC.,                       *
   No. 07-5016                          *
REID, No. 07-5017                                     *
XAVIER UNIVERSITY OF LOUISIANA,                       *
   No. 07-5018                          *
EMBRY, No. 07-5019                                    *
GREEN-JOHNSON, No. 07-5155                            *
CURTIS, No. 07-5193                                   *
UNIVERSAL HEALTH SERVICES INC.,                       *
   No. 07-5254                          *
UNIVERSAL HEALTH SERVICES, No. 07-                    *
   5286                                 *
DAVIS, No. 07-5314                                    *
OMEGA HOSPITAL LLC, No. 07-5315                       *
GERDES, No. 07-5316                                   *
ABUNDANCE SQUARE ASSOCIATION                          *
   LP, No. 07-5317                      *
UNION LTD PARTNERSHIP, No. 04-5318                    *
DOLEY, No. 07-5319                                    *
SHOPS AND GARAGE AT CANAL PLACE                       *
   LLC, No. 07-5321                     *
WELLS, No. 07-5322                                    *
IMPERIAL TRADING CO., No. 07-5323                     *
PHYSICIAN MGT. SERVICES OF LA.                        *
   LLC, No. 07-5324                     *
BERENSON, No. 07-5325                                 *
ST. AUGUSTINE HIGH SCHOOL, No. 07-                    *
   5326                                 *
ADLER, No. 07-5329                                    *
PRYTANIA MEDICAL COMPLEX                              *
   OWNERS ASSOCIATION, No. 07-5334       *
LOUISIANA INDEPENDENT                                 *
   FEDERATION OF ELECTORS, INC., No.     *
   07-5338                              *
WETCO RESTAURANT GROUP LLC, No.                       *
   07-5339                              *
CAMBRIDGE REALTY WEST LLC, No.                        *
   07-5340                              *
ROBERT, No. 07-5341                                   *
UNITED RESTAURANT ENTITIES LLC,                       *

No. 07-5342                                              *
**ADLER'S SPECIAL ACCOUNT, No. 07-**                    *
**5345**                                                *
**MILLER, No. 07-5346**                                 *
**LIBERTY BANK & TRUST CO., No. 07-**                   *
**5347**                                                *
**DOLEY, No. 07-5348**                                  *
**GREYSTAR DEVELOPMENT &**                              *
   **CONSTRUCTION LP, No. 07-5349**                     *
**UNIVERSAL HEALTH SERVICES INC.,**                     *
   **No. 07-5350**                                      *
**TREASURE VILLAGE ASSOCIATES LP,**                     *
   **No. 07-5351**                                      *
**TOURO INFIRMARY, No. 07-5352**                        *
**EMBRY, No. 07-5353**                                  *
**REDEMPTORIST LTD PARTNERSHIP,**                       *
   **No. 07-5354**                                      *
**CII CARBON LLC, No. 07-5355**                         *
**WHITE, No. 07-5356**                                  *
**DILLARD UNIVERSITY, No. 07-5359**                     *
**WHITE, No. 07-5360**                                  *
**HERTZ 909 POYDRAS LLC, No. 07-5361**                  *
**MORIAL, No. 07-5362**                                 *
**PRAT, No. 07-5363**                                   *
**DOMINION/NEW ORLEANS CENTRE**                         *
   **LLC, No. 07-5364**                                 *
**BERENSON, No. 07-5365**                               *
**XAVIER UNIVERSITY OF LOUISIANA,**                     *
   **No. 07-5367**                                      *
**DOLEY, No. 07-5368**                                  *
**ADLER, No. 07-5369**                                  *
**SOUTHPOINT TECHNOLOGIES LLC, No.**                    *
   **07-5371**                                          *
**GREEN-JOHNSON, No. 07-5373**                          *
**HAYDEL, No. 07-5374**                                 *
**ENTERCOM COMMUNICATIONS CORP.,**                      *
   **No. 07-5375**                                      *
**ADLER, No. 07-5376**                                  *
**BAGNERIS, No. 07-5378**                               *
**HARRISON, No. 07-5494**                               *
**REID, No. 07-5495**                                   *
**SMYTHE, No. 07-5496**                                 *

## <u>CSX CORPORATION'S MOTION TO DISMISS</u>

CSX Corporation, sought to be made a defendant herein, without making an appearance or conceding jurisdiction, and with full reservation of all defenses and objections, moves this Court to dismiss the plaintiffs' claims against CSX Corporation in each of the 117 captioned civil actions, for the reasons that follow.

- 1 -

The plaintiffs commenced the captioned civil actions against several defendants including CSX Corporation in the period from August 28, 2007, to September 10, 2007. The complaints allege that CSX Corporation failed to design or build adequate flood-protection structures and that CSX Corporation is liable to the plaintiffs for losses caused by the flooding that followed Hurricane Katrina. The actions were consolidated with the Katrina Canal Breach Consolidated Litigation, Civil Action No. 05-4182.

- 2 -

## **LACK OF JURISDICTION OVER THE PERSON OF CSX CORPORATION, FED. R. CIV. P. 12(b)(2)**

This Court does not have jurisdiction over the person of CSX Corporation. CSX Corporation has not had the minimum contacts with the State of Louisiana necessary for this Court's exercise of jurisdiction over the person of CSX Corporation. The complaints against CSX Corporation should therefore be dismissed under Fed. R. Civ. P. 12(b)(2).

- 3 -

## INSUFFICIENCY OF SERVICE ON CSX CORPORATION, FED. R. CIV. P. 12(b)(5)

The plaintiffs have made two attempts to serve summonses and complaints on CSX Corporation, both invalid under Fed. R. Civ. P. 4(h). The complaints against CSX Corporation should therefore be dismissed under Fed. R. Civ. P. 12(b)(5).[1]

- 4 -

The basis for this motion is further stated in a supporting memorandum, which is attached to this motion.

- 5 -

## EXHIBITS

Exhibits to this motion are:

**Exhibit One:** Certificate from the Louisiana Secretary of State, and

**Exhibit Two:** Declaration of Peter J. Shudtz, dated August 29, 2006.

Exhibits One and Two have already been filed in the consolidated Katrina litigation as Exhibits 1 and 3 respectively to CSX Corporation's Motion to Dismiss in No. 05-4181, which is filed as Doc. 1046 on the docket of No. 05-4182 (the exhibits are both part of Doc. 1046-2). The two exhibits are incorporated herein by reference in accordance with Fed. R. Civ. P. 10(c) (and another copy of each is attached for convenient reference).

---

[1] The plaintiffs in *Cina*, No. 07-4944, have not attempted to make service on CSX Corporation. This part of the motion addresses only the attempts to serve made by the plaintiffs in all of the other captioned actions.

**WHEREFORE** CSX Corporation moves this Court to dismiss the plaintiffs' complaints against CSX Corporation in each of the captioned civil actions.

s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
-of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
-of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259

**ATTORNEYS FOR CSX CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22d day of January, 2008, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall