UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: | * <br> * <br> * <br> * <br> * <br> * | JUDGE STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE JUDGE JOSEPH C. |
| *PONTIAC RACELANC* C.A. NO. (06-6394) | * | WILKINSON, JR. |

*********************************************************************************

### OPPOSITION TO MOTION TO COMPEL
### 30(B)(6) and 30(B)(5) CORPORATE DEPOSITION

NOW COMES Defendant, Transcontinental Insurance Company ("Transcontinental") and submits this Opposition to the Plaintiff's Motion to Compel the 30(b)(6) and 30 (b)(5) corporate deposition of the defendant.

Although plaintiff's counsel accurately outlines the events that have occurred in this litigation with respect to its request for a corporate deposition, the parties have been in contact with each other regarding this matter, which was just recently set for trial. In fact, a settlement conference was held on January 10, 2007 at the offices of counsel for the plaintiff. The parties remain in settlement negotiations, and undersigned counsel will provide dates for the deposition of an appropriate representative of the defendant prior to the hearing date on this Motion to Compel, should a settlement not be reached in this matter.

Accordingly, Transcontinental Insurance Company prays that the Motion to Compel the 30(b)(6) and 30(b)(5) corporate deposition be denied.

Respectfully submitted,

LABORDE & NEUNER

/s/ *Will Montz*
_____
BEN L. MAYEAUX #19042
JAMES L. PATE #10333
WILL MONTZ #29355
LAURA T. ROUGEAU #31310
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for Transcontinental Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Ms. Svetlana Crouch by operation of the Court's electronic filing system.

*s/ Will Montz*
WILL MONTZ
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Telephone:    (337) 237-7000
Facsimile:    (337) 233-9450