**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.: 05-4182 |
| | SECTION "K" (2) |

**PERTAINS TO BARGE**

**FILED IN:**   05-5724, 05-5531, 06-5342, 06-6299
06-7516, 07-3500, and 07-5178

---

## THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS AND THE ORLEANS LEVEE DISTRICT'S THIRD PRELIMINARY LIST OF FACT WITNESSES

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724) ("CMO No. 5"), the undersigned defendants file their instant second preliminary list of fact witnesses. The joint nature of the instant filing is made solely in conformity with the Court's Order and should not be construed as an adoption, approval, or endorsement of anything contained therein by either particular defendant unless specified as such.

Although the defendants herein have endeavored in good faith to prepare this preliminary witness list, discovery in this case has only recently begun and will continue for several months hereafter. Consequently, defendants herein have not finally determined the identity of all fact witnesses who may be called to testify at trial, which is scheduled to commence on June 15, 2009. CMO No. 5, § VII(C). In accordance with the Court's CMO No. 5 defendants herein will use their best efforts to supplement this list on the 20th of every month from now until March 20, 2008, when the final fact witness list is due. *Id.*, § IV(B)(2).

The following former and current USACE employees, most of whom were listed or referred to in the United States of America's Answers to the Levee Plaintiffs' First Set of Interrogatories or in the Attachment to the United States' Answers to the Levee Plaintiffs' First Set of Interrogatories, filed on June 14, 2007, may be called to testify in this matter:

1. Accardo, Christopher
Chief, Operations Division MVN
7400 Leake Avenue
New Orleans, LA 70118

2. Ashley, Chester
Resident Engineer
Hurricane Protection Office
CEMVN

3. Baumy, Walter O. Jr.
Chief, Engineering Division MVN
From 12/15/02 to present
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

