UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | 05-4182 "K"(2) |
| **Plaintiffs** | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO: ALL LEVEE | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing;

**IT IS ORDERED** that East Jefferson Levee District's Motion for Expedited Hearing be and the same is hereby granted. Accordingly, East Jefferson Levee District's Motion for Leave to file Opposition Memorandum Out of Time or, in the Alternative for Continuance of Hearing Date is set for hearing on January 22, 2008 at _____ o'clock.

**DENIED AS MOOT**

New Orleans, Louisiana this __22nd__ day of __January__, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

The Court sees no need for oral argument on this motion, and no reason for a response to be filed.