# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION**

**CIVIL ACTION NO. 05-4182**

**SECTION "K" (2)**

**PERTAINS TO:
INSURANCE      Civil Action No.: 06-7173**

**JUDGE: DUVAL**

**(Kenneth Robichaux and Kim Robichaux)      MAG: WILKINSON**

## MEMORANDUM IN SUPPORT OF
## *EX PARTE* MOTION TO STRIKE, MOTION TO DE-CONSOLIDATE
## AND EXPEDITED MOTION TO SET TRIAL DATE

**MAY IT PLEASE THE COURT:**

Plaintiffs, KENNETH ROBICHAUX and KIM ROBIHAUX, appearing herein through undersigned counsel of record, filed an *ExParte* Motion to Strike, Motion to De-Consolidate and Expedited Motion to Set Trial Date.

By way of background, on August 15, 2006, Plaintiffs filed a Petition for Damages in Civil District Court, proceedings # 06-7504 seeking damages pursuant to damages sustained as a result of Hurricane Katrina.  Thereafter, on October 2, 2006, this matter was removed to this Honorable Court.

-1-

Thereafter, on or about January 22, 2007, Plaintiffs filed a Supplemental and Amending Petition to include allegations for flood damages as per *In Re: Katrina Canal Breaches Consolidated Litigation*, Civil Action No. 06-4182 (K)(2), alleging that Defendant homeowner insurer's exclusion for flood damages is not applicable to the rising water and /or flood damages arising from the levee breaches, and further alleging that Defendant, Lexington Insurance Company was liable for said damages.

On or about February 6, 2007, the matter entitled *Kenneth Robichaux and Kim Robichaux v. Lexington Insurance Company,* Civil Action No. 06-7173 was consolidated in the above captioned proceedings.  Accordingly, Plaintiffs filed a *ExParte* Motion to Bifurcate resulting in this Honorable Court scheduling a preliminary conference.

A telephone preliminary conference was conducted on January 10, 2008.  At such time, a trial date could not be selected until the allegations based on flood damages would be stricken from the proceedings herein.  According, Plaintiffs request the following:

I.      Strike flood allegations contained in the proceedings herein;

II.      De-consolidation of the proceedings from the consolidated litigation entitled "*In Re: Katrina Canal Breaches, Consolidation Litigation"*, Civil Action No. 05-4182 "K" (2); and,

III.      A trial date be set in an expedited manner.

Based on the above and foregoing, Plaintiffs requests this Honorable Court issued an Order as follows:

I.      Strike flood allegations contained in the proceedings herein.  More specifically, flood allegations contained in the Supplemental and Amending Petition;

II.     De-consolidate the proceedings from the consolidated litigation entitled "*In Re: Katrina Canal Breaches, Consolidation Litigation*", Civil Action No. 05-4182 "K" (2); and,

III.    Set a trial date  in an expedited manner.

**Respectfully submitted,**

*/s/ Edward C. Vocke, IV*

_____

**J. DOUGLAS SUNSERI (#19173)**
**SVETLANA "LANA" CROUCH (#29814)**
**EDWARD C. VOCKE, IV (#22882)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18TH Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiffs, KENNETH ROBICHAUX
and KIM ROBICHAUX

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Edward C. Vocke, IV*

_____

EDWARD C. VOCKE, IV