UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Weeks*, C.A. No. 07-00112 | SECTION "K"(2) |

## O R D E R

It appearing from the record of this case that B. Gerald Weeks is no longer represented by counsel, Mr. Weeks is ordered to appear personally before the undersigned in the Courtroom of Section "K" located in Room C-368, 500 Poydras Street, New Orleans, Louisiana on **February 20, 2008 at 9:30 a.m.** to discuss the matter of future representation.

If new counsel has been engaged, personal appearance by such counsel is required in lieu of the personal appearance of B. Gerald Weeks unless such counsel has actually enrolled as counsel of record.

Failure of B. Gerald Weeks to appear, personally or through counsel, could result in the imposition of appropriate sanctions, including dismissal of the suit.

The Clerk shall serve a copy of this Order by Certified Mail, Return Receipt Requested, addressed to as shown below.

New Orleans, Louisiana, this 22nd day of January, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

**PLEASE SERVE:**

**Mr. B. Gerald Weeks**
**20816 Highway 22**
**Maurepas, Louisiana  70049**
**225-695-3476**