UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Weeks,* C.A. No. 07-00112 | | |

*   *   *   *   *   *   *   *

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED, that David E. Kavanagh and Weeks, Kavanagh & Rendeiro be withdrawn as counsel of record for plaintiff in the above entitled and numbered cause.

New Orleans, Louisiana, this 22nd day of January, 2008.

_____
JUDGE