UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES               CIVIL ACTION
CONSOLIDATED LITIGATION
                                           NO. 05-4182

PERTAINS TO:                               SECTION "K"(2)
C.A. Nos. 05-4181, 06-1885, 06-4024, 06-4389
06-5771, 06-5786, 06-6099, 07-0206, 07-3500,
07-3612, 07-3612, 07-5023, 07- 5040

## ORDER

A Request for Oral Argument (Doc. 10332) was filed in conjunction with a Motion for Disqualification and Other Relief (Doc. 10331). The Court finds that oral argument will not aid the Court in making this decision, and no oral argument shall be had thereon. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument is **DENIED**.

**IT IS FURTHER ORDERED** that this motion shall be taken on the papers and that opposition thereto may be filed up to and including February 6, 2008.

New Orleans, Louisiana, this  22nd  day of January, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE