UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *C.R. Pittman* C.A. No. 07-2771 | SECTION "K"(2) |

## ORDER

For the reasons assigned orally in open court on January 16, 2008,

**IT IS ORDERED** that the United States' Motion to Dismiss (Doc. 8042) is **GRANTED** and judgment shall be entered against C.R. Pittman Construction Co, Inc. and in favor of the United States of America dismissing the claims against the United States **without prejudice.**

New Orleans, Louisiana, this  22nd   day of January 22, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE