UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *C.R. Pittman* C.A. No. 07-2771 | SECTION "K"(2) |

## JUDGMENT

Considering the foregoing Order,

**IT IS ORDERED** that the judgment shall be entered against C.R. Pittman Construction Co, Inc. and in favor of the United States of America dismissing the claims against the United States **without prejudice.**

New Orleans, Louisiana, this  22nd   day of January 22, 2009.

                                                STANWOOD R. DUVAL, JR.
                                        UNITED STATES DISTRICT COURT JUDGE