UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** | **CIVIL ACTION** <br><br> **NO. 05-4182** |
| **PERTAINS TO:** *Burks* C.A. No. 06-4173 | **SECTION "K"(2)** |

## ORDER

For the reasons assigned orally in open court on January 16, 2008,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 8986) filed by CitiMortgage, Inc. is **GRANTED**.

New Orleans, Louisiana, this  __22nd__  day of January 22, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**