UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO.  05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAGISTRATE WILKINSON<br>§<br>§ |
| PERTAINS TO:  ROAD HOME<br>*Louisiana State*  C.A. No. 07-5528 | §<br>§ |

## MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Farmers Insurance Exchange, Foremost Insurance Company, Foremost Property and Casualty Company, and Foremost Signature Insurance Company (collectively, "Farmers"), and respectfully move this Court to allow Virginia Y. Trainor, (Bar No. 26902) of Phelps Dunbar, LLP, 445 North Boulevard, Suite 701, Baton Rouge, Louisiana, 70802, (225) 346-0281, and Jacqueline M. Brettner, (Bar No. 30412) of Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130-6534, (504) 566-1311, to enroll as counsel of record for Farmers.  Farmers shows that granting this motion will not delay or retard the progress of this matter.

WHEREFORE, defendants, Farmers Insurance Exchange, Foremost Insurance Company, Foremost Property and Casualty Company, and Foremost Signature Insurance Company, pray that this motion be granted and that Virginia Y. Trainor, (Bar No. 26902) of Phelps Dunbar, LLP, 445 North Boulevard, Suite 701, Baton Rouge, Louisiana, 70802, (225) 346-0281, and Jacqueline M. Brettner, (Bar No. 30412) of Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130-6534, (504) 566-1311, be enrolled as counsel of record for Farmers Insurance Exchange, Foremost Insurance Company, Foremost Property and Casualty Company, and Foremost Signature Insurance Company as it pertains to this claim.

BR.533691.1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ Marshall M. Redmon
      ──────────────────────────
      Marshall M. Redmon, Bar Roll No. 18398
      Virginia Y. Trainor, Bar Roll No. 25275
      City Plaza • 445 North Boulevard • Suite 701
      Baton Rouge, Louisiana 70802-5707
      P.O. Box 4412
      Baton Rouge, Louisiana 70821-4412
      Telephone: (225) 346-0285
      Telecopier: (225) 381-9197

AND

      Jacqueline M. Brettner, Bar Roll No. 30412
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130

OF COUNSEL

      Andrew L. Sandler (admitted pro hac vice)
      Amy Sabrin (admitted pro hac vice)
      Victoria Holstein-Childress, Louisiana Bar No. 28611
      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
      1440 New York Avenue, NW
      Washington, DC 20005
      (202) 371-7000
      Fax (202) 393-5760

      **ATTORNEYS FOR FARMERS INSURANCE EXCHANGE, FOREMOST INSURANCE COMPANY, FOREMOST PROPERTY AND CASUALTY COMPANY, AND FOREMOST SIGNATURE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing *Motion to Enroll Counsel of Record* has been served upon all counsel of record by electronic notification through the Court this 23rd day of January, 2008.

/s/ Marshall M. Redmon
Marshall M. Redmon
City Plaza • 445 North Boulevard • Suite 701
Baton Rouge, Louisiana 70802-5707
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
State Bar No. 18398