

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (*Vanderbrook*, No. 05-6323) | * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the Motion for Entry of Final Judgment by State Farm Fire and Casualty Company (Doc. 8434) (the "Motion"), and finding that there is no just reason for delay of entry of final judgment in this matter with regard to State Farm Fire and Casualty Company,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion is granted and that, pursuant to Federal Rule of Civil Procedure 54(b), final judgment is hereby entered dismissing all of the claims of Plaintiffs, Mary Jane Silva and Robert G. Harvey, against State Farm Fire and Casualty Company, with prejudice.

As a result of the foregoing, no other plaintiffs in this consolidated matter have claims asserted against State Farm Fire and Casualty Company, and IT IS THEREFORE

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___
895455v.1


- 2 -

ORDERED, ADJUDGED and DECREED that State Farm Fire and Casualty Company is terminated as a defendant in this matter.

New Orleans, this 18th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE