UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that the parties' Consent Motion to Continue, Record Doc. No. 10689, is hereby GRANTED.  Accordingly,

Plaintiff's Motion to Quash, Record Doc. No. 10623, will be determined on my **February 27, 2008** motion docket without oral argument.  Written opposition must be filed no later than **February 19, 2008**.

New Orleans, Louisiana, this  23rd  day of January, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE