UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * *

**PLAINTIFFS' EX PARTE MOTION FOR LEAVE
TO ADD D. BLAYNE HONEYCUTT, ESQ.
AS A RESPONDENT**

**COME NOW** plaintiffs and/or intervening plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to add D. Blayne Honeycutt, Esq. as a respondent to Record Document No. 10331, along with Daniel E. Becnel, Jr. and Calvin Clifford Fayard, Jr.  This motion is filed upon the grounds that the same conflict of interests which disqualifies Messrs. Becnel and Fayard from serving on Committees, also disqualifies Mr. Honeycutt, who is Mr. Fayard's law partner and the "Honeycutt" of the law firm of Fayard and Honeycutt.  The fact that D. Blayne

-1-

-2-

Honeycutt, Esq. is a Member of "the Levee PSLC" was only recently noted during a review of Case Management and Scheduling Order No. 4. Since the Court already has extended the deadline for filing memoranda in opposition to Record Document No. 10331, no party will be prejudiced by adding Mr. Honeycutt as a respondent.

>Respectfully submitted,
>
>**LAW OFFICES OF
>ASHTON R. O'DWYER, JR.
>Counsel for Plaintiffs**
>
>By:   S/Ashton R. O'Dwyer, Jr.
>      Ashton R. O'Dwyer, Jr.
>      Bar No. 10166
>      821 Baronne Street
>      New Orleans, LA 70113
>      Tel. 504-679-6166
>      Fax. 504-581-4336

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 23rd day of January 2008.

>S/Ashton R. O'Dwyer, Jr.