UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES   *    CIVIL ACTION NO. 05-4182
         CONSOLIDATED LITIGATION   *
                                    *    SECTION "K"
                                    *
PERTAINS TO:                        *    MAGISTRATE (2)
NO.   05-4181                       *
      06-1885                       *    JUDGE DUVAL
      06-4024                       *
      06-4389                       *    MAGISTRATE WILKINSON
      06-5771                       *
      06-5786                       *
      06-6099                       *
      07-0206                       *
      07-3500                       *
      07-3612                       *
      07-5023                       *
      07-5040                       *
* * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering plaintiffs' Ex Parte Motion for Leave to Add D. Blayne Honeycutt, Esq. as a Party Respondent to Record Document No. 10331, which the Court has duly noted,

**IT IS ORDERED** that D. Blayne Honeycutt, Esq. be and he is named as a respondent to Record Document No. 10331, along with Daniel E. Becnel, Jr. and Calvin Clifford Fayard, Jr.

-1-

New Orleans, Louisiana, this _____ day of _____ 2008.


_____
**J U D G E**[1]

---

[1] Movers aver that the Honorable Stanwood R. Duval, Jr. is recused from the above-styled and numbered causes.  The identity of the Judge who will decide the Motion for Leave to Add D. Blayne Honeycutt, Esq. as a Respondent, which is the subject of this Order, is unknown.  If the Order is submitted to Judge Duval for review, movers reserve all rights.