**MINUTE ENTRY**
**DUVAL, J.**
**JANUARY 16, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: MRGO, BARGE<br>(No. 05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099,<br>07-206, 07-3500, 07-3612, 07-5023, 07-5040) | NO. 05-4182<br><br>SECTION "K"(2) |

**Oral argument regarding affidavit of personal bias and prejudice of a Judge in matter involving Ashton R. O'Dwyer, Jr., filed 1/15/08, doc. 10431.**

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTER: TONI TUSA**

**APPEARANCES:  Ashton O'Dwyer, Daniel Becnel, Jr., Julie McEvoy, William Treeby,**
                **Joseph Bruno, Gerald Meunier, & Calvin Fayard**

Court begins at 12:42 p.m.  Case called; all present and ready.
Since this affidavit was filed, this Court cancelled the oral argument scheduled today, regarding docs. 9427, 9464 and 9637 (motion for sanctions).
Oral argument by parties.
This matter is taken under ADVISEMENT.
Court adjourned at 1:25 p.m.

JS-10 (:40)