UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Williams</u>, 06-10714   JUDGE DUVAL
                                                 MAG. WILKINSON

## ORDER OF DISMISSAL

The Court having been advised by the magistrate judge that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this __23rd__ day of _____January_____, 2008.

UNITED STATES DISTRICT JUDGE