UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>―――――――――――――――――――<br><br>PERTAINS TO: LEVEE<br>(La. Envtl. Action Network v. U.S. Army<br>Corps of Engineers, 06-9147) | ) CIVIL ACTION No. 05-4182 "K" (2)<br>)<br>) JUDGE DUVAL<br>)<br>) MAG. WILKINSON<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION
TO CONTINUE FEBRUARY 6, 2008 HEARING
ON DEFENDANT'S MOTION TO DISMISS**

Plaintiff Louisiana Environmental Action Network ("LEAN") respectfully moves to continue the February 6, 2008 hearing (Noticed in Doc. No. 10312-3) on Defendant's Motion to Dismiss (No. 10312) until April 2, 2008.  As grounds for its Motion, the Plaintiff states:

1. Due to the press of other business, the Plaintiff will be able to provide a more complete and useful opposing memorandum if the hearing is continued.

2. Plaintiff has contacted counsel for the Defendant, and is authorized to represent that the Defendant does not oppose this Motion.

3. Having consulted with the Defendant, the Plaintiff moves for a briefing schedule that will allow the Plaintiff an additional 30 days to submit an opposition brief and will allow the

1

Defendant three weeks to submit a reply. Thus the Plaintiff requests that the Court order that:

    a. Plaintiff shall file its Opposition to Defendant's Motion to Dismiss on or before February 28, 2008;

    b. Defendant shall file a Reply in Support of its Motion to Dismiss on or before March 20, 2008; and

    c. The hearing on Defendant's Motion to Dismiss is continued until April 2, 2008.

4.    A proposed form of order is submitted with this Motion.

**Wherefore:**

This Court should GRANT Plaintiff's Motion To Continue February 6, 2008 Hearing.

Respectfully submitted on January 24, 2008,

s/ Adam Babich
_____
Adam Babich, SBN: 27177
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118
Telephone: (504) 865-5789; Fax: (504) 862-8721
Babich Direct Line: (504) 862-8800

*Counsel for Plaintiff Louisiana Environmental Action Network*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on January 24, 2008.

/s/ Adam Babich
_____
Adam Babich