UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES ) | CIVIL ACTION No. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION ) | |
| ) | JUDGE DUVAL |
| _____ ) | |
| ) | MAG. WILKINSON |
| PERTAINS TO: LEVEE ) | |
| (La. Envtl. Action Network v. U.S. Army ) | |
| Corps of Engineers, 06-9147) ) | |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO CONTINUE FEBUARY 6, 2008 HEARING**

This court, being fully advised, hereby GRANTS Plaintiff's Motion to continue the February 6, 2008 hearing as follows:

1. The hearing on Defendant's Motion to Dismiss is rescheduled to April 2, 2008;

2. Plaintiff shall file its Opposition to Defendant's Motion to Dismiss on or before February 28, 2008;

3. Defendant shall file a Reply in Support of its Motion to Dismiss on or before March 20, 2008; and

So ordered this ___ day of January, 2008.

_____
STANWOOD R. DUVAL
UNITED STATES DISTRICT JUDGE