UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 07-2170 |
| PERTAINS TO SEVERED MASS JOINDER CASES | * * * | JUDGE: DUVAL |
| SEVERED FROM:   Aaron, 06-4746 | * * * | |
| CALVIN AND KIM STEWART | * * | MAGISTRATE: WILKINSON |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiff, CALVIN and KIM STEWART, against State Farm Fire & Casualty Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ____23rd____ day of _____January_____, 2008.

_____
UNITED STATES DISTRICT JUDGE