**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.     05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiff's Ex Parte Motion for Leave to Correct Typographical Errors in Record Document No. 10646, which the Court has duly noted,

**IT IS ORDERED** that the typographical errors be and they are corrected as prayed for.

-1-

-2-

New Orleans, Louisiana, this 23rd day of _____January_____, 2008.

_____
JUDGE[1]

---

[1] Movers aver that the Honorable Stanwood R. Duval, Jr. is recused from the above-styled and numbered causes.  The identity of the Judge who will decide the Motion for Leave to Correct Typographical Errors, which is the subject of this Order, is unknown.  If the Order is signed by Judge Duval, movers reserve all rights.