UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CII CARBON, L.L.C. | * | CIVIL ACTION NO. 07-5355 |
| | * | |
| | * | SECTION K, MAGISTRATE 2 |
| VERSUS | * | |
| | * | |
| UNITED STATES OF AMERICA, WASHINGTON GROUP INTERNATIONAL, INC., BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, AND BOARD OF COMMISSIONERS OF THE LAKE BORGNE BASIN LEVEE DISTRICT, BOARD OF COMMISSIONERS OF THE EAST JEFFERSON LEVEE DISTRICT, SEWERAGE AND WATER BOARD OF NEW ORLEANS, ST. PAUL FIRE & MARINE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS, CSX CORPORATION, CSX TRANSPORTATION. INC., & THE PUBLIC BELT RAILROAD COMMISSION FOR THE CITY OF NEW ORLEANS | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME

On Motion of defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, in the above numbered and entitled cause of action, appearing herein through undersigned counsel, and on suggesting to the Court that counsel was just advised of the above matter for defense and additional time is required to secure the file in order to properly plead,

and that mover, therefore desires an additional twenty (20) days in which to file responsive pleadings.

          Respectfully submitted,

          **DUPLASS, ZWAIN, BOURGEOIS**
          **PFISTER & WEINSTOCK**

          S/Jennifer M. Morris
          _____
          **ANDREW D. WEINSTOCK (#18495)**
          **JENNIFER M. MORRIS (#29936)**
          3838 N. Causeway Boulevard
          Three Lakeway Center, Suite 2900
          Metairie, Louisiana 70002
          (504) 832-3700
          **ATTORNEY FOR BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2007, a copy of the foregoing Board of Commissioners for the Lake Borgne Basin Levee District was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

          S/Jennifer M. Morris
          _____
          **JENNIFER M. MORRIS (#29936)**