UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CII CARBON, L.L.C. | * | CIVIL ACTION NO. 07-5355 |
| | * | |
| | * | SECTION K, MAGISTRATE 2 |
| VERSUS | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| WASHINGTON GROUP | * | |
| INTERNATIONAL, INC., BOARD | * | |
| OF COMMISSIONERS OF THE | * | |
| ORLEANS LEVEE DISTRICT, ST. | * | |
| PAUL FIRE AND MARINE | * | |
| INSURANCE COMPANY, AND BOARD | * | |
| OF COMMISSIONERS OF THE LAKE | * | |
| BORGNE BASIN LEVEE DISTRICT, | * | |
| BOARD OF COMMISSIONERS | * | |
| OF THE EAST JEFFERSON LEVEE | * | |
| DISTRICT, SEWERAGE AND WATER | * | |
| BOARD OF NEW ORLEANS, ST. | * | |
| PAUL FIRE & MARINE INSURANCE | * | |
| COMPANY, NATIONAL UNION | * | |
| FIRE INSURANCE COMPANY OF | * | |
| PITTSBURGH, BOARD OF | * | |
| COMMISSIONERS FOR THE PORT | * | |
| OF NEW ORLEANS, CSX | * | |
| CORPORATION, CSX | * | |
| TRANSPORTATION. INC., & THE | * | |
| PUBLIC BELT RAILROAD | * | |
| COMMISSION FOR THE CITY OF | * | |
| NEW ORLEANS | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** that defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, be and is hereby granted an additional twenty (20) days within which to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**J U D G E**