UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Goodman, 06-3799 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

All parties have consented to proceed before a United States Magistrate Judge in the referenced case, Sean Goodman et al. v. Fidelity National Insurance Co. et al., Civil Action No. 06-3799.  Record Doc. No. 10384.  Accordingly,

**IT IS ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes to proceed independently before me.  The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-3799 on the docket of C.A. No. 06-3799, and not on the docket of C.A. No. 05-4182.

A Rule 16 scheduling order setting the trial schedule orally agreed upon by counsel during the conference conducted in this matter on October 29, 2007, will be separately entered.

New Orleans, Louisiana, this   18th   day of January, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**