UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Consideration on Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients on Insurer Defendants, through its Liaison Counsel, Ralph S. Hubbard III;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Insurer Defendants' Motion for Expedited Hearing, Record Doc. No. 10634, is hereby **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that hearing regarding Insurer Defendants' Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients, Record Doc. No. 10633, will be decided on the motion papers submitted to Court. Written opposition, if any, must be filed no later than **January 31, 2008**.

New Orleans, Louisiana, this __24th__ day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE