UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES       CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Barard</u>, 06-7939      JUDGE DUVAL
MAG. WILKINSON

## <u>SCHEDULING ORDER</u>

A preliminary conference was conducted in the referenced case, <u>Gina M. Barard v. Lexington Insurance Co. et al.</u>, C.A. No. 06-7939 c/w 05-4182, on December 13, 2007, before the undersigned magistrate judge.  Participating were: Lana Crouch, representing plaintiff; William Barousse and Warren Greenwood, representing defendants.

The purpose of the conference was to craft a schedule concerning the individual issues in the referenced <u>Barard</u> case, which were bifurcated and referred to me by the presiding district judge.  Record Doc. No. 9224.  The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing non-class action cases asserting claims involving individual adjusting and coverage issues, including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

The court has now been advised that all parties in the <u>Barard</u> case have <u>not</u> consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Accordingly, the referenced <u>Barard</u> case will now proceed as follows, but only as to the individual, non-common liability issues:

Pleadings have been completed. Jurisdiction and venue are established.

All pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **May 7, 2008**. Any motions filed in violation of this order shall be deemed waived unless good cause is shown. All other motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the court.

Counsel shall complete all disclosure of information as follows:

Depositions for trial use shall be taken and all discovery shall be completed not later than **April 15, 2008**.

No further amendments to pleadings, third-party actions, cross-claims, and counterclaims will be permitted without a showing of good cause pursuant to Fed. R. Civ. P. 16(b).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters

about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **February 15, 2008**.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **March 17, 2008**.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify and all exhibits which may or will be used at trial of individual case issues not later than **March 17, 2008**.

The court will not permit any witness, expert or fact, to testify or any exhibits to be used in any proceeding concerning the individual case issues unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

A settlement conference may be scheduled before the Magistrate Judge at any time at the joint request of all parties to this action.

The individualized issues in the <u>Barard</u> case do <u>not</u> involve extensive documentary evidence, depositions or other discovery.  No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

**The Final Pretrial Conference will be held on May 15, 2008, at 2:30 p.m. before the Magistrate Judge**.  Counsel will be prepared in accordance with the final Pretrial Notice attached.  At this pretrial conference, a date for trial before the District Judge may be assigned, if appropriate.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause.  Continuances will not normally be granted.

New Orleans, Louisiana, this  23rd  day of January, 2008.


JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE


<u>**CLERK TO NOTIFY**</u>:
**HON. STANWOOD R. DUVAL, JR.**

4