# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES**    *    **CIVIL ACTION** | |
| **CONSOLIDATED LITIGATION**    * | |
| _____    *    **NUMBER 05-4182** | |
|    *    **& CONSOLIDATED CASES** | |
| **THIS DOCUMENT RELATES TO**    * | |
| **LEVEE:**    *    **SECTION "K"** | |

**IN RE: KATRINA CANAL BREACHES**    \*    **CIVIL ACTION**
**CONSOLIDATED LITIGATION**    \*
_____    \*    **NUMBER 05-4182**
   \*    **& CONSOLIDATED CASES**

**THIS DOCUMENT RELATES TO**    \*
**LEVEE:**    \*    **SECTION "K"**

07-4551, 07-4552, 07-4553, 07-4554, 07-4556,    \*
07-4557, 07-4558, 07-4559, 07-4560, 07-4561,    \*    **JUDGE DUVAL**
07-4563, 07-4775, 07-4944, 07-4948, 07-4949,    \*
07-4950, 07-4951, 07-4952, 07-4953, 07-4954,    \*    **MAGISTRATE WILKINSON**
07-4955, 07-4956, 07-4957, 07-4958, 07-4959,    \*
07-4960, 07-4961, 07-4962, 07-4963, 07-4964,    \*
07-4966, 07-4967, 07-4968, 07-4970, 07-4971,    \*
07-4972, 07-4973, 07-4974, 07-4975, 07-4976,    \*
07-4977, 07-4978, 07-4979, 07-4980, 07-4981,    \*
07-4982, 07-4983, 07-4984, 07-4985, 07-4986,    \*
07-4987, 07-4988, 07-4989, 07-4990, 07-4991,    \*
07-4992, 07-4993, 07-4994, 07-4995, 07-4996,    \*
07-4997, 07-4998, 07-4999, 07-5000, 07-5001,    \*
07-5002, 07-5003, 07-5004, 07-5005, 07-5006,    \*
07-5008, 07-5009, 07-5010, 07-5012, 07-5014,    \*
07-5015, 07-5016, 07-5017, 07-5018, 07-5019,    \*
07-5148, 07-5150, 07-5155, 07-5184, 07-5186,    \*
07-5187, 07-5193, 07-5254, 07-5286, 07-5314,    \*
07-5315, 07-5316, 07-5317, 07-5318, 07-5319,    \*
07-5320, 07-5321, 07-5322, 07-5323, 07-5324,    \*
07-5325, 07-5326, 07-5328, 07-5329, 07-5330,    \*
07-5331, 07-5332, 07-5333, 07-5334, 07-5335,    \*
07-5336, 07-5337, 07-5338, 07-5339, 07-5340,    \*
07-5341, 07-5342, 07-5345, 07-5346, 07-5347,    \*
07-5348, 07-5349, 07-5350, 07-5351, 07-5352,    \*
07-5353, 07-5354, 07-5355, 07-5356, 07-5357,    \*
07-5358, 07-5359, 07-5360, 07-5361, 07-5362,    \*
07-5363, 07-5364, 07-5365, 07-5367, 07-5368,    \*
07-5369, 07-5370, 07-5371, 07-5372, 07-5373,    \*
07-5374, 07-5375, 07-5376, 07-5377, 07-5378,    \*
07-5494, 07-5495, 07-5496

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

2

## ORDER

Considering the Sewerage and Water Board of New Orleans' Motion for Leave to File Reply Memorandum In Support Of Motion to Dismiss Pursuant to F.R.Civ.P. 12(B)(6),

IT IS ORDERED that defendant's motion for leave is granted, and the Reply Memorandum is hereby filed.

New Orleans, Louisiana, this  23rd day of January, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**

CK_DOCS 392089v2