UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ENTERCOM COMMUNICATIONS CORP.** | * * * | **CIVIL ACTION NO. 07-5375** |
| | * | **SECTION K, MAGISTRATE 2** |
| **VERSUS** | * * | |
| **UNITED STATES OF AMERICA, WASHINGTON GROUP INTERNATIONAL, INC., BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, AND BOARD OF COMMISSIONERS OF THE LAKE BORGNE BASIN LEVEE DISTRICT, SEWERAGE AND WATER BOARD OF NEW ORLEANS, NATIONAL FIRE INSURANCE COMPANY OF, PITTSBURGH, BD. OF COMM. FOR PORT OF N.O., CSX CORPORATION CSX TRANSPORTATION, INC., THE PUBLIC BELT R.R. COMM. FOR THE CITY OF NEW ORLEANS** | * * * * * * * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** that defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, be and is hereby granted an additional twenty (20) days within which to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**