```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE:   KATRINA CANAL BREACHES   *   Docket 05-CV-4182-K
              CONSOLIDATED LITIGATION  *
 6                                     *   New Orleans, Louisiana
     * * * * * * * * * * * * * * * *   *
 7                                     *   January 16, 2008
     PERTAINS TO:  LEVEE               *
 8                                     *   9:30 a.m.
     C.R. PITTMAN CONSTRUCTION         *
 9     COMPANY, INC.                   *
                                       *
10     07-CV-2771                      *
                                       *
11   * * * * * * * * * * * * * * * *   *
12
13
                   TRANSCRIPT OF PROCEEDINGS BEFORE THE
14                    HONORABLE STANWOOD R. DUVAL JR.
                        UNITED STATES DISTRICT JUDGE
15
16
     APPEARANCES:
17
18   For C.R. Pittman                Galloway, Johnson, Tompkins,
     Construction Company,             Burr & Smith
19   Inc.:                           BY:  GERALD A. MELCHIODE, ESQ.
                                     701 Poydras Street, 40th Floor
20                                   New Orleans, Louisiana 70139
21
     For the United States:          U.S. Department of Justice
22                                   Western District of Louisiana
                                     BY:  KATHERINE W. VINCENT, ESQ.
23                                   800 Lafayette Street, Suite 2200
                                     Lafayette, Louisiana 70501
24
25
```

```
 1  APPEARANCES (Continued):

 2
    For the United States:       U.S. Department of Justice
 3                               Civil Division
                                 BY:  TIMOTHY P. MCILMAIL, ESQ.
 4                               1100 L Street, N.W., Room 11052
                                 Washington, D.C. 20530
 5

 6  Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                                 500 Poydras Street, B-406
 7                               New Orleans, Louisiana 70130
                                 (504) 589-7778
 8

 9

10

11

12
    Proceedings recorded by mechanical stenography, transcript
13  produced by computer.

14

15

16

17

18

19

20

21

22

23

24

25
```

## EXCERPT

### (January 16, 2008)

THE COURT: I'm sure by the time this is over our grandchildren -- those who are silly enough to get into this profession -- will be involved in this somehow. I was thinking about the original recusal motion that was filed and, you know, I'm wondering, "Why, why, didn't I recuse myself?" but I'm not going to do it, sorely tempted that I am, at least to recuse myself.

\* \* \*

## **CERTIFICATE**

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

```
                              _____
                              Toni Doyle Tusa, CCR, FCRR
                              Official Court Reporter
```