STUART T. BARASCH (20650)
**HURRICANE LEGAL CENTER**
910 Oliver Street
New Orleans, LA  70163
Telephone:  (504) 525-1944
Facsimile:   (504) 525-1279

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACH CASES | ) | CASE NO.: 05-4182 |
| | ) | |
| | ) | |
| | ) | RESPONSE TO COURT NOTICE |
| | ) | BY HURRICANE LEGAL CENTER |
| | ) | (STUART T. BARASCH) |
| | ) | PLAINTIFFS, POLICY HOLDERS OF |
| | ) | STATE FARM |

On January 21, 2008 this court issued notice that it had not received opposition from Hurricane Legal Center (Stuart T. Barasch) to two Motions for Summary Judgment by State Farm and that these motions may be granted.

Hurricane Legal Center was unaware of these motions.  Moreover, as explained below, they do not apply to the complaints filed against Sate Farm by Hurricane Legal Center.

The complaints filed by Hurricane Legal Center were filed in August 2007; thus,

they were filed after this court's decision in November 2006 on the lead case herein, which itself was filed in 2005. The cases were also filed after the Fifth Circuit opinion at the beginning of August 2007. Plaintiff's counsel was fully aware of this situation at the time of filing and these cases were filed for the purpose of obtaining supplemental wind damage payments. Most of these cases were assigned to various judges in this district; others were assigned to this court and consolidated with this lead case of 2005.

In sum, supplemental wind damage claims against State Farm are being swept by past actions from 2005 while other complaints for supplemental wind damage claims against State Farm are pending before other judges and not being affected by actions from 2005.

DATED: January 23, 2008.                                    Respectfully submitted,

*S/Stuart Barasch*
STUART T. BARASCH

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23rd day of January, 2008, the foregoing Response to Court Notice by Hurricane Legal Center (Stuart T. Barasch), Plaintiffs policy holders of State Farm, was file electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*S/Stuart Barasch*
STUART T. BARASCH