# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WETCO RESTAURANT GROUP, L.L.C.* <br> * <br> * <br> VERSUS * <br> * <br> UNITED STATES OF AMERICA, * <br> WASHINGTON GROUP * <br> INTERNATIONAL, INC., BOARD * <br> OF COMMISSIONERS OF THE * <br> ORLEANS LEVEE DISTRICT, ST. * <br> PAUL FIRE AND MARINE * <br> INSURANCE COMPANY, AND BOARD* <br> OF COMMISSIONERS OF THE LAKE * <br> BORGNE BASIN LEVEE DISTRICT, * <br> SEWERAGE AND WATER BOARD OF * <br> NEW ORLEANS, NATIONAL UNION * <br> FIRE INSURANCE COMPANY, * <br> BOARD OF COMMISSIONERS FOR * <br> PORT OF NEW ORLEANS, CSX * <br> CORPORATION, CSX * <br> TRANSPORTATION, INC., AND THE * <br> PUBLIC BELT RR COMM. OF NEW * <br> ORLEANS | CIVIL ACTION NO. 07-5339 <br> SECTION K, MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** that defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, be and is hereby granted an additional twenty (20) days within which to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**J U D G E**