UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * |
| | * NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * |
| *Louisiana State*, C.A. No. 07-5528 | * JUDGE DUVAL |
| | * |
| | * MAGISTRATE WILKINSON |
| | * |

*************************************************************************

## EX PARTE MOTION TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case, who respectfully move the Court for leave to enroll Richard C. Stanley, Thomas P. Owen, Jr., Melissa V. Beaugh, and Stanley, Flanagan & Reuter, L.L.C. as counsel of record on their behalf in the above-captioned case.

**WHEREFORE**, Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case, respectfully request that the Court grant this motion and permit the enrollment of counsel as requested herein.

Respectfully submitted,

Richard C. Stanley, 8487
Thomas P. Owen, Jr., 28181
Melissa V. Beaugh, 28250
Of
STANLEY, FLANAGAN &
REUTER, L.L.C
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

By: _____

Attorneys for Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I electronically filed the foregoing Motion to Enroll Counsel of Record with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice. I further certify that I mailed the foregoing document and notice of electronic filing filed by first-class mail to all counsel of record who are non-CM/ECF participants.

_____

2