UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |

*********************************************************************

## ORDER

Considering the foregoing ex parte motion to enroll counsel of record;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Richard C. Stanley, Thomas P. Owen, Jr., Melissa V. Beaugh, and Stanley, Flanagan & Reuter, L.L.C are hereby enrolled as counsel of record on behalf of Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case.

New Orleans, Louisiana, this _____ day of January, 2008.

_____
DISTRICT JUDGE