UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KAREN D. BELL | * | CIVIL ACTION NO. 07-5327 |
| | * | SECTION K, MAGISTRATE 2 |
| | * | |
| VERSUS | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| WASHINGTON GROUP | * | |
| INTERNATIONAL, INC., BOARD OF | * | |
| COMMISSIONERS OF THE ORLEANS | * | |
| LEVEE DISTRICT, ST. PAUL FIRE & | * | |
| MARINE INSURANCE COMPANY, | * | |
| AND BOARD OF COMMISSIONERS | * | |
| OF THE LAKE BORGNE BASIN | * | |
| LEVEE DISTRICT | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME

On Motion of defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, in the above numbered and entitled cause of action, appearing herein through undersigned counsel, and on suggesting to the Court that counsel was just advised of the above matter for defense and additional time is required to secure the file in order to properly plead, and that mover, therefore desires an additional twenty (20) days in which to file responsive pleadings.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS
PFISTER & WEINSTOCK**

S/Jennifer M. Morris

**ANDREW D. WEINSTOCK (#18495)
JENNIFER M. MORRIS (#29936)**
3838 N. Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
**ATTORNEY FOR BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2007, a copy of the foregoing Board of Commissioners for the Lake Borgne Basin Levee District was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

S/Jennifer M. Morris

**JENNIFER M. MORRIS (#29936)**