UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KAREN D. BELL | * | CIVIL ACTION NO. 07-5327 |
| | * | SECTION K, MAGISTRATE 2 |
| | * | |
| VERSUS | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| WASHINGTON GROUP | * | |
| INTERNATIONAL, INC., BOARD OF | * | |
| COMMISSIONERS OF THE ORLEANS | * | |
| LEVEE DISTRICT, ST. PAUL FIRE & | * | |
| MARINE INSURANCE COMPANY, | * | |
| AND BOARD OF COMMISSIONERS | * | |
| OF THE LAKE BORGNE BASIN | * | |
| LEVEE DISTRICT | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** that defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, be and is hereby granted an additional twenty (20) days within which to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**J U D G E**