UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> PERTAINS TO: § <br> INSURANCE    (07-4789) § <br> *Laura P. Miles Brown v. Metropolitan* § <br> *Property and Casualty Insurance Company* § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION TO DISMISS

**ON MOTION** of plaintiff, Laura P. Miles Brown, in the above entitled and numbered case, and upon suggesting to the Court that all matters of controversy between Laura P. Miles Brown and Metropolitan Property and Casualty Insurance Company have been compromised and settled, and that said action should accordingly be dismissed with prejudice as to all demands, all parties to bear their own costs.

WHEREFORE, plaintiff, Laura P. Miles Brown, respectfully requests that the Court enter an order dismissing the action with prejudice as to all demands, all parties to bear their own costs.

Respectfully submitted,

/s/ Wanda J. Edwards
WANDA J. EDWARDS, #27448
FAYARD & HONEYCUTT, APC
519 Florida Avenue SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193
Facsimile: 225-664-6925

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                             /s/ Wanda J. Edwards
                             WANDA J. EDWARDS