MINUTE ENTRY
DUVAL, J.
January 17, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: MRGO *Robinson*, C. A. No. 06-2268 | SECTION "K"(2) |

      Attending a status conference to discuss Defendant United States' Renewed Motion and Incorporated memorandum to Enforce and Apply Local Rule 56.1 (Doc. 10436) was held this day were:

      Robin Smith for the Government

      Pierce O'Donnell, Andy Owen and Joseph Bruno for plaintiffs.

Prior to the conference, plaintiffs provided to the Court a Revised Statement of Undisputed Facts for Summary Adjudication on Section 702C Immunity, Plaintiffs' Evidentiary Support in Support of Revised Statement of Undisputed Facts for Summary Adjudication on Section 702C Immunity. Having reviewed same and having entertained argument, the Court finds that plaintiffs have substantially complied with the Court's previous order (Doc. 10289) wherein the Court required each party to file "the appropriate separate, short and concise statement of material facts as to which the moving party contends there is no genuine issue to be tried pursuant [to] L.R. 56.1." Plaintiffs' statement has from 188 page tome to an 11 page statement. containing 53 "statements". While this "statement" is longer than most, it is not unreasonably so. To the extent the United States contends statements are irrelevant, it may so argue. Accordingly,

**IT IS ORDERED** that Defendant United States' Renewed Motion and Incorporated memorandum to Enforce and Apply Local Rule 56.1 (Doc. 10436) is **DENIED**.

New Orleans, Louisiana, this 22nd day of January, 2008.

*[signature]*

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**