# United States District Court
## EASTERN DISTRICT OF LOUISIANA

SAVOY PLACE ASSOCIATES, LP

V.

UNITED STATES OF AMERICA, BD. OF COMM. OF
ORLEANS LEVEE DIST., BD. OF COMM. OF E. JEFF
LEVEE DIST., SEWERAGE AND WATER BD. OF N.O.,
ST. PAUL FIRE & MAR. INS. CO., NT'L UNION FIRE
INS. CO. OF PITTS., BD. OF COMM. FOR PORT OF
N.O., CSX CORP., CSX TRANS. INC., THE PUBLIC
BELT RR COMM. OF N.O.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4558

SECT. K  MAG. 2

TO: **CSX CORPORATION**
THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY (CSC)
320 SOMERLOUS STREET
BATON ROUGE, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

(BY) DEPUTY CLERK

AUG 28 2007
DATE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 12/18/07

Name of SERVER (PRINT): Peter Spangenberg

TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: Jeannine Schutte, 320 Somerious St., Baton Rouge, LA 70802

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/07
Date

Signature of Server

Address of Server: P & I CLAIMS SERVICE, INC. 610 BELLE TERRE BLVD LA PLACE, LA 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.