# United States District Court
## EASTERN DISTRICT OF LOUISIANA

AMMON L. MILLER, JR.

V.

UNITED STATES OF AMERICA, BOARD OF
COMMISSIONERS OF THE ORLEANS LEVEE
DISTRICT, BOARD OF COMMISSIONERS OF THE
EAST JEFFERSON LEVEE DISTRICT, SEWERAGE
AND WATER BOARD OF NEW ORLEANS, ST. PAUL
FIRE & MARINE INSURANCE COMPANY, NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, BOARD OF COMMISSIONER FOR THE
PORT OF NEW ORLEANS, CSX CORPORATION, CSX
TRANSPORTATION, INC., & THE PUBLIC BELT
RAILROAD COMMISSION FOR THE CITY OF NEW
ORLEANS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 - 4975

SECT. K MAG. 2

TO:  CSX CORPORATION
     Through its Registered Agent:
     320 Somerlous Street
     Baton Rouge, Louisiana 70802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

B. Catalanotto
(BY) DEPUTY CLERK

AUG 2 9 2007

DATE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/18/07 |
| Name of SERVER (PRINT) Peter Spangenberg | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: Jeannine Schutte, 320 Somerlous St., Baton Rouge, LA 70802

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/07
Date

Signature of Server

Address of Server
P & I CLAIMS SERVICE, INC.
610 BELLE TERRE BLVD
LA PLACE, LA 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.