MINUTE ENTRY
WILKINSON, M.J.
JANUARY 25, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION
                                              NO. 05-4182 "K" (2)

PERTAINS TO:                                    JUDGE DUVAL
ROAD HOME: Louisiana State, 07-5528       MAG. WILKINSON

At the request of counsel, a conference was conducted by me on January 25, 2008. Participating via telephone were: Defense Liaison Counsel, Seth Schmeeckle; Frank Dudenhefer, representing the State of Louisiana in the referenced Road Home case; and Charles Chassaignac, representing State Farm.

Counsel advised that they have prepared approximately 400 proposed settlements for submission to the Road Home Program with requests for consent, pursuant to the procedures outlined in my previous minute entry. Record Doc. No. 10383.[1] However, actual submission of the proposed settlement materials cannot occur till the parties'

---

[1] In addition, I have directed the three plaintiffs' lawyers to whom notice of this minute entry is being directed below to follow the same procedures concerning consent of the Road Home Program to settlement of their cases pending before me.

MJSTAR:  **0 : 20**

dispute over a proposed protective order that is the subject of a motion pending before me, Record Doc. No. 10633, is resolved. Accordingly, in an effort to provide the full 30 days originally contemplated during our previous discussions for review by the Road Home Program of the proposed settlements,

**IT IS ORDERED** that the status conference in the referenced Road Home case, C.A. No. 07-5528, previously set in this matter on February 29, 2008, **is** hereby **CONTINUED TO March 7, 2008, commencing at 10:00 a.m.** At the conference, counsel for the parties shall report to me concerning the progress of their efforts as set out in the court's previous order, Record Doc. No. 10383, including identification of any individual cases pending in this court in which settlements have been finalized and dismissal is appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.

ALL COUNSEL OF RECORD

AND

MICHELLE GAUDIN
GAUDIN & LONGORIA
858 CAMP ST.
NEW ORLEANS, LA 70130

- 2 -

TODD KORBEL
TODD M. KORBEL, APLC
430 OLIVIER ST.
NEW ORLEANS, LA 70114-1043

KAREN MCCARTHY
ZATZKIS, MCCARTHY & ASSOCIATES, LLC
650 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LA 70130