AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

WHITE III, LLC f/k/a JLH, LLC

V.

United States of America, Washington Group Int'l, Inc.,
Bd. of Comm. Of the Orleans Levee District, Bd. of
Comm. of the Lake Borgne Basin Levee Dist., Bd. of
Comm. of the E.Jeff. Levee Dist., Sewerage & Water Bd.
Of N.O., St. Paul Fire & Mar. Ins. Co., Nat'l Union Fire
Ins. Co. Of Pitts., Bd. of Comm. for the Port of N.O. CSX
Corp., CSX Trans., Inc., the Public Belt R.R. Comm. for
the City of N.O.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 - 4979

TO: **CSX CORPORATION**
Through its Registered Agent:
Corporation Service Company
320 Somerlous Street
Baton Rouge, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon
you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded
in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 2 9 2007

LORETTA G. WHYTE
CLERK

DATE

(BY) DEPUTY CLERK

Fee
Process
X Dktd
CtRmDep
Doc. No.

AO 440 (Rev. 10/93) Summons in a Civil Action

---

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | *12/18/07* |

| Name of SERVER (PRINT) *Peter Spangenberg* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: *Jeannine Schutte*
*320 Somerlous St. Baton Rouge LA 70802*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *12/18/07*
_____
Date

_____
Signature of Server

_____
Address of Server

P & I CLAIMS SERVICE, INC.
610 BELLE TERRE BLVD
LA PLACE, LA 70068

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.