AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

*[stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF LA, 2008 JAN 23 PM 1:31, LORETTA G. WHYTE CLERK, FILED]*

VALENCIA TANNER

**V.**

UNITED STATES OF AMERICA, BD. OF COMM. OF
ORLEANS LEVEE DIST., BD. OF COMM. OF E. JEFF
LEVEE DIST., SEWERAGE AND WATER BD. OF N.O.,
ST. PAUL FIRE & MAR. INS. CO., NT'L UNION FIRE
INS. CO. OF PITTS., BD. OF COMM. FOR PORT OF
N.O., CSX CORP., CSX TRANS. INC., THE PUBLIC
BELT RR COMM. OF N.O.

TO:  **CSX Corporation**
Through its Registered Agent:
Corporation Service Company (CSC)
320 Somerlous Street
Baton Rouge, LA  70802

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 07 - 4990
# SECT. K MAG. 2

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARTHA Y. CURTIS
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

_____
CLERK

*[signature]*

_____
(BY) DEPUTY CLERK

**AUG 2 9 2007**
_____
DATE

____ Fee
____ Process
_X_ Dktd
____ CtRmDep
____ Doc. No.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/18/07 |
| Name of SERVER (PRINT) | TITLE  *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: *Jeannine Schutte*
*320 Somerlous St. Baton Rouge LA 70802*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/07
Date

Signature of Server

P & T CLAIMS SERVICE, INC.
610 BELLE TERRE BLVD
LA PLACE, LA 70068
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.