# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAJESTIC MORTUARY SERVICE, INC.**

V.

UNITED STATES OF AMERICA, BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, BOARD OF COMMISSIONERS OF THE EAST JEFFERSON LEVEE DISTRICT, SEWERAGE AND WATER BOARD OF NEW ORLEANS, ST. PAUL FIRE & MARINE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, BOARD OF COMMISSIONER FOR THE PORT OF NEW ORLEANS, CSX CORPORATION, CSX TRANSPORTATION, INC., & THE PUBLIC BELT RAILROAD COMMISSION FOR THE CITY OF NEW ORLEANS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07-5015

SECT. K MAG. 2

TO: **CSX Corporation**
Through its Registered Agent:
Corporation Service Company (CSC)
320 Somerlous Street
Baton Rouge, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**                                         AUG 2 9 2007

CLERK                                                         DATE

(BY) DEPUTY CLERK

___ Fee
___ Process
_X_ Dkt'd
___ CtRmDep
___ Doc. No.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/18/07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Peter Spangenberg | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: Jeannie Schutte 320 Somerulus St., Baton Rouge, LA 70802

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/07
Date

Signature of Server

P & I CLAIMS SERVICE, INC.
610 BELLE TERRE BLVD
LA PLACE, LA 70068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.