UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO, BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

### *EX PARTE* MOTION TO ENROLL *PRO HAC VICE*

Pursuant to Local Rule 83.2.6E, and solely for the limited purpose of this motion, and without waiving and specifically reserving all rights, defenses, and objections, undersigned counsel of record for Defendant Washington Group International, Inc. ("WGII") hereby moves for entry of an Order enrolling Shannon M. Kasley of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001 as co-counsel for WGII in the above-captioned matter.

Mr. Kasley is ineligible to become a member of the Bar of this Court because he is not a member of the Bar of the State of Louisiana. Mr. Kasley is a member in good standing of the Bar of the State of New York, the Bar of the State of New Jersey, and the District of Columbia. A certificate of good standing from the District of Columbia Court of Appeals is attached hereto as is required by Local Rule 83.2.6E. In further compliance with Local Rule 83.2.6E, an affidavit from Mr. Kasley is also attached.

909211v.1

WHEREFORE, undersigned counsel for Defendant Washington Group International, Inc. prays that Shannon M. Kasley be admitted *pro hac vice* as co-counsel of record for WGII in this proceeding.

Respectfully submitted,

/s/ Heather S. Lonian
William D. Treeby, Bar No. 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Attorneys for Defendant Washington Group International, Inc.

Of Counsel

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Ex Parte Motion to Enroll Counsel *Pro Hac Vice* has been served upon all counsel of record via the CM/ECF system this 25th day of January, 2008.

/s/ Heather S. Lonian