UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * NO. 05-4182 <br> * SECTION "K" (2) |
| PERTAINS TO: MRGO, BARGE | * JUDGE DUVAL <br> * MAGISTRATE WILKINSON |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF SHANNON M. KASLEY TO PRACTICE AS A VISITING ATTORNEY PURSUANT TO LOCAL RULE 83.2.6E**

Comes now Mr. Shannon M. Kasley and states as follows:

1. I am an attorney at the law firm of Jones Day, at 51 Louisiana Avenue, N.W., Washington, District of Columbia, 20001, Telephone: (202) 879-3710, Facsimile: (202) 626-1700.

2. I have been retained by Washington Group International, Inc. to provide legal representation in connection with the above-captioned litigation now pending before the United States District Court for the Eastern District of Louisiana.

3. I have been been, and presently am, a member in good standing of the bar of the highest court of New York, New Jersey, and the District of Columbia. A certificate of good standing from the District of Columbia Court of Appeals dated January 25, 2008 is attached hereto.

4. I have been admitted to practice before the following courts: United States Supreme Court (2007); United States Court of Appeals for the Third Circuit (1998); United

States District Court for the District of New Jersey (1997); and United States District Court for the District of Columbia (2002). I am presently a member in good standing of the bars of the courts listed above.

5. I have not been subject to any contempt, suspension, or disbarment proceedings, and have not been the subject of any other disciplinary proceedings. I have never had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked. Nor have I ever had any certificate or privilege to appear before any administrative body suspended or revoked.

6. I have never been subject to any criminal charges.

Sworn under penalty of perjury this 25th day of January, 2008.

                    Shannon M. Kasley
                    JONES DAY
                    51 Louisiana Avenue N.W.
                    Washington, D.C. 20001
                    (202) 879-3710 (telephone)
                    (202) 626-1700 (facsimile)

District of Columbia       )
                            ) ss.
                            )

Subscribed and sworn to before me
this 25th day of January, 2008.

_____
Notary Public

My Commission Expires: March 31, 2011