## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO, BARGE

JUDGE DUVAL

MAG. WILKINSON

## O R D E R

Considering Washington Group International, Inc.'s *Ex Parte* Motion to Enroll Counsel *Pro Hac Vice*;

**IT IS ORDERED** that the motion is **GRANTED** and that Shannon M. Kasley of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001 hereby is admitted *pro hac vice* co-counsel of record in this proceeding for Defendant Washington Group International, Inc.

NEW ORLEANS, LOUISIANA, this _____ day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

909211v.1