UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME Louisiana State C.A. No. 07-5528 | * * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * | * * | |

## INSURANCE COMPANY DEFENDANT ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

American Summitt Insurance Company and National Lloyds Insurance Company

Agreed to by:

Allen & Gooch

_____
John R. Walker, Bar No. 2165
One Lakeway Center, Suite 1450
3900 N. Causeway Blvd.
Metairie, La 70002
Telephone: 504.836.5210
Fax: 504.836.5215
Email: johnwalker@allengooch.com
Counsel for National Lloyds Insurance Company
and American Summit Insurance Company

Dated: January 25, 2008

1