# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2008 JAN 23 LORETTA G. WHYTE CLERK*

UNIVERSAL HEALTH SERVICES, INC.

V.

United States of America, Washington Group Int'l, Inc., Bd. of Comm. Of the Orleans Levee District, Bd. of Comm. of the Lake Borgne Basin Levee Dist., Bd. of Comm. of the E.Jeff. Levee Dist., Sewerage & Water Bd. Of N.O., St. Paul Fire & Mar. Ins. Co., Nat'l Union Fire Ins. Co. Of Pitts., Bd. of Comm. for the Port of N.O. CSX Corp., CSX Trans., Inc., the Public Belt R.R. Comm. for the City of N.O.

**SUMMONS IN A CIVIL CASE RETURN**

CASE NUMBER:

## 07-52541

### SECT. K MAG. 2

**TO:** CSX CORPORATION
Through its Registered Agent:
Corporation Service Company
320 Somerlous Street
Baton Rouge, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

_B. Gregory_
(BY) DEPUTY CLERK

DATE  AUG 3 0 2007

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

## RETURN OF SERVICE

DATE: 12/18/07

Service of the Summons and Complaint was made by me [1]

Name of SERVER (PRINT): Peter Spangenberg

TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Jeannine Schutte 350 Somerlous St. Baton Rouge LA 70802

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/07
Date

Signature of Server

Address of Server: P & I CLAIMS SERVICE, INC.
610 BELLE TERRE BLVD
LA PLACE, LA 70068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.