UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (Thaller, No. 07-3839) | * | |
| | * | |

**MOTION TO DISMISS**

COMES NOW, Mr. and Mrs. Francis J. Thaller, plaintiffs, appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that Plaintiffs desire to dismiss with prejudice the said cause against The Standard Fire Insurance Company, on behalf of itself and the incorrectly referred to entity St. Paul Travelers Group, The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, one of the Travelers Property and Casualty [Insurance] Companies, with each party to bear its own court costs.

1

Respectfully submitted:

/s/ Roy F. Amedee, Jr.
Roy F. Amedee, Jr.
Brent A. Klibert
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Ave.
Suite 801
New Orleans, LA 70130
504-592-3222
Email: remedeejr@aol.com

Allan Berger
Allan Berger & Associates, PLC
4173 Canal St.
New Orleans, LA 70119
504-486-9481
Email: aberger@allan-berger.com

Andrea S. Lestelle
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, LA 70002-3726
504-828-1224
Email: alestelle@lestellelaw.com

John Van Robichaux, Jr.
Robichaux Law Firm
6305 Elysian Fields Ave.
Suite 304
P.O. Box 792500
New Orleans, LA 70122
985-809-0620
info@robichauxlaw.com

Patrick G. Kehoe, Jr.
Patrick G. Kehoe, Jr. APLC
833 Baronne St.
New Orleans, LA 70113
504-588-1110
Email: pgkehoejr@kehoejr.com

        William Peter Connick
        Connick & Connick, LLC
        2551 Metairie Rd.
        Metairie, LA 70001
        504-838-8777
        Fax: 504-838-9903
        Email: pconnick@connicklaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on _____ 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to Gary J. Russo.

        /s/ Roy F. Amedee, Jr.
        Roy F. Amedee, Jr.