**MINUTE ENTRY**
**DUVAL, J.**
**JANUARY 23, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| **PERTAINS TO: LEVEE**<br>No. 07-4944 (Cina)<br>No. 07-5184 (Rault Resources, Inc.)<br>No. 07-4775 (Murphy building Corp., et al)<br>07-5186 (Rault, et al)<br>07-5187 (McCay) | NO. 05-4182<br><br>SECTION "K"(2) |

07-4551, 07-4552, 07-4553, 07-4554, 07-4556, 07-4557, 07-4558, 07-4559, 07-4560, 07-4561, 07-4563, 07-4948, 07-4949, 07-4950, 07-4951, 07-4952, 07-4953, 07-4954, 07-4955, 07-4956, 07-4957, 07-4958, 07-4959, 07-4960, 07-4961, 07-4962, 07-4963, 07-4964, 07-4966, 07-4967, 07-4968, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974, 07-4975, 07-4976, 07-4977, 07-4978, 07-4979, 07-4980, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985, 07-4986, 07-4987, 07-4988, 07-4989, 07-4990, 07-4991, 07-4992, 07-4993, 07-4994, 07-4995, 07-4996, 07-4997, 07-4998, 07-4999, 07-5000, 07-5001, 07-5002, 07-5003, 07-5004, 07-5005, 07-5006, 07-5008, 07-5009, 07-5010, 07-5012, 07-5014, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019, 07-5148, 07-5150, 07-5155, 07-5193, 07-5254, 07-5286, 07-5314, 07-5315, 07-5316, 07-5317, 07-5318, 07-5319, 07-5320, 07-5321, 07-5322, 07-5323, 07-5324, 07-5325, 07-5326, 07-5328, 07-5329, 07-5330, 07-5331, 07-5332, 07-5333, 07-5334, 07-5335, 07-5336, 07-5337, 07-5338, 07-5339, 07-5340, 07-5341, 07-5342, 07-5345, 07-5346, 07-5347, 07-5348, 07-5349, 07-5350, 07-5351, 07-5352, 07-5353, 07-5354, 07-5355, 07-5356, 07-5357, 07-5358, 07-5359, 07-5360, 07-5361, 07-5362, 07-5363, 07-5364, 07-5365, 07-5367, 07-5368, 07-5369, 07-5370, 07-5371, 07-5372, 07-5373, 07-5374, 07-5375, 07-5376, 07-5377, 07-5378, 07-5494, 07-5495, 07-5496

**MOTIONS to dismiss by Sewerage and Water Board, of N.O., docs. 9910, 10037, 10039, 10041, 10043 and 10015.**

**MOTION to dismiss by The Board of Commissioners of the East Jefferson Levee District, doc. 10201.**

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTER: TONI TUSA**

**APPEARANCES: Kevin Tully, w. Nicholas Dietzen, IV, Kerry Miller, Joseph Bearden, III, Peter Hilbert, Jr., John Balhoff, & Jonathan Womack**

Court begins at 2:05 p.m. Case called; all present and ready.
Oral argument by parties.
These matters are DENIED for the oral reasons stated on the record.
Court shall issue an order.
Court adjourned at 2:55 p.m.

JS-10 (:48)