UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO. 05-4182 "K" (2) |
| § | | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| § | | |
| PERTAINS TO: § | | |
| ALL LEVEE § | | |
| ALL MRGO § | | |
| ALL BARGE § | | |
| _____§ | | |

## NOTICE OF PRODUCTION

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, and the Defendants' Requests for Production of Documents, respectively, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368). In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the

United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

| | | |
|---|---|---|
| ERD-004-000000001 | to | ERD-004-000000960; |
| NCT-700-000000001 | to | NCT-700-000000368; |
| NCT-700-000000370 | to | NCT-700-000000431; |
| NCT-700-000000443 | to | NCT-700-000000597; |
| NCT-700-000000608 | to | NCT-700-000001417; |
| NCT-700-000001447 | to | NCT-700-000001666; |
| NCT-700-000001676 | to | NCT-700-000001705; |
| NCT-700-000001718 | to | NCT-700-000001719; |
| NCT-700-000001747 | to | NCT-700-000001751; |
| NCT-700-000001759 | to | NCT-700-000001760; |
| NCT-700-000001763 | to | NCT-700-000001764; |
| NCT-700-000001767 | to | NCT-700-000001936; |
| NCT-700-000001938 | to | NCT-700-000002194; |
| NCT-700-000002196 | to | NCT-700-000002201; |
| NCT-700-000002203 | to | NCT-700-000002972; |
| NED-244-000000001 | to | NED-244-000000350; |
| NED-244-000000353 | to | NED-244-000000394; |
| NED-244-000000399 | to | NED-244-000000790; |
| NED-244-000000794 | to | NED-244-000000799; |
| NED-244-000000803 | to | NED-244-000000834; |
| NED-244-000000836 | to | NED-244-000000910; |
| NED-244-000000914 | to | NED-244-000001036; |
| NED-244-000001044 | to | NED-244-000001072; |
| NED-244-000001117 | to | NED-244-000001151; |
| NED-244-000001167 | to | NED-244-000001959; |
| NED-245-000000001 | to | NED-245-000001905; |
| NED-245-000001908 | to | NED-245-000002162; |
| NED-246-000000001 | to | NED-246-000000070; |
| NED-250-000000001 | to | NED-250-000000001; |
| NED-703-000000001 | to | NED-703-000001331; |
| NED-703-000001336 | to | NED-703-000002098; |
| NED-706-000000001 | to | NED-706-000001199; |
| NED-706-000001209 | to | NED-706-000001211; |
| NED-706-000001213 | to | NED-706-000002211; |
| NEN-246-000000001 | to | NEN-246-000000002; |
| NEN-244-000000001 | to | NEN-244-000000001; |

| | | |
|---|---|---|
| NPA-001-000000001 | to | NPA-001-000000076; |
| NRE-711-000000001 | to | NRE-711-000000087; |
| NRE-711-000000101 | to | NRE-711-000000561; |
| NRE-711-000000566 | to | NRE-711-000000587; |
| NRE-711-000000590 | to | NRE-711-000000592; |
| NRE-711-000000620 | to | NRE-711-000000622; |
| NRE-711-000000626 | to | NRE-711-000000626; |
| NRE-711-000000629 | to | NRE-711-000000690; |
| NRE-711-000000694 | to | NRE-711-000000789; |
| NRE-711-000000792 | to | NRE-711-000001778; |
| NRE-718-000000001 | to | NRE-718-000000049; |
| NRE-718-000000052 | to | NRE-718-000000989; |
| NRE-719-000000001 | to | NRE-719-000000027; |
| NRE-719-000000040 | to | NRE-719-000000053; |
| NRE-719-000000057 | to | NRE-719-000000059; |
| NRE-719-000000061 | to | NRE-719-000000078; |
| NRE-719-000000080 | to | NRE-719-000000198; |
| NRE-719-000000200 | to | NRE-719-000000383; |
| NRE-719-000000385 | to | NRE-719-000000525; |
| NRE-719-000000529 | to | NRE-719-000000543; |
| NRE-719-000000545 | to | NRE-719-000000546; |
| NRE-719-000000568 | to | NRE-719-000000611; |
| NRE-719-000000614 | to | NRE-719-000000633; |
| NRE-719-000000636 | to | NRE-719-000000636; |
| NRE-719-000000651 | to | NRE-719-000000671; |
| NRE-719-000000681 | to | NRE-719-000000691; |
| NRE-719-000000698 | to | NRE-719-000000703; |
| NRE-719-000000730 | to | NRE-719-000000742; |
| NRE-719-000000749 | to | NRE-719-000001228; |
| NRE-719-000001242 | to | NRE-719-000001923; |
| NRE-736-000000001 | to | NRE-736-000000754; |
| NRE-736-000000757 | to | NRE-736-000000806; |
| NRE-741-000000001 | to | NRE-741-000000022; |
| NRE-741-000000039 | to | NRE-741-000000202; |
| NRE-750-000000001 | to | NRE-750-000000889; |
| NRE-754-000000001 | to | NRE-754-000000040; |
| NRE-754-000000057 | to | NRE-754-000000057; |
| NRE-754-000000071 | to | NRE-754-000000080; |
| NRE-754-000000083 | to | NRE-754-000000087; |
| NRE-754-000000095 | to | NRE-754-000000117; |
| NRE-754-000000126 | to | NRE-754-000000142; |
| NRE-754-000000162 | to | NRE-754-000000162; |
| NRE-754-000000167 | to | NRE-754-000000472; |

