**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 246 | NED-246-000000001 | NED-246-000000070 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 256 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Historical Photos - Initial Construction |
| NEN | 246 | NEN-246-000000001 | NEN-246-000000002 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 256 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Dredging History |
| NEN | 244 | NEN-244-000000001 | NEN-244-000000001 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 620 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Video: 9-21-94, MRGO, MI. 56-49 Disposal Areas |
| NED | 250 | NED-250-000000001 | NED-250-000000001 | USACE; MVD; MVN; Engineering | William Landry | KC 621 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Map of Lake Pontchartrain & West Bank, and Vicinity Hurricane Protection Projects |
| NPA | 001 | NPA-001-000000001 | NPA-001-000000076 | USACE; MVD; MVN; Management Information Systems | Edwin Betbeze | KC 621 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos from USACE Photographic Archive |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ERD | 004 | ERD-004-000000001 | ERD-004-000000960 | USACE; ERDC; CERL | Tad Britt | KC 622 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Data Pertaining to Hurricane Katrina and Task Force Guardian |
| NCT | 700 | NCT-700-000000001 | NCT-700-000000368 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000000370 | NCT-700-000000431 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000000443 | NCT-700-000000597 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000000608 | NCT-700-000001417 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCT | 700 | NCT-700-000001447 | NCT-700-000001666 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000001676 | NCT-700-000001705 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000001718 | NCT-700-000001719 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000001747 | NCT-700-000001751 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000001759 | NCT-700-000001760 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |

1/25/2008

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCT | 700 | NCT-700-000001763 | NCT-700-000001764 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000001767 | NCT-700-000001936 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000001938 | NCT-700-000002194 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000002196 | NCT-700-000002201 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |
| NCT | 700 | NCT-700-000002203 | NCT-700-000002972 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Contract files re Lake Pontchartrain Hurricane Protection Project - 17th St Outfall Canal |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 244 | NED-244-000000001 | NED-244-000000350 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. MRGO Helicopter Trip; North Bank Disposal Sites |
| NED | 244 | NED-244-000000353 | NED-244-000000394 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. MRGO Helicopter Trip; North Bank Disposal Sites |
| NED | 244 | NED-244-000000399 | NED-244-000000790 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. MRGO Helicopter Trip; North Bank Disposal Sites |
| NED | 244 | NED-244-000000794 | NED-244-000000799 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. MRGO Helicopter Trip; North Bank Disposal Sites |
| NED | 244 | NED-244-000000803 | NED-244-000000834 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. MRGO Helicopter Trip; North Bank Disposal Sites |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 244 | NED-244-000000836 | NED-244-000000910 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. MRGO Helicopter Trip; North Bank Disposal Sites |
| NED | 244 | NED-244-000000914 | NED-244-000001036 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. MRGO Helicopter Trip; North Bank Disposal Sites |
| NED | 244 | NED-244-000001044 | NED-244-000001072 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. MRGO Helicopter Trip; North Bank Disposal Sites |
| NED | 244 | NED-244-000001117 | NED-244-000001151 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. MRGO Helicopter Trip; North Bank Disposal Sites |
| NED | 244 | NED-244-000001167 | NED-244-000001959 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos. MRGO Helicopter Trip; North Bank Disposal Sites |

