Case 2:05-cv-04182-SRD-JCW   Document 10863   Filed 01/28/08   Page 1 of 2

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH AGUILAR, III, ET AL. | * | CIVIL ACTION NO. |
| | * | 07-4852 |
| VERSUS | * | SECTION K, MAG. 2 |
| | * | |
| ALEA LONDON LIMITED, ET AL. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiffs hereby gives notice of dismissal of all claims against defendant, Fireman's Fund Insurance Company, with prejudice. This stipulation is signed by the plaintiffs' attorneys and attorneys for defendant, Fireman's Fund Insurance Company.

Respectfully Submitted By:

JIM S. HALL & ASSOCIATES

JIM S. HALL (#21644)
JOSEPH W. RAUSCH (#11394)
800 N. Causeway Blvd, Suite #100
Metairie, LA 70001
Telephone: (504) 832-3000
**Attorneys for Plaintiffs**

DUPLASS, ZWAIN, BOURGEOIS,
MORTON, PFISTER & WEINSTOCK

_/s/ Kelly Bogart_
KELLY CAMBRE BOGART (#22985)
C. MICHAEL PFISTER (#14317)
JAIME M. CAMBRE (#29116)
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Attorneys for Defendant, Fireman's Fund Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

_/s/ Kelly Bogart_
KELLY CAMBRE BOGART
kbogart@duplass.com

2