UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO.  05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAGISTRATE WILKINSON<br>§<br>§ |
| PERTAINS TO:  ROAD HOME<br>*Louisiana State*  C.A. No. 07-5528 | §<br>§ |

## ORDER

The foregoing Motion to Enroll Counsel of Record having been considered;

IT IS HEREBY ORDERED that the motion is granted, and that Virginia Y. Trainor, (Bar No. 26902) of Phelps Dunbar, LLP, 445 North Boulevard, Suite 701, Baton Rouge, Louisiana, 70802, (225) 346-0281, and Jacqueline M. Brettner, (Bar No. 30412) of Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130-6534, (504) 566-1311, be and are hereby enrolled as counsel of record for Farmers Insurance Exchange, Foremost Insurance Company, Foremost Property and Casualty Company, and Foremost Signature Insurance Company.

New Orleans, Louisiana this __25th__ day of __January__, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT

BR.533691.1