**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.    05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * *

# O R D E R

Considering plaintiffs' Ex Parte Motion for Leave to Add D. Blayne Honeycutt, Esq. as a Party Respondent to Record Document No. 10331, which the Court has duly noted,

**IT IS ORDERED** that D. Blayne Honeycutt, Esq. be and he is named as a respondent to Record Document No. 10331, along with Daniel E. Becnel, Jr. and Calvin Clifford Fayard, Jr.

New Orleans, Louisiana, this <u>25th</u> day of _____<u>January</u>_____ 2008.

_____
**J U D G E**[1]

---

[1] Movers aver that the Honorable Stanwood R. Duval, Jr. is recused from the above-styled and numbered causes.  The identity of the Judge who will decide the Motion for Leave to Add D. Blayne Honeycutt, Esq. as a Respondent, which is the subject of this Order, is unknown.  If the Order is submitted to Judge Duval for review, movers reserve all rights.