UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> **PERTAINS TO:** § <br> **INSURANCE     (07-4789)** § <br> *Laura P. Miles Brown v. Metropolitan* § <br> *Property and Casualty Insurance Company* § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> **JUDGE DUVAL** <br> **MAG. WILKINSON** |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice as to plaintiff, Laura P. Miles Brown, and defendant, Metropolitan Property and Casualty Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this  25th  day of  January , 2008.

_____
JUDGE