UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: ROAD HOME<br>*Louisiana State*, C.A. No. 07-5528 | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

*****************************************************************

## ORDER

Considering the foregoing ex parte motion to enroll counsel of record;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Richard C. Stanley, Thomas P. Owen, Jr., Melissa V. Beaugh, and Stanley, Flanagan & Reuter, L.L.C are hereby enrolled as counsel of record on behalf of Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case.

New Orleans, Louisiana, this __25th__ day of January, 2008.

_____
DISTRICT JUDGE