UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                    NO. 05-4182

PERTAINS TO: LEVEE
(LOUISIANA ENVIRONMENTAL                      SECTION: "K"(4)
 ACTION NETWORK, NO. 06-9147)

## ORDER

Considering the Plaintiff's Motion for Extension of Deadlines (Rec. Doc. 10733), accordingly,

**IT IS ORDERED** that the Plaintiff's Motion is **GRANTED.** The hearing on the Defendant's Motion to Dismiss (Rec. Doc. 10312) is hereby **RESET** for **April 2, 2008.** Plaintiff's Opposition must be submitted by **February 28, 2008.** The Defendant may reply by **March 20, 2008.**

New Orleans, Louisiana, this __25th__ day of January, 2008.

                                                          _____
                                                           STANWOOD R. DUVAL, JR.
                                                 UNITED STATES DISTRICT JUDGE