UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: RESPONDER<br>ANDRY, 07-4533 | SECTION "K"(2) |

## ORDER

**IT IS ORDERED** that a telephone status conference will be held on **Wednesday, January 30, 2008, at 10:00 a.m.** to discuss the pending Motion to Sever (Rec. Doc. 10349). This telephone conference shall be initiated by plaintiff's counsel to Chambers at (504) 589-7540.

New Orleans, Louisiana, this ___28th___ day of January, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE