UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO : INSURANCE | * | JUDGE DUVAL |
| 07-4852 (Joseph Aguilar, III) | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN OPPOSITION TO
## MOTION FOR MORE DEFINITE STATEMENT

**MAY IT PLEASE THE COURT:**

Axis Surplus Insurance Company has filed a Motion for More Definite Statement in the above captioned matter.  Plaintiffs oppose said motion on the basis of a stay order entered by the District Judge on November 26, 2007, Record Document No. 9227.  At Page 2 of said document the Court states that, "it is in the interest of justice and judicial economy to stay all proceedings in the Insurance Umbrella concerning this coverage issue."  Therefore, plaintiffs assert that this matter has been stayed at this current time.

As undersigned counsel for plaintiff has done in many cases, counsel for plaintiff stands willing and will identify those insureds of the mover, Axis Surplus Insurance Company, if counsel has not already done so.

Respectfully submitted:

**JIM S. HALL & ASSOCIATES, LLC**

/s / Jim S. Hall
**JIM S. HALL (#21644)**
**JOSEPH W. RAUSCH (#11394)**
800 N. Causeway Blvd., #100
Metairie, Louisiana   70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 28th day of January, 2008, I electronically filed the

foregoing with the Clerk of court by using the CM/ECF system which will send a notice of

electronic filing to all known counsel of record.

s/Jim S. Hall