AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN ~~U. S. DISTRICT COURT~~ LOUISIANA
~~Eastern District of Louisiana~~

FILED JAN 24 2008

CHRIS ALBRECHT

LORETTA G. WHYTE
Clerk

**RETURN**

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA,
U.S. ARMY CORPS OF ENGINEERS,
ET AL

CASE NUMBER: 07-4828 K (2)

C/W 05-4182

TO: (Name and address of defendant)

JIM LETTEN, U.S. ATTORNEY
E.D. OF LOUISIANA
HALE BOGGS FED BLDG, STE 210
501 MAGAZINE ST. N.O. LA. 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID A. DALIA
830 UNION ST. STE. 302
N.O. LA. 70112

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**                                               DEC 2 6 2007
CLERK                                                    TENDERED FOR FILING

B. Gregory
(BY) DEPUTY CLERK

JAN 24 2008

U.S. DISTRICT COURT
Eastern District of Louisiana

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/26/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| D. MORRIS | P/L |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: HALE BOGGS FED. BLDG. STE 310 N.O. LA. 70130

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/26/07
Date

Signature of Server: D. Morris

Address of Server: 1714 Hickory Ave #7 Harahan, LA 70321

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.