# United States District Court

EASTERN _____ District of LOUISIANA

**RETURN**

**SUMMONS IN A CIVIL CASE**

CHRIS ALBRECHT

V.

UNITED STATES OF AMERICA, U.S. ARMY CORPS OF ENGINEERS, ET AL

CASE NUMBER: 07-4828 K (2)
C/W 05-4182

TO: (Name and address of defendant)

U.S. ARMY CORPS OF ENGINEERS
7400 LEAKE AVE.
N.O. LA. 70118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID A. DALIA
630 UNION ST. STE 302
N.O. LA. 70112

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

B. Gregory
(BY) DEPUTY CLERK

TENDERED FOR FILING
DATE: DEC 26 2007

JAN 24 2008
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee_____
___ Process_____
X  Dktd_____
X  CtRmDep_____
___ Doc. No._____

*Filed stamp: U.S. DISTRICT COURT Eastern District of Louisiana FILED JAN 24 2008 LORETTA G. WHYTE Clerk*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/26/07 |
| NAME OF SERVER (PRINT) Daniel T. Morris | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 7400 Leake Ave., N.O. LA. 70118

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 26, 2007     _Daniel T. Morris_
        Date                              Signature of Server

1714 Himalaya Ave. #7
Address of Server
THIB., LA. 70301

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.