# United States District Court

_Eastern_ DISTRICT OF _Louisiana_

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED JAN 24 2008
LORETTA G. WHYTE
Clerk

**RETURN**

CHRIS ALBRECHT

SUMMONS IN A CIVIL CASE

v.

UNITED STATES OF AMERICA,
U.S. ARMY CORPS OF ENGINEERS,
ET AL

CASE NUMBER: 07-4820 K (2)

C/W 05-4182

TO: (Name and address of defendant)

U.S. ATTORNEY GENERAL
U.S. DEPT. OF JUSTICE
950 PENNSYLVANIA AVE. N.W.
WASH., D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID A. DALIA
830 UNION ST. STE 302
N.O. LA. 70112

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

B. Gregory

(BY) DEPUTY CLERK

DATE: DEC 2 6 2007

TENDERED FOR FILING

JAN 24 2008

U.S. DISTRICT COURT

___ Fee_____
___ Process____
_X_ Dktd_____
_X_ CtRmDep___
___ Doc. No.___

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 12/26/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DANIEL T. MORRIS | PARALEGAL |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: STE 210 Hal

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): VIA U.S. MAIL CERTIFIED # 7006 3450 0001 5389 7170

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 26, 2007
Date

Signature of Server

1714 Himalaya Ave #7
Address of Server
Thib, LA. 70301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.