UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * | No. 05-4182 |
| | * | |
| *severed from Abadie, 06-5164* | * | SECTION "K" (2) |
| | * | |
| WILLIE DAVIS | * | |
|      Plaintiff | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | No. 07-2443 |
| STATE FARM FIRE and CASUALTY COMPANY | * | |
|      Defendant | * | SECTION "K" (2) |
| ************************************************** | * | |

UNOPPOSED MOTION AND INCORPORATED MEMORANDUM

IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE

AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Willie Davis, who wishes to voluntarily dismiss the claims against Defendant, State Farm Fire and Casualty Company, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, Plaintiffs, Willie Davis, respectfully request that this Court reopen this case with respect to Defendant, State Farm Fire and Casualty Company, for the sole purpose of addressing this motion, thereby allowing Plaintiffs to voluntarily dismiss the claims against State Farm Fire and Casualty Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, Plaintiffs, Willie Davis prays that the Court reopen this case with respect to Defendant, State Farm Fire and Casualty Company, for the sole purpose of addressing this motion, thereby allowing Plaintiffs to voluntarily dismiss their claims against State Farm Fire and Casualty Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
**JOSEPH M. BRUNO (# 3604)**
**L. SCOTT JOANEN (# 21431)**
The Law Offices of Joseph M. Bruno
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 28th day of January, 2008.

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**