UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | CIVIL ACTION<br><br>No. 05-4182 |
| *severed from Abadie, 06-5164* | * * | SECTION "K" (2) |
| WILLIE DAVIS<br>    Plaintiff | * * * | CIVIL ACTION |
| VERSUS | * * | No. 07-2443 |
| STATE FARM FIRE and CASUALTY COMPANY<br>    Defendant<br>************************************************* | * * * | SECTION "K" (2) |

## O R D E R

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Willie Davis against State Farm Fire and Casualty Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**United States District Court Judge**