# United States District Court

__EASTERN__ DISTRICT OF __LOUISIANA__

**RETURN**

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED JAN 24 2008
LORETTA G. WHYTE
Clerk

CHRIS ALBRECHT

V.

UNITED STATES OF AMERICA,
U.S. ARMY CORPS OF ENGINEERS,
ET. AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5083K (2)

C/W 05-4182

TO: (Name and address of defendant)

JIM LETTEN, U.S. ATTORNEY
E.D. OF LOUISIANA
HALE BOGGS FED. BLDG STE 210
N.O. LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID A. DALIA
830 UNION ST. STE. 302
N.O. LA. 70112

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**

CLERK

_[signature]_

(BY) DEPUTY CLERK

DATE DEC 2 6 2007

TENDERED FOR FILING

JAN 24 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
___ Doc. No.

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) D. Morris | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Hale Boggs Bldg, Ste 310, N.O. LA 70130

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/26/07
Date

Signature of Server: D. Morris

Address of Server: 1714 Hickory Ave #7, Hrhn, LA 70301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.