AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN _____ DISTRICT COURT LOUISIANA

CHRIS ALBRECHT

v.

UNITED STATES OF AMERICA,
U.S. ARMY CORPS OF ENGINEERS,
ET AL.

**RETURN**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5083K (2)
C/W 05-4182

FILED JAN 24 2008
LORETTA G. WHYTE, Clerk

U.S. DISTRICT COURT
Eastern District of Louisiana

TO: (Name and address of defendant)

U.S. ATTORNEY GENERAL
U.S. DEPT. OF JUSTICE
950 PENNSYLVANIA AVE N.W.
WASH., D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID A. DALIA
830 UNION ST. STE 302
N.O. LA. 70130

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**

CLERK

_____
(BY) DEPUTY CLERK

DEC 2 6 2007

TENDERED FOR FILING

JAN 24 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc. No. _____

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 12/26/07

NAME OF SERVER (PRINT): DANIEL T. MORRIS

TITLE: PARALEGAL

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): VIA U.S. CERTIFIED MAIL # 7006 3450 0001 5389 7170

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  DECEMBER 26, 2007
Date

Signature of Server

Address of Server: 1714 Himalaya Ave. No. 7
THIB., LA. 70301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.