Effective 11/01/03         FINANCIAL & CIVIL ALLOTMENT SHEET         Receipt No.: **353079**
                                                                     Deputy Clerk: ___

ACCOUNT CODE:                                  REGISTRY FUND:

6855XX Accounts                                604700 Accounts
_____ - Restitution                            _____ - Cash Bonds
_____ - U.S. Postal Service Forms              _____ - Land Condemnation                **JAN 25 2008**
_____ - Petty Offense                          _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
    _____ - Attorney Admission (TOTAL $50.00) 085000 - $20.00 / 510000 - $30.00
    _____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
            085000 - $5.00 / 510000 - $10.00
        FILING FEES
    _____ - Civil Filing Fee (TOTAL $150.00) 086900 - $60.00 / 510000 - $90.00
    _____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
            086900 - $20.00 / 510000 - $19.00
    _____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
    _____ - Appeals Filing Fee (TOTAL $255.00) 086900 - $255.00
    _____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
        COPY FEES
    _____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
    _____ - Copies (.50 per page - # of pages _____) 322350
    _____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
    _____ - Magnetic Tape Recordings _2_ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
        MISCELLANEOUS ACCOUNTS
    _____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
    _____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
    _____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
    _____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
    _____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
            Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
    __✓__ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
    __✓__ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
    _____ - Criminal Justice Act (ALL CJA Payments) (98 092300 - CJAPANL)

        RECEIVED FROM (FIRM): **Stone Pigman**
        CASE NUMBER: **05-4182**          SECTION: **K**
        CASE TITLE: _____

                                              **10366**
        PAYMENT OF  [  5  ]   CASH _____   CHECK _✓_   MONEY ORDER _____
                              SEAMAN _____  PAUPER _____  NON CASH _____

                    Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

    _____ 1. Cases requiring immediate action          _____ 6. Habeas Corpus & Other Convictions
            by the Court such as TRO, Injunction,               Petitions Title 28 USC Sec. 2255
            Orders to Show Cause, etc.                 _____ 7. Petitions for Stay of Execution
    _____ 2. Class Action                                       Death Sentence
    _____ 3. Antitrust                                 _____ 8. Social Security Case
    _____ 4. Patent, Trademark, Copyright              _____ 9. All Others
    _____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?    Yes _____ No _____
Is this a RELATED CASE?         Yes _____ No _____       Attorney of Record