## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |

| | | | |
|---|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAG. |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**             **Ingram Barge Company**
                            **As a Nonparty**
                            **Through its attorney of record**
                            **Don Haycraft**
                            **Liskow and Lewis**
                            **One Shell Square, 50th Floor**
                            **701 Poydras Street**
                            **New Orleans, Louisiana**

| | |
|---|---|
| **LOCATION:** | Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana 70113 |
| **DATE/TIME:** | February 29, 2008 11:00 a.m. |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 11:00 a.m. on February 29, 2008, any and all of the following:

1. All documents referring to any incident resulting in any damage that was ever allegedly caused in whole or in part by any Ingram barge that ever became loose, whether or not in a flood or hurricane;

2. All documents referring to the risks or consequences of a barge becoming loose;

3. All documents reflecting any information disseminated by the Coast Guard, any other agency of Federal, State or local government, any association of companies owning or operating or moving or otherwise dealing with barges, any insurance company, or any other source, as to:

    The proper means of handling or of securing barges when a storm or unusually windy weather is possible;

    The risk or consequences of a barge becoming loose; or

    The risk or consequences of a barge alliding with a floodwall.

4. Any notice Ingram provided to its insurance carrier as to any actual or potential claim against Ingram arising from Barge ING 4727;

5. Any "black box" or transponder in Barge ING 4727;

6. Custodian's Affidavit of Authenticity as to all of the foregoing produced in response hereto.

> Respectfully submitted
> By BARGE P.S.L.C.
>
> **LAW OFFICE OF BRIAN A. GILBERT**
>
> \S\Brian A. Gilbert
> **BRIAN A. GILBERT (#21297)**


821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885/7700
Phone: 504/581-6180
Fax: 504/581/4336


**WIEDEMANN & WIEDEMANN**


\S\Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIEDEMANN (#21151)**
821 Baronne Street
New Orleans, Louisiana  70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs


\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana  70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

\s\Brian A. Gilbert