U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN 2 5 2008

LORETTA G. WHYTE
CLERK

No. 07-30216

CV 05-4182 -K

IN RE: KATRINA CANAL BREACHES LITIGATION

MELANIE PALMER

    Plaintiff - Appellant

v.

ENCOMPASS INSURANCE COMPANY; APARICIO, WALKER & SEELING, INC

    Defendants - Appellees

## ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 23rd day of January, 2008, see FED. R. APP. P. 42(b).

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
    Nancy Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
           Deputy
New Orleans, Louisiana  JAN 2 3 2008

UNITED STATES COURT OF APPEALS

FIFTH CIRCUIT

NO. 07-30216

MELANIE PALMER

Plaintiff-Appellant

VERSUS

ENCOMPASS INSURANCE COMPANY, ET AL.

Defendants-Appellees

*U. S. COURT OF APPEALS RECEIVED JAN 17 2008 NEW ORLEANS, LA.*

*U. S. COURT OF APPEALS FILED JAN 17 2008 CHARLES R. FULBRUGE III CLERK*

### APPELLANT'S MOTION TO DISMISS APPEAL

On motion of Melanie Palmer, APPELLANT in the above entitled and numbered cause, appearing through undersigned counsel of record herein, and on suggesting to the Court that plaintiff/appellant desires to dismiss her appeal in the above matter, hereby moves that her appeal be dismissed.

Respectfully submitted,

/s/ David E. Kavanagh

DAVID E. KAVANAGH - Bar No. 2019
Weeks, Kavanagh & Rendeiro
810 Union Street, Second Floor
New Orleans, LA 70112
Telephone:   (504) 529-5100

Certificate of Service

I hereby certify that a copy of the above and foregoing has been duly served upon all opposing counsel in this proceeding by depositing same in the U.S. Mail postage prepaid, this 16th day of JANUARY, 2008.

/s/ David E. Kavanagh



**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 23, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30216 In Re: Katrina Canal
        USDC No.  2:06-CV-7540
                  2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate.

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

              By: _____
                    Nancy Dolly, Deputy Clerk
                    504-310-7683

cc: w/encl:
    Mr David Edmund Kavanagh
    Mr Glenn B Adams
    Mr Michael Waite Collins
    Ms Ginger K DeForest
    Mr William Harry Eckert
    Mr Richard L Fenton

MDT-1