# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | |
| *Mumford v. Ingram* | 05-5724 | |
| *Lagarde v. Lafarge* | 06-5342 | JUDGE |
| *Perry v. Ingram* | 06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | MAG. |
| *Lafarge v. USA* | 07-5178 | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**                                    James Reed
                                                                 Cadillac of Metairie
                                                                 Body Shop Mgr.
                                                                 3100 Lime Street
                                                                 Metairie, Louisiana

LOCATION:                          Law Office of Brian A. Gilbert
                                                  821 Baronne Street
                                                  New Orleans, Louisiana   70113

DATE/TIME:                       February 29, 2008 12:45 p.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 12:30 p.m. on February 29, 2008, any and all of the following:

1. Any and all photos, video, narratives, statements, communications, email, correspondence, bulletins, memoranda, accounts, reports, records, writings, documents and things reflecting flooding on and near your Kings Drive property on August 29, 2005, specifically including BUT NOT LIMITED TO the 40 Arpent Canal/Levee;

2. Any and all pre-Katrina and post-Katrina photos and video of your King's Drive property; and

3. Affidavit of authenticity of all of the above.

                                                             Respectfully submitted
                                                             By BARGE P.S.L.C.

                                                             **LAW OFFICE OF BRIAN A. GILBERT**

                                                             \S\Brian A. Gilbert
                                                            **BRIAN A. GILBERT (#21297)**
                                                            821 Baronne Street
                                                            New Orleans, Louisiana 70113
                                                            Phone: 504/885/7700
                                                            Phone: 504/581-6180
                                                            Fax: 504/581/4336

WIEDEMANN & WIEDEMANN

\S\Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIEDEMANN (#21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs


\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

\s\Brian A. Gilbert