## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*         07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**                               New Orleans Police Department
                                                              Records Custodian
                                                              1300 Perdido Street, Room 2W84
                                                              New Orleans, Louisiana

| | |
|---|---|
| **LOCATION:** | Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana 70113 |
| **DATE/TIME:** | February 29, 2008 10:30 a.m. |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 10:30 a.m. on February 29, 2008, any and all of the following:

1. Any and all documents, writings, things, recordings, records, reports, logs, histories and any other type of material relating to NOPD Item No. H-49870-05;

2. Any and all incident reports, 911 tapes, N.O.F.D. and/or N.O.P.D. and/or N.O. EMS, supplements, statements, attachments, or records of citizen calls, video, photos, communications, writings, recordings or complaints, received, or prepared by the New Orleans Police Department relating to the period between 3:00 a.m. through 10:00 a.m., on August 29, 2005, originating from the ten (10) block area North, South, and East of 2604 Deslonde Street, New Orleans, relating to:

    (A) the breach in the East side flood wall of the Industrial Canal by a barge;

    (B) the flooding of the area,

    (C) citizens in distress,

    (D) reports of drowning,

    (E) reports of property damage,

    (F) reports of stranded citizens,

    (G) requests for service,

    (H) reports of emergencies,

    (I) requests for rescue;

3. Any and all documents identifying New Orleans Police Officers present on the N. Claiborne Ave. Bridge over the Industrial Canal on August 29, 2005;

4. Any and all writings, reports, documents, narratives, accounts, official records, recordings, video, photos, transcripts, statements, attachments and continuations

regarding any account or mention of the presence of a barge on the east side (neighborhood side) of the eastern Industrial Canal floodwall during and/or after Katrina;

5. Any and all writings, reports, documents, narratives, accounts, official records, recordings, video, photos, transcripts, statements, attachments and continuations regarding any account or mention of breaches of the eastern Industrial Canal floodwall during and or/after Katrina, including BUT NOT LIMITED TO:

   (1) for records of the times of flooding at various locations in the class area, or within a mile of the class area, on August 29, 2005;

   (2) for tapes of oral reports on such flooding;

   (3) for e-mail reports on such flooding;

   (4) for calls received from the 911 system and

   (5) for tapes or records of calls made directly to NOPD that did not go through the 911 system.

6. Affidavit of authenticity of all of the foregoing produced in response hereto.

Respectfully submitted
By BARGE P.S.L.C.

**LAW OFFICE OF BRIAN A. GILBERT**

\S\Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885/7700
Phone: 504/581-6180
Fax: 504/581/4336

WIEDEMANN & WIEDEMANN

\S\Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIEDEMANN (#21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs


\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

\s\Brian A. Gilbert