UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**           St. Bernard Parish Government
                                          Through the St. Bernard Parish Attorney
                                          David Paysse
                                          8201 W. Judge Perez Dr., Ste. 217
                                          Chalmette, Louisiana   70043

**LOCATION:** Law Office of Brian A. Gilbert
821 Baronne Street
New Orleans, Louisiana  70113

**DATE/TIME:** February 29, 2008 12:00 p.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 12:00 p.m. on February 29, 2008, any and all of the following:

1. Any and all police, law enforcement, fire, EMS, and governmental incident reports, 911 tapes, photos, video, communications, histories, logs, and/or records of:

    (A) citizen calls, or complaints, received, or prepared relating to the period between 3:00 a.m. through 3:00 p.m., on August 29, 2005, originating from the area bounded by the western boundary of Arabi, Paris Road, the 40 Arpent Canal, and the Mississippi River concerning:

    (B) the flooding of the area,

    (C) citizens in distress,

    (D) reports of drownings,

    (E) reports of property damage,

    (F) reports of stranded citizens,

    (G) requests for service

    (H) reports of emergencies

    (I) requests for rescue;

2. Any and all other statements, communications, narratives and accounts of flood depth, time, direction, onset, source, location and characteristics relative to said times and locations;

3. Any and all photos, video, recordings, records, documents, writings and things reflecting flooding of said areas at said times;

4. Any and all flood gauge data and/or flood depth data and measurements from the said area during the said times;

5.  Any and all pumping and drainage station logs, reports, communications, records, data, notes and other written or otherwise memorialized accounts of activities and observations by persons at said stations during said times at said locations which indicate the times, locations, extent, depth, occurrence, source and nature of flooding events and/or consequences thereof during Katrina;

6.  Affidavit of Authenticity of that produced in response hereto.

> Respectfully submitted
> By BARGE P.S.L.C.
>
> **LAW OFFICE OF BRIAN A. GILBERT**
>
> \S\Brian A. Gilbert
> **BRIAN A. GILBERT (#21297)**
> 821 Baronne Street
> New Orleans, Louisiana 70113
> Phone: 504/885/7700
> Phone: 504/581-6180
> Fax: 504/581/4336
>
> **WIEDEMANN & WIEDEMANN**
>
> \S\Lawrence D. Wiedemann
> **LAWRENCE D. WIEDEMANN (#13457)**
> **KARL WIEDEMANN (#188502)**
> **KAREN WIEDEMANN (#21151)**
> 821 Baronne Street
> New Orleans, Louisiana 70113
> Phone: 504/581-6180
> Fax: 504/581-4336
> Attorneys for Plaintiffs
>
> \S\Patrick J. Sanders
> **PATRICK J. SANDERS (#18741)**
> Attorney at Law
> 3123 Ridgelake Drive, Ste. B
> Metairie, Louisiana 70002
> Phone: 504/834-0646
> Fax: 504/835-2401
> Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

\s\Brian A. Gilbert