**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO:  * | | MAGISTRATE (2) |
| NO.   05-4181  * | | |
| 06-1885  * | | JUDGE DUVAL |
| 06-4024  * | | |
| 06-4389  * | | MAGISTRATE WILKINSON |
| 06-5771  * | | |
| 06-5786  * | | |
| 06-6099  * | | |
| 07-0206  * | | |
| 07-3500  * | | |
| 07-3612  * | | |
| 07-5023  * | | |
| 07-5040  * | | |
| * * * * * * * * * * * * * * * * * * | | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that undersigned counsel bring the attached Motion to Disqualify or Recuse Judge Duval from Victims of KATRINA Litigation for Personal Bias, Prejudice and Partiality for hearing before the Honorable Judge Stanwood R. Duval, Jr.[1] at 9:30 A.M., on the 20th day of February 2008, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

---

[1] The Motion for Disqualification or Recusal being the subject to this Notice have been noticed for hearing before Judge Duval, although movers aver that Judge Duval should recuse himself, or be recused.

-1-

-2-

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**   **S/Ashton R. O'Dwyer, Jr.**
                **Ashton R. O'Dwyer, Jr.**
                **Bar No. 10166**
                **821 Baronne Street**
                **New Orleans, LA 70113**
                **Tel. 504-679-6166**
                **Fax. 504-581-4336**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 28th day of January 2008.

                              S/Ashton R. O'Dwyer, Jr.