# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.    05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

**COME NOW** plaintiffs and/or intervening plaintiffs and request oral argument on their Motion for Disqualification or Recusal of Judge Duval from Victims of KATRINA Litigation.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

-1-

-2-

          By:   **S/Ashton R. O'Dwyer, Jr.**
               **Ashton R. O'Dwyer, Jr.**
               **Bar No. 10166**
               **821 Baronne Street**
               **New Orleans, LA 70113**
               **Tel. 504-679-6166**
               **Fax. 504-581-4336**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 28th day of January 2008.

               S/Ashton R. O'Dwyer, Jr.