UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:    All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**         Greater New Orleans Barge Fleeting Assoc.
                                           801 North Quincy Street, Suite 200
                                           Arlington, VA 22203


**LOCATION:**              Law Office of Brian A. Gilbert
                                           821 Baronne Street
                                           New Orleans, Louisiana   70113

       Lafarge North America, Zito Towing, Zito Fleeting, Domino Towing and/or Unique towing relative to any and all of the foregoing in Nos. 2 or 3, above.

6. Any and all audits, reports, investigations and evaluations of Ingram Barge Company and Lafarge North America (including but not limited to Lafarge's France Road Terminal in New Orleans Louisiana) relative to safe mooring, handling and/or securing of barges generally, and relative to severe weather.

7. Any and all materials, writings, investigations, reports, documents, communications, email, agenda, publications, speeches, lectures, consultations, notes, transcripts and recordings relative to the August 29, 2005 breakaway of Ingram Barge ING 4727, consequent damages, as well as any discussions and communications thereof

8. Any and all documents, things and communications obtained from and/or provided by any and all persons and entities with knowledge of the aforesaid breakaway.

10. Any and all other writings and things consisting of and/or bearing upon and or memorializing the contents of any and all l meetings, press releases, newsletters, bulletins and other communications of whatever form and time relating to the August 29, 2005 breakaway of Ingram Barge ING 4727 and/or consequences thereof.

11. Affidavit of authenticity of all of the foregoing.

                Respectfully submitted
                By BARGE P.S.L.C.

                **LAW OFFICE OF BRIAN A. GILBERT**

                \S\ Brian A. Gilbert
                **BRIAN A. GILBERT (#21297)**
                821 Baronne Street
                New Orleans, Louisiana   70113
                Phone: 504/885-7700
                Phone: 504/581-6180
                Fax: 504/581-4336
                Attorney for Plaintiffs

                **WIEDEMANN & WIEDEMANN**

                \S\ Lawerence D. Wiedemann
                **LAWRENCE D. WIEDEMANN**
                **KARL WIEDEMANN**
                **KAREN WIEDEMANN**
                821 Baronne Street

New Orleans, Louisiana  70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs


\S\ Patrick J. Sanders
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana  70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or ECF upload this 28th day of January, 2008.

\s\ Brian A. Gilbert