## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| **PERTAINS TO: BARGE** | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*     06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*      07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**                Independent Levee Investigation Team
                               UC Berkeley
                               Leslie Fales, Authorized Agent
                               Center for Technology Research of Society
                               281 Hearst Memorial Mining Bldg.
                               Berkley, California

| | |
|---|---|
| **LOCATION:** | **If By Mail:**<br>Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana   70113 |
| | Or |
| | **If Local:**<br>Mary Alexander & Associates<br>44 Montgomery Street, Suite 1303<br>San Francisco, CA   94104 |
| **DATE/TIME:** | February 29, 2008 1:30 p.m. |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 1:30 p.m. on February 29, 2008, any and all of the following:

1) Produce the report the University of California at Berkeley led Independent Levee Investigation Team (ILIT) known as "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005". Provide complete copies of draft reports, preliminary reports and final report, for both Volume I (Main Text and Executive Summary) and Volume II (Appendices);

2) Regarding said Volume I of said report, also provide any and all reference material, backup material, data, reports, exhibit material, data, calculations, studies, test results, photographs, diagrams, radar illustrations, imaging, models, simulations, calculations, e-mails, etc referenced or relied on by said report including but not limited to all materials referenced by Volume II, Appendices, including Appendix A "Terrestrial LIDAR Imagery of New Orleans Levees Affected by Hurricane Katrina", Appendix B, "Boring Logs", Appendix C, "CPT LOGS", Appendix D "STE Laboratory Testing", Appendix E, "U.C. Berkeley Laboratory Testing and ILIT In-Situ Field Vane Shearing Testing", Appendix F: Looking Back, Appendix G: Looking Forward; Appendix H: "How Safe is Safe?" and Appendix I "Erosion Test Results on New Orleans Levee Samples."

3) Specifically with reference to the Inner Harbor Navigation Canal, to the extent not already provided in response to either demand 1 or 2 above, (whether such material was included in or relied upon for the said report), provide any and all reference material, backup material, data, reports, exhibit material, studies, test results, photographs, diagrams, radar illustrations, models, simulations, calculations, e-mails, etc., that pertain to the two breaches that occurred to the east bank flood wall or levee adjacent to the 9th Ward Neighborhood including but not limited to any and all documents concerning ING 4727 and what role if any it possibly had.

4) Any and all documents, things, accounts, texts, studies, statements, assumptions, data, calculations and other writings, things, facts and opinions you received, obtained, reviewed, relied upon and/or generated in connection with any and all of the above referenced.

5) Affidavit of authenticity of all of above.

Respectfully Submitted
BARGE P.S.L.C.

**LAW OFFICE OF BRIAN A. GILBERT**

/s/ Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

**WIEDEMANN & WIEDEMANN**

/s/ Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN, (#18502)**
**KAREN WIEDEMANN, (#21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

/s/ Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 28th day of January, 2008.

\s\Brian A. Gilbert