## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * | CIVIL ACTION |
| | | * | NO. 05-4182 |
| PERTAINS TO: BARGE | | * | and consolidated cases |
| | | * * | SECTION "K" (2) |
| Boutte v. Lafarge | 05-5531 | * | |
| Mumford v. Ingram | 05-5724 | * | |
| Lagarde v. Lafarge | 06-5342 | * | JUDGE |
| Perry v. Ingram | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| Benoit v. Lafarge | 06-7516 | * | |
| Parfait Family v. USA | 07-3500 | * | MAG. |
| Lafarge v. USA | 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**                    **Louisiana Economic Development Department**
                                   **Through its secretary**
                                   **Stephen Moret**
                                   **1051 North Third Street**
                                   **Baton Rouge, LA 70802-5239**

LOCATION:                          Law Office of Brian A. Gilbert
                                   821 Baronne Street
                                   New Orleans, Louisiana   70113


DATE/TIME:                         February 29, 2008 2:00 p.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 2:00 p.m. on February 29, 2008, any and all of the following:

With respect to the following contained in the LDED's 2006 report, which reads as follows:

> HURRICANES KATRINA & RITA EFFORTS
> To help businesses in the wake of hurricanes Katrina and Rita, LED and its local, state and federal partners mobilized:
> * An innovative temporary worksite employee housing program;
> * A bridge loan program providing $41.5 million in gap funding to more than 700 small businesses waiting for government assistance, insurance funds or other programs;
> * A network of six business counseling centers providing assistance with business plans, resources and technical expertise;
> * Gulf Opportunity Zone workshops with more than 300 participating local residents;
> * Procurement and contracting workshops held across impacted communities with nearly 900 in attendance;
> * The Louisiana Factory Building Systems Symposium, attracting attendees and exhibitors from across the nation and other countries and helping to spur the new construction economy;
> * A $3 million integrated marketing campaign targeting business decision makers in-state, nationally and globally

and with respect to any and all other Hurricane Katrina-Rita related activities by the LDED, please produce any and all of the following:

(1)   Data, studies, calculations, statistics, measurements, documents, writings, texts, treatises, publications, communications, email, correspondence, notes, memoranda, reports and other materials which reflect or demonstrate any or all of the following:

      A.    the values of residences in the class area[1] as of:

---

[1] Note: The "class area" is the New Orleans and St. Bernard Parish geographic area bounded on the west by the Industrial Canal, on the south by the Mississippi River, on the north by Florida Avenue and railroad tracks in Orleans and by the 40 Arpent Canal in St. Bernard, and

       the latest date available before August 29,2005;
       the earliest date available after August 29,2005; and
       the most recent available date;

B.    the property taxes paid by residents in the class area as of:
       the latest date available before August 29,2005;
       the earliest date available after August 29,2005; and
       the most recent available date;

C.    the income or earnings of residents in the class area as of:
       the latest date available before August 29,2005;
       the earliest date available after August 29,2005; and
       the most recent available date;

D.    the values of businesses in the class area as of:
       the latest date available before August 29,2005;
       the earliest date available after August 29,2005; and
       the most recent available date;

E.    the income of businesses in the class area as of;
       the latest date available before August 29,2005;
       the earliest date available after August 29,2005; and
       the most recent available date;

F.    the property taxes paid by businesses in the class area as of:
       the latest date available before August 29,2005;
       the earliest date available after August 29,2005; and
       the most recent available date;

G.    the sales taxes paid by businesses in the class area as of:
       the latest date available before August 29,2005;
       the earliest date available after August 29,2005; and
       the most recent available date;

H.    all other taxes paid by businesses in the class area as of:
       the latest date available before August 29,2005;
       the earliest date available after August 29,2005; and
       the most recent available date;

I.    any other information on the economic activity in the class area as of:
       the latest date available before August 29,2005;
       the earliest date available after August 29,2005; and
       the most recent available date.

---

on the east by Paris Road.

(2) Any and all other writings and things reflecting loss of businesses, business property, business income, real and personal property, personal income, and tax revenues within the class area following and/or as a result of Katrina/Rita, and/or all other economic impact of Katrina/Rita in the class area, as defined herein, whether on an individual basis, business basis and/or such losses sustained by government entities and/or agencies;

(3) Documents reflecting the identities of all persons who prepared or compiled the data and documents and things described above;

(4) Affidavit of authenticity of all of the foregoing.

                    Respectfully submitted
                    By BARGE P.S.L.C.


\S\ Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana  70113
Phone: 504/885-7700
Phone: 504/581-6180
Fax: 504/581-4336
Attorney for Plaintiffs


\S\ Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIDEMANN (21151)**
821 Baronne Street
New Orleans, Louisiana  70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiff


\S\ Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana  70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 28th day of January, 2008.

\s\Brian A. Gilbert