UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*          07-5178 | * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**            National Science Foundation
                                      Through its Director
                                      Room 1205N
                                      4201 Wilson Boulevard
                                      Arlington, Virginia 22230

| | |
|---|---|
| LOCATION: | **If By Mail:**<br>Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana  70113<br><br>Or<br><br>**Local:**<br>Law Office of Richard T. Seymour, PLLC<br>1150 Connecticut Avenue, N.W., Ste. 900<br>Washington, D.C.  20036-4129 |
| DATE/TIME: | February 29, 2008 2:15 p.m. |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 2:15 p.m. on February 29, 2008, any and all of the following:

1. Any and all studies, treatises, test data, publications, articles, essays, lectures, texts, periodicals, correspondence, memoranda, notes, logs, bulletins, and any and all other writings and things relevant to the use of stopped clocks found in a flood area as a means of determining the time of flooding ("stopped clock" method), and/or the validity, invalidity, reliability, or unreliability of such method;

2. Any and all manner of writings and material whatsoever evidencing any use or discussion of the "stopped clock" method at any point in time for determining the time of a flooding event or other natural occurrence;

3. Affidavit of authenticity of all of the foregoing.

            Respectfully submitted
            By BARGE P.S.L.C.


            \S\ Brian A. Gilbert
            **BRIAN A. GILBERT (#21297)**
            821 Baronne Street
            New Orleans, Louisiana  70113
            Phone: 504/885-7700
            Phone: 504/581-6180
            Fax: 504/581-4336
            Attorney for Plaintiffs

\S\ Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIDEMANN (21151)**
821 Baronne Street
New Orleans, Louisiana   70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiff

\S\ Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana   70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 28th day of January, 2008.

\s\Brian A. Gilbert