UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| Boutte v. Lafarge           05-5531 | * | |
| Mumford v. Ingram       05-5724 | * | |
| Lagarde v. Lafarge       06-5342 | * | JUDGE |
| Perry v. Ingram             06-6299 | * | STANWOOD R. DUVAL, JR. |
| Benoit v. Lafarge          06-7516 | * | |
| Parfait Family v. USA   07-3500 | * | MAG. |
| Lafarge v. USA              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:    All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**      Sewerage and Water Board of New Orleans
Through its attorney of record
Charles M. Lanier, Jr.
Christovich & Kearney
601 Poydras Street, Ste. 2300
New Orleans, Louisiana

| | |
|---|---|
| **LOCATION:** | Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana 70113 |
| **DATE/TIME:** | February 29, 2008 1:00 p.m. |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 1:00 p.m. on February 29, 2008, any and all of the following:

1. Records of automatic call-logging systems showing any and all calls made from Pump Station 5 on August 29, 2005;

2. All notes, logs, reports and other documents from or concerning Pump Station 5 showing any information about events at Pump Station 5 between midnight and the time of evacuation of Pump Station 5;

3. Documents showing the identities and contact information of the crews at pumping stations other than Station 5 located between any breach and the proposed barge class area, and/or within said barge class area, who were on duty from 12:01 a.m. August 29, as well as to the state of their flooding, if any, at various times;

4. All documents reflecting the identities of person on duty at Control Central who received communications from pump stations on August 29, 2005 and who made entries into the written logs previously produced to requestors, specifically including but NOT LIMITED TO entries concerning flooding of Pump Station 5;

5. Any and all recorded, documented or written recollections, observations, and scientific, mechanical or objective data reflecting flood height, times, locations and sources from 12:01 a.m. to 11:59 p.m. August 29, 2005;

6. Documents reflecting the identities of all persons who prepared or compiled the data and documents and things described above.;

7. Any and all documents, statements, reports, records, logs, communications, email, correspondence and other writings and things containing any and all accounts or discussion of breaches of the eastern Industrial Canal Floodwall and/or mentioning a barge or object causing and/or contributing to such breaches and/or aliding with such walls during Katrina;

8. Affidavit of authenticity of all of the foregoing.

Respectfully submitted
By BARGE P.S.L.C.

**LAW OFFICE OF BRIAN A. GILBERT**

\S\Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885-7700
Phone: 504/581-6180
Fax: 504/581-4336
Attorney for Plaintiffs


**WIEDEMANN & WIEDEMANN**

\S\ Lawrence D. Wiedemann
**LAWRENCE C. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIEDEMANN (#21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs


\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

\s\Brian A. Gilbert