UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*   07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**ORGANIZATIONAL DEPONENT:**    United States Coast Guard
Department of Homeland Security
Data Administration Division
2100 Second Street, S.W.
Washington, D.C. 20593-0001

**LOCATION:**                          If By Mail:
                                       **Law Office of Brian A. Gilbert**
                                       **821 Baronne Street**
                                       **New Orleans, Louisiana   70113**

                                       or

                                       Local:
                                       **Law Office of Richard T. Seymour, PLLC**
                                       **1150 Connecticut Avenue, N.W., Suite 900**
                                       **Washington, D.C.   20036-4129**

**DATE/TIME:**                         **February 29, 2008 11:30 a.m.**

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 11:30 a.m. on February 29, 2008, any and all of the following:

1. All documents, writings, photos, video, recordings, diagrams, email, statements, accounts, narratives, transcripts, communications, correspondence, memoranda, records, reports, data, notes and all other things received, obtained, reviewed, considered and/or generated in connection with Activity Number 2516389 (August 29, 2005 incident involving Ingram Barge ING 4727 - Katrina - New Orleans, Louisiana);

2. Any and all witness accounts concerning ING 4727 and other breakaway barges during Katrina

3. Any and all writings, things, photos, email, documents communications, reports and records provided to you by Lafarge, Ingram and/or any and all other persons and entities concerning the breakaway of ING 4727 and/or breach(es) of the Industrial Canal floodwall during Katrina

4. Sector New Orleans Hurricane Plan in effect on August 29, 2005;

5. Any and all writings, broadcasts, communications, bulletins, email, reports, records, documents, recordings, video, transcripts and other documents and things by which you communicated with and/or issued warnings to maritime entities concerning Hurricane Katrina;

6. Any and all publications, documents, texts, notices, bulletins, memoranda and other writings and things giving legal or quasi-legal effect to the Sector New Orleans Hurricane Plan as it existed on August 29, 2005, and/or to any parts or portions thereof;

7. Any and all written rules, regulations, guidelines, recommendations, policies, procedures, laws, and statutes promulgated or enforced by you defining maritime entities' duties or maritime standards of care relative to mooring, securing, berthing, wharfing, anchoring, location, fleeting, transport and/or movement of barges and vessels in the New Orleans Sector in preparation for and/or advance of an approaching hurricane, in effect as of August 29, 2005;

8. Any and all photos, video, records, reports, writings, and documents reflecting U.S.C.G. activities and/or calls for U.S.C.G. rescue in the area defined by the ten (10) block area North, South, and East of 2604 Deslonde Street, New Orleans.

9. All documents referring to any incident resulting in any damage that was ever allegedly caused in whole or in part by any Ingram barge that ever became loose, whether or not in a flood or hurricane;

10. All documents referring to the risks or consequences of a barge becoming loose;

11. All documents reflecting any information disseminated by the Coast Guard, any other agency of Federal, State or local government, any association of companies owning or operating or moving or otherwise dealing with barges, any insurance company, or any other source, as to:

    A. The proper means of handling or of securing barges when a storm or unusually windy weather is possible;

    B. The risk or consequences of a barge becoming loose;

    C. The risk or consequences of a barge alliding with a floodwall;

    D. All documents referring to any incident resulting in any damage that was ever allegedly caused in whole or in part by any Ingram barge that ever became loose, whether or not in a flood or hurricane;

    E. All information, whether only informational or in the form of a warning, the Coast Guard has ever provided to companies owning barges, or transporting them, or receiving deliveries from them, as to any of the above;

    F. All information, whether only informational or in the form of a warning, any Coast Guard unit in Louisiana has ever provided to companies owning barges, or transporting them, or receiving deliveries from them, as to any of the above;

    G. All information, whether only informational or in the form of a warning, the Coast Guard or its unit in Louisiana has ever provided to companies owning barges, or transporting them, or receiving deliveries from them, or to any insurance company, as to any of the above; and

  H. All information, whether only informational or in the form of a warning, the Coast Guard or its unit in Louisiana has ever provided to Ingram, LaFarge North America, or to any insurance company defendant in this action, as to any of the above.

12. Map USCG compiled from satellite imagery right after Katrina, showing damaged areas, along with time logs showing when each picture was taken. THE GREAT DELUGE describes it at p. 211, after discussing problems with the usual Coast Guard satellite imagery of search-and-rescue grids fifteen nautical miles squares:

> "What Duckworth needed was something about a half mile long, images covering one -thirtieth the territory. He needed to see exact Lakeview addresses and Lower Ninth Ward homes. By zooming in on the worst flooded streets, Duckworth could "put our helicopters right in the game." Duckworth wanted to be able to see an SOS sign on a tenement or a family waving for help from a rooftop. With the assistance of a Coast Guard map expert, Duckworth took a big satellite image of the greater New Orleans area and then overlaid it onto a marine grid, thereby achieving finer granularity." Brinkley, Great Deluge, p. 211.

13. Coast Guard logs, reports, and taped or written or e-mailed or electronic and other communications and records of its boats and helicopters in and over the Lower Ninth Ward and St. Bernard Parish 8/29/05 - 9/2/05. "They had substantial resources in the area—at the peak of rescue operations they had 62 aircraft, 30 cutters, and 111 small boats stepping up in rescue and recovery operations," THE GREAT DELUGE at p. 214, and the raw notes and communications including observations and/or reports and/or communications of breaches of, and/or a barge(s) passing or having passed through, the eastern and/or western Industrial Canal floodwall(s), if any.

14. Any and all logs, reports, communications, writings, recordings, sounds, documents, writings and things pertaining to rescues, requests for rescues, requests for service, airlift, evacuation in the possession, custody or control of USCG by or for persons in the Lower Ninth Ward on August 29, 2005.

15. All aerial, satellite and other images/imaging of the Industrial Canal, Lafarge Facility, Ingram Barge ING 4727, eastern Industrial Canal floodwall, breaches in the Industrial Canal Floodwalls, and floodwaters near the east side of Industrial Canal - from August 28, 2005 through August 31, 2005, whether visual, infrared, magnetic, radar, and other imaging methods, through clouds and unobstructed, showing time data, and locations, and sources of such imagery.

16. Sworn affidavit of authenticity of all of the above provided in response hereto.

Respectfully submitted
By BARGE P.S.L.C.

**LAW OFFICE OF BRIAN A. GILBERT**

\S\Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885-7700
Phone: 504/581-6180
Fax: 504/581-4336
Attorney for Plaintiffs


**WIEDEMANN & WIEDEMANN**

\S\ Lawrence D. Wiedemann
**LAWRENCE C. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIEDEMANN (#21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs


\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

\s\Brian A. Gilbert