UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*            05-5531 | * | |
| *Mumford v. Ingram*         05-5724 | * | |
| *Lagarde v. Lafarge*         06-5342 | * | JUDGE |
| *Perry v. Ingram*               06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*            06-7516 | * | |
| *Parfait Family v. USA*     07-3500 | * | MAG. |
| *Lafarge v. USA*                07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:    All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**                                      Maritime Law Association of the United States
                                                                  Through its president
                                                                  Lizabeth L. Burrell
                                                                  **CURTIS, MALLET-PRECOST, COLT & MOSLE
                                                                  101 Park Ave.
                                                                  New York, NY 10178-0061**

LOCATION:	If By Mail:
	Law Office of Brian A. Gilbert
	821 Baronne Street
	New Orleans, Louisiana   70113

	         Or
	Local:
	Alan L. Fuchsberg, Esq.
	The Jacob D. Fuchsberg Law Firm
	500 Fifth Avenue
	New York, New York 10110

DATE/TIME:	February 29, 2008 3:15 p.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at

3:15 p.m. on February 29, 2008, any and all of the following:

1.	Any and all materials, writings, investigations, reports, documents, communications, email, agenda, publications, speeches, lectures, consultations, notes, transcripts and recordings relative to the August 29, 2005 breakaway of Ingram Barge ING 4727, consequent damages, as well as any discussions and communications thereof, as referenced at
	http://www.mlaus.org/archives/library/826.pdf ,
	http://www.mlaus.org/archives/library/901.pdf

	and

*Maritime Law Association of the United States*

**Committee on Marine Insurance and General Average**

Thursday, October 25, 2007
Sanibel Harbour Resort & Spa, Fort Myers, Fla. -

	and/or in any other respect in the custody, control or possession of the Maritime Law Association of the United States;

2.	Any and all documents, things and communications obtained from and/or provided by any and all persons and entities with knowledge of the aforesaid breakaway;

3.	Any and all materials, documents, writings, transcripts, recordings and other things bearing upon insurance controversies in the aftermath of hurricanes Katrina and Rita;

4. Any and all other writings and things consisting of and/or bearing upon and or memorializing the contents of any and all additional meetings, press releases, newsletters, bulletins and other communications of whatever form and time relating to the August 29, 2005 breakaway of Ingram Barge ING 4727 and/or consequences thereof;

5. Documents, books, guidelines, rules, publications, communications, email, correspondence, memoranda, notices, recommendations, standards, texts, articles, treatises, instructions, video, photos, recordings, records, reports, and other materials concerning or describing:

> The proper means of handling, mooring, transport and fleeting of and securing barges when a storm or unusually windy weather is possible;
> The risk or consequences of a barge becoming loose;
> The risk or consequences of a barge alliding with a floodwall or other stationary structure;

6. All documents referring to any incident resulting in any damage that was ever allegedly caused in whole or in part by any Ingram barge that ever became loose, whether or not in a flood or hurricane;

   and

   such additional documents as any or all of the entities listed above.;

7. Any and all inquiry, investigations, reports, publications, articles, statements, records, documents, things, writings, accounts, photo, video and other materials relative to the breakaway of Ingram hopper barge ING 4727 during Hurricane Katrina;

8. Any and all materials consisting of and/or related to prevention and/or investigation of the breakaway of barges, specifically including BUT NOT LIMITED TO Ingram hopper barge ING 4727 during Hurricane Katrina;

9. Any and all materials, directives, communications, correspondence, documents, writings and things provided to and/or by, and/or obtained by or from, Ingram Barge Company, Lafarge North America, Zito Towing, Zito Fleeting, Domino Towing and/or Unique Towing, and/or bearing the names of any of these entities;

10. Any and all audits, reports, investigations and evaluations of Ingram Barge Company and Lafarge North America (including but not limited to Lafarge's France Road Terminal in New Orleans Louisiana) relative to safe mooring, handling and/or securing of barges generally, and relative to severe weather;

11. Any and all materials, writings, investigations, reports, documents, communications, email, agenda, publications, speeches, lectures, consultations, notes, transcripts and recordings

relative to the August 29, 2005 breakaway of Ingram Barge ING 4727, consequent damages, as well as any discussions and communications thereof;

12. Any and all documents, things and communications obtained from and/or provided by any and all persons and entities with knowledge of the aforesaid breakaway;

13. Any and all other writings and things consisting of and/or bearing upon and or memorializing the contents of any and all l meetings, press releases, newsletters, bulletins and other communications of whatever form and time relating to the August 29, 2005 breakaway of Ingram Barge ING 4727 and/or consequences thereof;

14. Affidavit of authenticity of all of the foregoing.

          Respectfully submitted
          By BARGE P.S.L.C.


          \S\ Brian A. Gilbert
          **BRIAN A. GILBERT (#21297)**
          821 Baronne Street
          New Orleans, Louisiana   70113
          Phone: 504/885-7700
          Phone: 504/581-6180
          Fax: 504/581-4336
          Attorney for Plaintiffs


          \S\ Lawrence D. Wiedemann
          **LAWRENCE D. WIEDEMANN (#13457)**
          **KARL WIEDEMANN (#188502)**
          **KAREN WIDEMANN (21151)**
          821 Baronne Street
          New Orleans, Louisiana   70113
          Phone: 504/581-6180
          Fax: 504/581-4336
          Attorneys for Plaintiff


          \S\ Patrick J. Sanders
          **PATRICK J. SANDERS (#18741)**
          3123 Ridgelake Drive, Ste. B
          Metairie, Louisiana   70002
          Phone: 504/834-0646
          Fax: 504/835-2401
          Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 28th day of January, 2008.

                        \s\Brian A. Gilbert