UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
|        06-1885 | * | JUDGE DUVAL |
|        06-4024 | * | |
|        06-4389 | * | MAGISTRATE WILKINSON |
|        06-5771 | * | |
|        06-5786 | * | |
|        06-6099 | * | |
|        07-0206 | * | |
|        07-3500 | * | |
|        07-3612 | * | |
|        07-5023 | * | |
|        07-5040 | * | |
| * * * * * * * * * * * * * * * * * * | | |

**PLAINTIFFS' EX PARTE MOTION
FOR LEAVE TO ATTACH EXHIBIT**

**COME NOW** plaintiffs and/or intervening plaintiffs, appearing through undersigned counsel and, in the case of Ashton R. O'Dwyer, Jr., *in propria persona*, and move This Honorable Court for leave to attach as Exhibit No. 1 to Record Document No. 10910 a facsimile which O'Dwyer addressed to Gerald E. Meunier, Esq., with an open copy to Joseph M. Bruno, Esq., on March 29, 2006, which, through inadvertence, was not attached to Record Document No. 10910 at the time of filing.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

**By:   S/Ashton R. O'Dwyer, Jr.
Ashton R. O'Dwyer, Jr.
Bar No. 10166
821 Baronne Street
New Orleans, LA 70113
Tel. 504-679-6166
Fax. 504-581-4336**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 29th day of January 2008.

S/Ashton R. O'Dwyer, Jr.