UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

Considering Plaintiffs' Ex Parte Motion for Leave to Attach Exhibit, which the Court has duly noted.

**IT IS ORDERED** that the facsimile from Ashton R. O'Dwyer, Jr. to Gerald E. Meunier, Esq. of March 29, 2006, with an open copy to Joseph M. Bruno, Esq., be and it is hereby attached as Exhibit No. 1 to Record Document No. 10910.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**J U D G E**

-1-