UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO: MRGO | |

## NOTICE OF HEARING RE:
## PLAINTIFFS' MOTION TO QUASH SUBPOENA ISSUED BY WASHINGTON GROUP INTERNATIONAL, INC. OR, IN THE ALTERNATIVE,
## MOTION FOR PROTECTIVE ORDER

**PLEASE TAKE NOTICE**, that the MRGO PSLC, on behalf of the putative class, on February 27, 2008 at 11:00 a.m. at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr., will bring on for hearing their Motion to Quash.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno_____
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

        MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

        <u>s/ James Parkerson Roy</u>
        JAMES PARKERSON ROY
        MR-GO PSLC Liaison Counsel
        LA. Bar Roll Number: 11511
        Domengeaux Wright Roy & Edwards LLC
        P.O. Box 3668
        Lafayette, LA. 70502
        Telephone: (337) 593-4190 or (337) 233-3033
        Facsimile: (337) 233-2796

        For

        MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
        Jonathan Andry (Andry Law Firm, New Orleans, LA)
        Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
        Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
        James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 29th day of January, 2008.

                <u>/s/ Joseph M. Bruno</u>

                Joseph M. Bruno