UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION
                                      NO. 05-4182

                                      SECTION "K" (2)

PERTAINS TO: MRGO

---

**PLAINTIFFS' MOTION TO QUASH SUBPOENA ISSUED
BY WASHINGTON GROUP INTERNATIONAL, INC. OR,
IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**

    **NOW INTO COURT**, comes the MRGO PSLC, on behalf of the putative class,

who moves to quash the subpoena duces tecum issued by Washington Group

International, Inc., ( hereinafter, "WGII") to the Office of Community Development, and

to contemporaneously stay records production pending a ruling on the instant Motion to

Quash or, in the alternative, to enter a Protective Order for the reasons more fully set

forth in Plaintiffs' accompanying Memorandum in Support.

                        Respectfully Submitted,

                        PLAINTIFFS' LIAISON COUNSEL

                        s/ Joseph M. Bruno_____
                        JOSEPH M. BRUNO
                        PLAINTIFFS LIAISON COUNSEL
                        Law Offices of Joseph M. Bruno
                        LA Bar Roll Number: 3604
                        855 Baronne Street
                        New Orleans, Louisiana 70113
                        Telephone: (504) 525-1335
                        Facsimile: (504) 561-6775

MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE


s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION
COMMITTEE
Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola,
FL)
Pierce O'Donnell (O'Donnell & Associates, Los
Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al.,
Lafayette, LA)


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all

known counsel for all parties via the Court's CM/ECF system, or by placing same in the United

States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or

other electronic transmission this 29th day of January, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno