UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * CIVIL ACTION *  * NO. 05-4182 |
| ***THIS PLEADING APPLIES TO:***  **BARGE** | | *and consolidated cases * |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram* | C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | * STANWOOD R. DUVAL |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | * |
| *Parfait v. USA* | C.A. No. 07-3500 | * MAGISTRATE JUDGE  * JOSEPH C. WILKINSON, JR.  * |

## NOTICE OF SUBPOENA REQUIRING THE PRODUCTION OF DOCUMENTS

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724), and as subsequently amended ("CMO No. 5"), PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Lafarge North America Inc. ("LNA") caused on January 28, 2008, a subpoena duces tecum ("subpoena") to be issued by the United States District Court for the Eastern District of Louisiana upon Team Louisiana. The Subpoena has been directed to Team Louisiana and Louisiana State

1013264-1

University, Center for the Study of Public Impacts of Hurricanes, Suite 3221, CEBA Building, Baton Rouge, Louisiana 70803;

The subpoena requires the production of documents as described and designated in the attached Schedule A at 10:00 a.m., on February 28, 2008, at the offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300.

Dated: January 28, 2008

Respectfully submitted,

/s/ Parker Harrison
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

*Attorneys for Lafarge North America Inc.*

1013264-1                                         2

## Certificate of Service

I do hereby certify that I have on this 29th day of January, 2008 served a copy of the foregoing Notice of Subpoena Requiring the Production of Documents, Subpoena and Schedule A upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and property addressed..

                                                /s/ Parker Harrison