UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and

Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United

States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set

of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North

America Inc.'s Requests for Production of Documents in the Barge category, and the Defendants'

Requests for Production of Documents, respectively, the United States has produced the

following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI

produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all

other documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in

this matter is produced in accordance with the Court's Order Authorizing and Requiring the

United States to Produce Personal Identifying Information Contained Within Electronically

Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying

Information (Doc. Rec. No. 10293):

| | | |
|---|---|---|
| AFP-001-000000001 | to | AFP-001-000000853; |
| AFP-002-000000001 | to | AFP-002-000002454; |
| AFP-003-000000001 | to | AFP-003-000000433; |
| DFP-003-000000001 | to | DFP-003-000002632; |
| DFP-004-000000001 | to | DFP-004-000001928; |
| DFP-005-000000001 | to | DFP-005-000000953; |
| DFP-006-000000001 | to | DFP-006-000003250; |
| DFP-007-000000001 | to | DFP-007-000003702; |
| DFP-008-000000001 | to | DFP-008-000000384; |
| DFP-009-000000001 | to | DFP-009-000003470; |
| DFP-010-000000001 | to | DFP-010-000003855; |
| DFP-011-000000001 | to | DFP-011-000003705; |
| DFP-012-000000001 | to | DFP-012-000000548; |
| DFP-013-000000001 | to | DFP-013-000002948; |
| DFP-014-000000001 | to | DFP-014-000000148; |
| DFP-015-000000001 | to | DFP-015-000006844; |
| DFP-016-000000001 | to | DFP-016-000000373; |
| DFP-017-000000001 | to | DFP-017-000002371; |
| DFP-018-000000001 | to | DFP-018-000002468; |
| DFP-019-000000001 | to | DFP-019-000000496; |
| DFP-020-000000001 | to | DFP-020-000000028; |
| DFP-021-000000001 | to | DFP-021-000001349; |
| DFP-022-000000001 | to | DFP-022-000000878; |
| FFP-001-000000001 | to | FFP-001-000007351; |
| FFP-002-000000001 | to | FFP-002-000001702; |
| HFP-002-000000001 | to | HFP-002-000000297; |
| HFP-003-000000001 | to | HFP-003-000001436; |
| HFP-004-000000001 | to | HFP-004-000000651; |
| HFP-005-000000001 | to | HFP-005-000002536; |
| HFP-006-000000001 | to | HFP-006-000000209; |
| HFP-007-000000001 | to | HFP-007-000000263; |
| HFP-008-000000001 | to | HFP-008-000008781; |
| HFP-009-000000001 | to | HFP-009-000000899; |
| HFP-010-000000001 | to | HFP-010-000002323; |
| HFP-011-000000001 | to | HFP-011-000001391; |
| HFP-012-000000001 | to | HFP-012-000008029; |

2

HFP-013-000000001     to     HFP-013-000000956;
HFP-014-000000001     to     HFP-014-000003254;
HFP-015-000000001     to     HFP-015-000003308;
HFP-016-000000001     to     HFP-016-000000208;
HFP-017-000000001     to     HFP-017-000000157;
HFP-018-000000001     to     HFP-018-000002802;
HFP-019-000000001     to     HFP-019-000001082;
HFP-020-000000001     to     HFP-020-000000057;
HFP-022-000000001     to     HFP-022-000003273;
HFP-023-000000001     to     HFP-023-000000458;
HFP-024-000000001     to     HFP-024-000009702;
HFP-025-000000001     to     HFP-025-000000238;
HFP-026-000000001     to     HFP-026-000001314;
HFP-027-000000001     to     HFP-027-000001248;
HFP-028-000000001     to     HFP-028-000002061;
HFP-029-000000001     to     HFP-029-000000762;
HFP-030-000000001     to     HFP-030-000000125;
HFP-031-000000001     to     HFP-031-000000751;
HFP-032-000000001     to     HFP-032-000000393;
HFP-033-000000001     to     HFP-033-000000232;
HFP-034-000000001     to     HFP-034-000000115;
HFP-035-000000001     to     HFP-035-000003572;
HFP-036-000000001     to     HFP-036-000000511;
HFP-037-000000001     to     HFP-037-000000013;
HFP-038-000000001     to     HFP-038-000002559;
HFP-039-000000001     to     HFP-039-000000004;
HFP-040-000000001     to     HFP-040-000000002;
HFP-041-000000001     to     HFP-041-000000723;
HFP-042-000000001     to     HFP-042-000000476;
HFP-043-000000001     to     HFP-043-000000001;
HFP-044-000000001     to     HFP-044-000001816;
IFP-001-000000001     to     IFP-001-000003064;
IFP-002-000000001     to     IFP-002-000000042;
IFP-003-000000001     to     IFP-003-000000124;
IFP-004-000000001     to     IFP-004-000000795;
IFP-005-000000001     to     IFP-005-000000001;
IFP-006-000000001     to     IFP-006-000000007;
LFP-024-000000001     to     LFP-024-000001822;
LFP-025-000000001     to     LFP-025-000000113;
MFP-001-000000001     to     MFP-001-000000423;
MFP-002-000000001     to     MFP-002-000001386;
MFP-003-000000001     to     MFP-003-000000257;
MFP-004-000000001     to     MFP-004-000005258;

