## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| PERTAINS TO: | * | |
| | * | JUDGE DUVAL |
| ALL LEVEE, MRGO, | * | |
| RESPONDER CASES AND | * | MAG. WILKINSON |
| | * | |
| NOS.   05-4181 | * | |
|         06-1885 | * | |
|         06-4389 | * | |
|         06-5771 | * | |
|         06-5786 | * | |
|         07-0206 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the following named Plaintiffs in Civil Action

Nos. 05-4181, 06-1885, 06-4389, 06-5771, 06-5786 and 07-0206:

> **Maureen O'Dwyer**
> **Harold Joseph Gagnet**
> **Sally Egerton Richards**
> **Shane E. Porter**
> **Stephanie Porter**
> **Interior Specialties, L.L.C.**
> **Shelia Jones Jordan**
> **Charles Edward Jordon**
> **Wayne M. Jones**
> **Gloria Agnes Griffin, individually and as Administratrix of the**

Succession of her brother Stephen Williams, and on behalf of
any and all heirs, survivors, relatives and beneficiaries of the d
deceased
Leticia Brown
Jo Anna McLean
Lee Davidson McLean III
Kathryn Frank
Richard Springer Favor
 And
Miriam McMichael Favor d/b/a The Garden Smith
Philip B. Alford
Gerald Pipes Guice
Beverly Anne Ferguson Guice
Madeleine Alise Guice
Kenneth Hastings Guice
Anthony Phillip Henderson
Louis Joseph O'Dwyer, Jr.
Maurleen M. O'Dwyer
Aaron Jacob O'Dwyer
Henry Grady Hardy, Jr.
Letizia Hardy
Jane Veronica Hardy
Brian Southerland Hardy
Martin Ramos
Richard Ehret
Leslie Ehret
Anthony Phillip Henderson
Frances Y. Bellerino
Louise J. Young
Edward R. Young
 and
Veronica F. Young d/b/a Floor Crafters Wood Interiors
Joseph Rauchwerk
Cheryl Sweat Rauchwerk
Marilyn Von Schmidt
Susan G. Jeanfreau, M.D.
Wallace E. Jeanfreau, M.D.
Robert J. Jeanfreau, M.D.
Jerry Victor Jacob
Gloria Pohlman Hecker
Joseph W.P. Hecker, in proper person
Ashton R. O'Dwyer, Jr., in proper person
The Parfait Family
Shirley D. O'Dwyer
Alexis Navarro O'Dwyer
Lisa Marie O'Dwyer

**Nicholas S. Lindner**
**Ruth B. Ragas**
**Paul J. Ragas**
**Jason P. Ragas**
**Walter J. Morgan**
**Katie L. Ragas**
**Arthur Tracy Abel**
**Kathleen C. Abel**
**Kitty B. Hoffman**
**Craig Anthony Miller**
**Stephen Christopher Jeandron**
**Andre Trevigne Fowler**
**John Wesley Stewart, Jr.**
**George Schmidt db/a The George Schmidt Gallery**
**Delia LaBarre**
**Tyrone Anthony Alexander**
**Michael Cormick**
**Penny Anderson**
**Calie Newell**
**Betty Francis**
**Lester McGee**
**Sherman Griffin**
**Sandra Meyers**
**Gregory Cormick**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Harold Alexander**
**Vonola Avist**
**Dana Bell**
**Gloria Mae Bell**
**Hitchai Bryant**
**Nicole Bryant**
**John Collins**
**Jonell Collins**
**Catherine Collins**
**Sherene Collins**
**Simeko Collins**
**Jerry Cormick**
**Lauren Dabney**
**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evans**
**Audrey Gray**
**Lucille Gray**

**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**
**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**
**Lynn Lee**
**Jimmie Martin**
**Harry Nobles**
**Alma Sanders**
**Barbara Sanders**
**Albertha Skinner**
**Gilda Skinner**
**Irinika Skinner**
**Irvin Skinner**
**Brandon Smith**
**Felix Augustin**
**Pauline Augustin**
**Cynthia Bell**
**Rhona Causey**
**Winnette Lang**
**Ferdinand Leon**
**Lydia Leon**
**Caroll Denesse**
**Lucien Denesse**
**Ashley Navarre**
**Doreine Navarre**
**Melvin Navarre**
**Sylvia Byrd**
**William Byrd**
**Blair Bundy, Sr., and his spouse**
   **Dawn Bundy, on their own behalfs and on behalf of their minor children,**
      **Blair Bundy, Jr.**
      **Jane Bundy**
      **Skekinah Bundy and**
      **Emanuel Bundy**
**Jill Bundy**
**John Collins**
**Sherlene Collins**
**Janice Collins, on her own behalf and on behalf of her son,**
      **John Henry Collins**
**Jamie Collins, on her own behalf and on behalf of her son,**
      **Jacobi Glover**

**Mitchell Armour**
**Vanessa Carter**
**Kerry Carter**
**Joshua Billon and his spouse,**
 **Monica Billon, on their own behalf and on behalf of their minor**
 **Children,**
   **Isaiah Billon and**
   **Monica Billon**
**Betty Christy**
**De-Fean Christy**
**La-Shawn D. Robinson**
**Patricia Granger, on her own behalf and on behalf of her daughter**
   **Tomika Edwards**
**Charmeine Jefferson, on her own behalf and on behalf of her children,**
   **Lemor James,**
   **Ariel James,**
   **Yolanda Jefferson, and**
   **Erika Thornton**
**Chris McCormick**
**Michele Armour**
**Monique Armour**
**Mitchell Armour III**
**Augustine Greenwood**
**Rosemary Greenwood, on her own behalf an don behalf of her children,**
   **Yasemine and**
   **Jasemine Greenwood**
**Byrne Sherwood**
**Linda Morgan**
**Lokea Morgan**
**Denisha Morgan**
**Shelia Smith**
**Jacqueline Smith**
**James Smith, Jr.**
**Nina Baughn, on her own behalf and on behalf of her minor children,**
   **Karim Kemp**
   **Karen Kemp**
   **Erica Kemp**
**Patricia Green**
**Tanaka Johnson**
**Bobby Johnson**
**Charles Williams**
**Laura Recasner, on her own behalf and on behalf of her children,**
   **Dajohon Recasner,**
   **Kurshell Recasner and**
   **Charleston Recasner**

