UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| FILED IN: 05-4181, 05-4182, 05-4191,<br>05-4568, 05-5237, 05-6037, 05-6314,<br>05-6324, 05-6327, 05-6359, 06-0020,<br>06-1885, 06-0225, 06-0886, 06-11208,<br>06-2278, 06-2287, 06-2346, 06-2545,<br>06-3529, 06-4065, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5042, 06-5159,<br>06-5163, 06-5367, 06-5471, 06-5771,<br>06-5786, 06-5937, 06-7682, 07-0206,<br>07-0647, 07-0993, 07-1284, 07-1286,<br>07-1288, 07-1289 | SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO: LEVEE | |

## JUDGMENT

Considering the Order and Reasons (Doc. 8389) issued on October 12, 2007, granting the Motion for Judgment on the Pleadings (Doc. 5522) filed by defendant, the Board of Commissioners of the Port of New Orleans, and upon expressly determining that there is no just reason for delay and directing the entry of judgment;

IT IS HEREBY ORDERED THAT the foregoing Order and Reasons (Doc. 8389) be designated as a final judgment pursuant to Fed. R. Civ. P. 54(b), and that the claims of Levee Plaintiffs in the above-captioned actions against defendant, the Board of Commissioners of the Port of New Orleans, be dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 11th day of ____January____, 200 8 .

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE