**STATE OF LOUISIANA**
**PARISH OF JEFFERSON**

### AFFIDAVIT

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:

### G. PATRICK HAND, JR.

who, first being duly sworn, did depose and say:

1) That he has produced at the Law Office of Brian A. Gilbert, 821 Baronne Street, New Orleans, Louisiana his entire original file relative to the sale of 105 Berkley Drive;

2) That the file and its contents were and are provided as generated and kept in the ordinary course of business, and that he recognizes the contents of same as those generated and maintained by him in his capacity as Principal of True Title, Inc.;

3) That all of the documents produced are complete and authentic;

4) That the documents produced constitute full response and discharge of things requested via subpoena in the matter entitled **In Re Katrina Canal Breaches Consolidated Litigation.**

_____
G. Patrick Hand, Jr.

1/25/08
Date

**SWORN TO AND SUBSCRIBED** before me, the undersigned Notary Public, this 25th day of January, 2008.

_____
Notary Signature and Seal

_____
Notary Printed Name and LSBA or Commission No.
My commission expires at death.

TIMOTHY F. HA[...]
NOTARY PUBLI[...]
La. Bar Roll No 24[...]
Commission Expires [...]