UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Ex Parte* Motion and Incorporated Memorandum of State Farm Fire and Casualty Company and Certain Other Insurer Defendants for Leave to File Motion to Disqualify Plaintiff's Private Counsel and supporting Memorandum and to Exceed Page Limitation (the "Motion"),

**IT IS HEREBY ORDERED** that the Motion **IS GRANTED** and that the Defendants State Farm Fire and Casualty Company and Certain Other Insurer Defendants are granted leave to file the Motion to Disqualify Plaintiff's Private Counsel and supporting Memorandum and that Defendants' Memorandum is permitted to exceed the 25-page limit established by the Local Rules.

New Orleans, Louisiana, this 29th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

This motion for leave is being granted even though it has been filed in contravention of the Court's previous order. The Court has instructed counsel that a request for leave may not be filed simultaneously with a memorandum that is in excess of the page restrictions. Any future motion filed simultaneously with the excess-paged memorandum shall be denied automatically.

906648v.1