# EXHIBIT 6

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF JOEY BOSSOM

Joey Bossom, under penalty of perjury, declares as follows:

1.      I am Joey Bossom, an employee of Republic Underwriters Insurance Company. My position with Republic Underwriters Insurance Company  is Senior Claims Representative.

2.      I am more than 21 years of age.

3.      I am providing this Declaration in support of the Motion of State Farm Fire and Casualty Company, *et al.*, to Disqualify Plaintiff's Private Counsel.

4.      As set forth below, I have made requests to the Office of the Louisiana Attorney General, the Louisiana Division of Administration, and the Louisiana Office of Contractual Review for records relating to the retention of counsel by the Plaintiff in this action.

**Office of the Louisiana Attorney General**

5.      On October 10, 2007, I caused to be delivered to Rick McGimsey at the Office of the Louisiana Attorney General a letter requesting certain documents and information.  A true and correct copy of that letter is attached hereto as Exhibit A.

6.      On December 10, 2007, I caused to be delivered to Mr. McGimsey a second letter following up on my October 10, 2007 letter referenced above in ¶ 5.  A true and correct copy of that letter is attached hereto as Exhibit B.

7.      Also on December 10, 2007, I caused to be delivered to Mr. McGimsey a third letter requesting certain additional documents and information.  A true and correct copy of that letter is attached hereto as Exhibit C.

8.      In a letter dated December 21, 2007, Ms. Susan Crawford in the Office of the Attorney General responded in a letter which quoted from my October 10, 2007 letter described above in ¶ 5, but did not acknowledge or reference either of my December 10, 2007 letters described above in ¶¶ 6 and 7.  Accompanying Ms. Crawford's letter were a number of documents.  True and correct copies of Ms. Crawford's letter and the documents provided therewith are attached hereto as Exhibit D.

9.      As of the time of this Declaration, I have received no other response to the letters described above in ¶¶ 5, 6, and 7 from Mr. McGimsey or anyone else in the Office of the Attorney General.

**Louisiana Division of Administration**

10.      On October 10, 2007, I caused to be delivered to Jerry LeBlanc, the Commissioner of Administration in the Louisiana Division of Administration, a letter requesting certain documents and information.  A true and correct copy of that letter is attached hereto as Exhibit E.

11.      On December 10, 2007, I caused to be delivered to Mr. LeBlanc a second letter following up on my October 10, 2007 letter referenced above in ¶ 10.  A true and correct copy of that letter is attached hereto as Exhibit F.

12.     Also on December 10, 2007, I caused to be delivered to Mr. LeBlanc a third letter requesting certain additional documents and information.  A true and correct copy of that letter is attached hereto as Exhibit G.

13.     As of the time of this Declaration, I have received no response to the letters described above in ¶¶ 10, 11, and 12 from Mr. LeBlanc or anyone else in the Louisiana Division of Administration.

**Louisiana Office of Contractual Review**

14.     On October 10, 2007, I caused to be delivered to Cheryl East, the Administrative Assistant to Susan Smith, the Director of the Louisiana Office of Contractual Review, a letter requesting certain documents and information.  A true and correct copy of that letter is attached hereto as Exhibit H.

15.     In a letter dated October 16, 2007, Ms. Smith requested additional information in regards to the requests in my letter October 10, 2007 letter referenced above in ¶ 14.  A true and correct copy of that letter is attached hereto as Exhibit I.

16.     I responded to Ms. Smith's October 16, 2007 letter with a letter dated October 23, 2007.  A true and correct copy of that letter is attached hereto as Exhibit J.

17.     In a letter dated October 25, 2007, Ms. Smith responded to my requests.  A true and correct copy of that letter is attached hereto as Exhibit K.

18.     On December 10, 2007, I caused to be delivered to Ms. East a letter requesting certain additional documents and information from the Louisiana Office of Contractual Review.  A true and correct copy of that letter is attached hereto as Exhibit L.

19.     As of the time of this Declaration, I have received no response to my letter dated December 10, 2007 and described above in ¶ 18.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 7, 2008.

