# EXHIBIT 11

**Strauss, David A.**

---

**From:**     FCDlaw@aol.com
**Sent:**     Tuesday, December 11, 2007 8:31 PM
**To:**       Strauss, David A.
**Cc:**       calvinfayard@fayardlaw.com; FElliot@rgelaw.com; dranier@rgelaw.com; Dan.Rees@LA.GOV
**Subject:** road home

Mr. Strauss,

Please communicate in the future with  Mr. Rees or anyone else in the Road Home Program only thru counsel
of record  representing the State in the Federal Litigation.

Thank you,

Frank Dudenhefer

---

See AOL's top rated recipes and easy ways to stay in shape for winter.

# EXHIBIT 12

## Strauss, David A.

**From:**     FCDlaw@aol.com

**Sent:**     Tuesday, December 11, 2007 9:41 PM

**To:**       Strauss, David A.

**Cc:**       calvinfayard@fayardlaw.com; FElliot@rgelaw.com; dranier@rgelaw.com; Dan.Rees@LA.GOV;
              cchassaignac@phjlaw.com; jbruno@jbrunolaw.com

**Subject:** Re: road home

David, Please note my response in blue. Regards, Frank

In a message dated 12/11/2007 9:16:51 P.M. Central Standard Time, DSTRAUSS@klb-law.com writes:

Frank

Mr Rees asked that we directly  communicate with him by sending him the releases for the State Farm
settlements with Bruno, after having directly met with him for two hours on that issue.Ms. Phylin
represented the State's interest as well. Why did you not give her and us the courtesy of a copy of the
communications by you to Mr. Rees?

However,  if we are to submit to counsel any further communications on the issue of the 21
settlements looked at today we will honor your request. Thank you

To that end, please confirm the status of the State's approval of the 21 settlements looked at today
and the execution of the State Farm releases. Those are under consideration. Information was
gleaned today that is problematic.

Also please identify who State Farm should communicate with regarding future inquiries on other
settlement approvals on the claims handled by Mr. Bruno now that you have advised Mr Rees is no
longer the proper contact. As to the 21, it is me. As to future settlements we will discuss that in the
meeting tomorrow. Recall please that this meeting today was an accommodation to get the process
moving and we will discuss a final protocol for all other settlements Wedensday. Kindly further advise if
this contact will have authority to make decisions on behalf of the State. My client will decide and its
decision will be communicated thru me as to the 21.

All the best

See AOL's top rated recipes and easy ways to stay in shape for winter.

1/8/2008

# EXHIBIT 13

**Strauss, David A.**

---

| | |
|---|---|
| **From:** | Strauss, David A. |
| **Sent:** | Tuesday, December 18, 2007 2:53 PM |
| **To:** | 'felliot@rgelaw.com'; FCDlaw@aol.com |
| **Cc:** | 'Joe Bruno'; 'Charles L. Chassaignac'; Calvinfayard@fayardlaw.com; 'Wanda Edwards' |
| **Subject:** | RE: State Farm - Joe Bruno Settlments - First 21 Reviewed |

Frank,

On December 11th I attended a meeting at Joe Bruno's offices with Mr. Rees, Joe Bruno and a lawyer representing the State to discuss the State's review of the settlements of the 22 State Farm files that are to be discussed this Thursday before Judge Wilkinson. At the meeting I had with me releases for all of these files. Mr. Rees advised me he did not have authority to execute those releases and specifically asked me to email him those releases after the meeting. Mr. Rees represented to me that the releases would be reviewed and if there were any issues I would be contacted.

On December 11th at 6:06 pm I emailed Mr. Rees the State Farm releases. I know that you and Mr. Dudenhefer are aware of this email because Mr. Dudenhefer replied for Mr. Rees and copied you wherein he instructed me cease any further communications with Mr. Rees on this issue. I have not received any subsequent substantive response from the State or its attorneys about the releases.

The releases sent to Mr. Rees will be used for all of Joe's cases with State Farm and are acceptable for all other State Farm matters.

