- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME<br>*Louisiana State*, C.A. No. 07-5528 | * * * * | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants State Farm Fire and Casualty Company, State Farm General Insurance Company, Aegis Security Insurance Company, Lafayette Insurance Company, United Fire and Casualty Company, United Fire and Indemnity Company, America First Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Metlife, Inc., Economy Premier Assurance Company, Metropolitan Casualty Insurance Company, Metropolitan Property and Casualty Insurance Company, Farmers Insurance Exchange, Foremost Insurance Company, Foremost Property and Casualty Company, Foremost Signature Insurance Company, United Services Automobile Association, also separately named by plaintiffs as USAA, USAA Casualty Insurance Company and USAA General Indemnity Company, The Hanover Insurance Company, The Hanover American

- 1 -

906622v.1

Insurance Company, Massachusetts Bay Insurance Company, American Manufacturers Mutual Insurance Company, Kemper Casualty Insurance Company, Lumbermens Mutual Casualty Company, Merastar Insurance Company, Unitrin Preferred Insurance Company, Unitrin Auto and Home Insurance Company, Trinity Universal Insurance Company, Trinity Universal Insurance Company of Kansas, Inc., Homesite Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, Union National Fire Insurance Company, Fidelity and Deposit Company of Maryland, Empire Fire and Marine Insurance Company, Empire Indemnity Insurance Company, Centre Insurance Company, ZC Sterling Insurance Agency, Inc., ZC Sterling Corporation, Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, Encompass Property and Casualty Company, Horace Mann Insurance Company, Teachers Insurance Company, Horace Mann Property and Casualty Insurance Company, Auto Club Family Insurance Company, Scottsdale Indemnity Company, Scottsdale Insurance Company, The Standard Fire Insurance Company, "St. Paul" (a non-existent entity), "St. Paul Travelers Insurance Company" (a non-existent entity), St. Paul Fire & Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, St. Paul Protective Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty Insurance Company of America, Travelers Casualty and Surety Company, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, Travelers Insurance Company (a non-existent entity), Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, and The Automobile Insurance Company of Hartford, Connecticut, (collectively "Defendants") will bring their Motion to Disqualify Plaintiff's Private

Case 2:05-cv-04182-SRD-JCW   Document 10937-13   Filed 01/29/08   Page 3 of 12

- 3 -

Counsel, before Judge Duval on the 20th day of February, 2008, at 9:30 a.m. in the United States District Courthouse, 500 Camp Street, New Orleans, or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ Wayne J. Lee
Wayne J. Lee, 7916
 wlee@stonepigman.com
Stephen G. Bullock, 3648
 sbullock@stonepigman.com
Mary L. Dumestre, 18873
 mdumestre@stonepigman.com
Andrea L. Fannin, 26280
 afannin@stonepigman.com
      Of
STONE PIGMAN WALTHER
 WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

        And

Charles L. Chassaignac IV, 20746
 cchassaignac@phjlaw.com
      Of
PORTEOUS, HAINKEL
 & JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana  70801
Telephone:  (225)383-8900
Facsimile:  (225) 383-7900

*Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company*

- 3 -

906622v.1

- 4 -

/s/ Maura Z. Pelleteri
Maura Z. Pelleteri, 8463
Amy S. Malish, 28992
  Of
KREBS, FARLEY & PELLETERI, L.L.C.
Texaco, Center, Suite 2500
400 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 299-3570
Facsimile:  (504) 299-3582

*Attorneys for Aegis Security Insurance Company*


/s/ Howard B. Kaplan
Howard B. Kaplan, 14414
  Of
BERNARD CASSISA ELLIOTT & DAVIS
1615 Metairie Road
P.O. Box 55490
Metairie, Louisiana  70055-5490
Telephone:  (504) 834-2612

*Attorneys for Lafayette Insurance Company, United Fire and Casualty Company and United Fire and Indemnity Company*


/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
  Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701

*Attorneys for America First Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Mutual Insurance Company*

906622v.1

- 5 -

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
    Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Metlife, Inc., Economy Premier Assurance Company, Metropolitan Casualty Insurance Company, and Metropolitan Property & Casualty Insurance Company*


/s/ Seth A. Schmeeckle
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
    Of
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

    And

Christopher W. Martin,
Texas Bar No. 13057620
Martin R. Sadler,
Texas Bar No. 00788842
    Of
MARTIN, DISIERE, JEFFERSON &
 WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

*Attorneys for United Services Automobile Association, also separately named by plaintiffs as USAA, USAA Casualty Insurance Company and USAA General Indemnity Company*

906622v.1

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
    Of
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

    And

Of Counsel:

Kevin P. Kamraczewski
Alan S. Gilbert
Paul E. B. Glad
David R. Simonton
    Of
SONNENSCHEIN NATH &
 ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois  60606
Telephone:  (312) 876-8000

*Attorneys for The Hanover Insurance Company, The Hanover American Insurance Company, and Massachusetts Bay Insurance Company*


/s/ Deborah B. Rouen
Deborah B. Rouen, 2084
Chris A. D'Amour, 26252
    Of
ADAMS AND REESE LLP
4500 One Shell Square
New Orleans, Louisiana  70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210

