

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.:   05-4182 |
|  | * | JUDGE:   DUVAL |
|  | * | |
| PERTAINS TO: | * * | MAGISTRATE:  WILKINSON |
| | * | |
| INSURANCE:        *Acevedo*,  07-5199 | * | |
|  | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PARTIAL MOTION TO DISMISS

Plaintiff Emanuella Bell has resolved her dispute in this case with Liberty Mutual

Fire Insurance Company.  As a result of this settlement, Emanuella Bell respectfully requests that

this Court dismiss all of the claims of Emanuella Bell, with prejudice, each party to bear its own

costs.  All claims by all remaining plaintiffs against all defendants are reserved.

___ Fee_____
___ Process_____
_X_/Dktd_____
_/_ CtRmDep_____
___ Doc. No._____

100711.doc

**WHEREFORE,** Emanuella Bell prays that her claims in this case be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

Stuart T. Barasch, 20650
Hurricane Legal Center
1100 Poydras Street
Suite 2900
New Orleans, Louisiana  70163
Telephone:     (504) 525-1944

Attorney for Plaintiff

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this _10th_ day of ___January___ , 200 _8_ .

100711.doc