UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| FILED IN: 07-5356, 07-5347, 07-5350, 07-5254,<br>07-5286, 07-5375, 07-5366, 07-5355,<br>07-5339, 07-5344, 07-5343, 07-5327, | *<br>*<br>*<br>* | |
| PERTAINS TO MARRERO LAND, WETCO,<br>ENTERCOMM COMMUNICATIONS, CII<br>CARBON, INC., UNIVERSAL HEALTH<br>SERVICES, KAREN BELL, WHITE, III,<br>DR. FREDERICK KEPPEL, LIBERTY BANK<br>AND TRUST COMPANY | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME

On Motion of defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, in the above numbered and entitled cause of action, appearing herein through undersigned counsel, and on suggesting to the Court that counsel was just advised of the above matter for defense and additional time is required to secure the file in order to properly plead, and that mover, therefore desires an additional twenty (20) days in which to file responsive pleadings.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS
PFISTER & WEINSTOCK**

S/Jennifer M. Morris

_____

**ANDREW D. WEINSTOCK (#18495)
JENNIFER M. MORRIS (#29936)**
3838 N. Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
**ATTORNEY FOR BOARD OF COMMISSIONERS FOR
THE LAKE BORGNE BASIN LEVEE DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2007, a copy of the foregoing Board of Commissioners for the Lake Borgne Basin Levee District was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

S/Jennifer M. Morris

_____
**JENNIFER M. MORRIS (#29936)**