UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAUREEN ANCAR AND MARK BARNES, et al** | * | **CIVIL ACTION NO. 07-4853** |
| **v.** | * | **SECTION "K"** |
| **STATE FARM COMPANIES, et al** | * | **MAGISTRATE "2"** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**CONSIDERING THE FOREGOING,** Joint Limited Motion to Dismiss without prejudice:

**IT IS ORDERED** that the Petition and all claims of plaintiff, FRANK WOODS, against State Farm Fire & Casualty Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __29th__ day of __January__, 2008.

_____
**UNITED STATES DISTRICT JUDGE**