

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: DUVAL |
| | * * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE: *Acevedo*, 07-5199 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Partial Motion to Dismiss; *Denied*

**IT IS ORDERED** that the Partial Motion to Dismiss be and hereby is **GRANTED** and that all of the claims asserted by plaintiff Emanuella Bell are dismissed, with prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this 17th day of January, 2008.

*There is no such plaintiff in the captioned case.*

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep____
___ Doc. No.____
```

100711.doc