UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

**MOTION TO WITHDRAW CO-COUNSEL OF RECORD FOR
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA.**

Karen M. Dicke of Leake & Andersson, L.L.P., lead counsel of record for National Union Fire Insurance Company of Pittsburgh, Pa., ("National Union"), moves the Court to withdraw Peirce A. Hammond, II as co-counsel for National Union because he is no longer affiliated with Leake & Andersson, L.L.P. and will no longer be involved in representing National Union. George D. Fagan

and Marc E. Devenport of the firm of Leake & Andersson, L.L.P. will continue as co-counsel on this matter.

> Respectfully submitted,
>
> /s/ Karen M. Dicke_____
> **KAREN M. DICKE (#24781)**
> **GEORGE D. FAGAN, T.A. (#14260)**
> **MARC E. DEVENPORT (#23712)**
> Leake & Andersson, LLP
> 1100 Poydras Street, Suite 1700
> New Orleans, Louisiana 70163-1701
> Telephone:   504-585-7500
> Facsimile:    504-585-7775
> Email:           *kdicke@leakeandersson.com*
> *gfagan@leakeandersson.com*
> *mdevenport@leakeandersson.com*
> Attorneys for Defendant:
> National Union Fire Insurance Company
>        of Pittsburgh, Pa.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on January 28, 2008 by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

> /s/  Karen M. Dicke_____

F:\38803\2-PLEADINGS\NATIONAL UNION\WORD VERSIONS\M-WITHDRAW PAH.DOC