UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| | * | |
| | * | |
| **PERTAINS TO:** | * | |
| **ALL LEVEE** | * | |
| | * | |

**O R D E R**

  **CONSIDERING THE FOREGOING** Motion to Withdraw co-counsel of record submitted by Karen M. Dicke of Leake & Andersson, L.L.P., as the lead counsel of record for National Union Fire Insurance Company of Pittsburgh, Pa.;

  **IT IS ORDERED THAT** Peirce A. Hammond, II be and hereby is withdrawn as counsel of record for National Union Fire Insurance Company of Pittsburgh, Pa., that any further notices required by law be sent to or served on Karen M. Dicke, George D. Fagan and Marc E.

1

Devenport of Leake & Andersson, L.L.P. as counsel of record for National Union Fire Insurance Company of Pittsburgh, Pa.

    New Orleans, Louisiana this _____ day of _____ 2008.

                                                                   _____
                                                                              J U D G E

F:\38803\2-PLEADINGS\NATIONAL UNION\WORD VERSIONS\M-WITHDRAW PAH ORDER.DOC