## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | CIVIL ACTION <br><br> NO. 05-4182 <br> and consolidated cases |
| PERTAINS TO: BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 <br> *Mumford v. Ingram*    05-5724 | JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now the undersigned, Brian A. Gilbert, counsel of record for Plaintiffs in the *Mumford* and *Boutte* matters, Barge Plaintiffs' Liaison Counsel, and a member in good standing of the bar of this Court, and Patrick J. Sanders and Lawrence D. Wiedemann, counsel of record for Plaintiffs in the *Mumford* matter, also members in good standing of the bar of this Court, and move this Honorable Court to admit attorney Lawrence A. Wilson, II, *pro hac vice* to appear before the Court in this matter. Mr. Wilson is an attorney with Wilson, Grochow, Druker & Nolet, and will be assisting in the handling of this matter, with undersigned counsel as local counsel. Mr. Wilson is duly licensed to practice in the State of New York and is a member in good standing of the State Bar of New York, United States District Court, Eastern District of New York.

An affidavit and Certificates of Good Standing from the State Appellate Division, State of New York are attached as Exhibit 1, respectively.

**WHEREFORE**, premises considered the undersigned respectfully requests that this Honorable Court admit Lawrence A. Wilson, *pro hac vice* for the purpose of representing Plaintiffs in the *Mumford* and *Boutte* matters, and for all such other relief as is just and proper.

Respectfully submitted,

/s/ Lawrence D. Wiedemann
Lawrence D. Wiedemann, Esq. (13457)
Karl Wiedemann, Esq. (18502)
Karen Wiedemann, Esq.(21151)
WIEDEMANN & WIEDEMANN
821 Barrone Street
New Orleans, LA 70113
Phone: 504/581-6180
Fax: 504/581-4336

/s/ Brian A. Gilbert
Brian A. Gilbert ( 21297)
LAW OFFICE OF BRIAN A. GILBERT
821 Barrone Street
New Orleans, LA 70113
Phone: 504/581-6180
Fax: 504/581-4336

/s/ Patrick J. Sanders
Patrick J. Sanders, Esq. (18741)
ATTORNEY AT LAW
3316 Ridgelake Drive
Metairie, LA 70002
Phone: 504/834-0646
Fax: 504/835-2401

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 30th day of January, 2008.

\s\Patrick J. Sanders