UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531<br>*Mumford v. Ingram*   05-5724 | * * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## AFFIDAVIT OF DAVID W. DRUKER

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, David W. Druker, who after first being duly sworn, did state as follows:

1. I am over 18 years of age and competent to give testimony. The facts set forth herein are based upon my personal knowledge.

2. I make this Affidavit in support of the Petition to admit me *pro hac vice* to appear and participate in the captioned civil action as counsel for Plaintiffs in the Mumford and Boutte matters.

3. I am a member of Wilson, Grochow, Druker & Nolet, Woolworth Building, 233 Broadway, 5th Floor, New York, N.Y. 10279-0003; Telephone: (212) 608-4400; Facsimile: (212) 553-9050; email: ddruker@wgdnlaw1.com.

4. I am currently admitted to practice law in the State of New York (Bar No. 1981562), and I am a member in good standing of the State Bar of New York.

5. I am also a member in good standing of the United States District Court, Southern District of New York. Attached hereto are Certificates of Good Standing from the State of New York, Appellate Division.

6. The applicant has never sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis.

7. The applicant does not have any disciplinary charges against him by any court or bar association.

8. The applicant has never been cited by any federal or state court for contempt.

9. The applicant has never been disbarred or suspended from the practice of law in any federal or state appellate trial court.

BY: _____
DAVID W. DRUKER

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, ON THIS
THE 22 DAY OF JANUARY, 2008

_____

Notary Printed Name, address and commission or
Bar Number.
My commission expires: 9/30/2010

MARYANN E. MARGOLIS
Notary Public, State of New York
No. 01MA4608559
Qualified in Queens County
Commission Expires Sept. 30, 20 10

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 30th day of January, 2008.

\s\Patrick J. Sanders

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **J. Michael McMahon**, Clerk of this Court, certify that

**DAVID W. DRUKER**, Bar # **DD4207**

was duly admitted to practice in this Court on

**FEBRUARY 13th, 1996**, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York            on   JANUARY 11th, 2008

**J. MICHAEL McMAHON**
Clerk

by: _[signature]_
Deputy Clerk



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **David Druker** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 27th day of **February 1985**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on January 11, 2008.

*James Edward Pelzer*

Clerk of the Court