UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | \*<br>\*<br>\*   CIVIL ACTION<br>\*<br>\*   NO. 05-4182<br>\*   PERTAINS TO: BARGE<br>\*   and consolidated cases<br>\*<br>\*   SECTION "K"  (2) |
| Boutte v. Lafarge           05-5531<br>Mumford v. Ingram       05-5724 | \*<br>\*<br>\*   JUDGE<br>\*   STANWOOD R. DUVAL, JR.<br>\*<br>\*   MAG.<br>\*   JOSEPH C. WILKINSON, JR.<br>\* |

### AFFIDAVIT OF LESLIE D. KELMACHTER

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Leslie D. Kelmachter, who after first being duly sworn, did state as follows:

1. I am over 18 years of age and competent to give testimony.  The facts set forth herein are based upon my personal knowledge.

2. I make this Affidavit in support of the Petition to admit me *pro hac vice* to appear and participate in the captioned civil action as counsel for Plaintiffs in the Mumford and Boutte matters.

3. I am an attorney with The Jacob D. Fuchsberg Law Firm, LLP, 500 Fifth Avenue, New York, N.Y. 10110-0393; Telephone: (212) 869-3500; Facsimile: (212) 398-1532; email: L.kelmachter@fuchsberg.com

4. I am currently admitted to practice law in the State of New York (Bar No. 1795723), and I am a member in good standing of the State Bar of New York.

5. I am also a member in good standing of the United States District Court, Southern District of New York. Attached hereto are Certificates of Good Standing from the State of New York, Appellate Division.

6. The applicant has never sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis.

7. The applicant has not ever had pending against her any disciplinary charges by any court or bar association.

8. The applicant has not ever had pending against her any criminal charges.

9. The applicant has never been cited by any federal or state court for contempt.

10. The applicant has never been disbarred or suspended from the practice of law in any federal or state appellate trial court.

BY: _____
LESLIE D. KELMACHTER
Bar Number: 1795723

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, ON THIS
THE 14th DAY OF JANUARY, 2008

_____
Brenda I. Agostini, 1020 Summit Avenue, Bronx, N.Y. 10452
Commission No.: 03-01AG5025761
Notary Printed Name, address and commission

My commission expires: April 4, 2010

BRENDA I. AGOSTINI
Notary Public, State of New York
#03-01AG5025761, Qual. Bronx Co.
Commission Expires April 4, 2010

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 30th day of January, 2008.

\s\Patrick J. Sanders



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Leslie D. Kelmachter

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **31st day of January, 1978**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **11th day of January, 2008**.



Clerk