UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br> PERTAINS TO: BARGE <br> and consolidated cases <br><br> SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 <br> *Mumford v. Ingram*   05-5724 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

### AFFIDAVIT OF ALAN L. FUCHSBERG

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Alan L. Fuchsberg, who after first being duly sworn, did state as follows:

1. I am over 18 years of age and competent to give testimony. The facts set forth herein are based upon my personal knowledge.

2. I make this Affidavit in support of the Petition to admit me *pro hac vice* to appear and participate in the captioned civil action as counsel for Plaintiffs in the Mumford and Boutte matters.

3. I am an attorney with The Jacob D. Fuchsberg Law Firm, LLP, 500 Fifth Avenue, New York, N.Y. 10110-0393; Telephone: (212) 869-3500; Facsimile: (212) 398-1532; email: alf@fuchsberg.com

4. I am currently admitted to practice law in the State of New York (Bar No. 1755966), and I am a member in good standing of the State Bar of New York.

5. I am also a member in good standing of the United States District Court, Southern District of New York. Attached hereto are Certificates of Good Standing from the State of New York, Appellate Division.

6. The applicant has never sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis.

7. The applicant has not ever had pending against him any disciplinary charges by any court or bar association.

8. The applicant has not ever had pending against him any criminal charges.

9. The applicant has never been cited by any federal or state court for contempt.

10. The applicant has never been disbarred or suspended from the practice of law in any federal or state appellate trial court.

BY: _____
ALAN L. FUCHSBERG

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, ON THIS
THE 15th DAY OF JANUARY, 2008

_____

Brenda I. Agostini, 1020 Summit Ave., Bx, N.Y. 10452, 03-01AG5025761
Notary Printed Name, address and commission or
Bar Number.
My commission expires: 4/4/2010

BRENDA I. AGOSTINI
Notary Public, State of New York
#03-01AG5025761, Qual. Bronx Co.
Commission Expires April 4, 2010

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 30th day of January, 2008.

\s\Patrick J. Sanders

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ALAN LEONARD FUCHSBERG

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 14th day of January, 1980 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 10, 2008

Clerk of the Court

795