UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO: BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*     06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lafarge v. USA*      07-5178 | * <br> * | |

# AFFIDAVIT OF RICHARD T. SEYMOUR

CITY OF WASHINGTON  )
                    ) ss:
DISTRICT OF COLUMBIA )

Before me, the undersigned authority, personally came and appeared RICHARD T, SEYMOUR, known to me, who after having first been duly sworn did depose and state:

1. I am a member in good standing of the Bar of the District of Columbia. A copy of my Certificate of Good Standing is attached hereto. I am also a member of the Maryland Bar, and of the Bars of the Supreme Court of the United States, the U.S. Courts of Appeals for the D.C., Second, Third, Fourth, Fifth, Sixth, Ninth, Tenth and Eleventh Circuits, and of the U.S. District Courts for the Eastern District of Michigan, the Northern District of Mississippi, the Northern District of New York, and the Southern District of Texas.

2. I have never been convicted of a crime.

3. In the early 1980s, I missed a plane and was fined $100 by the U.S. District Court for the District of South Carolina because the hearing had to be rescheduled. The court informed me in open court that it did not consider this a disciplinary matter, but I mention this because of the possibility that it might be considered a disciplinary matter proceeding under the local rules of this Court. Other than that, I have never been the subject of a disciplinary proceeding.

4. Further affiant sayeth not.

_____
RICHARD T. SEYMOUR

Washington, D.C., ss:

Subscribed and sworn to before me on this the 10th day of January, 2008.

_____
Notary Public

My commission expires: Patricia B. Martin
Notary Public, District of Columbia
My Commission Expires 3-31-2009

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 30th day of January , 2008.

\s\Patrick J. Sanders



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

RICHARD TALBOT SEYMOUR

was on the  16th  day of  December, 1968  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 26, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk