UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION AK@ (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lafarge v. USA*          07-5178 | * * | |

# AFFIDAVIT OF ADELE RAPPORT

CITY OF WASHINGTON  )
                                          ) ss:
DISTRICT OF COLUMBIA )

Before me, the undersigned authority, personally came and appeared ADELE RAPPORT, known to me, who after having first been duly sworn did depose and state:

I am a member in good standing of the Bar of the District of Columbia. A copy of my Certificate of Good Standing is attached hereto. I am also a member of the Illinois, Maryland, and Michigan Bars, and of the Bars of the U.S. District Court Northern District of Illinois, the U.S. District Court Central District of Illinois, the U.S. District Court Eastern District of Michigan, the U.S. District Court Western District of Michigan, the U.S. District Court Western District of Tennessee, the U.S. Court of Appeals Sixth Circuit, the U.S. Court of Appeals Seventh Circuit, the U.S. Court of Appeals Tenth

Page 1 of 2

Circuit, and the U.S Supreme Court.

1. I have never been convicted of a crime, or charged with a crime.

2. I have never been the subject of a disciplinary proceeding.

3. Further affiant sayeth not.

_____
ADELE RAPPORT

Washington, D.C., ss:

Subscribed and sworn to before me on this the 10th day of January, 2008.

_____
Notary Public

My commission expires:    Patricia B. Martin
Notary Public, District of Columbia
My Commission Expires 3-31-2009

## CERTIFICATE OF SERVICE

    I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 30th day of January, 2008.

                                        \s\Patrick J. Sanders



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Adele Rapport

was on the 5th day of March, 2007 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 8, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk