UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**ORGANIZATIONAL DEPONENT:**    Federal Emergency Management Agency
Through its Chief Counsel
David A. Trissell
500 C Street SW
Washington, D.C. 20472

**LOCATION:**                               If By Mail:
                                            Law Office of Brian A. Gilbert
                                            821 Baronne Street
                                            New Orleans, Louisiana  70113

                                            or

                                            Local:
                                            Law Office of Richard T. Seymour, PLLC
                                            1150 Connecticut Avenue, N.W., Suite 900
                                            Washington, D.C.  20036-4129

**DATE/TIME:**                              February 29, 2008 at 4:15 p.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 4:15 p.m. on February 29, 2008, any and all of the following:

1. Any and all writings, things, photos, email, documents communications, reports, investigations, data, materials, information, recordings, video, statements, images, drawings, accounts, narratives, data, calculations and any and all other things whatsoever connected with or concerning breaches of the Industrial Canal (Inner Harbor Navigation Canal) floodwall during or because of Hurricane Katrina, and/or investigation related to Ingram Barge Company barge no. ING 4727 and/or its breakaway and/or movements during Katrina.

2. Any and all such documents and things pertaining to flooding of the Lower Ninth Ward of New Orleans and/or St. Bernard Parish during Katrina.

3. Any and all such documents and things describing and/or concerning any and all physical, economic, environmental, structural, and other damage of whatever kind and nature occurring in connection with Hurricane Katrina in the Lower Ninth Ward of New Orleans and/or St. Bernard Parish.

4. Sworn affidavit of authenticity of all of the above provided in response hereto.

                                            Respectfully submitted
                                            By BARGE P.S.L.C.


                                            \S\ Brian A. Gilbert
                                            BRIAN A. GILBERT (#21297)
                                            821 Baronne Street
                                            New Orleans, Louisiana  70113

Phone: 504/885-7700
Phone: 504/581-6180
Fax: 504/581-4336
Attorney for Plaintiffs


\S\ Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIDEMANN (21151)**
821 Baronne Street
New Orleans, Louisiana   70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiff


\S\ Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana   70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 29th day of January, 2008.

\s\Brian A. Gilbert