UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |
| *Boutte v. Lafarge*           05-5531 | |
| *Mumford v. Ingram*       05-5724 | |
| *Lagarde v. Lafarge*       06-5342 | JUDGE |
| *Perry v. Ingram*             06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | |
| *Parfait Family v. USA*   07-3500 | MAG. |
| *Lafarge v. USA*              07-5178 | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

RESPONDENT:   The United States Army Corps of Engineers
United States of America
Through its attorney of record
Kara K. Miller
U. S. Department of Justice (Box 888)
Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, D.C., 20044

| | |
|---|---|
| LOCATION: | If By Mail:<br>Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana 70113<br><br>Or<br><br>Local:<br>Law Office of Richard T. Seymour, PLLC<br>1150 Connecticut Avenue, N.W., Ste. 900<br>Washington, D.C. 20036-4129 |
| DATE/TIME: | February 29, 2008 at 3:30 p.m. |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 3:30 p.m. on February 29, 2008, any and all of the following:

1. Please produce any and all logs, notes, correspondence, reports, statements, records, accounts, photos, video, recordings and other documents, writings and things memorializing any and all observations of Inner Harbor Navigation Canal Lockmaster Michael O'Dowd and/or any and all other persons in the lockmaster's station on August 29, 2005 concerning any and all flooding, breaches of the IHNC floodwalls, presence and/or movements of Ingram Barge ING 4727, and any and all other events, circumstances and occurrences during Katrina;

2. Affidavit of authenticity of all of the foregoing.

                                            Respectfully submitted
                                            By BARGE P.S.L.C.

                                            \S\ Brian A. Gilbert
                                            **BRIAN A. GILBERT (#21297)**
                                            821 Baronne Street
                                            New Orleans, Louisiana 70113
                                            Phone: 504/885-7700
                                            Phone: 504/581-6180

Fax: 504/581-4336
Attorney for Plaintiffs


\S\ Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIDEMANN (21151)**
821 Baronne Street
New Orleans, Louisiana  70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiff


\S\ Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana  70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 29th day of January, 2008.

\s\Brian A. Gilbert