# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolidated cases |
| | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*         07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**   **United States Department of Defense**
Kenneth J. Krieg
Under Secretary of Defense
(Acquisition, Technology and Logistics)
3010 Defense Pentagon
Washington, DC 20301-3010

**LOCATION:**                                   If By Mail:
                                                Law Office of Brian A. Gilbert
                                                821 Baronne Street
                                                New Orleans, Louisiana   70113

                                                Or

                                                If Local:
                                                Law Office of Richard T. Seymour
                                                1150 Connecticut Avenue, N.W., Ste. 900
                                                Washington, D.C.   20036-4129

**DATE/TIME:**                                  February 29, 2008 11:45 a.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 11:45 a.m. on February 29, 2008, any and all of the following:

1. Any and all aerial, satellite, airplane-based, helicopter-based, ground and other photography, radar, infrared, electronic, visual, cloud or weather-piercing, magnetic, radio, and any and all other imagery, however captured, stored or recorded, of the Industrial Canal (Inner Harbor Navigation Canal), including at least the area between the Florida Avenue Bridge and N. Claiborne Avenue Bridge, New Orleans, Louisiana, and including <u>but not limited to</u> those depicting or capable of depicting events, occurrences and things in said area, for the time period from 12:01 a.m. August 28, 2005, to 11:59 p.m. August 31, 2008;

(approx coordinates - area sought is larger - includes at least entire IHNC between N. Claiborne Ave. Bridge and Florida Avenue Bridge)

| Latitude | 29.969746 |
|---|---|
| Longitude | -90.022816 |
| Coordinates | 29.969746, -90.022816<br>N29°58.18476, W090°1.36896 |

2. Any and all reports, records, logs, data, documents, writings, electronic media, reflecting all sources and methods of said imagery, and/or reflecting any and all things, events and occurrences observed and/or captured through said imagery.

3. Affidavit of authenticity of the foregoing.

Respectfully submitted
By BARGE P.S.L.C.


\S\ Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana   70113
Phone: 504/885-7700
Phone: 504/581-6180
Fax: 504/581-4336
Attorney for Plaintiffs


\S\ Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIDEMANN (21151)**
821 Baronne Street
New Orleans, Louisiana   70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiff


\S\ Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana   70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 29th day of January, 2008.

\s\Brian A. Gilbert