UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                   NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Pontiac-Raceland,06-6394    JUDGE DUVAL
                                                                                         MAG. WILKINSON

## **ORDER**

The court has been advised by counsel for plaintiff (by letter filed separately in the record) that a settlement has been reached in the referenced case, Pontiac-Raceland, L.L.C. v. Transcontinental Insurance Company, C.A. No. 06-6394 c/w 05-4182. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate dismissal order in the referenced Pontiac-Raceland case only.

                                                           JOSEPH C. WILKINSON, JR.
                                                    UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**