UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Pontiac-Raceland, 06-6394  JUDGE DUVAL
MAG. WILKINSON

### ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Plaintiff's Motion to Compel 30(b)(6) and 30(b)(5) Corporate Deposition, Record Doc. No. 10428

O R D E R E D:

XXX : DISMISSED AS MOOT: The court has been advised by Lana Crouch, counsel for plaintiff, by letter filed separately in the record, that the captioned case has settled and the referenced motion, set for hearing before me on January 30, 2008, is therefore moot.

New Orleans, Louisiana, this  30th  day of January, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE