**MINUTE ENTRY**
**DUVAL, J.**
**JANUARY 30, 2008**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| | |
| **PERTAINS TO: RESPONDER** | **SECTION "K"(2)** |
| **ANDRY, 07-4533** | |

Attending a telephonic status conference held this day were:

Jonathan Andry for plaintiff and

Peter Mansfield for defendant.

This status conference was called to discuss a motion to sever the case from the *In re Katrina Consolidated Litigation* (Civ. A. No. 05-4182).  The plaintiff explained that the motion was made because his case was incorrectly consolidated with the Katrina case due to an allegation of inundation with water from the canal.  The defense has consented to the motion. The Court agreed that the motion should be granted as there are no allegations of levee breach. The plaintiff requested that the case be transferred to another section for expeditious consideration.  The Court explained that, because the case was originally assigned to Section K, there will be no transfer, particularly as the relevant issue only appears to be adjustment of the claim.  An order will issue accordingly.

JS10(00:09)