UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: RESPONDER<br>ANDRY, 07-4533 | SECTION "K"(2) |

## ORDER

In consideration of the Plaintiff's Motion to Sever (Rec. Doc. 10349), and considering that the Defendant informed the Court that it had no objection to deconsolidation during a status conference held on January 30, 2008, accordingly,

**IT IS ORDERED** that the Plaintiff's motion is **GRANTED.** The above-captioned matter, Civ. A. No. 07-4533, shall be **DECONSOLIDATED** from *In re Katrina Canal Breaches Consolidated Litigation*, Civ. A. No. 05-4182.

New Orleans, Louisiana, this ___30th___ day of January, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE