UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT ACKNOWLEDGMENT OF RECIEPT OF PROTECTIVE ORDER GOVERNING ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the protective order for Receipt of Road Home Governing Applicant and Recipient Information.

Agreed to by:

_____ this 30 day of January 2008.
Seth A. Schmeeckle

Counsel for:
Horace Mann Insurance Company,
Teachers Insurance Company, and
Horace Mann Property & Casualty Insurance Company

Respectfully submitted,

/s/ Seth A. Schmeeckle
SETH A. SCHMEECKLE, T.A., La. Bar #27076
RALPH S. HUBBARD, III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775

New Orleans, Louisiana 70130
Telephone: (504) 568-1990
E-Mail: sschmeeckle@lawla.com
rhubbard@lawla.com

And

OF COUNSEL:

KEVIN P. KAMRACZEWSKI
ALAN S. GILBERT
PAUL E. B. GLAD
DAVID R. SIMONTON
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone:   (312) 876-8000

**Attorneys for Defendants Horace Mann Insurance Company, Teachers Insurance Company, and Horace Mann Property & Casualty Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle