UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE, <u>Jupiter</u>, 07-1689 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Defendant's Motion to Compel Discovery, Record Doc. No. 10380, set for hearing on January 30, 2008 at 11:00 a.m. without oral argument, has been timely submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is GRANTED and plaintiff is **HEREBY ORDERED** to provide full, written supplemental responses to defendant's Interrogatory Nos. 3, 4, 5 and 8, signed and verified <u>under oath by the party</u> making them, in accordance with Fed. R. Civ. P. 33(b), within ten (10) days of entry of this order.  The letter response that plaintiff's counsel provided does <u>not</u> comply with Fed. R. Civ. P. 33(b).

Furthermore, if plaintiff's original Answers to Interrogatories were not signed and verified under oath by the party making them (no copy was provided to the court), plaintiff must provide a verification of those answers within ten (10) days of entry of this order.

**IT IS FURTHER ORDERED** that plaintiff must respond to defendant's First Request for Production of Documents fully and in writing, in accordance with Fed. R. Civ. P. 34, and make all responsive documents available to defendant's counsel, within ten (10) days of entry of this order. All objections to the First Request for Production of Documents, except on the basis of attorney-client privilege or work product doctrine, are deemed waived. In addition, plaintiff must pay to defendant $450 in attorney's fees for her complete failure to respond to defendant's First Request for Production of Documents served on June 7, 2007 and for her insufficient responses to some of defendant's interrogatories, all of which necessitated the filing of the instant motion. Fed. R. Civ. P. 37(a)(3)(B)(iv), (a)(4), (a)(5)(A).

**IT IS FURTHER ORDERED** that, within ten (10) days of entry of this order, plaintiff's counsel must provide defendant's counsel with dates within the next 30 days when plaintiff is available for her deposition.

New Orleans, Louisiana, this  30th  day of January, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE