MINUTE ENTRY
WILKINSON, M. J.
JANUARY 30, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>    CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
|     C.A. Nos. 05-4181, 06-1885, 06-4024.<br>    06-4389, 06-5771, 06-5786, 06-6099,<br>    07-0206, 07-3500, 07-3612 | |

**HEARING ON MOTION**

APPEARANCES:   Ashton R. O'Dwyer, representing plaintiffs

MOTION:   Plaintiffs' Motion to Rescind Order on Motion of December 27, 2007 (Record Doc. No. 9879) and/or for Reconsideration of Order on Motion and/or for Rule 59 and/or Rule 60 Relief and/or for Other Relief, Record Doc. No. 10153

O R D E R E D:

 XXX : Denied, subject to the order contained herein.  This motion does not provide the information set out in my previous order, Record Doc. No. 7762.  When plaintiffs can do so, if ever, they may file a new motion, which I will then consider.  At this time, however, there is no good reason to rescind or reconsider my previous order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**MJSTAR:  0 : 15**