UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO:  BARGE | * <br> * <br> * | and consolidated cases <br><br> SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 <br> *Mumford v. Ingram*      05-5724 <br> *Lagarde v. Lafarge*       06-5342 <br> *Perry v. Ingram*            06-6299 <br> *Benoit v. Lafarge*          06-7516 <br> *Parfait Family v. USA*   07-3500 <br> *Lafarge v. USA*              07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

**BARGE PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED EXPERT WITNESS LIST**

**NOW COME** BARGE plaintiffs, through undersigned counsel, who supplement and amend as follows their Preliminary Expert Witness list.  This list has been prepared on the basis of plaintiffs' best efforts and information currently available, including the extent of information provided by defendants regarding their expert proof, and including the early stages of discovery currently underway in this litigation.  Plaintiffs reserve the right to supplement this list as necessary.  Plaintiffs specifically reserve the right to designate different experts to testify on subjects contained herein, to supplement the subject matter to be addressed by particular experts, and to vary or suuplement the subject matter depending upon further discovery and full disclosure by defendants of the subject matter of their experts' testimony.

Subject to all of the foregoing, plaintiffs may call the following :

1.  Lt. Cmdr. Donald J. Green, USCG (Ret.)
    K-Don Marine Consulting
    8876 Gulf Freeway, Ste. 120
    Houston, TX 77017
    http://www.kdoncorp.com/consulting/

Expert in the areas of marine vessel operations, maritime regulations, seamanship, safe operating practices, mooring, maritime hurricane precautions, to testify concerning negligence and unseaworthiness causing breakaway of ING 4727;

2.  Ray Helmer, P.E,
    Helmer Engineering, Inc.
    9314 Bankside
    Houston, TX 77031
    http://www.helmer-engineering.com/

Civil, structural and hydrology engineer to testify concerning eastern IHNC floodwall breach causation, nature, sources, and extent of consequent flooding.

3.  Expert(s) in the fields of engineering, hydrology, computer science to develop flood models and corresponding demonstrative, graphic, computer or other simulations, models or animations.

4.  Hector V. Pazos, P.E.
    Ocean-Oil International Corp.
    P.O. Box 47188
    St. Petersburg, FL 33743
    http://www.siterrific.com/pazos/

Naval architect, marine surveyor, marine engineer to testify concerning maritime standards of care, maritime regulation, maritime hurricane preparations, maritime industry standards, eastern IHNC floodwall breach causation.

5.  Robert Bartlett, P.E.
    Bartlett Engineering
    2617 Edenborn Ave., Ste. D
    Metairie, LA 70002
    http://www.bartlett-engineering.com/

Civil and structural engineering, metallurgic analysis expert, to testify concerning eastern IHNC floodwall breach causation.

6.  Don Coker, B.A., M.A.
    423 Latimer Street

    Woodstock, GA 30188
    http://website.lawinfo.net/expertwitness/BusinessValuation.html

Economist and Business Valuation Consultant to testify concerning common business subclass losses/diminution. (May substitute).

7.    John Kilpatrick, Ph.D
    2601 4th Avenue, Ste 650
    Seattle, WA 98109
    http://www.greenfieldadvisors.com/resumes/kilpatrick.pdf

Mass real estate appraisal expert to testify concerning class wide residential real property losses.

8.    Hugh Fossier and/or
    Mason Stevenson
    Aurora Environmental Consultants, LLC
    235 Lavosier Street
    Gretna, Louisiana
    http://www.auroraenvironmental.net/index.html

Expert testimony re classwide pollution/contamination.

9.    Ron C. Kessler, Ph.D
    Harvard Medical School
    Dept. Of Healthcare Policy
    180 Longwood Avenue
    Boston, MA 02115
    http://www.hcp.med.harvard.edu/people/hcp_core_faculty/ronald_kessler

Expert psychologist to testify concerning classwide mental and emotional damages, effects of mass disaster.

10.    DataStat, Inc.
    3975 Research Park Dr.
    Ann Arbor, MI 48108
    http://www.datastat.com/DSHist.htm

Person or persons to render expert testimony concerning damages studies performed relative to classwide mental and emotional injuries.

11.    Meteorology expert(s) to address aspects os wind speed, direction and timing during Katrina, to address aspects of storm surge, to address aspects of storm-driven movements of water.

12. Expert(s) in cordage to address strength of rope used to secure ING 4727, effects of Katrina thereon.

13. Expert in coastal studies, to address sources and causes of flooding during Katrina.

14. Engineer(s) and/or architect (s) and/or construction contractor(s) and/or damage assessment expert(s) to address causation, nature and extent of damage to class members' properties.

15  Any and all others needed relative to maritime activities, breach causation, flood modeling, computer or other simulations, nature and extent of damages, causation, and any other relevant, permissible purpose.

16. Witnesses necessary to identify and authenticate any and all records, documents, and exhibits not stipulated to;

17. Any and all listed and subpoenaed by any other party(ies);

18. Any and all needed for rebuttal and/or impeachment of opposing witnesses;

Active discovery is ongoing and plaintiffs reserve the right to supplement or amend in accord with law and court order, and additionally, in accord with all rights to supplementation and/or amendment which any other party reserves in its witness or exhibit lists.

Respectfully Submitted
by BARGE P.S.L.C.

**WIEDEMANN & WIEDEMANN**

/s/Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN, (13457)**
**KARL WIEDEMANN, (18502)**
**KAREN WIEDEMANN,(21151)**

        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 581-6180

        And

        **LAW OFFICE OF BRIAN A. GILBERT**

        /s/Brian A. Gilbert
        **BRIAN A. GILBERT (21297)**
        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 581-6180

        And

        /s/Patrick J. Sanders
        **PATRICK J. SANDERS (18741)**
        Attorney at Law
        3123 Ridgelake Drive, Ste. B
        Metairie, Louisiana 70002
        Telephone: (504) 834-0646

## CERTIFICATE OF SERVICE

  **I CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via email, and/or via ECF upload, this 31 day of January, 2008.

        /s/Brian A. Gilbert