# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

MUFFET ENTERPRISES, LLC

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-4453 "K" (2)

UNITED STATES OF AMERICA, ET AL

TO: (Name and address of defendant)

United States Army Corp of Engineers

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Louis B. Merhige
4008 N. Labarre Rd.
Metairie, LA 70002

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Clerk

*[signature: B. Gregory]*
(By) Deputy Clerk

August 27, 2007
Date

AO 440 (Rev. 10/93) Summons in a Civil Action

07-4453(K)(2) **RETURN OF SERVICE**

Muffet v. USA, et al

Service of the Summons and Complaint was made by me¹

DATE: January 17, 2008

NAME OF SERVER (PRINT): Louis B. Merhige

TITLE: Attorney for π.

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 7400 Leake Ave. N.O. LA. Attorney T. A. Holliday, assistant Counsel Corps of Engineers

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 17, 2008

Signature of Server: Louis B. Merhige

Address of Server: 4008 N. Labarre Rd, Metairie, LA 70002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action