UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: BARGE

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL
MAG. WILKINSON

## NOTICE OF SUBPOENA REQUIRING THE PRODUCTION OF DOCUMENTS

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 8974), and as subsequently amended ("CMO No. 5"), PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Washington Group International, Inc. ("WGII") has caused a subpoena *duces tecum* ("subpoena") to be issued by the Northern District of California upon Michael Riemer, a professor in the University of California at Berkeley ("UC Berkeley") Department of Civil and Environmental Engineering and a member of by the Independent Levee Investigation Team ("ILIT"), led by the University of California at Berkeley and funded in part by the University of California at Berkeley Center for Technology Research in the Interest of Society ("CITRIS"). The Subpoena has been directed to Prof. Michael Riemer, at 432 Davis Hall, UC Berkeley, Berkeley, California 94720-1710. A courtesy copy of the subpoena has also been provided to counsel for UC Berkeley, Christopher M. Patti, University Counsel, 1111 Franklin Street, 8th Floor, Oakland, California 94607-5200.

The subpoena requires the production of documents as described and designated in the attached Schedule A, at 10:00 a.m., February 29, 2008, at the offices of Jones Day, 555 California Street, 26th Floor, San Francisco, California 94104-1500.

The notice, service, and enforcement of this subpoena is without prejudice to the pending motion of WGII to dismiss, or any other similar motion to be filed by WGII, and shall not be deemed a waiver by WGII of any right.

Dated: January 30, 2008                                Respectfully submitted,

                                                       /s/ Williams D. Treeby
                                                       William D. Treeby, 12901
                                                       Carmelite M. Bertaut, 3054
                                                       Heather S. Lonian, 29956
                                                              Of
                                                       Stone Pigman Walther Wittmann L.L.C.
                                                       546 Carondelet Street
                                                       New Orleans, Louisiana 70130
                                                       Telephone: (504) 581-3200
                                                       Facsimile: (504) 581-3361

                                                       Attorneys for Washington Group
                                                       International, Inc.

                                                       Of counsel
                                                       Adrian Wager-Zito
                                                       Jones Day
                                                       51 Louisiana Avenue, N.W.
                                                       Washington, D.C. 20001-2113
                                                       Telephone: (202) 879-3891
                                                       Facsimile: (202) 626-1700