UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

## NOTICE OF CASE LIST FOR STAY OF ALL LEVEE AND MRGO CASES AGAINST THE UNITED STATES APART FROM BARGE, *ROBINSON*, AND THE LEVEE AND MRGO MASTER CLASS ACTION COMPLAINTS

Pursuant to the Court's Orders of January 17 and 22, 2008 (R.D.s 10620 and 10723) Granting a Stay of all cases brought under the Federal Tort Claims Act or in Admiralty against the United States under the Levee or MRGO categories, but not including the Barge, *Robinson*, and the Levee and MRGO Master Class Action Complaints , the United States submits the following list of cases:

| Case No. | Name | Designation |
|---|---|---|
| 06-5116 | Sims, et al. v. Board of Commissioner for the Orleans Levee District, et al. | Levee/MRGO |
| 06-5118 | Richard, et al. v. Port of New Orleans, et al. | Levee/MRGO |
| 06-5127 | DePass, et al. v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 06-5128 | Adams, M, et al. v. Port of New Orleans, et al. | Levee/MRGO |
| 06-5131 | Bourgeois, et al. v. Port of New Orleans, et al. | Levee/MRGO |

| | | |
|---|---|---|
| 06-5132 | Ferdinand, et al. v. Port of New Orleans, et al. | Levee/MRGO |
| 06-5134 | Christophe, et al. v. Port of New Orleans, et al. | Levee/MRGO |
| 06-5137 | Williams, et al. v. Port of New Orleans, et al. | Levee/MRGO |
| 06-5140 | Porter, et al. v. Port of New Orleans, et al. | Levee/MRGO |
| 06-5142 | Augustine, et al. v. Port of New Orleans, et al. | Levee/MRGO |
| 06-5307 | Gisevius, et al. v. United States of America, et al. | Levee/MRGO |
| 06-8708 | Richardson v. Boh Bros. Construction Co., LLC, et al. | Levee |
| 06-9151 | Jones, et al. v. State Farm Fire & Casualty Company, Inc | Levee/MRGO |
| 07-206 | O'Dwyer v. United States of America | Levee/MRGO |
| 07-621 | Guient, et al. v. United States of America, et al. | MRGO |
| 07-1113 | Douville, et al. v. Boh Bros. Construction Company, LLC, et al. | Levee |
| 07-2742 | Copemann v. United States Army Corps of Engineers | Levee |
| 07-3173 | Lundy, et al. v. United States of America | Levee/MRGO |
| 07-4225 | Paddison v. United States Army Corps of Engineers | Levee |
| 07-4226 | Radlauer v. United States Army Corps of Engineers | Levee |
| 07-4227 | Angelo, et al. v. United States Army Corps of Engineers | Levee |
| 07-4271 | Bowley v. United States Army Corps of Engineers | MRGO |
| 07-4353 | Cochran, Sr, et al. v. United States of America, et al. | MRGO |
| 07-4386 | Abrahms, et al. v. United States of America, et al. | MRGO |
| 07-4391 | Adams, Dawn v. United States of America, et al. | Levee/MRGO |
| 07-4392 | Abair, et al. v. United States of America, et al. | Levee/MRGO |
| 07-4453 | Muffet Enterprises, LLC v. United States of America, et al. | MRGO |
| 07-4504 | Fontenot v. United States Army Corps of Engineers | Levee |
| 07-4510 | Beahm v. United States Army Corps of Engineers | Levee/MRGO |
| 07-4511 | Beahm, et al. v. United States Army Corps of Engineers | Levee/MRGO |
| 07-4519 | Alexis, et al. v. United States of America, et al. | Levee/MRGO |
| 07-4522 | Cline, et al. v. United States of America, et al. | Levee |
| 07-4535 | GuideOne Specialty Mutual Ins. Co v. United States of America, et al. | Levee/MRGO |
| 07-4543 | Church Mutual Insurance Company v. United States of America, et al. | Levee/MRGO |
| 07-4544 | Church Mutual Insurance Company v. United States of America, et al. | Levee/MRGO |
| 07-4550 | Huey, et al. v. United States of America, et al. | MRGO |
| 07-4551 | Morial v. United States of America, et al. | Levee |
| 07-4552 | Kornman, et al. v. United States of America, et al. | Levee |
| 07-4553 | White, et al. v. United States of America, et al. | Levee |
| 07-4554 | Lobrano, et al. v. United States of America, et al. | Levee |
| 07-4555 | Radio Parts, Inc. v. United States of America, et al. | MRGO |
| 07-4556 | Puccio v. United States of America, et al. | Levee |
| 07-4557 | MetroLab, Inc v. United States of America, et al. | Levee/MRGO |
| 07-4558 | Savoy Place Associates v. United States of America, et al. | Levee/MRGO |
| 07-4559 | Mintz v. United States of America, et al. | Levee/MRGO |

