UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Thomas,</u> 07-5815 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

The captioned <u>Thomas</u> case was recently referred to me and a preliminary conference for all purposes permitted by Paragraph VII of CMO No. 4 was scheduled before the undersigned magistrate judge on January 29, 2008 at 2:30 p.m. Record Doc. Nos. 10245 and 10441. The parties were advised that they may participate in the conference by telephone by calling the undersigned magistrate judge's chambers to make arrangements to do so. However, at the time of the conference, counsel for plaintiffs failed to appear or contact the court in any way, although efforts were made by my staff to contact him by telephone. Accordingly,

**IT IS ORDERED** that counsel for plaintiffs, Vernon Palmer Thomas, must appear IN PERSON before the undersigned magistrate judge on **FEBRUARY 20, 2008 at 11:00 a.m.** to show cause why he failed to appear or otherwise make himself available to participate in the conference previously scheduled on this date. Failure to appear as

ordered may result in the imposition of sanctions, including issuance of a report and recommendation that the case be dismissed for failure to prosecute.

New Orleans, Louisiana, this   31st   day of January, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE