UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### MOTION FOR CONFIRMATION AND APPOINTMENT OF ADDITIONAL BARGE P.S.L.C. MEMBERS

**MAY IT PLEASE THE COURT:**

The Barge Plaintiffs' Subgroup Litigation Committee, through Barge Plaintiffs' Liaison Counsel, respectfully moves the Court to appoint and confirm as additional members of the Barge P.S.L.C. attorneys Alan L. Fuchsberg and Leslie Debra Kelmachter of the Jacob D. Fuchsberg Lawfirm, LLP, Lawrence A. Wilson and David W. Druker of Wilson, Grochow, Druker & Nolet, and Richard T. Seymour of the Law Office of Richard T. Seymour, P.L.L.C.  As shown in the supporting memorandum provided herewith, these individuals bring a range and level of talent and expertise that will prove invaluable to the putative class, Court and undersigned.

It is so moved.

Respectfully Submitted,

WIEDEMANN & WIEDEMANN

\s\Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs


LAW OFFICE OF BRIAN A. GILBERT

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs
Barge Plaintiffs' Liaison


\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 31 day of January, 2008.


\s\Brian A. Gilbert
BRIAN A. GILBERT