UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**MOTION FOR ENLARGEMENT OF BARGE P.S.L.C., CONFIRMATION AND APPOINTMENT OF ADDITIONAL BARGE P.S.L.C. MEMBERS**

**MAY IT PLEASE THE COURT:**

As the Court and undersigned recognize, the Barge track of cases is no less weighty or procedurally demanding than that of any other litigation umbrella consolidated in this matter.  With the impending legal and procedural hurdles facing all of the parties, the Barge P.S.L.C. deems it appropriate (and hopes the Court will agree) to appoint and confirm additional members.  The undersigned approach the Court with a handful of highly talented and renown litigators with whom the P.S.L.C. has been in conference and consultation for some time.  They have been to the Lower Ninth Ward and have seen the devastation in St. Bernard.  They have carefully researched and

investigated the legal and factual contentions in this matter, and, along with the undersigned, are firmly convinced of the merits, and of the social, economic and legal significance of this case. They are committed to the timely, efficient and steadfast prosecution of this matter to a successful outcome. Additionally, they bring a large influx of needed financing. They have all been admitted *pro hac vice* to the Eastern District Of Louisiana as counsel for the *Mumford* and *Boutte* plaintiffs in this matter.

**Alan L. Fuchsberg** is the managing partner of the Jacob D. Fuchsberg Lawfirm in Manhattan. He has vast, nationally recognized experience in personal injury, mass tort, and class action litigation. His experience includes civil rights and all types of personal injury actions including medical malpractice, products liability and wrongful death cases. He is the author of several articles on specific matters of civil litigation including "Challenging 9/11 Victims Fund Rules." In addition he serves on the Board of Trustees at New York University School of Law. His curriculum vitae is attached as **Exhibit A**. A certificate of good standing was recently submitted with a Motion for *Pro Hac Vice* Admission. Additional information can be found http://www.fuchsberg.com/index.html.

**Leslie Debra Kemachter** is a partner in the Fuchsberg Lawfirm. She has a proven track record of success in achieving multimillion-dollar results for clients in all areas of personal injury, medical malpractice and defective products cases, faulty construction, missed medical diagnoses, lead poisoning, toxic chemical exposures, premises liability and wrongful death. She served in the prestigious position as Chair of the Tort Litigation Committee, Association of the Bar of the City of New York and was recently appointed to that Association's Committee on the Judiciary, which made recommendations on candidates for the bench. She is also on the Board of Directors of the New York State Trial Lawyers Association, and has served on that Association's Executive Committee,

and as a Dean of its continuing legal education program.  She has lectured extensively and authored numerous articles.  Most recently, she has contributed a chapter to an upcoming book on personal injury practice which is being published by the New York State Bar Association.  Her curriculum is attached as **Exhibit B**.  A certificate of good standing was recently submitted with a Motion for *Pro Hac Vice* Admission.   Please also see http://www.fuchsberg.com/index.html.

      **Lawrence A. Wilson** is a partner at Wilson, Grochow, Druker and Nolet, also in Manhattan, who, along with his partners, are former attorneys of The Cochran Firm, and Schneider, Kleinick, Weitz & Damashek.  His record-setting results in the courtroom include a $33.5 million verdict against the City of New York for a negligently designed roadway that caused an automobile accident.  He has also obtained many multimillion dollar results: $5.5 million for a Port Authority officer injured while directing traffic and $4 million for a construction worker injured by a car.  He has extensive class action and mass tort experience.  His curriculum vitae is attached as **Exhibit C**.  A certificate of good standing was recently submitted with a Motion for *Pro Hac Vice* Admission.  Please also see additional information at http://www.wgdnlaw1.com/index.php.

      **David W. Druker**, also of Wilson, Grochow, Druker and Nolet, is admitted to the New York state and Federal District Courts and to the U.S. Supreme Court.  He is also active in trial lawyer associations and rated AV by Martindale-Hubbell.  During his more than twenty years of practice, he has handled numerous class action and mass tort personal injury cases.  His curriculum vitae is attached as **Exhibit D**.  A certificate of good standing was recently submitted with a Motion for *Pro Hac Vice* Admission.   Please also see http://www.wgdnlaw1.com/index.php.

      **Richard T. Seymour**, of the Washington, D.C. Law Office of Richard T. Seymour, needs little in the way of introduction to the Court.  He is a world-class expert in mass tort and class action litigation.  He is prolific, and a nationally known paradigm among class action attorneys.  He brings

invaluable experience and insight. His curriculum vitae speaks for itself, and is attached as **Exhibit E**. A certificate of good standing was recently submitted with a Motion for *Pro Hac Vice* Admission. Additional information is available at http://www.rickseymourlaw.com/index.php.

In addition to financing and expertise, these individuals bring with them a large support staff contingent, and a readiness to expend whatever time and effort is needed locally, to go wherever they need to go, and to assume alongside the current PSLC members all the duties attendant to their confirmation. Undersigned cannot over-state the important roles these attorneys stand ready to undertake on behalf of the putative class and the PSLC. With their participation, the PSLC is positioned to make key administrative, strategic and tactical advances in the areas of committee organization, legal themes, class definition and certification, discovery, expert and scientific investigation, damages, client and database management, time and schedule management, and all other PSLC functions, of which they stand ready to become an integral, inherent and local part. Their involvement will additionally afford to the Court enhanced ability to manage and govern the overall litigation in terms of scheduling and decision-making.

For the foregoing reasons, undersigned respectfully move for appointment and confirmation of these additional members to the Barge Plaintiffs' Subgroup Litigation Committee.

Respectfully Submitted,

WIEDEMANN & WIEDEMANN

\s\Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

Attorneys for Plaintiffs

LAW OFFICE OF BRIAN A. GILBERT

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs
Barge Plaintiffs' Liaison

\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 31 day of January, 2008.

\s\Brian A. Gilbert

\s\Brian A. Gilbert  
BRIAN A. GILBERT