**David W. Druker**
Wilson, Grochow, Druker & Nolet
The Woolworth Building
233 Broadway, 5th Floor
New York, New York 10279-0003
212-608-4400

**David W. Druker** has been practicing law in New York since 1985. He is admitted to the New York State Bar, the U.S. Supreme Court and to the U.S. District Courts, Southern and Eastern Districts of New York. A graduate of Brooklyn College of the City University of New York (B.A., 1970 Education and Russian Literature) he earned a Masters Degree in Education from Queens College of the City University of New York (M.S., Education, 1972). Mr. Druker was a teacher in the New York City public school system from 1970 through 1984. He earned his Law Degree at Pace University School of Law, White Plains, NY (J.D., 1984). Mr. Druker is a member of the New York County Lawyers' Association; the New York State Trial Lawyers Association; the Association of Trial Lawyers of America; and the American Bar Association. Martindale-Hubbell AV rated.

Between 1989 and 1995, Mr. Druker was the managing attorney at the Yonkers, New York firm of Fitzgerald & Fitzgerald, a plaintiffs' personal injury firm where he handled a case load of significant personal injury matters. As the managing attorney he supervised the attorneys processing significant personal injury cases arising out of exposure to lead based paint, inadequate premises security and defective products, he supervised the appeals department and was instrumental in developing and implementing reporting and evaluation through the use of the proprietary case management program.

From 1995 through 2005 Mr. Druker was the managing attorney at Schneider, Kleinick, Weitz & Damashek, one of the premier New York City law firms. In addition to his own case load, Mr. Druker supervised two litigation teams at the firm, the support staff at the firm and served as the firm's liaison with building management. Using the available case management program, Mr. Druker developed and implemented litigation status analyses and reported directly to the late Philip M. Damashek, the Managing Partner at the firm.

During his years of practicing law, David Druker has represented many catastrophically injured clients in cases involving general negligence and product defects. In the year 2000, the firm merged with the late Johnny Cochran to create The Cochran Firm, Schneider, Kleinick, Weitz & Damashek. The firm dissolved after settling the tobacco litigation on behalf of New York State for a record 25 billion dollars, which resulted in a 625 million dollar attorney fee. Not long after the dissolution, Mr. Druker formed the firm of Wilson, Grochow, Druker & Nolet which is made up of partners and associates of the former Cochran Firm, Schneider, Kleinick, Weitz & Damashek. The firm is involved in a lawsuit against the Ford Motor Company in what has been deemed by the New Jersey Law Journal as the largest toxic tort ever filed in New Jersey, see www. toxiclegacy.com.

Mr. Druker's office is also involved in the mass tort claims made on behalf of the 9/11 rescue workers who were injured from the toxic debris after the terrorist attacks.

**Education:**

    Pace University School of Law, White Plains, New York
        J.D., Law, 1984

    Queens College, City University of New York
        M.S., Education, 1972

    Brooklyn College, City University of New York
        B.A., Education, 1070

**Bar Admissions:**

    New York State, 2nd Department, 1985

    U.S. Supreme Court, 1994

    U.S. District Court, Southern District of New York, 1996

    U.S. District Court Eastern District of New York, 1994

**Professional Associations and Memberships:**

    Member, American Association of Justice (formerly Association of Trial Lawyers of America),

    Member, New York State Trial Lawyers Association,

    Member, The Association of the Bar of the City of New York,

    Member, New York County Lawyers Association

    Member, Brooklyn Bar Association,

    Member, American Bar Association

    Member, New York State bar Association

**Areas of Practice:**

Civil Litigation, Personal Injury Litigation Trial Practice, Catastrophic Injury, Mass Torts, Municipal Liability, Products Liability, Negligence, Wrongful Death

**Litigation Percentage:**

100% of Practice Devoted to Litigation

**Past Employment:**

**June 1995 - June 2005**
**Schneider, Kleinick, Weitz, Damashek**
(Schneider, Kleinick, Weitz, Damashek & Shoot;  The Cochran Firm, Schneider, Kleinick, Weitz, Damashek and Shoot), New York, NY
Managing Attorney, reporting directly to the Managing Partner

**July 1994 - June 1995**
Stanley J. Legan & Law Associates, Queens, New York
Managing Attorney

**February 1989 - July 1994**
Fitzgerald & Fitzgerald, P.C.
Managing Attorney