**Lawrence A. Wilson**
**Wilson, Grochow, Druker & Nolet**
**The Woolworth Building**
**233 Broadway, 5th Floor**
**New York, New York 10279-0003**
**212-608-4400**

**Lawrence A. Wilson** graduated from the University of South Florida, Tampa, Florida with a B.S. degree in 1987. While at South Florida, Mr. Wilson also participated in a Masters program in public administration. In 1991, Mr. Wilson obtained his Juris Doctor from Loyola University, New Orleans, La. At Loyola, Mr. Wilson received a jurisprudence award for academic excellence, was awarded the LaNasa Scholarship and received a Fellowship from the Gillis Long Poverty Center.

Mr. Wilson is admitted to the Bars of the State of New York, and the Federal Court of the Eastern District of New York. Mr. Wilson was also an automatic candidate for Admission to the Bar in the State of Colorado, Michigan and the Washington D.C. Bar based on his outstanding results on the Bar examination.

Mr. Wilson spent much of his early legal career with the Firm of Schneider, Kleinick, Weitz, Damashek and Shoot, one of the premiere law firms in the City of New York. The firm later merged with the late Johnny Cochran and dissolved after settling the tobacco litigation on behalf of New York State for a record $25 billion dollar, which resulted in a $625 million dollar attorney fee. Not long after the dissolution, Mr. Wilson formed the firm of Wilson, Grochow, Druker & Nolet which is made up of partners and associates of the former Cochran, Schneider, Kleinick, Weitz, Damashek and Shoot firm. Shortly, after forming Wilson, Grochow, Druker and Nolet, Mr. Wilson teamed up with Johnny Cochran's Alabama office, Bobby Kennedy's firm, another prominent New York law office and lawyers from Washington D.C., and filed a lawsuit against the Ford Motor Company in what has been deemed by the New Jersey Law Journal as the largest toxic tort claim ever filed in New Jersey, see www.toxiclegacy.com.

Mr. Wilson, since admission, has been involved in a number of high profile and successful cases. Some of his accomplishments include, a $33.5 million dollar verdict against the City of New York based on a negligently designed roadway which was the largest verdict in New York State that year involving an automobile accident, a five million settlement, after a liability trial, for a woman who was injured due to the negligence of the Port Authority.

Mr. Wilson recently obtained a $ 4 million dollar settlement during a five week liability trial involving a construction worker who was injured by an automobile and a $3.5 million dollar settlement on behalf of a laborer who was injured while at work.

Mr. Wilson's office is also involved in the mass tort claims made on behalf of the 9/11 rescue workers who were injured from the toxic debris after the terrorist attacks. Mr. Wilson is on the Board of Directors of the New York State Trial Lawyers and a member of the Burn Litigation Unit of the American Association for Justice. Mr. Wilson has successfully represented a number of the victims in the 9/11 disaster before the Victims Compensation Fund.

**Education:**

    Loyola University (J.D., 1991)
        Honors: Jurisprudence Award for Academic Excellence
        LaNasa Scholarship
        Fellowship, Gillis Long Poverty Center;

    University of South Florida (B.S., 1987).

**Bar Admissions:**

    New York, 1992;

    U.S. District Court Eastern District of New York, 1994;

Automatic Candidate for Admission to the Bar in the States of Colorado, Michigan and the Washington D.C. Bar based on results on the Bar examination.

**Professional Associations and Memberships:**

Board of Directors New York State Trial Lawyers Association;

Board of Directors Nino 9/11 Fund;

Member, American Association of Justice (formerly Association of Trial Lawyers of America);

Member, Burn Litigation Unit of the American Association of Justice;

Member, New York State Trial Lawyers Association;

Member, New York State Bar Association;

Member, American Bar Association.

**Reported Cases:**

*Starczewski v. City of New York*, NYLJ - March 17, 2003, $33.5 million;

*Curran-Morris v. Port Authority of New York & New Jersey*, NYLJ - May 18, 2001, $5.5 million;

*Lacewell v. Turner Construction Co.*, Jury Verd. Rep. - September 25, 2000, $3.9 million;

*Sterlacci v. Sage Realty Corp.*, Jury Verd. Rep. - October 17, 2001, $3.1 million;

*Moseley v. Armor Elevator Co.*, Jury Verd. Rep. - May 15, 2000, $1.65 million.

**Areas of Practice:**

Civil Litigation, Personal Injury Litigation Trial Practice, Catastrophic Injury, Mass Torts, Municipal Liability, Products Liability, Negligence, Wrongful Death

**Litigation Percentage:**

100% of Practice Devoted to Litigation

**Past Employment:**

    The Cochran Firm, Schneider, Kleinick, Weitz, Damashek and Shoot
    Schneider, Kleinick, Weitz, Damashek and Shoot
    Schwartzapfel, Novick, Truhowsky & Marcus

**Birth Information:**

    Born: New York, New York 1962
    Married, two boys, ages 8 and 10