# *Curriculum Vitae*

## Alan L. Fuchsberg

Professional Address
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
Telephone No. 212 869 3500
Facsimile No. 212 398 1532
Email A.Fuchsberg@Fuchsberg.com

Home Address
16 Linden Avenue
Larchmont, New York 10538

Bar Admissions
Admitted to Practice: New York State (1980)
United States Southern and Eastern Districts of New York (1980)
United States Court of Appeal for the Second Circuit (1999)

Education
New York University School of Law (J.D. 1979)
University of Wisconsin-Madison (B.A. 1976)
London School of Economics (independent study 1975)

Employment
1982 to present:
The Jacob D. Fuchsberg Law Firm
Managing Partner 2001 to present

1979-1981:
Demov Morris Levin and Shein
40 West 57th Street
New York, New York

Intern 1978-1979:
Community Service Society
105 East 22nd Street
New York, New York

Practice Areas: Trials; Civil Rights; Medical Malpractice; Personal Injury; Products Liability; Employment Discrimination; Fraud; Class Actions

Memberships:
Member, Board of Trustees, New York University School of Law; Member, Board of Overseers, Touro Law Center; Chair, Plaintiffs' Tort Creditors Committee, St. Vincent's Medical Center Bankruptcy Proceeding; Member, Board of Overseers, Hebrew Union College; Member and former Chair, Board of Directors Single Parent Resource Center; Member, Task Force, The Girls and Boys Choir of Harlem, Inc; Member, Board of Directors and Vice President, International Academic Friends of Israel; Member, Board of Directors, ARMGO Pharmaceutical Corporation.

Noteworthy reported case:
Lead counsel Robinson v. Metro-North Commuter R.R.Co., 175 F.R.D. 46 (S.D.N.Y. Aug 08, 1997), reversed by Caridad v. Metro-North Commuter R.R., 191 F.3d 283, (2nd Cir.(N.Y.) Jul 30, 1999), cert. den., 529 U.S. 1107 (May 15, 2000); on remand, Robinson v. Metro-North Commuter R.R.Co., 197 F.R.D. 85, (S.D.N.Y. Sep 27, 2000), judgment vacated by Robinson v. Metro-North Commuter Railroad Co., 267 F.3d 147 (2d Cir. 2001).

Articles:
"Temporary Employees Gaining Traditional Rights and Remedies: Emerging Body of Law Addresses Use of Alternative Forms of Labor", Labor and Employment Law Section, New York Law Journal, March 10, 2003;
"Challenging September 11 Victims Fund Rules," New York Law Journal, January 25, 2002;
"Title VII Class Actions," NYU Law Conference on Labor, May 2002

Professional Memberships: The Association of the Bar of the City of New York (Former Member: Medical Malpractice Committee, 1993-1997; Committee on Professional and Judicial Ethics, 1998-1999); The Association of Trial Lawyers of America (Former Chair, Employment Rights Committee, 2000); New York State Trial Lawyers Association (Member Emeritus, Board of Directors; Former Chair, Membership Committee, 1993-1995).