# LESLIE DEBRA KELMACHTER

**Home Address:**

> 210 East 15th Street, 2K
> New York, NY 10003

**Professional Address:**

> The Jacob D. Fuchsberg Law Firm, LLP
> 500 Fifth Avenue, 45th Floor
> New York, NY 10110-0393

**Education:**

> State University of New York at New Paltz
> 1974: B.A. (Magna Cum Laude)
>
> Albany Law School (Union University)
> 1977: J.D.

**Bar Admissions**

> State of New York
> Federal District Court, Northern District of New York
> Federal District Court, Southern District of New York
> Federal District Court, Eastern District of New York

**Work Experience:**

> **Legal Aid Society of Schenectady New York**
> Staff Attorney 1977 to 1979
> (General Community Practice including, Matrimonial, Family Law, Benefits Law and Real Property transactions)
>
> **Legal Aid Society, City of New York**
> Attorney 1979 to 1987
> (Trial and Appellate practice in the Juvenile Rights Division; Appearing on behalf of over 100 children; appellate arguments in the First and Second Appellate Departments of the Supreme Court, State of New York)

**Corporation Counsel, City of New York**
Attorney, 1987 to 1990
(Trial Attorney in the Tort Division, trying personal injury and medical malpractice cases brought against The City of New York and The New York City Health and Hospitals Corporation)

**Schneider, Kleinick and Weitz**
(renamed **Schneider, Kleinick, Weitz, Damashak and Shoot**)
Attorney; Partner 1990 to 1999
(Trial Attorney and then Partner responsible for managing a litigation caseload and trial counsel in personal injury, medical malpractice and product liability cases on behalf of plaintiffs)

**Meyers, Meyers and Kelmachter**
General Partner, 1990 to 2000
(Partner responsible for supervision and trials in general practice with emphasis on personal injury matters)

**The Jacob D. Fuchsberg Law Firm, LLP**
General Partner, 2000 to Present
(The Firm primarily handles personal injury, medical malpractice, product liability and civil rights matters, including pre-trial litigation, trials and appeals.  Primary role is as lead trial counsel and supervision of litigation matters within the Firm)

<u>**Memberships and Affiliations:**</u>

*Include*  **New York State Trial Lawyers Association**
(Positions held include:  Member of the Board of Directors; Member of the Executive Committee; Dean of the New York State Trial Layers Institute; Membership on the Medical Malpractice Committee, The Legislative Committee and the Bill of Particulars Committee; Chair, <u>DECISIONS</u>, An annual clinical legal education seminar, held throughout New York State; Frequent Lecturer and contributor to legal education publications)

**Association of the Bar of the City of New York**
(Positions held include:  Chair, Tort Litigation Committee; Member of the Judiciary Committee; Member of the Ad Hoc Committee on the 911 Fund)

**New York State Bar Association**
(Lecturer and Author.  Contributed a Chapter to New York State Bar Association Treatise, <u>The Plaintiff's Personal Injury Action In New York State</u> (Scheduled to be published and distributed Spring 2008)

**Kings County American Inn of Court**
(Member and CLE Contributor)

**American Association for Justice**
(Member)

## Legal Instruction and Writing:

*Include*       **New York State Trial Lawyers Institute**
Chair, Author and Lecturer, DECISIONS (An annual clinical legal education seminar, held throughout New York State)

Chair , WRONGFUL DEATH SEMINAR (a continuing legal education seminar for personal injury and medical malpractice practitioners on litigationg and trying wrongful death cases)

Lecturer, ADVANCED TRIAL TECHNIQUES (a continuing legal education practice series for advanced trial attorneys)

Chair and Group Leader, TRIAL ADVOCACY (a four part seminar for attorneys who try personal injury cases)

Chair and Lecturer, Liens & Claims Seminar

Chair and Lecturer, The ABC's of No-Fault

**New York State Bar Association**
Lecturer and Author, Managing Tough Issues in a Personal Injury Case
Book Chapter, The Plaintiff's Personal Injury Action In New York State (Scheduled to be published and distributed Spring 2008) (Chapter: Private Health Insurers' Liens, Subrogation Rights and Right of Recovery
Lecturer, Advanced Trial Techniques

**Mealey's Publications**
Chair and Lecturer, National Lead Litigation Conference 1996

**Association of the Bar of the City of New York**
Moderator and Lecturer, Federal Victim Compensation Fund Pro Bono Training

**Civil Court Board of Judges**
Lecturer, 2001 Annual Meeting

**Cardozo School of Law**
Moot Court Judge and Trial Advocacy Seminar Instructor