Census Tract 7.01, Orleans Parish, Louisiana



2.8 miles across

Census Tract 7.02, Orleans Parish, Louisiana



2.8 miles across

Census Tract 8, Orleans Parish, Louisiana



1.1 mile across

Census Tract 9.01, Orleans Parish, Louisiana



2.8 miles across

Census Tract 9.02, Orleans Parish, Louisiana



1.1 mile across

Census Tract 9.03, Orleans Parish, Louisiana



1.1 mile across

Census Tract 9.04, Orleans Parish, Louisiana



1.1 mile across