Census Tract 303, St. Bernard Parish, Louisiana



7 miles across

Census Tract 304, St. Bernard Parish, Louisiana



7 miles across

Census Tract 305, St. Bernard Parish, Louisiana



2.8 miles across

Census Tract 306.01, St. Bernard Parish, Louisiana



2.8 miles across

Census Tract 306.02, St. Bernard Parish, Louisiana



2.8 miles across

Census Tract 306.03, St. Bernard Parish, Louisiana



2.8 miles across

Census Tract 307, St. Bernard Parish, Louisiana



1.1 mile across

Census Tract 308, St. Bernard Parish, Louisiana



2.8 miles across