## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * * * | **CIVIL ACTION** |
|  | * * | **NO. 05-4182** |
|  | * |  |
| *Boutte v. Lafarge* — 05-5531 | * | **PERTAINS TO: BARGE** |
| *Mumford v. Ingram* — 05-5724 | * | **and consolidated cases** |
| *Lagarde v. Lafarge* — 06-5342 | * |  |
| *Perry v. Ingram* — 06-6299 | * | **SECTION "K"  (2)** |
| *Benoit v. Lafarge* — 06-7516 | * |  |
| *Parfait Family v. USA* — 07-3500 | * | **JUDGE** |
| *Lafarge v. USA* — 07-5178 | * | **STANWOOD R. DUVAL, JR.** |
|  | * |  |
|  | * | **MAG.** |
|  | * | **JOSEPH C. WILKINSON, JR.** |
|  | * |  |

## AFFIDAVIT OF ALAN L. FUCHSBERG

Personally appearing before an undersigned officer, duly authorized by law to administer oaths, Alan L. Fuchsberg, who after first being duly sworn, did state as follows:

1.   I am over 18 years of age and competent to give testimony.  The facts set forth herein are based upon my personal knowledge. I make this Affidavit in support of the Barge plaintiffs' motion for appointment to the Barge Plaintiffs' Subgroup Litigation Committee.

2.   I am duly licensed, admitted to practice and in good standing as an attorney and counselor at law in all Courts of the State of New York since 1979. I am also admitted to practice and in good standing in the United States Court of Appeals for the Second Circuit as well as the United States Southern and Eastern District Courts of New York. My Pro Hac Vice

application for admission to the United States Eastern District Court of Louisiana is simultaneously submitted with this motion.

3.   I am managing partner of the Jacob D. Fuchsberg Law Firm in New York City. I have over 25 years of extensive and continuous complex litigation experience in personal injury, mass tort, and class action. Among my class action involvement, I was lead counsel in the successful and frequently cited case of Robinson v. Metro-North Commuter R.R.Co., 175 F.R.D. 46 (S.D.N.Y. Aug 08, 1997), reversed by Caridad v. Metro-North Commuter R.R., 191 F.3d 283, (2nd Cir.(N.Y.) Jul 30, 1999), cert. den., 529 U.S. 1107 (May 15, 2000); on remand, Robinson v. Metro-North Commuter R.R.Co., 197 F.R.D. 85, (S.D.N.Y. Sep 27, 2000), judgment vacated by Robinson v. Metro-North Commuter Railroad Co., 267 F.3d 147 (2d Cir. 2001).

4.   My experience also includes civil rights and employment law. Personal injury actions include product liability, civil rights violations, medical malpractice, environmental toxic tort, premises liability, pharmaceutical devices and drugs for both serious injury and wrongful death causes of action. I have chaired a bankruptcy court approved plaintiff creditor's subcommittee concerning the largest New York City hospital ever in bankruptcy. I have been the author of several articles on specific matters of civil litigation including Class Action law and 9/11 Victim Funding Rules. I serve on the Board of Trustees of New York University School of Law and the Touro Law

2

Center. I have worked with the eminently qualified Mr. Richard Seymour on two prior class action cases and will make every effort to be important support to him and the team here.

BY: _____
ALAN L. FUCHSBERG

**SWORN TO AND SUBSCRIBED**
**BEFORE ME, NOTARY, ON THIS**
**THE 30th DAY OF JANUARY, 2008**

TRAVIS AARON MUCKLER
Notary Public, State of New York
No. 01MU6157108
Qualified in New York County
Commission Expires Dec. 11, 2010

**Notary Printed Name, address and commission or**
**Bar Number_____**
**My commission expires:** 2010

## **CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this _____ day of _____, 2008.

\s\Patrick J. Sanders

4