# *Curriculum Vitae*

## Alan L. Fuchsberg

<u>Professional Address</u>
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
Telephone No. 212 869 3500
Facsimile No. 212 398 1532
Email A.Fuchsberg@Fuchsberg.com

<u>Home Address</u>
16 Linden Avenue
Larchmont, New York 10538

<u>Bar Admissions</u>
Admitted to Practice: New York State (1980)
United States Southern and Eastern Districts of New York (1980)
United States Court of Appeal for the Second Circuit (1999)

<u>Education</u>
New York University School of Law (J.D. 1979)
University of Wisconsin-Madison (B.A. 1976)
London School of Economics (independent study 1975)

<u>Employment</u>
1982 to present:
The Jacob D. Fuchsberg Law Firm
Managing Partner 2001 to present

1979-1981:
Demov Morris Levin and Shein
40 West 57th Street
New York, New York

Intern 1978-1979:
Community Service Society
105 East 22nd Street
New York, New York

<u>Practice Areas</u>: Trials; Civil Rights; Medical Malpractice; Personal Injury; Products Liability; Employment Discrimination; Fraud; Class Actions

Memberships:
Member, Board of Trustees, New York University School of Law; Member, Board of Overseers, Touro Law Center; Chair, Plaintiffs' Tort Creditors Committee, St. Vincent's Medical Center Bankruptcy Proceeding; Member, Board of Overseers, Hebrew Union College; Member and former Chair, Board of Directors Single Parent Resource Center; Member, Task Force, The Girls and Boys Choir of Harlem, Inc; Member, Board of Directors and Vice President, International Academic Friends of Israel; Member, Board of Directors, ARMGO Pharmaceutical Corporation.

Noteworthy reported case:
Lead counsel Robinson v. Metro-North Commuter R.R.Co., 175 F.R.D. 46 (S.D.N.Y. Aug 08, 1997), reversed by Caridad v. Metro-North Commuter R.R., 191 F.3d 283, (2nd Cir.(N.Y.) Jul 30, 1999), cert. den., 529 U.S. 1107 (May 15, 2000); on remand, Robinson v. Metro-North Commuter R.R.Co., 197 F.R.D. 85, (S.D.N.Y. Sep 27, 2000), judgment vacated by Robinson v. Metro-North Commuter Railroad Co., 267 F.3d 147 (2d Cir. 2001).

Articles:
"Temporary Employees Gaining Traditional Rights and Remedies: Emerging Body of Law Addresses Use of Alternative Forms of Labor", Labor and Employment Law Section, New York Law Journal, March 10, 2003;
"Challenging September 11 Victims Fund Rules," New York Law Journal, January 25, 2002;
"Title VII Class Actions," NYU Law Conference on Labor, May 2002

Professional Memberships: The Association of the Bar of the City of New York (Former Member: Medical Malpractice Committee, 1993-1997; Committee on Professional and Judicial Ethics, 1998-1999); The Association of Trial Lawyers of America (Former Chair, Employment Rights Committee, 2000); New York State Trial Lawyers Association (Member Emeritus, Board of Directors; Former Chair, Membership Committee, 1993-1995).