UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | |
| *Boutte v. Lafarge*        05-5531 | * | PERTAINS TO: BARGE |
| *Mumford v. Ingram*     05-5724 | * | and consolidated cases |
| *Lagarde v. Lafarge*     06-5342 | * | |
| *Perry v. Ingram*           06-6299 | * | SECTION "K" (2) |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | JUDGE |
| *Lafarge v. USA*            07-5178 | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## AFFIDAVIT OF LESLIE D. KELMACHTER

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Leslie D. Kelmachter, who after first being duly sworn, did state as follows:

1. I am over 18 years of age and competent to give testimony. The facts set forth herein are based upon my personal knowledge.

2. I make this Affidavit in support of the Barge plaintiffs' motion for appointment to the Barge Plaintiffs' Subgroup Litigation Committee.

3. I am a general partner at The Jacob D. Fuchsberg Law Firm, LLP, 500 Fifth Avenue, New York, N.Y. 10110-0393; Telephone: (212) 869-3500; Facsimile: (212) 398-1532; email: L.kelmachter@fuchsberg.com.

4. I am currently admitted to practice law in the State of New York (Bar No. 1795723), and I am a member in good standing of the State Bar of New York.

5. I am also a member in good standing of the United States District Court, in the following Districts in New York: Southern District, Northern District, and Eastern District.

6. I have never sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis.

7. I do not have any disciplinary charges by any court or bar association.

8. I have never had any criminal charges brought against me. I have never been cited by any federal or state court for contempt. And I have never been disbarred or suspended from the practice of law in any federal or state appellate trial court.

9. I am an experienced trial attorney, admitted to the State and Federal bar in New York State for thirty years. For approximately 20 years my practice has been in the area of personal injury and medical malpractice. By my estimate I have been assigned to try over 300 cases and have personally handled or supervised litigation matters in more then 2,000 cases.

10. I have handled complex litigation and multi-party matters. Most recently, I was lead trial counsel in the matter of <u>Ricky Scott, et. al.versus The City of New York, et.al.</u>(New York Supreme Court, County of Kings Index No.: 26896/95. This matter involved claims of lead poisoning by nineteen

        plaintiffs against multiple defendants and was tried before Justice Lawrence S. Knipel for eleven weeks, until it was settled during my cross-examination of the last defense witness scheduled to testify in the case.

11.   I addition to my trial and litigation work I have been actively involved in a number of Bar Associations assuming leadership roles. I have written and lectured extensively for clinical legal programs for such organizations as The New York State Bar Association, The Association of the Bar of the City of New York, The Kings County American Inn of Court and New York State Trial Lawyers Institute. Most recently I have written a chapter for <u>The Plaintiff's Personal Injury Action In New York State</u>, a treatise being published by the New York State Bar Association in the Spring of 2008.

BY: _____
                               LESLIE D. KELMACHTER

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, ON THIS
THE 30th DAY OF JANUARY, 2008

TRAVIS AARON MUCKLER
Notary Public, State of New York
No. 01MU6157108
Qualified in New York County
Commission Expires Dec. 11, 2010

Notary Printed Name, address and commission or Bar Number_____
My commission expires: 2010

3

4

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this _____ day of _____, 2008.

\s\Patrick J. Sanders