UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE   (*Katz,* 06-4155)<br><br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * | *   CIVIL ACTION<br>*<br>*   NO. 05-4182<br>*<br>*   SECTION "K" (2)<br>*<br>*   JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**STATE FARM FIRE AND CASUALTY COMPANY**
**AND ANTHONY J. CEMO'S WITNESS AND EXHIBIT LIST**

Defendants State Farm Fire and Casualty Company ("State Farm"), and Anthony J. Cemo ("Cemo"), appearing herein through undersigned counsel, submit the following Witness and Exhibit List.

### I. WITNESS LIST

State Farm and Cemo will call the following witnesses at trial:

1. Anthony J. Cemo, defendant, to testify regarding his dealings with the plaintiff in connection with her State Farm homeowners policy and her SFIP.

In addition, State Farm and Cemo may call the following witnesses at trial:

2. Ed VanHoven of VanHoven Contracting, Inc., to testify regarding market rate prices for the cost of repair to plaintiff's home.

1

909468v.1

3. James R. Danner, Jr. of Denson Engineers, Inc., to testify regarding water and wind damages to plaintiff's home.

4. Laura Triay, independent contract adjuster, to testify regarding State Farm's handling of the plaintiff's homeowners claim and/or flood claims, including but not limited to, her inspection of the plaintiff's home, the results of her inspection, and her communications with plaintiff and State Farm about her inspection.

5. Curtis Schumacher, independent contract adjuster, to testify regarding State Farm's handling of the plaintiff's flood claim and/or homeowners claims, including but not limited to, his inspection of the plaintiff's home, the results of his inspection, and his communications with plaintiff and State Farm about his inspection.

6. Scott Dallal, State Farm claim representative, to testify regarding State Farm's handling of the plaintiff's homeowners and/or flood claims.

7. Jim Steele, State Farm representative, to testify regarding State Farm's handling of the plaintiff's homeowners claim.

8. B.J. Lively, State Farm representative, to testify regarding State Farm's handling of the plaintiff's homeowners claim.

9. Marlene Katz, plaintiff, to testify regarding all bases for her claims.

10. Brian Mackel of Mackel Roofing Company, to testify regarding inspection of plaintiff's roof and the roof repair estimate prepared for the plaintiff.

11. Daryl Guillory of Guillory Sheet Metal Works to testify regarding the estimate prepared for the replacement of two condensing units.

12. An agent or employee of Nesarc Security, Inc. to testify regarding estimates prepared for the replacement of a burglar and fire system and an intercom system.

13. Any individual listed by plaintiff in her Rule 26(a)(1) Disclosures and/or her Initial Disclosures Pursuant to Scheduling Order No.1.

14. Any individual identified by plaintiff during her deposition taken on June 14, 2007.

15. Ken Paillet to testify regarding plaintiff's discussions with him regarding excess flood insurance.

16. Barbara Paillet to testify regarding plaintiff's discussions with her regarding excess flood insurance.

17. Any person identified in subsequent discovery.

18. Any person deposed in this action subsequent to service of this witness list.

19. Any will call or may call witness listed by plaintiff.

20. Any witness needed to authenticate a document.

21. Any witness needed for rebuttal and/or impeachment.

As discovery is ongoing, State Farm and Cemo reserve the right to amend and supplement this list. State Farm and Cemo further reserve the right to amend and supplement this list subject to a further ruling by the Court on the Defendants' Motion for Partial Summary Judgment to Dismiss Plaintiff's Excess Flood Claims and Motion to Exclude Haig Neville.

## II. EXHIBIT LIST

State Farm and Cemo may introduce the following exhibits at trial:

1. The homeowners insurance policy issued by State Farm, policy number 18-70-0937-4 in favor of Marlene Katz for her residence at 5600 Marcia Avenue, New Orleans, Louisiana 70124.

2. The Standard Flood Insurance Policy ("SFIP") issued by State Farm, pursuant to its participation in the National Flood Insurance Program ("NFIP") as a Write-Your-Own ("WYO") carrier, policy number 98-D7-7434-5, to Marlene Katz for property at 5600 Marcia Avenue, New Orleans, Louisiana 70124.

3. The underwriting file for the plaintiff's homeowners policy for her residence at 5600 Marcia Avenue, New Orleans, Louisiana 70124.

4. The underwriting file for the plaintiff's SFIP for her residence at 5600 Marcia Avenue, New Orleans, Louisiana 70124.

5. Homeowners claim file of Marlene Katz, claim number 18-R170-317, Bates-labeled SFKATZ 000001-00129, including KAT00000001EM-KAT00000002EM, and KAT00000005EM.

6. Flood claim file of Marlene Katz, claim number 18-R239-668, Bates-labeled SFKATZ 00130-00246.

7. Report prepared by Ed VanHoven of VanHoven Contracting Inc., and any documents referred to in his report.

8. Resume of Ed VanHoven.

9. Report prepared by James R. Danner, Jr. of Denson Engineers, Inc., and any

...

documents referred to in his report.

10. Resume of James R. Danner, Jr.

11. Any document listed by plaintiff in her Rule 26(a)(1) Disclosures and/or her Initial Disclosures Pursuant to Scheduling Order No.1.

12. Any document produced during discovery.

13. Transcripts of any depositions taken in this proceeding.

14. Any exhibits to a deposition taken in this proceeding.

15. Any pleadings filed in this matter.

16. Any exhibit listed by plaintiff.

As discovery is ongoing, State Farm and Cemo reserve the right to amend and supplement this list.  State Farm and Cemo further reserve the right to amend and supplement this list subject to a further ruling by the Court on the Defendants' Motion for Partial Summary Judgment to Dismiss Plaintiff's Excess Flood Claims and Motion to Exclude Haig Neville.

Dated:  February 1, 2008

Respectfully submitted,

/s/ Andrea L. Fannin

| | |
|---|---|
| Douglas J. Cochran, 20751<br>  dcochran@stonepigman.com<br>Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>One American Place, Suite 1150<br>301 Main Street<br>Baton Rouge, LA  70808<br>Phone:  (225) 490-8913<br>Fax:  (225) 490-5860 | Wayne J. Lee, 7916<br>  wlee@stonepigman.com<br>Mary L. Dumestre, 18873<br>  mdumestre@stonepigman.com<br>Andrea L. Fannin, 26280<br>  afannin@stonepigman.com<br>Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, LA  70130-3588<br>Phone:  (504) 581-3200<br>Fax:  (504) 581-3361 |

*Attorneys for State Farm Fire and Casualty Company and Anthony J. Cemo*

909468v.1

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing State Farm Fire and Casualty Company and Anthony J. Cemo's Witness and Exhibit List has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 1st day of February, 2008.

      Terrence J. Lestelle
      Andrea S. Lestelle
      Jeffery B. Struckhoff
      Lestelle & Lestelle
      3421 N. Causeway Blvd.
      Suite 602
      Metairie, Louisiana  70002

                                              */s/ Andrea L. Fannin*