UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  MRGO, *Robinson* (06-2268) | |

### UNOPPOSED MOTION OF THE AT&T ENTITIES FOR LEAVE TO APPEAR AND FILE BRIEF AS *AMICI CURIAE*

COMES NOW BellSouth Telecommunications, Inc., BellSouth Advertising & Publishing Corporation, BellSouth Long Distance, Inc., Campanile Assurance Line Limited, New Cingular Wireless PCS, LLC, Acadiana Cellular, Houma-Thibodaux Cellular Partnership, Lafayette MSA, Louisiana RSA No. 7, and Louisiana RSA No. 8 (collectively, "the AT&T entities")[1] and for their motion to appear as *amici curiae* and to file the brief attached hereto in

---

[1] As a result of the merger between BellSouth Corporation (and related entities) and AT&T Inc. in 2006, BellSouth Corporation and related BellSouth entities are now subsidiaries or other related entities of AT&T Inc.  Accordingly, "the AT&T entities" is used to describe *amici* collectively.  The term also includes Campanile Assurance Line Limited, a captive insurance company that provides property and casualty insurance to BellSouth Corporation and related entities.  Campanile Assurance Line Limited made substantial payments to various BellSouth (now AT&T) entities in connection with damages arising in the Greater New Orleans metropolitan area in connection with Hurricane Katrina.

1

opposition to the Defendant United States' Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment (filed Jan. 14, 2008) (Docket No. 10378) state the following to the Court:

1. The AT&T entities provide, among other things, telecommunications and Internet services throughout the United States, including in the Greater New Orleans metropolitan area. Most of the AT&T entities owned properties and other assets and/or provided services in the Greater New Orleans metropolitan area on or about August 29, 2005, when New Orleans suffered catastrophic losses as a result of the negligence of the United States Army Corps of Engineers ("Corps").

2. The AT&T entities' interests are directly implicated by this proceeding. In connection with Hurricane Katrina, and as a result of negligence of the Corps with respect to the Mississippi River Gulf Outlet, the AT&T entities have suffered and will continue to suffer substantial damages, including, but not limited to, damages to property and lost business and revenues. Accordingly, pursuant to 28 U.S.C. § 2675(a) and 28 C.F.R. §§ 14.1 *et seq.*, the AT&T entities filed Form 95s with the Corps in August 2007, the last of which was filed on August 28, 2007. The Corps has acknowledged receipt of the AT&T entities' claims and assigned claim numbers. If the Corps fails to act on those claims by February 28, 2008, the AT&T entities would be able to bring a civil suit against the United States. *See* 28 U.S.C. § 2675(a). Because the outcome of this proceeding could affect the AT&T entities' ability to pursue such claims against the Corps, the AT&T entities have a direct interest in this proceeding.

3. Both plaintiffs and the United States have consented to the proposed *amici* filing.

WHEREFORE, the AT&T entities pray that this Court enter its Order granting them permission to appear as *amici curiae* in this action and to file the attached brief. A proposed order is attached.

Respectfully submitted,

 */s/ James F. Perot, Jr.*

| | |
|---|---|
| MICHAEL K. KELLOGG | JAMES F. PEROT, JR. (23547) |
| SCOTT H. ANGSTREICH | BELLSOUTH TELECOMMUNICATIONS, INC. D/B/A |
| KELLY P. DUNBAR | AT&T LOUISIANA |
| KELLOGG, HUBER, HANSEN, TODD & | 365 Canal Street, Suite 3060 |
| EVANS, P.L.L.C | New Orleans, LA 70130 |
| 1615 M Street, N.W., Suite 400 | (504) 528-2058 |
| Washington, D.C. 20036 | (504) 528-2948 (facsimile) |
| (202) 326-7900 | |
| (202) 326-7999 (facsimile) | |

*Counsel for the AT&T Entities*

### CERTIFICATE OF SERVICE

I, James F. Perot, Jr., hereby certify that on this 1st day of February, 2008, I served a true and correct copy of the foregoing document upon all counsel of record by ECF or first class mail.

 */s/ James F. Perot, Jr.*
James F. Perot, Jr.

3