## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**        **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

**PERTAINS TO:  MRGO (06-2268)**        **NO:  05-4182**

                                               **SECTION: "K" (2)**

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 11009**

       **DESCRIPTION:  Proposed Pleading - Amicus Curiae Brief**

       **FILED BY:  James Perot**

       **FILE DATE:  2/1/08**