UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> _____ <br> <br> PERTAINS TO: <br> INSURANCE (#06-9246) <br> <br> FLOWERS BY MY SISTER & ME, LLC <br> <br> VERSUS <br> <br> ZURICH AMERICAN INSURANCE <br> COMPANY AND/OR MARYLAND <br> CASUALTY COMPANY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br> <br> SECTION: K <br> <br> MAGISTRATE: 2 |

\*   \*   \*   \*   \*   \*   \*   \*

## EXHIBIT LIST

**NOW COMES**, defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to at times as "Maryland Casualty Company" or "MCC"), to submit the following list of exhibits that will or may be used at the trial of this matter.

1)   Any and all reports and/or business interruption calculations of Brian D. Dunfee of Meaden & Moore, LLP.

2)   Gilbane CAT Response report dated January 28, 2006.

3)   RAC Catastrophe Services, Inc.'s 10-Day Report dated December 21, 2005.

4)   RAC Catastrophe Services, Inc.'s 21 Day Report dated January 31, 2006.

5)   RAC Catastrophe Services, Inc.'s Status Report dated February 27, 2006.

6)   RAC Catastrophe Services, Inc.'s Final Report dated March 6, 2006.

7)   ACORD Property Loss Notice dated September 3, 2005.

8)   A certified copy of Precision Portfolio Policy Number PAS 00094807 issued by Maryland Casualty Company to Flowers By My Sister & Me, LLC.

9)   Plaintiff's responses to MCC's Interrogatories and Request for Production of Documents.

10)  Handwritten correspondence dated October 27, 2005, from Ed Guttierrez to Zurich Insurance Claims Department, including proposed contents list attached thereto.

11)  Handwritten Vendor List of Ed Guttierrez.

12)  All correspondence between MCC and plaintiff.

13)  Copies of any and all business records of MCC evidencing payments made to the plaintiff.

14)  Any documents evidencing payments made to the insured for damages due to Hurricanes Katrina or Rita.

15)  Any and all non-privileged adjusters' notes.

16)  Any photograph concerning the subject property.

17)  Any pleading filed in this matter.

18)  Any discovery response by any party.

19)  All depositions.

20) Any documents relied on by any expert retained by either party.

21) Any attachment to any deposition.

22) Any document that may be used for impeachment purposes.

Defendant specifically reserves the right to present any and all exhibits designated by any other party.

Defendant reserves the right to supplement and/or amend this list of exhibits upon completion of discovery and/or prior to trial.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
      **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Maryland Casualty Company*
*(erroneously sued as Zurich American Insurance*
*Company and/or Maryland Casualty Company)*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 1st day of February, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**