## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION: K |
| PERTAINS TO: INSURANCE (#06-9246) | * * * | MAGISTRATE: 2 |
| FLOWERS BY MY SISTER & ME, LLC | * * | |
| VERSUS | * * | |
| ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY | * * * * | |
| *  *  *  *  *  *  *  * | | |

## WITNESS LIST

**NOW COMES**, defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to at times as "Maryland Casualty Company" or "MCC"), to submit the following list of witnesses who will or may be called to testify at the trial of this matter.

## **WILL CALL**

1) Brian D. Dunfee, CPA
   Meaden & Moore, LLP
   355 E. Campus View Blvd.
   Suite 245
   Columbus, Ohio  43235-5616
   (866) 848-8494

   Expert witness to testify regarding the economic factors pertaining to plaintiff's claim, including, but not limited to, business interruption as more fully discussed in his report referenced in MCC's Exhibit List.

   Expert witness to testify regarding the cause and extent of damage at the insured locations as more fully discussed in his reports attached to MCC's Exhibit List.

2) Tom Kaye
   Maryland Casualty Company
   1400 American Lane
   Tower I, 14th Floor
   Schaumburg, Illinois   60196-1056

   Fact witness to testify regarding Maryland Casualty Company's handling of the instant claim.

3) Allen Hager
   Gilbane CAT-Response
   3180 Discovery Drive
   Painted Post, NY  14870
   (607) 962-6800

   Expert witness to testify regarding the cause and extent of damage at the insured location, as more fully discussed in his report referenced in MCC's Exhibit List.

4) Matthew D. Coy
   RAC Catastrophe Services, Inc.
   P.O. Box 1806
   Rockford, IL  61110
   (815) 967-3280

   Expert witness to testify regarding the cause and extent of damage at the insured location, as more fully discussed in his reports referenced in MCC's Exhibit List.

## MAY CALL

1) An Authorized Representative of Meaden & Moore, LLP
   355 E. Campus View Blvd.
   Suite 245
   Columbus, Ohio  43235-5616
   (866) 848-8494

   Expert witness to testify regarding the economic factors pertaining to plaintiff's claim, including, but not limited to, business interruption as more fully discussed in his report referenced in MCC's Exhibit List.

2) An Authorized Representative of Gilbane CAT-Response
   Gilbane CAT-Response
   3180 Discovery Drive
   Painted Post, NY  14870
   (607) 962-6800

   Expert witness to testify regarding the cause and extent of damage at the insured location, as more fully discussed in his report referenced in MCC's Exhibit List.

3) An Authorized Representative of RAC Catastrophe Services, Inc.
   RAC Catastrophe Services, Inc.
   P.O. Box 1806
   Rockford, IL  61110
   (815) 967-3280

   Expert witness to testify regarding the cause and extent of damage at the insured location, as more fully discussed in his reports referenced in MCC's Exhibit List.

4) Any expert or fact witness listed or called by any party; and

5) Any expert or fact witness necessary to authenticate any document.

Defendant specifically reserves the right to call any and all expert and/or fact witnesses designated by any other party.

Defendant reserves the right to supplement and/or amend this list of expert and fact witnesses upon completion of discovery and/or prior to trial.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
    **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

*Counsel for Defendant,*
*Maryland Casualty Company*
*(erroneously sued as Zurich American Insurance*
*Company and/or Maryland Casualty Company)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of February, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**