UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION OF DEFENDANTS FOR PROTECTIVE ORDER GOVERNING CONFIDENTIAL SETTLEMENT INFORMATION PROVIDED TO THE STATE IN CONNECTION WITH ITS REVIEW OF INSURANCE SETTLEMENTS WITH ROAD HOME GRANT RECIPIENTS

NOW INTO COURT, come the Insurer Defendants, through its Liaison Counsel, Ralph S. Hubbard III which respectfully seeks leave to file its Reply Brief in Support of Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients, a copy of which is attached.

WHEREFORE, for the foregoing reasons, Insurer Defendants, through its Liaison Counsel, Ralph S. Hubbard, III, respectfully request that this Honorable Court grant this motion and permit it leave to file their *Ex Parte* Motion for Leave to File Reply Brief in Support of Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients. A proposed order is attached.

Respectfully submitted:

/s/ Ralph S. Hubbard III
Ralph S. Hubbard III, T.A., La. Bar No. 7040
Seth A. Schmeeckle, La. Bar No. 27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504)310-9195
E-Mail: rhubbard@lawla.com
sschmeeckle@lawla.com
**Insurer Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Ralph S. Hubbard III
Ralph S. Hubbard III