UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | NO.: 05-4182 "K"(2) |
| LITIGATION | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO: ROAD HOME | * | MAGISTRATE JUDGE WILKINSON |
| *Louisiana State*, C.A. No. 07-5528 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Brief in Support of Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients filed by Insurer Defendants, through its Liaison Counsel, Ralph S. Hubbard, III;

**IT IS THEREFORE ORDERED** that Insurer Defendants *Ex Parte* Motion for Leave to File Reply Brief in Support of Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients is hereby granted leave to file a reply.

New Orleans, Louisiana this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

-1-