UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES     *     CIVIL ACTION
     CONSOLIDATED LITIGATION     *     NO. 05-4182 "K"(2)
                                           *     JUDGE DUVAL
                                           *     MAG. WILKINSON
                                           *
_____ *
                                           *
PERTAINS TO: ROAD HOME            *
     *Louisiana State* C.A. No. 07-5528     *
                                           *

**************************************************************************

### [PROPOSED] PROTECTIVE ORDER
### GOVERNING SETTLEMENT INFORMATION PROVIDED TO THE STATE IN
### CONNECTION WITH ITS REVIEW OF INSURANCE SETTLEMENTS WITH ROAD
### HOME PROGRAM RECIPIENTS

In this litigation, Plaintiff the State of Louisiana, Division of Administration, Office of

Community Development ("the State") claims an interest in insurance payments received or to

be received by Applicants and Recipients under their policies of casualty or property damage

insurance by virtue of "*The Road Home* / Limited Subrogation / Assignment Agreement"

(emphasis in original) ("Subrogation / Assignment Agreement") signed by those receiving funds

from the State's Road Home Program (hereinafter "Grant Recipients"). The State has taken the

position that the Subrogation / Assignment Agreement grants the State the right to review and

approve or disapprove settlement agreements between Grant Recipients and their homeowners

and flood insurers and has requested that certain information be provided to the State in

connection with that review. Many Grant Recipients and various of the named Insurance

Company Defendants have entered or wish to enter into settlement agreements resolving the

claims of the Grant Recipients under insurance policies issued by the Insurance Company

Defendants. The Court's assistance has been requested with respect to facilitating the Road

1



Home Program settlement review process. In furtherance of its efforts to provide such assistance, the Court finds that the information submitted by insurers and insureds to the State's Road Home Program in connection with the settlement review process should be subject to protection under the Amended Master Protective Order, as set forth below. By way of further background, the Court has been informed by the State that in some cases it has received and may in the future receive requests to approve partial settlements of insurance claims with Grant Recipients where such settlements would not finally resolve all of the insured's claims against the insurer.

Accordingly, it is hereby ORDERED as follows:

1.      As used herein, the term INSURANCE SETTLEMENT refers to any settlement agreement or proposed settlement agreement between a Grant Recipient and a property insurance carrier which is submitted to the State's Road Home Program for review and approval in light of the State's claimed interests under a Subrogation / Assignment Agreement.

2.      The settling insurer or insured may designate information submitted to the State's Road Home Program (including to counsel for the State) in connection with its review of an INSURANCE SETTLEMENT as PARTY SENSITIVE CONFIDENTIAL INFORMATION under the Amended Master Protective Order (Document No. 7634). Such information shall be subject to the following provisions, in addition to those set forth in the Amended Master Protective Order:

a.      Such information shall be marked by the Designating Party with the following legend:

2

PARTY SENSITIVE CONFIDENTIAL INFORMATION
PRODUCED FOR SETTLEMENT REVIEW PURSUANT TO PROTECTIVE ORDER
IN RE: KATRINA CANAL BREACHES LITIGATION; ROAD HOME ACTION

b.      Such information may only be used to review the particular INSURANCE SETTLEMENT and to administer the Road Home grant in connection with which the information is submitted.  Such information may not be disclosed, accessed, or used by the State, the State's counsel, or any agent or contractor of either in any other manner, including in connection with any other case or settlement.

c.      Nothing herein shall prevent the State, the State's counsel, or any agent or contractor of either from disclosing or discussing such information with counsel for the settling insurer or, with consent of counsel, its designated employees or agents, or with the Grant Recipient(s) (with the consent of counsel, if represented) or such Grant Recipient(s)' counsel in connection with the State's review of the particular INSURANCE SETTLEMENT to which the settling insurer and Grant Recipient(s) are parties.

d.      Nothing herein shall prevent the review or analysis of such information by duly authorized representatives of agencies of the United States of America and of the State of Louisiana having planning, oversight, and supervisory responsibilities over the Road Home Program grant process, including grant recovery, in the discharge of their lawfully imposed duties.

e.      Nothing herein shall prevent the State or any other agency or office of the State of Louisiana or any of their agents or contractors from compiling and utilizing data in aggregated forms for governmental purposes (excluding for purposes of conducting or settling litigation or other dispute resolution proceedings), including but not limited to the

3

planning and implementation of the State's disaster recovery programs or future such programs, so long as the form in which the data is used does not reveal information identifying the particular insurer, homeowner, or damaged property.

      f.      Nothing herein shall prevent the State or any other agency or office of the State of Louisiana or any of their agents or contractors from disclosing or discussing information relating to a particular INSURANCE SETTLEMENT with representatives of a mortgage lender that is identified as a loss payee on a policy of insurance that is the subject of such INSURANCE SETTLEMENT provided that such mortgage lender and its representatives agree to be bound by the terms of this Order.

      g.      In the event a person or entity submits a request for any information to which this Order applies under the Freedom of Information Act or the Louisiana Public Records Act, the State shall withhold such information (consistent with LSA-R.S. 44:4.1(B)(34)). If such person or entity objects to the State's withholding of said information and seeks reconsideration or review of the State's decision, the State shall provide prompt notice of such challenge to the settling insurer and insured.

      h.      In the event there is any conflict between the Amended Master Protective Order and this Order, the terms of this Order shall control.

      i.      The portion of paragraph 5 of the Amended Master Protective Order requiring that the Designating Party provide notice to Liaison Counsel of the production of PARTY SENSITIVE CONFIDENTIAL INFORMATION shall not apply to information submitted to the State's Road Home Program (including to counsel for the State) in connection with its review of an INSURANCE SETTLEMENT.

