UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE Duval MAG. Wilkinson |
| PERTAINS TO: MRGO, Robinson (No. 06-2268) | |

## DECLARATION OF PIERCE O'DONNELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

I, Pierce O'Donnell, declare as follows:

1. I am an attorney at law, licensed to practice before all Courts of the State of California; I am admitted to appear *pro hac vice* on behalf of the Plaintiff's in the above referenced matter; and I am the lead counsel of record in the above referenced *Robinson v. United States* action (Case No. 06-2268). As such, I have personal knowledge of the facts set forth herein, and if called as witness, I could and would testify competently to the following:

2. Attached hereto as Exhibit A is a true and correct copy of the brief of the United States filed in *United States v. James*, (No. 85-434), 1985 WL 669416 (1985).

3. Attached hereto as Exhibit B is a true and correct copy of the brief of the United States in opposition to petition for writ of certiorari filed in *Central Green Co. v. United States*, (No. 99-859), 2000 WL 33979643 (2000).

4.	Attached hereto as Exhibit C is the transcript of the October 27, 2006 oral argument on the United States Motion to Dismiss in *Robinson v. United States*, (Case No. 06-2268).

I declare under penalty of perjury under the laws of the United States and the State of Louisiana that the foregoing is true and correct and that this declaration is executed this 1st day of February, 2008, in Los Angeles, California.

_____
Pierce O'Donnell

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on February 1, 2008, I caused to be served the **DECLARATION OF PIERCE O'DONNELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**, upon Defendants' counsel, Robin D. Smith, Catherine Corlies, Traci Colquette, and Jim McConnon by ECF and email at robin.doyle.smith@usdoj.gov; catherine.corlies@usdoj.gov, traci.colquette@usdoj.gov, and jim.mcconnon@usdoj.gov

/s/ Pierce O'Donnell