UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*                07-5178 | * * | JOSEPH C. WILKINSON, JR. |

NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:    All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

RESPONDENT:                                      Daniel P. Mecklenborg
                                                            Ingram Barge Company
                                                            **As a Nonparty**
                                                            4400 Harding Road
                                                            Nashville, TN   37205

| | |
|---|---|
| **LOCATION:** | **If By Mail:**<br>Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana   70113<br><br>**Or**<br><br>**If In Person:**<br>Office of Charles R. Scott<br>3866 Dickerson Pike<br>Nashville, TN   37207 |
| **DATE/TIME:** | **February 29, 2008 11:00 a.m.** |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 11:00 a.m. on February 29, 2008, any and all of the following:

1. All documents referring to any incident resulting in any damage that was ever allegedly caused in whole or in part  by any Ingram barge that ever became loose, whether or not in a flood or hurricane;

2. All documents referring to the risks or consequences of a barge becoming loose;

3. All documents reflecting any information disseminated by the Coast Guard, any other agency of Federal, State or local government, any association of companies owning or operating or moving or otherwise dealing with barges, any insurance company, or any other source, as to:

    The proper means of handling or of securing barges when a storm or unusually windy weather is possible;

    The risk or consequences of a barge becoming loose; or

    The risk or consequences of a barge alliding with a floodwall.

4. Any notice Ingram provided to its insurance carrier as to any actual or potential claim against Ingram arising from Barge ING 4727;

5. Any "black box" or transponder or  in Barge ING 4727;

6. VTS and other locator data for ING 4727 during August 28 - 29, 2005;

6. Custodian's Affidavit of Authenticity as to all of the foregoing produced in response hereto.

        Respectfully submitted
        By BARGE P.S.L.C.

**LAW OFFICE OF BRIAN A. GILBERT**

\S\Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**

821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885/7700
Phone: 504/581-6180
Fax: 504/581/4336

**WIEDEMANN & WIEDEMANN**

\S\Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIEDEMANN (#21151)**
821 Baronne Street
New Orleans, Louisiana  70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs

\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B

              Metairie, Louisiana   70002
              Phone: 504/834-0646
              Fax: 504/835-2401
              Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

 I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 4th day of February, 2008.

              \s\Brian A. Gilbert