UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*  07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * | |

### LAFARGE NORTH AMERICA INC.'S MOTION TO QUASH SUBPOENA DUCES TECUM SERVED ON CENTANNI INVESTIGATIVE AGENCY

Lafarge North America Inc. ("LNA") hereby moves for an Order under Rule 45(c)(3)(a) quashing plaintiffs' subpoena purporting to require Centanni Investigative Agency to produce documents on February 19, 2008, and to appear for a Rule 30(b)(6) deposition on February 22, 2008, for the reasons given in the Memorandum accompanying this Motion.

Respectfully submitted,

/s/ Derek A. Walker

        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        Ivan M. Rodriguez (#22574)
        Parker Harrison (#27538)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com
        Harrison@chaffe.com

        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

## Certificate of Service

    I do hereby certify that I have on this 4th day of February, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        /s/ Derek A. Walker