UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| | * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| | * | |

## PRIVILEGE LOG IN RESPONSE TO PLAINTIFFS' RULE 30(b)(6) SUBPOENA SERVED ON CENTANNI INVESTIGATIVE AGENCY

Defendant Lafarge North America, Inc. ("LNA"), hereby provides this Privilege Log pursuant to Federal Rule of Civil Procedure 26(b)(5)(A), in support of its and Centanni's written objection to plaintiffs' Rule 30(b)(6) subpoena of Centanni Investigative Agency and in support of its motion to quash that subpoena. In providing this Privilege Log LNA does not concede that any document in each category logged is relevant to this litigation or otherwise discoverable.

LIBW/1668745.2

LNA reserves the right to supplement this Privilege Log if it locates additional responsive documents, or if the Court orders production of documents in areas where LNA has lodged relevance, burden, or other objections.

LNA has employed invocations of privilege by category of document or communication, as permitted by Rule 26(b)(5) and the accompanying comments. It would be overly-burdensome to log separately each separate document and communication. The information provided describing each category of document is intended to enable Plaintiffs to assess the applicability of the privilege or protection. The accompanying affidavit of Wayne R. Centanni describes how each category of information or document came to be created or selected after Centanni's retention in October of 2005, by LNA acting through counsel, for the purpose of investigating and defending against claims related to the Barge ING 4727.

LNA claims work-product protection for the following categories of documents called for by plaintiffs' Rule 30(b)(6) subpoena of Centanni Investigative Agency:

*Category 1*:   Documents prepared by Centanni Investigative Agency's investigators in the course of their investigation that include identifying and contact information of witnesses. Documents in this category include memorializations and other reports about witness interviews; reports to counsel on the status, goals and progress of Centanni's inquiry; and reports and compilations listing witnesses based on criteria supplied by counsel. All of the documents in this category were created in anticipation of litigation and for preparation for trial, after litigation had been filed. (Note: In response to plaintiffs' request for a supplemental response to plaintiffs' interrogatory number 5, LNA has agreed to provide a chart for production to the plaintiffs containing the identities and contact information for putative class area residents who were interviewed in the course of Centanni's investigation. Accordingly there is no need for

2

discovery of this category of documents in order for plaintiffs to learn the identities and contact information for these individuals)

*Category 2:* Present mental recollections, written or recorded memorializations, and reports about interviews of witnesses prepared by Centanni Investigative Agency's investigators. All of these interviews were conducted in anticipation of litigation and for preparation for trial, after litigation had been filed.

*Category 3:* Files containing compilations of materials regarding possible witnesses and claimants (including named plaintiffs, persons represented by counsel, and/or putative class members). Each file contains some combination of a) records gathered and assembled by Centanni from governmental and other sources; b) media accounts gathered and assembled by Centanni that mention or relate to the individual; and c) online database background information gathered and assembled by Centanni. The information included in each of these files was selected and included by Centanni's investigators, exercising their professional judgment and discretion, to aid LNA in preparation of its defense against claims related to the barge ING 4727.

Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

January 31, 2008