UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| *THIS PLEADING APPLIES TO:* **BARGE** | | *and consolidated cases<br>* |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram* | C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | * |
| *Parfait v. USA* | C.A. No. 07-3500 | * MAGISTRATE JUDGE |
| Lafarge v. USA | C.A. No.07-5178 | * JOSEPH C. WILKINSON, JR.<br>* |

**LOCAL RULE 37.1E CERTIFICATE**

Undersigned counsel for Lafarge North America Inc. ("LNA") certifies that he has conferred by telephone with Brian Gilbert, counsel for plaintiffs, for purposes of amicably resolving the issues undertaken in LNA's "Motion to Quash Subpoena Duces Tecum Served on Centanni Investigative Agency", and that he was unable to resolve or reach agreement with said opposing counsel on said issues because the parties disagree as to the extent of their rights and obligations, and what plaintiffs are entitled to.

        Respectfully submitted,

        /s/ Derek A. Walker
        Robert B. Fisher, Jr., T.A. (#5587)

1068510-1

>Derek A. Walker (#13175)
>Ivan M. Rodriguez (#22574)
>Parker Harrison (#27538)
>**CHAFFE MCCALL, L.L.P.**
>2300 Energy Centre
>1100 Poydras Street
>New Orleans, LA 70163-2300
>Telephone:  (504) 585-7000
>Facsimile: (504)585-7075
>Fisher@chaffe.com
>Walker@chaffe.com
>Harrison@chaffe.com
>
>Daniel A. Webb (#13294)
>**SUTTERFIELD & WEBB, LLC**
>Poydras Center
>650 Poydras Street, Suite 2715
>New Orleans, LA 70130
>Telephone:  (504) 598-2715
>
>John D. Aldock
>Richard M. Wyner
>Mark S. Raffman
>**GOODWIN PROCTER LLP**
>901 New York Avenue, NW
>Washington, DC 20001
>Telephone:  (202) 346-4240
>
>*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 4th day of February, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

>/s/ Derek A. Walker

1068510-1

2