UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * CIVIL ACTION <br> * <br> * NO. 05-4182 |
| **THIS PLEADING APPLIES TO:** | **BARGE** | *and consolidated cases <br> * |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram* | C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | * |
| *Parfait v. USA* | C.A. No. 07-3500 | * MAGISTRATE JUDGE |
| Lafarge v. USA | C.A. No.07-5178 | * JOSEPH C. WILKINSON, JR. <br> * |

## ORDER

Considering Lafarge North America Inc.'s Motion to Quash Subpoena Duces Tecum Served on Centanni Investigative Agency,

**IT IS ORDERED** that said Motion is hereby GRANTED, and that both the deposition subpoena and the request for records production are hereby quashed as requested in defendant's Memorandum in Support.

NEW ORLEANS, Louisiana, this _____ day of _____, 2008.

_____
**J U D G E**

1068505-1