## NICAUD, SUNSERI & FRADELLA, L.L.C.
A Group of Professional Law Corporations
3525 N. Causeway Boulevard, Suite 101
Metairie, Louisiana 70002

2008 JAN 30 PM 4:16

Albert J. Nicaud*
J. Douglas Sunseri*
Frank Thomas Fradella*
Svetlana "Lana" Crouch
Timothy P. Farrelly
Kristin J. Milano
Edward C. Vocke, IV
(*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843

January 29, 2008

**VIA FACSIMILE ONLY 589-7633**
Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras St., Chambers B409
New Orleans, Louisiana 70130

Re: *Pontiac-Raceland, LLC v. Transcontinental Insurance Co.*
Civil Action No. 06-6394 c/w 05-4182 "K"(2)

Dear Judge Wilkinson:

Please accept this correspondence as notification that the above referenced matter has been settled as of this date, January 29, 2008.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

SVETLANA CROUCH

SVC/dfp



RECEIVED
JAN 28 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____