UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| **PERTAINS TO LEVEE** | **NO. 05-4182** |
| **NO. 07-4944 (CINA)** | **SECTION "K"(2)** |

## ORDER

Before the Court are the motion to dismiss filed on behalf of defendant CSX Corporation (Doc. 10696) and the "Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6)(Failure to State a Claim)s filed on behalf of defendant CSX Transportation, Inc. (Doc. 10690). The Court has been advised that counsel for plaintiffs has no opposition to the motions. Therefore, the motions are GRANTED. Accordingly,

**IT IS ORDERED** that plaintiffs' claims against defendant CSX Corporation are hereby dismissed with prejudice;

**IT IS FURTHER ORDERED** that plaintiffs' claims against defendant CSX Transportation, Inc. are hereby dismissed with prejudice.

New Orleans, Louisiana, this 1st day of February, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE