## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| ———————————————————— | * | |
| | * | **CIVIL ACTION NO. 06-10852** |
| **PERTAINS TO:  INSURANCE** | * | |
| | * | **SECTION: "K"** |
| **WILLIAM R. BURK, IV and** | * | HON. STANWOOD R. DUVALL, JR. |
| **BURK BROKERAGE, LLC** | * | |
| | * | **MAGISTRATE "2"** |
| **VERSUS** | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| **ALLSTATE INSURANCE COMPANY,** | * | |
| **KATIE HYMEL, KATIE HYMEL AGENCY,** | * | |
| **INC. and ABC INSURANCE COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER OF LIMITED DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, **WILLIAM R. BURK, IV and BURK BROKERAGE, LLC,** who suggests that there no longer remains any issues in controversy between them and defendants, **KATIE HYMEL and KATIE HYMEL AGENCY, INC.**, and that plaintiffs wish to dismiss defendants, **KATIE HYMEL AND KATIE HYMEL AGENCY, INC.,** from this litigation, with prejudice.  Plaintiffs, reserve all rights against all remaining parties.

Respectfully submitted,

**THE LAW OFFICE OF
JOHN A. VENEZIA**

**JOHN A VENEZIA (#23963)**
110 Veterans Blvd., Suite 330
Metairie, La 70005
Telephone: (504)486-3910
Facsimile: (504)486-3913
Attorney for plaintiffs

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
MORTON, PFISTER & WEINSTOCK**

**JAIME M. CAMBRE (#29116)**
3838 N. Causeway Blvd.
Three Lakeway Center, Suite 2900
Metairie, LA  70002
Telephone:  504-832-3700
Facsimile:  504-837-3119
Attorney for Katie Hymel and Katie
Hymel Agency, Inc.