## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * CIVIL ACTION NO. 05-4182 * * |
| PERTAINS TO: INSURANCE | * CIVIL ACTION NO. 06-10852 * |
| WILLIAM R. BURK, IV and BURK BROKERAGE, LLC | * SECTION: "K" * HON. STANWOOD R. DUVALL, JR. * |
| VERSUS | * MAGISTRATE "2" * HON. JOSEPH C. WILKINSON, JR. * |
| ALLSTATE INSURANCE COMPANY, KATIE HYMEL, KATIE HYMEL AGENCY, INC. and ABC INSURANCE COMPANY | * * * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and same is hereby dismissed with prejudice, against **KATIE HYMEL AND KATIE HYMEL AGENCY, INC**.  Plaintiffs reserve all rights against all remaining parties.

_____
**JUDGE STANWOOD R. DUVALL, JR.
SECTION "K"**