UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K"(2) |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: *Team Care Medical* 07-7691 | MAGISTRATE: WILKINSON |

## BANKERS INSURANCE COMPANY'S MOTION TO SEVER AND TRANSFER

NOW INTO COURT, through undersigned counsel, comes defendant, Bankers Insurance Company ("Bankers"), who moves this Court to sever this civil action from the *In Re: Katrina Canal Breaches Consolidated Litigation* (No. 05-4182)(the "Consolidated Litigation") and transfer this matter back to civil action no. 07-7691, where it was originally allotted. The basis for this motion is that the claims asserted by plaintiff against Bankers are under a Named Peril insurance policy (not an All-Risk policy) and thus, do not satisfy the criteria set forth in this Court's Minute Entry dated November 29, 2006 (Rec. Doc. 2034). Further plaintiff's claims do not involve common issues of law and fact as those claims made under the All-Risk insurance policies that are the subject of the Consolidated Litigation. Thus, consolidation is improper under both this Court's Order and the governing Federal Rules.

Wherefore, Bankers prays that this Motion be granted and that the suit filed by plaintiff against Bankers be severed from the Consolidated Litigation and transferred back to Civil Action No. 07-7691 where it was originally allotted for further proceedings.

BR.533298.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ Holly G. Hansen
    Marshall M. Redmon, Bar Roll No. 18398
    Virginia Y. Trainor, Bar Roll No. 25275
    Holly G. Hansen, Bar Roll No. 26902
    Suite 701 • City Plaza
    445 North Boulevard
    Baton Rouge, Louisiana 70802
    Telephone: (225) 346-0285
    Telecopier: (225) 381-9197

ATTORNEYS FOR DEFENDANT BANKERS
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2008, a copy of the foregoing *Motion to Sever and Transfer* was filed with the Clerk of the Court by using the CM/ECF system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Michael O. Carey
108 New Rhone Village
Crowley, LA 70526

Vera Schmit
P.O. Box 791120
New Orleans, LA 70179

B. Gerald Weeks
810 Union St. - 2nd Floor
New Orleans, LA 70112

/s/ Holly G. Hansen
_____
Holly G. Hansen, Bar Roll No. 26902
Phelps Dunbar LLP
*Counsel for Bankers Insurance Company*