UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K"(2) |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: *Team Care Medical* 07-7691 | MAGISTRATE: WILKINSON |

## ORDER

The foregoing Motion to Sever and Transfer having been considered;

IT IS HEREBY ORDERED that the Motion is granted and that Team Care Medical Centers, Inc.'s claims against Bankers Insurance Company are hereby severed from the Consolidated Litigation and transferred to the action the suit was originally allotted, bearing Civil Action No. 07-7691, for all further proceedings.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT

BR.533298.1