UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K"(2) |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: *Team Care Medical* 07-7691 | MAGISTRATE: WILKINSON |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Bankers Insurance Company, will bring for hearing on the briefs, the Motion to Sever and Transfer before the Honorable Stanwood R. Duval, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the 5th day of March, 2008 at 9:30 a.m. or as soon thereafter as the Court may hear it.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  /s/ Holly G. Hansen
Marshall M. Redmon, Bar Roll No. 18398
Virginia Y. Trainor, Bar Roll No. 25275
Holly G. Hansen, Bar Roll No. 26902
Suite 701 • City Plaza
445 North Boulevard
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Telecopier: (225) 381-9197

ATTORNEYS FOR BANKERS INSURANCE COMPANY

BR.533298.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2008, a copy of the foregoing *Motion to Sever and Transfer* was filed with the Clerk of the Court by using the CM/ECF system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Michael O. Carey
108 New Rhone Village
Crowley, LA 70526

Vera Schmit
P.O. Box 791120
New Orleans, LA 70179

B. Gerald Weeks
810 Union St. - 2nd Floor
New Orleans, LA 70112

/s/ Holly G. Hansen
_____
Holly G. Hansen, Bar Roll No. 26902
Phelps Dunbar LLP
Counsel for Bankers Insurance Company