

**BANKERS INSURANCE GROUP**

Bankers Insurance Company
St. Petersburg, Florida  33733
800-627-0000
5000 00000 BBOP   RENEWAL

BBOP99.001 0403   0403
17-0073227
7/01/05

**DECLARATIONS PAGE**

Business Owners Program

Date of Issue
7/01/05

| Policy Number | | |
|---|---|---|
| 17 0004908688 1 03 | Page 1 of 9 | |

| Policy Period | Term | Inception Date | Agent | Agent's Phone |
|---|---|---|---|---|
| From: 6/13/05 To: 6/13/06  12:01 Standard Time | 12 mos | 6/01/02  12:01 AM | 17-0073227 | (504) 455-7283 |

Agent (504)455-7283
DAN BURGHARDT INSURANCE
3008 DAVID DR
METAIRIE LA 70003

TEAM CARE MEDICAL CENTERS INC
34 EGRET ST
NEW ORLEANS LA 70124-4312

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the Insurance as stated in this policy.

**Policy Limits (Coverage provided only where limits are indicated)**

| | |
|---|---|
| General Liability | $1,000,000 |
| *Medical Payments | $5,000 PER PERSON |
| *Fire Damage | $50,000 PER OCCURRENCE |

*Except for Fire Legal Liability, each paid claim for the above coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to Paragraph D.4 of the Businessowners Liability Coverage Form.

**This policy contains a separate deductible for windstorm, which may result in high out-of-pocket expenses to you.**

**Premium**

Annual Premium          $1,665.00

Terrorism Premium (Certified Acts)   $.00

_____Deborah S Brcka_____                                  ___6/13/05___
Countersigned by Authorized Representative                         Date
Copies Sent To: As Indicated On Back Of The Property Coverage Page

0073227170004908688051820000 8                              Company



BBOP99.001 0403    0403
17-0073227

17  0004908688  1  03

## Description of Business

Form of Business: ☐ Individual  ☐ Joint Venture  ☐ Partnership  ☒ Organization (Other than Partnership or Joint Venture)
Business Description: CHIROPRACTIC OFFICES

## Forms and Endorsements

| | | | | |
|---|---|---|---|---|
| BBOP99.107 0596 | BP 00 06 0689 | BBOP99.104 0697 | BBOP99.300 0596 | BP 00 09 0689 |
| BP 10 04 0498 | BBOP99.106 1102 | BP 04 17 0689 | BGL 99.300 0395 | BP 01 30 0702 |
| IL 02 77 0294 | BGL 99.306 0596 | BXXX99.207 0202 | BP 00 01 0689 | BBOP17.302 1197 |
| BO 175 0187 | BP 05 15 0103 | BP 05 23 1102 | BBOP17.307 0697 | BXXX99.206 0305 |



**Bankers Insurance Company**
St. Petersburg, Florida  33733

BBOP99.001  0403    0403
17-0073227
7/01/05

5000  00000 BBOP    RENEWAL
Business Owners Program

**DECLARATIONS PAGE**

Date of Issue
7/01/05

| Policy Number |
|---|
| 17 0004908688 1 03 |

Page 2 of 9

### Described Premises

| Prem # | Bldg # | Location |
|---|---|---|
| 00002 | 00001 | 240 S JEFFERSON DAVIS PKWY ,NEW ORLEANS ,LA ,701196230 |

### Property

| Coverage | Limits |
|---|---|
| Business Personal Property (Coverage B) Standard | $20,000    LIMIT OF INSURANCE |
| Burglary and Robbery (Standard Form only) | $5,000     LIMIT OF INSURANCE |
| Money & Securities | $500 inside/$1,000 outside |
| Business Income and Extra Expense    Standard | Covered    UP TO SIX MONTHS |

### Deductibles

Windstorm or Hail: Excluded
All Other Perils:         $500.00

### Loss Payable

| Description: | Description: | Description: |
|---|---|---|
| Provision Applicable: | Provision Applicable: | Provision Applicable: |

### Protective Devices or Services

Central Station-Installation 4

See reverse side for additional interests.

