(1) Outdoor Property Coverage Extension; or

(2) Outdoor Signs Optional Coverage;

f. Watercraft (including motors, equipment and accessories) while afloat.

3. **Covered Causes of Loss**

   a. **Fire.**

   b. **Lightning.**

   c. **Explosion**, including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass. This cause of loss does not include loss or damage by:

      (1) Rupture, bursting or operation of pressure relief devices; or

      (2) Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.

   d. **Windstorm or Hail**, but not including:

      (1) Frost or cold weather;

      (2) Ice (other than hail), snow or sleet, whether driven by wind or not;

      (3) Loss of or damage to awnings or canopies of fabric or slat construction, including their supports, outside of buildings; or

      (4) Loss of or damage to the interior of any building or structure, or the property inside the building or structure, caused by rain, snow, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sand or dust enters.

   e. **Smoke**, causing sudden and accidental loss or damage. This cause of loss does not include smoke from agricultural smudging or industrial operations.

   f. **Aircraft or Vehicles**, meaning only physical contact of an aircraft, a spacecraft, a self-propelled missile, a vehicle or an object thrown up by a vehicle with the Covered Property or with the building or structure containing the Covered Property. This cause of loss includes loss or damage by objects falling from aircraft.

      We will not pay for loss or damage caused by or resulting from vehicles you own or which are operated in the course of your business.

   g. **Riot or Civil Commotion**, including:

      (1) Acts of striking employees while occupying the described premises; and

      (2) Looting occurring at the time and place of a riot or civil commotion.

   h. **Vandalism**, meaning willful and malicious damage to, or destruction of, Covered Property.

      We will not pay for loss or damage:

      (1) To glass (other than glass building blocks) that is part of a building, structure or an outdoor sign; but we will pay for loss of or damage to other property caused by or resulting from breakage of glass by vandals.

      (2) Caused by or resulting from theft, except for building damage caused by the breaking in or exiting of burglars.

   i. **Sprinkler Leakage**, meaning leakage or discharge of any substance from an Automatic Sprinkler System, including collapse of a tank that is part of the system.

      If the building or structure containing the Automatic Sprinkler System is Covered Property, we will also pay the cost to:

      (1) Repair or replace damaged parts of the Automatic Sprinkler System if the damage:

         (a) Results in sprinkler leakage; or

         (b) Is directly caused by freezing.

      (2) Tear out and replace any part of the building or structure to repair damage to the Automatic Sprinkler System that has resulted in sprinkler leakage.

      Automatic Sprinkler System means:

      (a) Any automatic fire protective or extinguishing system, including connected:

         (i) Sprinklers and discharge nozzles;

         (ii) Ducts, pipes, valves and fittings;

         (iii) Tanks, their component parts and supports; and

         (iv) Pumps and private fire protection mains.

      (b) When supplied from an automatic fire protective system:

         (i) Non-automatic fire protective systems; and

         (ii) Hydrants, standpipes and outlets.

   j. **Sinkhole Collapse**, meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

BANKERS
INSURANCE GROUP

17 0004908688 1 03

BP 00 01 0689   0689
4061358
10/23/07

   (1) The cost of filling sinkholes; or
   (2) Sinking or collapse of land into man-made underground cavities.
 k. **Volcanic Action**, meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:
   (1) Airborne volcanic blast or airborne shock waves;
   (2) Ash, dust or particulate matter; or
   (3) Lava flow.
   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.
   This cause of loss does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.
 l. **Transportation**, meaning loss or damage caused by:
   (1) Collision, derailment or overturn of a vehicle;
   (2) Stranding or sinking of vessels; and
   (3) Collapse of bridges, culverts, piers, wharves or docks.
   This cause of loss applies only to Covered Property in course of transit.
4. **Additional Coverages**
 a. **Debris Removal**
   (1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:
     (a) The date of direct physical loss or damage; or
     (b) The end of the policy period.
   (2) The most we will pay under this Additional Coverage is 25% of:
     (a) The amount we pay for the direct physical loss of or damage to Covered Property; plus
     (b) The deductible in this policy applicable to that loss or damage.
   But this limitation does not apply to any additional debris removal limit provided in paragraph (4) below.
   (3) This Additional Coverage does not apply to costs to:
     (a) Extract "pollutants" from land or water; or
     (b) Remove, restore or replace polluted land or water.
   (4) If:
     (a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or
     (b) The debris removal expense exceeds the amounts payable under the 25% Debris Removal coverage limitation in paragraph (2) above:
   we will pay up to an additional $5000 for each location in any one occurrence under the Debris Removal Additional Coverage.
 b. **Preservation of Property**
   If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:
   (1) While it is being moved or while temporarily stored at another location; and
   (2) Only if the loss or damage occurs within 10 days after the property is first moved.
 c. **Fire Department Service Charge**
   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1000 for your liability for fire department service charges:
   (1) Assumed by contract or agreement prior to loss; or
   (2) Required by local ordinance.
 d. **Business Income**
   We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to property at the described premises, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from any Covered Cause of Loss.
   We will only pay for loss of Business Income that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

