An occurrence means all loss caused by or involving any one person regardless of the number of covered instruments involved.

A covered instrument means any check, draft, promissory note, bill of exchange, or similar written promise, order or direction to pay a certain sum of money drawn against your accounts.

We will not pay for loss resulting from dishonest acts committed by any of your employees acting alone or in collusion with others.

### i. Attached Signs

We will pay up to $1,000 in any one occurrence for direct loss caused by a Covered Cause of Loss to signs you own which are:
(1)  Attached to the outside of the building insured; or
(2)  Attached to the outside of the building containing insured business personal property.

### j. Glass

Where glass has been damaged by a covered cause of loss, we will also pay for necessary:
(a)  Expenses incurred to put up temporary plates or boarding up openings;
(b)  Repair or replacement of encasing frames; and
(c)  Expenses incurred to remove or replace obstructions.

We will not pay more than $500 for expenses incurred by you under (a), (b) and (c) above, which occurs at any one time.

### k. On-Premises Swimming Pool

We will pay up to $5,000 in any one occurrence for damage by a Covered Cause of Loss to your on-premises swimming pool.

BP 00 09 0689  0689
4061358
10/23/07

**BANKERS**
INSURANCE GROUP

Bankers Insurance Company

Policy Number

17  0004908688  1  03
5000  00000  BBOP

Date

10/23/07

# BUSINESSOWNERS COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a covered cause of loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for,

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. CONCEALMENT, MISREPRESENTATION OR FRAUD

This policy is void in any case of fraud by you or as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this policy.

BP 00 09 06 89
Copyright, Insurance Services Office, Inc., 1984, 1988
Page 1 of 3

00732271700049086880729600000

Insured

D. **EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

E. **INSPECTIONS AND SURVEYS**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or
2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

F. **INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

G. **LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

H. **OTHER INSURANCE**

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.
2. Business Liability Coverage is excess over any other insurance that insures for direct physical loss or damage.
3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

I. **PREMIUMS**

1. The first Named Insured shown in the Declarations:
   a. Is responsible for the payment of all premiums; and
   b. Will be the payee for any return premiums we pay.
2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.
3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:
   a. Paid to us prior to the anniversary date; and
   b. Determined in accordance with paragraph 2. above.

   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.
4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

J. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

1. Applicable to Businessowners Property coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:
   a. Prior to a loss to your Covered Property.
   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:
      (1) Someone insured by this insurance;
      (2) A business firm:
          (a) Owned or controlled by you; or
          (b) That owns or controls you; or
      (3) Your tenant.

Copyright, Insurance Services Office, Inc., 1984, 1988
BP 00 09 06 89

**BANKERS**
INSURANCE GROUP

17 0004908688 1 03

BP 00 09 0689    0689
4061358
10/23/07

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

2. Applicable to Businessowners Liability coverage:

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

K. **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

In witness whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_____
Secretary

_____
President

00732271700049086880729600000

Insured

BP 10 04 0498  0702
4061358
10/23/07

**BANKERS**
INSURANCE GROUP

Bankers Insurance Company

BUSINESSOWNERS
**Date**

**Policy Number**

17 0004908688 1 03
5000 00000 BBOP

10/23/07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD AND SPECIAL PROPERTY COVERAGE FORMS including any attached endorsement that may provide specialized coverage on computers.

The following exclusion is added to Paragraph **B., Exclusions** in the Businessowners Standard and Special Property Coverage Forms:

1. We will not pay for loss or damage, caused by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

    a. The failure, malfunction or inadequacy of:

    (1) Any of the following, whether belonging to any insured or to others:

    (a) Computer hardware, including microprocessors or other Electronic Data Processing Equipment as may be described elsewhere in this policy.

    (b) Computer application software or other Electronic Media and Records as may be described elsewhere in this policy;

    (c) Computer operating systems and related software;

    (d) Computer networks;

    (e) Microprocessors (computer chips) not part of any computer system; or

    (f) Any other computerized or electronic equipment or components; or

    (2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **1.a.(1)** of this endorsement;

    due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

    b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **1.a.** of this endorsement.

