UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

# FIRST SUPPLEMENT TO JOINT EXHIBIT LIST IN SUPPORT OF PLAINTIFFS' AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION CONCERNING IMMUNITY UNDER 33 U.S.C. § 702(c)

The parties hereby supplement the comprehensive Joint Exhibit List (R.D. 10432) used in support of both parties' respective motions for summary judgment/summary adjudication concerning immunity under 33 U.S.C. § 702(c). A complete copy of each supplemental exhibit or, if the exhibit is incomplete, the most complete version of the exhibit in the parties' possession, custody, or control, is enclosed on a CD-ROM.

| Exh. No. | Document | Date |
|---|---|---|
| 85 | Deposition Transcript: John Day, Nov 19, 2007 | 19-Nov-07 |
| 86 | Deposition Transcript: Shea Penland, Nov 20, 2007 | 20-Nov-07 |
| 87 | House Doc. No. 79-2165 (1946), Authorizations for Reservoirs, Levees, and Flood Walls for Flood Control, Flood Control Act of 1946 | 46-May-29 |

1

Dated:  February 4, 2008              Respectfully submitted,

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298

**United States Department of Justice**

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Counsel, Torts Branch

JACK WOODCOCK
s/ Jack Woodcock
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4400 / (202) 616-5200 (fax)

## CERTIFICATE OF SERVICE

I, Jack Woodcock, hereby certify that on February 4, 2008, I served the First Supplement to Joint Exhibit List in Support of Plaintiffs' and Defendant's Motions for Summary Judgment/Adjudication Concerning Immunity under 33 U.S.C. § 702(c) upon all counsel of record via ECF.

s/ Jack Woodcock