**Exhibit A**

**JOINT EXHIBIT LIST IN SUPPORT OF PLAINTIFFS' AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION CONCERNING IMMUNITY UNDER 33 U.S.C. § 702(c)**

| Exh. No. | Document | Date |
|:---:|:---|:---:|
| 1 | *Graci v. United States*, 435 F. Supp. 189 (E.D. La. 1977) ("*Graci IV*") | 22-Jul-77 |
| 2 | House Doc. No. 82-245 Re: Mississippi River - Gulf Outlet (October 1, 1951) | 1-Oct-51 |
| 3 | ILIT Report | 31-Jul-06 |
| 4 | Team Louisiana: The Failure of the New Orleans Levee System During Hurricane Katrina (December 18, 2006) | 18-Dec-06 |
| 5 | USACE - New Orleans District Correspondence to Manuel Pinto (November 26, 1969) | 26-Nov-69 |
| 6 | Correspondence from Citizens Committee for Hurricane Flood Control to USACE (November 24, 1965) | 24-Nov-65 |
| 7 | 702c Expert Report (Kemp) and related appendices/exhibits | 17-Sep-07 |
| 8 | Deposition Transcript:  Army Corps 30(b)(6) Witnesses | 14-Nov-07 |
| 9 | Mississippi River - Gulf Outlet St. Bernard Parish, La. Bank Erosion Reconnaissance Report (USACE February 1988) | 1-Feb-88 |
| 10 | House Doc. No. 89-231 Re: Lake Pontchartrain and Vicinity Hurricane Protection Plan (July 6, 1965) | 6-Jul-65 |
| 11 | Integrated Final Report to Congress and Legislative Environmental Impact Statement for MRGO Deep-Draft De-authorization Study | 1-Nov-07 |
| 12 | Defendant United States' Rebuttal of Plaintiffs' Sur-Reply in Support of Opposition to Defendant's Motion to Certify (Doc. No. 6052) | 22-Jun-07 |
| 13 | 702c Expert Report (Theis) and related appendices/exhibits | 17-Sep-07 |
| 14 | 702c Expert Report (Penland) and related appendices/exhibits | 17-Sep-07 |

| 15 | Mississippi River - Gulf Outlet, Louisiana; Design Memorandum #1-B - Channels (USACE September 1958 [revised May 1959]) | 1-Sep-58 |
|---|---|---|
| 16 | Mississippi River - Gulf Outlet, Louisiana - Bank Erosion:  Issue Paper (USACE February 17, 1993) | 17-Feb-93 |
| 17 | 702c Expert Report (Day) and related appendices/exhibits | 17-Sep-07 |
| 18 | Louisiana Coastal Area Ecosystem Restoration Study | 1-Nov-04 |
| 19 | U.S. Government Accountability Office, Hurricane Protection : Statutory and Regulatory Framework for Levee Maintenance and Emergency Response for the Lake Pontchartrain Project (GAO 06-3622T) | 15-Dec-05 |
| 20 | Final IPET Report | 22-Aug-07 |
| 21 | *The Federal Response to Hurricane Katrina, Lessons Learned* (February 1, 2006) | 1-Feb-06 |
| 22 | Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, *A Failure of Initiative* | 15-Feb-06 |
| 23 | *Hurricane Katrina:  A Nation Still Unprepared (May 1, 2006)* S. Rep. No. 109-322 | 1-May-06 |
| 24 | U.S. Government Accountability Office, Army Corps of Engineers: History of the Lake Pontchartrain and Vicinity Hurricane Protection Project (GAO 06-244T) | 9-Nov-05 |
| 25 | General Accounting Office Report Re: Lake Pontchartrain and Vicinity Hurricane Protection Plan (August 31, 1976) | 31-Aug-76 |
| 26 | Douglas Woolley and Leonard Shabman, Decision-Making Chronology for the Lake Pontchartrain and Vicinity Hurricane Protection Project (USACE - June, 2007) | 1-Jun-07 |
| 27 | Deposition Transcript: Richard Varuso | 22-Aug-06 |
| 28 | Deposition Transcript: Dalrymple | 18-Sep-07 |
| 29 | Expert Report of Robert A. Dalrymple, Ph.D., P.E., N.A.E. (August 29, 2007) | 29-Aug-07 |

