UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

### NATIONAL UNION'S MOTIONS FOR PROTECTIVE ORDER FROM REQUESTS FOR PRODUCTION, TO QUASH NOTICE OF DEPOSITION AND TO STAY DISCOVERY PENDING RESOLUTION OF THE MOTION TO DISMISS

National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), defendant, through undersigned counsel, moves for protective order and/or to quash (1) the written discovery propounded by the plaintiffs' liaison counsel and levee plaintiffs' sub-group litigation committee to National Union and (2) the notice of videotaped deposition of National Union pursuant to Rule 30(b)(5) and 30(b)(6), because National Union filed a motion to dismiss and discovery is not allowed while that motion to dismiss is pending, all as more fully explained in the attached supporting memorandum. Furthermore, National Union seeks a stay of any other discovery from any party until the motion to dismiss is decided. National Union asks that these motions be heard on the same date as the motion to dismiss, February 20, 2008.

1

**WHEREFORE** Defendant National Union Fire Insurance Company of Pittsburgh, Pa. respectfully prays that its motions for protective order from and to quash notice of deposition and requests for production of documents and motion to stay discovery from it be GRANTED, the requests for production and notice of deposition propounded to it be quashed, National Union be exempt from answering or responding to said discovery and deposition notice, further discovery from it be stayed until National Union's motion to dismiss is decided, and for all other relief deemed just and proper.

Respectfully submitted,

/s/ Karen M. Dicke
**KAREN M. DICKE (#24781)**
**GEORGE D. FAGAN, T.A. (#14260)**
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
Email:    *kdicke@leakeandersson.com*
          *gfagan@leakeandersson.com*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on February 5, 2008, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

/s/ Karen M. Dicke

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with the plaintiffs in an attempt to resolve the dispute concerning the discovery without success.

/s/ Karen M. Dicke

F:\38803\2-Pleadings\National Union\word versions\motion to quash.doc