UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

### NOTICE OF HEARING FOR NATIONAL UNION'S MOTIONS FOR PROTECTIVE ORDER AND TO QUASH

National Union Fire Insurance Company of Pittsburgh, Pa., defendant, through undersigned counsel, pursuant to Local Rule 7.2E for the Eastern District of Louisiana, hereby notices the foregoing Motions for Protective Order and to Quash for hearing before the Honorable Stanwood R. Duval, Jr., United States District Court for the Eastern

1

2

District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on February 20, 2008 at 9:30 a.m. or as soon thereafter as is practical.

                                        Respectfully submitted,

                                        _/s/ Karen M. Dicke_____
                                        **KAREN M. DICKE (#24781)**
                                        **GEORGE D. FAGAN, T.A. (#14260)**
                                        Leake & Andersson, LLP
                                        1100 Poydras Street, Suite 1700
                                        New Orleans, Louisiana 70163-1701
                                        Telephone: (504) 585-7500
                                        Facsimile: (504) 585-7775
                                        Email:       *kdicke@leakeandersson.com*
                                                                     *gfagan@leakeandersson.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been delivered to all counsel of record on February 5, 2008, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

                                        /s/ Karen M. Dicke_____

F:\38803\2-Pleadings\National Union\word versions\motion to quash - notice of hearing.doc