STUART T. BARASCH (20650)
**HURRICANE LEGAL CENTER, LLC**
910 JULIA STREET
NEW ORLEANS, LOUISIANA 70113
TELEPHONE: (504) 525-1944
FACSIMILE:      (504) 525-1279

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>PERTAINS TO: INSURANCE | CIVIL ACTION<br>NO: 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| DEBRA ADAMS &<br>LILLIE SEAWRIGHT, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 07-5206 |

## PLAINTIFF BETTY LUNDY'S NOTICE
## OF DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff, BETTY LUNDY ("Lundy") files this notice of dismissal under Rule 41 of the Federal Rules of Civil Procedure and would show the Court as follows:

1. Lundy sued Allstate Insurance Company ("Allstate") in this action and in another action through another law firm.

2. Allstate recently was served with summons, but Allstate's answer or other appearance date is not due yet in this action.

3. Plaintiff, Betty Lundy, only moves to dismiss all of her claims against Allstate in the instant suit.

4. Allstate agrees to the dismissal.

5. Lundy's dismissal is without prejudice to Lundy's ability to persue her claims in the other action.

6. Each party shall pay its own costs and attorneys' fees.

Respectfully submitted,

By _____
/Stuart T. Barasch (20650)

HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, Louisiana 70113
Telephone    (504) 525-1944

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been served on January 31, 2008, by hand delivery to:

Stephen H. Lee
J.B. (Trey) Henderson III
**DOYLE, RESTRPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002

_____
Stuart T. Barasch