# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>PERTAINS TO: INSURANCE | CIVIL ACTION<br>NO: 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| DEBRA ADAMS &<br>LILLIE SEAWRIGHT, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>          Defendant. | CIVIL ACTION NO. 07-5206 |

## ORDER

**IT IS ORDERED** that all claims of plaintiff Betty Lundy against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE