STUART T. BARASCH (20650)
**HURRICANE LEGAL CENTER, LLC**
910 JULIA STREET
NEW ORLEANS, LOUISIANA 70113
TELEPHONE:  (504) 525-1944
FACSIMILE:          (504) 525-1279

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES ) <br> PERTAINS TO: INSURANCE ) <br> ) <br> ) <br> ) <br> _____ ) <br> ) <br> DEBRA ADAMS & ) <br> LILLIE SEAWRIGHT, et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ALLSTATE INSURANCE COMPANY, ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL ACTION <br> NO: 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON <br> _____ <br><br><br> CIVIL ACTION NO. 07-5206 |

### PLAINTIFF RONALD HASNEY II, NOTICE OF DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff, RONALD HASNEY II ("Hasney II") files this notice of dismissal under Rule 41 of the Federal Rules of Civil Procedure and would show the Court as follows:

1. Hasney II sued Allstate Insurance Company ("Allstate").
2. Allstate recently was served with summons, but Allstate's answer or other appearance date is not due yet.
3. Plaintiff Ronald Hasney II only moves to dismiss all of her claims against Allstate in the instant suit.
4. Allstate agrees to the dismissal.
5. Hasney II dismissal is without prejudice.
6. Each party shall pay its own costs and attorneys' fees.

Respectfully submitted,

By _____
Stuart T. Barasch (20650)

HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, Louisiana 70113
Telephone   (504) 525-1944

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on January 31, 2008, by hand delivery to:

Stephen H. Lee
J.B. (Trey) Henderson III
**DOYLE, RESTRPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002

_____
Stuart T. Barasch