UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION NO: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO: <br><br> LAWRENCE AND ENOLA ANDERSON, et al <br><br> VERSUS <br><br> STATE FARM FIRE AND CASUALTY COMPANY <br><br> CASE NO. 07-6737 | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
IN OPPOSITION TO STATE FARM'S RULE 12(b)(6) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Lawrence and Enola Anderson, who respectfully moves this Court for an Order of Leave allowing the filing Plaintiff's Supplemental Memorandum in Opposition to State Farm's Rule 12(b)(6) Motion to Dismiss.

1

WHEREFORE, Plaintiff prays that it be granted leave to file its Memorandum, accordingly.

Dated: February 5, 2008                              Respectfully submitted,

*S/Stuart Barasch*
STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

## CERTIFICATE OF SERVICE

     I hereby certify that, on the 5th day of February, 2008, the foregoing document, was file electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          *S/Stuart Barasch*
                                          STUART T. BARASCH