UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION NO: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO: <br><br> LAWRENCE AND ENOLA ANDERSON, et al <br><br> VERSUS <br><br> STATE FARM FIRE AND CASUALTY COMPANY <br><br> CASE NO. 07-6737 | |

ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Supplemental Memorandum in Opposition to State Farm's Rule 12(b)(6) Motion to Dismiss:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to file Memorandum, is GRANTED.

New Orleans, Louisiana, this _____ day of January, 2008.

HONORABLE STANWOOD DUVAL