UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION NO: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO: <br><br> LAWRENCE AND ENOLA ANDERSON, et al <br><br> VERSUS <br><br> STATE FARM FIRE AND CASUALTY COMPANY <br><br> CASE NO. 07-6737 | |

NOTICE OF HEARING

TO:   STATE FARM
      Through their attorney of record,
      DAVID STRAUSS
      201 St. Charles Avenue, Suite 4500
      New Orleans, LA 70170

PLEASE TAKE NOTICE that counsel for Plaintiffs Lawrence and Enola Anderson, et al, will bring on for hearing the attached Motion for Leave to File Plaintiff's First Amended Complaint, F.R.C.P. Rule 15, before Judge Stanwood Duval, United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on February 20, 1008, at 10:00 a.m., or as soon thereafter as counsel may be heard.

1

Dated: February 5, 2008                    Respectfully submitted,

*S/Stuart Barasch*
STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

## CERTIFICATE OF SERVICE

     I hereby certify that, on the 5th day of February, 2008, the foregoing document, was file electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                       *S/Stuart Barasch*
                                       STUART T. BARASCH