UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO:  INSURANCE | * | |
| | * | |
| CASE NUMBER:  07-9014 | * | |
| | * | |
| Humphrey Investments vs. State Farm Fire and | * | |
| Casualty Company | * | |
| | * | |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the captioned matter be dismissed from the docket of this division, without prejudice.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　STANWOOD R. DUVAL, JUDGE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

642596
18-R526-658 EC 2007-21861 LA