UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| PERTAINS TO: ROAD HOME | * | |
| *State of Louisiana, C.A. No. 07-5528* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

CONSIDERING the *Ex Parte* Motion and Incorporated Memorandum by the State of Louisiana, etc. for Leave to file its Sur-Reply Brief in Opposition to the Motion of Defendants for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients,

IT IS ORDERED that the *Ex Parte* Motion and Incorporated Memorandum by the State of Louisiana, etc. for Leave to file its Sur-Reply Brief in Opposition to the Motion of Defendants for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients, be and the same is hereby granted.

NEW ORLEANS, LOUISIANA, this the _____ day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE