UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Brief in Support of Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients filed by Insurer Defendants, through its Liaison Counsel, Ralph S. Hubbard, III, Record Doc. No. 11019;

**IT IS THEREFORE ORDERED** that Insurer Defendants *Ex Parte* Motion for Leave to File Reply Brief in Support of Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients is hereby granted leave to file a reply.

New Orleans, Louisiana this ___6th___ day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE