**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION K |
|---|---|---|
| *This relates to:* | * | MAGISTRATE 2 |
| NOS.  05-4181 | * | |
|    06-1885 | * | JUDGE STANWOOD DUVAL |
|    06-4024 | * | |
|    06-4389 | * | MAGISTRATE JUDGE WILKINSON |
|    06-5771 | * | |
|    06-5786 | * | |
|    07-0206 | * | |
|    07-3500 | * | |
|    07-3612 | * | |
|    07-5023 | * | |
|    07-5040 | * | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT,** comes Kevin P. Klibert, Attorney at Law, who respectfully requests that he be enrolled as Counsel of Record for Daniel E. Becnel, Jr. in connection with a Motion for Disqualification and Other Relief filed by Ashton O'Dwyer, Attorney at Law and Pro Se Litigant in the above-referenced matters.

It is specifically requested that the following attorney at law be enrolled on Mr. Becnel's behalf:

KEVIN P. KLIBERT, ESQ.
BECNEL LAW FIRM, L.L.C.
106 W. 7th Street, P.O. Drawer H
Reserve, LA  70084
(985) 536-1186
(985) 536-6445 (facsimile)
kklibert@becnellaw.com

**WHEREFORE,** undersigned counsel prays that his name be entered as Attorney of Record for Daniel E. Becnel, Jr. in connection with the Motion to Disqualify and Other Relief filed by Ashton O'Dwyer.

                         Respectfully submitted,

                         /s/ Kevin P. Klibert
                         Kevin P. Klibert (La. 26954)
                         Becnel Law Firm, L.L.C.
                         106 W. 7th Street, P.O. Drawer H
                         Reserve, LA  70084
                         (985) 536-1186
                         (985) 536-6445 (facsimile)
                         kklibert@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all parties through their counsel of record via CM/ECF on this 6th day of February, 2008.

                         /s/ Kevin P. Klibert
                         Kevin P. Klibert