UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION K |
|---|---|---|
| *This relates to:* NOS. 05-4181 | * * | MAGISTRATE 2 |
| 06-1885 | * | JUDGE STANWOOD DUVAL |
| 06-4024 06-4389 | * * | MAGISTRATE JUDGE WILKINSON |
| 06-5771 06-5786 07-0206 07-3500 07-3612 07-5023 07-5040 | * * * * * * * | |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Enroll as Counsel of Record filed by Kevin P. Klibert on behalf of Daniel E. Becnel, Jr. is **GRANTED.**

**SO ORDERED IN NEW ORLEANS, LOUISIANA** this ___ day of _____, 2008.

_____
**JUDGE STANWOOD DUVAL**