# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |

| | | |
|---|---|---|
| PERTAINS TO:      INSURANCE | * | |
| | * | |
| CASE NUMBER:    07-9014 | * | |
| | * | |
| Humphrey Investments vs. State Farm Fire and | * | |
| Casualty Company | * | |
| | * | |

## MOTION FOR VOLUNTARY DISMISSAL OF REMOVED CASE

NOW INTO COURT, through undersigned counsel, comes State Farm Fire and Casualty

Company, sought to be made defendant herein, who moves this Honorable Court for a Voluntary

Dismissal of the captioned matter, which was recently removed to federal court from the Civil

District Court for the Parish of Orleans, for the reasons noted more fully in the attached

memorandum.

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

**/s/ Brett W. Tweedel**

_____
THOMAS G. BUCK   T.A.     Bar No. 14107
JOHN C. HENRY                    Bar No.  18948

638965
18-R526-658 EC 2007-21861 LA

BRETT W. TWEEDEL      Bar No. 30100
DAVID B. PARNELL      Bar No. 27031
3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
TGB Direct Dial 504-830-4912
TGB Direct Facsimile 504-849-3029
Attorneys for State Farm Fire and Casualty
Company

### CERTIFICATE OF SERVICE

I do hereby certify that I have on February 6, 2008, served a copy of the foregoing

pleading on the following counsel for all parties to this proceeding,

Philip Montelepre
Montelepre Law Firm
1639 A Lakeshore Drive
New Orleans, Louisiana 70122-2211
Telephone 504-220-7777

by electronically filing same with the Clerk of Court.

**/s/ Brett W. Tweedel**

_____
BRETT W.  TWEEDEL

638965
18-R526-658 EC 2007-21861 LA