**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182 "K"(2)<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| PERTAINS TO: INSURANCE<br><br>CASE NUMBER: 07-9014<br><br>Humphrey Investments vs. State Farm Fire and Casualty Company | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR VOLUNTARY DISMISSAL OF REMOVED CASE**

MAY IT PLEASE THE COURT:

On November 19, 2007, undersigned counsel filed a Notice of Removal of a case that had originally been filed in the Civil District Court for the Parish of Orleans, matter No. 2007-10640. It was assigned to this Division, and copies of the removal petition were sent to plaintiff's counsel. It was thereafter that plaintiff agreed to stipulate that the amount in controversy is less than $50,000 and it irrevocably agreed not enforce any judgment over that amount. (See Exhibit 1). For this reason, defendant moves the court for an order dismissing the removal.

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

**/s/ Brett W. Tweedel**

---

THOMAS G. BUCK   T.A.   Bar No. 14107
JOHN C. HENRY                Bar No.  18948
BRETT W. TWEEDEL         Bar No. 30100
DAVID B. PARNELL           Bar No. 27031
3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
TGB Direct Dial 504-830-4912
TGB Direct Facsimile 504-849-3029
Attorneys for State Farm Fire and Casualty Company

**CERTIFICATE OF SERVICE**

   I do hereby certify that I have on February 6, 2008, served a copy of the foregoing pleading on the following counsel for all parties to this proceeding,

Philip Montelepre
Montelepre Law Firm
1639 A Lakeshore Drive
New Orleans, Louisiana 70122-2211
Telephone 504-220-7777

by electronically filing same with the Clerk of Court.

**/s/ Brett W. Tweedel**
_____
BRETT W.  TWEEDEL

18-R526-658 EC 2007-21861 LA
642594 v1

18-R526-658 EC 2007-21861 LA
642594 v1