UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| CASE NUMBER: 07-9014 | * * | |
| Humphrey Investments vs. State Farm Fire and Casualty Company | * * * | |

### STIPULATION REGARDING AMOUNT IN DISPUTE

NOW INTO COURT, through undersigned counsel Philip Montelepre, come(s) plaintiff, Humphrey Investments, who hereby stipulates that the amount in dispute in this case including interest, penalties, and attorney's fees is less than $50,000, and that for purposes of establishing jurisdiction, plaintiff affirmatively renounces its right to accept any judgment in excess of $50,000 and agrees not pursue collection of any judgment in excess of that amount should one be rendered.

Respectfully Submitted,

_____
Philip Montelepre    Bar No 9562
Montelepre Law Firm
1639 A Lakeshore Drive
New Orleans, Louisiana 70122-2211
Telephone 504-220-7777
Facsimile 504-617-6482



638896
18-R526-401 EC 2007-19530 LA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on counsel for all parties by placing same in the U.S. Mail, postage prepaid and properly addressed on January 23rd, 2008.

_____
PHILIP MONTELEPRE

638896
18-R526-401 EC 2007-19530 LA