UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** **CONSOLIDATED LITIGATION** | **CIVIL ACTION** **NO. 05-4182** |
| **PERTAINS TO: ALL CASES** *Publish to Web* | **SECTION "K"(2)** |

**CASE MANAGEMENT ORDER NO. 3**

As the filing in this consolidated case continues to grow and new cases are added each day, the Court has determined that the following Case Management Order No. 3 shall be disseminated to all counsel of record to remind them of certain procedures that must be followed in this case and to help inform new counsel as they become involved.  Accordingly,

**IT IS ORDERED** that the following information shall be served on all counsel of record in this matter and this notice shall be attached to the notification of consolidation issued by the Clerk of Court.

**WEB SITE IS ESTABLISHED**

A website has been established at www.laed.uscourts.gov under the rubric "Canal Breaches" for quick and easy reference for information pertaining to this litigation.  Answers to frequently asked questions can be found in the FAQ section.

You must comply with all standing orders found therein.  Please review Case Management Order No. 1 (Doc. 790) and Case Management Order No. 2 (Doc. 1403) in the Organizational Orders section of the website  for pertinent information including the proper

method to style pleadings filed in this matter after consolidation. **THESE REQUIREMENTS PERTAIN TO ALL CONSOLIDATED CASES UNDER THIS UMBRELLA.**

**QUESTIONS CONCERNING THIS LITIGATION**

**If you have particular questions concerning your case, you should not contact the Clerk's Office or Judge Duval's Chambers by phone.**   You should first ask the appropriate Liaison Counsel whose  numbers can be found in the "Contacts" section of this website. If you still have problems, you may fax your question to Carol Godbold in the Judge's Chambers at 504.589.2393. You should only do this as a last resort. Responses will be hand-written on your letter and faxed back to you as soon as possible.

**LETTER TO LIAISON COUNSEL**

To assist the Defendant Liaison Counsel in maintaining an accurate list of all defense counsel, counsel for defendants are hereby ordered to send via U.S. Mail or facsimile a letter to the Defendant Liaison Counsel, Ralph S. Hubbard III, outlining their contact information, including e-mail address, telephone number, the party(ies) they represent, and the case(s) in which they are involved.  Mr. Hubbard's address and fax number are posted on the Court's website for your convenience.

**RE QUESTS FOR ORAL ARGUMENT**

Counsel are reminded that L.R. 78E provides with respect to requests for oral argument:

**<span style="color:red">LR78.1E Motion Days</span>**

> Any party desiring oral argument must either file contemporaneously with the filing of the motion or opposition memorandum to a motion or within three days after receipt of the opposition memorandum to a motion, a separate written request for oral argument. **Oral argument will be permitted in such cases without further order of the Court, unless the Court advises the parties, as soon as practicable, that oral argument is not necessary.** [Amended October 1, 2003]

This rule means that any request **SHOULD NOT HAVE AN ORDER PAGE**; a pleading styled "Request for Oral Argument" is all that is required, and the Court will issue a separate order on its own should it determine that oral argument is not needed. Filing a "Motion for Oral Argument" or a "Request for Oral Argument" as an ex parte motion with accompanying order may delay the filing of your motion.

*[signature]*