UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |
| FILED IN: 07-5356, 07-5347, 07-5350, 07-5254, 07-5286, 07-5375, 07-5366, 07-5355, 07-5339, 07-5344, 07-5343, 07-5327, | * * * * | |
| PERTAINS TO MARRERO LAND, WETCO, ENTERCOMM COMMUNICATIONS, CII CARBON, INC., UNIVERSAL HEALTH SERVICES, KAREN BELL, WHITE, III, DR. FREDERICK KEPPEL, LIBERTY BANK AND TRUST COMPANY | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED** that defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, be and is hereby granted an additional twenty (20) days within which to file responsive pleadings.

New Orleans, Louisiana, this __6th__ day of __February__, 2008.

_____
JUDGE