# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION NO. 05-4182** |
| _____ | * | |
| | * | **CIVIL ACTION NO. 06-10852** |
| **PERTAINS TO:  INSURANCE** | * | |
| | * | **SECTION:  "K"** |
| **WILLIAM R. BURK, IV and** | * | HON. STANWOOD R. DUVALL, JR. |
| **BURK BROKERAGE, LLC** | * | |
| | * | **MAGISTRATE "2"** |
| **VERSUS** | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| **ALLSTATE INSURANCE COMPANY,** | * | |
| **KATIE HYMEL, KATIE HYMEL AGENCY,** | * | |
| **INC. and ABC INSURANCE COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and same is hereby dismissed with prejudice, against **KATIE HYMEL AND KATIE HYMEL AGENCY, INC**.  Plaintiffs reserve all rights against all remaining parties.

New Orleans, Louisiana, this 6th day of February, 2008.

_____
JUDGE STANWOOD R. DUVALL, JR.
SECTION "K"