UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO:  ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the *Ex Parte* Motion by the State of Louisiana, etc., for Leave to File its Sur-Reply Brief in Opposiiton to the Motion of Defendants for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients, Record Doc. No. 11059,

**IT IS ORDERED** that the Ex Parte Motion by the State of Louisiana, etc., for Leave to File its Sur-Reply Brief in Opposition to the Motion of Defendants for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients is hereby **GRANTED**.

New Orleans, Louisiana this __6th__ day of February, 2008.

_____
United States Magistrate Judge