UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES ) <br> PERTAINS TO: INSURANCE ) <br> ) <br> ) <br> ) <br> _____ ) <br> ) <br> DEBRA ADAMS & ) <br> LILLIE SEAWRIGHT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION <br> NO: 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON <br> _____ <br><br><br> CIVIL ACTION NO. 07-5206 |

### ORDER

**IT IS ORDERED** that all claims of plaintiff Betty Lundy against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __6th__ day of ___February___, 2008.

_____
UNITED STATES DISTRICT JUDGE