# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> PERTAINS TO: INSURANCE <br><br><br> DEBRA ADAMS & <br> LILLIE SEAWRIGHT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | ) CIVIL ACTION <br> ) NO: 05-4182 "K" (2) <br> ) JUDGE DUVAL <br> ) MAG. WILKINSON <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 07-5206 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

**IT IS ORDERED** that all claims of plaintiff Ronald Hasney II against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 6th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE