UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO:  07-2952<br>PLAINTIFFS:  KENNETH LEWIS and<br>JOYCE WALKER LEWIS | MAGISTRATE WILKINSON |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

On motion of Plaintiffs and of Allstate Insurance Company, all parties appearing herein through their undersigned counsel of record, and on suggesting to this Honorable Court that this matter has been compromised and settled and, therefore, should be dismissed, with full prejudice as to all of Plaintiffs' rights therein, each party to bear its own costs; accordingly,

    Respectfully submitted,

    /s/ James L. Donovan, Jr.
    JAMES L. DONOVAN, JR. (1337)
    DONOVAN & LAWLER, APLC
    4640 Rye Street
    Metairie, LA 70006
    Telephone:  504.454.6808
    Email:  jdonovan@donovanlawler.com
    Attorney for defendant, Allstate Insurance Co.

-2-

/s/ J. Douglas Sunseri
J. DOUGLAS SUNSERI (19173)
NICAUD, SUNSERI & FRADELLA, LLC
3000 18th Street
Metairie, LA 70002
Telephone:  504.837.1304
Email:  jdsunseri@nsflaw.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Svetlana V. Crouch**
  scrouch@nsflaw.com,pdmcbeth@nsflaw.com

- **James L. Donovan , Jr**
  JDonovan@donovanlawler.com,jtaulli@donovanlawler.com

- **Dawn Danna Marullo**
  dmarullo@nsflaw.com,pdmcbeth@nsflaw.com

- **J. Douglas Sunseri**
  jdsunseri@nsflaw.com,smartinez@nsflaw.com,pdmcbeth@nsflaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.

/s/ James L. Donovan, Jr.