-1-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO: 07-2952<br>PLAINTIFFS: KENNETH LEWIS and<br>JOYCE WALKER LEWIS | MAGISTRATE WILKINSON |

### ORDER OF DISMISSAL

IT IS ORDERED that the above-entitled and numbered cause be, and the same is hereby dismissed, with prejudice.

New Orleans, Louisiana, this _____ day of February, 2008.

_____
**J U D G E**

-1-