UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION NO: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO: <br><br> LAWRENCE AND ENOLA ANDERSON, et al <br><br> VERSUS <br><br> STATE FARM FIRE AND CASUALTY COMPANY <br><br> CASE NO. 07-6737 | |

CERTIFICATE OF COUNSEL

Stuart Barasch, counsel for Plaintiffs, informs the Court that Defendant's counsel, David Strauss, refused to consent to the filing and granting of Plaintiff's First Amended Complaint, necessitating the accompanying Motion for Leave to File.

Dated: February 7, 2008               Respectfully submitted,

*S/Stuart Barasch*
STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

## CERTIFICATE OF SERVICE

I hereby certify that, on the 7th day of February, 2008, the foregoing document, was file electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*S/Stuart Barasch*
STUART T. BARASCH