UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | |

ORDER GRANTING MOTION TO APPEAR
AND TO FILE BRIEF AS *AMICI CURIAE*

On this date, came for consideration the motion of the AT&T entities to appear and to file a brief as *amici curiae*. The Court, having reviewed the motion and the file herein, is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the motion is GRANTED. The AT&T entities are given leave to appear and to file their lodged brief as *amici curiae*.

Signed and entered this 6th day of February, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE