## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § THIS DOCUMENT RELATES TO: § Insurance § § No. 07-5112, *Susan Abadie et al., v Aegis Security* § *Insurance Co., et al.* § § | CIVIL ACTION NO.: 05-4182 SECTION "K" MAGISTRATE (2) THIS PLEADING APPLIES ONLY TO THE CLAIM OF Gwendolyn Hanhart |

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Gwendolyn Hanhart, who wishes to voluntarily dismiss the claims against Allstate Insurance Company regarding homeowners' insurance policy for 1028 & 1030 Caffin Avenue and 1010 & 1012 Lamanche Street, New Orleans, La, 70117 in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, plaintiff respectfully requests that this Court reopen this case with respect to defendant, Allstate Insurance Company, regarding homeowners' insurance policy for 2067 Poydras Street, New Orleans, La, 70117 for the sole purpose of addressing this motion, thereby allowing

plaintiff to voluntarily dismiss the claims against Allstate Insurance Company, regarding homeowners' insurance policy for 1028 & 1030 Caffin Avenue and 1010 & 1012 Lamanche Street, New Orleans, La, 70117 in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, Plaintiff, Gwendolyn Hanhart prays that the Court reopen this case with respect to Defendant, Allstate Insurance Company, regarding homeowners' insurance policy for 1028 & 1030 Caffin Avenue and 1010 & 1012 Lamanche Street, New Orleans, La, 70117 for the sole purpose of addressing this motion, thereby allowing plaintiff to voluntarily dismiss his claim against Allstate Insurance Company, regarding homeowners' insurance policy for 1028 & 1030 Caffin Avenue and 1010 & 1012 Lamanche Street, New Orleans, La, 70117 in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 7th day of February, 2008.

                                                            /s/ Joseph M. Bruno
                                                            Joseph M. Bruno