UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION NO: 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO:<br><br>LAWRENCE AND ENOLA ANDERSON, et al<br><br>VERSUS<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br><br>CASE NO. 07-6737 | |

ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Supplemental Memorandum in Opposition to State Farm's Rule 12(b)(6) Motion to Dismiss:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to file Memorandum, is GRANTED.

New Orleans, Louisiana, this  6th  day of ~~January~~ February, 2008.

_____
HONORABLE STANWOOD DUVAL