UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| --- | --- | --- |
| | * | SECTION K |
| *This relates to:* | * | MAGISTRATE 2 |
| NOS.  05-4181 | * | |
| 06-1885 | * | JUDGE STANWOOD DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE JUDGE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Enroll as Counsel of Record filed by Kevin P. Klibert on behalf of Daniel E. Becnel, Jr. is **GRANTED.**

**SO ORDERED IN NEW ORLEANS, LOUISIANA** this 7th day of February, 2008.

JUDGE STANWOOD DUVAL