UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| * * * * * * * * * * * * * * * * * * | | |

**PLAINTIFFS' EX PARTE
MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM IN SUPPORT OF
MOTION FOR DISQUALIFICATION OF COUNSEL
(RECORD DOCUMENT NO. 10331)**

**COME NOW** plaintiffs and/or intervening plaintiffs, appearing through undersigned counsel and, in the case of Ashton R. O'Dwyer, Jr., *in propria persona*, and move This Honorable Court for leave to file a Reply Memorandum to Record Document Nos. 11056 and 11069, being Memoranda in Opposition to Plaintiffs' Motion for Disqualification and Other Relief (Record Document No. 10331). This motion is filed upon the grounds that Record Document Nos. 11056 and 11069 were filed only yesterday,

-1-

-2-

February 6, 2008, and contain arguments which require rebuttal by plaintiffs and movers herein.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**   **S/Ashton R. O'Dwyer, Jr.**
               **Ashton R. O'Dwyer, Jr.**
               **Bar No. 10166**
               **821 Baronne Street**
               **New Orleans, LA 70113**
               **Tel. 504-679-6166**
               **Fax. 504-581-4336**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 7th day of February 2008.

        S/Ashton R. O'Dwyer, Jr.