# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO. 05-4181 * | | |
| 06-1885 * | | JUDGE DUVAL |
| 06-4024 * | | |
| 06-4389 * | | MAGISTRATE WILKINSON |
| 06-5771 * | | |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| 07-3500 * | | |
| 07-3612 * | | |
| 07-5023 * | | |
| 07-5040 * | | |
| * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering plaintiffs' Ex Parte Motion for Leave to File Reply Memorandum to Record Document Nos. 11056 and 11069, which the Court has duly noted,

**IT IS ORDERED** that plaintiffs be and they are hereby granted leave to file their Reply Memorandum, as prayed for.

New Orleans, Louisiana, this _____ day of _____ 2008.

_____
**J U D G E**

-1-