UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                   CIVIL ACTION
CONSOLIDATED LITIGATION

                                                NO. 05-4182

PERTAINS TO:                                    JUDGE DUVAL
INSURANCE: <u>Palumbo</u>, No. 06-9990              MAG. WILKINSON

### ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Defendant's Motion to Compel Responses to Discovery, Record Doc. No. 10541, set for hearing on February 6, 2008 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is GRANTED and plaintiff is **HEREBY ORDERED** to respond to defendant's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to defendant's counsel, within ten (10) days of entry of this order. All objections, except on the basis of attorney-client privilege or work product doctrine, are

deemed waived. In addition, plaintiff must pay to defendant $450 in attorney's fees for his complete failure to respond to discovery served on March 15, 2007. Fed. R. Civ. P. 37(a)(5)(A).

New Orleans, Louisiana, this  7th  day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2