UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 "K" (2) <br> * <br> * JUDGE STANWOOD R. DUVAL |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | * <br> * MAG. JUDGE JOSEPH C. WILKINSON, JR. <br> * |

**MOTION OF LAFARGE NORTH AMERICA INC.
FOR LEAVE TO FILE MEMORANDUM AS *AMICUS CURIAE*
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION AND IN OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Lafarge North America Inc. ("LNA") hereby requests leave to file its memorandum as *amicus curiae* in support of plaintiffs' motion for summary adjudication of the United States' defense of Flood Control Act immunity under 33 U.S.C. § 702c (Doc. 10337), and in opposition to the United States' motion to dismiss or for summary judgment based on its immunity defense (Doc. 10338). The proposed brief is attached as Exhibit 1 hereto.

As the Court is aware, LNA has asserted third-party claims in the Barge track against the United States that are essentially identical to the claims that the *Robinson* plaintiffs have asserted against the United States – namely, that the United States' negligence in the design, construction, and maintenance of the MR-GO was a proximate cause of the injuries allegedly sustained in con-

nection with Hurricane Katrina.  Doc. 9032.  In response to LNA's claims, the United States has asserted the same § 702c immunity arguments that it makes against the plaintiffs in this case.  Doc. 7723.  This Court has previously expressly recognized the overlapping nature of the § 702c issue in *Robinson* and Barge track cases (Doc. 7741 at 2), and has therefore scheduled the hearings to take place at the same time, observing that "it would be blatantly unfair and contrary to the purpose of this umbrella for such a salient issue for all of the litigants … to be addressed without their having a void in its determination" (*id*. at 3).

In short, the Court has recognized that LNA has a very strong and direct interest in the resolution of the § 702c issue presented by the *Robinson* cross-motions.  Although the United States and LNA have filed memoranda in the Barge track on the § 702c issue, the proposed *amicus curiae* memorandum addresses the United States' most recent iteration of its § 702c theories, as set forth in the United States' new motion and in its opposition to plaintiffs' motion in this action.  LNA therefore respectfully urges the Court to grant it leave to file the accompanying memorandum as *amicus curiae* in this case.  Under the scheduling order (Doc. 9343), the United States will have an opportunity to respond to the arguments set forth in LNA's memorandum when the United States files its reply brief.

A proposed order is also attached.

        Respectfully submitted,

        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        Ivan M. Rodriguez (#22574)
        Parker Harrison (#27538)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000

        /s/ John D. Aldock
        John D. Aldock
        **GOODWIN PROCTER LLP**
        901 New York Avenue, NW
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        Attorneys for Lafarge North America Inc.

February 7, 2008

## Certificate of Service

I do hereby certify that I have on this 7th day of February, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

/s/ John D. Aldock
John D. Aldock