UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 "K" (2) <br> * <br> * JUDGE STANWOOD R. DUVAL |
| PERTAINS TO MRGO, Robinson (06-2268) | * <br> * MAG. JUDGE JOSEPH C. WILKINSON, JR. <br> * |

## ORDER

Upon consideration of the Motion Of Lafarge North America Inc. For Leave To File Memorandum As *Amicus Curiae* In Support Of Plaintiffs' Motion For Summary Adjudication And In Opposition To Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.  The Clerk is directed to file the Memorandum of Lafarge North America Inc. as *Amicus Curiae* In Support Of Plaintiffs' Motion For Summary Adjudication And In Opposition To Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment.

New Orleans, Louisiana, this _____ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE