

CV 05-4182
-------------------
Petition for Leave to Appeal
Under 28 U.S.C. § 1453

CV 07-5528 -K

Before HIGGINBOTHAM, STEWART, and ELROD, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petitions for leave to appeal under 28 U.S.C. § 1453 is **GRANTED**. The clerk will set a briefing schedule. This panel will remain with this case.

MOT-21

A true copy
Attest:
FEB 0 4 2008
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana    Deputy

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-00046

U.S. COURT OF APPEALS
**FILED**

FEB 0 4 2008

CHARLES R. FULBRUGE III
CLERK

STATE OF LOUISIANA, Individually and on behalf of
State of Louisiana, Division of Administration,
Office of Community Development ex rel;
CHARLES C FOTI, JR, Attorney General for the State of
Louisiana, Individually and as a Class Action on Behalf
of All Recipients of Funds as Well As All Eligilble and/or
Future Recipients of Funds through The Road Home Program

Plaintiffs - Petitioners

vs.

AAA INSURANCE; AFFILIATED FM INSURANCE COMPANY; ALDRICH INSURANCE AGENCY INC; ET AL; AIG CENTENNIAL INSURANCE COMPANY; AIU INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; AMERICA FIRST INSURANCE COMPANY; STATE FARM FIRE AND CASUALTY; STATE FARM GENERAL INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY OF AMERICA, ENCOMPASS PROPERTY AND CASUALTY COMPANY; AEGIS SECURITY INSURANCE COMPANY; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA; AMERICAN SECURITY INSURANCE COMPANY; ASSURANT INC; AMERICAN RELIABLE INSURANCE COMPANY; STANDARD GUARANTY INSURANCE COMPANY; VOYAGER INDEMNITY INSURANCE COMPANY; VOYAGER PROPERTY AND CASUALTY INSURANCE COMPANY; AMERICAN FIRST INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY; KEMPER CASUALTY INSURANCE COMPANY; LUMBERMENS MUTUAL CASUALTY COMPANY, MERASTAR INSURANCE COMPANY; UNITRIN PREFERRED INSURANCE COMPANY; UNITRIN AUTO AND HOME INSURANCE COMPANY; TRINITY UNIVERSAL INSURANCE COMPANY; TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC; ARMED FORCES INSURANCE EXCHANGE; AMERICAN CENTRAL INSURANCE COMPANY; HOMESITE INSURANCE COMPANY; FIDELITY NATIONAL INSURANCE COMPANY; FIDELITY NATIONAL PROPERTY AND CASUALTY COMPANY; NATIONWIDE; NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA; NATIONWIDE MUTUAL FIRE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; SCOTTSDALE INDEMNITY COMPANY; SCOTTSDALE INSURANCE COMPANY; AMERICAN EMPIRE INSURANCE COMPANY; AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY; GREAT AMERICAN ALLIANCE INSURANCE COMPANY; GREAT AMERICAN ASSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK; GREAT AMERICAN SECURITY INSURANCE COMPANY; GREAT AMERICAN SPIRIT INSURANCE COMPANY; AMICA MUTUAL INSURANCE COMPANY; NATIONAL SECURITY FIRE AND CASUALTY COMPANY; OMEGA ONE INSURANCE COMPANY; CLARENDON NATIONAL INSURANCE COMPANY; THE INVOLVED LLOYD'S UNDERWRITERS; BALBOA INSURANCE COMPANY; HSBC INSURANCE COMPANY OF DELAWARE; MERITPLAN

INSURANCE COMPANY; FARMERS INSURANCE EXCHANGE; FOREMOST INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY COMPANY; FOREMOST SIGNATURE INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY OF LOUISIANA; THE AMERICAN INSURANCE COMPANY; NATIONAL SURETY CORPORATION; CHUBB INDEMNITY INSURANCE COMPANY; CHUBB CUSTOM INSURANCE COMPANY; CHUBB NATIONAL INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; GREAT NORTHERN INSURANCE COMPANY; VIGILANT INSURANCE; CONTINENTAL INSURANCE COMPANY; THE HANOVER AMERICAN INSURANCE COMPANY; THE HANOVER INSURANCE COMPANY; HORACE MANN INSURANCE COMPANY; HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY; MASSACHUSETTS BAY INSURANCE COMPANY; TEACHERS INSURANCE COMPANY; TOKIO MARINE AND NICHIDO FIRE INSURANCE COMPANY; FIDELILTY AND DEPOSIT COMPANY OF MARYLAND; EMPIRE FIRE AND MARINE INSURANCE COMPANY; EMPIRE INDEMNITY INSURANCE COMPANY; CENTRE INSURANCE COMPANY; ZC STERLING INSURANCE AGENCY, INC AND ZC STERLING CORPORATION; WESTERN WORLD INSURANCE COMPANY; AMERICAN VEHICLE INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; METLIFE INC, ECONOMY PREMIER ASSURANCE COMPANY; METROPOLITAN CASUALTY INSURANCE COMPANY; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY; HARTFORD ACCIDENT AND INDEMNITY COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF THE MIDWEST; HARTFORD INSURANCE COMPANY OF THE SOUTHEAST; HARTFORD INSURANCE GROUP; HARTFORD UNDERWRITERS INSURANCE GROUP; HARTFORD UNDERWRITERS INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; THE STANDARD FIRE INSURANCE COMPANY; ST PAUL TRAVELERS INSURANCE COMPANY; ST PAUL FIRE AND MARINE INSURANCE COMPANY; ST PAUL GUARDIAN INSURANCE COMPANY; ST PAUL MERCURY INSURANCE COMPANY; ST PAUL PROTECTIVE INSURANCE COMPANY; ST PAUL SURPLUS LINES INSURANCE COMPANY; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA; TRAVELERS CASUALTY AND SURETY COMPANY; TRAVELERS HOME AND MARINE INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; TRAVELERS INSURANCE COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY; AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY; AMERICAN NATIONAL GENERAL INSURANCE COMPANY; ANPAC LOUISIANA INSURANCE COMPANY; AMERICAN NATIONAL INSURANCE COMPANY; SHELTER MUTUAL INSURANCE COMPANY; SHELTER GENERAL INSURANCE COMPANY; STATE NATIONAL INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION; NATIONAL LLOYDS INSURANCE COMPANY; AMERICAN SUMMIT INSURANCE COMPANY; UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY; USAA GENERAL INDEMNITY COMPANY; UNION NATIONAL FIRE INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; ZURICH NORTH AMERICA; SAFECO INSURANCE COMPANY; SOUTHWEST BUSINESS CORPORATION; LAFAYETTE INSURANCE COMPANY; UNITED FIRE AND CASUALTY COMPANY; UNITED FIRE AND INDEMNITY COMPANY; AUTO CLUB FAMILY INSURANCE COMPANY; ET AL 1

                            Defendants - Respondents