```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   FEB - 7 2008

LORETTA G. WHYTE
       CLERK
```

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 4, 2008

TO: All Counsel and Parties Listed Below:

    Misc. No. 07-46 Louisiana, State of v. AAA Insurance
    USDC No. 2:07-CV-5528
        USDC No. 2:07-CV-5528

Enclosed is a copy of the court's order granting the petitions for leave to appeal under 28 U.S.C § 1453. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 08-30145.

Unless the district court has granted In Forma Pauperis status, the appellants should immediately pay the court of appeals' **$450.00 docketing fee and $5.00 filing fee** to the **district court clerk**, and notify us of the payment within 10 days from the date of this letter. (An additional $450.00 docketing fee and $5.00 filing fee is also due to the **district court clerk** for the filing of the supplemental petition for leave to appeal.) If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

By copy of this letter, I am requesting the district court to send the notice of certified record immediately.

**The appeal is expedited.** Appellant's brief is due within 14 days from the date of the Court's order. Appellee's brief is due within 10 days from the due date of appellant's brief. The reply brief is due within 5 days from the due date of appellee's brief. All briefs must be sent by overnight mail. The reply brief should also be sent by e-mail to the following address: CA05_certrecord@ca5.uscourts.gov.

Counsel desiring to appear in this case must sign and return a "Form for Appearance of Counsel", naming each party you represent, within 15 days from the date of this letter. You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov. If you fail to send in the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.

```
__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____
```

                                Sincerely,

                                CHARLES R. FULBRUGE III, Clerk

                                        *Dantrell Johnson*
                          By:   _____
                                Dantrell Johnson, Deputy Clerk
                                504-310-7689

Mr Calvin Clifford Fayard Jr
Ms Isabel B Wingerter
Mr Neil C Abramson
Mr Wystan Michael Ackerman
Ms Angie Arceneaux Akers
Ms Judy Y Barrasso
Ms Nora B Bilbro
Mr Thomas R Blum
Ms Kelly C Bogart
Ms Jacqueline M Brettner
Ms Lauren E Brisbi
Mr Stephen G Bullock
Mr William Glenn Burns
Ms Jaime Michele Cambre
Ms Rachael Patton Catalanotto
Mr Charles Louis Chassaignac IV
Ms Martha Rundell Crenshaw
Mr Chris D'Amour
Ms Cari Katrice Dawson
Ms Laurie L Dearmond
Ms Nancy Scott Degan
Mr Sidney W Degan III
Mr Patrick D Derouen
Ms Julia A Dietz
Mr John Christopher Dippel
Ms Leslie W Dippel
Mr Richard Joseph Doren
Ms Mary Lue Dumestre
Mr Lawrence J Duplass
Mr Anthony T Eliseuson
Ms Nina Wessel English
Ms Andrea Leigh Fannin
Mr Neal J Favret
Mr Richard L Fenton
Mr Alan S Gilbert
Ms Nancy B Gilbert
Mr Paul E Glad
Mr Stephen E Goldman
Mr George B Hall Jr
Mr Ralph S Hubbard III
Mr Christopher Keith Jones
Mr Kevin P Kamraczewski
Mr Howard Bruce Kaplan
Mr Kent Andrew Lambert
Mr Wayne J Lee
Ms Anne D Lejeune
Mr Steven M Levy
Mr Edward J Lilly

Mr Matthew Joseph Lindsay
Mr Jay M Lonero
Ms Amy S Malish
Mr Christopher Weldon Martin
Mr Ben Louis Mayeaux
Ms Anne Elizabeth Medo
Mr Stephen L Miles
Mr Will Montz
Mr David Moragas
Mr Sean Patrick Mount
Mr Daniel Winthrop Nelson
Mr Dominic J Ovella
Mr James L Pate
Ms Maura Z Pelleteri
Mr Ethan N Penn
Mr Christopher Raymond Pennison
Mr Paul Lee Peyronnin
Mr C Michael Pfister
Mr H Minor Pipes III
Mr Daniel T Plunkett
Mr M Davis Ready
Mr Daniel Michael Redmann
Mr Marshall M Redmon
Ms Wendy Hickok Robinson
Mr Anthony Joseph Rollo Jr
Mr Harry A Rosenberg
Ms Deborah B Rouen
Ms Amy R Sabrin
Mr Martin R Sadler
Mr Seth Andrew Schmeeckle
Mr Gordon Paul Serou Jr
Mr Jay R Sever
Mr Robert I Siegel
Mr David R Simonton
Mr John E Unsworth Jr
Mr Steven W Usdin
Mr John R Walker
Mr John W Waters Jr
Mr Gerard E Wimberly Jr
Mr John Powers Wolff III
Mr Alan J Yacoubian

Enclosure
cc: Ms Loretta Whyte, Clerk

MOT-11