

CV 05-4182
-------------------
Petition for Leave to Appeal
Under 28 U.S.C. § 1453
-------------------
CV 07-5528 -K

Before HIGGINBOTHAM, STEWART, and ELROD, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petitions for leave to appeal under 28 U.S.C. § 1453 is **GRANTED**. The clerk will set a briefing schedule. This panel will remain with this case.

MOT-21

A true copy
Attest:   FEB 0 4 2008
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana   Deputy

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

```
          IN THE UNITED STATES COURT OF APPEALS

               FOR THE FIFTH CIRCUIT           U.S. COURT OF APPEALS
          ─────────────────────────────              FILED

                    No. 07-00046                   FEB 0 4 2008
          ─────────────────────────────
                                                CHARLES R. FULBRUGE III
STATE OF LOUISIANA, Individually and on behalf of         CLERK
State of Louisiana, Division of Administration,
Office of Community Development ex rel;
CHARLES C FOTI, JR, Attorney General for the State of
Louisiana, Individually and as a Class Action on Behalf
of All Recipients of Funds as Well As All Eligilble and/or
Future Recipients of Funds through The Road Home Program

                  Plaintiffs - Petitioners




          vs.




AAA INSURANCE; AFFILIATED FM INSURANCE COMPANY; ALDRICH INSURANCE
AGENCY INC; ET AL; AIG CENTENNIAL INSURANCE COMPANY; AIU
INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE
COMPANY; AMERICA FIRST INSURANCE COMPANY; STATE FARM FIRE AND
CASUALTY; STATE FARM GENERAL INSURANCE COMPANY; ENCOMPASS
INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY OF AMERICA,
ENCOMPASS PROPERTY AND CASUALTY COMPANY; AEGIS SECURITY INSURANCE
COMPANY; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA; AMERICAN
SECURITY INSURANCE COMPANY; ASSURANT INC; AMERICAN RELIABLE
INSURANCE COMPANY; STANDARD GUARANTY INSURANCE COMPANY; VOYAGER
INDEMNITY INSURANCE COMPANY; VOYAGER PROPERTY AND CASUALTY
INSURANCE COMPANY; AMERICAN FIRST INSURANCE COMPANY; LIBERTY
MUTUAL FIRE INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY;
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY; KEMPER CASUALTY
INSURANCE COMPANY; LUMBERMENS MUTUAL CASUALTY COMPANY, MERASTAR
INSURANCE COMPANY; UNITRIN PREFERRED INSURANCE COMPANY; UNITRIN
AUTO AND HOME INSURANCE COMPANY; TRINITY UNIVERSAL INSURANCE
COMPANY; TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC;
ARMED FORCES INSURANCE EXCHANGE; AMERICAN CENTRAL INSURANCE
COMPANY; HOMESITE INSURANCE COMPANY; FIDELITY NATIONAL INSURANCE
COMPANY; FIDELITY NATIONAL PROPERTY AND CASUALTY COMPANY;
NATIONWIDE; NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA;
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY; NATIONWIDE MUTUAL
INSURANCE COMPANY; SCOTTSDALE INDEMNITY COMPANY; SCOTTSDALE
INSURANCE COMPANY; AMERICAN EMPIRE INSURANCE COMPANY; AMERICAN
EMPIRE SURPLUS LINES INSURANCE COMPANY; GREAT AMERICAN ALLIANCE
INSURANCE COMPANY; GREAT AMERICAN ASSURANCE COMPANY; GREAT
AMERICAN INSURANCE COMPANY OF NEW YORK; GREAT AMERICAN SECURITY
INSURANCE COMPANY; GREAT AMERICAN SPIRIT INSURANCE COMPANY; AMICA
MUTUAL INSURANCE COMPANY; NATIONAL SECURITY FIRE AND CASUALTY
COMPANY; OMEGA ONE INSURANCE COMPANY; CLARENDON NATIONAL
INSURANCE COMPANY; THE INVOLVED LLOYD'S UNDERWRITERS; BALBOA
INSURANCE COMPANY; HSBC INSURANCE COMPANY OF DELAWARE; MERITPLAN
```

INSURANCE COMPANY; FARMERS INSURANCE EXCHANGE; FOREMOST INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY COMPANY; FOREMOST SIGNATURE INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY OF LOUISIANA; THE AMERICAN INSURANCE COMPANY; NATIONAL SURETY CORPORATION; CHUBB INDEMNITY INSURANCE COMPANY; CHUBB CUSTOM INSURANCE COMPANY; CHUBB NATIONAL INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; GREAT NORTHERN INSURANCE COMPANY; VIGILANT INSURANCE; CONTINENTAL INSURANCE COMPANY; THE HANOVER AMERICAN INSURANCE COMPANY; THE HANOVER INSURANCE COMPANY; HORACE MANN INSURANCE COMPANY; HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY; MASSACHUSETTS BAY INSURANCE COMPANY; TEACHERS INSURANCE COMPANY; TOKIO MARINE AND NICHIDO FIRE INSURANCE COMPANY; FIDELILTY AND DEPOSIT COMPANY OF MARYLAND; EMPIRE FIRE AND MARINE INSURANCE COMPANY; EMPIRE INDEMNITY INSURANCE COMPANY; CENTRE INSURANCE COMPANY; ZC STERLING INSURANCE AGENCY, INC AND ZC STERLING CORPORATION; WESTERN WORLD INSURANCE COMPANY; AMERICAN VEHICLE INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; METLIFE INC, ECONOMY PREMIER ASSURANCE COMPANY; METROPOLITAN CASUALTY INSURANCE COMPANY; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY; HARTFORD ACCIDENT AND INDEMNITY COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF THE MIDWEST; HARTFORD INSURANCE COMPANY OF THE SOUTHEAST; HARTFORD INSURANCE GROUP; HARTFORD UNDERWRITERS INSURANCE GROUP; HARTFORD UNDERWRITERS INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; THE STANDARD FIRE INSURANCE COMPANY; ST PAUL TRAVELERS INSURANCE COMPANY; ST PAUL FIRE AND MARINE INSURANCE COMPANY; ST PAUL GUARDIAN INSURANCE COMPANY; ST PAUL MERCURY INSURANCE COMPANY; ST PAUL PROTECTIVE INSURANCE COMPANY; ST PAUL SURPLUS LINES INSURANCE COMPANY; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA; TRAVELERS CASUALTY AND SURETY COMPANY; TRAVELERS HOME AND MARINE INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; TRAVELERS INSURANCE COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY; AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY; AMERICAN NATIONAL GENERAL INSURANCE COMPANY; ANPAC LOUISIANA INSURANCE COMPANY; AMERICAN NATIONAL INSURANCE COMPANY; SHELTER MUTUAL INSURANCE COMPANY; SHELTER GENERAL INSURANCE COMPANY; STATE NATIONAL INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION; NATIONAL LLOYDS INSURANCE COMPANY; AMERICAN SUMMIT INSURANCE COMPANY; UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY; USAA GENERAL INDEMNITY COMPANY; UNION NATIONAL FIRE INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; ZURICH NORTH AMERICA; SAFECO INSURANCE COMPANY; SOUTHWEST BUSINESS CORPORATION; LAFAYETTE INSURANCE COMPANY; UNITED FIRE AND CASUALTY COMPANY; UNITED FIRE AND INDEMNITY COMPANY; AUTO CLUB FAMILY INSURANCE COMPANY; ET AL 1

Defendants - Respondents