UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |

## CORRECTED /NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

YOU ARE HEREBY NOTIFIED of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**   Greater New Orleans Barge Fleeting Assoc.
Through its President, Karl C. Gonzales
6226 Jefferson Highway, Suite F
Harahan, Louisiana   70123

**LOCATION:**   Law Office of Brian A. Gilbert
821 Baronne Street
New Orleans, Louisiana   70113

**DATE/TIME:**                          February 29, 2008 1:15 p.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 1:15 p.m. on February 29, 2008, any and all of the following AWO and/or RCP materials in effect in the New Orleans area as of August 29, 2005 and applicable or available to maritime entities such as Ingram Barge Company, Lafarge North America, Zito Towing, Domino Towing and/or Unique Towing Company, and/or available and/or applicable to the commercial maritime insurance industry:

1. Documents, books, guidelines, rules, publications, communications, email, correspondence, memoranda, notices, recommendations, standards, texts, articles, treatises, instructions, video, photos, recordings, records, reports, and other materials concerning or describing.

    The proper means of handling, mooring, transport and fleeting of and securing barges when a storm or unusually windy weather is possible;

    The risk or consequences of a barge becoming loose;

    The risk or consequences of a barge alliding with a floodwall or other stationary structure;

2. All documents referring to any incident resulting in any damage that was ever allegedly caused in whole or in part by any Ingram barge that ever became loose, whether or not in a flood or hurricane

    And

    such additional documents as any or all of the entities listed above.;

3. Any and all inquiry, investigations, reports, publications, articles, statements, records, documents, things, writings, accounts, photo, video and other materials relative to the breakaway of Ingram hopper barge ING 4727 during Hurricane Katrina.

4. Any and all materials consisting of and/or related to prevention and/or investigation of the breakaway of barges, specifically including BUT NOT LIMITED TO Ingram hopper barge ING 4727 during Hurricane Katrina.

5.  Any and all materials, directives, communications, correspondence, documents, writings and things provided to and/or by, and/or obtained by or from, Ingram Barge Company, Lafarge North America, Zito Towing, Zito Fleeting, Domino Towing and/or Unique towing relative to any and all of the foregoing in Nos. 2 or 3, above.

6.  Any and all audits, reports, investigations and evaluations of Ingram Barge Company and Lafarge North America (including but not limited to Lafarge's France Road Terminal in New Orleans Louisiana) relative to safe mooring, handling and/or securing of barges generally, and relative to severe weather.

7.  Any and all materials, writings, investigations, reports, documents, communications, email, agenda, publications, speeches, lectures, consultations, notes, transcripts and recordings relative to the August 29, 2005 breakaway of Ingram Barge ING 4727, consequent damages, as well as any discussions and communications thereof

8.  Any and all documents, things and communications obtained from and/or provided by any and all persons and entities with knowledge of the aforesaid breakaway.

10. Any and all other writings and things consisting of and/or bearing upon and or memorializing the contents of any and all 1 meetings, press releases, newsletters, bulletins and other communications of whatever form and time relating to the August 29, 2005 breakaway of Ingram Barge ING 4727 and/or consequences thereof.

11. Affidavit of authenticity of all of the foregoing.

    Respectfully submitted
    By BARGE P.S.L.C.

**LAW OFFICE OF BRIAN A. GILBERT**

\S\ Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885-7700
Phone: 504/581-6180
Fax: 504/581-4336
Attorney for Plaintiffs


**WIEDEMANN & WIEDEMANN**

\S\ Lawerence D. Wiedemann
**LAWRENCE D. WIEDEMANN
KARL WIEDEMANN**

        **KAREN WIEDEMANN**
        821 Baronne Street
        New Orleans, Louisiana   70113
        Phone: 504/581-6180
        Fax: 504/581-4336
        Attorneys for Plaintiffs


        \S\ Patrick J. Sanders
        3123 Ridgelake Drive, Ste. B
        Metairie, Louisiana   70002
        Phone: 504/834-0646
        Fax: 504/835-2401
        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or ECF upload this 28th day of January, 2008.

        \s\ Brian A. Gilbert