## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182<br><br>SECTION: K<br><br>MAGISTRATE: 2 |
| **PERTAINS TO:**<br>**INSURANCE (#06-9246)** | * * * | |
| **FLOWERS BY MY SISTER & ME, LLC** | * * | |
| **VERSUS** | * * | |
| **ZURICH AMERICAN INSURANCE**<br>**COMPANY AND/OR MARYLAND**<br>**CASUALTY COMPANY** | * * * * | |

\*   \*   \*   \*   \*   \*   \*   \*

## PROPOSED ORDER

Considering the foregoing motion for leave of court:

**IT IS HEREBY ORDERED** that defendants, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to at times as "MCC" or "Maryland Casualty Company"), are granted leave of court to file their Amended Answer to Plaintiffs' Petition.

**NEW ORLEANS**, Louisiana, this _____ day of _____, 2008.

_____
**J U D G E**