UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO.: 05-4182<br><br>SECTION: K<br><br>MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (#06-9246) | *<br>* | |
| FLOWERS BY MY SISTER & ME, LLC | *<br>* | |
| VERSUS | *<br>* | |
| ZURICH AMERICAN INSURANCE<br>COMPANY AND/OR MARYLAND<br>CASUALTY COMPANY | *<br>*<br>*<br>* | |
| * * * * * * * * | | |

**MOTION FOR LEAVE OF COURT TO FILE AMENDED ANSWER
TO PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to at times as "MCC" or "Maryland Casualty Company"), who seeks leave of court to file its Amended Answer to Plaintiff's First Supplemental and Amending Complaint.

Defendant timely filed an answer to Plaintiff's First Supplemental and Amending Complaint, but seeks to amend its affirmative defenses thereto. MCC represents that filing this answer will not prejudice any of the parties.

**WHEREFORE**, defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company), prays that it be granted leave of court to file its Amended Answer to Plaintiff's First Supplemental and Amending Complaint.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING, T.A. (#25128)**
**DAVID D. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendants,*
*Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 7th day of February, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**