UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| PERTAINS TO: <br> 07-4558, 07-4948, 07-4968, 07-4979, 07-4982, 07-4995, <br> 07-4997, 07-5016, 07-5018, 07-5254, 07-5286, 07-5317, <br> 07-5323, 07-5350, 07-5351, 07-5355, 07-5356, 07-5359, <br> 07-5367 | * <br> * <br> * <br> * <br> * <br> * | |

## MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS AND CORPORATE DEPOSITION

Plaintiffs seek to conduct limited discovery which is necessary to allow them to respond to the motion to dismiss that was filed by Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"). Plaintiffs propounded discovery which is limited to the narrow question of whether National Union issued any additional insurance policies to its insured, the Board of Commissioners of the East Jefferson Levee District, which has also been named as a defendant in its case. Plaintiffs cannot fully or fairly respond to National Union's motion unless it responds to this discovery, and they will be substantially prejudiced if this Court were to grant National Union's motion, thereby dismissing it as a party, without having the opportunity to fully respond to the pending motion. As such, Plaintiffs ask that this Court compel the production of the requested documents and the corporate deposition of National Union.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, #19589
PETER L. HILBERT, JR. #6875
JEFFREY D. KESSLER #30156
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
philbert@shergarner.com
jkessler@shergarner.com
**ATTORNEYS FOR PLAINTIFFS IMPERIAL TRADING CO., INC.; XAVIER UNIVERSITY; WHITE III, L.L.C. F/K/A JLH, L.L.C.; UNIVERSAL HEALTH SERVICES, INC.; CII CARBON, L.L.C.; DILLARD UNIVERSITY; AND SAVOY PLACE ASSOCIATES, LP.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/JAMES M. GARNER