UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: ALL LEVEE, INCLUDING<br>07-4558, 07-4948, 07-4968, 07-4979, 07-4982, 07-4995,<br>07-4997, 07-5016, 07-5018, 07-5254, 07-5286, 07-5317,<br>07-5323, 07-5350, 07-5351, 07-5355, 07-5356, 07-5359,<br>07-5367 | * <br> * <br> * <br> * <br> * <br> * | |

## RULE 37 CERTIFICATE

Pursuant to Federal Rule of Civil Procedure 37(a)(2)(B) and Local Rule 37.1E, Plaintiffs counsel certifies that they have in good faith conferred with counsel for Defendant National Union Fire Insurance Company of Pittsburgh, Pa. in an effort to resolve the discovery dispute regarding the Requests for Production and Notice of Corporate Deposition previously propounded by Plaintiffs. The parties have not been able to resolve the discovery dispute without court action.

Respectfully Submitted,

/s/ James M. Garner
JAMES M. GARNER, #19589
PETER L. HILBERT, JR. #6875
JEFFREY D. KESSLER #30156
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
philbert@shergarner.com
jkessler@shergarner.com
**ATTORNEYS FOR PLAINTIFFS IMPERIAL TRADING CO., INC.; XAVIER UNIVERSITY; WHITE III, L.L.C. F/K/A JLH, L.L.C.; UNIVERSAL HEALTH SERVICES, INC.; CII CARBON, L.L.C.; DILLARD UNIVERSITY; AND SAVOY PLACE ASSOCIATES, LP.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/JAMES M. GARNER