UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: 07-4558, 07-4948, 07-4968, 07-4979, 07-4982, 07-4995, 07-4997, 07-5016, 07-5018, 07-5254, 07-5286, 07-5317, 07-5323, 07-5350, 07-5351, 07-5355, 07-5356, 07-5359, 07-5367 | * * * * * * | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned will bring for hearing the attached Motion to be heard before the Honorable United States Chief Magistrate Judge Joseph C. Wilkinson, Jr., on February 27, 2008, at 11:00 a.m., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

Respectfully Submitted,

s/ James M. Garner
JAMES M. GARNER, #19589
PETER L. HILBERT, JR. #6875
JEFFREY D. KESSLER #30156
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
philbert@shergarner.com
jkessler@shergarner.com
**ATTORNEYS FOR PLAINTIFFS IMPERIAL TRADING CO., INC.; XAVIER UNIVERSITY; WHITE III, L.L.C. F/K/A JLH, L.L.C.; UNIVERSAL HEALTH SERVICES, INC.; CII CARBON, L.L.C.; DILLARD UNIVERSITY; AND SAVOY PLACE ASSOCIATES, LP.**