UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>07-4558, 07-4948, 07-4968, 07-4979, 07-4982, 07-4995,<br>07-4997, 07-5016, 07-5018, 07-5254, 07-5286, 07-5317,<br>07-5323, 07-5350, 07-5351, 07-5355, 07-5356, 07-5359,<br>07-5367 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

CONSIDERING THE FOREGOING *Ex Parte* Motion for Expedited Consideration with respect to Plaintiffs' Motion to Compel Responses to Discovery and Request for Corporate Deposition:

IT IS HEREBY ORDERED that Plaintiffs' *Ex Parte* Motion for Expedited Hearing be and is hereby GRANTED.

IT IS HEREBY FURTHER ORDERED that Plaintiffs' Motion to Compel will be heard on the ____ day of February, 2008, at _____ o'clock ___.m.

_____
UNITED STATES MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.