UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K"(2) |
| *Katz*, C.A. 06-4155 | * | |

*******************************************

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff Marlene Katz who, pursuant to LR 78.1 and this Court's Order dated January 21, 2008 (Rec. Doc. No. 10665), requests oral argument for State Farm Fire and Casualty Company's and Anthony Cemo's Motion for Partial Summary Judgment to Dismiss Plaintiff's Excess Flood Allegations, and defendants' Motion to Exclude Testimony and Opinions of Haig Neville.  Plaintiff respectfully avers that oral argument will assist the Court in understanding the law and facts applicable to defendants' motions.  The hearing of defendants' motions is currently set for February 20, 2008, at 9:30 a.m.

1

          Respectfully submitted,

          ___/s/ Jeffery B. Struckhoff_____
          **TERRENCE J. LESTELLE – 8540**
          **ANDREA S. LESTELLE – 8539**
          **JEFFERY B. STRUCKHOFF - 30173**
          **LESTELLE & LESTELLE**
          3421 N. Causeway Blvd, Ste. 602
          Metairie, LA 70002
          Telephone:  504-828-1224
          Facsimile:  504-828-1229
          **Attorneys for Plaintiff**
          **Marlene Katz**

## **CERTIFICATE OF SERVICE**

   I do hereby certify that I have on this 8th day of February, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

          ___/s/ Jeffery B. Struckhoff_____
          **Jeffery B. Struckhoff**