UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases<br><br>SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531<br>*Mumford v. Ingram*    05-5724 | <br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Admission *Pro Hac Vice*,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that attorney Adele Rapport be admitted *pro hac vice* to appear before this Court as co-counsel for Plaintiffs in the Mumford and Boutte matters along with Brian A. Gilbert, Patrick J. Sanders, and Lawrence D. Wiedemann, who will remain as local counsel.

New Orleans, Louisiana this __6th__ day of ____February____, 2008

_____
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

_____   I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 30th day of January  , 2008.

\s\Patrick J. Sanders