# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*     05-5531 | * |  |
| *Mumford v. Ingram*     05-5724 | * |  |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*     06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * |  |
| *Parfait Family v. USA*     07-3500 | * | MAG. |
| *Lafarge v. USA*     07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:    All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**                    The American Waterways Operators
                                   801 North Quincy Street, Suite 200
                                   Arlington, VA 22203

**LOCATION:**                      If By Mail:
                                   Law Office of Brian A. Gilbert
                                   821 Baronne Street
                                   New Orleans, Louisiana  70113

**Or**

**Local:**
**Law Office of Richard T. Seymour, PLLC**
**1150 Connecticut Avenue, N.W., Ste. 900**
**Washington, D.C.  20036-4129**

**DATE/TIME:**                              **February 29, 2008 1:45 p.m.**

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 1:45

p.m. on February 29, 2008, any and all of the following AWO and/or RCP materials in effect in the

New Orleans areas of August 29, 2005 as to Ingram Barge Company, Lafarge North America, Zito

Towing, Domino Towing and/or Unique Towing Company, as to inland hopper barges:

1.    Documents, books, guidelines, rules, publications, communications, email,
      correspondence, memoranda, notices, recommendations, standards, texts, articles,
      treatises, instructions, video, photos, recordings, records, reports, and other materials
      concerning or describing:

            The proper means of handling, mooring, transport and fleeting of and securing
            barges when a storm or unusually windy weather is possible;

            The risk or consequences of a barge becoming loose;

            The risk or consequences of a barge alliding with a floodwall or other stationary
            structure;

2.    All documents referring to any incident resulting in any damage that was ever allegedly
      caused in whole or in part  by any Ingram barge that ever became loose, whether or not in
      a flood or hurricane;

      and

      such additional documents as any or all of the entities listed above;

3.    Any and all inquiry, investigations, reports, publications, articles, statements, records,
      documents, things, writings, accounts, photo, video and other materials relative to the
      breakaway of Ingram hopper barge ING 4727 during Hurricane Katrina;

4.   Any and all materials consisting of and/or related to the following relevant to prevention
and/or investigation of the breakaway of barges, specifically including BUT NOT
LIMITED TO  Ingram hopper barge ING 4727 during Hurricane Katrina:

From http://www.americanwaterways.com/commitment_safety/index.html

Responsible Carrier Program

   * About the Responsible Carrier Program

   * Responsible Carrier Program ( PDF)

   * What Others Are Saying About AWO's Responsible Carrier Program

   * RCP Auditor List ( PDF)

   * Updated Audit Check List

   * New Auditor Application ( PDF)

   * Barge Assessment Complement ( PDF)

U.S. Coast Guard - AWO Safety Partnership

   * U.S. Coast Guard - AWO Safety Partnership

   * Report of the U.S. Coast Guard-AWO Bridge Allision Work Group ( PDF)

Safety Tools

   * Safety Tools/Documents Library

   * Coast Guard-Accepted Towing Vessel Mate/Pilot Training Program ( PDF)

5.   Any and all materials, directives, communications, correspondence, documents, writings
and things provided to or obtained by Ingram Barge Company, Lafarge North America,
Zito Towing, Zito Fleeting, Domino Towing and/or Unique Towing and/or bearing the
names of said entities;

6.   Any and all audits, reports, investigations and evaluations of Ingram Barge Company and
Lafarge North America (including but not limited to Lafarge's France Road Terminal in
New Orleans, Louisiana) relative to safe mooring, handling and/or securing of barges
generally, and relative to severe weather;

7.   Any and all other writings and things consisting of and/or bearing upon and or
memorializing the contents of any and all additional meetings, press releases, newsletters,
bulletins and other communications of whatever form and time relating to the August 29,
2005 breakaway of Ingram Barge ING 4727 and/or consequences thereof;

8.  Any and all materials, writings, investigations, reports, documents, communications, email, agenda, publications, speeches, lectures, consultations, notes, transcripts and recordings relative to the August 29, 2005 breakaway of Ingram Barge ING 4727, consequent damages, as well as any discussions and communications thereof;

9.  Any and all documents, things and communications obtained from and/or provided by any and all persons and entities with knowledge of the aforesaid breakaway;

10. Affidavit of authenticity of all of the foregoing.

Respectfully submitted
By BARGE P.S.L.C.


\S\ Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana   70113
Phone: 504/885-7700
Phone: 504/581-6180
Fax: 504/581-4336
Attorney for Plaintiffs


\S\ Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIDEMANN (21151)**
821 Baronne Street
New Orleans, Louisiana   70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiff


\S\ Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana   70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 28th day of January, 2008.

\s\Brian A. Gilbert