UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | | * <br> * <br> * <br> * | CIVIL ACTION |
| | | * <br> * | NO. 05-4182 <br> and consolidated cases |
| PERTAINS TO: BARGE | | * <br> * <br> * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAG. |
| *Lafarge v. USA* | 07-5178 | * <br> * | JOSEPH C. WILKINSON, JR. |

### NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**          The City of New Orleans
                        Through the City Attorney
                        Penya Moses-Fields
                        1300 Perdido Street, Fifth Floor East
                        New Orleans, Louisiana

| | |
|---|---|
| **LOCATION:** | Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana 70113 |
| **DATE/TIME:** | February 29, 2008 10:15 a.m. |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 10:15 a.m. on February 29, 2008, any and all of the following:

1. Any and all documents, writings, things, recordings, records, reports, logs, histories and any other type of material relating to NOPD Item No. H-49870-05;

2. Any and all incident reports, 911 tapes, N.O.F.D. and/or N.O.P.D. and/or N.O. EMS, supplements, statements, attachments, or records of citizen calls, videos, photos, communications, writings, recordings or complaints, received, or prepared by the New Orleans Police Department and/or New Orleans Fire Department and/or New Orleans EMS Department relating to the period between 3:00 a.m. through 10:00 a.m. on August 29, 2005, originating from the ten (10) block area North, South, and East of 2604 Deslonde Street, New Orleans, relating to:

    (A) the breach in the East side flood wall of the Industrial Canal by a barge;

    (B) the flooding of the area;

    (C) citizens in distress;

    (D) reports of drowning;

    (E) reports of property damage;

    (F) reports of stranded citizens;

    (G) requests for service;

    (H) reports of emergencies;

    (I) requests for rescue;

3. Any and all reports, investigations, documents, records, writings, things, email, communications, video, photos, graphics, depictions, tests, statements, accounts, narratives, and memorializations of and/or relevant to breaches in the Industrial Canal Floodwall, flooding of the Lower Ninth Ward, Ingram Barge 4727 and/or events in the Lower Ninth Ward during Katrina;

4. Assessed valuations of individual taxable properties for the Lower Ninth Ward and Bywater:

    (A) the latest assessment of lands and/or of structures prior to August 29, 2005;

    (B) the first assessment of lands and/or of structures thereafter; and

5. Aggregate valuations of taxable properties for the Lower Ninth Ward and Bywater: as of:

    (A) the most recent assessment of lands and/or of structures;

    (B) the latest assessment of lands and/or of structures prior to August 29, 2005;

    (C) the first assessment of lands and/or of structures thereafter;

    (D) the most recent assessment of lands and/or of structures;

    (E) the sales taxes paid by businesses in the class area as of:

        (1) the latest date available before August 29, 2005;

        (2) the earliest date available after August 29, 2005; and

        (3) the most recent available date;

    (F) all other taxes paid by businesses in the class area as of:

        (1) the latest date available before August 29, 2005;

        (2) the earliest date available after August 29, 2005; and

        (3) the most recent available date;

    (G) any other information on the economic activity in the class area as of:

        (1) the latest date available before August 29, 2005;

        (2) the earliest date available after August 29, 2005; and

        (3) the most recent available date;

6. Documents discussing changes in assessed valuations of lands and/or of structures pre-Katrina and post-Katrina, whether or not the document explicitly refers to Katrina;

7. Affidavit of authenticity of all of the foregoing produced in response hereto.

Respectfully submitted
By BARGE P.S.L.C.

**LAW OFFICE OF BRIAN A. GILBERT**

\S\Brian A. Gilbert
BRIAN A. GILBERT (#21297)
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885/7700
Phone: 504/581-6180
Fax: 504/581/4336


**WIEDEMANN & WIEDEMANN**


\S\Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN (#13457)
KARL WIEDEMANN (#188502)
KAREN WIEDEMANN (#21151)
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs

\S\Patrick J. Sanders
PATRICK J. SANDERS (#18741)
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

\s\Brian A. Gilbert