Issued by the

# United States District Court

|  EASTERN | DISTRICT | LOUISIANA |
|---|---|---|

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE | **SUBPOENA IN A CIVIL CASE**<br>CASE NUMBER.   05-4182 "K" (2)<br>AND CONSOLIDATED CASES |
|---|---|

TO: NEW ORLEANS POLICE DEPARTMENT
Records Custodian
1300 Perdido Street, Room 2W84
New Orleans, LA

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**SEE ATTACHED NOTICE OF FRCP 45 PRODUCTION REQUEST**

| PLACE | Chaffe McCall, L. L. P.<br>1100 Poydras Street, 2300 Energy Centre<br>New Orleans, Louisiana 70163-2300 | DATE AND TIME<br>February 29, 2008<br>10:25 a.m. |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>_/s/_ Derek A. Walker, Attorney for Defendant | DATE<br>February 7, 2008 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Derek A. Walker (#13175)
Chaffe McCall, L.L.P.
1100 Poydras Street, 2300 Energy Centre
New Orleans, Louisiana 70163-2300   (504) 585-7000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1   If action is pending in district other than district of issuance, state district under case number.