**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:  ALL CASES | § | |
| _____§ | | |

**DEFENDANT UNITED STATES' NOTICE OF RECEIPT OF DISCOVERY DEMAND**
**FOR PARTY SENSITIVE INFORMATION AND CONFIDENTIAL INFORMATION**

Pursuant to paragraph 16 of the Amended Master Protective Order (AMPO) (Doc. No. 7634), the United States hereby gives notice to all parties that it has received a discovery demand for "PARTY SENSITIVE INFORMATION" and "CONFIDENTIAL INFORMATION." Specifically, Lafarge North America, Inc. (LNA) has requested:

> All discovery requests and responses (including without limitation all interrogatories and RFP answers, requests for production of documents and responses to requests for production of documents, requests for admissions and answers to requests for admission, and all documents produced in response to requests to production of documents) that You either served or received in any case that is part of *In re Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 et al. (E.D. La) including all documents that You placed in, sent to, or otherwise reproduced in any electronic or physical document repository in connection with *In re Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 et al. (E.D.La).

Lafarge North America, Inc.'s Request for Production of Documents, Request No. 1 (attached as Exhibit 1). This broad request includes the following documents that the United States has received in discovery from insurance companies and that have been designated as either "PARTY SENSITIVE" or "CONFIDENTIAL" pursuant to the AMPO:

1. State Farm Fire & Casualty Company

    A. Affidavit regarding aggregate insurance claims information. (Party Sensitive)

    B. Insurance claim files of LEVEE class representatives or former LEVEE class representatives. (Confidential)

2. Allstate Insurance Company

    A. Affidavit regarding aggregate insurance claims information. (Party Sensitive)

    B. Insurance claim files of LEVEE class representatives or former LEVEE class representatives. (Party Sensitive)

3. Standard Fire Insurance Company

    A. Affidavit regarding aggregate insurance claims information. (Party Sensitive)

    B. Insurance claim files of LEVEE class representatives or former LEVEE class representatives. (Confidential)

4. Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company

    A. Insurance claim files of MRGO class representatives or former MRGO class representatives. (Party Sensitive)

5. Farmers Insurance Exchange

    A. Affidavit regarding aggregate insurance claims information. (Confidential)

Pursuant to paragraph 16 of the AMPO, the "Designating Party shall bear the burden of asserting its rights and privileges with respect to the CONFIDENTIAL INFORMATION OR PARTY SENSITIVE CONFIDENTIAL INFORMATION." DOC. 7634. Therefore, the United States hereby gives notice to the insurance companies that designated these documents as "PARTY SENSITIVE" or "CONFIDENTIAL" so that they may assert their rights and privileges with respect to these documents.

    Respectfully submitted,

    JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY
    Assistant Director, Torts Branch

    s/ Daniel M. Barish
    DANIEL M. BARISH
    Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 888
    Washington, D.C. 20044
    (202) 616-4272 / (202) 616-5200 (Fax)
    Attorneys for the United States

Dated: February 8, 2008

## **CERTIFICATE OF SERVICE**

     I, Daniel M. Barish, hereby certify that on February 8, 2008, I served a true copy of the Defendant United States' Notice of Receipt of Discovery Demand for Party Sensitive Information and Confidential Information upon all parties by ECF.


                                         s/  Daniel M. Barish
                                        DANIEL M. BARISH