## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases<br><br>SECTION "K" (2) |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | |
| *Mumford v. Ingram* | 05-5724 | |
| *Lagarde v. Lafarge* | 06-5342 | JUDGE |
| *Perry v. Ingram* | 06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | MAG. |
| *Lafarge v. USA* | 07-5178 | JOSEPH C. WILKINSON, JR. |

### NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:  All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**                        WWL Radio 870
                                                     Intercom New Orleans
                                                     400 Poydras Street, Ste. 800
                                                     New Orleans, Louisiana

LOCATION:          Law Office of Brian A. Gilbert
                   821 Baronne Street
                   New Orleans, Louisiana  70113


DATE/TIME:         February 29, 2008 10:45 a.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 10:45 a.m. on February 29, 2008, any and all of the following:

1. Any and all recordings of August 29, 2005 telephone calls from persons present in the Lower Ninth Ward of New Orleans on said date;

2. Any and all documents reflecting the identities, whereabouts, addresses, and phone numbers of any and all persons making and/or receiving the above calls;

3. Any and all documents reflecting the times of the above calls;

4. Any and all written, recorded, transcribed video, photos, and/or memorialized accounts or reports of events in the Lower Ninth Ward, New Orleans on August 29, 2005;

5. Any and all written, recorded, transcribed and/or memorialized accounts or reports of floodwall breaches and/or flooding in the Lower Ninth Ward on August 29, 2005;

6. Any and all written, recorded, transcribed and/or memorialized accounts or reports of a barge striking the eastern Industrial Canal Floodwall in the Lower Ninth Ward, New Orleans, on August 29, 2005;

7. Affidavit of authenticity of all of the foregoing produced in response hereto.

                              Respectfully submitted
                              By BARGE P.S.L.C.

                              LAW OFFICE OF BRIAN A. GILBERT

                              \S\Brian A. Gilbert
                              **BRIAN A. GILBERT (#21297)**
                              821 Baronne Street
                              New Orleans, Louisiana 70113
                              Phone: 504/885/7700
                              Phone: 504/581-6180
                              Fax: 504/581/4336

WIEDEMANN & WIEDEMANN

\S\Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN (#13457)
KARL WIEDEMANN (#188502)
KAREN WIEDEMANN (#21151)
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs


\S\Patrick J. Sanders
PATRICK J. SANDERS (#18741)
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

\s\Brian A. Gilbert