UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION                NO. 05-4182 "K" (2)
                                       JUDGE DUVAL
                                       MAG. WILKINSON

PERTAINS TO: INSURANCE (08-0071)

**THE PLAINTIFFS' MOTION TO STAY AND MOTION TO REMAND**

NOW COME the Plaintiffs Eugene L. Dudenhefer, Eugene A. Dudenhefer, Sr., Warren J. Dudenhefer, Diane D. Volpe, and Roy E. Dudenhefer, through the undersigned counsel of record, suggesting that this action should be stayed in light of the January 11, 2008 ruling from the Louisiana Supreme Court granting writs from the Fourth Circuit, Court of Appeal, in the *Sher v. Lafayette*

*Insurance Company* case[1] and/or a ruling by this Court on the Insurance Company Defendants' Joint Motion to Modify the Court's May 1, 2006 Consolidated Order and Deconsolidate

---

[1] *Sher v. Lafayette Insurance Company*, No. 2007-CA-0757 (La. App. 4th Cir), on appeal from the Civil District Court for the Parish of Orleans, No. 2006-9276, Division "G", Section "11", Giarrusso, J.

1

and/or Sever Cases within the Insurance Umbrella. Additionally, as set forth in the Plaintiffs' memorandum in support of these motions, the Plaintiffs move to remand this action back to the Thirty-Fourth Judicial District Court, Parish of St. Bernard, State of Louisiana, if appropriate, following the rulings in the *Sher* case by the Louisiana Supreme Court and on the Insurance Company Defendants' Joint Motion for Deconsolidation by this Court.

>Respectfully submitted,
>
>RANIER, GAYLE & ELLIOT, L.L.C.
>
>*/s/* LARRY D. DYESS
>Drew Ranier, La. Bar No. 8320
>dranier@rgelaw.com
>N. Frank Elliot III, La. Bar No. 23054 (T.A.)
>felliot@rgelaw.com
>Larry D. Dyess, La. Bar No.19555
>ldyess@rgelaw.com
>1419 Ryan Street
>Lake Charles, LA 70601
>Ph: (337) 494-7171
>Fax: (337) 494-7218
>
>*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2008, a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM / ECF system.

>*/s/* LARRY D. DYESS

2