UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO: INSURANCE (08-0071)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs Eugene L. Dudenhefer, Eugene A. Dudenhefer, Sr., Warren J. Dudenhefer, Diane D. Volpe, and Roy E. Dudenhefer, will bring their Motion to Stay and Motion to Remand before the Honorable Stanwood R. Duval, Jr. on March 5, 2008, at 9:30 a.m., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

1

Respectfully submitted,

RANIER, GAYLE & ELLIOT, L.L.C.


 */S/* LARRY D. DYESS
Drew Ranier, La. Bar No. 8320
dranier@rgelaw.com
N. Frank Elliot III, La. Bar No. 23054 (T.A.)
felliot@rgelaw.com
Larry D. Dyess, La. Bar No.19555
ldyess@rgelaw.com
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218
*Attorneys for the Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2008, a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM / ECF system.

 */s/* LARRY D. DYESS