UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO: INSURANCE (08-0071)

## ORDER

IT IS HEREBY ORDERED that this action is stayed in light of the January 11, 2008, ruling of the Louisiana Supreme Court granting writs from the Louisiana Fourth Circuit, Court of Appeal, in *Sher v. Lafayette Insurance Company* case pending a decision from the Louisiana Supreme Court in that matter, and/or a ruling by this Court on the Insurance Company Defendants' Joint Motion to Modify the Court's May 1, 2006 Consolidated Order and Deconsolidate and/or Sever Cases within the Insurance Umbrella.

      IT IS FURTHER ORDERED that the Plaintiffs' motion to remand is stayed and deferred until the Louisiana Supreme Court reaches a decision in *Sher v. Lafayette Insurance Company* case.

      Thus done and signed this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE