UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | |
| *Mumford v. Ingram* | 05-5724 | |
| *Lagarde v. Lafarge* | 06-5342 | JUDGE |
| *Perry v. Ingram* | 06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | MAG. |
| *Lafarge v. USA* | 07-5178 | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**          Louisiana Department of Revenue
                                    Records Custodian
                                    617 North Third Street
                                    Baton Rouge, LA 70802

**LOCATION:**              Law Office of Brian A. Gilbert
                                    821 Baronne Street
                                    New Orleans, Louisiana 70113

**DATE/TIME:**                            February 29, 2008 2:30 p.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 2:30 p.m. on February 29, 2008, any and all of the following:

(1)  Any and all documents and things reflecting annual and monthly business sales tax receipts, business income taxes, business employment taxes for each individual business geographically located, headquartered, operated and/or doing business in or from the New Orleans and St. Bernard Parish geographic area bounded on the west by the Industrial Canal, on the south by the Mississippi River, on the north by Florida Avenue and railroad tracks in Orleans and by the 40 Arpent Canal in St. Bernard, and on the east by Paris Road, as follows:

   A   the three years or thirty-six months prior to August 29, 2005;

   B.  the years and months thereafter;

(2)  Aggregate annual and monthly sales and all other business tax receipts for any part of the above geographic area;

   A.  the three years or thirty-six months prior to August 29, 2005;

   B.  the years and months thereafter; and

(3)  Documents discussing changes in assessed valuations of businesses, lands and/or of structures pre-Katrina and post-Katrina, whether or not the document explicitly refers to Katrina or the date of Katrina, relative to businesses within the said geographic area;

(4)  Any and all documents and things reflecting annual and monthly individual and personal taxes for persons and individuals and their property geographically located, headquartered, operated and/or residing and/or situated in or from the New Orleans and St. Bernard Parish geographic area bounded on the west by the Industrial Canal, on the south by the Mississippi River, on the north by Florida Avenue and railroad tracks in Orleans and by the 40 Arpent Canal in St. Bernard, and on the east by Paris Road, as follows:

   A   the three years or thirty-six months prior to August 29, 2005;

   B.  the years and months thereafter;

(5)  Aggregate annual and monthly personal and individual and all other tax receipts for any part of the above geographic area;

   A.  the three years or thirty-six months prior to August 29, 2005;

B. the years and months thereafter; and

(6) Documents discussing changes in assessed valuations of businesses, lands and/or of structures pre-Katrina and post-Katrina, whether or not the document explicitly refers to Katrina or the date of Katrina, relative to businesses within the said geographic area.

(7) Documents reflecting the identities of all persons who prepared or compiled the data and documents and things described above.

(8) Affidavit of authenticity of all of the foregoing.

Respectfully submitted
By BARGE P.S.L.C.

\S\ Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana   70113
Phone: 504/885-7700
Phone: 504/581-6180
Fax: 504/581-4336
Attorney for Plaintiffs

\S\ Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIDEMANN (21151)**
821 Baronne Street
New Orleans, Louisiana   70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiff

\S\ Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana   70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 28th day of January, 2008.

\s\Brian A. Gilbert