UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>*This relates to:*<br>NOS. 05-4181<br>06-1885<br>06-4024<br>06-4389<br>06-5771<br>06-5786<br>07-0206<br>07-3500<br>07-3612<br>07-5023<br>07-5040 | * * * * * * * * * * * * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION K<br><br>MAGISTRATE 2<br><br>JUDGE STANWOOD DUVAL<br><br>MAGISTRATE JUDGE WILKINSON |

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT,** comes Scott R. Bickford and Lawrence J. Centola, III, Attorneys at Law, who respectfully requests that they be enrolled as Counsel of Record for Calvin Fayard Jr., Esq., and D. Blayne Honeycutt, Esq., in connection with a Motion for Disqualification and Other Relief filed by Ashton O'Dwyer, Attorney at Law and Pro Se Litigant in the above-referenced matters.

It is specifically requested that the following attorneys at law be enrolled on Mr. Fayard and Mr. Honeycutt's behalf:

        SCOTT R. BICKFORD T. A. (#1165)
        LAWRENCE J. CENTOLA, III (#27402)
        338 Lafayette Street
        New Orleans, LA 70130
        504/581-9065 (Telephone)
        504/581-7635 (FAX)
        usdcedla@mbfirm.com

**WHEREFORE,** undersigned counsels pray that their names be entered as Attorneys of Record for Calvin Fayard Jr., Esq., and D. Blayne Honeycutt, Esq., in connection with the Motion to Disqualify and Other Relief filed by Ashton O'Dwyer.

        Respectfully submitted,

        /s/ Lawrence J. Centola, III
        **SCOTT R. BICKFORD T.A., (#1165)**
        **LAWRENCE J. CENTOLA, III  (#27402)**
        338 Lafayette Street
        New Orleans, LA  70130
        504/581-9065 (Telephone)
        504/581-7635 (FAX)
        usdcedla@mbfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all parties through their counsel of record via CM/ECF on this 8th day of February, 2008.

        /s/ Lawrence J. Centola, III