UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * | CIVIL ACTION |
| | | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | | * * | and consolidated cases |
| | | * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAG. |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | | * | |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**                                          Board of Assessors
                                                                       Parish of Orleans
                                                                       4E01 City Hall - Civic Center
                                                                       1300 Perdido Street
                                                                       New Orleans, La 70112

LOCATION: Law Office of Brian A. Gilbert
821 Baronne Street
New Orleans, Louisiana 70113

DATE/TIME: February 29, 2008 at 4:45 p.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 4:45 p.m. on February 29, 2008, any and all of the following:

1. Assessed valuations of individual taxable properties for the Lower Ninth Ward and Bywater:

    (A) the latest assessment of lands and/or of structures prior to August 29, 2005;

    (B) the first assessment of lands and/or of structures thereafter; and

2. Aggregate valuations of taxable properties for the Lower Ninth Ward and Bywater: as of:

    (A) the most recent assessment of lands and/or of structures;

    (B) the latest assessment of lands and/or of structures prior to August 29, 2005;

    (C) the first assessment of lands and/or of structures thereafter;

    (D) the most recent assessment of lands and/or of structures;

    (E) the sales taxes paid by businesses in the class area as of:

        (1) the latest date available before August 29, 2005;

        (2) the earliest date available after August 29, 2005; and

        (3) the most recent available date;

    (F) all other taxes paid by businesses in the class area as of:

        (1) the latest date available before August 29, 2005;

        (2) the earliest date available after August 29, 2005; and

    (3) the most recent available date;

 (G) any other information on the economic activity in the class area as of:

    (1) the latest date available before August 29, 2005;

    (2) the earliest date available after August 29, 2005; and

    (3) the most recent available date;

3. Documents discussing changes in assessed valuations of lands and/or of structures pre-Katrina and post-Katrina, whether or not the document explicitly refers to Katrina;

4. Affidavit of authenticity of all of the foregoing produced in response hereto.


        Respectfully submitted
        By BARGE P.S.L.C.

        **LAW OFFICE OF BRIAN A. GILBERT**

        \S\Brian A. Gilbert
        **BRIAN A. GILBERT (#21297)**
        821 Baronne Street
        New Orleans, Louisiana 70113
        Phone: 504/885/7700
        Phone: 504/581-6180
        Fax: 504/581/4336


        **WIEDEMANN & WIEDEMANN**


        \S\Lawrence D. Wiedemann
        **LAWRENCE D. WIEDEMANN (#13457)**
        **KARL WIEDEMANN (#188502)**
        **KAREN WIEDEMANN (#21151)**
        821 Baronne Street
        New Orleans, Louisiana 70113
        Phone: 504/581-6180
        Fax: 504/581-4336
        Attorneys for Plaintiffs

\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana  70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 29th day of January, 2008.

\s\Brian A. Gilbert