## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**       Custodian of Records
LSU Center for the Study of Public Health
Impact of Hurricanes, Louisiana State
University (through Board of Regents of
the Louisiana State University Agricultural
and Mechanical College)

                              Through the Attorney General (<u>Please serve</u>),
                              State of Louisiana:
                              James D. "Buddy" Caldwell
                              1885 N. Third Street
                              Baton Rouge, Louisiana

**LOCATION:**                     Law Office of Brian A. Gilbert
                              821 Baronne Street
                              New Orleans, Louisiana   70113

**DATE/TIME:**                  February 29, 2008 10:00 a.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 10:00 a.m. on February 29, 2008, any and all of the following:

1. Any and all documents, writings, statements, photos, video, models, simulations, recordings, publications, memoranda, correspondence, communications, records, logs, reports, data, summaries, test results, measurements, calculations, notes, narratives, and other writings and things generated, obtained, reviewed and/or considered in connection with any and all information, opinions, findings, and conclusions expressed in the Executive Summary and Sections (1), (2), (3), (6), (7), (8), and (12) of "Annual Interim Progress Report - Assessment and Remediation of Public Health Impacts Due to Hurricanes and Major Flooding Events - HEF (2001-06)-01 (Year 4)";

2. Any and all data, measurements, report, documents, writings, communications, things, studies, calculations, records, texts, publications, opinions, notes, statements, accounts, narratives, interviews, and all other materials and things pertaining to breaches of the Industrial Canal Floodwall during Katrina and/or flooding in the Lower Ninth Ward and St. Bernard, and/or Ingram Barge 4727.

3. Custodian's Affidavit of Authenticity as to all of the foregoing produced in response hereto.

                                                Respectfully submitted
                                                By BARGE P.S.L.C.

                                                **LAW OFFICE OF BRIAN A. GILBERT**

                                                <u>\S\Brian A. Gilbert</u>

BRIAN A. GILBERT (#21297)
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885/7700
Phone: 504/581-6180
Fax: 504/581/4336

WIEDEMANN & WIEDEMANN

\S\Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN (#13457)
KARL WIEDEMANN (#188502)
KAREN WIEDEMANN (#21151)
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs

\S\Patrick J. Sanders
PATRICK J. SANDERS (#18741)
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

\s\Brian A. Gilbert