UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

<u>NOTICE OF PRODUCTION</u>

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and

Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United

States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set

of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North

America Inc.'s Requests for Production of Documents in the Barge category, and the Defendants'

Requests for Production of Documents, respectively, the United States has produced the

following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI

produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all

other documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in

this matter is produced in accordance with the Court's Order Authorizing and Requiring the

United States to Produce Personal Identifying Information Contained Within Electronically

Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying

Information (Doc. Rec. No. 10293):

| | | |
|---|---|---|
| BFP-001-000000001 | to | BFP-001-000000030; |
| BFP-002-000000001 | to | BFP-002-000000412; |
| BFP-003-000000001 | to | BFP-003-000000002; |
| BFP-004-000000001 | to | BFP-004-000000028; |
| BFP-005-000000001 | to | BFP-005-000000007; |
| BFP-006-000000001 | to | BFP-006-000000023; |
| BFP-007-000000001 | to | BFP-007-000000001; |
| DFP-067-000000001 | to | DFP-067-000000604; |
| EFP-293-000000001 | to | EFP-293-000000033; |
| EFP-294-000000001 | to | EFP-294-000000035; |
| EFP-295-000000001 | to | EFP-295-000000114; |
| EFP-296-000000001 | to | EFP-296-000000030; |
| EFP-297-000000001 | to | EFP-297-000000024; |
| EFP-298-000000001 | to | EFP-298-000000146; |
| EFP-299-000000001 | to | EFP-299-000000003; |
| EFP-300-000000001 | to | EFP-300-000000020; |
| EFP-301-000000001 | to | EFP-301-000000231; |
| EFP-310-000000001 | to | EFP-310-000000256; |
| EFP-311-000000001 | to | EFP-311-000002321; |
| EFP-312-000000001 | to | EFP-312-000002036; |
| EFP-313-000000001 | to | EFP-313-000003736; |
| EFP-314-000000001 | to | EFP-314-000000484; |
| EFP-315-000000001 | to | EFP-315-000000486; |
| EFP-316-000000001 | to | EFP-316-000000374; |
| EFP-317-000000001 | to | EFP-317-000000210; |
| EFP-318-000000001 | to | EFP-318-000000764; |
| EFP-319-000000001 | to | EFP-319-000001423; |
| EFP-320-000000001 | to | EFP-320-000000153; |
| EFP-321-000000001 | to | EFP-321-000000413; |
| HFP-072-000000001 | to | HFP-072-000003435; |
| HFP-073-000000001 | to | HFP-073-000000177; |
| JFP-002-000000001 | to | JFP-002-000000001; |
| JFP-003-000000001 | to | JFP-003-000000013; |
| LEP-001-000000001 | to | LEP-001-000002247; |
| LEP-002-000000001 | to | LEP-002-000002608; |
| LEP-003-000000001 | to | LEP-003-000001188; |
| LEP-004-000000001 | to | LEP-004-000001531; |
| LEP-005-000000001 | to | LEP-005-000001622; |

