UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 |
| *THIS PLEADING APPLIES TO:* BARGE | *and consolidated cases <br> * |
| *Boutte v. Lafarge*       C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram*   C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge*    C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge* C.A. No. 06-6299 | * STANWOOD R. DUVAL |
| *Benoit v. Lafarge*      C.A. No. 06-7516 | * |
| *Parfait v. USA*           C.A. No. 07-3500 | * MAGISTRATE JUDGE |
| *Lafarge v. USA*          C.A. No. 07-5178 | * JOSEPH C. WILKINSON, JR. <br> * |

## NOTICE OF FRCP 45 PRODUCTION REQUEST BY LAFARGE NORTH AMERICA, INC.

TO:    All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

1069597-1

| | |
|---|---|
| **RESPONDENT:** | Governor's Office of Homeland Security and Emergency Preparedness<br>State of Louisiana<br>7667 Independence Boulevard<br>Baton Rouge, Louisiana 70806 |
| **LOCATION:** | Chaffe McCall, LLP<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2300 |
| **DATE/TIME:** | February 29, 2008 at 2:05 p. m. |

Please appear and produce at Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, any and all of the identical documents and things listed in the attached "Notice of FRCP 45 Production Request" filed on January 28, 2008 by Brian A. Gilbert on behalf of Plaintiffs.

**THIS NOTICE IS FOR THE PRODUCTION OF RECORDS ONLY. DEPONENT NEED NOT APPEAR IF RECORDS ARE MAILED OR DELIVERED TO THE FOLLOWING ADDRESS PRIOR TO THE DATE OF FEBRUARY 29, 2008.**

Chaffe McCall, L.L.P.<br>
1100 Poydras Street<br>
Suite 2300<br>
New Orleans, LA 70163<br>
Tel: (504) 585-7000<br>
Fax: (504) 585-7075

Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)

Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

*Attorneys for Lafarge North America Inc.*

### Certificate of Service

I do hereby certify that I have on this 7th day of February, 2008 served a copy of the foregoing Notice of FRCP 45 Production Request upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and property addressed.

/s/ Derek A. Walker

1069597-1

3