UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | <br>CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*            05-5531 | * | |
| *Mumford v. Ingram*         05-5724 | * | |
| *Lagarde v. Lafarge*         06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*            06-7516 | * | |
| *Parfait Family v. USA*     07-3500 | * | MAG. |
| *Lafarge v. USA*                07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:     All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**                Governor's Office of Homeland Security and
                                              Emergency Preparedness
                                              State of Louisiana
                                              7667 Independence Boulevard
                                              Baton Rouge, Louisiana  70806

LOCATION:                    Law Office of Brian A. Gilbert
                             821 Baronne Street
                             New Orleans, Louisiana   70113

DATE/TIME:                   February 29, 2008 5:00 p.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 5:00 p..m. on February 29, 2008, any and all of the following:

1. Any and all incident reports, 911 tapes, supplements, statements, attachments, reports, or records of citizen calls, video, photos, communications, writings, recordings or complaints, received, in your custody, possession or control relating to the period between 3:00 a.m. through 10:00 a.m., on August 29, 2005, originating from the ten (10) block area North, South, and East of 2604 Deslonde Street, New Orleans, relating to:

    (A)  the breach in the East side flood wall of the Industrial Canal by a barge;

    (B)  the flooding of the area;

    (C)  citizens in distress;

    (D)  reports of drowning;

    (E)  reports of property damage;

    (F)  reports of stranded citizens;

    (G)  requests for service;

    (H)  reports of emergencies;

    (I)  requests for rescue;

2. Any and all documents identifying Homeland Security personnel present in the Lower Ninth Ward and/or St. Bernard Parish on August 29, 2005;

3. Any and all writings, reports, documents, narratives, accounts, official records, recordings, video, photos, transcripts, statements, attachments and continuations regarding any account or mention of the presence of a barge on the east side

(neighborhood side) of the eastern Industrial Canal floodwall during and/or after Katrina;

4. Any and all writings, reports, documents, narratives, accounts, official records, recordings, video, photos, transcripts, statements, attachments and continuations regarding any account or mention of breaches of the eastern Industrial Canal floodwall during and or/after Katrina, including BUT NOT LIMITED TO:

    (1) for records of the times of flooding in the Lower Ninth Ward and/or St. Bernard Parish on August 29, 2005;

    (2) for tapes of oral reports on such flooding;

    (3) for e-mail reports on such flooding;

    (4) for calls received from the 911 system and

    (5) for tapes or records of calls made that did not go through the 911 system.

5. Any and all writings, documents, things, reports, records, statements, video, audio, electronic media, publications, memoranda, correspondence, accounts, studies, investigations, and all other materials whatsoever concerning or mentioning:

    A. Causes, source, timing, nature and extent of flooding of Lower Ninth Ward and/or St. Bernard Parish during Katrina;

    B. Ingram Barge ING 4727, being the same as that found grounded in the Lower Ninth Ward during/after Katrina;

    C. Causes and timing of any and all flood protection system failures and/or breaches in the Lower Ninth Ward and/or St. Bernard Parish during and/or due to Katrina and/or above said barge.

6. Any and all materials requested herein from any and all other sources within your control, including but not limited to other law enforcement agencies, relief agencies, investigative agencies, Homeland Security branches or affiliates, and all others.

7. Affidavit of authenticity of all of the foregoing produced in response hereto.

Respectfully submitted
By BARGE P.S.L.C.

## LAW OFFICE OF BRIAN A. GILBERT

\S\Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885/7700
Phone: 504/581-6180
Fax: 504/581/4336

## WIEDEMANN & WIEDEMANN

\S\Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)
KARL WIEDEMANN (#188502)
KAREN WIEDEMANN (#21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs

\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 29th day of January, 2008.

\s\Brian A. Gilbert