# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*      06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA*      07-3500 | * | MAG. |
| *Lafarge v. USA*      07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:    All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

RESPONDENT:

**Sheriff Jack A. Stephens**
**St. Bernard Parish Sheriff's Office**
**#2 Courthouse Square**
**Chalmette, LA 70043**

LOCATION:                          Law Office of Brian A. Gilbert
                                   821 Baronne Street
                                   New Orleans, Louisiana   70113

DATE/TIME:                         February 29, 2008 at 4:30 p.m.

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at

4:30 p.m. on February 29, 2008, any and all of the following:

1.    Any and all incident reports, 911 tapes, supplements, statements, attachments, or records
      of citizen calls, video, photos, communications, writings, recordings or complaints,
      received, prepared by, and/or in the possession, custody or control of the St. Bernard
      Parish Sheriff's Office  relating to the period between 3:00 a.m. through 11:59 p.m., on
      August 29, 2005, originating from the area situated between the Arabi-New Orleans
      border, Mississippi River, Paris Road, and the 40 Arpent Canal/Levee, relating to:

            (A)    floodwall breaches;

            (B)    the flooding of the area;

            (C)    citizens in distress;

            (D)    reports of drowning;

            (E)    reports of property damage;

            (F)    reports of stranded citizens;

            (G)    requests for service;

            (H)    reports of emergencies;

            (I)    requests for rescue;

2..   Any and all documents identifying St. Bernard Parish Sheriff's Office employees
      present in the above area on August 29, 2005;

3.    Any and all writings, reports, documents, narratives, accounts, official records,

recordings, video, photos, transcripts, statements, attachments and continuations regarding any account or mention of flooding and/or breaches during and or/after Katrina, including BUT NOT LIMITED TO:

    (1)    for records of the times of flooding at various locations in the said area, or within a mile of the said area, on August 29, 2005;

    (2)    for tapes of oral reports on such flooding;

    (3)    for e-mail reports on such flooding;

    (4)    for calls received from the 911 system and

    (5)    for tapes or records of calls made directly to St. Bernard Parish Sheriff's Office that did not go through the 911 system.

4.    Assessed valuations of individual taxable properties for the said area:

    (A)    the latest assessment of lands and/or of structures prior to August 29, 2005;

    (B)    the first assessment of lands and/or of structures thereafter; and

5.    Aggregate valuations of taxable properties for the said area as of:

    (A)    the most recent assessment of lands and/or of structures;

    (B)    the latest assessment of lands and/or of structures prior to August 29, 2005;

    (C)    the first assessment of lands and/or of structures thereafter;

    (D)    the most recent assessment of lands and/or of structures;

    (E)    the sales taxes paid by businesses in the said area as of:

        (1)    the latest date available before August 29, 2005;

        (2)    the earliest date available after August 29, 2005; and

        (3)    the most recent available date;

(F)   all other taxes paid by businesses in the said area as of:

     (1)   the latest date available before August 29, 2005;

     (2)   the earliest date available after August 29, 2005; and

     (3)   the most recent available date;

(G)   any other information on the economic activity in the said area as of:

     (1)   the latest date available before August 29, 2005;

     (2)   the earliest date available after August 29, 2005; and

     (3)   the most recent available date;

6.    Documents discussing changes in assessed valuations of lands and/or of structures pre-Katrina and post-Katrina, whether or not the document explicitly refers to Katrina;

7.    Any and all documents, writings and things reflecting property, sales, use, licensing, occupational, and other business and personal tax revenue changes, payments, assessments, evaluations, statistics, data, and information as of:

     (1)   the latest date available before August 29, 2005;

     (2)   the earliest date available after August 29, 2005; and

     (3)   the most recent available date;

8.    Affidavit of authenticity of all of the foregoing produced in response hereto.


Respectfully submitted
By BARGE P.S.L.C.

**LAW OFFICE OF BRIAN A. GILBERT**

\S\Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885/7700
Phone: 504/581-6180
Fax: 504/581/4336


**WIEDEMANN & WIEDEMANN**


\S\Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIEDEMANN (#21151)**
821 Baronne Street
New Orleans, Louisiana  70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs


\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana   70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 29th day of January, 2008.

\s\Brian A. Gilbert