UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) ) | CIVIL ACTION NO.:   05-CV-4182  SECTION  "K" JUDGE STANWOOD R. DUVAL, JR. |
| *PERTAINS TO:* *Andante, LLC, Calvin C. Fayard, Jr., et al* *vs. AIG Private Client Group* *Case No. 07-CV-4783* | ) ) ) ) | MAG. "M2" MAGISTRATE JOSEPH C. WILKINSON, JR. |

**UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes defendant, AIG Private Client Group, who moves for a twenty day extension of time in which to plead.  Undersigned counsel needs additional time to prepare responsive pleadings.  Mover, therefore, desires an extension of time of twenty days in which to answer or otherwise file responsive pleadings.

This is the first request by  AIG Private Client Group for an extension and counsel for plaintiff has been contacted and has no objection to this extension.

Respectfully submitted,

/s/ Robert I. Siegel

_____
ROBERT I. SIEGEL, ESQUIRE (#12063)
MARGARET L. SUNKEL, ESQUIRE (#25888)
KELLEY W. STRAIN, ESQUIRE (#30307)
**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
Suite 4800 - One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

COUNSEL FOR AIG PRIVATE CLIENT GROUP

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 8th day of February 2008, served a copy of the foregoing **Unopposed First Motion for Extension of Time** on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/ Robert I. Siegel

_____
ROBERT I. SIEGEL