UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) ) | CIVIL ACTION NO.:    05-CV-4182  SECTION  "K" JUDGE STANWOOD R. DUVAL, JR. |
| *PERTAINS TO:* *Andante, LLC, Calvin C. Fayard, Jr., et al* *vs. AIG Private Client Group* *Case No.: 07-CV-4783* | ) ) ) ) | MAG. "M2" MAGISTRATE JOSEPH C. WILKINSON, JR. |

**ORDER**

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED, that defendant, AIG Private Client Group, be and is hereby granted an additional delay of twenty (20) days from the date of this order within which to file responsive pleadings herein.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2008.

_____
DISTRICT JUDGE