UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE Duval MAG. WILKINSON |
| PERTAINS TO: | | * * * * | |
| LEVEE | (07-4837 Albano, et al) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, VIRGINIA WRECKING CO., INC. WITHOUT PREJUDICE

**NOW INTO COURT,** come Plaintiffs in Gail Albano, et al vs. The Board of Commissioners for the New Orleans Parish Levee District, Docket No. 07-4837, on behalf of themselves and all other similarly situated, and based upon the representations made to counsel for Plaintiffs by counsel for Defendant, Virginia Wrecking Co., Inc., move to dismiss their Complaint herein against Virginia Wrecking Co., Inc. without prejudice. Plaintiffs specifically reserve all rights against all other parties to this lawsuit and not dismissed herein. Defendant, Virginia Wrecking Co., Inc. has no objection to this motion.

**WHEREFORE,** Plaintiffs pray for an Order of Voluntary Partial Dismissal, dismissing without prejudice Plaintiffs' Complaint as to Defendant, Virginia Wrecking Co., Inc. Plaintiffs specifically reserve their rights and causes of action against all other parties not dismissed herein.

Respectfully submitted,

_____
Lloyd Frischhertz, No. 5749
Dominick F. Impastato, III, No. 29056
Marc L. Frischhertz, No. 29194
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504)523-1500
Attorneys for Gail Albano, et al on behalf of themselves and all others similarly situated.