UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE Duval MAG. WILKINSON |
| PERTAINS TO: | * * * | |
| LEVEE   (07-4837 Albano, et al) | * | |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, VIRGINIA WRECKING CO., INC. WITHOUT PREJUDICE

Plaintiffs, Gail Albano, et al, on behalf of themselves and all others similarly situated, have received representations by counsel for Defendant, Virginia Wrecking Co., Inc., and based upon these representations, plaintiffs move to dismiss their Complaint without prejudice as against Virginia Wrecking Co., Inc., and specifically reserve all rights against all parties not dismissed herein. Specifically, Virginia Wrecking Co., Inc., has represented that it did not design, construct, or maintain any levee on the 17th Street, London Avenue or Industrial Canals. Virginia Wrecking Co., Inc., performed no work on the Industrial Canal levee or floodwall. Virginia Wrecking Co., Inc.'s only involvement with the Industrial Canal was the demolition of the Galvez Street Wharf and an adjacent storeroom. No breach in the levee occurred at this site.

Respectfully submitted,

_____
Lloyd Frischhertz, No 5749
Dominick F. Impastato, III, No. 29056
Marc L. Frischhertz, No. 29194
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504)523-1500
Attorneys for Gail Albano, et al on behalf of themselves and all others similarly situated.

## CERTIFICATE OF SERVICE

I do hereby certify that on the ___12___ day of ___Feb___, 2008 a copy of the above and foregoing Motion to Dismiss without Prejudice was filed electronically with the Clerk of Court using the CM/ECF system, and that a copy has been served upon all counsel of record by electronic transmittal and/or by United States Mail, postage prepaid and properly addressed, on this ___12___ Day of ___Feb___, 2008.

/s/ _____
Dominick F. Impastato

G:\0262\1692\Pleadings\ALBANO\Mt Dismiss.wpd