UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE Duval<br>MAG. WILKINSON |
| PERTAINS TO: | | * <br> * | |
| LEVEE | (07-4837 Albano, et al) | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## LOCAL RULE 7.6 E CERTIFICATE

Pursuant to Local Rule 7.6E, Counsel for Plaintiffs in the captioned matter has inquired of counsel for Virginia Wrecking Company, Inc. who has indicated that it has no objection to the filing of this Unopposed Motion for Voluntary Dismissal of Virginia Wrecking Company, Inc. without prejudice.

Respectfully submitted,

Lloyd Frischhertz, No 5749
Dominick F. Impastato, III, No. 29056
Marc L. Frischhertz, No. 29194
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504)523-1500
Attorneys for Gail Albano, et al on behalf of themselves and all others similarly situated.

## CERTIFICATE OF SERVICE

I do hereby certify that on the 12 day of February, 2008 a copy of the above and foregoing Local Rule 7.6E Certificate was filed electronically with the Clerk of Court using the CM/ECF system, and that a copy has been served upon all counsel of record by electronic transmittal and/or by United States Mail, postage prepaid and properly addressed, on this 12 Day of February, 2008.

/s/ *[signature]*
Dominick F. Impastato, III, No. 29056