UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance | | |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | | THIS PLEADING APPLIES<br>ONLY TO THE CLAIMS OF<br>TROY MCGOWAN, JENNIFER<br>DAVILLIER MCGOWAN, ALLISON<br>DUPAQUIER, HENRY AND WAYNE<br>LEVET, JOHN DUPAQUIER, ANGUS<br>WARREN, RUTH WELCKERM CLYDE<br>WELCKER AND TERRY BARTHE |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Troy McGowan, Jennier Davillier McGowan, Allison Dupaquier, Henry and Wayne Levet, John Dupaquier, Angus Warren, Ruth Welcker, Clyde Welcker and Terry Barthe, who wish to voluntarily dismiss their claims against Defendant, Scottsdale Insurance Company and Scottsdale Indemnity Company,

regarding homeowners' insurance policy for 2032/34 St. Anthony St., New Orleans, La 70116; 800 and 802 Louque Pl., New Orleans, La 70124; 4409 American St., New Orleans, La 70126; 1436 Leda Ct., New Orleans, La 70119 in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, Plaintiffs, Christine Williams, Allison Dupaquier, Troy McGowan, Brenda Bowman, Angus Warren and Ruth Welcker, respectfully request that this Court reopen this case with respect to Defendant, Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for 2032/34 St. Anthony St., New Orleans, La 70116; 800 and 802 Louque Pl., New Orleans, La 70124; 4409 American St., New Orleans, La 70126; 1436 Leda Ct., New Orleans, La 70119, for the sole purpose of addressing this motion, thereby allowing plaintiffs to voluntarily dismiss their claims against Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for 2032/34 St. Anthony St., New Orleans, La 70116; 800 and 802 Louque Pl., New Orleans, La 70124; 4409 American St., New Orleans, La 70126; 1436 Leda Ct., New Orleans, La 70119 in the above- captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

**WHEREFORE**, Plaintiffs, Christine Williams, Allison Dupaquier, Troy McGowan, Brenda Bowman, Angus Warren and Ruth Welcker, pray that the Court reopen this case with respect to Defendant, Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for, 2032/34 St. Anthony St., New Orleans, La 70116; 800 and 802 Louque Pl., New Orleans, La 70124; 4409 American St., New Orleans, La 70126; 1436 Leda Ct., New Orleans, La 70119 for the sole purpose of addressing this motion, thereby allowing plaintiffs

to voluntarily dismiss their claims against Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for 2032/34 St. Anthony St., New Orleans, La 70116; 800 and 802 Louque Pl., New Orleans, La 70124; 4409 American St., New Orleans, La 70126; 1436 Leda Ct., New Orleans, La 70119 in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

                                        Respectfully submitted,

                                        BY: _/s/ Joseph M. Bruno_
                                        **JOSEPH M. BRUNO (#3604)**
                                        **L. SCOTT JOANEN (#21431)**
                                        The Law Office of Joseph M. Bruno
                                        Third Floor, 855 Baronne Street
                                        New Orleans, Louisiana 70113
                                        Telephone: (504) 525-1335
                                        Facsimile: (504) 561-6776
                                        Attorneys of Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of foregoing pleading upon all counsel to this litigation, by facsimile, other electronic transmission, and/or by First Class, United States Mail, properly addressed and postage prepaid, on this 11th day of February, 2008.

                                         /s/ Joseph M. Bruno
                                       **JOSEPH M. BRUNO**