UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | § § § § § § | THIS PLEADING APPLIES<br>ONLY TO THE CLAIMS OF<br><br>BRENDA BOWMAN AND CHRISTINE WILLIAMS |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Brenda Bowman and Christine Williams, who wish to voluntarily dismiss their claims against Defendant, Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for 1400 Delery St., New Orleans, La 70117 and 337/39 N. Tonti, New Orleans, La 70119, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, Plaintiffs, Brenda Bowman and Christine Williams, respectfully request that this Court reopen this case with respect to Defendant, Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for 1400 Delery St., New Orleans, La 70117 and 337/39 N. Tonti, New Orleans, La 70119, for the sole purpose of addressing this motion, thereby allowing plaintiffs to voluntarily dismiss their claims against Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for 1400 Delery St., New Orleans, La 70117 and 337/39 N. Tonti, New Orleans, La 70119, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

**WHEREFORE**, Plaintiffs, Kendall Wagar and Evelyn F. Wagar, pray that the Court reopen this case with respect to Defendant, Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for 1400 Delery St., New Orleans, La 70117 and 337/39 N. Tonti, New Orleans, La 70119, for the sole purpose of addressing this motion, thereby allowing plaintiffs to voluntarily dismiss their claims against Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for 1400 Delery St., New Orleans, La 70117 and 337/39 N. Tonti, New Orleans, La 70119, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
**JOSEPH M. BRUNO (# 3604)**
**L. SCOTT JOANEN (# 21431)**
The Law Offices of Joseph M. Bruno
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by hand-delivery, facsimile, e-mail or other electronic filing, and/or by First Class, United States Mail, properly addressed and postage prepaid, this 11th day of February, 2008.

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**