UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>Insurance<br>No. 06-5164,<br>*Abadie et al., v* Aegie Security<br>*Insurance Co., et al.* | § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br><br>THIS PLEADING APPLIES<br>ONLY TO THE CLAIMS OF<br>BRENDA BOWMAN AND CHRISTINE<br>WILLIAMS |

## O R D E R

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED**, that the motion be and is **GRANTED**, and that the claims of Plaintiffs, Brenda Bowman and Christine Williams, against Defendant, Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for 1400 Delery St., New Orleans, La 70117 and 337/39 N. Tonti, New Orleans, La 70119, in the above-captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**United States District Court Judge**