UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: 07-1688 (GILYOT AND LUMAS)

### JOINT STIPULATION OF PARTIAL SETTLEMENT AND REQUEST THAT CASE BE MARKED AS ADMINISTRATIVELY CLOSED

On Joint Motion of plaintiffs, Raynett Gilyot and Juan Lumas, Jr., and defendant, Auto Club Family Insurance Company, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been partially compromised and settled but with full reservation of certain rights regarding certain legal issues now currently pending before state and federal appeal courts and, therefore, the parties hereby request that the case be marked as administratively closed without prejudice in accordance with the partial settlement agreement entered into by the parties. The parties mutually agree that the case may be administratively reopened to further adjudicate certain legal issues currently pending before the state and federal appellate courts by motion filed by either party.

G:\DOCS\10000's\10100-10199\10148\Stipulation of Dismissal.aar.doc

<div style="border:1px solid black; padding:8px;">

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ Bruce L. Feingerts
Bruce L. Feingerts

</div>

Respectfully submitted:

**FEINGERTS & KELLY, PLC**

    /s/  Bruce L. Feingerts
_____
**Bruce L. Feingerts, Esq.
(Bar Roll No. 5499)
365 Canal Street
Suite 2700
New Orleans, LA 70130
Phone: (504) 568-1515**

<div style="border:1px solid black; padding:8px;">

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com

</div>

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert
_____

***WILLIAM H. ECKERT (#18591)***
**Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   *(504) 836-7556*
Fax:              (504) 836-7566
Email:          beckert@ungarino-eckert.com**

G:\DOCS\10000's\10100-10199\10148\Stipulation of Dismissal.aar.doc