UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: 07-1688 (GILYOT AND LUMAS)
*******************************************************************

### ORDER TO ADMINISTRATIVELY CLOSE CASE WITHOUT PREJUDICE

Considering the foregoing Joint Stipulation of Partial Settlement and Request that case be marked as administratively closed without prejudice;

IT IS HEREBY ORDERD that the above-numbered and entitled matter shall be marked as administratively closed without prejudice and may be reopened by a motion filed on behalf of either of the parties.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
**JUDGE**

G:\DOCS\10000's\10100-10199\10148\Stipulation of Dismissal.aar.doc