**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S**
**NOTICE OF PRODUCTION**

Pursuant to the MRGO Plaintiffs' Subgroup Litigation Committee's Requests for Production of Documents and in accordance with the Amended Master Protective Order (Doc. No. 7634) and Case Management Order No. 4 (Doc. No. 3299), Defendant Washington Group International, Inc. ("WGII") hereby provides notice that it has made the following electronic production to the MRGO Plaintiffs in the above-captioned litigation:  Five DVDs consisting of documents labeled WGI082999 to WGI084133 and WGI084300 to WGI207008.

WGII's production may be obtained by any party to the MRGO litigation by contacting WGII's counsel at the addresses provided below.

911076v.1

Dated:  February 11, 2008                             Respectfully submitted,

                                                */s/Heather s. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Washington Group International, Inc.'s Notice of Production has been served upon all counsel of record through the Court's CM/ECF electronic filing system on this 11th day of February, 2008.

                                         */s/Heather S. Lonian*