## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.:  05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION:  K** |
| | * | |
| _____ | * | **MAGISTRATE:  2** |
| | * | |
| | * | |
| **PERTAINS TO: ROAD HOME** | * | |
|   **Louisiana State C.A. No. 07-5528** | * | |
| | * | |
| *     *     *     *     *     *     *     * | | |

## NOTICE OF CORPORATE DISCLOSURE

Assurance Company of America (hereinafter "ACA") is a wholly owned subsidiary  of Maryland Casualty Company, a Maryland corporation.  Maryland Casualty Company is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation.   Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation.   Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation.  (The remaining 0.1289% is  owned by ZGA US Limited.)   Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation.  Zurich Group Holding is owned 43%

by Allied Zurich p.l.c and 57% by Zurich Financial Services.  Allied Zurich p.l.c. is a wholly

owned subsidiary of Zurich Financial Services.  Zurich Financial Services is the only publicly

traded  parent company, with a listing on the Swiss stock exchange, and a further trading of

American Depositary Receipts.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
**    BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Assurance Company of America*

## CERTIFICATE OF SERVICE

**I  HEREBY  CERTIFY** that on the 11th day of February, 2008, undersigned

electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which

will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**