UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO: BARGE | *<br>* SECTION "K" (2)<br>* |
| *Boutte v. Lafarge*    05-5531 | * |
| *Mumford v. Ingram*    05-5724 | * |
| *Lagarde v. Lafarge*   06-5342 | * JUDGE |
| *Perry v. Ingram*      06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * |
| *Parfait Family v. USA*  07-3500 | * MAG. |
| *Lafarge v. USA*       07-5178 | * JOSEPH C. WILKINSON, JR.<br>* |

## NOTICE OF DEPOSITIONS

**TO: ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the depositions of the following persons for all permissible purposes allowed under the Federal Rules of Civil Procedure:

| **Name of Deponent:** | **Date and Time:** |
|---|---|
| James Reed | February 28, 2008 – 9:30 a.m. |
| Salvador Gutierrez, Jr. | February 28, 2008 – 11:00 a.m. |
| Sally Jones | February 28, 2008 – 1:30 p.m. |

1070196-1

James Ruiz                                              February 28, 2008 – 3:00 p.m.

before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend, and continuing day-to-day until said examinations are concluded.

Respectfully submitted,

**CHAFFE McCALL, L.L.P.**

   /s/ Robert B. Fisher, Jr.
Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (# 27538)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel.: (202) 346-4240

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

## Certificate of Service

I do hereby certify that I have on this 11th day of February, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

                 /s/ Robert B. Fisher, Jr.