UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                         CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                                NO. 05-4182

PERTAINS TO:                                                          SECTION "K"(2)
*Rault* C.A.No. 06-1734

## ORDER

Having been informed by counsel that this matter has been resolved,

**IT IS ORDERED** that the Motion to Enforce Settlement (Doc. 9334) is dismissed **MOOT**.

New Orleans, Louisiana, this   11th   day of February, 2008.

                                                     STANWOOD R. DUVAL, JR.
                                              UNITED STATES DISTRICT COURT JUDGE