# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| _____ | * | **NUMBER 05-4182** |
| | * | **& CONSOLIDATED CASES** |
| **THIS DOCUMENT RELATES TO LEVEE:** | * | |
| **06-5116 (Sims)** | * | **SECTION "K"(3)** |
| **06-5127 (DePass)** | * | |
| **06-5131 (Bourgeois)** | * | **JUDGE DUVAL** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Consdering the foregoing motion,

IT IS ORDERED that Sewerage and Water Board of New Orleans is granted leave to

file a reply memorandum in excess of ten pages in support of its motion to dismiss pursuant

to F.R.Civ.P. 12(B)(6) and/or 12(C).

New Orleans, Louisiana, this 11th day of February, 2008.

_____

**JUDGE DUVAL**

CK_DOCS 391281v2