UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

## ORDER

Considering the above and foregoing *Republic Fire And Casualty Insurance Company, American National Property And Casualty Company, American National General Insurance Company, and ANPAC Louisiana Insurance Company's Joinder in 1) Ex Parte Motion and Incorporated Memorandum for Leave to File Motion to Disqualify Plaintiff's Private Counsel and Supporting Memorandum and to Exceed Page Limitation, 2) Motion to Disqualify Plaintiff's Private Counsel, 3) Memorandum in Support of Motion to Disqualify Plaintiff's Private Counsel, 4) Notice of Hearing on the Motion to Disqualify Plaintiff's Private Counsel, and 5) Request for Oral Argument on Motion to Disqualify Plaintiff's Private Counsel*;

**IT HEREBY IS ORDERED** that *Republic Fire And Casualty Insurance Company, American National Property And Casualty Company, American National General Insurance Company, and ANPAC Louisiana Insurance Company's Joinder in*

1

2

*1) Ex Parte Motion and Incorporated Memorandum for Leave to File Motion to Disqualify Plaintiff's Private Counsel and Supporting Memorandum and to Exceed Page Limitation, 2) Motion to Disqualify Plaintiff's Private Counsel, 3) Memorandum in Support of Motion to Disqualify Plaintiff's Private Counsel, 4) Notice of Hearing on the Motion to Disqualify Plaintiff's Private Counsel, and 5) Request for Oral Argument on Motion to Disqualify Plaintiff's Private Counsel* shall be and is hereby **GRANTED,** and that these defendants shall be and are hereby granted leave to file the Joinder and that it shall be considered as a part of this record.

New Orleans, Louisiana, this  11th  day of            February           , 2008.

```
                    _____
                    HONORABLE STANWOOD R. DUVAL, JR.
                       UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
```