UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| INSURANCE (Hebbler, No. 07-511) | * | |

**MOTION TO DISMISS**

COMES NOW, Cynthia L. Hebbler, Plaintiff, appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that Plaintiff desires to dismiss with prejudice the said cause against The Standard Fire Insurance Company, with each party to bear its own court costs.

Respectfully submitted:

/s/ J. Douglas Sunseri
J. Douglas Sunseri
Dawn Danna Marullo
Svetlana V. Crouch
Nicaud, Sunseri & Fradella, LLC
Attorneys for Plaintiffs
3000 18th St.
Metairie, LA 70002
504-837-1304
Fax: 504-833-2843
Email: jdsunseri@nsflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on _Feb 11 2008_ I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to Gary J. Russo.

/s/ J. Douglas Sunseri
J. Douglas Sunseri

2