UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.    05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| | * | |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

### MOTION TO QUASH THE MOTION FOR DISQUALIFICATION OR RECUSAL OF JUDGE DUVAL FROM VICTIMS OF HURRICANE KATRINA LITIGATION FOR PERSONAL BIAS, PREJUDICE AND PARTIALITY

**NOW INTO COURT**, Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, who moves to quash the Motion for Disqualification or Recusal of Judge Duval From Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality (Document No. 10910), for the reasons set forth in the attached Memorandum in Support of Motion to Quash.

**WHEREFORE**, Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, prays that this Honorable Court grant the Motion to Quash, thereby quashing the Motion for Disqualification or Recusal of Judge Duval From Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality (Document No. 10910).

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

  /s/    Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 11th day of February, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno