UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARLYN NATHAN BROWN | * | CIVIL ACTION NO.: 07-0586 |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | SECTION: "K" |
| | * | |
| REPUBLIC FIRE AND CASUALTY | * | |
| INSURANCE COMPANY | * | MAG: "2" |
| Defendant. | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### COMPLAINANTS' MAY CALL WITNESS AND EXHIBIT LIST

Now into Court come Complainants, Carlyn and Nathan Brown, through undersigned counsel, who respectfully makes the following initial disclosures of may call witnesses and potential exhibits:

**Witness List:**

a) Nathan Brown – Complainant
Can provide testimony as to his personal knowledge of the events that took place, which is the subject of this claim.

b) Carlyn Brown – Complainant
Can provide testimony as to her personal knowledge of the events that took place, which is the subject of this claim.

c) Darrell Quinney – Public Adjuster, Loss Solutions
P.O. Box 426
Sheridan, TX 77475

        Has knowledge of damage to property at issue and estimates of repair.

d)    Shane Laake – Loss Solutions
     P.O. Box 426
     Sheridan, TX 77475
     Has knowledge of damage to property at issue and estimates of repair.

e)    Any witness needed to authenticate any listed exhibit.

f)    Any of defendant's listed witnesses.

g)    Any and all witnesses that may become available through discovery and will be identified as they become available.

h)    Any witness listed by any other party.

i)    Any witness used for rebuttal/impeachment purposes.

j)    Complainants reserve their right to supplement and amend this witness list as discovery is ongoing.

**Exhibit List:**

1)    Policy and Binder.

2)    Loss Solutions report, as previously provided to defendant.

3)    All receipts and/or other documents provided to defendant in initial disclosures and discovery responses.

4)    Any and all records maintained by defendant.

5)    Copies of any and all records maintained by defendant, relative to the subject matter of this complaint.

6)    Any exhibit listed by any other party.

7)    Any and all other exhibits that become available through discovery, which will be identified, as they become available.

8)    Any and all photographs taken in connection with the investigation of the incidents alleged in the original complaint.

9)    Any records or documents in the possession of any witness, complainant and defendant pertinent to this action.

10) Any and all legal documents and any and all discovery information concerning and pertinent to the claims of the defendant.

11) Any and all responses and supplemental responses to discovery propounded to defendant.

12) Complainant reserves his right to supplement and amend this exhibit list as discovery is ongoing.

This list is exclusive of witnesses and exhibits to be used for impeachment purposes.

RESPECTFULLY SUBMITTED,

*s/ Peter J. DiIorio*
LAW OFFICE OF PETER J. DIIORIO
PETER J. DIIORIO, #29837
4701 Tchoupitoulas Street
New Orleans, LA 70115
(504) 897-5580
(504) 897-5570 fax


LAW OFFICE OF KEITH COUTURE
KEITH COUTURE, #22759
1341 West Causeway Approach
PO Box 70470-2381
Mandeville, LA 70470-2381
(985)674-4428
(985)674-4464 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel for the defendants and plaintiffs in this matter.

*s/    Peter J. DiIorio*
PETER J. DIIORIO