UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ROAD HOME<br>    Louisiana State, C.A. No. 07-5528 | SECTION "K" (2) |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION:     Motion of Defendants for Protective Order Governing Confidential Settlement Information Provided to the State in Connection With Its Review of Insurance Settlements With Road Home Grant Recipients, Record Doc. No. 10633

ORDERED:

 XXX : DEFERRED. The extensive reply briefing submitted by the parties and the jurisdictional, "stay" and public/government access objections raised by the State require further consideration.  Accordingly, oral argument concerning this motion will be conducted before me on **Friday, February 15, 2008 at 11:00 a.m.   IT IS FURTHER ORDERED** that the status conference set before me on March 7, 2008 at 10:00 a.m. is POSTPONED, pending the court's determination of this motion, to be reset when appropriate.  Counsel are encouraged to continue their discussions in an effort to reach agreement on a proposed protective order.

New Orleans, Louisiana, this   11th   day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**