UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

PERTAINS TO:
INSURANCE    Civil Action No.: 06-7173
   (Kenneth Robichaux and Kim Robichaux)

JUDGE: DUVAL
MAG: WILKINSON

### ORDER

**Considering** the above and foregoing Motion:

**IT IS HEREBY ORDERED** that:

   **I.**   All flood allegations asserted by Plaintiffs be and are dismissed with prejudice;

   **II.**   The proceedings are hereby de-consolidated from the In re Katrina Canal Breaches Consolidated Litigation, and this case shall stand alone as initially entitled *"Kenneth Robichaux and Kim Robichaux v. Lexington Insurance Company,* Civil Action No. 06-7173; and,

-1-

**III.** A trial date shall be set by the Case Manager at a time to be set by her.

New Orleans, Louisiana this ___11th___ day of _____February_____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**