## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION: K |
| PERTAINS TO: | * | MAGISTRATE: 2 |
| INSURANCE (#06-9246) | * | |
| FLOWERS BY MY SISTER & ME, LLC | * | |
| VERSUS | * | |
| ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY | * * * * | |

\*   \*   \*   \*   \*   \*   \*   \*

## PROPOSED ORDER

Considering the foregoing motion for leave of court:

**IT IS HEREBY ORDERED** that defendants, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to at times as "MCC" or "Maryland Casualty Company"), are granted leave of court to file their Amended Answer to Plaintiffs' Petition.

**NEW ORLEANS**, Louisiana, this  11th  day of  February , 2008.

_____
**J U D G E**