## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.:  05-4182 |
| | | SECTION:  K |
| | | MAGISTRATE: 2 |
| **PERTAINS TO:** **INSURANCE (#06-9246)** | * * * | |
| **FLOWERS BY MY SISTER & ME, LLC** | * * | |
| **VERSUS** | * * | |
| **ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY** | * * * * | |
| *   *   *   *   *   *   *   * | | |

## PROPOSED ORDER

Considering the foregoing motion for leave of court:

**IT IS HEREBY ORDERED** that defendants, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to at times as "MCC" or "Maryland Casualty Company"),are granted leave of court to file their Answer to Plaintiffs' First Supplemental and Amending Complaint.

**NEW ORLEANS**, Louisiana, this   11th   day of   February  , 2008.

_____
**J  U  D  G  E**