UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182<br><br>SECTION:  K<br><br>MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (#06-9246) | * * * | |
| FLOWERS BY MY SISTER & ME, LLC | * * | |
| VERSUS | * * | |
| ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY | * * * * | |
| *    *    *    *    *    *    *    * | | |

## AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, comes defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to at times as "MCC" or "Maryland Casualty Company"), who, desires to amend its response to Plaintiff's First Supplemental and Amending Complaint as follows:

1.

By amending paragraph 4. to read:

Defendant, MCC, re-avers and re-alleges any and all other answers, defenses, affirmative defenses, and other responses of its Amended Answer to Plaintiff's Original Petition for Damages as if copied herein *in extenso*.

1

**WHEREFORE**, having fully answered, defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company), prays that its Amended Answer to Plaintiff's First Supplemental and Amending Complaint be deemed good and sufficient and demands judgment in its favor dismissing the claims of Plaintiff, with prejudice, at Plaintiff's sole cost, and for all other general and equitable relief, including, but not limited to, all reasonable attorney's fees.

    Respectfully submitted,

    */s/ Richard E. King*

    **RICHARD E. KING (#25128)**
    **DAVID M. MORAGAS (#29633)**
    **MATTHEW J. LINDSAY (#30599)**
    **GALLOWAY, JOHNSON, TOMPKINS,**
        **BURR & SMITH**
    701 Poydras Street, Suite 4040
    New Orleans, Louisiana  70139
    Telephone: (504) 525-6802
    Facsimile:  (504) 525-2456

    *Counsel for Defendant,*
    *Maryland Casualty Company*
    *(erroneously sued as Zurich American Insurance*
    *Company and/or Maryland Casualty Company)*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 7th day of February, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

    */s/ Richard E. King*

    **RICHARD E. KING**