# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE, MRGO, RESPONDER, BARGE | § | |
| | § | |
| (05-4181, 06-1885, 06-2268, 06-2346, 06-2824 | § | |
| 06-3552, 06-4024, 06-4634, 06-5042, 06-5116 | § | |
| 06-5118, 06-5127, 06-5128, 06-5131, 06-5132 | § | |
| 06-5134, 06-5137, 06-5140, 06-5142, 06-5159 | § | |
| 06-5161, 06-5163, 06-5260, 06-5307, 06-5771 | § | |
| 06-5851, 06-6099, 06-8708, 07-0206, 07-0621 | § | |
| 07-0647, 07-1113, 07-1271, 07-1284, 07-1285 | § | |
| 07-1286, 07-1288, 07-1289, 07-2771) | § | |
| | § | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED** and Traci L. Colquette is

hereby removed as counsel of record for Defendants United States of America and United States

Army Corps of Engineers.

New Orleans, Louisiana, this 11th day of February , 2008.

_____
United States District Judge