UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION                  NO. 05-4182 "K" (2)
                                         JUDGE DUVAL
                                         MAG. WILKINSON

PERTAINS TO: INSURANCE (08-0071)

# ORDER

IT IS HEREBY ORDERED that this action is stayed in light of the January 11, 2008, ruling of the Louisiana Supreme Court granting writs from the Louisiana Fourth Circuit, Court of Appeal, in *Sher v. Lafayette Insurance Company* case pending decision from the Louisiana Supreme Court in that matter, and/or a ruling by this Court on the Insurance Company Defendants' Joint Motion to Modify the Court's May 1, 2006 Consolidated Order and Deconsolidate and/or Sever Cases within the Insurance Umbrella.

**MOOT**

1

IT IS FURTHER ORDERED that the Plaintiffs' motion to remand is stayed and deferred until the Louisiana Supreme Court reaches a decision in *Sher v. Lafayette Insurance Company* case.

Thus done and signed this  11th  day of         February        , 2008.

_____
UNITED STATES DISTRICT JUDGE

This motion is moot as all insurance cases have been stayed pending the resolution of the Sher case by the Louisiana Supreme Court. The Motion to Remand imbedded herein is premature and must be re-urged in the event that the Sher matter is resolved in favor of the insurer.