UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>*This relates to:*<br>NOS. 05-4181<br>06-1885<br>06-4024<br>06-4389<br>06-5771<br>06-5786<br>07-0206<br>07-3500<br>07-3612<br>07-5023<br>07-5040 | * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION K<br><br>MAGISTRATE 2<br><br>JUDGE STANWOOD DUVAL<br><br>MAGISTRATE JUDGE WILKINSON |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Enroll as Counsels of Record filed by Scott R. Bickford and Lawrence J. Centola, III on behalf of Calvin Fayard Jr., Esq., and D. Blayne Honeycutt, Esq., is **GRANTED.**

**SO ORDERED IN NEW ORLEANS, LOUISIANA** this 11th day of February, 2008.

JUDGE STANWOOD DUVAL