# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | ) | CIVIL ACTION NO.:        05-CV-4182 |
| CONSOLIDATED LITIGATION | ) | |
| | ) | SECTION  "K" |
| _____ | ) | JUDGE STANWOOD R. DUVAL, JR. |
| *PERTAINS TO:* | ) | |
| *Andante, LLC, Calvin C. Fayard, Jr., et al* | ) | MAG. "M2" |
| *vs. AIG Private Client Group* | ) | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| *Case No.: 07-CV-4783* | ) | |

_____     **ORDER**

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED, that defendant, AIG Private Client Group, be and is hereby granted an

additional delay of twenty (20) days from the date of this order within which to file responsive

pleadings herein.

NEW ORLEANS, LOUISIANA this __11th__ day of ___February___, 2008.

_____
                              DISTRICT JUDGE