UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

**PERTAINS TO: MRGO**
_____

### REQUEST FOR ORAL ARGUMENT re: MOTION TO QUASH (DOC. NO. 10623)

**NOW INTO COURT**, through undersigned counsel, come Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong and Ethel Mae Coats, who hereby request oral argument in connection with their Motion to Quash the subpoena duces tecum issued by Washington Group International, Inc..  Plaintiffs maintain that the interests of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal issues involved in this matter.

By order of the Court dated January 23, 2008 (Document No. 10727), this matter is currently set for hearing on February 27, 2007 @ 11:00 a.m.

**WHEREFORE**, Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong and Ethel Mae Coats request that this Court entertain oral argument in this matter.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

  /s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775



MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE


  /s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 12th day of February, 2008.

                                                      /s/ Joseph M. Bruno

                                                      Joseph M. Bruno