UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES　　　　　　CIVIL ACTION
        CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "K" (2)

PERTAINS TO: MRGO
_____

**ORDER**

　　**IT IS ORDERED** that the Request for Oral Argument by Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong, and Ethel Mae Coats be **GRANTED**, and that hearing on the Motion to Quash the subpoena duces tecum issued by Washington Group International, Inc. (Document No. 10623) be had on Wednesday, February 27, 2008 at 11:00 o'clock a.m. at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr.

　　New Orleans, LA, this _____day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE