UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO: MRGO | |

### REQUEST FOR ORAL ARGUMENT re: PLAINTIFFS' MOTION TO QUASH SUBPOENA ISSUED BY WASHINGTON GROUP INTERNATIONAL, INC. OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER (Document No. 10927)

**NOW INTO COURT**, through undersigned counsel, comes the MRGO PSLC, on behalf of the putative class, which hereby requests oral argument in connection with its Motion to Quash the subpoena issued by Washington Group International, Inc., or in the alternative, Motion for Protective Order (Document No. 10927). Plaintiffs maintain that the interests of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal issues involved in this matter.

This matter is currently set for hearing on February 27, 2007 @ 11:00 a.m.

**WHEREFORE**, the MRGO PSLC, on behalf of the putative class, prays that this Court grant its Request for Oral Argument and entertain oral argument in this matter.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

 /s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775


MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE


  /s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION
COMMITTEE
Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 12th day of February, 2008.

                                                /s/ Joseph M. Bruno
                                                Joseph M. Bruno