UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO: MRGO | |

## ORDER

**IT IS ORDERED** that the Request for Oral Argument by the MRGO PSLC, on behalf of the putative class be **GRANTED**, and that hearing on the Motion to Quash the subpoena issued by Washington Group International, Inc., or in the alternative, Motion for Protective Order (Document No. 10927) be had on Wednesday, February 27, 2008 at 11:00 o'clock a.m. at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, LA, this _____ day of _____, 2008.

_____
JUDGE