Effective 4/10/06    FINANCIAL & CIVIL ALLOTMENT SHEET    Receipt No.: 353431
                                                          Deputy Clerk: ___

**ACCOUNT CODE:**                           **REGISTRY FUND:**

6855XX Accounts                             604700 Accounts
_____ - Restitution                         _____ - Cash Bonds
_____ - U.S. Postal Service Forms           _____ - Land Condemnation
_____ - Petty Offense                       _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
          085000 - $5.00 / 510000 - $10.00
       **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
          086900 - $20.00 / 510000 - $19.00
(2)✓ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00      210    400    300
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 / 086400 - $200.00 / 510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
       **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
       **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
       Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Road Home Litigation
CASE NUMBER: 05-4182          SECTION: K
              c/w 07-5528
CASE TITLE: _____
                                          1005 - 1004
PAYMENT OF  [ 910 ]  CASH _____  CHECK ✓  MONEY ORDER _____
            SEAMAN _____  PAUPER _____  NON CASH _____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action           _____ 6. Habeas Corpus & Other Convictions
          by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
          Orders to Show Cause, etc.                _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                        Death Sentence
_____ 3. Antitrust                                  _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright               _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?  _____ Yes _____ No
Is this a RELATED CASE?       _____ Yes _____ No    Attorney of Record

# FAYARD AND HONEYCUTT
### A Professional Corporation

519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Fax: (225) 664-6925
E-mail: calvinfayard@fayardlaw.com

Calvin C. Fayard, Jr.,
A Professional Corporation
**D. Blayne Honeycutt**
_____
Wanda J. Edwards

Of Counsel
Haydn S. Berey

February 6, 2008

*Via* **Federal Express Delivery**
Honorable Loretta G. Whyte, Clerk
U.S. District Court, Eastern District of LA
C151 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Re:   *In Re* The State of Louisiana, etc. vs. AAA Insurance, et al; Suit No. 07-5528
(ROAD HOME) (U.S. Court of Appeal, 5th Circuit No. 08-30145)

Dear Ms. Whyte:

Enclosed please find our checks made payable to the USDC, Eastern District of Louisiana for payment of the appeal fees as described in the attached electronic correspondence from Dantrell Johnson, US Court of Appeal, Fifth Circuit.

If you have any questions or need any additional information, please do not hesitate to contact me.

Very truly yours,

**FAYARD & HONEYCUTT**

Wanda J. Edwards

WJE:khd
Enclosures

## Kim Davis

| | |
|---|---|
| **From:** | Dantrell_Johnson@ca5.uscourts.gov |
| **Sent:** | Monday, February 04, 2008 4:34 PM |
| **To:** | calvinfayard@fayardlaw.com; wingerteri@ag.state.la.us |
| **Cc:** | kim@fayardlaw.com |
| **Subject:** | 08-30145/Louisiana State v. AAA Insurance/2:07-CV-5528 |

Good Afternoon,

This e-mail is being sent as a follow-up notice to a voice mail message left this morning for attorney Isabel Wingerter; and as a follow-up to the message left with Kim of the office of attorney Calvin Fayard, in his absence...

This is confirmation that the Court has granted the 1453 petitions for leave to file an appeal in this Court, including the supplemental petition filed. The filing fee is now due at this time. The docketing fees of $450.00 and the filing fees of $5.00 are due to be paid to the District Court for the filing of the petitions. (Two separate payments of $455.00 are due; payment for each petition filed.)

Also, this case is on an expedited briefing schedule. The appellants' brief is due 14 days from the date of the Court Order granting the petitions for leave to file an appeal, which is dated February 4, 2008. The appellees' briefs are due 10 days from the due date of the appellants' brief. And lastly, the appellants' reply brief is due 5 days from the due date of the appellees' briefs.

Please note, a mailed correspondence detailing the same is being forwarded to all counsel in the case.

FYI- the original case# for the above matter was 07-46; the case has now been transferred to the Fifth Circuit's general docket, and the case# to be used in any future correspondence is 08-30145.

Sincerely,

Dantrell Johnson
Deputy Clerk
US Court of Appeals, Fifth Circuit
600 S Maestri Place
New Orleans, LA 70130
Phone: (504) 310-7689
Fax: (504) 310-7580
Email: dantrell_johnson@ca5.uscourts.gov

*[handwritten: 06-4182 c/w 07-5528]*

```
                                              0 . *
                                        455.00 +
                                        455.00 +
                                        910.00 *
```

DATE 2-7-08

MAIL CLERK  Dane Hutzyman

| Check/Money Order# | Remitter | Identity | Amount | Route to: |
|---|---|---|---|---|
| 1004 | Road Home Litigation | 05-4182 | 455 | intake |
| 1006 | Road Home Litigation | 05-4182 | 455 | intake |