UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUZITA M. DAVIS** | * | **CIVIL ACTION NO.: 07-6247** |
| | * | |
| **Plaintiff** | * | |
| | * | **SECTION: K** |
| | * | |
| *Versus* | * | |
| | * | **MAGISTRATE: 2** |
| **STATE FARM FIRE AND CASUALTY** | * | |
| **COMPANY** | * | |
| | * | |
| **Defendants** | * | |

*******************************************

## MOTION FOR ADMISSION *PRO HAC VICE* OF BARRY W. WALKER

COMES NOW, undersigned counsel, Stephen S. Kreller, as a member in good standing of the bar of this Court, and files this Motion in Support of Barry W. Walker's Application for Admission Pro Hac Vice, and in support thereof would show unto the Court the following:

1. Pursuant to Local Civil Rule 83.2.6E, Stephen S. Kreller hereby moves this Court to grant Barry W. Walker's Application for Admission Pro Hac Vice as additional counsel of record for plaintiff, Luzita M. Davis.

2. Mr. Kreller is employed as a practicing attorney on this case and will be personally participating in the hearing of this case. Mr. Kreller is a member in good standing with the State Bar of Louisiana. His State Bar number, office address, telephone number and facsimile number are included below his signature.

3. Attached hereto, in support of this motion, is a verified affidavit of Barry W. Walker and a certificate of good standing from the State Bar of Alabama, where Barry W. Walker has been admitted to practice.

4. Mr. Kreller finds Barry W. Walker to be a reputable attorney and he recommends that the Court permit him to practice in this case.

WHEREFORE, Stephen S. Kreller requests this Court to grant Barry W. Walker admission Pro Hac Vice and allow him to appear before this Court until the conclusion of this case, subject to all conditions and obligations the Court may impose.

Respectfully submitted, this 12 day of February, 2008.

MURPHY, ROGERS, SLOSS & GAMBEL, APLC

_____
Stephen S. Kreller (Bar No. 28440)
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139
Telephone:   (504) 523-0400
Facsimile:    (504) 523-5574
Email:          skreller@mrsnola.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing same into the U.S. Mail, postage prepaid and properly addressed, by facsimile or by hand this 12 day of February, 2008.

_____
Stephen S. Kreller

2