UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUZITA M. DAVIS | * | CIVIL ACTION NO.: 07-6247 |
| **Plaintiff** | * | |
| | * | SECTION: K |
| *Versus* | * | |
| | * | MAGISTRATE: 2 |
| STATE FARM FIRE AND CASUALTY COMPANY | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### VERIFIED APPLICATION BY BARRY W. WALKER
### TO APPEAR AS COUNSEL *PRO HAC VICE*

Barry W. Walker, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in Alabama, Maryland, and Washington, D.C. I maintain an office at Two 20th Street North, Suite 1320, Birmingham, Alabama 35203. I currently represent the plaintiff, Luzita M. Davis.

2. I have been admitted to practice before the courts of Alabama, Maryland, and the District of Columbia. I am also admitted to practice before the following federal courts: United States District Court for the Northern District of Alabama and the United States District Court for the Middle District of Alabama.

3. I am currently a member in good standing of all of these courts, am not subject to any pending disciplinary proceedings, and do not have any criminal charges instituted against me in any jurisdiction.

4. I am not currently nor have I ever been suspended or disbarred from any court.

_____
Barry W. Walker

SWORN TO AND SUBSCRIBED BEFORE ME
THIS ____ DAY OF FEBRUARY, 2008.

_____
03/13/2011
NOTARY PUBLIC

3



## ALABAMA STATE BAR
415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

## STATE OF ALABAMA

## COUNTY OF MONTGOMERY

I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Barry Wayne Walker has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Barry Wayne Walker was admitted to the Alabama State Bar April 30, 1999.

I further certify that the said Barry Wayne Walker is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2008.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 1st day of February, 2008.

*Keith B. Norman*

Keith B. Norman, Secretary





LAWYERS RENDER SERVICE