# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUZITA M. DAVIS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO: 07-6247** |
| | * | |
| **STATE FARM FIRE AND CASUALTY** | * | **SECTION: K** |
| **COMPANY** | * | |
| | * | **MAGISTRATE: 2** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

Considering the foregoing Motion for Admission *Pro Hac Vice* of Barry W. Walker, it is hereby:

**ORDERED, ADJUDICATED AND DECREED** that attorney Barry W. Walker is admitted as additional counsel of record for plaintiff, Luzita M. Davis, in the captioned matter. Stephen S. Kreller will continue to serve as co-counsel representing plaintiff in this action.

New Orleans, Louisiana this _____ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

1670/3518