UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.    05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

### EX PARTE MOTION FOR EXPEDITED HEARING
### RE:  MOTION TO QUASH (DOC. NO. 11159)

**NOW INTO COURT**, comes Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, who moves for an expedited hearing on the Motion to Quash the Plaintiffs' Motion for Disqualification or Recusal of Judge Duval From Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality (Document No. 10910), as more fully set forth below and in the attached Memorandum in Support.

On January 28, 2008, Ashton R. O'Dwyer, Esq. filed the above referenced motion (Document No. 10910).  This matter has been set for hearing on February 20, 2008 @ 9:30 a.m.

Undersigned counsel's Motion to Quash is directly related to Mr. O'Dwyer's Motion, and should be considered concurrently. To do so, it is necessary that the Motion for Expedited Hearing be granted.

**WHEREFORE**, Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, prays that this Honorable Court grant the Ex Parte Motion for Expedited Hearing on Motion to Quash Plaintiffs' Motion for Disqualification or Recusal of Judge Duval From Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

  /s/     Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 12th day of February, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno