UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.    05-4181 | * | |
|          06-1885 | * | |
|          06-4024 | * | |
|          06-4389 | * | |
|          06-5771 | * | |
|          06-5786 | * | |
|          06-6099 | * | |
|          07-0206 | * | |
|          07-3500 | * | |
|          07-3612 | * | |
|          07-5023 | * | |
|          07-5040 | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR EXPEDITED HEARING  RE:  MOTION TO QUASH (DOC. NO. 11159)**

**NOW INTO COURT**, comes Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, who moves for an expedited hearing on the Motion to Quash the Plaintiffs' Motion for Disqualification or Recusal of Judge Duval From Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality, as more fully set forth below.

On January 28, 2008, Ashton R. O'Dwyer, Esq. filed the above referenced motion on behalf of himself and on behalf of the plaintiffs and/or intervening plaintiffs in the above cited

cases. (Document No. 10910).  The hearing on his Motion has been set for hearing on February 20, 2008 at 9:30 a.m..

    Joseph M. Bruno, as Plaintiffs' Liaison Counsel, accepted the responsibility to act as liaison counsel, with one of his primary functions to make certain that positions are advanced on behalf of the class and on behalf of the individual plaintiffs that are not inconsistent with positions advanced by other plaintiffs' counsel.  The matters brought before the Court by Mr. O'Dwyer's Motion for Disqualification have already been addressed by the Court and cannot be brought for a proper purpose.  Therefore, by virtue of CMO No. 4 and the <u>Manual for Complex Litigation, 4th</u>, Plaintiffs' Liaison Counsel brought a Motion to Quash Mr. O'Dwyer's Motion for Disqualification. However, the first available date for hearing when the Motion to Quash was filed was March 5, 2008.

    The allegations raised by Mr. O'Dwyer's Motion for Disqualification are adverse to every other attorney within the Katrina umbrella, and contrary to the best interests of the class.  Undersigned counsel's Motion to Quash is directly related to Mr. O'Dwyer's Motion, and should be considered concurrently.   In order that the Motion to Quash be considered with the Motion for Disqualification, Plaintiffs' Liaison Counsel prays that this Honorable Court grant the Ex Parte Motion for Expedited Hearing on Motion to Quash Plaintiffs' Motion for Disqualification or Recusal of Judge Duval From Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality.

    For these reasons, the Ex Parte Motion for Expedited Hearing on Motion to Quash Plaintiffs' Motion for Disqualification or Recusal of Judge Duval From Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality should be granted.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

  /s/     Joseph M. Bruno  
JOSEPH M. BRUNO  
PLAINTIFFS LIAISON COUNSEL  
Law Offices of Joseph M. Bruno  
LA Bar Roll Number: 3604  
855 Baronne Street  
New Orleans, Louisiana 70113  
Telephone: (504) 525-1335  
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 12th day of February, 2008.

  /s/ Joseph M. Bruno  
Joseph M. Bruno