UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
        CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K" (2)

PERTAINS TO:  LEVEE, MRGO                         JUDGE DUVAL
                                                 MAG. WILKINSON

## ORDER

Considering the foregoing Ex Parte Motion for Expedited Consideration with respect to plaintiffs' Motion to Compel Responses to Discovery and Request for Corporate Deposition,

**IT IS ORDERED** that plaintiffs' Motion for Expedited Hearing, Record Doc. No. 11107, is hereby **DENIED.**

**IT IS FURTHER ORDERED** that plaintiffs' Motion to Compel, Record Doc. No. 11106, will be heard on my **February 27, 2008 motion docket** without oral argument. Written opposition, if any, must be filed no later than **February 19, 2008**.

New Orleans, Louisiana, this __12th__ day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE