MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 1, 2008

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>     CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE, <u>Thomas,</u> 07-5815 | JUDGE DUVAL<br>MAG. WILKINSON |

A Preliminary Conference was conducted on February 1, 2008 in the referenced

case, <u>Sarah Moody Thomas et al. v. Hanover Insurance Company</u>, C.A. No. 07-5815 c/w

05-4182.  Participating via telephone were Vernon Thomas, representing plaintiffs, and

Rachel Meese, representing defendant.

The purpose of the conference was to craft a schedule concerning the individual

issues in the referenced <u>Thomas</u> case, which were bifurcated and referred to me by the

presiding district judge.  Record Doc. No. 10245.  The conference was conducted

pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing

non-class action cases asserting claims involving individual adjusting and coverage

MJSTAR:  0 : 20

issues, including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

Settlement possibilities were discussed.

Counsel are considering consenting to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  A written form of consent is currently being circulated.  Upon receipt of a fully executed consent form, a scheduling order setting forth the trial and final pretrial conference dates agreed upon by counsel during the conference will be separately entered.

Plaintiffs' counsel advised to the court's satisfaction his reasons for failing to participate in the conference on January 29, 2008.  Accordingly,

**IT IS ORDERED** that the court's previous order requiring plaintiffs' counsel to appear before the undersigned magistrate judge on February 20, 2008 to show cause why he failed to participate in the conference on January 29, 2008, Record Doc. No. 11003, is hereby marked SATISFIED, and no appearance is necessary.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**