Page 1

```
 1              UNITED STATES DISTRICT COURT
 2
 3              EASTERN DISTRICT OF LOUISIANA
 4
 5   IN RE KATRINA CANAL BREACHES      CIVIL ACTION
 6   CONSOLIDATED LITIGATION           NO. 05-4182
 7
 8                        SECTION K; MAG. 2
 9                             JUDGE DUVAL
10                    MAGISTRATE JUDGE WILKINSON
11
12   PERTAINS TO: ALL LEVEE, INCLUDING
13   07-4558, 07-4948, 07-4968, 07-4979,
14   07-4982, 07-4995, 07-4997, 07-5016,
15   07-5018, 07-5254, 07-5286. 07-5317,
16   07-5323, 07-5350, 07-5351, 07-5355,
17   07-5356, 07-5359, 07-5367
18
19
20          Proces Verbal of NATIONAL UNION FIRE
21   INSURANCE COMPANY OF PITTSBURGH, PA., taken on
22   Friday, February 8, 2008, at the Law Offices of
23   Bruno & Bruno, 855 Baronne Street, New Orleans,
24   Louisiana 70113, commencing at 9:05 a.m., and
25   concluding at 9:08 a.m.
```

Page 2

```
 1   APPEARANCES:
 2
 3     SHER GARNER CAHILL RICHTER
 4     KLEIN & HILBERT
 5     (BY: JEFFREY DARREN KESSLER, ESQUIRE)
 6     909 Poydras Street, 28th Floor
 7     New Orleans, Louisiana 70112
 8        ATTORNEYS FOR THE PLAINTIFFS
 9
10
11     LEAKE & ANDERSON, LLP
12     (BY: KAREN M. DICKE, ESQUIRE)
13     1100 Poydras Street, Suite 1700
14     New Orleans, Louisiana 70163
15        ATTORNEYS FOR DEFENDANT
16        NATIONAL UNION FIRE INSURANCE
17        COMPANY OF PITTSBURGH, PA.
18
19
20   REPORTED BY:
21     OLGA BRANUM, CCR, RPR
22     CERTIFIED COURT REPORTER
```

EXHIBIT A

Page 3

1  MR. KESSLER:
2      Good morning. My name is Jeff
3  Kessler. I'm here on behalf of the
4  plaintiffs. We've issued a deposition
5  notice to -- a corporate deposition to
6  National Union Fire Insurance Company
7  of Pittsburgh, PA. It is a limited
8  purpose discovery deposition with
9  regard to the motion to compel --
10 rather the motion to dismiss that's
11 scheduled to be heard on February 20.
12     This notice was sent on
13 January 3rd. The deposition was
14 noticed for this morning, which is
15 February 8, and our understanding is
16 that National Union refuses to produce
17 a representative to testify.
18 MS. DICKE:
19     Ms. Karen Dicke here on behalf of
20 National Union Fire Insurance Company
21 of Pittsburgh, PA. In response to the
22 notice of deposition, I filed a motion
23 for protective order to quash the
24 notice of deposition and requests for
25 production of documents and to stay

Page 4

1  discovery and to stay relief.
2      We object to the deposition on the
3  basis that it's premature, irrelevant,
4  and because it's unrestricted in time,
5  unduly burdensome and overly broad.
6      And I'm going to attach a copy of
7  the motion with a memo and supporting
8  documentation that was filed in federal
9  court in response.
10 MR. KESSLER:
11     We're going to attach a copy of the
12 notice of deposition as Exhibit A.
13 MS. DICKE:
14     Mine will be Exhibit B.
15 MR. KESSLER:
16     And for the record, we've also
17 filed a motion to compel as of
18 yesterday.
19 MS. DICKE:
20     Would you guys copy that to me?
21 MR. KESSLER:
22     We filed it directly through the
23 E-filing so you should have received a
24 notice.
25 MS. DICKE:

Page 5

1      I should get it today. I always
2  give that courtesy copy.
3      Thank you.
4
5  (Exhibits A and B marked for identification)
6
7  (Proces Verbal concluded at 9:08 a.m.)

Page 6

1      REPORTER'S CERTIFICATE
2
3      I, OLGA BRANUM, Certified Court Reporter,
4  that the above-transcribed Proces Verbal was
5  reported by me in shorthand and transcribed
6  under my personal direction and supervision, and
7  is a true and correct transcript, to the best of
8  my ability and understanding;
9      That I am not of counsel, not related to
10 counsel or the parties hereto, and not in any
11 way interested in the outcome of this matter.
12
13
14     OLGA BRANUM, RPR, (#22015)
15     Certified Court Reporter

