☆ : Levee Breach        ★ : Distressed Levee Section



Figure 8.2:  Plan View of the Orleans East Bank (Metro) protected area showing approximate
depth of flooding on September 2, 2005.

[Modified after Mashriqui, 2006]



Source: IPET Interim Report No. 2; April, 2006

Figure 8.3: Hydrographs showing measured (and photographed) water levels at gage stations along the Inner Harbor Navigation Channel (IHNC).



Photograph by Rune Storesund

Figure 8.4: Concrete storm gate at the west bank of the CSX Railroad crossing of the IHNC, after Hurricane Katrina, showing the steel floodgate missing.



Photograph by Rune Storesund

Figure 8.5:  View from the inboard side of the CSX Railroad breach site from Figure 8.4
              showing scour of the roadway fill adjacent to the railway embankment fill.



Photograph by Rune Storesund

Figure 8.6: The I-wall section breach behind the Port of New Orleans, showing floodwall
             failure.



Photograph by Rune Storesund

Figure 8.7: Second view of the I-wall failure at the Port of New Orleans showing the trench scoured by overtopping flows.



Figure 8.8:  Deformed mesh of I-wall failure at the IHNC behind the Port of New Orleans.



Figure 8.9:  Finite element analysis of I-wall failure at the IHNC behind the Port of New
             Orleans, showing shear strain contours at point of wall failure.



Figure 8.10(a):  Typical reinforced concrete I-wall atop a sheetpile curtain.



Figure 8.10(b):  Typical reinforced concrete T-wall atop a sheetpile curtain.



Photograph by Rune Storesund

Figure 8.11:   Concrete floodwall and steel floodgate structure at railroad yard behind the
Port of New Orleans.



Photograph by Rune Storesund

Figure 8.12:   Erosion, gapping  and offset of adjacent wall sections at the east end "transition" of
the concrete floodwall and gate structure from Figure 8.11.



Photograph by Rune Storesund

Figure 8.13:  Erosional breach behind the southern end of the Port of New Orleans at  contact
between embankment section and structural concrete monolith.



Photograph by Rune Storesund

Figure 8.14:  Close-up view of the highly erodeable shell sand fill at the breach shown above
in Figure 8.12.