

Photograph by Rune Storesund

Figure 8.15:  View of second large erosional breach behind the southern end of the Port of New Orleans.

Case 2:05-cv-04182-SRD-JCW   Document 11194-4   Filed 02/12/08   Page 2 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Source: IPET Report No. 2, April, 2006

Figure 8.16: Approximate contours of maximum storm surge heights along the southern end of Lake Pontchartrain. [Note: Elevations in Feet, NGVD29]



Figure 8.17: High water marks near the mouth of the 17th Street Canal.



Figure 8.18: Hydrograph proposed by IPET for the 17th Street drainage canal.

Case 2:05-cv-04182-SRD-JCW  Document 11194-4  Filed 02/12/08  Page 4 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.19: View of the pump house, levees and floodwalls, and the "gap" at the south end of the Orleans canal.



Figure 8.20: Side view of the "gap" at the south end of the Orleans canal.



Figure 8.21: Oblique view of LIDAR survey of the southern end of the Orleans Canal, showing the "gap" on the east side where the levee and floodwall that should have sealed the end are omitted, and a "spillway" replaces them.



Photograph by Rune Storesund

Figure 8.22: View of the earthen levee embankments and floodwalls along the east side of the Orleans Canal (view looking to the North.)



Photograph by Rune Storesund

Figure 8.23: View of the earthen levee embankments and floodwalls along the west side of the Orleans Canal (view looking to the North.)

8-64

| | |
|---|---|
| Independent Levee<br>Investigation Team | New Orleans Levee Systems<br>Hurricane Katrina<br>July 31, 2006 |



Figure 8.24:   Oblique aerial view of the breach at the 17th Street Canal.

Case 2:05-cv-04182-SRD-JCW Document 11194-4 Filed 02/12/08 Page 8 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.25: Plan view for the 17th Street Canal showing approximate ILIT boring and CPT locations