Case 2:05-cv-04182-SRD-JCW   Document 11194-5   Filed 02/12/08   Page 1 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 25(a): Plan view of 17th Street Canal showing locations of IPET borings and CPT

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 8.26: Cross-section through the 17th Street Canal breach showing conditions (a) before the hurricane, and (b) after the breach and failure.

8-68



Figure 8.27: Cross-sections through the 17th Street Canal breach showing conditions as: (a) pre-storm surge, (b) a gap opens between the outboard side of the earthen embankment and the sheetpile curtain (and I-wall), (c) the elevated water levels increase within this gap pushing the I-wall and the inboard side of the embankment laterally away from the canal, and (d) final configuration at the end of displacement after I-wall topples backwards towards the canal.

Case 2:05-cv-04182-SRD-JCW   Document 11194-5   Filed 02/12/08   Page 4 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.28: View of the 17th Street Canal breach site showing the tops of the I-wall sections that "pushed" (and followed) the displaced levee embankment section, and then toppled backwards towards the canal.



Figure 8.29: View of the 17th Street canal breach site showing the I-wall sections at the south end of the breach toppled forward (to the inboard side) by the inrushing floodwaters. Note the severe scour inboard of the failure at this location.

Case 2:05-cv-04182-SRD-JCW   Document 11194-5   Filed 02/12/08   Page 5 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.30: Side view of the collapsed shed pushed into the house at 6914 Belaire Drive as illustrated in the cross-section of Figure 8.27.



Photograph by Joseph Wartman

Figure 8.31: View of the foundation slab shown in the cross-section from Figure 8.27.



Figure 8.32: View of the exit of the upper failure surface (shear surface No.1 from Figure 8.27) at the inboard toe of the laterally translated embankment (toe scarp No. 1 in Figures 8.26 and 8.27).

[IPET Interim Report No. 2, April 1, 2006]



Figure 8.33: View of toe scarps No's. 2 and 3 at the inboard edge of the lateral translational failure at the 17th Street drainage canal.



Figure 8.34: Additional view of toe scarps No's. 2 and 3 at the inboard edge of the lateral translational failure at the 17th Street drainage canal.

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.35: Two additional cross-sections through the breach section on the east bank of the 17th Street canal showing: (a) Cross-Section B-B' and (b) Cross-Section C-C'.