Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.36:  Summary of shear strength data within the 17th Street drainage canal levee
embankment fill at and near the east bank breach section.



Figure 8.37:  Example of CPT test data for locations beneath the levee embankment at and near the 17th Street canal breach section.

8-76



Figure 8.38: Example of CPT test data for locations inboard of the toe of the levee embankment at and near the 17th Street Canal breach section.

8-77



Figure 8.39:  Pore Pressure parameter $B_q$ vs. OCR and vs. depth within the soft gray clay (CH) foundation layer under full embankment overburden load.



Figure 8.40:  CPT cone factor $N_{kt}$ based on $B_q$ (after Lunne et al., 1985 and Karlsrud et al., 1996) for the soft gray clay (CH) under full embankment overburden load.



Figure 8.41:   Relationship between $S_u/P$ vs. OCR for mineralogically similar gray
marsh clays (CH) at Atchafalia.

[Foott & Ladd, 1977]

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.42:  Plots of (a) OCR vs. Depth and (b) $S_u$ vs. Depth for the soft gray marsh clay
(CH) beneath the full embankment overburden pressure.



Figure 8.43:  Plots of (a) OCR vs. Depth and (b) $S_u$ vs. Depth for the soft gray marsh clay
(CH) at the inboard toe and further to the landside (not under levee
embankment overburden pressure) – 17th Street Canal breach site.



Figure 8.44: Profiles of shear strength vs. depth within the soft gray foundation clay at the 17th Street Canal breach site (a) beneath the crest of the levee, and (b) inboard of the toe of the levee.