

Figure 8.45:   Profiles of shear strength vs. depth within the soft gray foundation clay at the 17th Street Canal breach site (a) beneath the crest of the levee, and (b) at and near the inboard toe of the levee, including the ILIT, IPET and pre-Katrina data.

8-83



Figure 8.46:  Undrained shear strength for UU-triaxial loading vs. undrained shear
strength for DSS loading.                    [Base figure from Ladd, 2003]



Figure 8.47:  Su/P for in situ field vane testing vs. Plasticity Index (PI) for normally
consolidated clays (OCR = 1).                    [Base Figure from Ladd, 2003]



Figure 8.48:  CPT cone factor $N_{kt}$ based on $B_q$ (after Lunne et al., 1985 and Karlsrud et al., 1996) for the marsh deposits under full embankment overburden load; 17th Street Canal breach site.



New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 8.49:   Undrained shear strength *vs.* depth, and OCR *vs.* depth, within the marsh deposits beneath the inboard toe based on Mayne and Mitchell (1988) – 17th Street Canal breach site.



Figure 8.50:  Shear strength *vs.* depth within the marsh deposits at the 17th Street Canal breach site (a) beneath the crest of the levee, and (b) at the inboard toe.

8-87



Figure 8.51:  Shiny dark brown to black sensitive organic clay on auger stem and (inset) closeup view of leaves and twigs; 17th Street Canal breach site.



Figure 8.52:  Shear zone within disturbed area, middle of 17th Street Canal breach, adjacent to displaced block at Elev. -9 feet (MSL).



Figure 8.53:  Plan view of the 17th Street Canal breach site showing locations at which the shear zone and/or the sensitive layer" within the marsh deposits was positively identified, sampled, or tested.

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.54:  Photo of an "undisturbed" sample of the sensitive organic silty clay.