Case 2:05-cv-04182-SRD-JCW   Document 11194-8   Filed 02/12/08   Page 1 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.55: Laboratory vane shear testing of the thin layer of sensitive organic silty clay.



Figure 8.56: Stress-displacement behavior for soft gray clay (CH and CH/OH) and "sensitive" layer of organic clay within marsh deposit.

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Geotechnical parameters for the Finite Element Analysis Model

| ID | Soil Model | Name | Type | g_unsat [lb/ft^3] | g_sat [lb/ft^3] | k_x [ft/day] | k_y [ft/day] | nu [-] | E_ref [lb/ft^2] | c_ref [lb/ft^2] | phi [°] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CF | Mohr Coulomb | ML-silt (Compacted Fill) | Undrained | 105 | 115 | 0.00028 | 0.00028 | 0.35 | 234000 | 900 | 0.001 |
| Upper CH | | CH-Upper Fat Clay | Undrained | 90 | 95 | 0.00028 | 0.000028 | 0.35 | 180000 | 600 | 0.001 |
| SC | | SC (Sand) | Drained | 110 | 110 | 0.28 | 0.28 | 0.30 | 1000000 | 0.01 | 38 |

| ID | Soil Model | Name | Type | g_unsat [lb/ft^3] | g_sat [lb/ft^3] | k_x [ft/day] | k_y [ft/day] | lambda* [-] | kappa* [-] | n_ur [-] | K0nc [-] | M [-] | c_ref [lb/ft^2] | phi @ pref [°] | OCR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M2 | Soft Soil | Marsh 2 | Undrained | 80 | 80 | 28.3 | 2.8 | 0.21 | 0.033 | 0.15 | 0.60 | 1.90 | 0 | 36 | 2.25 |
| M1 | | Marsh 1 | Undrained | 80 | 80 | 28.3 | 2.8 | 0.21 | 0.033 | 0.15 | 0.60 | 1.90 | 0 | 36 | 1.1 |
| IZ | | Intermixing zone | Undrained | 85 | 85 | 28.32 | 2.8 | 0.10 | 0.02 | 0.15 | 0.61 | 1.27 | 0 | 23 | 3 |
| CH | | Grey Clay | Undrained | 90 | 95 | 0.00028 | 0.000028 | 0.17 | 0.03 | 0.15 | 0.63 | 1.24 | 0 | 22 | 2.2 |
| CH2-a | | Grey Clay | Undrained | 90 | 95 | 0.00028 | 0.000028 | 0.17 | 0.03 | 0.15 | 0.63 | 1.24 | 0 | 22 | 1.25 |
| CH2-b | | Grey Clay | Undrained | 90 | 95 | 0.00028 | 0.000028 | 0.17 | 0.03 | 0.15 | 0.63 | 1.24 | 0 | 22 | 1.5 |



Figure 8.57: Parameters (and model) used in PLAXIS model for the 17th Street Canal breach site.

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.58: Deformed mesh at the end of initial construction of embankment and consolidation; 17th Street Canal breach section.

8-87

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.59: Normalized shear strain contours (shear strain divided by strain to failure) for a storm surge at Elev. + 8 feet (MSL) At the 17th Street Canal breach site; initiation of gapping at outboard toe of floodwall.



Figure 8.60: Normalized shear strain contours (shear strain divided by strain to failure) for a storm surge at Elev. + 8 feet (MSL) at the 17th Street Canal breach site; gapping at outboard toe of floodwall is now developed to full depth.




Figure 8.61: Displaced mesh for storm surge height at Elev. + 8.5 feet (MSL) at the 17th Street Canal breach site; displacements are increased by a factor of 3 in this figure.

Independent Levee Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

8-90

Case 2:05-cv-04182-SRD-JCW  Document 11194-8  Filed 02/12/08  Page 8 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.62: Calculated Factors of Safety for three modes based on PLAXIS analyses of the 17th Street Canal breach section for various canal water elevations; showing the best-estimated path to failure.