Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

| ID | Soil Model | Type | γ [lb/ft^3] | c [lb/ft^2] | phi [°] | Su/p' |
|---|---|---|---|---|---|---|
| Upper fill | Mohr-Coulomb | Undrained | 110 | 800 | 0 | |
| Lower fill | Mohr-Coulomb | Undrained | 85 | 550 | 0 | |
| Marsh, beneath crest | Mohr-Coulomb | Undrained | 80 | 375 | 0 | |
| Marsh, free field | Mohr-Coulomb | Undrained | 80 | 200 | 0 | |
| Sensitive layer, beneath crest | Mohr-Coulomb | Undrained | 80 | 240 | 0 | |
| Sensitive layer, beneath toe | Mohr-Coulomb | Undrained | 80 | 180 | 0 | |
| Sensitive layer, free field | Mohr-Coulomb | Undrained | 80 | 70 | 0 | |
| Overconsolidated Grey CH | Mohr-Coulomb | Undrained | 90 | 400 | 0 | |
| Normally consolidated Grey CH | SHANSEP | Undrained | 90 | | | 0.26 |
| Sand | Mohr-Coulomb | Drained | 110 | 0 | 33 | |

Geotechnical Parameters for the Limit Equilibrium Analyses for 17th Street Canal levee, East Bank.



Figure 8.63: Cross-section and parameters used for conventional stability analyses of the breach section on the east side of the 17th Street Canal.

8-92



Figure 8.64: Cross-section at 17th Street Canal breach site for static slope stability analyses.



Figure 8.65: Stability analysis (worst case) for storm surge to Elev. + 6 feet (MSL) at the 17th Street Canal breach section.



Figure 8.66: Stability analysis for actual observed failure mechanism at the 17th Street Canal breach section, with storm surge at Elev. + 9.5 feet (MSL) and with fully developed crack at the outboard side of the sheetpile/floodwall.



Figure 8.67: Stability analysis for shear failure through the deeper soft gray clays (CH) at the 17th Street Canal breach section, with storm surge at Elev. + 9.5 feet (MSL) and with fully developed crack at the outboard side of the sheetpile/floodwall.

Case 2:05-cv-04182-SRD-JCW Document 11194-9 Filed 02/12/08 Page 4 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.68: Factor of safety for four modes of failure at the 17th Street Canal breach site as a function of canal water elevation based on static Limit Equilibrium slope stability analyses: again showing the best-estimated path to failure.



Figure 8.68(a): Distributions of Factor of Safety for the Ungapped and Water-Filled Gap Cases as a function of increasing canal water level; 17th Street Drainage Canal, east bank breach section.



Figure 8.68(b): Estinated probabilities of formation of a significant water-filled gap as a function of increasing canal water level; 17th Street Drainage Canal, east bank breach section.



Figure 8.68(c): Example calculation (Monte Carlo simulation) for a canal water elevation of +5 feet (MSL).



Figure 8.68(d): Distribution of Factor of Safety vs. canal water level with progressive transition from ungapped to water-filled gap conditions; 17th Street Canal, east bank breach section.

8-97

| Storm Surge Elevation (ft), MSL | Probability of Failure |
|---|---|
| 9 | 88.1% |
| 8 | 25.6% |
| 7 | 7.9% |
| 6 | 0.01% |
| 5 | 0.00% |

Table 8.1: Probability of failure for 17th Street Canal, East Bank

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Case 2:05-cv-04182-SRD-JCW   Document 11194-9   Filed 02/12/08   Page 8 of 8




Figure 8.69: Comparison between deep rotational failure through the soft gray clay (CH) and translational failure along the sensitive clay layer within the marsh deposits as actually observed.

8 - 99