

Figure 8.70: Initial longitudinal subsurface profile used for initial design at the 17th Street Canal breach site. [USACE, DM-20, Vol. 1, 1990]



Figure 8.71: Re-interpreted longitudinal subsurface soil profile, showing location of breach section on the east side of the 17th Street Canal, and with non-tested samples highlighted.

Case 2:05-cv-04182-SRD-JCW    Document 11194-10    Filed 02/12/08    Page 3 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.72: Use of the "Method of Planes" in original design stability analysis calculations; 17th Street Canal. [USACE, DM-20, Vol.1, 1990]

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team




Figure 8.73: Profile of shear strength vs. depth used in original stability analyses for design at the 17th Street Canal breach site. [USACE, DM-20, Vol.1 & 2, 1990]

8 - 103

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.74: Profile of shear strength vs. depth used in original stability analyses for design at the 17th Street Canal breach site, and this investigation team's best estimated profiles of undrained shear strength vs. elevation (a) beneath levee crest [blue line], and (b) beneath levee toe [red line].

[USACE, DM-20, Vol.1 & 2, 1990]

8 - 104



Figure 8.75: View of floodwall displacement on the west bank of the 17th Street Canal.



Figure 8.76: View of sample of "sensitive" clay layer within the marsh soils at the west side of the 17th Street Canal.



Figure 8.77: Analysis cross-section for the site on the west bank of the 17th Street Canal.

Case 2:05-cv-04182-SRD-JCW   Document 11194-10   Filed 02/12/08   Page 8 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006





Figure 8.78: $B_q$ for the soft gray clay at the site on the West side of the 17th Street Canal.



Figure 8.79: $N_{kt}$ and $N_{\Delta u}$ for the soft gray clay at the site on the west side of the 17th Street Canal based on CPTU.