

Figure 8.80: $S_u/P$ vs. depth and OCR vs. depth for soft gray clay (CH) beneath the crest of the embankment for the site on the west side of the 17th Street Canal.

8 - 107

Independent Levee Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.81: Shear strength vs. depth within the soft gray clay (CH) for the site on the west side of the 17th Street Canal (a) beneath the crest of the levee, and (b) beneath the inboard side toe of the levee embankment.



Figure 8.82: Su/P and OCR estimation from PI and vane shear tests for the marsh deposits at the site on the west side of the 17th Street Canal.




Figure 8.83: Shear strength vs. depth within the marsh deposits at the site on the west side of the 17th Street Canal (a) beneath the crest of the levee, and (b) beneath the inboard toe of the embankment.



Figure 8.84: Stability analysis of the west side of the 17th Street Canal with water at Elev. + 9 feet (MSL) for case of rotational failure through the soft gray clay (CH) with no gap developed.



Figure 8.85: Stability analysis of the west side of the 17th Street Canal with water at Elev. + 9 feet (MSL) for case of failure through the base of the "marsh" layer (with no gap developed).

Case 2:05-cv-04182-SRD-JCW   Document 11194-11   Filed 02/12/08   Page 6 of 8

**Independent Levee
Investigation Team**

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.86: Stability analysis of the west side of the 17th Street Canal with water at Elev. + 9 feet (MSL) for case of rotational failure through the soft gray clay (CH) (with water-filled gap).



Figure 8.87: Stability analysis of the west side of the 17th Street Canal with water at Elev. + 9 feet (MSL) for case of failure along the base of the "marsh" layer (with water-filled gap).

Case 2:05-cv-04182-SRD-JCW   Document 11194-11   Filed 02/12/08   Page 7 of 8

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 8.88: Factor of safety vs. water level on the west bank of the 17th Street Canal.



Figure 8.88(a): Distributions of factors of safety for the "Water-filled Gap" and the "Ungapped" cases as a function of rising canal water elevations; 17th Street Drainage Canal; west bank distressed section.



Figure 8.88(b): Distributions of conjugate overall factors of safety for the 17th Street Drainage Canal; west bank distressed section.