27317-25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MORRIS KIRSCHMAN & CO., L.L.C., <br> K&L PROPERTIES, INC., MK NEW VENTURES, L.L.C., <br> HOUMA ARK, L.L.C., <br> and <br> KIRSCHMAN ENTERPRISES, LLC | * <br><br> * <br><br> * | CIVIL ACTION <br><br> NO. 06-5183 |
| versus | * | SECTION "R" |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY <br> and <br> AXIS SURPLUS INSURANCE COMPANY | * <br><br> * <br><br> * | MAG. 3 <br><br> Consolidated <br> With CA No. 05-4182 <br> Section "K" (2) |
| * * * * * * * * * * * * * * * | | |

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Morris Kirschman & Co., L.L.C., K&L Properties, Inc., MK New Ventures, L.L.C., Houma ARK, L.L.C., and Kirschman Enterprises, LLC, who desire to dismiss Westchester Surplus Lines Insurance Company and Axis Surplus Insurance Company, from this matter, with prejudice, as this matter has been compromised and settled

**WHEREFORE,** plaintiffs, Morris Kirschman & Co., L.L.C., K&L Properties, Inc., MK New Ventures, L.L.C., Houma ARK, L.L.C., and Kirschman Enterprises, LLC, pray

that this Honorable Court dismiss Westchester Surplus Lines Insurance Company and Axis Surplus Insurance Company, with prejudice, as this matter has been compromised and settled..

Respectfully submitted,

/s Brian D. Katz
**BRIAN D. KATZ** (Bar. No. 24137)
**SOREN E. GISLESON** (Bar No. 26302)
**JOSEPH E. CAIN** (Bar No. 29785)
*Herman Herman Katz & Cotlar, L.L.P.*
820 O'Keefe avenue
New Orleans, Louisiana 70113
**TELEPHONE:**     (504) 581-4892
**FAX:**                    ((504) 561-6024
**E-MAIL:**              bkatz@hhkc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 12, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**MICHAEL R. SISTRUNK, ESQ.**
**KYLE KIRSCH, ESQ.**
**HARRY ROSENBERG, ESQ.**
**REBECCA Y. COOPER, ESQ.**

                                   s/ Brian D. Katz
**BRIAN D. KATZ** (Bar No. 24137)
**ATTORNEY FOR PLAINTIFF**
*Herman Herman Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
**TELEPHONE:**   (504) 581-4892
**FAX:**   (504) 561-6024
**E-MAIL:**   bkatz@hhkc.com