27317-25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MORRIS KIRSCHMAN & CO., L.L.C., | * | |
| K&L PROPERTIES, INC., MK NEW VENTURES, L.L.C., | | |
| HOUMA ARK, L.L.C., | * | CIVIL ACTION |
| and | | |
| KIRSCHMAN ENTERPRISES, LLC | * | NO. 06-5183 |
| | | |
| versus | * | SECTION "R" |
| | | |
| WESTCHESTER SURPLUS LINES INSURANCE | * | MAG. 3 |
| COMPANY | | |
| and | * | Consolidated |
| AXIS SURPLUS INSURANCE COMPANY | | With CA No. 05-4182 |
| | * | Section "K" (2) |

* * * * * * * * * * * * * *

# ORDER

Considering the foregoing Motion to Dismiss,

**IT IS ORDERED, ADJUDGED and DECREED** that Westchester Surplus Lines Insurance Company and Axis Surplus Insurance Company are hereby dismissed from this matter, with prejudice, as this matter has been compromised and settled..

NEW ORLEANS, LOUISIANA, this _____ day of February, 2008.

_____
**UNITED STATES DISTRICT JUDGE**