UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ROAD HOME<br>    Louisiana State, C.A. No. 07-5528 | SECTION "K" (2) |

## ORDER

Counsel are hereby ORDERED to stop sending me letters or emails of any kind without my express prior consent, including especially copies of letters or emails between themselves.

New Orleans, Louisiana, this __13th__ day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE