MINUTE ENTRY
DUVAL, J.
JANUARY 29, 2008.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ROAD HOME<br>*Publish to Web* | SECTION "K"(2) |

A status conference was held concerning the State Farm Fire and Casualty Company and Certain Other Insurer Defendants' Motion to Disqualify Plaintiff's Private Counsel (Doc. No. 10937). A list of participants will be filed contemporaneously with this minute entry.

The Court was informed that the newly elected Attorney General of the State of Louisiana intends to maintain the contract it has with its counsel and as such, requires additional time to properly prepare for the hearing on this matter. Furthermore, the Court noted that there were a number of substantive matters that were pressing on the Court's docket at this time. Accordingly, it was agreed by all present that a short continuance of the hearing on this motion would be appropriate. Accordingly,

**IT IS ORDERED** that the hearing on State Farm Fire and Casualty Company and Certain Other Insurer Defendants' Motion to Disqualify Plaintiff's Private Counsel (Doc. No. 10937) is **CONTINUED** to April 3, 2008 at 3:00 p.m.

**IT IS FURTHER ORDERED** that the following briefing schedule is established:

| | |
|---|---|
| March 7, 2008 | Opposition shall be filed. |
| March 21, 2008 | Reply to Opposition shall be filed. |
| March 28, 2008 | Sur-Reply shall be filed. |

**IT IS ORDERED** that the Court Reporter shall prepare a transcript of the proceedings and said transcript shall be filed into the record.

At the termination of the conference a question was raised concerning a due date for responsive pleadings in the Road Home category considering the Interim Case Management Order (Doc. 8873) which was entered pending the Motion to Remand. The Court ordered in that document that no responsive pleadings were due until the later of either (1) the date on which the court issues its order on the Motion to Remand filed by The State of Louisiana, or (2) in the event of an appeal from any order of remand, the date on which the court of appeals rules on such motion. Considering that a petition for leave to appeal under 28 U.S.C. § 1453 has been filed,

**IT IS ORDERED** that no responsive pleadings are due until 30 days after the court of appeals rules on plaintiff's appeal from this Court's denial of the remand, unless the Court of Appeal remands this matter to state court.

JS10(00:50)