SIGN SHEET FOR C.A. 05-4182 "K"(2)
TUESDAY, JANUARY 29, 2008 AT 2:00 P.M.

ROAD HOME (Ref: 07-5528) - STATUS CONFERENCE IN RE: MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL, DOC. 10290

| ATTORNEY | PARTY |
| --- | --- |
| Judy Barrasso | Allstate, Liberty Mutual, Met P+C, Encompass |
| Ralph Hubbard | Liaison for defendants |
| Joseph Guichet | Affiliated FM |
| Seth Schmeeckle | Liaison for defendants |
| Neal Favret | Auto Club Family Ins. Co. |
| Wayne J. Lee | State Farm Fire and Casualty Co. |
| Todd Slack for John Houghtaling | State of LA |
| Marshall Redmon | Farmers Ins. Exchange |
| Amy S. Malish | Aegis Security Ins. Co |
| Howard Kaplan | Lafayette Insurance Co |
| Thomas R. Blum | Shelter Mutual Ins. |
| Jackie Brettner | Fidelity, Scottsdale, Unitrin, Meastar, |
| " " | Lumbermens Mutual, The Involved Lloyds |
| " " | Underwriters, Homesite, Trinity + Trinity Universal |
| Martin R. Sadler | USAA entities |
| Ben L. Mayeaux | Continental Ins. Co. |
| John Unsworth | Clarendon |
| Sean Mount | Fidelity & Deposit Company of Maryland; ZC Sterling |
| Christopher Dippel | |
| Chris Pennison | ANPAC, ANGIC, ANPAC LA, & Republic |
| Charles Chassaignac | Liaison / State Farm |
| Richard C. Stanley | Fayard & Honeycutt, Dugenhein Law Firms |
| Thomas P. Owen, Jr. | Reimer, Pourciau & Elliott, et al. |

| Name | Affiliation |
|---|---|
| Calvin Fayard | State of La. Liaison Counsel |
| Drew Ranier | State of La - Co-Counsel |
| Jim P. Roy | State of La - Co-Counsel |
| Jerry McKernan | State of La - Co-Counsel |
| Frank Elliot | State of La. |
| Allen Usry | A.G. Representative |
| Wade Shows | A.G. Representative |
| Frank Dudenhefer | State of La - Co-Counsel |
| James Dugan | State of La - Co-Counsel |
| Paul Aucoin | State of La - Co-Counsel |
| Wanda Edwards | State of La. |
| Debbie Rouen | Union National Fire Ins. Co. |
| Patrick D. DeRouen | Armed Forces Ins. Exchange |
| Patrick Di DeRouen | American Central Ins. Co. |
| Kevin Aun | American Summit; National Lloyds Ins. |
| Caroline Bryant | Student |
| James Ordeneaux | La. Farm Bureau |
| Andy Plauché | '' '' |
| JOHN WATERS | LA. CITIZENS PROP. INS. CORP. |
| Christina M. Kocke | American Auto Ins. Co. |
| Gordon P. Serou, Jr. | AMERICAN SECURITY INS. CO. |
| Wendy Hickok Robinson | Safeco Ins. Co. of America |
| Paul Peyronnin | State National |
| John Baay | Lexington Ins. Co. |
| Basile Uddo | Certain plaintiff's counsel |

# Daily Calendar Report of 01/29/2008

## U. S. District Court - - Eastern District of Louisiana

**Judge: Duval, Stanwood R., Jr**

**Judge: Duval, Stanwood R., Jr**

| | | |
|---|---|---|
| | 2:04-cv-00579-SRD-KWR Admire v. Strain, et al | Deficiency Remedy Deadline Notice of Deficient Filing |
| | 2:07-cv-00314-SRD-SS Marse v. Fidelity National Insurance Company | Deficiency Remedy Deadline Notice of Deficient Filing |

**Judge: Duval, Stanwood R., Jr**

**Judge: Duval, Stanwood R., Jr**

| | | |
|---|---|---|
| 10:30 AM | 2:06-cv-07353-SRD-JCW Ruoss et al v. Standard Fire Insurance Company et al | 27 Status Conference RE: Doc #27; Scheduling Order |

**Judge: Duval, Stanwood R., Jr**

**Judge: Duval, Stanwood R., Jr**

| | | |
|---|---|---|
| 11:00 AM | 2:06-cv-07236-SRD-KWR Tecchie v. General Star Indemnity Company | 10 Status Conference RE: Doc #10; Scheduling Order |

**Judge: Duval, Stanwood R., Jr**

**Judge: Duval, Stanwood R., Jr**

| | | |
|---|---|---|
| 01:00 PM | 2:05-cr-00136-SRD-KWR-1 USA v. Batiste | 49 Pretrial Conference RE: Doc #49; Notice of Hearing |

**Judge: Duval, Stanwood R., Jr**

**Judge: Duval, Stanwood R., Jr**

| | | |
|---|---|---|
| 02:00 PM | 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation | 10364 Status Conference RE: Doc #10364; Set Hearings |

| Report Selection Criteria | |
|---|---|
| Judges | Duval, Stanwood R., Jr |

*[Handwritten notes:]*
What does Road Home -
stay says →

✓ check stay → applies to Responsive Pleadings.