UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.: 05-4182 |
| | | SECTION "K" |
| THIS DOCUMENT RELATES TO: | § § | MAGISTRATE (2) |
| Insurance | § § § | THIS PLEADING APPLIES ONLY TO THE CLAIMS OF TROY MCGOWAN, JENNIFER DAVILLIER MCGOWAN, ALLISON DUPAQUIER, HENRY AND WAYNE LEVET, JOHN DUPAQUIER, ANGUS WARREN, RUTH WELCKERM CLYDE WELCKER AND TERRY BARTHE |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | § § § § | |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Christine Williams, Allison Dupaquier, Troy McGowan, Brenda Bowman, Angus Warren and Ruth Welcker, against Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 13th day of February, 2008.

_____
United States District Judge