UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182 SECTION "K" MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: Insurance No. 06-5164, *Abadie et al., v Aegie Security Insurance Co., et al.* | § § § § § § | THIS PLEADING APPLIES ONLY TO THE CLAIMS OF BRENDA BOWMAN AND CHRISTINE WILLIAMS |

## O R D E R

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED**, that the motion be and is **GRANTED**, and that the claims of Plaintiffs, Brenda Bowman and Christine Williams, against Defendant, Scottsdale Insurance Company and Scottsdale Indemnity Company, regarding homeowners' insurance policy for 1400 Delery St., New Orleans, La 70117 and 337/39 N. Tonti, New Orleans, La 70119, in the above-captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this ___13th___ day of ___February___, 2007.

_____
United States District Court Judge