UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO. 05-4182
PERTAINS TO: 07-1688 (GILYOT AND LUMAS)
**************************************************************************

### ORDER TO ADMINISTRATIVELY CLOSE CASE WITHOUT PREJUDICE

Considering the foregoing Joint Stipulation of Partial Settlement and Request that case be marked as administratively closed without prejudice;

IT IS HEREBY ORDERD that the above-numbered and entitled matter shall be marked as administratively closed without prejudice and may be reopened by a motion filed on behalf of either of the parties.

NEW ORLEANS, LOUISIANA, this __13th__ day of __February__, 2008.

_____
JUDGE

IT IS FURTHER ORDERED that a Motion to Reopen must be filed within 30 days of a final decision by the Louisiana Supreme Court in the Sher matter.

G:\DOCS\10000's\10100-10199\10148\Stipulation of Dismissal.aar.doc