UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*                07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

*EX PARTE* MOTION FOR LEAVE TO WITHDRAW WITHOUT PREJUDICE
MOTION FOR CONFIRMATION AND APPOINTMENT
OF ADDITIONAL BARGE P.S.L.C. MEMBERS

**NOW COMES** the Barge Plaintiffs' Plaintiff Subgroup Litigation Committee, who, for reasons and in the manner expressed in the accompanying Memorandum, move for an Order permitting leave to withdraw  - without prejudice - their previously filed *Motion for Confirmation and Appointment of Additional Barge P.S.L.C. Members.*

It is so moved.

Respectfully Submitted,

WIEDEMANN & WIEDEMANN

\s\Lawrence D. Wiedemann

        LAWRENCE D. WIEDEMANN, (13457)
        KARL WIEDEMANN, (18502)
        KAREN WIEDEMANN, (21151)
        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 581-6180
        Attorneys for Plaintiffs


        LAW OFFICE OF BRIAN A. GILBERT


        \s\Brian A. Gilbert
        BRIAN A. GILBERT (21297)
        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 885-7700
        Attorney for Plaintiffs
        Barge Plaintiffs' Liaison



        \s\Patrick J. Sanders
        PATRICK J. SANDERS
        Attorney at Law
        3316 Ridgelake Drive
        Metairie, Louisiana 70002
        Telephone: (504) 834-0646
        Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 13 day of February, 2008.



        \s\Brian A. Gilbert
        BRIAN A. GILBERT