UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
|  | NO. 05-4182 |
| PERTAINS TO:  BARGE | and consolidated cases |
|  | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 |  |
| *Mumford v. Ingram*        05-5724 |  |
| *Lagarde v. Lafarge*         06-5342 | JUDGE |
| *Perry v. Ingram*              06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*            06-7516 |  |
| *Parfait Family v. USA*     07-3500 | MAG. |
| *Lafarge v. USA*                07-5178 | JOSEPH C. WILKINSON, JR. |

### *EX PARTE* MOTION FOR LEAVE TO WITHDRAW WITHOUT PREJUDICE MOTION FOR CONFIRMATION AND APPOINTMENT OF ADDITIONAL BARGE P.S.L.C. MEMBERS

**MAY IT PLEASE THE COURT:**

In light of amendments to be made to the Barge P.S.L.C.'s *Motion for Confirmation and Appointment Of Additional Barge P.S. L. C. Members,* including biographical, professional and other matters included within and along with said motion and attachments, movers respectfully request leave of Court to withdraw  without prejudice said motion and attachments.  Undersigned wish to re-urge said motion once the amendments are incorporated, for the same reasons and purposes on which the motion was based, that is, to enlarge the P.S.L.C. for the benefit of plaintiffs and putative class in the manners already expressed in the motion subject to amendment.  These amendments will further enhance the Court's and undersigned's respective roles in administration and  prosecution

of this matter.   Movers will not unduly delay refiling of the motion with amendments.

    For the foregoing reasons, undersigned respectfully move for issuance of an Order granting leave to withdraw their motion, without prejudice, in accord with the above and the Proposed Order submitted herewith.

    Respectfully Submitted,

WIEDEMANN & WIEDEMANN


\s\Lawrence D. Wiedemann_____
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs


LAW OFFICE OF BRIAN A. GILBERT


\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs
Barge Plaintiffs' Liaison


\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 13 day of February, 2008.


                \s\Brian A. Gilbert  
                BRIAN A. GILBERT