UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * * | JOSEPH C. WILKINSON, JR. |

ORDER GRANTING
*EX PARTE* MOTION FOR LEAVE TO WITHDRAW WITHOUT PREJUDICE
MOTION FOR CONFIRMATION AND APPOINTMENT
OF ADDITIONAL BARGE P.S.L.C. MEMBERS

Considering the above and foregoing, and having found good cause, it is hereby ORDERED that movers be and are hereby granted leave to withdraw their previously filed Motion for Confirmation and Appointment Of Additional Barge P.S.L.C. Members, without prejudice, and additionally, to re-file said motion upon amendment of same.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**MAG. JOSEPH C. WILKINSON, JR.**