UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br><br>MRGO & BARGE | | |

### ORLEANS LEVEE DISTRICT AND LAKE BORGNE
### BASIN LEVEE DISTRICT'S MEMORANDUM
### IN SUPPORT OF WASHINGTON GROUP INTERNATIONAL, INC.'S
### EX PARTE MOTION FOR SCHEDULING CONFERENCE AND/OR
### TO AMEND CASE MANAGEMENT ORDERS

The Orleans Levee District and Lake Borgne Basin Levee District, through undersigned counsel, file this Memorandum in Support of Washington Group International, Inc.'s (WGII) Ex Parte Motion for Scheduling Conference and/or to Amend Case Management Orders. The Orleans Levee District is a defendant in the Levee Class Action. The Orleans Levee District and the Lake Borgne Basin Levee District are defendants in the MRGO Class Action. The Orleans Levee District, at present, is a third party defendant in the Barge Class Action only.

In the interest of uniformity and judicial economy, the respective Levee Districts support the recommendations made by WGII insofar as its request for a Status Conference and/or Amend the Case Management Orders to avoid the difficulties presently presented by the Scheduling Orders/Case

Management Orders currently existing in the MRGO and Barge.

For the reasons set out herein and in the Motion by WGII, the Lake Borgne Basin Levee District and the Orleans Levee District respectfully request that WGII's Motion for a Scheduling Conference and/or to Amend Case Management Orders be granted.

Respectfully submitted,

*/s/ Gary M. Zwain*
Lawrence J. Duplass, #5199
Gary M. Zwain, #13809
Andrew D. Weinstock, #18495
Of
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

*Attorneys for board of Commissioners for the Lake Borgne Basin Levee District*

*/s/ Thomas P. Anzelmo*
Thomas P. Anzelmo, #2533
Mark E. Hanna, #19336
Kyle P. Kirsch, #26363
Andre J. Lagarde, #28649
Of
McCranie, Sistrunk, Anzelmo, Hardy Maxwell & McDaniel
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492
And
James L. Pate, #10333
Ben L. Mayeaux, #19042
Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000

*Attorneys for the Board of Commissioners for the Orleans Levee District*

## CERTIFICATE OF SERVICE

I hereby certify that on, February 13, 2008, a copy of the foregoing Memorandum in Support of Washington Group International, Inc.'s Ex Parte Motion for Scheduling Conference and/or to Amend Case Management Orders was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Thomas P. Anzelmo*
THOMAS P. ANZELMO, #2533