UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## MOTION TO COMPEL COMPLIANCE WITH THIRD PARTY SUBPOENA

**NOW INTO COURT** comes Washington Group International, Inc. ("WGII") and, for the reasons set forth in the accompanying memorandum, respectfully moves to compel compliance with the third party subpoena issued to McElwee Bros. Inc.

**WHEREFORE**, Washington Group International, Inc. respectfully moves to compel compliance with the third party subpoena issued to McElwee Bros. Inc.

906505v.1

Dated: February 13, 2008                    Respectfully submitted,

                                                   /s/ Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group International, Inc., a division of URS Corporation

Of counsel

Adrian Wager-Zito
Shannon M. Kasley
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3891
Facsimile: (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Compel has been served upon all counsel of record by electronic notice via the Court's CM/ECF system and upon McElwee Bros. Inc. and Melvin M.L. McElwee, Sr. via personal service this 13th day of February, 2008.

                                                   /s/ Heather S. Lonian

- 2 -

906505v.1