UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * * | SECTION "K" (2) |
| | * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Washington Group International, Inc. will bring its Motion to Compel before the Honorable Magistrate Judge Joseph C. Wilkinson, Jr. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 5th day of March 2008 at 11:00 a.m.

906504v.1

Dated: February 13, 2008                    Respectfully submitted,


          */s/ Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group International, Inc., a division of URS Corporation

Of counsel

Adrian Wager-Zito
Shannon M. Kasley
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by electronic notice via the Court's CM/ECF system and upon McElwee Bros. Inc. and Melvin M.L. McElwee, Sr. via personal service this 13th day of February, 2008.

          */s/ Heather S. Lonian*

906504v.1