UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | *<br>*<br>*<br>*<br>*<br>*<br>* | SECTION "K"<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## LOCAL RULE 37 CERTIFICATE

Undersigned counsel hereby certifies that counsel for Washington Group International, Inc. ("WGII") conferred with Melvin M.L. McElwee, Sr. in an effort to resolve the issues that are the subject of its accompanying motion to compel and was unable to do so.

909244v.1

- 2 -

Dated: February 13, 2008                                Respectfully submitted,


                                                                */s/Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group International, Inc., a division of URS Corporation

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700


**C E R T I F I C A T E**

      I hereby certify that a copy of the above and foregoing Local Rule 37 Certificate has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing or by placing same in the United States mail, postage prepaid and properly addressed, and upon McElwee Bros. Inc. and Melvin M.L. McElwee, Sr. via personal service, this 13th day of February, 2008.

                                                                 */s/Heather S. Lonian*

909244v.1