**Lonian, Heather S.**

**Subject:** FW: Response to Subpoena for records

---

**From:** Melvin M. L. McElwee, Sr. [mailto:mcelweebro@i-55.com]
**Sent:** Thursday, December 20, 2007 6:04 PM
**To:** Treeby, William D.
**Cc:** bea@ce.berkeley
**Subject:** RE: Response to Subpoena for records

I received your telephone call. I will respond in great detail soon.

Melvin M. L. McElwee, Sr.

>   -----Original Message-----
>   **From:** Treeby, William D. [mailto:wtreeby@stonepigman.com]
>   **Sent:** Thursday, December 20, 2007 3:59 PM
>   **To:** mcelweebro@i55.com; mcelweebro@i55.com
>   **Cc:** Lonian, Heather S.
>   **Subject:** Response to Subpoena for records
>
>   Mr. McElwee,
>       As attorneys for Washington Group International, Inc., we did receive your fax, and I have reviewed it carefully. My e-mail address is on this message, and I would welcome all of the digital photos you referenced in your response to the subpoena. I have tried to call you at the number provided, unsuccessfully. My call was to ask for the photos you referenced and to address the many documents you indicate you are not producing because of "undue burden (labor, time, reproduction costs)". It is not WGII's intention to cause any undue burden, and we are willing, and are obligated under the Federal Rules of Civil Procedure, to bear that expense ourselves. To that end we are willing to come to your location, and provide the labor, time and costs of reproducing any and all of the records we have subpoenaed.
>       Please call me to discuss these arrangements and to schedule a time to access and reproduce those records at our expense with a third party copying contractor. If I am not available when you call, please call my associate Heather Lonian, whose direct number is 504 593-0951.
>       We look forward to hearing from you.
>       WTreeby
>
>
>   William D. Treeby (A Professional Corporation)
>   Stone Pigman Walther Wittmann LLC
>   546 Carondelet Street
>   New Orleans, LA 70130
>   Direct Dial (504) 593-0807
>   Direct Fax (504) 596-0807
>   e-mail <wtreeby@stonepigman.com>



EXHIBIT E