**Lonian, Heather S.**

**Subject:** FW: Response to Subpoena for records

---

**From:** Melvin M. L. McElwee, Sr. [mailto:mcelweebro@i-55.com]
**Sent:** Friday, December 21, 2007 2:08 PM
**To:** Treeby, William D.
**Cc:** mcelweebro@i-55.com; bea@ce.berkeley
**Subject:** RE: Response to Subpoena for records

In order to accommodate you, we feel that your request would be expedited, and more complete if you contacted our bonding company's attorney;

> Lloyd Shields, Esq.
> Elizabeth L. Gordon, Esq.
> Shields, Mott, & Lund, LLP
> 650 Poydras Street, Suite 2400
> New Orleans, Louisiana 70130
> COUNSEL FOR GREAT AMERICAN INSURANCE COMPANY

And

> Alan D. Schulz, Sr., Esq.
> U. S. Army Corps of Engineers, New Orleans District
> Attn: CEMVN-OC
> P. O. Box 60267
> New Orleans, LA 70160-0267

Their records are more than likely in electronic form and may be transmitted faster.

Melvin M. L. McElwee, Sr.

> -----Original Message-----
> **From:** Treeby, William D. [mailto:wtreeby@stonepigman.com]
> **Sent:** Friday, December 21, 2007 12:49 PM
> **To:** Melvin M. L. McElwee, Sr.
> **Subject:** RE: Response to Subpoena for records
>
> Mr. McElwee,
>   Thank you for your prompt response. Because of deadlines in this case it will be necessary for us to have some commitment from you as to when the subpoenaed documents will be available (again, at our expense so as to not burden you or your firm) for us to review and copy. In light of these deadlines can you make a commitment as to when and where the subpoenaed documents will be available?
>    Thanks again for your prompt response.
>    WTreeby
>
>
> William D. Treeby (A Professional Corporation)
> Stone Pigman Walther Wittmann LLC


EXHIBIT F

2/13/2008

546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

**IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, please be informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. For more information about this notice, please visit http://www.stonepigman.com/news/showNews.html?id=73.**

---

**This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.**