**Lonian, Heather S.**

| | |
|---|---|
| **From:** | Treeby, William D. |
| **Sent:** | Wednesday, January 02, 2008 11:09 AM |
| **To:** | 'Melvin M. L. McElwee, Sr.' |
| **Cc:** | bea@ce.berkeley |
| **Subject:** | RE: Response to Subpoena for records |

Mr. McElwee,

I have contacted Mr. Shields and he indicates that he does not represent you or your firm and cannot respond to a subpoena of the documents we have subpoenaed from McElwee Bros. Construction.

Under the circumstances we must discuss securing responses to our subpoena for documents, failing which we will have no choice except to seek to enforce our subpoena through the Court. Judge Stanwood Duval is the judge assigned to our case. We would rather work out a more amicable way to secure production of the subpoenaed documents that to file a Motion to Compel that would include a request for attorneys' fees, and I would be happy to discuss the matter with you by telephone or in person prior to taking such action.

I will be available by telephone today (January 2, tomorrow, January 3, or Friday, January 4). If I am on the phone or away from my desk please leave a convenient time we can discuss this and a telephone number to reach you to do so. My direct line is set forth below

Again, we will pay for a copying service to copy the responsive documents.
WTreeby


William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

**This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.**

---

**From:** Melvin M. L. McElwee, Sr. [mailto:mcelweebro@i-55.com]
**Sent:** Friday, December 21, 2007 2:08 PM
**To:** Treeby, William D.
**Cc:** mcelweebro@i-55.com; bea@ce.berkeley
**Subject:** RE: Response to Subpoena for records


EXHIBIT G

In order to accommodate you, we feel that your request would be expedited, and more complete if you contacted our bonding company's attorney;

1/21/2008