**Lonian, Heather S.**

**Subject:** FW: Response to Subpoena for records

---

**From:** Melvin M. L. McElwee, Sr. [mailto:mcelweebro@i-55.com]
**Sent:** Thursday, January 03, 2008 1:34 PM
**To:** Treeby, William D.; mcelweebro@i-55.com
**Cc:** bea@ce.berkeley.edu
**Subject:** RE: Response to Subpoena for records

Mr. Treeby,

    Anent our telephone conversation on yesterday. Attached for your review are the photos previously provided to Dr. Bea.

    I have answered your initial request for documents, and have stated that there is a possibility of obtaining additional information upon coordination between you and I. If you are not satisfied at our initial response to your request for production of documents, I invite you to seek clarification (secure production of the subpoena through court).

    Please reread the first sentence carefully in my previous email. I have never stated that Shields, Mott, & Lund, LLP represented McElwee Brothers, Inc. and/or Melvin M. L. McElwee, Sr. I only informed you that Shields, Mott, & Lund, LLP represented McElwee Brothers, Inc.'s bonding company (Great American Insurance) the completing surety for the contract, and

> Alan D. Schulz, Sr., Esq.
> U. S. Army Corps of Engineers, New Orleans District
> Attn: CEMVN-OC
> P. O. Box 60267
> New Orleans, LA   70160-0267

may be in possession of <u>electronic</u> records relative to McElwee Brothers, Inc.'s project, which may accommodate your desire to have information on an expedited basis.

    Melvinn M. L. McElwee, Sr.

-----Original Message-----
**From:** Treeby, William D. [mailto:wtreeby@stonepigman.com]
**Sent:** Wednesday, January 02, 2008 11:09 AM
**To:** Melvin M. L. McElwee, Sr.
**Cc:** bea@ce.berkeley
**Subject:** RE: Response to Subpoena for records



EXHIBIT H

2/13/2008