**Lonian, Heather S.**

**From:** Treeby, William D.
**Sent:** Thursday, January 03, 2008 1:58 PM
**To:** 'Melvin M. L. McElwee, Sr.'
**Subject:** RE: Response to Subpoena for records

Mr. McElwee,

Thank you for your e-mail. However I am puzzled by your response "I invite you to seek clarification (secure production of the subpoena through court)." We already issued a subpoena, and the time has passed for compliance with the subpoena. The only next step would be, if you are unwilling to comply with the subpoena, to Move to Compel compliance with the subpoena. If we can work out a time and place for us to review and copy the documents you have that will be unnecessary, but I must secure compliance with our subpoena.

As for any confusion about your prior e-mail, when you said "our bonding company" I took that to mean that the bonding company and McElwee Bros. were being represented by Mr. Shields. I misunderstood that, but that is of no consequence. I still need to secure compliance to receive whatever McElwee Bros. has pursuant to our subpoena. Please let me know when and where we can secure that production and copying (of course at our expense).

As for securing documents from the USACE I may pursue that as well, but that will not satisfy our request to get compliance with the subpoena of McElwee Bros. I will be happy to hear from you, as you indicated, to work out a time and place for satisfying the subpoena already issued.

Thanks,
WTreeby


William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.

---

**From:** Melvin M. L. McElwee, Sr. [mailto:mcelweebro@i-55.com]
**Sent:** Thursday, January 03, 2008 1:34 PM
**To:** Treeby, William D.; mcelweebro@i-55.com
**Cc:** bea@ce.berkeley.edu
**Subject:** RE: Response to Subpoena for records


EXHIBIT I

1/21/2008