# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

*In re: KATRINA CANAL*
*BREACHES CONSOLIDATED LITIGATION*

**CIVIL ACTION NO. 05-4182**

*VERSUS*

**SECTION "K"**

*Pertains to: All MRGO*

**Judge Standwood R. Duval, Jr.**
**District Judge**

**Judge Joseph C. Wilkinson, Jr.**
**Magistrate 2**

## RESPONSES TO SUBPOENA REQUIRING THE PRODUCTION OF DOCUMENTS

## DATED NOVEMBER 18, 2007

   **NOW INTO COURT**, in Proper Persona, comes a respondent, Melvin M.L. McElwee, Sr. pursuant to Federal Rule of Civil Procedure 45, who in response to Defendant Washington Group International, Inc. (hereinafter, "WGII") request of subpoena *duces tecum* (subpoena) being issued by the United States District Court for the Eastern District of Louisiana upon McElwee Brothers, Inc. (hereinafter, "McElwee Bros."). McElwee Bros. located at 14154 Rev. Joseph White Road, Independence, Louisiana 70443. The subpoena was received by Melvin M. L. McElwee, Jr. 14150 Rev. Joseph White Road, Independence, Louisiana 70443.


EXHIBIT
D

Respondent provides the following:

## RESPONSE TO SPECIFICATIONS OF DOCUMENTS TO BE PRODUCED

### NO. 1

Attached has exhibits A, B, C, D, and E.  These documents are not all inclusive. McElwee Brothers, Inc. was not required and did not keep on file a complete list of communications held between it and any member of the Independent Levee Investigation Team.

### NO. 2

McElwee Bros. has some photos that it is willing to email WGII upon it furnishing an electronic mailing address for receipt.  McElwee Brothers, Inc. did not keep on file a complete list of documents provided to Professor Robert Bea (PhD, P.E.), of the University of California Berkeley, a purported member of the Independent Levee Investigation Team.  Dr. Robert Bea is the best source for this information.

### NO. 3

Please reference exhibits A, B, C, D, and E respectively, and exhibits F, G, and H.  McElwee Bros., was also referred to a link to obtain a copy of the draft report, "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005", completed by the Independent Investigation Team.  McElwee Bros. is willing to email WGII upon it furnishing an electronic mailing address for receipt.

**NO. 4**

Please reference item number 2 above.

**NO. 5**

McElwee Bros. has not requested any documents with the Interagency Performance Evaluation Task Force. McElwee Bros. has no knowledge of sharing any documents with the Interagency Performance Evaluation Task Force.

**NO. 6**

McElwee Bros. has not conducted or attempted to conduct dewatering procedures along the Industrial Canal's east bank between Florida and Claiborne avenues. McElwee Bros. has conducted dewatering procedures along the Industrial Canal's east bank north of Florida and Claiborne avenues. McElwee Bros., **objects** to the production of documents associated with its dewatering procedure as a result of such request subjecting McElwee Bros.', director, officers, and employees to undue burden (labor, time, reproduction costs).

**NO. 7**

McElwee Bros. has not conducted or attempted to conduct excavation along the Industrial Canal's east bank between Florida and Claiborne avenues. McElwee Bros. has conducted excavations along the Industrial Canal's east bank north of Florida and Claiborne avenues. McElwee Bros., **objects** to the production of documents associated with its excavations as a result of such request subjecting McElwee Bros.', director, officers, and employees to undue burden (labor, time, reproduction costs).

## NO. 8

McElwee Bros. has not reported under seepage, ponding, or pooling of waters along the Industrial Canal's east bank between Florida and Claiborne avenues. McElwee Bros. has reported under seepage, ponding, or pooling of waters along the Industrial Canal's east bank north of Florida and Claiborne avenues. McElwee Bros., **objects** to the production of documents associated with its excavations as a result of such request subjecting McElwee Bros.', director, officers, and employees to undue burden (labor, time, reproduction costs).

## NO. 9

McElwee Bros., have not made any efforts to remedy or otherwise limit under seepage, ponding, or pooling of waters along the Industrial Canal.

## NO. 10

McElwee Bros., have not received any complaints or expressions of concern from residents of the Lower Ninth Ward and/or St. Bernard Parish neighborhoods concerning under seepage, ponding, or pooling of waters along the Industrial Canal.

## NO. 11

McElwee Bros., has no documentation evidencing sink holes along the Industrial Canal.

## NO. 12

McElwee Bros., has no documentation reflecting the identities of any person or entity that has made or threatened to make a claim against it for any damage alleged to have been caused during Hurricane Katrina.

**NO. 13**

McElwee Bros., has no documentation reflecting the identities of any residents of the Lower Ninth Ward and/or St. Bernard Parish with whom it have settled or otherwise resolved litigation or anticipated litigation against it in connection with Hurricane Katrina.

**I PRAY THAT THIS COURT**, will find that the defendant has completed the requirement of Federal Rule of Civil Procedure 45, and deem this information to be sufficient.

