UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes Washington Group International, Inc., and respectfully requests permission to orally argue its Motion to Compel Compliance with Third Party Subpoena. Oral argument will clarify the issues of law and fact and will assist the Court in making a correct disposition of the motion.

**WHEREFORE**, Washington Group International, Inc. respectfully moves the Court for entry of an Order granting oral argument on its Motion to Compel Compliance with Third Party Subpoena.

911589v.1

- 2 -

Dated:  February 13, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Heather S. Lonian
　　　　　　　　　　　　　　　　　　　　　　William D. Treeby, 12901
　　　　　　　　　　　　　　　　　　　　　　Carmelite M. Bertaut, 3054
　　　　　　　　　　　　　　　　　　　　　　Heather S. Lonian, 29956
　　　　　　　　　　　　　　　　　　　　　　　　Of
　　　　　　　　　　　　　　　　　　　　　　STONE PIGMAN WALTHER WITTMANN L.L.C.
　　　　　　　　　　　　　　　　　　　　　　546 Carondelet Street
　　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana  70130
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (504) 581-3200
　　　　　　　　　　　　　　　　　　　　　　Facsimile:   (504) 581-3361

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Washington Group
　　　　　　　　　　　　　　　　　　　　　　International, Inc., a division of URS
　　　　　　　　　　　　　　　　　　　　　　Corporation

　　　　　　　　　　　　　　　　　　　　　　Of counsel

　　　　　　　　　　　　　　　　　　　　　　Adrian Wager-Zito
　　　　　　　　　　　　　　　　　　　　　　Shannon M. Kasley
　　　　　　　　　　　　　　　　　　　　　　Jones Day
　　　　　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001-2113
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 879-3891
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 626-1700

## CERTIFICATE OF SERVICE

　　　　I hereby certify that a copy of the above and foregoing Request for Oral Argument on Motion to Compel Compliance with Third-Party Subpoena has been served upon all counsel of record by electronic notice via the Court's CM/ECF system and upon McElwee Bros. Inc. and Melvin M.L. McElwee, Sr. this 13th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/Heather S. Lonian

911589v.1