# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*            05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*         06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*            06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*                07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER

Considering plaintiffs' counsel's and the Barge P.S.L.C.'s request, it is hereby ordered that oral argument shall be heard in connection with *Motion to Quash Subpoena Duces Tecum Served on Centanni Investigative Agency by Lafarge North America* on February 20, 2008, 11:00 a.m., before Hon. Mag. Joseph C. Wilkinson, Jr.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
**MAG. JOSEPH C. WILKINSON, JR.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 13 day of February, 2008.

      \s\Brian A. Gilbert