UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| ************************************ | | |
| PERTAINS TO: INSURANCE | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| LAWRENCE AND ENOLA ANDERSON, ET AL, Plaintiffs | * | |
| VERSUS | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, Defendants | * | |
| | * | |
| CASE NO. 07-6737 | | |

**O R D E R**

Considering the foregoing Motion to Leave to File Defendant's Reply to Plaintiffs' Opposition to Rule 12(b)(6) Motion to Dismiss:

IT IS HEREBY ORDERED that Defendant, State Farm Fire and Casualty Company, be granted leave to file its reply to Plaintiffs' Opposition to Rule 12(b)(6) Motion to Dismiss.

Signed in New Orleans, Louisiana this _____ day of February, 2008

_____
JUDGE STANWOOD DUVAL, JR

{N0060377}