UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
|         06-1885 * | | JUDGE DUVAL |
|         06-4024 * | | |
|         06-4389 * | | MAGISTRATE WILKINSON |
|         06-5771 * | | |
|         06-5786 * | | |
|         06-6099 * | | |
|         07-0206 * | | |
|         07-3500 * | | |
|         07-3612 * | | |
| * * * * * * * * * * * * * * * * * | | |

**PLAINTIFFS' OBJECTIONS TO AND MOTION TO
REVIEW MAGISTRATE'S ORDER**

**COME NOW** plaintiffs, appearing through undersigned counsel, and object to and move for review the January 30, 2008 Order of Magistrate Judge Wilkinson (Record Document No. 10993) upon the grounds that said Order is clearly erroneous or contrary to law or clearly erroneous and contrary to law, or constituted an abuse of discretion. Additional grounds for bringing this motion appear in the memorandum filed simultaneously herewith.

-1-

-2-

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**   **S/Ashton R. O'Dwyer, Jr.**
                 **Ashton R. O'Dwyer, Jr.**
                 **Bar No. 10166**
                 **821 Baronne Street**
                 **New Orleans, LA 70113**
                 **Tel. 504-679-6166**
                 **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 13th day of February 2008.

                      S/Ashton R. O'Dwyer, Jr.