UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
| 06-1885 * | | JUDGE DUVAL |
| 06-4024 * | | |
| 06-4389 * | | MAGISTRATE WILKINSON |
| 06-5771 * | | |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| 07-3500 * | | |
| 07-3612 * | | |
| * * * * * * * * * * * * * * * * * * | | |

**PLAINTIFFS' MEMORANDUM IM SUPPORT OF
OBJECTIONS TO AND MOTION TO
<u>REVIEW MAGISTRATE'S ORDER</u>**

**MAY IT PLEASE THE COURT:**

This memorandum is filed primarily to comply with the Local Rules which require that a memorandum accompany all motions noticed for hearing. Briefly, this matter was fully briefed to Magistrate Wilkinson through Record Document Nos. 7358, 7762, 9879, 10153 and 10993 and attached documents, and transcripts of oral argument, and was orally argued. Plaintiffs respectfully submit that they are being held to a much higher standard than any other litigants to this litigation, including particularly the alleged clients of attorney Daniel Becnel, Esq., who submitted a list to the Court which

accompanied the Complaint in Civil Action No. 07-5023, which is under seal and inaccessible to undersigned counsel for plaintiffs, which contains some 350,000 names. Plaintiffs respectfully submit that the erroneous ruling by Magistrate Wilkinson has potential for depriving plaintiffs of substantive rights and, accordingly, aver that the said ruling is clearly erroneous and contrary to law or clearly erroneous and contrary to law, and constituted an abuse of discretion by the Magistrate.  Additionally, since there is currently pending a motion to disqualify or to recuse Judge Duval in this case, with discovery having been requested, (see E-mail to all plaintiffs' counsel attached as Exhibit No. 1(), it may be that Magistrate Wilkinson's erroneous ruling is similarly "tainted" against plaintiffs and their counsel, and that he should be disqualified or recused as well.

Respectfully submitted,

S/Ashton R. O'Dwyer, Jr.
**Ashton R. O'Dwyer, Jr.**
**In Proper Person**
**Law Offices of Ashton R. O'Dwyer, Jr.**
Bar No. 10166
821 Baronne Street
New Orleans, LA 70113
Tel.: (504) 679-6166
Fax. (504) 581-4336

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all counsel of record.

S/Ashton R. O'Dwyer, Jr.