UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.    05-4181 * | | |
| 06-1885 * | | JUDGE DUVAL |
| 06-4024 * | | |
| 06-4389 * | | MAGISTRATE WILKINSON |
| 06-5771 * | | |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| 07-3500 * | | |
| 07-3612 * | | |
| * * * * * * * * * * * * * * * * * * | | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel bring the attached Motion to Disqualify or Recuse Judge Duval from Victims of KATRINA Litigation for Personal Bias, Prejudice and Partiality for hearing before the Honorable Judge Stanwood R. Duval, Jr.[1] at 9:30 A.M., on the 5th day of March 2008, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

---

[1] The Objections to and Motion to Review Magistrate's Order, being the subject to this Notice, has been noticed for hearing before Judge Duval, although movers aver that Judge Duval should recuse himself, or be recused, and therefore reserve all rights.

-1-

-2-

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**    S/Ashton R. O'Dwyer, Jr.
                Ashton R. O'Dwyer, Jr.
                Bar No. 10166
                821 Baronne Street
                New Orleans, LA 70113
                Tel. 504-679-6166
                Fax. 504-581-4336

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 13th day of February 2008.

                      S/Ashton R. O'Dwyer, Jr.