UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO & BARGE | § § § § § § | |

## ORDER

After consideration of Defendant Washington Group International, Inc.'s Ex Parte Motion For A Scheduling Conference And/Or To Amend Case Management Orders,

**IT IS HEREBY ORDERED** that said Motion is granted in its entirety, and that a Scheduling Conference shall be held on _____, 2008.

New Orleans, Louisiana, this _____ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

911659v.1