**EXHIBIT 1**

**Comparison of Current Schedules in MRGO and BARGE**
*In re: Katrina Canal Breaches Consolidated Litigation,* No. 05-4182

| No. | Subject | Current MRGO Status (CMO No. 4) | Current BARGE Status (CMO No. 5, as amended) |
|---|---|---|---|
| 1. | Motions for Class Certification | Briefing is complete. Class-certification hearing suspended until Court decides threshold, dispositive motions by the United States and Washington Group International, Inc. ("WGII").[1] | BARGE Pls.' Motion: 1/31/2008  BARGE Pls.' Memorandum in Support: 8/15/2008  BARGE Defs.' Opposition: 10/15/2008  BARGE Pls.' Reply: 11/1/2008[2] |
| 2. | Class-Certification Witness and Exhibit Lists | Complete | No deadlines for witness and exhibit lists specifically related to class-certification.  Court's 1/25/2008 Order states: "All parties to file *preliminary* Witness and Exhibit Lists" by 3/28/2008.[3] (Unclear if this deadline applies to class-certification, merits, or both.) |
| 3. | Class-Certification *Fact* Discovery | Complete | Deadline 7/15/2008[4] |
| 4. | Independent Medical Exams for Class Representatives | N/A | Deadline 7/15/2008[5] |

911656v.1

| No. | Subject | **Current MRGO Status (CMO No. 4)** | **Current BARGE Status (CMO No. 5, as amended)** |
|---|---|---|---|
| 5. | Class-Certification *Expert* Discovery | Complete | Deadlines:<br><br>Pls.' experts – 4/15/2008<br>Defs.' experts – 6/15/2008[6]<br><br>*Issues*: (1) Plaintiffs' class-certification expert reports are due 3 months *before* fact discovery on class-certification is complete on 7/15/2008; and (2) BARGE plaintiffs and defendants will be using some of the same experts (and theories) that were put forth in the now-stayed class-certification proceedings in MRGO. (*E.g.,* Dr. John Kilpatrik, Dr. Robert Dalrymple, Mr. Michael Truax and Dr. Kerry Vandell.)[7] |
| 6. | Class-Certification Hearing | Suspended as described above. | Parties may file motion for leave to present live testimony at a class certification hearing by 4/2/2008.[8]<br><br>Court's 1/28/2008 Order states: "Class certification hearing to be set for a date established by the Court."[9] |
| 7. | Individual Actions (Non-class actions) | "IT IS ORDERED that all trial dates and other pretrial dates and deadlines set in the individualized non-class action Insurance category cases are CONTINUED." CMO No. 4, at 2.<br><br>CMO No. 4 does *not* address individualized actions in MRGO and LEVEE case categories. | CMO No. 5 does not address individualized actions. |

| No. | Subject | Current MRGO Status (CMO No. 4) | Current BARGE Status (CMO No. 5, as amended) |
|---|---|---|---|
| 8. | Written discovery | Complete<br><br>Deadline for production of documents: 2/29/2008 | Complete<br><br>Deadline for production of documents: 2/29/2008 |
| 9. | *Fact* Exhibit and Witness Lists | Final list due 3/20/2008[10]<br><br>*Issues*:<br>(1) Production of documents will not be complete until 2/29/2008.  Parties have received millions of pages of electronic documents from the U.S. over the last few months (and expect to receive millions more in the next two weeks), in addition to productions from other defendants/third parties; and (2) fact depositions need not be complete until 5/16/2008.  Accordingly, any fact witness or exhibit list will necessarily be incomplete until fact discovery is finished. | Final list due 11/15/2008[11] |
| 10. | Fact Depositions | 5/16/2008[12]<br>("common liability" only) | 3/1/2009[13] |
| 11. | Independent Medical Exams | N/A | CMO No. 5 provides that "[a]ll Rule 35 examinations must be completed no later than" 5/16/2008.[14]  Because the Court's 1/25/2008 Order states that "all depositions and discovery to be completed by" 3/1/2009, arguably the completion date for Independent Medical Exams |

- 3 -

911656v.1

| No. | Subject | Current MRGO Status (CMO No. 4) | Current BARGE Status (CMO No. 5, as amended) |
|---|---|---|---|
| | | | now is 3/1/2009.[15] However, this is not clear from the face of the existing Orders. |
| 12. | Expert Reports | Pls.' Reports – 5/30/2008<br><br>Defs.' Reports – 6/30/2008[16]<br><br>*Issue*: Class certification still unresolved. | Pls.' Reports – 8/1/2008[17]<br><br>Defs.' Reports – 9/1/2008[18]<br><br>*Issues*: (1) Deadlines for expert reports on merits, which include damages, is *before* class certification briefing is complete on 11/1/2008 (but how can an expert opine on *class-wide* damages when no class has been certified?); (2) MRGO deadline is for expert reports on "common liability" only, whereas in BARGE the expert reports are on both liability and damages; and (3) deadline for MRGO expert reports is 2 months earlier than BARGE. This latter issue is a problem for experts that are submitting reports in both case categories. Each expert may have to be deposed twice on the same basic report. |
| 13. | Expert Depositions | Pls.' experts – 8/18/2008<br><br>Defs.' experts – 9/19/2008[19] | Pls.' experts – 3/1/2009<br><br>Defs.' experts – 3/1/2009[20] |
| 14. | Merits Trial | Date to be decided[21]<br>("common liability" trial) | 6/15/2009[22]<br>(trial on both liability and damages) |

- 4 -

911656v.1

---

[1] Order and Reasons, Nov. 7, 2007 (Duval, J.) (Doc. No. 8928).

[2] Order granting Ex Parte Consent Motion to Modify CMO No. 5 (Duval, J.) (Doc. No. 10881).

[3] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881) (emphasis added).

[4] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[5] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[6] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[7] *Cf.* BARGE Plaintiffs' First Supplemental and Amended Expert Witness List, Jan. 31, 2008 (Doc. No. 10994) *and* Defendant Washington Group International, Inc.'s Preliminary Expert Witness List (in BARGE), Dec. 31, 2007 (Doc. No. 9998) *with* MRGO Plaintiffs' Final List for Class Certification, July 20, 2007 (Doc. No. 6636) *and* MRGO Defendants' Final Witness List for Class Certification, July 20, 2007 (Doc. No. 6631).

[8] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[9] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[10] CMO No. 4, § IV(A)(3) (Doc. No. 3299).

[11] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[12] CMO No. 4, § IV(D)(7) (Doc. No. 3299).

[13] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[14] CMO No. 5, § V(D) (Doc. No. 7724).

[15] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[16] CMO No. 4, §§ IV(E)(3)-(4) (Doc. No. 3299).

[17] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[18] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[19] CMO No. 4, §§ IV(E)(5)-(6) (Doc. No. 3299).

[20] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

[21] CMO No. 4, § VI(B) (Doc. No. 3299).

[22] Order granting Ex Parte Consent Motion to Modify CMO No. 5, Jan. 25, 2008 (Duval, J.) (Doc. No. 10881).

911656v.1