UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE:  AGUILAR, 07-4852 | * | |
| | * | |

**************************************

### FULL AND FINAL JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Carl B. Hakenjos, Jr. and Shannon M. Hall and Defendant, Auto Club Family Insurance Company, and upon suggesting to the court that all matters between the Plaintiffs, Carl B. Hakenjos, Jr. and Shannon M. Hall and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled. Plaintiffs, Carl B. Hakenjos, Jr. and Shannon M. Hall and Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Petition of Plaintiffs, Carl B. Hakenjos, Jr. and Shannon M. Hall, only as to **CLAIMS AGAINST DEFENDANT, AUTO CLUB FAMILY INSURANCE COMPANY, WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS**.

Respectfully submitted,

**JIM S. HALL & ASSOCIATES, LLC**

BY: _____
JIM S. HALL (#21644)
JOSEPH W. RAUSCH (#11394)
800 N. Causeway Blvd., Suite 100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Attorneys for Plaintiffs, Carl B. Hakenjos, Jr. and Shannon M. Hall*

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: _____
**THOMAS M. RICHARD (#2069)**
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9543
*Attorney for Defendant, Auto Club Family Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
**THOMAS M. RICHARD**