UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*        07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**ORDER GRANTING**
***EX PARTE* MOTION FOR LEAVE TO WITHDRAW WITHOUT PREJUDICE**
**MOTION FOR CONFIRMATION AND APPOINTMENT**
**OF ADDITIONAL BARGE P.S.L.C. MEMBERS**

Considering the above and foregoing, and having found good cause, it is hereby ORDERED that movers be and are hereby granted leave to withdraw their previously filed Motion for Confirmation and Appointment Of Additional Barge P.S.L.C. Members, without prejudice, and additionally, to re-file said motion upon amendment of same.

New Orleans, Louisiana, this 14th day of February, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE