UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| INSURANCE (St. Romain, No. 06-9514) | * | |

### ORDER OF DISMISSAL

CONSIDERING THE FOREGOING MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered action be and the same is hereby dismissed with prejudice against The Standard Fire Insurance Company, with each party to bear its own court costs.

Thus done and signed at New Orleans, Louisiana this __14th__ day of __February__, 2008.

Stanwood R. Duval, Jr.
United States District Judge