UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

At the request of counsel for plaintiffs, Jeanine Broggi Armstrong, wife of and Kenneth P. Armstrong and Ethel Mae Coats, Record Doc. No. 11175, and pursuant to Local Rule 78.1E, oral argument on plaintiffs' Motion to Quash, Record Doc. No. 10623, is hereby set on **FEBRUARY 27, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this __14th__ day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE