UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                              NO. 05-4182

                                                              SECTION "K" (2)

PERTAINS TO: MRGO

### ORDER

**IT IS ORDERED** that the Request for Oral Argument by the MRGO PSLC on behalf of the putative class, Record Doc. No. 11177, is **GRANTED**, and oral argument on the Motion to Quash Subpoena Issued by Washington Group International, Inc., or in the Alternative, Motion for Protective Order (Record Doc. No. 10927) is set on **Wednesday, February 27, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Room B421, New Orleans, Louisiana.

New Orleans, Louisiana, this ___14th___ day of February, 2008.

_____
United States Magistrate Judge