UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| _____ | * | SECTION "K" - JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | |
| | * | MAG. (2) - MAG. WILKINSON |
| INSURANCE:        *Aguilar,* 07-4852 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss**;**

**IT IS ORDERED** that the Plaintiff's claims against Defendant, Bankers Insurance

Company be and are hereby **DISMISSED**, without prejudice, and with reservation of Plaintiff's

claims against all other defendants.

New Orleans, Louisiana, this ___14th___ day of February, 2008.

_____

DISTRICT JUDGE