| | |
|---|---|
| IN THE MATTER OF INGRAM BARGE | CASE NO.: 05-4182 |
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF LOUISIANA |

### 37.1E CERTIFICATE

I, Antonio Ferachi, attorney for Cynthia Bridges, Secretary, Louisiana Department of Revenue have called Karen Wiedemann to talk to her about the Department's Motion to Quash and have not been able to talk to her. I have also left messages for her to call me back and they have not been returned. I wanted to explain that because of the penalties and fines that can be imposed upon a Department of Revenue employee if a disclosure of taxpayer information is made, the Department had to file this present Motion to Quash. The Department had to file the motion to protect the department individual from the penalties and fines that can be imposed if a disclosure of confidential tax information is made.

A Motion to Quash Subpoena was also filed to give the court the opportunity to order that the Department Records Custodian be deposed and provide the requested taxpayer documents on the record. If the court orders the Records Custodian to comply, then that absolves the employee from the penalties and fines associated with a disclosure of taxpayer information. Even if the parties could have talked about the matter, the Department would still have needed to file its motion to quash to get the court order to absolve the Department's employee of penalties and liability for the disclosure.

*/s/ Antonio Ferachi*
Antonio Ferachi