IN THE MATTER OF INGRAM BARGE

CASE NO.: 05-4182

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

### NOTICE OF HEARING

Considering the *Motion to Quash Subpoena* filed by the Secretary of the Louisiana Department of Revenue,

IT IS NOW ORDERED that the parties receive notice that a hearing on the Motion to Quash Subpoena will take place on the 5th day of March, 2008 at 11 o'clock A .m.

Order signed at New Orleans, Louisiana on _____, 2008.

_____
HON. JOSEPH C. WILKINSON, JR., MAGISTRATE

Please serve:

Karen Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113

Antonio Ferachi
Legal Division- Louisiana Department of Revenue
617 North Third St.
Baton Rouge, LA 70821