UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
|       06-1885 * | | JUDGE DUVAL |
|       06-4024 * | | |
|       06-4389 * | | MAGISTRATE WILKINSON |
|       06-5771 * | | |
|       06-5786 * | | |
|       06-6099 * | | |
|       07-0206 * | | |
|       07-3500 * | | |
|       07-3612 * | | |
|       07-5023 * | | |
|       07-5040 * | | |
| * * * * * * * * * * * * * * * * * * | | |

**NOTICE OF DEPOSITIONS**

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that plaintiffs, through undersigned counsel and, in the case of Ashton R. O'Dwyer, Jr., *in propria persona*, will take the depositions of the following individuals for all lawful purposes at 821 Baronne Street, New Orleans, Louisiana 70113, commencing at 10:00 A.M. on Monday, February 25, 2008, and continuing on Tuesday, February 26, 2008, the individuals to be deposed at the aforesaid address at the following times and on the following dates being as follows:

-2-

**Monday, February 25, 2008**

    Jonathan B. Andry – 10:00 a.m.

    Paul G. Aucoin – 11:00 a.m.

    Daniel Becnel – 12:00 a.m.

    Joseph M. Bruno – 1:00 p.m.

    Frank C. Dudenhefer – 2:00 p.m.

    N. Frank Elliot III – 3:00 p.m.

**Tuesday, February 26, 2008**

    Calvin C. Fayard, Jr. – 10:00 a.m.

    Charles C. Foti, Jr. – 11:00 a.m.

    Joseph J. McKernan – 12:00 a.m.

    Drew A. Ranier – 1:00 p.m.

    James P. Roy – 2:00 p.m.

    Bob F. Wright – 3:00 p.m.

The oral examination will continue from day to day until completed and will be made pursuant to the Federal Rules of Civil Procedure before a Notary Public or some other officer authorized by law to administer oaths. You are invited to attend and participate. The deponents must, pursuant to Rule 30(b)(1), Federal Rules of Civil Procedure, produce the following Louisiana Public Records in connection with their depositions:

    Any and all records generated by or received by any employee of the Louisiana Department of Justice and/or by you and/or by any Member or employee of your law firms in any way pertaining to solicitation of, negotiations for, awarding of, and/or retaining of, legal representation of the State of Louisiana

with respect to the following Civil Actions now pending on the docket of the United States District Court for the Eastern District of Louisiana:

1. Representation of the State of Louisiana in an unknown civil action number seeking prospective injunctive relief with respect to the closure of the Mississippi River Gulf Outlet, which action is not readily available from a review of the U.S. District Court's PACER System, but which is believed to be consolidated with a case in which the lead plaintiff is named "Savoy", bearing C.A. No. 06-3557;

2. Representation of the State of Louisiana in Civil Action No. 07-5023; and

3. Representation of the State of Louisiana in Civil Action No. 07-5040.

To include any and all files and records in any way pertaining to the negotiation of any agreement concerning the attorney's fees to be paid by or on behalf of the State to each of the private attorneys representing the State's interests in any of the aforementioned litigation, whether by way of retainer agreement, by hourly rate, or by contingent fee contract, to include any and all files and records, whether in hard copy form, recorded form, on card, disc, microfilm or tape, or generated, received or maintained electronically, the said files, records and writings to include, without limitation, any and all any and all correspondence, letters, memoranda, intra-office memoranda, memoranda to or from a specific recipient or sender, or recipients or senders, or to a file, and including administrative files, evaluation files, investigative files, litigation files, or any other types of files maintained by the Louisiana Department of Justice and/or by you and your law firms, including facsimiles and notes, whether handwritten or typed, E-mails, whether printed or in electronic form, electronic digitized copies, and/or records stored on the hard drive of any State-owned or personal computer, including your law firm's or personal computers, or information contained in electronic data processing equipment, and including those in any way pertaining to the solicitation of legal representation, negotiations for legal representation, remuneration for legal representation, and/or awarding of or retaining of legal representation on behalf of the State, minutes of meetings, agreements, retainer agreements, contracts, hourly rate agreements or contracts, contingency fee contracts, and all other writings of any nature or kind in any way pertaining to the aforementioned litigation and subjects since August 29, 2005, and continuing through the present time, and including all files, records, and writings sent to or received by any of the following and any employee of the Louisiana Department of Justice and/or by you and your law firms, as well as telephone records, whether land-line, satellite, and/or by cellular, evidencing communication between you and your law firms and any of the following since August 29, 2005:

>Governor Kathleen Blanco
>
>Any individual employed by or representing the Executive, Judicial or Legislative Branches of Louisiana State Government
>
>Attorney General Charles Foti
>
>Any employee or representative of the Louisiana Department of Justice;
>
>Any employee or representative of the Louisiana Division of Administration
>
>Any employee or representative of the Louisiana Office of Risk Management
>
>Any Members of the Plaintiffs' Liaison Committee and/or Subcommittees in C.A. No. 05-4182 and consolidated cases, including, without limitation, the following:
>
>>Joseph M. Bruno
>>Any Member or employee of the Law Firm of Bruno & Bruno
>>
>>Gerald E. Meunier
>>Any Member or employee of the Law Firm of Gainsburgh, Benjamin, David, Meunier & Warshauer
>>
>>Hugh P. Lambert
>>
>>Any Member or employee of the Law Firm of Lambert & Nelson
>>
>>Darleen M. Jacobs
>>Any Member or employee of the Law Firm of Jacobs & Sarrat

In any way pertaining to solicitation of, negotiations for, awarding of and/or retaining of legal representation of the State of Louisiana in the aforementioned litigation since August 29, 2005, and continuing through the present time, and to include those evidencing precisely when you, or any of you, first informed the Court in C.A. No. 05-4182 and consolidated cases, and/or any member of the Court's Staff, of your representation of the State of Louisiana.

-5-

   And to include your fee-splitting, fee-sharing and/or cost-sharing agreements and/or arrangements in this litigation between and among yourselves and/or any third-party lawyers and/or law firms.

         Respectfully submitted,

         **LAW OFFICES OF**
         **ASHTON R. O'DWYER, JR.**
         **Counsel for Plaintiffs**

         **By: S/Ashton R. O'Dwyer, Jr.**
           **Ashton R. O'Dwyer, Jr.**
           **Bar No. 10166**
           **821 Baronne Street**
           **New Orleans, LA 70113**
           **Tel. 504-679-6166**
           **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing this 14th day of February 2008.

         S/Ashton R. O'Dwyer, Jr.