UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                      NO. 05-4182 "K" (2)

PERTAINS TO: BARGE                        JUDGE DUVAL
                                                      MAG. WILKINSON

## **ORDER**

At the request of counsel for plaintiffs and Barge P.S.L.C., Record Doc. No. 11232, and pursuant to Local Rule 78.1E, oral argument on Lafarge North America Inc.'s Motion to Quash Subpoena Duces Tecum Served on Centanni Investigative Agency, Record Doc. No. 11037, is hereby set on **FEBRUARY 20, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this __14th__ day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE