UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                     NO. 05-4182

PERTAINS TO:                         SECTION "K"(2)
   *LEVEE*

## ORDER

Having now ruled on the United States' Motion to Dismiss filed in the Levee Master Complaint, the Court finds that a status conference is in order to determine the status of this case. Accordingly,

**IT IS ORDERED** that status conference shall be held on **Thursday, February 21, 2008 at 3:00 p.m.** Required to attend in person are the following individuals:

   Joseph Bruno
   Ralph Hubbard
   Charles Lanier
   Gary Zwain
   Tommy Anzelmo
   Robin Smith

 New Orleans, Louisiana, this   15th   day of February, 2008.

                                     STANWOOD R. DUVAL, JR.
                                     UNITED STATES DISTRICT COURT JUDGE