UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
    CONSOLIDATED LITIGATION

CASE NUMBER: 05-4182 "K" (2)

PERTAINS TO: RESPONDER, *Andry*
    (No. 07-4533)

## ORDER

Considering the foregoing Motion for Protective Order it is hereby ordered that the production of documents set for February 20, 2008, be continued and postponed until further order of this Court.

It is further ordered that this matter is set for hearing on the 19th day of March, 2008.

Signed in New Orleans, Louisiana this _____ day of February, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE