UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson*,<br>(No. 06-2268) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COME the Plaintiffs, Kent Lattimore, Lattimore & Associates, Inc., Anthony Franz, Lucille Franz, Tanya Smith and Norman Robinson, by and through their counsel, Jonathan B. Andry, a member of good standing of the State Bar of Louisiana, and respectfully request an Order enrolling the following attorney as co-counsel of record in the above-captioned matter:

Joseph C. Wilson, with the law firm of Cotchett, Pitre & McCarthy, is a member in good standing of the Bar of the State of California. A supporting affidavit and certificate of good standing for Mr. Wilson seeking *pro hac vice* admission are attached hereto.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Mr. Wilson to appear *pro hac vice* in the above-captioned consolidated matter.

Respectfully Submitted by,

**The Andry Law Firm, LLC**

By:_____
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 586-8933

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all known counsel of record, via Pacer, this 15th day of February, 2008.

_____
JONATHAN B. ANDRY