UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson*, (No. 06-2268) | |

STATE OF CALIFORNIA

COUNTY OF SAN MATEO

### AFFIDAVIT OF JOSEPH C. WILSON IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

BEFORE ME, the undersigned authority, personally appeared, **JOSEPH C. WILSON** who, being duly sworn by me, deposes and says the following:

My name is **JOSEPH C. WILSON.** I am over 18 years of age, have never been convicted of a felony and am fully competent to make this Affidavit. I have no criminal or disciplinary charges filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

I am licensed to practice in the State of California and have practiced before federal and state

courts in California. I am admitted to practice before the following courts: Ninth Circuit Court of Appeals, United States District Court, Northern and Central Districts of California, California Supreme Court, and the Superior Courts of the State of California. Attached is a certificate of good standing from the Supreme Court of California.

FURTHER AFFIANT SAYETH NOT.

JOSEPH C. WILSON

SUBSCRIBED AND SWORN TO BEFORE ME on this 7th day of February, 2008, to certify which witness my hand and official seal.



Notary Public in and for SAN MATEO COUNTY
The State of California

My Commission Expires: JULY 9, 2009