

# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JOSEPH C. WILSON

I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that JOSEPH C. WILSON was on the 1ST day of JUNE 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court, this 1st day of FEBRUARY, 2008.

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
Joseph Cornetta, Deputy Clerk