# EXHIBIT 4

# TEAM LOUISIANA

Ivor Ll. van Heerden, Ph.D. - Lead, G. Paul Kemp, Ph.D., Hassan Mashriqui, Ph.D. & PE, Radhey Sharma, Ph.D., Billy Prochaska, PE, Lou Capozzoli, Ph.D. & PE, Art Theis, PE, Ahmet Binselam, M.S., Kate Streva, B.S., and Ezra Boyd, M.A.



## The Failure of the New Orleans Levee System during Hurricane Katrina






A Report prepared for Secretary Johnny Bradberry
Louisiana Department of Transportation and Development, Baton Rouge, Louisiana
State Project No. 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, 20 --- December 18, 2006

**Effect of Wind Speed on Surge Elevation Computed Using the USACE General Wind Tide Equation**

Figure 81a. Effect of wind speed on surge elevation on the MRGO levee if all other factors in the general wind tide equation are kept constant. The red lines indicate the maximum sustained winds associated with the 1959 and 1972 Standard Project Hurricanes.



81b. SLOSH output for slow moving Category 3 hurricane showing flooding of most of greater New Orleans (source NOAA).