# EXHIBIT 8

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
     CONSOLIDATED LITIGATION
 6                                          NO. 05-4182
                             and Consolidated Cases
 7                                    "K" (2)
                                      JUDGE DUVAL
 8
                                      MAG. WILKINSON
 9   ------------------------------------------------
10   ROBINSON                             CIVIL ACTION
11                                          NO. 05-4182
     VERSUS
12
     THE UNITED STATES
13
14
15
16
           VIDEOTAPED 30 (b)(6) DEPOSITION OF
17      UNITED STATES ARMY CORPS OF ENGINEERS
                     by
18            WALTER O. BAUMY, JR.,
              ALFRED CHARLES NAOMI,
19            NANCY JEAN POWELL,
                    and
20            KEITH JOSEPH O'CAIN,
     given in the offices of Lambert & Nelson, 701
21   Magazine Street, New Orleans, Louisiana 70130
     on Wednesday, November 14, 2007 and Thursday,
22   November 15, 2007.
23
24
25
```

```
 1                 7-10, sub -- sub C, states
 2      "Sometimes it may be concluded that low cost
 3      protection such as grass cover will be
 4      adequate in general for a levee reach," et
 5      cetera.  Do you see that?
 6           A.    Yes.
 7           Q.    Is there a particular type of grass
 8      that they use?
 9           A.    I don't know.  That's probably
10      changed over the years.
11           Q.    Is Bermuda grass one of the ones
12      that they use?
13           A.    Yes.
14           Q.    Okay.  That's one I always find
15      myself in on the golf course.  Okay.  Skip
16      Section 8, chapter 8, I think we covered
17      this.
18                 Let's go to 8-14.  This section is
19      entitled "Section 3, Levee enlargements".  Do
20      you see that?
21           A.    Yes.
22           Q.    And one type of enlargement of a
23      levee would be the base; correct?
24           A.    I am not clear as --
25           Q.    All right.  Does this section deal
```

```
 1    approved.
 2         Q.   Okay.  So the initial authorization
 3    that we see here from the Flood Control Act of
 4    1965 in House document 231 was less -- was
 5    smaller in scale than what was ultimately
 6    authorized?
 7         A.   That's correct.
 8         Q.   Do you remember approximately what
 9    year Congress authorized at the request of the
10    St. Bernard Parish folks the enlargement of
11    the protected --
12         A.   I don't know if it was
13    Congressionally --
14         Q.   I'm sorry, you and I both talk
15    quickly, and I apologize.  I'm stepping on
16    your lines.
17         A.   I'm sorry.
18         Q.   No, let me just finish the
19    question.  Okay?  Because we need a record
20    here.
21         A.   All right.  Sure.
22         Q.   The enlargement requested by the St.
23    Bernard folks that and Congress and the
24    President enacted, do you remember
25    approximately what year that was?
```

1                 He thinks he can stop the
2             Mississippi from meandering.
3    EXAMINATION BY MR. O'DONNELL:
4         Q.   Is that what you said?
5         A.   We try, sir.
6         Q.   That's the saying; right?
7         A.   Yes, sir.
8         Q.   And before channel stabilization,
9    did you do anything --
10        A.   I came on in channel stabilization.
11        Q.   So you were channel stabilization
12   until 1998 when you started doing waterway
13   dredging?
14        A.   That's correct.
15        Q.   And since '98 you have been doing
16   waterway dredging?
17        A.   That's correct.
18        Q.   Okay.  Fine.  Were you involved at
19   all in channel stabilization for the M R G O,
20   what I call MRGO?
21        A.   No, sir, not to any great extent.
22   One particular contract, we did a maintenance
23   lift on the foreshore protection just
24   recently.
25        Q.   Can you tell me where that was?  And

1    you can step to that map and just point to it?
2         A.   Yes, sir.  Fronting -- Fronting the
3    levee system from mile  66 to 47.
4         Q.   And that's basically between Bayou
5    Bienvenu down to the Verret turn?
6         A.   Immediately above Bienvenu down to
7    the Verret turn, yes, sir.
8         Q.   Okay.  And when was this activity?
9         A.   Within the last year.
10        Q.   Since Katrina?
11        A.   Yes, sir.
12        Q.   And is this the large stones and
13   rocks that are being put along the banks?
14        A.   Along -- yes, that's correct.
15        Q.   Is it on the foreshore side?
16        A.   On the foreshore side, yes, sir.
17        Q.   That would be the northeast side --
18   the Lake Borgne side?
19        A.   Immediately along the MRGO
20   shoreline.
21        Q.   Has all -- All along the shoreline?
22        A.   Yes.
23        Q.   I'm sorry.  This is a bank
24   stabilization measure?
25        A.   That's correct.

```
 1        Q.   Okay.  I'm sorry.  And what kind of
 2   rock are you using?
 3        A.   It's limestone, top size 200 --
 4   2,200 pounds.
 5        Q.   Per rock, give or take?
 6        A.   Correct.
 7        Q.   Okay.  And has that been put all
 8   along the MRGO from mile 43 to mile 60?  I may
 9   have gotten the miles wrong, but --.
10        A.   Prior to this activity, it was
11   already existing.  This was just a repair job.
12        Q.   A repair.  Okay.  Great.  And does
13   that help stabilize the bank, the rock?
14        A.   Yes, sir.
15        Q.   Okay.  You may sit down.  Thank you
16   for telling me that.
17        A.   Certainly.
18        Q.   Dredging, the MRGO, until it was --
19   I am not saying it's closed, but until -- up
20   to Katrina, needed periodic dredging; right?
21        A.   Yes, sir.
22        Q.   What is it about the properties of
23   the MRGO that needed -- Why did it need
24   dredging?
25        A.   The entire channel?  It was just a
```