# EXHIBIT 11

# Integrated Final Report to Congress and Legislative Environmental Impact Statement

for the

# Mississippi River – Gulf Outlet Deep-Draft De-authorization Study

### Volume 1
### MAIN REPORT

by
U. S. Army Corps of Engineers
New Orleans District

### November 2007

was piled about 10 feet high and covered about 12,440 acres of marsh, 1,410 acres of wetland forest and 3,920 acres of shallow open water (USACE 1999).

It is estimated that habitat shifts caused by saline waters brought in by the MRGO might have caused the following in areas adjacent to the MRGO: 3,350 acres of fresh/intermediate marsh and 8,000 acres of cypress swamp converted to brackish marsh and 19,170 acres of brackish marsh and swamp became saline marsh (USACE 1999). Bank erosion along the MRGO has been estimated to occur at rates of between 27 and 38 feet per year on the Inland Reach (USACE 2004). Between 1964 and 1996, 5,324 acres of marsh have been lost adjacent to the MRGO channel (mile 66 to 21).

Operation and maintenance of the MRGO channel has required the construction of additional project features. Bank stabilization measures, also called foreshore protection, have been constructed along several reaches of both the north and south banks of the GIWW and Inland Reaches to prevent sloughing of the bank into the channel and to protect adjacent wetlands and levees. Bank stabilization measures exist in the following locations: 1) MRGO north bank (Miles 66-60, Miles 56 - 50.5, Miles 43 – 41, Miles 37.2 - 36.5, Miles 36.1 - 35.6, Miles 33.8 - 32.6), and 2) MRGO south bank (Miles 66-60, Miles 60 - 47, Articulated Concrete Mattress (ACM) Miles 38.9 - 38.5 and 37.3 to 36.5). In addition, Miles 23.2 to 20.8 of the north and south jetties provide foreshore protection for adjacent wetlands.

**Figure 1.2  Mississippi River-Gulf Outlet Area.**



Many disposal sites have been designated for maintenance of the MRGO Project. These include numerous upland disposal sites and beneficial use sites for wetlands restoration and nourishment. Dredged material was used beneficially from 1985 to 2003. An average of about 16 acres per year was created in the Inland Reach. Shallow open water areas on the north and south side of the jetties have been used for the placement of dredged material in a manner conducive to wetland creation. An average of about 17 acres per year was created behind the jetties. Dredged material has also been placed at an offshore feeder berm to nourish Breton Island and in shallow open water immediately adjacent to Breton Island to restore barrier island habitat destroyed by erosion and storms. About 21 acres per year was created on Breton Island. In the area behind the south jetty, LDNR has required disposal to be placed as point sources in an effort to create marsh. LDNR has also requested that point disposal areas be used at two-mile intervals across Breton Sound to attempt to create islands. These areas have been used, but no islands have been created. There is also an approximately 5,000 acre EPA-designated Ocean Dredged Material Disposal Site (ODMDS) located parallel to and south of the channel from mile 4 to mile -10. Only the portion from mile -4 to mile -10 has been recently used for disposal.

The MRGO Project features which have been discussed in the paragraphs above are illustrated on Figures 1.3, 1.4, 1.5 and 1.6.

Direct costs of construction, operation, and maintenance of the MRGO have been funded by the Federal government. These direct costs have totaled over $580 million since 1958.
The average annual operations and maintenance expenditures for the MRGO were $12.5 million (in 2000 dollars). However, following tropical storms and hurricanes, supplemental expenditures have often been required to return the MRGO to the authorized dimensions. Since 1998, the $12.5 million has not allowed for dredging of the channel to its full-authorized dimensions. The GIWW Reach has not been dredged since 1998. From 1998 to 2005, the Inland Reach was maintained to a minimum 300-foot bottom width; the Sound Reach to a minimum 450-foot bottom width; and the Bar Channel to a minimum 500-foot bottom width. There has been no channel maintenance dredging in any reach of the MRGO since Hurricane Katrina in 2005.

Sections of the MRGO experienced severe shoaling during Hurricane Katrina, leading to a current controlling channel depth of approximately 22 feet. The estimated cost to return the channel to authorized dimensions (36 feet deep by 500 foot bottom width; 38 feet deep by 600 foot bottom width in Bar Channel) is $130,444,870 based on October 2006 price levels. However, as discussed previously, for the past several years prior to Hurricane Katrina the channel has been maintained to reduced dimensions in some reaches. The estimated cost to return the channel to 36 feet deep by 300 foot bottom width in all reaches is $62,380,000 based on October 2006 price levels. For this de-authorization study, although no current plans exist to dredge the MRGO, it is important to estimate these costs for comparison purposes in evaluating future alternatives for modifying the channel.

After Hurricane Katrina, the U.S. Congress passed two laws providing funds for emergency repairs or authorizing other actions related to the MRGO navigation channel. Chapter 3, under Division B of Title I of the Department of Defense, Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act, 2006 (Public Law 109-

148) provided $75,000,000 for authorized operation and maintenance (O&M) activities along the MRGO.  Section 2304 of Chapter 3 in Title II of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006 (Public Law 109-234) clarified that these funds were to be used for "the repair, construction or provision of measures or structures necessary to protect, restore or increase wetlands, to prevent saltwater intrusion or storm surge."  The USACE currently plans to use these funds for the following project features (see Figure 1.7):

- Shoreline protection along Lake Borgne from Doullut's Canal to Jahncke's Ditch (under construction, utilizes some funds from Public Law 109-62)
-
- Shoreline protection along MRGO north bank Miles 44.4 – 39.9 (proposed, NEPA compliance complete)
-
- Shoreline protection along Lake Borgne flanking the opening of Bayou Bienvenue (proposed, NEPA compliance incomplete)

- Shoreline protection along Lake Borgne flanking the opening of Bayou Dupre (proposed, NEPA compliance incomplete)

- Shoreline protection along Lake Borgne west of Shell Beach (proposed, NEPA compliance incomplete)

- Marsh creation through dedicated dredging within the Golden Triangle (proposed, NEPA compliance incomplete)

- Marsh creation through dedicated dredging at Shell Beach (proposed, NEPA compliance incomplete)

In addition to providing funds to develop a comprehensive plan to de-authorize deep-draft navigation on the MRGO, Public Law 109-234 authorized and provided $350 million for construction of enhanced hurricane protection for the IHNC, and $170 million to armor critical areas of the levee system.  Efforts to plan and design these items are underway.