UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO | § | |
| *Robinson*, No. 06-2268 | § | |
| _____ | § | |

**NOTICE OF MANUAL ATTACHMENT**

Selected pages from Joint Exhibit 20, IPET Report (Final)

                                                          Respectfully submitted,

                                                          JEFFREY BUCHOLTZ
                                                          Acting Assistant Attorney General

                                                          PHYLLIS J. PYLES
                                                          Director, Torts Branch

                                                          JAMES G. TOUHEY, JR.
                                                          Assistant Director, Torts Branch

                                                            s/ Robin D. Smith
                                                          ROBIN D. SMITH
                                                          Senior Trial Counsel
                                                          DANIEL M. BAEZA
                                                          Trial Attorney
                                                          Torts Branch, Civil Division
                                                          U.S. Department of Justice
                                                          Benjamin Franklin Station, P.O. Box 888
                                                          Washington, D.C. 20044
                                                          (202) 616-4400 / (202) 616-5200 (Fax)
Dated: February 15, 2008                              Attorneys for the United States

## CERTIFICATE OF SERVICE

I certify that on February 15, 2008, a true copy of the foregoing Notice of Manual Attachment was served on all counsel of record by ECF.

/s/ Robin D. Smith
ROBIN D. SMITH