# EXHIBIT 27

Transcript of the Testimony of
# Richard Varuso

**Date taken:** August 22, 2006

# Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.

## Professional Shorthand Reporters, Inc.
**Phone: 504-529-5255**
**Fax: 504-529-5257**
**Email: production@psrdocs.com**
**Internet: www.psrdocs.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


PATRICK JOSEPH TURNER,         CIVIL ACTION
INDIVIDUALLY AND AS
REPRESENTATIVE OF SIMILARLY
SITUATED PERSONS
          PLAINTIFFS,

VERSUS                         NO. 05-4206


MURPHY OIL USA, INC.           SECTION "L"
          DEFENDANT            MAGISTRATE 2


    Deposition of U.S. ARMY CORPS OF
ENGINEERS, through its designated
representative, RICHARD VARUSO, Post Office
Box 60267, New Orleans, Louisiana
70160-0267, taken in the offices of Frilot
Partridge, LLC, 1100 Poydras Street, Suite
3600, New Orleans, Louisiana, on Tuesday,
the 22nd day of August, 2006.


APPEARANCES:


  NEBLETT, BEARD & ARSENAULT
  (BY:  JOHN PAUL P. OVERTON, ESQ.)
  2220 BONAVENTURE COURT
  ALEXANDRIA, LOUISIANA  71309

        - AND -

  BRUNO & BRUNO
  (BY:  JOSEPH M. BRUNO, ESQ.)
  (BY:  L. SCOTT JOANEN, ESQ.)
  855 BARONNE STREET
  NEW ORLEANS, LOUISIANA  70113

        - AND -

1  type of material.
2     Q.  And how do you monitor the
3  contractor in terms of what he or it uses?
4     A.  We'll typically perform
5  classifications over -- it will usually be,
6  for a given amount of material placed that
7  varies from contract to contract, but for a
8  given amount of cubic yards placed he is
9  required to perform classification
10  laboratory tests to determine that the
11  material he is placing is meeting the
12  specifications.
13     Q.  Is that done by the Corps going
14  out and doing sampling and sending it to a
15  Corps laboratory, or is there an outside
16  laboratory used for that?
17     A.  It's an outside laboratory that
18  the contractor acquires.
19     Q.  Now, the contracts that the
20  contractors, require that the contractors
21  use clays and silts.  Of the two materials
22  is one better than the other?
23     A.  You may have to qualify your
24  question better.  Better with respect to
25  what?

1     Q.  For constructing a levee, a
2  hurricane protection levee such as the MRGO?
3     A.  For construction, not necessarily,
4  no.
5     Q.  For withstanding the effects of
6  overtopping, is one better than the other?
7     A.  There is -- okay?
8  MR. SMITH:
9     Yes.
10  THE WITNESS:
11     There is numerous science of
12  erosion protection -- or erosion resistance,
13  some various studies.  There's a new ASCE --
14  I'm sorry, an ASTM spec that determines the
15  method to be used to determine the
16  erodibility or the erosion resistance of a
17  given soil.  There is a university that's
18  doing some similar testing.  And the type of
19  material with respect to erosion resistance
20  is just one factor in the erosion resistance
21  of a levee section as a whole.
22  EXAMINATION BY MR. KOHNKE:
23     Q.  What is the number of this ASTM
24  spec?
25     A.  I have to look it up for you.

1     Q.  Okay.  And when was this spec
2  promulgated or made available by the
3  American Society of -- what is it -- Testing
4  Materials?
5     A.  American Society for Testing and
6  Materials, that's right.
7     Q.  When was this --
8     A.  The late '90s.  I couldn't give
9  you an exact date right now.  I have to look
10  it up.
11     Q.  Prior to the late '90s and prior
12  to the introduction of this specification,
13  what sort of conclusion did the Corps reach
14  with respect to the erodibility of the soils
15  that it was choosing to use for the MRGO
16  levee system?
17     A.  Prior to?
18     Q.  Prior to the introduction of the
19  ASTM spec that you just referred to, what
20  was the standard?
21     A.  None that I'm aware of.
22     Q.  There was no standard at all?
23     A.  For erosion resistance?
24     Q.  Yes.
25     A.  None that I'm aware of.

