# EXHIBIT 28

ROBERT DALRYMPLE                                    9/18/2007

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL      CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                  NO. 05-4182 "K" (2)

                            JUDGE DUVAL
PERTAINS TO:  MRGO          MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289


        Deposition of ROBERT A. DALRYMPLE,
Ph.D., 1902A Indian Head Road, Towson,
Maryland 21204, taken in the offices of
Stone, Pigman, Walther, Wittmann, L.L.C., 546
Carondelet St., New Orleans, Louisiana on
Tuesday, the 18th day of September, 2007 at
9:17 a.m.

JOHNS PENDLETON COURT REPORTERS              800 562-1285

a221aa00-2130-4e83-b193-d3a3000d5816

ROBERT DALRYMPLE                                    9/18/2007

Page 143

1    8 I referred to.

2         Q.    Right.

3         A.    So I don't know the extent that

4    they've done the time-dependent flooding of

5    the polder areas.

6         Q.    Okay.  Have you done any study to

7    determine what the surge height would have

8    been in Reach 2 if the wetlands had not been

9    destroyed?

10        A.    I have not.  IPET has done some

11   sensitivities of the ADCIRC modeling with and

12   without the wetlands.

13        Q.    Have you studied those or have an

14   opinion on those, one way or the other?

15        A.    Only to the extent that I know that

16   there's about a meter of water level

17   difference with and without the wetlands.

18        Q.    Okay.  That's their conclusion,

19   right?

20        A.    Yes.

21        Q.    But you haven't independently

22   studied that?

23        A.    No, I have not.

24        Q.    And don't have an opinion whether

25   it's good, bad or indifferent?

a221aa00-2130-4e83-b193-d3a3000d5816

ROBERT DALRYMPLE                                    9/18/2007

Page 144

1          A.    I haven't studied it myself.  I

2     would think that the ADCIRC modeling done by

3     the IPET team was fairly reasonable.

4          Q.    Again, it would be --

5          A.    It would make the right trend.  The

6     number of 1 meter would not be exactly right.

7          Q.    Right.

8          A.    I mean, there would be some

9     uncertainties with the number.

10          Q.    It could be three meters or four

11     meters, right?

12          A.    Probably not that big, but I guess

13     15, 20 percent.

14          Q.    A meter is over 3 feet, right?

15          A.    Just barely, yeah.

16          Q.    It's 39 inches?

17          A.    Yeah.  It's 3.28 feet, yes.

18          Q.    I have kids and they use metric and

19     I have no idea what they're talking about,

20     so -- and 3 feet of difference in surge made

21     the difference in terms of overtopping and

22     washing away Reach 2, correct, from what you

23     told me?

24          A.    There was -- yeah.  We know that

25     there was a significant amount of overtopping

a221aa00-2130-4e83-b193-d3a3000d5816