# EXHIBIT 31

## DECLARATION OF DR. ROBERT GLENN BEA

Robert G. Bea, under penalty of perjury, states as follows:

1. This Declaration is submitted on behalf of the Plaintiffs in *Robinson v. United States* in connection with the Flood Control Act ("FCA") immunity issues. As detailed below, this Declaration constitutes my FCA expert report concerning the composition of the materials, design, and construction, and the performance during Hurricane Katrina, of the man-made features bordering the Mississippi River- Gulf Outlet (MR-GO). In particular, this Declaration will address: (a) the condition, composition, design, and construction of man-made features along the MR-GO prior to Hurricane Katrina; (b) the performance of those features during and following Hurricane Katrina; (c) engineering forensic studies that provide insights into the reasons for breaches, failures, and overtopping that developed with respect to those features; and (d) the extent to which any of those features constitute hurricane flood protection systems for human population areas according to generally accepted engineering principles and/or the pertinent manuals, guidelines, criteria, and policies of the United States Army Corps of Engineers ("USACE"). I reserve the right to revise and supplement this Declaration in light of the fact that the USACE has not completed production of documents, has not provided Plaintiffs' counsel with usable electronic copies of numerous documents selected for production, and I have not had the opportunity to review or assess these documents. If called to testify, I could and would testify competently as follows:

2. My Declaration is divided into four sections. Section I provides an overview of my qualifications to serve as an expert on the issues discussed below. Section II provides a summary of the results of engineering forensic observations to determine the causes of the breaches, failures, and overtopping that developed with respect to the man-made features along



Figure 22: Post-Katrina photo of the same levee section shown in Figure 20 (ILIT 2006)

***Southern Side of Reach 1 of the MR-GO - GIWW***

56.     The surging waters from Hurricane Katrina also affected the southern side of Reach 1 of the MR-GO (Figures 1, 2, 14, and 15). Generally, the man-made features along this stretch performed very well during and after Hurricane Katrina. As discussed below, one of the primary reasons was that the USACE appears to have built some Levees comprised of cohesive, compactable and less erodible soils, particularly strong and erosion resistant clay. To the extent there was overtopping of the Levees along the southern side of Reach 1 of the MR-GO, this was to be expected since the maximum design elevation (NAVD 88) was generally 15 to 16.5 feet and the surge in Reach 1 rose to an elevation of about 12 to 14 feet (surge plus waves were estimated to be in the range of 13.5 to 15.5 feet). (Team Louisiana 2007). The increment of surge

42



Figure 59: Summary of results of erosion testing of EBSB and Levee soil samples (velocity of 1 m/s = 3.28 feet per second, erosion rate of 1,000 mm/hr = 3.3 feet per hour) (ILIT 2007)

119.  Given the manner in which these soils were placed, this is to be expected. Hydraulic dredging was used that would be expected to result in retention of the coarse grained materials (sands, silts, shell). There were no provisions for compaction of these soils (refer to Appendix A for more details on the construction methods). The Reach 2 EBSBs were still under construction at the time of Hurricane Katrina - almost forty years after Congress had approved construction of hurricane protection levees along the southern bank of the MR-GO. As a consequence, even though it was planned (USACE 2004), there was no substantial armoring of these levees. These EBSBs were only protected by spotty patches of grass.

91

The EBSB construction method was hydraulic fill (USACE, 1972), implying that fill materials were placed within the footprint of the levee as a fluid and no compactive effort was employed to densify the EBSB materials. Temporary dikes were constructed on either side of the levee toes to contain the hydraulic fill as it was placed within the EBSB footprint. Materials for this phase of work came from the MR-GO channel, excavated from El. -47 feet to El. -70 feet (MSL). Figure A. 15 presents the design section for this phase of work (USACE, 1972).



Source:  USACE, 1972
Figure A.15: The hydraulic fill section as specified on the project design plans.

No work on the Bayou Bienvenue and Bayou Dupre control structures had occurred at this time and were functioning in an unaltered manner. Aerial photos from 1974 do show both the Bayou Bienvenue and Dupre control structures, so construction on these components occurred between 1972 and 1974. Aerial photographs from 1974 are presented in Figures A.16 and A.17 that show these two control structures.

Figure 18 shows the project area as mapped by the USGS in 1972. A note is present on the topographic map that the Bayou Bienvenue control structure is under construction.