UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| *THIS PLEADING APPLIES TO:* BARGE | | *and consolidated cases<br>* |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram* | C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | * STANWOOD R. DUVAL |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | * |
| *Parfait v. USA* | C.A. No. 07-3500 | * MAGISTRATE JUDGE |
| *Lafarge v. USA* | C.A. No. 07-5178 | * JOSEPH C. WILKINSON, JR.<br>* |

### NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified in Schedule "A", copy attached.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENTS:**

Elmwood Marine Services
6582 Highway 44
Convent, LA 70723

**LOCATION:**

    Chaffe McCall, LLP
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163-2300

**DATE/TIME:**

    February 29, 2008 at 10:00 a.m.

    Respectfully submitted,

    /s/ Robert B. Fisher, Jr.
    Robert B. Fisher, Jr., T.A. (#5587)
    Derek A. Walker (#13175)
    Ivan M. Rodriguez (#22574)
    Parker Harrison (#27538)
    **CHAFFE MCCALL, L.L.P.**
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163-2300
    Telephone: (504) 585-7000

    Daniel A. Webb (#13294)
    **SUTTERFIELD & WEBB, LLC**
    Poydras Center
    650 Poydras Street, Suite 2715
    New Orleans, LA 70130
    Telephone: (504) 598-2715

    John D. Aldock
    Richard M. Wyner
    Mark S. Raffman
    **GOODWIN PROCTER LLP**
    901 New York Avenue, NW
    Washington, DC 20001
    Telephone: (202) 346-4240

    *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 18th day of February, 2008 served a copy of the foregoing Notice of FRCP 45 Production Request upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and property addressed.

/s/ Robert B. Fisher, Jr.

## SCHEDULE "A" TO NOTICE OF SUBPOENA TO BARGE FLEETS

1.  All documents relating to how many barges were in your fleet immediately prior to Katrina, and how many (if any) broke away during the storm.

2.  Any photographs or fleet pictures showing the fleet immediately prior to and after Katrina.

3.  Any records of recovery, whether by your fleet boat or by a third party, of barges which broke away.

4.  Any fleet boat logs of boats which were assigned to stand by during Katrina.

5.  Any document describing how barges were moored or made fast to each other before Katrina.

6.  Any emails of CG-2692 Reports to the Coast Guard, or other documents indicating or describing any breakaways of barges from your fleet during hurricane Katrina.