UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Weeks*, C.A. No. 07-00112 | | |

*   *   *   *   *   *   *   *

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes GARY M. PENDERGAST, ESQ., and on suggesting to the Court that he has been retained to represent the interest of plaintiff, B. GERALD WEEKS, in the above, entitled and numbered action and desires to enroll as counsel of record for B. GERALD WEEKS in this matter.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile:  (504) 523-0464
E-Mail:  GMPendergastLLC@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of February, 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast