UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: *Weeks*, C.A. No. 07-00112 | * | SECTION "K" (2) |
| *   *   *   *   *   *   *   * | | |

**ORDER**

CONSIDERING THE FOREGOING:

IT IS ORDERED that GARY M. PENDERGAST, ESQ., be and he is hereby permitted to enroll as counsel of record for plaintiff, B. GERALD WEEKS, in the above, entitled and numbered cause.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 18th day of February, 2008, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast