# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | | * CIVIL ACTION |
| CONSOLIDATED LITIGATION | | * |
| | | * NO. 05-4182 |
| *THIS PLEADING APPLIES TO:*  **BARGE** | | *and consolidated cases |
| | | * |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram* | C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | * STANWOOD R. DUVAL |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | * |
| *Parfait v. USA* | C.A. No. 07-3500 | * MAGISTRATE JUDGE |
| Lafarge v. USA | C.A. No. 07-5178 | * JOSEPH C. WILKINSON, JR. |
| | | * |

## MOTION TO WITHDRAW MOTION TO QUASH SUBPOENA DUCES TECUM OF  CENTANNI INVESTIGATIVE AGENCY

May it please the Court:

Lafarge North America Inc. ("LNA") hereby withdraws it Motion to Quash Subpoena Duces Tecum of Centanni Investigative Agency, set for hearing and oral argument on Wednesday, February 20, 2008, without prejudice.  LNA, and Barge plaintiffs who noticed the

1071705-1

deposition, have reached an agreement by which LNA has withdrawn the motion and Barge plaintiffs have withdrawn their request for the deposition and document production.

Respectfully submitted,

/s/ *Derek A. Walker*
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone:  (202) 346-4240
***Attorneys for Lafarge North America Inc.***

## Certificate of Service

I do hereby certify that I have on this 18th day of February, 2008 served a copy of the foregoing motion upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 18th day of February 2008.

/s/ *Derek A. Walker*

1071705-1