UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| **THIS PLEADING APPLIES TO:    BARGE** | *and consolidated cases<br>* |
| *Boutte v. Lafarge*           C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram*      C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge*       C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge*  C.A. No. 06-6299 | * STANWOOD R. DUVAL |
| *Benoit v. Lafarge*          C.A. No. 06-7516 | * |
| *Parfait v. USA*                C.A. No. 07-3500 | * MAGISTRATE JUDGE |
| *Lafarge v. USA*             C.A. No. 07-5178 | * JOSEPH C. WILKINSON, JR.<br>* |

## PROPOSED ORDER

Considering motion of Lafarge North America, Inc ("LNA") to Withdraw Motion to Quash Subpoena Duces Tecum of Centanni Investigative Agency,

IT IS HEREBY ORDERED that Lafarge North America, Inc.'s Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE

1