UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>05-4181<br>06-1885<br>06-4024<br>06-4389<br>06-5771<br>06-5786<br>06-6099<br>07-0206<br>07-3500<br>07-3612<br>07-5023<br>07-5040 | SECTION "K"(2) |

## ORDER

The Court has reviewed the Motion for Disqualification or Recusal of Judge Duval from Victims of Katrina Litigation (Doc. 10910) and finds that oral argument will not aid the Court in disposing of these motions. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument concerning the Motion for Disqualification (Doc. 10911) is **DENIED**.

New Orleans, Louisiana, this 15th day of February, 2008

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE