UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>05-4181<br>06-1885<br>06-4024<br>06-4389<br>06-5771<br>06-5786<br>06-6099<br>07-0206<br>07-3500<br>07-3612<br>07-5023<br>07-5040 | SECTION "K"(2) |

## ORDER

The Court has reviewed the Motion to Quash the Motion for Disqualification or Recusal of Judge Duval from Victims of Katrina Litigation (Doc. 11159) and finds that oral argument will not aid the Court in disposing of these motions.  Accordingly,

**IT IS ORDERED** that the Request for Oral Argument  concerning the Motion to Quash the Motion for Disqualification (Doc. 11159) is  **DENIED**.

New Orleans, Louisiana, this 18th day of February, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE