UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　CIVIL ACTION
　　　　CONSOLIDATED LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO　　　　　　　　　　　　JUDGE DUVAL
　　　　　　　　　　　　　　　　　　　　　　　MAG. WILKINSON

## ORDER

At the request of counsel for Washington Group International, Inc., Record Doc. No. 11231, and pursuant to Local Rule 78.1E, oral argument on its Motion to Compel Compliance with Third Party Subpoena, Record Doc. No. 11230, is hereby set on **MARCH 5, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this __15th__ day of February, 2008.

　　　　　　　　　　　　　　　　　　　　JOSEPH C. WILKINSON, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE