MINUTE ENTRY
WILKINSON, M.J.
February 15, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: ROAD HOME, <u>Louisiana State</u>, 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

  Oral argument was heard today concerning the Insurer Defendants' Motion for Protective Order Governing Confidential Settlement Information Provided to the State in Connection with its Review of Insurance Settlements with Road Home Grant Recipients, Record Doc. No. 10633. Participating were Calvin C. Fayard, Jr., Frank Dudenhefer, Jr., and Dan Reese, representing the State of Louisiana; Joseph N. Bruno, Plaintiffs' Liaison Counsel; Charles L. Chassaignac, IV, representing State Farm Fire and Casualty Company; Ralph S. Hubbard, III and Seth A. Schmeeckle, Defendants' Liaison

MJSTAR:   1:15

Counsel; and Richard L. Fenton and Judy Barrasso, representing Allstate Insurance Company.

The motion is taken under advisement, pending the following. No later than February 25, 2008, the parties will submit to me a joint proposed protective order or, if they cannot agree on a joint proposed protective order, a letter stating that they cannot agree, together with a single form of protective order that includes all provisions upon which they agree and highlighted inserts of those provisions that remain in dispute.

If they cannot agree, no later than March 3, 2008, the insurer defendants will file a supplemental memorandum in support of their motion, which includes evidence to support their arguments. The State of Louisiana may file a reply no later than March 10, 2007. The motion will thereafter be decided on the record without additional oral argument.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.