MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 15, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: ROAD HOME, Louisiana State, 07-5528     JUDGE DUVAL
                                                                              MAG. WILKINSON

A status conference was held today concerning issues connected with settlements of insurance cases with Road Home grant recipients involving mortgage lender interests. Representatives of various mortgage companies were present. Presentations of the issues were made by Joseph M. Bruno, Plaintiffs' Liaison Counsel; Calvin C. Fayard, Jr., Frank Dudenhefer, Jr., and Dan Reese, representing the State of Louisiana; and Ralph S. Hubbard, III and Seth A. Schmeeckle, Defendants' Liaison Counsel. No court action was taken.

                                                          JOSEPH C. WILKINSON, JR.
                                                       UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:   1:15