UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

| | |
|---|---|
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait Family v. USA* | C.A. No. 07-3500 |
| *Lafarge v. USA* | C.A. No. 07-5178 |

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Lafarge North America's Motion to Quash Subpoena Duces Tecum Served on Centanni Investigative Agency, Record Doc. No. 11037

O R D E R E D:

 XXX : DISMISSED AS MOOT.  Movant's counsel, Derek Walker, has advised the court that the parties have resolved their discovery dispute.  Accordingly, the motion is moot.

New Orleans, Louisiana, this   19th   day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE