UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.    05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| | * | |
| * * * * * * * * * * * * * * * * | | |

ORDER GRANTING AN EXPEDITED HEARING

**IT IS ORDERED** that an expedited hearing of the Plaintiffs' Liaison Counsel 's Motion for Disqualification or Recusal of Judge Duval From Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality, (Document No. 10910) be and hereby is **GRANTED**, and will be SUBMITTED ON THE PAPERS on February 20, 2008 at 9:30 a.m.  Opposition thereto shall be filed no later than Wednesday, February 20, 2008 at 5:00 p.m.

New Orleans, Louisiana, this 18th day of February, 2008.

_____
UNITED STATES JUDGE