**EXHIBIT C**

**Treeby, William D.**

---

**To:**     Treeby, William D.
**Subject:** FW: OCD documents

---

**From:** Treeby, William D.
**Sent:** Wednesday, January 09, 2008 3:49 PM
**To:** 'Hardin, Pauline'
**Subject:** RE: OCD documents

Pauline,

   Thanks for your prompt response.  I did remember we worked out an arrangement, but did not remember the details--we have several outstanding subpoenas.  With regard to confidentiality I was under the impression that the program had addressed that in other cases prior to this, is that the case? If so we could use that as a model or template for a confidentiality order here, assuming an order (as opposed to an agreement) is acceptable.  If not, we need to know your requirements to draft an order, or if you wish to draft it I feel certain we could agree to reasonable terms.  In that connection (and you probably know this) some of the magistrates (recently Judge Roby) are getting particular about the details contained in such orders, but we would need to start with what you believe you need.

   WTreeby

William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

---

**This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.**

---

**From:** Hardin, Pauline [mailto:phardin@joneswalker.com]
**Sent:** Wednesday, January 09, 2008 3:43 PM
**To:** Treeby, William D.; Drew, Michael
**Subject:** RE: OCD documents

We agreed to provide the documents to you by January 18, 2008. I received some documents today and we are checking to see if there are any others. I anticipate we should be able to give you the documents on the two class representatives by January 18, 2008 as agreed.  Before giving you the documents, however, we are going to have to agree on confidentiality. I believe your firm told us that a protective order was in place in federal court, but that upon review you did not think it would apply to these documents. Let's work toward getting an order in place before January 18, 2008 to avoid any delay in the production. Perhaps a telecon would be in order. I'd like a better idea of what the documents are for so

we can work with you to draft a meaningful protective order. We previously provided policies to you which you were going to review. When are you available to talk?


Pauline F. Hardin
Jones Walker
201 St. Charles Ave.
49th Floor
New Orleans, La. 70130
504-582-8110
504-582-8011 (fax)


This transmission is from a law firm and is only for the party to whom it is addressed.  It may contain material that is privileged, confidential, or protected as attorney work product.  Any use, dissemination, or copying of this transmission by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately and return this transmission to the sender and delete and/or destroy any copies.