# EXHIBIT D



"Drew, Michael"
&lt;mdrew@joneswalker.com&gt;

12/21/2007 10:13 AM

To  "Treeby, William D." &lt;wtreeby@stonepigman.com&gt;, "Hardin, Pauline" &lt;phardin@joneswalker.com&gt;
cc  "Wager-Zito, Adrian" &lt;adrianwagerzito@jonesday.com&gt;, "Shannon M Kasley" &lt;smkasley@JonesDay.com&gt;
bcc
Subject  In re Katrina Canal Breaches (MRGO) -- Office of Community Development Subpoena

Bill,

This email is just to confirm the agreements we reached yesterday with respect to your 11/27/07 subpoena directed to the Louisiana Office of Community Development ("OCD"). As you know, we represent ICF, the contractor managing the Road Home program for OCD. OCD has directed us to coordinate the response to your subpoena.

1. We emailed you the link to the Road Home policies and procedures currently available online. Should you need additional policies, you'll contact us and we'll work to provide those additional policy documents.

2. You have provided us with the names of the class representatives in the MRGO suit. We will work to compile the Road Home files for each of these individuals. We have agreed to use our best efforts to produce them by January 18, 2008. We'll contact you in advance should we require additional time.

3. After you've had a chance to review the class rep Road Home files, we'll again meet to discuss what other information you need from OCD and ICF. As we discussed, one possibility may be to have OCD and ICF produce lists or spreadsheets identifying certain applicant data in lieu of producing entire applicant files.

We look forward to working with you on this matter.

Kind regards,
Mike

*Michael C. Drew*
Jones, Walker, Waechter, Poitevent, Carrere & Denegre L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170
(504) 582-8318
(504) 589-8318 (fax)

---

The contents of this email may be privileged and/or confidential. If you believe that you have received this message in error, please contact Michael C. Drew at mdrew@joneswalker.com.