# EXHIBIT E



"Treeby, William D." &lt;wtreeby@stonepigman.com&gt;

12/21/2007 12:23 PM

To "Drew, Michael" &lt;mdrew@joneswalker.com&gt;, "Hardin, Pauline" &lt;phardin@joneswalker.com&gt;
cc "Wager-Zito, Adrian" &lt;adrianwagerzito@jonesday.com&gt;, "Shannon M Kasley" &lt;smkasley@JonesDay.com&gt;
bcc
Subject RE: In re Katrina Canal Breaches (MRGO) -- Office of Community Development Subpoena

Michael,

We agree with the points in your e-mail confirming our conversation, but we need to be cognizant of the need to bring ourselves within the protective order previously entered by consent before Judge Wilkinson in the Barge category of cases. I will be discussing this with liaison counsel and then to confect a means of bringing ourselves within that order.

WTreeby


William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail &lt;wtreeby@stonepigman.com&gt;

**IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, please be informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.  For more information about this notice, please visit http://www.stonepigman.com/news/showNews.html?id=73.**

---

**This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.**


**From:** Drew, Michael [mailto:mdrew@joneswalker.com]
**Sent:** Friday, December 21, 2007 9:13 AM
**To:** Treeby, William D.; Hardin, Pauline

**Cc:** Wager-Zito, Adrian; Shannon M Kasley
**Subject:** In re Katrina Canal Breaches (MRGO) -- Office of Community Development Subpoena

Bill,

This email is just to confirm the agreements we reached yesterday with respect to your 11/27/07 subpoena directed to the Louisiana Office of Community Development ("OCD"). As you know, we represent ICF, the contractor managing the Road Home program for OCD. OCD has directed us to coordinate the response to your subpoena.

1. We emailed you the link to the Road Home policies and procedures currently available online. Should you need additional policies, you'll contact us and we'll work to provide those additional policy documents.

2. You have provided us with the names of the class representatives in the MRGO suit. We will work to compile the Road Home files for each of these individuals. We have agreed to use our best efforts to produce them by January 18, 2008. We'll contact you in advance should we require additional time.

3. After you've had a chance to review the class rep Road Home files, we'll again meet to discuss what other information you need from OCD and ICF. As we discussed, one possibility may be to have OCD and ICF produce lists or spreadsheets identifying certain applicant data in lieu of producing entire applicant files.

We look forward to working with you on this matter.

Kind regards,
Mike

*Michael C. Drew*
Jones, Walker, Waechter, Poitevent, Carrere & Denegre L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170
(504) 582-8318
(504) 589-8318 (fax)

The contents of this email may be privileged and/or confidential. If you believe that you have received this message in error, please contact Michael C. Drew at mdrew@joneswalker.com.