**MINUTE ENTRY**
**DUVAL, J.**
**February 15, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

                                     NO. 05-4182

PERTAINS TO: INSURANCE             SECTION "K"(2)

Attending a status conference held this day concerning State Farm's interest in terminating those claims based on the inapplicability of the water damage exclusion in all cases pending in the Insurance Umbrella founded on the Court's ruling in *Chehardy* which was subsequently affirmed by the United States Court for the Fifth Circuit were:

> Chase Chassignac and David Strauss for State Farm;
> Seth Schmeeckle for other insurers; and
> Joe Bruno, Scott Joanen, Frank Dudenhefer, and Calvin Fayard for plaintiffs.

It was agreed among counsel that State Farm, Hartford and any other relevant insurer would identify all those cases for which a motion to dismiss claims based on the applicability of the water damage exclusion would be appropriate and provide such a list to plaintiffs' counsel. Plaintiffs' counsel will then coordinate with defense counsel to propose to the Court the proper method for disposing of these claims along the lines of the "me too" motions filed with respect to the contractors and engineers.   Accordingly,

**IT IS ORDERED** that a proposed order shall be filed with the Court no later than March 7, 2008 concerning disposition of these insurance claims.

Also discussed was an initiative to settle in a global manner all insurance claims.  The parties expressed an interest in pursuing this possibility and confecting a case management order to that end.  Accordingly,

**IT IS FURTHER ORDERED** that the parties shall provide the Court with a written report concerning the progress on this endeavor no later than March 17, 2008.

JS-10: 30 mins.