UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: K<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br>INSURANCE: 06-03992 (Balfour) | MAGISTRATE: 2<br>MAG. JOSEPH C. WILKINSON, JR. |

## EXPARTE MOTION TO BIFURCATE

NOW INTO COURT, through undersigned counsel, comes Defendant, The Hanover Insurance Company, and in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for the entry of an Order bifurcating the referenced proceeding captioned, "*Bruce Balfour and Nancy Balfour v. The Hanover Insurance Company*," Civil Action No. 06-3992, from the consolidated litigation and referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order in accordance with the provisions of Case Management Order No. 4, Section VII.

Respectfully Submitted:

s/LaDonna G. Wilson
**Seth A. Schmeeckle, T.A., La. Bar No. 27076**
**LaDonna G. Wilson, La. Bar No. 28814**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2008 a copy of the foregoing HANOVER'S MOTION TO BIFURCATE was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

mlandry@landryswarr.com
fswarr@landryswarr.com
sschmeeckle@lawla.com

dcannella@landryswarr.com
rhubbard@lawla.com
lwilson@lawla.com

by operation of the court's electronic filing system.

s/LaDonna G. Wilson

-2-