**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:  KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAGISTRATE WILKINSON** |
| **FILED IN:**    **07-5356, 07-5347, 07-5350, 07-5254,** | * | |
| **07-5286, 07-5375, 07-5366, 07-5355,** | * | |
| **07-5339, 07-5344, 07-5343, 07-5327,** | * | |
| | * | |
| **PERTAINS TO MARRERO LAND, WETCO** | * | |
| **ENTERCOMM COMMUNICATIONS, CII** | * | |
| **CARBON, INC., UNIVERSAL HEALTH** | * | |
| **SERVICES, KAREN BELL, WHITE, III,** | * | |
| **DR. FREDERICK KEPPEL, LIBERTY BANK** | * | |
| **AND TRUST COMPANY, HAROLD SLOAN** | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**MOTION TO ADOPT DEFENDANT**
**SEWAGE AND WATER BOARD'S 12(b)(6)**
**MOTION TO DISMISS OR IN THE ALTERNATIVE**
**DISMISS DUPLICATIVE MOTIONS BASED UPON LIS PENDENS**

**NOW INTO COURT**, through undersigned counsel, comes defendant Lake Borgne

Basin Levee District, who respectfully moves this Honorable Court to issue an Order allowing it

to adopt and incorporate as if copied herein *in extenso* the 12(b)(6) Motion to Dismiss filed on

behalf of Defendant Sewage and Water Board ("SWB").  In the event this Honorable Court

denies the 12(b)(6) Motion to Dismiss filed on behalf of SWB, defendant requests that plaintiffs'

duplicative actions be dismissed based upon the doctrine of lis pendens, as is more fully set forth

in the attached memorandum.

**WHEREFORE**, Defendant Lake Borgne Basin Levee District Prays that this Honorable

Court issue an Order allowing it to adopt the 12(b)(6) Motion to Dismiss filed on behalf of

Defendant Sewage and Water Board Motion.  In the event Defendant Sewage and Water Board's

12(b)(6) Motion is denied, Lake Borgne Levee District prays that the Court maintain its Motion

to Dismiss plaintiffs' duplicative suits based on the doctrine of lis pendens.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON,
   PFISTER & WEINSTOCK**

*S/Jennifer M. Morris*

_____
**ANDREW D. WEINSTOCK (#18495)**
**JENNIFER M. MORRIS (#29936)**
3838 N. Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
**ATTORNEY FOR BOARD OF COMMISSIONERS FOR
THE LAKE BORGNE BASIN LEVEE DISTRICT**

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2008, a copy of the foregoing Board of Commissioners for the Lake Borgne Basin Levee District was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

*S/Jennifer M. Morris*
_____
**JENNIFER M. MORRIS (#29936)**