UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| FILED IN:   07-5356, 07-5347, 07-5350, 07-5254, | * | |
|                     07-5286, 07-5375, 07-5366, 07-5355, | * | |
|                     07-5339, 07-5344, 07-5343, 07-5327, | * | |
| | * | |
| PERTAINS TO MARRERO LAND, WETCO | * | |
| ENTERCOMM COMMUNICATIONS, CII | * | |
| CARBON, INC., UNIVERSAL HEALTH | * | |
| SERVICES, KAREN BELL, WHITE, III, | * | |
| DR. FREDERICK KEPPEL, LIBERTY BANK | * | |
| AND TRUST COMPANY, HAROLD SLOAN | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on defendant, Sewage and Water Board's 12(b)(6) Motion to Dismiss or In the Alternative Dismiss Duplicative Motions Based Upon Lis Pendens is hereby set on the 5th day of March, 2008 at 9:30 a.m., before the Honorable Stanwood R. Duval, Jr., United States District Court Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

                                                                             _____
                                                                             **JUDGE STANWOOD R. DUVAL, JR.
                                                                             SECTION "K"**