UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
|     ALL LEVEE | § | |
|     ALL MRGO | § | |
|     ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| AFW-127-000000009 | to | AFW-127-000000010; |
| AFW-408-000001747 | to | AFW-408-000001748; |
| AFW-408-000001770 | to | AFW-408-000001782; |
| AFW-408-000001810 | to | AFW-408-000001827; |
| AFW-408-000001890 | to | AFW-408-000001890; |
| NED-013-000000882 | to | NED-013-000001009; |
| NED-013-000001010 | to | NED-013-000001055; |
| NED-015-000000150 | to | NED-015-000000164; |
| NED-015-000000311 | to | NED-015-000000337; |
| NED-015-000000348 | to | NED-015-000000354; |
| NED-015-000000451 | to | NED-015-000000451; |
| NED-015-000000561 | to | NED-015-000000562; |
| NED-015-000000565 | to | NED-015-000000566; |

| | | |
|---|---|---|
| NED-015-000000692 | to | NED-015-000000757; |
| NED-015-000000832 | to | NED-015-000000832; |
| NED-015-000000833 | to | NED-015-000000833; |
| NED-015-000000835 | to | NED-015-000000853; |
| NED-015-000000891 | to | NED-015-000000892; |
| NED-015-000000894 | to | NED-015-000000899; |
| NED-053-000000322 | to | NED-053-000000325; |
| NED-053-000000326 | to | NED-053-000000329; |
| NED-053-000000364 | to | NED-053-000000383; |
| NED-053-000001569 | to | NED-053-000001586; |
| NED-095-000000883 | to | NED-095-000001091; |
| NED-100-000001144 | to | NED-100-000001696; |
| NED-104-000000006 | to | NED-104-000000131; |
| NED-104-000000144 | to | NED-104-000000163; |
| NED-104-000000167 | to | NED-104-000000170; |
| NED-104-000000190 | to | NED-104-000000193; |
| NED-105-000000386 | to | NED-105-000000449; |
| NED-131-000000061 | to | NED-131-000000077; |
| NED-150-000000009 | to | NED-150-000000011; |
| NED-150-000000028 | to | NED-150-000000029; |
| NED-150-000000031 | to | NED-150-000000036; |
| NED-150-000000058 | to | NED-150-000000064; |
| NED-150-000000083 | to | NED-150-000000086; |
| NED-150-000000089 | to | NED-150-000000089; |
| NED-150-000000119 | to | NED-150-000000119; |
| NED-150-000000210 | to | NED-150-000000212; |
| NED-150-000000217 | to | NED-150-000000224; |
| NED-150-000001116 | to | NED-150-000001126; |
| NED-150-000001654 | to | NED-150-000001655; |
| NED-150-000001663 | to | NED-150-000001671; |
| NED-150-000001689 | to | NED-150-000001692; |
| NED-150-000001695 | to | NED-150-000001695; |
| NED-150-000002542 | to | NED-150-000002550; |
| NED-152-000000108 | to | NED-152-000000111; |
| NED-152-000000383 | to | NED-152-000000393; |
| NED-152-000000670 | to | NED-152-000000679; |
| NED-152-000000957 | to | NED-152-000000967; |
| NED-152-000001151 | to | NED-152-000001166; |
| NED-152-000002356 | to | NED-152-000002364; |
| NED-152-000003171 | to | NED-152-000003256; |
| NED-248-000000001 | to | NED-248-000000281; |
| NED-251-000000001 | to | NED-251-000000282; |
| NOP-002-000000129 | to | NOP-002-000000332; |

| | | |
|---|---|---|
| NOP-002-000000465 | to | NOP-002-000000634; |
| NOP-002-000002065 | to | NOP-002-000002065; |
| NOP-002-000002084 | to | NOP-002-000002086; |
| NOP-002-000002107 | to | NOP-002-000002107; |
| NOP-010-000000002 | to | NOP-010-000000003; |
| NOP-010-000000049 | to | NOP-010-000000049; |
| NOP-010-000000054 | to | NOP-010-000000054; |
| NOP-010-000000114 | to | NOP-010-000000115; |
| NOP-010-000000218 | to | NOP-010-000000218; |
| NOP-010-000000603 | to | NOP-010-000000604; |
| NOP-010-000000652 | to | NOP-010-000000658; |
| NOP-010-000000667 | to | NOP-010-000000674; |
| NOP-010-000001177 | to | NOP-010-000001178; |
| NOP-010-000001483 | to | NOP-010-000001500; |
| NOP-014-000000003 | to | NOP-014-000000004; |
| NOP-014-000000771 | to | NOP-014-000000772; |
| NOP-014-000000908 | to | NOP-014-000000912; |
| NOP-014-000000915 | to | NOP-014-000000920; |
| NOP-014-000001024 | to | NOP-014-000001028; |
| NOP-016-000001752 | to | NOP-016-000001753; |
| NOP-016-000002040 | to | NOP-016-000002041; |
| NOP-016-000002045 | to | NOP-016-000002046; |
| NOP-016-000002766 | to | NOP-016-000002767; |
| NOP-022-000003180 | to | NOP-022-000003186; |
| NPM-002-000000001 | to | NPM-002-000000188; |
| NPM-002-000000211 | to | NPM-002-000000264; |
| NPM-002-000000272 | to | NPM-002-000000386; |
| NPM-002-000000387 | to | NPM-002-000000408; |
| NPM-002-000000409 | to | NPM-002-000000416; |
| NPM-002-000000417 | to | NPM-002-000000434; |
| NPM-002-000000435 | to | NPM-002-000000449; |
| NPM-002-000000450 | to | NPM-002-000000453; |
| NPM-002-000000467 | to | NPM-002-000000470; |
| NPM-002-000000472 | to | NPM-002-000000473; |
| NPM-002-000000476 | to | NPM-002-000000477; |
| NPM-002-000000481 | to | NPM-002-000000481; |
| NPM-002-000000485 | to | NPM-002-000000488; |
| NPM-002-000000495 | to | NPM-002-000000654; |
| NPM-002-000000656 | to | NPM-002-000000659; |
| NPM-002-000000664 | to | NPM-002-000000664; |
| NPM-002-000000665 | to | NPM-002-000000665; |
| NPM-002-000000667 | to | NPM-002-000000667; |
| NPM-002-000000668 | to | NPM-002-000000668; |

| | | |
|---|---|---|
| NPM-002-000000670 | to | NPM-002-000000673; |
| NPM-002-000000677 | to | NPM-002-000000684; |
| NPM-002-000000687 | to | NPM-002-000000687; |
| NPM-002-000000688 | to | NPM-002-000000692; |
| NPM-002-000000711 | to | NPM-002-000000720; |
| NPM-002-000002401 | to | NPM-002-000002412; |
| NPM-003-000000063 | to | NPM-003-000000090; |
| NPM-003-000000091 | to | NPM-003-000000104; |
| NPM-003-000000105 | to | NPM-003-000000126; |
| NPM-003-000000127 | to | NPM-003-000000130; |
| NPM-003-000000131 | to | NPM-003-000000141; |
| NPM-003-000000153 | to | NPM-003-000000170; |
| NPM-003-000000997 | to | NPM-003-000000998; |
| NPM-003-000001177 | to | NPM-003-000001196; |
| NPM-003-000001203 | to | NPM-003-000001210; |
| NPM-003-000001215 | to | NPM-003-000001228; |
| NPM-003-000001642 | to | NPM-003-000001642; |
| NPM-003-000001644 | to | NPM-003-000001647; |
| NPM-003-000001749 | to | NPM-003-000001749; |
| NPM-003-000001773 | to | NPM-003-000001776; |
| NPM-003-000001779 | to | NPM-003-000001779; |
| NPM-003-000001789 | to | NPM-003-000001789; |
| NPM-003-000001795 | to | NPM-003-000001795; |
| NPM-003-000001801 | to | NPM-003-000001801; |
| NPM-003-000001814 | to | NPM-003-000001814; |
| NPM-003-000001818 | to | NPM-003-000001818; |
| NPM-003-000001826 | to | NPM-003-000001826; |
| NPM-003-000001827 | to | NPM-003-000001827; |
| NPM-003-000001834 | to | NPM-003-000001843; |
| NPM-003-000001958 | to | NPM-003-000001961; |
| NPM-003-000001967 | to | NPM-003-000001967; |
| NPM-003-000001998 | to | NPM-003-000001998; |
| NPM-003-000002001 | to | NPM-003-000002001; |
| NPM-003-000002349 | to | NPM-003-000002352; |
| NPM-003-000002353 | to | NPM-003-000002353; |
| NPM-003-000002354 | to | NPM-003-000002354; |
| NPM-003-000002355 | to | NPM-003-000002356; |
| NPM-003-000002357 | to | NPM-003-000002360; |
| NPM-003-000002374 | to | NPM-003-000002375; |
| NPM-003-000002376 | to | NPM-003-000002377; |
| NPM-003-000002378 | to | NPM-003-000002378; |
| NPM-003-000002379 | to | NPM-003-000002379; |
| NPM-003-000002382 | to | NPM-003-000002382; |

| | | |
|---|---|---|
| NPM-003-000002383 | to | NPM-003-000002386; |
| NPM-003-000002388 | to | NPM-003-000002390; |
| NPM-003-000002400 | to | NPM-003-000002405; |
| NPM-003-000002430 | to | NPM-003-000002430; |
| NPM-003-000002433 | to | NPM-003-000002434; |
| NPM-003-000002435 | to | NPM-003-000002436; |
| NPM-003-000002443 | to | NPM-003-000002443; |
| NPM-003-000002458 | to | NPM-003-000002463; |
| NPM-003-000002545 | to | NPM-003-000002567; |
| NPM-003-000002631 | to | NPM-003-000002633; |
| NPM-003-000002656 | to | NPM-003-000002667; |
| NPM-003-000002728 | to | NPM-003-000002738; |
| NPM-003-000002758 | to | NPM-003-000002762; |
| NPM-003-000002768 | to | NPM-003-000002768; |
| NPM-003-000002890 | to | NPM-003-000002901; |
| NPM-003-000002903 | to | NPM-003-000002916; |
| NPM-003-000002917 | to | NPM-003-000002919; |
| NPM-003-000002920 | to | NPM-003-000003054; |
| NPM-003-000003158 | to | NPM-003-000003165; |
| NPM-003-000003371 | to | NPM-003-000003371; |
| NPM-003-000003482 | to | NPM-003-000003540; |
| NPM-003-000003541 | to | NPM-003-000003542; |
| NPM-003-000003543 | to | NPM-003-000003553; |
| NPM-003-000003566 | to | NPM-003-000003576; |
| NPM-005-000000213 | to | NPM-005-000000213; |
| NPM-005-000000214 | to | NPM-005-000000216; |
| NPM-005-000000217 | to | NPM-005-000000218; |
| NPM-005-000000219 | to | NPM-005-000000219; |
| NPM-005-000000220 | to | NPM-005-000000220; |
| NPM-005-000000221 | to | NPM-005-000000226; |
| NPM-005-000000227 | to | NPM-005-000000227; |
| NPM-005-000000228 | to | NPM-005-000000228; |
| NPM-005-000000230 | to | NPM-005-000000233; |
| NPM-005-000000234 | to | NPM-005-000000245; |
| NPM-005-000000278 | to | NPM-005-000000278; |
| NPM-005-000000301 | to | NPM-005-000000301; |
| NPM-005-000000308 | to | NPM-005-000000326; |
| NPM-005-000000332 | to | NPM-005-000000336; |
| NPM-005-000000445 | to | NPM-005-000000458; |
| NPM-005-000000459 | to | NPM-005-000000459; |
| NPM-005-000000493 | to | NPM-005-000000494; |
| NPM-005-000000498 | to | NPM-005-000000503; |
| NPM-005-000000505 | to | NPM-005-000000506; |

| | | |
|---|---|---|
| NPM-005-000000511 | to | NPM-005-000000511; |
| NPM-005-000000512 | to | NPM-005-000000534; |
| NPM-005-000000542 | to | NPM-005-000000545; |
| NPM-005-000000553 | to | NPM-005-000000556; |
| NPM-005-000000861 | to | NPM-005-000000861; |
| NPM-005-000000868 | to | NPM-005-000000870; |
| NPM-005-000000897 | to | NPM-005-000000899; |
| NPM-005-000000905 | to | NPM-005-000000906; |
| NPM-005-000000969 | to | NPM-005-000000983; |
| NPM-005-000000986 | to | NPM-005-000000986; |
| NPM-005-000000988 | to | NPM-005-000000988; |
| NPM-005-000000990 | to | NPM-005-000000990; |
| NPM-005-000001144 | to | NPM-005-000001149; |
| NPM-005-000001161 | to | NPM-005-000001161; |
| NPM-005-000001166 | to | NPM-005-000001166; |
| NPM-005-000001198 | to | NPM-005-000001198; |
| NPM-005-000001281 | to | NPM-005-000001281; |
| NPM-005-000001286 | to | NPM-005-000001286; |
| NPM-005-000001301 | to | NPM-005-000001301; |
| NPM-005-000001302 | to | NPM-005-000001302; |
| NPM-005-000001314 | to | NPM-005-000001314; |
| NPM-005-000001315 | to | NPM-005-000001315; |
| NPM-005-000001317 | to | NPM-005-000001317; |
| NPM-005-000001318 | to | NPM-005-000001318; |
| NPM-005-000001319 | to | NPM-005-000001319; |
| NPM-005-000001332 | to | NPM-005-000001332; |
| NPM-005-000001333 | to | NPM-005-000001334; |
| NPM-005-000001338 | to | NPM-005-000001343; |
| NPM-005-000001364 | to | NPM-005-000001365; |
| NPM-005-000001368 | to | NPM-005-000001372; |
| NPM-005-000001375 | to | NPM-005-000001375; |
| NPM-005-000001395 | to | NPM-005-000001401; |
| NPM-005-000001402 | to | NPM-005-000001402; |
| NPM-005-000001403 | to | NPM-005-000001403; |
| NPM-005-000001409 | to | NPM-005-000001412; |
| NPM-005-000001414 | to | NPM-005-000001414; |
| NPM-005-000001419 | to | NPM-005-000001420; |
| NPM-005-000001499 | to | NPM-005-000001501; |
| NPM-005-000001515 | to | NPM-005-000001518; |
| NPM-005-000001546 | to | NPM-005-000001547; |
| NPM-005-000001596 | to | NPM-005-000001596; |
| NPM-005-000001597 | to | NPM-005-000001597; |
| NPM-005-000001599 | to | NPM-005-000001599; |

NPM-005-000001600 to NPM-005-000001600;
NPM-005-000001602 to NPM-005-000001602;
NPM-005-000001606 to NPM-005-000001606;
NPM-005-000001661 to NPM-005-000001663;
NPM-005-000001676 to NPM-005-000001676;
NPM-005-000001677 to NPM-005-000001677;
NPM-005-000001686 to NPM-005-000001686;
NPM-005-000001687 to NPM-005-000001687;
NPM-005-000001776 to NPM-005-000001777;
NPM-007-000001141 to NPM-007-000001187;
NPM-008-000000186 to NPM-008-000000189;
NPM-008-000000259 to NPM-008-000000262;
NPM-008-000000445 to NPM-008-000000445;
NPM-008-000000482 to NPM-008-000000482;
NPM-008-000000507 to NPM-008-000000509;
NPM-008-000000510 to NPM-008-000000516;
NPM-008-000000520 to NPM-008-000000521;
NPM-008-000000522 to NPM-008-000000535;
NPM-008-000000536 to NPM-008-000000536;
NPM-008-000000537 to NPM-008-000000537;
NPM-008-000000730 to NPM-008-000000735;
NPM-008-000001055 to NPM-008-000001059;
NPM-008-000001257 to NPM-008-000001259;
NPM-008-000001266 to NPM-008-000001269;
NPM-008-000001292 to NPM-008-000001292;
NPM-008-000001308 to NPM-008-000001311;
NPM-008-000001346 to NPM-008-000001351;
NPM-008-000001354 to NPM-008-000001359;
NPM-008-000001361 to NPM-008-000001361;
NPM-008-000001368 to NPM-008-000001381;
NPM-008-000001468 to NPM-008-000001471;
NPM-008-000001503 to NPM-008-000001516;
NPM-008-000001524 to NPM-008-000001527;
NPM-008-000001530 to NPM-008-000001550;
NPM-008-000001551 to NPM-008-000001551;
NPM-008-000001561 to NPM-008-000001563;
NPM-008-000001564 to NPM-008-000001576;
NPM-008-000001749 to NPM-008-000001749;
NPM-008-000001788 to NPM-008-000001788;
NPM-008-000001789 to NPM-008-000001861;
NPM-008-000002151 to NPM-008-000002155;
NPM-008-000002186 to NPM-008-000002188;
NPM-008-000002389 to NPM-008-000002389;

NPM-008-000002392 to NPM-008-000002396;
NPM-008-000002456 to NPM-008-000002461;
NPM-008-000002479 to NPM-008-000002494;
NPM-008-000002500 to NPM-008-000002501;
NPM-008-000002505 to NPM-008-000002518;
NPM-008-000002521 to NPM-008-000002523;
NPM-008-000002537 to NPM-008-000002538;
NPM-008-000002541 to NPM-008-000002545;
NPM-008-000003360 to NPM-008-000003368;
NPM-008-000003372 to NPM-008-000003380;
NPM-008-000003385 to NPM-008-000003392;
NPM-008-000003393 to NPM-008-000003397;
NPM-008-000003464 to NPM-008-000003465;
NPM-008-000003476 to NPM-008-000003477;
NPM-008-000003491 to NPM-008-000003501;
NPM-008-000003502 to NPM-008-000003502;
NPM-008-000003538 to NPM-008-000003538;
NPM-008-000003549 to NPM-008-000003549;
NPM-008-000003553 to NPM-008-000003565;
NPM-008-000003626 to NPM-008-000003627;
NPM-008-000003636 to NPM-008-000003637;
NPM-008-000003655 to NPM-008-000003656;
NPM-008-000003681 to NPM-008-000003682;
NPM-008-000003687 to NPM-008-000003688;
NPM-009-000000010 to NPM-009-000000010;
NPM-009-000000882 to NPM-009-000000885;
NPM-009-000000886 to NPM-009-000000890;
NPM-009-000000891 to NPM-009-000000893;
NPM-009-000000900 to NPM-009-000000904;
NPM-009-000001009 to NPM-009-000001009;
NPM-009-000001011 to NPM-009-000001015;
NPM-009-000001016 to NPM-009-000001020;
NPM-009-000001022 to NPM-009-000001025;
NPM-009-000001052 to NPM-009-000001052;
NPM-010-000001406 to NPM-010-000001470;
NPM-010-000001471 to NPM-010-000001522;
NPM-010-000001523 to NPM-010-000001538;
NPM-010-000001539 to NPM-010-000001554;
NPM-010-000001555 to NPM-010-000001566;
NPM-010-000001567 to NPM-010-000001604;
NPM-010-000001605 to NPM-010-000001617;
NPM-010-000001618 to NPM-010-000001629;
NPM-010-000001630 to NPM-010-000001641;

| | | |
|---|---|---|
| NPM-010-000001642 | to | NPM-010-000001680; |
| NPM-010-000001681 | to | NPM-010-000002083; |
| NPM-010-000002084 | to | NPM-010-000002179; |
| NPM-010-000002180 | to | NPM-010-000002331; |
| NPM-010-000002485 | to | NPM-010-000002724; |
| NPM-010-000003123 | to | NPM-010-000003123; |
| NPM-010-000003202 | to | NPM-010-000003202; |
| NPM-010-000003209 | to | NPM-010-000003209; |
| NPM-010-000003215 | to | NPM-010-000003215; |
| NPM-010-000003219 | to | NPM-010-000003219; |
| NPM-011-000000225 | to | NPM-011-000000225; |
| NPM-011-000000244 | to | NPM-011-000000248; |
| NPM-011-000000290 | to | NPM-011-000000290; |
| NPM-011-000000517 | to | NPM-011-000000517; |
| NPM-011-000000535 | to | NPM-011-000000535; |
| NPM-011-000000561 | to | NPM-011-000000561; |
| NPM-011-000000649 | to | NPM-011-000000649; |
| NPM-011-000000793 | to | NPM-011-000000798; |
| NPM-011-000000801 | to | NPM-011-000000801; |
| NPM-011-000002411 | to | NPM-011-000002412; |
| NPM-011-000002963 | to | NPM-011-000002968; |
| NPM-011-000003324 | to | NPM-011-000003324; |
| NPM-011-000003341 | to | NPM-011-000003343; |
| NPM-011-000003365 | to | NPM-011-000003367; |
| PET-004-000000058 | to | PET-004-000000059; |
| PET-008-000000027 | to | PET-008-000000027; |
| PET-008-000000061 | to | PET-008-000000062; |
| PET-008-000000063 | to | PET-008-000000064; |
| PET-012-000000607 | to | PET-012-000000607; |
| PET-016-000000014 | to | PET-016-000000014; |
| PET-016-000000672 | to | PET-016-000000672; |
| PET-016-000001206 | to | PET-016-000001206; |
| PET-016-000001872 | to | PET-016-000001872; |

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

| | | |
|---|---|---|
| NOP-002-000000765 | to | NOP-002-000000949; |
| NOP-002-000001695 | to | NOP-002-000001695; |
| NOP-002-000001709 | to | NOP-002-000001715; |
| NOP-002-000001717 | to | NOP-002-000001722; |
| NOP-002-000001736 | to | NOP-002-000001736; |
| NOP-002-000001753 | to | NOP-002-000001753; |
| NOP-002-000001803 | to | NOP-002-000001803; |
| NOP-002-000002034 | to | NOP-002-000002035; |
| NOP-002-000002037 | to | NOP-002-000002043; |
| NOP-002-000002045 | to | NOP-002-000002051; |
| NOP-010-000000369 | to | NOP-010-000000369; |
| NPM-003-000001203 | to | NPM-003-000001210; |
| NPM-003-000001343 | to | NPM-003-000001343; |
| NPM-003-000001722 | to | NPM-003-000001724; |
| NPM-003-000002719 | to | NPM-003-000002721; |
| NPM-008-000002667 | to | NPM-008-000002677; |
| NPM-011-000000155 | to | NPM-011-000000157; |
| NPM-011-000000175 | to | NPM-011-000000181; |
| NPM-011-000000223 | to | NPM-011-000000224; |
| NPM-011-000000714 | to | NPM-011-000000715; |
| NPM-011-000000735 | to | NPM-011-000000736; |
| NPM-011-000000737 | to | NPM-011-000000738; |

The United States' privilege log is attached.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: February 19, 2008

## **CERTIFICATE OF SERVICE**

  I, James F. McConnon, Jr., hereby certify that on February 19, 2008, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.


          s/ James F. McConnon, Jr.
          JAMES F. McCONNON, JR.