# EXHIBIT 1



# NATIONAL UNION
# FIRE INSURANCE COMPANY
# OF PITTSBURGH, PA.®

A CAPITAL STOCK COMPANY, HEREIN CALLED THE "COMPANY"

ADMINISTRATIVE OFFICES
175 WATER STREET, NEW YORK, NY 10038

**THIS IS A CLAIMS-MADE POLICY - PLEASE READ CAREFULLY**

**NOTICE: THE POLICY PROVIDES THAT THE LIMITS OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY AMOUNTS INCURRED FOR LEGAL DEFENSE. FURTHER NOTE THAT THE DEDUCTIBLE ALSO APPLIES TO AMOUNTS INCURRED FOR LEGAL DEFENSE.**

## PUBLIC OFFICIALS AND EMPLOYEES
## LIABILITY INSURANCE POLICY

REPLACEMENT OF POLICY NUMBER: *549-71-64*      POLICY NUMBER: *884-78-97*

### DECLARATIONS

Item 1. Insured: *JEFFERSON PARISH*

Address: *1221 ELMWOOD PARK BLVD.,
SUITE 315
HARAHAN, LA 70123*

Item 2. Policy Period:
From: *November 24, 2004*     To: *November 24, 2005*
At 12:01 AM Standard Time at the Address of the Insured stated above.

Item 3. Limits of Liability (including Defense Costs, Charges and Expenses)

*$1,000,000* _____ Each Wrongful Act or series of continuous, repeated or interrelated Wrongful Acts.

*$1,000,000* _____ Aggregate.

Item 4. Deductible: *$250,000* _____ Each Wrongful Act or series of continuous, repeated or interrelated Wrongful Acts.

Item 5. Premium: *$206,406* _____

*Premium for Certified Acts of Terrorism Coverage under Terrorism Risk Insurance Act 2002: Not applicable, coverage rejected by insured. Any coverage provided for losses caused by an act of terrorism as defined by TRIA (TRIA Losses) may be partially reimbursed by the United States under a formula established by TRIA as follows: 90% of TRIA Losses in excess of the insurer deductible mandated by TRIA, the deductible to be based on a percentage of the insurer's direct earned premiums for the year preceding the act of terrorism.
A copy of the TRIA disclosure sent with the original quote is attached hereto.*

*161387*

0001

43247 (11/85) **COPY**     1

Producer: BLAIS EXCESS & SURPLUS AGENCY OF TEXAS INC.
Address: 820 GESSNER ROAD, SUITE 1750
HOUSTON, TX 77024

By acceptance of this policy the Insured agrees that the statements in the Declarations and the Application and any attachments hereto are the Insured's agreements and representations and that this policy embodies all agreements existing between the Insured and the Company or any of its representatives relating to this insurance.

> **CERTIFIED COPY**
> THIS WILL CERTIFY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL POLICY, AND THAT IT CONTAINS ALL FORMS, ENDORSEMENTS AND RIDERS ATTACHED THERETO.
> 10/4/07      [signature] for MG
> Date    Authorized Signature

_Dec 22, 2004_
AUTHORIZED COMPANY REPRESENTATIVE

161387

43247 (11/85)  COPY           2

0002