UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| | * | |
| | * | |
| **PERTAINS TO:** | * | |
| **ALL LEVEE** | * | |
| | * | |

**EX PARTE MOTION FOR LEAVE OF COURT TO CORRECT
EXHIBITS ATTACHED TO OPPOSITION TO MOTION TO COMPEL**

Defendant, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), through undersigned counsel, hereby moves for leave of court to correct the exhibits attached to the opposition to the Motion to Compel and Reply in Support of National Union's Motions for Protective Order, to Quash, and to Stay Discovery filed February 19, 2008 and entered as Document 11291. Only one exhibit was attached to the filing rather than the two referenced in the opposition memorandum. The correct exhibits are attached to this motion as Exhibit 1 and 2 as they should have been attached to the opposition. Counsel contacted counsel for plaintiffs who consents to this filing.

1

WHEREFORE defendant National Union Fire Insurance Company of Pittsburg, Pa., prays that its Motion for Leave of Court to Correct Exhibits Attached to Opposition to Motion to Compel be **GRANTED**, the correct exhibits be filed and considered, and for all other relief deemed just and proper.

      Respectfully submitted,

      /s/  Karen M. Dicke
**KAREN M. DICKE (#24781)**
**GEORGE D. FAGAN, T.A. (#14260)**
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Telephone:  (504) 585-7500
Facsimile:  (504) 585-7775
Email:  *kdicke@leakeandersson.com*
*gfagan@leakeandersson.com*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on February 20, 2008, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

      /s/ Karen M. Dicke

F:\38803\2-PLEADINGS\NATIONAL UNION\WORD VERSIONS\M-LEAVE TO FILE CORRECT EXHIBITS.DOC