UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.:  05-4182 "K"(2) |
| PERTAINS TO INSURANCE | * * | JUDGE DUVAL |
| *Williams,* No. 06-10714 | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS, WITH PREJUDICE

Plaintiffs Audrey and Andrew Williams have resolved their dispute with defendant Allstate Insurance Company.  As a result of this settlement, Plaintiffs respectfully request that all of their claims and this lawsuit be dismissed, with prejudice.

**WHEREFORE**, Audrey and Andrew Williams pray that their claims and this lawsuit be dismissed, with prejudice.

           Respectfully submitted,
           Law Office of John W. Redmann, LLC.

           /s/ John W. Redmann
           John W. Redmann, #19984
           Law Office of John W. Redmann, LLC
           5407 Mac Arthur Blvd.
           New Orleans, Louisiana 70131
           Telephone: 504-433-5550
           Facsimile: 504-433-5556

           *Attorney for Audrey & Andrew Williams*

**CERTIFICATE:**

I hereby certify that a copy of the above and foregoing Motion to Dismiss, with Prejudice, has been served upon all counsel of record by filing in the Court's electronic filing system, and, for non-participants, by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 13th day of February, 2008.

           /s/ John W. Redmann
           John W. Redmann

100548