UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.:  05-4182 "K"(2) |
| PERTAINS TO INSURANCE | * * | JUDGE DUVAL |
| *Williams,* No. 06-10714 | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion to Dismiss, with Prejudice;

**IT IS ORDERED** that the Motion to Dismiss, with Prejudice be and hereby is **GRANTED** and that this case and all of the claims asserted herein be and hereby are dismissed, with prejudice.

New Orleans, Louisiana, this _____ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

100548