UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION "K" - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:      *Aaron,* 06-4746 | * * * | MAG. (2) - MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiffs, Larry and Gwendolyn Mack, Johnnie and Loretta Lewis and Walter T. and Nancy Williams have resolved their disputes with defendants Metlife Auto and Home, Metropolitan Property and Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance and Metropolitan Casualty Insurance Company (collectively "Metropolitan"). As a result of these settlements, these plaintiffs respectfully request that this Court reopen this case with respect to Metropolitan for the sole purpose of addressing this motion, and that all of their claims against all parties, including Metropolitan, be dismissed, with prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

                Respectfully submitted:

                **JIM S. HALL & ASSOCIATES, LLC**

                /s / Jim S. Hall
                **JIM S. HALL (#21644)**
                **JOSEPH W. RAUSCH (#11394)**
                800 N. Causeway Blvd., #100
                Metairie, LA 70001
                Telephone: (504) 832-3000
                Facsimile: (504) 832-1799
                jim@jimshall.com

                Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 20th day of February, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

                /s / Jim S. Hall