U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   FEB 15 2008
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-30119

CV 05-4182 -K

U.S. COURT OF APPEALS
FILED
FEB 13 2008
CHARLES R. FULBRUGE III
CLERK

IN RE:  KATRINA CANAL BREACHES LITIGATION

---

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA; MADELINE GRENIER, misidentified as Sophia Granier; JACK CAPELLA, as the Executor of the Succession of Lilian Capella; GREGORY JACKSON; PETER ASCANI, III; ROBERT G HARVEY, SR

    Plaintiffs - Appellees-Cross-Appellants

v.

UNITRIN PREFERRED INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

    Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

    Defendant - Cross-Appellee

---

KELLY A HUMPHREYS

    Plaintiff - Appellee-Cross-Appellant

v.

ENCOMPASS INDEMNITY COMPANY

    Defendant - Appellant-Cross-Appellee

---

XAVIER UNIVERSITY OF LOUISIANA

    Plaintiff - Appellee

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

    Defendant - Appellant

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

---

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ; LARRY FORSTER; GLENDY FORSTER; ET AL

    Plaintiffs - Appellees-Cross-Appellants

 v.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; AMERICAN INSURANCE COMPANY; AEGIS SECURITY INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AAA HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY OF AMERICA; GREAT NORTHERN INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

    Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

    Defendant - Cross-Appellee

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before KING, DeMOSS, and OWEN, Circuit Judges.

PER CURIAM:

  IT IS ORDERED that the motion of Appellants Allstate Indemnity Company and Allstate Insurance Company to recall the mandate is *denied*;

  IT IS FURTHER ORDERED that the motion of Appellants Allstate Indemnity Company and Allstate Insurance Company to clarify the opinion is *denied*.

*[signature]*
2/13/08

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 13, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 07-30119  In Re: Katrina Canal
    USDC No.  2:06-CV-1674
              2:06-CV-1673
              2:06-CV-1672
              2:06-CV-516
              2:06-CV-169
              2:05-CV-6323
              2:05-CV-4182
```

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Kim Folse, Deputy Clerk
504-310-7712

Ms Laura Anne Foggan
Mr Charles C Foti Jr
Ms Nancy B Gilbert
Mr Levon G Hovnatanian
Mr Dominic J Ovella
Mr Christopher Raymond Pennison
Mr Marshall M Redmon
Mr John Powers Wolff III
Mr Christopher Todd Handman
Mr Joseph M Bruno

```
Ms Judy Y Barrasso
Mr Richard Joseph Doren
Mr Ralph S Hubbard III
Ms Maura Z Pelleteri
Mr John W Waters Jr
Mr William J Wegmann Jr
Mr Alan J Yacoubian
Mr James M Garner
Mr Wayne J Lee
Mr Robert G Creely
Mr Robert G Harvey Sr
Mr Harry Alston Johnson III
Mr Rex S Heinke
Ms Loretta Whyte, Clerk
```

MOT-2