UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                       NO. 05-4182

PERTAINS TO: <u>Anderson</u>, C.A. No. 07-6737          JUDGE DUVAL
                                       MAG. WILKINSON

## <u>ORDER ON MOTION</u>

APPEARANCES:  None (on the briefs)

MOTION:          Plaintiff's Motion for Leave to File Plaintiff's First Amended
                 Complaint, Record Doc. No. 11051

<u>O R D E R E D</u>:

 <u>XXX</u> : GRANTED IN PART AND DENIED IN PART.  The motion is granted in part
insofar as plaintiffs seek to amend their complaint to clarify that wind and/or wind-driven
rain (i.e., covered risks under plaintiffs' State Farm policy) proximately caused damage
to plaintiffs' property beyond the amounts paid by State Farm. The motion is denied
insofar as the proposed amendment asserts claims that flood damage to their property is
covered by plaintiffs' insurance policy with State Farm or that plaintiffs have some sort
of claim under Louisiana's Valued Policy Law, since these kinds of claims are futile
under recent Fifth Circuit decisions. <u>In re Katrina Canal Breaches Consolidated</u>
<u>Litigation</u>, 495 F.3d 191 (5th Cir. 2007) (flood exclusion); <u>Chauvin v. State Farm Fire</u>
<u>&Cas. Co.</u>, 450 F. Supp. 2d 660 (E.D. La. 2006), <u>aff'd</u>, 495 F. 3d 232 (5th Cir. 2007)
(Louisiana Valued Policy Law).  Plaintiffs must file an amended complaint that complies
with the limitations set forth in this order within ten (10) days of entry of this order.

New Orleans, Louisiana, this ____20th____ day of February, 2008.

JOSEPH C. WILKINSON, JR.
CLERK TO NOTIFY:                       UNITED STATES MAGISTRATE JUDGE
HON. STANWOOD R. DUVAL, JR.