# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.  05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAGISTRATE WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:  ROAD HOME | § | |
| *Louisiana State*  C.A. No. 07-5528 | § | |

### EX PARTE MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

COME NOW American Bankers Insurance Company of Florida, American Security Insurance Company, Assurant, Inc., American Reliable Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Insurance Company, and Voyager Property and Casualty Insurance Company (hereinafter collectively known as the "Assurant Companies"), by and through their undersigned attorneys, and respectfully move to grant admission *pro hac vice* to Walter D. Willson, Esq.,  allowing him to appear and participate as co-counsel in the captioned matter.

Mr. Willson is licensed to practice law in the State of Mississippi (admitted 1988).  He is a member in good standing of the State Bar of Mississippi.  Mr. Willson is not under suspension or disbarment by any court, and no criminal charges have been instituted against him.  As evidence thereof, the Affidavit of Walter D. Willson, Esq. and a certificate of good standing from the Supreme Court of Mississippi are attached.

Wherefore, the Assurant Companies respectfully pray that Walter D. Willson, Esq., be admitted *pro hac vice* and enrolled as counsel of record in this proceeding.

1

Respectfully submitted:


/s/ Gordon P. Serou, Jr.
GORDON P. SEROU, JR., T.A. (14432)
LAURA E. FINE (31152)
**LAW OFFICES OF**
**GORDON P. SEROU, JR., L.L.C.**
Poydras Center, Suite 1420
650 Poydras Street
New Orleans, Louisiana 70130
gps@seroulaw.com
Phone:  504-299-3421
**Attorneys for American Bankers**
**Insurance Company of Florida, American**
**Security Insurance Company, Assurant,**
**Inc., American Reliable Insurance**
**Company, Standard Guaranty Insurance**
**Company, Voyager Indemnity Insurance**
**Company, and Voyager Property and**
**Casualty Insurance Company**

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on this 20th day of February, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.  Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

                s/Gordon P. Serou, Jr.
                GORDON P. SEROU, JR.