UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAGISTRATE WILKINSON |
| | § | |
| | § | |
| PERTAINS TO: ROAD HOME | § | |
| *Louisiana State* C.A. No. 07-5528 | § | |

## AFFIDAVIT OF WALTER D. WILLSON, ESQ.

STATE OF MISSISSIPPI

COUNTY OF MADISON

BEFORE ME, the undersigned authority, a Notary Public duty qualified and commissioned in and for the State and County aforesaid, personally came and appeared WALTER D. WILLSON, who, after being duly sworn, did depose and state the following:

1. My full name is Walter D. Willson.

2. I am an attorney and a member of the law firm of Wells Marble & Hurst, PLLC.

3. My office address, telephone number, fax number, and email are as follows:

   Office Address:   300 Concourse Boulevard
   Suite 200
   Ridgeland, MS 39157

   Mailing address:   P.O. Box 131
   Jackson, MS 39205-0131

   Office No.:   601-605-6944
   Fax No.:   601-605-6901
   Email address:   wwillson@wellsmar.com

4. I have been retained to appear and participate as co-counsel in the captioned matter on behalf of American Bankers Insurance Company of Florida, American Security Insurance Company, Assurant, Inc., American Reliable Insurance Company, Standard Guaranty

Insurance Company, Voyager Indemnity Insurance Company, and Voyager Property and Casualty Insurance Company.

5. Since September 29, 1988, I have been and presently am a member in good standing of the bar of the highest court of the State of Mississippi.

6. I attach a certificate by the presiding judge or clerk of the highest court of the state where I have been admitted to practice, showing that I have been admitted in such court and that I am in good standing.

7. No disciplinary proceedings or criminal charges have been instituted against me.

8. The name and address of the members in good standing of the Louisiana Bar who are admitted to practice before the United States District Court for the Eastern District of Louisiana with whom I am associated in the above styled action are as follows:

> Gordon P. Serou, Jr. (14432)
> Poydras Center, Suite 1420
> 650 Poydras Street
> New Orleans, Louisiana 70130
> Telephone: 504-299-3421

9. I consent to the jurisdiction of the United States District Court for the Eastern District of Louisiana in all respects as if I were a regularly admitted and licensed member of the Louisiana Bar and admitted to practice before the United States District Court for the Eastern District of Louisiana.

Further, affiant sayeth not.

_____
WALTER D. WILLSON, ESQ.

2

SWORN TO AND SUBSCRIBED BEFORE ME on this 14th day of February, 2008.

_Linda P. Jennings_
NOTARY PUBLIC

My commission expires: 1-11-11