## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| | * | **SECTION "K" (2)** |
| **PERTAINS TO:** | * | |
| **No.    05-4181** | * | |
| **06-1885** | * | |
| **06-4024** | * | |
| **06-4389** | * | |
| **06-5771** | * | |
| **06-5786** | * | |
| **06-6099** | * | |
| **07-0206** | * | |
| **07-3500** | * | |
| **07-3612** | * | |
| **07-5023** | * | |
| **07-5040** | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## MOTION FOR PROTECTIVE ORDER
### Re: NOTICE OF DEPOSITIONS (DOCUMENT NO. 11253)

**NOW INTO COURT**, comes Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, who moves to the Court to issue a Protective Order regarding the Notice of Depositions (Document No. 11253), filed by Ashton O'Dwyer, Esq. on February 14, 2008, and scheduled to commence on February 26, 2008, for the reasons set forth in the Memorandum in Support of Motion for Protective Order.

In particular, movant seeks an order precluding the discovery as requested in the Notice of Depositions filed by Mr. O'Dwyer.

**WHEREFORE**, Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, prays that this Honorable Court grant the Motion for Protective Order, thereby precluding the discovery requested in the Notice of Depositions filed by Ashton O'Dwyer.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

  /s/     Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 20th day of February, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno