UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.    05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

NOTICE OF HEARING

RE: MOTION FOR PROTECTIVE ORDER Re: NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, will bring on for hearing the Motion for Protective Order re: Notice of Depositions (Document No. 11253) on Wednesday, March 12, 2008 at 11:00 a.m. at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans, Louisiana, and before Magistrate Joseph C. Wilkinson, Jr.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

  /s/     Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 20th day of February, 2008.

  /s/ Joseph M. Bruno

Joseph M. Bruno