UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| **THIS PLEADING APPLIES TO:**   **BARGE** | | *and consolidated cases<br>* |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram* | C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | * STANWOOD R. DUVAL |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | * |
| *Parfait v. USA* | C.A. No. 07-3500 | * MAGISTRATE JUDGE |
| Lafarge v. USA | C.A. No. 07-5178 | * JOSEPH C. WILKINSON, JR.<br>* |

**ORDER**

Considering the motion of Lafarge North America, Inc. ("LNA") to Withdraw Motion to Quash Subpoena Duces Tecum of Centanni Investigative Agency, Record Doc. No. 11275,

IT IS HEREBY ORDERED that Lafarge North America, Inc.'s Motion is DISMISSED AS MOOT.  The motion has already been dismissed.

New Orleans, Louisiana, this   20th   day of February, 2008.

_____
United States Magistrate Judge