MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
          CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Pecquet</u>, 06-4718          JUDGE DUVAL
                                                 MAG. WILKINSON


A Pretrial Conference was conducted in the referenced case, <u>George Pecquet et al. v.</u>

<u>Standard Fire Ins. Co.</u>, C.A. No. 06-4718 c/w 05-4182, on this date before the undersigned

magistrate judge.  Participating in person were Ryan Reece, representing plaintiffs and Nadia

Delahoussaye, representing defendant.

Discovery is not yet complete.  The case is not currently ready to be set for trial, in

light of pending state law issues before the Louisiana Supreme Court. Settlement possibilities

were discussed, but the case is not currently in a posture to settle for the same reasons that

it is not ready for trial.

**IT IS ORDERED** that a followup status conference is scheduled before me on **April**

**29, 2008 at 2:30 p.m.**

**CLERK TO NOTIFY:**                              JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**                  UNITED STATES MAGISTRATE JUDGE


**MJSTAR:  0 : 40**