UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)

**************************************************************

## MOTION TO COMPEL COMPLIANCE WITH CONSENT JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Automobile Club Inter-Insurance Exchange/Auto Club Family Insurance Company ("Auto Club"), who respectfully moves this court for an Order compelling plaintiff, Latoya Williams, to comply with the Consent Judgment reached in this matter in connection with Auto Club's Motion for Contempt, Sanctions, and Dismissal, all for the reasons set forth more fully in the accompanying Memorandum in Support.

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert

*WILLIAM H. ECKERT (#18591)*
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   *(504) 836-7556*
Fax:         (504) 836-7566
Email:       beckert@ungarino-eckert.com