UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES			CIVIL ACTION
CONSOLIDATED LITIGATION
							NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)
************************************************************************

### NOTICE OF HEARING

TO:  LATOYA WILLIAMS
     THROUGH HER ATTORNEY OF RECORD
     ANDREA S. LESTELLE
     LESTELLE & LESTELLE
     3421 N. CAUSEWAY BLVD., SUITE 602
     METAIRIE, LA  70002-3726

**PLEASE TAKE NOTICE** that Defendant's Motion to Compel Compliance with Consent Judgment will be brought on for hearing on March 19, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard before the Honorable Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, Room C-151, New Orleans, LA 70130.

Respectfully submitted:

UNGARINO & ECKERT L.L.C.

/s/ William H. Eckert
_____

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:**   *(504) 836-7556*
**Fax:**         (504) 836-7566
**Email:**       beckert@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com