UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182
PERTAINS TO: 07-1690 (WILLIAMS)
**************************************************************************

### MEMORANDUM IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH CONSENT JUDGMENT

May it please the court,

This Memorandum is filed on behalf of defendant, Automobile Club Inter-Insurance Exchange/Auto Club Family Insurance Company ("Auto Club"), in support of Auto Club's Motion to Compel Compliance with Consent Judgment. For the reasons set forth more fully herein, Auto Club respectfully requests that plaintiff, Latoya Williams, comply with the Consent Judgment reached in this matter and file the appropriate motion dismissing this matter, or set forth why this matter should not be dismissed.

Auto Club previously filed a Motion for Contempt, Sanctions, and Dismissal. That motion was precipitated by plaintiff failing to appear for multiple depositions and mediation and also a court ordered deposition on December 3, 2008.

Plaintiff did not file an Opposition to that motion but, instead, through her counsel, agreed to a Consent Judgment whereby plaintiff agreed to dismiss this lawsuit in exchange for Auto Club waiving any other relief to which it may have been entitled.

That Consent Judgment was reached with Brent Klibert, who had been the handling attorney from the time the lawsuit was filed. Although there are multiple attorneys listed on the original Petition/Complaint, undersigned counsel never heard from a single attorney in this matter other than Mr. Klibert.

After the Consent Judgment was agreed to but before the dismissal was received, undersigned counsel received a call from Ms. Lestelle claiming that she was in fact the attorney representing Mr. Williams and that there was some "confusion" by Ms. Williams and, in fact, Ms. Williams wished to continue to pursue this claim despite failing to appear for multiple depositions, court ordered deposition, and mediation.

Attached as Exhibit "A" is a copy of correspondence dated _____ from Ms. Lestell. Based upon conversations with Ms. Lestell, she was to file some type of pleading requesting that the pending motion be reset and/or requesting a Status Conference. To date, Auto Club has not seen any letters, pleadings, etc.

Attached as Exhibit "B" is a copy of undersigned counsel's correspondence dated February 12, 2008.

Auto Club is completely at a loss to understand what is happening and "in limbo" as to what is the direction of this claim. Auto Club has received mixed signals from Ms. Williams and mixed signals from different counsel both representing to be Ms. Williams' counsel.

Auto Club believes that it is entitled to dismissal of this action based upon Ms. Williams' failure to cooperate in discovery and failure to appear for a court ordered deposition. Auto Club respectfully requests that the Consent Judgment be enforced and that Ms. Williams dismiss this matter.

To the extent the court believes that Auto Club is entitled to any additional sanction, attorney's fees, etc., Auto Club respectfully ask the court to issue an appropriate Order.

Respectfully submitted:

UNGARINO & ECKERT L.L.C.

/s/ William H. Eckert
_____

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:** *(504) 836-7556*
**Fax:** *(504) 836-7566*
**Email:** beckert@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com