UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)

*****************************************************************

## ORDER

Considering the foregoing Motion to Compel Compliance with Consent Judgment:

It is hereby Ordered that the Consent Judgment is enforced and that the claims of Latoya Williams against Automobile Club Inter-Insurance Exchange/Auto Club Family Insurance Company ("Auto Club"), be dismissed.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
**JUDGE**