FROM  Case 2:05-cv-04182-SRD-JCW   Document 11301-4   Filed 02/20/08   Page 1 of 1   (WED)JAN 16 2008 17:33/ST. 17:32/NO. 6160484150 P 2

10149-C

# LESTELLE & LESTELLE
A Professional Law Corporation
3421 N. Causeway Blvd.
Suite 602
Metairie, Louisiana 70002-3726

Terrence J. Lestelle*
Andrea S. Lestelle
Jeffery B. Struckhoff

Telephone (504) 828-1224
Facsimile (504) 828-1229

*LL.M and Proctor in Admiralty
Also admitted to practice in:
Mississippi and Colorado

January 16, 2008

**By Fax: 589-2393**
Hon. Judge Stanwood R. Duval, Jr.
Section "K"
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re: Williams v. Auto Club
USDC-EDLA No. 07-1690

Dear Judge Duvall:

With respect I ask for your prompt attention to this matter. Bill Eckert, defense attorney for Auto Club, filed a Motion for Contempt, Sanctions and Dismissal in the above captioned matter. My office just found out about it and contacted Mr. Eckert and our client because we believed there must be some misunderstanding. Our client was tremendously confused because of the Additional Compensation Grant she received from Road Home and did not think that she could pursue her claims against Auto Club. We would very much appreciate a status conference prior to your signing the defendant's Motion. I spoke to Mr. Eckert about the Consent Judgment that he intended to file. I am waiting to find out from Mr. Eckert his client's position. As per your email, we will file an opposition to defendant's motion today.

With best regards, I remain

Sincerely yours,

Andrea S. Lestelle

ASL/dl

cc: Bill Eckert, Esq.

EXHIBIT A