# UNGARINO & ECKERT, L.L.C.
ATTORNEYS AT LAW
*NEW ORLEANS OFFICE*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

| | | |
|---|---|---|
| MATTHEW J. UNGARINO | | DAVID I. BORDELON |
| WILLIAM H. ECKERT ‡ | **LOUISIANA OFFICES** | IMELDA T. FRUGÉ, R.N. |
| WAYNE R. MALDONADO | *New Orleans   Baton Rouge* | JAMES M. BENSON |
| ALBERT D. GIRAUD | *Shreveport    Lafayette* | DONALD R. KLOTZ, JR. |
| EMILE A. BAGNERIS III | | J. MICHAEL NASH |
| PIERRE M. LEGRAND | | |
| BRIAN D. SMITH * | | K. ELIZABETH HEINEN |
| MICHAEL J. TARLETON ‡ | **MISSISSIPPI OFFICES** | SHANDA L. LEWIS λ |
| BRUCE D. BEACH * | *Jackson     Gulfport* | RHONDA J. THOMAS, R.N. ‡ |
| DAVID P. SULLIVAN † | | KELLY O. THIBEAUX |
| DAVID C. KIMMEL | | PAUL J. HAMMER |
| ROBIN L. JONES | WRITER'S DIRECT DIAL: (504) 836-7556 | |
| STEPHEN M. GELÉ | FAX: (504) 836-7566 | SPECIAL COUNSEL |
| | | ALAN C. GOODMAN ‡ |
| * Admitted in Louisiana & Texas | | GINGER K. DEFOREST |
| ‡ Admitted in Louisiana & Mississippi | E-MAIL: beckert@ungarino-eckert.com | KAREN G. ARENA |
| † Admitted in Mississippi | | HELEN H. BABIN |
| λ Admitted in Mississippi & Texas | | |

February 12, 2008

*Via Facsimile: (504) 828-1229*
Andrea S. Lestelle
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, LA  70002-3726

      Re:   Latoya Williams vs. Auto Club Family Ins. Co.
             Docket No. 05-4182
             Claim No. HO809096
             Our File No. 33-10149

Dear Andrea:

    What is the status?  You indicated that you were going to try to set up a telephone conference or get my motion reset for hearing.  I have not heard from you or the court.  My client is anxious to get some resolution.

    If we don't hear anything, I'm going to move to enforce the Consent Judgment.

    With kind regards, I remain

                                           Sincerely yours,

                                           William H. Eckert

WHE/aar
cc:   Thomas R. Collins, CPCU Via e-mail: Collins.Tom@aaa-calif.com
      Derek B. Lipscombe Via E-mail: lipscombe.derek@aaa-calif.com

L:\DOCS\10000's\10100-10199\10149\Counsel-Williams.012.aar.doc



EXHIBIT B