

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE:  *Barrios*, 07-5199 | |

### PARTIAL MOTION TO DISMISS

Plaintiff Olivia Barrios has resolved her dispute in this case with Liberty Mutual Fire Insurance Company. As a result of this settlement, Olivia Barrios respectfully requests that this Court dismiss all of the claims of Olivia Barrios, with prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all defendants are reserved.

\_\_Fee _____
\_\_Process _____
X\_Dktd _____
\_\_CtRmDep _____
\_\_Doc. No. _____

100666.doc

**WHEREFORE,** Olivia Barrios prays that her claims in this case be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

*/s/ Stuart T. Barasch*

Stuart T. Barasch, 20650
Sasson Sales, _____
Hurricane Legal Center
1100 Poydras Street
Suite 2900
New Orleans, Louisiana 70163
Telephone:   (504) 525-1944

Attorneys for Plaintiffs

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 11th day of February, 2008.

100666.doc