FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 FEB 20  AM 10: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE: *Barrios*, 07-5199 | |

## ORDER

Considering the foregoing Partial Motion to Dismiss;

**IT IS ORDERED** that the Partial Motion to Dismiss be and hereby is **GRANTED** and that all of the claims asserted by plaintiff Olivia Barrios are dismissed, with prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this 15th day of February, 2008.

UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____ 100666.doc
Doc. No. _____