UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.   05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| | * | |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

REQUEST FOR ORAL ARGUMENT

RE: MOTION FOR PROTECTIVE ORDER re: NOTICE OF DEPOSITIONS

**NOW INTO COURT**, comes Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, who hereby requests oral argument in connection with the Motion for Protective Order re: Notice of Depositions (Document No. 11253).  Plaintiffs' Liaison Counsel maintains that the interests of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal issues involved in this matter.

This matter is currently set for hearing on March 12, 2008 at 11:00 a.m.

**WHEREFORE**, Joseph M. Bruno, as Plaintiffs' Liaison Counsel requests that this Court entertain oral argument in this matter.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

　/s/　　Joseph M. Bruno　
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 20th day of February, 2008.

　/s/ Joseph M. Bruno　

Joseph M. Bruno