UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.   05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that the Request for Oral Argument by Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, be **GRANTED**, and that oral argument on the Motion Protective Order re: the Notice of Depositions (Document No. 11253) be had on Wedneday, March 12, 2008 at 11:00 a.m. at the United States District Courthouse, Room B421, 500 Camp Street, New Orleans, Louisiana, before U.S. Magistrate Joseph C. Wilkinson, Jr.

New Orleans, LA, this _____ day of _____, 2008.

_____

JUDGE