UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R.C. TIPPEN AND CARRIE TIPPEN, Plaintiffs | * | CIVIL ACTION |
| | * | NO. 06-7701 c/w 06-8440 |
| VERSUS | * | SECTION "R" |
| REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, AND HARRY KELLEHER AND COMPANY, INC. | * | JUDGE SARAH S. VANCE |
| Defendants | * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come plaintiffs R. C. Tippen and Carrie Tippen and defendant, Harry Kelleher and Company, Inc., who, upon suggesting to this Honorable Court that they have amicably resolved all claims between them, move this Honorable Court for an order dismissing plaintiffs' claims against defendant, Harry Kelleher and Company, Inc., only, with prejudice, with plaintiffs reserving all rights and claims against Republic Fire and Casualty Insurance Company, Fidelity National Property and Casualty Insurance Company, and/or any other unnamed party, and with each party to bear his, her or its own costs.

RESPECTFULLY SUBMITTED,

_____
ROBERT G. HARVEY, SR. (18615)
TAMARA KLUGER JACOBSON (22494)

2609 Canal Street, First Floor
New Orleans, Louisiana 70119
(504) 822-2136
(504) 822-2179 (Fax)
Email: rgharvey@bellsouth.net
       tkjacobson@aol.com
Attorneys for R.C. Tippen and Carrie Tippen

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.

_____
MAX J. COHEN (17515)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139-7735
(504) 581-2450
(504) 581-2461 (Fax)
Email: MCohen@LSHAH.COM
Attorneys for Harry Kelleher and Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 20th day of February, 2008.

[signature]

3