UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R.C. TIPPEN AND CARRIE TIPPEN,<br>Plaintiffs | * . | CIVIL ACTION |
| | * | NO. 06-7701 c/w 06-8440 |
| VERSUS | | |
| | * | SECTION "R" |
| REPUBLIC FIRE AND CASUALTY INSURANCE<br>COMPANY, AND HARRY KELLEHER AND<br>COMPANY, INC. | * | JUDGE SARAH S. VANCE |
| Defendants | * | MAG. JUDGE JOSEPH C.<br>WILKINSON, JR. |

\*      \*      \*      \*      \*      \*      \*      \*      \*

## O R D E R

The foregoing motion considered;

IT IS ORDERED, ADJUDGED, AND DECREED that all claims by plaintiffs R.C.

Tippen and Carrie Tippen against defendant, Harry Kelleher and Company, Inc., only, be and hereby

are dismissed, with prejudice, with plaintiffs reserving all rights and claims against Republic Fire

and Casualty Insurance Company, Fidelity National Property and Casualty Insurance Company,

and/or any other unnamed party, and with each party to bear his, her or its own costs.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

4