UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER:  05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  *Robinson* (No. 06-2268) | |

**SECOND SUPPLEMENT TO JOINT EXHIBIT LIST IN SUPPORT OF PLAINTIFFS' AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION CONCERNING IMMUNITY UNDER 33 U.S.C. § 702(c)**

The parties hereby supplement the comprehensive Joint Exhibit List (R.D. 10432) used in

support of both parties' respective motions for summary judgment/summary adjudication

concerning immunity under 33 U.S.C. § 702(c).  A complete copy of each supplemental exhibit

or, if the exhibit is incomplete, the most complete version of the exhibit in the parties'

possession, custody, or control, is enclosed on a CD-ROM.

| Exh. No. | Document | Date |
|:---:|---|:---:|
| **88** | Transcript of Motions Hearing Proceedings, *In Re: Katrina Canal Breaches Consolidated Litigation*, August 16, 2007. | 16-Aug-07 |

1

Dated:  February 20, 2008                    Respectfully submitted,

**O'Donnell & Associates P.C.**


By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298


**United States Department of Justice**

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Counsel, Torts Branch

JOHN A. WOODCOCK
s/ John A. Woodcock
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4400 / (202) 616-5200 (fax)

## CERTIFICATE OF SERVICE

I, John A. Woodcock, hereby certify that on February 20, 2008, I served the First

Supplement to Joint Exhibit List in Support of Plaintiffs' and Defendant's Motions for Summary

Judgment/Adjudication Concerning Immunity under 33 U.S.C. § 702(c) upon all counsel of

record via ECF.

s/ John A. Woodcock