UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
|         06-1885 * | | JUDGE DUVAL |
|         06-4024 * | | |
|         06-4389 * | | MAGISTRATE WILKINSON |
|         06-5771 * | | |
|         06-5786 * | | |
|         06-6099 * | | |
|         07-0206 * | | |
|         07-3500 * | | |
|         07-3612 * | | |
|         07-5023 * | | |
|         07-5040 * | | |
| * * * * * * * * * * * * * * * * * * | | |

**PLAINTIFFS' NOTICE OF OBJECTION**

**COME NOW** plaintiffs, appearing through undersigned counsel, and give notice of their objection to the filing of any documents or exhibits under seal in connection with Record Document No. 11298. If the Court is going to review documents or exhibits in connection with deciding issues with respect to Document No. 11298, then plaintiffs and their counsel are entitled to view those documents and exhibits.

      Respectfully submitted,

      **LAW OFFICES OF**
      **ASHTON R. O'DWYER, JR.**
      **Counsel for Plaintiffs**

-1-

-2-

        **By:**  **S/Ashton R. O'Dwyer, Jr.**
           **Ashton R. O'Dwyer, Jr.**
           **Bar No. 10166**
           **821 Baronne Street**
           **New Orleans, LA 70113**
           **Tel. 504-679-6166**
           **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 20th day of January 2008.

          S/Ashton R. O'Dwyer, Jr.