UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO : | * | |
| | * | SECTION "K" (2) |
| LEVEE: | * | |
| 07-4837 (Albano) | * | |
| 07-4391 (Adams) | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

### MOTION AND INCORPORATED MEMORANDUM
### TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come defendants Modjeski and Masters, Inc,, Eustis Engineering Company, Inc., GOTECH Inc. and Burk-Kleinpeter, Inc. who move this Court to dismiss without prejudice Modjeski and Masters, Inc,, Eustis Engineering Company, Inc. and Burk-Kleinpeter, Inc. in the above captioned suits. Prior to the filing of these suits, this Court held on December 8, 2006, and again on June 29, 2007 (Order and Reasons Doc Nos. 2148 and 6175, respectively) that Modjeski and Masters, Inc., Eustis Engineering Company, Inc., GOTECH Inc. and Burk-Kleinpeter, Inc do not have liability in these cases based upon a peremption defense. This issue was decided in a companion case by this Honorable Court which is currently

on appeal in the United States Fifth Circuit Court of Appeal (Civil Action No. 05-4182). For this reason, defendants hereby move this Honorable Court for a dismissal, without prejudice, of any and all claims as asserted herein against defendants, Modjeski and Masters, Inc., Eustis Engineering Company, Inc., GOTECH Inc. and Burk-Kleinpeter, Inc. with each party to bear its own cost, reserving all rights, actions and alternative defenses against the remaining parties.

Respectfully submitted,

| | |
|---|---|
| /s/ *Scott Hedlund* | /s/ *Charles Seemann* |
| FRANCIS J. BARRY, JR., T.A. (#02830) | CHARLES F. SEEMANN, JR., T.A. (#11912) |
| FREDERICK R. BOTT (# 3285) | 755 Magazine Street |
| KEITH J. BERGERON (#25574) | New Orleans, Louisiana 70130 |
| SCOTT J. HEDLUND (#30549) | Telephone: (504) 581-5141 |
| 755 Magazine Street | Facsimile: (504) 566-1201 |
| New Orleans, Louisiana 70130 | |
| Telephone: (504) 581-5141 | |
| Facsimile: (504) 566-1201 | **ATTORNEY FOR:** |
| | **BURK-KLEINPETER, INC. AND** |
| **ATTORNEYS FOR:** | **DEFENDANT AND MOVER** |
| **MODJESKI AND MASTERS, INC.** | |
| **DEFENDANT AND MOVER** | |
| | |
| /s/ *Mat Gray* | /s/ *Albert Dale Clary* |
| MAT M. GRAY, III, T.A. (#6264) | ALBERT DALE CLARY, T.A. (#4165) |
| ALANSON T. CHENAULT, IV (#20747) | ADRIAN G. NADEAU (#28169) |
| 400 Poydras Street, 30th Floor | One United Plaza |
| New Orleans, Louisiana  70130 | Suite 500, 4041 Essen Lane |
| Telephone:    (504) 523-2600 | Baton Rouge, Louisiana 70809 |
| Facsimile:     (504) 523-2705 | Telephone: (225) 922-5110 |
| | Facsimile: (225) 922-5105 |
| **ATTORNEYS FOR:** | |
| **EUSTIS ENGINEERING COMPANY, INC.,** | **ATTORNEYS FOR:** |
| **DEFENDANT AND MOVER** | **GOTECH, INC.,** |
| | **DEFENDANT AND MOVER** |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of February 2008.

                                                          /s/ *Scott Hedlund* _____