UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO :<br><br>LEVEE:<br>07-4837 (Albano)<br>07-4391 (Adams) | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

\* \* \* \* \* \* \* \* \*

### ORDER

WHEREFORE, considering the foregoing motion;

IT IS HEREBY ORDERED that plaintiffs' claims be and are hereby dismissed, in their entirety, without prejudice, as to defendants, Modjeski and Masters, Inc., Eustis Engineering Company, Inc., GOTECH Inc. and Burk-Kleinpeter, Inc with each party to bear its own cost, reserving all rights and actions against the remaining parties.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____

JUDGE