UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION | |
| | * | | |
| | * | NO. 05-4182 | |
| | * | and consolidated cases | |
| PERTAINS TO: BARGE | * | | |
| | * | SECTION "K" (2) | |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | | * | |

## LAFARGE NORTH AMERICA'S FOURTH PRELIMINARY EXHIBIT LIST

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724), Lafarge North America Inc. ("LNA") submits this fourth preliminary exhibit list.

LNA has prepared this preliminary list on the basis of its best efforts and the information currently available.  It is necessarily limited because discovery in this case has only recently begun, and will not close until late 2008.  LNA will supplement this list on the 20th of each month, as directed by Case Management and Scheduling Order No. 5.

### Exhibit List

1. Photos and video of the northern breach in the eastern IHNC levee, including those to be produced as LNA 001139-1161.

2. Photos and video of the southern breach in the eastern IHNC levee, including those produced as LNA 000739-759, 001136.

3. Photos and video of other levee breaches, including those to be produced as LNA 001162-1171.

4. Photos and video of the IHNC levee and floodwall before Hurricane Katrina, including that produced as LNA 000140.

5. Photos and video of the IHNC levee and floodwall after Hurricane Katrina, including photos of scour trenching and gapping, including those produced as LNA 000739-759, 001138.

6. Photos and video of the IHNC before and after Hurricane Katrina, including those produced as LNA 000739-740.

7. Photos and video of other levees and floodwalls before Hurricane Katrina

8. Photos and video of other levees and floodwalls after Hurricane Katrina, including breaches, including those to be produced as LNA 001162-1171.

9. Photos and video of other barges that broke free during the storm, including barges that impacted other levees and floodwalls, including those produced as LNA 000760-769, 000791-807, 001172-1178, 1180-1182.

10. Photos and video of ING 4727 in the Lower Ninth Ward, including those produced as LNA 000770-790, 1126-1127.

11. Photos and video of the bottom 1/3 of ING 4727 taken after its removal from the Lower Ninth Ward to be produced as LNA 001088-1117.

12. Photos and video of other barges and vessels in the Greater New Orleans area after Hurricane Katrina, including those produced as LNA 000760-769, 000791-807.

13. Photos and video of LNA's New Orleans Terminal and vicinity before and after Hurricane Katrina, including those to be produced as LNA 001128-1135, 001118-1125.

14. Photos and video of debris in neighborhood, including those to be produced as LNA 001183-1343.

15. Photos and video showing damage in Lower Ninth Ward and other neighborhoods that are or may be part of the alleged class, including those produced by plaintiffs in discovery.

16. Overhead and aerial photographs and videos of the IHNC and Lower Ninth Ward, including those produced as LNA 000739-740.

17. Photos and video of the chain-link fence built on the IHNC floodwall, including that to be produced as LNA 001137

18. Photos and video showing weather conditions and visibility during Hurricane Katrina, including those to be produced as LNA 001344-1360.

19. Photos and video of storm surge during Hurricane Katrina

20. Photos from the IHNC lock station to be produced as LNA 001344-1360.

21. Maps for the Greater New Orleans Area showing locations of levees, levee breaches, man-made and natural geographical features, locations of property, LNA's New Orleans terminal, and similar points of interest.

22. Drawing and schematics of LNA's New Orleans terminal, including those produced as LNA 001053-1065.

23. New Orleans Harbor Chart, including those to be produced as LNA 001081-1084, also available at http://www.charts.noaa.gov.

24. Nautical Chart, depicting junction of GIWW and IHNC, Michaud Canal, and the junction of MRGO with GIWW, including those to be produced as LNA 001081-1084, also available at http://www.charts.noaa.gov.

25. Schematics of IHNC levees and floodwall as designed and as built, including those produced as LNA 000723-738 and those to be produced as LNA 001085-1087.

26. Photogrammetry showing IHNC levee and floodwall elevation and subsidence

27. Photos showing high water marks and water depths

28. Photos documenting direction of water flow, including those to be produced as LNA 001183-1343.

29. Sewage and Water Board of New Orleans central control and pump station log books covering August 29, 2005

30. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data and previous draft versions of the report, available at https://ipet.wes.army.mil/

31. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report, including underlying data and previous draft versions of the report, available at http://www.ce.berkeley.edu/~new_orleans/

32. "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina, including underlying data and previous draft versions of the report, available at http://www.publichealth.hurricane.lsu.edu/TeamLA.htm

33. American Society of Civil Engineers External Review Panel, The New Orleans Hurricane Protection System: What Went Wrong and Why (2007), including underlying data, available at http://www.asce.org/static/hurricane/whitehouse.cfm

34. U.S. Coast Guard Report of Investigation into the Circumstances Surrounding the Incident Involving Hurricane Katrina ING4727 / Breakaway-Grounding, including Investigative Report: Grounding of Hopper Barge ING 4727, and including all attachments or exhibits, including those to be produced as LNA 001361-1388

35. Woolley, Douglas and Leonard Shabman, "Decision Making Chronology for the Lake Ponchartrain & Vacinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007, including all underlying material and previous version, available at http://www.iwr.usace.army.mil/inside/products/pub/hpdc/hpdc.cfm

36. Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, "A Failure of Initiative" (February 15, 2006), available at http://katrina.house.gov/full_katrina_report.htm

37. Special Report of the Committee on Homeland Security and Governmental Affairs, U.S. Senate, "Hurricane Katrina – A Nation Still Unprepared" (2006), available at http://www.gpoaccess.gov/serialset/creports/katrinanation.html

38. Photos of mooring ropes used to secure barges at LNA New Orleans Terminal during Hurricane Katrina

39. Mooring ropes used at LNA New Orleans Terminal during Hurricane Katrina, as previously made available to the plaintiffs for inspection

40. Tapes or transcripts of 911 emergency calls

41. Hydrographs showing water levels in IHNC, including that to be produced as LNA 001390.

42. U.S. Army Corps of Engineers documents, manuals, regulations, plans, and correspondence regarding the design, construction, maintenance, and upkeep of levees within the greater New Orleans area, include along the IHNC, MRGO, and GIWW.

43. U.S. Army Corps of Engineers documents, manuals, regulations, plans, and correspondence regarding the design, construction, maintenance, and upkeep navigational channels within the greater New Orleans area, include along the IHNC, MRGO, and GIWW.

44. Legislative documents regarding the authorization of projects relating to the IHNC, MRGO, and GIWW.

45. U.S. Army Corps of Engineers documents relating to the performance of the New Orleans Hurricane Protection System during Hurricane Betsy.

4

46. Mississippi Gulf River Outlet Deep Draft De-Authorization Interim Report to Congress, December 2006

47. Dr. John Day et al., Mister Go Must Go: A Guide for the Army Corps' Congressionally-Directed Closure of the Mississippi Gulf River Outlet, December 4, 2006

48. Documents discussing, analyzing, or evaluating the impact, effects, or merits of the IHNC or MRGO or maintenance, dredging, or expansion of those channels prior to Hurricane Katrina

49. Permits, plans, and documentation of any dredging, fence building, or other construction projects related to the IHNC or MRGO

50. Property records for properties in the Lower Ninth Ward and other neighborhoods that are or may be part of the alleged class

51. Media reports related to events during Hurricane Katrina or the failure of the hurricane protection system, including those to be produced as LNA 001079-1080.

52. Weather data showing the path of Hurricane Katrina and weather conditions during Katrina, including wind speed and direction at locations of interest, including those to be produced as LNA 001067-1078.

53. Astronomical data, including that to be produced as LNA 1389.

54. Representations of wind, weather, and current in the IHNC to be prepared by experts and to be disclosed with expert reports pursuant to Fed. R. Civ. P. 26(a)(3)

55. Representations of house movement and water flow in the Lower Ninth Ward to be prepared by experts to be disclosed with expert reports pursuant to Fed. R. Civ. P. 26(a)(3)

56. Illustrations of ING 4727, including those produced at IBCO0618-0642.

57. Exhibits to be used by experts as support for / summary of opinions, potentially including models, recreation, or animation, to be disclosed with expert reports pursuant to Fed. R. Civ. P. 26(a)(3)

58. U.S. Coast Guard documents showing timing of Port Conditions Whiskey, X-Ray, Yankee, and Zulu to be produced as LNA 001066-001069.

59. Government declarations / documents regarding evacuation in advance of Hurricane Katrina, including those to be produced as LNA 001066, 001079-1080.

60. Expert reports and depositions from MRGO/Levee litigation

61. LNA documents produced by LNA in discovery, including from New Orleans terminal

62. Barge unloading report produced as LNA 000105.

63. New Orleans terminal shipping document produced as LNA 000106.

64. Fleet picture produced as LNA 000107.

65. New Orleans terminal report produced as LNA 000108.

66. Invoices for mooring line produced as LNA 000481-484.

67. Joseph C. Domino invoice produced as DOM 000008.

68. Any document listed or proffered by any other party

        Respectfully submitted,

        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        Ivan M. Rodriguez (#22574)
        Parker Harrison (#27538)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com
        Harrison@chaffe.com

        /s/ John D. Aldock
        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 20th day of February, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock