UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**LAFARGE NORTH AMERICA'S FOURTH PRELIMINARY FACT WITNESS LIST**

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724), Lafarge North America Inc. ("LNA") submits this preliminary fact witness list.

LNA has prepared this preliminary list on the basis of its best efforts and the information currently available. It is necessarily limited because discovery in this case is continuing and will not close until late 2008. LNA will supplement this list on the 20th of each month, as directed by Case Management and Scheduling Order No. 5.

Fact Witness List

| Witness and Contact Information | Topic of Testimony |
| --- | --- |
| 1. Ed Busch<br>Contact c/o Counsel for LNA | To testify regarding facts related to procedures and practices at LNA's New Orleans Terminal including unloading of barges, hurricane preparation, and other practices and procedures; terminal practice and experience relating to barge fleets; arrival, unloading and handling of Barge ING 4727 while at LNA's terminal; release of Barge ING 4727 to Zito fleeting; method and rationale for mooring and other hurricane preparation activities in advance of Hurricane Katrina, including type and configuration of lines and rationale therefore; timing of receipt information relative to Hurricane Katrina and response thereto, communications; barge movements, any and all other facts relating to the exercise of due care by LNA in the handling of ING 4727; and any and all facts attested to in prior deposition and trial testimony |
| 2. Earl Smith<br>Contact c/o Counsel for LNA | To testify regarding facts related to procedures and practices at LNA's New Orleans Terminal including unloading of barges, hurricane preparation, and other practices and procedures; terminal practice and experience relating to barge fleets; arrival, unloading and handling of Barge ING 4727 while at LNA's terminal; release of Barge ING 4727 to Zito fleeting; method and rationale for mooring and other hurricane preparation activities in advance of Hurricane Katrina, including type and configuration of lines and rationale therefor; timing of receipt information relative to Hurricane Katrina and response thereto, any and all other facts relating to the exercise of due care by LNA in the handling of ING 4727; and any and all facts attested to in prior deposition and trial testimony |

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 3. Roland Johnson<br>Contact c/o Counsel for LNA | To testify regarding facts related to procedures and practices at LNA's New Orleans Terminal including unloading of barges, hurricane preparation, and other practices and procedures; terminal practice and experience relating to barge fleets; arrival, unloading and handling of Barge ING 4727 while at LNA's terminal; release of Barge ING 4727 to Zito fleeting; method and rationale for mooring and other hurricane preparation activities in advance of Hurricane Katrina, including type and configuration of lines and rationale therefor; any and all other facts relating to the exercise of due care by LNA in the handling of ING 4727; and any and all facts attested to in deposition testimony |
| 4. Annette Gaskin<br>Contact c/o Counsel for LNA | To testify regarding facts related to procedures and practices at LNA's New Orleans Terminal including unloading of barges, hurricane preparation, and other practices and procedures; terminal practice and experience relating to barge fleets; timing of receipt information relative to Hurricane Katrina and response thereto, any and all other facts relating to the exercise of due care by LNA in the handling of ING 4727; and any and all facts attested to in prior deposition testimony |
| 5. Ed VanderMeulen<br>Contact c/o Counsel for LNA | To testify regarding facts related to procedures and practices in LNA's Distribution Department relative to handling and delivery of barges, barge safety, responsibility of terminal personnel; and similar issues; New Orleans terminal changes/upgrades; and any other matters and facts attested to in prior deposition and trial testimony |
| 6. Rachael Burnett<br>Contact c/o Counsel for LNA | To testify regarding facts related to LNA distribution procedures and practices, including communications regarding supply of cement and transport of ING |

LIBW/1670612.1

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 7. Jennifer Arnold<br>Contact c/o Counsel for LNA | To testify regarding facts related to communications with LNA personnel at New Orleans terminal in advance of Hurricane Katrina regarding hurricane preparation and release of barge; and LNA safety procedures and practices. |
| 8. Carrie Jenks<br>Contact c/o Counsel for LNA | To testify regarding facts related to LNA distribution procedures and practices, including communications regarding supply of cement and transport of ING 4727. |
| 9. A.J. Guthrie<br>Contact c/o Counsel for LNA | To testify regarding facts related to LNA distribution procedures and practices including timing of upgrades to New Orleans terminal dock |
| 10. D'Antionette Johnson<br>4407 Lonely Oak Drive<br>New Orleans, Louisiana 70126 | To testify regarding personal experience during and after Hurricane Katrina attested to during her deposition, including witnessing the breach of the floodwall without the involvement of a barge |
| 11. Angelica Sanders,<br>7920 Wave Drive<br>New Orleans, Louisiana 70128 | To testify regarding personal experience during and after Hurricane Katrina including overtopping of floodwall and witness to flooding without involvement of a barge |
| 12. Witnesses to events in the Lower Ninth Ward on August 29, 2005 (to be identified through deposition discovery) | To testify regarding personal experience during and after Hurricane Katrina as will be attested to in deposition testimony |
| 13. Steven Lentz<br>409 LeGardeur Dr.<br>Slidell, Louisiana 70460 | To testify regarding personal experience during and after Hurricane Katrina including but not limited to testimony of "boom" sound made by failure of floodwall at 17th Street Canal location, similar to sounds reported by individuals at breach locations in Lower Ninth Ward |
| 14. David Scott Castaing<br>Contact c/o Counsel for Joseph C. Domino, Inc. | Handling of ING 4727 prior to Hurricane Katrina per previous testimony |
| 15. Raymond Grabert, Jr.<br>Contact c/o Counsel for Unique Towing, Inc. | Handling of ING 4727 prior to Hurricane Katrina per previous testimony |

| **Witness and Contact Information** | **Topic of Testimony** |
|---|---|
| 16. Stan Cook (Ingram)<br>Contact c/o Counsel for Ingram Barge Company | Events concerning ING 4727 prior to Hurricane Katrina per previous testimony |
| 17. Michael O'Dowd<br>U.S. Army Corps of Engineers<br>Lockmaster | Personal experience during and after Hurricane Katrina, including visibility, measurements taken, and photographs from USCOE lock on IHNC |
| 18. McElwee Construction organizational representative | Underseepage at location of northern breach on the eastern side of the IHNC |
| 19. Don McCrosky<br>Entergy Little Gypsy Plant<br>17420 River Road<br>Montz, LA 70068 | Personal experience during and after Hurricane Katrina, including authentication of photographs taken at Entergy plant and showing storm surge |
| 20. Larry Arnold<br>c/o David Flotte, Preis & Roy<br>601 Poydras Street Suite 1700<br>New Orleans, LA 70130 | Loss of barges due to breakaways during Hurricane Katrina at Lone Star facility in New Orleans, despite measures taken to secure those barges |
| 21. Walter Stone<br>Gandolfo Kuhn Civil Engineers<br>c/o Chaffe McCall | Line of sight survey from residence in vicinity of IHNC north breach to area in vicinity of IHNC south breach |
| 22. Witnesses from the IPET group | The creation and genesis of the IPET Report, including the various studies, analyses, and conclusions detailed in the IPET Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005, and including but not limited to the causes of the failures of the IHNC floodwall and the lack of involvement by the ING 4727 |
| 23. Witnesses from the ILIT group | The creation and genesis of the ILIT Report, including the various studies, analyses; and conclusions detailed in the ILIT Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005, and including but not limited to the causes of the failures of the IHNC floodwall and the lack of involvement by the ING 4727 |
| 24. Witnesses from the Team Louisiana group | The creation and genesis of the Team Louisiana Report, including the various studies, analyses; and conclusions detailed in |

5

| Witness and Contact Information | Topic of Testimony |
|---|---|
| | the Team Louisiana Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005, and including but not limited to the causes of the failures of the IHNC floodwall and the lack of involvement by the ING 4727 |
| 25. Witnesses from the ASCE External Review Panel | The creation and genesis of the ERP Report, including the various studies, analyses; and conclusions detailed in the ERP Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005, and including but not limited to the causes of the failures of the IHNC floodwall and the lack of involvement by the ING 4727 |
| 26. Witnesses interviewed by IPET, ILIT, or Team Louisiana (yet to be identified) | Personal experience during and after Hurricane Katrina |
| 27. Witnesses to authenticate evidence to be used at trial | Authentication of evidence |
| 28. Lamy Chopin<br>Hydro Consultants, Inc.<br>10275 Siegen Lane<br>Baton Rouge, LA 70810 | Authentication of photographs supplied to plaintiffs in discovery and included on LNA's exhibit list |
| 29. Wayne Grip<br>Aero-Data Corp.<br>8245 YMCA Plaza Drive<br>Baton Rouge, LA 70810-0919 | Authentication of photographs supplied to plaintiffs in discovery and included on LNA's exhibit list |
| 30. Jason Fernandes<br>Martin, Ottaway, van Hemmen & Dolan<br>365 Canal Street, Suite 2370<br>New Orleans, LA 70130 | Authentication of photographs supplied to plaintiffs in discovery and included on LNA's exhibit list; post-storm observation, inspection, survey |
| 31. John Cunningham<br>Arthur Darden, Inc.<br>3200 Ridgelake Dr # 403<br>Metairie, LA 70002 | Authentication of photographs supplied to plaintiffs in discovery and included on LNA's exhibit list; post-storm observation, inspection, survey |
| 32. Witness from New Orleans property records office | Property records in the alleged class area, including difficulty of ascertaining ownership of parcels |

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 33. James Huey<br>Former president, Orleans Levee District | Levee inspections; scope of the work and the fulfillment of duties related to levee projects |
| 34. Jerry Colletti<br>U.S. Army Corps of Engineers<br>(mailing)<br>P.O. Box 60267<br>New Orleans, LA 70160-0267<br>(physical)<br>7400 Leake Avenue<br>New Orleans, LA 70118 | Levee inspections |
| 35. Any witness listed or called by any party in the In re: Katrina Canal Breaches Litigation | |

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

 /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

### Certificate of Service

I do hereby certify that I have on this 20th day of February, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock

8

LIBW/1670612.1