UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  INSURANCE, <u>Katz</u>, 06-4155 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

The court has been advised by counsel that all parties in the referenced case, <u>Marlene Katz v. State Farm Fire and Casualty Co. et al.</u>, have not consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), and that they therefore wish to cancel the pretrial conference previously set in this matter before the undersigned magistrate judge. Accordingly, **IT IS ORDERED** that the pretrial conference previously set in this matter before me on March 24, 2008, is hereby CANCELLED.

New Orleans, Louisiana, this   20th   day of February, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**