## Scott Joanen

| | |
|---|---|
| **From:** | Scott Joanen |
| **Sent:** | Wednesday, February 20, 2008 1:21 PM |
| **To:** | 'arod@odwyerlaw.com' |
| **Cc:** | Joe Bruno |
| **Subject:** | Motion for Protecive Order |
| **Attachments:** | Mx.Protective.Order.Depo.pdf; 37.1.certificate.pdf; Not.of.Hearing.pdf; Mx.Seal.pdf; Order.Seal.pdf; Memo.Protective.Order.pdf |

Ashton,

Attached please find the pleadings filed today in relation to your Notice of Depositions. The Mx. for Protective Order is Doc. No. 11298. In addition, I filed a Motion, Memo and Order for permission to file the Memo. in Support of the Mx. for Protective Order, and Exhibits for the reasons assigned in the Motion.

Scott Joanen
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA, 70113
Telephone: (504) 525-1335
Toll Free: 1-800-966-1335
Facsimile: (504) 561-6775
Email: scott@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have recieved this transmission in error, please immediately notify us by telephone at (504) 525-1335.



## Scott Joanen

**From:** Scott Joanen
**Sent:** Wednesday, February 20, 2008 1:31 PM
**To:** 'arod@odwyerlaw.com'
**Subject:** RE: Motion for Protecive Order

Ashton,

sorry I meant to write "In addition, I filed a Motion, Memo and Order for permission to file the Memo. in Support of the Mx. for Protective Order and Exhibits under seal, for the reasons assigned in the Motion."

Scott Joanen
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA, 70113
Telephone: (504) 525-1335
Toll Free: 1-800-966-1335
Facsimile: (504) 561-6775
Email: scott@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have recieved this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** Scott Joanen
**Sent:** Wednesday, February 20, 2008 1:21 PM
**To:** 'arod@odwyerlaw.com'
**Cc:** Joe Bruno
**Subject:** Motion for Protecive Order

Ashton,

Attached please find the pleadings filed today in relation to your Notice of Depositions. The Mx. for Protective Order is Doc. No. 11298. In addition, I filed a Motion, Memo and Order for permission to file the Memo. in Support of the Mx. for Protective Order, and Exhibits for the reasons assigned in the Motion.

Scott Joanen
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA, 70113
Telephone: (504) 525-1335
Toll Free: 1-800-966-1335
Facsimile: (504) 561-6775
Email: scott@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have recieved this transmission in error, please immediately notify us by telephone at (504) 525-1335.