UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: K<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br>INSURANCE: 06-03992 (Balfour) | MAGISTRATE: 2<br>MAG. JOSEPH C. WILKINSON, JR. |

### ORDER

Considering the above and foregoing Motion to Bifurcate:

**IT IS HEREBY ORDERED** that in accordance with the provisions of Case Management Order No. 4, Section VII, the matter entitled *"Bruce Balfour and Nancy Balfour v. The Hanover Insurance Company,"* Civil Action No. 06-3992 is hereby bifurcated from the consolidated litigation referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order.

New Orleans, Louisiana this 21st day of February, 2008.

UNITED STATES DISTRICT JUDGE