UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| _____ | * | SECTION "K" - JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | |
| | * | MAG. (2) - MAG. WILKINSON |
| INSURANCE:   *Aaron,* 06-4746 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING** Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiffs, Larry and Gwendolyn Mack, Johnnie and Loretta Lewis and Walter T. and Nancy Williams are **DISMISSED,** with prejudice, with respect to the Metropolitan entities, each party to bear its own costs;

New Orleans, Louisiana, this __21st__ day of ____February____, 2008.

_____
UNITED STATES DISTRICT JUDGE