UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| R.C. TIPPEN AND CARRIE TIPPEN,<br>Plaintiffs | *   CIVIL ACTION |
| | *   NO. 06-7701 c/w 06-8440 |
| VERSUS | *   SECTION "R" |
| REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, AND HARRY KELLEHER AND COMPANY, INC. | *   JUDGE SARAH S. VANCE |
| Defendants | *   MAG. JUDGE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \*

## ORDER

The foregoing motion considered;

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims by plaintiffs R.C. Tippen and Carrie Tippen against defendant, Harry Kelleher and Company, Inc., only, be and hereby are dismissed, with prejudice, with plaintiffs reserving all rights and claims against Republic Fire and Casualty Insurance Company, Fidelity National Property and Casualty Insurance Company, and/or any other unnamed party, and with each party to bear his, her or its own costs.

NEW ORLEANS, LOUISIANA, this 21st day of February, 2008.

UNITED STATES DISTRICT JUDGE

4