UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO : | * <br> * | <br> SECTION "K" (2) |
| LEVEE:<br>07-4837 (Albano)<br>07-4391 (Adams) | * <br> * <br> * <br> * | |
| *  *  *  *  *  *  *  *  * | | |

## ORDER

WHEREFORE, considering the foregoing motion;

IT IS HEREBY ORDERED that plaintiffs' claims be and are hereby dismissed, in their entirety, without prejudice, as to defendants, Modjeski and Masters, Inc., Eustis Engineering Company, Inc., GOTECH Inc. and Burk-Kleinpeter, Inc with each party to bear its own cost, reserving all rights and actions against the remaining parties.

NEW ORLEANS, LOUISIANA, this __21st__ day of ____February____, 2008.

_____
JUDGE