UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                         CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                              NO. 05-4182

PERTAINS TO:                                                         SECTION "K"(2)
   *Katz* C.A. No. 6542

## ORDER

On February 20, 2008, a Motion for Partial Summary Judgment (Doc. 6544) and a Motion to Exclude Testimony (Doc. 5542) came to be heard before this Court and for the reasons assigned in open court that day,

**IT IS ORDERED** that the Motion for Partial Summary Judgement (Doc. 6544) is **DENIED,** and the Motion to Exclude Testimony (Doc. 5542) is **GRANTED** in so far as the witness shall not be allowed to testify as to anylegal opinion but **DENIED** in so far as he may offer his opinion as concerns the available market for excess insurance.

New Orleans, Louisiana, this   21st   day of February, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE