**MINUTE ENTRY**
**DUVAL, J.**
**FEBRUARY 20, 2008**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: ALL LEVEE | NO. 05-4182 |
| | SECTION "K"(2) |

**MOTION** to dismiss by National Union Fire Insurance Company of Pittsburgh, PA, filed 11/20/07, doc. 9171.

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  CATHY PEPPER**

**APPEARANCES:  Karen Dicke, Gary Zwain, Gerald Meunier, Jeffrey Kessler &**
                              **Joseph Bruno**

Court begins at 11:21 a.m.
Case called; all present and ready.
Oral  argument by parties.
This matter is SUBMITTED.
Court adjourned at 12:39 p.m.

JS-10 (1:18)