**MINUTE ENTRY**
**DUVAL, J.**
**FEBRUARY 20, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: INSURANCE<br>(Marlene Katz, No. 06-4155) | NO. 05-4182<br>SECTION "K"(2) |

**MOTION to exclude testimony and opinions of Haig Neville by State Farm Fire and Casualty Company, filed 7/17/07 doc. 6542.**
**MOTION for partial summary judgment to dismiss Plaintiff's excess flood allegations by Anthony J. Cemo and State Farm Fire and Casualty Company, filed 7/17/07 doc. 6544.**

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTER: CATHY PEPPER**

**APPEARANCES:  Jeffery Struckhoff, Douglas Cochran & Andrea Fannin**

Court begins at 11:00 a.m.
Case called; all present and ready.
Oral argument by parties.
For the oral reasons stated on the record, Court shall let the Expert testify on the standard of care, however, the Expert shall not testify as to the market on excess insurance - doc. 6542.
Court DENIED, doc. 6544.  Court shall issue an order.
Court adjourned at 11:20 a.m.

JS-10 (:20)