UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**BARGE PLAINTIFFS' THIRD SUPPLEMENTAL WITNESS AND EXHIBIT LISTS**

  Now come Barge plaintiffs, through undersigned counsel, who supplement their prior witness and exhibit lists as follows:

Fact Witnesses:

  None to add at this time.  Plaintiffs reserve the right to supplement.

Experts:

  To add:

  John Kilpatrick, Ph.D
  2601 4th Avenue, Ste 650
  Seattle, WA 98109
  http://www.greenfieldadvisors.com/resumes/kilpatrick.pdf

  Expert in the field of business loss analysis, to testify to business loss subclass economic losses due to damage and/or destruction of businesses and business property caused or occasioned by the events subject of suit.

Exhibits:

None to add at this time.  Plaintiffs reserve the right to supplement.

        Respectfully submitted,

        WIEDEMANN & WIEDEMANN

        \s\Lawrence D. Wiedemann
        LAWRENCE D. WIEDEMANN, (13457)
        KARL WIEDEMANN, (18502)
        KAREN WIEDEMANN, (21151)
        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 581-6180
        Attorneys for Plaintiffs

        LAW OFFICE OF BRIAN A. GILBERT

        \s\Brian A. Gilbert
        BRIAN A. GILBERT (21297)
        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 885-7700
        Attorney for Plaintiffs
        Barge Plaintiffs' Liaison

        \s\Patrick J. Sanders
        PATRICK J. SANDERS (18741)
        Attorney at Law
        3123 Ridgelake Drive, Suite B
        Metairie, Louisiana 70002
        Telephone: (504) 834-0646
        Attorney for Plaintiffs

        \S\Richard T. Seymour
        **RICHARD T. SEYMOUR (D.C. Bar #28100)**
        The Law Office of Richard T. Seymour, PLLC
        1150 Connecticut Avenue, N.W., Suite 900
        Washington, D.C.  20036-4129

        \S\ Alan L. Fuchsberg
        **ALAN L. FUCHSBERG (N.Y.S.B.A. #1755966)**

    The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY   10110

\S\ Leslie D. Kelmachter
**LESLIE D. KELMACHTER (N.Y.S.B.A.**
#1795723
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY   10110

\S\ Lawrence A. Wilson
**LAWRENCE A. WILSON (N.Y.S.B.A. 2487908)**
Wilson, Grochow, Druker & Nolet
233 Broadway, 5th Floor
New York, NY   10279

\S\ David Druker
**DAVID DRUCKER (N.Y.S.B.A. #1981562)**
Wilson, Grochow, Druker & Nolet
233 Broadway, 5th Floor
New York, NY   10279

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 21 day of February, 2008.

    \s\Brian A. Gilbert