UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO | | SECTION "K" (2) |
| Insurance: Midland Mortgage 07-4854 | | JUDGE DUVAL |
| | | MAG. WILKINSON |

**MOTION TO TRANSFER**

COMES NOW, The Standard Fire Insurance Company ("Standard Fire"), incorrectly referred to as The Travelers Indemnity Company, who respectfully requests this Honorable Court issue an Order transferring Docket No.: 07-4854 of the above consolidated case to Judge Eldon E. Fallon's court for the following reasons:

I.

On August 28, 2007, Plaintiff, Midland Mortgage Co., filed suit against The Travelers Indemnity Company. The suit was inadvertently assigned to Judge Duval and placed in the canal breach litigation.

II.

The issues involved in docket number 07-4854, involve the same legal issues as the Chase litigation before Judge Fallon in docket number 07-4761.

1

III.

Therefore, Standard Fire request this Honorable Court issue an Order transferring Docket No.: 07-4854 of the above consolidated case to Judge Eldon E. Fallon's court in docket number 07-4761.

WHEREFORE, premises considered, The Standard Fire Insurance Company prays this Honorable Court issue an Order transferring Docket No.: 07-4854 of the above consolidated case to Judge Eldon E. Fallon's court in docket number 07-4761.

Respectfully submitted,

s/Gary J. Russo
Gary Russo (#10828)
LONGMAN RUSSO, APLC
Attorney for The Standard Fire Insurance Company
incorrectly referred to as Travelers Insurance Company
P.O. Drawer 3408
Lafayette, LA  70502-3408
Telephone:  (337) 262-9000
Fax: (337) 262-9001
Email: gjrusso@lrfirm.com

and

        Samuel J. Arena, Jr., Esquire
        Craig Russell Blackman, Esquire
        Heather M. Tashman, Esquire
        STRADLEY, RONON, STEVENS & YOUNG, LLP
        2600 One Commerce Square
        Philadelphia, PA  19103-7098
        Telephone: (215) 564-8000
        *Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing the following to all counsel of record.

        *s/Gary J. Russo*
        Gary J. Russo