UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br>SECTION "K" (2)<br>JUDGE DUVAL |
| PERTAINS TO<br>(Insurance: Midland Mortgage 07-4854) | MAG. WILKINSON |

**ORDER**

Considering the foregoing Motion to Transfer on behalf of The Standard Fire Insurance Company incorrectly referred to as The Travelers Indemnity Company;

IT IS HEREBY ORDERED that Docket No.: 07-4854 of the above consolidated case be and is hereby transferred to Judge Eldon E. Fallon's court.

THUS DONE AND SIGNED this _____ day of _____, 2008, at New Orleans, Louisiana.

_____
DISTRICT JUDGE