Effective 4/10/06        FINANCIAL & CIVIL ALLOTMENT SHEET        Receipt No. 353688
                                                                   Deputy Clerk: YMC

                                                                   FEB 20 2008

ACCOUNT CODE:                                REGISTRY FUND:

6855XX Accounts                              604700 Accounts
_____ - Restitution                          _____ - Cash Bonds
_____ - U.S. Postal Service Forms            _____ - Land Condemnation
_____ - Petty Offense                        _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00
      FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
      COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
      MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
_____ - Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
  ✓  - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
  ✓  - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

        RECEIVED FROM (FIRM): Andry Law Firm (Joseph C. Wilson)
        CASE NUMBER: 06-2268        SECTION: K/2
        CASE TITLE: _____

        PAYMENT OF  $5.00   CASH _____   CHECK ✓   MONEY ORDER _____
                            SEAMAN _____   PAUPER _____   NON CASH _____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action           _____ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,                Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.                  _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                         Death Sentence
_____ 3. Antitrust                                   _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright                _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   _____ Yes  _____ No    _____
Is this a RELATED CASE?        _____ Yes  _____ No    Attorney of Record