**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**