UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.     05-4181 | * | |
|           06-1885 | * | |
|           06-4024 | * | |
|           06-4389 | * | |
|           06-5771 | * | |
|           06-5786 | * | |
|           06-6099 | * | |
|           07-0206 | * | |
|           07-3500 | * | |
|           07-3612 | * | |
|           07-5023 | * | |
|           07-5040 | * | |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## RULE 37.1 CERTIFICATE

On Thursday, February 14, 2008, Mr. Ashton O'Dwyer filed his Notice of Depositions. On Tuesday, February 19, 2008, Scott Joanen, an associate in my office, placed a telephone call to Mr. O'Dwyer at the number listed on his Notice, pursuant to Local Rule 37.1 to meet and confer regarding the discovery dispute arising from his Notice of Depositions.

After subsequent communications, Mr. Joanen and Mr. O'Dwyer conferred, but were unable to reach agreement on the subject of the Notice of Depositions.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

  /s/    Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 20th day of February, 2008.

  /s/ Joseph M. Bruno

Joseph M. Bruno