FILED '08 FEB 20 11:59 USDC-LAE

*Original*
*Filed in the*
*record*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.    05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | **FILED UNDER SEAL** |
| 06-5786 | * | |
| 06-6099 | * | **AND IN CAMERA** |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| | * | |

* * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR PERMISSION TO FILE UNDER SEAL MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RE: NOTICE OF DEPOSITIONS (DOCUMENT NO. 11253)

**NOW INTO COURT**, comes Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, who moves to file [UNDER SEAL] portions of the Motion for Protective Order re: the Notice of Depositions (Document No. 11253), filed by Ashton

RECEIVED
FEB 20 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Fee_____
Process_____
X  Dktd_____
✓ CtRmDep_____
Doc. No_____

O'Dwyer, Esq., for the reasons set forth in the attached Memorandum in Support of Motion to File Under Seal.

In particular, movant seeks to file [UNDER SEAL] the Memorandum in Support of the Motion for Protective Order re: the Notice of Depositions (Document No. 11253), and the exhibits attached thereto.

Pursuant to Local Rule 5.7.06W, a paper copy of a proposed order granting this motion is attached for delivery to the Clerk.  The *Ex Parte* Motion for Permission to File Under Seal and Memorandum in Support, as well as the associated documents sought to remain under seal, are in an unsealed envelope marked "SEALED." The Clerk's Office should ensure that the above referenced documents remain under seal.

WHEREFORE Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, [UNDER SEAL] requests that the Court enter the concurrently filed [Proposed] Order, sealing portions of the Motion for Protective Order re: the Notice of Depositions (Document No. 11253), until the Court orders their unsealing.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

_____

JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775