UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.   05-4181 | * | |
|       06-1885 | * | |
|       06-4024 | * | **FILED UNDER SEAL** |
|       06-4389 | * | |
|       06-5771 | * | **AND IN CAMERA** |
|       06-5786 | * | |
|       06-6099 | * | |
|       07-0206 | * | |
|       07-3500 | * | |
|       07-3612 | * | |
|       07-5023 | * | |
|       07-5040 | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR PERMISSION TO FILE UNDER SEAL MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RE: NOTICE OF DEPOSITIONS (DOCUMENT NO. 11253)**

NOW INTO COURT, comes Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, who moves to file [UNDER SEAL] portions of the Motion for Protective Order re: the Notice of Depositions (Document No. 11253), filed by Ashton O'Dwyer, Esq., in particular the Memorandum in Support of the Motion for Protective Order re:

the Notice of Depositions (Document No. 11253) and attached exhibits, for the following reasons:

1. On February 14, 2008, Ashton O'Dwyer, Esq, filed a Notice of Depositions (Document No. 11253), with depositions scheduled to commence on February 25, 2008. This Notice commanded not only the presence of a number of attorneys integrally involved in the Katrina umbrella litigation, but also the production of substantial documents.

2. Simultaneous to the filing of the *Ex-Parte* Motion to File Under Seal, Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, filed a Motion for Protective Order re: the Notice of Depositions (Document No. 11253).

3. The Memorandum in Support of the Motion for Protective Order re: the Notice of Depositions (Document No. 11253) references email communications between the attorneys on the various Plaintiffs' Subgroup Litigation Committees. Attached to the Memorandum in Support, as evidence of Plaintiffs' Liaison Counsel's argument, are the print outs of the emails evidencing those communications.

4. In addition to potentially containing information regarding attorney-client privilege or the attorney's work product, the dissemination of the information contained in the email communications to the general public would serve no useful purpose. Such public dissemination would only reflect poorly on the standards of the profession, and cause unnecessary distraction to the pertinent matters at hand - the zealous representation of the plaintiffs within the *In re: Katrina Canal Breaches Consolidated Litigation.*

**WHEREFORE**, Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, [UNDER SEAL] prays that the Court grant the *Ex Parte* Motion for Permission to File under Seal and enter the concurrently filed [Proposed] Order, sealing the Memorandum in Support of the Motion for Protective Order re: the Notice of Depositions (Document No. 11253), and the attached exhibits, until the Court orders their unsealing.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

_____
JOSEPH M. BRUNO
PLAINTIFFS' LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775