UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>No.   05-4181<br>        06-1885<br>        06-4024<br>        06-4389<br>        06-5771<br>        06-5786<br>        06-6099<br>        07-0206<br>        07-3500<br>        07-3612<br>        07-5023<br>        07-5040 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2)<br><br><br>**FILED UNDER SEAL**<br><br>**AND IN CAMERA** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING PERMISSION TO FILE UNDER SEAL**

Having considered the *Ex Parte* Motion for Permission to File Under Seal the Memorandum In Support of Motion for Protective Order re: Notice of Depositions (Document No. 11253), the Court deems that the Motion should be GRANTED; therefore, it is ORDERED, ADJUDGED and DECREED:

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

(1) that the Memorandum in Support of the Motion for Protective Order re: the Notice of Depositions (Document No. 11253), and its associated exhibits, be filed under seal until such time as this Court shall order their unsealing;

(2) that neither of the following are to be disclosed or published via the PACER Service Center's electronic access service or any other medium:

    (A) the *Ex Parte* Motion for Permission to File Under Seal;

    (B) the Memorandum in Support of *Ex Parte* Motion for Permission to File Under Seal;

    (C) the Memorandum in Support of the Motion for Protective Order re: the Notice of Depositions (Document No. 11253);

    (D) the exhibits referenced in and attached to the Memorandum in Support of the Motion for Protective Order re: the Notice of Depositions (Document No. 11253);

    (E) nor any contents thereof; and

(3) that the Clerk's Office should ensure that these documents remain under seal.

SO ORDERED.

Dated: _____, 2008

_____
U.S. DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____