UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> Insurance § <br> § <br> No. 06-5164, *Susan Abadie et al., v Aegis Security* § <br> *Insurance Co., et al.* § <br>  § | CIVIL ACTION NO.: 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) <br><br><br><br> THIS PLEADING APPLIES <br> ONLY TO THE CLAIMS OF <br> BERNADETTE AND JAMES BUTLER |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Bernadette and James Butler, who wish to voluntarily dismiss their claims against Defendant, Allstate Insurance Company, regarding homeowners' insurance policy for 11259 Waverly Dr., New Orleans, LA 70128, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, Plaintiffs, Bernadette and James Butler, respectfully request that this Court reopen this case with respect to Defendant, Allstate Insurance Company, regarding homeowners'

insurance policy for 11259 Waverly Dr., New Orleans, LA 70128, for the sole purpose of addressing this motion, thereby allowing plaintiffs to voluntarily dismiss their claims against Allstate Insurance Company, regarding homeowners' insurance policy for 11259 Waverly Dr., New Orleans, LA 70128, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

**WHEREFORE**, Plaintiffs, Bernadette and James Butler, pray that the Court reopen this case with respect to Defendant, Allstate Insurance Company, regarding homeowners' insurance policy for 11259 Waverly Dr., New Orleans, LA 70128, for the sole purpose of addressing this motion, thereby allowing plaintiffs to voluntarily dismiss their claims against Allstate Insurance Company, regarding homeowners' insurance policy for 11259 Waverly Dr., New Orleans, LA 70128, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
**JOSEPH M. BRUNO (# 3604)**
**L. SCOTT JOANEN (# 21431)**
The Law Offices of Joseph M. Bruno
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 561-6775
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by hand-delivery, facsimile, e-mail or other electronic filing, and/or by First Class, United States Mail, properly addressed and postage prepaid, this 21st day of February, 2008.

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**