UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:**<br>    C.A. No. 06-4389<br>    C.A. No. 06-6099<br>    C.A. No. 06-5786 | **SECTION "K"(2)** |

## ORDER

Before the Court is Plaintiff's Motion for (1) Entry of Rule 54(b) Judgment, (2) Stay of Execution of the Judgment Pending Appeal and (3) Dispensing with Security Pending Appeal. (Doc. 6934). Having reviewed the pleadings, memoranda and the relevant law, the Court finds no reason to deny this motion with respect to the entry of a Rule 54(b) judgment and a stay of execution. However, under Rule 62(f) and the law of Louisiana, security must be posted. Accordingly,

**IT IS ORDERED** that the Plaintiff's Motion for (1) Entry of Rule 54(b) Judgment, (2) Stay of Execution of the Judgment Pending Appeal and (3) Dispensing with Security Pending Appeal is **GRANTED** as to the entry of a Rule 54(b) judgment as the Court finds no just reason to delay entry thereof in regard to this sanction and is **GRANTED** with respect to a stay of execution; however the motion is **DENIED** with respect to dispensing with security and security is hereby set in the full amount of the judgment plus 10% to cover interest and costs.

**IT IS FURTHER ORDERED** that plaintiffs shall present a judgment to the Court in compliance with this order no later than March 14, 2008.

New Orleans, Louisiana, this   21st   day of February, 2008.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**