UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES      *         CIVIL ACTION NO. 05-4182
        CONSOLIDATED LITIGATION           *
                                                      *         SECTION "K" (2)

**PERTAINS TO:**
        06-4389
        06-6099
        06-5786

## O R D E R

Considering Ashton O'Dwyer's Ex Parte Motion for Leave to File Supplemental Memorandum, which the Court has duly noted,

**IT IS ORDERED** that Mr. O'Dwyer's Motion for Leave to File a Supplemental Memorandum in Support of his Motion for Entry of Rule 54(b) Judgment, etc. be and it is hereby **GRANTED**, as prayed for.

New Orleans, Louisiana, this   21st day of        February      2007.

_____
**J U D G E**

-1-