**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

In Re:  **KATRINA CANAL BREACHES**  *          **CIVIL ACTION NO. 05-4182**
   **CONSOLIDATED LITIGATION**  *
          *          **SECTION "K" (2)**

**PERTAINS TO:**
      **06-4389**
      **06-6099**
      **06-5786**


**SUPPLEMENTAL MEMORANDUM BY**
**ASHTON O'DWYER IN SUPPORT OF HIS**
**MOTION FOR RULE 54(b) JUDGMENT,**
**FOR STAY OF EXECUTION OF**
**JUDGMENT PENDING APPEAL, ETC.**


**MAY IT PLEASE THE COURT:**

In its infinite wisdom, This Honorable Court sanctioned Ashton O'Dwyer for "harassing" the State of Louisiana in Victims of KATRINA litigation.  Part of the reason for O'Dwyer's being sanctioned to the tune of almost $8,000[1] was the fact that Your Honor believed O'Dwyer's argument that the State of Louisiana had waived 11th immunity from being required to litigate in Federal Court was "frivolous at best". (Record Document No. 3666, p. 7).

---

[1] Ashton O'Dwyer finds it noteworthily ironic that over 1,500 people died as a result of Hurricane KATRINA.  Numerous more people suffered bodily injury and emotional distress.  The pollution damage from KATRINA rivals the damages caused by the MT EXXON VALDES casualty.  The State of Louisiana alone has submitted a claim for $200 billion dollars in property damages to the U.S. Army Corps of Engineers.  Yet no one, other than Ashton O'Dwyer, has been sanctioned since KATRINA.

When This Honorable Court made its ruling, it did not know that on August 29, 2007, the second anniversary of Hurricane KATRINA, the rich and powerful State of Louisiana instituted litigation in Federal Court, seeking to recover damages from the United States of America for some $200 billion dollars in property damage allegedly suffered by the State as a result of malfeasance and negligence by the U.S. Army Corps of Engineers, which is an agency and instrumentality of the United Stats of America. The Civil Action Numbers are C.A. No. 07-5026 and C.A. No. 07-5040.  Appended hereto and marked for identification as Exhibit Nos. 1 and 2 are O'Dwyer's E-mails to counsel for the State in those cases, among others, soliciting their consent pursuant to the provisions of Rule 7.6 of the Local Rules for leave to intervene in that litigation in order to assert claims against the State of Louisiana for the damages sustained by his clients as a result of the State's malfeasance, negligence, strict liability and breach of warranty.  To date, counsel for the State have not responded to Exhibit Nos. 1 or 2.

In any event, it is rather plain that the State of Louisiana can no longer claim immunity pursuant to the 11th Amendment from litigating in Federal Court, because the State chose the Federal forum as the forum for litigating its claims against the United States of America.  In short, the State cannot "Have its cake and eat it too".  Either the State has waived 11th Amendment immunity or it should be precluded from pursuing affirmative claims in this forum for damages allegedly sustained by the State arising out of the same transactions and occurrences for which O'Dwyer and his clients originally sued the State in this forum.

It is respectfully submitted that it is the lawyers for the Louisiana Department of Justice, who must have known when they filed their motion for sanctions against

O'Dwyer what was "coming" on August 29, 2007, who should be sanctioned. Accordingly, O'Dwyer takes this opportunity to urge This Honorable Court to *sua sponte* revoke the imposition of sanctions against him, and to sanction the lawyers within the Louisiana Department of Justice for their obvious commission of "fraud upon the Court". In the alternative, O'Dwyer respectfully submits that his motion for entry of Final Judgment pursuant to Rule 54(b) should be granted, security dispensed with, and execution of the judgment against him stayed pending appeal to the Fifth Circuit.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

**By:    S/Ashton R. O'Dwyer, Jr.**
**Ashton R. O'Dwyer, Jr.**
**Bar No. 10166**
**821 Baronne Street**
**New Orleans, LA 70113**
**Tel. (504) 679-6166**
**Fax (504) 581-4336**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel via electronic filing this 4th day of September, 2007.

**S/Ashton R. O'Dwyer, Jr.**