## Victoria Broussard

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Tuesday, September 04, 2007 3:44 PM
**To:** vbroussard@odwyerlaw.com
**Subject:** FW: reply needed by 1:00 CSDT TODAY

This is Exhibit No. 1, Ms. B.

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Friday, August 31, 2007 11:34 AM
**To:** 'FCDlaw@aol.com'; 'Linda@lambertandnelson.com'; 'stephaniep@jbrunolaw.com'; 'rebennacks@cox.net';
'Alexis@LambertandNelson.com'; 'aalonso@yourlawyer.com'; 'aayer@reichandbinstock.com';
'bjones@gsnlaw.com'; 'calvinfayard@fayardlaw.com'; 'Candace@lambertandnelson.com';
'dbecnel@rtconline.com'; 'dbecnel@becnellaw.com'; 'DollyNO@aol.com'; 'dbhoneycutt@fayardlaw.com';
'david@brunobrunolaw.com'; 'JdeGravelles@dphf-law.com'; 'dmartin@gainsben.com';
'dreich@reichandbinstock.com'; 'florian@jbrunolaw.com'; 'fholthaus@dphf-law.com';
'federal@geraldmaples.com'; 'gmeunier@gainsben.com'; 'harry@brunobrunolaw.com';
'hugh@lambertandnelson.com'; 'jgarner@shergarner.com'; 'jim@jimshall.com'; 'jbruno@brunobrunolaw.com';
'pconnick@lil.nocoxmail.com'; 'jpalmintier@dphf-law.com'; 'keithcouture@bellsouth.net';
'mtannehill@yourlawyer.com'; 'mburg@burgsimpson.com'; 'mhill@smithfawer.com'; 'mpalmintier@dphf-
law.com'; 'nicole@murphylfirm.com'; 'Jerry@yourlawyer.com'; 'aucoinp@bellsouth.net';
'pmurphy@murphylfirm.com'; 'Price@jbrunolaw.com'; 'rasmith@smithfawer.com'; 'rmmjr@cox.net';
'rob@jbrunolaw.com'; 'Zinbec@aol.com'; 'rcaluda@rcaluda.com'; 'srrosenb@yahoo.com';
'scott@jbrunolaw.com'; 'stephanie@rcaluda.com'; 'smwiles@fgmapleslaw.com'; 'tturner@dumaslaw.com';
'wdumas@dumaslaw.com'; 'wandaedwards@fayardlaw.com'; 'aphlen@mckernanlawfirm.com';
'bobw@wrightroy.com'; 'csalas@salaslaw.com'; 'cmitchell@levinlaw.com'; 'dbigelow@girardikeese.com';
'dranier@rgelaw.com'; 'dflint@mckernanlawfirm.com'; 'Attyecs@aol.com'; 'fdamicojr@damicolaw.net';
'gandry@yahoo.com'; 'jimr@wrightroy.com'; 'jdunlap@couhigpartners.com'; 'jsmith@mckernanlawfirm.com';
'gwen@andrylawfirm.com'; 'jemckernan@mckernanlawfirm.com'; 'jcotchett@cpsmlaw.com';
'kcalcagnie@rcrlaw.net'; 'mrobinson@rcrlaw.com'; 'mschultz@levinlaw.com'; 'felliot@rgelaw.com';
'pgregory@cpmlegal.com'; 'pod@oslaw.com'; 'rexnicios@damicolaw.net'; 'ggoforth@couhigpartners.com';
'tgirardi@girardikeese.com'; 'vandrus@yahoo.com'
**Cc:** 'jbruno@jbrunolaw.com'; 'johnandry@yahoo.com'; 'MSchultz@levinlaw.com'
**Subject:** RE: reply needed by 1:00 CSDT TODAY

While we're all "communicating", when are we going to address the issue of "conflicts of interests" involving
those members of the Plaintiffs' Liason Committee, who we all now know have been "sleeping with the devil",
the Louisiana Department of "Injustice", and who concealed their now obviously long-standing relationship with
Attorney General Foti and the State, while purporting to be representing the interests of all members of the
class. This is a SCANDAL, Boys and Girls. I'm waiting for IMMEDIATE resignations from the Plaintiffs' Liason
Committee.

**From:** FCDlaw@aol.com [mailto:FCDlaw@aol.com]
**Sent:** Friday, August 31, 2007 10:58 AM
**To:** Linda@lambertandnelson.com; arod@odwyerlaw.com; stephaniep@jbrunolaw.com; rebennacks@cox.net;
Alexis@LambertandNelson.com; aalonso@yourlawyer.com; aayer@reichandbinstock.com; bjones@gsnlaw.com;
calvinfayard@fayardlaw.com; Candace@lambertandnelson.com; dbecnel@rtconline.com;
dbecnel@becnellaw.com; DollyNO@aol.com; dbhoneycutt@fayardlaw.com; david@brunobrunolaw.com;
JdeGravelles@dphf-law.com; dmartin@gainsben.com; dreich@reichandbinstock.com; florian@jbrunolaw.com;
fholthaus@dphf-law.com; federal@geraldmaples.com; gmeunier@gainsben.com; harry@brunobrunolaw.com;
hugh@lambertandnelson.com; jgarner@shergarner.com; jim@jimshall.com; jbruno@brunobrunolaw.com;

pconnick@lil.nocoxmail.com; jpalmintier@dphf-law.com; keithcouture@bellsouth.net;
mtannehill@yourlawyer.com; mburg@burgsimpson.com; mhill@smithfawer.com; mpalmintier@dphf-law.com;
nicole@murphylfirm.com; Jerry@yourlawyer.com; aucoinp@bellsouth.net; pmurphy@murphylfirm.com;
Price@jbrunolaw.com; rasmith@smithfawer.com; rmmjr@cox.net; rob@jbrunolaw.com; Zinbec@aol.com;
rcaluda@rcaluda.com; srrosenb@yahoo.com; scott@jbrunolaw.com; stephanie@rcaluda.com;
smwiles@fgmapleslaw.com; tturner@dumaslaw.com; wdumas@dumaslaw.com;
wandaedwards@fayardlaw.com; aphlen@mckernanlawfirm.com; bobw@wrightroy.com; csalas@salaslaw.com;
cmitchell@levinlaw.com; dbigelow@girardikeese.com; dranier@rgelaw.com; dflint@mckernanlawfirm.com;
Attyecs@aol.com; fdamicojr@damicolaw.net; gandry@yahoo.com; jimr@wrightroy.com;
jdunlap@couhigpartners.com; jsmith@mckernanlawfirm.com; gwen@andrylawfirm.com;
jemckernan@mckernanlawfirm.com; jcotchett@cpsmlaw.com; kcalcagnie@rcrlaw.net; mrobinson@rcrlaw.com;
mschultz@levinlaw.com; felliot@rgelaw.com; pgregory@cpmlegal.com; pod@oslaw.com;
rexnicios@damicolaw.net; ggoforth@couhigpartners.com; tgirardi@girardikeese.com; vandrus@yahoo.com
**Cc:** jbruno@jbrunolaw.com; johnandry@yahoo.com; MSchultz@levinlaw.com
**Subject:** Re: reply needed by 1:00 CSDT TODAY

Linda--lets make the defendants come to each of us who have responsive materials, there is no obligation on
our part to do more--thanks for the reply, frank

---

Get a sneak peek of the all-new AOL.com.