**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

In Re:  KATRINA CANAL BREACHES  *     CIVIL ACTION NO. 05-4182
       CONSOLIDATED LITIGATION  *
                                               *     SECTION "K" (2)

**PERTAINS TO:**
           **06-4389**
           **06-6099**
           **06-5786**

### O R D E R

Considering the Ex Parte Motion for Leave to File Correct Exhibit by Ashton O'Dwyer, which the Court has duly noted,

**IT IS ORDERED** that O'Dwyer's Motion for Leave to File the correct Exhibit No. 2 to Record Document No. 7422 be and it is hereby **GRANTED**, as prayed for.

New Orleans, Louisiana, this __21st__ day of _____February_____ 2007.

_____
**J U D G E**

-1-