## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION NO.: 05-4182<br><br>SECTION: K |
| | *<br>* | MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (#06-9246) | *<br>*<br>* | |
| FLOWERS BY MY SISTER & ME, LLC | *<br>* | |
| VERSUS | *<br>* | |
| ZURICH AMERICAN INSURANCE<br>COMPANY AND/OR MARYLAND<br>CASUALTY COMPANY | *<br>*<br>*<br>* | |
| *   *   *   *   *   *   *   * | | |

## NOTICE OF HEARING

Please take notice that the foregoing Motion in Limine to Exclude Plaintiff's Expert Report on behalf of defendant, Maryland Casualty Company, will be brought for hearing before Judge Joseph C. Wilkinson on the *12th* day of *March, 2008,* at *11:00 a.m.*, or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/ Richard E. King*

_____

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
     **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456
 *Counsel for Defendant,*
*Maryland Casualty Company*
*(erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company)*