UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO.: 05-4182<br><br>SECTION:  K<br><br>MAGISTRATE:  2 |
| PERTAINS TO:<br>INSURANCE (#06-9246)<br><br>FLOWERS BY MY SISTER & ME, LLC<br><br>VERSUS<br><br>ZURICH AMERICAN INSURANCE<br>COMPANY AND/OR MARYLAND<br>CASUALTY COMPANY | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | |
| *   *   *   *   *   *   *   * | | |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE
PLAINTIFF'S WITNESSES AND EXHIBITS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to at times as "Maryland Casualty Company" or "MCC"), who, pursuant to Fed. Rules of Evidence Rules 401 – 403 and the provisions of this Court's Scheduling Order, moves for this Honorable Court to strike plaintiff's witnesses and

1

exhibits from being identified, offered, introduced, or filed into evidence at the trial of this matter, as more fully set forth in the attached Memorandum in Support.

**WHEREFORE,** Defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company), prays for an Order by this Honorable Court granting its Motion in Limine to Exclude Plaintiff's Witnesses and Exhibits.

    Respectfully submitted,

    */s/ Richard E. King*

    **RICHARD E. KING (#25128)**
    **DAVID M. MORAGAS (#29633)**
    **MATTHEW J. LINDSAY (#30599)**
    **GALLOWAY, JOHNSON, TOMPKINS,**
        **BURR & SMITH**
    701 Poydras Street, Suite 4040
    New Orleans, Louisiana  70139
    Telephone: (504) 525-6802
    Facsimile:  (504) 525-2456

    *Counsel for Defendant,*
    *Maryland Casualty Company*
    *(erroneously sued as Zurich American Insurance*
    *Company and/or Maryland Casualty Company)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of February, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

    */s/ Richard E. King*

    **RICHARD E. KING**

2