# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.:  05-4182 |
| | | SECTION:  K |
| | * | MAGISTRATE:  2 |
| PERTAINS TO: INSURANCE (#06-9246) | * * * | |
| FLOWERS BY MY SISTER & ME, LLC | * * | |
| VERSUS | * * | |
| ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY | * * * * | |
| *     *     *     *     *     *     *     * | | |

## ORDER

Considering the foregoing Motion in Limine to Exclude Plaintiff's Witnesses and Exhibits:

**IT IS HEREBY ORDERED** that plaintiff is prohibited from entering into evidence any and all witnesses or exhibits at trial of this matter.

**NEW ORLEANS**, Louisiana, this ___ day of _____, 2008.

_____

**J U D G E**