UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.    05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**REPLY TO PLAINTIFF'S NOTICE OF OBJECTION (DOCUMENT NO. 11315)**

**NOW INTO COURT**, comes Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, who in reply to Plaintiff's Notice of Objection (Document No. 11315) does state:

1. In Plaintiff's Notice of Objection, Mr. Ashton O'Dwyer states that "[i]f the Court is going to review documents or exhibits in connection with deciding issues with respect to Document No. 11298, the plaintiffs and their counsel are entitled to view those documents and exhibits."

2. The tenor of this statement indicates a lack of candor to the tribunal as required by <u>ABA Model Rules of Professional Conduct</u>, Rule 3.3. Scott Joanen, an associate in my office, personally filed the physical documents at issue with the Clerk of Court on February 20, 2009 at 11:59 a.m., and then hand delivered them to the Magistrate's chambers.

3. At 1:21 p.m., Mr. Joanen served copies of everything filed in conjunction with the Motion for Protective Order upon Mr. O'Dwyer electronically. (See Exhibit 1). As such, Mr. O'Dwyer is in possession of **everything** filed by Plaintiffs' Liaison Counsel in conjunction with the Motion for Protective Order. Whether Mr. O'Dwyer keeps his clients "reasonably informed about the status off the matter," as required by <u>ABA Model Rules of Professional Conduct</u>, Rule 1.4, lies within his discretion.

4. Undersigned counsel maintains that the manner in which the filing at issue was undertaken is appropriate, as already set forth to the Magistrate in the documents filed.

WHEREFORE Joseph M. Bruno, as Plaintiffs' Liaison Counsel in the above referenced actions, prays that the Court overrule Plaintiffs' Notice of Objection (Document No. 11315).

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

  /s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 21st day of February, 2008.

                                         /s/ Joseph M. Bruno

                                         Joseph M. Bruno