UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE:<br>Hammond, No. 07-1767 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

As requested by counsel for defendant, a **Settlement Conference** is set in the referenced Hammond case, Civil Action No. 07-1767, on **APRIL 15, 2008 at 3:00 p.m.** before me.

New Orleans, Louisiana, this __21st__ day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**