UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br><br> SECTION: K <br><br> MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (#06-9246) | * <br> * <br> * | |
| FLOWERS BY MY SISTER & ME, LLC | * <br> * | |
| VERSUS | * <br> * | |
| ZURICH AMERICAN INSURANCE<br>COMPANY AND/OR MARYLAND<br>CASUALTY COMPANY | * <br> * <br> * <br> * | |
| *   *   *   *   *   *   *   * | | |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE
PLAINTIFF'S EXPERT REPORTS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to at times as "Maryland Casualty Company" or "MCC"), who, pursuant to Fed. Rules of Evidence Rules 401 – 403 and the provisions of this Court's Scheduling Order, moves for this Honorable Court to strike plaintiff's expert reports

1

from being identified, offered, introduced, or filed into evidence at the trial of this matter, as more fully set forth in the attached Memorandum in Support.

**WHEREFORE,** Defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company), prays for an Order by this Honorable Court granting its Motion in Limine to Exclude Plaintiff's Expert Reports.

    Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
   **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Maryland Casualty Company*
*(erroneously sued as Zurich American Insurance*
*Company and/or Maryland Casualty Company)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of February, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**