UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182<br><br>SECTION: K<br><br>MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (#06-9246) | * * * | |
| FLOWERS BY MY SISTER & ME, LLC | * * | |
| VERSUS | * * | |
| ZURICH AMERICAN INSURANCE<br>COMPANY AND/OR MARYLAND<br>CASUALTY COMPANY | * * * * | |
| *   *   *   *   *   *   *   * | | |

## **ORDER**

Considering the foregoing Motion in Limine to Exclude Plaintiff's Expert Reports:

**IT IS HEREBY ORDERED** that plaintiff is prohibited from entering into evidence any reports or testimony provided by any purported expert at trial of this matter.

**NEW ORLEANS**, Louisiana, this ___ day of _____, 2008.

_____
**J U D G E**