IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CASE NO.: 05-4182

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

## MOTION TO QUASH
## SUBPOENA IN A CIVIL CASE

Sect K
mag 2

Now into Court, through undersigned counsel, comes Cynthia Bridges in her official capacity as Secretary of the Louisiana Department of Revenue ("Department"), who respectfully shows the following:

1.

On February 13, 2008, the Department was served with a subpoena in a civil case (a copy of which is attached as Exhibit "A"), issued at the request of Derek A. Walker, attorney for defendant.

2.

Said subpoena seeks to require the Records Custodian of the Louisiana Department of Revenue to appear at Chaffe McCall, L.L.P., 1100 Poydras Street, 2300 Energy Centre, New Orleans, LA 70163-2300 to produce the various documents listed in the Notice of FRCP 45 Production Request that was attached to the subpoena on February 29, 2008 at 12:05 p.m..

3.

Under La. R.S. 47:1508, the records and files requested in the subpoena are confidential and privileged, and the Department is prohibited herein from divulging or disclosing any information obtained from such records and files. In fact, if any officer, employee, or agent of the Department complies with the subpoena, he would subject

himself to criminal penalties as provided in the aforesaid statute and in La. R.S. 47:1508.1.

Wherefore, the Secretary of the Department of Revenue of the State of Louisiana respectfully requests that the Court enter an order quashing the subpoena issued on application of Derek A. Walker, defendant's attorney and it is further requested that a hearing of the Motion to Quash be scheduled.

Respectfully submitted,

*[signature]*

Antonio Ferachi (30498)
Frederick Mulhearn (19075)
Donald Bowman (29774)
Louisiana Department of Revenue
Legal Division
617 North Third Street (70802)
Post Office Box 4064
Baton Rouge, Louisiana 70821-4064
Phone (225) 219-2080, Fax (225) 219-0861
**Attorneys for Cynthia Bridges, Secretary, Louisiana Department of Revenue**

## CERTIFICATE

I, hereby certify that the above and foregoing motion has been mailed, postage prepaid and properly addressed, to Derek A. Walker, Chaffe McCall, L.L.P., 1100 Poydras Street, 2300 Energy Centre, New Orleans, Louisiana 70163-2300, this 18th day of February, 2008.

*[signature]*
ANTONIO FERACHI

IN RE: KATRINA CANAL BREACHES　　　　　　CASE NO.: 05-4182
CONSOLIDATED LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

## 37.1E CERTIFICATE

I, Antonio Ferachi, attorney for Cynthia Bridges, Secretary, Louisiana Department of Revenue have called Derek A. Walker to talk to him about the Department's Motion to Quash. I explained that because of the penalties and fines that can be imposed upon a Department of Revenue employee if a disclosure of taxpayer information is made, the Department had to file this present Motion to Quash. The Department had to file the motion to protect the department individual from the penalties and fines that can be imposed if a disclosure of confidential tax information is made.

A Motion to Quash Subpoena was also filed to give the court the opportunity to order that the Department Records Custodian be deposed and provide the requested taxpayer documents on the record. If the court orders the Records Custodian to comply, then that absolves the departmental employee from the penalties and fines associated with a disclosure of taxpayer information. Even if the parties could have talked about the matter, the Department would still have needed to file its Motion to Quash to get the court order to absolve the Department's employee of penalties and liability for the disclosure.

_Antonio Ferachi_
Antonio Ferachi