IN RE: KATRINA CANAL BREACHES  
CONSOLIDATED LITIGATION

CASE NO.: 05-4182

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

## MEMORANDUM IN SUPPORT OF MOTION TO QUASH SUBPOENA IN A CIVIL CASE

May it please the Court:

This memorandum is submitted on behalf of the Secretary, Department of Revenue, State of Louisiana, in support of her motion to quash the subpoena[1] issued at the request of Derek A. Walker, defendant's attorney.

**FACTS:**

The Records Custodian of the Louisiana Department of Revenue has been served with a subpoena seeking the Records Custodian to appear and produce the items listed on the Notice of FRCP 45 Production Request that was attached to the subpoena, at 12:05 o'clock P.M., at Chaffe McCall, L.L.P., 1100 Poydras Street, 2300 Energy Centre, New Orleans, Louisiana 70163-2300 on February 29, 2008.

**LAW:**

Under La. R.S. 47:1508, the Department's employees are not allowed to divulge or disclose any information obtained from such records and files. In fact, if any officer, employee or agent of the Department complies with the subpoena, he would subject himself to criminal penalties as provided in the above statute and in La. R.S. 47:1508.1. This statute expressly

---

[1] A copy of the subpoena at issue is attached to the motion as Exhibit "A".

prohibits the disclosure of "any information" obtained from the records and files maintained on any taxpayer, except under very limited circumstances, none of which exist here.

La. R.S. 47:1508 A provides, in pertinent part:

> (1) Except as otherwise provided by law, the records and files of the Secretary of the Department of Revenue or the records and files maintained pursuant to a tax ordinance, excluding ad valorem property tax assessments rolls, of any political subdivision are confidential and privileged, and no person shall divulge or disclose any information obtained from such records and files except in the administration and enforcement of the tax laws of this state or of a political subdivision of this state. ...

\* \* \*

> (3) Neither the Secretary nor any employee engaged in the administration or charged with the custody of any such records or files shall be required to produce any of them for inspection or use in any action or proceeding, except in an action or proceeding in the administration or enforcement of the tax laws of this state or of a political subdivision.

Since the subpoena is not issued in connection with a proceeding in the administration or enforcement of the tax laws, or for any other of the specific reasons listed in La. R.S. 47:1508, it must be quashed.

Sub-section C of the statute provides penalty provisions:

> Whoever violates any provisions of this Section by divulging information unlawfully shall be punished by imprisonment for not more than two years or fined not more than ten thousand dollars, or both.

Additionally, La. R.S. 47:1508.1 provides for penalties.

**CONCLUSION:**

Accordingly, the Secretary of the Department of Revenue for the State of Louisiana prays that this subpoena seeking confidential information from the records of the Department be quashed.

Respectfully submitted,

*Antonio Ferachi*

Antonio Ferachi (30498)
Frederick Mulhearn (19075)
Donald Bowman (29774)
Louisiana Department of Revenue
Legal Division
617 North Third Street (70802)
Post Office Box 4064
Baton Rouge, Louisiana 70821-4064
Phone (225) 219-2080, Fax (225) 219-0861
**Attorneys for Cynthia Bridges, Secretary,
Louisiana Department of Revenue**

## CERTIFICATE

I, hereby certify that the above and foregoing motion has been mailed, postage prepaid and properly addressed, to Derek A. Walker, Chaffe McCall, L.L.P., 1100 Poydras Street, 2300 Energy Centre, New Orleans, Louisiana 70163-2300, this 18th day of February, 2008.

*Antonio Ferachi*
**ANTONIO FERACHI**