IN RE: KATRINA CANAL BREACHES  CASE NO.: 05-4182
CONSOLIDATED LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

## NOTICE OF HEARING

Considering the *Motion to Quash Subpoena* filed by the Secretary of the Louisiana Department of Revenue,

IT IS NOW ORDERED that the parties receive notice that a hearing on the Motion to Quash Subpoena will take place on the  12th  day of  March  , 2008 at  11  o'clock  A .m.

Order signed at New Orleans, Louisiana on _____, 2008.

_____
HON. JOSEPH C. WILKINSON, JR., MAGISTRATE

Please serve:

Derek A. Walker
Chaffe McCall, L.L.P.
1100 Poydras Street, 2300 Energy Centre
New Orleans, Louisiana 70163-2300

Antonio Ferachi
Legal Division- Louisiana Department of Revenue
617 North Third St.
Baton Rouge, LA 70821