UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.  05-4182 "K"(2)<br>JUDGE: STANWOOD K. DUVAL<br>MAGISTRATE: WILKINSON |
|---|---|
| PERTAINS TO:   INSURANCE<br><br>07-5768 (Alvin & Alberta Alexander, et al.<br>        v. Allstate Insurance Co.) | |

MOTION TO ENROLL ADDITIONAL COUNSEL FOR PLAINTIFFS

NOW INTO COURT, in proper person, comes Stuart Barasch and Lawrence J. Centola, Jr., and move the Court for leave to enroll Lawrence J. Centola, Jr., as co-counsel for plaintiffs Alvin Alexander, Alberta Alexander, Gwendolyn Brinston, Mark Carriere, Rose Carriere, Mark Dernovsek, Sunchong Dernovsek, Martin J. Earl, Clare B. Earl, James Foucha, Reginald Howard, Deana Howard, Richard Mrozinski, Earin Mrozinski, John Peters, Ronald Pichon, Miki Pichon, Nevada Robinson, Michael Sorina, Nakia Sorina, Eva Torrance, William Young, Jr., and Pamela Young.  In support thereof, movers show that Lawrence J. Centola, Jr., has been retained to serve herein as co-counsel with plaintiff's current counsel of record, Mr. Barasch.  Movers show that Stuart Barasch will continue to serve as Trial Attorney for plaintiffs.

1

WHEREFORE movers pray for entry of an order allowing Maureen Blackburn Jennings to enroll as co-counsel of record for plaintiffs for the limited purpose of filing and, if allowed, arguing post-trial motions.

Respectfully submitted,

*S/Stuart Barasch*
STUART BARASCH
LA. Bar No. 20650
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

E-mail: sbarasch1@aol.com

and

*S/Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.
LA. Bar No. 3962
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

E-mail: larrycentola@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I electronically filed the foregoing Motion for Leave to Enroll Additional Counsel for Plaintiffs with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all enrolled parties.

*S/Stuart Barasch*
STUART BARASCH