UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** | ) | **CIVIL ACTION NO.: 05-4182** |
| **Consolidated Litigation** | ) | |
| | ) | **SECTION "K"** |
| **VERSUS** | ) | **JUDGE DUVAL** |
| | ) | |
| **PERTAINS TO:** | ) | **MAG. "M5"** |
| **INSURANCE (Hartley, No. 07-5458)** | ) | **MAGISTRATE WILKINSON** |

## MOTION TO DISMISS

NOW COME Plaintiffs Wyatt and Daelyn Hartley and Defendant Lexington Insurance Company through undersigned counsel, and on suggesting to the Court that all issues and controversies have been resolved to the satisfaction of Plaintiffs and Defendant and that Movers jointly desire to dismiss all claims asserted by Plaintiffs against Defendants in the above-captioned matter, with prejudice.

WHEREFORE, Wyatt and Daelyn Hartley and Lexington Insurance Company respectfully move to dismiss all claims asserted by Plaintiffs in the above-captioned matter.

Respectfully Submitted,

*/s/ Edward C. Vocke, IV*

EDWARD C. VOCKE, IV (#22882)
**Nicaud, Sunseri & Fradella, LLC**
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304
*Counsel for Plaintiffs*

and

/s/ Margaret L. Sunkel

JOHN E. W. BAAY II, T.A. (#22928)
ROBERT I. SIEGEL (#12063)
MARGARET L. SUNKEL (#25888)
ELIZABETH A. CHICKERING (#31099)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*Counsel for Lexington Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system, and by facsimile to all non-participants this 22nd day of February, 2008.

/s/ Margaret L. Sunkel

2