UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** | ) | **CIVIL ACTION NO.: 05-4182** |
| **Consolidated Litigation** | ) | |
| | ) | **SECTION "K"** |
| **VERSUS** | ) | **JUDGE DUVAL** |
| | ) | |
| **PERTAINS TO:** | ) | **MAG. "M5"** |
| **INSURANCE (Hartley, No. 07-5458)** | ) | **MAGISTRATE WILKINSON** |

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED that all of the claims asserted by Plaintiffs Wyatt and Daelyn Hartley against Defendant Lexington Insurance Company in the above-captioned matter be and the same are hereby DISMISSED, with prejudice.

New Orleans, Louisiana this ____ day of _____, 2008.

_____
JUDGE - USDC
EASTERN DISTRICT OF LOUISIANA