UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

<u>NOTICE OF PRODUCTION</u>

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and

Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United

States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set

of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North

America Inc.'s Requests for Production of Documents in the Barge category, and the Defendants'

Requests for Production of Documents, respectively, the United States has produced the

following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI

produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all

other documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in

this matter is produced in accordance with the Court's Order Authorizing and Requiring the

United States to Produce Personal Identifying Information Contained Within Electronically

Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying

Information (Doc. Rec. No. 10293):

| | | |
|---|---|---|
| ASU-014-000000001 | to | ASU-014-000000381; |
| ASU-014-000000384 | to | ASU-014-000000385; |
| ASU-014-000000390 | to | ASU-014-000000390; |
| ASU-014-000000393 | to | ASU-014-000000396; |
| ASU-014-000000401 | to | ASU-014-000000403; |
| ASU-014-000000411 | to | ASU-014-000000412; |
| ASU-015-000000001 | to | ASU-015-000000003; |
| ASU-015-000000008 | to | ASU-015-000000285; |
| ASU-015-000000288 | to | ASU-015-000000290; |
| ASU-015-000000295 | to | ASU-015-000000295; |
| ASU-015-000000300 | to | ASU-015-000000302; |
| ASU-015-000000310 | to | ASU-015-000000322; |
| ASU-016-000000001 | to | ASU-016-000000141; |
| ASU-016-000000165 | to | ASU-016-000000175; |
| ASU-016-000000250 | to | ASU-016-000000249; |
| EFP-322-000000001 | to | EFP-322-000000445; |
| EFP-323-000000001 | to | EFP-323-000017430; |
| EFP-331-000000001 | to | EFP-331-000000151; |
| EFP-332-000000001 | to | EFP-332-000000017; |
| EFP-333-000000001 | to | EFP-333-000013825; |
| EFP-338-000000001 | to | EFP-338-000000001; |
| HFP-162-000000001 | to | HFP-162-000003841; |
| HFP-163-000000001 | to | HFP-163-000000442; |
| HFP-165-000000001 | to | HFP-165-000008512; |
| HFP-181-000000001 | to | HFP-181-000000079; |
| HFP-190-000000001 | to | HFP-190-000000012; |
| IFP-011-000000001 | to | IFP-011-000000020; |
| IFP-012-000000001 | to | IFP-012-000001013; |
| JFP-005-000000001 | to | JFP-005-000300355; |
| NED-225-000000001 | to | NED-225-000000005; |
| NED-225-000000069 | to | NED-225-000000069; |
| NED-225-000000073 | to | NED-225-000000074; |
| NED-225-000000098 | to | NED-225-000000120; |
| NED-225-000000123 | to | NED-225-000000143; |
| NED-225-000000250 | to | NED-225-000000262; |
| NED-225-000000264 | to | NED-225-000000264; |

| | | |
|---|---|---|
| NED-225-000000279 | to | NED-225-000000280; |
| NED-225-000000290 | to | NED-225-000000290; |
| NED-225-000000294 | to | NED-225-000000294; |
| NED-225-000000338 | to | NED-225-000000338; |
| NED-225-000000346 | to | NED-225-000000346; |
| NED-225-000000349 | to | NED-225-000000350; |
| NED-225-000000359 | to | NED-225-000000359; |
| NED-225-000000364 | to | NED-225-000000364; |
| NED-225-000000369 | to | NED-225-000000370; |
| NED-225-000000378 | to | NED-225-000000378; |
| NED-225-000000387 | to | NED-225-000000399; |
| NED-225-000000401 | to | NED-225-000000421; |
| NED-225-000000439 | to | NED-225-000000439; |
| NED-225-000000451 | to | NED-225-000000471; |
| NED-225-000000482 | to | NED-225-000000482; |
| NED-225-000000496 | to | NED-225-000000499; |
| NED-225-000000606 | to | NED-225-000000606; |
| NED-225-000000653 | to | NED-225-000000658; |
| NED-225-000000738 | to | NED-225-000000738; |
| NED-225-000000742 | to | NED-225-000000747; |
| NED-225-000000752 | to | NED-225-000000769; |
| NED-225-000000805 | to | NED-225-000000805; |
| NED-225-000000837 | to | NED-225-000000837; |
| NED-225-000000852 | to | NED-225-000000853; |
| NED-225-000000867 | to | NED-225-000000867; |
| NED-225-000000878 | to | NED-225-000000880; |
| NED-225-000000892 | to | NED-225-000000894; |
| NED-225-000000921 | to | NED-225-000000923; |
| NED-225-000000943 | to | NED-225-000000957; |
| NED-225-000000959 | to | NED-225-000000959; |
| NED-225-000000966 | to | NED-225-000000966; |
| NED-225-000000972 | to | NED-225-000000972; |
| NED-225-000000974 | to | NED-225-000000988; |
| NED-225-000000993 | to | NED-225-000000997; |
| NED-225-000001001 | to | NED-225-000001021; |
| NED-225-000001041 | to | NED-225-000001041; |
| NED-225-000001045 | to | NED-225-000001050; |
| NED-225-000001064 | to | NED-225-000001194; |
| NED-225-000001200 | to | NED-225-000001213; |
| NED-225-000001221 | to | NED-225-000001248; |
| NED-225-000001272 | to | NED-225-000001275; |
| NED-225-000001283 | to | NED-225-000001298; |
| NED-225-000001300 | to | NED-225-000001328; |

| | | |
|---|---|---|
| NED-225-000001330 | to | NED-225-000001332; |
| NED-225-000001339 | to | NED-225-000001339; |
| NED-225-000001357 | to | NED-225-000001358; |
| NED-225-000001360 | to | NED-225-000001368; |
| NED-225-000001521 | to | NED-225-000001521; |
| NED-225-000001569 | to | NED-225-000001574; |
| NED-225-000001576 | to | NED-225-000001589; |
| NED-225-000001596 | to | NED-225-000001620; |
| NED-225-000001628 | to | NED-225-000001628; |
| NED-225-000001723 | to | NED-225-000001767; |
| NED-225-000001771 | to | NED-225-000001791; |
| NED-225-000001800 | to | NED-225-000001801; |
| NED-225-000001814 | to | NED-225-000001831; |
| NED-225-000001840 | to | NED-225-000001843; |
| NED-225-000001852 | to | NED-225-000001854; |
| NED-225-000001857 | to | NED-225-000001857; |
| NED-225-000001860 | to | NED-225-000001864; |
| NED-225-000001866 | to | NED-225-000001866; |
| NED-225-000001871 | to | NED-225-000001872; |
| NED-225-000001883 | to | NED-225-000001887; |
| NED-225-000001892 | to | NED-225-000001900; |
| NED-225-000001907 | to | NED-225-000001927; |
| NED-225-000001933 | to | NED-225-000001946; |
| NED-225-000001948 | to | NED-225-000001952; |
| NED-225-000001955 | to | NED-225-000001964; |
| NED-225-000001976 | to | NED-225-000001994; |
| NED-225-000001997 | to | NED-225-000002010; |
| NED-225-000002016 | to | NED-225-000002016; |
| NED-225-000002037 | to | NED-225-000002049; |
| NED-225-000002051 | to | NED-225-000002083; |
| NED-225-000002094 | to | NED-225-000002102; |
| NED-225-000002125 | to | NED-225-000002130; |
| NED-225-000002135 | to | NED-225-000002137; |
| NED-225-000002162 | to | NED-225-000002165; |
| NED-225-000002169 | to | NED-225-000002173; |
| NED-225-000002195 | to | NED-225-000002202; |
| NED-225-000002215 | to | NED-225-000002232; |
| NED-225-000002236 | to | NED-225-000002237; |
| NED-225-000002251 | to | NED-225-000002254; |
| NED-713-000000001 | to | NED-713-000000139; |
| NED-713-000000150 | to | NED-713-000000219; |
| NED-713-000000222 | to | NED-713-000000236; |
| NED-713-000000278 | to | NED-713-000000281; |

4

| | | |
|---|---|---|
| NED-713-000000287 | to | NED-713-000000310; |
| NED-713-000000323 | to | NED-713-000000331; |
| NED-713-000000337 | to | NED-713-000000338; |
| NED-713-000000346 | to | NED-713-000000346; |
| NED-713-000000353 | to | NED-713-000000353; |
| NED-713-000000356 | to | NED-713-000000356; |
| NED-713-000000364 | to | NED-713-000000371; |
| NED-713-000000374 | to | NED-713-000000375; |
| NED-713-000000377 | to | NED-713-000000381; |
| NED-713-000000397 | to | NED-713-000000443; |
| NED-713-000000460 | to | NED-713-000000460; |
| NED-713-000000471 | to | NED-713-000000472; |
| NED-713-000000490 | to | NED-713-000000500; |
| NED-713-000000587 | to | NED-713-000000623; |
| NED-713-000000631 | to | NED-713-000000631; |
| NED-713-000000633 | to | NED-713-000000633; |
| NED-713-000000639 | to | NED-713-000000887; |
| NED-713-000000894 | to | NED-713-000000898; |
| NED-713-000001101 | to | NED-713-000001103; |
| NED-713-000001107 | to | NED-713-000001107; |
| NED-713-000001110 | to | NED-713-000001110; |
| NED-713-000001118 | to | NED-713-000001118; |
| NED-713-000001122 | to | NED-713-000001125; |
| NED-713-000001127 | to | NED-713-000001128; |
| NED-713-000001176 | to | NED-713-000001179; |
| NED-713-000001182 | to | NED-713-000001185; |
| NED-713-000001189 | to | NED-713-000001189; |
| NED-713-000001226 | to | NED-713-000001259; |
| NED-713-000001268 | to | NED-713-000001318; |
| NED-713-000001326 | to | NED-713-000001327; |
| NED-713-000001334 | to | NED-713-000001338; |
| NED-713-000001340 | to | NED-713-000001340; |
| NED-713-000001343 | to | NED-713-000001388; |
| NED-713-000001392 | to | NED-713-000001392; |
| NED-713-000001395 | to | NED-713-000001406; |
| NED-713-000001409 | to | NED-713-000001410; |
| NED-713-000001415 | to | NED-713-000001420; |
| NED-713-000001424 | to | NED-713-000001465; |
| NED-713-000001467 | to | NED-713-000001471; |
| NED-713-000001475 | to | NED-713-000001475; |
| NED-713-000001480 | to | NED-713-000001480; |
| NED-713-000001539 | to | NED-713-000001541; |
| NED-713-000001544 | to | NED-713-000001548; |

| | | |
|---|---|---|
| NED-713-000001581 | to | NED-713-000001583; |
| NED-713-000001594 | to | NED-713-000001595; |
| NED-713-000001615 | to | NED-713-000001620; |
| NED-713-000001625 | to | NED-713-000001665; |
| NED-713-000001667 | to | NED-713-000001858; |
| NED-713-000001864 | to | NED-713-000001890; |
| NED-713-000001897 | to | NED-713-000001909; |
| NED-713-000001913 | to | NED-713-000001913; |
| NED-713-000001928 | to | NED-713-000001930; |
| NED-713-000001935 | to | NED-713-000001956; |
| NED-713-000001958 | to | NED-713-000001965; |
| NED-713-000001972 | to | NED-713-000002050; |
| NED-713-000002054 | to | NED-713-000002054; |
| NED-713-000002069 | to | NED-713-000002071; |
| NED-713-000002076 | to | NED-713-000002139; |
| NED-713-000002148 | to | NED-713-000002152; |
| NED-715-000000001 | to | NED-715-000001947; |
| NRE-706-000000001 | to | NRE-706-000001106; |
| NRE-728-000000001 | to | NRE-728-000000282; |
| NRE-728-000000285 | to | NRE-728-000000318; |
| NRE-728-000000321 | to | NRE-728-000000429; |
| NRE-728-000000432 | to | NRE-728-000000441; |
| NRE-728-000000451 | to | NRE-728-000000466; |
| NRE-728-000000476 | to | NRE-728-000000482; |
| NRE-728-000000487 | to | NRE-728-000000487; |
| NRE-728-000000490 | to | NRE-728-000000490; |
| NRE-728-000000501 | to | NRE-728-000000525; |
| NRE-728-000000528 | to | NRE-728-000000536; |
| NRE-728-000000540 | to | NRE-728-000000549; |
| NRE-728-000000552 | to | NRE-728-000000555; |
| NRE-728-000000562 | to | NRE-728-000000584; |
| NRE-728-000000589 | to | NRE-728-000000614; |
| NRE-728-000000616 | to | NRE-728-000000631; |
| NRE-728-000000633 | to | NRE-728-000000641; |
| NRE-728-000000644 | to | NRE-728-000000670; |
| NRE-728-000000673 | to | NRE-728-000000675; |
| NRE-728-000000680 | to | NRE-728-000000680; |
| NRE-728-000000687 | to | NRE-728-000000687; |
| NRE-728-000000690 | to | NRE-728-000000701; |
| NRE-728-000000709 | to | NRE-728-000000712; |
| NRE-728-000000717 | to | NRE-728-000000727; |
| NRE-728-000000732 | to | NRE-728-000000733; |
| NRE-728-000000736 | to | NRE-728-000000739; |

| | | |
|---|---|---|
| NRE-728-000000744 | to | NRE-728-000000746; |
| NRE-728-000000749 | to | NRE-728-000000759; |
| NRE-728-000000763 | to | NRE-728-000000763; |
| NRE-728-000000777 | to | NRE-728-000000779; |
| NRE-728-000000785 | to | NRE-728-000000800; |
| NRE-728-000000802 | to | NRE-728-000000804; |
| NRE-728-000000811 | to | NRE-728-000000822; |
| NRE-728-000000826 | to | NRE-728-000000827; |
| NRE-728-000000831 | to | NRE-728-000000832; |
| NRE-728-000000842 | to | NRE-728-000000842; |
| NRE-728-000000845 | to | NRE-728-000000845; |
| NRE-728-000000850 | to | NRE-728-000000887; |
| NRE-728-000000892 | to | NRE-728-000000894; |
| NRE-728-000000905 | to | NRE-728-000000907; |
| NRE-728-000000946 | to | NRE-728-000000948; |
| NRE-728-000000951 | to | NRE-728-000000951; |
| NRE-728-000000966 | to | NRE-728-000000967; |
| NRE-728-000000969 | to | NRE-728-000000973; |
| NRE-728-000000976 | to | NRE-728-000000977; |
| NRE-728-000000988 | to | NRE-728-000000996; |
| NRE-728-000000999 | to | NRE-728-000000999; |
| NRE-728-000001002 | to | NRE-728-000001023; |
| NRE-728-000001028 | to | NRE-728-000001042; |
| NRE-728-000001045 | to | NRE-728-000001045; |
| NRE-728-000001053 | to | NRE-728-000001062; |
| NRE-728-000001065 | to | NRE-728-000001100; |
| NRE-728-000001167 | to | NRE-728-000001190; |
| NRE-728-000001192 | to | NRE-728-000001281; |
| NRE-728-000001294 | to | NRE-728-000001334; |
| NRE-728-000001337 | to | NRE-728-000001350; |
| NRE-728-000001352 | to | NRE-728-000001352; |
| NRE-728-000001354 | to | NRE-728-000001387; |
| NRE-728-000001389 | to | NRE-728-000001487; |
| NRE-728-000001513 | to | NRE-728-000001602; |
| NRE-729-000000001 | to | NRE-729-000000555; |
| NRE-729-000000565 | to | NRE-729-000000570; |
| NRE-729-000000578 | to | NRE-729-000000753; |
| NRE-729-000000755 | to | NRE-729-000000766; |
| NRE-729-000000768 | to | NRE-729-000000823; |
| NRE-729-000000825 | to | NRE-729-000000981; |
| NRE-729-000000984 | to | NRE-729-000001500; |
| NRE-730-000000009 | to | NRE-730-000000056; |
| NRE-730-000000060 | to | NRE-730-000000077; |

7

| | | |
|---|---|---|
| NRE-730-000000098 | to | NRE-730-000000813; |
| NRE-730-000000825 | to | NRE-730-000000827; |
| NRE-730-000000830 | to | NRE-730-000000867; |
| NRE-730-000000900 | to | NRE-730-000000906; |
| NRE-730-000000920 | to | NRE-730-000000930; |
| NRE-730-000000942 | to | NRE-730-000000951; |
| NRE-730-000000956 | to | NRE-730-000000958; |
| NRE-730-000000970 | to | NRE-730-000000973; |
| NRE-730-000000981 | to | NRE-730-000000985; |
| NRE-730-000001004 | to | NRE-730-000001014; |
| NRE-730-000001020 | to | NRE-730-000001027; |
| NRE-730-000001034 | to | NRE-730-000001034; |
| NRE-730-000001036 | to | NRE-730-000001041; |
| NRE-730-000001046 | to | NRE-730-000001048; |
| NRE-730-000001056 | to | NRE-730-000001059; |
| NRE-730-000001064 | to | NRE-730-000001070; |
| NRE-730-000001092 | to | NRE-730-000001096; |
| NRE-730-000001106 | to | NRE-730-000001448; |
| NRE-730-000001452 | to | NRE-730-000001470; |
| NRE-730-000001474 | to | NRE-730-000001491; |
| NRE-730-000001496 | to | NRE-730-000001496; |
| NRE-730-000001529 | to | NRE-730-000001532; |
| NRE-730-000001555 | to | NRE-730-000001556; |
| NRE-730-000001573 | to | NRE-730-000001593; |
| NRE-730-000001615 | to | NRE-730-000001615; |
| NRE-730-000001625 | to | NRE-730-000001647; |
| NRE-730-000001688 | to | NRE-730-000001689; |
| NRE-730-000001762 | to | NRE-730-000001763; |
| NRE-730-000001771 | to | NRE-730-000001779; |
| NRE-730-000001799 | to | NRE-730-000002173; |
| NRE-731-000000009 | to | NRE-731-000000350; |
| NRE-731-000000355 | to | NRE-731-000000361; |
| NRE-731-000000367 | to | NRE-731-000000994; |
| NRE-731-000001003 | to | NRE-731-000001041; |
| NRE-731-000001043 | to | NRE-731-000001048; |
| NRE-731-000001056 | to | NRE-731-000001083; |
| NRE-731-000001089 | to | NRE-731-000001089; |
| NRE-731-000001095 | to | NRE-731-000001100; |
| NRE-731-000001128 | to | NRE-731-000001148; |
| NRE-731-000001164 | to | NRE-731-000001235; |
| NRE-731-000001238 | to | NRE-731-000001241; |
| NRE-731-000001244 | to | NRE-731-000001252; |
| NRE-731-000001255 | to | NRE-731-000001260; |

| NRE-731-000001267 | to | NRE-731-000001272; |
|---|---|---|
| NRE-731-000001276 | to | NRE-731-000001293; |
| NRE-731-000001296 | to | NRE-731-000001296; |
| NRE-731-000001303 | to | NRE-731-000001311; |
| NRE-731-000001325 | to | NRE-731-000001334; |
| NRE-731-000001337 | to | NRE-731-000001337; |
| NRE-731-000001340 | to | NRE-731-000001347; |
| NRE-731-000001353 | to | NRE-731-000001361; |
| NRE-731-000001369 | to | NRE-731-000001369; |
| NRE-731-000001376 | to | NRE-731-000001411; |
| NRE-731-000001422 | to | NRE-731-000001423; |
| NRE-731-000001430 | to | NRE-731-000001450; |
| NRE-731-000001454 | to | NRE-731-000001576; |
| NRE-732-000000001 | to | NRE-732-000001086; |
| NRE-732-000001090 | to | NRE-732-000001091; |
| NRE-732-000001094 | to | NRE-732-000001107; |
| NRE-732-000001109 | to | NRE-732-000001668; |
| NRE-733-000000001 | to | NRE-733-000000023; |
| NRE-733-000000032 | to | NRE-733-000000670; |
| NRE-733-000000672 | to | NRE-733-000000672; |
| NRE-733-000000675 | to | NRE-733-000000679; |
| NRE-733-000000682 | to | NRE-733-000000696; |
| NRE-733-000000699 | to | NRE-733-000000700; |
| NRE-733-000000705 | to | NRE-733-000000711; |
| NRE-733-000000718 | to | NRE-733-000000722; |
| NRE-733-000000725 | to | NRE-733-000000725; |
| NRE-733-000000728 | to | NRE-733-000000743; |
| NRE-733-000000745 | to | NRE-733-000000746; |
| NRE-733-000000749 | to | NRE-733-000000759; |
| NRE-733-000000761 | to | NRE-733-000000772; |
| NRE-733-000000775 | to | NRE-733-000000781; |
| NRE-733-000000787 | to | NRE-733-000000822; |
| NRE-733-000000825 | to | NRE-733-000000835; |
| NRE-733-000000855 | to | NRE-733-000000855; |
| NRE-733-000000860 | to | NRE-733-000000862; |
| NRE-733-000000906 | to | NRE-733-000000907; |
| NRE-733-000000916 | to | NRE-733-000000957; |
| NRE-733-000000959 | to | NRE-733-000000962; |
| NRE-733-000000964 | to | NRE-733-000000981; |
| NRE-733-000000987 | to | NRE-733-000000996; |
| NRE-733-000001001 | to | NRE-733-000001007; |
| NRE-733-000001009 | to | NRE-733-000001010; |
| NRE-733-000001015 | to | NRE-733-000001019; |

| | | |
|---|---|---|
| NRE-733-000001021 | to | NRE-733-000001027; |
| NRE-733-000001035 | to | NRE-733-000001036; |
| NRE-733-000001038 | to | NRE-733-000001040; |
| NRE-733-000001049 | to | NRE-733-000001049; |
| NRE-733-000001054 | to | NRE-733-000001055; |
| NRE-733-000001082 | to | NRE-733-000001083; |
| NRE-733-000001094 | to | NRE-733-000001343; |
| NRE-733-000001348 | to | NRE-733-000001348; |
| NRE-734-000000001 | to | NRE-734-000000732; |
| NRE-734-000000738 | to | NRE-734-000000755; |
| NRE-734-000000763 | to | NRE-734-000000879; |
| NRE-734-000000903 | to | NRE-734-000000903; |
| NRE-734-000000947 | to | NRE-734-000000953; |
| NRE-734-000001007 | to | NRE-734-000001008; |
| NRE-734-000001042 | to | NRE-734-000001055; |
| NRE-734-000001213 | to | NRE-734-000001218; |
| NRE-734-000001303 | to | NRE-734-000001310; |
| NRE-734-000001342 | to | NRE-734-000001352; |
| NRE-734-000001433 | to | NRE-734-000001433; |
| NRE-734-000001447 | to | NRE-734-000002062; |
| NRE-734-000002066 | to | NRE-734-000002461; |
| NRE-735-000000001 | to | NRE-735-000001386; |
| NRE-735-000001394 | to | NRE-735-000001406; |
| NRE-735-000001408 | to | NRE-735-000001413; |
| NRE-735-000001417 | to | NRE-735-000001449; |
| NRE-735-000001456 | to | NRE-735-000001457; |
| NRE-735-000001485 | to | NRE-735-000001492; |
| NRE-735-000001498 | to | NRE-735-000001501; |
| NRE-735-000001507 | to | NRE-735-000001510; |
| NRE-735-000001512 | to | NRE-735-000001512; |
| NRE-735-000001515 | to | NRE-735-000001516; |
| NRE-735-000001530 | to | NRE-735-000001537; |
| NRE-735-000001544 | to | NRE-735-000001549; |
| NRE-735-000001557 | to | NRE-735-000001590; |
| NRE-735-000001601 | to | NRE-735-000001609; |
| NRE-735-000001618 | to | NRE-735-000001623; |
| NRE-735-000001634 | to | NRE-735-000001643; |
| NRE-735-000001650 | to | NRE-735-000001650; |
| NRE-735-000001662 | to | NRE-735-000001663; |
| NRE-735-000001669 | to | NRE-735-000001683; |
| NRE-735-000001693 | to | NRE-735-000001713; |
| NRE-735-000001722 | to | NRE-735-000001725; |
| NRE-735-000001728 | to | NRE-735-000001733; |

| | | |
|---|---|---|
| NRE-735-000001735 | to | NRE-735-000001742; |
| NRE-735-000001745 | to | NRE-735-000001761; |
| NRE-735-000001763 | to | NRE-735-000001768; |
| NRE-735-000001772 | to | NRE-735-000001778; |
| NRE-735-000001788 | to | NRE-735-000001802; |
| NRE-735-000001808 | to | NRE-735-000001808; |
| NRE-735-000001843 | to | NRE-735-000001849; |
| NRE-735-000001856 | to | NRE-735-000001857; |
| NRE-735-000001884 | to | NRE-735-000001910; |
| NRE-735-000001926 | to | NRE-735-000001941; |
| NRE-735-000001969 | to | NRE-735-000001987; |
| NRE-735-000001996 | to | NRE-735-000001998; |
| NRE-735-000002007 | to | NRE-735-000002021; |
| NRE-735-000002032 | to | NRE-735-000002193; |
| NRE-735-000011471 | to | NRE-735-000001477; |
| NRE-738-000000001 | to | NRE-738-000000041; |
| NRE-738-000000051 | to | NRE-738-000000052; |
| NRE-738-000000065 | to | NRE-738-000000067; |
| NRE-738-000000083 | to | NRE-738-000000096; |
| NRE-738-000000130 | to | NRE-738-000000130; |
| NRE-738-000000132 | to | NRE-738-000000146; |
| NRE-738-000000168 | to | NRE-738-000000169; |
| NRE-738-000000171 | to | NRE-738-000000172; |
| NRE-738-000000174 | to | NRE-738-000000250; |
| NRE-738-000000276 | to | NRE-738-000000278; |
| NRE-738-000000289 | to | NRE-738-000000289; |
| NRE-738-000000291 | to | NRE-738-000000296; |
| NRE-738-000000299 | to | NRE-738-000000322; |
| NRE-738-000000337 | to | NRE-738-000000350; |
| NRE-738-000000352 | to | NRE-738-000000374; |
| NRE-738-000000381 | to | NRE-738-000000384; |
| NRE-738-000000387 | to | NRE-738-000000391; |
| NRE-738-000000422 | to | NRE-738-000000422; |
| NRE-738-000000425 | to | NRE-738-000000429; |
| NRE-738-000000442 | to | NRE-738-000000467; |
| NRE-738-000000474 | to | NRE-738-000000477; |
| NRE-738-000000480 | to | NRE-738-000000500; |
| NRE-738-000000504 | to | NRE-738-000000541; |
| NRE-738-000000574 | to | NRE-738-000000574; |
| NRE-738-000000607 | to | NRE-738-000000607; |
| NRE-738-000000609 | to | NRE-738-000000612; |
| NRE-738-000000615 | to | NRE-738-000000625; |
| NRE-738-000000627 | to | NRE-738-000000648; |

11

| | | |
|---|---|---|
| NRE-738-000000677 | to | NRE-738-000000691; |
| NRE-738-000000714 | to | NRE-738-000000848; |
| NRE-738-000000852 | to | NRE-738-000000962; |
| NRE-738-000000965 | to | NRE-738-000001235; |
| NRE-738-000001248 | to | NRE-738-000001369; |
| NRE-738-000001392 | to | NRE-738-000001392; |
| NRE-738-000001395 | to | NRE-738-000001427; |
| NRE-738-000001507 | to | NRE-738-000001507; |
| NRE-738-000001509 | to | NRE-738-000001537; |
| NRE-738-000001539 | to | NRE-738-000001565; |
| NRE-738-000001567 | to | NRE-738-000001568; |
| NRE-738-000001589 | to | NRE-738-000001589; |
| NRE-738-000001591 | to | NRE-738-000001645; |
| NRE-738-000001651 | to | NRE-738-000001696; |
| NRE-738-000001698 | to | NRE-738-000001770; |
| NRE-738-000001802 | to | NRE-738-000001806; |
| NRE-738-000001821 | to | NRE-738-000001823; |
| NRE-738-000001842 | to | NRE-738-000001867; |
| NRE-738-000001885 | to | NRE-738-000001915; |
| NRE-738-000001919 | to | NRE-738-000001981; |
| NRE-738-000001989 | to | NRE-738-000002007; |
| NRE-739-000000001 | to | NRE-739-000000141; |
| NRE-739-000000170 | to | NRE-739-000000186; |
| NRE-739-000000269 | to | NRE-739-000000277; |
| NRE-739-000000279 | to | NRE-739-000000282; |
| NRE-739-000000284 | to | NRE-739-000000300; |
| NRE-739-000000329 | to | NRE-739-000000340; |
| NRE-739-000000343 | to | NRE-739-000000347; |
| NRE-739-000000354 | to | NRE-739-000000555; |
| NRE-739-000000558 | to | NRE-739-000000558; |
| NRE-739-000000561 | to | NRE-739-000000563; |
| NRE-739-000000567 | to | NRE-739-000000567; |
| NRE-739-000000570 | to | NRE-739-000000688; |
| NRE-739-000000691 | to | NRE-739-000000702; |
| NRE-739-000000711 | to | NRE-739-000000907; |
| NRE-739-000000911 | to | NRE-739-000000945; |
| NRE-739-000000950 | to | NRE-739-000001008; |
| NRE-739-000001013 | to | NRE-739-000001016; |
| NRE-739-000001039 | to | NRE-739-000001217; |
| NRE-740-000000001 | to | NRE-740-000000014; |
| NRE-740-000000043 | to | NRE-740-000000044; |
| NRE-740-000000069 | to | NRE-740-000000093; |
| NRE-740-000000099 | to | NRE-740-000000109; |

| | | |
|---|---|---|
| NRE-740-000000117 | to | NRE-740-000000170; |
| NRE-740-000000181 | to | NRE-740-000000411; |
| NRE-740-000000413 | to | NRE-740-000000483; |
| NRE-740-000000488 | to | NRE-740-000000500; |
| NRE-740-000000502 | to | NRE-740-000000504; |
| NRE-740-000000511 | to | NRE-740-000000566; |
| NRE-740-000000568 | to | NRE-740-000000572; |
| NRE-740-000000574 | to | NRE-740-000000756; |
| NRE-740-000000761 | to | NRE-740-000000764; |
| NRE-740-000000766 | to | NRE-740-000000767; |
| NRE-740-000000770 | to | NRE-740-000000927; |
| NRE-740-000000929 | to | NRE-740-000000994; |
| NRE-740-000001009 | to | NRE-740-000001019; |
| NRE-740-000001023 | to | NRE-740-000001070; |
| NRE-740-000001074 | to | NRE-740-000001086; |
| NRE-740-000001088 | to | NRE-740-000001095; |
| NRE-740-000001097 | to | NRE-740-000001114; |
| NRE-740-000001116 | to | NRE-740-000001266; |
| NRE-740-000001276 | to | NRE-740-000001286; |
| NRE-742-000000001 | to | NRE-742-000001180; |
| NRE-742-000001203 | to | NRE-742-000001204; |
| NRE-742-000001222 | to | NRE-742-000001227; |
| NRE-742-000001272 | to | NRE-742-000001278; |
| NRE-742-000001282 | to | NRE-742-000001432; |
| NRE-742-000001437 | to | NRE-742-000001708; |
| NRE-742-000001734 | to | NRE-742-000001854; |
| NRE-742-000001865 | to | NRE-742-000002249; |
| NRE-743-000000001 | to | NRE-743-000000008; |
| NRE-743-000000032 | to | NRE-743-000000048; |
| NRE-743-000000050 | to | NRE-743-000000075; |
| NRE-743-000000077 | to | NRE-743-000000160; |
| NRE-743-000000163 | to | NRE-743-000000208; |
| NRE-743-000000212 | to | NRE-743-000000221; |
| NRE-743-000000224 | to | NRE-743-000000224; |
| NRE-743-000000228 | to | NRE-743-000000228; |
| NRE-743-000000230 | to | NRE-743-000000232; |
| NRE-743-000000237 | to | NRE-743-000000238; |
| NRE-743-000000242 | to | NRE-743-000000300; |
| NRE-743-000000302 | to | NRE-743-000000302; |
| NRE-743-000000311 | to | NRE-743-000000320; |
| NRE-743-000000323 | to | NRE-743-000000323; |
| NRE-743-000000330 | to | NRE-743-000000381; |
| NRE-743-000000388 | to | NRE-743-000000446; |

| | | |
|---|---|---|
| NRE-743-000000449 | to | NRE-743-000000454; |
| NRE-743-000000457 | to | NRE-743-000000458; |
| NRE-743-000000460 | to | NRE-743-000000460; |
| NRE-743-000000462 | to | NRE-743-000000474; |
| NRE-743-000000496 | to | NRE-743-000000528; |
| NRE-743-000000531 | to | NRE-743-000000533; |
| NRE-743-000000535 | to | NRE-743-000000547; |
| NRE-743-000000549 | to | NRE-743-000000550; |
| NRE-743-000000552 | to | NRE-743-000000556; |
| NRE-743-000000568 | to | NRE-743-000000572; |
| NRE-743-000000594 | to | NRE-743-000000601; |
| NRE-743-000000605 | to | NRE-743-000000548; |
| NRE-743-000000651 | to | NRE-743-000000666; |
| NRE-743-000000669 | to | NRE-743-000000687; |
| NRE-743-000000689 | to | NRE-743-000000699; |
| NRE-743-000000702 | to | NRE-743-000000713; |
| NRE-743-000000754 | to | NRE-743-000000803; |
| NRE-743-000000813 | to | NRE-743-000000834; |
| NRE-743-000000838 | to | NRE-743-000000858; |
| NRE-743-000000861 | to | NRE-743-000000951; |
| NRE-743-000000976 | to | NRE-743-000001050; |
| NRE-743-000001055 | to | NRE-743-000001074; |
| NRE-743-000001079 | to | NRE-743-000001082; |
| NRE-743-000001087 | to | NRE-743-000001103; |
| NRE-743-000001105 | to | NRE-743-000001107; |
| NRE-743-000001110 | to | NRE-743-000001126; |
| NRE-744-000000001 | to | NRE-744-000000027; |
| NRE-744-000000036 | to | NRE-744-000000321; |
| NRE-744-000000327 | to | NRE-744-000000826; |
| NRE-744-000000839 | to | NRE-744-000000950; |
| NRE-745-000000040 | to | NRE-745-000000041; |
| NRE-745-000000049 | to | NRE-745-000000050; |
| NRE-745-000000052 | to | NRE-745-000000052; |
| NRE-745-000000099 | to | NRE-745-000000100; |
| NRE-745-000000106 | to | NRE-745-000000106; |
| NRE-745-000000156 | to | NRE-745-000000157; |
| NRE-745-000000234 | to | NRE-745-000000234; |
| NRE-745-000000258 | to | NRE-745-000000258; |
| NRE-745-000000276 | to | NRE-745-000000276; |
| NRE-745-000000279 | to | NRE-745-000000281; |
| NRE-745-000000301 | to | NRE-745-000000303; |
| NRE-745-000000358 | to | NRE-745-000000359; |
| NRE-745-000000363 | to | NRE-745-000000366; |

| | | |
|---|---|---|
| NRE-745-000000377 | to | NRE-745-000000382; |
| NRE-745-000000384 | to | NRE-745-000000398; |
| NRE-745-000000425 | to | NRE-745-000000428; |
| NRE-745-000000430 | to | NRE-745-000000431; |
| NRE-745-000000434 | to | NRE-745-000000434; |
| NRE-745-000000436 | to | NRE-745-000000436; |
| NRE-745-000000458 | to | NRE-745-000000464; |
| NRE-745-000000499 | to | NRE-745-000000500; |
| NRE-745-000000505 | to | NRE-745-000000505; |
| NRE-745-000000548 | to | NRE-745-000000549; |
| NRE-745-000000558 | to | NRE-745-000000558; |
| NRE-745-000000589 | to | NRE-745-000000590; |
| NRE-745-000000596 | to | NRE-745-000000596; |
| NRE-745-000000607 | to | NRE-745-000000609; |
| NRE-745-000000639 | to | NRE-745-000000640; |
| NRE-745-000000684 | to | NRE-745-000000687; |
| NRE-745-000000703 | to | NRE-745-000000705; |
| NRE-745-000000730 | to | NRE-745-000000734; |
| NRE-745-000000736 | to | NRE-745-000000738; |
| NRE-745-000000771 | to | NRE-745-000000772; |
| NRE-746-000000001 | to | NRE-746-000000055; |
| NRE-746-000000064 | to | NRE-746-000000205; |
| NRE-746-000000210 | to | NRE-746-000000259; |
| NRE-746-000000262 | to | NRE-746-000000345; |
| NRE-746-000000349 | to | NRE-746-000000531; |
| NRE-746-000000544 | to | NRE-746-000000693; |
| NRE-746-000000698 | to | NRE-746-000000754; |
| NRE-746-000000756 | to | NRE-746-000000911; |
| NRE-746-000000913 | to | NRE-746-000000937; |
| NRE-746-000000994 | to | NRE-746-000001102; |
| NRE-746-000001108 | to | NRE-746-000001116; |
| NRE-747-000000001 | to | NRE-747-000000059; |
| NRE-747-000000062 | to | NRE-747-000000064; |
| NRE-747-000000066 | to | NRE-747-000000080; |
| NRE-747-000000091 | to | NRE-747-000000094; |
| NRE-747-000000124 | to | NRE-747-000000137; |
| NRE-747-000000146 | to | NRE-747-000000153; |
| NRE-747-000000160 | to | NRE-747-000000160; |
| NRE-747-000000164 | to | NRE-747-000000167; |
| NRE-747-000000171 | to | NRE-747-000000186; |
| NRE-747-000000198 | to | NRE-747-000000200; |
| NRE-747-000000208 | to | NRE-747-000000217; |
| NRE-747-000000268 | to | NRE-747-000000318; |

| | | |
|---|---|---|
| NRE-747-000000326 | to | NRE-747-000000523; |
| NRE-747-000000525 | to | NRE-747-000000527; |
| NRE-747-000000529 | to | NRE-747-000000583; |
| NRE-747-000000599 | to | NRE-747-000000644; |
| NRE-747-000000647 | to | NRE-747-000000656; |
| NRE-747-000000658 | to | NRE-747-000000671; |
| NRE-747-000000687 | to | NRE-747-000000777; |
| NRE-747-000000779 | to | NRE-747-000000779; |
| NRE-747-000000781 | to | NRE-747-000000790; |
| NRE-747-000000795 | to | NRE-747-000000803; |
| NRE-747-000000808 | to | NRE-747-000000813; |
| NRE-747-000000818 | to | NRE-747-000000821; |
| NRE-747-000000823 | to | NRE-747-000000829; |
| NRE-747-000000831 | to | NRE-747-000000842; |
| NRE-747-000000847 | to | NRE-747-00000857; |
| NRE-747-000000862 | to | NRE-747-000000869; |
| NRE-747-000000874 | to | NRE-747-000000901; |
| NRE-747-000000908 | to | NRE-747-000000915; |
| NRE-747-000000920 | to | NRE-747-000000926; |
| NRE-747-000000931 | to | NRE-747-000000937; |
| NRE-747-000000939 | to | NRE-747-000000941; |
| NRE-747-000000947 | to | NRE-747-000001062; |
| NRE-747-000001067 | to | NRE-747-000001094; |
| NRE-749-000000001 | to | NRE-749-000000126; |
| NRE-749-000000130 | to | NRE-749-000000145; |
| NRE-749-000000147 | to | NRE-749-000000161; |
| NRE-749-000000169 | to | NRE-749-000000323; |
| NRE-749-000000326 | to | NRE-749-000000435; |
| NRE-749-000000444 | to | NRE-749-000000489; |
| NRE-749-000000497 | to | NRE-749-000000520; |
| NRE-749-000000522 | to | NRE-749-000000574; |
| NRE-749-000000581 | to | NRE-749-000000692; |
| NRE-749-000000694 | to | NRE-749-000000760; |
| NRE-749-000000768 | to | NRE-749-000000842; |
| NRE-749-000000844 | to | NRE-749-000000864; |
| NRE-749-000000874 | to | NRE-749-000000892; |
| NRE-749-000000903 | to | NRE-749-000000912; |
| NRE-749-000000914 | to | NRE-749-000000920; |
| NRE-749-000000922 | to | NRE-749-000001018; |
| NRE-749-000001037 | to | NRE-749-000001074; |
| NRE-749-000001078 | to | NRE-749-000001311; |
| NRE-751-000000001 | to | NRE-751-000000335; |
| NRE-751-000000342 | to | NRE-751-000000430; |

| | | |
|---|---|---|
| NRE-751-000000441 | to | NRE-751-000000494; |
| NRE-751-000000499 | to | NRE-751-000000936; |
| NRE-751-000000973 | to | NRE-751-000000980; |
| NRE-751-000001022 | to | NRE-751-000001022; |
| NRE-751-000001058 | to | NRE-751-000001059; |
| NRE-751-000001065 | to | NRE-751-000001066; |
| NRE-751-000001075 | to | NRE-751-000001094; |
| NRE-751-000001097 | to | NRE-751-000001098; |
| NRE-751-000001110 | to | NRE-751-000001192; |
| NRE-751-000001202 | to | NRE-751-000001219; |
| NRE-751-000001268 | to | NRE-751-000001362; |
| NRE-751-000001384 | to | NRE-751-000001551; |
| NRE-752-000000001 | to | NRE-752-000000089; |
| NRE-752-000000317 | to | NRE-752-000000320; |
| NRE-752-000000326 | to | NRE-752-000000332; |
| NRE-752-000000370 | to | NRE-752-000000388; |
| NRE-752-000000397 | to | NRE-752-000000408; |
| NRE-752-000000439 | to | NRE-752-000000449; |
| NRE-752-000000455 | to | NRE-752-000000466; |
| NRE-752-000000471 | to | NRE-752-000000471; |
| NRE-752-000000475 | to | NRE-752-000000538; |
| NRE-752-000000580 | to | NRE-752-000000584; |
| NRE-752-000000713 | to | NRE-752-000000724; |
| NRE-752-000000732 | to | NRE-752-000000760; |
| NRE-752-000000764 | to | NRE-752-000000790; |
| NRE-752-000000801 | to | NRE-752-000000812; |
| NRE-752-000000818 | to | NRE-752-000000832; |
| NRE-752-000000838 | to | NRE-752-000000849; |
| NRE-752-000000854 | to | NRE-752-000000862; |
| NRE-752-000000869 | to | NRE-752-000000927; |
| NRE-752-000000938 | to | NRE-752-000000957; |
| NRE-752-000000981 | to | NRE-752-000001008; |
| NRE-752-000001024 | to | NRE-752-000001024; |
| NRE-752-000001027 | to | NRE-752-000001036; |
| NRE-752-000001049 | to | NRE-752-000001055; |
| NRE-752-000001089 | to | NRE-752-000001094; |
| NRE-752-000001103 | to | NRE-752-000001121; |
| NRE-752-000001197 | to | NRE-752-000001198; |
| NRE-752-000001201 | to | NRE-752-000001212; |
| NRE-752-000001223 | to | NRE-752-000001227; |
| NRE-752-000001240 | to | NRE-752-000001241; |
| NRE-752-000001244 | to | NRE-752-000001279; |
| NRE-752-000001281 | to | NRE-752-000001281; |

| | | |
|---|---|---|
| NRE-752-000001295 | to | NRE-752-000001295; |
| NRE-752-000001302 | to | NRE-752-000001302; |
| NRE-752-000001305 | to | NRE-752-000001306; |
| NRE-752-000001428 | to | NRE-752-000001428; |
| NRE-752-000001444 | to | NRE-752-000001445; |
| NRE-752-000001449 | to | NRE-752-000001449; |
| NRE-752-000001478 | to | NRE-752-000001482; |
| NRE-752-000001485 | to | NRE-752-000001487; |
| NRE-752-000001504 | to | NRE-752-000001505; |
| NRE-752-000001508 | to | NRE-752-000001508; |
| NRE-752-000001510 | to | NRE-752-000001514; |
| NRE-752-000001522 | to | NRE-752-000001523; |
| NRE-752-000001525 | to | NRE-752-000001525; |
| NRE-752-000001528 | to | NRE-752-000001529; |
| NRE-752-000001535 | to | NRE-752-000001535; |
| NRE-752-000001538 | to | NRE-752-000001538; |
| NRE-752-000001543 | to | NRE-752-000001544; |
| NRE-752-000001552 | to | NRE-752-000001555; |
| NRE-752-000001557 | to | NRE-752-000001557; |
| NRE-752-000001584 | to | NRE-752-000001585; |
| NRE-752-000001603 | to | NRE-752-000001609; |
| NRE-752-000001615 | to | NRE-752-000001616; |
| NRE-752-000001625 | to | NRE-752-000001734; |
| NRE-752-000001737 | to | NRE-752-000001740; |
| NRE-752-000001747 | to | NRE-752-000001755; |
| NRE-752-000001758 | to | NRE-752-000001802; |
| NRE-752-000001813 | to | NRE-752-000001815; |
| NRE-752-000001831 | to | NRE-752-000001838; |
| NRE-752-000001847 | to | NRE-752-000001859; |
| NRE-752-000001861 | to | NRE-752-000001881; |
| NRE-752-000001883 | to | NRE-752-000001890; |
| NRE-752-000001893 | to | NRE-752-000001894; |
| NRE-752-000001897 | to | NRE-752-000001916; |
| NRE-752-000001938 | to | NRE-752-000001949; |
| NRE-752-000001970 | to | NRE-752-000001970; |
| NRE-752-000001978 | to | NRE-752-000001978; |
| NRE-752-000001984 | to | NRE-752-000001985; |
| NRE-752-000001988 | to | NRE-752-000001988; |
| NRE-752-000002006 | to | NRE-752-000002008; |
| NRE-752-000002017 | to | NRE-752-000002023; |
| NRE-752-000002034 | to | NRE-752-000002034 |
| NRE-752-000002036 | to | NRE-752-000002036; |
| NRE-752-000002051 | to | NRE-752-000002052; |

| | | |
|---|---|---|
| NRE-752-000002070 | to | NRE-752-000002074; |
| NRE-752-000002078 | to | NRE-752-000002083; |
| NRE-752-000002085 | to | NRE-752-000002096; |
| NRE-752-000002098 | to | NRE-752-000002123; |
| NRE-753-000000001 | to | NRE-753-000000916; |
| NRE-753-000000928 | to | NRE-753-000001019; |
| NRE-753-000001024 | to | NRE-753-000001043; |
| NRE-753-000001067 | to | NRE-753-000001178; |
| NRE-753-000001183 | to | NRE-753-000001309; |
| NRE-753-000001311 | to | NRE-753-000001311; |
| NRE-753-000001313 | to | NRE-753-000001313; |
| NRE-753-000001318 | to | NRE-753-000001375; |
| NRE-753-000001381 | to | NRE-753-000001459; |
| NRE-753-000001463 | to | NRE-753-000001512; |
| NRE-753-000001522 | to | NRE-753-000001528; |
| NRE-753-000001535 | to | NRE-753-000001539; |
| NRE-753-000001547 | to | NRE-753-000001572; |
| NRE-753-000001578 | to | NRE-753-000001594; |
| NRE-753-000001599 | to | NRE-753-000001733; |
| NRE-753-000001736 | to | NRE-753-000001758; |
| NRE-753-000001762 | to | NRE-753-000001876; |
| NRE-753-000001878 | to | NRE-753-000001908; |
| NRE-753-000001913 | to | NRE-753-000001919; |
| NRE-753-000001924 | to | NRE-753-000001931; |
| NRE-753-000001936 | to | NRE-753-000001936; |
| NRE-753-000001938 | to | NRE-753-000001979; |
| NRE-753-000001981 | to | NRE-753-000001982; |
| NRE-753-000001984 | to | NRE-753-000001987; |
| NRE-753-000001989 | to | NRE-753-000001995; |
| NRE-753-000002001 | to | NRE-753-000002026; |
| NRE-753-000002038 | to | NRE-753-000002050; |
| NRE-753-000002054 | to | NRE-753-000002065; |
| NRE-753-000002068 | to | NRE-753-000002069; |
| NRE-753-000002071 | to | NRE-753-000002078; |
| NRE-756-000000001 | to | NRE-756-000000005; |
| NRE-756-000000026 | to | NRE-756-000000038; |
| NRE-756-000000041 | to | NRE-756-000000359; |
| NRE-756-000000362 | to | NRE-756-000000374; |
| NRE-756-000000377 | to | NRE-756-000000378; |
| NRE-756-000000380 | to | NRE-756-000000383; |
| NRE-756-000000394 | to | NRE-756-000000509; |
| NRE-756-000000515 | to | NRE-756-000000522; |
| NRE-756-000000524 | to | NRE-756-000000525; |

| | | |
|---|---|---|
| NRE-756-000000527 | to | NRE-756-000000532; |
| NRE-756-000000539 | to | NRE-756-000000579; |
| NRE-756-000000581 | to | NRE-756-000000584; |
| NRE-756-000000588 | to | NRE-756-000000597; |
| NRE-756-000000605 | to | NRE-756-000000610; |
| NRE-756-000000623 | to | NRE-756-000000624; |
| NRE-756-000000626 | to | NRE-756-000000664; |
| NRE-756-000000666 | to | NRE-756-000000685; |
| NRE-756-000000712 | to | NRE-756-000000715; |
| NRE-756-000000717 | to | NRE-756-000001259; |
| NRE-757-000000001 | to | NRE-757-000000299; |
| NRE-757-000000302 | to | NRE-757-000000482; |
| NRE-757-000000484 | to | NRE-757-000000487; |
| NRE-757-000000490 | to | NRE-757-000000493; |
| NRE-757-000000499 | to | NRE-757-000000766; |
| NRE-757-000000771 | to | NRE-757-000000814; |
| NRE-757-000000827 | to | NRE-757-000001411; |
| NRE-758-000000001 | to | NRE-758-000000013; |
| NRE-758-000000021 | to | NRE-758-000000066; |
| NRE-758-000000068 | to | NRE-758-000000086; |
| NRE-758-000000091 | to | NRE-758-000000525; |
| NRE-758-000000527 | to | NRE-758-000000535; |
| NRE-758-000000539 | to | NRE-758-000000540; |
| NRE-758-000000543 | to | NRE-758-000000544; |
| NRE-758-000000547 | to | NRE-758-000000850; |
| NRE-758-000000854 | to | NRE-758-000000870; |
| NRE-758-000000872 | to | NRE-758-000000872; |
| NRE-758-000000876 | to | NRE-758-000000879; |
| NRE-758-000000884 | to | NRE-758-000000917; |
| NRE-758-000000929 | to | NRE-758-000000944; |
| NRE-758-000000946 | to | NRE-758-000000952; |
| NRE-758-000000954 | to | NRE-758-000000962; |
| NRE-758-000000964 | to | NRE-758-000000964; |
| NRE-758-000000966 | to | NRE-758-000001002; |
| NRE-758-000001062 | to | NRE-758-000001181; |
| NRE-758-000001194 | to | NRE-758-000001370; |
| NRE-758-000001374 | to | NRE-758-000001383; |
| NRE-758-000001387 | to | NRE-758-000001390; |
| NRE-758-000001413 | to | NRE-758-000001413; |
| NRE-758-000001427 | to | NRE-758-000001591; |
| NRE-758-000001594 | to | NRE-758-000001621; |
| NRE-758-000001623 | to | NRE-758-000001631; |
| NRE-758-000001633 | to | NRE-758-000001680; |

| | | |
|---|---|---|
| NRE-758-000001688 | to | NRE-758-000001691; |
| NRE-758-000001695 | to | NRE-758-000001826; |
| NRE-759-000000001 | to | NRE-759-000000010; |
| NRE-759-000000025 | to | NRE-759-000000030; |
| NRE-759-000000035 | to | NRE-759-000000042; |
| NRE-759-000000047 | to | NRE-759-000000048; |
| NRE-759-000000055 | to | NRE-759-000000058; |
| NRE-759-000000064 | to | NRE-759-000000670; |
| NRE-759-000000679 | to | NRE-759-000000680; |
| NRE-759-000000682 | to | NRE-759-000000682; |
| NRE-759-000000692 | to | NRE-759-000000695; |
| NRE-759-000000700 | to | NRE-759-000000706; |
| NRE-759-000000711 | to | NRE-759-000000712; |
| NRE-759-000000717 | to | NRE-759-000000720; |
| NRE-759-000000728 | to | NRE-759-000000732; |
| NRE-759-000000750 | to | NRE-759-000000756; |
| NRE-759-000000761 | to | NRE-759-000000790; |
| NRE-759-000000796 | to | NRE-759-000001265; |
| NRE-759-000001273 | to | NRE-759-000001274; |
| NRE-759-000001278 | to | NRE-759-000001349; |
| NRE-760-000000001 | to | NRE-760-000000298; |
| NRE-760-000000304 | to | NRE-760-000000313; |
| NRE-760-000000325 | to | NRE-760-000000325; |
| NRE-760-000000327 | to | NRE-760-000000327; |
| NRE-760-000000329 | to | NRE-760-000000332; |
| NRE-760-000000336 | to | NRE-760-000000344; |
| NRE-760-000000347 | to | NRE-760-000000348; |
| NRE-760-000000361 | to | NRE-760-000000406; |
| NRE-760-000000409 | to | NRE-760-000000556; |
| NRE-760-000000559 | to | NRE-760-000000888; |
| NRE-760-000000890 | to | NRE-760-000001051; |
| NRE-760-000001055 | to | NRE-760-000001077; |
| NRE-761-000000001 | to | NRE-761-000000273; |
| NRE-761-000000287 | to | NRE-761-000000387; |
| NRE-761-000000393 | to | NRE-761-000000401; |
| NRE-761-000000411 | to | NRE-761-000001120; |
| NRE-761-000001129 | to | NRE-761-000001179; |
| NRE-762-000000001 | to | NRE-762-000000050; |
| NRE-762-000000052 | to | NRE-762-000000052; |
| NRE-762-000000054 | to | NRE-762-000000054; |
| NRE-762-000000056 | to | NRE-762-000000057; |
| NRE-762-000000059 | to | NRE-762-000000059; |
| NRE-762-000000062 | to | NRE-762-000000062; |

| | | |
|---|---|---|
| NRE-762-000000074 | to | NRE-762-000000074; |
| NRE-762-000000080 | to | NRE-762-000000202; |
| NRE-762-000000205 | to | NRE-762-000000206; |
| NRE-762-000000349 | to | NRE-762-000000365; |
| NRE-762-000000404 | to | NRE-762-000000418; |
| NRE-762-000000440 | to | NRE-762-000000443; |
| NRE-762-000000447 | to | NRE-762-000000745; |
| NRE-762-000000751 | to | NRE-762-000000849; |
| NRE-762-000000855 | to | NRE-762-000000955; |
| NRE-763-000000001 | to | NRE-763-000000578; |
| NRE-763-000000581 | to | NRE-763-000001734; |
| NRE-763-000001752 | to | NRE-763-000001826; |
| NRE-765-000000001 | to | NRE-765-000000006; |
| NRE-765-000000017 | to | NRE-765-000000021; |
| NRE-765-000000027 | to | NRE-765-000000049; |
| NRE-765-000000060 | to | NRE-765-000000063; |
| NRE-765-000000067 | to | NRE-765-000000299; |
| NRE-765-000000318 | to | NRE-765-000000326; |
| NRE-765-000000328 | to | NRE-765-000000397; |
| NRE-765-000000402 | to | NRE-765-000000404; |
| NRE-765-000000406 | to | NRE-765-000000407; |
| NRE-765-000000410 | to | NRE-765-000000411; |
| NRE-765-000000415 | to | NRE-765-000000449; |
| NRE-765-000000453 | to | NRE-765-000000470; |
| NRE-765-000000476 | to | NRE-765-000000477; |
| NRE-765-000000479 | to | NRE-765-000000497; |
| NRE-765-000000510 | to | NRE-765-000000517; |
| NRE-765-000000521 | to | NRE-765-000000523; |
| NRE-765-000000530 | to | NRE-765-000000532; |
| NRE-765-000000552 | to | NRE-765-000000552; |
| NRE-765-000000557 | to | NRE-765-000000583; |
| NRE-765-000000588 | to | NRE-765-000000710; |
| NRE-765-000000718 | to | NRE-765-000000762; |
| NRE-765-000000766 | to | NRE-765-000000796; |
| NRE-765-000000805 | to | NRE-765-000000881; |
| NRE-765-000000883 | to | NRE-765-000000984; |
| NRE-765-000000987 | to | NRE-765-000001094; |
| NRE-765-000001097 | to | NRE-765-000001119; |
| NRE-765-000001122 | to | NRE-765-000001261; |
| NRE-765-000001263 | to | NRE-765-000001370; |
| NRE-765-000001375 | to | NRE-765-000001411; |
| NRE-765-000001421 | to | NRE-765-000001541; |
| NRE-765-000001549 | to | NRE-765-000001572; |

NRE-765-000001574    to    NRE-765-000001588;
NRE-765-000001592    to    NRE-765-000001833;
NRE-765-000001835    to    NRE-765-000001866;
NRE-766-000000001    to    NRE-766-000000421;
NRE-766-000000434    to    NRE-766-000000446;
NRE-766-000000450    to    NRE-766-000000878;
NRE-766-000000880    to    NRE-766-000000970;
NRE-766-000000977    to    NRE-766-000001020;
NRE-767-000000001    to    NRE-767-000000405;
NRE-767-000000409    to    NRE-767-000000482;
NRE-767-000000495    to    NRE-767-000000499;
NRE-767-000000501    to    NRE-767-000000525;
NRE-767-000000527    to    NRE-767-000000528;
NRE-767-000000532    to    NRE-767-000000704;
NRE-767-000000706    to    NRE-767-000000711;
NRE-767-000000713    to    NRE-767-000000716;
NRE-767-000000718    to    NRE-767-000000734;
NRE-767-000000736    to    NRE-767-000000737;
NRE-767-000000739    to    NRE-767-000000739;
NRE-767-000000741    to    NRE-767-000000754;
NRE-767-000000756    to    NRE-767-000001098;
NRE-767-000001100    to    NRE-767-000001100;
NRE-768-000000001    to    NRE-768-000000075;
NRE-768-000000078    to    NRE-768-000000083;
NRE-768-000000087    to    NRE-768-000000089;
NRE-768-000000091    to    NRE-768-000000091;
NRE-768-000000093    to    NRE-768-000000119;
NRE-768-000000126    to    NRE-768-000000312;
NRE-768-000000317    to    NRE-768-000000321;
NRE-768-000000324    to    NRE-768-000000328;
NRE-768-000000335    to    NRE-768-000001058;
NRE-768-000001060    to    NRE-768-000001091;
NRE-768-000001093    to    NRE-768-000001093;
NRE-768-000001095    to    NRE-768-000001096;
NRE-768-000001098    to    NRE-768-000001218;
NRE-770-000000001    to    NRE-770-000000124;
NRE-770-000000140    to    NRE-770-000000156;
NRE-770-000000164    to    NRE-770-000000181;
NRE-770-000000189    to    NRE-770-000000391;
NRE-770-000000522    to    NRE-770-000000554;
NRE-770-000000667    to    NRE-770-000000931;
NRE-770-000000934    to    NRE-770-000000960;
NRE-770-000000972    to    NRE-770-000001110;

| | | |
|---|---|---|
| NRE-770-000001121 | to | NRE-770-000001133; |
| NRE-770-000001137 | to | NRE-770-000001145; |
| NRE-770-000001151 | to | NRE-770-000001153; |
| NRE-770-000001162 | to | NRE-770-000001185; |
| NRE-770-000001187 | to | NRE-770-000001198; |
| NRE-770-000001207 | to | NRE-770-000001227; |
| NRE-770-000001241 | to | NRE-770-000001725; |
| NRE-772-000000001 | to | NRE-772-000000175; |
| NRE-772-000000177 | to | NRE-772-000000282; |
| NRE-772-000000290 | to | NRE-772-000000291; |
| NRE-772-000000294 | to | NRE-772-000000297; |
| NRE-772-000000303 | to | NRE-772-000000321; |
| NRE-772-000000326 | to | NRE-772-000000327; |
| NRE-772-000000333 | to | NRE-772-000000346; |
| NRE-772-000000357 | to | NRE-772-000000362; |
| NRE-772-000000365 | to | NRE-772-000000482; |
| NRE-772-000000487 | to | NRE-772-000000491; |
| NRE-772-000000494 | to | NRE-772-000000510; |
| NRE-772-000000512 | to | NRE-772-000000547; |
| NRE-772-000000558 | to | NRE-772-000000569; |
| NRE-772-000000600 | to | NRE-772-000000608; |
| NRE-772-000000610 | to | NRE-772-000000628; |
| NRE-772-000000669 | to | NRE-772-000000673; |
| NRE-772-000000676 | to | NRE-772-000000678; |
| NRE-772-000000681 | to | NRE-772-000000682; |
| NRE-772-000000684 | to | NRE-772-000000699; |
| NRE-772-000000701 | to | NRE-772-000000702; |
| NRE-772-000000706 | to | NRE-772-000000717; |
| NRE-772-000000740 | to | NRE-772-000000741; |
| NRE-772-000000744 | to | NRE-772-000000744; |
| NRE-772-000000754 | to | NRE-772-000000758; |
| NRE-772-000000762 | to | NRE-772-000000765; |
| NRE-772-000000770 | to | NRE-772-000000776; |
| NRE-772-000000779 | to | NRE-772-000000779; |
| NRE-772-000000783 | to | NRE-772-000000787; |
| NRE-772-000000789 | to | NRE-772-000000814; |
| NRE-772-000000832 | to | NRE-772-000000836; |
| NRE-772-000000843 | to | NRE-772-000000881; |
| NRE-772-000000883 | to | NRE-772-000000883; |
| NRE-772-000000886 | to | NRE-772-000000917; |
| NRE-772-000000920 | to | NRE-772-000001009; |
| NRE-772-000001015 | to | NRE-772-000001053; |
| NRE-772-000001061 | to | NRE-772-000001075; |

| | | |
|---|---|---|
| NRE-772-000001086 | to | NRE-772-000001159; |
| NRE-772-000001164 | to | NRE-772-000001205; |
| NRE-772-000001230 | to | NRE-772-000001233; |
| NRE-772-000001235 | to | NRE-772-000001235; |
| NRE-772-000001238 | to | NRE-772-000001245; |
| NRE-772-000001248 | to | NRE-772-000001261; |
| NRE-772-000001263 | to | NRE-772-000001266; |
| NRE-772-000001270 | to | NRE-772-000001321; |
| OFP-133-000000001 | to | OFP-133-000005667; |
| OFP-138-000000001 | to | OFP-138-000002522; |
| OFP-140-000000001 | to | OFP-140-000001136; |
| PFP-145-000000001 | to | PFP-145-000004118; |
| PFP-147-000000001 | to | PFP-147-000000891; |
| PFP-148-000000001 | to | PFP-148-000002096; |
| RFP-232-000000001 | to | RFP-232-000000760; |
| RFP-233-000000001 | to | RFP-233-000001823; |
| RFP-234-000000001 | to | RFP-234-000004810; |
| RFP-235-000000001 | to | RFP-235-000005076; |
| RFP-236-000000001 | to | RFP-236-000003650; |
| RFP-237-000000001 | to | RFP-237-000013345; |
| RFP-239-000000001 | to | RFP-239-000002227; |
| RFP-241-000000001 | to | RFP-241-000002420; |
| RFP-242-000000001 | to | RFP-242-000001300; |
| RFP-245-000000001 | to | RFP-245-000001691; |
| RFP-246-000000001 | to | RFP-246-000204561; |
| RFP-249-000000001 | to | RFP-249-000008505; |
| RFP-251-000000001 | to | RFP-251-000010855; |
| RFP-252-000000001 | to | RFP-252-000001979; |
| RFP-257-000000001 | to | RFP-257-000034102; |
| RFP-260-000000001 | to | RFP-260-000002482; |
| RFP-262-000000001 | to | RFP-262-000004246; |
| RFP-265-000000001 | to | RFP-265-000003894; |
| RFP-269-000000001 | to | RFP-269-000006299; |
| XFP-003-000000001 | to | XFP-003-000001796; |
| XFP-004-000000001 | to | XFP-004-000001131. |

This Notice of Production is respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: February 22, 2008

**<u>CERTIFICATE OF SERVICE</u>**


I, James F. McConnon, Jr., hereby certify that on February 22, 2008, I served a true copy

of the United States' Notice of Production upon all parties by ECF.



    <u>s/ James F. McConnon, Jr.</u>
    JAMES F. McCONNON, JR.