UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION:<br><br>NO.: 05-4182 |
| PERTAINS TO 06-4709  HOLBROOK | * * * * | JUDGE DUVAL<br><br>MAG WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, Encompass Insurance Company, who moves this Honorable Court to enroll as additional counsel of record Jeffery P. Lozes with Steven M. Lozes of the law firm of Lozes & Ponder.

Respectfully submitted,

S/Steven M. Lozes

---

JEFFERY P. LOZES (8921)
STEVEN M. LOZES (8922)
LOZES & PONDER
1010 Common Street
Suite 1700
New Orleans, LA 70112
Telephone: 504-581-4455
Facsimile: 504-587-9408

1

**CERTIFICATE OF SERVICE**

I, Jeffery P. Lozes, do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorneys of record by: transmitting same via facsimile, and/or depositing same in United States Mail, properly addressed and postage pre-paid this 22ND day of FEBRUARY, 2008.

S/Steven M. Lozes
_____
STEVEN M. LOZES