UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION: <br> NO.: 05-4182 |
| PERTAINS TO 06-4709   **HOLBROOK** | * * * * | JUDGE DUVAL <br> MAG WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED that Jeffery P. Lozes is enrolled as additional counsel of record in the above referenced matter.

New Orleans, Louisiana, this _____ day of FEBRUARY, 2008.

_____
JUDGE

3