

# Connecting the Lower 9th Ward 'Dots'

*Understanding the potential implications of observed water seepage and associated clues in vicinity of the south breach that developed in Lower 9th Ward during hurricane Katrina*

### Dr. Robert Bea
Center for Catastrophic Risk Management
University of California Berkeley

**Dot #1 Short Sheet Piles.** Sheet piles under new T-wall driven to penetrations of –18 to –23 feet (all depths and penetrations referenced to NGVD) based on available USACE documentation (figure below). This is the same range of depths of the sheet pilling under the walls at 17th Street and London canals in the areas that failed during hurricane Katrina.



**Dot #2 – Near Surface Geology.** Multiple buried swamp, marsh, wetland deposits to depths of –25 to –30 feet based on available geologic and soil exploration data (USACE, IPET, ILIT, published literature, following figures). These soils have high permeability – water conductivity properties. The topmost of the buried (by landfill) swamp / marsh deposits is visible on the surface to the north and east of the Florida Avenue bridge – north of the pump station and out by the water treatment plant. These layers underlie most of the low lying areas in New Orleans between the river and Lake Pontachatrain. These layers are present under the drainage canals (17th, Orleans, London, St Johns bayou), IHNC walls, and ICWW walls.





**Dot #3 – Growth Faults.** Geologists have determined that this location is crossed by a growth fault zone; the Lake Borgne growth fault. Such growth faults are endemic to the southern coastal states (due to compaction of soft underlying sediments, ground water withdrawal, petroleum production, and other similar activities). These zones develop features like silt dikes such as was found at this location (Gagliano 2005). Such feature have been mapped in the center of the south breach that developed in the Lower 9th Ward during hurricane Katrina. These zones extend to significant depths (well in excess of 100 feet). Earthquakes have occurred along these zones (one reported in this area in 1964, Gagliano 2005). These growth fault zones could provide weaknesses and high water conductivity (permeability) conduits in the soil column.



Figure 13. Floodwall breach on the east side of the Inner Harbor Navigation Canal in New Orleans. A. View looking southeast across area of floodwall failure. Uprooted steel sheet piles capped with concrete are clearly visible. B. View of canal feature looking west. Water level in the canal is approximately 1 to 1.5 feet below feature land level. Except where disturbed by vehicle movement, the feature in this area is grass-covered and not deeply scoured by water flow. C. Water seepage along possible silt dike. D. Seepage in possible silt dike at base of emergency levee, canal side. E. Seepage at base of emergency levee, east side. These seepage patches align with the possible silt dike on the west side of the levee.

4

**Dot #4 – IHNC Construction.** Construction of the IHNC started in 1918. Excavation started with construction of parallel dikes on either side of the canal so hydraulic fill could be placed behind the dikes. Draglines were employed to scoop out the more resistant soils dragging it up onto the dikes which were gradually built up to become permanent protective levees. Buried cypress stumps slowed progress by jamming the suction dredges and stalling the dragline buckets. From the start, contractors battled the problems with stability of the canal slopes, as water and the soft soils constantly slid back into the excavation. Very severe problems were encountered during construction of the IHNC locks due to slumping soils and running sands (indicating high water conductivity and flow).



Soil borings performed along the east bank of the IHNC after construction (figures below) showed the presence of "humus layers" (colored brown) to penetrations of 30 feet.



**Dot #5 - Soil Characteristics.** Soil sampling and testing results indicate marsh deposits in the upper layers – extending to depths of –30 feet. Geophysics tests have not been performed; hence it is not possible to know exactly where the elevations of the bottom of the marsh layers. Based on knowledge of the geology of the area and the results from soil exploration testing and sampling, the depths are highly variable (as would be expected for the bottom of a swamp / marsh). The soil boring and sampling reports indicate highly organic clays and silts, poorly consolidated. The following quotations are from the soil boring logs that sampled the soils in these layers: "Very soft, gray clay, saturated, with large amount of word fragments and roots. High moisture content with trace organic matter, wood and significant amount of roots. Grading to firmer with depth. Unable to perform vane due to large amount of roots and wood in sample". "Very soft gray organic clay with humus and wood (Much wood at 19.5' - 20.0')." "Very soft dark gray organic clay with humus and much wood". "Underlying the fill are swamp/marsh deposits which extend from 20 to 21 feet beneath the ground surface. (IPET soil testing figure below). Swamp/marsh deposits consist of very soft to soft gray clay with roots, organic matter, humus, sand layers, and wood". Results from the USACE IPET soil borings and in situ tests performed

5

in this area indicate the presence of "Marsh" layers to a depth of –20 feet (NAVD88). During the ILIT sampling program, very high conductivity through the marsh layers was observed (figures below).



**Dot #6 - Betsy Breach.** Available documentation indicates that this same area breached in hurricane Betsy (1965).



**Dot #7 - Contractor Experience.** A contractor was given the job by USACE to construct a cofferdam associated with construction of a drainage culvert located north of this area during the period 1999 to 2003. The contractor experienced significant difficulties with water flooding and soil heaving at depths between about −15 feet and −30 feet (McElwee 2006). Only after the sheet piling were driven to penetrations of −60 feet were the water flooding and soil heaving problems arrested. The excavated soils were highly organic silts and clays.





**Dot #8 – IHNC Lock Expansion.** By the late 1990s work was undertaken to expand the IHNC locks to relieve shipping congestion. The proposed new locks required a bypass channel to be constructed at the East Bank Industrial Area (EBIA) located outside the Lower 9th Ward flood protection levee / wall. To clear the site of contamination and buried objects (tanks, railroad tank car), large volumes of soil were excavated, removed, and not replaced. Removal of a buried railroad tank car required the construction of a cofferdam, removal of the soil, floatation of the tank car, its removal, and pulling the cofferdam sheet piling. The excavation was not backfilled. Much of this activity was concentrated in the immediate vicinity of the south breach. Removal of soils, formation of cavities, vibrations very likely had important effects on the soils relied upon to provide stability and protection for the new flood protection T-wall. Removal and disturbance of the surface soils overlying the permeable subsoils (marsh layers) would have facilitated under levee seepage in this area.



**Dot #9 - Katrina Test.** This area breached in hurricane Katrina (south breach north of Claiborne Av. bridge). Note excavation pit on canal side of north end of breach (bottom photograph). Evidence indicates this is the location that initiated the breach. Bottom photograph indicates crevasse splay indicative of very fine grained highly permeable soils in this area of the breach.



Failure initiation site ?





Excavation from work completed in early 2005 to remove underground storage tank

8



**Dot #10 - Breach Analyses.** Analyses were performed of the south breach. These analyses included seepage – water pressure – water migration analyses. The characterizations of the soils and their permeabilities (water conductivity) were based on the available USACE IPET and ILIT soil boring sample test results. Very high horizontal (not vertical) permeabilities were assigned to the marsh layers (1E-2 to 1E-3 cm/s) because of the observations made during the ILIT soil borings (Dot #5) and experimental data gathered on marsh soils with highly differentiated (layered) structure (see following figure – dotted red lines show range of permeabilities used in analyses). For the surge – high water conditions – the analyses indicated very high seepage pressures approaching the overburden pressures (stresses) would be generated. These pressures and water migration would have two important effects: 1) reduce the soil strengths relied upon for stability, and 2) result in blow-outs – opening large channels for water flow under the levee. This is the primary concern for the reconstructed (new) floodwall.







**Dot #11 - Leak Reports.** Residents in this area have historically reported water leaks in the vicinity of the south breach (Lower 9th Ward homeowners association 2006). Water leaks recently were reported on the protected side of the floodwall, purportedly before the water mains were recharged (Geological Society, Baton Rouge, April 2007).



**Dot #12 - March 18 & 19 Observations.** During a low level helicopter over the Lower 9th Ward on the afternoon of March 18, water was observed leaking across Jourdan road in the immediate vicinity of the center of the south breach that had developed during hurricane Katrina. The next morning, an inspection from the ground indicated the water was coming up from around the but of a newly installed power pole, flowing across Jourdan road into a surface drain. The water was tasted and it was salty. **Based on the background of Dots #1 – #11**, it was concluded that it was possible – very likely that the water could be coming from under the tips of the sheet piling under the newly constructed flood wall (there had been recent high tide levels).

**Summary.** The available information summarized here indicates that there is a significant potential for seepage and levee failure at design high water conditions that could threaten the integrity of the new flood wall constructed at the Lower 9th Ward. In the interest of public safety, this potential should be thoroughly investigated and appropriate action taken to remediate any significant hazards to the integrity of this important flood protection structure.

North breach, 9th ward, lock expansion site clearing hole that help precipitate the breach

