1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   *   Civil Action No. 05-4182
                                *   Consolidated Litigation
                                *
                                *   Section "K"
PERTAINS TO:                    *
RECORD DOCUMENT # 4140          *   New Orleans, Louisiana
                                *   June 13, 2007
* * * * * * * * * * * * * * * *

MOTION TO DISMISS HEARING
BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Consol Plaintiffs:      Bruno & Bruno
                            By:  JOSEPH M. BRUNO, ESQ.
                            By:  L. SCOTT JOANEN, ESQ.
                            855 Baronne Street
                            New Orleans, Louisiana 70113

For Defendant Washington    Stone Pigman Walther Wittmann
Group International, Inc.:  By:  WILLIAM D. TREEBY, ESQ.
                            By:  HEATHER S. LONIAN, ESQ.
                            546 Carondelet Street
                            New Orleans, Louisiana 70130-3588

                            Jones Day (Washington)
                            By:  JULIA E. McEVOY, ESQ.
                            51 Louisiana Avenue, NW
                            Washington, DC 20001

1  these levees function is if there is a block between the water
2  in the channel and the land on the other side.  When you let
3  water underneath -- in fact, if you look at the history of the
4  Mississippi River system going back to 1927, they talk about
5  sand boils, they talk about, you know, methods of preventing
6  that water from going underneath that levee, you know, and
7  popping up on the other side, because you no longer have a
8  levee.  It cannot perform the way it's intended to perform if
9  water is going underneath.
10          And perhaps the under seepage component is the
11 confusing component here, but when we say under seepage, we
12 truly mean you broke the levee.
13          If you have any more questions, Judge, I'll --
14          THE COURT:  That's it.
15          MR. BRUNO:  Thank you.
16          MR. TREEBY:  Mr. Bruno is very effective at baiting
17 me, Your Honor, but I'm not going to take the bait, the bait
18 that he hasn't seen specifications.  Well, that's nothing to do
19 with this case.  This case has to do with what did he allege.
20 We agree with him, as I said at the beginning, this is a facial
21 attack on his complaint.  It does not allege facts to support
22 the conclusions which are simply a rubric, a formulate rubric
23 that was condemned by the Supreme Court as a way to allege what
24 he needs to allege to allege a cause of action and to allege
25 something that gives --