UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO. 06-4389 | * | |
| 07-3500 | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * | | |

### ORDER

Considering the Ex Parte Motion of Plaintiffs in Civil Action Nos. 06-4389 and 07-3500 for leave to file a Second Supplemental Memorandum in Opposition to the Motion(s) to Dismiss filed by Washington Group International, Inc. (Record Document Nos. 4140 and 8224), which the Court has duly noted,

**IT IS ORDERED** that plaintiffs be and they are hereby granted leave to file their Second Supplemental Memorandum, as prayed for.

New Orleans, Louisiana, this ___22nd___ day of _____February_____ 2007.

_____
JUDGE