UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>PERTAINS TO: LEVEE AND INSURANCE | CIVIL ACTION<br>NO: 05-4182<br><br>SECTION "K" |
| MARY MUSTACCHIA MORELLO<br>  Plaintiff | MAGISTRATE JUDGE 2 |
| VERSUS | |
| AUTO CLUB FAMILY INSURANCE<br>  Defendant | CIVIL ACTION<br>NO: 07-2763<br><br>SECTION "K"<br><br>MAGISTRATE JUDGE 2 |

**JOINT MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Mary Mustacchia Morello, and defendant, Auto Club Family Insurance, in the above numbered and entitled cause of action and on suggesting to this Honorable Court that they desire to dismiss the above numbered and entitled cause of action in its entirety, with prejudice, each party to bear its own costs.

Respectfully submitted,

_____
JOHN A. VENEZIA (#23963)
The Law Office of John A. Venezia
110 Veterans Boulevard, Suite 330
Metairie, Louisiana 70005
Telephone: (504) 486-3910
Facsimile: (504) 486-3913
Email: john@venezialaw.net
Counsel for Mary Mustacchia Morello

Respectfully submitted,

_____
ANTHONY J. MILAZZO, JR. (#9661)
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road West, Suite 300
Metairie, Louisiana 70001-6418
Telephone: (504) 833-8007
Facsimile: (504) 833-2866
Email: milazzo@hebblergiordano.com
Counsel for AAA Insurance Company a/k/a
Auto Club Family Insurance

## CERTIFICATE OF SERVICE

I hereby certify that on ___February 21___, 2008, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony J. Milazzo, Jr.

JOHN A. VENEZIA (#23963)
The Law Office of John A. Venezia
110 Veterans Boulevard, Suite 330
Metairie, Louisiana 70005
Telephone: (504) 486-3910
Facsimile: (504) 486-3913
Email: john@venezialaw.net
Counsel for Mary Mustacchia Morello

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>PERTAINS TO: LEVEE AND INSURANCE | CIVIL ACTION<br>NO: 05-4182<br><br>SECTION "K" |
| MARY MUSTACCHIA MORELLO<br>Plaintiff | MAGISTRATE JUDGE 2 |
| VERSUS | |
| AUTO CLUB FAMILY INSURANCE<br>Defendant | CIVIL ACTION<br>NO: 07-2763<br><br>SECTION "K"<br><br>MAGISTRATE JUDGE 2 |

## ORDER

**IT IS HEREBY ORDERED BY THIS HONORABLE COURT** that the claims of plaintiff, Mary Mustacchia Morello, in above numbered and entitled cause of action against the defendant, Auto Club Family Insurance, be and are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE