

North Break 10-18-96

1996 Aerial Photograph of IHNC North Break Location – Future break location is shown in yellow. Red boxes represent WGI structure removal sites.



North Break 11-13-02

2002 Aerial Photograph of IHNC North Break Location – Note that the buildings shown in the previous photograph have been removed.



North Break 4-15-05

April 2005 Aerial Photograph of IHNC North Break Location – Note the large excavation due west of the break location. Extensive excavations were also made in the area which were backfilled.



North Break 9-2-05

Post Katrina Aerial Photograph of IHNC North Break Location – Note that the break happened in the immediately vicinity of excavations performed by WGI prior to the storm.