# APPENDIX C: FORENSIC ENGINEERING ANALYSES OF THE LOWER 9TH WARD BREACHES

## Summary

Forensic engineering analyses of the two breaches that resulted in the catastrophic flooding of the Lower 9th Ward and adjacent areas shows that failure of the flood protection structure (levee, floodwall, supporting sheet piles) was due primarily to multiple flaws and defects embedded in this flood protection structure during its life-cycle. These flaws and defects included those developed during the concept development (e.g. failure to recognize I-wall tension gap), design (e.g. failure to properly evaluate soil conditions and characteristics), construction (e.g. failure to drive sheet piling to depths sufficient to prevent excessive water intrusion), operation (e.g. failure to provide adequate safe-guards to adjacent flood protection structure during IHNC lock expansion activities), and maintenance (e.g. failure to respond to early warnings of potential for excessive seepage). Hurricane Katrina provided a test of this flood protection structure and it performed miserably.

The available information indicates a high degree of correlation of the site clearing work for the USACE Lock Expansion Project at the East Bank Industrial Area (EBIA) sites and the two breach locations in the flood protection structure adjacent to the Lower 9th Ward. This remediation work (removal of soils, formation of cavities, vibrations) very probably had important effects on the soils relied upon to provide stability and protection for the flood protection structure. Removal and disturbance of the surface soils overlying the permeable sub-soils (marsh layers) would have facilitated the under seepage discussed in this Appendix. In addition, removal of the soils on the canal side of the floodwall would have reduced the lateral stability of the flood protection structure.

C.1


EXHIBIT NO. 2

## History of IHNC and East Bank Industrial Area

Since the founding of New Orleans by the French in 1718, a navigation channel between the Mississippi River and Lake Pontchartrain had been proposed. This would allow intercoastal commerce to connect with river and seaborne commerce (Figure C.1). The Port Authority of New Orleans (established 1896) recognized that the problem with establishing a water link was the fluctuating flow of the river and the difference in the elevations of the river and Lake Pontchatrain. Thus, locks would be needed to control the flow between the river and the lake.



Figure C.1: Map of the City of New Orleans (1829, Historic New Orleans Collection)

In 1914 the Port Authority received authorization from the state legislature to locate and construct a deep-water canal. The proposed canal would be 5.3 miles long and up to 1,600 feet wide, located just downstream of the Army's riverfront supply center (about 2 miles downriver and parallel to Elysian Fields Avenue).

Construction of the IHNC was started in 1918 with the excavation necessarily proceeding from the lake toward the river. Excavation work started with construction of parallel dikes on either side of the canal so hydraulic fill could be placed behind the dikes. Hydraulic excavation was used wherever possible to excavate the channel, when the materials were easily loosed. Draglines were employed to scoop out the more resistant soils dragging it up onto the dikes which were gradually built up to become permanent protective levees. Buried cypress stumps slowed progress by jamming the suction dredges and stalling the dragline buckets. From the outset, contractors battled the problems with stability of the canal slopes, as water and the soft soils constantly slid back into the excavation.

The canal excavation was completed in 1919 and work then shifted to the lock structure located 2,000 feet from the Mississippi River at the south end of the canal (Figure C.2). Very severe problems were encountered during construction of the IHNC locks due to slumping soils and running sands (indicating high water conductivity and flow). Soil borings (Figure C.3) disclosed the presence of extensive buried layers of "humus." These layers existed to penetrations exceeding 30 feet. These layers represented the layers of swamp (hard growth) and marsh (soft growth) that had been buried with dredge spoil and fill imported to raise the ground elevation.



Figure C.2: IHNC channel dimensions (USACE 1971)



Figure C.3: Soil borings performed in vicinity of IHNC lock disclose the presence of extensive layers of buried "humus" underlying the east bank (present area of the Lower 9th Ward) (USACE 1971)

  Upon completion, the Port Authority set about developing piers, docks and quays along the INHC to increase cargo handling. The Port Authority also made available adjacent lands for use by industries. Much of the area on the west side of the IHNC was built during World War II. The eastern side was developed after the early 1950s (Figure C.4).

C.4



Figure C.4: IHNC 1964 (USACE photograph)

The gulf coast portion of the GIWW (Gulf Intracoastal Water Way) is a protected shipping channel between Port Isabel, Texas and Apalachee Bay Florida. In 1944, under the USACE authorization, the GIWW was rerouted to pass thorough the southern part of the IHNC and tie in with the Mississippi River. The MR-GO and its tie-in with the GIWW were completed in the 1960s. Thus, the IHNC became intimately connected with the Gulf of Mexico through the GIWW and MR-GO.

The effectiveness of this navigable waterways connection was demonstrated during hurricane Betsy in September 1965 when both sides of the IHNC in the vicinity of the Lower 9th Ward experienced breaks (Figure C.5). Some 6,560 homes and 40 businesses were flooded in water up to 7 feet deep on the west side of the IHNC. The east side of the IHNC also failed, flooding the present Lower 9th Ward in water up to 9 feet deep (Figure C.6).

C.5



Figure C5: Hurricane Betsy flood inundation map (USACE 1965)



Figure C.6: Flooding east of IHNC – Lower 9th Ward following hurricane Betsy (USACE photograph)

The USACE report on hurricane Betsy (1965) states that both internal levee failures and overtopping along the IHNC occurred on both the west and east sides. No details concerning the mechanisms of failure were provided. Following hurricane Betsy, the IHNC levees were heightened using steel sheet piles and concrete I-walls in the 1980s and 90s.

By the late 1990s work was underway to expand the IHNC locks to relieve shipping congestion and allow further expansion of the Port of New Orleans. Congress authorized the study for the lock enlargement / replacement in 1956. The proposed new locks would require a bypass channel that would be constructed at the East Bank Industrial Area (EBIA). The EBIA is located in the Lower 9th Ward, west of the floodwall and east of the IHNC, between Florida Avenue and Claiborne Avenue (Figure C.7).



Figure C.7: IHNC and EBIA (left side) (USACE photograph)

Available documentation indicates that the USACE purchased the EBIA site from the Port of New Orleans in order to proceed with the bypass channel construction (Washington Group International - WGI, "Project Work Plan, Project Site Development and Remedial Action of East Bank Industrial Area, Inner Harbor Navigation Canal Lock Replacement Project," report to USACE, New Orleans District, 2000). WGI began working at the job site in January 2001.

The EBIA consists of 32 acres of former industrial sites previously leased from the Port of New Orleans to private owners. The EBIA consisted of six facilities named for their former occupants. These included (starting at the south) the International Tank Terminal, Saucer Marine, Mayer Yacht – Distributors Oil, Indian Towing, McDonough Marine, and Boland Marine.

At one time, underground storage tanks were located at both the Boland property and the Saucer property. These tanks were reported to have been removed. The State of Louisiana listed Boland Marine as an unspecified hazardous waste generator. In 1991, an anonymous employee contacted the Louisiana Department of Environmental Quality and reported that the company had buried drums containing hazardous waste onsite.

The EBIA had a long history spanning more than 4 decades of industrial use by marine service and petroleum distribution companies. Purportedly, tenants contaminated the property as a result of their industrial operations. Also of particular significance at the EBIA was the active placement of construction materials (concrete rubble) and solid wastes (barges, metal turnings, concrete blocks) to protect the properties from the effects of ship wakes. These two activities had two primary impacts derived from the existence of hazardous constituents that could negatively affect: 1) the environment at the time of construction, and 2) construction of the bypass channel.

To ameliorate these potential negative effects, the USACE New Orleans district contracted with WGI to characterize and remediate the EBIA's environmental contamination and identify and remove construction materials likely to interfere with bypass channel construction.

For remediation, the specifications required the canal bank be excavated to a depth four feet below the existing grade and fifteen feet from the edge of the water onto land. When possible, the work was done during low tide to facilitate visual observation of the work. When

work was completed, the landside of these excavations became the 'new' shoreline. It is reported by WGI ("Technical Completion Report," 2005) that in the majority of cases the canal bank was excavated as required to a depth of four feet, additional observations of contamination prompted excavations to a deep as nine feet. The records provided by WGI indicate that a total of 12,259 tons of contaminated soils were removed from the Boland site and 35,636 tons of contaminated soils were removed from the Saucer site.

In addition to removal of canal-side soils that had previously provided stability and protection to the flood protection structure, numerous underground storage tanks and debris were removed. At the Saucer site, large underground storage tanks had to be removed. In addition, a buried railroad tank car required construction of a cofferdam so that the tank car could be filled with air, floated free, lifted and transported from the site. At the northern Boland site, a wharf extended along most of the IHNC. Following removal of the wharf materials, the piles comprising the foundation were pulled and transported from the site.

Twelve abandoned barges were located on the EBIA site. Conditions of the barges ranged from beached to completely sunken (embedded into the bottom). Ten of the barges were removed from the southern Saucer site and two barges from the northern Boland site. WGI completed its work, removed its equipment, and demobilized from the job site in May 2005.

### Development of the Breaches during Hurricane Katrina

The IHNC sits at the heart of the three main populated regions of New Orleans. As shown in Figure C.8, a number of breaches developed along the IHNC during Hurricane Katrina, contributing to the flooding of all three of the most heavily populated protected areas in this event. This Appendix addresses the two breach locations on the east side of the IHNC adjacent to the Lower 9th Ward.



Figure C.8: Map showing principal features of the protected areas in the New Orleans area, (ILIT 2006)

These two breaches will be identified as the "North Breach" (approximately 100 feet wide, south of Florida Avenue) and "South Breach" (approximately 1,000 feet wide, north of North Clairborne Avenue). Figure C.6 shows the locations of the North and South Breaches – the photograph was taken on 6 September 2005 (National Oceanic and Space Administration 2005). C.7 shows a similar photograph taken about the same time from a different perspective showing the breach sites at the Lower 9th Ward relative to the intersection of the MR-GO – GIWW and IHNC.