

Figure C.20: East bank of IHNC geologic section through South Breach and North Breach sites (USACE IPEt 2007)

21

A centerline geologic section of the east bank of the IHNC (Figure C.20) shows the North Breach and South Breach to be underlain by primarily gray clays with occasional plastic silt strata. There are two significant marsh (swamp) deposits in the upper foundation soils.

Figure C.21 shows a cross-section through the South Breach. The top of the concrete floodwall at this location is at approximately +12.7 feet (MSL). The clayey levee embankment sits atop primarily gray clays (CH) with occasional plastic silt strata. There are two significant "marsh" layers in the upper foundation as well. The sheet pile curtain supporting the concrete floodwall is very short with its base at –8 feet MSL. This 'short-sheet' design fails to cut off flow through the second primary marsh layer. The "marsh" layer is a variably interbedded layer of organic silts, clays and peats. Lateral permeability of this ensemble is variable. There is a well established history of underseepage problems along this and nearby levee frontages (ILIT 2006, Team Louisiana 2007).



Figure C.21. Geologic cross section through the South Breach (CH – high plasticity clays, ML – silts, CL – low plasticity clays)\

Geologists have determined that this location is crossed by a growth fault zone; the Lake Borgne growth fault. Such growth faults are endemic to the southern coastal states (due to

compaction of soft underlying sediments, ground water withdrawal, petroleum production, and other similar activities). These zones develop features like silt dikes such as was found at this location (Gagliano 2005). Such features have been mapped in the center of the south breach that developed in the Lower 9th Ward during hurricane Katrina (Figure C.22). These zones extend to significant depths (well in excess of 100 feet). Earthquakes have occurred along these zones (one reported in this area in 1964, Gagliano 2005). These growth fault zones could provide weaknesses and high water conductivity (permeability) conduits in the soil column.



Figure C.22: Mapped growth fault (Lake Borgne fault zone) through center of South Breach (Gagliano, *Effects of Geological Faults on Levee Failures in South Louisiana*, Testimony to U.S. Senate Committee on Environment & Public Works, November 17, 2005)

Additional evidence for the nature of the under seepage potential at these two sites was provided by an impressive "crevasse splay" (local term for fan shaped under seepage erosion features, ILIT 2006). This crevasse splay developed at the outboard side of the interim repair section at the south breach (Figure C.23). This crevasse splay occurred at the relatively low reverse-flow gradients as the inboard area continued to drain after it had already been largely unwatered by pumping after initial drainage through open breaches. This crevasse splay undermined the otherwise continuous outboard side toe fill blanket along this frontage. The location of this crevasse splay, coincident with the location of the south breach failure provides strong support for the presence of a foundation stratum of very high lateral permeability at this location.



Figure C.23: Crevasse splay induced by reverse flow beneath the interim repair embankment

A contractor was given the job by USACE to construct a cofferdam associated with construction of a drainage culvert located north of this area during the period 1999 to 2003. As shown in Figure C 24, the contractor experienced significant difficulties with water flooding and soil heaving at depths between about –15 feet and –30 feet (McElwee personal communications 2005, 2006). Only after the sheetpiling were driven to penetrations of –60 feet were the water flooding and soil heaving problems arrested. The excavated soils were highly organic silts and clays.



Figure C.24: Soil heaving problems and seepage experienced during excavation of coffer dam

Soil sampling and testing results indicate marsh deposits in the upper layers – extending to depths of –30 feet MSL. Based on knowledge of the geology of the area and the results from

25

soil exploration testing and sampling, the depths are highly variable (as would be expected for the bottom of a swamp / marsh). The following quotations are from the soil boring logs that sampled the soils in these layers: "Very soft, gray clay, saturated, with large amount of word fragments and roots. High moisture content with trace organic matter, wood and significant amount of roots. Grading to firmer with depth. Unable to perform vane due to large amount of roots and wood in sample". "Very soft gray organic clay with humus and wood (Much wood at 19.5' - 20.0')." " Very soft dark gray organic clay with humus and much wood".

Results from the USACE IPET and ILIT soil borings and in situ tests performed in this area indicate the presence of "marsh" layers to a depth of ~20+ feet (NAVD88). During the ILIT sampling program, very high conductivity through the marsh layers was observed during drilling through these layers at each of the sites in this area (Figure C.25). As the hole was drilled at one location, the drilling fluids quickly communicated through the marsh layers to the nearby adjacent holes which had been previously drilled. Examination of the samples indicated distinctive preferential layering of the organic material indicating much higher horizontal water conductivity compared with the vertical water conductivity.



Figure C.25: Observations of very high hydraulic conductivity associated with buried "marsh" layers made during soil boring drilling operations at the Lower 9th Ward breach sites (Rogers 2007)

**North Breach Analyses**

Figure C.26 shows a cross-section through this breach site as employed in both finite element analyses, limit equilibrium analyses, and finite difference analyses. The embankment crest is at an elevation of approximately + 7.5 feet MSL and the upper portion of the embankment consists of moderately compacted clay fill. The lower embankment section is older historic fill and consists of locally available clays of relatively high plasticity. These are underlain by a stratum of variable "marsh" deposits approximately 10 feet in thickness. The marsh stratum is underlain by a relatively deep layer of soft, lacurstrine (lake) clays of relatively high plasticity. This figure also shows the relatively extensive dredged sandy fill placed at the outboard side of the floodwall to create additional land for the EBIA.

Note that the navigation channel lock expansion site clearing underground obstruction removal excavation 'holes' are not included in this model. Currently, the author is performing analyses to determine the effects of these holes on the performance of the levee – floodwall – sheetpile system.



Figure C.26: Cross-section for analysis of the North Breach (Seed et al 2007)

28

Figure C.27 shows the USACE IPET investigation's interpretation of the statigraphy and shear strengths in the foundation soils beneath the inboard side levee toe at the North Breach. The solid symbols are shear strength test data and the irregular line is IPET's interpreted undrained shear strengths from cone penetrometer testing (cone tip factor of $N_K = 15$). The IPET investigation concluded that the soils at this site were normally consolidated over their full depths and the linear red lines int his figure are then the linearly increasing shear strength profiles used in the IPET analyses.

The ILIT investigation (2006) and the later analyses summarized here (Seed et al 2007) used more elaborate methods for interpretation of the shear strength data. For the soft clays at this site, making use of the pore pressure measurements from the in situ piezocone data, the ILIT investigation re-interpreted the shear strength data using site-specific and material-specific cone tip factor value of $N_K = 12$ as shown by the irregular fine blue line in Figure C.27. For the marsh deposits, following the same procedures, the IPET interpretation used a site-specific and material specific cone tip factor of $N_K = 15$. Additional evaluation of the geology and depositional history indicated that the entire profile could not be treated as normally consolidated and the assessment of shear strength versus depth is shown in Figure C.27 by the heavy dashed red lines.

Figure C.28 shows results from a transient flow seepage analysis that determines the calculated seepage exit gradients as they would have existed with the canal water at a level of +14 feet MSL. These transient flow analyses modeled the progressive rise in storm surge levels over the 24 hours before the failure at between 5:00 a.m. and 6:00 a.m. The analyses in Figure C.27 were performed with a coefficient of horizontal permeability of $K_{h,marsh} = 10^{-4}$ centimeters per second (cm/s). Exit gradients had become unsafe with regard to initiation of erosion at an earlier stage of this analysis, with exiting toe gradients reaching values of grater than 0.8 as early

as 5:00 a.m. The pore pressures under the inboard levee toe became potential unsafe with regard to hydrostatic uplift (heave or "blowout" at approximately the same point in time.



C.27: Alternative intgerpretations of soil stratigraphy and shear strengths beneath the inboard side levee toe at the North Breach site (Seed et al 2007)