jgill@timespicayune.com

Conflicts of interests, corruption, and scandal in "Victims of KATRINA" litigation

Mr. Gill:

What follows is the comprehensive E-mail I promised you, with "hard copy" attachments, which will be hand-delivered to you at the offices of The Times Picayune. I don't know what you have in mind, but I believe the multi-faceted "story" I am presenting to you is significantly "larger" than a single Op-Ed article, which is your forte.

Preliminarily, I must tell you that when my spouse asked me, "What are you doing?" last night, and I disclosed to her that I was assembling factual materials for presentation to you, her immediate response was, "Don't trust him." I was "burned" by virtually every member of the media to whom I granted interviews, post-KATRINA, who edited their printed materials or video footage in order to portray me as a "rich white man" who they implied (erroneously) could "care less" about the poor unfortunates who were left homeless, and stranded, after the storm. The "theme" struck by many of them was, "If THEY have to go, why should you be allowed to stay?" My perfectly sensible response was, "Because my property is high and dry, undamaged, and I have a generator and sufficient food and water to provision a small army", adding (this "really" drove them "mad"), "Why should I be forced to leave, and YOU be allowed to stay? Are YOU a property owner in my City? Do YOU pay property taxes in my City? Do you feel "unsafe" here in the 6000 block of St. Charles Avenue? Because if you do, let me show you my arsenal. If its disease, pestilence or plague worrying you, then why should I have to go, and YOU stay? Are YOU any less susceptible to disease than I am? Indeed, I'm more "immune" than YOU are, having grown up in a swamp!"

Believe me, living for weeks on end, to fulfill a "mission" no more sinister than protecting what's mine, because I knew "Government" was incompetent to do so, while under the constant threat of "confiscation of all weapons"[1] and "forced mandatory evacuation under exigent circumstances", which are not concepts recognized under the U.S. Constitution, tends to make sane people a little "nuts"  I even became fearful of a "raid" a la The U.S. Department of "Injustice" Elian Gonzalez "raid", which was executed shortly before dawn, a fear that unfortunately became reality.  See infra. If I became a little "crazy", then it was because "the authorities" and their unconstitutional policies made me and my friends crazy!  In frustration, and to keep one's sense of humor, and sanity, during truly "insane" times, I devised a spoof based on the late 1950's Peter Sellers' movie: "The Mouse That Roared", announcing the following:

1) I had "seceded" from the USA, the State of Louisiana and the City;

2) My property at 6034 St. Charles Avenue was now sovereign territory, more particularly "The Duchy of Kilnamanagh", which is the territory within County Tipperary on the Emerald Isle from whence The O'Dwyer Sept sprung;

3) I was not only the Sovereign of the Duchy, but also the Commander-in-Chief of its military forces;

4) Although my usual terms were "unconditional surrender", because the USA was such a benevolent nation, I was perfectly willing to discuss the terms of the USA's surrender, to me;

5) However, I demanded that the USA negotiate with me through a General Officer of equal rank, pointing to the five stars on my fatigue cap.

Of course, the USA does not now, and did not then, have any five-star Generals!

---

[1] Where was the NOPD's "confiscation of weapons" policy while the NOPD allowed looters to run rampant in the City, for weeks after the storm?

The seceding from the Union, etc. was tongue-in-cheek "FUN", but was quite "seriously" reported by The Associated Press, and others, as "New Orleans Lawyer Renounces His U.S. Citizenship". Where is the "sense of humor"?

Please win my trust by not writing something similar, or by portraying me in a negative light. Most of my clients, who really need me, are poor people, who didn't have much to begin with, but who lost everything they had in KATRINA.

The story should actually begin with a reading of the reported decision of the United States Court of Appeals for the Fifth Circuit in the matter entitled: "In Re Aircraft Disaster at Florida Everglades", copy attached. As an admiralty and maritime lawyer with Lemle & Kelleher for 35 years, pre-KATRINA, I was, unfortunately, unfamiliar with this particular body of facts and law until the "Victims of KATRINA" litigation "geared-up", in March 2006, following Judge Porteous' recusing himself.

In my judgment, the attached decision clearly delineates the shortcomings of Rule 23, Federal Rules of Civil Procedure, and a District court's extremely broad discretion to exercise "managerial power" in Class Action litigation,[2] which puts the Members of the "Plaintiffs' Liaison Committee" (as well as Sub-Committee Members) squarely in "conflict", not only other plaintiff lawyers who have not been "anointed" by the presiding District Judge, but also in conflict with their own clients and other Class members. Hence, the great "rush" to be anointed and appointed to the Plaintiffs' Liaison Committee in the "Victims of KATRINA" litigation by many of the same lawyers who have been in

---

[2] Indeed the District Judges managerial power is so strong in such cases that it brings to mind the quotation: "Power tends to corrupt, and absolute power corrupts absolutely."

this position (on the "PLC") previously, in other cases, at great personal financial gain to themselves.[3]

Wouldn't you enjoy being anointed "an independent contractor", whose litigation expenses and overhead will be completely "covered" at the end of the case on the theory of "common benefit", in addition to the usual (or even unusual) contingency fee percentage, plus a "breathtaking" additional windfall in terms of a fixed percentage of all other fees to which members of the PLC are legally (supposedly) entitled?

The second part of the story opened on July 14, 2006, at a Status Conference before The Honorable Stanwood R. Duval, during which I raised "concern" on the record.  See page 13, lines 23-25, and pages 14 through 25, all entirely self-explanatory, transcript of proceedings attached.  Needless to say, my comments did not win me any "friends" on the then "Interim Plaintiffs' Liaison Committee", which has now been elevated to "permanent" status by Judge Duval.  For your information, the PLC was not "helping" me or my clients at any time prior to or on July 14, 2006, and the PLC has not helped me or my clients since.  Indeed, I have recently discovered that certain prominent and well-known Members of the PLC, namely Messrs. Becnel and Fayard, have been actively working AGAINST me and my clients, for their own personal gain.  See infra.

Which brings us to the third part of the story:

My approach to "Victims of KATRINA" litigation has been very "simple".  Since we lawyers are representing totally "innocent" clients, the "usual" battles fought over

---

[3] One of the lawyers who will be specifically referred to by name herein made the following representation to Judge Duval in Open Court on March 2, 2006:  ". . . and I would like the court to know that many of us are trying to do this on a pro bono basis.  This is not a fee generating case for most of us,  unless some miracle happens".  Record Document No. 2774, page 40, lines 15-18.  See also Record Document No. 57, page 7, with reference to "Pro Bono Aspects of Litigation", and which reflects:  "Danny Becnel represented to the Court that many of the lawyers are "trying" to undertake this litigation on a pro bono basis for which the Court commends them."  Yeah, right.

plaintiff fault, or contributory or comparative negligence, need not be fought at all.  Still, the litigation is factually and legally complex (although I maintain that it need not be). Many of us believe that, notwithstanding the complexity of the case, it can really be reduced to a "single issue":  Does the Federal Government enjoy immunity or not?  If the U.S. Supreme Court ultimately determines that the Government does not enjoy immunity, then the Federal purse is sufficiently large to compensate everyone, including the lawyers, although in different percentages and amounts, with the "anointed" Members of the PLC getting a much larger share than anyone else, including many named plaintiffs and Class members.  On the other hand, if the Supreme Court ultimately determines that the Government does enjoy immunity, then who is the next "deepest pocket"?  Answer: The State of Louisiana, its agencies, etc., of course.  Since no one can accurately predict what the Supreme Court ultimately may rule on the immunity issue,[4] then in order to competently represent my clients, I have had to "hedge bets" and pursue the State of Louisiana, et al., very vigorously.  Remember this:  What the U.S. Army Corps of Engineers did or failed to do in the Greater New Orleans Metropolitan Area in terms of protecting the citizenry and their property from loss or damage due to flooding or flood water was not done without the concurrence of, and active participation of, the State of Louisiana, et al.  Simply read about the State's participation in the COE's criminal malfeasance in virtually any of the numerous so-called "independent" comprehensive investigative reports issued on the subject of "what went wrong" to date.

---

[4] I understand "through the grapevine" that the Members of the Plaintiffs' Liaison Committee, some of whom are identified herein have a "grand strategy" for the "Victims of KATRINA" litigation, namely that when a Democratic challenger to the Republican Party gains the White House in 2008, "Every little thing will be alright here in the "outhouse"."  I have never approached litigation in that way.

My relentless pursuit of the State of Louisiana, et al. as a "joint tortfeasor" with the United States of America, through the COE, has been thwarted at every turn by Judge Duval, ostensibly on the authority of jurisprudence interpreting the 11th Amendment of the U.S. Constitution (about which I was totally ignorant pre-KATRINA), and which has visited "immunity" on States, and "arms" of the State, from being required to litigate claims for damages in a Federal Forum brought against the State by citizens of the same State. Ironically, notwithstanding the fact that the plain language of the 11th Amendment speaks only in terms of the immunity enjoyed by a State from defending claims brought against it by citizens of another State, the Amendment has been judicially interpreted to also clothe a State with immunity from litigating claims filed against the State by its own citizens in Federal Court! Although it is my personal belief that this is pure "sophistry", and "revisionist" drafting, it has been the law of the land for well over 100 years.

Judge Duval has treated me very brutally in a series of written opinions, culminating in a ruling which imposed almost $8,000 in sanctions against me personally, as a result of my "harassment" of the rich and powerful State of Louisiana.[5] In a written opinion, His Honor labeled my arguments that I should be permitted to argue, and discover more about, whether the State, et al., may have "waived" 11th Amendment immunity, "frivolous at best". Ouch! Ironically, oral argument on the State's Motion for Sanctions, with which Judge Duval ultimately "hit" me to the tune of almost $8,000, was held on February 28, 2007. On that very same day, while lawyers for the Louisiana Department of "Injustice" were urging the Judge to dismiss my clients' claims against the State, et al., and to sanction me, personally, all on 11th Amendment immunity grounds, Attorney General Foti, who employs those very same lawyers within the Louisiana

---

[5] I am proudly wearing those sanctions as a "badge of courage".

Department of "Injustice" who were opposing me with legal arguments they must have known were dishonest, filed a Form-95 with the U.S. Army Corps of Engineers pursuant to the provisions of the Federal Tort Claims Act, which constituted an administrative claim against the Federal Government for $200 billion dollars in property damages allegedly sustained by the State of Louisiana, et al., as a result of the COE's criminal and tortious incompetence and malfeasance, in which the State, et al. were actually complicit co-conspirators with the COE!

Although my instincts at the time told me that something "BIG" involving the State of Louisiana would happen 6 months and 1 day after February 28, 2007, namely on the second anniversary of Hurricane KATRINA, I decided to "keep my cards close to the vest", and to simply ensure that I had preserved the argument "on the record", for appellate purposes, that Judge Duval should have allowed me to pursue the issue of waiver, simultaneously contesting the imposition of sanctions against me personally in order to "reimburse" the State the costs incurred in defending against my "harassment", notwithstanding the fact that the State must pay its Louisiana Department of "Injustice" lawyers' salaries, whether they are trying a case in Court, eating lunch, going to the bathroom, or visiting some "Madame" in the company of Senator Vitter.

I tried to obtain information from the State, directly addressing the issue of waiver of the State's 11th Amendment immunity, by sending a Louisiana Public Records Act request to Attorney General Foti on July 26, 2007, copy attached. My efforts were "stonewalled". See the non-responsive "response" of August 7, 2007, also attached.

Here, you should be aware of the fact that the "enlightened majority view" of the raison d'etre for 11th Amendment immunity in the 20th Century is "protection of the State

fisc", meaning that Federal Courts should decline jurisdiction of cases involving claims against a State, in order to avoid being accused of "aiding and abetting" the bankruptcy of a State's Treasury (never mind the "bankruptcy" of the State's own citizens, who may never be able to recover compensation for their financial losses within the State's Court judicial system).  Of course, the <u>raison d'etre</u> for a State's 11th Amendment immunity from being required to litigate claims for damages in Federal Court EVAPORATES in the face of an affirmative claim by the State of Louisiana for $200 billion dollars, filed in Federal Court, in an amount over 10 times the annual State budget, pre-KATRINA!

Which brings us to fourth part of the story.

On August 29, 2007, a number of Civil Actions were instituted on behalf of the State of Louisiana in Federal Court here in New Orleans, bearing Civil Action Nos. 07-5023, 07-5036, 07-5040, and 07-5226, all available on PACER.  Civil Action Nos. 07-5023 and 07-5040 claim $200 billion in property damages allegedly sustained directly by the State as a result of KATRINA.  Civil Action Nos. 07-5036 and 07-5226 were brought by the State and Attorney General Foti in <u>parens patriae</u> or as <u>Guardian ad Litem</u> for allegedly "unrepresented" claimants, said to number @350,000.[6]  Although Attorney General Foti and the Louisiana Department of "Injustice" are the sole counsel of record for the State in C.A. Nos. 07-5036 and 07-5226, a number of lawyers who are on the Plaintiffs' Liaison Committee, or Sub-Committees, all anointed by Judge Duval in Case Management Order No. 4, attached, appear as co-counsel of record with Mr. Foti for the State in the other Civil Actions.

---

[6] How will the ultimate legal representation, and legal fees, of these people be "divied-up" by Foti and the private attorneys he has hired?  See <u>infra</u>.  Also, notwithstanding the fact that on August 29, 2007, the United States Court of Appeals for the Fifth Circuit vacated Judge Duval's prior appointment of Foti as Guardian <u>ad</u> <u>Litem</u> to these allegedly unrepresented masses, Civil Action Nos. 07-5036 and 07-5226 remain pending, open cases, and have not been dismissed.

What does all of this mean?

Well, first it means I now know that the reason I have not gotten any "help" in my pursuit of the State, et al. from the Plaintiffs' Liaison Committee[7] is not because I alienated the PLC in Open Court on July 14, 2006, but because these very same lawyers, who are "supposed" to be representing the interests of "the Class", including me and my clients, <u>HAVE BEEN SLEEPING WITH THE DEVIL</u>, namely the State of Louisiana and its Department of "Injustice", all behind my back!

The conflict of interests existing between members of the Plaintiffs' Liaison Committee, including particularly Messrs. Becnel and Fayard (and possibly others), as well as Members of various Plaintiffs' Sub-Committees, should be patently obvious, even to non-lawyers. If there is any chance that there will be no recovery against the Federal Government, then "until the Fat-Lady sings" on this subject, any competent, ethical lawyer should also pursue the State for damages. Rather than suing the State, et al, Becnel and Fayard, et al. show up on August 29, 2007, representing the State, which puts them and their client, the State, squarely in conflict with the Victims of KATRINA they have a duty to represent as Members of the PLC.

Where does the State's claim for $200 billion dollars put "John Doe" or "Richard Roe", who are only looking to get back from the Federal Government the money they lost because of the destruction of their house and loss of their possessions? How will the $200 billion dollar claim by the State of Louisiana "play" to the Federal Judges, including particularly the "Supremes", who are going to have to decide the immunity issue? Will Federal Judges look at a case differently when a private attorney,

---

[7] The reader would be "amazed" at the contents of my very large "reading" file, containing my numerous requests for assistance from the PLC over the past 2 years on a wide-ranging variety of subjects, all unresponded to.

representing a private citizen, presents a claim for legitimately incurred damages, when contrasted with a $200 billion dollar claim on behalf of a "joint tortfeasor", represented by politically-connected plaintiff lawyers, who are notorious for "feeding at the public trough", in a State whose "brand" is corruption?

What did I then do after learning this shocking information?

I submitted the attached Louisiana Public Records Act requests to Attorney General Foti and to the involved private lawyers, who I maintain must be acting in the capacity of "Special Assistant Attorneys General" (see attached Louisiana Bar Journal article, entitled: "Minimum Qualifications for Appointment as a Special Assistant Attorney General"), as agents for the State of Louisiana, in the most recent litigation filed on behalf of the State in Federal Court, seeking to recover the State's own $200 billion dollars in KATRINA property damages from the United States of America. None of my Public Records Act requests have been responded to in any meaningful way notwithstanding the fact that the State, et al. are required by law to respond to legitimate requests within a certain number of days, long-since-passed. See also the attached "non-response" of Scott Bickford, Esq., who is representing the interests of most of the Special Assistant Attorneys General, and my follow-up to him, also attached.

I also attach certain of my E-mails to the PLC, inquiring about the "rumored" (later confirmed) filing of litigation in Federal Court on behalf of the State, and after the "rumor" was confirmed, demanding the immediate resignations from the PLC of Messrs. Becnel and Fayard on grounds of conflicts of interests. Nothing has occurred in response to these E-mails.

On September 11, 2007, I also filed a Motion for Rescission of the Sanctions which Judge Duval erroneously imposed against me, and a Motion for Sanctions against the State, et al., including their lawyers (Record Document No. 7501, attached), for having perpetrated "fraud upon the Court" by virtue of arguing 11th Amendment immunity in Open Court on February 28, 2007, the same day Attorney General Foti was presenting a $200 billion dollar claim on behalf of the State, et al. to the COE, and by virtue of remaining silent when Judge Duval sanctioned me for almost $8,000 in early August 2007, less than one month before the State of Louisiana, et al. instituted litigation in Federal Court seeking damages from the USA. My Motion(s) ask rhetorically:

> "What did counsel for the
> Louisiana Department of "Injustice" know,
> and when did they know it?"

I am only one man, fighting evil on many open fronts, and although I do have a "plan for further action", I am, for the moment, "keeping my powder dry, and my mouth shut".[8]

One other potentially extremely important point, which may be, and probably is, "linked" to whatever "deals" have been made by Attorney General Foti, and/or other State actors, and the PLC (and Sub-Committee) lawyers whose names appear on pleadings recently filed in Federal Court on behalf of the State, is something awful which was done to me, personally, at 0005 hours on September 20, 2005, within 12 hours of my filing a Class Action lawsuit in Baton Rouge against Governor Blanco and the State, among others. To make a long story short, a State Police "goon-squad" trespassed on my property, took me into custody for "nothing", and then turned me over to the custody of more "goons" employed by the Louisiana Department of Public Safety and Corrections at

---

[8] As this missive reveals, keeping my mouth shut is very difficult for me.

the Union Passenger Terminal, who brutalized me and illegally detained me for 16 ½ hours before making a fatal mistake: They released me, alive; and failed to kill me, and dispose of my body.

These not-coincidental matters are the subject of my personal litigation bearing C.A. No. 06-7280, available on PACER. I attach copies of my Court-Ordered Supplemental and Amended Complaint in that litigation, as well as the August 20, 2007 affidavit of my Law Enforcement Expert, David R. Kent. When you read these materials, I believe you will agree with me that the shocking events are straight out of "All the King's Men". However, they are not fiction; they really happened.

Call me paranoid (my Psychiatrist tells me, "Ashton, you're not paranoid; you just have excellent survival instincts".), but I believe there is a "connection" between my kidnapping and brutalization within 12 hours of filing a lawsuit which included claims against the Governor and the State, and the "treatment" I have enjoyed in the "Victims of KATRINA" litigation, courtesy of the lawyers within the Louisiana Department of "Injustice", courtesy of the Plaintiffs' Liaison Committee, who are "supposed" to be representing me and my clients, and possibly even "courtesy" of Judge Duval, who, during the first Status Conference held in this case after Judge Porteous' recusal on March 24, 2005, disclosed his "long time good friend[ship]" with Calvin Fayard who, along with Becnel, showed up on the pleadings filed in Federal Court on behalf of the State of Louisiana on August 29, 2007, notwithstanding the fact that they are Members of the PLC. Judge Duval's disclosures on the record in Open Court on March 24, 2006 (Record Document No. 2774 in C.A. No. 05-4182) included the following:

BY JUDGE DUVAL:

> I might point out one other thing. I have a brilliant young law clerk, who is not in this Courtroom, named Caroline Fayard. She happens to be related to one of the lawyers who just spoke, Mr. Calvin Fayard, who is also a good friend of mine. I want to point out that Ms. Fayard is not my Law Clerk because of her father, she is a graduate of Dartmouth Michigan Law School with honors and is magnificent.
>
> I am friendly with Mr. Fayard, however, I can tell you that will have nothing to do with my – I am friendly with a lot of you actually, but Mr. Fayard I have known for a long time. Let me put it that way. So I will let you know that it won't have any bearing on what I do, but if it makes you uncomfortable let me know.
>
> We haven't decided, I might point out, where Mr. Fayard's cases fit under this umbrella or if they do. We will talk about that later. That's about as much disclosure, I think that's about it. Now. Go ahead.

Transcript of March 24, 2006, lines 10-25.

On page 3 of Record Document No. 57 in Civil Action No. 05-4182, which is Judge Duval's Minute Entry for the Status Conference held on March 24, 2006, the following appears:

> "The Court further disclosed the one of the attorneys involved in this matter, Calvin Fayard, is the father of one of the undersigned's law clerks and is an old personal friend of the undersigned. However, that law clerk has no dealings with any of these cases, and the Court believes that its relationship with Mr. Fayard would not influence the Court in any manner."

There wasn't even a "chirp" heard from anyone after these disclosures, although in retrospect, there probably should have been.

No one will ever convince me that Attorney General Foti, and his minions, and Members of the Plaintiffs' Liaison Committee, including particularly Messrs. Becnel and Fayard, did not have knowledge well-in-advance of what would be "coming" on August 29, 2007, in the meantime remaining completely silent in the face of full knowledge of the State's dishonest legal arguments, and the contents of a string of written decisions

from Judge Duval, which dismissed my clients' claims against the State, et al. on 11th immunity grounds, and in the face of actual knowledge that I had been sanctioned monetarily by Judge Duval for continuing to make an argument which His Honor described as "frivolous at best", namely that the State, et al. had waived 11th Amendment immunity from being required to litigate claims brought against it in Federal Court.

Does all of this stink?  Do you smell it yet?  What is "going on"?  I think I know.

Although this really isn't about "me", but rather about EVIL FORCES working against me and my totally innocent clients, among many others, I attach my self-explanatory correspondence to Judge Duval and Magistrate Judge Wilkinson of April 28, 2006, which never even made it into the record, and which will tell you who I am, and what kind of lawyer I was, pre-KATRINA.  I have been called many things in my life, with some justification, but never "coward", "liar" or "milque' toast".

Call me anytime, if you need clarification of anything.  I will get hard copies of the attachments to you, soon.

AROD