UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| *Boutte v. Lafarge*       05-5531 | SECTION "K" (2) |
| *Mumford v. Ingram*    05-5724 | |
| Lagarde v. Lafarge       06-5342 | JUDGE |
| *Perry v. Ingram*           06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | |
| *Parfait Family v. USA*  07-3500 | MAGISTRATE |
| *Lafarge v. USA*            07-5178 | JOSEPH C. WILKINSON, JR. |

**NOTICE OF FRCP 45 PRODUCTION REQUEST**

TO:   All Counsel

YOU ARE HEREBY NOTIFIED of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the document and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**   AT&T Southeast
208 South Ackard, 10th Floor
**Dallas, TX 75002**

**LOCATION:**   Mouledoux, Bland, Legrand & Brackett, L.L.C.
**701 Poydras Street, Suite 4250**
**New Orleans, LA 70139**

**DATE/TIME:**   February 29, 2008 @ 10:00 a.m.

Please appear and produce at the Law Office of Mouledoux, Bland, Legrand & Brackett, L.L.C., 701 Poydras Street, Suite 4250, New Orleans, LA 70139, at 10:00 a.m. on February 29, 2008, any and all of the following:

1. Any reports, logs, records and/or billing information for calls made from each of the following telephone lines: 504-943-5550, 504-943-5777, 504-943-5589 and 504-943-5692 on August 27, 2005, **that identify the time and telephone number that was called** for each call from the telephone lines in question.

2. Affidavit of authenticity of the foregoing.

**THIS NOTICE IS FOR THE PRODUCTION OF RECORDS ONLY. NO APPEARANCE IS REQUIRED IF THE RECORDS ARE MAILED OR DELIVERED TO THE FOLLOWING ADDRESS PRIOR TO FEBRUARY 29, 2008.**

**Mouledoux, Bland, Legrand & Brackett, L.L.C.**
**701 Poydras Street, Suite 4250**
**New Orleans, LA  70139-6001**

Respectfully submitted,

**/s/ C. William Emory**
ANDRÉ J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile:   (504) 522-2121
Email:         bemory@mblb.com
Attorneys for Zito Fleeting, L.L.C. and Zito Fleeting, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 22nd day of February, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile transmissions, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/  C. William Emory