UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES          CONSOLIDATED LITIGATION _____ THIS DOUMENT RELATES TO LEVEE:  06-5127 (Depass)             06-5116 (Sims) | * * * * * * * * * | CIVIL ACTION NUMBER:  05-4182 & CONSOLIDATED CASES SECTION "K" JUDGE DUVAL MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF MOTION**

Please take Notice that defendant, The Board of Commissioners, East Jefferson Levee District, will bring on for hearing its Motion to Dismiss certain of plaintiffs' claims in the above captioned matters before the Honorable Stanwood R. Duval, Jr., on the 19th day of March 2008, at 9:30 a.m., at the United State District Court House for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130. You are invited to participate as you may deem necessary.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

*/S/ JOSEPH E. BEARDEN, III*
LAWRENCE J. DUPLASS (#5199)
GARY M. ZWAIN (#13809)
JOSEPH E. BEARDEN, III (#26188)
NICOLE M. BOYER (#29775)
RYAN M. MALONE (#30607)
3838 NORTH CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
**ATTORNEYS FOR DEFENDANT,
THE BOARD OF COMMISSIONERS,
EAST JEFFERSON LEVEE DISTRICT**

## CERTIFICATE

I do hereby certify that on the 22nd day of February 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

*/S/ JOSEPH E. BEARDEN, III*
JOSEPH E. BEARDEN, III (#26188)