UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

## ORDER

CONSIDERING THE FOREGOING,

IT IS ORDERED that National Union Fire Insurance Company of Pittsburgh, Pa.'s Motion for Leave of Court to Correct Exhibits Attached to Opposition to Motion to Compel is hereby GRANTED and the correct exhibits shall be filed into the record of the Court for consideration in deciding the Motion to Compel and Motions for Protective Order, to Quash, and to Stay Discovery.

New Orleans, Louisiana this  22nd  day of  February , 2008.

_____
United States Magistrate Judge

F:\38803\2-PLEADINGS\NATIONAL UNION\WORD VERSIONS\M-LEAVE TO FILE CORRECT EXHIBITS ORDER.DOC