UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 06-5164, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | § § § § § § | THIS PLEADING APPLIES ONLY TO THE CLAIMS OF BERNADETTE AND JAMES BUTLER |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED**, that the motion be and is **GRANTED**, and that the claims of Plaintiffs, Bernadette and James Butler, against Defendant, Allstate Insurance Company, regarding homeowners' insurance policy for 11259 Waverly Drive, New Orleans, Louisiana 70128, in the above-captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this \_\_22nd\_\_ day of \_\_February\_\_, 2008.

_____
United States District Court Judge