UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, MRGO and BARGE | JUDGE DUVAL |
| | MAG. WILKINSON |

### DEFENDANTS' MOTION TO EXTEND DEADLINE FOR ALL DOCUMENT PRODUCTION

For the reasons set forth more fully in the accompanying memorandum, the Levee and MRGO defendants[1], hereby respectfully move the Court to extend the deadline in Levee, MRGO and Barge for all document production from the current deadline date of February 29, 2008, to a new deadline date to be established by the Court following an anticipated scheduling conference with the Court for the purpose of amending CMO No. 4 (governing the Levee and MRGO case

---

[1] Washington Group International, Inc. ("WGI"), which is a defendant in the MRGO and Barge case categories, is not joining in this Motion. However, counsel for WGI has advised undersigned counsel that WGI does not oppose the instant Motion. In addition, the Board of Commissioners of the Port of New Orleans, which, together with the United States and of America and the Orleans Levee District, is a defendant in the Barge case category, joins in this Motion.

categories) to coincide with the recently-amended deadlines in CMO No. 5 (governing the Barge case category).[2]

Dated: February 25, 2008                    Respectfully submitted,

                                                s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

---

[2] Defendants herein note that on February 13, 2008, WGI filed in the MRGO and Barge case categories an Ex Parte Motion for Scheduling Conference and/or to Amend Case Management Orders, requesting that the Court schedule such a scheduling conference. The Levee defendants anticipate filing a similar Motion in the next few days in the Levee case category.

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER BOARD OF NEW ORLEANS


s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
   MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT and
BOARD OF COMMISSIONERS FOR THE
LAKE BORGNE BASIN LEVEE DISTRICT


s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Robin D. Smith
Trial Attorney
Richard R. Stone, Sr.
Senior Trial Counsel
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF AMERICA

887010v.1

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
   & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY


s/ Kirk Aurandt
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the BOARD OF
COMMISSIONERS FOR THE PORT OF
NEW ORLEANS

887010v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2008, a copy of the above and foregoing **Defendants' Motion to Extend Deadline for All Document Production** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                              s/ Thomas P. Anzelmo
                                              McCRANIE, SISTRUNK, ANZELMO,
                                                  HARDY, MAXWELL & McDANIEL
                                              3445 N. Causeway Boulevard, Ste. 800
                                              Metairie, Louisiana 70002
                                              TELEPHONE: (504) 831-0946
                                              FACSIMILE: (504) 831-2492
                                              E-MAIL: tpa@mcsalaw.com

887010v.1