UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, MRGO and BARGE | JUDGE DUVAL |
| | MAG. WILKINSON |

### MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND DEADLINE FOR ALL DOCUMENT PRODUCTION

MAY IT PLEASE THE COURT:

For the reasons further discussed below, the Levee and MRGO defendants[1] respectfully request that this Honorable Court extend the deadline in the Levee, MRGO and Barge case categories for completing all document production from the current deadline of February 29, 2008 to a new deadline to be established by the Court following an anticipated scheduling conference with the Court for the purpose of amending CMO No. 4 (governing the Levee and

---

[1] As noted in Defendants' Motion to Extend Deadline for All Document Production, Washington Group International, Inc. ("WGI") is not joining in said Motion. However, counsel for WGI has advised undersigned counsel that WGI does not oppose said Motion. In addition, the Board of Commissioners of the Port of New Orleans, which, together with the United States of America and the Orleans Levee District, is a defendant in the Barge case category, joins in this Motion.

MRGO case categories) to coincide with the recently-amended CMO No. 5 (governing the Barge case category).[2]

Case Management and Scheduling Order No. 4 ("CMO No. 4") in the Levee and MRGO case categories provides, in pertinent part, that with regard to common liability issues written fact discovery, in both the Levee and MRGO cases, "[A]ll document production must be completed no later than February 29, 2008."[3] Case Management and Scheduling Order No. 5 ("CMO No. 5") in the Barge case category provides for the same deadline date, namely that "[A]ll document production must be completed no later than February 29, 2008."[4]

All of the defendants herein bringing the instant Motion to Extend Deadline for All Document Production have worked diligently in investigating, identifying, preparing, disclosing and producing a total of literally millions of pages of documents in connection with this litigation, all pursuant to the aforementioned CMO No. 4 and CMO No. 5 provisions regarding document production. Despite such extensive and exhaustive efforts, defendants herein continue to receive and/or identify new, additional documents that should be (and are being) produced in connection with this litigation.

As such, defendants herein wish to advise the Court that despite defendants' efforts to date, defendants will simply be unable to fully comply with the current deadline of February 29,

---

[2] Defendants note that on February 13, 2008, WGI filed in the MRGO and Barge case categories an Ex Parte Motion for Scheduling Conference and/or to Amend Case Management Orders, requesting that the Court schedule such a scheduling conference. The Levee defendants anticipate filing a similar Motion in the next few days in the Levee case category.

[3] See CMO No. 4, Section IV(B)(1)(i), p. 29.

[4] See CMO No. 5, Section V(B)(2), p. 10.

2008 in which to complete all document production. Thus, in light of this impossibility, defendants respectfully request that this Court grant defendants' Motion and extend the deadline.

Specifically, defendants herein note that in light of WGI's Ex Parte Motion for Scheduling Conference and/or to Amend Case Management Orders, recently filed in the MRGO and Barge case categories, defendants anticipate that this Court will be setting, in the near future, a scheduling conference for the purpose of resolving inconsistent and/or disparate deadline dates between CMO No. 4 (which governs the Levee and MRGO case categories) and CMO No. 5 (which governs the Barge case category). The Levee defendants anticipate filing a similar Motion in the next few days with respect to the Levee case category.

Defendants herein suggest that the scheduling of a new deadline date for the completion of all document production in the Levee, MRGO and Barge case categories would be most appropriately be an issue to be discussed and resolved in connection with such a scheduling conference. Moreover, and importantly, defendants respectfully suggest that extending the deadline for all document production from February 29, 2008 to a new deadline date to be established in connection with the aforementioned anticipated scheduling conference could be accomplished in such a manner as to not have an adverse effect on or create any new delays regarding the ultimate resolution of this litigation.

Therefore, for the reasons set forth above, the defendants herein respectfully request that this Honorable Court grant Defendants' Motion to Extend Deadline for All Document Production from the current deadline date of February 29, 2008, to a new deadline date to be established by the Court following the anticipated scheduling conference with the Court.

887010v.1

Dated: February 25, 2008

Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS

4

887010v.1

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
  MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT and
BOARD OF COMMISSIONERS FOR THE
LAKE BORGNE BASIN LEVEE DISTRICT


s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Robin D. Smith
Trial Attorney
Richard R. Stone, Sr.
Senior Trial Counsel
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF
AMERICA


s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
  & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

887010v.1

        s/ Kirk Aurandt
        DAIGLE FISSE & KESSENICH, PLC
        J. Frederick Kessenich - #7354
        Jonathon H. Sandoz - #23928
        Michael W. McMahon - #23987
        Jon A. Van Steenis - #27122
        Kirk N. Aurandt - #25336
        P.O. Box 3530
        Covington, LA 70434-5350
        TELEPHONE: (985) 871-0800
        FACSIMILE: (985) 871-0899
        Attorneys for the BOARD OF
        COMMISSIONERS FOR THE PORT OF
        NEW ORLEANS

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2008, a copy of the above and foregoing **Memorandum in Support of Defendants' Motion to Extend Deadline for All Document Production** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

        s/ Thomas P. Anzelmo
        McCRANIE, SISTRUNK, ANZELMO,
          HARDY, MAXWELL & McDANIEL
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, Louisiana 70002
        TELEPHONE: (504) 831-0946
        FACSIMILE: (504) 831-2492
        E-MAIL: tpa@mcsalaw.com