**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, MRGO and BARGE | JUDGE DUVAL |
| | MAG. WILKINSON |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that, in the event that the Court denies their simultaneously filed Motion for Expedited Hearing, the Levee and MRGO defendants,[1] will bring their Motion to Extend Deadline for All Document Production before the Honorable Stanwood R. Duval, Jr. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 19th day of March, 2008 at 9:30 a.m.

[1] As noted in Defendants' Motion to Extend Deadline for All Document Production, Washington Group International, Inc. ("WGI") is not joining in said Motion. However, counsel for WGI has advised undersigned counsel that WGI does not oppose said Motion. In addition, the Board of Commissioners of the Port of New Orleans, which, together with the United States of America and the Orleans Levee District, is a defendant in the Barge case category, joins in said Motion.

Dated: February 25, 2008

Respectfully submitted,

s/ Thomas P. Anzelmo

McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT

s/ Charles M. Lanier, Jr.

CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER BOARD OF NEW ORLEANS

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT and BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT

s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Robin D. Smith
Trial Attorney
Richard R. Stone, Sr.
Senior Trial Counsel
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF AMERICA

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE INSURANCE COMPANY

s/ Kirk Aurandt
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of February, 2008, a copy of the above and foregoing **Notice of Hearing** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com