UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, MRGO and BARGE | JUDGE DUVAL<br><br>MAG. WILKINSON |

### O R D E R

Considering the foregoing *Ex Parte* Motion for Expedited Hearing on Defendants' Motion to Extend Deadline for All Document Production;

**IT IS ORDERED** that the Motion is hereby GRANTED and that the Defendants' Motion to Extend Deadline for All Document Production shall be heard on February _____, 2008, at _____. Any opposition thereto shall be due February _____, 2008, at _____.

NEW ORLEANS, LOUISIANA, this _____ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE