UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
<u>NOTICE OF PRODUCTION</u>**

Pursuant to the MRGO Plaintiffs' Subgroup Litigation Committee's Requests for Production of Documents and in accordance with the Amended Master Protective Order (Doc. No. 7634) and Case Management Order No. 4 (Doc. No. 3299), Defendant Washington Group International, Inc. ("WGII") hereby provides notice that it has made the following electronic production to the MRGO Plaintiffs in the above-captioned litigation:  Nine DVDs consisting of documents labeled WGI000001 to WGI082923, and WGI207009 to WGI368738.  Documents labeled WGI000001 to WGI082923 previously were produced to the plaintiffs in hard copy on May 31, 2006, August 31, 2006, April 9, 2007, and August 8, 2007.

913293v.1

WGII's production may be obtained by any party to the MRGO litigation by contacting WGII's counsel at the addresses provided below.

Dated:  February 25, 2008

Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Washington Group International, Inc.'s Notice of Production has been served upon all counsel of record through the Court's CM/ECF electronic filing system on this 25th day of February, 2008.

/s/Heather S. Lonian