UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** § | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | | **NO.   05-4182 "K"(2)** |
| § | | |
| _____§ | | |
| § | | **JUDGE DUVAL** |
| **PERTAINS TO:** § | | **MAG. WILKINSON** |
| § | | |
| **ALL LEVEE CASES** § | | |
| § | | |
| _____§ | | |

## MOTION FOR NEW TRIAL

**NOW INTO COURT,** through undersigned counsel, come the Plaintiffs in the captioned matter.  For the reasons expressed in the attached memorandum, Plaintiffs suggest that the ruling made by this Court on January 30, 2008 made certain factual findings inappropriate in the context of a Federal Rule of Civil Procedure 12(b)(1) *Motion*, and that said rulings were made without the benefit of full discovery and an evidentiary hearing as to the issues raised.

**WHEREFORE,** pursuant to Federal Rule of Civil Procedure 59, Plaintiffs move this Court to vacate its January 30, 2008 Order, convert the Rule 12(b)(1) *Motion to Dismiss* brought by the United States of America into a Rule 56 *Motion for Summary Judgment*, order the conduct of

discovery on the issue of the Corps' immunity and schedule an evidentiary hearing for consideration of the *Motion*.

                **Respectfully Submitted,**

                **APPROVED PLAINTIFFS LIAISON COUNSEL**

                /s/ Joseph M. Bruno
                JOSEPH M. BRUNO (La. Bar # 3604)
                PLAINTIFFS LIAISON COUNSEL
                The Law Offices of Joseph M. Bruno, APLC
                855 Baronne Street
                New Orleans, Louisiana 70113
                Telephone: (504) 525-1335
                Facsimile: (504) 561-6775
                Email: jbruno@brunobrunolaw.com

                **LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

                /s/Gerald E. Meunier
                GERALD E. MEUNIER (La. Bar #9471)
                LEVEE PSLC LIAISON COUNSEL
                Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
                2800 Energy Centre
                1100 Poydras Street
                New Orleans, Louisiana 70163-2800
                Phone:504/522-2304
                Facsimile:504/528-9973
                E-mail:  gmeunier@gainsben.com

                For

                **LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

                Gerald E. Meunier
                Daniel E. Becnel, Jr.
                Joseph M. Bruno
                D. Blayne Honeycutt
                Hugh P. Lambert
                Darlene Jacobs
                Walter Dumas

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 21st day of February, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

                                           /s/ Joseph M. Bruno
                                           JOSEPH M. BRUNO