# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | NO.   05-4182 "K"(2) |
| | § | |
| _____ | § | |
| | § | **JUDGE DUVAL** |
| **PERTAINS TO:** | § | **MAG. WILKINSON** |
| | § | |
| **ALL LEVEE CASES** | § | |
| | § | |
| _____ | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the foregoing Motion for New Trial will be heard on **Wednesday, April 30, 2008** at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr. at the courtroom usually reserved for Judge Duval in the Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

/s/Gerald E. Meunier
_____
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:  gmeunier@gainsben.com

For

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 21st day of February, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

/s/ Joseph M. Bruno
_____
JOSEPH M. BRUNO