UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION AND INCORPORATED MEMORANDUM TO CONTINUE ORAL ARGUMENT AND FILING DEADLINES FOR MOTION TO DISQUALIFY COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case, who respectfully move the Court to continue oral argument on the motion to disqualify currently scheduled for April 3, 2008, and re-schedule the corresponding briefing deadlines.

The U.S. Fifth Circuit Court of Appeal is scheduled to render a decision on the appeal of the denial of Plaintiffs' motion to remand this class action suit by April 4, 2008. If the appeal is successful, this entire litigation will be returned to state court and all consideration of the disqualification motion will be rendered moot. To avoid expending the Court's and the parties' time and effort unnecessarily should the motion become moot, movant seeks to continue the hearing date for oral argument from April 3, 2008, at 3 p.m. to May 1, 2008, at 1:30 p.m. and re-

schedule the briefing deadlines set forth in this Court's January 29, 2008 Minute Entry (Doc. No. 11213) as follows:

April 7, 2008 – Opposition shall be filed

April 21, 2008 – Reply to Opposition shall be filed

April 25, 2008 – Sur-Reply shall be filed

Movants have contacted Defendants' Liaison Counsel, who do not oppose the above schedule.

**WHEREFORE**, Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case, respectfully request that the Court grant this motion and continue the hearing date on the motion to disqualify from April 3, 2008, at 3 p.m. until May 1, 2008, at 1:30 p.m. and re-schedule the briefing deadlines for the motion to disqualify as stated above.

Respectfully submitted,

Richard C. Stanley, 8487
Thomas P. Owen, Jr., 28181
Melissa V. Beaugh, 28250
Of
STANLEY, FLANAGAN &
REUTER, L.L.C
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

By: _____

Attorneys for Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C.

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed the foregoing Motion and Incorporated Memorandum to Continue Oral Argument and Filing Deadlines for Motion to Disqualify Counsel with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice.  I further certify that I mailed the foregoing document and notice of electronic filing filed by first-class mail to all counsel of record who are non-CM/ECF participants.