UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: ROAD HOME<br>*Louisiana State*, C.A. No. 07-5528 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion and Incorporated Memorandum to Continue Oral Argument and Filing Deadlines for Motion to Disqualify Counsel;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED**, that the hearing for the motion to disqualify counsel currently set on April 3, 2008, at 3 p.m. is continued until May 1, 2008, at 1:30 p.m.

**IT IS FURTHER ORDERED** that the previous filing deadlines for the motion to disqualify are re-scheduled as follows:

April 7, 2008 – Opposition shall be filed

April 21, 2008 – Reply to Opposition shall be filed

April 25, 2008 – Sur-Reply shall be filed

New Orleans, Louisiana, this _____ day of February, 2008.

_____
DISTRICT JUDGE