Effective 4/10/06                FINANCIAL & CIVIL ALLOTMENT SHEET            Receipt No. 353703
                                                                              Deputy Clerk

FEB 21 2008

ACCOUNT CODE:                                     REGISTRY FUND:

6855XX Accounts                                   604700 Accounts
  _____ - Restitution                              _____ - Cash Bonds
  _____ - U.S. Postal Service Forms                _____ - Land Condemnation
  _____ - Petty Offense                            _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
  _____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
  _____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
            085000 - $5.00 / 510000 - $10.00
          FILING FEES
  _____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
  _____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
            086900 - $20.00 / 510000 - $19.00
  _____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
  _____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
  _____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
          COPY FEES
  _____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
  _____ - Copies (.50 per page - # of pages _____) 322350
  _____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
  _____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
          MISCELLANEOUS ACCOUNTS
  _____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
  _____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
  _____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
  _____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
  _____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
          Recovery of Costs - Jury Assessment _____  322380

FINES & MISCELLANEOUS ACCOUNTS
  _____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
    X   - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE                                             (Walter Wilson)
  _____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

        RECEIVED FROM (FIRM): Law Offices of Gordon P. Serou, Jr.
        CASE NUMBER: 07-5528                SECTION: K(2)
        CASE TITLE: Katrina Canal Breaches Litigation
        PAYMENT OF  [ 5.00 ]  CASH _____   CHECK  X 315  MONEY ORDER _____
                              SEAMAN _____ PAUPER _____ NON CASH _____

                    Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

  _____ 1. Cases requiring immediate action          _____ 6. Habeas Corpus & Other Convictions
           by the Court such as TRO, Injunction,                Petitions Title 28 USC Sec. 2255
           Orders to Show Cause, etc.                 _____ 7. Petitions for Stay of Execution
  _____ 2. Class Action                                        Death Sentence
  _____ 3. Antitrust                                 _____ 8. Social Security Case
  _____ 4. Patent, Trademark, Copyright              _____ 9. All Others
  _____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?    _____ Yes _____ No
Is this a RELATED CASE?         _____ Yes _____ No    Attorney of Record