UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>      <u>HARTLEY, 07-5458</u> | SECTION "K"(2) |

### ORDER

Considering the Unopposed Motion to Dismiss filed by Lexington Insurance Company (Rec. Doc. 11359), accordingly

**IT IS ORDERED** that the motion is **GRANTED**. All claims asserted by Plaintiffs Wyatt and Daelyn Hartley against Defendant Lexington Insurance Company in the above-captioned matter be **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this   25th   day of February, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE