UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE STANWOOD DUVAL |
| PERTAINS TO:     INSURANCE | * | |
| | * | SECTION "K" |
| *Joseph Aguda, et al.*, 07-4457 | * | |
| | * | MAGISTRATE 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE
DEFENDANT'S REPLY TO  PLAINTIFFS' OPPOSITION TO
RULE 12(B)(6) MOTION TO DISMISS**

NOW COMES, Defendant, State Farm Fire and Casualty Company ("State Farm") for the purpose of requesting leave to file it's reply to Plaintiffs' Memorandum in Opposition (Rec. Doc. 15) to Defendant's Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 5).

WHEREFORE, State Farm Fire and Casualty Company prays that it be granted leave to file the above-referenced pleading.

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com; cgarbett@kingkrebs.com;
smonsour@kingkrebs.com

{N0060133}

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to: Stuart T. Barasch.

/s/ **David A. Strauss**