## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO. 05-4182**

**PERTAINS TO:**
*Abram* **C.A. No. 07-5205**
*Acevedo* **C.A. No. 07-5199**

**SECTION "K"(2)**

### ORDER

Before the Court are State Farm's Rule 12(b)(6) Motions to Dismiss (Doc. 9420 and 9421) filed in the above-referenced cases. The Court sent an e-mail to plaintiff's counsel to ascertain whether oppositions were intended to be filed; however, the Court has not received a response to the e-mail, and it has not received an opposition to either motion. Thus, finding the motions have merit,

**IT IS ORDERED** that State Farm's Rule 12(b)(6) Motion to Dismiss (Doc. 9420) in *Acevedo,* C.A. No. 07-5199 and State Farm's Rule 12(b)(6) Motion to Dismiss (Doc. 9421) in *Abram,* C.A. No. 07-5205) are **GRANTED**.

New Orleans, Louisiana, this __23rd__ day of January, 2008.



EXHIBIT
D