UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GINA M. BARARD, Plaintiff | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 06-7939 |
| | * | Consolidated with: 05-4182 |
| LEXINGTON INSURANCE COMPANY, | * | |
| DAN J. BURGHARDT INSURANCE | * | SECTION: J (3) |
| AGENCY, INC. and ABC INSURANCE | * | Transferred to SECTION: K(2) |
| AGENCY, defendants | * | |
| | * | |
| CONSOLIDATED WITH: | * | |
| IN RE: KATRAINA CANAL BREACHES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant, Dan J. Burghardt Insurance Agency, Inc. who moves this court to dismiss plaintiff's petition for damages against this defendant upon the following grounds:

Judge Carl J. Barbier has already determined in this case that the pleadings of record show that plaintiff has failed to set forth a claim in her petition under which relief can be granted, in that, the allegations of the petition do not set forth a cause of action against an insurance agent under Louisiana Law.

Therefore, under Rule 12 (b) (6) of the Federal Rules of Civil Procedure, this defendant should be dismissed with prejudice, as is more fully set forth in the memorandum in support.

Respectfully submitted,

s/ Warren J. Greenwood, Jr.
**BASTIAN & ASSOCIATES**
**WARREN J. GREENWOOD, JR. (T.A.)**
Bar No.:14312
**HERVIN A. GUIDRY**
Bar No.: 06492
909 Poydras Street, Suite 3000
New Orleans, Louisiana 70112
Telephone: (504) 527-5550
Attorney for Defendant
Dan J. Burghardt Insurance Agency, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 25th day of Feb., 2008, served a copy of the foregoing pleading on all counsel for all parties either by:

( ) Hand Delivery                                ( ) Prepaid U.S. Mail
( ) Facsimile                                    ( ) UPS/Federal Express
( ) Certified Mail Return Receipt Requested      ( X ) Electronic Mail

s/ Warren J. Greenwood, Jr.
WARREN J. GREENWOOD, JR.