UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GINA M. BARARD, Plaintiff | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 06-7939 |
| | * | Consolidated with: 05-4182 |
| LEXINGTON INSURANCE COMPANY, | * | |
| DAN J. BURGHARDT INSURANCE | * | SECTION: J (3) |
| AGENCY, INC. and ABC INSURANCE | * | Transferred to SECTION: K(2) |
| AGENCY, defendants | * | |
| | * | |
| CONSOLIDATED WITH: | * | |
| IN RE: KATRAINA CANAL BREACHES | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN
## SUPPORT OF MOTION TO DISMISS

### Statement of the Case

This case involves a Hurricane Katrina claim where the plaintiff, Gina M. Barard (a Louisiana citizen) sued in state court her homeowner's insurer, Lexington Insurance Company (a foreign insurer) and her insurance agent, Dan J. Burghardt Insurance Agency, Inc. (a Louisiana corporation).

1

The non-resident insurer, Lexington, removed the case to federal court on the basis of diversity of citizenship (28 U.S.C. §1332), and alleged that the citizenship of the insurance agent was irrelevant because the agent was improperly joined.

Plaintiff filed a motion to remand to state court, which was denied by Judge Carl J. Barbier who found that the allegations of the petition did not set forth sufficient facts to state a cause of action against the agent, and therefore the agent's joinder was improper an could not defeat Diversity Jurisdiciton.

Thereafter, this case was transferred to and consolidated with the "In Re: Katrina Canal Breaches Consolidated Litigation."

It is Dan Burghardt's position that no subject matter jurisdiction exist if it is present in this case and that this defendant should be ignored by the Court as "not present". But it has also been suggested by the magistrate that a motion to dismiss must be filed, and it is for this reason that this motion is brought.

Defendant Dan J. Burghardt Insurance Agency, Inc. respectfully request this Court to grant the following relief:

1) Pursuant to Judge Carl J. Barbier' s "Order and Reasons", and under Rule 12 (b) (6), the Plaintiff's petition of record shows that Plaintiff has failed to set forth a claim under which relief can be granted, in that, the allegations of the petition do not set forth a cause of action against an insurance agent under Louisiana Law. Under Rule 12 (b) (6) this defendant should be dismissed with prejudice.

## ARGUMENT

In ruling on plaintiff's motion to remand, it has already been determined by this Court (through Judge Barbier) that the allegations in plaintiff's petition have failed to state a cause of action under Louisiana Law against Dan Burghardt. *See document no. 9 in civil action number 06-7933 (now consolidated with this matter) attached as an Exhibit.* In his order and reasons Judge Barbier found:

> On its face, the petition does not allege sufficient facts to state a cause of action against the agent. Following removal, plaintiff has failed to supplement the petition with an affidavit indicating that the agent made some further representation or undertaking that could warrant a belief that plaintiff was insured for $80,000 despite the $10,000 flood policy she purchased. This Court takes the allegations of the petition as true, but it should not assume scenarios that plaintiff has not alleged. See *McCormack v. National Collegiate Athletic Ass'n,* 845 F.2d 1338, 1343 (5th Cir. 1988).

## CONCLUSION

In light of the above, defendant Dan J. Burghardt Insurance Agency, Inc. is entitled to a dismissal of the claims against it under Rule 12 (b) 6, with prejudice, because plaintiff has failed to state a cause of action under Louisiana Law under which relief can be granted.

Respectfully submitted,

s/ Warren J. Greenwood, Jr.
**BASTIAN & ASSOCIATES**
**WARREN J. GREENWOOD, JR. (T.A.)**
Bar No.:14312
**HERVIN A. GUIDRY**
Bar No.: 06492
909 Poydras Street, Suite 3000
New Orleans, Louisiana 70112
Telephone: (504) 527-5550
Attorney for Defendant
Dan J. Burghardt Insurance Agency, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 25th day of Feb., 2008, served a copy of the foregoing pleading on all counsel for all parties either by:

( ) Hand Delivery            ( ) Prepaid U.S. Mail
( ) Facsimile                  ( ) UPS/Federal Express
( ) Certified Mail Return Receipt Requested    ( X ) Electronic Mail

s/ Warren J. Greenwood, Jr.
WARREN J. GREENWOOD, JR.

4