UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GINA M. BARARD, Plaintiff | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:  06-7939 |
| | * | Consolidated with: 05-4182 |
| LEXINGTON INSURANCE COMPANY, | * | |
| DAN J. BURGHARDT INSURANCE | * | SECTION:  J (3) |
| AGENCY, INC. and ABC INSURANCE | * | Transferred to SECTION:  K(2) |
| AGENCY, defendants | * | |
| | * | |
| CONSOLIDATED WITH: | * | |
| IN RE: KATRAINA CANAL BREACHES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

CONSIDERING THE FOREGOING MOTION, let Plaintiff Gina M. Barard show cause

before this Court on Wednesday the 19th day of March, 2008, at 9:30 a.m., why defendant's, Dan

J. Burghardt Insurance Agency, Inc.'s, motion to dismiss should not be granted.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008

_____
Stanwood R. Duval, Jr.. District Judge

Respectfully submitted,

s/ Warren J. Greenwood, Jr.
**BASTIAN & ASSOCIATES**
**WARREN J. GREENWOOD, JR. (T.A.)**
Bar No.:14312
**HERVIN A. GUIDRY**
Bar No.: 06492
909 Poydras Street, Suite 3000
New Orleans, Louisiana 70112
Telephone: (504) 527-5550
Attorney for Defendant
Dan J. Burghardt Insurance Agency, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 25th day of FEB , 200 8 , served a

copy of the foregoing pleading on all counsel for all parties either by:

( ) Hand Delivery      ( ) Prepaid U.S. Mail
( ) Facsimile      ( ) UPS/Federal Express
( ) Certified Mail Return Receipt Requested      ( X ) Electronic Mail

s/ Warren J. Greenwood, Jr.
WARREN J. GREENWOOD, JR.