UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson,* (No. 06-2268) | |

## ORDER

Considering the foregoing motion:

**IT IS ORDERED** that Joseph C. Wilson is hereby allowed to appear as additional co-counsel on behalf of the plaintiffs in the above-captioned matter.

THUS DONE AND SIGNED on this  22nd  day of  February , 2008.

_____
UNITED STATES DISTRICT JUDGE