UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § CIVIL ACTION NO. 05-4182 SECTION "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | |
| ALL CASES | |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

| Rogers v.Encompass Insurance Company | 06-00152 | Insurance |
|---|---|---|
| Baird et al v.Encompass Insurance Company | 06-00153 | Insurance |

---

1    This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated December 4, 2007

| Rico et al v.Encompass Indemnity Company | 06-04636 | Insurance |
| --- | --- | --- |
| Martine et al v.Republic Fire and Casualty Insurance Company | 06-06842 | Insurance |
| Tippen et al v.Republic Fire and Casualty Insurance Company et al | 06-07701 | Insurance |
| Martin et al v.Republic Fire and Casualty Insurance Company | 06-07703 | Insurance |
| Tippen et al v.Fidelity National Property and Casualty Insurance Company | 06-08440 | Insurance |
| Olivier v.Republic Fire and Casualty Insurance Company | 06-09574 | Insurance |
| Teamer v.Lexington Insurance Company & Hull and Company, Inc | 06-09905 | Insurance |
| Brown v.Republic Fire & Casualty Insurance Company | 07-00586 | Insurance |
| Rodney v.American National Property and Casualty Companies | 07-01742 | Insurance |
| Williams v.Homesite Insurance Company | 07-04021 | Insurance |
| C.R. Pittman Construction Company, Inc et al v.Transcontinental Insurance Company | 07-04534 | Insurance |
| Aasgaard et al v.United States of America | 07-04911 | Levee |
| Louisiana State et al et al v.AAA Insurance et al | 07-05528 | Road Home |
| Law Street Missionary Baptist Church v.Travelers Indemnity Company of Connecticut | 07-05606 | Insurance |
| Zoller v.USAA Casualty Insurance Company | 07-05717 | Insurance |
| Cooper v.Allstate Insurance Company | 07-05793 | Insurance |
| Anderson et al v.State Farm Fire and Casualty Company | 07-06737 | Insurance |
| Bertoniere et al v.Lexington Insurance Company | 07-07269 | Insurance |
| McNabb et al v.Liberty Mutual Insurance Company | 07-07855 | Insurance |
| Flowers et al v.Republic Fire and Casualty Insurance Company | 07-08447 | Insurance |
| Jefferson et al v.Louisiana Citizens Property Insurance Corp | 07-08880 | Insurance |

| | | |
|---|---|---|
| Humphrey Investments v.State Farm Fire & Casualty Company | 07-09014 | Insurance |
| Gaubert v.Louisiana Citizens Property Insurance Corp. | 07-09768 | Insurance |
| Skelding v.Hanover Insurance Company | 07-09775 | Insurance |
| Hahn et al v.Auto Club Family Insurance Company | 08-00122 | Insurance |
| Kneale et al v.Auto Club Family Insurance Company | 08-00123 | Insurance |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 11th day of February, 2008

JOSEPH M. BRUNO, La. Bar. #3604
Law Offices of Joseph M.Bruno
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**