UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2)<br>JUDGE: STANWOOD K. DUVAL<br>MAGISTRATE: WILKINSON |
|---|---|
| PERTAINS TO:<br><br>LAWRENCE AND ENOLA ANDERSON, et al<br><br>VERSUS<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br><br>CASE NO. 07-6737 | |

<u>ORDER</u>

Considering the Motion for Leave to Enroll Additional Counsel for Plaintiffs,

IT IS ORDERED that the Motion for Leave to Enroll Additional Counsel for Plaintiffs is GRANTED.  IT IS FURTHER ORDERED that Lawrence J. Centola, Jr., be and he is hereby enrolled as additional counsel for plaintiffs.

New Orleans, Louisiana, this __ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE