UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| | * | |
| | * | |
| **PERTAINS TO:** | * | |
| **ALL LEVEE** | * | |
| | * | |

### EX PARTE MOTION FOR LEAVE OF COURT TO FILE
### REPLY IN SUPPORT OF MOTIONS FOR PROTECTIVE ORDER,
### TO QUASH, AND TO STAY DISCOVERY

Defendant, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), through undersigned counsel, hereby moves for leave of court to file the attached Reply in support of its Motions for a Protective Order, to Quash and to Stay Discovery. The reply is necessary to respond to the opposition filed on behalf of the Plaintiffs, who raise arguments and cite cases not previously addressed by National Union. Accordingly, the attached Reply will aid the court in considering and deciding the Motions for a Protective Order, to Quash and to Stay Discovery. The Plaintiffs consent to the filing of the reply.

1

WHEREFORE defendant National Union Fire Insurance Company of Pittsburg, Pa., prays that its Motion for Leave of Court to File a Reply in Support of Motions for a Protective Order, to Quash and to Stay Discovery be **GRANTED**, and for all other relief deemed just and proper.

Respectfully submitted,

/s/ Karen M. Dicke
**KAREN M. DICKE (#24781)**
**GEORGE D. FAGAN, T.A. (#14260)**
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Telephone:  (504) 585-7500
Facsimile:  (504) 585-7775
Email:  kdicke@leakeandersson.com
gfagan@leakeandersson.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on February 26, 2008, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

/s/ Karen M. Dicke

F:\38803\2-PLEADINGS\NATIONAL UNION\WORD VERSIONS\M-LEAVE TO FILE REPLY TO M-QUASH.DOC