UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*  07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

NOTICE OF PRODUCTION

YOU ARE HEREBY NOTIFIED of the following produced pursuant to Fed. R. Civ. P 45 requests to nonparties:

**National Institute of Science and Technology** - one page correspondence dated February 20, 2008 advising of absence of documents responsive to request;

**National Science Foundation** - February 19, 2008 correspondence, two pages plus three page enclosure, purporting to condition return upon compliance with 45 CFR 615, and copy of said regulation;

**WWL Radio 870** - compact disc containing in excess of seven hours of radio broadcasts.

**G. Patrick Hand, Attorney at Law** - closing documents and related file contents relative to purchase of 225 Berkley Drive by Arthur Murph.

The foregoing may be inspected or copied upon reasonable prior arrangement with Barge

P.S.L.C. counsel.

                    Respectfully submitted,

                    WIEDEMANN & WIEDEMANN


                    \s\Lawrence D. Wiedemann
                    LAWRENCE D. WIEDEMANN, (13457)
                    KARL WIEDEMANN, (18502)
                    KAREN WIEDEMANN, (21151)
                    821 Baronne Street
                    New Orleans, Louisiana 70113
                    Telephone: (504) 581-6180
                    Attorneys for Plaintiffs


                    LAW OFFICE OF BRIAN A. GILBERT

                    \s\Brian A. Gilbert
                    BRIAN A. GILBERT (21297)
                    821 Baronne Street
                    New Orleans, Louisiana 70113
                    Telephone: (504) 885-7700
                    Attorney for Plaintiffs
                    Barge Plaintiffs' Liaison


                    \s\Patrick J. Sanders
                    PATRICK J. SANDERS (18741)
                    Attorney at Law
                    3123 Ridgelake Drive, Suite B
                    Metairie, Louisiana 70002
                    Telephone: (504) 834-0646
                    Attorney for Plaintiffs

                    \S\Richard T. Seymour
                    RICHARD T. SEYMOUR (D.C. Bar #28100)
                    The Law Office of Richard T. Seymour, PLLC
                    1150 Connecticut Avenue, N.W., Suite 900
                    Washington, D.C.  20036-4129

                    \S\ Alan L. Fuchsberg
                    ALAN L. FUCHSBERG (N.Y.S.B.A. #1755966)

        The Jacob D. Fuchsberg Law Firm
        500 Fifth Avenue
        New York, NY  10110

        \S\ Leslie D. Kelmachter
        LESLIE D. KELMACHTER (N.Y.S.B.A. #1795723
        The Jacob D. Fuchsberg Law Firm
        500 Fifth Avenue
        New York, NY  10110

        \S\ Lawrence A. Wilson
        LAWRENCE A. WILSON (N.Y.S.B.A. 2487908)
        Wilson, Grochow, Druker & Nolet
        233 Broadway, 5th Floor
        New York, NY  10279

        \S\ David Druker
        DAVID DRUCKER (N.Y.S.B.A. #1981562)
        Wilson, Grochow, Druker & Nolet
        233 Broadway, 5th Floor
        New York, NY  10279

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 26 day of February, 2008.

        \s\Brian A. Gilbert