**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>　ALL LEVEE<br>　ALL MRGO<br>　ALL BARGE | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

### ORLEANS LEVEE DISTRICT'S SECOND NOTICE OF PRODUCTION

In response to the written discovery propounded by the Plaintiffs to the Orleans Levee District in the MRGO and Levee Class Certification Actions, the written discovery propounded by the Plaintiffs to the Orleans Levee District in the common liability MRGO and Levee categories, the written discovery propounded by Washington Group International, Inc. to the Orleans Levee District in the common liability MRGO category, and the written discovery propounded by Lafarge North America Inc. to the Orleans Levee District in the Barge category, the Orleans Levee District has produced, in addition to the documents and materials previously produced, the following materials:

887011v.1

More than 6,000 oversized engineering construction blueprints, diagrams and drawings, with all such materials bearing Bates Numbers OLD-OVM-00274572 through OLD-OVM-00287411.

Such discovery documents and materials produced by the Orleans Levee District may be obtained by any party to this litigation directly from Docusource, whose contact information is as follows:

Docusource
Attn:  Kay Sloan
201 St. Charles Avenue, Suite 101
New Orleans, Louisiana 70170
Telephone:  (504) 588-2679
Facsimile:  (504)
Email:  **ksloan@docusource-lss.com**

Dated:  February 26, 2008			Respectfully submitted,


			s/ Thomas P. Anzelmo_____
			McCRANIE, SISTRUNK, ANZELMO,
			   HARDY, MAXWELL & McDANIEL
			Thomas P. Anzelmo, P.A. - #2533
			Mark E. Hanna - #19336
			Kyle P. Kirsch - #26363
			Andre J. Lagarde - #28649
			3445 N. Causeway Boulevard, Ste. 800
			Metairie, Louisiana 70002
			TELEPHONE:  (504) 831-0946
			FACSIMILE:  (504) 831-2492

			and

			LABORDE & NEUNER
			Ben L. Mayeaux - #19042
			James L. Pate - # 10333
			Gregory A. Koury - #26364
			One Petroleum Center, Suite 200
			1001 West Pinhook Road
			Lafayette, Louisiana 70503
			TELEPHONE:  (337) 237-7000
			FACSIMILE:  (337) 233-945
			Attorneys for the ORLEANS LEVEE DISTRICT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2008, a copy of the above and foregoing **Orleans Levee District's Second Notice of Production** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo_____
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com
