UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** | * | **CIVIL ACTION NO. 05-4182** |
| **Consolidated Litigation** | * | |
| | * | **SECTION: "K" (2)** |
| | * | |
| **Pertains to:** | * | **JUDGE: DUVAL** |
| **INSURANCE** | * | |
| | * | **MAGISTRATE: WILKINSON** |
| **CASE NO. 07-1575** | * | |
| **THOMAS FLENNER, JR. v.** | * | |
| **State Farm Fire and Casualty Company** | * | |

*******************************************************************

## MOTION AND ORDER FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Thomas Flenner, and defendant, State Farm Fire and Casualty Insurance Company, who suggest to this Honorable Court that all issues in the above entitled and numbered cause have been resolved and settled and that this cause should be dismissed with full prejudice, each party to bear their own cost;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in New Orleans, Louisiana this _____ day of _____, 2008.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

Respectfully submitted,

_____
Patrick G. Kehoe, Jr., Esq. (#14419)
833 Baronne Street
New Orleans, LA 70113
Telephone: 504-588-1110
Facsimile: 504-588-1954
ATTORNEY FOR PLAINTIFF

_____
Sidney J. Hardy (1938)
McCranie, Sistrunk, Anzelmo,
  Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Ste. 800
Metairie, LA 70002
Telephone: 504-831-0946
Facsimile: 504-831-2492
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___26___ day of ___Feb___, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile to non-CM/ECF participants.

/s/ Sidney J. Hardy