UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Katrina Canal Breaches | * | CIVIL ACTION NO. 05-4182 |
| Consolidated Litigation | * | |
| | * | SECTION: "K" (2) |
| | * | |
| Pertains to: | * | JUDGE: DUVAL |
| INSURANCE | * | |
| | * | MAGISTRATE: WILKINSON |
| CASE NO. 07-1575 | * | |
| THOMAS FLENNER, JR. v. | * | |
| State Farm Fire and Casualty Company | * | |

**********************************************************************

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in New Orleans, Louisiana this _____ day of _____, 2008.

_____
**JUDGE, UNITED STATES DISTRICT COURT**