## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO. 05-4182 "K"(2)** |
| **PERTAINS TO: ROAD HOME** | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion and Incorporated Memorandum to Continue Oral Argument and Filing Deadlines for Motion to Disqualify Counsel;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED,** that the hearing for the motion to disqualify counsel currently set on April 3, 2008, at 3 p.m. is continued until May 1, 2008, at 1:30 p.m.

**IT IS FURTHER ORDERED** that the previous filing deadlines for the motion to disqualify are re-scheduled as follows:

April 7, 2008 – Opposition shall be filed

April 21, 2008 – Reply to Opposition shall be filed

April 25, 2008 – Sur-Reply shall be filed

New Orleans, Louisiana, this __26th__ day of February, 2008.

_____
DISTRICT JUDGE