## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH AGUDA, ET AL** | * | **CIVIL ACTION 07-4457** |
| | * | |
| **VERSUS** | * | **JUDGE G. THOMAS PORTEOUS, JR.** |
| | * | |
| **STATE FARM FIRE AND** | * | **SECTION "T"** |
| **CASUALTY  INSURANCE** | * | |
| **COMPANY** | * | **MAGISTRATE 5** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### <u>STATE FARM'S RULE 12(b)(6) MOTION TO DISMISS</u>

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company ("State Farm"), erroneously referred to in plaintiffs' Petition as "State Farm Fire and Casualty Insurance Company," which files this Motion to Dismiss the above-referenced matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  As stated more fully and completely in the attached Memorandum in Support, the plaintiffs' Petition fails to state a claim upon which relief can be granted.  Accordingly, each of the claims made by plaintiffs against State Farm should be dismissed with prejudice, at the cost of the plaintiffs.

1

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS (**T.A.**) #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@klb-law.com; cgarbett@klb-law.com;
smonsour@klb-law.com
*Attorneys for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008 I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

**/s/ David A. Strauss**
**DAVID A. STRAUSS**