UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH AGUDA, ET AL** | * | **CIVIL ACTION 07-4457** |
| | * | |
| **VERSUS** | * | **JUDGE G. THOMAS PORTEOUS, JR.** |
| | * | |
| **STATE FARM FIRE AND** | * | **SECTION "T"** |
| **CASUALTY INSURANCE** | * | |
| **COMPANY** | * | **MAGISTRATE 5** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**NOTICE OF HEARING**</u>

**TO:   Joseph Aguda, et al.**
        Through their attorney of record,
        Stuart T. Barasch
        1100 Poydras St., Suite 2900
        New Orleans, LA  70163

**PLEASE TAKE NOTICE** that counsel for defendant, State Farm Fire & Casualty Company, will bring on for hearing the attached Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Memorandum in Support of Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6), before Judge G. Thomas Porteous, Jr., United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on the 13th day of February, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard.

{N0050946}                                                                    1

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@klb-law.com; cgarbett@klb-law.com;
smonsour@klb-law.com
*Attorneys for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008 I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

**/s/ David A. Strauss**
**DAVID A. STRAUSS**