UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH AGUDA, ET AL | CIVIL ACTION NO: 07-4457 |
| VERSUS | JUDGE G. THOMAS PORTEOUS, JR. |
| STATE FARM INSURANCE COMPANY | SECTION "T" |
| | MAGISTRATE 5 JUDGE ALMA L. CHASEZ |

PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT, F.R.C.P. 15

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Joseph Aguda, et al, who respectfully moves this Court for an Order of Leave to file Plaintiff's First Amended Complaint.

Plaintiff accompanies this motion with a Memorandum in Support.

WHEREFORE, Plaintiffs request that it be granted leave to file, accordingly.

Dated: February 14, 2008                Respectfully submitted,

*S/Stuart Barasch*

STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 14th day of February, 2008, the foregoing document, was file electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*S/Stuart Barasch*
STUART T. BARASCH