UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH AGUDA, ET AL | CIVIL ACTION NO: 07-4457 |
| VERSUS | JUDGE G. THOMAS PORTEOUS, JR. |
| STATE FARM INSURANCE COMPANY | SECTION "T" |
| | MAGISTRATE 5 JUDGE ALMA L. CHASEZ |

CERTIFICATE OF COUNSEL

    Stuart Barasch, counsel for Plaintiffs, informs the Court that Defendant's counsel, David Strauss, refused to consent to the filing and granting of Plaintiff's First Amended Complaint, necessitating the accompanying Motion for Leave to File.

Dated: February 14, 2008                    Respectfully submitted,

                                            *S/Stuart Barasch*
                                            STUART BARASCH
                                            Attorney for Plaintiffs
                                            HURRICANE LEGAL CENTER
                                            910 Julia Street
                                            New Orleans, LA 70113
                                            Tel. (504) 525-1944
                                            Fax (504) 525-1279

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the 14th day of February, 2008, the foregoing document, was file electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                     *S/Stuart Barasch*
                                     STUART T. BARASCH