UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH AGUDA, ET AL | CIVIL ACTION NO: 07-4457 |
| VERSUS | JUDGE G. THOMAS PORTEOUS, JR. |
| STATE FARM INSURANCE COMPANY | SECTION "T" |
| | MAGISTRATE 5 JUDGE ALMA L. CHASEZ |

NOTICE OF HEARING

TO: STATE FARM
Through their attorney of record,
DAVID STRAUSS
201 St. Charles Avenue, Suite 4500
New Orleans, LA 70170

PLEASE TAKE NOTICE that counsel for Plaintiffs Joseph Aguda, et al, will bring on for hearing the attached Motion for Leave to File Plaintiff's First Amended Complaint, F.R.C.P. Rule 15, before Judge Alma L. Chasez., United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on March 5, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard.

Dated: February 14, 2008          Respectfully submitted,

S/Stuart Barasch
STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

1

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of February, 2008, the foregoing document, was file electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*S/Stuart Barasch*
STUART T. BARASCH
