UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH AGUDA, ET AL | CIVIL ACTION NO: 07-4457 |
| VERSUS | JUDGE G. THOMAS PORTEOUS, JR. |
| STATE FARM INSURANCE COMPANY | SECTION "T" |
| | MAGISTRATE 5 JUDGE ALMA L. CHASEZ |

ORDER

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint:

IT IS SO ORDERED that Plaintiff's First Amended Complaint is filed.

New Orleans, Louisiana, this _____ day of February, 2008.

HONORABLE JUDGE ALMA L. CHASEZ