UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH AGUDA, ET AL | CIVIL ACTION NO: 07-4457 |
| VERSUS | JUDGE G. THOMAS PORTEOUS, JR. |
| STATE FARM INSURANCE COMPANY | SECTION "T" |
| | MAGISTRATE 1 |

MOTION TO APPEAR AS ADDITIONAL COUNSEL

COMES NOW Plaintiff, by and through his attorney of record, and requests that Attorney Lawrence J. Centola, Jr., with address located at Hurricane Legal Center, 910 Julia Street, New Orleans, La 70113, Tel. (504) 525-1944, be allowed to appear as additional counsel of record, on behalf of plaintiff Joseph Aguda, et al.

Dated: February 14, 2008     Respectfully submitted,

*S/Stuart Barasch*
STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 14th day of February, 2008, the foregoing document, was file electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*S/Stuart Barasch*
STUART T. BARASCH