UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH AGUDA, ET AL | CIVIL ACTION NO: 07-4457 |
| VERSUS | JUDGE G. THOMAS PORTEOUS, JR. |
| STATE FARM INSURANCE COMPANY | SECTION "T" |
| | MAGISTRATE 1 |

<u>ORDER</u>

Considering the foregoing Motion of plaintiffs to enroll Attorney Lawrence J. Centola, Jr., as additional counsel of record;

IT IS HEREBY ORDERED AND DECREED that Attorney Lawrence J. Centola, Jr., be enrolled as additional counsel of record for plaintiff.

SIGNED IN New Orleans, Louisiana, this _____ day of _____, 2008.


_____

HON. STANWOOD R. DUVAL, JR.