UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO : | * | |
| | * | SECTION "K" (2) |
| LEVEE: | * | |
| 07-4837 (Albano) | * | |
| 07-4391 (Adams) | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## MOTION AND ORDER TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes defendant, Burk-Kleinpeter, LLC, who moves this Honorable Court to dismiss with prejudice Burk-Kleinpeter, LLC. Burk-Kleinpeter, LLC had nothing whatsoever to do with the design, construction or maintenance of any of the floodwalls that failed or breached as a result of Hurricane Katrina. This issue was decided in a companion case by this Honorable Court (Civil Action No. 05-4182) in its Order granting a Motion for Summary Judgment (Doc. No. 1080). For this reason, Burk-Kleinpeter, LLC hereby moves this Honorable Court for a dismissal, with prejudice, of any and all claims as asserted herein against defendant, Burk-Kleinpeter, LLC.,

with each party to bear its own cost, reserving all rights and actions against the remaining parties.

Respectfully submitted,

/s/ *Charles F. Seemann*

CHARLES F. SEEMANN, JR. (#11912)
SCOTT J. HEDLUND (#30549)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

**ATTORNEY FOR:
BURK-KLEINPETER, LLC.
DEFENDANT AND MOVER**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 26th day of February, 2008.

/s/ *Charles F. Seemann*