UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO : | * | |
| | * | SECTION "K" (2) |
| LEVEE: <br> 07-4837 (Albano) <br> 07-4391 (Adams) | * <br> * <br> * <br> * | |
| *   *   *   *   *   *   *   *   * | | |

## ORDER

WHEREFORE, considering the foregoing motion;

IT IS HEREBY ORDERED that plaintiffs' claims be and are hereby dismissed, in their entirety, with prejudice, as to defendant, Burk-Kleinpeter, LLC, with each party to bear its own cost, reserving all rights and actions against the remaining parties.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____

JUDGE