UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME<br>    Louisiana State, C.A. No. 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

As part of its reply memorandum due on **March 10, 2008**, in connection with the pending "Motion of Defendants for Protective Order Governing Confidential Settlement Information Provided to the State in Connection With Its Review of Insurance Settlements With Road Home Grant Recipients," Record Doc. No. 10633, the State must provide me with:

(1) A list of the names of all persons, together with their job titles, whom the State anticipates will require access to Exhibits A and B that are the subject of this motion for purposes of determining whether the State will consent or not consent to proposed settlements; and

(2) A statement as to whether the State agrees that Exhibits A and B will provide all information necessary for the State to make its determination whether it will consent or not consent to the proposed settlements.

New Orleans, Louisiana, this  26th  day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE