UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO<br>(Insurance: Midland Mortgage 07-4854) | CIVIL ACTION NO. 05-4182<br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Transfer on behalf of The Standard Fire Insurance Company incorrectly referred to as The Travelers Indemnity Company;

IT IS HEREBY ORDERED that Docket No.: 07-4854 of the above consolidated case be and is hereby transferred to Judge Eldon E. Fallon's court.

THUS DONE AND SIGNED this 22nd day of February, 2008, at New Orleans, Louisiana.

_____
DISTRICT JUDGE

FEB 26 2008

TRANSFERRED TO
SECT. L  MAG. 5

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____