```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   FEB 2 5 2008

LORETTA G. WHYTE
       CLERK
```

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 20, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

   No. 07-30706  In Re: Katrina Canal
     USDC No.  2:05-CV-4181
           2:05-CV-4182

   cons. with

   No. 07-30771  In Re: Katrina Canal
     USDC No.  2:06-CV-5786
           2:06-CV-4389

   cons. with

   No. 07-31141  In Re: Katrina Canal
     USDC No.  2:05-CV-4182, etc...

Enclosed is a certified copy of the judgment issued as the mandate for the portion of the notice of appeal filed on October 18, 2007, against T.L. James & Company, Inc., only.

The notice of appeal filed on October 18, 2007, of Colleen Berthelot, wife of, Jackie Berthelot, Heber Dunaway; Eric Anderson, Amy Janusa, wife of, et al. against Eustis Engineering Company, Inc., Modjeski & Masters, Inc., Burk Kleinpeter, Inc., Burk-Kleinpeter, LLC, Gotech, Inc., Boh Brothers Construction Co., and B & K Construction Company, Inc., remains pending before this Court.

          Sincerely,

          CHARLES R. FULBRUGE III, Clerk

          By: _Gena Pelham_
             Gena L. Pelham, Deputy Clerk
             504-310-7700

cc: w/encl:
  Mr Ashton R O'Dwyer Jr
  Mr Terrence L Brennan
  Mr Charles B Colvin
  Mr Herman C Hoffmann

\_\_ Fee\_\_\_\_\_
\_\_ Process\_\_\_\_\_
X Dktd\_\_\_\_\_
\_\_ CtRmDep\_\_\_\_\_
\_\_ Doc. No.\_\_\_\_\_

        Ms Betty Finley Mullin
        Mr Michael R C Riess
        Mr Francis J Barry Jr
        Mr Albert Dale Clary
        Mr Thomas F Gardner
        Mr Mat Marion Gray III
        Mr Herman C Hoffman Jr
        Mr Adrian G Nadeau
        Mr Charles F Seemann Jr
        Mr Joseph M Bruno
        Mr Gerald Edward Meunier

P.S. to Counsel:    A revised copy of the caption is enclosed for future filings.

Case No. 07-30706

In Re: KATRINA CANAL BREACHES LITIGATION COLLEEN BERTHELOT, etc; ET AL

   Plaintiffs

 v.

B & K CONSTRUCTION COMPANY, INC; BOH BROS CONSTRUCTION COMPANY LLC

   Defendants - Appellees

---

MAUREEN O'DWYER; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; SHEILA JORDAN JORDAN; CHARLES EDWARD JORDAN; ET AL

   Plaintiffs - Appellants

 v.

B & K CONSTRUCTION COMPANY INC

   Defendant - Appellee

07-30771

In Re: Katrina Canal Breaches Litigation
-------------------------------

COLLEEN BERTHELOT, wife of; ET AL

   Plaintiffs

 v.

B & K CONSTRUCTION CO INC; BOH BROTHERS CONSTRUCTION CO LLC; BURK KLEINPETER INC; MODJESKI & MASTERS INC

   Defendants - Appellees

---

MAUREEN O'DWYER; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; EVELYN JORDAN JORDAN; CHARLES EDWARD JORDAN; ET AL

   Plaintiffs - Appellants

 v.

EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GEOTECH INC

   Defendants - Appellees

MAUREEN O'DWYER; HAROLD GAGNET; SALLY EGERTON RICHARDS; SHANE PORTER; STEPHANIE PORTER; ET AL

    Plaintiffs - Appellants

v.

EUSTIS ENGINEERING CO INC; MODJESKI & MASTERS INC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GEOTECH INC; BOH BROTHERS CONSTRUCTION CO LLC

    Defendants - Appellees

---

MAUREEN O'DWYER, ET AL

    Plaintiff - Appellant

v.

EUSTIS ENGINEERING INC; MODJESKI & MASTERS INC; BOH BROTHERS CONSTRUCTION CO LLC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GEOTECH INC

    Defendants - Appellees

---

PONTCHARTRAIN BAPTIST CHURCH; ARTHUR C SARGENT; LUCY T SARGENT; PAMELA YOUNG SMALLPAGE; RICHARD MAITLAND SMALLPAGE, JR; MR H J BOSWORTH; MRS H J BOSWORTH; ROTHFOS CORPORATION; INTERAMERICAN COFFEE INC; NOBLES AMERICAS CORPORATION

    Plaintiffs - Appellants

v.

MODJESKI & MASTERS INC; BOH BROTHERS CONSTRUCTION CO

    Defendants - Appellees

---

No. 07-31141

---

In Re: Katrina Canal Breaches Litigation

---

COLLEEN BERTHELOT, Wife of; JACKIE BERTHELOT; HEBER DUNAWAY; ERIC ANDERSON; AMY JANUSA, Wife of; ET AL

    Plaintiffs - Appellants

v.

EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; BURK KLEINPETER INC; BURK-KLEINPETER LLC; GOTECH INC; BOH BROTHERS CONSTRUCTION CO LLC; B & K CONSTRUCTION COMPANY INC

    Defendants - Appellees

MDT-1