U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 25 2008
LORETTA G. WHYTE
CLERK

No. 07-30706

W 05-4182-K

In Re: KATRINA CANAL BREACHES LITIGATION COLLEEN BERTHELOT, etc; ET AL

Plaintiffs

v.

B & K CONSTRUCTION COMPANY, INC; BOH BROS CONSTRUCTION COMPANY LLC

Defendants - Appellees

---

MAUREEN O'DWYER; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; SHEILA JORDAN JORDAN; CHARLES EDWARD JORDAN; ET AL

Plaintiffs - Appellants

v.

B & K CONSTRUCTION COMPANY INC

Defendant - Appellee

---

07-30771

---

In Re: Katrina Canal Breaches Litigation

COLLEEN BERTHELOT, wife of; ET AL

Plaintiffs

v.

B & K CONSTRUCTION CO INC; BOH BROTHERS CONSTRUCTION CO LLC; BURK KLEINPETER INC; MODJESKI & MASTERS INC

Defendants - Appellees

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

---

MAUREEN O'DWYER; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; EVELYN JORDAN JORDAN; CHARLES EDWARD JORDAN; ET AL

        Plaintiffs - Appellants

v.

EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GEOTECH INC

        Defendants - Appellees

---

MAUREEN O'DWYER; HAROLD GAGNET; SALLY EGERTON RICHARDS; SHANE PORTER; STEPHANIE PORTER; ET AL

        Plaintiffs - Appellants

v.

EUSTIS ENGINEERING CO INC; MODJESKI & MASTERS INC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GEOTECH INC; BOH BROTHERS CONSTRUCTION CO LLC

        Defendants - Appellees

---

MAUREEN O'DWYER, ET AL

        Plaintiff - Appellant

v.

EUSTIS ENGINEERING INC; MODJESKI & MASTERS INC; BOH BROTHERS CONSTRUCTION CO LLC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GEOTECH INC

        Defendants - Appellees

PONTCHARTRAIN BAPTIST CHURCH; ARTHUR C SARGENT; LUCY T SARGENT; PAMELA YOUNG SMALLPAGE; RICHARD MAITLAND SMALLPAGE, JR; MR H J BOSWORTH; MRS H J BOSWORTH; ROTHFOS CORPORATION; INTERAMERICAN COFFEE INC; NOBLES AMERICAS CORPORATION

        Plaintiffs - Appellants

v.

MODJESKI & MASTERS INC; BOH BROTHERS CONSTRUCTION CO

        Defendants - Appellees

---

No. 07-31141

---

In Re: Katrina Canal Breaches Litigation

COLLEEN BERTHELOT, Wife of; JACKIE BERTHELOT; HEBER DUNAWAY; ERIC ANDERSON; AMY JANUSA, Wife of; ET AL

        Plaintiffs - Appellants

v.

EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; BURK KLEINPETER INC; BURK-KLEINPETER LLC; GOTECH INC; BOH BROTHERS CONSTRUCTION CO LLC; B & K CONSTRUCTION COMPANY INC; T L JAMES & COMPANY INC

        Defendants - Appellees

ENTRY OF DISMISSAL

Pursuant to appellants' motion, the appeal filed on October 18, 2007, as it pertains to T.L. James & Company, Inc., is dismissed this 20th day of February, 2008, see FED. R. APP. P. 42(b).

                              CHARLES R. FULBRUGE III
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
     Gena L. Pelham, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
           Deputy
New Orleans, Louisiana   FEB 2 0 2008