07-31141

U.S. COURT OF APPEALS
**FILED**
FEB 13 2008

CHARLES R. FULBRUGE III
CLERK

UNITED STATE COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NO. 07-31141

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION PERTAINING TO LEVEE

Appeal from the United States District Court
Eastern District of Louisiana

**PLAINTIFF/APPELLANT'S VOLUNTARY
MOTION TO DISMISS APPEAL
AS IT PERTAINS TO T.L. JAMES & COMPANY, INC.
IN *CREATO GORDON* 06-5163**

JOSEPH M. BRUNO
The Law Office of Joseph M. Bruno
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
*Plaintiffs' Liaison Counsel*

HUGH LAMBERT
LINDA NELSON
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
*Attorneys for Appellants and Representatives of
The Levee Litigation Committee*

**COME NOW** plaintiffs/appellants, appearing through undersigned counsel, to voluntarily move to dismiss the appeal in the above-styled and numbered cause as to appellee T.L. James & Company, Inc., with prejudice, but no further, specifically reserving rights against all other appellees.

Respectfully Submitted,

_____
JOSEPH M. BRUNO
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
*Plaintiffs' Liaison Counsel*

_____
HUGH LAMBERT
LINDA NELSON
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
*Attorneys for Appellants and Representatives of The Levee Litigation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record by hand, facsimile, or electronic or United States mail, postage pre-paid, on this 12th day of February, 2008.

_____