UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.  05-4182 "K"(2) JUDGE: STANWOOD K. DUVAL MAGISTRATE: WILKINSON |
| PERTAINS TO:   INSURANCE  07-5961 (Arthur & Shirley Burton, et al., v. Allstate Insurance Co.) | |

ORDER

Considering the Motion to Enroll Additional Counsel for Plaintiffs,

IT IS ORDERED that the Motion to Enroll Additional Counsel for Plaintiffs is GRANTED.  IT IS FURTHER ORDERED that Lawrence J. Centola, Jr., be and he is hereby enrolled as additional counsel for plaintiffs.

New Orleans, Louisiana, this 27th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

1