## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

### **ORDER**

CONSIDERING THE FOREGOING,

IT IS ORDERED that National Union Fire Insurance Company of Pittsburgh, Pa.'s Motion for Leave of Court to file a Reply in support of its Motions for a Protective Order, to Quash and to Stay Discovery is hereby GRANTED and the Reply shall be filed into the record of the Court for consideration in deciding the Motions for a Protective Order, to Quash and to Stay Discovery.

New Orleans, Louisiana this  27th  day of  February , 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

F:\38803\2-PLEADINGS\NATIONAL UNION\WORD VERSIONS\M-LEAVE TO FILE REPLY TO M-QUASH ORDER.DOC