**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** | * | **CIVIL ACTION NO. 05-4182** |
| **Consolidated Litigation** | * | |
| | * | **SECTION: "K" (2)** |
| | * | |
| **Pertains to:** | * | **JUDGE: DUVAL** |
| **INSURANCE** | * | |
| | * | **MAGISTRATE: WILKINSON** |
| **CASE NO. 07-1575** | * | |
| **THOMAS FLENNER, JR. v.** | * | |
| **State Farm Fire and Casualty Company** | * | |

**********************************************************************************

**ORDER**

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in New Orleans, Louisiana this 27th day of February, 2008.

**JUDGE, UNITED STATES DISTRICT COURT**