**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO: INSURANCE**<br>**AGUDA, 07-4457** | **SECTION "K"(2)** |

**ORDER**

Considering the Motion to Enroll Counsel (Rec. Doc. 11421), accordingly,

**IT IS ORDERED** that the Plaintiff's Motion is **GRANTED.** Attorney Lawrence J. Centola, Jr., is enrolled as counsel for Plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this   27th   day of February, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**