UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>PERTAINS TO: LEVEE AND INSURANCE | CIVIL ACTION<br>NO: 05-4182<br><br>SECTION "K"|
| MARY MUSTACCHIA MORELLO<br>Plaintiff | MAGISTRATE JUDGE 2 |
| VERSUS | |
| AUTO CLUB FAMILY INSURANCE<br>Defendant | CIVIL ACTION<br>NO: 07-2763<br><br>SECTION "K"<br><br>MAGISTRATE JUDGE 2 |

### ORDER

**IT IS HEREBY ORDERED BY THIS HONORABLE COURT** that the claims of plaintiff, Mary Mustacchia Morello, in above numbered and entitled cause of action against the defendant, Auto Club Family Insurance, be and are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ___27th___ day of _____February_____, 2008.

_____
JUDGE