**MINUTE ENTRY**
**DUVAL, J.**
**February 21, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| *LEVEE* | |
| *Publish to the Web* | |

   Attending a status conference held this day were:
Joseph Bruno
Ralph Hubbard
Charles Lanier
Gary Zwain
Tommy Anzelmo
Robin Smith
Calvin Fayard
Chris Beary
Ben Mayeaux.

   having been apprised that the parties had been pursuing settlement negotiations, the Court discussed with counsel the possibility of trying to achieve a global settlement of the LEVEE case in light of the dismissal of the United States by the Court based on § 702c immunity. As the Court cannot be involved in such discussions in light of the fact that the United States is involved requiring the Court to adjudicate such matters, it was determined that counsel would agree to settlement discussions with Judge Lance Africk who has agreed to conduct same. Accordingly,

   **IT IS ORDERED** that Liaison Counsel shall contact Judge Africk's Chambers directly to set a conference to begin settlement discussions. Counsel shall effect such a call no later than February 29, 2009.

JS-10: 45 MINS.