UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: <u>Aguda</u>, C.A. No. 07-4457 | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

The referenced case, <u>Joseph Aguda et al. v. State Farm Fire and Casualty Insurance Co.</u>, C.A. No. 07-4457, was recently transferred and consolidated with the captioned Katrina Canal Breaches Litigation. Accordingly,

**IT IS ORDERED** that plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint, Record Doc. No. 11420 (previously Record Doc. No. 23 in C.A. No. 07-4457), will be determined on the record <u>without</u> oral argument on the March 5, 2008 motion docket of the undersigned magistrate judge.

New Orleans, Louisiana, this   28th   day of February, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE