MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 26, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Katz, 06-4155 | JUDGE DUVAL |
| | MAG. WILKINSON |

At the joint request of counsel, a status conference by telephone was conducted before me in the referenced Katz case, C.A. No. 06-4155, on February 26, 2008. Participating were: Jeffery Struckhoff, representing plaintiff; Andrea Fannin, representing defendants.

Settlement possibilities were discussed. Counsel also discussed the possibility that plaintiff may file a motion to dismiss plaintiff's claim that defendant's policy covers flood damage, so that the claims remaining in this case may be deconsolidated from the captioned consolidated litigation and set for trial. Pending those considerations, no new schedule will be set at this time.

**CLERK TO NOTIFY:**                                JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**            UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 25