UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                                    CIVIL ACTION
        CONSOLIDATED LITIGATION

                                              NO. 05-4182 "K" (2)

PERTAINS TO:  LEVEE, MRGO                                        JUDGE DUVAL
                                                     MAG. WILKINSON

**ORDER ON MOTIONS**

APPEARANCES:  None (on the briefs)

MOTIONS:       (1)     National Union's Motions for Protective Order from Requests for Production, to Quash Notice of Deposition and to Stay Discovery Pending Resolution of the Motion to Dismiss, Record Doc. No. 11047

                        (2)     Plaintiffs' Motion to Compel National Union Fire's Responses to Discovery Requests and Corporate Deposition, Record Doc. No. 11106

O R D E R E D:

 (1) :  DENIED.  The pending "Motion to Dismiss,"[1] filed under Fed. R. Civ. P. 12(b)(6), is limited to a single policy, which defendant purports to be the only policy.  The allegations in the complaints are not so limited.  This discovery, which seeks information along the lines of what defendant would be required to disclose under ordinary circumstances -- even without a discovery request, Fed. R. Civ. P. 26(a)(1), will be permitted.  If no other policies produced pursuant to this discovery provide coverage for the claimed losses, a motion for summary judgment, not a motion to dismiss, might then be appropriate.

---

[1] The "motion to dismiss" attached evidence in the form of an insurance policy. Rule 12(b)(6) motions are limited to the face of pleadings. When evidence is attached to a purported Rule 12(b)(6) motion, it must be treated as a motion for summary judgment. Fed. R. Civ. P. 12(d). Discovery is usually appropriate before a motion for summary judgment is addressed.

 (2) :  GRANTED.  For the same reasons outlined above, this discovery should proceed. Responses to the subject discovery must be provided within ten (10) days of entry of this order.

New Orleans, Louisiana, this __27th__ day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**