UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson*<br>(No. 06-2268) | *<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DEPOSITION

TO:    All Counsel of Record

PLEASE TAKE NOTICE that the plaintiffs, Norman Robinson, Kent Lattimore, Lattimore & Associates, Inc., Anthony Franz, Jr., Lucille Franz, and Tanya Smith, through their undersigned counsel, will take the following depositions at the Law Offices of Sidney D. Torres, III, 8301 W. Judge Perez Dr., Suite 303, Chalmette, LA 70043, on the dates and times listed below. The depositions will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.

| | |
|---|---|
| Charles "Pete" Savoye | Wednesday, March 5, 2008 at 10:00 a.m. |
| Polly Boudreaux | Wednesday, March 5, 2008 at 3:00 p.m. |
| Henry "Junior" Rodriguez | Friday, March 7, 2008 at 9:00 a.m. |

Dated: February 27, 2008

                                    Respectfully submitted,

                                    The Andry Law Firm, LLC

                                    By: _____
                                        Jonathan B. Andry (LSBA No. 20081)
                                    610 Baronne Street
                                    New Orleans, Louisiana 70113
                                    Telephone: (504) 586-8899
                                    Facsimile: (504) 585-1788

                                    **O'Donnell & Mortimer LLP**
                                    Pierce O'Donnell (pro hac vice)
                                    Nina D. Froeschle (pro hac vice)
                                    550 South Hope Street, Suite 2000
                                    Los Angeles, California 90071-2627
                                    Telephone: (213) 532-2000
                                    Facsimile: (213) 532-2020

                                    **Bruno & Bruno**
                                    Joseph M. Bruno (LSBA No. 3604)
                                    David S. Scalia (LSBA No. 21369)
                                    855 Baronne Street
                                    New Orleans, Louisiana 70133
                                    Telephone: (504) 525-1335
                                    Facsimile: (504) 581-1493

                                    **Domengeaux Wright Roy & Edwards LLC**
                                    Bob F. Wright (LSBA No. 13691)
                                    James P. Roy (LSBA No. 11511)
                                    556 Jefferson Street, Suite 500
                                    P.O. Box 3668
                                    Lafayette, Louisiana 70502-3668
                                    Telephone: (337) 233-3033
                                    Facsimile: (337) 233-2796

**Fayard & Honeycutt**
Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile:  (225) 664-6925

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile:  (213) 481-1554

**Ranier, Gayle & Elliot, LLC**
N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**
Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile:  (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**
Elwood C. Stevens, Jr. (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**
Joseph W. Cotchett (*pro hac vice*)
Joseph C. Wilson (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Law Office of Frank J. D'Amico, Jr. APLC**
Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

**Salas & Co., LC**
Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing notice was served by ECF on February 28, 2008, upon all counsel of record.

/s Jonathan B. Andry
JONATHAN B. ANDRY