FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 FEB 28  AM 10: 58

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | |
| *Mumford v. Ingram* | 05-5724 | |
| *Lagarde v. Lafarge* | 06-5342 | JUDGE |
| *Perry v. Ingram* | 06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | MAG. |
| *Lafarge v. USA*   0 | 7-5178 | JOSEPH C. WILKINSON, JR. |

## MOTION TO FOR A PROTECTIVE ORDER PURSUANT TO FRCP RULE 26(c) QUASHING PLAINTIFFS' SUBPOENA OF JANUARY 28, 2008 AND RULE 45 REQUESTS ISSUED TO THE MARITIME LAW ASSOCIATION

**NOW INTO COURT**, through undersigned counsel, comes Movant, The Maritime Law

Association ("MLA"), who prays that this Court issue a protective order pursuant to Rule 26(c) of

the Federal Rules of Civil Procedure and quash the subpoena delivered to the MLA on or about

January 30, 2008 and the Rule 45 request delivered to an MLA member on or about the same date

on the grounds that the subpoena and Rule 45 requests seek matters beyond the permissible scope

of discovery and were not issued in compliance with Rule 45 of the Federal Rules of Civil Procedure

_____ Fee _____
_____ Process_____
_X__ Dktd _____
_/__ CtRmDep_____
_____ Doc. No_____

{N1770282.1}                                    1

in that the requested discovery (a) is by definition not relevant to the claims or defenses of any party, (b) is not reasonably calculated to lead to the discovery of admissible evidence, (c) imposes an undue burden on the MLA, and (d) if permitted, will impede the proper functioning of bar associations and encourage litigants to adopt indiscriminate scatter-shot discovery practices.

The subpoena and Rule 45 request should therefore be quashed in accordance with the Federal Rules of Civil Procedure and a protective order should be issued, all as more fully set forth in the attached memorandum in support.

Respectfully submitted

GRADY S. HURLEY (#13913)
JONES, WALKER, WAECHTER,
POITEVENT, CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, LA 70170
Telephone: (504) 582-8224
Facsimile: (504) 589-8224

And

JANET MARSHALL (#8953)
JOHNSON, JOHNSON, BARRIOS &
YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, LA 70139-7708
Telephone: (504) 528-3001 ext. 253
Facsimile: (5054) 528-3030

ATTORNEYS FOR THE MARITIME
LAW ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record electronically, by facsimile, by hand or by depositing same in the U.S. mail, postage prepaid and properly addressed this 27TH day of February 2008.

GRADY S. HURLEY