

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*        07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### MOTION FOR EXPEDITED HEARING

The Maritime Law Association of the United States has been served with a subpoena to produce records on February 29, 2008 and has filed a Motion to Quash.

It is respectfully prayed that Magistrate Wilkinson expedite a hearing of this matter since the return of the subpoena is scheduled for February 29, 2008.

{N1770282.1}                                     17

Respectfully submitted,

*[signature: Grady S. Hurley]*

GRADY S. HURLEY (#13913)
JONES, WALKER, WAECHTER,
POITEVENT, CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, LA  70170
Telephone:  (504) 582-8224
Facsimile:  (504) 589-8224

And

JANET MARSHALL (#8953)
JOHNSON, JOHNSON, BARRIOS &
YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, LA  70139-7708
Telephone:  (504) 528-3001 ext. 253
Facsimile:  (5054) 528-3030

ATTORNEYS FOR THE MARITIME
LAW ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record electronically, by facsimile, by hand or by depositing same in the U.S. mail, postage prepaid and properly addressed this 27TH day of February 2008.

*[signature: Grady S. Hurley]*

GRADY S. HURLEY