UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA*

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*          07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**CERTIFICATION PURSUANT TO FRCP RULE 26(C)**

Lizabeth L. Burrell, an attorney admitted to the practice of law in the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, and the Supreme Court of the United States of America, hereby certifies that she has conferred in good faith with the attorney who, on behalf of plaintiffs in this action, served a subpoena and Rule 45 demands on The Maritime Law Association of the United States, in an effort to resolve a dispute about those discovery requests without court action.

Respectfully submitted

_/s/ Lizabeth L. Burrell_
Lizabeth L. Burrell