FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 FEB 28  AM 10:58

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * | NO. 05-4182 and consolidated cases SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 *Mumford v. Ingram* 05-5724 *Lagarde v. Lafarge* 06-5342 *Perry v. Ingram* 06-6299 *Benoit v. Lafarge* 06-7516 *Parfait Family v. USA* 07-3500 *Lafarge v. USA* 07-5178 | * * * * * | JUDGE STANWOOD R. DUVAL, JR. MAG. JOSEPH C. WILKINSON, JR. |

**ORDER** *Expedited hearing is denied, and*

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion for a Protective Order and to Quash filed by the Maritime Law Association will be heard on the record without oral argument. Written opposition must be filed no later than March 11, 2008. No response to the subpoena need be made pending decision on this motion.

This 27th day of February 2008, New Orleans, Louisiana.

MAGISTRATE JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

{N1770282.1}                              19