UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES           )<br>              CONSOLIDATED LITIGATION      )<br>                                                                          )<br>_____  )<br>                                                                          )<br>PERTAINS TO:  LEVEE                                 )<br>(La. Envtl. Action Network v. U.S. Army    )<br>Corps of Engineers, 06-9147)                     ) | CIVIL ACTION No. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
ON DEFENDANT'S MOTION TO DISMISS**

The Louisiana Environmental Action Network ("LEAN") respectfully requests oral argument on the U.S. Army Corps of Engineers' (Corps') Motion to Dismiss (filed Jan. 11, 2008). As grounds for its request, LEAN states that oral argument would assist the Court in understanding RCRA's application to this case.

                                                                Respectfully submitted on February 28, 2008,

                                                                /s/ Adam Babich
                                                                _____
                                                                Adam Babich, SBN: 27177
                                                                Tulane Environmental Law Clinic
                                                                6329 Freret Street
Prepared by Tim Stevens, Student          New Orleans, Louisiana 70118
Tulane Environmental Law Clinic            Telephone: (504) 865-5789; Fax: (504) 862-8721

1

2

Babich Direct Line: (504) 862-8800

*Counsel for Plaintiff Louisiana Environmental Action Network*

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on February 29, 2008.

/s/ Adam Babich
_____
Adam Babich