UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>LEVEE<br>*Publish to Web* | SECTION "K"(2) |

## ORDER

Before the Court is an Ex Parte Motion for Expedited Hearing on Defendants' Motion to Extend Deadline for All Document Production (Doc. 11382) and Defendants' Motion to Extend Deadline for All Document Production (Doc. 11381). The Court has recently entered a proposed new scheduling order for MRGO and BARGE which will be the subject of a status conference and has ordered settlement negotiations to commence in the LEVEE litigation. As such, the Court sees no need for a status conference in LEVEE at this time; however, it will allow a slight extensions for the production of documents from February 29, 2008 to March 20, 2008 and the deadline for Fact and Witness Lists from March 20, 2008 to March 31, 2008.

**IT IS ORDERED** that the Ex Parte Motion for Expedited Hearing on Defendants' Motion to Extend Deadline for All Document Production (Doc. 11382) is **GRANTED,** and the Defendants' Motion to Extend Deadline for All Document Production (Doc. 11381) is **GRANTED** insofar as the deadline for the production of documents is **EXTENDED** from February 29, 2008 to March 20, 2008 and the deadline for Fact and Witness Lists is **EXTENDED** from March 20, 2008 to March 31, 2008.

New Orleans, Louisiana, this   29th   day of February, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE