UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>05-4182"K"(5)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: INSURANCE<br><br>07-8880  (Mervin Jefferson &<br>           Merlin McGhee, et al v.<br>           Allstate Insurance Company) | |

MOTION TO ENROLL ADDITIONAL COUNSEL FOR PLAINTIFFS

NOW INTO COURT, in proper person, comes Stuart Barasch and Lawrence J. Centola, Jr., and move the Court for leave to enroll Lawrence J. Centola, Jr., as co-counsel for plaintiffs Mervin Jefferson and Merlin McGhee, et al.  In support thereof, movers show that Lawrence J. Centola, Jr., has been retained to serve herein as co-counsel with plaintiff's current counsel of record, Mr. Barasch.  Movers show that Stuart Barasch will continue to serve as Trial Attorney for plaintiffs.

-1-

WHEREFORE movers pray for entry of an order allowing Lawrence J. Centora, Jr., to enroll as co-counsel of record for plaintiffs.

Dated: February 29, 2008          Respectfully submitted,

*S/Stuart Barasch*
STUART BARASCH
LA. Bar No. 20650
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

E-mail: sbarasch1@aol.com

and

*S/Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.
LA. Bar No. 3962
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

E-mail: larrycentola@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I electronically filed the foregoing Motion to Enroll Additional Counsel for Plaintiffs with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all enrolled parties.

*S/Stuart Barasch*
STUART BARASCH