# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

February 19, 2008

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Xavier University of Louisiana
   v. Travelers Casualty Property Company of America
   No. 07-711
   (Your No. 07-30119)

   CV 05-4182-K etc...

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

U.S. COURT OF APPEALS
RECEIVED
FEB 25 2008
NEW ORLEANS, LA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 27 2008
LORETTA G. WHYTE
CLERK

U.S. COURT OF APPEALS
FILED
FEB 26 2008
CHARLES R. FULBRUGE III
CLERK

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 26, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30121  In Re: Katrina Canal
    USDC No.  2:06-CV-1672
                  2:06-CV-1674
                  2:06-CV-1673
                  2:06-CV-516
                  2:06-CV-169
                  2:05-CV-6323
                  2:05-CV-4182

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Charlene Vogelaar, Deputy Clerk
    504-310-7648

MDT-1