**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

February 19, 2008

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Gladys Chehardy, et al.
v. Allstate Indemnity Company, et al.
No. 07-713
(Your No. 07-30119)

CV 05-4182-K etc...

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter, Clerk**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 26, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 07-30119   In Re: Katrina Canal
       USDC No.   2:06-CV-1674
                      2:06-CV-1673
                      2:06-CV-1672
                      2:06-CV-516
                      2:06-CV-169
                      2:05-CV-6323
                      2:05-CV-4182

Enclosed is a copy of the Supreme Court order denying certiorari.

                                Sincerely,

                                CHARLES R. FULBRUGE III, Clerk

                         *Charlene A. Vogelaar*
By: _____
                         Charlene Vogelaar, Deputy Clerk
                         504-310-7648

MDT-1