UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION NO. 05-4182
LITIGATION

                                         SECTION: "K" (2)

      A settlement conference in the above-captioned matter is scheduled on **March 12, 2008, at 2:00 P.M.** before the undersigned U.S. District Judge.  On or before Monday, **March 10, 2008**, each party shall submit an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. **The letter/memorandum may be faxed directly to chambers at 504-589-7608.**

                                                *[signature]*
                                       LANCE M. AFRICK
                                       UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY ALL COUNSEL**