UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| NCT-702-000000019 | to | NCT-702-000000019; |
| NCT-702-000000659 | to | NCT-702-000000660; |
| NCT-702-000001039 | to | NCT-702-000001039; |
| NED-218-000000002 | to | NED-218-000000005; |
| NED-218-000000020 | to | NED-218-000000022; |
| NED-218-000000057 | to | NED-218-000000063; |
| NED-218-000000064 | to | NED-218-000000071; |
| NED-218-000000083 | to | NED-218-000000103; |
| NED-218-000000108 | to | NED-218-000000122; |
| NED-218-000000123 | to | NED-218-000000126; |
| NED-218-000000127 | to | NED-218-000000129; |
| NED-218-000000130 | to | NED-218-000000132; |
| NED-218-000000154 | to | NED-218-000000162; |

NED-218-000000171 to NED-218-000000176;
NED-218-000000177 to NED-218-000000198;
NED-218-000000199 to NED-218-000000199;
NED-218-000000266 to NED-218-000000266;
NED-224-000001370 to NED-224-000001371;
NRE-704-000000071 to NRE-704-000000072;
NRE-704-000000080 to NRE-704-000000093;
NRE-704-000000152 to NRE-704-000000156;
NRE-704-000000301 to NRE-704-000000328;
NRE-704-000000353 to NRE-704-000000354;
NRE-704-000000355 to NRE-704-000000380;
NRE-704-000000416 to NRE-704-000000423;
NRE-704-000000436 to NRE-704-000000454;
NRE-704-000000462 to NRE-704-000000462;
NRE-704-000000467 to NRE-704-000000467;
TED-207-000000027 to TED-207-000000027;
TRG-039-000000008 to TRG-039-000000012.

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

NCT-023-000000433 to NCT-023-000000434;
NCT-023-000001323 to NCT-023-000001324;
NCT-023-000002038 to NCT-023-000002038;
NCT-023-000002080 to NCT-023-000002080;
NCT-702-000001078 to NCT-702-000001078;
NCT-702-000001080 to NCT-702-000001080;
NCT-702-000001081 to NCT-702-000001081;
NCT-702-000001083 to NCT-702-000001083;
NCT-702-000001084 to NCT-702-000001084;

| | | |
|---|---|---|
| NCT-702-000001086 | to | NCT-702-000001086; |
| NCT-702-000001087 | to | NCT-702-000001087; |
| NCT-702-000001089 | to | NCT-702-000001089; |
| NCT-702-000001405 | to | NCT-702-000001405; |
| NCT-702-000001491 | to | NCT-702-000001491; |
| NCT-702-000002367 | to | NCT-702-000002367; |
| NCT-702-000002368 | to | NCT-702-000002368; |
| NCT-702-000002369 | to | NCT-702-000002369; |
| NCT-702-000002370 | to | NCT-702-000002370; |

The United States' privilege log is attached.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: February 29, 2008

## CERTIFICATE OF SERVICE

      I, James F. McConnon, Jr., hereby certify that on February 29, 2008, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                                        s/ James F. McConnon, Jr.
                                        JAMES F. McCONNON, JR.