Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
February 29, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NCT-023-000000433 | NCT-023-000000434 | Privacy Act | 20030820 | Spurlock, Kevin | James Construction Group LLC | | USACE | USACE Accident Investigation Report regarding Pier Installation Non-Recordable Injury to Lower Right Leg. |
| NCT-023-000001323 | NCT-023-000001324 | Privacy Act | 20030820 | Spurlock, Kevin | James Construction Group LLC | | USACE | USACE Accident Investigation Report regarding Pier Installation Non-Recordable Injury to Lower Right Leg. |
| NCT-023-000002038 | NCT-023-000002038 | Privacy Act | 20031220 | Gerard, Charles | James Construction Group LLC | | | Report regarding Weekly Salaried Timesheet. |
| NCT-023-000002080 | NCT-023-000002080 | Privacy Act | 20031220 | Gerard, Charles | James Construction Group LLC | | | Report regarding Weekly Salaried Timesheet. |
| NCT-702-000000019 | NCT-702-000000019 | Attorney-Client | 19960613 | Pecoul, Diane K | USACE CELMN-CT-R | | USACE Office of Counsel | Memorandum dated 06/13/1996 regarding Pre-Award Review of Solicitation No. DACW29-96-B-0051, Gulf Intracoastal Waterway, Algiers Lock Riverend Guide wall Replacement, Orleans Parish, LA. |
| NCT-702-000000659 | NCT-702-000000660 | Attorney-Client | 19960313 | Tickner, Eugene | USACE CELMN-ED-GM | Andry | USACE CELMN-ED-GM | Memorandum dated 03/04/1996 regarding Gulf Intracoastal Waterway, Algiers Lock Riverend Guide wall Replacement, Orleans Parish, LA. |
| | | | | | | | USACE CELMN-CD-C | |
| | | | | | | | USACE CELMN-PP-P | |
| | | | | | | | USACE Contracting Division | |
| | | | | | | | USACE Cost Engineering Branch | |
| | | | | | | | USACE Engineering Control Branch | |
| | | | | | | | USACE Environmental Analysis Branch, Planning Division | |
| | | | | | | | USACE Gen & Env Des Sec | |
| | | | | | | | USACE New Orleans Division | |
| | | | | | | | USACE Office of Counsel | |
| | | | | | | | USACE Operations Division | |
| | | | | | | | USACE Real Estate Division | |
| | | | | | | | USACE Resource Management | |
| NCT-702-000001039 | NCT-702-000001039 | Attorney-Client | 19980319 | Washington, Margaret J | US Department of Labor | Frederick, Denise D | USACE CELMN-OC | Letter regarding Project/Contract No DACW29-96-C-0057 Wage Decision No LA960013 Location Algiers, Orleans Parish, Louisiana. |
| NCT-702-000001078 | NCT-702-000001078 | Privacy Act | 19980902 | Serio, Joseph R | Belle Chase Medical Services | Stebbins, Michael | Independent Divers Inc | Report regarding Examination of Diver Michael Stebbins. |
| NCT-702-000001080 | NCT-702-000001080 | Privacy Act | 19990611 | | American Heart Association | Stebbins, Michael | | Reports dated 6/9/1998 to 6/11/1999 regarding completion of CPR and First Aid Courses. |
| | | | | | SOS Technologies | | | |
| | | | | | Greater New Orleans Industrial Education Council | | | |
| NCT-702-000001081 | NCT-702-000001081 | Privacy Act | 19980906 | Serio, Joseph R | Belle Chase Medical Services | Byard, Donald | Independent Divers Inc | Report regarding Examination of Diver Donald Byard. |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
February 29, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NCT-702-000001083 | NCT-702-000001083 | Privacy Act | 19990611 | | American Heart Association | Byard, Donald | | Reports dated 6/9/1998 to 6/11/1999 regarding completion of CPR and First Aid Courses. |
| | | | | | SOS Technologies | | | |
| | | | | | Greater New Orleans Industrial Education Council | | | |
| NCT-702-000001084 | NCT-702-000001084 | Privacy Act | 19980906 | Serio, Joseph R | Belle Chase Medical Services | Hetzinger, David | Independent Divers Inc | Report regarding Examination of Diver David Hetzinger. |
| NCT-702-000001086 | NCT-702-000001086 | Privacy Act | 19990611 | | American Heart Association | Hetzinger, David | | Reports dated 6/9/1998 to 6/11/1999 regarding completion of CPR and First Aid Courses. |
| | | | | | SOS Technologies | | | |
| | | | | | Greater New Orleans Industrial Education Council | | | |
| NCT-702-000001087 | NCT-702-000001087 | Privacy Act | 19980914 | Serio, Joseph R | Belle Chase Medical Services | Lednicky, Michael | Independent Divers Inc | Report regarding Examination of Diver Michael Lednicky. |
| NCT-702-000001089 | NCT-702-000001089 | Privacy Act | 19990611 | | American Heart Association | Lednicky, Michael | | Reports dated 6/9/1998 to 6/11/1999 regarding completion of CPR and First Aid Courses. |
| | | | | | SOS Technologies | | | |
| | | | | | Greater New Orleans Industrial Education Council | | | |
| NCT-702-000001405 | NCT-702-000001405 | Privacy Act | 20000728 | McGaugh, Joe B | USACE CEMVN-RM | | USACE | Direct Deposit Authorization Form. |
| | | | | | | | Continental Construction Company Inc | |
| | | | | | | | National Bank of Commerce | |
| NCT-702-000001491 | NCT-702-000001491 | Privacy Act | 20000728 | Boh, Stephen H | USACE CEMVN-RM | | USACE | Direct Deposit Authorization Form. |
| | | | | | | | Boh Brothers Construction Co | |
| | | | | | | | Hibernia National Bank | |
| NCT-702-000002367 | NCT-702-000002367 | Privacy Act | 19970905 | Drumwright, BR | Business Medical Specialists | Cashman, Terry J | Kostmayer | Examination Record regarding Terry Cashman. |
| NCT-702-000002368 | NCT-702-000002368 | Privacy Act | 19970905 | Drumwright, BR | Business Medical Specialists | Bouffine, Jimmy J | Kostmayer | Examination Record regarding Jimmy Bouffine. |
| NCT-702-000002369 | NCT-702-000002369 | Privacy Act | 19991209 | Serio, Joseph R | Belle Chase Medical Services | Lott, Gerald | Kostmayer Construction | General Physical Form regarding Gerald Lott. |
| NCT-702-000002370 | NCT-702-000002370 | Privacy Act | 20001108 | Jackson, Paul A | Prime Medical | Rouse, Kermit P | Kostmayer | Employee Physical Examination Report regarding Kermit P Rouse. |
| | | | | Lee, Luke P | | | | |
| | | | | Ogunro, Christopher O | | | | |
| | | | | Edwards, Antonio D | | | | |
| NED-218-000000002 | NED-218-000000005 | Attorney-Client; Attorney Work Product | 19970729 | Tickner, Eugene | USACE CELMN-ED-H | Hayden, Channing F | New Orleans Steamship Association | Letter dated 12/23/1996 regarding response to question concerning suit against USACE following Hurricane Betsy and Judge Heebe's ruling; Cover Letter dated 07/29/1977 from the US Department of Justice regarding enclosed Memorandum Opinion by Judge Heebe on July 22, 1977. |
| | | | | | | Conroe | USACE CELMN-ED | |
| | | | | | | Laurent | USACE CELMN-ED | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
February 29, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Tickner, Eugene | USACE CELMN-ED-H | |
| | | | | | | Schroeder, Robert | USACE Planning Division | |
| | | | | Gallinghouse, Gerald J | US Department of Justice | Soileau, Cecil | USACE Coastal Engineering Section | |
| | | | | Boese, Robert L | US Department of Justice | | | |
| NED-218-000000020 | NED-218-000000022 | Attorney-Client; Attorney Work Product | 19761007 | Boese, Robert L | US Department of Justice | Soileau, Cecil | USACE | Handwritten note to Cecil Soileau; Routing and Transmittal Slip dated 10/07/1976 from the US Department of Justice, New Orleans Division, to Joseph Towers regarding enclosed copy of Memorandum of Third Party Defendant concerning Suggested Findings of Fact and Conclusions of Law. |
| | | | | | | Brupbacher | | |
| | | | | | | Judlin, Dan | | |
| | | | | | | Katie | | |
| | | | | | | Karen | | |
| | | | | | | DD | | |
| | | | | | | DE | | |
| | | | | | | DG | | |
| | | | | | | DL | | |
| | | | | | | DR | | |
| | | | | | | DW | | |
| | | | | | | Towers, Joseph A | USACE District Counsel | |
| NED-218-000000057 | NED-218-000000063 | Attorney-Client; Attorney Work Product | 19731228 | Peyronnin, Chester | | Lanier, Charles | Phelps, Dunbar, Marks, Claverie and Sims | Letter regarding Benjamin T Graci, et al v United States of America v Board of Commissioners of the Port of New Orleans; Memos dated 4/30/1973 to 12/28/73 regarding Hurricane Betsy flooding claim. |
| | | | | | | Guidry, CC | | |
| | | | | | | Judlin, Dan | USACE | |
| | | | | Baehr, Jerome C | USACE LMNED-HC | Soileau, Cecil | USACE LMNED-HC | |
| | | | | | | | USACE Design Memo Branch | |
| | | | | | | | USACE Engineering Division | |
| | | | | | | Becnel | USACE LMNED-HC | |
| | | | | | | Bretschneider, Charles L | University of Hawaii | |
| | | | | Becnel, PA | USACE LMNED-HC | Gautreau | USACE LMNED-HC | |
| | | | | | | | USACE Service Branch | |
| | | | | | | | USACE Hydraulics and Hydrologic Branch | |
| NED-218-000000064 | NED-218-000000071 | Attorney-Client; Attorney Work Product | 19730404 | Bretschneider, Charles L | University of Hawaii | Baehr, Jerome C | USACE LMNED-HC | Letters dated 3/23/1973 to 03/29/1973 regarding memorandum HUR 7-87 and related information on Hurricane Betsy; Memos dated 2/20/1973 to 4/04/1973 regarding Illustrations needed for court use, Graci v US. |
| | | | | Baehr, Jerome C | USACE LMNED-HC | | | |
| | | | | | | | | |
| | | | | Becnel, PA | USACE LMNED-HC | Soileau, Cecil | USACE LMNED-HC | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
February 29, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | USACE Engineering Division | |
| | | | | | | Bretschneider, Charles L | University of Hawaii | |
| | | | | | | Gautreau | USACE LMNED-HC | |
| | | | | | | | USACE LMNOC | |
| | | | | Towers, Joseph | District Counsel | Towers | USACE LMNOC | |
| NED-218-000000083 | NED-218-000000103 | Attorney-Client | 19730201 | Baehr, Jerome C | USACE Engineering Division | Rousseau | USACE LMNED-MP | Memo regarding MRGO; Letters dated 11/29/1972 to 02/01/1973 regarding Effects of Hurricane Betsy as it relates to MRGO with attached report, maps and charts. |
| | | | | | | | USACE Hydraulics and Hydrologic Branch | |
| | | | | Neff, Andre P | St Bernard Parish Planning Commission | Hunt, Richard L | USACE New Orleans Division | |
| | | | | | | Schindler, Henry | | |
| | | | | | | McDougall, Ray | | |
| | | | | | | Nunez, Samuel | | |
| | | | | | | Hebert, FE | | |
| | | | | Guidry, Cyrus C | Board of Commissioners of the Port of New Orleans | Lanier, Charles | Phelps, Dunbar, Marks, Claverie and Sims | |
| | | | | Peyronnin, Chester | Board of Commissioners of the Port of New Orleans | Guidry, Cyrus C | Board of Commissioners of the Port of New Orleans | |
| | | | | | | Giddens, JB | Board of Commissioners of the Port of New Orleans | |
| NED-218-000000108 | NED-218-000000122 | Attorney-Client | 19721208 | Baehr, Jerome C | USACE LMNED-HT | Soileau | USACE LMNED-HT | Memos dated 10/12/1971 to 12/28/1971 regarding Law Suit Involving MRGO and Legal Requirement from Consultants, Effects of MRGO on flooding produced by Hurricane Betsy; Disposition Form dated 12/08/1972 regarding flooding from Hurricane Betsy; handwritten notes. |
| | | | | Hunt, Richard L | USACE LMNSD-PC | | USACE LMVCO-S | |
| | | | | | | | USACE HQDA DAEN-CWA | |
| | | | | Davis, AJ | USACE LMVED-TD | | USACE HQDA DAEN-CWA | |
| | | | | | | | USACE NOD-LMNSD-PC | |
| | | | | McLaren, Lyle C | USACE DAEN-CWA-S | | | |
| | | | | | Office of Counsel | Becnel, Alfred | USACE Engineering Division | |
| | | | | | | Bertucci | USACE LMNOC | |
| | | | | Towers, Joseph | USACE LMNOC | | | |
| | | | | Bertucci, Gwenn F | USACE LMNOC | | | |
| | | | | | | Towers, Joseph | USACE LMNOC | |
| NED-218-000000123 | NED-218-000000126 | Attorney-Client | 19720112 | Towers, Joseph | USACE LMNOC | | USACE Engineering Division | Memos dated 10/12/1971 to 1/12/1972 regarding Consultant Services. |
| | | | | Davis, AJ | USACE LMVED-TD | | USACE LMNSD-PC | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
February 29, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | McLaren, Lyle C | USACE DAEN-CWA-S | | USACE LMVED | |
| | | | | | | | USACE HQDA DAEN-CWA | |
| | | | | | | | USACE NOD-LMNSD-PC | |
| NED-218-000000127 | NED-218-000000129 | Attorney-Client; Attorney Work Product | XXXXXXXX | | | | | Reports regarding Expert Witnesses, Illustrations and Data to be presented by the US Corps of Engineers. |
| NED-218-000000130 | NED-218-000000132 | Attorney-Client; Attorney Work Product | XXXXXXXX | | | | | Reports regarding Expert Witnesses, Illustrations and Data to be presented by the US Corps of Engineers. |
| NED-218-000000154 | NED-218-000000162 | Attorney Work Product | 19740125 | | | | | Handwritten notes regarding Expert Witnesses; Report regarding Witnesses, Court Exhibits. |
| NED-218-000000171 | NED-218-000000176 | Attorney Work Product | XXXXXXXX | | | | | Handwritten notes regarding Names of Individuals to be called from the US Army Corps of Engineers, List of Illustrations, List of Charts. |
| NED-218-000000177 | NED-218-000000198 | Attorney-Client; Attorney Work Product | 19760924 | Gallinghouse, Gerald J | US Department of Justice | Soileau, Cecil | USACE New Orleans Division | Cover Letter regarding Draft of Findings of Fact; Handwritten notes regarding MRGO Lawsuit; Post-Trial Memorandum in Support of the Defendants; Defendants Proposed Finding of Fact and Conclusions of Law. |
| | | | | Boese, Robert L | US Department of Justice | | | |
| | | | | Schupp, John R | US Department of Justice | | | |
| NED-218-000000199 | NED-218-000000199 | Attorney-Client | 19770729 | Gallinghouse, Gerald J | US Department of Justice | Soileau, Cecil | USACE Coastal Engineering Section | Cover Letter dated 07/29/1977 from the US Department of Justice (filed 11/07/1977- with handwritten notes) regarding enclosed Memorandum Opinion by Judge Heebe on July 22, 1977. |
| | | | | Boese, Robert L | US Department of Justice | | | |
| NED-218-000000266 | NED-218-000000266 | Attorney-Client | 19770729 | Gallinghouse, Gerald J | US Department of Justice | Soileau, Cecil | USACE Coastal Engineering Section | Cover Letter dated 07/29/1977 from the US Department of Justice regarding enclosed Memorandum Opinion by Judge Heebe on July 22, 1977. |
| | | | | Boese, Robert L | US Department of Justice | | | |
| NED-224-000001370 | NED-224-000001371 | Attorney-Client | 19940222 | Tickner, Eugene | USACE CELMN-DS | Andry | USACE CELMN-DS | Memo regarding Lake Pontchartrain, LA and Vicinity, High Level Plan. |
| | | | | | | | USACE Contracting Division | |
| | | | | | | | USACE Office of Counsel | |
| | | | | | | | USACE Structural Design Section | |
| | | | | | | | USACE Cost Engineering Branch | |
| | | | | | | | USACE Operation and Readiness Division | |
| | | | | | | | USACE New Orleans Division | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
February 29, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | USACE CELMN-CD-C | |
| | | | | | | | USACE Environmental Analysis Branch, Planning Division | |
| | | | | | | | USACE Real Estate Division | |
| | | | | | | | USACE CELMN-PP | |
| | | | | | | | USACE Engineering Control Branch | |
| | | | | | | | USACE CELMN-PP-P | |
| NRE-704-000000071 | NRE-704-000000072 | Attorney-Client | 19950413 | Tickner, Eugene | USACE CELMN-ED-GS | Andry | USACE CELMN-ED-GS | Memorandum regarding 1995 Forebay Dolphin Replacement, IHNC Lock Forebay Area. |
| | | | | | | | USACE Contracting Division | |
| | | | | | | | USACE Office of Counsel | |
| | | | | | | | USACE Structural Section | |
| | | | | | | | USACE Cost Engineering Branch | |
| | | | | | | | USACE Operations Division | |
| | | | | | | | USACE New Orleans Division | |
| | | | | | | | USACE CELMN-CD-C | |
| | | | | | | | USACE Environmental Analysis Branch, Planning Division | |
| | | | | | | | USACE Real Estate Division | |
| | | | | | | | USACE Engineering Control Branch | |
| | | | | | | | USACE CELMN-PP-P | |
| | | | | | | | USACE Resource Management | |
| NRE-704-000000080 | NRE-704-000000093 | Attorney-Client | 19950314 | Sellers, Clyde | USACE CELMN-RE-A | Lambert | USACE CELMN-RE-A | Memos dated 2/17/1995 to 3/14/1995 regarding 1995 Forebay Dolphin Replacement, IHNC Lock; Handwritten notes. |
| | | | | | | Reed | USACE CELMN-RE-AP | |
| | | | | | | Athey | USACE CELMN-RE-A | |
| | | | | | | Kinsey | USACE CELMN-RE-L | |
| | | | | | | Lewis | USACE CELMN-RE-M | |
| | | | | | | Sellers, Clyde | USACE CELMN-RE | |
| | | | | | | | USACE CELMN-CD-QR | |
| | | | | | | | USACE CELMN-ED-E | |
| | | | | | | | USACE CELMN-ED-T | |
| | | | | | | | USACE CELMN-OD-H | |
| | | | | | | | USACE CELMN-PP | |
| | | | | Tickner, Eugene | USACE CELMN-ED-DD | Gonski, Mark | USACE CELMN-ED-T | |
| | | | | Gonski, Mark | | Dawn | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
February 29, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Campbell, C S | USCG Support Center | | USACE Engineering Division | |
| NRE-704-000000152 | NRE-704-000000156 | Attorney-Client | 19940513 | Athey, Donald L | USACE CELMN-RE-AP | Williams | USACE CELMN-RE-AP | Memo regarding Right of Entry to perform Surveys Along the Inner Harbor-Navigation Canal; Letter dated 05/13/1994 regarding Forebay Dolphin Replacement. |
| | | | | | | | USACE CELMN-RE-P | |
| | | | | Gallwey, Patrick J | Board of Commissioners of the Port of New Orleans | Sellers, Clyde | USACE Real Estate Division | |
| NRE-704-000000301 | NRE-704-000000328 | Attorney-Client | 19910730 | Kinsey, Mary V | USACE New Orleans District | | USACE CELMN-RE-L | Report regarding Planning Division Comments on Draft Chapter 12; Appendix Numbers 1-3 regarding Comments CELMN-RE-L Real Estate Handbook. |
| NRE-704-000000353 | NRE-704-000000354 | Attorney-Client | XXXXXXXX | | | | | Report regarding Planning Division Comments on Draft Chapter 12. |
| NRE-704-000000355 | NRE-704-000000380 | Attorney-Client | 19910730 | Kinsey, Mary V | USACE New Orleans District | | USACE CELMN-RE-L | Appendix Numbers 1-3 regarding Comments CELMN-RE-L Real Estate Handbook. |
| NRE-704-000000416 | NRE-704-000000423 | Attorney-Client | 19960402 | Amidon, Linda | USACE CELMN-RE-L | Meiners | USACE CELMN-RE-L | Memo regarding Request for Gulf Intercoastal Waterway, Inner Harbor Navigational Canal Lock, Northwest Guide wall Replacement and Dolphin Repairs; Letter dated 04/02/1996 regarding Inner Harbor Navigation Canal Shiplock. |
| | | | | | | Chaney, Ada | USACE Acquisitions Branch | |
| | | | | Gallwey, Patrick J | Board of Commissioners of the Port of New Orleans | Sellers, Clyde | USACE Real Estate Division | |
| NRE-704-000000436 | NRE-704-000000454 | Attorney-Client | 19960305 | Amidon, Linda | USACE CELMN-RE-L | Meiners | USACE CELMN-RE-L | Memo dated 03/05/1996 regarding Request for Gulf Intercoastal Waterway, Inner Harbor Navigational Canal Lock, Northwest Guide wall Replacement and Dolphin Repairs; Supplemental Lease Agreement No 5 Between Board of Commissioners of The Port of New Orleans and The United States of America with exhibits, maps. |
| | | | | | | Chaney, Ada | USACE Acquisitions Branch | |
| | | | | Brinson, Ron | Port of New Orleans | | | |
| | | | | Fritz, Joseph W | Port of New Orleans | | | |
| | | | | Witherspoon, Eugene S | USACE | | | |
| | | | | Florent, Randy D | | | | |
| | | | | Cole, Carolyn | | | | |
| NRE-704-000000462 | NRE-704-000000462 | Attorney-Client | 19960129 | Amidon, Linda | USACE CELMN-RE-L | Lambert, Dawn | USACE CELMN-RE-L | Memo regarding Request for Gulf Intercoastal Waterway, Inner Harbor Navigational Canal Lock, Northwest Guide wall Replacement and Dolphin Repairs. |
| | | | | | | Amidon, Linda | USACE CELMN-RE-L | |
| NRE-704-000000467 | NRE-704-000000467 | Attorney-Client | 19960116 | Lewis, William C | USACE CELMN-RE-M | Coakley | USACE CELMN-RE-M | Memo regarding Request for Gulf Intercoastal Waterway, Inner Harbor Navigational Canal Lock, Northwest Guide wall Replacement and Dolphin Repairs. |
| | | | | | | | USACE CELMN-RE-A | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
February 29, 2008

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Chief | USACE Acquisitions Branch | |
| TED-207-000000027 | TED-207-000000027 | Attorney-Client | 19820930 | Cole, Anthony C | USACE LMNRE-A | Brown | USACE LMNRE-A | Disposition Form regarding MR-GO Project. |
| | | | | | | | USACE Engineering Division | |
| | | | | | | | USACE LMNOC | |
| | | | | | | | USACE LMNED-PN | |
| | | | | | | | USACE LMNNO | |
| TRG-039-000000008 | TRG-039-000000012 | Attorney-Client | 19991214 | Frederick, Denise D | USACE CEMVN-D-CS | | USACE CEMVN-CT-R | Memo regarding Contract Number DACW29-99-C-0056, Mississippi River Gulf Outlet Maintenance Dredging; Report dated 12/14/1999 regarding Payment Estimate-Contract Performance; Release of Claims dated 9/7/1999 for Bean Horizon Corporation. |
| | | | | Miles, James L | USACE CEMVN-D-CS | | USACE CEMVN-ET-CC | |
| | | | | | | | USACE CEMVN-CD-Q | |
| | | | | | | Windham | USACE CEMVN-CD-C | |
| | | | | | | | USACE CEMVN-CD-NO | |
| | | | | | | Maunoir | USACE CEMVN-OD-T | |
| | | | | | | Joseph, C | USACE CEMVN-RM-F | |
| | | | | | | Pecoul | USACE CEMVN-CT-R | |
| | | | | | | Demma | USACE CEMVN-PM-P | |
| | | | | | | Legendre | USACE CEMVN-CD-CV | |
| | | | | | | | USACE CEMVN-OD-R | |
| | | | | | | Fitzgerald | USACE CEMVN-OD | |
| | | | | Derbes, Dave | | | | |
| | | | | Bean, James | Bean Horizon Corporation | | | |