UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY AND OSCAR WILLIAMS | * | CIVIL ACTION NO. 2007-3702 |
| VERSUS | * | SECTION "L", MAG. 5 |
| SECURITY PLAN FIRE INSURANCE COMPANY | * | JUDGE: ELDON E. FALLON |
| | * | JURY DEMAND |

### SECURITY PLAN FIRE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant, ("Security"), who moves for a partial summary judgment pursuant to Federal Rule of Civil Procedure 56 on the grounds that there is no genuine issue of material fact that the policy of insurance issued to Mary and Oscar Williams, plaintiffs ("plaintiffs"), does not cover damages for flooding, and as a result, plaintiffs are not entitled to recover damages for flooding as sought in this suit as a matter of law.

Therefore, this Court should dismiss plaintiffs' claims for damage from flooding against Security Plan, as is more fully set forth in the attached memorandum.

Respectfully submitted,

HUVAL VEAZEY FELDER & AERTKER, L.L.C.

/s/ Thomas H. Huva.
**THOMAS H. HUVAL** (#21725)
Stephen C. Aertker, Jr. (#24929)
Stefini W. Salles (#25857)
Christian A. Shofstahl (#27080)
532 East Boston Street
Covington, Louisiana 70433
Telephone: (985) 809-3800
Facsimile: (985) 809-3801
**Counsel for Defendant,**
**Security Plan Fire Insurance Company**

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all known counsel of record via the court's electronic service, via facsimile, and/or by depositing a copy of same in the U.S. Mail, properly addressed, with sufficient postage affixed thereto.

Covington, Louisiana this 31st day of January, 2008.

/s/ Thomas H. Huval
**THOMAS H. HUVAL**

2