

## Security Industrial Fire Insurance Company

HOME OFFICE
DONALDSONVILLE, LOUISIANA
STOCK COMPANY
(hereinafter called the Company)

STANDARD POLICY                                             INDUSTRIAL
CONTENTS INSURANCE WITH EXTENDED COVERAGE

IN CONSIDERATION of the provisions and stipulations herein (or printed on the following pages hereof), or added hereto, and of the payment of the premium shown in the schedule below for the term beginning at noon of the date hereof to noon of the same day of the following month, standard time at the location of the property insured, and continuously thereafter, for each succeeding month for which the premium is paid in advance, this Company DOES INSURE the person named in the said schedule and legal representatives to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the Insured, against all DIRECT LOSS BY FIRE, LIGHTNING AND BY REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED, to the property described in said schedule while located or contained as described therein, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere. In no event shall the payment for any one loss under this policy exceed the maximum amount stated in said schedule.

### SCHEDULE

| Name of Insured | Location of Property Insured | | |
|---|---|---|---|
| Mary E. Williams | 3717 Baudin Street, New Orleans, LA | | |
| | Street | City | State |

| Policy Number | Mo. | Day | Year | Town Class | Dist. | Deb. |
|---|---|---|---|---|---|---|
| 005862162 | 4 | 1 | 1999 | F1 | 29 | 734 |
| | Date of Issue | | | | | |

| PREMIUM | | | | | |
|---|---|---|---|---|---|
| $ 20,000 | $ | $ | $ 18.21 | 600 | |
| Contents Insurance* | Fire | Ext. Coverage | Total Premium | Plan | |

\* CONTENTS INSURANCE
Household and personal property usual to a dwelling (except motor vehicles, boats and aircraft), including household and personal property purchased under an installment plan and usual to a dwelling, belonging to the Insured or a member of the family of the Insured, while contained in the dwelling.

**Preliminary Provision:** This policy contains the entire agreement between the Company and the Insured and the holder and owner hereof; the name of the Insured, the address, the monthly premium, the sum insured, and the date of issue of this policy are all stated in the schedule above; pages two, three, and four and any endorsements either written, printed or stamped hereon as made by the Company, are a part of this contract as fully as if recited over the signatures hereto. Its terms cannot be changed nor its conditions varied except by a written agreement signed by an Authorized Officer of the Company. No other person shall have power to make or alter this contract or waive forfeitures. Assignment of this policy shall not be valid except with the written consent of the Company. The Company assumes no obligation prior to the date hereof.

**Payment of Premium:** Each premium is due and payable in advance at the Home Office of the Company, but may be accepted elsewhere by a duly authorized agent. All premiums paid shall be forfeited to the Company and this policy shall terminate by lapse and all liability hereunder shall cease when the required premiums are more than one month in arrears. If the agent shall not call for the premiums when due or shall refuse to accept said premiums, the Insured is required, without notice, to pay the premiums at the branch office of the Company or remit the same directly to the Home Office.

**Grace Period:** A grace of one month shall be granted for the payment of every premium after the first, during which time the policy shall continue in force. All premiums in arrears at the time of any loss hereunder shall be deducted from any payment of claim hereunder.

**Change of Location:** The Premium shown in the schedule above is based on the Company's published premium rates as at the date of issue for the location indicated. In the event permission is granted for the removal of the property insured hereunder to another location in a different classification, the premium applicable to the new location will be changed, effective as of the date of removal.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, provided in this policy.

**In Witness Whereof,** the Security Industrial Fire Insurance Company, of Donaldsonville, Louisiana, has by its President and Secretary signed and delivered this policy on the date shown in the schedule above; but this policy shall not be valid unless countersigned by the duly authorized agent of the Company.

Secretary                                                    President

Countersigned: _____ day of _____                        Agent

EXHIBIT C

Form IF-600
SI-93

## STANDARD PROVISIONS

**Concealment, fraud.** This entire policy shall be void if, whether before or after a loss, the insured has wilfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

**Uninsurable and excepted property.** This policy shall not cover accounts, bills, currency, deeds, evidences of debt, money or securities; nor, unless specifically named hereon in writing, bullion or manuscripts.

**Perils not included.** This Company shall not be liable for loss by fire or other perils insured against in this policy caused, directly or indirectly, by: (a) enemy attack by armed forces, including action taken by military, naval or air forces in resisting an actual or an immediately impending enemy attack; (b) invasion; (c) insurrection; (d) rebellion; (e) revolution; (f) civil war; (g) usurped power; (h) order of any civil authority except acts of destruction at the time of and for the purpose of preventing the spread of fire, provided that such fire did not originate from any of the perils excluded by this policy; (i) neglect of the insured to use all reasonable means to save and preserve the property at and after a loss, or when the property is endangered by fire in neighboring premises; (j) nor shall this Company be liable for loss by theft.

**Other Insurance.** Other insurance may be prohibited or the amount of insurance may be limited by endorsement attached hereto.

**Conditions suspending or restricting insurance.** Unless otherwise provided in writing added hereto this Company shall not be liable for loss occurring
(a) while the hazard is increased by any means within the control or knowledge of the insured; or
(b) while a described building, whether intended for occupancy by owner or tenant, is vacant or unoccupied beyond a period of sixty consecutive days; or
(c) as a result of explosion or riot, unless fire ensue, and in that event for loss by fire only.

**Other perils or subjects.** Any other peril to be insured against or subject of insurance to be covered in this policy shall be by endorsement in writing hereon or added hereto.

**Added provisions.** The extent of the application of insurance under this policy and of the contribution to be made by this Company in case of loss, and any other provision or agreement not inconsistent with the provisions of this policy, may be provided for in writing added hereto, but no provision may be waived except such as by the terms of this policy is subject to change.

**Waiver provisions.** No permission affecting this insurance shall exist, or waiver of any provision be valid, unless granted herein or expressed in writing added hereto. No provision, stipulation or forfeiture shall be held to be waived by any requirement or proceeding on the part of this Company relating to appraisal or to any examination provided for herein.

**Cancellation of policy.** This policy shall be cancelled at any time at the request of the insured, in which case this Company shall, upon demand and surrender of this policy, refund the excess of paid premium above the customary short rates for the expired time. This policy may be cancelled at any time by this Company by giving to the insured a ten days' written notice of cancellation with or without tender of the excess of paid premium above the pro rata premium for the expired time, which excess, if not tendered, shall be refunded on demand. Notice of cancellation shall state that said excess premium (if not tendered) will be refunded on demand.

**Mortgagee interests and obligations.** If loss hereunder is made payable, in whole or in part, to a designated mortgagee not named herein as the insured, such interest in this policy may be cancelled by giving to such mortgagee a ten days' written notice of cancellation.
If the insured fails to render proof of loss such mortgagee, upon notice, shall render proof of loss in the form herein specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If this Company shall claim that no liability existed as to the mortgagor or owner, it shall, to the extent of payment of loss to the mortgagee, be subrogated to all the mortgagee's rights of recovery, but without impairing mortgagee's right to sue; or it may pay off the mortgage debt and require an assignment thereof and of the mortgage. Other provisions relating to the interests and obligations of such mortgagee may be added hereto by agreement in writing.

**Pro rata liability.** This Company shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

**Requirements in case loss occurs.** The insured shall give immediate written notice to this Company of any loss, protect the property from further damage, forthwith separate the damaged and undamaged personal property, put it in the best possible order, furnish a complete inventory of the destroyed, damaged and undamaged property, showing in detail quantities, costs, actual cash value and amount of loss claimed; **and within sixty days after the loss, unless such time is extended in writing by this Company, the insured shall render to this Company a proof of loss**, signed and sworn to by the insured, stating the knowledge and belief of the insured as to the following: the time and origin of the loss, the interest of the insured and of all others in the property, the actual cash value of each item thereof and the amount of loss thereto, all encumbrances thereon, all other contracts of insurance, whether valid or not, covering any of said property, any changes in the title, use, occupation, location, possession or exposures of said property since the issuing of this policy, by whom and for what purpose any building herein described and the several parts thereof were occupied at the time of loss and whether or not it then stood on leased ground, and shall furnish a copy of all the descriptions and schedules in all policies, and if required, verified plans and specifications of any building, fixtures or machinery destroyed or damaged. The insured, as often as may be reasonably required, shall exhibit to any person designated by this Company all that remains of any property herein described, and submit to examinations under oath by any person named by this Company, and subscribe the same; and, as often as may be reasonably required, shall produce for examination all books of account, bills, invoices, and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by this Company or its representative, and shall permit extracts and copies thereof to be made.

**Appraisal.** In case the insured and this Company shall fail to agree as to the actual cash value or the amount of loss, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within twenty days of such demand. The appraisers shall first select a competent and disinterested umpire; and failing for fifteen days to agree upon such umpire, then, on request of the insured or this Company such umpire shall be selected by a judge of a court of record in the state in which the property covered is located. The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with this Company shall determine the amount of actual cash value and loss. Each appraiser shall be paid by the party selecting him and the expenses of appraisal and umpire shall be paid by the parties equally.

**Company's options.** It shall be optional with this Company to take all, or any part, of the property at the agreed or appraised value, and also to repair, rebuild or replace the property destroyed or damaged with other of like kind and quality within a reasonable time, on giving notice of its intention so to do within thirty days after the receipt of the proof of loss herein required.

**Abandonment.** There can be no abandonment to this Company of any property.

**When loss payable.** The amount of loss for which this Company may be liable shall be payable sixty days after proof of loss, as herein provided, is received by this Company and ascertainment of the loss is made either by agreement between the insured and this Company expressed in writing or by the filing with this Company of an award as herein provided.

**Suit.** No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all requirements of this policy shall have been complied with, and unless commenced within twelve months next after inception of the loss.

**Subrogation.** This Company may require from the insured an assignment of all right of recovery against any party for loss to the extent that payment therefor is made by this Company.

ATTACH FORMS BELOW THIS LINE

**Electrical Apparatus Clause:** If electrical appliances or devices (including wiring) are covered under this policy, this Company shall not be liable for any electrical injury or disturbance to the said electrical appliances or devices (including wiring) caused by electrical currents artificially generated unless fire ensues, and if fire does ensue this Company shall be liable only for its proportion of loss caused by such ensuing fire.

**Total Insurance (does not apply to any of the perils named in the Extended Coverage)**—Other insurance is prohibited unless the total amount of insurance, including the amount of this policy, is inserted in the blanks provided on the first page of this policy under the caption Total Insurance. This Company shall not be liable for loss while the insured shall have any other insurance prohibited by this policy.

**Nuclear Clause:** The word "fire" in this policy or endorsements attached hereto is not intended to and does not embrace nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, and loss by nuclear reaction or nuclear radiation or radioactive contamination is not intended to be and is not insured against by this policy or said endorsements, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by "fire" or any other perils insured against by this policy or said endorsements; however, subject to the foregoing and all provisions of this policy, direct loss by "fire" resulting from nuclear reaction or nuclear radiation or radioactive contamination is insured against by this policy. (This paragraph not applicable in Louisiana.)

## EXTENDED COVERAGE

(Perils of Windstorm, Hail, Explosion, Riot, Riot Attending a Strike, Civil Commotion, Aircraft, Vehicles, Smoke, Except as Hereinafter Provided)

1  In consideration of the premium for this coverage stated in the schedule on the first page hereof, and subject to provisions and
2  stipulations (hereinafter referred to as "provisions") herein and in the policy to which this Extended Coverage is attached, including
3  riders and endorsements thereon, the coverage of this policy is extended to include direct loss by WINDSTORM, HAIL, EXPLOSION,
4  RIOT, RIOT ATTENDING A STRIKE, CIVIL COMMOTION, AIRCRAFT, VEHICLES AND SMOKE.
5  This Extended Coverage does not increase the amount of amounts of insurance provided in the policy to which it is attached.
6  If this policy covers on two or more items, the provisions of this Extended Coverage shall apply to each item separately.
7  **Substitution of Terms:** In the application of the provisions of this policy, including riders and endorsements (but not this Extended
8  Coverage), to the perils covered by this Extended Coverage, wherever the word "fire" appears there shall be substituted therefor
9  the peril involved or the loss caused thereby, as the case requires.
10  **Apportionment Clause:** This Company shall not be liable for a greater proportion of any loss from any peril or perils included in this
11  Extended Coverage than (1) the amount of insurance under this policy bears to the whole amount of fire insurance covering the property,
12  whether valid or not and whether collectible or not, and whether or not such other fire insurance covers against the additional peril or
13  perils insured hereunder; (2) nor for a greater proportion than the amount of insurance under this policy bears to the amount of all
14  insurance, whether valid or not and whether collectible or not, covering in any manner such loss; furthermore, if there be insurance other
15  than fire insurance covering any one or more of the perils causing loss hereunder, covering specifically any individual unit of property
16  involved in the loss, only such proportion of the insurance under this policy shall apply to such unit specifically insured, as the value of such
17  unit shall bear to the total value of all the property covered under this policy, whether such other insurance contains a similar clause or not.
18  **Glass Clause:** It is expressly stipulated as applicable to all perils included in this Extended Coverage that only such proportion of the
19  insurance under this policy on any building covers on plate, stained, leaded or cathedral glass therein as the value of such glass which is
20  damaged bears to the total value of said building.
21  **Provisions Applicable Only to Windstorm and Hail:** This Company shall not be liable for loss caused directly or indirectly by (a) frost
22  or cold weather or (b) snow storm, tidal wave, high water or overflow, whether driven by wind or not.
23  This Company shall not be liable for loss to the interior of the building or the insured property therein caused, (a) by rain, snow,
24  sand or dust, whether driven by wind or not, unless the building insured or containing the property insured shall first sustain an actual
25  loss to roof or walls by the direct force of wind or hail and then shall be liable for loss to the interior of the building or the insured proper-
26  ty therein as may be caused by rain, snow, sand or dust entering the building through openings in the roof or walls made by direct action
27  of wind or hail or (b) by water from sprinkler equipment or other piping, unless such equipment or piping be damaged as a direct result
28  of wind or hail.
29  Unless liability therefor is assumed in the form attached to this policy, or by endorsement hereon, this Company shall not be liable for
30  damage to the following property: (a) grain, hay, straw or other crops outside of buildings or (b) windmills, windpumps or their towers,
31  cloth awnings, signs, metal smokestacks, temporary or board roof additions, or (c) buildings (or their contents) in process of construc-
32  tion or reconstruction unless entirely enclosed and under roof with all outside doors and windows permanently in place.
33  **Provisions Applicable Only to Explosion:** This Company shall not be liable for loss by explosion originating within steam boilers, steam
34  pipes, steam turbines, steam engines, fly-wheels, located in the building(s) insured or in building(s) containing the property insured.
35  Any other explosion clause made a part of this policy is superseded by this Extended Coverage.
36  **Provisions Applicable Only to Riot, Riot Attending a Strike and Civil Commotion:** Loss by riot, riot attending a strike or civil com-
37  motion shall include direct loss by acts of striking employees of the owner or tenant(s) of the described building(s) while occupied by
38  said striking employees and shall also include direct loss from pillage and looting occurring during and at the immediate place of a riot,
39  riot attending a strike or civil commotion. This Company shall not be liable, however, for loss resulting from damage to or destruction of
40  the described property owing to change in temperature or interruption of operations resulting from riot or strike or occupancy by strik-
41  ing employees or civil commotion, whether or not such loss, due to change in temperature or interruption of operations, is covered by this
42  policy as to other perils.
43  **Provisions Applicable Only to Loss By Aircraft and Vehicles:** Loss by "aircraft" includes direct loss by objects falling therefrom. The
44  term "vehicles", as used in this Extended Coverage, means vehicles running on land or tracks. This Company shall not be liable, however,
45  for loss (a) by any vehicle owned or operated by the Insured or by any tenant of the described premises; (b) to aircraft or vehicles includ-
46  ing contents other than stocks of aircraft or vehicles in process of manufacture or for sale; (c) to fences, driveways, sidewalks or lawns.
47  **Provisions Applicable to Smoke:** The term "smoke" as used in this Extended Coverage means only smoke due to a sudden, unusual
48  and faulty operation of any heating or cooking unit, only when such unit is connected to a chimney by a smoke pipe, and while in or on
49  the premises described in this policy, excluding, however, smoke from fireplaces or industrial apparatus.