UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY AND OSCAR WILLIAMS | * | CIVIL ACTION NO. 2007-3702 |
| VERSUS | * | SECTION "L", MAG. 5 |
| SECURITY PLAN FIRE INSURANCE COMPANY | * | JUDGE: ELDON E. FALLON |
| | * | JURY DEMAND |

## AFFIDAVIT

PARISH OF Ascension

STATE OF LOUISIANA

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### JAMIE LOUQUE

who, after being duly sworn, did depose and state that:

1. She is the Insurance Services Supervisor for Security Plan Fire Insurance Company ("Security Plan"), and she is personally familiar with all facts set forth herein.

2. Mary and Oscar Williams, plaintiffs ("plaintiffs"), had a Contents Insurance with Extended Coverage issued by Security Plan, policy number 005862162 with a policy limit of $20,000.00 for their property located at 3717 Baudin Street, New Orleans, Louisiana.

3. Ron Ruiz, an adjuster for Security Plan, examined Gray's property on November 4, 2005 and determined that the damage to plaintiffs' property was caused by rising water and/or flood.



EXHIBIT D

4. On December 6, 2005, Security Plan sent a letter to plaintiffs declining coverage, because the loss was not due to a peril covered by their policy.

5. There was a two foot water mark in the interior of the home and a four foot water mark on the exterior of the home.

6. Plaintiffs' son contacted Security Plan and indicated that there was eight feet of water in plaintiffs' home. Id

7. Security Plan does not place a valuation on plaintiffs' contents to determine the premium charge to be made under the policy.

_____
JAMIE LOUQUE

SWORN TO AND SUBSCRIBED BEFORE ME
THIS __24__ DAY OF JANUARY, 2008.

_Ellen M. Thibodaux_
NOTARY PUBLIC
67568

