UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY AND OSCAR WILLIAMS** | * | **CIVIL ACTION NO. 2007-3702** |
| **VERSUS** | * | **SECTION "L", MAG. 5** |
| **SECURITY PLAN FIRE INSURANCE COMPANY** | * | **JUDGE: ELDON E. FALLON** |
| | * | **JURY DEMAND** |

### SECURITY PLAN FIRE INSURANCE COMPANY'S STATEMENT OF UNCONTESTED FACTS

NOW INTO COURT, through undersigned counsel, comes Defendant, Security Plan Fire Insurance Company ("Security Plan"), who submits this Statement of Uncontested Facts in Support of Security Plan's Motion for Partial Summary Judgment:

1. Mary and Oscar Williams, plaintiffs ("plaintiffs"), had a Contents Insurance with Extended Coverage issued by Security Plan, policy number 005862162 with a policy limit of $20,000.00 for their property located at 3717 Baudin Street, New Orleans, Louisiana.

2. On November 4, 2005, Ron Ruiz, an adjuster for Security Plan, examined plaintiffs' property and determined that the damage to plaintiffs' property was exclusively caused by flood and/or rising water.

3. Plaintiffs allege that the damage to their property was the result of wind, wind driven rain, and/or flooding.

4. Security Plan denied coverage to plaintiffs, because the loss was not due to a peril covered by their policy.

5. Plaintiffs seek reimbursement for the full face value of their damaged property pursuant to Louisiana's Valued Policy Law.

6. Louisiana's Valued Policy Law does not apply to plaintiffs' claim.

7. Plaintiffs are not entitled to recover penalties under LSA-R.S. 22:658 and 22:1220, because plaintiffs are not owed coverage under the Security Plan policy.

        Respectfully submitted,

        HUVAL VEAZEY FELDER & AERTKER, L.L.C.

        /s/ Thomas H. Huval
        **THOMAS H. HUVAL** (#21725)
        Stephen C. Aertker, Jr. (#24929)
        Stefini W. Salles (#25857)
        Christian A. Shofstahl (#27080)
        532 East Boston Street
        Covington, Louisiana 70433
        Telephone: (985) 809-3800
        Facsimile: (985) 809-3801
        **Counsel for Defendant,**
        **Security Plan Fire Insurance Company**

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all known counsel of record via the court's electronic service, via facsimile, and/or by depositing a copy of same in the U.S. Mail, properly addressed, with sufficient postage affixed thereto. Covington, Louisiana this 31st day of January, 2008.

/s/ Thomas H. Huval
**THOMAS H. HUVAL**