UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANCES COSSE | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| VERSUS | * | |
| | * | SECTION "K" 3 |
| STATE FARM INSURANCE CO. | * | MAGISTRATE KNOWLES |

**********************************************************************

### PLAINTIFF'S MEMO IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE EX PARTE MOTION TO UNCONSOLIDATE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Frances Cosse, who respectfully files this Memo in Support of Motion for Leave of Court to File Ex Parte Motion to Unconsolidate.

Plaintiff's case was consolidated with dozens of other cases into the litigation entitled, *Re: Katrina Canal Breaches Litigation,* C.A. No. 05-4182, originally scheduled to be tried on July, 2008. However, Plaintiff's advanced age, ill health, and doctor's letter show that Plaintiff has little time to live. The gravity of the Plaintiff's situation has just recently come to the attention of undersigned counsel. She no longer has interest in pursuing levee breach damages.

Wherefore, Plaintiff prays that this Court grant her Motion for Leave of Court to File Ex Parte Motion to Unconsolidate.

*(Signature block next page)*

                    RESPECTFULLY SUBMITTED:
                    THE LAW OFFICE OF JOHN W. REDMANN, LLC

                        /s John W. Redmann
                    JOHN W. REDMANN #19984

                    Attorney for Plaintiffs
                    5407 Mac Arthur Boulevard
                    New Orleans, Louisiana 70130
                    (504) 433-5550

Certificate:  I hereby certify that I have this   29   day of February, 2008 sent copies of the foregoing document(s) to all counsel of record through the Court's CM/ECF Electronic Notification System, U.S. Mail, telefacsimile and/or by hand delivery.

                                        /s John W. Redmann