UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANCES COSSE | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| VERSUS | * | |
| | * | SECTION "K" 3 |
| STATE FARM INSURANCE CO. | * | MAGISTRATE KNOWLES |

*************************************************************************

### EX PARTE MOTION TO UNCONSOLIDATE AND INCORPORATED MEMORANDUM

**NOW INTO COURT**, comes JOHN W. REDMANN, counsel for plaintiff, Frances Cosse, who respectfully requests this Court unconsolidate this case from the litigation entitled, *In Re: Katrina Canal Breaches Litigation*, C.A. No. 05-4182, and respectfully represents:

This case was consolidated by this Court (Rec Doc 25) with many dozens of other Hurricane cases in which plaintiffs seek to recover from their homeowner's insurers damages resulting from the breach of canals and/or levees.

Due to her swiftly deteriorating ill health (and quite frankly, impending death), Plaintiff Frances Cosse is no longer interested in pursuing levee breach damages.  Instead, she wishes to pursue her claim against State Farm for damages caused by wind, for breach of contract, and for alleged bad faith.  She does not have the luxury of waiting for anything else, and would like her day in court while she is still alive.  As the attached letter indicates, the opinion of this litigant's doctor is that she has very little time to live.

The gravity of the Plaintiff's situation has just come to the attention of undersigned counsel, who respectfully requests this Court exercise its vast discretion in granting this Motion.

Wherefore, Plaintiffs pray that this Court issue an Order permitting this action.

        RESPECTFULLY SUBMITTED:
        THE LAW OFFICE OF JOHN W. REDMANN, LLC

        /s John W. Redmann
        JOHN W. REDMANN #19984
        Attorney for Plaintiffs
        5407 Mac Arthur Boulevard
        New Orleans, Louisiana 70130
        (504) 433-5550

Certificate:  I hereby certify that I have this    29    day of February, 2008 sent copies of the foregoing document(s) to all counsel of record through the Court's CM/ECF Electronic Notification System, U.S. Mail, telefacsimile and/or by hand delivery.

        /s John W. Redmann