**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO

JUDGE DUVAL
MAG. WILKINSON

_____

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S**
**NOTICE OF PRODUCTION**

Pursuant to the MRGO Plaintiffs' Subgroup Litigation Committee's Requests for

Production of Documents and in accordance with the Amended Master Protective Order

(Doc. No. 7634) and Case Management Order No. 4 (Doc. No. 3299), Defendant

Washington Group International, Inc. ("WGII") hereby provides notice that it has made

the following electronic production to the MRGO Plaintiffs in the above-captioned

litigation:  two DVDs consisting of documents labeled WGI084134 to WGI084212, and

WGI368739 to WGI368760.  WGII also produced a 15-page log of documents withheld

from production on the basis of attorney-client and/or attorney work-product privileges.

WGII's production may be obtained by any party to the MRGO litigation by

contacting WGII's counsel at the addresses provided below.

Dated:  February 29, 2008

914514v.1

Respectfully submitted,


/s/Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
      Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel
Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Washington Group International, Inc.'s Notice of Production has been served upon all counsel of record through the Court's CM/ECF electronic filing system on this 29th day of February, 2008.

*/s/ Heather S. Lonian*

914514v.1