UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANCES COSSE | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| VERSUS | * | |
| | * | SECTION "K" 3 |
| STATE FARM INSURANCE CO. | * | MAGISTRATE KNOWLES |

**********************************************************************

## PLAINTIFF'S MEMO IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE EX PARTE MOTION FOR EXPEDITED TRIAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Frances Cosse, who respectfully files this Memo in Support of her Motion for Leave of Court to File Ex Parte Motion for Expedited Trial.

Plaintiff's trial was originally scheduled for July, 2008. However, Plaintiff's advanced age, ill health, and doctor's letter show that Plaintiff has little time to live. The gravity of the Plaintiff's situation has just recently come to the attention of undersigned counsel.

Wherefore, Plaintiff prays that this Court grant its Motion for Leave of Court to File Ex Parte Motion for Expedited Trial.

                    RESPECTFULLY SUBMITTED:
                    THE LAW OFFICE OF JOHN W. REDMANN, LLC

                    /s John W. Redmann
                    JOHN W. REDMANN #19984

                    Attorney for Plaintiffs
                    5407 Mac Arthur Boulevard
                    New Orleans, Louisiana 70130
                    (504) 433-5550

Certificate:  I hereby certify that I have this   29   day of February, 2008 sent copies of the foregoing document(s) to all counsel of record through the Court's CM/ECF Electronic Notification System, U.S. Mail, telefacsimile and/or by hand delivery.

                                          /s John W. Redmann