UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANCES COSSE | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| VERSUS | * | |
| | * | SECTION "K" 3 |
| STATE FARM INSURANCE CO. | * | MAGISTRATE KNOWLES |

*******************************************************************

**ORDER**

     Considering the foregoing Motion For Leave of Court to File Ex Parte Motion For Expedited

Trial:

     IT IS HEREBY ORDERED that said motion in the above-captioned matter is granted

as prayed for by Plaintiff.

     New Orleans, Louisiana, this _____ day of _____, 2008.


_____
United States Magistrate Court Judge