UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANCES COSSE | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| VERSUS | * | |
| | * | SECTION "K" 3 |
| STATE FARM INSURANCE CO. | * | MAGISTRATE KNOWLES |

**********************************************************************

## EX PARTE MOTION TO EXPEDITE TRIAL AND INCORPORATED MEMORANDUM

**NOW INTO COURT**, comes JOHN W. REDMANN, counsel for plaintiff, Frances Cosse, who respectfully requests this Court reset an expedite the trial in this matter for the following reasons:

Plaintiff's advanced age and swiftly deteriorating ill health (and quite frankly, impending death) necessitate an expedited trial if she is to participate in any meaningful way (and possibly at all) in her case against Defendant. She wishes to pursue her claim against State Farm for damages caused by wind, for breach of contract, and for alleged bad faith. Plaintiff respectfully submits she would like her day in court while she is still alive. As the attached letter indicates, the opinion of this litigant's doctor is that she has very little time to live.

The gravity of the Plaintiff's situation has just come to the attention of undersigned counsel, who respectfully requests this Court exercise its vast discretion in granting this Motion.

Wherefore, Plaintiff prays that this Court issue an Order permitting this action.

*[Signature block appears on next page]*

       RESPECTFULLY SUBMITTED:
       THE LAW OFFICE OF JOHN W. REDMANN, LLC

       ____/s John W. Redmann_____
       JOHN W. REDMANN #19984
       Attorney for Plaintiffs
       5407 Mac Arthur Boulevard
       New Orleans, Louisiana 70130
       (504) 433-5550

Certificate:  I hereby certify that I have this __29__ day of February, 2008 sent copies of the foregoing document(s) to all counsel of record through the Court's CM/ECF Electronic Notification System, U.S. Mail, telefacsimile and/or by hand delivery.

       ____/s John W. Redmann_____