UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANCES COSSE | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| VERSUS | * | |
| | * | SECTION "K" 3 |
| STATE FARM INSURANCE CO. | * | MAGISTRATE KNOWLES |

**************************************************************************

### <u>ORDER</u>

Considering the foregoing Ex Parte Motion to Expedite Trial:

IT IS HEREBY ORDERED that said motion in the above-captioned matter is granted

as prayed for by Plaintiff.

IT IS FURTHER ORDERED that the Trial in this matter, currently scheduled for July, 7, 2008,

be expedited and heard on the _____ day of March, 2008 at _____ o'clock.

New Orleans, Louisiana, this _____ day of _____, 2008.


_____
United States Magistrate Court Judge