UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Volpe*   C.A. No. 07-6363 | SECTION "K"(2) |

### ORDER AND REASONS

Before the Court is a Motion to Stay and Motion to Remand filed by Paul Volpe and Diane Volpe (Doc. 8731). Having reviewed the pleadings, memoranda and the relevant law, the Court is prepared to rule.

Plaintiffs Paul Volpe and Diane Volpe seek a stay of their insurance case pending the outcome of the *Sher v. Lafayette Ins. Co.* suit which is presently on appeal at the Louisiana Supreme Court. This portion of the motion is moot as the Court entered such a stay for all cases in this consolidated matter in the Insurance Category on November 26, 2007. (Doc. 7759)

As to the Motion to Remand, plaintiffs filed the instant suit in the Thirty-Fourth Judicial District Court for the Parish of St. Bernard, State of Louisiana on August 28, 2007. At the time of the filing of the initial petition, plaintiffs alleged "substantial damage to their dwelling and the contents of their dwelling were destroyed." (¶13 of Petition). Indeed, they allege that the defendant failed to tender the full amount of the policy limits as required by the Value Policy Law (La. R. S. § 22:695) (¶42 of Petition) and for the insurer have been arbitrary and capricious in the adjustment and handling of the claim pursuant to La. Rev. Stat. §§22:658, 22:658.2 and 22:695 (¶ 56 of Petition). As such, clearly, the amount in controversy meets the requisite jurisdictional amount for this Court's exercise of diversity jurisdiction. Accordingly,

**IT IS ORDERED** that  Motion to Stay and Motion to Remand filed by Paul Volpe and

Diane Volpe (Doc. 8731) is **DENIED** as being **MOOT** with respect to the Motion to Stay and **DENIED** with respect to the Motion to Remand.

New Orleans, Louisiana, this   29th   day of February, 2008.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**