UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                            CIVIL ACTION
CONSOLIDATED LITIGATION
                                                        NO. 05-4182

PERTAINS TO:                                            SECTION "K"(2)
    *Greenwood*   C.A. No. 07-6194

## ORDER AND REASONS

Before the Court is a Motion to Remand (Doc. 8788) filed by plaintiffs Roy Greenwood and June Greenwood. Having reviewed the pleadings, memoranda and the relevant law, the Court finds no merit in the motion.

The basis of this motion to remand is that "a binding stipulation" is entered into by the plaintiff that the amount in controversy does not exceed $75,000. exclusive of interest and costs. Plaintiffs filed the instant suit in the Civil District Court for the Parish of Orleans on August 14, 2007. Subsequently, on October 2, 2007, plaintiffs filed a "Binding Stipulation" that the total value in controversy did not exceed $75,000. Prior to filing the "Binding Stipulation", defendant Homesite Insurance Company removed this matter on September 27, 2007.

Defendant contends that for the purpose of determining subject matter jurisdiction based on jurisdictional amount the petition must be examined at the time it was filed. Defendant also argues that there is jurisdiction under the Multiparty, Multiforum Trial Jurisdiction Act ("MMTJA"), 28 U.S.C. § 1369.

The law is clear that an affidavit filed post-removal is not binding with respect to jurisdictional amount. *Gebbia v. Wal-Mart Stores, Inc.* 233 F.3d 880, 883 (5th Cir. 2000), *citing St. Paul Mercury Indem. v. Red Cab Co,* 303 U.S. 283 (1938). Accordingly, the Motion to Remand is without basis in law and must be denied. As such, there is no need for the Court to

address defendant's MMTJA argument. Accordingly,

**IT IS ORDERED** that plaintiffs' Motion to Remand (Doc. 8788) is **DENIED**.

New Orleans, Louisiana, this  29th  day of February, 2008.

                                     **STANWOOD R. DUVAL, JR.**
                           **UNITED STATES DISTRICT COURT JUDGE**