UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO<br>LEVEE:  08-719 (Willis)<br><br><br>* * * * * * * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NUMBER 05-4182<br>& CONSOLIDATED CASES<br><br>SECTION "K"<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**MOTION PURSUANT TO F.R.CIV.P. 12(B)(6) AND/OR 12(C) TO DISMISS**

Now into Court, through undersigned counsel, comes defendant the Sewerage and Water Board of New Orleans to move this Court to dismiss plaintiffs' Complaint for Damages under F.R.Civ.P. 12(b)(6) and/or 12(c).  The Complaint for Damages fails to state a claim against the Sewerage and Water Board of New Orleans upon which relief can be granted.  The Sewerage and Water Board of New Orleans submits a memorandum in support of this motion.

Wherefore, defendant Sewerage and Water Board of New Orleans prays that after due proceedings are held, that this Court grant its motion and dismiss plaintiffs' claims against the Sewerage and Water Board of New Orleans pursuant to F.R.Civ.P. 12(b)(6) and/or 12(c), with prejudice, at plaintiffs' cost.

Respectfully submitted,

s/Charles M. Lanier, Jr.
————————————————————
**CHARLES M. LANIER, JR. #18299 T.A.**
**J. WARREN GARDNER – BAR #5928**
**KEVIN R. TULLY - BAR #1627**
**GREGORY S. LACOUR – BAR #23823**
**W. NICHOLAS DIETZEN–BAR#31135**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700


**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT
SEWERAGE AND WATER BOARD OF
NEW ORLEANS

## **CERTIFICATE**

I do hereby certify that on the 29th day of February, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.


s/Charles M. Lanier, Jr.
————————————————————
CHARLES M. LANIER, JR.

CK_DOCS 394162v1