UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | **CIVIL ACTION** **NUMBER 05-4182** **& CONSOLIDATED CASES** |
| **THIS DOCUMENT RELATES TO LEVEE:  08-719 (Willis)** | * * * * * * | **SECTION "K"** **JUDGE DUVAL** **MAGISTRATE WILKINSON** |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

**REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 78.1E**

Now into Court, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans ("SWB") and requests oral argument on its motion to dismiss pursuant to F.R.Civ.P. 12(b)(6) and/or 12(c). The SWB believes oral argument would assist the Court to decide its motion to dismiss plaintiffs' claims.

Wherefore, the Sewerage and Water Board of New Orleans requests this Court grant oral argument on its motion to dismiss on March 19, 2008, at 9:30 a.m., or as the Court may otherwise order.

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.-#18299 T.A**.
**J. WARREN GARDNER – BAR #5928**
**KEVIN R. TULLY - BAR #1627**
**GREGORY S. LACOUR – BAR #23823**
**W. NICHOLAS DIETZEN – BAR #31135**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

**ATTORNEYS FOR DEFENDANT SEWERAGE AND WATER BOARD OF NEW ORLEANS**

## C E R T I F I C A T E

I do hereby certify that on the 29th day of February, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

        s/Charles M. Lanier, Jr.
        CHARLES M. LANIER, JR.