UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | |
| | * | SECTION "K" 3 |
| COSSE C.A. No. 06-11198 | * | MAGISTRATE KNOWLES |

*************************************************************************

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE EX PARTE MOTION TO UNCONSOLIDATE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Frances Cosse, who respectfully requests leave of court to file her Motion to Unconsolidate and Incorporated Memorandum. As the attached Motion indicates, Plaintiff is elderly and very sick, and may not be with us by the time the consolidated cases are heard by the Court.

Wherefore, Plaintiff prays that this Court issue an Order permitting this action.

RESPECTFULLY SUBMITTED:
THE LAW OFFICE OF JOHN W. REDMANN, LLC

     /s John W. Redmann     
JOHN W. REDMANN #19984
Attorney for Plaintiffs
5407 Mac Arthur Boulevard
New Orleans, Louisiana 70130
(504) 433-5550

Certificate: I hereby certify that I have this __3__ day of March, 2008 sent copies of the foregoing document(s) to all counsel of record through the Court's CM/ECF Electronic Notification System, U.S. Mail, telefacsimile and/or by hand delivery.

     /s John W. Redmann