UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | |
| | * | SECTION "K" 3 |
| COSSE C.A. No. 06-11198 | * | MAGISTRATE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion For Leave of Court to File Ex Parte Motion to Unconsolidate:

IT IS HEREBY ORDERED that said motion in the above-captioned matter is granted as prayed for by Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States Magistrate Court Judge