UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | |
| | * | SECTION "K" 3 |
| COSSE C.A. No. 06-11198 | * | MAGISTRATE KNOWLES |

************************************************************************

### EX PARTE MOTION TO UNCONSOLIDATE AND INCORPORATED MEMORANDUM

_____**NOW INTO COURT**, comes JOHN W. REDMANN, counsel for plaintiff, Frances Cosse, who respectfully requests this Court unconsolidate this case from the litigation entitled, *In Re: Katrina Canal Breaches Litigation*, C.A. No. 05-4182, and respectfully represents:

This case was consolidated by this Court (Rec Doc 25) with many dozens of other Hurricane cases in which plaintiffs seek to recover from their homeowner's insurers damages resulting from the breach of canals and/or levees.

Due to her swiftly deteriorating ill health (and quite frankly, impending death), Plaintiff Frances Cosse is no longer interested in pursuing levee breach damages. Instead, she wishes to pursue her claim against State Farm for damages caused by wind, for breach of contract, and for alleged bad faith. She does not have the luxury of waiting for anything else, and would like her day in court while she is still alive. As the attached letter indicates, the opinion of this litigant's doctor is that she has very little time to live. See Attached Exhibit A - Dr. Biambelluca Letter.

The gravity of the Plaintiff's situation has just come to the attention of undersigned counsel, who respectfully requests this Court exercise its vast discretion in granting this Motion.

Wherefore, Plaintiffs pray that this Court issue an Order permitting this action.

RESPECTFULLY SUBMITTED:
THE LAW OFFICE OF JOHN W. REDMANN, LLC


_____/s John W. Redmann_____
JOHN W. REDMANN #19984
Attorney for Plaintiffs
5407 Mac Arthur Boulevard
New Orleans, Louisiana 70130
(504) 433-5550


Certificate:  I hereby certify that I have this ___3___ day of March, 2008 sent copies of  the foregoing document(s) to all counsel of record through the Court's CM/ECF Electronic Notification System, U.S. Mail, telefacsimile and/or by hand delivery.


_____/s John W. Redmann_____