# LAW OFFICE OF JOHN W. REDMANN, LLC

**JOHN W. REDMANN**
E-mail: john@redmannlaw.com

**NORTON J. ARBELAEZ**
E-mail: njarbe@yahoo.com

**OF COUNSEL**
Eugene P. Redmann
Richard L. Root
Yurbin E. Velasquez

February 06, 2008

Dr. Lawrence Giambelluca
Belle Chase Family Medical Center
8200 Hwy 23
Belle Chase, La. 70037

Via Facsimile: 504-398-1030

RE: Your patient, my client: Frances Cosse
    Request for patient's medical status

Dear Dr. Giambelluca:

This office is privileged to represent Mrs. Frances Cosse in connection with her Hurricane Katrina homeowner's insurance claim. Mrs. Cosse informs us that you are her primary care physician and that accordingly you advised her that she is facing significant medical challenges that are getting worse by the day.

Mrs. Cosse has informed us that she believes her health is deteriorating at a rate such that her trial, currently set for July 2008, may not be able to take place.

So, if you agree that her health condition is in fact going from bad to worse and by the time July 2008 arrives this will pose a threat to her, I would like you to indicate same by signing and dating below where indicated so that I may ask the court to "pull out all the stops" and move forward her trial date as much as possible. I have attached an executed HIPAA form permitting you to share this medical information.

Understood/Agreed: _____ Date: 2-6-08
                   Lawrence Giambelluca, M.D.

L. A. GIAMBELLUCA, M.D.

Sincerely,

JOHN W. REDMANN

JWR/rcb
Enclosures: as stated
Z:\Cosse, Frances Katrina\Correspondence\2008 02 04 Ltr of req to Dr.wpd

5407 MacArthur Boulevard, New Orleans, Louisiana 70131
(504) 433-5550   Fax: (504) 433-5556