UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | |
| | * | SECTION "K" 3 |
| COSSE C.A. No. 06-11198 | * | MAGISTRATE KNOWLES |

**********************************************************************

### PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE EX PARTE MOTION FOR EXPEDITED TRIAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Frances Cosse, who respectfully requests leave of court to file her Motion to Expedite Trial and Incorporated Memorandum. As the attached Motion indicates, Plaintiff and her doctor believe her health is deteriorating at such a rate that a July, 2008 trial may not be able to take place.

Wherefore, Plaintiff prays that this Court issue an Order permitting this action.

RESPECTFULLY SUBMITTED:
THE LAW OFFICE OF JOHN W. REDMANN, LLC

   /s John W. Redmann
JOHN W. REDMANN #19984

Attorney for Plaintiffs
5407 Mac Arthur Boulevard
New Orleans, Louisiana 70130
(504) 433-5550

Certificate: I hereby certify that I have this __3__ day of March, 2008 sent copies of the foregoing document(s) to all counsel of record through the Court's CM/ECF Electronic Notification System, U.S. Mail, telefacsimile and/or by hand delivery.

   /s John W. Redmann