UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION 06-11198 |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | |
| | * | SECTION "K" 3 |
| COSSE C.A. No. 06-11198 | * | MAGISTRATE KNOWLES |

**********************************************************************

### EX PARTE MOTION TO EXPEDITE TRIAL AND INCORPORATED MEMORANDUM

**NOW INTO COURT**, comes JOHN W. REDMANN, counsel for plaintiff, Frances Cosse, who respectfully requests this Court reset an expedite the trial in this matter for the following reasons:

Plaintiff's advanced age and swiftly deteriorating ill health (and quite frankly, impending death) necessitate an expedited trial if she is to participate in any meaningful way (and possibly at all) in her case against Defendant. She wishes to pursue her claim against State Farm for damages caused by wind, for breach of contract, and for alleged bad faith. Plaintiff respectfully submits she would like her day in court while she is still alive. As the attached letter indicates, the opinion of this litigant's doctor is that she has very little time to live. See Attached Exhibit A - Dr. Biambelluca's Letter.

The gravity of the Plaintiff's situation has just come to the attention of undersigned counsel, who respectfully requests this Court exercise its vast discretion in granting this Motion.

Wherefore, Plaintiff prays that this Court issue an Order permitting this action.

*[Signature block appears on next page]*

                          RESPECTFULLY SUBMITTED:
                          THE LAW OFFICE OF JOHN W. REDMANN, LLC

                          _/s John W. Redmann_
                          JOHN W. REDMANN #19984
                          Attorney for Plaintiffs
                          5407 Mac Arthur Boulevard
                          New Orleans, Louisiana 70130
                          (504) 433-5550

<u>Certificate:</u>  I hereby certify that I have this __3__ day of <u>March, 2008</u> sent copies of the foregoing document(s) to all counsel of record through the Court's CM/ECF Electronic Notification System, U.S. Mail, telefacsimile and/or by hand delivery.

                                            _/s John W. Redmann_