UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE  SECTION "K"(2)
**JEFFERSON, 07-8880**

## ORDER

Considering the Motion to Enroll Additional Counsel by Plaintiffs (Rec. Doc. 11475), accordingly

**IT IS ORDERED** that the motion is **GRANTED**. Attorney Lawrence J. Centola, Jr., shall be enrolled as additional counsel for plaintiffs.

New Orleans, Louisiana, this \_\_\_3rd\_\_\_ day of March, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**