UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
     CONSOLIDATED LITIGATION
                                         NO. 05-4182

PERTAINS TO: INSURANCE                   SECTION "K"(2)
     **KRAMER, 07-5960**

## ORDER

Considering the Motion to Enroll Additional Counsel by Plaintiffs (Rec. Doc. 11481), accordingly

**IT IS ORDERED** that the motion is **GRANTED**. Attorney Lawrence J. Centola, Jr., shall be enrolled as additional counsel for plaintiffs.

New Orleans, Louisiana, this ___3rd___ day of March, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE