**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO (*Robinson, 06-2268*) | § | |
| | § | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | § | |

**DEFENDANT UNITED STATES OF AMERICA'S**
**PRELIMINARY LIST OF EXHIBITS**

Pursuant to the Court's Revised Robinson Case Management Order No. 1 (Docket No. 3603), Defendants United States of America and the United States Army Corps of Engineers (collectively herein, the "United States"[1]), through undersigned counsel, hereby submit this Preliminary List of Exhibits.

---

[1] The United States Army Corps of Engineers cannot be sued *eo nomine* under the Federal Tort Claims Act.  *See Galvin v. Occupational Safety & Health Administration*, 860 F.2d 181, 183 (5th Cir. 1988).

1

1.      U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and
        Southeast Louisiana Hurricane Protection System, Final Report of the Interagency
        Performance Evaluation Task Force (Mar. 26, 2007), including underlying data

2.      U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and
        Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency
        Performance Evaluation Task Force (June 1, 2006), including underlying data

3.      American Society of Civil Engineers External Review Panel, The New Orleans
        Hurricane Protection System: What Went Wrong and Why (2007), including underlying
        data

4.      "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during
        Hurricane Katrina

5.      Independent Levee Investigation Team, Investigation of the Performance of the New
        Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6.      Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7.      "MR-GO" Master Consolidated Class Action Complaint

8.      "MR-GO" Amended Master Consolidated Class Action Complaint.

9.      U.S. Army Corps of Engineers, Tulsa TERC Contract No. DACA56-94-D-0021, Task
        Order No. 26 and Modifications

10.     House Doc. No. 82-245 (1951) (Army Submission re MRGO)

11.     An Act to Authorize Construction of the Mississippi River-Gulf Outlet, Pub. L.No.
        84-455, 70 Stat. 65, 65 (1956)

12.     H.R. Doc. No. 71-46 (1930)

13.     MRGO Design Mem. 1-A (July 1957)

14.     Mississippi River-Gulf Outlet St. Bernard Parish, La. Bank Erosion Reconnaissance
        Report (USACE February 1988)

15.    House Doc. No. 89-231 Re: Lake Pontchartrain and Vicinity Hurricane Protection Plan (July 6, 1965)

16.    LPVHPP Reevaluation Study Main Rep. (Vol. 1, July 1984)

17.    MRGO Design Mem. 1-B (Rev. May 1959)

18.    Mississippi River-Gulf Outlet St. Bernard Parish, La. Bank Erosion Reconnaissance Report (USACE January 1994)

19.    Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana (Mar. 1976)

20.    LPVHPP Map, 30 Sep. 1995

21.    MRGO Design Mem. 1-C (Nov. 1959)

22.    H.R. Doc. No. 82-6 (1951)

23.    An Act authorizing the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes, Pub. L. No. 79-14, 59 Stat. 10, 30 (1943)

24.    MRGO, Design Mem. No. 2 (June 1959)

25.    MRGO Deep Draft De-authorization Interim Report to Congress (December 2006)

26.    Integrated Final Report to Congress and Legislative Environmental Impact Statement for MRGO Deep-Draft De-authorization Study (1 November 2007)

27.    H.R. Doc. No. 82-245 (1951)

28.    Woolley, Douglas and Leonard Shabman, "Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007

29.    Letter from U.S. Secretary of the Interior Fred A. Seaton to former Army Secretary Wilber M. Bruckner dated August 22, 1957

30.    Memorandum from F.C. Gillett, Acting Regional Director of the U.S. Fish and Wildlife Service, to the Director of the U.S. Fish and Wildlife Service dated September 24, 1959

31.   J. Westerink, B. Ebersole, and H. Winer, Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity (February 21, 2006)

32.   URS Corp., The Direct Impact of the Mississippi River Gulf Outlet on Hurricane Storm Surge (prepared for Louisiana Department of Natural Resources) (2006)

33.   U.S. Army Corps of Engineers, New Orleans District, Numerical Modeling of Storm Surge Effect of MRGO Closure (2003)

34.   C.L. Bretschneider and J.I. Collins, Storm Surge Effects of the Mississippi River Gulf Outlet, Study A, National Engineering Science Company Report No. SN 326-A (1966)

35.   LPVHPP Design Memorandum No. 1, Parts I and IV

36.   LPVHPP Design Memorandum No. 2, "Citrus Back Levee"

37.   LPVHPP Design Memorandum No. 2, "New Orleans East Back Levee"

38.   LPVHPP Design Memorandum No. 3 & Supp. No. 1

39.   LPVHPP Design Memorandum No. 5

40.   LPVHPP Map, 1998

41.   June 2, 2006 photographs by Dr. Francisco Silva-Tulla (WGI082924-998)

42.   *Graci v. United States*, 435 F. Supp. 189 (E.D. La. 1977)

43.   Deposition Transcript:  USACE 30(b)(6) Witnesses

44.   702c Expert Report (Theis) and related appendices/exhibits

45.   702c Expert Report (Arnold) and related appendices/exhibits

46.   702c Expert Report (Bea) and related appendices/exhibits

47.   702c Expert Report (Morris) and related appendices/exhibits

48.    702c Expert Report (Vrijling) and related appendices/exhibits

49.    702c Expert Report (Kemp) and related appendices/exhibits

50.    702c Expert Report (Day) and related appendices/exhibits

51.    702c Expert Report (Penland) and related appendices/exhibits

52.    Deposition Transcript:  Richard Varuso (August 22, 2006)

53.    Deposition Transcript:  Dalrymple (September 18, 2007)

54.    Expert Report of Robert A. Dalrymple (August 29, 2007)

55.    Mississippi River-Gulf Outlet, Louisiana - Bank Erosion:  Issue Paper (USACE February 17, 1993)

56.    Louisiana Coastal Area Ecosystem Restoration Study (November 1, 2004)

57.    U.S. Government Accountability Office, Hurricane Protection:  Statutory and Regulatory Framework for Levee Maintenance and Emergency Response for the Lake Pontchartrain Project (GAO 06-3622T) (December 15, 2005)

58.    U.S. Government Accountability Office, Army Corps of Engineers:  History of the Lake Pontchartrain and Vicinity Hurricane Protection Project (GAO 06-244T) (November 9, 2005)

59.    General Accounting Office Report Re:  Lake Pontchartrain and Vicinity Hurricane Protection Plan (August 31, 1976)

60.    Deposition Transcript:  Johannes Vrijling (*Robinson* 702c proceedings)

61.    Deposition Transcript:  Bob Bea (*Robinson* 702c proceedings)

62.    Letter from Carey Curlin to Jack Stephens, St. Bernard Parish (May 31, 1979)

63.    Polder Flood Simulations for Greater New Orleans, Hurricane Katrina 2005, Delft University, M. Kok, M. Aalberts, B. Masskant, L. de Wit (July 30, 2007)

64.    Design and Construction of Levees, USACE EM 1110-2-1913 (March 31, 1978 ed.)

5

65.   Engineering and Design, Design and Construction of Levees, USACE EM 1110-2-1913 (April 20, 2000 ed.)

66.   Flood Control Act of 1965, P.L. 89-298, 79 Stat. 1073 (October 27, 1965)

67.   Geological Investigation of the Mississippi River-Gulf Outlet Channel (USACE 1958)

68.   Complaint of Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz against the United States and United States Army Corps of Engineers (Civil Action No. 06-2268, R.D. 1, April 25, 2006)

69.   Dr. G. Paul Kemp, Data Supplied to Delft Team Modeling Internal Flooding of Greater New Orleans During Hurricane Katrina (July 28, 2007)

70.   Deposition Transcript:  Paul Kemp (*Robinson* 702c proceedings)

71.   Deposition Transcript:  Johannes Vrijling (*In re Katrina* class certification proceedings, Vol. 1)

72.   Deposition Transcript:  Johannes Vrijling (*In re Katrina* class certification proceedings, Vol. 2)

73.   Declaration of Gerard A. Colletti (January 10, 2008)

74.   Declaration of Alfred Naomi (January 11, 2008)

75.   Exhibit to Declaration of Alfred Naomi

76.   Deposition Transcript:  Art Theis (*Robinson* 702c proceedings, November 8, 2007)

77.   Map:  LPVHPP Chalmette Area Plan

78.   Deposition Transcript:  John Day (*Robinson* 702c proceedings, November 19, 2007)

79.    Deposition Transcript:  Shea Penland (*Robinson* 702c proceedings, November 19, 2007)

80.    House Doc. No. 79-2165 (1946), Authorizations for Reservoirs, Levees, and Flood Ealls for Flood Control, Flood Control Act of 1946

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ Kara K. Miller
KARA K. MILLER
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Dated: March 3, 2008          Attorneys for the United States

7

<u>CERTIFICATE OF SERVICE</u>

    I, Kara K. Miller, hereby certify that on March 3, 2008, I served a true copy of the United States' Preliminary List of Exhibits upon all parties by ECF.


               <u>   s/   Kara K. Miller      </u>
                 KARA K. MILLER