UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| * * * * * * | * | |
| PERTAINS TO:   INSURANCE | * | SECTION "K-2" |
| | * | |
| R.C. TIPPEN and CARRIE TIPPEN | * | JUDGE DUVAL |
| C.A. NOS. 06-7701 c/w 06-8440 | * | |
| | * | MAG. JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

**STATEMENT OF UNDISPUTED FACTS**

NOW INTO COURT, through undersigned counsel, comes Defendant, Fidelity National Property and Casualty Insurance Company ("FNPAC"), which respectfully submits that the following listed facts, and no others, are material to the Defendant's Motion for Summary Judgment, and that as to the following listed facts, there is no genuine dispute between the parties. It is upon the below listed undisputed material facts, that the Defendant has based its assertion that it is entitled to summary judgment as a matter of law, dismissing this lawsuit in its entirety with prejudice and at the Plaintiffs' cost:

1. Plaintiffs, R.C. and Carrie Tippen, were the holders of a National Flood Insurance Program ("NFIP") Standard Flood Insurance Policy ("SFIP") issued by Defendant FNPAC that was in full force and effect at the time of Hurricane Katrina on or about August 29, 2005. The full text of the Plaintiffs' Dwelling Form SFIP is found at 44 C.F.R. Pt. 61, App. A(1)(2004), as it is a

1

codified Federal regulation.  Plaintiffs' SFIP was policy number 17 7700173894 02, with a policy term of July 30, 2005 to July 30, 2006, in the amounts of $75,000 building coverage and $18,000 contents coverage, each with a $500 deductible, for the property located at 10118 Springwood Street, New Orleans, LA 70127-3639.

  2.  Defendant issued the Plaintiffs' SFIP as a Write-Your Own ("WYO") Program carrier, and pursuant to an "Arrangement" with the Federal government, the text of which is found at 44 C.F.R. Part 62, Appendix A.  Defendant's role in the NFIP is to act as the "fiscal agent" and "fiduciary" of the United States. 42 U.S.C. § 4071(a)(1) and 44 C.F.R. § 62.23(f).

  3.  There is no other policy of flood insurance put at issue by the Plaintiffs' Complaint than Plaintiffs' NFIP/SFIP issued by FNPAC.

  4. During Katrina, Plaintiffs' insured property suffered damage due to twenty inches of flood water inside the home.  Plaintiffs filed a claim for benefits under their SFIP with the Defendant, FNPAC.

  5.  Defendant assigned an independent adjuster to the Plaintiffs' claim to inspect and adjust the Plaintiffs' flood loss, as per the terms of the Plaintiffs' SFIP, specifically SFIP Art. VII(J)(7).

  6.  During the adjustment process, Defendant determined that there were damages payable in the amount of $35,448.38 for the Plaintiffs' dwelling and $18,000.00 policy limits for the Plaintiffs' contents inside the dwelling, for which FNPAC's records indicate payment was made on the claim.

  7. Plaintiffs and Defendant disagree over the Defendant's adjustment and settlement of this claim.  Plaintiffs and Defendant disagree over whether additional Federal benefits are payable upon the Plaintiffs' claim.

8. Plaintiffs' lawsuit seeks Federal benefits under the Plaintiffs' SFIP, since claims are paid with Federal funds as a direct charge on the Treasury. 44 C.F.R. Pt. 62, App. A, Art. II(E) and III(D)(1) and (2).

9. Plaintiffs did not at any time file a sworn Proof of Loss in support of the monies now being sought in this lawsuit.

10. Plaintiff's lawsuit was filed in breach of SFIP Article VII(J)(4) and VII(R) of the SFIP.

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

*/s/ William R. DeJean*
WILLIAM R. DeJEAN, La. S.B. 22762
GERALD J. NIELSEN, La. S.B. 17078
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
Telephone: (504) 837-2500
Facsimile:   (504) 832-9165
wdejean@nielsenlawfirm.com
Counsel for Defendant: Fidelity National Property and Casualty Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel.

*/s/ William R. DeJean*
William R. DeJean

3