UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| * * * * * * | * | |
| PERTAINS TO:   INSURANCE | * | SECTION "K-2" |
| | * | |
| R.C. TIPPEN and CARRIE TIPPEN | * | JUDGE DUVAL |
| C.A. NOS. 06-7701 c/w 06-8440 | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Please take notice that the attached Motion for Summary Judgment will be brought for hearing before the Honorable Judge Stanwood R. Duval, Jr. on Wednesday, the 19th day of March, 2008, at 9:30 o'clock a.m. in Room C-352 at the United States District Court located at 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

*/s/ William R. DeJean*
WILLIAM R. DeJEAN, La. S.B. 22762
GERALD J. NIELSEN, La. S.B. 17078
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
Telephone: (504) 837-2500
Facsimile:  (504) 832-9165
wdejean@nielsenlawfirm.com
Counsel for Defendant: Fidelity National Property and Casualty Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel.

                                          */s/ William R. DeJean*
                                          William R. DeJean