U.S. Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472



# FEMA

## August 31, 2005

## National Flood Insurance Program

**Subject:** Waiver of the Proof of Loss Requirement in the Standard Flood Insurance Policy (SFIP)

Recently, a number of States experienced catastrophic losses as a result of Hurricane Katrina. As a result, there may be a shortage of qualified adjusters available to adjust the losses resulting from this hurricane. So, there is an urgent need to expedite claims payments to policyholders.

To expedite claims payments so that policyholders affected by these circumstances are not subject to undue hardship, I am waiving the requirement in VII.J.4 of the SFIP Dwelling and General Property Forms and VIII.J.4 of the SFIP Residential Condominium Building Association Policy Form for the policyholder to file a proof of loss prior to receiving insurance proceeds. Instead, payment of the loss will be based on the evaluation of damage in the adjuster's report. This means the requirement in VII.M.1 and VIII.M.1 that losses will be payable 60 days after the insurer receives the policyholder's proof of loss (or within 90 days after the adjuster files a report signed and sworn to by the policyholder in lieu of a proof of loss) will not apply. Instead, the loss will be payable as soon as practicable after the insurer receives the adjuster's report. This procedure will allow the insurer to promptly adjust, settle, and pay claims based on the adjuster's report. Also, under the terms of this waiver, the following sections will not apply: VII.J.7, J.9, and M.2.c of the SFIP Dwelling and General Property Forms and VIII.J.7, J.9, and M.2.c of the SFIP Residential Condominium Building Association Policy Form.

In the event a policyholder disagrees with the insurer's adjustment, settlement, or payment of the claim, a policyholder may submit to the insurer a proof of loss within one year from the date of the loss. The proof of loss must meet the requirements of VII.J.4 of the SFIP Dwelling or General Property Form or VIII.J.4 of the SFIP Residential Condominium Building Association Policy Form. The insurer will then process the policyholder's proof of loss in its normal fashion. If the insurer rejects the proof of loss in whole or in part, the policyholder may file a lawsuit against the insurer within one year of the date of the written denial of all or part of the claim as provided in VII.R of the SFIP Dwelling or General Property Form or VIII.R of the SFIP Residential Condominium Building Association Policy Form.

For example, a policyholder who suffered a flood loss from Hurricane Katrina on August 23, 2005, and disagrees with the insurer's decision based on the adjuster's report has until August 22, 2006, to file the proof of loss detailing the area(s) of disagreement.

This waiver is pursuant to the provisions dealing with amendments, waivers, and assignments of the SFIP (VII.D. of the SFIP Dwelling Form and General Property Form and VIII.D. of the SFIP Residential Condominium Building Association Policy Form). Since the potential adjuster availability problem will affect not only the claims from Hurricane Katrina, but also any other flood events that may occur while the adjustment of claims from Hurricane Katrina is ongoing, this waiver applies to all claims arising on August 23, 2005, and thereafter until December 31, 2005.

Date
August 31, 2005

David I. Maurstad
Acting Federal Insurance Administrator
Federal Emergency Management Agency
U.S. Department of Homeland Security



*National Flood Insurance Program*
**U.S. Department of Homeland Security**
P.O. Box 310
Lanham, MD 20703-0310

W-06003

January 12, 2006

MEMORANDUM FOR:   Write Your Own (WYO) Principal Coordinators
and the NFIP Servicing Agent

FROM:   WYO Clearinghouse

SUBJECT:   Revision – Waiver of the Proof of Loss Requirement in the Standard Flood Insurance Policy (SFIP)

On August 31, 2005, the Acting Federal Insurance Administrator waived certain proof of loss requirements of the Standard Flood Insurance Policy. This waiver applied to all claims arising on August 23, 2005, and thereafter until December 31, 2005. However, due to the recent storms in California, which affected properties on December 31, 2005, **the Administrator has extended the waiver to all claims arising on August 23, 2005, and thereafter until January 3, 2006.**

A copy of the original waiver is attached.

If you have any questions, please contact your WYO Business Analyst.

Attachment

cc: Vendors, IBHS, FIPNC, WYO Marketing Committee, Government Technical Representative

Suggested Routing: Claims, Marketing, Underwriting