Fidelity National Property and Casualty Insurance Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
1-800-820-3242

BFL 99.001 0605
0073185
7/04/05

# FIDELITY
NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY

**FLOOD DECLARATIONS PAGE**

2000 00000 FLD RGLR
Policy Type

| Policy Number | Prior Policy Number | Renewal | | FLD RGLR |
|---|---|---|---|---|
| 17 7700173894 02 | | Date of Issue | 7/04/05 | Dwelling Form |

| Policy Period | | Term | Inception Date | Code | Phone |
|---|---|---|---|---|---|
| From: 7/30/05 To: 7/30/06 | 12:01 am Standard Time | 1 yr(s) | 7/30/03 12:01am | 0073185 | (504) 828-0400 |

Agent (504) 828-0400
HARRY KELLEHER AND CO INC
5720 SALMEN ST
HARAHAN LA 70123

MR AND MRS R C TIPPEN
10118 SPRINGWOOD ST
NEW ORLEANS LA 70127-3639

Insured Location (if other than above)
10118 SPRINGWOOD ST, NEW ORLEANS LA 70127-3639

## Rating Information

Building Description  Single Family
# of Floors           One Floor
Basement/Enclosure    None

Community Name    NEW ORLEANS/ORLEANS PARISH
Community #       225203
Community Rating  08 / 05%
Program Status    Regular
Risk Zone         B

Condo Type            N/A
# of Units            0
Adjacent Grade        0
Elevation Difference  N/A

Location Description
Contents Location    Lowest Floor Only Above Ground Level

## Coverage                                     Deductible              Premium

| | | | |
|---|---|---|---|
| BUILDING | $75,000 | $500 | $355.00 |
| CONTENTS | $18,000 | $500 | $178.00 |
| | | ANNUAL SUBTOTAL: | $533.00 |
| | | DEDUCTIBLE CREDIT: | $.00 |
| | | ICC PREMIUM: | $6.00 |
| | | COMMUNITY DISCOUNT: | $27.00 |

**THIS IS NOT A BILL**

**DEAR MORTGAGEE**
The Reform Act of 1994 requires you to notify the WYO company for this policy within 60 days of any changes in the servicer of this loan.

The above message applies only when there is a mortgagee on the insured location.

TOTAL WRITTEN PREMIUM:       $512.00
FEDERAL POLICY SERVICE FEE:  $30.00

TOTAL PREMIUM:   $542.00
Premium paid by: Insured

## Special Provisions:

This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See III. Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company. Coverage Limitations may apply. Please refer to your Flood Insurance Policy for details.

## Forms and Endorsements:

BFLD99.100 0503 0503      GFLD99.311 0103 0102

This policy is issued by
Fidelity National Property and Casualty

Copy Sent To: As indicated on back or additional pages, if any.

0073185177700173894051850000L

Company

FN 0001

```
                                                          BFL 99.001 0605
                                                              0073185
                                                              7/04/05
```

```
17  7700173894    02
```

Agent (504)828-0400
  HARRY KELLEHER AND CO INC
  5720 SALMEN ST
  HARAHAN LA 70123

1st Mortgagee
  STANDARD MORTGAGE CORP
  ISAOA ATIMA
  701 POYDRAS ST
  701 POYDRAS ST 300 PLAZA
  NEW ORLEANS LA 70139-6001

```
0073185177700173894051850000l           Company                       FN 0002
```