Cla. #05-0027314

DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
NATIONAL FLOOD INSURANCE PROGRAM

OMB No 1660-0005
Expires JUNE 30 2007
See Privacy Act Statement and Paperwork Burden Disclosure Notice

THE NFIP REQUIRES THAT A PRELIMINARY REPORT BE RECEIVED WITHIN 15 DAYS OF ASSIGNMENT AND AN INTERIM OR FINAL REPORT NOT LATER THAN EVERY 30 DAYS THEREAFTER

## PRELIMINARY REPORT

| | | | |
|---|---|---|---|
| INSURED | Mr & Mrs RC Tippen | POLICY NUMBER | 17-7700173894- -0 |
| PROPERTY ADDRESS | 10118 Springwood St New Orleans LA 70127 | DATE OF LOSS | 8/29/2005 |
| MAILING ADDRESS | 2044 Saint Nick Dr New Orleans LA 70131 | CATASTROPHE NO | |
| INSURED TELEPHONE NUMBER - HOME ( ) -  WORK (504)415-2804 | | ADJ FILE NO | 103577 |
| ADJUSTING COMPANY | Colonial Claims Corp | TAX ID NO | 59-3548430 |
| ADJUSTER ADDRESS | 2200 Bayshore Blvd Dunedin FL 34698 | ADJ PHONE NO | 727-738 1386 |

DATE LOSS ASSIGNED 10/21/2005    DATE INSURED CONTACTED 10/21/2005    DATE LOSS INSPECTED 10/21/2005

**ENCLOSURE**
[ ] Building Worksheets 0    [X] Photographs (2)    [ ] Proof of Loss    [X] Other Advance Request
[ ] Contents Worksheets 0    [ ] Narratives ( pp)    [ ] R/C Proof    [ ] Other

**INSURANCE**
Coverage verified from [ ] NFIP [X] Agent's Daily [ ] Insured's Policy    Program [ ] Emergency [X] Regular
Term 7/30/2005 to 7/30/2006    Form [X] Dwelling [ ] Gen Property [ ] RCBAP

|  | Coverage | Deductible | Reserve |
|---|---|---|---|
| RESERVES Building | $75 000 00 | $500 00 | $75 000 00 |
| Contents | $18 000 00 | $500 00 | $18 000 00 |

ADVANCED PAYMENT REQUESTED? [ ] No [X] Yes    Building 10,000.—    Contents $3 000 00   JM
If yes Proof of Loss for amount of payment and supporting documentation must be submitted with this report

**RISK**
Type of Building: [X] Single Family [ ] 2-4 Family [ ] Condo Assn [ ] Condo Unit [ ] Other Residential [ ] Non-residential
[ ] Mobile Home   Make _____ Model _____ Serial No _____
Occupancy [X] Owner [ ] Tenant [ ] State Government Owned [ ] Unoccupied    Residency [X] Principal [ ] Seasonal
Title Verified? [ ] Yes [X] No   Source of verification _____
Number of floors in building incl basement [X] 1 [ ] 2 [ ] 3 or more    **DROP FILE** building a split level? [ ] Yes [ ] No
In case of multiple occupancy indicate floor(s) occupied by insured [ ] Basement [ ] First [ ] Second and/or above
Type of basement [X] None [ ] Unfinished [ ] Finished   Height [ ] Feet [ ] Inches    Is basement floodproofed? [ ] Yes [ ] No
Is building elevated? [X] No [ ] Yes   Foundation area enclosure [ ] None [ ] Breakaway walls [ ] Unfinished [X] Finished

Is risk under construction? [X] No    Prior condition of
[ ] New Building    Building [ ] Poor [ ] Fair [X] Good [ ] Very good
[ ] Improvement in progress    Contents [ ] Poor [ ] Fair [X] Good [ ] Very good

Foundation Structure
Piles [11] Conc [12] Wood [13] Steel    Piers [21] Reinf conc [22] Reinf block [23] Unreinf block [24] Brick [25] Other [30] Wood posts
Walls [41] Reinf conc [42] Block [43] Reinf conc shear [44] Treated plywood [45] Brick [46] Other [XX] Concrete Slab [60] Other _____

Exterior Wall Structure
[1] Reinf concrete [4] Steel and glass
[2] Concrete block [5] Brick or stone
[X] Wood stud [6] Other

Exterior Wall Surface Treatment
[1] Unfinished [3] Stucco    [5] Metal sheathing/siding
[X] Stone/brick veneer [4] Wood Siding    [X] Vinyl sheathing/siding
[6] Other

Contents are [X] Household    Contents located in [ ] Basement   [ ] Basement and first floor   [X] First floor
[ ] Other than household    [ ] First floor and above   [ ] Second floor and above

Nearest body of water   Canal    Distance from risk   1 25 Miles

**ORIGIN**
Was there a general and temporary condition of flooding [ ] No  Explain fully in Narrative
[X] Yes   Indicate cause of loss
Cause of Loss [1] Tidal water overflow [X] Stream river or lake overflow [3] Alluvial fan overflow [4] Accumulation of rainfall or snowmelt
Flood Characteristics [ ] Velocity flow [X] Low velocity flow or ponding [ ] Wave action [ ] Mud flow [ ] Erosion
Was flood associated with failure of a dam storm drain
system pump(s) other flood control measures etc? [X] Yes [ ] No    If "YES" to either question complete
Did other than natural cause contribute to flooding? [ ] Yes [X] No    "Cause of Loss and Subrogation Report"

| | | Water Height or Wave Action | Exterior | Interior |
|---|---|---|---|---|
| Date/time water entered building | 08/29/2005 10 00PM | | | |
| Date/time water receded building | 9/9/05 10 00 PM | Main Building / Condo Assn | 24 | 20" |
| Time water remained in building | 10 Days | Apartment / Condo Unit | | |

10/28/2005
Date of Report

Paul Placano
Fidelity National Property and Casualty
REPLACES ALL PREVIOUS EDITIONS

Adjuster's FCN

FEMA FORM 81-57 JUL 04    F-093 (7/04)

FN 0003