# CASES DISMISSED FOR NO PROOF OF LOSS
(as of 1/4/07)

**First Circuit**

    **Massachusetts District Court**

    *Nabhan v. National Con-Serv, Inc.*, 1 F.Supp.2d 91, 96 (D.Mass. 1998)

    *Steelcraft, Inc. v. Bankers & Shippers Ins. Co.*, 979 F.Supp. 60, 63 (D.Mass.1997)

    *Rockland Federal Credit Union v. Witt*, 853 F.Supp. 14, 20 (D.Mass. 1994)

**Second Circuit**

    *Cohen v. Federal Insurance Administration*, 654 F.Supp. 824, 827 (E.D.N.Y.1986)

**Third Circuit**

    *Suopys v. Omaha Property & Cas.*, 404 F.3d 805, 810 (3rd Cir. 2005)

    **New Jersey District Court**

    *O'Kane v. Hartford Fire Ins. Co.*, (D.N.J. 11/17/05) No. 04-1667 (RBK), p. 25-26.

    *Messa v. Omaha Prop. & Cas. Ins. Co.*, 122 F.Supp.2d 523, 533 (D.N.J.2000)

    *Gagliardi v. Omaha Prop. & Ins. Co.*, 952 F.Supp. 212, 215-216 (D.N.J.1997)

    *Schumitzki v. Director, FEMA*, 656 F.Supp. 430, 432-433 (D.N.J. 1987)

    **Pennsylvania District Courts**

    *Petersen v. National Flood Ins. Program*, 200 F.Supp.2d 499, 504 (E.D.Pa. 2002)

    *Continental Imports, Inc. v. Macy*, 510 F.Supp. 64, 66 (E.D.Pa.1981)

    *Harper v. National Flood Insurers Ass'n*, 516 F.Supp. 725, 727-728 (M.D.Pa.1981)

    *Brookville Min. Equip. Corp. v. Selective Ins. Co. of Am.*, 74 F.Supp.2d 477, 480 (W.D.Pa.1999)

    *Cross Queen, Inc. v. Director, FEMA*, 516 F.Supp. 806, 808-809 (D.Vi.1980)

**Fourth Circuit**

*Dawkins v. Witt*, 318 F.3d 606, 612 (4th Cir.2003)

*West Augusta Development Corp. v. Giuffrida*, 717 F.2d 139, 140-141 (4th Cir.1983)

**North Carolina District Courts**

*Beech v. Selective Ins. Co.*, (E.D.N.C. 12/10/02) No. 4:01-cv-186-H3, p. 10.

*Bleecker v. Standard Fire Ins. Co.*, 130 F.Supp.2d 726, 731-732 (E.D.N.C., 10/23/00)

*McCrary v. FEMA*, 642 F.Supp. 544, 548-549 (E.D.N.C. 1986)

*Perry v. South Carolina Ins. Co.*, (E.D.La. 8/21/01) No. 2:00-CV-14-BO(2), p. 9.

**Maryland District Court**

*Humphrey v. National Flood Ins. Program*, 885 F.Supp. 133, 137 (D.Md. 1995)

**Virginia District Courts**

*Harris v. State Farm Fire and Cas. Co.*, 2006 WL 73602. * 6-10 (E.D.Va. 1/11/06)

*Kie v. Nationwide Mut. Fire Ins. Co.*, (E.D.Va. 1/6/99) No. 3:98CV610, unnumbered pages 4-5.

**Fifth Circuit**

*Wright v. Allstate Ins. Co.*, 415 F.3d 384, 387-388 (5th Cir. 2005)

*4-Mali L.L.C. v. Bankers Ins. Co.*, 82 Fed.Appx. 970, 2003 WL 22945736 (5th Cir. 2003)

*Gowland v. Aetna*, 143 F.3d 951, 953-54 (5th Cir.1998)

*Forman v. Federal Emergency Management Agency*, 138 F.3d 543, 545 (5th Cir. 1998)

**Louisiana District Courts**

*Kohler v. FEMA*, 2005 WL 757267, *2-4 (E.D.La. 3/30/05) No. 04-1573

*Taglialavore v. Allstate Ins.*, (E.D.La. 2/25/04) No. 02-3471, p. 4-7.

*Hamide v. Omaha Prop. and Cas. Ins. Co.*, 2004 WL 74316, *2-4 (E.D.La. 1/14/04) No. 03-1405

*Souiff v. Bankers Ins. Co.*, (E.D.La. 4/13/00) No. 99-2847, p. 4.

*Lafon v. State Farm Fire and Cas. Co.*, 1999 WL 511400, *2-3 (E.D.La., 7/20/99) No. 99-27

*Frischhertz v. Omaha Prop. & Cas. Co.*, (E.D.La. 8/26/98) No. 97-1334, p. 10-11.

*Arcell v. Kennedy*, 1998 WL 274269, *2-3 (E.D.La. 5/26/98) No. 96-1580

*Forman v. FEMA*, 1997 WL 191497, *1-3 (E.D.La. 4/17/97) No. 96-3036

*Gaffney v. State Farm Ins. Co.*, 1997 WL 159501, *2-5 (E.D.La., 3/31/97) No. 96-3386

*Maloney v. FEMA*, 1996 WL 626325, *2-3 (E.D.La. 10/24/96) No. 96-1879

*Cheramie v. Becton*, 1988 WL 98280, *1 (E.D.La. 9/22/88) No. 88-1380

*Hay v. Bankers Ins. Co.*, (W.D.La. 11/5/98) No. 97-2276-A, p. 2-5.

*Cox v. David Wightman*, (W.D.La. 12/2/04) No. 03-0988-A, p. 4-7.

*David v. Bankers Ins. Co.*, (W.D.La. 9/28/04) No. 6:03-1078, p. 9-10.

*Dogwood Grocery, Inc. v. South Carolina Ins. Co.*, 49 F.Supp.2d 511, 513 (W.D.La.1999)

## Mississippi District Courts

*Dickens v. State Farm Fire & Cas. Co.*, (S.D.Miss 9/25/02) No. 1:01cv404GR, p. 6.

*Eaker v. State Farm Fire and Cas. Ins. Co.*, 216 F.Supp.2d 606, 618 (S.D.Miss. 9/17/01)

*Howard v. Director of FEMA*, 960 F.Supp. 1095, 1101 (S.D.Miss.1996)

## Texas District Courts

*Holeman v. Director, FEMA*, 699 F.Supp. 98, 99 (N.D.Tex.1988)

*Lalani v. Texas Farmers Ins. Co.*, 2006 WL 870628, *2 (S.D.Tex. 4/4/06)

*Ellis v. Allstate Ins. Co.*, 2005 WL 1155060, *8 (S.D.Tex. 5/13/05) No. H-02-4795

*Fletcher v. Texas Farmers Ins. Co.*, (S.D.Tex. 8/31/04) No. H-03-758, p. 14-15.

*Jamal v. Travelers Lloyds of Texas Ins. Co.*, 131 F.Supp.2d 910, 919 (S.D.Tex.2001)

## Sixth Circuit

*Neuser v. Hocker*, 246 F.3d 508, 512 (6th Cir. 2001)

### Kentucky District Courts

*Oaks v. Allstate Ins. Co.*, 2006 WL 3328179, *9 (E.D.Ky. 11/14/06)

## Seventh Circuit

### Illinois District Courts

*Bullard v. Connor*, 716 F.Supp. 1081, 1083-1086 (N.D.Ill.1989)

### Michigan District Courts

*Bruinsma v. State Farm Fire and Cas. Co.*, 410 F.Supp.2d 628, 632 (W.D.Mich. 1/23/06)

## Eighth Circuit

*Mancini v. Redland Ins. Co.*, 248 F.3d 729, 731, 735 (8th Cir. 2001)

### South Dakota District Court

*Stanton v. State Farm Fire and Cas. Co., Inc.*, 169 F.Supp.2d 1109, 1116-1118 (D.S.D. 2001)

**North Dakota District Court**

*Slominski v. American Family Mut. Ins. Co.*, 2000 WL 33339650, *2-3 (D.N.D., 4/11/00) No. 2-98-114

**Ninth Circuit**

*Flick v. Liberty Mutual*, 205 F.3d 386, 390-392 (9th Cir.2000)

*Wagner v. FEMA*, 847 F.2d 515, 518-521 (9th Cir.1988)

**Arizona District Court**

Moyer v. Director, FEMA, 721 F.Supp. 235, 237-238 (D.Ariz. 1989)

**California District Courts**

*Novikov v. Allstate Ins. Co.*, 2001 WL 1704129, *6 (E.D.Cal. 12/19/01) No. S-01-305 WBS/GGH)

*Chatmar v. Bankers Ins. Co.*, (N.D.Cal. 5/31/05) No. C-04-02347-JW, p. 7.

*Wallace v. FEMA*, 2001 WL 125316, *3 (N.D.Cal., 1/26/01) No. C99-1471 VRW

*Binkley v. Federal Ins. Admin.*, 1998 WL 817649, *1-2 (N.D.Cal. 11/18/98) No. C-98-1963 BZ

**Oregon District Court**

*Mathews v. Farmers Ins. Co. of Or.*, 2005 WL 1565261, *6 (D.Or. 6/27/05)

**Washington District Courts**

*Allender v. Farmers Ins. Exchange*, 2005 WL 2922051, *2 (W.D.Wash. 11/4/05)

**Tenth Circuit**

None.

**Eleventh Circuit**

*Sanz v. U.S. Security Ins. Co.*, 328 F.3d 1314, 1320 (11th Cir.2003)

*Jenkins v. U.S. Dept. of Housing & Urban Development*, 780 F.2d 1549, 1552 (11th Cir. 1986)

**Alabama District Courts**

*Shuford v. Fidelity National Prop. and Cas. Ins. Co.*, (S.D.Ala. 12/18/06) No. 05-0583-CG-B, p. 7-8.

**Florida District Courts**

*Greer v. Owners Ins. Co.*, 434 F.Supp.2d 1267, 1276-1277 (N.D.Fla. 6/6/06)

*Ambassador Beach Condominium Ass'n, Inc. v. Omaha Property and Cas. Ins. Co.*, 152 F.Supp.2d 1315, 1317 (N.D.Fla. 2001)

*Government Facilities Leasing Corp. v. Mobile USA Ins. Co.*, (N.D.Fla. 6/5/01) No. 3:99cv486/RV/SMN, p. 7-10.

*Kaufman v. State Farm Fire and Cas. Co.*, (S.D.Fla 1/13/04) No. 01-0965-CIV-KING/O'SULLIVAN, p. 31.

*Pacino v. Travelers Ins. Co.*, (S.D.Fla. 4/4/03) No. 02-20430-CIV-MORENO, p. 8-10

*Rodriguez v. State Farm Fire and Cas. Co.*, (S.D.Fla. 9/23/02) No. 01-3408-CIV-HUCK/BRWON, p. 12.