## CASES ON NATIONAL FLOOD INSURANCE PROGRAM PREEMPTION

In the following National Flood Insurance Program cases, the plaintiff's state law based extra-contractual claims arising out of claims handling were dismissed as preempted:[1]

## THIRD CIRCUIT

### New Jersey

*3608 Sounds Ave. Condo Assoc. v. South Carolina Ins. Co.*, 58 F.Supp. 2d 499 (D.C.N.J. 1999)

*McCloskey v. National Flood Services, Inc.*, 99CV1501 (D.C.N.J. 9/21/99)[2]

*Messa v. Omaha Property & Casualty Ins. Co.*, 122 F.Supp.2d 513 (D. N.J. 2000)

*Griffin v. Selective Insurance Co.*, Civil Action No. 00-4071 (D. N.J.12/15/00)

*O'Kane v. Hartford Fire Ins. Co.*, Civil Action No. 04-1667 (D.N.J. 11/17/05)

### Pennsylvania

*Neill v. State Farm*, 159 F.Supp.2d 770 (E.D. Pa. 2000)

*Gainor v. Nationwide*, Docket No. 2001-CV-0143 (E.D.Pa. 04/16/01)

*Linder & Assoc. v. Aetna*, Docket No. 96-1124 (W.D. Pa. 02/04/97)

*Deverant v. Selective Insurance Company*, Docket No. 02-CV-3801 (E.D.Pa. 01/07/03)

### Virgin Islands

*C.E.R. 1988, Inc. v. Aetna Casualty and Surety Co.*, 386 F.3d 263 (3rd Cir. Virgin Islands October 12, 2004)

---

[1] No such cases were found in the circuits that are not listed.

[2] The text of all non-published decisions can be provided immediately upon request.

## **FOURTH CIRCUIT**

**North Carolina**

    *Peal v. North Carolina Farm Bureau Mutual Insurance Company, Inc.*,
        212 F.Supp.2d 508 (E.D.N.C. 2002)

    *Perry v. South Carolina Insurance Company*, Docket No. 2:00-CV-14BO(2)
        (E.D.N.C. 8/20/2001)

    *Studio Frames, Ltd. v. Village Ins. Agency, Inc., et al.,* 2003 WL 1785802
        (M.D.N.C., 3/31/2003)

    *Bassett v. South Carolina Insurance Company, et al.,* Case No. 04-cv-21 (E.D. N.C.,
        1/4/2005)

## **FIFTH CIRCUIT**

**Louisiana**

    *Wright v. Allstate Ins. Co.*, 415 F.3d 384 (5th Cir. 2005)

    *Gallup v. Omaha Prop. & Cas. Ins. Co.*, 434 F.3d 341 (5th Cir.2005)

    *West v. Harris*, 573 F.2d 873 (5th Cir. 1978),  *cert. denied*, 99 S.Ct. 1424 (1979)

    *Drewett v. Aetna Casualty & Surety Co.*, 405 F.Supp. 877 (W.D.La.1975), *aff'd on other*
        *grounds*, 539 F.2d 496 (5th Cir. 1976)

    *Adams v. State Farm Fire & Cas. Co.*, 1996 WL 592734 (E.D.La.10/10/96)

    *Levy v. Omaha Prop. & Cas.*, 1996 WL 680251(E.D. La.11/21/96 )

    *Schopen v. State Farm Ins. Co.*, 1996 WL 696444 (E.D.La. 12/02/96)

    *Oppenheim v. Leone*, 1997 WL 149952 (E.D.La. 03/20/97)

    *Cage v. State Farm Ins. Co.*, 1997 WL 40641 (E.D.La. 01/31/97)

    *Stock v. State Farm Ins. Co.*, 1997 WL 40629 (E.D.La. 01/30/97)

    *Durkin v. State Farm Mutual Ins. Co.*, 3 F.Supp.2d 724 (E.D.La. 1997),
        a*ff'd*, 141 F.3d 1163 (5th Cir. 1998)

    *Kaufman v. State Farm*, Docket No. 00-1033 K(3), (E.D.La 04/11/01)

*Danos v. Louisiana Farm Bureau*, 2003 WL 715753 (E.D.La. Feb. 24, 2003)

*Nobles v. Bankers Insurance Company*, Civil Action No. 02-0294 (W.D.La.04/28/03)

*Petrich v. Bankers Insurance Company,* Civil Action No. 03-2753 (E.D. La. 12/22/03)

*Miceli v. Hartford Fire Ins. Co., et al.,* 2004 WL 253457 (E.D. La. 2/10/04)

**Mississippi**

*Eddins v. Omega Ins. Co.*, 825 F.Supp. 752 (N.D.Miss. 1993)

*Eaker v. State Farm*, 216 F.Supp.2d 606 (S.D.Miss. 2001)

*Treasure Bay Gaming & Resorts, Inc. and Treasure Bay Corp. v. Omaha, et al*, Docket No. 1:00cv425GR (S.D. Miss. 6/25/02)

**Texas**

*Wright v. Allstate Ins. Co.,* 415 F.3d 384 (5th Cir. 2005)

*Miller v. Omaha Prop. & Cas. Ins. Co.*, Docket No. H-95-4942 Magistrate Nancy K. Johnson Decision (S.D.Tx. 8/13/97), adopted by District Judge Sim Lake (S.D.Tx.9/4/97)

*Jamal v. Travelers*, 129 F.Supp.2d 1024 (S.D. Tex. 2001)

*Hanover Building Materials v. Guiffrida*, 748 F.2d 1011 (5th Cir. 1984)

*EAB Leasing v. Eastwood v. State Farm Fire and Casualty Company*, Civil Action No. H-02-4033 (S.D.Tex. 12/30/02)

*Hagest v. Allstate Insurance Company*, Docket No. H-02-0241-Civ-Rosenthal (S.D.Tex 02/24/03)

*Bertolotti v. Prudential Property and Casualty Ins. Co.,* Civil Action No. H-02-3854 (S.D.Tex. 03/07/03)

*Brown v. Omaha Property and Cas. Ins. Co., et al.,* Civil Action No. SA-03-0721 (W.D. TX., 1/6/04, adopting report and recommendation of Magistrate Judge dated

12/5/03)

*Scritchfield v. Omaha Prop. and Cas. Ins. Co.*, 341 F.Supp.2d 675 (E.D.Tex. 2004)

*Ellis v. Allstate Insurance Company, et al.*, 2005 WL 1155060 (S.D.Tex. 5/13/05)

*Morrison v. State Farm, et al*, Docket No. 1:04cv-244 (N.D.Tex. 2/01/2006)

## SIXTH CIRCUIT

### Kentucky

*Gibson v. American Bankers*, 289 F.3d 943 (6th Cir. 2002)

### Michigan

*Bruinsma v. State Farm Fire and Cas. Co.*, 410 F.Supp.2d 628 (W.D. Michigan 2006)

## SEVENTH CIRCUIT

### Indiana

*Leicht v. First Community Insurance Company,* Case No. 04-cv-1044 (S.D. Indiana, 1/6/2005).

## NINTH CIRCUIT

### California

*Mason v. Witt*, 74 F.Supp.2d 955 (E.D.Cal. 1999)

*Bianchi v. State Farm Fire and Cas. Co.*, 120 F.Supp. 2d 837 (N.D.Cal. 2000)

*Scherz v. So. Carolina Ins. Co.*, 112 F.Supp.2d 1000 (C.D.Cal. 2000)

*Axelrod v. Bankers Ins. Co.,* Docket No. C-99-2663 ARB USDC, Northern Dist. of CA (01/29/01)

*Fonseca v. Bankers Ins. Co.*, Docket No. C-99-1910 ARB USDC, Northern Dist.of CA (03/16/01)

*Novikov v. Allstate*, 2001 WL 880852 (E.D.Cal. 2001)

*Pecarovich v. Allstate Insurance Company*, 272 F.Supp.2d 981 (C.D.Cal. 2003)

*Chatmar v. Bankers Insurance Company*, 2005 WL 588511 (N.D.Cal. 2004)

## ELEVENTH CIRCUIT

### Alabama

*Hayes v. Allstate Insurance Company,* Case No. CV-03-PT-3343-S (N.D. Ala., 6/14/2004, adopted by court on 7/12/2004).

*Munnerlyn v. State Farm*, Case No. CV-04-HGD-1766-M (N.D.Ala., 11/10/04, adopted by court on 12/10/04).

### Florida

*Ochoa v. Auto Club South Insurance Company*, Case No. 03-21577 (S.D.Fla. 09/24/03)

*Brookview Condominium Assoc., Inc. v. Bankers Ins. Co.*, Case No. 03-20663 (S.D.Fla. 07/21/03)

*Towers of Oceanview Point Condominium Assoc., Inc. v. Harleysville Mutual Ins. Co., Inc., et al.*, Case No. 02-60145 (S.D.Fla. 05/13/03)

*Pacino v. Travelers Insurance Company, et al,* Docket No. 01-20430-CIV (S.D.Fla. 03/13/03)

*Guerra v. Union American Insurance Company*, Docket No. 1:01-CV-5089 (S.D.Fla. 08/21/02)

*Jones v. Hartford,* Docket No. 01-8087 (S.D.Fla. 02/25/02)

*De La Cruz v. Bankers Ins. Co.*, Case No. 01-3743 (S.D.Fla. 05/22/02)

*Scott v. Travelers Prop. & Cas. Ins. Co.*, Docket No. 5:99cv77-SPM (N.D.Fla. 03/7/00)

*House v. Bankers Ins. Co.*, 43 F.Supp.2d 1329 (M.D. Fla. 1999)

*Stapleton v. State Farm Fire and Cas. Co.*, 11 F.Supp.2d 1344 (M.D.Fla. 1998)

*Dere v. Bankers*, Docket No. 98-1408-Civ-Orl-22c (M.D. Fla. 06/25/99)

*Gerson v. South Carolina Ins. Co.*, Docket No. 98-1743 CIV-KING (S.D.Fla. 09/2/98)

*Levitus v. Omaha Prop. & Cas. Ins. Co.*, Docket No. 3:97cv84/RV (N.D.Fla. 05/21/97)

*King v. Omaha Prop. & Cas. Co.*, Docket No. 3:97cv40\LAC (N.D.Fla. 05/07/97)

*Lyon v. Auto-Owners Ins. Co.*, Docket No. 3:96cv463\LAC (N.D.Fla. 11/04/96)

*Bechtold v. Omaha Prop. and Cas. Ins. Co.*, Docket No. 95-167-Civ-Oc-10 (M.D.Fla.10/02/96)

*Friedman v. South Carolina Ins. Co.*, 855 F.Supp. 348 (M.D.Fla.1994)

**Georgia**

*Bains v. Hartford Fire Ins. Co.*, 440 F.Supp. 15 (N.D.Ga. 1977)