# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: ROAD HOME<br>*Louisiana State* C.A. No. 07-5528 | * <br> * <br> * <br> * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF WILLIAM GOURGUES

My name is William Gourgues. I am employed by State Farm Fire and Casualty Company in the position of Claims Section Manager and located in Metaire, Louisiana. My responsibilities include overseeing the handling of Louisiana Hurricane Katrina and Rita litigation for State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively "State Farm"), including claims where policyholders have sought and/or received grants from the Road Home Program. I am familiar with State Farm's operations and processes relating to the process of handling, adjusting, and settling claims under State Farm's homeowners insurance policies. I have personal knowledge of the matters stated in this Declaration.

1. In connection with State Farm's processing of claims submitted by policyholders, State Farm compiles a variety of information regarding the policyholder, their property, and their claim. This information includes insureds' names and contact information, property information, insurance coverage information, assessments and

1

valuations of property damage, and information regarding payments made. State Farm keeps this personal claims information confidential.

2. State Farm generally does not publish or otherwise make available to the public information regarding the specific amounts paid on individual insurance claims or the additional amounts paid to settle and/or resolve any disputes that arise relating to given insurance claims.

3. State Farm maintains confidentiality through several methods. First, State Farm's employees are required to annually acknowledge compliance with a Code of Conduct. By the Code of Conduct, employees are advised that confidential and proprietary documents, including claims data and customer information, are confidential and proprietary to State Farm and must be safeguarded from unauthorized disclosure or use. Additionally, all employees are advised by the Code of Conduct that the obligation not to reveal confidential and proprietary material continues after employees leave State Farm.

4. State Farm strictly limits and controls access to its confidential and proprietary information. Such information is maintained in areas to which access is only available to those persons affiliated with State Farm with a business need to know.

5. The confidential and proprietary information is maintained in claim files and computer databases, access to which is limited to State Farm employees, State Farm Agents, and/or contractors with appropriate security clearance. Security clearance for access to the confidential and proprietary materials can be obtained only through management authorization.

6. Upon termination of an employee, all State Farm property, including but not limited to identification cards, keys, and electronic access are procured from the terminated employee and relinquished to State Farm.

7. Outside adjusters retained by State Farm through adjusting firms have access to certain State Farm confidential and proprietary information as needed to fulfill the duties for which they are retained. Agreements with adjusting firms and individual adjusters requires them to keep State Farm's customer, claim, and other confidential and proprietary information confidential.

8. The foregoing is indicative, but not necessarily exhaustive, of the measures taken by and/or on behalf of State Farm to ensure that State Farm's proprietary and confidential information is maintained.

9. In addition, much of this personal claims information is subject to the provisions of State Farm's Privacy Policy, a copy of which is attached hereto as Exhibit 1.

10. State Farm has included confidentiality provisions within settlement agreements resolving many of the litigated claims in Louisiana that have arisen from both Hurricanes Katrina and Rita. Typically, such provisions state that neither State Farm nor the settling insured will disclose or comment upon the terms or details of the settlement, including but not limited to the amount of money paid by State Farm in consideration of the settlement.

11. The confidentiality of a settlement agreement can be an important consideration for both State Farm and its insureds in deciding whether and on what terms to enter into the settlement.

3

12. Based on information provided to it by the Road Home Program, State Farm has determined that thousands of its insureds have applied for or received a grant from the Road Home Program and that hundreds of those insureds are named plaintiffs in lawsuits filed against State Farm.

I hereby certify that the foregoing is true and correct to the best of my knowledge, information and belief under the penalties of perjury.

_____
William Gourgues

Dated: March 3, 2008

4