UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ROAD HOME *Louisiana State* C.A. No. 07-5528 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF RONALD E. NEWSON

1. My name is Ronald E. Newson. I am employed by State Farm Mutual Automobile Insurance Company in the position of Agency Field Executive. I have been employed by State Farm Mutual Automobile Insurance Company for approximately 18 years. My responsibilities include recruiting State Farm Agents, managing agency field office employees, assisting State Farm Agents with business marketing opportunities on a consulting basis, and communicating to State Farm Agents information regarding and changes to State Farm's privacy policies. I am familiar with the operations and processes relating to the sale and marketing of homeowners insurance policies written in Louisiana by State Farm Fire & Casualty Company and State Farm General Insurance Company (collectively "State Farm"). I have personal knowledge of the matters stated in this Declaration.

**Proprietary & Competitively Sensitive Customer Information**

2. In the course of marketing, selling, servicing, and otherwise administering homeowners insurance policies, State Farm collects and maintains various information regarding its policyholders, their insured property, and their insurance, including insureds' names,

1

addresses, telephone numbers, property information, policy periods, policy premiums, coverage limits, types of coverage, and other similar information.

3. State Farm uses this information for a variety of business purposes, including cultivating its customer relationships, designing insurance products, and marketing insurance products.

4. State Farm considers the information compiled regarding its customers to be proprietary and competitively sensitive as it represents a compilation of information concerning the identity, location, and needs of State Farm's customers, the manner in which policies are underwritten and sold by State Farm, and the manner in which State Farm conducts business.

5. The information compiled by State Farm regarding its customers would be useful to a competitor of State Farm seeking to sell competing insurance products to such customers in that it would identify specific prospective customers and aid the competitor in determining what kind of coverage to seek to sell and when and how to seek to make such a sale.

6. State Farm maintains confidentiality through several methods. First, State Farm's employees are required to annually acknowledge compliance with a Code of Conduct. By the Code of Conduct, employees are advised that confidential and proprietary documents, including customer lists and customer information, are confidential and proprietary to State Farm and must be safeguarded from unauthorized disclosure or use. Additionally, all employees are advised by the Code of Conduct that the obligation not to reveal proprietary material continues after employees leave State Farm.

7. The agreements signed by Agents with State Farm provide similar restrictions on Agents' use and disclosure of State Farm's customer information. In addition, State Farm annually reviews these restrictions and policies with State Farm Agents to ensure compliance.

8. State Farm strictly limits and controls access to its confidential and proprietary information. Such information is maintained in areas to which access is only available to those persons affiliated with State Farm and with a business need to know.

9. The confidential and proprietary information is maintained in computer databases, access to which is limited to State Farm Employees, State Farm Agents, and employees of State Farm Agents with appropriate security clearance. A security clearance for access to the confidential and proprietary materials can be obtained only through management authorization.

10. Upon termination of a State Farm Employee, State Farm Agent, or employee of a State Farm Agent, all State Farm property, including but not limited to identification cards, keys, and electronic access are procured from the terminated party and relinquished to State Farm.

11. The foregoing is indicative, but not necessarily exhaustive, of the measures taken by and/or on behalf of State Farm to ensure that State Farm's confidential and proprietary information is maintained.

## Protection of Insureds' Privacy

12. State Farm's insureds have an expectation of privacy in a variety of confidential information maintained by State Farm, including:

   A. Personal identification information, such as Social Security number, date of birth, marriage information, address, work, home and cell phone numbers, additional family members;

   B. Mortgage information, such as the mortgage company, loan amounts, and loan numbers;

   C. Financial information, including loan statements;

    D.    Listings of personal contents inventory, personal property values, including, but not limited to, personal belongings, jewelry, furniture, and so forth;

    E.    Insurance coverage policy information detailing personal coverage limits, deductibles, and options;

    F.    Diagrams and/or photographs illustrating home layouts and schematics; and

    G.    Copies of checks, billings and receipts.

13.    Attached hereto as Exhibit A to this Declaration is a true and correct copy of a "Notice of Privacy Policy," form number 153-4254.5 dated May 2006, that State Farm sends to all of its policyholders.

I hereby certify that the foregoing is true and correct to the best of my knowledge, information and belief under the penalties of perjury.

*[signature]*
RONALD E. NEWSON

Dated: March 3, 2008

# EXHIBIT A

# Notice of Privacy Policy

## State Farm® family of companies**

We value you as a customer and we know how much privacy means to you. We will inform you of our policies for collecting, using, securing, and sharing customer information the first time we do business with you and every year you are a State Farm customer.

## OUR PRIVACY PRINCIPLES

- We do not sell customer information.
- We do not allow those who are doing business on our behalf to use our customer information for their own marketing purposes.
- We contractually require any person or organization providing products or services on our behalf to protect State Farm customer information.
- We do not share customer medical information with anyone within the State Farm family of companies unless:
  - You expressly authorize it; or
  - It is permitted or required by law; or
  - Your insurance policy contract with us permits us to do so.
- We afford our prospective and former customers the same protections as existing customers with respect to the use of personal information.

**See the back of this Privacy Notice for a list of State Farm affiliated companies.

*(continued inside)*

153-4254.5

5/06 (C)

---

State Farm Mutual Automobile Insurance Company
State Farm Fire and Casualty Company
State Farm General Insurance Company
State Farm County Mutual Insurance Company of Texas
State Farm Lloyds
State Farm Indemnity Company
State Farm Guaranty Insurance Company
State Farm Florida Insurance Company
State Farm Life Insurance Company
State Farm Annuity and Life Insurance Company
State Farm Life and Accident Assurance Company
State Farm Bank, F.S.B.
State Farm Funding Corp.
State Farm VP Management Corp.
State Farm Investment Management Corp.
State Farm International Services, Inc.
State Farm Associates' Funds Trust
State Farm Mutual Fund Trust
State Farm Variable Product Trust
State Farm Investor Services (Canada) Co.
State Farm Finance Corporation of Canada
SF Insurance Placement Corporation of Canada
Insurance Placement Services, Inc.

©Copyright, State Farm Mutual Automobile Insurance Company, 2006
Home Offices: Bloomington, IL 61710-0001

5/06 (C)                                              153-4254.5

---

If you are a new customer and you prefer that State Farm not share your personal information among our family of companies, call or write your State Farm agent or call us toll-free at 1-800-865-6035. Your choice will also apply to your joint account holders and/or policyholders.

If you are an existing customer and have already told us your sharing preference, no action is needed unless you want to change your information sharing preference. To change your preference at any time, call or write your State Farm agent or call the toll-free number listed above.

Your choice does not limit State Farm from sharing certain information about your transactions with us (such as your name, address, and payment history) or your experiences with us (such as your State Farm claim activity). This choice does not apply to our efforts to market products and services to you – you may receive information about other insurance and financial services products that may suit your needs†.

## STATE FARM PROTECTS CUSTOMER INFORMATION

In order to ensure the safety of customer information, we continually:

- Maintain physical, electronic, and procedural safeguards
- Review our policies and practices
- Monitor our computer networks
- Test the strength of our security

†This sharing option does not apply to our Canadian customers if the product or policy was purchased in Canada.

*Thank you for choosing State Farm. We value you as a customer and appreciate the opportunity to serve you.*

## INFORMATION WE MAY COLLECT

We collect, use, and share information we need to conduct our business, to advise you of our products and services, and to provide you with customer service. We may collect and maintain several types of customer information needed for these purposes, such as those below:

Types of information we may collect and how we gather it:

- From you, on applications for our insurance, banking, and investment products, or on other forms, through telephone or in-person interviews, your State Farm agent, and our Customer Response Center, such as your address and telephone number
- From your transactions with us, such as your payment history, underwriting, and claim records
- From non-State Farm companies, organizations, or consumer reporting agencies, such as your driving record, claim history, or credit history

### For those visiting statefarm.com®

We want to make you aware of how we use "cookies" to enhance your experience when visiting statefarm.com. "Cookies" are files we place in your computer's browser to store your State Farm Web site preferences. If you disable "cookies" on your browser, the site will not remember your preferences and you will not be able to access a customized default home page view of our Web site. Our "cookies" are only used when you are visiting our site. By themselves, "cookies" do not tell us your e-mail address or other personally identifiable information. Only you can provide that information on our Web site – if you choose to do so. "Cookies" help us to understand your Web site usage, so we can continually improve its usability. For example, we may use "cookies" to personalize your experience at our Web site, if you have accepted this option (e.g., to remember your customer ID on the State Farm Bank log-in page). We may also use "cookies" to offer you other insurance and financial services products that may suit your needs.

## HOW WE USE INFORMATION ABOUT YOU

We use customer information to underwrite your policies, process your claims, ensure proper billing, service your accounts, and offer you other insurance and financial services products that may suit your needs.

## INFORMATION DISCLOSURE

We share information about our transactions (such as payment of premium) and experiences (such as an auto accident) with you within our State Farm family of companies and with State Farm agents to better serve you and to help meet your current product and service needs. We may share information about you with persons or organizations inside or outside our family of companies as permitted or required by law, including sharing with companies that perform marketing or other services for us or with whom we have joint marketing agreements. These agreements allow us to provide a broader selection of insurance and financial products to you.

We may also share customer information with consumer reporting agencies and with other entities as needed to handle your claim and to protect against fraud and unauthorized transactions. For example, we might share name, address, and coverage information with an auto body shop to speed up repairs on auto damage claims.

## YOUR CHOICE TO SHARE INFORMATION

There are two types of information sharing – sharing within the State Farm family of companies and sharing outside State Farm. We do not sell customer information. We do not allow those who are doing business on our behalf to use our customer information for their own marketing purposes. The choice in the Special Notice, which follows, applies only to the sharing of information within the State Farm family of companies. For example, if you are an auto policyholder, our ability to share information among the State Farm family of companies allows us not to ask again about your driving record when you apply for a boat policy.

## SPECIAL NOTICE REGARDING THE SHARING OF CERTAIN INFORMATION WITHIN THE STATE FARM FAMILY OF COMPANIES

This special notice applies only to information sharing within State Farm that does not involve your transactions or experiences with us.

WHAT INFORMATION WE SHARE: Unless you tell us not to, we may share information within State Farm that was obtained from your application, such as your occupation; or information obtained from a consumer report, such as your credit history. We may also verify information provided by you, such as your driving record, or information regarding your employment, such as your employment history. This sharing may take place unless you have told us not to share this information.

WHY WE SHARE: We may share information about you within State Farm:

- To enhance our service to you.
- To underwrite your policies.
- To measure your interest in our products or services.
- To improve existing products and develop new ones.
- To monitor customer trends.

WHO WE SHARE WITH: We may share information within the State Farm family of companies, including:

- State Farm car and home insurers, such as State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company.
- State Farm life and health insurers, such as State Farm Life Insurance Company and State Farm Mutual.
- State Farm financial services, such as State Farm Bank®, State Farm Funding Corp., and State Farm Mutual Fund Trust.