4. Becnel, Alfred P
Retired 1/8/81
Chief, Hydraulics & Hydrologic Branch
Engineering Division
From 7/27/69 – 1/8/81

5.  Breerword, Gregory E.
Retired 1/3/07
Chief, Operations
From 12/15/02 – 6/25/05

6. Bivona, John
Asst. Chief, Engineering Division
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

7. Brouse, Gary
Planning, Programs & Project Mgt. Division
Floodwalls-West Branch & Vicinity
CEMVN

8. Broussard, Richard
7400 Leake Avenue
New Orleans, LA 70118

9.  Caver, William
Retired from Corps
Currently working for Eustis Engineering

10. Colletti, Jerry
Asst. Chief, Operations Division
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

11.  Combe, Jay
Retired
Former Chief of Coastal Engineering Section
Hydraulics Branch

12. Daigle, Michael
7400 Leake Avenue
New Orleans, LA 70118

13.  Decker, Charles
Retired 2/2/83
Chief, Regulatory Branch MVN
From 10/3/71 – 2/2/83

14.  Duscha, Lloyd
Retired
Chief, Engineering Division in Civil Works
From 1979-1983

15.  Edelman, Lester
Retired 1998
Chief Counsel for Army Corps of Engineers
From 1979-1998

16.  Fairless, Robert
Retired 1/3/04
Contractor – Protection & Restoration Office

17.  Goldman, Ronald C., P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay St.
Vicksburg MS 39183

18.  Guillot, Albert J.
Retired 1/2/99
Chief, Operations
From 6/9/96 – 1/2/99

19.  Hatch, Henry J.
Retired 1992
Lt. General – Chief of Army Corps of Engineers
From 1988-1992

20.  Heiberg, Elvin R.
Retired
Lt. General – Army Corps Chief of Engineers
From 1984-1988

21.  Hill, Richard
Retired 1/2/99
Chief, Construction Division
From 10/1/94 – 1/2/99

22. Huber, Mark
Engineering Division, Survey Section
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

23.  Hubert, Leo
Retired
Lt. Colonel - New Orleans Deputy District Engineer
From 1975-1978

24.  Judlin, Dan
Retired 10/2/94
Chief, Design
From 11/25/73 – 8/26/77

25.  Laurent, Arthur
Retired
Former Chief of Hydraulics

26. Lowe, Michael
Operations Division, Readiness Branch
CEMVN

27. Miller, Gregory
7400 Leake Avenue
New Orleans, LA 70118

28. Mosher, Reed L., Ph.D.
Chief, Structural Mechanics Division
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

29. Naomi, Alfred
Project Manager
7400 Leake Avenue
New Orleans, LA 70118

30.  Nettles, C.J. (retired)
Retired 7/1/88
Chief, Operations
From 1/13/80 – 7/1/88

31.  Picciola, Rodney
Former Chief, Foundation and Materials Branch
Engineering Division

32. Pinner, Richard
7400 Leake Avenue
New Orleans, LA 70118

33.  Richardson, Jim
Retired 1/3/02
Engineering Div, Geotechnical Branch

34.  Romero, Jorge
Retired 1/3/04
Engineering Division, Structures Branch
From 3/13/86 – 1/3/04

35.  Rush, Early
Retired
Colonel –New Orleans District Chief of Engineers
From 1975-1978

36. Russo, Edmund
7400 Leake Avenue
New Orleans, LA 70118

37.  Sands, Colonel Tom
Former District Engineer, MVN

38.  Satterlee, Jr., Gerard S.
Retired
Chief of Engineering Division
Currently with Fenstermaker
1100 Poydras Street, Suite 1550
New Orleans, LA 70163

39.  Schorr, Henry
Retired 2/28/93
Chief, Operations
From 7/31/88 – 2/28/93

40.  Soileau, Cecil W.
Retired 4/30/93
Chief, Hydraulics Branch, Engineering Division MVN
From 6/14/81 - 4/30/93

41. Stutts, David "Van"
Engineering Division, Hydraulics
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

42. Swindler, Roger
Operations Division, Central Evaluation Section
CEMVN

43.  Tickner, Wilfred E.
Transferred 4/25/99
Chief, Engineering Division MVN
From 2/4/90 - 4/24/99

44.  Tisdale, Robert L.
CAO 9/25/99
Chief, Operations
From 11/14/93 - 3/16/96

45. Varuso, Richard
7400 Leake Avenue
New Orleans, LA 70118

46.  Ventola, Ron
Retired 3/31/07
Chief, Regulatory Branch
From 9/13/87 – 3/31/07

47. Vojkovich, Frank
Engineering Division
Structure Foundations Section
CEMVN

48. Wall, John
Retired
Lt. General – Director of Civil Works

49. Winer, Harley
7400 Leake Avenue
New Orleans, LA 70118

ADDITIONAL WITNESSES:

50. Berryhill, Carolyn
128 West Harrison
Baton Rouge, LA 70802
<u>Subject Matter</u>:  Her personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

51. Gillen, Gerald III
Assistant Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122
<u>Subject matter</u>:  The Gulf Intracoastal Waterway ("GIWW") and the Inner-Harbor Navigational Canal ("IHNC")

52. Grille, Geneva, P.E.
Louisiana Department of Transportation and Development
110 Noble Drive
Belle Chasse, LA 70037
<u>Subject Matter</u>:  DOTD involvement with the GIWW and IHNC

53. Keller, Deborah
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
<u>Subject matter</u>:  Port development; interface between U.S. Army Corps of Engineers, Levee Board, and Dock Board

54. Landry, Victor
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA 70124
<u>Subject matter</u>:  The GIWW and the IHNC

55. Miller, Clayton
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
<u>Subject matter</u>:  Industrial real estate

56. Orlesh, Michael
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
<u>Subject matter</u>:  Historical overview

57. Plauche, Jeffrey
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
<u>Subject matter</u>:  Permitting

58. Richardson, Lisa
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
<u>Subject matter</u>:  Project Coordination

59. Spalluto, Lenny
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
<u>Subject matter</u>:  Dredging

60.  Spencer, Stevan G., P.E.
Executive Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122
<u>Subject matter</u>:  The GIWW and the IHNC

60. Tribble, Ahsha, Ph.D.
Executive Director
DOC/NOAA/NWS/NCEP
TPC/National Hurricane Center
11691 SW 17th Street
Miami, FL 33165

61. Villavasso, William
New Orleans Sewerage & Water Board
625 Saint Joseph Street
New Orleans, LA
<u>Subject Matter</u>:  His working at S&WB Pump Stations 5 and his personal observations regarding
the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Any of the 160, more or less, people who were involved or participated in the investigation or subsequent report of the Interagency Performance Evaluation Task Force (IPET), including but not limited to:

62. Ebersole, Bruce A., P.E.
Chief, Flood and Storm Protection Division
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

63. Foster, Jerry, P.E.
Headquarters, U.S. Army Corps of Engineers
Washington, DC

64. Garster, James K.
Topographic Engineering Center
U.S. Army Corps of Engineers
Engineer Research and Development Center
Alexandria, Virginia

65. Hawes, Sue
U.S. Army Corps of Engineers
7400 Leake Avenue
New Orleans, LA 70118

66.  Jaeger, John J., Ph.D., P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

67. Martin, Denise
Computer Scientist
Information Technology Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

68. Moentenich, Brian L., P.E.
Hydroelectric Design Center
U.S. Army Corps of Engineers
Portland District
Portland, Oregon

69. Moser, David, Ph.D.
Chief Economist
U.S. Army Corps of Engineers,
Institute for Water Resources
Alexandria, Virginia

70. Poindexter, Larry

71. Powell, Nancy
U.S. Army Corps of Engineers
7400 Leake Avenue
New Orleans, LA 70118

72. Resio, Donald T., Ph.D.
Senior Scientist
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

73. Sharp, Michael K., Ph.D., P.E.
Technical Director, Civil Works Infrastructure
Geotechnical and Structures Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

74. Stevenson, Jeremy
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

75. Stroupe, Wayne
Public Affairs Office
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

-12-

76.  Wiggins, Elizabeth

77.  Anyone listed or referred to in discovery, including Rule 26 Initial Disclosures and answers to interrogatories and requests for admissions, and responses to requests for production.

78.   Anyone else with any factual knowledge, information, or data concerning the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project, Hurricane Katrina, the causes of any levee breach or failure mode related to this litigation, or any allegation in Plaintiffs' Complaint.

79.  Anyone listed or actually called as a witness by any party in this litigation.

Dated:  January 22, 2008                    Respectfully submitted,

                                            s/ Thomas P. Anzelmo_____
                                            McCRANIE, SISTRUNK, ANZELMO,
                                                HARDY, MAXWELL & McDANIEL
                                            Thomas P. Anzelmo, P.A. - #2533
                                            Mark E. Hanna - #19336
                                            Kyle P. Kirsch - #26363
                                            Andre J. Lagarde - #28649
                                            3445 N. Causeway Boulevard, Ste. 800
                                            Metairie, Louisiana 70002
                                            TELEPHONE:  (504) 831-0946
                                            FACSIMILE:  (504) 831-2492
                                            and


                                            LABORDE & NEUNER
                                            Ben L. Mayeaux - #19042
                                            James L. Pate - # 10333
                                            Gregory A. Koury - #26364
                                            One Petroleum Center, Suite 200
                                            1001 West Pinhook Road
                                            Lafayette, Louisiana 70503
                                            TELEPHONE:  (337) 237-7000
                                            FACSIMILE:  (337) 233-9450
                                            Attorneys for the ORLEANS LEVEE
                                            DISTRICT

s/ Kirk Aurandt_____
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:  (985) 871-0800
FACSIMILE:       (985) 871-0899
Attorneys for the BOARD OF
COMMISSIONERS FOR THE PORT OF
NEW ORLEANS

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2008, a copy of the above and foregoing

**The Board of Commissioners of the Port of New Orleans and the Orleans Levee District's**

**Third Preliminary List of Fact Witnesses** was filed electronically with the Clerk of Court

using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of

record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com

-14-