| | | |
|---|---|---|
| NRE-754-000000478 | to | NRE-754-000000484; |
| NRE-754-000000499 | to | NRE-754-000000499; |
| NRE-754-000000505 | to | NRE-754-000000518; |
| NRE-754-000000538 | to | NRE-754-000000538; |
| NRE-754-000000543 | to | NRE-754-000000543; |
| NRE-754-000000545 | to | NRE-754-000000547; |
| NRE-754-000000549 | to | NRE-754-000000557; |
| NRE-754-000000565 | to | NRE-754-000000565; |
| NRE-754-000000595 | to | NRE-754-000000597; |
| NRE-754-000000602 | to | NRE-754-000000612; |
| NRE-754-000000614 | to | NRE-754-000000956; |
| NRE-754-000000958 | to | NRE-754-000000964; |
| NRE-754-000000969 | to | NRE-754-000001072; |
| NRE-754-000001075 | to | NRE-754-000001075; |
| NRE-754-000001078 | to | NRE-754-000001116; |
| NRE-754-000001119 | to | NRE-754-000001119; |
| NRE-754-000001125 | to | NRE-754-000001143; |
| NRE-754-000001145 | to | NRE-754-000001146; |
| NRE-754-000001149 | to | NRE-754-000001167; |
| NRE-754-000001171 | to | NRE-754-000001174; |
| NRE-754-000001182 | to | NRE-754-000001182; |
| NRE-754-000001186 | to | NRE-754-000001188; |
| NRE-754-000001190 | to | NRE-754-000001194; |
| NRE-754-000001196 | to | NRE-754-000001333; |
| NRE-754-000001342 | to | NRE-754-000001342; |
| NRE-754-000001356 | to | NRE-754-000001370; |
| NRE-754-000001377 | to | NRE-754-000001377; |
| NRE-754-000001382 | to | NRE-754-000001414; |
| NRE-754-000001416 | to | NRE-754-000001422; |
| NRE-754-000001469 | to | NRE-754-000001473; |
| NRE-755-000000001 | to | NRE-755-000000015; |
| NRE-755-000000042 | to | NRE-755-000000096; |
| NRE-755-000000099 | to | NRE-755-000000147; |
| NRE-755-000000155 | to | NRE-755-000000295; |
| NRE-755-000000327 | to | NRE-755-000000338; |
| NRE-755-000000345 | to | NRE-755-000000709; |
| NRE-755-000000713 | to | NRE-755-000000798; |
| NRE-755-000000800 | to | NRE-755-000000819; |
| NRE-755-000000821 | to | NRE-755-000000885; |
| NRE-755-000000888 | to | NRE-755-000000906; |
| NRE-755-000000914 | to | NRE-755-000000945; |
| NRE-755-000000968 | to | NRE-755-000000972; |
| NRE-755-000000977 | to | NRE-755-000001005; |

| | | |
|---|---|---|
| NRE-755-000001010 | to | NRE-755-000001110; |
| NRE-755-000001114 | to | NRE-755-000001117; |
| NRE-755-000001122 | to | NRE-755-000001122; |
| NRE-755-000001124 | to | NRE-755-000001128; |
| NRE-755-000001131 | to | NRE-755-000001135; |
| NRE-755-000001138 | to | NRE-755-000001138; |
| NRE-755-000001144 | to | NRE-755-000001150; |
| NRE-755-000001152 | to | NRE-755-000001161; |
| NRE-755-000001164 | to | NRE-755-000001176; |
| NRE-755-000001187 | to | NRE-755-000001260; |
| NRE-755-000001265 | to | NRE-755-000001294; |
| NRE-755-000001296 | to | NRE-755-000001297; |
| NRE-755-000001299 | to | NRE-755-000001316; |
| NRE-755-000001319 | to | NRE-755-000001330; |
| NRE-755-000001334 | to | NRE-755-000001369; |
| NRE-755-000001371 | to | NRE-755-000001375; |
| NRE-755-000001377 | to | NRE-755-000001377; |
| NRE-755-000001379 | to | NRE-755-000001379; |
| NRE-755-000001381 | to | NRE-755-000001384; |
| NRE-755-000001386 | to | NRE-755-000001390; |
| NRE-755-000001392 | to | NRE-755-000001393; |
| NRE-755-000001396 | to | NRE-755-000001400; |
| NRE-755-000001404 | to | NRE-755-000001404; |
| NRE-755-000001406 | to | NRE-755-000001407; |
| NRE-755-000001409 | to | NRE-755-000001412; |
| NRE-755-000001415 | to | NRE-755-000001425; |
| NRE-755-000001427 | to | NRE-755-000001457; |
| NRE-755-000001465 | to | NRE-755-000001480; |
| NRE-771-000000001 | to | NRE-771-000000059; |
| NRE-771-000000061 | to | NRE-771-000000109; |
| NRE-771-000000112 | to | NRE-771-000000370; |
| OFP-077-000000001 | to | OFP-077-000000206; |
| RFP-050-000000001 | to | RFP-050-000000629. |

This Notice of Production is respectfully submitted,

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        C. FREDERICK BECKNER, III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

         s/ Paul Marc Levine
        PAUL MARC LEVINE
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: January 25, 2008

## CERTIFICATE OF SERVICE

I, Paul Marc Levine that on January 25, 2008, I served a true copy of the United States' Notice of Production upon all parties by ECF.

                                              s/ Paul Marc Levine
                                              PAUL MARC LEVINE