1/25/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 245 | NED-245-000000001 | NED-245-000001905 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re MRGO Dredged Material Management Plan - Preliminary Assessment |
| NED | 245 | NED-245-000001908 | NED-245-000002162 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re MRGO Dredged Material Management Plan - Preliminary Assessment |
| NED | 703 | NED-703-000000001 | NED-703-000001331 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re MRGO North Bank Foreshore Dike Construction |
| NED | 703 | NED-703-000001336 | NED-703-000002098 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re MRGO North Bank Foreshore Dike Construction |
| NED | 706 | NED-706-000000001 | NED-706-000001199 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO 2002 Maintenance Dredging |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 706 | NED-706-000001209 | NED-706-000001211 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO 2002 Maintenance Dredging |
| NED | 706 | NED-706-000001213 | NED-706-000002211 | USACE; MVD; MVN | Not Available | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO 2002 Maintenance Dredging |
| NRE | 711 | NRE-711-000000001 | NRE-711-000000087 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Studies re Habitat Evaluation and Mitigation Cost Analysis for Lake Pontchartrain and Grand Isle Hurricane Protection Project - Chalmette |
| NRE | 711 | NRE-711-000000101 | NRE-711-000000561 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Studies re Habitat Evaluation and Mitigation Cost Analysis for Lake Pontchartrain and Grand Isle Hurricane Protection Project - Chalmette |
| NRE | 711 | NRE-711-000000566 | NRE-711-000000587 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Studies re Habitat Evaluation and Mitigation Cost Analysis for Lake Pontchartrain and Grand Isle Hurricane Protection Project - Chalmette |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 711 | NRE-711-000000590 | NRE-711-000000592 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Studies re Habitat Evaluation and Mitigation Cost Analysis for Lake Pontchartrain and Grand Isle Hurricane Protection Project - Chalmette |
| NRE | 711 | NRE-711-000000620 | NRE-711-000000622 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Studies re Habitat Evaluation and Mitigation Cost Analysis for Lake Pontchartrain and Grand Isle Hurricane Protection Project - Chalmette |
| NRE | 711 | NRE-711-000000626 | NRE-711-000000626 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Studies re Habitat Evaluation and Mitigation Cost Analysis for Lake Pontchartrain and Grand Isle Hurricane Protection Project - Chalmette |
| NRE | 711 | NRE-711-000000629 | NRE-711-000000690 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Studies re Habitat Evaluation and Mitigation Cost Analysis for Lake Pontchartrain and Grand Isle Hurricane Protection Project - Chalmette |
| NRE | 711 | NRE-711-000000694 | NRE-711-000000789 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Studies re Habitat Evaluation and Mitigation Cost Analysis for Lake Pontchartrain and Grand Isle Hurricane Protection Project - Chalmette |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 711 | NRE-711-000000792 | NRE-711-000001778 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Studies re Habitat Evaluation and Mitigation Cost Analysis for Lake Pontchartrain and Grand Isle Hurricane Protection Project - Chalmette |
| NRE | 718 | NRE-718-000000001 | NRE-718-000000049 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re Lake Pont and Vicinity; Lakefront Levee; Marina Floodwall |
| NRE | 718 | NRE-718-000000052 | NRE-718-000000989 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re Lake Pont and Vicinity; Lakefront Levee; Marina Floodwall |
| NRE | 719 | NRE-719-000000001 | NRE-719-000000027 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000040 | NRE-719-000000053 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 719 | NRE-719-000000057 | NRE-719-000000059 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000061 | NRE-719-000000078 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000080 | NRE-719-000000198 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000200 | NRE-719-000000383 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000385 | NRE-719-000000525 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 719 | NRE-719-000000529 | NRE-719-000000543 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000545 | NRE-719-000000546 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000568 | NRE-719-000000611 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000614 | NRE-719-000000633 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000636 | NRE-719-000000636 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 719 | NRE-719-000000651 | NRE-719-000000671 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000681 | NRE-719-000000691 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000698 | NRE-719-000000703 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000730 | NRE-719-000000742 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 719 | NRE-719-000000749 | NRE-719-000001228 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |

1/25/2008

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 719 | NRE-719-000001242 | NRE-719-000001923 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Construction and Contract Files re High Level Plan; Orleans Ave Outfall Canal; RE Lee Bridge; Citrus Lakefront Levee |
| NRE | 736 | NRE-736-000000001 | NRE-736-000000754 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Higgins Ship Canal and GIWW; Historical Files |
| NRE | 736 | NRE-736-000000757 | NRE-736-000000806 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Higgins Ship Canal and GIWW; Historical Files |
| NRE | 741 | NRE-741-000000001 | NRE-741-000000022 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Correspondece Files re MRGO Disposal Area Marsh Project |
| NRE | 741 | NRE-741-000000039 | NRE-741-000000202 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Correspondece Files re MRGO Disposal Area Marsh Project |

1/25/2008

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 750 | NRE-750-000000001 | NRE-750-000000889 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Real Estate Files re Expired or Terminated MRGO Contracts |
| NRE | 754 | NRE-754-000000001 | NRE-754-000000040 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000057 | NRE-754-000000057 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000071 | NRE-754-000000080 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000083 | NRE-754-000000087 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 754 | NRE-754-000000095 | NRE-754-000000117 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000126 | NRE-754-000000142 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000162 | NRE-754-000000162 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000167 | NRE-754-000000472 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000478 | NRE-754-000000484 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 754 | NRE-754-000000499 | NRE-754-000000499 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000505 | NRE-754-000000518 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000538 | NRE-754-000000538 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000543 | NRE-754-000000543 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000545 | NRE-754-000000547 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |

1/25/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 754 | NRE-754-000000549 | NRE-754-000000557 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000565 | NRE-754-000000565 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000595 | NRE-754-000000597 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000602 | NRE-754-000000612 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000614 | NRE-754-000000956 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |

1/25/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 754 | NRE-754-000000958 | NRE-754-000000964 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000000969 | NRE-754-000001072 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001075 | NRE-754-000001075 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001078 | NRE-754-000001116 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001119 | NRE-754-000001119 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |

1/25/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 754 | NRE-754-000001125 | NRE-754-000001143 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001145 | NRE-754-000001146 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001149 | NRE-754-000001167 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001171 | NRE-754-000001174 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001182 | NRE-754-000001182 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 754 | NRE-754-000001186 | NRE-754-000001188 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001190 | NRE-754-000001194 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001196 | NRE-754-000001333 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001342 | NRE-754-000001342 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001356 | NRE-754-000001370 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |

1/25/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 754 | NRE-754-000001377 | NRE-754-000001377 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001382 | NRE-754-000001414 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001416 | NRE-754-000001422 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 754 | NRE-754-000001469 | NRE-754-000001473 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re IHNC Replacement Lock; Sewage and Water Board Relocations |
| NRE | 755 | NRE-755-000000001 | NRE-755-000000015 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 755 | NRE-755-000000042 | NRE-755-000000096 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000000099 | NRE-755-000000147 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000000155 | NRE-755-000000295 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000000327 | NRE-755-000000338 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000000345 | NRE-755-000000709 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |

1/25/2008

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 755 | NRE-755-000000713 | NRE-755-000000798 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000000800 | NRE-755-000000819 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000000821 | NRE-755-000000885 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000000888 | NRE-755-000000906 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000000914 | NRE-755-000000945 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |

1/25/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 755 | NRE-755-000000968 | NRE-755-000000972 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000000977 | NRE-755-000001005 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001010 | NRE-755-000001110 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001114 | NRE-755-000001117 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001122 | NRE-755-000001122 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |

1/25/2008

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 755 | NRE-755-000001124 | NRE-755-000001128 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001131 | NRE-755-000001135 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001138 | NRE-755-000001138 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001144 | NRE-755-000001150 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001152 | NRE-755-000001161 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |

1/25/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 755 | NRE-755-000001164 | NRE-755-000001176 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001187 | NRE-755-000001260 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001265 | NRE-755-000001294 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001296 | NRE-755-000001297 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001299 | NRE-755-000001316 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |

1/25/2008

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 755 | NRE-755-000001319 | NRE-755-000001330 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001334 | NRE-755-000001369 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001371 | NRE-755-000001375 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001377 | NRE-755-000001377 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001379 | NRE-755-000001379 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 755 | NRE-755-000001381 | NRE-755-000001384 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001386 | NRE-755-000001390 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001392 | NRE-755-000001393 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001396 | NRE-755-000001400 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001404 | NRE-755-000001404 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 755 | NRE-755-000001406 | NRE-755-000001407 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001409 | NRE-755-000001412 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001415 | NRE-755-000001425 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001427 | NRE-755-000001457 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |
| NRE | 755 | NRE-755-000001465 | NRE-755-000001480 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Files re Land Tract Acquisition for IHNC Lock Replacement Project Orleans Parish |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 771 | NRE-771-000000001 | NRE-771-000000059 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Requests for Rights-of-Entry and Survey Requests for MRGO Venice Vicinity, Tiger Pass and S Jetties |
| NRE | 771 | NRE-771-000000061 | NRE-771-000000109 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Requests for Rights-of-Entry and Survey Requests for MRGO Venice Vicinity, Tiger Pass and S Jetties |
| NRE | 771 | NRE-771-000000112 | NRE-771-000000370 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC 623 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Requests for Rights-of-Entry and Survey Requests for MRGO Venice Vicinity, Tiger Pass and S Jetties |
| OFP | 077 | OFP-077-000000001 | OFP-077-000000206 | USACE; MVD; MVN; Electronics Lab | William Emmett | KC 624 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Daily water level monitoring for sites throughout Louisiana |
| RFP | 050 | RFP-050-000000001 | RFP-050-000000629 | USACE; MVD; MVN; CEMVN-ED-SS | Mark Huber | KC 625 | 1/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hydrographic survey data |