| | | |
|---|---|---|
| MFP-005-000000001 | to | MFP-005-000000009; |
| MFP-006-000000001 | to | MFP-006-000000025; |
| MFP-007-000000001 | to | MFP-007-000000017; |
| NFP-001-000000001 | to | NFP-001-000000855; |
| OFP-003-000000001 | to | OFP-003-000001419; |
| OFP-004-000000001 | to | OFP-004-000003230; |
| OFP-005-000000001 | to | OFP-005-000000317; |
| OFP-006-000000001 | to | OFP-006-000003021; |
| OFP-009-000000001 | to | OFP-009-000007762; |
| OFP-010-000000001 | to | OFP-010-000002023; |
| OFP-011-000000001 | to | OFP-011-000000694; |
| OFP-012-000000001 | to | OFP-012-000001571; |
| OFP-013-000000001 | to | OFP-013-000003686; |
| OFP-014-000000001 | to | OFP-014-000002280; |
| OFP-015-000000001 | to | OFP-015-000004607; |
| OFP-016-000000001 | to | OFP-016-000029747; |
| OFP-017-000000001 | to | OFP-017-000000414; |
| OFP-018-000000001 | to | OFP-018-000001490; |
| OFP-019-000000001 | to | OFP-019-000002608; |
| OFP-020-000000001 | to | OFP-020-000001989; |
| OFP-022-000000001 | to | OFP-022-000001096; |
| OFP-023-000000001 | to | OFP-023-000000901; |
| OFP-024-000000001 | to | OFP-024-000001001; |
| OFP-025-000000001 | to | OFP-025-000000971; |
| OFP-026-000000001 | to | OFP-026-000003100; |
| OFP-027-000000001 | to | OFP-027-000001411; |
| OFP-028-000000001 | to | OFP-028-000001194; |
| OFP-029-000000001 | to | OFP-029-000003758; |
| OFP-030-000000001 | to | OFP-030-000000002; |
| OFP-031-000000001 | to | OFP-031-000002647; |
| OFP-032-000000001 | to | OFP-032-000000630; |
| OFP-033-000000001 | to | OFP-033-000002013; |
| OFP-034-000000001 | to | OFP-034-000003235; |
| OFP-035-000000001 | to | OFP-035-000003546; |
| OFP-036-000000001 | to | OFP-036-000000409; |
| OFP-037-000000001 | to | OFP-037-000002783; |
| OFP-038-000000001 | to | OFP-038-000000176; |
| OFP-039-000000001 | to | OFP-039-000000419; |
| OFP-040-000000001 | to | OFP-040-000001331; |
| OFP-041-000000001 | to | OFP-041-000000214; |
| OFP-042-000000001 | to | OFP-042-000002873; |
| OFP-043-000000001 | to | OFP-043-000000890; |
| OFP-044-000000001 | to | OFP-044-000002631; |

OFP-045-000000001        to        OFP-045-000000104;
OFP-046-000000001        to        OFP-046-000000059;
OFP-047-000000001        to        OFP-047-000001472;
OFP-048-000000001        to        OFP-048-000000001;
OFP-049-000000001        to        OFP-049-000000001;
OFP-050-000000001        to        OFP-050-000000110;
OFP-051-000000001        to        OFP-051-000000001;
OFP-052-000000001        to        OFP-052-000003514;
OFP-053-000000001        to        OFP-053-000000560;
OFP-054-000000001        to        OFP-054-000000027;
OFP-055-000000001        to        OFP-055-000000068;
OFP-056-000000001        to        OFP-056-000000003;
OFP-057-000000001        to        OFP-057-000000004;
OFP-058-000000001        to        OFP-058-000000013;
OFP-059-000000001        to        OFP-059-000000001;
OFP-060-000000001        to        OFP-060-000000077;
OFP-061-000000001        to        OFP-061-000000015;
OFP-062-000000001        to        OFP-062-000000155;
OFP-063-000000001        to        OFP-063-000000007;
OFP-064-000000001        to        OFP-064-000000022;
OFP-065-000000001        to        OFP-065-000000030;
OFP-066-000000001        to        OFP-066-000001988;
OFP-067-000000001        to        OFP-067-000000367;
OFP-068-000000001        to        OFP-068-000000209;
OFP-069-000000001        to        OFP-069-000000062;
OFP-070-000000001        to        OFP-070-000003142;
OFP-071-000000001        to        OFP-071-000000739;
OFP-072-000000001        to        OFP-072-000000008;
OFP-073-000000001        to        OFP-073-000000007;
OFP-074-000000001        to        OFP-074-000002602;
OFP-075-000000001        to        OFP-075-000000104;
OFP-076-000000001        to        OFP-076-000000064;
OFP-078-000000001        to        OFP-078-000000043;
OFP-079-000000001        to        OFP-079-000000468;
PFP-001-000000001        to        PFP-001-000002654;
PFP-002-000000001        to        PFP-002-000002801;
PFP-003-000000001        to        PFP-003-000002668;
PFP-004-000000001        to        PFP-004-000002631;
PFP-005-000000001        to        PFP-005-000001651;
PFP-006-000000001        to        PFP-006-000000235;
PFP-007-000000001        to        PFP-007-000001035;
PFP-008-000000001        to        PFP-008-000004510;
PFP-009-000000001        to        PFP-009-000001643;

PFP-010-000000001   to   PFP-010-000009710;
PFP-011-000000001   to   PFP-011-000009411;
PFP-012-000000001   to   PFP-012-000000375;
PFP-013-000000001   to   PFP-013-000001732;
PFP-014-000000001   to   PFP-014-000001686;
PFP-015-000000001   to   PFP-015-000005313;
PFP-016-000000001   to   PFP-016-000026312;
PFP-017-000000001   to   PFP-017-000007365;
PFP-018-000000001   to   PFP-018-000004416;
PFP-019-000000001   to   PFP-019-000002104;
PFP-020-000000001   to   PFP-020-000004118;
PFP-021-000000001   to   PFP-021-000002487;
PFP-022-000000001   to   PFP-022-000002103;
PFP-023-000000001   to   PFP-023-000001050;
PFP-024-000000001   to   PFP-024-000000503;
PFP-025-000000001   to   PFP-025-000000798;
PFP-026-000000001   to   PFP-026-000000333;
PFP-027-000000001   to   PFP-027-000000445;
PFP-028-000000001   to   PFP-028-000000328;
PFP-029-000000001   to   PFP-029-000000346;
PFP-030-000000001   to   PFP-030-000000614;
PFP-031-000000001   to   PFP-031-000003510;
PFP-032-000000001   to   PFP-032-000001214;
PFP-033-000000001   to   PFP-033-000001168;
PFP-034-000000001   to   PFP-034-000002153;
PFP-035-000000001   to   PFP-035-000000792;
PFP-036-000000001   to   PFP-036-000000693;
PFP-037-000000001   to   PFP-037-000001878;
PFP-038-000000001   to   PFP-038-000007563;
PFP-039-000000001   to   PFP-039-000000078;
PFP-040-000000001   to   PFP-040-000004836;
PFP-041-000000001   to   PFP-041-000001258;
PFP-042-000000001   to   PFP-042-000001565;
PFP-044-000000001   to   PFP-044-000000174;
PFP-045-000000001   to   PFP-045-000000087;
PFP-046-000000001   to   PFP-046-000003515;
PFP-047-000000001   to   PFP-047-000000019;
PFP-048-000000001   to   PFP-048-000000379;
PFP-049-000000001   to   PFP-049-000000047;
PFP-050-000000001   to   PFP-050-000000392;
PFP-051-000000001   to   PFP-051-000000037;
PFP-052-000000001   to   PFP-052-000002871;
PFP-053-000000001   to   PFP-053-000000004;

| | | |
|---|---|---|
| PFP-054-000000001 | to | PFP-054-000004472; |
| PFP-055-000000001 | to | PFP-055-000000670; |
| PFP-056-000000001 | to | PFP-056-000000215; |
| PFP-057-000000001 | to | PFP-057-000000083; |
| PFP-058-000000001 | to | PFP-058-000000933; |
| PFP-059-000000001 | to | PFP-059-000004046; |
| PFP-060-000000001 | to | PFP-060-000000252; |
| PFP-061-000000001 | to | PFP-061-000000182; |
| PFP-062-000000001 | to | PFP-062-000000011; |
| PFP-063-000000001 | to | PFP-063-000002677; |
| PFP-064-000000001 | to | PFP-064-000000035; |
| PFP-065-000000001 | to | PFP-065-000001821; |
| PFP-066-000000001 | to | PFP-066-000008176; |
| PFP-067-000000001 | to | PFP-067-000000765; |
| PFP-068-000000001 | to | PFP-068-000000078; |
| PFP-069-000000001 | to | PFP-069-000000024; |
| PFP-070-000000001 | to | PFP-070-000001469; |
| PFP-071-000000001 | to | PFP-071-000000923; |
| PFP-072-000000001 | to | PFP-072-000000193; |
| PFP-073-000000001 | to | PFP-073-000000001; |
| PFP-074-000000001 | to | PFP-074-000000025; |
| PFP-075-000000001 | to | PFP-075-000000001; |
| PFP-076-000000001 | to | PFP-076-000000933; |
| PFP-077-000000001 | to | PFP-077-000000092; |
| PFP-078-000000001 | to | PFP-078-000000490; |
| RFP-001-000000001 | to | RFP-001-000006352; |
| RFP-002-000000001 | to | RFP-002-000000026; |
| RFP-003-000000001 | to | RFP-003-000020907; |
| RFP-004-000000001 | to | RFP-004-000000263; |
| RFP-005-000000001 | to | RFP-005-000004673; |
| RFP-006-000000001 | to | RFP-006-000003350; |
| RFP-007-000000001 | to | RFP-007-000000520; |
| RFP-008-000000001 | to | RFP-008-000023241; |
| RFP-009-000000001 | to | RFP-009-000001537; |
| RFP-011-000000001 | to | RFP-011-000030513; |
| RFP-012-000000001 | to | RFP-012-000015793; |
| RFP-013-000000001 | to | RFP-013-000007381; |
| RFP-014-000000001 | to | RFP-014-000002576; |
| RFP-015-000000001 | to | RFP-015-000013752; |
| RFP-016-000000001 | to | RFP-016-000029423; |
| RFP-017-000000001 | to | RFP-017-000007486; |
| RFP-018-000000001 | to | RFP-018-000000840; |
| RFP-019-000000001 | to | RFP-019-000001678; |

RFP-020-000000001      to      RFP-020-000010573;
RFP-021-000000001      to      RFP-021-000001569;
RFP-022-000000001      to      RFP-022-000003513;
RFP-023-000000001      to      RFP-023-000002385;
RFP-024-000000001      to      RFP-024-000009512;
RFP-025-000000001      to      RFP-025-000031702;
RFP-026-000000001      to      RFP-026-000000225;
RFP-027-000000001      to      RFP-027-000009789;
RFP-028-000000001      to      RFP-028-000000619;
RFP-029-000000001      to      RFP-029-000000855;
RFP-030-000000001      to      RFP-030-000002282;
RFP-031-000000001      to      RFP-031-000000906;
RFP-032-000000001      to      RFP-032-000001906;
RFP-033-000000001      to      RFP-033-000001277;
RFP-034-000000001      to      RFP-034-000003078;
RFP-035-000000001      to      RFP-035-000001428;
RFP-036-000000001      to      RFP-036-000003245;
RFP-037-000000001      to      RFP-037-000001737;
RFP-038-000000001      to      RFP-038-000009852;
RFP-039-000000001      to      RFP-039-000010186;
RFP-040-000000001      to      RFP-040-000000005;
RFP-041-000000001      to      RFP-041-000003810;
RFP-042-000000001      to      RFP-042-000015793;
RFP-043-000000001      to      RFP-043-000000681;
RFP-044-000000001      to      RFP-044-000000051;
RFP-045-000000001      to      RFP-045-000000043;
RFP-046-000000001      to      RFP-046-000000008;
RFP-047-000000001      to      RFP-047-000000599;
RFP-048-000000001      to      RFP-048-000000044;
RFP-049-000000001      to      RFP-049-000004020;
RFP-051-000000001      to      RFP-051-000001318;
RFP-052-000000001      to      RFP-052-000011587;
RFP-053-000000001      to      RFP-053-000001750;
RFP-054-000000001      to      RFP-054-000000228;
RFP-055-000000001      to      RFP-055-000000210;
RFP-056-000000001      to      RFP-056-000000001;
RFP-057-000000001      to      RFP-057-000000515;
RFP-058-000000001      to      RFP-058-000000146;
RFP-059-000000001      to      RFP-059-000003976;
RFP-060-000000001      to      RFP-060-000022695;
RFP-061-000000001      to      RFP-061-000000009;
RFP-062-000000001      to      RFP-062-000000001;
RFP-063-000000001      to      RFP-063-000001263;

| | | |
|---|---|---|
| RFP-064-000000001 | to | RFP-064-000000177; |
| RFP-065-000000001 | to | RFP-065-000001926; |
| RFP-066-000000001 | to | RFP-066-000000003; |
| RFP-067-000000001 | to | RFP-067-000002730; |
| RFP-069-000000001 | to | RFP-069-000000837; |
| RFP-070-000000001 | to | RFP-070-000000001; |
| RFP-071-000000001 | to | RFP-071-000001533; |
| RFP-072-000000001 | to | RFP-072-000000002; |
| RFP-073-000000001 | to | RFP-073-000005195; |
| RFP-074-000000001 | to | RFP-074-000000167; |
| RFP-075-000000001 | to | RFP-075-000000025; |
| RFP-076-000000001 | to | RFP-076-000001994; |
| RFP-077-000000001 | to | RFP-077-000001082; |
| RFP-078-000000001 | to | RFP-078-000001601; |
| RFP-079-000000001 | to | RFP-079-000000107; |
| RFP-080-000000001 | to | RFP-080-000006098; |
| RFP-081-000000001 | to | RFP-081-000000031; |
| RFP-082-000000001 | to | RFP-082-000009424; |
| RFP-083-000000001 | to | RFP-083-000000056; |
| RFP-084-000000001 | to | RFP-084-000001044; |
| RFP-085-000000001 | to | RFP-085-000000002; |
| RFP-086-000000001 | to | RFP-086-000021739; |
| RFP-087-000000001 | to | RFP-087-000000351; |
| RFP-088-000000001 | to | RFP-088-000000223; |
| RFP-089-000000001 | to | RFP-089-000000135; |
| RFP-090-000000001 | to | RFP-090-000020804; |
| RFP-091-000000001 | to | RFP-091-000002034; |
| RFP-092-000000001 | to | RFP-092-000000239; |
| RFP-093-000000001 | to | RFP-093-000000010; |
| RFP-094-000000001 | to | RFP-094-000002537; |
| RFP-095-000000001 | to | RFP-095-000000002; |
| RFP-096-000000001 | to | RFP-096-000002107; |
| RFP-097-000000001 | to | RFP-097-000010676; |
| RFP-098-000000001 | to | RFP-098-000000556; |
| RFP-099-000000001 | to | RFP-099-000000286; |
| RFP-100-000000001 | to | RFP-100-000000152; |
| RFP-101-000000001 | to | RFP-101-000000356; |
| RFP-102-000000001 | to | RFP-102-000004068; |
| RFP-103-000000001 | to | RFP-103-000001479; |
| RFP-104-000000001 | to | RFP-104-000000016; |
| RFP-105-000000001 | to | RFP-105-000002088; |
| RFP-106-000000001 | to | RFP-106-000001396; |
| RFP-107-000000001 | to | RFP-107-000000627; |

9

| | | |
|---|---|---|
| SFP-001-000000001 | to | SFP-001-000000361; |
| SFP-002-000000001 | to | SFP-002-000001322; |
| SFP-003-000000001 | to | SFP-003-000000030; |
| SFP-004-000000001 | to | SFP-004-000001416; |
| SFP-005-000000001 | to | SFP-005-000000004; |
| SFP-006-000000001 | to | SFP-006-000000016; |
| TFP-003-000000001 | to | TFP-003-000001393; |
| TFP-004-000000001 | to | TFP-004-000002783; |
| TFP-005-000000001 | to | TFP-005-000000545; |
| TFP-006-000000001 | to | TFP-006-000010445; |
| TFP-007-000000001 | to | TFP-007-000000545; |
| TFP-008-000000001 | to | TFP-008-000000005; |
| UFP-001-000000001 | to | UFP-001-000005880; |
| UFP-002-000000001 | to | UFP-002-000000003; |
| XFP-001-000000001 | to | XFP-001-000001582; |
| XFP-002-000000001 | to | XFP-002-000000059. |

This Notice of Production is respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER, III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: January 29, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on January 29, 2008, I served a true copy of the United States' Notice of Production upon all parties by ECF.


      s/ James F. McConnon, Jr.
      JAMES F. McCONNON, JR.