Agnes Recasner
**Charmaine Rhome**
**Judy Starks**
**Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore**
**Troylyn Washington**
**Mercedes Washington**
**Shanika Taylor**
**Marsha Taylor**
**Roxchell Panika Santee', on her own behalf and on behalf of her minor son,**
  **Tyree Santee'**
**Samuel Bourne**
**Nicole Bryan**
**Alton J. Crowden, on his own behalf and on behalf of his minor children,**
  **Cameron Crowden and**
  **Kelli Crowden**
**Ashley Navarre**
**Shana Patterson**
**Keana Quinn**
**Niketsa Ramsey, on her own behalf and on behalf of her minor children,**
  **Desmonisha Ramsey,**
  **Kenyel Rochon and**
  **Desmond Ramsey**
**Darylynn Ramsey**
**Julie Ramsey, on her own behalf and on behalf of her minor children,**
  **Dalisha Ramsey and**
  **Charli Ramsey**
**Robert Rhone**
**Joshua Smith**
**Cynthia Tibbet, on her own behalf and on behalf of her children,**
  **Brittany Tibbet,**
  **Sidney Tibbet,**
  **Chelesa Tibbet, and**
**Janice Tollins, on her own behalf and on behalf of her minor son,**
  **John Tollins**
**Glenda Medina**
**Michele Elizabeth Omes**
**Jim Richard Pazos**
**Avery Scott**
**Frank Duncan  Macpherson Strachan III**
**Joshua Dillon and his spouse,**
**Monica Dillon, on their own behalfs and on behalf of their minor children,**
  **Isaiah Dillon and**

Monica Pollard
Donald G. Deaton
Pamela A. Morgan
Frank Butler, Jr., on his own behalf And on behalf of his minor children,
   Frank Butler III,
   Charles Butler and
   Tachmonite Butler
Lorenzo Butler
Alonzo W. Butler and his spouse,
Laquinta Butler, on their own behalfs and on behalf of their minor children,
   Alonzo W. Butler, Jr.
   Jasmyn Butler, and
   Rashaad Butler
Rita Bailey
Tony Green
Lina Vaughn
William Byrd
Sylvia Byrd
Ruth Harris
Clifford Harris
Jonathan Washington
Vicky Michel
Simon Kleindorf
Bertha Kleindorf
David Kleindorf
Connie Kleindorf
Troylyn Washington, on her own behalf and on behalf of her minor child,
 Dasia Washington
Mercedes Ann Washington
Roy Junior Washington
Tony Green
Eva McGee
Levi Johnson
Patricia Johnson
Lequecia Bunn, on her own behalf and on behalf of her minor child,
 Jada Gibson
Imelda Johnson
Michael Johnson
Mulkina Coates, on her own behalf and on behalf of her minor children,
 Keshina Coates and
 Malik Coates
Benjamin Morgan

Chandra Maxon, on her own behalf and on behalf of her minor children,
  Byron Maxon,
  Darianne Maxon,
  Janea Maxon,
  Willie Maxon,
  Devante Maxon, and
  Chandray Maxon
Marylyn Maxon, on her own behalf and on behalf of her minor children,
  Shancanacia Maxon,
  Ravanell Maxon, and
  Robert Maxon
Lois Torregano
Loisha Breaux, on her own behalf and on behalf of her minor children,
  Loishell Williams and
  Mikayla Breaux
Vanesa Davis
James Cook
Daniel Davis
Joan A. Miller
Linda Boyd, on her own behalf and on behalf of her minor children,
  Caress Boyd, and
  Charles Boyd
Elijah Washington
Keineisha Richard, on her own behalf and on behalf of her minor children,
  Marlon Richard,
  Marcel Richard, and
  Emyjah Washington
Anthony Barnes
Falisha Barnes
Melanie Barnes
Darryle Lee Johnson, Sr.
Tameko Benjamin, on her own behalf and on behalf of her minor children,
  Jovana Benjamin
  Darione Benjamin
  Darryle Lee Johnson, Jr., and
  Darielle Benjamin
Delilah Milton
Kimmie Ferdinand
Ashley Ferdinand
Cornell Batiste
James Hollins and his wife,
Lakvina Coates, on their own behalf and on behalf of their minor

children,
  Semaj Hollins, and
  Jamaya Hollins
**Tamaya Coates**
**Maria Washington, on her own behalf and on behalf of her minor**
**children,**
  **Janisha Washington,**
  **Andrew Washington,**
  **Charles Washington, and**
  **Mekhi Washington**
**Andrew Hill**
**Leslie Johnson, on her own behalf and on behalf of her minor child,**
  **Jamay Johnson**
**Lakeisha Fernandez, on her own behalf and on behalf of her minor**
**child,**
  **Eddie McGee, Jr.**
**Lessie Johnson**
**Zelda McKendall**
**Ellsworth P. McKendall**
**Kimberly McKendall**
**Michael McKendall**
**Russell Gardner**
**Winnette Lang, on her own behalf and on behalf of her minor**
**children,**
  **Kavon Lang, and**
  **Lashanice Jones**
**Lisa Byrd, on her own behalf and on behalf of her minor child,**
  **Sadzisya Byrd**
**Michael Anthony Snipes, Jr.**
**JoAnn Snipes**
**Michael A. Snipes, Sr.**
**Garry Bougeois**
**Cheryl Bernard**
**Johndra Patterson**
**Terrill Morris**
**Dianne Thompson**
**Michael Thompson**
**Ruby Ann Washington, on her own behalf and on behalf of her minor**
**children,**
  **Shaune Bakewell, and**
  **LaShay Johnson**
**Victor Moore and his wife,**
**Pamelyn Morgan Moore, on their own behalfs and on behalf of their**
**minor children,**
  **Victor Lyn Morgan**
  **Pamelor Morgan**

Vicknesha Morgan, and
Victoria Moore
Ruby Ann Washington, on her own behalf and on behalf of her minor
children,
Shaune Bakewell, and
LaShay Johnson
Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
Josephine J. Dupree-Dean
Herbert C. Jackson
Gail Brown, on her own behalf and on behalf of her minor children,
Aaron Pulliam and
Brandon Pulliam
Myron Mack
Sheila Lewis
Pernell Lewis
Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor
children,
Natiasha Lewis and
Shaila Lewis
Christoopher Patterson, and his spouse,
Linda Johnson, on their own behalfs and on behalf of their minor
children,
Christopher Edward Patterson, Jr. and
Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor
children,
Sherman Singleton
Shermont Singleton and
Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander
Rodney James, on her own behalf and on behalf of his minor children,
Rodney James, Jr. and
Alexis James
Robert Young
Cornelius Young
Shactha (spelled phonetically) Williams
Rose Marie Young
Tykesha Arington, on her own behalf and on behalf of her minor
children,
Charles Arington
Tyriel Arington and
Braione Arington

**Lloyd Joseph**
**Juanita Arington**
**PTC Petroleum & Industrial Supplies, Inc.**
**Ronald D. Pitisci**
**Kathleen Pitisci**
**Gerald Anthony Picquet**
**Lynn Picquet**
**Darnell Williams, on her own behalf and on behalf of her minor child,**
 **Chad Williams**
**Janice Barnes**
**Shena Barnes**
**Glennis Livas, on her own behalf and on behalf of her minor child,**
 **William E. Patterson**
**Malika Batiste, on her own behalf and on behalf of her minor niece and nephew,**
 **Caliyah Porter and**
 **Aaron Batiste**
**Christopher Arrington**
**Noema Arrington, on her own behalf and on behalf of her minor children,**
 **Eric Arrington and**
 **Aaron Arrington**
**Phillip Martin**
**Paulette Biggs, on her own behalf and on behalf of her minor child,**
 **Arkasia McFarland**
**Aldo Gofredo Hernandez, Sr., and his spouse,**
 **Areli Carlota Hernandez, on their own behalf and on behalf of their minor child,**
 **Emmanuel Goffredo Hernandez**
**Aldo Gofredo Hernandez, Jr.**
**Lloyd Loup III**
**Alaina Loup**
**Kenneth Arcement**
**Marlene Arcement**
**Shanika Taylor**
**Marsha Taylor**
**Erica Kemp**
**Latonya Caldwell, on her own behalf and on behalf of her minor children,**
 **Onyell Caldwell and**
 **Charles Dears**
**Larose Taylor**
**Stephan Sawyer**
**Ms. Eprsy Livas**
**Brandon Livas**
**Clifford Coates**

**Tammie Chattman, on her own behalf and on behalf of her minor children,**
  **Rudarion Chattman,**
  **Randel Chattman, and**
  **Joseph Chattman**
**Linzie Brown**
**Emargie C. Brumfield**
**Leonard Brumfield**
**Brandon Carr**
**Jessie Arbuthnot**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc and his spouse,**
  **Larice Taylor LeBlanc, on their own behalfs and on behalf of their minor child,**
  **Mika Jane LeBlanc**
**Kim Gaines, on her own behalf and on behalf of her minor children or grandchildren,**
  **Jamechia Smith, and**
  **Diamond Beam**
**Michael Gaines**
**William B. English, Jr.**
**Rosaria English**
**Hazel McGuire**
**Mary H. Johnson**
**Jerry Matthews**
**Dennis Jones, Jr.**
**Raquel Roth, on her own behalf and on behalf of her minor children,**
  **Dennis Jones III and**
  **Kellie Ann Jones**
**Linda Roth**
**Toya Roth, on her own behalf and on behalf of her minor children,**
  **Jerrell White and**
  **Terrell Roth**
**Courtney Little, on her own behalf and on behalf of her minor children,**
  **Tezanne Allen,**
  **Rashad Little, and**
  **Fabian Earls, Jr.**
**Reynell Santee, and his spouse,**
  **Tawana Rayford, on their own behalfs and on behalf of their minor children,**
  **Ranisha Rayford,**
  **Wynell Rayford, and**
  **Reynell Rayford**

Darron Meyers
Troylyn Meyers, on her own behalf and on behalf of her minor children,
  Keiera Minor and
  Ashley Meyers, and on behalf of her grandchild,
  Daniah Williams
Roxchell Santee, on her own behalf and on behalf of her minor child,
  Tyree Santee
Phillip Lazard
Marguerite Lazard
Joel Frank
Juliet Johnson
Ronald Rome
Aunna Johnson, on her own behalf and on behalf of her minor children,
  Darryl Johnson and
  Carlos Johnson
John Washington
Bernadine Washington
Wanda Washington
Alexis Washington
Hazel Taylor
Christina Taylor
Sophia Taylor, on her own behalf and on behalf of her minor child,
  Alex Taylor
Yolanda Washington, on her own behalf and on behalf of her minor children,
  Alecia Washington,
  Alacia Washington and
  Tyrell Washington
Tyronne Washington
Bruce Washington
Larry Rowe
Dianne Santee
Toni Santee, on her own behalf and on behalf of her minor children,
  Paris Johnson,
  Traychell White and
  Kani Santee
Reynell Santee and his spouse,
  Tawana Rayford, on their own behalf and on behalf of their minor children,
  Ranisha Rayford,
  Wynell Rayford and
  Reynell Rayford
Kelly Simon
Robert Santee

**Diana Santee, on her own behalf and on behalf of her minor children,**
 **Timothy Santee,**
 **Marvin Santee,**
 **Ireal Santee,**
 **Tiffany Santee,**
 **Teianna Santee**
 **Teriane Santee and**
 **Niecal Santee**
**Wilson Ricks**
**Brent Smith, Jr., on his own behalf and on behalf of his minor child,**
 **Brent Smith III**
**Michael Gaines**
**Kim Gaines, on her own behalf and on behalf of her minor children,**
 **Jamechia Smith and**
 **Diamond Beam**
**Victor Moore and his spouse,**
 **Pamelyn Morgan, on their own behalf and on behalf of their minor children,**
 **Victor Lyn Morgan,**
 **Pamelor Morgan,**
 **Vicknesha Morgan and**
 **Victoria Moore**
**Louise Ragas**
**Fayann Ragas**
**Terrill Morris**
**Linda Morris**
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Jeanette Williams**
**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc, and his spouse,**
 **Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,**
 **Mika Jane LeBlanc**
**Jessie Arbuthnot**
**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**

William Hunter
AndrewWilliams
Eric Williams
Winston Williams
Paul Mosley, Sr.
Paul Mosley, Jr.
Brandon Mosley
Hope Mosely
Shaqual Mosley
Shannel Mosely
Ivan Mosley
Betty Mosley
Margarite Rochon
Raymond Hunter
Naomi Hunter
Wilson M. Simmons
Procula D. Simmons
Tammy Amos
Michael Green
Colleen Mooney
Shirley Simon, individually and as Administratrix of the Succession of Richard Simon, deceased, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased, including the children,
  Richard Simon, Jr.
  Richanda Simon
  Ashley Simon
  Teddy Simon
Alden Whiting, Jr.
Bobby Davis
Movella Wicker
Ms. Tony Owens
Kela Johnson
Raquan Johnson
Curtis Johnson
Paulette Dupart and children
Dawn Barthe
Derrick Barthe
Ellen Penny
Antoinette Theriot
Janice L. Barnes, individually and no behalf of the minor child,
  Shena Barnes
Janice Barnes
Doris Starnes
Lois Torregano, individually and on behalf of her minor child,
  Loishell Williams

Loisha Breaux, individually and on behalf of her minor child,
  Mikayla Breaux
Bruce Michael West and
Tracy Collins, on their own behalf(s) and on behalf of the minor children,
  Jamar Kevin West and
  Angelique Hawkins
Richinda Simon
Dwayne Thomas and
Lisa Thomas, on their own behalf(s) and on behalf of the minor children,
  Aliyah Monet Thomas and
  Dawana Thomas
Samuel Johnson
Karen Johnson
Henry Johnson
Kim Johnson
Joann Johnson
Joann Green
Edwina Green
Billy H. Davis
Pat Winford
Shelia Ann Armond, on her own behalf and on behalf of her minor grandson,
  James Charles Patrick Armond
Shirley Jean Simon, individually, and as administratrix of the Succession of her deceased husband, Richard Alphonse Simon, Sr. and personal representative of the deceased, and on behalf of the minor children,
  Rhoneric Moses Simon,
  Rhynique Moniya Simon and
  Rhyashli Monya Simon
Rhonda Motasha Simon
Richard Alphonse Simon, Jr.
Windell Williams
Sylvia Page
Rose Mary Boitmann
Arlie Dyson
James J. Woulfe
Daniel W. Arceneaux
Alfred "Wolf" Green
Darlana Green, on her own behalf and on behalf of the minor children,
  Armani Green and
  Anya Green
Myayana Reed

Matthew Wilson
David Jones, Sr.
Antoinette Jones, on their own behalf(s) and on behalf of their minor children,
  David Jones, Jr. and
  Dajanet Jones
        Chantell Harvey, on her own behalf and on behalf of her minor children,
  Damien Harvey,
  Darall Harvey and
  Dontal Harvey
Dorothy Harvey
Claudia Harvey, on her own behalf and on behalf of her minor children,
  Marcee Joseph and
  Marcell Joseph
Markell Joseph
Myron Mack
Sheila Lewis, on her own behalf and on behalf of her minor children,
  Pernell Lewis and
  Ashanti Lewis
Tyrone Cuneo
Sheila Cuneo
Cherie Johnson
Edward William Davis
Karin Liegh Gober Davis
Jasmine Terry, on her own behalf and on behalf of her minor child,
  Jyshaun Deloney
Keith Martin, on his own behalf and on behalf of his minor child,
  Lakeitha Martin
Contrice Phipps
Karen A. Collins
Lynette Renee Cambridge
Ebony Ellis
Donette Atkinson
Lisa Mzones or Myones
Shawnee Duncan
Barbara Sanders
Patricia Wells
Barbara Ann Anderson
Michelle Sandifer
Courtney Conway
Gilda Washington
Ebony G. Ellis
Christopher Thomas
Ladoia Smith

**David Taylor**
**Alfred C. Green**
**Jaran Thomas**
**Charles Sykes**
**Alexander Williams**
**Drue Bryant**
**Tyrell LeBlanc**
**Jerry Burns**
**Clifton Thompson**
**Adam Stacker**
**Johnnie Causey**
**Jefferson E. Yarborough**
        **James Gregory Vincent**
**Gwendolyn J. Green, on her own behalf and on behalf of her minor son,**
  **Michael J. Green**
**Brandy M. Johnson**
**Adam C. Morrison**
**Dorothy Harvey, on her own behalf and on behalf of her minor grandchild,**
  **Dwayne Banks**
**Arlie Dyson**
**Ether Bullock, on her own behalf and on behalf of her minor grandchildren,**
  **Tharnell Bullock and**
  **Calvin Bullock**
**Charles Terrell**
**Penny Jo Anderson**
**Larry M. Broyard, Sr.**
**Agatha Broyard**
**Ossiemea Marshall, on her own behalf and on behalf of her minor child,**
  **Larry M. Broyard, Jr.**
**Dorothy Saddler Harris**
**Charles Harris**
**Mamie White**
**Bobbie Davis**
**Pamela Maye**
**Clayton Wicker**
**Laurence Wicker**
**Ron Wicker**
**Charlita Clark, as natural tutrix of her minor children,**
  **Tyrus Jamal Clark and**
  **Shedrick Clark III**
**Terry Rattler**
**Claudia Rattler**

**Renelle Rattler**
**Carolyn Jones**
**Gregory Baptiste, Sr. and his spouse,**
   **Lisa Baptiste, on their own behalf and on behalf of their minor child,**
   **Jonathan Baptiste**
**Gregory Baptiste, Jr. and**
**Devon Baptiste**
**Ashley Norris**
**Susan Lazard**
**Sandra B. Scott**
**Tirrell Scott**
**Calvin Scott**
**Ernest Milien, Sr.**
**Sharon Brown, on her own behalf and on behalf of her minor daughter,**
   **Rochelle Brown**
**Ruth Washington Harris**
**Ruby Washington**
**Lamont Marrero**
**Robert Butler**
**Antoine Deloney**
**Kellen Phipps**
**Keith Martin**
**Contrice Phipps**
**Troy C. Louis and**
**Erika Louis, on their own behalf and on behalf of their minor children,**
   **Gregory Williams,**
   **Erik Louis,**
   **Darrion Louis and**
   **Shekinah Louis**
**Dawnell Williams**
      **David Bealer**
      **Roseann Bealer**
      **Stacy Bealer**
      **Roland Rodrigue**
      **Cheryl Rodrigue**
      **John Elmer Smith**
**Wanda Jean Smith**
**Robin Marie Smith**
**Linda R. Breaux**
**Larry Robert Reinhardt**
**Rosa A. Reinhardt**
**Robert E. Stone**
**Linda Dufrene**
**Aldo Goffredo Hernandez, Sr., and his spouse,**

Areli Carlota Hernandez, on their own behalf and on behalf of their
minor child,
  Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Glenda Medina
Michele Elizabeth Omes
Jim Richard Pazos
Avery Scott
William B. English, Jr.
Rosaria English
Jeffrey Baker Day
Ashley O'Dwyer Day
Christopher T. Kitsos
Joyce A. Kitsos
Theresa Anna West
Stacy English, on her own behalf and on behalf of her minor child,
  Kayla English
Wrenel Hill
Janice Hill
Shinedel Hill
Robert Butler
Theresa Anna West
Janet Ausbrook and
Anna Ausbrook, on their own behalf and on behalf of
  James Ausbrook, retarded
Joycelyn Causey, on her own behalf and on behalf of her minor
daughter,
  Lashae Simon
Trenese Simon
Judith Chaupette
Tarita B. Smith, on her own behalf and on behalf of her minor sons,
  Byron Smith and
  Royce Smith
Paul Mosely
Ronald M. Farve, on his own behalf and on behalf of his minor
daughter,
  Rhonda Farve
Renee Farve, on her own behalf and on behalf of her minor children,
  Jalicia Slick,
  Darvell Burgess and
  Dwight Clark
Silas Battie

**Shelita Simon, on her own behalf and on behalf of her minor children,**
  **Roger Simon,**
  **Rogerrikka Simon and**
  **Terrell Simon**
  **Terrell Byrd**
**Trey McCrory**
**Ether Bullock, on her own behalf and on behalf of her minor grandson,**
  **Tharnelle Bullock**
**Charles Terrell**
**Bernadette Riley**
**Keoka Foster, on her own behalf and on behalf of her minor child,**
  **Kiera Foster**
**George Morant**
**Jeanne Morant**
**Mrs. Rudolph T. O'Dwyer, Jr.**
**Rudolph Theodore O'Dwyer III**
**Joseph K. Rowan and his spouse,**
  **Mary Angela Rowan, on their own behalf and on behalf of their minor child,**
  **Christopher David Rowan**
**Jonathan Patrick Rowan**
**Jay Emile Pfister O'Dwyer and his spouse,**
  **Marcie Heine O'Dwyer, on their own behalf and on behalf of their minor twins,**
  **Julia Elizabeth O'Dwyer and Jenna Elizabeth O'Dwyer**
**Frances Raymond Pfister**
**Ann Haydel Pfister**
**Frances Raymond Pfister III**
**Timothy Thadeous Pfister**
**Dr. Irma Pfister**
**C.P. Christensen, Inc. d/b/a "EmbroidMe"**
**Chris P. Christensen**
**Judy Scalan**
**Sylvia S. Worthington**
**Joann Ovino Tujague**
**Carolyn Dubourg**
**Shaw Dubourg**
**Whitney Dubourg**
**Lawrence Wicker**
**Pamela Maye**
**Pamela Williams**
**Robert Butler**
**Lonnie Taylor**
**Thomas Green**
**Louise Green, on her own behalf and on behalf of the minor child,**

**Deviance Green**
**Gerald Green**
**Clayton Wicker**
**Ernest Wicker**
**Ron Wicker**
**Linda Wilson, on her own behalf and on behalf of the minor children,**
  **Brice Lee and**
  **Brittany Wilson**
**Brandon Wilson**
**Alvin Whiting, Jr.**
**Mamie White**
**Bobbie Davis**
**Clifford Baptiste**
**Marie Baptiste**
**Rudolph Dupart**
**Brenda Dupart**
**Carolyn Jones**
**Kela Johnson, on her own behalf and on behalf of her minor children,**
  **Rahquan Johnson and**
  **Curtis Johnson**
**Larry M. Broyard, Sr.**
**Milous Magee III**
**Trikita Rattler, on her own behalf and on behalf of her minor children,**
  **Ta-Quita Rattler**
  **Renelle Rattler**
  **Marvin Rattler and**
  **Tirrell Rattler**
**Claudia Rattler**
**Latanya Renkin, on her own behalf and on behalf of the minor child,**
  **Jycal Renkin**
**Calvin Renkin**
**Christina Cherry**
**Cynthia Richardson, on her own behalf and on behalf of her minor nieces,**
  **Ajia Richardson and**
  **India Jackson**
**Nekia Richardson, on her own behalf and on behalf of the minor children,**
  **Nekia White and**
  **Kani Richardson**
**Kela Johnson, on her own behalf and on behalf of the minor children,**
  **Curtis Johnson and**
  **Rahquan Johnson**
**Eureka Richardson, on her own behalf and on behalf of the minor child,**

Thomas Enclorde
Edwina Green
Antwine Deloney
Cleveland Mills
Joy Wicker
Ms. Tony Owens
Gregory Baptiste, Sr. and his spouse,
Lisa Baptiste, on their own behalf sand on behalf of their minor children,
  Gregory Baptist, Jr. and
  Jonathan Baptiste
Devin Baptiste
Ellen Penny
Antoinette Theriot
Mark Owens
Patricia S. Cross
Nathaniel Carr
John Turner
John Branch
Hope Branch
J. Haron Lanoue
William Heine
Linda Heine
Jerry Burns
Nichelle Burns, on her own behalf and no behalf of her minor children,
  Taquisha James,
  Trevon James,
  Jerry Burns III and
  Jerrmya Burns
Howles Miles
Lynn Butler
Chriscynthia Williams
Olivia Honore or Honora (spelled phonetically)
Jefferson Eric Yarborough
Bruce West
Tracy Collins
Lynn Butler
Clifford Harris
Ruth Harris
Jonathan Washington
Carolyn Duborg
Shan Duborg
Whitney Duborg
Keith Martin, on his own behalf and on behalf of his minor child,
  Lakeitha Martin

**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc, and his spouse,**
  **Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,**
  **Mika Jane LeBlanc**
**Jessie Arbuthnot**
**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**
**Paul Mosley, Sr.**
**Paul Mosley, Jr.**
**Brandon Mosley**
**Hope Mosley**
**Shaqual Mosley**
**Shannel Mosley**
**Ivan Mosley**
**Betty Mosley**
**Margarite Rochon**
**Raymond Hunter**
**Naomi Hunter**
**Vanessa Carter**
**Chris McCormick**
**Michele Armour**
**Monique Armour**
**Mitchell Armour III**
**Augustine Greenwood**
**Rosemary Greenwood, in her own behalf and on behalf of her minor children,**
**Jasemine and**
**Jasemine and**
**Yasemine Greenwood**
**Daniel Weber, individually and in his capacity as Administrator of the Succession of his spouse, Rosetta Marrero, and as personal representative of the deceased, and on behalf of any and all heirs,**

**survivors, relatives and beneficiaries of the deceased, known or unknown**
**Lamont Marrero**
**Edward Marrero**
**Renzoll Marrero**
**Peter Thibodeaux**
**Agnes Mae Recasner**
**Quiana Whitney**
**Carl Recasner**
**Bobby Recasner**
**Tyrone Moffett and his fiancé,**
**Ashley Robinson, on their own behalfs and on behalf of their minor child,**
**Ty' Janie Moffett**
**Bruce Hayes**
**Marinesha Green, on her own behalf and on behalf of her minor child, Bruce Hayes III**
**Emma Martin**
**Ollie Rickney**
**Ryan Ward**
**Tinisha Sims, on her own behalf and on behalf of her minor children, Kiyera Sims, and**
**Garnycia Reed**
**Broderick Mack**
**Antonio Green**
**Ebony Gordon**
**Melba Gibson**
**Emmanuel Joseph LeBlanc**
**Gertrude LeBlanc**
**Ardell Joseph LeBlanc**
**LeShaun Monique LeBlanc**
**Cyndria LeBlanc**
**Arianya LeBlanc**
**Paul Mosley**
**Betty Mosely**
**Troy Louis, and his spouse,**
**Erika Louis, on their own behalfs and on behalf of their minor children,**
**Gregory Williams,**
**Erik Louis,**
**Darrion Louis,**
**Shekinah Louis**
**Raymond Joseph**
**Claudia Rattler**
**Terry Rattler**
**Renelle Rattler**

David Bealer
Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Aldo Goffredo Hernandez, Sr., and his spouse,
 Areli Carlota Hernandez, on their own behalf and on behalf of their
minor child,
 Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Glenda Medina
Michele Elizabeth Omes
Jim Richard Pazos
Avery Scott
William B. English, Jr.
Rosaria English
Jeffrey Baker Day
Ashley O'Dwyer Day
Christopher T. Kitsos
Joyce A. Kitsos
Theresa Anna West
Stacy English, on her own behalf and on behalf of her minor child,
 Kayla English
Mrs. Rudolph T. O'Dwyer, Jr.
Rudolph Theodore O'Dwyer III
Joseph K. Rowan and his spouse
 Mary Angela Rowan, on their own behalf and on behalf of their
minor child
 Christopher David Rowan
Jonathan Patrick Rowan
Jay Emile Pfister O'Dwyer and his spouse,
 Marcie Heine O'Dwyer, on their own behalf and on behalf of their
minor twins,
 Julia Elizabeth ODwyer and Jenna Elizabeth O'Dwyer

**Frances Raymond Pfister**
**Ann Haydel Pfister**
**Frances Raymond Pfister III**
**Timothy Thadeous Pfister**
**Dr. Irma Pfister**
**Judy Scalan**
**Sylvia S. Worthington and**
**Joann Ovino Tujague**
**Alexis O'Dwyer Navarro**
**Shirley D. O'Dwyer**
**Lisa Marie O'Dwyer**
**Harold Joseph Gagnet**
**Sally Egerton Richards**
**Shane Porter and**
**Stephanie Porter**
 **Interior Specialties LLC**
**Shelia Jones Jordan**
**Charles Edward Jordon**
**Wayne M. Jones**
**Gloria Agnes Griffin, individually and as Administration of the**
 **Succession of her brother Stephen Williams, and on behalf of any**
  **and all heirs, survivors, relatives and beneficiaries of the deceased**
**Leticia Brown**
**Jo Anna McLean**
**Lee Davidson McLean III**
**Kathryn Frank**
**Richard Springer Favor**
  **And**
**Miriam McMichael Favor d/b/a The Garden Smith**
**Philip B. Alford**
**Gerald Pipes Guice**
**Beverly Anne Ferguson Guice**
**Madeleine Alise Guice**
**Kenneth Hastings Guice**
**Anthony Phillip Hende4rson**
**Louis Joseph O'Dwyer, Jr.**
**Maurleen M. O'Dwyer**
**Aaron Jacob O'Dwyer**
**Henry Grady Hardy, Jr.**
**Letizia Hardy**
**Jane Veronica Hardy**
**Brian Southerland Hardy**
**Martin Ramos**
**Richard Ehret**
**Leslie Ehret**
**Anthony Phillip Henderson**

**Frances Y. Bellerino**
**Louise J. Young**
**Edward R. Young**
 **And**
**Veronica F. Young d/b/a Floor Crafters Wood Interiors**
**Joseph Rauchwerk**
**Cheryl Sweat Rauchwerk**
**Marilyn Von Schmidt**
**Susan G. Jeanfreau, M.D.**
**Wallace E. Jeanfreau, M.D.**
**Robert J. Jeanfreau, M.D.**
**Jerry Victor Jacob**
**Gloria Pohlman Hecker**
**Joseph W.P. Hecker, in proper person**
**Nicholas S. Lindner**
**Ruth B. Ragas**
**Paul J. Ragas**
**Jason P. Ragas**
**Walter J. Morgan**
**Katie L. Ragas**
**Arthur Tracy Abel**
**Kathleen C. Abel**
**Kitty B. Hoffman**
**Craig Anthony Miller**
**Stephen Christopher Jeandron**
**Andre Trevigne Fowler**
**John Wesley Stewart, Jr.**
**George Schmidt db/a The George Schmidt Gallery**
**Delia LaBarre**
**Tyrone Anthony Alexander**
**Michael Cormick**
**Penny Anderson**
**Calie Newell**
**Betty Francis**
**Lester McGee**
**Sherman Griffin**
**Sandra Meyers**
**Gregory Cormick**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Harold Alexander**
**Vonola Avist**
**Dana Bell**
**Gloria Mae Bell**
**Hitchai Bryant**
**Nicole Bryant**

**John Collins**
**Jonell Collins**
**Catherine Collins**
**Sherene Collins**
**Simeko Collins**
**Jerry Cormick**
**Lauren Dabney**
**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evans**
**Audrey Gray**
**Lucille Gray**
**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**
**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**
**Lynn Lee**
**Jimmie Martin**
**Harry Nobles**
**Alma Sanders**
**Barbara Sanders**
**Albertha Skinner**
**Gilda Skinner**
**Irinika Skinner**
**Irvin Skinner**
**Brandon Smith**
**Felix Augustin**
**Pauline Augustin**
**Cynthia Bell**
**Rhona Causey**
**Winnette Lang**
**Ferdinand Leon**
**Lydia Leon**
**Caroll Denesse**
**Lucien Denesse**
**Ashley Navarre**
**Doreine Navarre**
**Melvin Navarre**
**Sylvia Byrd**
**William Byrd**

Blair Bundy
Dawn Bundy
Jill Bundy
John Collins
Sherlene Collins
Janice Collins, on her own behalf and on behalf of her son,
   John Henry Collins
Jamie Collins, on her own behalf and on behalf of her son,
   Jacobi Glover
Mitchell Armour
Vanessa Carter
Kerry Carter
Joshua Billon and his spouse,
 Monica Billon, on their own behalf and on behalf of their minor
 Children,
   Isaiah Billon and
   Monica Billon
Betty Christy
De-Fean Christy
La-Shawn D. Robinson
Patricia Granger, on her own behalf and on behalf of her daughter
   Tomika Edwards
Charmeine Jefferson, on her own behalf and on behalf of her children,
   Lemor James,
   Ariel James,
   Yolanda Jefferson, and
   Erika Thornton
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, on her own behalf an don behalf of her
children,
   Yasemine and
   Jasemine Greenwood
Byrne Sherwood
Linda Morgan
Lokea Morgan
Denisha Morgan
Shelia Smith
Jacqueline Smith
James Smith, Jr.
Nina Baughn, on her own behalf an don behalf of her minor child,
 Karim Kemp
 Karen Kemp

Erica Kemp
Patricia Green
Tanaka Johnson
Bobby Johnson
Charles Williams
Laura Recasner, on her own behalf and on behalf of her children,
  Dajohon Recasner,
  Kurshell Recasner and
  Charleston Recasner
  Agnes Recasner
Charmaine Rhome
Judy Starks
Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore
Troylyn Washington
Mercedes Washington
Shanika Taylor
Marsha Taylor
Erica Kemp
Karen Kemp
Dawn Bundy, on her own behalf and on behalf of her minor children,
  Emanuel Bundy
  Shekinah Bundy
  Jane Bundy, and
  Blair Bundy, Jr.
Roxchell Panika Santee', on her own behalf and on behalf of her
minor son,
  Tyree Santee'
Samuel Bourne
Nicole Bryan
Alton J. Crowden, on his own behalf and on behalf of his minor
children,
  Cameron Crowden and
  Kelli Crowden
Ashley Navarre
Shana Patterson
Keana Quinn
Niketsa Ramsey, on her own behalf and on behalf of her minor
children,
  Desmonisha Ramsey,
  Kenyel Rochon and
  Desmond Ramsey
Darylynn Ramsey
Julie Ramsey, on her own behalf and on behalf of her minor children,
  Dalisha Ramsey and
  Charli Ramsey
Robert Rhone

Joshua Smith
Cynthia Tibbet, on her own behalf and on behalf of her children,
  Brittany Tibbet,
  Sidney Tibbet,
  Chelesa Tibbet, and
Janice Tollins, on her own behalf and on behalf of her minor son,
  John Tollins
Glenda Medina
Michele Elizabeth Omes
Jim Richard Pazos
Avery Scott
Frank Duncan  Macpherson Strachan III
Joshua Dillon and his spouse,
Monica Dillon, on their own behalfs and on behalf of their minor
children,
  Isaiah Dillon and
Monica Pollard
Donald G. Deaton
Pamela A. Morgan
Frank Butler, Jr., on his own behalf And on behalf of his minor
children,
  Frank Butler III,
  Charles Butler and
  Tachmonite Butler
Lorenzo Butler
Alonzo W. Butler and his spouse,
Laquinta Butler, on their own behalfs and on behalf of their minor
children,
  Alonzo W. Butler, Jr.
  Jasmyn Butler, and
  Rashaad Butler
Rita Bailey
Tony Green
Lina Vaughn
William Byrd
Sylvia Byrd
Ruth Harris
Clifford Harris
Jonathan Washington
Vicky Michel
Simon Kleindorf
Bertha Kleindorf
David Kleindorf
Connie Kleindorf
Troylyn Washington, on her own behalf and on behalf of her minor
child,

Dasia Washington
**Mercedes Ann Washington**
**Roy Junior Washington**
**Tony Green**
**Eva McGee**
**Levi Johnson**
**Patricia Johnson**
**Lequecia Bunn, on her own behalf and on behalf of her minor child,**
  **Jada Gibson**
**Imelda Johnson**
**Michael Johnson**
**Mulkina Coates, on her own behalf and on behalf of her minor**
**children,**
  **Keshina Coates and**
  **Malik Coates**
**Benjamin Morgan**
**Chandra Maxon, on her own behalf and on behalf of her minor**
**children,**
  **Byron Maxon,**
  **Darianne Maxon,**
  **Janea Maxon,**
  **Willie Maxon,**
  **Devante Maxon, and**
  **Chandray Maxon**
**Marylyn Maxon, on her own behalf and on behalf of her minor**
**children,**
  **Shancanacia Maxon,**
  **Ravanell Maxon, and**
  **Robert Maxon**
**Lois Torregano**
**Loisha Breaux, on her own behalf and on behalf of her minor children,**
  **Loishell Williams and**
  **Mikayla Breaux**
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Joan A. Miller**
**Linda Boyd, on her own behalf and on behalf of her minor children,**
  **Caress Boyd, and**
  **Charles Boyd**
**Elijah Washington**
**Keineisha Richard, on her own behalf and on behalf of her minor**
**children,**
  **Marlon Richard,**
  **Marcel Richard, and**
  **Emyjah Washington**

Anthony Barnes
Janice Barnes
Shena Barnes
Falish Barnes
Melanie Barnes
Darryle Lee Johnson, Sr.
Tameko Benjamin, on her own behalf and on behalf of her minor
children,
  Jovana Benjamin
  Darione Benjamin
  Darryle Lee Johnson, Jr., and
  Darielle Benjamin
Delilah Milton
Kimmie Ferdinand
Ashley Ferdinand
Cornell Batiste
James Hollins and his wife,
Lakvina Coates, on their own behalf and on behalf of their minor
children,
  Semaj Hollins, and
  Jamaya Hollins
Tamaya Coates
Maria Washington, on her own behalf and on behalf of her minor
children,
  Janisha Washington,
  Andrew Washington,
  Charles Washington, and
  Mekhi Washington
Andrew Hill
Leslie Johnson, on her own behalf and on behalf of her minor child,
  Jamay Johnson
  Lakeisha Fernandez, on her own behalf and on behalf of her minor
child,
  Eddie McGee, Jr.
Lessie Johnson
Zelda McKendall
Ellsworth P. McKendall
Kimberly McKendall
Michael McKendall
Russell Gardner
Winnette Lang, on her own behalf and on behalf of her minor
children,
  Kavon Lang, and
  Lashanice Jones
Lisa Byrd, on her own behalf and on behalf of her minor child,
  Sadzisya Byrd

**Michael Anthony Snipes, Jr.**
**JoAnn Snipes**
**Michael A. Snipes, Sr.**
**Garry Bougeois**
**Cheryl Bernard**
**Johndra Patterson**
**Terrill Morris**
**Dianne Thompson**
**Michael Thompson**
**Ruby Ann Washington, on her own behalf an don behalf of her minor children,**
  **Shaune Bakewell, and**
  **LaShay Johnson**
**Victor Moore and his wife,**
**Pamelyn Morgan Moore, on their own behalfs and on behalf of their minor children,**
  **Victor Lyn Morgan**
  **Pamelor Morgan**
  **Vicknesha Morgan, and**
  **Victoria Moore**
**Ruby Ann Washington, on her own behalf and on behalf of her minor children,**
  **Shaune Bakewell, and**
  **LaShay Johnson**
**David Bealer**
**Roseann Bealer**
**Stacy Bealer**
**Roland Rodrigue**
**Cheryl Rodrigue**
**John Elmer Smith**
**Wanda Jean Smith**
**Robin Marie Smith**
**Linda R. Breaux**
**Larry Robert Reinhardt**
**Rosa A. Reinhardt**
**Robert E. Stone**
**Linda Dufrene**
**Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.**
**Josephine J. Dupree-Dean**
**Herbert C. Jackson**
**Gail Brown, on her own behalf and on behalf of her minor children,**
  **Aaron Pulliam and**
  **Brandon Pulliam**
**Myron Mack**
**Sheila Lewis**
**Pernell Lewis**

Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor children,
  Natiasha Lewis and
  Shaila Lewis
Christoopher Patterson, and his spouse,
  Linda Johnson, on their own behalfs and on behalf of their minor children,
  Christopher Edward Patterson, Jr. and
  Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor children,
  Sherman Singleton
  Shermont Singleton and
  Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander
Rodney James, on her own behalf and on behalf of his minor children,
  Rodney James, Jr. and
  Alexis James
Robert Young
Cornelius Young
Shactha (spelled phonetically) Williams
Rose Marie Young
Tykesha Arington, on her own behalf and on behalf of her minor children,
  Charles Arington
  Tyriel Arington and
  Braione Arington
Lloyd Joseph
Juanita Arington
PTC Petroleum & Industrial Supplies, Inc.
Ronald D. Pitisci
Kathleen Pitisci
Gerald Anthony Picquet
Lynn Picquet
Darnell Williams, on her own behalf and on behalf of her minor child,
  Chad Williams
Anthony Barnes
Janice Barnes
Falisha Barnes
Shena Barnes
Melanie Barnes
Glennis Livas, on her own behalf and on behalf of her minor child,

William E. Patterson
Malika Batiste, on her own behalf and on behalf of her minor niece
and nephew,
  Caliyah Porter and
  Aaron Batiste
Christopher Arrington
Noema Arrington, on her own behalf and on behalf of her minor
children,
  Eric Arrington and
  Aaron Arrington
Phillip Martin
Paulette Biggs, on her own behalf and on behalf of her minor child,
  Arkasia McFarland
Aldo Gofredo Hernandez, Sr., and his spouse,
  Areli Carlota Hernandez, on their own behalf and on behalf of their
minor child,
  Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Shanika Taylor
Marsha Taylor
Erica Kemp
Latonya Caldwell, on her own behalf and on behalf of her minor
children,
  Onyell Caldwell and
  Charles Dears
Larose Taylor
Stephan Sawyer
Ms. Eprsy Livas
Brandon Livas
Clifford Coates
Tammie Chattman, on her own behalf and on behalf of her minor
children,
  Rudarion Chattman
  Randel Chattman, and
  Joseph Chattman
Linzie Brown
Emargie C. Brumfield
Leonard Brumfield
Brandon Carr
Jessie Arbuthnot
Mary P. Mingo
Rachel Goldsmith

**Gayle LeBlanc**
**Michael LeBlanc and his spouse,**
  **Larice Taylor LeBlanc, on their own behalfs and on behalf of their**
**minor child,**
  **Mika Jane LeBlanc**
**Kim Gaines, on her own behalf and on behalf of her minor children**
**or grandchildren,**
  **Jamechia Smith, and**
  **Diamond Beam**
**Michael Gaines**
**William B. English, Jr.**
**Rosaria English**
**Hazel McGuire**
**Mary H. Johnson**
**Jerry Matthews**
**Dennis Jones, Jr.**
**Raquel Roth, on her own behalf and on behalf of her minor children,**
  **Dennis Jones III and**
  **Kellie Ann Jones**
**Linda Roth**
**Toya Roth, on her own behalf and on behalf of her minor children,**
  **Jerrell White and**
  **Terrell Roth**
**Courtney Little, on her own behalf and on behalf of her minor**
**children,**
  **Tezanne Allen,**
  **Rashad Little, and**
  **Fabian Earls, Jr.**
**Reynell Santee, and his spouse,**
  **Tawana Rayford, on their own behalfs and on behalf of their minor**
**children,**
  **Ranisha Rayford,**
  **Wynell Rayford, and**
  **Reynell Rayford**
**Darron Meyers**
**Troylyn Meyers, on her own behalf and on behalf of her minor**
**children,**
  **Keiera Minor and**
  **Ashley Meyers, and on behalf of her grandchild,**
  **Daniah Williams**
**Roxchell Santee, on her own behalf and on behalf of her minor child,**
  **Tyree Santee**
**Phillip Lazard**
**Marguerite Lazard**
**Joel Frank**
**Juliet Johnson**

Ronald Rome
Aunna Johnson, on her own behalf and on behalf of her minor children,
  Darryl Johnson and
  Carlos Johnson
John Washington
Bernadine Washington
Wanda Washington
Alexis Washington
Hazel Taylor
Christina Taylor
Sophia Taylor, on her own behalf and on behalf of her minor child,
  Alex Taylor
Yolanda Washington, on her own behalf and on behalf of her minor children,
  Alecia Washington,
  Alacia Washington and
  Tyrell Washington
Tyronne Washington
Bruce Washington
Larry Rowe
Dianne Santee
Toni Santee, on her own behalf and on behalf of her minor children,
  Paris Johnson,
  Traychell White and
  Kani Santee
Reynell Santee and his spouse,
  Tawana Rayford, on their own behalf and on behalf of their minor children,
  Ranisha Rayford,
  Wynell Rayford and
  Reynell Rayford
Kelly Simon
Robert Santee
Diana Santee, on her own behalf and on behalf of her minor children,
  Timothy Santee,
  Marvin Santee,
  Ireal Santee,
  Tiffany Santee,
  Teianna Santee
  Teriane Santee and
  Niecal Santee
Wilson Ricks
Brent Smith, Jr., on his own behalf and on behalf of his minor child,
  Brent Smith III
Michael Gaines

**Kim Gaines, on her own behalf and on behalf of her minor children,**
  **Jamechia Smith and**
  **Diamond Beam**
**Victor Moore and his spouse,**
  **Pamelyn Morgan, on their own behalf and on behalf of their minor**
**children,**
  **Victor Lyn Morgan,**
  **Pamelor Morgan,**
  **Vicknesha Morgan and**
  **Victoria Moore**
**Louise Ragas**
**Fayann Ragas**
**Terrill Morris**
**Linda Morris**
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Jeanette Williams**
**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his**
**entire Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc, and his spouse,**
  **Larice Taylor LeBlanc, on their own behalf and on behalf of their**
**minor child,**
  **Mika Jane LeBlanc**
**Jessie Arbuthnot**
**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**
**Paul Mosley, Sr.**
**Paul Mosley, Jr.**
**Brandon Mosley**
**Hope Mosely**
**Shaqual Mosley**
**Shannel Mosely**
**Ivan Mosley**
**Betty Mosley**

**Margarite Rochon**
**Raymond Hunter**
**Naomi Hunter**
**Wilson M. Simmons**
**Procula D. Simmons**
**Tammy Amos**
**Michael Green**
**Ronald M. Farve, on his own behalf and on behalf of his minor daughter,**
 **Rhonda Farve**
**Renee' Farve, on her own behalf and on behalf of her minor children,**
 **Jalicia Slick,**
 **Darvell Burgess and**
 **Dwight Clark**
**Silas Battie**
**Wrenel Hill**
**Janice Hill**
**Shinedel Hill**
**Janet Ausbrook, on her own behalf and on behalf of her mother,**
 **Anna Ausbrook, and her brother,**
 **James Ausbrook**
**Trenese Simon, on her own behalf and on behalf of her minor daughter,**
 **Lashal Simon**
**Jocelyn Causey**
**Shelita Simon, on her own behalf and on behalf of her minor children,**
 **Roger Simon,**
 **Rogerrikka Simon,**
 **Terrell Simon,**
 **Terrell Byrd and**
 **Tyrell Byrd**
**Coleen Mooney**
**Paul Mosely**
**Judith Chauppette**
**Tarita B. Smith, on her own behalf and on behalf of her minor children,**
 **Byron Smith and**
 **Royce Smith**
**Trey McCrory**
**Ether Bullock, on her own behalf and on behalf of her minor grandson,**
 **Tharnell Bullock**
**Charles Terrell**
**Evelyn McDowell, on her own behalf and on behalf of her deceased mother,**

**Sylvia Haley, and as personal representative of the deceased, and on behalf of her minor son,**
**Gino McDowell, her minor grandson,**
**Bishop Thomas, minor nephew,**
**Lewis Johnson, and minor niece,**
**Jaleesa Robinson**

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the "Judgments" of the Honorable Stanwood R. Duval, Jr. dated January 11, 2008 (Record Document No. 10315) and January 15, 2008 (Record Document No. 10406), copies of which are appended hereto and marked for identification as Exhibit Nos. 1 and 2.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**

**By:     S/Ashton R. O'Dwyer, Jr.**
　　　　　**Ashton R. O'Dwyer, Jr.**
　　　　　**Bar No. 10166**
　　　　　**821 Baronne Street**
　　　　　**New Orleans, LA 70113**
　　　　　**Telephone: (504) 679-6166**
　　　　　**Facsimile: (504) 581-4336**

## <u>CERTICATE OF SERVICE</u>

I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

S/ Ashton R. O'Dwyer, Jr.