_____

JOEY BOSSOM

# EXHIBIT A

October 10, 2007


Mr. Rick McGimsey
Office of Attorney General
Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, LA 70804

              RE:    *State of Louisiana, et al v. AAA Insurance, et al*
                       EDLA Civil Action No. 07-5528 c/w 05-4182

Dear Mr. McGimsey:

       Pursuant to La. R.S. 44:1 *et seq.*, and particularly La. R.S. 44:32(A), please produce to the undersigned any contracts for legal services that the Attorney General and/or the State of Louisiana has entered in connection with the above captioned case, whether entered in while the above captioned case was in state or federal court. I have attached hereto for your reference a copy of the "Class Action Petition for Damages and Declaratory and Injunctive Relief" and "First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief" that has been filed in the record of the case.

       In addition, pursuant to La. R.S. 44:32(A), please produce any and all contracts entered between the Attorney General and/or the State of Louisiana with any of the following individuals or law firms:

       Calvin C. Fayard, Jr.
       The Law Offices of Calvin C. Fayard, Jr., APLC
       Frank C. Dudenhefer, Jr.
       The Dudenhefer Law Firm, ALLC
       Drew A. Ranier
       Ranier, Gayle, & Elliot, LLC
       Paul G. Aucoin
       Office of Paul G. Aucoin, Attorney at Law
       Joseph J. McKernan
       McKernan Law Firm
       N. Frank Elliott, III

Mr. Rick McGimsey
October 10, 2007
Page 2

In addition, please produce any and all documents, correspondence, or materials relating to the retention of outside counsel by the Attorney General and/or the State of Louisiana in the above captioned matter.

Please bill me directly for any amounts your office will charge for the copying of these documents in accordance with La. R.S. 44:32(C). If it is necessary for me to pick up the copies at your offices, please inform me of their availability as soon as possible and I will retrieve them.

In accordance with La. R.S. 44:34, if you are unable to locate the contract, contracts, or other materials in question, please promptly certify in writing to me that your office is unable to locate any contract, the reason for the absence of such a contract, and any other details which may facilitate my right to access to the contract, contracts, or other materials.

Thank you again for your attention to this matter. Please do not hesitate to contact me with any questions, comments, or concerns.

Regards,

Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA  70817

# EXHIBIT B

December 10, 2007

Mr. Rick McGimsey
Office of Attorney General
Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, LA 70804

       RE:    *State of Louisiana, et al v. AAA Insurance, et al*
              EDLA Civil Action No. 07-5528 c/w 05-4182

Dear Mr. McGimsey:

    This refers to my correspondence of October 10, 2007, a copy of which is attached. I have not received a response to that correspondence. I would appreciate a response to the correspondence at your earliest convenience.

Regards,

Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA  70817

# EXHIBIT C

December 10, 2007

Mr. Rick McGimsey
Office of Attorney General
Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, LA 70804

                RE:    *State of Louisiana, et al v. AAA Insurance, et al*
                        EDLA Civil Action No. 07-5528 c/w 05-4182

Dear Mr. McGimsey:

Pursuant to La. R.S. 44:1 *et seq.*, and particularly La. R.S. 44:32(A), please produce to the undersigned any contracts for legal services that the Attorney General and/or the State of Louisiana has entered in connection with the above captioned case, whether entered in while the above captioned case was in state or federal court. I have attached hereto for your reference a copy of the "Class Action Petition for Damages and Declaratory and Injunctive Relief" and "First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief" that has been filed in the record of the case.

       In addition, pursuant to La. R.S. 44:32(A), please produce any and all contracts entered between the Attorney General and/or the State of Louisiana with any of the following individuals or law firms:

           James P. Roy
           Domengeaux Wright Roy & Edwards, LLC
           John W. Houghtaling
           Gauthier, Houghtaling & Williams, LLP
           James R. Dugan, II
           Murray Law Firm
           Samuel Issacharoff

       In addition, please produce any and all documents, correspondence, or materials relating to the retention of outside counsel by the Attorney General and/or the State of Louisiana in the above captioned matter.

Mr. Rick McGimsey
October 10, 2007
Page 2

     Please bill me directly for any amounts your office will charge for the copying of these documents in accordance with La. R.S. 44:32(C). If it is necessary for me to pick up the copies at your offices, please inform me of their availability as soon as possible and I will retrieve them.

     In accordance with La. R.S. 44:34, if you are unable to locate the contract, contracts, or other materials in question, please promptly certify in writing to me that your office is unable to locate any contract, the reason for the absence of such a contract, and any other details which may facilitate my right to access to the contract, contracts, or other materials.

     Thank you again for your attention to this matter. Please do not hesitate to contact me with any questions, comments, or concerns.

Regards,

Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA  70817