The insurer group is working on an industry wide release and will, we believe, shortly reach an agreement on a form release that will not be substantively different from the releases that I sent to Mr. Rees.

All the best,

David

-----Original Message-----
From: Frank Elliot [mailto:felliot@rgelaw.com]
Sent: Tuesday, December 18, 2007 2:28 PM
To: Strauss, David A.; FCDlaw@aol.com
Cc: 'Joe Bruno'; 'Charles L. Chassaignac'; Calvinfayard@fayardlaw.com; 'Wanda Edwards'
Subject: RE: State Farm - Joe Bruno Settlments - First 21 Reviewed

David,
      I must admit that I am surprised by your email.  It was my understanding that you all were still working on an appropriate release.  We have been waiting for the same since mid-November.  The last I was told you all were set to discuss the release last Friday.  I have spoken to other counsel for State Farm and they did not indicate that they had the final release.  Can you send us what you all consider to be the final release?  Is this going to be for all cases or just for Joe's cases?  We need to be able to advise our clients about what they are dealing with.  I am confused where you all are at this point.
Frank

N. Frank Elliot III

Ranier, Gayle & Elliot, LLC

1419 Ryan Street

Lake Charles, LA 70601

337.494.7171

337.494.7218 (Fax)

This electronic mail message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution or copying of this transmission or its attachments is strictly prohibited. If you received this communication in error, please immediately notify the sender by electronic mail, felliot@rgelaw.com, and delete this message, its attachments and all copies and backups.


-----Original Message-----
From: Strauss, David A. [mailto:DSTRAUSS@klb-law.com]
Sent: Tuesday, December 18, 2007 12:11 PM
To: FCDlaw@aol.com; Frank Elliot
Cc: Joe Bruno
Subject: State Farm - Joe Bruno Settlments - First 21 Reviewed

Frank and Frank,

We have not heard back from you regarding the releases State Farm presented to you immediately following the meeting of December 11th wherein Mr. Rees, Joe Bruno and I discussed the State's approval of 22 settlements between State Farm and Joe Bruno's clients and the release of the State's claims against State Farm relative to those settlements.
The only response we have received from you to date is a directive to cease any further communications with Mr. Rees.

Please be advised we intend to ask the State to execute these releases during our hearing with Judge Wilkinson on December 20th. The insurers will not able to reach agreement on a industry wide release by Thursday, despite much effort to bring together the 200 insurers on that issue.
However the liaison are hopeful to have agreement on that issue shortly.

We were advised by Mr. Rees on December 11th that he does not have authority to execute releases on behalf of the State and that Suzie Elkins is the sole person with such authority. Thus we presume you will comply with court's Order and have Ms. Elkins present at the hearing on December 20th.

Best regards,

David A. Strauss
King, LeBlanc & Bland P.L.L.C.
201 St. Charles Ave., Suite 4500
New Orleans, Louisiana
504-582-3800
dstrauss@klb-law.com

This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify David A. Strauss at telephone 504-582-3800 (fax 504-582-1235) immediately, and destroy the original transmission and its attachments without reading them.

# EXHIBIT 14

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

*MASTER DOCKET CASE (Consolidated for Certain Pretrial Purposes Only)*

| | |
|---|---|
| **IN RE: CAMERON PARISH RITA** | **CIVIL ACTION NO. 07-MD-01** |
| **LITIGATION AGAINST STATE FARM** | **JUDGES MINALDI & TRIMBLE** |
| | **MAGISTRATE JUDGE METHVIN** |

**THIS DOCUMENT RELATES TO ALL CASES**

---

*ORDER DIRECTING FILING OF REPORT - ROAD HOME PROGRAM*

Counsel for the Attorney General for the State of Louisiana, N. Frank Elliot, III, attended the status conference conducted on December 13, 2007, in response to an invitation liaison counsel Jennifer A. Jones and Andrew R. Johnson, IV.  At the conference, Mr. Elliot addressed concerns, protocol, and reported on the effect which the Road Home program provisions might have on settlements between insured and insurer in these consolidated cases.

At the conclusion of the conference, the undersigned magistrate judge requested that Mr. Elliott provide a written status report for filing into the record.  Mr. Elliott has submitted such a report dated December 14, 2007.

**IT IS HEREBY ORDERED** that the Clerk file the report from Mr. Elliot into the record.

Signed at Lafayette, Louisiana, on December 18, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

# EXHIBIT 15

Law Offices

# RANIER, GAYLE & ELLIOT
## L.L.C.

Drew Ranier, A.P.L.C. °
Thomas J. Gayle, L.L.C.
N. Frank Elliot III, L.L.C. °*
Brett M. Powers
Sarah Ranier Kearney
Andrew P. Hill

°Also admitted in Texas
*M.B.A.

1419 Ryan Street • 70601
P.O. Box 1890 • 70602
Lake Charles, Louisiana

Telephone: (337) 494-7171
Facsimile: (337) 494-7218

*www.rgelaw.com*

*Of Counsel*
Glenn W. Alexander, A.P.L.C.

New Orleans Office
336 Lafayette Street, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 588-9848

December 14, 2007

Ms. Jennifer Jones
Jones Law Firm
P. O. Box 1550
Cameron, LA 70631

Mr. Andrew R. Johnson, IV
Plauché, Smith & Nieset
1123 Pithon Street
Lake Charles, LA 70602

RE:     Consolidated State Farm Cases in Western and Eastern U.S. District Courts

Dear Jenny and Andy:

As we discussed at the status conference yesterday, I am writing to you both as the Court's designated liaison counsel to address a couple of the issues that arose in the conference. First, as I indicated, it is not necessary to place the Road Home on any checks or to seek the State's approval or consent to any settlement between a policyholder and his/her insurer, if the policyholder has not closed on a Road Home grant. The State's rights to recover funds from any settlement under the Road Home Program are derived from a Subrogation and Assignment Agreement that is executed at the grant closing. Second, I have been working closely with counsel for State Farm and other carriers in the Eastern District Hurricane Katrina Umbrella cases to develop a protocol and release to be used to obtain the State's consent to any settlements between Road Home grant recipients and their insurers. Finally, this letter will confirm that requests for consent from the State for individual settlements should be directed to the Executive Director of the Office of Community Development, Louisiana Division of Administration, Disaster Recovery Unit – Attention Subrogation, Post Office Box 94095, Baton Rouge LA 70804-9095. The Executive Director, or some other person designated by her, has the authority to review settlements, grant approvals, sign releases and/or endorse checks. As I indicated, the carriers are finalizing language to be used in any release granted from the State. State Farm has been very involved in this process. We hope to have that language provided to the State shortly, so that we can move these cases along.

Ms. Jennifer Jones
Mr. Andrew R. Johnson, IV
December 14, 2007
Page 2


    If you have any further questions, or need my assistance in any way, please feel free to contact me.  I will be glad to assist you all to address any issues or questions you might have.

    With kindest regards, I am

Sincerely,


N. FRANK ELLIOT III

NFE:lh

cc:    Honorable Mildred E. Methvin *(via U.S. Mail)*
       Ms. Isabel Wingerter *(via electronic mail)*
       Ms. Sallie J. Sanders *(via electronic mail)*
       Mr. Daniel A. Rees *(via electronic mail)*
       Mr. Calvin C. Fayard, Jr. *(via electronic mail)*
       Mr. Frank Dudenhefer, Jr. *(via electronic mail)*
       Mr. Paul G. Aucoin *(via electronic mail)*
       Mr. Joseph Jerry McKernan *(via electronic mail)*
       Mr. James P. Roy *(via electronic mail)*
       Mr. Drew Ranier *(via hand delivery)*

# EXHIBIT 16

Law Offices

# RANIER, GAYLE & ELLIOT
## L.L.C.

Drew Ranier, A.P.L.C. °
Thomas J. Gayle, L.L.C.
N. Frank Elliot III, L.L.C. °*
Brett M. Powers
Sarah Ranier Kearney
Andrew P. Hill

°Also admitted in Texas
*M.B.A.

1419 Ryan Street • 70601
P.O. Box 1890 • 70602
Lake Charles, Louisiana

Telephone: (337) 494-7171
Facsimile:  (337) 494-7218

*www.rgelaw.com*

*Of Counsel*
Glenn W. Alexander, A.P.L.C.

New Orleans Office
336 Lafayette Street, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 588-9848

December 17, 2007

*Via U.S. Mail*
Honorable Mildred E. Methvin
USDC Western District of LA
800 Lafayette Street, Ste. 3500
Lafayette, LA 70501

RECEIVED

DEC 1 9 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

Re:   Consolidated State Farm Cases in U.S. District Court,        07 md 01
      Western District of Louisiana (The Road Home Program)

Dear Judge Methvin:

I am writing to clarify a misstatement I made in your Court on Thursday, December 13, 2007. While in Court, you asked me, on behalf of the State, who has authority for the State to approve settlements, sign releases, and endorse checks. I told you and the other counsel present that Mr. Dan Rees, legal counsel for the Disaster Recovery Unit, Office of Community Development, was that person. That is not entirely correct. In communicating with Mr. Rees following the status conference last week, Mr. Rees asked that I clarify this point to you and the other counsel.

While Mr. Rees, acting as counsel for the State, has authority to consent to settlements, technically contracts (including formal receipt and release documents) are signed by Ms. Susie Elkins, the Executive Director of the Office of Community Development or her designee, which currently includes Mr. Tom Brennan, the Assistant Executive Director. Similarly, Ms. Elkins is the officer that endorses checks made payable to the Office of Community Development. Ms. Elkins has the authority to designate other people to act on behalf of the State in matters relating to the Road Home Program, which she has done and anticipates continuing to do. In fact, Ms. Elkins and her staff are in the process of determining whether other people need to be authorized to endorse settlement checks.

Further, while Mr. Rees serves at the direction of Ms. Elkins, he has and continues to be the lead person, as legal counsel, with the Disaster Recovery Unit for addressing various matters relating to the approval of individual policyholder's settlements. He has met and discussed



individual settlements with a number of attorneys, including counsel with cases pending before this Court.

Mr. Rees has been directly involved in the approval process in a number of cases. Specifically, he has executed approvals, on behalf of the Disaster Recovery Unit, to settlements between recipients of Road Home grants and their carriers. Individuals or attorneys who meet with Mr. Rees to discuss approval of settlements can rely upon the fact that Mr. Rees has authority to meet with them, to discuss settlement issues, and to grant or deny approvals. Mr. Rees does oversee the process of pursuing the rights under the Road Home Subrogation and Assignment Agreement, which would include the review of and consent to insurance settlements. As with other attorneys, Mr. Rees indicates that he may from time to time be presented with issues or matters which require him to seek the concurrence of Ms. Elkins or to seek advice from the Attorney General's Office. Further, to the extent formal releases are requested from the State, Mr. Rees currently presents those to Ms. Elkins for her approval and execution.

Additionally, since the State has initiated its own lawsuit against the carriers to enforce its subrogation and assignment rights, all communications from the carriers relating generally to the insurance litigation (not dealing with a simple request for consent on a particular file) should be directed to the State's private counsel (including my firm) in that action currently pending in the Eastern District before Judge Duval.

I apologize for my misstatements in your Court. I hope that this letter clarifies any issues raised at the status conference. Unfortunately, Mr. Rees underwent surgery on last Thursday, and was unable to attend the status conference. I am also communicating directly with Mr. Johnson and Ms. Jones, as this Court's appointed liaison counsel, regarding the subject of this letter, and have advised them both of my willingness to do anything I can to help them advance their cases through the Road Home Approval process.

Respectfully submitted,

N. FRANK ELLIOT III

cc:  Ms. Jennifer Jones *(via electronic mail)*
     Mr. Andrew R. Johnson, IV *(via electronic mail)*
     Ms. Isabel Wingerter *(via electronic mail)*
     Ms. Sallie J. Sanders *(via electronic mail)*
     Mr. Daniel A. Rees *(via electronic mail)*
     Mr. Calvin C. Fayard, Jr. *(via electronic mail)*
     Mr. Frank Dudenhefer, Jr. *(via electronic mail)*
     Mr. Paul G. Aucoin *(via electronic mail)*
     Mr. Joseph Jerry McKernan *(via electronic mail)*
     Mr. James P. Roy *(via electronic mail)*
     Mr. Drew Ranier *(via hand delivery)*

# EXHIBIT 17

# GAUTHIER, HOUGHTALING
# & WILLIAMS

Wendell H. Gauthier
  (1943-2001)
John W. Houghtaling, II
James M. Williams
Celeste A. Gauthier
Stephen M. Huber
Brian J. Houghtaling
Todd R. Slack
Earl G. Perry, Jr.
Inemesit U. O'Boyle
Gregory J. Lewis, Jr.

*Of Counsel*
Edward F. Downing III
*Special Counsel*
Eric J. O'Bell

*A Limited Liability Partnership*

3500 North Hullen Street
Metairie, Louisiana 70002

1515 Poydras Street, Suite 1420
New Orleans, Louisiana 70112

***Please reply to Metairie office***

Telephone:  504-456-8600
Facsimile:  504-456-8624

January 2, 2008

<u>***Via Facsimile 310-9195 and E-mailrhubbard@lawla.com***</u>
Ralph S. Hubbard, III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Ste. 2775
New Orleans, Louisiana 70130-6041

  Re:  ROAD HOME - *Louisiana State* C.A. No. 07-5528

Dear Ralph:

  As you know, my firm has been the State's attorney on Katrina related matters.  As I related to you verbally at the mediation of the Trade-Winds matter, the Attorney General appointed us as Co-Lead Counsel in the Road Home litigation before the lawsuit was filed. However, there has been some confusion with our co-counsel and thus we have been left uninformed about meetings, negotiations, conferences, and other activity in the case.

  In November, the court cleared up any confusion by appointing me as Co-Lead Counsel of record.  Because of some oversight, I was not made aware of the December 20, 2007 settlement conference and was only made aware of the January 11, 2008 settlement conference by the court.

  Because I am Co-Lead Counsel for the State and because you are Defense Liason Counsel, I ask that you include me on all references in this matter and that I be made aware of any and all conferences or correspondence of any kind.

  I am reminded of my all time favorite movie, <u>Cool Hand Luke</u>, where the prison guard says to Paul Newman, "*What we've got here is a failure to communicate.*"  I do not believe that the failure was any fault of yours, but I ask for your cooperation in correcting this problem.

  With kindest regards, I remain

**Gauthier, Houghtaling & Williams, LLP**

Ralph S. Hubbard, III
1/7/2008
Page 2 of 4

Very Truly Yours,

John W. Houghtaling, II

JWH/mfp

cc      All Counsel *(Via e-mail and/or facsimile)*

| | |
|---|---|
| Neil C. Abramson | Abramson@phelps.com |
| Stephen C. Aertker, Jr. | saertker@hvfa-law.com |
| Angie Arceneaux Akers | aakers@lpw-law.com |
| Daniel F. Attridge | 202-879-5200 |
| Judy Y. Barrasso | jbarrasso@barrassousdin.com |
| Brent BB. Barriere | barrierb@phelps.com |
| Nora Bolling Bilbro | bilbron@phelps.com |
| Thomas R. Blum | trblum@spsr-law.com |
| Kelly Cambre Bogard | kbogart@duplass.com |
| Jacqueline M. Brettner | brettnej@phelps.com |
| Lauren E. Brisbi | lbrisbi@hmhlp.com |
| William Glenn Burns | gburns@hmhlp.com |
| Jaime Michele Cambre | jcambre@duplass.com |
| Catherine Irvin Chavarri | chavarrijd@smclattorneys.com |
| Martha R. Crenshaw | mcrenshaw@bakerdonelson.com |
| Christopher A. D'Amour | Chris.damour@arlaw.com |
| John B. Davis, II | jbdavis@bakerdonelson.com |
| Nancy Scott Degan | ndegan@bakerdonelson.com |
| Sidney W. Degan, III | sdegan@degan.com |
| Julia Ann Dietz | jdietz@degan.com |
| John C. Dippel | cdippel@hmhlp.com |
| Lawrence J. Duplass | lduplass@duplass.com |
| Stephen N. Elliot | elliotts@bernard-cassisa.com |
| Nina Wessel English | nenglish@gordanarata.com |
| Padriac B. Fennelly | pfennelly@kirkland.com |
| Richard L. Fenton | rfenton@sonnenschein.com |
| Thomas J. Fischer | tfischer@spsr-law.com |
| Jason P. Foote | jfoote@chopin.com |
| Dominic J. Gianna | dgianna@midrid.com |
| Nancy B. Gilbert | ngilbert@kcwlaw.com |
| George B. Hall, Jr. | hallb@phelps.com |
| Thomas H. Huval | thuval@hvfa-law.com |
| Christopher K. Jones | cjones@kcwlaw.com |
| Howard B. Kaplan | hkaplan@bernard-cassisa.com |

**Gauthier, Houghtaling & Williams, LLP**

Ralph S. Hubbard, III
1/7/2008
Page 3 of 4

| | |
|---|---|
| Richard E. King | rking@gjtbs.com |
| Andrew C. Kolb | akolb@bakerdonelson.com |
| Kenneth B. Krobert | kkrobert@chopin.com |
| Kathleen D. Lambert | Katlambert@smclattorneys.com |
| Kent A. Lambert | Klambert@bakersonelson.com |
| Catherine E. Lasky | laskyk@phelps.com |
| Anne D. LeJeune | alejeune@mcglinchey.com |
| Edward J. Lilly | elilly@cclhlaw.com |
| Matthew J. Lindsay | mlindsay@gjtbs.com |
| Jay M. Lonero | jlonero@lpw-law.com |
| David M. McDonald | mcdonaldd@bernard-cassisa.com |
| J.J. (Jerry) McKernan | jemckernan@mckernanlawfirm.com |
| Anne Elizabeth Medo | Anne_medo@haileymcnamara.com |
| David M. Moragas | dmoragas@gjtbs.com |
| Sean P. Mount | smount@hmhlp.com |
| Gerald J. Nielsen | gjnielsen@aol.com |
| William D. O'Regan, IV | oreganb@bernard-cassisa.com |
| Dominic J. Ovella | dovella@hmhlp.com |
| Thomas C. Pennebaker | tpennebaker@nielsenlawfirm.com |
| Christopher R. Pennison | cpennison@lpw-law.com |
| Paul L. Peyronnin | ppeyronnin@bakerdonelson.com |
| C. Michael Pfister | mpfister@duplass.com |
| H. Minor Pipes, III | mpipes@barrassousdin.com |
| Daniel T. Plunkett | dplunket@mcglinchey.com |
| M. Davis Ready | dready@spsr-law.com |
| Daniel M. Redmann | dredmann@hmhlp.com |
| Marshall Mc Alis Redmon | redmonm@phelps.com |
| Thomas M. Richard | trichard@chopin.com |
| Wendy Hickok Robinson | whrobinson@gordonarata.com |
| Anthony Rollo | arollo@mcglinchey.com |
| Harry Rosenberg | Harry.rosenberg@phelps.com |
| Deborah B. Rouen | Debbie.rouen@arlaw.com |
| James A. Rowell | jrowell@degan.com |
| Seth A. Schmeeckle | sschmeeckle@lawla.com |
| Gordan P. Serou, Jr. | gordonserou@hotmail.com |
| Jay R. Sever | Jay.sever@phelps.com |
| Christian A. Shofstahl | cshofstahl@hvfa-law.com |
| Robert I. Siegel | rsiegel@glllaw.com |
| Maria L. O'Bryne Stephenson | miosjd@smclattorneys.com |
| John E. Unsworth, Jr. | John_unsworth@haileymcnamara.com |
| Steven W. Usdin | susdin@barrassousdin.com |
| John R. Walker | johnwalker@allengooch.com |
| William J. Wegmann, Jr. | wjwegmann@aol.com |

**Gauthier, Houghtaling & Williams, LLP**

Ralph S. Hubbard, III
1/7/2008
Page 4 of 4

| | |
|---|---|
| Tyler Weidlich | tweidlich@bakerdonelson.com |
| Alan D. Weinberger | aweinber@midrid.com |
| Edward R. Wicker, Jr. | ewicker@barrassousdin.com |
| Gerard E. Wimberly, Jr. | gwimberly@mcglinchey.com |
| John P. Wolff, III | jwolff@kcwlaw.com |
| Robert R. Wood, Jr. | Robert.wood@phelps.com |

# EXHIBIT 18

## Gretchen Mayard

| | |
|---|---|
| **From:** | "Frank Elliot" <felliot@rgelaw.com> |
| **To:** | "'Gretchen Mayard'" <ghmayard@cox-internet.com> |
| **Cc:** | <pmoresi3@lct-corp.net> |
| **Sent:** | Thursday, September 27, 2007 3:04 PM |
| **Subject:** | RE: Nolan Lemaire |

Gretchen,

    This will confirm our conversation a few minutes ago that both my firm and Paul Moresi's firm recognize that we have a professional responsibility to make any repayments to the Road Home that are required as part of the Lemaires' grant they received. As we discussed, we have provided Mr. Dan Rees with written notice of the settlement and a copy of the contingency fee contract, the State Farm adjuster's report, Mr. Win Woods' report, and a copy of the proof of loss, as he requested. We are awaiting the official letter stating that the Lemaires do not have to make any payments to the State. We are requesting that we get that by tomorrow. In the event we do not get that letter on Friday, I would ask that you still issue the check to us without the Road Home listed as a payee. We will deposit it in our trust account and hold the disbursement of those funds pending receipt of that letter and delivery to you of the same. As I indicated, the client is returning from Texas this weekend, and we would like to get him to sign all the paper work and endorse the check for deposit to our trust account on Monday. We acknowledge and accept our responsibility under the rules of professional responsibility to make a payment to a third party such as the Road Home, if they indicate they are entitled to any funds, which we understand from our conversations with the State they are not suggesting. In fact, I was expressly told they do not have to be listed on checks.

    Please let me know if you need anything else from us. Thanks,

Frank

---

**From:** Gretchen Mayard [mailto:ghmayard@cox-internet.com]
**Sent:** Thursday, September 27, 2007 3:22 PM
**To:** Frank Elliot
**Subject:** Re: Nolan Lemaire

Sorry, I meant to attach to that last email - here it is.

    ----- Original Message -----
    **From:** Frank Elliot
    **To:** 'Gretchen Mayard'
    **Sent:** Thursday, September 27, 2007 3:13 PM
    **Subject:** RE: Nolan Lemaire

    I was just getting on line to find your number to call you. Can you email it to me. I am out of the office. We spoke to the State.

---

**From:** Gretchen Mayard [mailto:ghmayard@cox-internet.com]
**Sent:** Thursday, September 27, 2007 3:08 PM
**To:** Frank Elliot
**Subject:** Nolan Lemaire

Hi Frank

I just received a copy of a release that State Farm would like us to use on the Rita cases in which the plaintiffs have received some money from Road Home. I am attaching it (after making some changes) to this email for your review. I am still not clear, from the language of their release, what SF's position is regarding issuing the check. Will keep you posted. If you could let me know as soon as you hear something on your end that would be helpful.

Gretchen

1/8/2008

NOTICE: This electronic mail transmission may constitute an attorney-client communication and/or attorney work product that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error or if any attached document is not the one intended, please delete it from your system without copying it, and notify the sender by reply e-mail of the erroneous transmission.