*Attorneys for Union National Fire Insurance Company*

- 7 -

/s/ Dominic J. Ovella
Dominic J. Ovella, 15030
Anne E. Medo, 24556
Sean P. Mount, 27584
Daniel M. Redmann, 30685
John Christopher Dippel, Jr., 30480
    Of
HAILEY, MCNAMARA, HALL,
 LARMANN & PAPALE, L.L.P.
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana  70011-8288
Telephone:  (504) 836-6500

*Attorneys for Fidelity and Deposit Company of Maryland, Empire Fire and Marine Insurance Company, Empire Indemnity Insurance Company, Centre Insurance Company, ZC Sterling Insurance Agency, Inc., and ZC Sterling Corporation*


/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
    Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, LLC
LL&E Tower
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:  (5040 589-9701

*Attorneys for Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company*

*/s/ Seth A. Schmeeckle*
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
    Of
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

    And

Of Counsel:

Kevin P. Kamraczewski
Alan S. Gilbert
Paul E. B. Glad
David R. Simonton
    Of
SONNENSCHEIN NATH &
  ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois  60606
Telephone:  (312) 876-8000

*Attorneys for Horace Mann Insurance Company, Teachers Insurance Company, and Horace Mann Property & Casualty Insurance Company*


*/s/ Alan J. Yacoubian*
Alan J. Yacoubian, 17213
Neal J. Favret, 24412
Rachel P. Catalanotto, 31095
    Of
JOHNSON, JOHNSON, BARRIOS &
  YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001

*Attorneys for Auto Club Family Insurance Company*

906622v.1

- 9 -

/s/ *Neil C. Abramson*
Neil C. Abramson, 21436
Nora B. Bilbro, 22955
Jacqueline M. Brettner, 30412
    Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

    And

Marshall M. Redmon, 18398
    Of
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana  70802
Telephone:  (225) 346-0285
Facsimile:  (225) 381-9197

*Attorneys for Homesite Insurance Company*


/s/ *Harry Rosenberg*
Harry Rosenberg, 11465
Jacqueline M. Brettner, 30412
    Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

*Attorneys for Fidelity National Insurance Company and Fidelity National Property and Casualty Insurance Company*

906622v.1

/s/ Marshall M. Redmon
Marshall M. Redmon, 18398
    Of
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana  70802
Telephone:  (225) 346-0285
Facsimile:  (225) 381-9197

    And

Amy R. Sabrin
    Of
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC  20005
Telephone:  (202) 371-7000
Facsimile:  (202) 393-5760

*Attorneys for Farmers Insurance Exchange, Foremost Insurance Company, Foremost Property and Casualty Company, and Foremost Signature Insurance Company*


/s/ Neil C. Abramson
Neil C. Abramson, 21436
Jacqueline M. Brettner, 30412
    Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

*Attorneys for American Manufacturers Mutual Insurance Company, Kemper Casualty Insurance Company, Lumbermens Mutual Casualty Company, Merastar Insurance Company, Unitrin Preferred Insurance Company, Unitrin Auto and Home Insurance Company, Trinity Universal Insurance Company, and Trinity Universal Insurance Company of Kansas, Inc.*

- 11 -

        /s/ Harry Rosenberg
        Harry Rosenberg, 11465
        Jay R. Sever, 23935
        Jacqueline M. Brettner, 30412
            Of
        PHELPS DUNBAR LLP
        Canal Place
        365 Canal Street, Suite 2000
        New Orleans, Louisiana  70130-6534
        Telephone:  (504) 566-1311
        Facsimile:  (504) 568-9130

        *Attorneys for Scottsdale Indemnity Company and Scottsdale Insurance Company*


        /s/ Ralph S. Hubbard
        Ralph S. Hubbard, III, 7040
        Seth A. Schmeeckle, 27076
            Of
        LUGENBUHL, WHEATON, PECK,
         RANKIN & HUBBARD
        601 Poydras Street, Suite 2775
        New Orleans, Louisiana  70130
        Telephone:  (504) 568-1990
            And

906622v.1

- 12 -

>Stephen E. Goldman
>Wystan M. Ackerman
>       Of
>ROBINSON & COLE LLP
>280 Trumbull Street
>Hartford, Connecticut 06103-3597
>Telephone: (860) 275-8200
>Facsimile: (860) 275-8299
>
>*Attorneys for The Standard Fire Insurance Company, "St. Paul" (a non-existent entity), "St. Paul Travelers Insurance Company" (a non-existent entity), St. Paul Fire & Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, St. Paul Protective Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty Insurance Company of America, Travelers Casualty and Surety Company, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, Travelers Insurance Company (a non-existent entity), Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, and The Automobile Insurance Company of Hartford, Connecticut*

### CERTIFICATE

I hereby certify that a copy of the foregoing Notice of Hearing has been served upon all counsel of record by electronic notice from the Court's CM/EC Filing system, on this 9th day of January, 2008.

>*/s/ Wayne J. Lee*

906622v.1