| | | |
|---|---|---|
| 07-4560 | Hurwitz Mintz Finest Furniture Store, et al. v. United States of America, et al. | Levee/MRGO |
| 07-4561 | Doley v. United States of America, et al. | Levee/MRGO |
| 07-4562 | Johnson v. United States of America, et al. | MRGO |
| 07-4563 | Morial v. United States of America, et al. | Levee/MRGO |
| 07-4568 | National Union Fire Insurance Co. of Pittsburgh, et al. v. United States | MRGO |
| 07-4607 | Entergy New Orleans, Inc. v. United States of America | Levee |
| 07-4608 | Entergy New Orleans, Inc. v. United States of America | MRGO |
| 07-4724 | Dauterive v. United States Army Corps of Engineers, et al. | MRGO |
| 07-4774 | Murphy Oil USA Inc, et al. v. Southeast Louisiana Flood Protection Agency, et al. | MRGO |
| 07-4775 | Murphy Building Corp, et al. v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-4828 | Albrecht v. United States of America, et al. | Levee |
| 07-4837 | Albano v. B&K Construction Company, Inc, et al. | Levee/MRGO |
| 07-4840 | Administrators of the Tulane Educational Fund v. United States | Levee/MRGO |
| 07-4841 | Nextel South Corporation, et al. v .United States | Levee/MRGO |
| 07-4842 | Heintz, Sr, et al. v. United States of America, et al. | Levee |
| 07-4843 | Heintz v. United States of America, et al. | Levee |
| 07-4844 | BGV Investments, LLC, et al. v. United States of America, et al. | Levee |
| 07-4845 | Faith Church, v. United States of America, et al. | Levee |
| 07-4846 | 6243 Memphis Street Property Associates, LLC, et al. v. United States of America, et al. | Levee |
| 07-4847 | Heintz, et al. v. United States Army Corps of Engineers, et al. | Levee |
| 07-4848 | Lakeview Chiropractic Clinic, LLC v. United States of America, et al. | Levee |
| 07-4849 | Heintz, et al. v. United States Army Corps of Engineers, et al. | Levee |
| 07-4851 | Six Flags, Inc v. United States of America, et al. | MRGO |
| 07-4868 | Laudumiey, et al. v. United States Army Corps of Engineers, et al. | Levee |
| 07-4887 | Cater, et al. v. United States of America, et al. | Levee |
| 07-4901 | Mannino v. United States Army Corps of Engineers, et al. | Levee |
| 07-4902 | Dhume, et al. v. United States of America | Levee |
| 07-4903 | Milanese, et al. v. United States Army Corps of Engineers | Levee |
| 07-4906 | Anderson v. United States Army Corps of Engineers, et al. | Levee/MRGO |
| 07-4913 | Breithoff v. United States of America | Levee |
| 07-4914 | Allen v. United States Army Corps of Engineers, et al. | Levee/MRGO |
| 07-4920 | Walker, et al. v. United States Army Corps of Engineers, et al. | Levee/MRGO |
| 07-4942 | Banks v. United States Army Corps of Engineers, et al. | Levee/MRGO |
| 07-4943 | Allen v. United States Army Corps of Engineers | Levee/MRGO |

| | | |
|---|---|---|
| 07-4944 | Cina, et al. v. United States Army Corps of Engineers, et al. | Levee/MRGO |
| 07-4945 | Ferrara v. Board of Commissioners of the Lake Borgne Basin Levee District | Levee/MRGO |
| 07-4948 | Dillard University, et al. v. Board of Commissioners for the Port New Orleans, et al. | Levee/MRGO |
| 07-4949 | St. Augustine High School, et al. v. Board of Commissioners for the Port New Orleans, et al. | Levee/MRGO |
| 07-4950 | Plaisance, Sr v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee |
| 07-4951 | WNO Operating, LLC, et al. v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee |
| 07-4952 | Harrison, et al. v. Board of Commissioners for the Port of New Orleans, et al. | Levee/MRGO |
| 07-4953 | Liberty Bank & Trust Company v. Washington Group International, Inc., et al. | Levee/MRGO |
| 07-4954 | DeSalvo v. United States of America, et al. | Levee |
| 07-4955 | DeSalvo v. United States of America, et al. | Levee |
| 07-4956 | DeSalvo, et al. v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee |
| 07-4957 | Gerdes v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-4958 | Jackson Brewery Millhouse, LLC v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-4959 | Union Limited Partnership, et al. v. Board of Commissioners of the East Jefferson Levee District | Levee |
| 07-4960 | Hertz 909 Poydras, LLC, et al. v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-4961 | Riverfront Lodging, LLC v. United States of America, et al. | Levee |
| 07-4962 | Jackson Brewery Marketplace, Ltd v. United States of America, et al. | Levee |
| 07-4963 | Prytania Medical Complex v. United States of America, et al. | Levee/MRGO |
| 07-4964 | Prat v. United States of America, et al. | Levee/MRGO |
| 07-4965 | Bell v. United States of America, et al. | MRGO |
| 07-4966 | Berenson, et al. v. United States of America, et al. | Levee/MRGO |
| 07-4967 | Adler, II v. United States of America, et al. | Levee/MRGO |
| 07-4968 | Abundance Square Associates v. United States of America, et al. | Levee/MRGO |
| 07-4969 | Gentilly Land Co., Inc v. United States of America, et al. | MRGO |
| 07-4970 | Redemptorist Limited Partnership, LGD Rental, et al. v. United States of America, et al. | Levee/MRGO |
| 07-4971 | Omega Hospital, LLC v. United States of America, et al. | Levee/MRGO |
| 07-4972 | Doley v. United States of America, et al. | Levee/MRGO |
| 07-4973 | Wells, et al. v. United States of America, et al. | Levee/MRGO |
| 07-4974 | Robert, et al. v. United States of America, et al. | Levee/MRGO |

| | | |
|---|---|---|
| 07-4975 | Miller v. United States of America, et al. | Levee/MRGO |
| 07-4976 | Entercom Communications Corp v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-4977 | Adler v. Board of Commissioners for the Orleans Levee Board, et al. | Levee/MRGO |
| 07-4978 | Smythe v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-4979 | White III v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-4980 | Haydel, et al. v. Board of Commissioners of the East Jefferson Levee Distrcit, et al. | Levee/MRGO |
| 07-4981 | Patterson v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4982 | Treasure Village Associates, LP v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4983 | Kern, et al. v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4984 | Dominion NO Centre LLC, et al. v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4985 | Bagneris, et al. v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4986 | Hotel Investors, LLC v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee |
| 07-4987 | Blaum v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee |
| 07-4988 | Morial v. Board of Commissioners for the Port of New Orleans, et al. | Levee/MRGO |
| 07-4989 | Louisiana Independent Federation of Electors, Inc v. Board of Commissioners for the Port of New Orleans, et al. | Levee/MRGO |
| 07-4990 | Tanner v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-4991 | Adler, II v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-4992 | Southpoint Technologies v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4993 | Adler's Special Account v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4994 | Berenson, et al. v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4995 | CII Carbon, LLC v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4996 | Touro Infirmary v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |

| | | |
|---|---|---|
| 07-4997 | Imperial Trading Co v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4998 | Physician Management Services of Louisiana, LLC v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-4999 | Reese v. Board of Commissioners for the Orleans Levee District, et al. | Levee |
| 07-5000 | Doley, et al. v. Board of Commissioners for the Orleans Levee District, et al.. | Levee/MRGO |
| 07-5001 | Robert, Sr, et al. v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-5002 | Shops & Garage at Canal Place, LLC v. United States of America, et al. | Levee/MRGO |
| 07-5003 | Greystar Development and Construction, LP v. United States of America, et al. | Levee/MRGO |
| 07-5004 | Cambridge Realty West, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5005 | Majestic Life Insurance Co v. United States of America, et al. | Levee/MRGO |
| 07-5006 | White, III v. United States of America, et al. | Levee/MRGO |
| 07-5007 | Keppel, et al. v. Board of Commissioners for the Orleans Levee District, et al. | MRGO |
| 07-5008 | United Restaurant Entities v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-5009 | Davis v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-5010 | Plaisance v. Board of Commissioners for the Orleans Levee District, et al. | Levee |
| 07-5011 | Marrero Land & Improvement Association, Ltd v. Board of Commissioners of the Lake Borgne Basin Levee District, et al. | MRGO |
| 07-5012 | Wetco Restaurant Group, LLC v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-5013 | Sloan, et al. v. Board of Commissioners for the Orleans Levee District, et al. | MRGO |
| 07-5014 | Doley v. United States of America, et al. | Levee/MRGO |
| 07-5015 | Majestic Mortuary Service, Inc v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-5016 | Universal Health Services, Inc. v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-5017 | Reid, et al. v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-5018 | Xavier University of Louisiana, et al. v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |

| | | |
|---|---|---|
| 07-5019 | Embry, et al. v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-5020 | Haydel Realty Co., Inc v. United States of America, et al. | MRGO |
| 07-5021 | Lake Forest Plaza, LLC v. United States of America | Levee/MRGO |
| 07-5022 | Reed v. United States of America, et al. | Levee/MRGO |
| 07-5023 | Louisiana State and Orleans School Board, et al. v. United States of America | Levee/MRGO |
| 07-5025 | Hoskins v. United States of America, et al. | Levee/MRGO |
| 07-5028 | Pleasant v. United States Army Corps of Engineers | Levee/MRGO |
| 07-5030 | Chouest, et al. v. United States of America | Levee/MRGO |
| 07-5034 | Dorsey v. United States of America, et al. | MRGO |
| 07-5040 | Louisiana State v. United States of America | Levee/MRGO |
| 07-5044 | Abrahms v. United States of America, et al. | Levee/MRGO |
| 07-5045 | Harvey, et al. v. United States Army Corps of Engineers, et al. | MRGO |
| 07-5063 | Gilds, et al. v. United States Army Corps of Engineers, et al. | MRGO |
| 07-5067 | Connick, et al. v. United States Army Corps of Engineers, et al. | Levee/MRGO |
| 07-5070 | Ashurst, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5074 | Adams, et al. v. United States of America | Levee/MRGO |
| 07-5082 | Ponder v. Defendant United States Army Corps of Engineers | Levee/MRGO |
| 07-5083 | Albrecht, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5096 | Ball v. United States Army Corps of Engineers, et al. | Levee/MRGO |
| 07-5097 | Mendoza v. United States of America, et al. | MRGO |
| 07-5098 | Dyer v. United States of America, et al. | Levee |
| 07-5103 | Dudenhefer, et al. v. United States Army Corps of Engineers | Levee/MRGO |
| 07-5105 | Sewerage & Water Board of New Orleans v. United States Army Corps of Engineers, et al. | MRGO |
| 07-5117 | New Orleans City v. United States of America, et al. | Levee |
| 07-5128 | Edmond, et al. v. United States of America | Levee/MRGO |
| 07-5130 | Trustees of the Religious and Charitable Risk al, et al. v. United States Army Corps of Engineers, et al. | MRGO |
| 07-5132 | Brooks, et al. v. United States of America, et al. | Levee |
| 07-5134 | Allison v. United States Army Corps of Engineers | Levee/MRGO |
| 07-5137 | Louisiana Citizens Property Insurance Corporation v. United States of America | Levee/MRGO |
| 07-5141 | Barback v. United States Army Corps of Engineers | MRGO |
| 07-5143 | Binnings, et al. v. United States Army Corps of Engineers | Levee/MRGO |
| 07-5144 | Watts, et al. v. United States of America | Levee/MRGO |
| 07-5146 | Azze v. United States Corps of Engineers, et al. | Levee |
| 07-5148 | Reese v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee |

| | | |
|---|---|---:|
| 07-5150 | Reese v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee |
| 07-5155 | Green-Johnson v. Board of Commissioners for the Port of New Orleans, et al. | Levee/MRGO |
| 07-5174 | Bradley v. United States of America | Levee/MRGO |
| 07-5181 | Bares, et al. v. United States Army Corps of Engineers, et al. | Levee |
| 07-5182 | Bell, et al. v. United States Army Corps of Engineers | MRGO |
| 07-5184 | Rault Resources, Inc v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-5185 | Grijns v. Board of Commissioners of the East Jefferson Levee District, et al. | Levee/MRGO |
| 07-5186 | Rault v. United States of America, et al. | Levee/MRGO |
| 07-5187 | McCay v. United States of America, et al. | Levee/MRGO |
| 07-5191 | Alfonso, et al. v. United States of America | Levee/MRGO |
| 07-5193 | Curtis v. Board of Commissioners for the Orleans Levee District, et al. | Levee/MRGO |
| 07-5195 | Crear, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5220 | Alongi, et al. v. United States of America | MRGO |
| 07-5228 | Manego, et al. v. United States Army Corps of Engineers | Levee |
| 07-5241 | Acker, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5254 | Universal Health Services, Inc v. United States of America, et al. | Levee/MRGO |
| 07-5286 | Universal Health Services, Inc v. Washington Group International, Inc.et al | Levee/MRGO |
| 07-5314 | Davis v. United States of America | Levee |
| 07-5315 | Omega Hospital, LLC v. United States of America | Levee |
| 07-5316 | Gerdes v. United States of America | Levee |
| 07-5317 | Abundance Square Associates v. United States of America, et al. | Levee |
| 07-5318 | Union Limited Partnership, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5319 | Doley, Jr v. United States of America, et al. | Levee/MRGO |
| 07-5320 | Jackson Brewery Marketplace, v. United States of America, et al. | Levee |
| 07-5321 | Shops and Garage at Canal Place v. United States of America, et al. | Levee/MRGO |
| 07-5322 | Wells, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5323 | Imperial Trading Co v. United States of America, et al. | Levee/MRGO |
| 07-5324 | Physician Management Services of Louisiana v. United States of America, et al. | Levee/MRGO |
| 07-5325 | Berenson, et al. v. United States of America, et al. | Levee |
| 07-5326 | St. Augustine High School, et al. v. United States of America, et al. | Levee |
| 07-5327 | Bell v. United States of America, et al. | MRGO |

| | | |
|---|---|---|
| 07-5328 | Reese v. United States of America, et al. | Levee |
| 07-5329 | Adler, II v. United States of America, et al. | Levee/MRGO |
| 07-5330 | Kern, et al. v. United States of America, et al. | Levee |
| 07-5331 | Jackson Brewery Marketplace, Ltd v. United States of America, et al. | Levee |
| 07-5332 | Plaisance v. United States of America, et al. | Levee |
| 07-5333 | Plaisance v. United States of America, et al. | Levee |
| 07-5334 | Prytania Medical Complex Owners Association v. United States of America, et al. | Levee/MRGO |
| 07-5335 | Hotel Investors, LLC v. United States of America, et al. | Levee |
| 07-5336 | Blaum, et al. v. United States of America, et al. | Levee |
| 07-5337 | Riverfront Lodging LLC. v. United States of America, et al. | Levee |
| 07-5338 | Louisiana Independent Federation of v. United States of America, et al. | Levee/MRGO |
| 07-5339 | Wetco Restaurant Group, LLC v. United States of America, et al. | Levee/MRGO |
| 07-5340 | Cambridge Realty West, LLC v. United States of America, et al. | Levee/MRGO |
| 07-5341 | Robert, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5342 | United Restaurant Entities v. United States of America, et al. | Levee/MRGO |
| 07-5343 | Keppel, et al. v. United States of America, et al. | MRGO |
| 07-5344 | Sloan, et al. v. United States of America, et al. | MRGO |
| 07-5345 | Adler's Special Account v. United States of America, et al. | Levee/MRGO |
| 07-5346 | Miller Jr. v. United States of America, et al. | Levee/MRGO |
| 07-5347 | Liberty Bank & Trust Company v. United States of America, et al. | Levee/MRGO |
| 07-5348 | Doley v. United States of America, et al. | Levee/MRGO |
| 07-5349 | Greystar Development and Construction, L.P. v. United States of America, et al. | Levee/MRGO |
| 07-5350 | Universal Health Services, Inc v. United States of America, et al. | Levee/MRGO |
| 07-5351 | Treasure Village Associates, LP v. United States of America, et al. | Levee/MRGO |
| 07-5352 | Touro Infirmary v. United States of America, et al. | Levee/MRGO |
| 07-5353 | Shea Embry, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5354 | Redemptorist Limited Partnership, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5355 | CII Carbon, LLC v. United States of America, et al. | Levee/MRGO |
| 07-5356 | White III, LLC v. United States of America, et al. | Levee/MRGO |
| 07-5357 | DeSalvo v. United States of America, et al. | Levee |
| 07-5358 | DeSalvo Sr, et al. v. United States of America, et al. | Levee |
| 07-5359 | Dillard University v. United States of America, et al. | Levee |
| 07-5360 | White III, et al. v. United States of America, et al. | Levee |

| 07-5361 | Hertz 909 Poydras, LLC, et al. v. United States of America, et al. | Levee/MRGO |
|---|---|---|
| 07-5362 | Morial v. United States of America, et al. | Levee/MRGO |
| 07-5363 | Prat v. United States of America, et al. | Levee/MRGO |
| 07-5364 | Dominion NO Centre, LLC, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5365 | Berenson, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5366 | Marrero Land & Improvement Association, Ltd v. United States of America, et al. | Levee/MRGO |
| 07-5367 | Xavier University of Louisiana v. United States of America, et al. | Levee/MRGO |
| 07-5368 | Doley, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5369 | Adler v. United States of America, et al. | Levee/MRGO |
| 07-5370 | DeSalvo, Jr v. United States of America, et al. | Levee |
| 07-5371 | Southpoint Technologies, LLC v. United States of America, et al. | Levee/MRGO |
| 07-5372 | Reese v. United States of America, et al. | Levee |
| 07-5373 | Green-Johnson v. United States of America, et al. | Levee/MRGO |
| 07-5374 | Haydel, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5375 | Entercom Communications Corp v. United States of America, et al. | Levee/MRGO |
| 07-5376 | Adler, II v. United States of America, et al. | Levee/MRGO |
| 07-5377 | WNO Ownership, LLC, et al. v. United States of America, et al. | Levee |
| 07-5378 | Bagneris, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5389 | Meritplan Insurance Company, et al. v. United States of America | MRGO |
| 07-5396 | Radcliff, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5397 | Aleman, et al. v. United States of America, et al. | MRGO |
| 07-5494 | Harrison, et al. v. United States of America, et al. | Levee/MRGO |
| 07-5496 | Smythe, et al. v. United States of America, et al. | Levee/MRGO |

The United States submits that though the following cases have not yet been designated by counsel as required by Case Management Order No.1, the subject matter of the complaints places them within Levee and MRGO categories, and within the scope of the Order to Stay:

| 07-4911 | Aasgaard, et al. v. United States of America |
|---|---|
| 07-5219 | Baker, et al. v. United States of America |
| 07-2741 | Carey v. U.S. Army Corps of Engineers |
| 07-5495 | Reid, et al. v. United States of America, et al. |

Case 2:05-cv-04182-SRD-JCW    Document 11001    Filed 01/31/08    Page 11 of 12

The following cases have been designated "Insurance," but also contain claims under the Federal Torts Claims Act and in Admiralty against the United States and to that extent fall within the scope of the Motion to Stay:

| 06-5890 | Dear Mother's Taste of New Orleans, et al. v. M.A. Hayes Company, et al. | Insurance |
|---------|---------------------------------------------------------------------------|-----------|
| 07-4384 | Lynch, et al. v. American Security Insurance, et al. | Insurance |
| 06-5851 | Maraldo et al v. State Farm Mutual Insurance Company et al | Insurance |

This Case List may require updating as additional cases are consolidated under the *In Re Katrina* umbrella. Currently, the United States is aware of the following cases raising claims against the United States under the Federal Torts Claims Act or in Admiralty, arising from Hurricane Katrina:

| 07-3612 | Bealer v. United States of America |
|---------|-------------------------------------|
| 07-4454 | Groh, et al. v. United States of American, et al. |
| 07-5036 | Louisiana State, Guardian Ad Litem |
| 07-5226 | Louisiana State, In Parens Patriae |
| 08-719  | Willis of Michigan v. United States of America, et al. |

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

                        JAMES G. TOUHEY, JR.
                        Assistant Director, Torts Branch


                        s/ Richard R. Stone, Sr.
                        RICHARD R. STONE, SR.

                        Senior Trial Attorney, Torts Branch, Civil Division
                        U.S. Department of Justice
                        Benjamin Franklin Station, P.O. Box 888
                        Washington, D.C.  20044
                        (202) 616-4291 / (202) 616-5200 (Fax)
                        Attorneys for the United States


Dated:  January 31, 2008


## CERTIFICATE OF SERVICE

      I, Richard R. Stone, Sr., hereby certify that on January 31, 2008, I served a copy of the United States's Ex Parte Notice of Case List for Stay upon all parties by ECF.


                        /s/ Richard R. Stone
                        RICHARD R. STONE, SR.