4

3.     This Order imposes restrictions only on information submitted to the State's Road Home Program (including to counsel for the State) in connection with its review of an INSURANCE SETTLEMENT.  This Order does not impose restrictions on information and/or documents otherwise provided to the State of Louisiana in the course of the Road Home application, closing, and monitoring processes; such information may be disclosed and/or used by the State of Louisiana as permitted by applicable legal and/or contractual obligations of the State.

4.     Notwithstanding anything herein to the contrary, in the event the State of Louisiana has any remaining rights or claims under its Subrogation / Assignment Agreement with the settling insured, any documents and/or information disclosed in connection with the State's review of that particular INSURANCE SETTLEMENT may be disclosed and/or used by the State of Louisiana in furtherance of those remaining rights or claims under that Subrogation / Assignment Agreement with respect to any subsequent settlements or recovery by such settling insured if done so in a manner otherwise consistent with the confidentiality protections afforded by this Order.

**SO ORDERED:**

New Orleans, this _____ day of February, 2008

_____
Stanwood R. Duval, Jr.
United States District Judge

_____
Joseph Wilkinson
United States Magistrate Judge

5

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ~~PLAINTIFF, THE STATE OF LOUISIANA, ETC.~~
### [PROPOSED] PROTECTIVE ORDER
### GOVERNING SETTLEMENT INFORMATION PROVIDED TO THE STATE IN
### CONNECTION WITH ITS REVIEW OF INSURANCE SETTLEMENTS WITH ROAD
### HOME PROGRAM RECIPIENTS

In this litigation, Plaintiff the State of Louisiana, Division of Administration, Office of

Community Development ("the State") claims an interest in insurance payments received or to

be received by Applicants and Recipients under their ~~policy~~policies of casualty or property

damage insurance by virtue of "*The Road Home /* Limited Subrogation / Assignment

Agreement" (emphasis in original) ("Subrogation / Assignment Agreement") signed by those

receiving funds from the State's Road Home Program (hereinafter "Grant Recipients"). The

State has taken the position that the Subrogation / Assignment Agreement grants the State the

right to review and approve or disapprove settlement agreements between Grant Recipients and

their  casualty or property damage insurers and has requested that certain information be

provided to the State in connection with that review. Many Grant Recipients and various of the

named Insurance Company Defendants have entered or wish to enter into settlement agreements

resolving the claims of the Grant Recipients under insurance policies issued by the Insurance



EXHIBIT

B

Company Defendants. The Court's assistance has been requested with respect to facilitating the

Road Home Program settlement review process. In furtherance of its efforts to provide such

assistance, the Court finds that the ~~disclosure by the~~information submitted by insurers ~~or insureds~~

~~of coverage limits, prior payments, and payments to be made in connection with the proposed~~

~~settlement~~and insureds to the State's Road Home Program in connection with the settlement

review process should be subject to protection under the Amended Master Protective Order, as

set forth below. ~~The Court~~ By way of further ~~finds that~~background, the ~~State of Louisiana~~Court

has been informed by the State that in some cases it has received and may ~~be requested~~ in the

future receive requests to approve a ~~partial settlement.~~partial settlements of insurance claims

with Grant Recipients where such settlements would not finally resolve all of the insured's

claims against the insurer.

Accordingly, it is hereby ORDERED as follows:

1.     As used herein, the term INSURANCE SETTLEMENT refers to any settlement

agreement or proposed settlement agreement between a Grant Recipient and a property insurance

carrier which is submitted to the State's Road Home Program for review and approval in light of

the State's claimed interests under a Subrogation / Assignment Agreement.

2.     The settling insurer or insured may designate ~~coverage limits, prior payments, and~~

~~payments to be made in consideration of settlement~~information submitted to the State's Road

Home Program (including to counsel for the State) in connection with its review of an

INSURANCE SETTLEMENT as PARTY SENSITIVE CONFIDENTIAL INFORMATION

under the Amended Master Protective Order (Document No. 7634). Such information shall be

subject to the following provisions, in addition to those set forth in the Amended Master

Protective Order:

a.      Such information shall be marked by the Designating Party with the

following legend:

PARTY SENSITIVE CONFIDENTIAL INFORMATION
PRODUCED FOR SETTLEMENT REVIEW PURSUANT TO PROTECTIVE ORDER
IN RE: KATRINA CANAL BREACHES LITIGATION; ROAD HOME ACTION

b.      Such information may only be used to review the particular INSURANCE

SETTLEMENT and to administer the Road Home ~~Grant~~grant in connection with which

the information is submitted.  Such information may not be disclosed, <u>accessed,</u> or used

by the State, the State's counsel, or any agent or contractor of either in any other manner,

including in connection with any other case or settlement.

c.      ~~However, nothing provided for~~<u>Nothing</u> herein shall prevent the State, the

State's counsel, or any agent or contractor of either from disclosing or discussing such

information with <u>counsel for</u> the settling insurer~~'s counsel~~ or<u>, with consent of counsel,</u> its

designated employees or agents, <u>or with</u> the Grant Recipient(s) ~~and   counsel,~~<u>(with the</u>

<u>consent of counsel, if represented) or such Grant Recipient(s)' counsel in connection with</u>

<u>the State's review of the particular INSURANCE SETTLEMENT to which the settling</u>

<u>insurer and Grant Recipient(s) are parties.</u>

d.      <u>Nothing herein shall prevent the review or analysis of such information by</u>

duly authorized representatives of <u>agencies of</u> the United States of America and of the

State of Louisiana having ~~a legal right to review, analyze, and review same~~<u>planning,</u>

<u>oversight, and supervisory responsibilities over the Road Home Program grant process,</u>

<u>including grant recovery,</u> in the discharge of their lawfully imposed duties~~, including but~~

~~not limited to the Small Business Association, the Department of Housing and Urban~~

~~Affairs, law enforcement agencies,  Inspector Generals, auditors, and representatives of~~

mortgage lenders holding a security interest in the property subject  to the INSURANCE SETTLEMENT in question. ~~.~~

d.        Further, nothing~~e.~~       Nothing herein shall prevent the State or any other agency or office of the State of Louisiana or any ~~other~~of their agents or contractors from compiling and utilizing data in ~~an~~ aggregated forms for governmental purposes (excluding for purposes of conducting or settling litigation or other dispute resolution proceedings), including but not limited to the planning and implementation of ~~its~~the State's disaster recovery programs or future such programs, so long as the form in which ~~that~~the data is used does not reveal information identifying the particular insurer, homeowner, or damaged property.

f.       Nothing herein shall prevent the State or any other agency or office of the State of Louisiana or any of their agents or contractors from disclosing or discussing information relating to a particular INSURANCE SETTLEMENT with representatives of a mortgage lender that is identified as a loss payee on a policy of insurance that is the subject of such INSURANCE SETTLEMENT provided that such mortgage lender and its representatives agree to be bound by the terms of this Order.

~~e.~~ g. In the event ~~that a~~ person or entity submits a request for any information to which this Order applies under the Freedom of Information Act or the Louisiana Public Records Act ~~request is directed to the State seeking he information covered by this Order, notice of such request will be given the settling insurer who will then either agree to the release of the requested information or take such action as is necessary to challenge such request~~, the State shall withhold such information (consistent with LSA-R.S. 44:4.1(B)(34)). If such person or entity objects to the State's withholding of said

information and seeks reconsideration or review of the State's decision, the State shall provide prompt notice of such challenge to the settling insurer and insured.

f. h. In the event there is any conflict between the Amended Master Protective Order and this Order, the terms of this Order shall control.

g i. The portion of paragraph 5 of the Amended Master Protective Order requiring that the Designating Party provide notice to Liaison Counsel of the production of PARTY SENSITIVE CONFIDENTIAL INFORMATION shall not apply to information submitted to the State's Road Home Program (including to counsel for the State) in connection with its review of an INSURANCE SETTLEMENT.

3.   Notwithstanding anything herein to the contrary, any_____ 3.   This Order imposes restrictions only on information submitted to the State's Road Home Program (including to counsel for the State) in connection with its review of an INSURANCE SETTLEMENT. This Order does not impose restrictions on information and/or documents otherwise provided to the State of Louisiana in the course of the Road Home application and, closing, and monitoring processes and the sum of the proceeds payable to the State of Louisiana in the INSURANCE SETTLEMENT shall not be considered confidential information for purposes of this Order and; such information may be disclosed and/or used by the State of Louisiana as it deems necessary. permitted by applicable legal and/or contractual obligations of the State.

4.     Notwithstanding anything herein to the contrary, in the event the State of Louisiana has any remaining rights or claims under its Subrogation / Assignment Agreement with the settling insured, any documents and/or information disclosed in connection with the settlement State's review process of that particular INSURANCE SETTLEMENT may be disclosed and/or used by the State of Louisiana in furtherance of the State of Louisiana's those

remaining rights ~~and~~or claims under ~~the~~that Subrogation / Assignment Agreement with respect to any subsequent settlements or recovery by such settling insured if done so in a manner otherwise consistent with the confidentiality protections afforded by this Order.

**SO ORDERED:**

New Orleans, this _____ day of February, ~~2008.~~2008

_____

Stanwood R. Duval, Jr.
United States District Judge


_____

Joseph ~~C.~~ Wilkinson~~, Jr.~~
United States Magistrate Judge

DRAFT 1/15/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| ———————————————— | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### [PROPOSED] PROTECTIVE ORDER
### GOVERNING SETTLEMENT INFORMATION PROVIDED TO THE STATE IN
### CONNECTION WITH ITS REVIEW OF INSURANCE SETTLEMENTS WITH ROAD
### HOME PROGRAM RECIPIENTS

In this litigation, Plaintiff the State of Louisiana ("the State") claims an interest in insurance payments received or to be received by Applicants and Recipients under their property and flood insurance policies by virtue of "*The Road Home* / Limited Subrogation / Assignment Agreement" (emphasis in original) ("Subrogation / Assignment Agreement") signed by those receiving funds from the State's Road Home Program (hereinafter "Grant Recipients"). The State has taken the position that the Subrogation / Assignment Agreement grants the State the right to review and approve or disapprove settlement agreements between Grant Recipients and their homeowners and flood insurers and has requested that certain information be provided to the State in connection with that review. Many Grant Recipients and various of the named Insurance Company Defendants have entered or wish to enter into settlement agreements resolving the claims of the Grant Recipients under insurance policies issued by the Insurance Company Defendants. The Court's assistance has been requested with respect to facilitating the Road Home Program settlement review process. In furtherance of its efforts to provide such

EXHIBIT
C

assistance, the Court finds that the information submitted by insurers and insureds to the State's Road Home Program in connection with the settlement review process should be subject to protection under the Amended Master Protective Order, as set forth below.

Accordingly, it is hereby ORDERED as follows:

1.      As used herein, the term INSURANCE SETTLEMENT refers to any settlement agreement or proposed settlement agreement between a Grant Recipient and a property insurance carrier which is submitted to the State's Road Home Program for review and approval in light of the State's claimed interests under a Subrogation / Assignment Agreement.

2.      Any party or non-party may designate claimant specific information submitted to the State's Road Home Program (including to counsel for the State) in connection with its review of an INSURANCE SETTLEMENT as PARTY SENSITIVE CONFIDENTIAL INFORMATION under the Amended Master Protective Order (Document No. 7634). Such claimant specific information shall be subject to the following provisions, in addition to those set forth in the Amended Master Protective Order:

   a.      Such claimant specific information shall be marked by the Designating Party with the following legend:

   PARTY SENSITIVE CLAIMANT SPECIFIC CONFIDENTIAL INFORMATION PRODUCED FOR SETTLEMENT REVIEW PURSUANT TO PROTECTIVE ORDER IN RE: KATRINA CANAL BREACHES LITIGATION; ROAD HOME ACTION

   b.      Such claimant specific information may not be disclosed, accessed, or used by the State, the State's counsel, or any agent of either in any manner beyond that which is necessary for the State to conduct its review of the claimant specific particular INSURANCE SETTLEMENT in connection with which the information is submitted; however, nothing shall prevent the State, the Sstate's counsel, or any agent of either from

**Formatted:** Font color: Red

2

discussing such claimant specific information with the Insurer, its counsel, and employees who has provided the claimant -specific information, only.

      c.    The portion of paragraph 5 of the Amended Master Protective Order requiring that the Designating Party provide notice to Liaison Counsel of the production of PARTY SENSITIVE CONFIDENTIAL INFORMATION shall not apply to information submitted to the State's Road Home Program (including to counsel for the State) in connection with its review of an INSURANCE SETTLEMENT.

**SO ORDERED:**

                New Orleans, this ____ day of January, 2008

                _____

                Stanwood R. Duval, Jr.
                United States District Judge

                _____

                Joseph Wilkinson
                United States Magistrate Judge

DRAFT 1/17/07

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |
| | * | |

*****************************************************************************

### [PROPOSED] PROTECTIVE ORDER
### GOVERNING SETTLEMENT INFORMATION PROVIDED TO THE STATE IN
### CONNECTION WITH ITS REVIEW OF INSURANCE SETTLEMENTS WITH ROAD
### HOME PROGRAM RECIPIENTS

In this litigation, Plaintiff the State of Louisiana ("the State") claims an interest in insurance payments received or to be received by Applicants and Recipients under their property and flood insurance policies by virtue of "*The Road Home* / Limited Subrogation / Assignment Agreement" (emphasis in original) ("Subrogation / Assignment Agreement") signed by those receiving funds from the State's Road Home Program (hereinafter "Grant Recipients"). The State has taken the position that the Subrogation / Assignment Agreement grants the State the right to review and approve or disapprove settlement agreements between Grant Recipients and their homeowners and flood insurers and has requested that certain information be provided to the State in connection with that review. Many Grant Recipients and various of the named Insurance Company Defendants have entered or wish to enter into settlement agreements resolving the claims of the Grant Recipients under insurance policies issued by the Insurance Company Defendants. The Court's assistance has been requested with respect to facilitating the Road Home Program settlement review process. In furtherance of its efforts to provide such



EXHIBIT

assistance, the Court finds that the information submitted by insurers and insureds to the State's Road Home Program in connection with the settlement review process should be subject to protection under the Amended Master Protective Order, as set forth below.

Accordingly, it is hereby ORDERED as follows:

1.     As used herein, the term INSURANCE SETTLEMENT refers to any settlement agreement or proposed settlement agreement between a Grant Recipient and a property insurance carrier which is submitted to the State's Road Home Program for review and approval in light of the State's claimed interests under a Subrogation / Assignment Agreement.

2.     Any party or non-party may designate ~~claimant specific~~ information submitted to the State's Road Home Program (including to counsel for the State) in connection with its review of an INSURANCE SETTLEMENT as PARTY SENSITIVE CONFIDENTIAL INFORMATION under the Amended Master Protective Order (Document No. 7634).   Such ~~claimant specific~~ information shall be subject to the following provisions, in addition to those set forth in the Amended Master Protective Order:

   a.     Such ~~claimant specific~~ information shall be marked by the Designating Party with the following legend:

   PARTY SENSITIVE ~~CLAIMANT SPECIFIC~~ CONFIDENTIAL INFORMATION
   PRODUCED FOR SETTLEMENT REVIEW PURSUANT TO PROTECTIVE ORDER
   IN RE: KATRINA CANAL BREACHES LITIGATION; ROAD HOME ACTION

   b.     Such ~~claimant specific~~ information may only be used to ~~not be disclosed or used by the State, the State's counsel, or any agent of either in any manner beyond that which is necessary for the State to conduct its~~ review the particular ~~of the claimant specific~~ INSURANCE SETTLEMENT in connection with which the information is submitted~~;~~.  Such information may not be disclosed, accessed, or used by the State, the

2

State's counsel, or any agent of either in any other manner, including in connection with any other case or settlement. hHowever, nothing shall prevent the State, the State's counsel, or any agent of either from discussing such ~~claimant specific~~ information with ~~the Insurer, its counsel, and employees who has provided the claimant specific information, only.~~ counsel for the parties to the INSURANCE SETTLEMENT in question in connection with the State's review of that INSURANCE SETTLEMENT.

      c.     The portion of paragraph 5 of the Amended Master Protective Order requiring that the Designating Party provide notice to Liaison Counsel of the production of PARTY SENSITIVE CONFIDENTIAL INFORMATION shall not apply to information submitted to the State's Road Home Program (including to counsel for the State) in connection with its review of an INSURANCE SETTLEMENT.


**SO ORDERED:**

                                New Orleans, this _____ day of January, 2008


                                _____

                                Stanwood R. Duval, Jr.
                                United States District Judge


                                _____

                                Joseph Wilkinson
                                United States Magistrate Judge

3



Governor Kathleen Babineaux Blanco's
Road Home Program

**BUILDING A SAFER, STRONGER, SMARTER LOUISIANA**

# NOTICE TO APPLICANTS

*The Road Home* program requests income information for two reasons:

1. We are required by the U. S. Department of Housing and Urban Development (HUD) to report how Community Development Block Grant funds are allocated by income.

2. Low to moderate income families may also qualify for an affordable loan up to the $150,000 cap.

**Applicants may leave the income and asset information blank in the attached application.**

However, when you visit a Housing Assistance Center we will ask you to tell us if your income is above or below a median income figure calculated for your Parish so we may comply with HUD requirements.

Further, if you are a low to moderate income family and wish to apply for an affordable loan, you will need to provide additional information about your income for us to qualify you for the loan.



**EXHIBIT**
E

PO Box 4549 Baton Rouge, LA 70821 • www.road2LA.org

# HOMEOWNER APPLICATION -- *THE ROAD HOME*

*THE ROAD HOME* program is a federally funded program. The information collected below will be used to determine whether you qualify under *THE ROAD HOME* program. It will not be disclosed other than to the State of Louisiana or its Agents without your consent except for verification of information or as required and permitted by law. You do not have to provide the information, but if you do not, your application for assistance may be delayed or rejected. *All fields with * must be accurately completed or your application will be refused until corrections are completed. If you have questions about the information requested in this application, call 1-888-762-3252 or TTY: 1-800-566-4224 .

Please complete the Road Home Homeowner Application form fully and accurately to the best of your ability. Once you complete your application, please mail it to the address below:

> **Road Home Applications**
> **PO Box 91182**
> **Baton Rouge, LA 70821-1182**

After your application has been received and reviewed, you will be contacted by Road Home program staff to set up an initial appointment at a Housing Assistance Center. We encourage you, if possible, to complete an on-line application instead. Please visit www.road2LA.org to access the on-line application.

## ELIGIBILITY INFORMATION

**If the answer to any of the following questions is NO, you are not eligible for *ROAD HOME* Homeowner Assistance:**

Was the home a single unit (including mobile home), double unit or condominium?*  ☐ Yes  ☐ No
Was the home damaged or destroyed by Hurricane Katrina or Rita?*  ☐ Yes  ☐ No

## APPLICANT INFORMATION

The information in this block must include the name and information of the Owner Occupant/Primary Resident of the damaged unit OR the individual holding Power of Attorney for that person.

Are you on the deed for the damaged residence?*  ☐ Yes  ☐ No
Do you have the Power of Attorney for the homeowner?  ☐ Yes  ☐ No

| Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr. | | Daytime Telephone*: ( ) |
|---|---|---|
| **LAST NAME*** **FIRST NAME*** | **MIDDLE NAME** | Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD  ☐ Other_____ |
| **Social Security No.*:** ___ ___ - ___ ___ - ___ ___ ___ ___ | **Date of Birth*:** | **Evening Telephone:** ( ) |
| **Present Mailing Address*** (where correspondence will be sent) | **City*** | **State*** / **Zip Code*** |
| **E-mail Address:** | | **Cell Telephone:** ( ) |
| **Marital Status on date of the storm:** ☐ Married  ☐ Unmarried (single, divorced, or widowed)  ☐ Separated | | **Fax No.:** ( ) |

## CO-APPLICANT INFORMATION

If the applicant holds <u>POWER OF ATTORNEY</u>, then the co-applicant block must include name and information of the person who was the owner occupant/primary resident of the damaged unit on the date of the storm. Are you on the deed for the damaged residence?*  ☐ Yes ☐ No

| Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr. | | Daytime Telephone*: ( ) |
|---|---|---|
| **LAST NAME*** **FIRST NAME*** | **MIDDLE NAME** | Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD  ☐ Other_____ |
| **Social Security No.*:** ___ ___ - ___ ___ - ___ ___ ___ ___ | **Date of Birth*:** | **Evening Telephone:** ( ) |
| **Present Mailing Address*** (where correspondence will be sent) | **City*** | **State*** **Zip Code*** |
| **E-mail Address:** | | **Cell Telephone:** ( ) |
| **Marital Status on date of the storm:** ☐ Married  ☐ Unmarried (single, divorced, or widowed)  ☐ Separated | | **Fax No.:** ( ) |

Applicant Name: _____

If the answer to any of the following questions is NO, you are not eligible for *ROAD HOME* Homeowner Assistance:

| | | |
|---|---|---|
| If Hurricane Katrina or Rita affected your property, did either the applicant or co-applicant own the home on the date of the storm (August 29, 2005 for Katrina or September 24, 2005 for Rita)?* | ☐ Yes | ☐ No |
| Was the home the primary residence of the applicant on the date of the storm?* | ☐ Yes | ☐ No |
| Was the home the primary residence of the co-applicant on the date of the storm?* | ☐ Yes | ☐ No |

If the answer to the following question is NO, your application will require a special review to determine eligibility:

| | | |
|---|---|---|
| Did the applicant or co-applicant register with FEMA for storm related assistance for structural damage to the home?* | ☐ Yes | ☐ No |

## EMERGENCY CONTACT - RELATIVE/FRIEND INFORMATION

Please note that no information will be shared with this individual. Enter contact information for a relative or friend who could be contacted if neither you nor the co-applicant can be reached.

| Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr. | | | Daytime Telephone*: ( ) | |
|---|---|---|---|---|
| LAST NAME* | FIRST NAME* | MIDDLE NAME | Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD ☐ Other | |
| Present Mailing Address (where correspondence will be sent) | City | State | Zip Code | E-mail Address: |

## DAMAGED RESIDENCE INFORMATION

| Street Address 1* | | | | |
|---|---|---|---|---|
| Street Address 2* | | | | |
| City* | Parish* | | Zip Code* | Damaged Residence Telephone*: ( ) |

Do you have an appraisal for your property that was completed within two years prior to August 29, 2005 (if damage was caused by Hurricane Katrina) or September 24, 2005 (if damage was caused by Hurricane Rita)?*   ☐ Yes   ☐ No
If yes, what was the date of appraisal? _____   If yes, what is the appraised value of the property?* $ _____

| Tax Parcel ID No. : | Type of Structure*: ☐ Single (including mobile home)   ☐ Double (with one owner-occupied unit) ☐ Condominium |
|---|---|
| | If a mobile home, did you own the land?*   ☐ Yes   ☐ No |

| How do you anticipate using *ROAD HOME* compensation?* | Have you obtained a building permit(s) to complete repairs to home?* |
|---|---|
| ☐ Keep the home           ☐ Sell but stay in Louisiana | ☐ Yes   ☐ No |
| ☐ Sell and move out of Louisiana    ☐ Undecided | If yes, what date did you obtain the building permit?* _____ |
| Was your property located in a floodplain? | If yes, Permit No.* _____ |
| ☐ Yes    ☐ No    ☐ Don't know | |

If your property was affected by Hurricane Katrina, did you have an electric utility in your name on August 29, 2005?*  ☐ Yes   ☐ No

If your property was affected by Hurricane Rita, did you have an electric utility in your name on September 24, 2005?*  ☐ Yes   ☐ No
If yes, please list the name(s) of your electric utility provider(s)*:

_____
_____

OWNERSHIP/ACQUISITION DEED OF DAMAGED RESIDENCE
Are there any other names on the deed for the damaged residence?   ☐ Yes   ☐ No
Provide information below (including any entity, for example, a Trust):

| LAST NAME OR NAME OF ENTITY* | FIRST NAME* | MIDDLE NAME | Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr. Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD ☐ Other |
|---|---|---|---|
| Social Security No.*: ___ ___ ___ – ___ ___ – ___ ___ ___ ___ | | Date of Birth*: | |
| If an Owner Entity – provide Tax ID number*: _____ | | Daytime Telephone*: ( ) _____ | |

Applicant Name: _____

| | |
|---|---|
| Present Mailing Address*:_____<br><br>City*:_____ State*:_____ Zip Code*:_____ | Fax No.: ( ) _____<br><br>Was the home the primary residence at the time of the storm? ☐ Yes ☐ No |

Are there any other names on the deed for the damaged residence? ☐ Yes ☐ No  If yes, fill in below.

| LAST NAME OR NAME OF ENTITY*     FIRST NAME | MIDDLE NAME | Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr.<br>Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD<br>☐ Other_____ |
|---|---|---|

| | |
|---|---|
| Social Security No.*: __ __ __ – __ __ – __ __ __ __<br><br>If an Owner Entity – provide Tax ID number*: _____ | Date of Birth*:_____<br><br>Daytime Telephone*: ( ) _____ |
| Present Mailing Address*:_____<br><br>City*:_____ State*:_____ Zip Code*:_____ | Fax No.: ( ) _____<br><br>Was the home the primary residence at the time of the storm? ☐ Yes ☐ No |

Are there any other names on the deed for the damaged residence?    ☐ Yes  ☐ No  If yes, provide them on a separate sheet of paper.

## INSURANCE INFORMATION

WAS A <u>HOMEOWNER'S OR OTHER FORM OF HAZARD</u> INSURANCE POLICY IN EFFECT ON DAMAGED RESIDENCE ON THE DATE OF THE STORM?*  ☐ Yes  ☐ No  If yes, fill in the block below:

| Name of Insurance Company*: | | |
|---|---|---|
| Agent's Name: | Telephone No. of Agent:<br>( ) _____ | Insured Value of Structure:<br>$ |
| Insurance Policy No.*: | Start Date of Policy at the time of the storm: | End Date of Policy at the time of the storm: |
| Claim No.: | If Settled, How Much for Structure?<br>$_____ | If Pending, How much?<br>$_____ |
| Total Damage Estimated by Insurer: $ | Loss Date: | |
| Name of Insured* (Check if same as applicant ☐   Check if same as co-applicant ☐)  If not, complete following information: | | |
| LAST NAME*          FIRST NAME* | MIDDLE NAME | Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr.<br>Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD<br>☐ Other_____ |

WAS A SEPARATE <u>WIND</u> INSURANCE POLICY IN EFFECT ON DAMAGED RESIDENCE ON THE DATE OF THE STORM?*
☐ Yes  ☐ No  If yes, fill in the block below:

| Name of Insurance Company*: | | |
|---|---|---|
| Agent's Name: | Telephone No. of Agent:<br>( ) _____ | Insured Value of Structure:<br>$ |
| Insurance Policy No.*: | Start Date of Policy at the time of the storm: | End Date of Policy at the time of the storm: |
| Claim No.: | If Settled, How Much for Structure?<br>$_____ | If Pending, How much?<br>$_____ |
| Total Damage Estimated by Insurer: $_____ | Loss Date: | |
| Name of Insured* (Check if same as applicant ☐   Check if same as co-applicant ☐)  If not, complete following information: | | |
| LAST NAME*          FIRST NAME* | MIDDLE NAME | Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr.<br>Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD<br>☐ Other_____ |

Applicant Name: _____

**WAS A <u>FLOOD</u> INSURANCE POLICY IN EFFECT ON DAMAGED RESIDENCE ON THE DATE OF THE STORM?***

☐ Yes   ☐ No   **If yes, fill in the block below:**

| Name of Insurance Company*: | | |
|---|---|---|
| **Agent's Name:** | **Telephone No. of Agent:** ( ) _____ | **Insured Value of Structure:** $ |
| **Insurance Policy No.*:** | **Start Date of Policy:** | **End Date of Policy:** |
| **Claim No.:** | **If Settled, How Much for Structure?** $ | **If Pending, How Much?** $ |
| **Total Damage Estimated by Insurer:** $_____ | **Loss Date:** | |

| Name of Insured* (Check if same as applicant ☐   Check if same as co-applicant ☐)   If not, complete following information: | | |
|---|---|---|
| **LAST NAME***          **FIRST NAME***          MIDDLE NAME | **Prefix:** ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr. **Suffix:** ☐ Jr. ☐ Sr. ☐ MD ☐ PhD ☐ Other_____ | |

**LIST ANY ATTORNEY YOU HAVE RETAINED RELATED TO DAMAGE FROM THE STORM(S):**

| LAST NAME*          FIRST NAME*          MIDDLE NAME | | |
|---|---|---|
| **Firm Name:** | **Telephone No.*:** ( )_____ | |
| **Street Address*:** | **City*** | **State*** | **Zip Code*** |

# LIEN AND MORTGAGE

**LIEN AND MORTGAGE INFORMATION**

Are there any federal, state, or local tax liens against the damaged home?*          ☐ Yes   ☐ No

Do you have one or more mortgages or liens on the damaged home?*          ☐ Yes   ☐ No

**For all mortgages and equity lines of credit on your damaged property, provide the following information:**

| | Name of Lender | Estimated Payoff Balance | Loan/Account Number |
|---|---|---|---|
| First mortgage holder* | | $ | |
| Second mortgage/equity line of credit/home equity loan* | | $ | |
| Third mortgage/equity line of credit/home equity loan* | | $ | |
| Fourth mortgage/equity line of credit/home equity loan* | | $ | |

# DISASTER RELIEF ASSISTANCE/APPLICATIONS – FEMA AND/OR SBA

**SBA INFORMATION**

Have you applied for any storm-related assistance from the SBA for damage to your home?*          ☐ Yes   ☐ No

What is your SBA Application No.?* _ _ _ _ _ _ _ _ _ _

Have you received any storm-related assistance from the SBA for damage to your home?*          ☐ Yes   ☐ No

Loan Number*: _____   Amount Approved*: $_____   Amount, if any, Received to Date*: $_____

**FEMA INFORMATION**

What is your FEMA Registration No.?* 1) _ _ _ _ _ _ _ _ _          2) _ _ _ _ _ _ _ _ _

Have you received any storm related assistance from FEMA for structural damage to your home?*   ☐ Yes   ☐ No

Amount Approved*: $_____          Amount, if any, Received to Date*: $_____

Applicant Name: _____

## HOUSEHOLD COMPOSITION AND INCOME

❖ **THE PROGRAM IS COLLECTING INCOME INFORMATION TO COMPLY WITH FEDERAL REPORTING REQUIREMENTS AND TO DETERMINE ELIGIBILITY FOR THE AFFORDABLE COMPENSATION LOAN. YOUR INCOME WILL NOT AFFECT YOUR ELIGIBILITY TO RECEIVE ASSISTANCE FROM *THE ROAD HOME* PROGRAM.**

❖ Please provide total income from ALL sources (for example - salary, tips, overtime, interest and dividends, welfare, alimony, net income from business, social security, pension, unemployment, etc.) for the household.

**TOTAL HOUSEHOLD ANTICIPATED 2006 INCOME: $_____, or check if greater than $60,000 ☐**

❖ List the head of your household and all household members who lived in the home on the date of the storm. Give the relationship of each member to the head. If additional space is needed, please attach another page.

| Member No. | Full Name* | Relationship* | Birth Date* | Check YES if individual receives SSI |
|---|---|---|---|---|
| 1 | | Head of Household* | | ☐ Yes |
| 2 | | ☐ Spouse  ☐ Dependent Child  ☐ Dependent Adult  ☐ Non-Dependent | | ☐ Yes |
| 3 | | ☐ Spouse  ☐ Dependent Child  ☐ Dependent Adult  ☐ Non-Dependent | | ☐ Yes |
| 4 | | ☐ Spouse  ☐ Dependent Child  ☐ Dependent Adult  ☐ Non-Dependent | | ☐ Yes |
| 5 | | ☐ Spouse  ☐ Dependent Child  ☐ Dependent Adult  ☐ Non-Dependent | | ☐ Yes |
| 6 | | ☐ Spouse  ☐ Dependent Child  ☐ Dependent Adult  ☐ Non-Dependent | | ☐ Yes |

**ASSETS - Please list the <u>CASH VALUE</u> for your assets in the categories below.  THIS INFORMATION IS NOT REQUIRED.**

| Type | Cash Value | |
|---|---|---|
| Checking Account(s) | $ | Average balance for last three months |
| Savings Account(s) | $ | Average balance for last three months |
| Credit Union Account(s) | $ | Average balance for last three months |
| Stocks/Bonds/Other Investments | $ | The amount of money you could obtain from any of your investments after you converted them into cash. Include the Cash Value of retirement plans, (401k), IRAs, etc. |
| Life Insurance (cash value of policy) | $ | The amount of cash you would obtain if you cancelled the policy |
| Real Estate | $ | The cash you would receive after you sold property (other than damaged residence) for market value and paid off any debt (mortgage, loans, or liens) |

☐ The undersigned agrees and acknowledges that the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of the information contained in this application may result in Civil Liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine, imprisonment or both under the provision of Title 18 United States Code Section 1001.

I certify that, to the best of my knowledge and belief, all the information on and attached to this application is true, correct, complete, and provided in good faith. I understand that false or fraudulent information on, or attached to, this application may be grounds for not making a grant and/or loan and may be punishable by a fine and/or imprisonment. I understand that any information I give may be investigated. (Louisiana Criminal Code: R.S. 14:67, Theft; R.S. 14:67, Identity Theft; and/or R.S. 14:72, Forgery)

Print Applicant Name: _____

Applicant Signature: _____        Date: _____

---

*THE ROAD HOME*

Applicant Name: _____

☐ The undersigned agrees and acknowledges that the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of the information contained in this application may result in Civil Liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine, imprisonment or both under the provision of Title 18 United States Code Section 1001.

I certify that, to the best of my knowledge and belief, all the information on and attached to this application is true, correct, complete, and provided in good faith. I understand that false or fraudulent information on, or attached to, this application may be grounds for not making a grant and/or loan and may be punishable by a fine and/or imprisonment. I understand that any information I give may be investigated. (Louisiana Criminal Code: R.S. 14:67, Theft; R.S. 14:67, Identity Theft; and/or R.S. 14:72, Forgery)

If Co-Application

Print Co-Applicant Name: _____

Co-Applicant Signature: _____     Date: _____

**DEMOGRAPHIC PROFILE:** *THE ROAD HOME* program is required to request this information for purposes of reporting to the federal government. You are **not** required to provide this information but are encouraged to do so.

Head of Household: _____

☐ I do not wish to furnish this information

☐ American Indian/Alaska Native
☐ American Indian/Alaska Native and White
☐ American Indian/Alaskan Native/Black-African American
☐ Asian
☐ Asian and White
☐ Black/African American
☐ Black/African American and White
☐ Native Hawaiian/Other Pacific Islander
☐ Other Multi-Racial
☐ White

**ETHNICITY:** ☐ Hispanic/Latino     ☐ Non-Hispanic/Latino
**DISABLED:** ☐ Yes     ☐ No
**GENDER:** ☐ Male     ☐ Female
**HOUSEHOLD TYPE:**
☐ Single, Non-Elderly     ☐ Elderly
☐ Single Parent     ☐ Two Parents
☐ Female Head of     ☐ Other
   Household



**Equal Housing Opportunity**
**We do Business in Accordance With the Fair Housing Act**
(The Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988)

IT IS ILLEGAL TO DISCRIMINATE AGAINST ANY PERSON BECAUSE OF RACE, COLOR, RELIGION, SEX, DISABILITY, FAMILIAL STATUS (HAVING ONE OR MORE CHILDREN), OR NATIONAL ORIGIN.

Anyone who feels he or she has been discriminated against should send a complaint to: U.S. Department of Housing and Urban Development, Assistant Secretary for Fair Housing and Equal Opportunity, Washington, DC  20410.