0073227170004908688051820000B

Company

BBOP99.001 0403 0403
17-0073227

| Policy Number |
|---|
| 17 0004908688 1 03 |

**Additional Interests**



Bankers Insurance Company
St. Petersburg, Florida  33733

BBOP99.001  0403    0403
17-0073227
7/01/05

5000  00000  BBOP    RENEWAL
Business Owners Program

**DECLARATIONS PAGE**

Date of Issue
7/01/05

| Policy Number | | |
|---|---|---|
| 17 0004908688 1 03 | Page 3 of 9 | |

### Described Premises

| Prem # | Bldg # | Location |
|---|---|---|
| 00003 | 00001 | 8700 LAKE FOREST BLVD STE 105 ,NEW ORLEANS ,LA ,701272454 |

### Property

| Coverage | Limits |
|---|---|
| Business Personal Property (Coverage B) Standard | $20,000    LIMIT OF INSURANCE |
| Burglary and Robbery (Standard Form only) | $5,000     LIMIT OF INSURANCE |
| Money & Securities | $500 inside/$1,000 outside |
| Business Income and Extra Expense    Standard | Covered    UP TO SIX MONTHS |

### Deductibles

Windstorm or Hail:    Clause B = 2.00% subject to  $1,000.00    minimum    $50,000.00 maximum
All Other Perils:       $500.00

### Loss Payable

| 8700 LAKE FOREST BLV D LLC<br>7240 CROWDER BLVD<br>NEW ORLEANS, LA 70127-1969 | | |
|---|---|---|
| Description:<br>BUSINESS PERSONAL PROPERTY<br>Provision Applicable:<br>Loss Payee | Description:<br><br>Provision Applicable: | Description:<br><br>Provision Applicable: |

### Protective Devices or Services
Central Station-Installation 4

See reverse side for additional interests.

0073227170004908688051820000B

Company

BBOP99.001 0403  0403
17-0073227

| Policy Number |
|---|
| 17 0004908688 1 03 |

**Additional Interests**



Bankers Insurance Company
St. Petersburg, Florida  33733

BBOP99.001 0403  0403
17-0073227
7/01/05

5000 00000 BBOP    RENEWAL
Business Owners Program

**DECLARATIONS PAGE**

Date of Issue
7/01/05

| Policy Number |
|---|
| 17 0004908688 1 03 |

Page 4 of 9

### Described Premises

| Prem # | Bldg # | Location |
|---|---|---|
| 00004 | 00001 | 1001-1007 E JUDGE PEREZ DR, CHALMETTE, LA, 70043-5351 |

### Property

| Coverage | Limits | |
|---|---|---|
| Building (Coverage A)  Standard Replacement Cost | $337,459 | LIMIT OF INSURANCE |
| Automatic Increase | 4% | |
| Business Personal Property (Coverage B) Standard | $50,000 | LIMIT OF INSURANCE |
| Business Income and Extra Expense  Standard | Covered | UP TO SIX MONTHS |

### Deductibles

Windstorm or Hail:     $500.00
All Other Perils:      $500.00

### Loss Payable

| Description: | Description: | Description: |
|---|---|---|
| Provision Applicable: | Provision Applicable: | Provision Applicable: |

### Protective Devices or Services

Central Station-Installation 3

See reverse side for additional interests.

0073227170004908688051820000日

Company

BBOP99.001 0403  0403
17-0073227

| Policy Number |
|---|
| 17 0004908688 1 03 |

**Additional Interests**



**Bankers Insurance Company**
St. Petersburg, Florida  33733

BBOP99.001  0403   0403
17-0073227
7/01/05

5000  00000  BBOP      RENEWAL
Business Owners Program

**DECLARATIONS PAGE**

Date of Issue
7/01/05

| Policy Number | |
|---|---|
| 17  0004908688  1  03 | Page  5  of  9 |

### Described Premises

| Prem # | Bldg # | Location |
|---|---|---|
| 00005 | 00001 | 1001-1007 E JUDGE PEREZ DR ,CHALMETTE ,LA ,70043-5351 |

### Property

| Coverage | Limits | |
|---|---|---|
| Building (Coverage A)  Standard Replacement Cost | $56,243 | LIMIT OF INSURANCE |
| Automatic Increase | 4% | |
| Business Personal Property (Coverage B) Standard | $5,000 | LIMIT OF INSURANCE |
| Business Income and Extra Expense   Standard | Covered | UP TO SIX MONTHS |

### Deductibles

Windstorm or Hail:       $500.00
All Other Perils:        $500.00

### Loss Payable

| Description: | Description: | Description: |
|---|---|---|
| Provision Applicable: | Provision Applicable: | Provision Applicable: |

### Protective Devices or Services

No Specific Alarm

See reverse side for additional interests.

0073227170004908688051820000δ

Company

BBOP99.001 0403 0403
17-0073227

| Policy Number |
| --- |
| 17 0004908688 1 03 |

**Additional Interests**



| | Bankers Insurance Company<br>St. Petersburg, Florida 33733 | | BBOP99.001 0403 0403<br>17-0073227<br>7/01/05 |
|---|---|---|---|
| | 5000 00000 BBOP | RENEWAL<br>Business Owners Program | DECLARATIONS PAGE |
| **Policy Number**<br>17 0004908688 1 03 | Page 6 of 9 | | Date of Issue<br>7/01/05 |

### Described Premises

| Prem # | Location |
|---|---|
| 00002 | 240 S JEFFERSON DAVIS PKWY, NEW ORLEANS, LA, 701196230 |

### Classification

| Code # | Description |
|---|---|
| 65691 | Chiropractors |

### Premium

| Code # | Premium Base | |
|---|---|---|
| 65691 | 1,500 | Area - Insured Occupant |

0073227170004908688051820000&

Company



Bankers Insurance Company
St. Petersburg, Florida  33733

BBOP99.001 0403  0403
17-0073227
7/01/05

5000  00000  BBOP    RENEWAL
Business Owners Program

**DECLARATIONS PAGE**

Date of Issue
7/01/05

| Policy Number | | |
|---|---|---|
| 17 0004908688 1 03 | Page 7 of 9 | |

### Described Premises

| Prem # | Location |
|---|---|
| 00003 | 8700 LAKE FOREST BLVD STE 105 , NEW ORLEANS , LA , 701272454 |

### Classification

| Code # | Description |
|---|---|
| 65691 | Chiropractors |

### Premium

| Code # | Premium Base | |
|---|---|---|
| 65691 | 2,000 | Area - Insured Occupant |

0073227170004908688051820000&

Company



Bankers Insurance Company
St. Petersburg, Florida  33733

BBOP99.001 0403  0403
17-0073227
7/01/05

5000 00000 BBOP    RENEWAL
Business Owners Program

**DECLARATIONS PAGE**

Date of Issue
7/01/05

| Policy Number | |
|---|---|
| 17 0004908688 1 03 | Page 8 of 9 |

### Described Premises

| Prem # | Location |
|---|---|
| 00004 | 1001-1007 E JUDGE PEREZ DR ,CHALMETTE ,LA ,70043-5351 |

### Classification

| Code # | Description |
|---|---|
| 65691 | Chiropractors |

### Premium

| Code # | Premium Base | |
|---|---|---|
| 65691 | 5,000 | Area - Insured Occupant |

0073227170004908688051820000 8

Company



| | Bankers Insurance Company | BBOP99.001 0403  0403 |
| --- | --- | --- |
| | St. Petersburg, Florida  33733 | 17-0073227 |
| | | 7/01/05 |
| | 5000 00000 BBOP    RENEWAL | **DECLARATIONS PAGE** |
| | Business Owners Program | |
| **Policy Number** | | Date of Issue |
| 17 0004908688 1 03 | Page 9 of 9 | 7/01/05 |

### Described Premises

| Prem # | Location |
| --- | --- |
| 00005 | 1001-1007 E JUDGE PEREZ DR ,CHALMETTE ,LA ,70043-5351 |

### Classification

| Code # | Description |
| --- | --- |
| 65691 | Chiropractors |

### Premium

| Code # | Premium Base | |
| --- | --- | --- |
| 65691 | 2,000 | Area - Insured Occupant |

00732271700049086880518200008

Company

BP 00 01 0689   0689
4061358
10/23/07

**BANKERS**
INSURANCE GROUP

Bankers Insurance Company

Policy Number

17 0004908688 1 03
5000 00000 BBOP

Date

10/23/07

BP 00 01 06 89

# BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us," and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H. – PROPERTY DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property, as used in this policy, means the following types of property for which a Limit of Insurance is shown in the Declarations:

   a. **Buildings**, meaning the buildings and structures at the premises described in the Declarations, including:

      (1) Completed additions;

      (2) Permanently installed:

         (a) Fixtures;

         (b) Machinery; and

         (c) Equipment;

      (3) Your personal property in apartments or rooms furnished by you as landlord;

      (4) Outdoor fixtures;

      (5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (6) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the building or structures;

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

   b. **Business Personal Property** located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

      (1) Property you own that is used in your business;

      (2) Property of others that is in your care, custody or control; but this property is not covered for more than the amount for which you are legally liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others; and

      (3) Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         (a) Made a part of the building or structure you occupy but do not own; and

         (b) You acquired or made at your expense but cannot legally remove.

2. **Property Not Covered**

   Covered Property does not include:

   a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

   b. Bullion, money or securities;

   c. Contraband, or property in the course of illegal transportation or trade;

   d. Land (including land on which the property is located), water, growing crops or lawns;

   e. Outdoor fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

0073227170004908688072960000

Copyright, Insurance Services Office, Inc., 1985, 1989

Page 1 of 14

Insured