00732271700049086880729600000

Copyright, Insurance Services Office, Inc., 1985, 1989

Page 3 of 14

Insured

Business Income means the:

(1) Net income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

(2) Continuing normal operating expenses incurred, including payroll.

e. **Extra Expense**

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and to continue "operations":

   (a) At the described premises; or

   (b) At replacement premises or at temporary locations, including:

      (i) Relocation expenses; and

      (ii) Costs to equip and operate the replacement or temporary locations.

(2) To minimize the suspension of business if you cannot continue "operations."

(3) (a) To repair or replace any property; or

   (b) To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage d., Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits Of Insurance.

f. **Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(1) The date of direct physical loss or damage; or

(2) The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

5. **Coverage Extensions**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

a. **Personal Property at Newly Acquired Premises**

(1) You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

The most we will pay for loss or damage under this Extension is $10,000 at each premises.

(2) Insurance under this Extension for each newly acquired premises will end when any of the following first occurs:

   (a) This policy expires;

   (b) 30 days expire after you acquire or begin construction at the new premises; or

   (c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the premises.

b. **Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than money and securities, while it is in course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $1000.

c. **Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

(1) Fire;

Copyright, Insurance Services Office, Inc., 1985, 1989

**BANKERS**
INSURANCE GROUP

17 0004908688 1 03

BP 00 01 0689 0689
4061358
10/23/07

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1000, but not more than $250 for any one tree, shrub or plant.

d. **Valuable Papers and Records — Cost of Research**

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1000 at each described premises.

B. **EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. **Ordinance or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   b. **Earth Movement**

   (1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

   (2) Volcanic eruption, explosion or effusion. But if loss or damage by fire or volcanic action results, we will pay for that resulting loss or damage.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to Covered Property.

   c. **Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

   d. **Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination, however caused.

   But if loss or damage by fire results, we will pay for that resulting loss or damage.

   e. **Power Failure**

   The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

   But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

   f. **War and Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

   g. **Water**

   (1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

   (2) Mudslide or mudflow;

   (3) Water that backs up from a sewer or drain; or

   (4) Water under the ground surface pressing on, or flowing or seeping through:

Copyright, Insurance Services Office, Inc., 1985, 1989

00732271700049086880729600000

Insured

   (a) Foundations, walls, floors or paved surfaces;
   (b) Basements, whether paved or not; or
   (c) Doors, windows or other openings.

   But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

2. We will not pay for loss or damage caused by or resulting from:

   a. **Electrical Apparatus:** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

   But if loss or damage by fire results, we will pay for that resulting loss or damage.

   b. **Burst Piping:** Rupture or bursting of water pipes (other than Automatic Sprinkler Systems) unless caused by a Covered Cause of Loss.

   c. **Water Discharge:** Leakage or discharge of water or steam resulting from the breaking or cracking of any part of a system or appliance containing water or steam (other than an Automatic Sprinkler System), unless the system or appliance is damaged by a Covered Cause of Loss.

   d. **Steam Apparatus:** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.

   But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage.

   e. **Mechanical Breakdown:** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

   But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

3. **Business Income and Extra Expense Exclusions.** We will not pay for:

   a. Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

      (1) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      (2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

   b. Any other consequential loss.

C. **LIMITS OF INSURANCE**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1000 per sign in any one occurrence.

3. The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

4. **Building Limit – Automatic Increase**

   a. The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase will be:

      (1) The Building limit that applied on the most recent of the policy inception date, the policy anniversary date or any other policy change amending the Building limit, times

      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Building limit, divided by 365.

   Example:

   If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

   The amount of increase is

   $100,000 X .08 X 146 ÷ 365 = $3200.

5. **Business Personal Property Limit – Seasonal Increase**

   a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

   b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

BP 00 01 0689   0689
4061358
10/23/07

17 0004908688 1 03

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

### D. DEDUCTIBLES

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is $250:

   a. Burglary and Robbery;
   b. Employee Dishonesty;
   c. Exterior Grade Floor Glass; and
   d. Outdoor Signs.

   But this $250 deductible will not increase the deductible shown in the Declarations. This deductible will be used to satisfy the requirements of the deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

   a. Fire Department Service Charge;
   b. Business Income; and
   c. Extra Expense.

### E. PROPERTY LOSS CONDITIONS

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   You must see that the following are done in the event of loss or damage to Covered Property:

   a. Notify the police if a law may have been broken.
   b. Give us prompt notice of the loss or damage. Include a description of the property involved.
   c. As soon as possible, give us a description of how, when and where the loss or damage occurred.
   d. Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the limit of insurance.
   e. At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.
   f. Permit us to inspect the property and records proving the loss or damage.

      Also permit us to take samples of damaged property for inspection, testing and analysis.
   g. If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.
   h. Send us a signed, sworn statement of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
   i. Cooperate with us in the investigation or settlement of the claim.
   j. Resume all or part of your "operations" as quickly as possible.

4. **Legal Action Against Us**

   No one may bring a legal action against us under this insurance unless:

   a. There has been full compliance with all of the terms of this insurance; and
   b. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

5. **Limitation — Electronic Media and Records**

   We will not pay for any loss of Business Income

Copyright, Insurance Services Office, Inc., 1985, 1989

00732271700049086880729600000

Insured

caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

a. 60 consecutive days from the date of direct physical loss or damage; or

b. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

Example No. 1:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 – September 1. Loss during the period September 2 – October 1 is not covered.

Example No. 2:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 – September 29 (60 consecutive days). Loss during the period September 30 – October 15 is not covered.

6. **Loss Payment**

In the event of loss or damage covered by this policy:

a. At our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

b. We will give notice of our intentions within 30 days after we receive the sworn statement of loss.

c. We will not pay you more than your financial interest in the Covered Property.

d. We will determine the value of Covered Property as follows:

(1) At replacement cost (without deduction for depreciation), except as provided in (2) through (7) below.

(a) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(b) We will not pay on a replacement cost basis for any loss or damage:

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

(c) We will not pay more for loss or damage on a replacement cost basis than the least of:

(i) The cost to replace, on the same premises, the lost or damaged property with other property:

i. Of comparable material and quality; and

ii. Used for the same purpose; or

(ii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

(2) If the "Actual Cash Value – Buildings" option applies, as shown in the Declarations, paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

(3) The following property at actual cash value:

(a) Used or second-hand merchandise held in storage or for sale;

(b) Property of others;

(c) Household contents, except personal property in apartments or

BANKERS
INSURANCE GROUP

17 0004908688 1 03

BP 00 01 0689  0689
4061358
10/23/07

   rooms furnished by you as landlord;

   (d) Manuscripts;

   (e) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

   (4) Glass at the cost of replacement with safety glazing material if required by law.

   (5) Tenants' Improvements and Betterments at:

   (a) Replacement cost if you make repairs promptly.

   (b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

   (i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

   (ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

   If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

   (c) Nothing if others pay for repairs or replacement.

   (6) Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

   (a) Blank materials for reproducing the records; and

   (b) Labor to transcribe or copy the records.

   (7) Applicable only to the Optional Coverages:

   (a) Money at its face value; and

   (b) Securities at their value at the close of business on the day the loss is discovered.

   The value of United States Government Internal Revenue taxes and custom duties and refundable state and local taxes paid or fully determined on the following property held for sale will not be considered in determining the value of Covered Property:

   (a) Distilled spirits;

   (b) Wines;

   (c) Rectified products; or

   (d) Beer.

   e. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

   f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

   g. We will pay for covered loss or damage within 30 days after we receive the sworn statement of loss, if:

   (1) You have complied with all of the terms of this policy; and

   (2) (a) We have reached agreement with you on the amount of loss; or

   (b) An appraisal award has been made.

7. **Recovered Property**

   If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

8. **Resumption of Operations**

   We will reduce the amount of your:

   a. Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

   b. Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

9. **Vacancy**

   If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

   a. Not pay for any loss or damage caused by:

   (1) Vandalism; or

   (2) Sprinkler leakage, unless you have protected the system against freezing.

0073227170004908688072960000

Copyright, Insurance Services Office, Inc., 1985, 1989

Page 9 of 14

Insured

b. Reduce the amount we would otherwise pay for the loss or damage by 15%.

A building is vacant when it does not contain enough business personal property to conduct customary "operations."

Buildings under construction are not considered vacant.

## F. PROPERTY GENERAL CONDITIONS

### 1. Control of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### 2. Mortgage Holders

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this policy will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

### 3. No Benefit to Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### 4. Policy Period, Coverage Territory

Under this form:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

## G. OPTIONAL COVERAGES

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

### 1. Outdoor Signs

a. We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

b. Paragraph A.3., Covered Causes of Loss,

Case 2:05-cv-04182-SRD-JCW   Document 11045-5   Filed 02/04/08   Page 10 of 15

**BANKERS**
INSURANCE GROUP

17 0004908688 1 03

BP 00 01 0689   0689
4061358
10/23/07

and Section **B.**, Exclusions, do not apply to this Optional Coverage, except for:

(1) Paragraph **B.1.c.**, Governmental Action;

(2) Paragraph **B.1.d.**, Nuclear Hazard; and

(3) Paragraph **B.1.f.**, War and Military Action.

c. We will not pay for loss or damage caused by or resulting from:

(1) Wear and tear;

(2) Hidden or latent defect;

(3) Rust;

(4) Corrosion; or

(5) Mechanical breakdown.

d. The most we will pay for loss of or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

e. The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

2. **Exterior Grade Floor Glass**

a. We will pay for direct physical loss of or damage to all exterior grade floor and basement glass, including all lettering and ornamentation, located at the described premises and:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

b. We will also pay for necessary:

(1) Expenses incurred to put up temporary plates or board up openings;

(2) Repair or replacement of encasing frames; and

(3) Expenses incurred to remove or replace obstructions.

c. Paragraphs **A.3.**, Covered Causes of Loss, and Section **B.**, Exclusions, do not apply to this Optional Coverage, except for:

(1) Paragraph **B.1.c.**, Governmental Action;

(2) Paragraph **B.1.d.**, Nuclear Hazard; and

(3) Paragraph **B.1.f.**, War and Military Action.

d. We will not pay for loss or damage caused by or resulting from:

(1) Wear and tear;

(2) Hidden or latent defect;

(3) Corrosion; or

(4) Rust.

3. **Burglary and Robbery**

a. We will pay for direct physical loss of or damage to Business Personal Property, including money and securities, at the described premises resulting directly from actual or attempted:

(1) Burglary, meaning the taking of property from inside the described premises by a person unlawfully entering or leaving the premises as evidence by marks of forcible entry or exit; or

(2) Robbery, meaning the taking of property from the care and custody of a person by one who has:

(a) Caused or threatened to cause that person bodily harm; or

(b) Committed an obviously unlawful act witnessed by the person from whom the property was taken.

b. Coverage for money and securities extends to that property while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having care and custody of the property, at the described premises, or in transit between any of these places.

c. We will not pay for loss or damage:

(1) To household and personal effects in living quarters occupied by you, your partner, officer, director or stockholder or any relative of any of these.

(2) To accounts, deeds, evidences of debt and manuscripts.

(3) Of property that is missing when there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory.

(4) Resulting from any dishonest or criminal act:

(a) That you or any of your partners commit whether acting alone or in collusion with other persons; or

(b) Committed by any of your employees, directors, trustees or authorized representatives:

(i) Acting alone or in collusion with other persons; or

(ii) While performing services for you or otherwise.

(5) Resulting from voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

(6) Of property that has been transferred to

Copyright, Insurance Services Office, Inc., 1985, 1989

a person or place outside the described premises on the basis of unauthorized instructions.

(7) Resulting from delay, loss of use or loss of market.

(8) Occurring during a fire at the described premises.

d. The most we will pay for loss or damage in any one occurrence is:

(1) The limit shown in the Declarations for Inside the Premises for money and securities while:

(a) In or on the described premises; or

(b) Within a bank or savings institution;

(2) The limit shown in the Declarations for Outside the Premises for money and securities while anywhere else; and

(3) 25% of the Business Personal Property Limit of Insurance for all other property. But each of the following types of property are covered only up to $2500:

a. Furs, fur garments and garments trimmed with fur;

b. Jewelry, watches, watch movements, jewels, precious and semi-precious stones, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item; and

c. Patterns, dies, molds and forms.

e. All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

4. **Employee Dishonesty**

a. We will pay for direct loss of or damage to Business Personal Property, including money and securities, resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

b. We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.

(2) The only proof of which as to its existence or amount is:

(a) An inventory computation; or

(b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

d. All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Optional Coverage does not apply to any employee immediately upon discovery by:

(1) You; or

(2) Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were com-

**BANKERS** INSURANCE GROUP   17 0004908688 1 03

BP 00 01 0689   0689
4061358
10/23/07

mitted or occurred.

i. The insurance under paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

 (1) This Optional Coverage as of its effective date; or

 (2) The prior insurance had it remained in effect.

5. **Mechanical Breakdown**

 a. We will pay for direct damage to Covered Property caused by an Accident to an Object. The Object must be:

  (1) Owned by you or in your care, custody or control; and

  (2) At the described premises.

 b. Accident means a sudden and accidental breakdown of the Object or a part of the Object. At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

 c. None of the following is an Accident:

  (1) Depletion, deterioration, corrosion or erosion;

  (2) Wear and tear;

  (3) Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

  (4) Breakdown of any vacuum tube, gas tube or brush;

  (5) Breakdown of any electronic computer or electronic data processing equipment;

  (6) Breakdown of any structure or foundation supporting the Object or any of its parts;

  (7) The functioning of any safety or protective device; or

  (8) The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

 d. Object means any of the following equipment:

  (1) Boiler and Pressure Vessels:

   (a) Steam heating boilers and condensate return tanks used with them;

   (b) Hot water heating boilers and expansion tanks used with them;

   (c) Hot water supply boilers;

   (d) Other fired or unfired vessels used for maintenance or service of the described premises but not used for processing or manufacturing;

   (e) Steam boiler piping, valves, fittings, traps and separators, but only if they:

    (i) Are on your premises or between parts of your premises;

    (ii) Contain steam or condensate of steam; and

    (iii) Are not part of any other vessel or apparatus;

   (f) Feed water piping between any steam boiler and a feed pump or injector.

  (2) Air Conditioning Units — Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

   (a) Inductors, convectors and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

   (b) Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

   (c) Vessels heated directly or indirectly that:

    (i) Form part of an absorption type system; and

    (ii) Function as a generator, regenerator or concentrator;

   (d) Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

   (e) Control equipment used solely with the system.

 e. Object does not mean:

  (1) As Boiler and Pressure Vessels:

   (a) Equipment that is not under internal vacuum or internal pressure other than weight of contents;

   (b) Boiler settings;

   (c) Insulating or refractory material; or

   (d) Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

  (2) As Air Conditioning Units, any:

   (a) Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any

Copyright, Insurance Services Office, Inc., 1985, 1989

Insured

0073227170004908688072960000

water piping leading to or from that source; or

(b) Wiring or piping leading to or from the unit.

f.  We will not pay for an Accident to any Object while being tested.

g. **Suspension**

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to the Object. This can be done by delivering or mailing a written notice of suspension to:

(1) Your last known address; or

(2) The address where the Object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

H. **PROPERTY DEFINITIONS**

1. "Operations" means your business activities occurring at the described premises.

2. "Period of Restoration" means the period of time that:

    a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

    b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

    "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    (1) Regulates the construction, use or repair or requires the tearing down of any property; or

    (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the affects of "pollutants."

    The expiration date of the policy will not cut short the "period of restoration."

3. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

```
BBOP17.302  1197   1197
            4061358
            10/23/07
```

**BANKERS**
INSURANCE GROUP

Bankers Insurance Company

Policy Number

17 0004908688 1 03
5000 00000 BBOP

Date

10/23/07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM AMENDMENT - BUSINESS INCOME AND EXTRA EXPENSE
## LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

The following replaces A.4.d. in the Businessowners Property Coverage Form:

**d. Business Income**

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to property at the described premises, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from any Covered Cause of Loss.

We will only pay for loss of Business Income that occurs within 6 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

Business Income means the:

(1) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

(2) Continuing normal operating expenses incurred, including payroll.

The following replaces A.4.e. in the Businessowner Property Coverage Form;

**e. Extra Expenses**

We will pay necessary Extra Expense you incur during the "period of restoration" that would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal in the open (or in a vehicle) within 100 feet, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and to continue "operations."

   (a) At the described premises; or

   (b) At replacement premises or at temporary locations, including:

      (i) Relocation expenses; and

      (ii) Costs to equip and operate the replacement or temporary locations.

(2) To minimize the suspension of business if you cannot continue "operations."

(3) (a) To repair or replace any property; or

   (b) To research, replace or restore the lost information on damaged valuable papers and records;

   to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage d., Business Income.

We will only pay for Extra Expense that occurs within 6 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

Page 1 of 1

0073227170004908688072960000

Insured

BO 175 0187 0187
4061358
10/23/07

**BANKERS**
INSURANCE GROUP

Bankers Insurance Company

Policy Number

17 0004908688 1 03
5000 00000 BBOP

Date

10/23/07

# QUICK REFERENCE
## STANDARD BUSINESSOWNERS POLICY
## READ YOUR POLICY CAREFULLY
BO 175 (1-87)

The Standard Businessowners Policy consists of Declarations, one or more Coverage Forms, Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Policy, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown.

DECLARATIONS

Named Insured and Mailing Address
Policy Period
Business Description
Coverage Provided and Limits of Insurance
Optional Coverages
Liability and Medical Payments
Forms and Endorsements applying to the Policy at time of issue

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM

A. Coverage
  1. Covered Property
  2. Property Not Covered
  3. Covered Causes Of Loss
  4. Additional Coverages
  5. Coverage Extensions
B. Exclusions
C. Limits Of Insurance
D. Deductibles
E. Property Loss Conditions
  1. Abandonment
  2. Appraisal
  3. Duties In The Event Of Loss Or Damage
  4. Legal Action Against Us
  5. Limitation — Electronic Media And Records
  6. Loss Payment
  7. Recovered Property
  8. Resumption Of Operations
  9. Vacancy
F. Property General Conditions
  1. Control Of Property
  2. Mortgage Holders
  3. No Benefit To Bailee
  4. Policy Period, Coverage Territory
G. Optional Coverages
  1. Outdoor Signs
  2. Exterior Grade Floor Glass
  3. Burglary And Robbery
  4. Employee Dishonesty
  5. Mechanical Breakdown
H. Property Definitions
  1. "Operations"
  2. "Period Of Restoration"
  3. "Pollutants"

BUSINESSOWNERS LIABILITY COVERAGE FORM

A. Coverages
  1. Business Liability
  2. Medical Expenses
B. Exclusions
  1. Applicable To Business Liability Coverage
  2. Applicable To Medical Expenses Coverage
  3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage — Nuclear Energy Liability Exclusion
C. Who Is An Insured
D. Liability And Medical Expenses Limits Of Insurance
E. Liability And Medical Expenses General Conditions
  1. Bankruptcy
  2. Duties In The Event Of Occurrence, Claim Or Suit
  3. Financial Responsibility Laws
  4. Legal Action Against Us
  5. Separation Of Insureds
F. Liability And Medical Expenses Definitions
  1. "Advertising Injury"
  2. "Auto"
  3. "Bodily Injury"
  4. "Coverage Territory"
  5. "Impaired Property"
  6. "Insured Contract"
  7. "Loading Or Unloading"
  8. "Mobile Equipment"
  9. "Occurrence"
  10. "Personal Injury"
  11. "Products-Completed Operations Hazard"
  12. "Property Damage"
  13. "Suit"
  14. "Your Product"
  15. "Your Work"

BUSINESSOWNERS COMMON POLICY CONDITIONS

A. Cancellation
B. Changes
C. Concealment, Misrepresentation Or Fraud
D. Examination Of Your Books And Records
E. Inspections And Surveys
F. Insurance Under Two Or More Coverages
G. Liberalization
H. Other Insurance
I. Premiums
J. Transfer Of Rights Of Recovery Against Others To Us
K. Transfer Of Your Rights And Duties Under This Policy

ENDORSEMENTS (If Any)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1986
Page 1 of 1

0073227170004908680729600000

Insured