2. If excluded loss or damage, as described in Paragraph **1.a.** of this endorsement results in:

    a. A "Specified Cause of Loss" under the Businessowners Special Property Coverage Form; or

    b. A Covered Cause of Loss under the Businessowners Standard Property Coverage Form;

    we will pay only for the loss or damage caused by such "Specified Cause of Loss" or Covered Cause of Loss.

3. We will not pay for repair, replacement or modification of any items in **1.a.(1)** or **1.a.(2)** of this endorsement to correct any deficiencies or change any features.

Copyright, Insurance Services Office, Inc., 1998

Page 1 of 1

00732271700049086880729600000

Insured

BBOP99.106  1102   1102
4061358
10/23/07

**BANKERS**
**INSURANCE GROUP**

Bankers Insurance Company

Policy Number

17 0004908688 1 03
5000 00000 BBOP

Date

10/23/07

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

Schedule No.                         Premises:

The following is added to the Businessowners Liability Coverage Form:

This insurance applies only to "bodily injury," "property damage," "personal injury," "advertising injury" and medical expenses arising out of:

1. Operations necessary or incidental to a premises owned by or rented to the named insured which is shown on the schedule of insurance.

**Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.**

Page 1 of 1

0073227170004908688072960000

Insured

BP 04 17 0689 0689
4061358
10/23/07

**BANKERS**
**INSURANCE GROUP**

Bankers Insurance Company

Policy Number

17 0004908688 1 03
5000 00000 BBOP

Date

10/23/07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

BP 04 17 06 89

# EMPLOYMENT – RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

The following exclusion is added to Section **B. EXCLUSIONS** of the Businessowners Liability Coverage Form:

This insurance does not apply to "bodily injury" or "personal injury" arising out of any:

a. Refusal to employ;

b. Termination of employment;

c. Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

d. Consequential "bodily injury" or "personal injury" as a result of **a.** through **c.** above.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1989

Page 1 of 1

00732271700049086880729600000

Insured

BGL 99.300 0395  0395
4061358
10/23/07

**BANKERS**
**INSURANCE GROUP**

Bankers Insurance Company

Policy Number

17 0004908688 1 03
5000 00000 BBOP

Date

10/23/07

## EXCLUSION - ASBESTOS - ABSOLUTE

(The following information is required only when this endorsement is issued subsequent to the preparation of the policy.)

Effective Date:

Issued to:                                    By:

It is understood and agreed that this policy shall not apply to any liability for bodily injury, personal injury or property damage arising out of:

1. The use of asbestos in constructing or manufacturing any good, product or structure.
2. The removal of asbestos from any good product or structure.
3. The manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos;
4. Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos.

The coverage afforded by this policy does not apply to payment for the investigation or defense of any loss injury or damage or any cost, fine or penalty or for any expense or claim or suit related to any of the above.

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

Page 1 of 1

00732271700049086880729600000

Insured

BP 01 30 0702   0702
4061358
10/23/07

**BANKERS**
INSURANCE GROUP

Bankers Insurance Company

BUSINESSOWNERS
**Policy Number**                              Date
17 0004908688 1 03                            10/23/07
5000 00000 BBOP

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOUISIANA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

A. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following, which applies unless Paragraph **B.** of this endorsement applies.

   **2. Notice Of Cancellation**

   a. Cancellation Of Policies In Effect For Fewer Than 60 Days Which Are Not Renewals

   If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

   (1) Cancellation for nonpayment of premium

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

   (2) Cancellation for any other reason

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

   b. Cancellation Of Renewal Policies And New Policies In Effect For 60 Days Or More

   If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

   (1) Nonpayment of premium;

   (2) Fraud or material misrepresentation made by you or with your knowledge with the intent to deceive in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

   (3) Activities or omissions by you which change or increase any hazard insured against;

   (4) Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision;

   (5) Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

   (6) The insured's violation or breach of any policy terms or conditions; or

   (7) Any other reasons that are approved by the Commissioner of Insurance.

   We will mail or deliver written notice of cancellation under Paragraph **A.2.b.**, to the first Named Insured at least:

   (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (b) 30 days before the effective date of cancellation if we cancel for a reason described in Paragraphs **A.2.b.(2)** through **(7)** above.

B. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following, which applies with respect to premium payments due on new and renewal policies, including installment payments.

   **2. Notice Of Cancellation**

   a. If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs **B.2.b.** and **B.2.c.**

© ISO Properties, Inc., 2001
**Page 1 of 3**

0073227170004908688072960000

Insured

b. We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

c. The cancellation notice will also advise you that the policy wil be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation was mailed.

C. Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5. Premium Refund**

If this policy is cancelled, we will return any premium refund due, subject to Paragraphs **C.5.a., C.5.b., C.5.c.,** and **C.5.d.** The cancellation will be effective even if we have not made or offered a refund.

a. If we cancel, the refund will be pro rata.

b. If the first Named Insured cancels, the refund may be less than pro rata, and will be returned within 30 days after the effective date of cancellation.

c. We will send the refund to the first Named Insured unless Paragraph **C.5.d.** applies.

d. If we cancel based on Paragraph **B.2.** of this endorsement, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in **B.2.c.** If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

D. Paragraph **1.** of the **Premiums** Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premium we pay, unless another person or entity is entitled to be the payee in accordance with Paragraph **C.** of this endorsement.

E. Paragraph **f.** of the **Mortgageholders** Property General Conditions is replaced by the following:

If we cancel a policy that has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2) 60 days before the effective date of cancellation, if we cancel for any other reason.

If we cancel a policy that has been in effect for 60 days or more, or is a renewal of a policy we issued, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2) 30 days before the effective date of cancellation, if we cancel for any other reason.

F. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2. We need not mail or deliver this notice if:

   a. We or another company within our insurance group have offered to issue a renewal policy; or

   b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

3. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

4. Such notice to the insured shall include the insured's loss run information for the period the policy has been in force within, but not to exceed, the last three years of coverage.

© ISO Properties, Inc., 2001

**BANKERS** INSURANCE GROUP   17 0004908688 1 03

BP 01 30 0702   0702
4061358
10/23/07

G. Paragraph **J.1.** of the **Transfer Of Rights Of Recovery Against Others To Us** - Common Policy Condition is replaced by the following:

1. Applicable to Businessowners Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   1. Prior to a loss to your Covered Property or Covered Income.

   2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

      a. Someone insured by this insurance;

      b. A business firm:

         (1) Owned or controlled by you; or

         (2) That owns or controls you;

      c. Your employee or employer;

      d. The owner, lessor or tenant of the:

         (1) Described premises; or

         (2) Premises where loss or damage occurred;

         including their employees, partners and stockholders; or

      e. Your relative by blood or marriage.

      If you waive your rights against another party in writing after a loss, we can recover from you any amount you received for that waiver. But we cannot recover more than the amount we paid you for that loss.

H. In the **Who Is An Insured** Section of the Businessowners Liability Coverage Form, the term "executive officer" means only a person holding any of the officer positions created by your charter, constitution or by-laws.

© ISO Properties, Inc., 2001

Page 3 of 3

00732271700049086880729600000

Insured

```
                                                        BBOP17.307  0697   0697
                                                        4061358
                                                        10/23/07
```

**BANKERS**
**INSURANCE GROUP**

Bankers Insurance Company

Policy Number

17 0004908688 1 03
5000 00000 BBOP

Date

10/23/07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LOUISIANA CHANGES – WINDSTORM OR HAIL DEDUCTIBLES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**SCHEDULE\***

| Prem. No. | Bldg. No. | Deductible Clause (1%, 2%, Or 5%) |
|---|---|---|
|  |  |  |

### WINDSTORM OR HAIL DEDUCTIBLE CLAUSES

If loss or damage to Covered Property is caused by or results from Windstorm or Hail, the following Deductible Clauses replace Item 1. of the DEDUCTIBLES section. A 1%, 2%, or 5% Deductible Clause, as described in paragraphs a., b. and c. below, must be indicated in the Schedule above.

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

   a. **1% Deductible Clause**

      (1) 1% of the actual cash value of the Covered Property up to $1,000,000; plus

      (2) 0.5% of the actual cash value of the Covered Property in excess of $1,000,000 up to $3,000,000; plus

      (3) 0.25% of the actual cash value of the Covered Property in excess of $3,000,000.

      But this Deductible will not be:

      (a) Less than $500; or

      (b) More than $25,000.

   b. **2% Deductible Clause**

      (1) 2% of the actual cash value of the Covered Property up to $1,000,000; plus

      (2) 1% of the actual cash value of the Covered Property in excess of $1,000,000 up to $3,000,000; plus

      (3) 0.5% of the actual cash value of the Covered Property in excess of $3,000,000.

      But this Deductible will not be:

      (a) Less than $1,000; or

      (b) More than $50,000.

   c. **5% Deductible Clause**

      (1) 5% of the actual cash value of the Covered Property up to $1,000,000; plus

      (2) 2.5% of the actual cash value of the Covered Property in excess of $1,000,000 up to $3,000,000; plus

      (3) 1.25% of the actual cash value of the Covered Property in excess of $3,000,000.

      But this Deductible will not be:

      (a) Less than $2,500; or

      (b) More than $125,000.

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Page 1 of 1

0073227170004908688072960000

Insured

IL 02 77 0294  0294
4061358
10/23/07

**BANKERS**
INSURANCE GROUP

Bankers Insurance Company

Policy Number

17 0004908688 1 03
5000 00000 BBOP

Date

10/23/07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 02 77 02 94

# LOUISIANA CHANGES — CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESSOWNERS POLICY
    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART*
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

*This endorsement does not apply to coverage provided for employee dishonesty (Coverage Form A), or public employee dishonesty (Coverage Forms O and P).

A. Paragraphs 2. and 5. of the CANCELLATION Common Policy Condition are replaced by the following:

    **2. NOTICE OF CANCELLATION**

        **a. CANCELLATION OF POLICIES IN EFFECT FOR FEWER THAN 60 DAYS AND NOT RENEWALS**

        If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

        (1) Cancellation for nonpayment of premium

        We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

        (2) Cancellation for any other reason

        We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

        **b. CANCELLATION OF RENEWAL POLICIES AND NEW POLICIES IN EFFECT FOR 60 DAYS OR MORE**

        If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

(3) Activities or omissions by you which change or increase any hazard insured against;

(4) Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision;

(5) Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

(6) The insured's violation or breach of any policy terms or conditions; or

(7) Any other reasons that are approved by the Commissioner of Insurance.

We will mail or deliver written notice of cancellation under this item **2.b.**, to the first Named

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

Page 1 of 2

0073227170004908688072960000

Insured

Insured at least:

   (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (b) 20 days before the effective date of cancellation if we cancel for a reason described in **2.b.(2)** through **(7)** above.

5. **PREMIUM REFUND**

   If this policy is cancelled, we will send the first Named Insured any premium refund due, subject to paragraphs **5.a.** and **5.b.** The cancellation will be effective even if we have not made or offered a refund.

   a. If we cancel, the refund will be pro rata.

   b. If the first Named Insured cancels, the refund may be less than pro rata, and will be sent to the first Named Insured within 30 days after the effective date of cancellation.

B. Paragraph f. of the MORTGAGE HOLDERS Condition in the Businessowners Policy and Commercial Property Coverage Part and paragraph 4.(f) of the Mortgage Holders Condition in the Farm Coverage Part is replaced by the following:

   If we cancel this policy, we will give written notice to the mortgage holder at least:

      (1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

      (2) 20 days before the effective date of cancellation, if we cancel for any other reason.

C. The following is added and supersedes any other provision to the contrary:

   **NONRENEWAL**

   1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

   2. We need not mail or deliver this notice if:

      a. We or another company within our insurance group have offered to issue a renewal policy; or

      b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

   3. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

BGL 99.306 0596 0596
4061358
10/23/07

**BANKERS**
**INSURANCE GROUP**

Bankers Insurance Company

Policy Number

17 0004908688 1 03
5000 00000 BBOP

Date

10/23/07

# LEAD CONTAMINATION EXCLUSION

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
GARAGE COVERAGE FORM
BUSINESSOWNERS LIABILITY COVERAGE FORM

Coverage is excluded for "bodily injury," "property damage," "personal injury," "advertising injury," and medical expenses arising out of the actual, alleged or threatened ingestion, inhalation, absorption, contamination or exposure, in any way, to lead, lead-based products, or property containing lead, in any form.
We shall not defend or indemnify for any loss, cost, expense, demand, suit, or order, including any claims or suit by or on behalf of a government authority or agency relating to testing, monitoring, cleaning up, removing, containing, treating, detoxifying, abating or neutralizing, or in any way responding to, or assessing the effects of lead.

Page 1 of 1

0073227170004908688072960000

Insured

**BANKERS**
INSURANCE GROUP

Bankers Insurance Company
P.O. Box 33060
St. Petersburg, FL 33733
1-800-627-0000

BXXX99.206 0305 0305
4061358
10/23/07

**Policy Number**
17 0004908688 1 03
5000 00000 BBOP

**Date of Notice**
10/23/07

This Privacy Statement is provided by Bankers Financial Corporation and its subsidiary companies (collectively called "Bankers"): including but not limited to Bankers Insurance Group; Bankers Insurance Company; Bankers Life Insurance Company; First Community Insurance Company; Bankers Underwriters of Texas, Inc.; Bankers Underwriters, Inc.; Bankers Credit Insurance Services, Inc.; Bankers Insurance Services, Inc.; G.D. Van Wagenen Financial Services, Inc.; Bonded Builders Home Warranty, Association; Bonded Builders Insurance Services, Inc.; Bankers Surety Services, Inc.

To our Customers: As your insurance company, we recognize our obligation to keep information about you secure and confidential. Most of the information we use in evaluating your application and servicing your policy comes to us directly from you. In addition, we may collect nonpublic personal information from your application and from any of your transactions with Bankers or other companies. Depending on your insurance coverage, we may also collect information about you from third parties, such as other people proposed for coverage under your policy or the state Motor Vehicle Department concerning your driving report. We may also receive information about you from a consumer reporting agency.

We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. In some cases this may mean information can be disclosed to third parties without your authorization; however, we maintain physical, electronic and procedural safeguards that comply with state and federal regulations to guard your nonpublic personal information. Information about you is given to those of our employees who need it in order to provide you with products, benefits or services.

You have the right to obtain access to certain information and the right to request correction of information you feel is inaccurate. A copy of our detailed privacy policy can be found on our website at www.bankersinsurance.com.

To have a copy of our detailed privacy policy mailed to you or to access your information, write: Privacy Compliance, Bankers Insurance Group, 360 Central Avenue, St. Petersburg, FL 33701.

Important Notice:

In compliance with requirements of the Fair Credit Reporting Act (Public Law 91-508), Bankers advises that as part of our routine procedure for reviewing applications for certain types of insurance or renewals of certain policies, we may procure a consumer report including information as to the consumer's character, general reputation, personal characteristics or mode of living. If such insurance is for an individual and is primarily for personal, family or household purposes, such information may be obtained through personal interviews with neighbors, friends or others with whom the consumer is acquainted. Upon request to our company, in the manner as noted above, we will provide in writing a complete and accurate disclosure of the nature and scope of the consumer report requested or advise that no investigation was conducted.

007322271700049086880729600000                          Insured

BXXX99.207 0202  0502
4061358
10/23/07

**BANKERS**
**INSURANCE GROUP**

Bankers Insurance Company

**Policy Number**
17  0004908688  1  03
5000  00000  BBOP

**Date**
10/23/07

# SIGNATURE ENDORSEMENT

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state laws, this policy shall not be valid unless countersigned by our authorized representative.

Secretary

President

00732271700049086880729600000

Page 1 of 1

Insured