| 30 | Lake Pontchartrain and Vicinity Hurricane Protection Plan: Chalmette Area Plan - General Design Memorandum No. 3 (USACE November 1966) | 1-Nov-66 |
|---|---|---|
| 31 | 702c Expert Report (Bea) and related appendices/exhibits | 17-Sep-07 |
| 32 | Disposition Form with Attached Correspondence (USACE November 7, 1969) | 7-Nov-69 |
| 33 | 702c Expert Report (Arnold) and related appendices/exhibits | 17-Sep-07 |
| 34 | Construction Drawings for Lake Pontchartrain and Vicinity Hurricane Protection Plan (88 Drawings from 1982 - 1995) | |
| 35 | LPVHPP Structure Maps of New Orleans East and St. Bernard Parish (Adjusted for MSL) | 3-Jan-08 |
| 36 | LPVHPP Structure Maps of New Orleans East and St. Bernard Parish (Not Adjusted for MSL) | 3-Jan-08 |
| 37 | *An Unnatural Disaster: The Aftermath of Hurricane Katrina (September 1, 2005)* | 1-Sep-05 |
| 38 | LA Times Article, "Unfinished 1965 Project Left Gaps" | 17-Jan-06 |
| 39 | 702c Expert Report (Vrijling) and related appendices/exhibits | 17-Sep-07 |
| 40 | Deposition Transcript: Johannes Vrijling (Robinson 702c proceedings) | 8-Jan-08 |
| 41 | Lake Pontchartrain and Vicinity Hurricane Protection Plan: Chalmette Area Plan - General Design Memorandum No. 3; Supplement No. 1 (USACE September 1968) | 1-Sep-68 |
| 42 | American Society of Civil Engineers External Review Panel (ERP) Report, *The New Orleans Hurricane Protection System: What Went Wrong and Why* | 4-Jun-07 |
| 43 | Office of Management and Budget, *Agency Scorecards*, Washington D.C., available at http://www.whitehouse.gov/omb/budintegration/scorecards/agency_scorecards.html | |
| 44 | Center for Grassroots Oversight Profile:  Al Naomi | 15-Nov-07 |
| 45 | Deposition Transcript: Bob Bea | 19-Nov-07 |

| | | |
|---|---|---|
| 46 | Hurricane Protection, Louisiana (Study of Hurricane Protection Projects in Southeast Louisiana) (June 28, 2002) | 28-Jun-02 |
| 47 | Homeland Security Affairs, *Hurricane Katrina as Predictable Surprise*, Larry Irons | 1-Jan-05 |
| 48 | Article:  "Keeping its Head Above Water" | 1-Dec-01 |
| 49 | Paul Nussbaum, New Orleans' Growing Danger: Wetlands Loss Leaves City a Hurricane Hit Away from Disaster, Philadelphia Inquirer (October 8, 2004) | 8-Oct-04 |
| 50 | Order and Reasons Denying Motion to Dismiss, Doc. No. 2994 | 2-Feb-07 |
| 51 | Letter from Carey Curlin to Jack Stephens (St. Bernard Parish) (May 31, 1979) | 31-May-79 |
| 52 | Team Louisiana Report: Table 15 - Design Elevation of Protection, Pre-Katrina Elevation, Surge Level and Damage for GNO HPS Elements Exposed to Lake Pontchartrain and Lake Borgne (ft, LMSL05) (February 2007) | 1-Feb-07 |
| 53 | Polder Flood Stimulations for Greater New Orleans, Hurricane Katrina 2005, Delft University, M. Kok, M. Aalberts, B. Masskant, L. de Wit | 30-Jul-07 |
| 54 | Construction Drawings for Lake Pontchartrain and Vicinity Hurricane Protection Plan (88 Drawings from 1982 - 1995) | |
| 55 | Design and Construction of Levees (USACE # EM 1110-2-1913) (March 31, 1978 ed.) | 31-Mar-78 |
| 56 | Engineering and Design, Design and Construction of Levees, (USACE # EM 1110-2-1913) April 30, 2000 | 30-Apr-00 |
| 57 | Flood Control Act of 1965, P.L. 89-298, 79 Stat. 1073 (October 27, 1965) | 27-Oct-65 |
| 58 | United States Department of Interior - Fish and Wildlife Service; Correspondence to St. Bernard Parish Planning Commission (May 31, 1979) | 31-May-71 |
| 59 | Geological Investigation of the Mississippi River - Gulf Outlet Channel (USACE February 1958) | 1-Feb-58 |

| 60 | GAO Report, *Lake Pontchartrain and Vicinity Hurricane Protection Project*, GAO-05-1050T | 28-Sep-05 |
|----|---|---|
| 61 | Legislative History of 1928 Flood Control Act | |
| 62 | H.R. Doc. No. 82-272, Annual Report of the Chief of Engineers | 1951 |
| 63 | Legislative History of 1965 Flood Control Act | |
| 64 | Correspondence re St. Bernard citizen's complaint re MRGO and "funnel" | 21-Oct-69 |
| 65 | Technical Report No. 4, "Shore Protection, Planning and Design" | 1-Jun-66 |
| 66 | Hearing Transcript on Motion to Dismiss, Robinson v. United States, Case No. 06-2268 | 27-Oct-06 |
| 67 | Complaint of Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz against the United States and United States Army Corps of Engineers, 06-2268 R.D. 1 | 25-Apr-06 |
| 68 | Dr. G. Paul Kemp, Data Supplied to Delft Team Modeling Internal Flooding of Greater New Orleans During Hurricane Katrina (July 28, 2007) | 28-Jul-07 |
| 69 | Deposition Transcript: Paul Kemp | 27-Nov-07 |
| 70 | 702c Expert Report (Morris) and related appendicies/exhibits | 27-Sep-07 |
| 71 | MRGO Master Consolidated Class Action Complaint | 30-Mar-07 |
| 72 | R.D. 6194, Order and Reason Denying R.D. 3842, the United States' Motion for Certificate of Appealability | 7-Jul-02 |
| 73 | USACE LPVHPP General Design Memorandum No. 2, "Citrus Back Levee" | 1-Aug-67 |
| 74 | USACE LPVHPP General Design Memorandum No. 2, supplement No. 4 "New Orleans East Back Levee" | 1-Mar-71 |
| 75 | Deposition Transcript: Johannes Vrijling, In Re Katrina class certification proceedings, Vol. 1 | 16-Aug-07 |
| 76 | Deposition Transcript: Johannes Vrijling, In Re Katrina class certification proceedings, Vol. 2 | 17-Aug-07 |

| | | |
|---|---|---|
| **77** | Hydrograph Memo -"Flood Depth Changes 5 Locations 7-01-2008" | 7-Jan-08 |
| **78** | Declaration of Gerard A. Colletti (January 10, 2008) | 10-Jan-08 |
| **79** | Declaration of Alfred Naomi (January 11, 2008) | 11-Jan-08 |
| **80** | Exhibit to Declaration of Alfred Naomi | |
| **81** | Deposition Transcript: Art Theis, Nov. 8, 2007 | 8-Nov-07 |
| **82** | Map: LPV Chalmette Area Plan | |
| **83** | Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana | 1-Mar-76 |
| **84** | Mississippi River - Gulf Outlet St. Bernard Parish, La. Bank Erosion Reconnaissance Report (USACE January 1994) | 1-Jan-94 |
| **85** | Deposition Transcript: John Day, Nov 19, 2007 | 19-Nov-07 |
| **86** | Deposition Transcript: Shea Penland, Nov 20, 2007 | 20-Nov-07 |
| **87** | House Doc. No. 79-2165 (1946), Authorizations for Reservoirs, Levees, and Flood Walls for Flood Control, Flood Control Act of 1946 | 46-May-29 |