| | | |
|---|---|---|
| LEP-006-000000001 | to | LEP-006-000001904; |
| LEP-007-000000001 | to | LEP-007-000001362; |
| LEP-008-000000001 | to | LEP-008-000000063; |
| LEP-009-000000001 | to | LEP-009-000003536; |
| LEP-010-000000001 | to | LEP-010-000003975; |
| LEP-011-000000001 | to | LEP-011-000001563; |
| LEP-012-000000001 | to | LEP-012-000000540; |
| LEP-013-000000001 | to | LEP-013-000001151; |
| LEP-014-000000001 | to | LEP-014-000003289; |
| LEP-015-000000001 | to | LEP-015-000000400; |
| LEP-016-000000001 | to | LEP-016-000000475; |
| LEP-017-000000001 | to | LEP-017-000003615; |
| LEP-018-000000001 | to | LEP-018-000004399; |
| LEP-019-000000001 | to | LEP-019-000004928; |
| LEP-020-000000001 | to | LEP-020-000000096; |
| LEP-021-000000001 | to | LEP-021-000176803; |
| LEP-022-000000001 | to | LEP-022-000001290; |
| LEP-023-000000001 | to | LEP-023-000000001; |
| LEP-024-000000001 | to | LEP-024-000000001; |
| LEP-025-000000001 | to | LEP-025-000000001; |
| LEP-026-000000001 | to | LEP-026-000006772; |
| LEP-027-000000001 | to | LEP-027-000004450; |
| LEP-028-000000001 | to | LEP-028-000000260; |
| LEP-029-000000001 | to | LEP-029-000001037; |
| LEP-030-000000001 | to | LEP-030-000001179; |
| LEP-031-000000001 | to | LEP-031-000000600; |
| LEP-032-000000001 | to | LEP-032-000001352; |
| LEP-033-000000001 | to | LEP-033-000000599; |
| LEP-034-000000001 | to | LEP-034-000000633; |
| LEP-035-000000001 | to | LEP-035-000001040; |
| LEP-036-000000001 | to | LEP-036-000003055; |
| LEP-037-000000001 | to | LEP-037-000000023; |
| LEP-038-000000001 | to | LEP-038-000000219; |
| LEP-065-000000001 | to | LEP-065-000000071; |
| LEP-066-000000001 | to | LEP-066-000001563; |
| LEP-067-000000001 | to | LEP-067-000005568; |
| LEP-068-000000001 | to | LEP-068-000002959; |
| LEP-069-000000001 | to | LEP-069-000000347; |
| LEP-070-000000001 | to | LEP-070-000006844; |
| LEP-071-000000001 | to | LEP-071-000001540; |
| LEP-072-000000001 | to | LEP-072-000001491; |
| LEP-073-000000001 | to | LEP-073-000003571; |
| LEP-074-000000001 | to | LEP-074-000000653; |

3

| | | |
|---|---|---|
| LEP-075-000000001 | to | LEP-075-000004290; |
| LEP-076-000000001 | to | LEP-076-000003347; |
| LEP-077-000000001 | to | LEP-077-000000979; |
| LEP-078-000000001 | to | LEP-078-000000162; |
| LEP-079-000000001 | to | LEP-079-000001363; |
| LEP-080-000000001 | to | LEP-080-000000929; |
| LEP-081-000000001 | to | LEP-081-000005316; |
| LEP-082-000000001 | to | LEP-082-000001419; |
| LEP-083-000000001 | to | LEP-083-000003970; |
| LEP-084-000000001 | to | LEP-084-000000145; |
| LEP-085-000000001 | to | LEP-085-000002045; |
| LEP-086-000000001 | to | LEP-086-000000001; |
| LEP-087-000000001 | to | LEP-087-000004611; |
| LEP-088-000000001 | to | LEP-088-000000258; |
| LEP-089-000000001 | to | LEP-089-000000233; |
| LEP-090-000000001 | to | LEP-090-000000321; |
| LEP-091-000000001 | to | LEP-091-000000237; |
| LEP-092-000000001 | to | LEP-092-000000165; |
| LEP-093-000000001 | to | LEP-093-000000328; |
| LEP-094-000000001 | to | LEP-094-000000211; |
| LEP-095-000000001 | to | LEP-095-000000240; |
| LEP-096-000000001 | to | LEP-096-000003079; |
| LEP-097-000000001 | to | LEP-097-000000122; |
| LEP-098-000000001 | to | LEP-098-000000304; |
| LEP-099-000000001 | to | LEP-099-000000706; |
| LEP-100-000000001 | to | LEP-100-000001129; |
| LEP-101-000000001 | to | LEP-101-000000056; |
| LEP-102-000000001 | to | LEP-102-000002843; |
| LEP-103-000000001 | to | LEP-103-000001116; |
| LEP-104-000000001 | to | LEP-104-000000504; |
| LEP-105-000000001 | to | LEP-105-000000813; |
| LEP-106-000000001 | to | LEP-106-000002523; |
| LEP-107-000000001 | to | LEP-107-000001184; |
| LEP-108-000000001 | to | LEP-108-000001005; |
| LEP-109-000000001 | to | LEP-109-000000391; |
| LEP-110-000000001 | to | LEP-110-000000015; |
| MGC-001-000000001 | to | MGC-001-000000001; |
| MGP-001-000000001 | to | MGP-001-000041954; |
| MGP-002-000000001 | to | MGP-002-000010395; |
| MGP-003-000000001 | to | MGP-003-000020128; |
| MGP-004-000000001 | to | MGP-004-000000479; |
| MGP-005-000000001 | to | MGP-005-000000171; |
| MGP-006-000000001 | to | MGP-006-000000266; |

| | | |
|---|---|---|
| MGP-007-000000001 | to | MGP-007-000002067; |
| MGP-008-000000001 | to | MGP-008-000010492; |
| MGP-009-000000001 | to | MGP-009-000000004; |
| MGP-010-000000001 | to | MGP-010-000006883; |
| MGP-011-000000001 | to | MGP-011-000000001; |
| MGP-012-000000001 | to | MGP-012-000000005; |
| MGP-013-000000001 | to | MGP-013-000014416; |
| MNO-200-000000001 | to | MNO-200-000000001; |
| MNO-201-000000001 | to | MNO-201-000000001; |
| MNO-202-000000001 | to | MNO-202-000000001; |
| MNO-203-000000001 | to | MNO-203-000000001; |
| MNO-204-000000001 | to | MNO-204-000000001; |
| MNO-205-000000001 | to | MNO-205-000000001; |
| MNO-206-000000001 | to | MNO-206-000000001; |
| MNO-207-000000001 | to | MNO-207-000000001; |
| MNO-208-000000001 | to | MNO-208-000000001; |
| MNO-209-000000001 | to | MNO-209-000000001; |
| MNO-210-000000001 | to | MNO-210-000000001; |
| MNO-213-000000001 | to | MNO-213-000000001; |
| MNO-214-000000001 | to | MNO-214-000000001; |
| MNO-215-000000001 | to | MNO-215-000000001; |
| MNO-216-000000001 | to | MNO-216-000000001; |
| MNO-217-000000001 | to | MNO-217-000000001; |
| MNO-218-000000001 | to | MNO-218-000000001; |
| MNO-219-000000001 | to | MNO-219-000000001; |
| MNO-220-000000001 | to | MNO-220-000000001; |
| MNO-221-000000001 | to | MNO-221-000000001; |
| MNO-222-000000001 | to | MNO-222-000000001; |
| MNO-223-000000001 | to | MNO-223-000000001; |
| MNO-224-000000001 | to | MNO-224-000000001; |
| MNO-225-000000001 | to | MNO-225-000000001; |
| MNO-226-000000001 | to | MNO-226-000000001; |
| MNO-227-000000001 | to | MNO-227-000000001; |
| MNO-228-000000001 | to | MNO-228-000000001; |
| MNO-229-000000001 | to | MNO-229-000000001; |
| MNO-230-000000001 | to | MNO-230-000000001; |
| MNO-231-000000001 | to | MNO-231-000000001; |
| MNO-232-000000001 | to | MNO-232-000000001; |
| MNO-233-000000001 | to | MNO-233-000000001; |
| MNO-234-000000001 | to | MNO-234-000000001; |
| MNO-235-000000001 | to | MNO-235-000000001; |
| MNO-236-000000001 | to | MNO-236-000000001; |
| MNO-242-000000001 | to | MNO-242-000000001; |

| MNO-246-000000001 | to | MNO-246-000000001; |
|---|---|---|
| MNO-250-000000001 | to | MNO-250-000000001; |
| MNO-251-000000001 | to | MNO-251-000000001; |
| MNO-252-000000001 | to | MNO-252-000000001; |
| MNO-253-000000001 | to | MNO-253-000000001; |
| MNO-254-000000001 | to | MNO-254-000000001; |
| MNO-255-000000001 | to | MNO-255-000000001; |
| MNO-256-000000001 | to | MNO-256-000000001; |
| MNO-257-000000001 | to | MNO-257-000000001; |
| MNO-258-000000001 | to | MNO-258-000000001; |
| MNO-259-000000001 | to | MNO-259-000000001; |
| MNO-260-000000001 | to | MNO-260-000000001; |
| MNO-261-000000001 | to | MNO-261-000000001; |
| MNO-262-000000001 | to | MNO-262-000000001; |
| MNO-265-000000001 | to | MNO-265-000000001; |
| MNO-266-000000001 | to | MNO-266-000000001; |
| MNO-270-000000001 | to | MNO-270-000000001; |
| MNO-271-000000001 | to | MNO-271-000000001; |
| MNO-273-000000001 | to | MNO-273-000000001; |
| MNO-274-000000001 | to | MNO-274-000000001; |
| MNO-275-000000001 | to | MNO-275-000000001; |
| MNO-280-000000001 | to | MNO-280-000000001; |
| MNO-281-000000001 | to | MNO-281-000000001; |
| MNO-283-000000001 | to | MNO-283-000000001; |
| MNO-284-000000001 | to | MNO-284-000000001; |
| MNO-286-000000001 | to | MNO-286-000000001; |
| MNO-287-000000001 | to | MNO-287-000000001; |
| MNO-288-000000001 | to | MNO-288-000000001; |
| MNO-289-000000001 | to | MNO-289-000000001; |
| MNO-290-000000001 | to | MNO-290-000000001; |
| MNO-291-000000001 | to | MNO-291-000000001; |
| MNO-292-000000001 | to | MNO-292-000000001; |
| MNO-293-000000001 | to | MNO-293-000000001; |
| MNO-294-000000001 | to | MNO-294-000000001; |
| MNO-295-000000001 | to | MNO-295-000000001; |
| MNO-296-000000001 | to | MNO-296-000000001; |
| MNO-297-000000001 | to | MNO-297-000000001; |
| MNO-298-000000001 | to | MNO-298-000000001; |
| MNO-299-000000001 | to | MNO-299-000000001; |
| MNO-301-000000001 | to | MNO-301-000000001; |
| MNO-302-000000001 | to | MNO-302-000000001; |
| MNO-304-000000001 | to | MNO-304-000000001; |
| MNO-305-000000001 | to | MNO-305-000000001; |

| | | |
|---|---|---|
| MNO-310-000000001 | to | MNO-310-000000001; |
| MNO-311-000000001 | to | MNO-311-000000001; |
| MNO-312-000000001 | to | MNO-312-000000001; |
| MNO-318-000000001 | to | MNO-318-000000001; |
| MNO-321-000000001 | to | MNO-321-000000001; |
| MNO-325-000000001 | to | MNO-325-000000001; |
| MNO-327-000000001 | to | MNO-327-000000001; |
| MNO-332-000000001 | to | MNO-332-000000001; |
| MNO-335-000000001 | to | MNO-335-000000001; |
| MNO-337-000000001 | to | MNO-337-000000001; |
| MNO-338-000000001 | to | MNO-338-000000001; |
| MNO-342-000000001 | to | MNO-342-000000001; |
| MNO-343-000000001 | to | MNO-343-000000001; |
| MNO-344-000000001 | to | MNO-344-000000001; |
| MNO-346-000000001 | to | MNO-346-000000001; |
| MNO-349-000000001 | to | MNO-349-000000001; |
| MNO-351-000000001 | to | MNO-351-000000001; |
| MNO-353-000000001 | to | MNO-353-000000001; |
| NED-221-000000015 | to | NED-221-000000076; |
| NED-221-000000108 | to | NED-221-000000109; |
| NED-221-000000120 | to | NED-221-000000156; |
| NED-221-000000159 | to | NED-221-000000163; |
| NED-221-000000174 | to | NED-221-000000214; |
| NED-221-000000224 | to | NED-221-000000257; |
| NED-221-000000262 | to | NED-221-000000279; |
| NED-221-000000284 | to | NED-221-000000301; |
| NED-221-000000307 | to | NED-221-000000352; |
| NED-221-000000362 | to | NED-221-000000430; |
| NED-221-000000435 | to | NED-221-000000440; |
| NED-221-000000444 | to | NED-221-000000997; |
| NED-221-000001026 | to | NED-221-000001050; |
| NED-221-000001052 | to | NED-221-000001056; |
| NED-221-000001062 | to | NED-221-000001116; |
| NED-221-000001135 | to | NED-221-000001152; |
| NED-221-000001161 | to | NED-221-000001168; |
| NED-221-000001172 | to | NED-221-000001197; |
| NED-221-000001225 | to | NED-221-000001316; |
| NED-221-000001323 | to | NED-221-000001326; |
| NED-221-000001328 | to | NED-221-000001349; |
| NED-221-000001353 | to | NED-221-000001355; |
| NED-221-000001359 | to | NED-221-000001393; |
| NED-221-000001396 | to | NED-221-000001433; |
| NED-221-000001438 | to | NED-221-000001510; |

| | | |
|---|---|---|
| NED-221-000001513 | to | NED-221-000001554; |
| NED-221-000001556 | to | NED-221-000001560; |
| NED-221-000001565 | to | NED-221-000001573; |
| NED-221-000001581 | to | NED-221-000001586; |
| NED-221-000001588 | to | NED-221-000001590; |
| NED-221-000001593 | to | NED-221-000001597; |
| NED-221-000001600 | to | NED-221-000001712; |
| NED-221-000001714 | to | NED-221-000001735; |
| NED-221-000001738 | to | NED-221-000001747; |
| NED-221-000001749 | to | NED-221-000001750; |
| NED-221-000001753 | to | NED-221-000002001; |
| NED-226-000000001 | to | NED-226-000002749; |
| NED-252-000000001 | to | NED-252-000002260; |
| NED-700-000000001 | to | NED-700-000000057; |
| NED-700-000000123 | to | NED-700-000000247; |
| NED-700-000000249 | to | NED-700-000001559; |
| NED-705-000000001 | to | NED-705-000000338; |
| NED-705-000000578 | to | NED-705-000000578; |
| NED-705-000000586 | to | NED-705-000000586; |
| NED-705-000000593 | to | NED-705-000000597; |
| NED-705-000000600 | to | NED-705-000000602; |
| NED-705-000000604 | to | NED-705-000000614; |
| NED-705-000000683 | to | NED-705-000000685; |
| NED-705-000000688 | to | NED-705-000000692; |
| NED-705-000000696 | to | NED-705-000000702; |
| NED-705-000000705 | to | NED-705-000000756; |
| NED-705-000000856 | to | NED-705-000000934; |
| NED-705-000000939 | to | NED-705-000000957; |
| NED-705-000001027 | to | NED-705-000001706; |
| NED-705-000001749 | to | NED-705-000001751; |
| NED-705-000001788 | to | NED-705-000001901; |
| NED-705-000001903 | to | NED-705-000001905; |
| NED-705-000001942 | to | NED-705-000001980; |
| NED-707-000000001 | to | NED-707-000000532; |
| NED-707-000000586 | to | NED-707-000000587; |
| NED-707-000000616 | to | NED-707-000000616; |
| NED-707-000000628 | to | NED-707-000000628; |
| NED-707-000000636 | to | NED-707-000000637; |
| NED-707-000000821 | to | NED-707-000000823; |
| NED-707-000000895 | to | NED-707-000000895; |
| NED-707-000000900 | to | NED-707-000000900; |
| NED-707-000000909 | to | NED-707-000000910; |
| NED-707-000000975 | to | NED-707-000000976; |

| | | |
|---|---|---|
| NED-707-000000990 | to | NED-707-000000991; |
| NED-707-000001150 | to | NED-707-000001151; |
| NED-707-000001184 | to | NED-707-000001184; |
| NED-707-000001225 | to | NED-707-000001225; |
| NED-707-000001245 | to | NED-707-000001246; |
| NED-707-000001249 | to | NED-707-000001249; |
| NED-707-000001310 | to | NED-707-000002780; |
| NED-708-000000001 | to | NED-708-000001647; |
| NOP-032-000000001 | to | NOP-032-000000050; |
| NRE-700-000000001 | to | NRE-700-000000292; |
| NRE-700-000000294 | to | NRE-700-000000300; |
| NRE-700-000000309 | to | NRE-700-000000309; |
| NRE-700-000000312 | to | NRE-700-000000319; |
| NRE-700-000000321 | to | NRE-700-000000413; |
| NRE-700-000000417 | to | NRE-700-000000462; |
| NRE-700-000000470 | to | NRE-700-000000470; |
| NRE-700-000000472 | to | NRE-700-000000472; |
| NRE-700-000000474 | to | NRE-700-000000474; |
| NRE-700-000000502 | to | NRE-700-000000510; |
| NRE-700-000000515 | to | NRE-700-000000521; |
| NRE-700-000000534 | to | NRE-700-000000750; |
| NRE-700-000000752 | to | NRE-700-000000763; |
| NRE-700-000000765 | to | NRE-700-000000791; |
| NRE-700-000000795 | to | NRE-700-000000819; |
| NRE-700-000000868 | to | NRE-700-000000880; |
| NRE-700-000000889 | to | NRE-700-000000891; |
| NRE-700-000000915 | to | NRE-700-000000983; |
| NRE-700-000000990 | to | NRE-700-000001073; |
| NRE-700-000001079 | to | NRE-700-000001153; |
| NRE-700-000001156 | to | NRE-700-000001166; |
| NRE-700-000001188 | to | NRE-700-000001193; |
| NRE-700-000001195 | to | NRE-700-000001206; |
| NRE-700-000001215 | to | NRE-700-000001314; |
| NRE-700-000001316 | to | NRE-700-000001343; |
| NRE-700-000001354 | to | NRE-700-000001356; |
| NRE-700-000001362 | to | NRE-700-000001363; |
| NRE-700-000001413 | to | NRE-700-000001413; |
| NRE-700-000001416 | to | NRE-700-000001440; |
| NRE-700-000001565 | to | NRE-700-000001565; |
| NRE-700-000001567 | to | NRE-700-000001624; |
| NRE-705-000000001 | to | NRE-705-000000786; |
| NRE-726-000000001 | to | NRE-726-000000701; |
| NRE-726-000000703 | to | NRE-726-000001683; |

| | | |
|---|---|---|
| NRE-748-000000001 | to | NRE-748-000000457; |
| NRE-748-000000468 | to | NRE-748-000000469; |
| NRE-748-000000473 | to | NRE-748-000001458; |
| NRE-748-000001460 | to | NRE-748-000001544; |
| NRE-769-000000001 | to | NRE-769-000000194; |
| NRE-769-000000208 | to | NRE-769-000000212; |
| NRE-769-000000218 | to | NRE-769-000000245; |
| NRE-769-000000258 | to | NRE-769-000000266; |
| NRE-769-000000295 | to | NRE-769-000000405; |
| NRE-769-000000416 | to | NRE-769-000000420; |
| NRE-769-000000435 | to | NRE-769-000000443; |
| NRE-769-000000445 | to | NRE-769-000000446; |
| NRE-769-000000454 | to | NRE-769-000000519; |
| NRE-769-000000528 | to | NRE-769-000000706; |
| NRE-769-000000709 | to | NRE-769-000000715; |
| NRE-769-000000717 | to | NRE-769-000001464; |
| NRE-769-000001467 | to | NRE-769-000001861; |
| OFP-089-000000001 | to | OFP-089-000000015; |
| OFP-090-000000001 | to | OFP-090-000000014; |
| OFP-091-000000001 | to | OFP-091-000008615; |
| OFP-092-000000001 | to | OFP-092-000005037; |
| OFP-093-000000001 | to | OFP-093-000002892; |
| OFP-094-000000001 | to | OFP-094-000000007; |
| OFP-095-000000001 | to | OFP-095-000008615; |
| OFP-105-000000001 | to | OFP-105-000000210; |
| PFP-096-000000001 | to | PFP-096-000000945; |
| PFP-097-000000001 | to | PFP-097-000000266; |
| PFP-098-000000001 | to | PFP-098-000001890; |
| PFP-099-000000001 | to | PFP-099-000000137; |
| PFP-100-000000001 | to | PFP-100-000000589; |
| RFP-139-000000001 | to | RFP-139-000001397; |
| RFP-140-000000001 | to | RFP-140-000001814; |
| RFP-141-000000001 | to | RFP-141-000003520; |
| RFP-142-000000001 | to | RFP-142-000005187; |
| RFP-143-000000001 | to | RFP-143-000000133; |
| RFP-144-000000001 | to | RFP-144-000000521; |
| RFP-145-000000001 | to | RFP-145-000001199; |
| RFP-146-000000001 | to | RFP-146-000000104; |
| RFP-147-000000001 | to | RFP-147-000002481; |
| RFP-148-000000001 | to | RFP-148-000000475; |
| RFP-149-000000001 | to | RFP-149-000008016; |
| RFP-150-000000001 | to | RFP-150-000013648; |
| RFP-151-000000001 | to | RFP-151-000003495; |

10

RFP-152-000000001     to     RFP-152-000000015;
RFP-153-000000001     to     RFP-153-000000209;
SFP-008-000000001     to     SFP-008-000001563;
SFP-009-000000001     to     SFP-009-000002934;
SFP-010-000000001     to     SFP-010-000000625;
SFP-011-000000001     to     SFP-011-000001386.


This Notice of Production is respectfully submitted,


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: February 8, 2008

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on February 8, 2008, I served a true copy

of the United States' Notice of Production upon all parties by ECF.


    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.