PROCES VERBAL, NATIONAL UNION FIRE

2/8/2008

| A | | | | | |
|---|---|---|---|---|---|
| ability 6:8 | court 1:1 2:22 4:9 6:3,15 | hereto 6:10 | motion 3:9,10,22 4:7 4:17 | related 6:9 |
| above-transcribed 6:4 | courtesy 5:2 | HILBERT 2:4 | | relief 4:1 |
| ACTION 1:5 | | **I** | **N** | reported 2:20 6:5 |
| ANDERSON 2:11 | **D** | identification 5:5 | name 3:2 | Reporter 2:22 6:3,15 |
| APPEARANCES 2:1 | DARREN 2:5 | INCLUDING 1:12 | National 1:20 2:16 3:6,16,20 | REPORTER'S 6:1 |
| attach 4:6,11 | DEFENDANT 2:15 | Insurance 1:21 2:16 3:6,20 | New 1:23 2:7,14 | representative 3:17 |
| ATTORNEYS 2:8 2:15 | deposition 3:4,5,8,13 3:22,24 4:2,12 | interested 6:11 | notice 3:5,12,22,24 4:12,24 | requests 3:24 |
| a.m 1:24,25 5:7 | Dicke 2:12 3:18,19 4:13,19,25 | irrelevant 4:3 | noticed 3:14 | response 3:21 4:9 |
| | direction 6:6 | issued 3:4 | | RICHTER 2:3 |
| **B** | directly 4:22 | **J** | **O** | RPR 2:21 6:14 |
| B 4:14 5:5 | discovery 3:8 4:1 | January 3:13 | object 4:2 | **S** |
| Baronne 1:23 | dismiss 3:10 | Jeff 3:2 | Offices 1:22 | scheduled 3:11 |
| basis 4:3 | DISTRICT 1:1,3 | JEFFREY 2:5 | OLGA 2:21 6:3,14 | SECTION 1:8 |
| behalf 3:3,19 | documentation 4:8 | JUDGE 1:9,10 | order 3:23 | sent 3:12 |
| best 6:7 | documents 3:25 | **K** | Orleans 1:23 2:7,14 | SHER 2:3 |
| BRANUM 2:21 6:3 6:14 | DUVAL 1:9 | K 1:8 | outcome 6:11 | shorthand 6:5 |
| BREACHES 1:5 | **E** | Karen 2:12 3:19 | overly 4:5 | STATES 1:1 |
| broad 4:5 | EASTERN 1:3 | KATRINA 1:5 | **P** | stay 3:25 4:1 |
| Bruno 1:23,23 | ESQUIRE 2:5,12 | Kessler 2:5 3:1,3 4:10,15,21 | PA 1:21 2:17 3:7,21 | Street 1:23 2:6,13 |
| burdensome 4:5 | Exhibit 4:12,14 | KLEIN 2:4 | parties 6:10 | Suite 2:13 |
| | Exhibits 5:5 | **L** | personal 6:6 | supervision 6:6 |
| **C** | E-filing 4:23 | Law 1:22 | PERTAINS 1:12 | supporting 4:7 |
| CAHILL 2:3 | **F** | LEAKE 2:11 | Pittsburgh 1:21 2:17 3:7,21 | **T** |
| CANAL 1:5 | February 1:22 3:11 3:15 | LEVEE 1:12 | plaintiffs 2:8 3:4 | taken 1:21 |
| CCR 2:21 | federal 4:8 | limited 3:7 | Poydras 2:6,13 | testify 3:17 |
| CERTIFICATE 6:1 | filed 3:22 4:8,17,22 | LITIGATION 1:6 | premature 4:3 | Thank 5:3 |
| Certified 2:22 6:3,15 | Fire 1:20 2:16 3:6,20 | LLP 2:11 | Proces 1:20 5:7 6:4 | time 4:4 |
| CIVIL 1:5 | Floor 2:6 | Louisiana 1:3,24 2:7 2:14 | produce 3:16 | today 5:1 |
| commencing 1:24 | Friday 1:22 | | production 3:25 | transcribed 6:5 |
| Company 1:21 2:17 3:6,20 | **G** | **M** | protective 3:23 | transcript 6:7 |
| compel 3:9 4:17 | GARNER 2:3 | M 2:12 | purpose 3:8 | true 6:7 |
| concluded 5:7 | give 5:2 | MAG 1:8 | **Q** | **U** |
| concluding 1:25 | going 4:6,11 | MAGISTRATE 1:10 | quash 3:23 | understanding 3:15 6:8 |
| CONSOLIDATED 1:6 | Good 3:2 | marked 5:5 | **R** | unduly 4:5 |
| copy 4:6,11,20 5:2 | guys 4:20 | matter 6:11 | received 4:23 | Union 1:20 2:16 3:6 3:16,20 |
| corporate 3:5 | **H** | memo 4:7 | record 4:16 | UNITED 1:1 |
| correct 6:7 | heard 3:11 | Mine 4:14 | refuses 3:16 | unrestricted 4:4 |
| counsel 6:9,10 | | morning 3:2,14 | regard 3:9 | **V** |
| | | | | Verbal 1:20 5:7 6:4 |

PROCES VERBAL, NATIONAL UNION FIRE

2/8/2008

| W | |
|---|---|
| way 6:11 | 3rd 3:13 |
| We're 4:11 | **7** |
| we've 3:4 4:16 | 70112 2:7 |
| WILKINSON 1:10 | 70113 1:24 |
| | 70163 2:14 |
| **Y** | |
| yesterday 4:18 | **8** |
| | 8 1:22 3:15 |
| **#** | 855 1:23 |
| #22015 6:14 | |
| | **9** |
| **0** | 9:05 1:24 |
| 05-4182 1:6 | 9:08 1:25 5:7 |
| 07-4558 1:13 | 909 2:6 |
| 07-4948 1:13 | |
| 07-4968 1:13 | |
| 07-4979 1:13 | |
| 07-4982 1:14 | |
| 07-4995 1:14 | |
| 07-4997 1:14 | |
| 07-5016 1:14 | |
| 07-5018 1:15 | |
| 07-5254 1:15 | |
| 07-5286 1:15 | |
| 07-5317 1:15 | |
| 07-5323 1:16 | |
| 07-5350 1:16 | |
| 07-5351 1:16 | |
| 07-5355 1:16 | |
| 07-5356 1:17 | |
| 07-5359 1:17 | |
| 07-5367 1:17 | |
| **1** | |
| 1100 2:13 | |
| 1700 2:13 | |
| **2** | |
| 2 1:8 | |
| 20 3:11 | |
| 2008 1:22 | |
| 28th 2:6 | |
| **3** | |