_____
Melvin M. L. McElwee, Sr.
In Proper Persona
Director of McElwee Brothers, Inc.
P. O. Box 1410
14154 Rev. Joseph White Road
Independence, LA   70443
Telephone    (985) 878-0280
Facsimile    (985) 878-0064

## CERTIFICATE OF SERVICE

I certify that a copy of the above "RESPONSES TO SUBPOENA REQUIRING THE PRODUCTION OF DOCUMENTS DATED NOVEMBER 18, 2007" has been facsimiled to all counsel of record on this  19th  day of December 2007.

_____
Melvin M. L. McElwee, Sr.
In Proper Persona

**Melvin M. L. McElwee, Sr.**

**From:** Melvin M. L. McElwee, Sr. [mcelweebro@i-55.com]

**Sent:** Monday, January 09, 2006 7:43 AM

**To:** 'Robert Bea'

**Subject:** RE: Study of levee failures in New Orleans

Dr. Bea,

I will need a 24 hour notice. I am in Shreveport, LA performing pile driving along the Red River during this week. This is approximately 5 hours away from our home office. I will be more than happy to met with you all.

-----Original Message-----
**From:** Robert Bea [mailto:bea@ce.berkeley.edu]
**Sent:** Wednesday, January 04, 2006 11:33 AM
**To:** Melvin M. L. McElwee, Sr.
**Subject:** Re: Study of levee failures in New Orleans

Hi Melvin,

several members of our NSF sponsored team are going to be in New Orleans next week.

would it be possible to meet with you sometime during the week?

purpose - gather more background on the construction aspects of the flood defense system for the greater New Orleans area.

bob
--
Professor Robert Bea (PhD, PE)
212 McLaughlin Hall
University of California
Berkeley, CA 94720-1710
Telephone (510) 642-0967
Telefax (510) 643-8919

Home Office
60 Shuey Drive
Moraga, CA 94556
Telephone (925) 631-1587
Telefax (925) 631-1587
Cell (925) 699-3503

*Exhibit "A"*
*Page 1 of 1*

Re: Study of levee failures in New Orleans                                    Page 1 of 1

## Melvin M. L. McElwee, Sr.

**From:**    Robert Bea [bea@ce.berkeley.edu]
**Sent:**    Saturday, January 14, 2006 5:06 PM
**To:**      Melvin M. L. McElwee, Sr.
**Subject:** Re: Study of levee failures in New Orleans

Melvin,

i want to thank you and your family for all of your kindness and our meeting. attached are two documents that can help your son take the next steps. i will send the electronic versions of my books later.

bob

--

Professor Robert Bea (PhD, PE)
212 McLaughlin Hall
University of California
Berkeley, CA 94720-1710
Telephone (510) 642-0967
Telefax (510) 643-8919

Home Office
60 Shuey Drive
Moraga, CA 94556
Telephone (925) 631-1587
Telefax (925) 631-1587
Cell (925) 699-3503

Exhibit "B"
page 1 of 1

RE: you are invited                                                                           Page 1 of 3

# Melvin M. L. McElwee, Sr.

**From:**    Robert Bea [bea@ce.berkeley.edu]
**Sent:**    Thursday, June 22, 2006 12:24 PM
**To:**      Melvin M. L. McElwee, Sr.
**Subject:** RE: you are invited

Hi Melvin,

you can access our report at:

www.ce.berkeley.edu/~new_orleans

(no underline under 'orleans')

more developing on going forward.

thanks for your help.

bob

> Thanks for the invitation.  Sorry I was out of town during the week of May 21, 2006.

> Is it possible to that I may receive a copy of the report, at our mailing address which is P. O. Box 1410, Independence, LA 70443.

> I still haven't received any of your attachments on your last email correspondence.

> Again, thanks for the invitation, and if there is anything else I can help with, let me now.

> -----Original Message-----
> **From:** Robert Bea [mailto:bea@ce.berkeley.edu]
> **Sent:** Wednesday, May 17, 2006 10:42 AM
> **To:** Melvin M. L. McElwee, Sr.
> **Subject:** you are invited

> Announcement

> You are invited to attend

Exhibit "C"
page 1 of 2

RE: you are invited                                                                                        Page 2 of 3

The National Science Foundation
Independent Levee Investigative Team
(Dr. Bob Bea)
(Dr. Ray Seed)
And many Other Volunteers
Will present their report on Katrina
Levee Failures

May 22nd, 2006

9:00 A.M. to 12:00 Noon

Sheraton New Orleans Hotel
500 Canal Street
New Orleans, Louisiana 70130

Grand Ballroom
5th Floor

  Please feel free to invite anyone who is interested in attending.


i think we got it put together correctly. thanks for your help. but, it is not over ~ only
started.



bob

--

Professor Robert Bea (PhD, PE)
212 McLaughlin Hall
University of California
Berkeley, CA 94720-1710
Telephone (510) 642-0967
Telefax (510) 643-8919

Home Office
60 Shuey Drive
Moraga, CA 94556
Telephone (925) 631-1587
Telefax (925) 631-1587
Cell (925) 699-3503


--

Professor Robert Bea (PhD, PE)
212 McLaughlin Hall
University of California

6/23/2006

*Exhibit "C"*
*page 2of 2*

Re: "When the Levees Broke"                                          Page 1 of 2

## Melvin M. L. McElwee, Sr.

**From:** Robert Bea [bea@ce.berkeley.edu]
**Sent:** Friday, August 25, 2006 12:01 PM
**To:** Melvin M. L. McElwee, Sr.
**Subject:** Re: "When the Levees Broke"

happy friday Melvin,

great to hear from you. give Sylvia and the rest of your family a hug for me.

i am happy that the HBO gig worked. i sure was impressed by the eloquence of the people of new orleans.

attached is an opinion editorial i am completing today for the NY Times. i am using every opportunity that i can to get the word to the public that new orleans needs help - for a long time - to be able to realize its potential.

now, responses to your email follow below.

> Dr. Bea,

> Thanks a million!!!!!!!!! You are a savior to those that pay attention to your study and wisdom. My family and I enjoyed, "meeting with you on Monday, and Tuesday night on HBO." My wife (Sylvia) says hello.

and hello with hugs to your family. it is people like you that make the place work!

> To date I think you are the only man telling the truth about the current conditions of the levees as they relate to safety for the American Public.

i hope not. i think i am now getting some support from some of my engineering colleagues. but, there sure is silence from most of the Louisiana engineering and construction contingent. and none from the honest people inside the Corps.

> My son is looking forward to taking you up on your invite to the University of California Berkley. He has transferred from Grambling State University to Louisiana Tech into the Civil Engineering program.

8/26/2006

*Exhibit "D"*
*page 1 of 2*

Re: "When the Levees Broke"   —.                                              Page 2 of 2

great. he is welcome.   even though i know he does not need them, i have attached the 10 secrets of successful students that i hand out to our graduate students.  they might help.

Take care of yourself and your family and may good continue to keep his presence around you in all of your works.

God is my pilot.

same for you.

bob


--

Professor Robert Bea (PhD, PE)
212 McLaughlin Hall
University of California
Berkeley, CA 94720-1710
Telephone (510) 642-0967
Telefax (510) 643-8919

Home Office
60 Shuey Drive
Moraga, CA 94556
Telephone (925) 631-1587
Telefax (925) 631-1587
Cell (925) 699-3503

Exhibit "O"
Page 2 of 2

Katrina - One Year Later

One year ago, America suffered the worst natural and engineering disaster in its history when the failure of New Orleans' flood defenses allowed Hurricane Katrina's storm waters to wash away a great American city.

Now, in the thick of a new Hurricane season-as the city, state and nation rush to rebuild-I must say with great dismay that in all likelihood we would see significant flooding again if faced with another storm like Katrina.

This is a national disgrace.

I don't come to this conclusion lightly. Since last September, as a member of a national Independent Levee Investigation Team I have spent about 1000 hours studying the failures and repairs in the greater New Orleans area, and an additional 2000 hours working with citizens, colleagues, investigators, engineers, contractors, and federal, state, parish and city government officials. I have witnessed months of careful study, dozens of hearings, heroic efforts by a lot of hardworking and caring people, and watched more than $1 billion be invested in repairing and strengthening the city's flood protection system.

I must tell the people who are considering rebuilding their homes and lives in New Orleans at this time this simple fact: you face excessive risks of loosing everything again.

Why? Because today the city's flood protection system remains essentially what it was before Katrina. Extensive repairs have been made to damaged parts of the existing system to restore them to the pre-Katrina condition. However, the system remains a collection of incomplete, disjointed, defective and deficient pieces. Flood gates, when tested, do not function properly. Pumps, when tested, vibrate excessively and are undersized. Improved flood walls and levees interface ineffectively with older and weaker components. In low sections of the flood defenses, water can again enter the city.

In short, the system does not work the way it should. And it doesn't have to be this way.

In 1953, the Netherlands found themselves facing the same challenges that the New Orleans area faces today. At that time, they had a system that is very much like the present one that defends New Orleans. A storm had flooded the majority of their country and killed almost 2000 people. So the Netherlands embarked on a program to improve their flood protection system - work that continues to this day.

They made flood protection a national priority. They made appropriate investments to lower flooding risks. They learned to surrender some areas to water and to occupy and defend what should be developed when it should be developed. Yes, along the way they have made mistakes - but they've learned quickly from each one, and ultimately have forged a flood protection system that is today an engineering marvel.

Exhibit "O"
Attachment 1 of 4

It's not too late to do what's necessary to protect New Orleans from hurricane flood waters.

But we cannot succeed unless the people of New Orleans, and ultimately the people of America, are truly committed to saving this great city. That means reminding people of its cultural, commercial and other contributions - this, after all, is the home of 25% of domestic oil and gas production, chemical refining, and our 2nd largest commercial port - and the home of unique parts of our national culture of history, music, and art.

To succeed we must:
- reach out to the people that have been harmed and work more diligently to help right the wrongs,
- develop an effective and efficient organizational - institutional structure uniting federal, state, and local interests with flood protection as a priority,
- provision this structure with sufficient financial and operational resources, and
- develop an integrated and sustainable flood defense system that will provide desirable and acceptable levels of flood protection.

If we have the will to provide adequate long-term hurricane protection, then we have the ways. It will cost a lot of money and take a long time. But, as Katrina has taught, we can pay a little now or a lot more later.

Dr. Robert Bea
Professor of Civil and Environmental Engineering
Member Independent Levee Investigation Team
University of California Berkeley
bea@ce.berkeley.edu

## TEN SECRETS OF SUCCESSFUL STUDENTS

1. **SET PRIORITIES** - study is business.  business before pleasure.

2. **STUDY** - define schedule and place, concentrate, practice.

3. **GET ORGANIZED** - notebooks, notes, schedules, references, supplies, be neat and professional.

4. **READ** - be active, take notes, retain.

5. **SCHEDULE** - allot time for study, projects, research, recreation, rest.

6. **TAKE GOOD NOTES** - listen, write, organize, summarize, scan.

7. **SPEAK UP & GET HELP** - ask, find out why, question, understand, know.

8. **DO MORE THAN YOU ARE ASKED** - practice, work problems, consult other references, go the extra mile.

9. **ENJOY** - learning can be exciting and fun - find the fun - keep looking for the interest and joy, don't get discouraged.

10. **BASICS** - learn and practice the fundamentals, don't leave home without them

and Take Time To - -

- **Work** - it is the price of success

- **Think** - it is the source of power

- **Play** - it is the secret of life

- **Read** - it is the foundation of knowledge

- **Help Friends** - it is the source of happiness

- **Dream** - it can provide the path to the future

- **Love** - it is the sacrament of life

*Bob Bea*
*Department of Civil & Environmental Engineering*

Exhibit " D "
Attachment 3 of

*University of California at Berkeley*
*August 2006*
*bea@ce.berkeley.edu*

PAGE  15/24                    MCELWEE BROTHERS INC                    9868788280

Exhibit "O"
Attachment 4 of 4
12/19/2007  13:19

**Melvin M. L. McElwee, Sr.**

| | |
|---|---|
| **From:** | Bob Bea [bea@ce.berkeley.edu] |
| **Sent:** | Friday, December 22, 2006 7:33 PM |
| **To:** | Melvin McElwee, Sr. |
| **Subject:** | the beat goes on |


coming_home.pdf
(114 KB)


wagenaar
letter.pdf (3 MB)

Hi Melvin,

it sure was great to meet you and your family at the recent town hall
forum in Lakeview.  y'all were BEAUTIFUL - all of you have much to be
proud of!  thanks for taking time from your daughter's birthday party
evening.

see attached for notes i used for the forum.  please help build the
african american community part of the 'family' - your voices are
essential if we are to get this 'right.'

also, see attached for letter to N.O. Corps District Engineer: Col
Wagenaar.  the beat goes on.

thanks again

--
Professor Robert Bea, PhD, PE
Associate Director, Center for Catastrophic Risk Management Department of Civil &
Environmental Engineering 212 McLaughlin Hall University of California Berkeley Berkeley,
CA 94720-1710 Telephone/fax 510-642-0967 Telefax 510-643-8919
e-mail: bea@ce.berkeley.edu

Home office
Risk Assessment & Management
60 Shuey Drive
Moraga, California 94556
Telephone 925-631-1587
Cell 925-6099-3503

*Exhibit "E",*
*page 1 of 1*

1

# UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY · DAVIS · IRVINE · LOS ANGELES · MERCED · RIVERSIDE · SAN DIEGO · SAN FRANCISCO       SANTA BARBARA · SANTA CRUZ

TELEPHONE: (510) 643-8678
TELEFAX: (510) 643-8919
E-MAIL: ben@ce.berkeley.edu
HTTP://www.ce.berkeley.edu/

CENTER FOR CATASTROPHIC RISK MANAGEMENT
DEPARTMENT OF CIVIL & ENVIRONMENTAL ENGINEERING
212 McLAUGHLIN HALL
BERKELEY, CALIFORNIA 94720-1710



December 12, 2006

*Town Hall Forum*
*St Dominic Church, Lakeview*
*New Orleans, Louisiana*

## Coming Home. Some Thoughts: Family First, Levees Second

There are four important parts in this Family:
1. The Public - you
2. The Governments - of, by and for the people
3. Industry and Commerce - sources of power
4. The Environment - spaceship earth

**The Public - let your voices be heard**
- Take responsibility for your flood protection. You are responsible for the roof over your head. It provides essential protection. Also, you are responsible for your levees. They too provides essential protection.
- Work together. Do not pull apart. Together we succeed. Divided we fail. Be inclusive, not exclusive.
- Manage or be managed. There are plenty of people waiting to manage you. Do not let this happen.
- Invite informed, constructive, and respectful dissent and debate. Is it true; is it kind; is it constructive? Truth lurks in obscure places.
- Communicate, communicate, communicate. Understanding is crucial.

**Government - of, by, and for the people**
- Represent all of the people, not just those who elected you.
- Focus on provision of acceptable protection for those who need protection. Imposing risks on people is justified if and only if they have consented to those risks.
- Remember sustainability. Flood protection is a project that can never end.
- Work to preserve the essentials of Life, Liberty, and the Pursuit of happiness.

**Industry - provides the fuel for civilization**
- Serve and flourish
- Work to protect human and hardware infrastructures necessary for production and profitability
- Use the power of industry wisely
- Be part of the solution, not the problem

**The Environment - spaceship Earth**
- This is the only one we have.
- Nurture and respect it.
- Nature first, engineered developments second.

**The Media and Communications - the ties that bind**
- Encourage and recognize quality and balance. Discourage distortions.
- Help facilitate communications in all mediums (radio, TV, newspapers, magazines, internet).
- Support as business so adequate and high quality resources can be made available to serve the public and industry

**Conclusions**
- Functional families are happy and productive. Dysfunctional families are not.
- Do not be intimidated. You can understand how to get and maintain adequate flood protection. Learn. Listen. Use your senses.
- Do accept compromise with your protection. Demand the best. Be prepared to pay for the best.
- There are no such things as Natural Disasters. There are natural hazards. There is human hubris. When we combine natural hazards with human hubris we have disasters. When we combine disasters with more human hubris, we have catastrophes.

Thank you for being here tonight,

Bob Bea

*Exhibit "E"*
*Attachment 19*
*pages total*

# UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY · DAVIS · IRVINE · LOS ANGELES · MERCED · RIVERSIDE · SAN DIEGO · SAN FRANCISCO          SANTA BARBARA · SANTA CRUZ

TELEPHONE: (510) 643-8678
TELEFAX: (510) 643-8919
E-MAIL: bea@ce.berkeley.edu
HTTP://www.ce.berkeley.edu/

CENTER FOR CATASTROPHIC RISK MANAGEMENT
DEPARTMENT OF CIVIL & ENVIRONMENTAL ENGINEERING
212 McLAUGHLIN HALL
BERKELEY, CALIFORNIA 94720-1710

December 22, 2006

Col. Richard Wagenaar
District Engineer
U.S. Army Corps of Engineers
New Orleans, LA 70160

Subject: MRGO Levee Soil Samples

Dear Col. Wagenaar:

I listened with great interest to your interview with Garland Robinette on WWL's Think Tank program on 20 December 2006. Garland questioned you regarding an inspection I participated in on 11 January 2006 of the stretch of the MRGO levee between bayous Bienvenue and Durpe. During that inspection, I was accompanied by my University of California Berkeley colleague Dr. Ray Seed and by six Corps of Engineers representatives including Mr. Kevin Wagner and Mr. Rich Varuso. Dr. Seed documented the results of our trip in a letter to Lt. General Strock dated March 6, 2006 (Attachment A).

Before we made the inspection on January 11th, Dr. Seed and I were flown at low level over this stretch of the levee on January 9th. Mr. Lucas Ehrensing, president of Thigpen Construction Company (St. Rose, Louisiana) hosted and accompanied us during that trip. I took a large number of pictures of the reconstruction work that was underway. As a result of this flight, we developed concerns not only for the apparent poor quality of the soils that were being used to fill the breaches but as well for the lack of sufficient equipment and personnel on the work sites. These concerns led to my contacts with Kevin Wagner to arrange for our inspection of January 11th.

Of particular personal concern in your interview with Garland on December 20th are three statements you made regarding my part in inspection of the MRGO levee on January 11th (recording available on WWL radio website):
- **"We asked him numerous times where did he get….."**
- **"He would never tell us……."**
- **"He, to this day, will not tell us….."**

**Your first statement is not true.** I have never been contacted by any USACE employee or representative concerning where the samples were taken. I request you contact the sources of the information you have related as 'we', have them provide proof of such contacts, and provide this documentation to me.

**Your second statement is not true.** The letter to LT. General Strock provides general information on where the samples were taken. During this inspection, I took multiple photographs of each of the locations where I sampled soils being placed and compacted in the breach repair sites. I have attached copies of several of the photographs I took during this tour (Attachment B). The photographs show silty organic and sandy soils being placed and compacted in the repair sites. One of the photographs show the shoulder of one of the breaches; silty - sandy soils with little or no cohesion and containing white oyster shells are clearly evident. Persons present at

1

the time that these soils were placed have opined that the soils were taken from the spoil banks developed during the dredging of the MRGO.

During our January 11th inspection, Dr. Seed and I were accompanied by 6 USACE representatives including Kevin Wagner and Rich Varuso. Based on information they have provided to the USACE and to the media (e.g. National Public Radio, April 13, 2006), they have opined that they were present during our tour of January 11th. It should be clearly evident that they know where the soil samples were taken. I suggest you contact Mr. Wagner and Mr. Varuso and have them provide the information you stated is not available to the Corps of Engineers.

**Your third statement is not true.** We (the Independent Levee Investigation Team) documented and published the results of the soil sampling and testing in our final report dated May 22, 2006. You can obtain a copy of this report from http://www.ce.berkeley.edu/~new_orleans/ . I urge you to carefully read this report with particular attention to the chapter that addresses reasons for the failure of the flood protection system; Chapter 12, Organized for Failure. This report contains the information you contend was not and has not been made available; please refer to Chapter 9. The attached (Attachment C) map from this report shows where the soil samples were taken and includes results of erosion testing performed on these samples. The testing indicates the extreme susceptibility of these soils to the erosion by water.

The statements you have made to the public regarding my and our work clearly are not true; they are defaming. In a similar vein, the statements previously made by your USACE Task Force Guardian public relations representative, Mr. Jim Taylor, on February 20, 2006 are similarly defaming. My responses to the USACE Press Release (sent to Jim Taylor and the Lehrer News Hour on February 22) are attached (Attachment D). I reiterate my previous requests that such libel and slander cease. These actions do nothing to help foster cooperation and collaboration needed to help assure that adequate and acceptable flood protection is provided to the people of the greater New Orleans area. These and many other statements you made during the WWL Think Tank program on December 20th do not encourage other concerned and qualified engineers and public citizens to come forward with important valid information that the Corps of Engineers might deem as unwelcome or unfavorable. On 24 August 2006, Lt. General Strock provided "12 Actions for Change" that embodied three overarching themes: effectively implement a comprehensive systems approach; communication; and reliable public service professionalism. It is past time that these actions are implemented and practiced.

Please feel free to call me at my home office (925-631-1587, cell 925-699-3503) if you would like to discuss these developments further.

Sincerely yours,

R. G. Bea
Professor
Associate Director, Center for Catastrophic Risk Management

Cc: Mr. Garland Robinette, WWL Radio
Lt. General Carl Strock, Chief of Engineers, USACE
Mr. Dan Hitchings, Director, Task Force Hope, USACE
Mr. Lucas Ehrensing, Thigpen Construction Company
Mr. Mark Schleifstein, Times Picayune
Mr. John Swartz, New York Times

Mr. Ralph Vartabedian, Los Angeles Times
Ms. Sandy Rosenthal, Levees.org
Dr. Raymond Seed, University of California Berkeley
Dr. Ivor Van Heerden, Louisiana State University
Mr. Joseph Bruno, Bruno & Bruno, LLP

2

Attachment A

# UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY  •  DAVIS  •  IRVINE  •  LOS ANGELES  •  RIVERSIDE  •  SAN DIEGO  •  SAN FRANCISCO                    SANTA BARBARA  •  SANTA CRUZ

Prof. Raymond B. Seed
Department of Civil and Environmental Engineering
423 Davis Hall, University of California,
Berkeley, California 94720

March 6, 2006

Lt. General Carl A. Strock
Commander and Chief, USACE
U.S. Army Corps of Engineers Headquarters
441 G Street, NW
Washington, D.C.

### Re: Erodenbility of MRGO Replacement Levees

Dear General Strock,

The News Hour with Jim Lehrer ran a story on February 16th filed by Betty Ann Bowser which profiled the Corps of Engineers' ongoing work to rebuild damaged levees around New Orleans. This story included interviews and demonstrations with Professor Robert Bea of U.C. Berkeley, who is a member of the National Science Foundation-sponsored independent Levee Investigation Team (NSF/LIT), currently working on assessing the reasons for the various levee and systems failures that occurred during Hurricane Katrina. The NSF/LIT has been sharing data with the Corps' IPET group, and we remain committed to sharing the information both teams are uncovering in a spirit of professional cooperation.

Four days after the story ran, Jim Taylor of the Public Affairs Office of Task Force Guardian issued a two page press release alleging that misinformation had been presented in the Lehrer News Hour segment (copy attached).    This statement includes a number of assertions about supposed "misinformation" which we believe are erroneous, and feel should be brought to your attention.  I checked today, two weeks later, and this statement is still actively posted as the lead article on the TFG website.

I was with Professor Bea during our visit to the Mississippi River Gulf Outlet (MRGO) levee reconstruction project on January 11th, while work was underway.  [Ms. Bowser and the Lehrer News Hour crew apparently visited the site on a later date or dates.]  Prof. Bea and I both collected samples that day.  All samples were taken from the compacted embankments, NOT from any stockpiles or discard heaps (as alleged in the Task Force Guardian response).  We examined the stockpiles, but did not take any samples of those materials.  At no time did a "Corps' geotechnical engineer explain to Professor Bea that the Corps was not using the material that he was collecting", and Professor Bea never "said that he knew that, but proceeded to take the samples anyway."  It concerns us that such mis-statements are being issued to the media.

During our visit we were accompanied by the Corps' project engineer and the Corps' lone QA/QC inspector assigned to monitor earthwork placement along the 11-mile long segment of levees being reconstructed.  Three different contractors are engaged in this work, one at the north end, one in the middle, and one towards the south end of the project.  We began by observing the lock structure at Bayou Bienvenue and the reconstructed levee section adjacent to it.  This section appeared to consist of well-chosen cohesive, clayey soils which were properly compacted.  When we next proceeded south about half a mile, however, we encountered a stretch of newly paced material along the levee where the contractor was placing clean, fine grained sand, which is highly erodeable.  We pointed this out to the Corps QA/QC inspector, who then directed the contractor to remove the sandy fill and to waste it.

1

3

It greatly concerns us that Task Force Guardian was employing a single grading inspector to cover 11 miles of levee reconstruction by three different contractors (or contracts), using a wide variety of materials, many of which we all know to be unsuitable because of high organics content or low cohesion (as specified in Design And Construction of Levees - EM1110-2-1913). At this location the contractor was attempting to compact both sandy (unsuitable) and clayey (suitable) soils with three passes of a tracked dozer (as required in the contract). The moisture content of much of the (paludal) swamp clays is so high however (several hundred percent) that it has the consistency of toothpaste, and it was squeezing out from beneath the dozer tracks without any meaningful mixing or compaction.

As we crossed the second navigable channel and lock structure at Bayou Dupres, we entered the middle section of the contract. Here we observed and sampled recently placed sandy, cohesionless fill materials that had been obtained by dragline excavation from the swamp frontage inboard (behind) the new levee.   We did not observe any meaningful quantities of clay being incorporated into the embankment. Based on the geologic profiles developed for the excavation of the adjacent MRGO channel, and other references on the local geology (e.g.: Kolb and Van Lopek, 1958; Coastal Environments, 1984), we understand that there is a shortage of suitable levee fill borrow materials in this area. The surficial marsh deposits of soft clays and highly organic peat are clearly problematic, and in the central contract section the local soils beneath these appear to be dominated largely by clean, fine sands. Faced with the choice of wasting all of the excavated borrow material (potential fill), and thus, making no progress, or of using what was available, large volumes of sand fill were being placed.

We did not observe any meaningful program for "mixing" the sand fill with imported clayey fill, as the Task Force Guardian press release alleges. We certainly hope that such mixing is now being carried out, and with effective oversight. We note that it is very difficult to consistently mix clayey soil with sands, especially in a moist environment, and that the sands being excavated by dragline operations from the swamps behind the levee frontage are wet upon excavation and are fine enough that they dry slowly. To attempt such mixing with the volumes required for the construction of such a long levee would be a massive logistical challenge, and would require much more intense monitoring (QA/QC).

We did not make it fully to the far southern end where the third contractor was working, and so cannot directly comment on the operations there based on our ground visit of January 11th. That is the least accessible section, but on an airplane overflight (at low altitude) two days before, we observed efforts to fill two levee breaches near the southern end by placing highly fluid dark black soils that poured back out of the breaches as rapidly as they were dumped. We hope to return to these areas to verify our concerns there, but it appears to be another zone containing the soft and organic marsh deposits described in the above-cited references.

The Corps' project engineer, and the Corps' QA/QC inspector, were well aware that major sections of the levees, especially in the large middle section, were being reconstructed with unsuitable sandy soils, and were, in fact, eager for advice from us as to how they might, later, provide some measure of slope face protection to mitigate what they admitted was an unsafe condition with regard to the erodeability of these materials.

It is my understanding that Dr. Van Heerden from the Louisiana investigation team visited this same site recently, accompanied by Dr. Bas Jonkin (from Delft, Holland). Dr. Jonkin is another well known levee expert, and he also considered the soils he observed being placed to be unsuitable. I hope that they passed that information along to the Corps.

A number of members of our own team have now visited this site, and over a period of several months.  As early as last October Dr. Les Harder and I informed the Corps that both the soils being placed, and the lack of close supervision at that time, along this critical section were of concern to us. Dr. Harder is the Deputy Director of the California Department of Water Resources, and is personally

2

charged with the oversight of several thousands of miles of levees protecting approximately 1.3 million people here in California.

Dr. Bea is a member of both the National Academy of Engineering and of Management, two of the highest levels of recognition for lifetime achievement in those fields, and his long list of professional engineering awards and honors begins with the ASCE's Ralph W. Peck Medal. He is not someone who would confuse spoil heaps with sections of recently compacted levee embankment.

And neither am I.

A growing chorus of experts are trying to tell you that there may be some significant concerns with regard to the materials being placed along the MRGO frontage at the northeastern edge of St. Bernard Parish. These same levees eroded catastrophically during Katrina, and were the principal source of the massive flooding of St. Bernard Parish during that event.

The fill materials being placed can subsequently be sampled, and so this can be checked. We would encourage you to do so. Our own sampling and erosion testing from this section has shown large quantities of highly erodeable clean sands along major stretches of these evolving levee embankment sections. We continue to hope to see improvements in both material selection and placement along this critical section, or the announcement of a longer-term plan for more permanent work to follow.

Our goal has been, and will continue to be, to offer insights and advice that are of practical value to the nation and to the Corps in its ongoing mission to ensure public safety. The geotechnical problems associated with the lower Mississippi Delta region are very challenging, and will never be easy to resolve. We do not feel that dueling press releases does the Corps any long term benefit, especially if the information contained in such documents is easily proven erroneous. Instead, we need to pool our collective expertise to solve the enormous problems at hand, realizing that some portions of the emergency works aren't going to initially comply with long-term goals/safety factors, and may require further attention at a later date. In those cases, we feel that the public should be so informed so that they can make the necessary personal decisions with regard to their own safety, and with regard to their re-investment in the areas potentially at risk. We encourage you to use us as an asset, and work together in a spirit of cooperation for the common goals at hand.

Yours sincerely,

Raymond B. Seed, Ph.D.
Professor of Civil and Environmental Engineering, and
Head, NSF-Sponsored Independent Levee Investigation Team (NSF/ILIT)

cc:   Don Basham, Civilian Chief, USACE
      Dr. Ed Link, Director, USACE IPET Study
      Dan Hitchings, Director, Task Force Hope, USACE
      Jim Taylor, Public Affairs Office, Task Force Hope, USACE
      Dr. David E. Daniel, Chair, USACE/IPET External Review Panel
      Dr. G. Wayne Clough, Chair, USACE/IPET NRC Review Panel
      Dr. J. David Rogers, University of Missouri-Rolla, NSF/LIT
      Dr. R. G. Bea, University of California at Berkeley, NSF/LIT
      Dr. Les Harder, California Department of Water Resources, NSF/LIT
      Dr. Jean-Louis Briaud, Texas A&M University, NSF/LIT
      Dr. Richard Fragaszy, NSF

3

Attachment

**The News Hour with Jim Lehrer leaves out important information on levee work**
Jim Taylor
Corps of Engineers
Task Force Guardian, Public Affairs Office
February 20, 2006

"The News Hour with Jim Lehrer" ran a piece on its February 16 show about the Corps of Engineers' work to rebuild the New Orleans area levees. The report missed some important information that is necessary to a complete understanding of the work to restore hurricane protection for the people of New Orleans.

**Misinformation**
In her report, Ms. Betty Ann Bowser interviewed Dr. Bob Bea, an engineer at the University of California, Berkeley, and a member of the National Science Foundation. He showed her samples of soil that he said he took "In differing locations along the length of the MR-GO levee, we stopped, and I got out and colleted the soil samples." He implied that the Corps was using this material to rebuild the levees along the Mississippi River Gulf Outlet (MRGO). That is incorrect.

**Correct information**
What Dr. Bea doesn't say is that he took the samples from material not used to rebuild the levees.

Dr. Bea visited the Corps of Engineers construction site at Mississippi River Gulf Outlet with a geotechnical engineer from the Corps. On that visit, Dr. Bea took samples of material from areas that contained soil the Corps was avoiding. Each time that Dr. Bea took these samples the Corps' geotechnical engineer explained to him that the Corps was not using material that he was collecting. Dr. Bea said he knew that, but proceeded to take the samples. Yet, in The News Hour program, Dr. Bea implied that the Corps was using that type of unacceptable soil.

Kevin Wagner, an engineer with the Corps and the project manager for the levee work, spent several hours with Ms. Browser at the construction site and showed her the high-quality clay material the Corps is using to rebuild the levees.

Mr. Wagner also explained to her that the Corps is conducting extensive tests of the clay and soil it is using in the levees to ensure its quality.

In addition, independent teams of scientists are reviewing the Corps' work and analyzing the material we are using to rebuild New Orleans' hurricane protection system.

**Misinformation**
Ms. Bowser also interviewed an oceanographer who stated that he didn't think the Corps could complete its levee work along the MRGO before the hurricane season starts in June 2006.

**Correct information**
Actually, the Corps' engineers and construction contractors are well under way to meeting the June 2006 date. They have already rebuilt nearly half of the MRGO levees, and are confident that they will complete this work before the beginning of this year's hurricane season.

4

**Misinformation**

At another point in the story, Ms Bowser states that the Corps only allowed a team of independent investigators onto one of its construction sites after a representative from the Louisiana Attorney General's office intervened. That is inaccurate.

**Correct information**

As part of standard construction safety procedures applicable to any worker on a construction site, the Corps asked the investigators to submit a safety and work plan before they arrived at the site. The submission of these plans is necessary to ensure that different construction schedules on work sites do not conflict, and that site workers are performing their efforts safely. Even though the team was informed, in writing of these requirements, they failed to submit the information, and then showed up unannounced.

Even on this short notice, the Corps of Engineers worked with the team to remind them of the necessity to submit their safety and work plan, and then allowed them on the site with the understanding that they would submit their plans later that day.

**The Army Corps of Engineers is committed to stronger and better hurricane protection**

The Corps of Engineers team of engineers, scientists, support staff, and contractors take this work personally. Most of the 200 Corps of Engineers people working directly to restore New Orleans' hurricane protection levees and floodwalls – and more than 300 Corps staff supporting them in this endeavor – live in New Orleans, and many of them lost their homes. It's their hurricane protection too.

**Information available on Corps of Engineers Website**

You can learn more about the Corps of Engineers work to restore the hurricane protection system for the people of New Orleans from the New Orleans District website at www.mvn.usace.army.mil

5

**8**