1     Q.  Was there any understanding as to
2  the -- forget standard.  Was there any
3  understanding on the part of the Corps that
4  some soils would be more erosion resistant
5  than others?
6     A.  I have to answer that question
7  that our responsibility was to design a
8  levee to hold back water at a given
9  still-water elevation, not for overtopping.
10     Q.  Now, I want to be clear about this
11  and I want you to be clear so that I'm not
12  confused.  When you say your responsibility
13  was to design a levee that was not to be
14  overtopped, is that your conclusion or is
15  that your testimony on behalf of the Corps?
16     A.  Any -- anything -- any monies that
17  we would have spent to prevent the levee
18  from erosion because of overtopping would
19  have been against the money that we were
20  obligated to -- excuse my terms here, give
21  me a second.  Basically Congress allowed us
22  money to build levees to a given elevation.
23  Any monies we would have spent above and
24  beyond to prevent water from overtopping or
25  for elevations higher than that still-water

1  level based on that standard project
2  hurricane, we were not authorized to spend
3  money to do those types of improvements to
4  the levee.
5      If I can rephrase, if I assume the
6  levees overtopped, then I'm actually
7  assuming a still-water level higher than SPH
8  and we are not authorized to spend monies to
9  do that.
10     MR. KOHNKE:
11         I'm going to ask you to go back to
12  the previous answer given.  And then I said,
13  I want to be clear, and then I asked another
14  question and got another answer.  Would you
15  go back and read back the previous answer?
16  (Whereupon, the requested testimony was read
17         by the Court Reporter.)
18  "A.  I have to answer that question that
19  our responsibility was to design a levee to
20  hold back water at a given still-water
21  elevation, not for overtopping."
22  EXAMINATION BY MR. KOHNKE:
23     Q.  I want to go back to your previous
24  answer and try to understand it.  You said
25  that your responsibility was to design a

1  levee to hold back water in a given
2  still-water elevation.  Do you recall that
3  testimony?
4      A.  Yes.
5      Q.  When you say "still water," do you
6  mean water that is not producing waves?
7  What do you mean by still water?
8      A.  The still water is basically the
9  hydraulic analysis for that standard project
10  hurricane.  That is the elevation of the
11  water in NGVD of that given standard project
12  hurricane, the elevation of the water that
13  water -- that storm would produce.
14     Q.  But define still water.  That's
15  the part of your answer that I want you to
16  further define.
17     A.  There is -- there is --
18     Q.  What does still water mean?
19     A.  It's the storm surge that they
20  assume for that given standard project
21  hurricane, and there are waves assumed in
22  that standard -- in that still-water level.
23     Q.  So it is not what it sounds like,
24  it is not still water?
25     A.  It's not calm water.  That's just

1  the term we use.
2      Q.  Now, let's get back to the design
3  as it relates to overtopping.  I want to
4  understand.  There was a design height of
5  the MRGO levee that was designed and
6  believed to be in place prior to Hurricane
7  Katrina; is that correct?
8      A.  I'm not going to say believed to
9  be in place.
10     Q.  You knew, in fact, it was not in
11  place?
12     A.  I have to go back to seven, that
13  question.
14     MR. SMITH:
15         I think we are getting back into
16  the assessment.
17     MR. KOHNKE:
18         Okay.  You're telling -- you're
19  instructing him not to answer the question
20  as to what the Corps knew prior to Hurricane
21  Katrina about the actual height of the
22  levee, not its design but actually as it
23  existed prior to Hurricane Katrina?
24     MR. SMITH:
25         Correct.  It's not -- you are not

1  asking him about how it was designed --
2      MR. KOHNKE:
3          I'm asking him --
4      MR. SMITH:
5          -- or how it was constructed or
6  how it performed, you are asking him another
7  question.
8      MR. KOHNKE:
9          I'm asking him whether the Corps
10  understood prior to Hurricane Katrina that
11  the height of the levee that it had designed
12  was no longer at that height, it was at an
13  average of five feet lower than that height.
14     MR. SMITH:
15         Right.  And I think I instructed
16  him not to answer that question previously
17  and I will instruct him again not to answer
18  that question.
19  EXAMINATION BY MR. KOHNKE:
20     Q.  Would it be correct to say, sir,
21  that the design of a levee to hold back
22  waters assuming a certain still-water
23  elevation is no longer effective if that
24  design height no longer exists?
25     MR. SMITH: