UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO:  ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| | * | |
| | * | |

**AFFIDAVIT OF RICHARD SWEENEY  IN SUPPORT OF
DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Richard Sweeney being duly sworn, deposes and states as follows:

1.      I am employed as Second Vice-President by Defendant The Travelers

Indemnity Company and its property casualty affiliates, including Defendants The

Standard Fire Insurance Company, St. Paul Fire & Marine Insurance Company, St. Paul

Guardian Insurance Company, St. Paul Mercury Insurance Company, St. Paul Protective

Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty

Insurance Company of America, Travelers Casualty and Surety Company, Travelers

Home & Marine Insurance Company, The Travelers Indemnity Company of America,

The Travelers Indemnity Company of Connecticut, Travelers Property Casualty

Company of America, Travelers Property Casualty Insurance Company and The

Automobile Insurance Company of Hartford, Connecticut (collectively, "Travelers").  I

make this affidavit based upon my own personal knowledge and business records of

Travelers.

2. According to the State of Louisiana (the "State"), approximately 6,187 policyholders of Travelers have applied for a grant under the Road Home Program. Of these applicants, approximately 3,673 have received a grant according to the State. We have not verified the information provided by the State.

3. I understand that the State is claiming that it has rights to the insurance proceeds of Travelers' policyholders who have received a Road Home grant under a Limited Assignment / Subrogation Agreement signed by grant recipients, although Travelers has not consented to any transfer of rights from any policyholder to the State and disputes whether the State has any rights to policy proceeds. The State is seeking information both from Travelers and from its policyholders in order to make decisions on whether to consent to settlements between Travelers and its policyholders.

4. I have reviewed the "Settlement Communication" form attached as Exhibit A hereto, in which the State requests insurance carriers to provide detailed information concerning policyholders, their insurance coverage, their insurance claims, payments made on insurance claims and proposed settlements between insurers and their policyholders. I have also reviewed the "Request for Consent Form" attached as Exhibit B hereto, in which the State requests policyholders or their attorneys to provide detailed information concerning homeowners' insurance policies, flood insurance policies, homeowners' insurance claims, flood insurance claims, payments made on insurance claims, and proposed settlements of insurance claims. The "Request for Consent Form" also requests information concerning whether the policyholder had a mortgage and, if so, the identity of the lender and amount of the mortgage. Additionally, the "Request for

2

Consent Form" seeks information concerning whether the policyholder received an SBA loan.

5.      Travelers has adopted policies and procedures to protect the privacy of personal information concerning its policyholders, as described in the "Privacy Notice" which is attached as Exhibit C hereto.  The information requested in the "Settlement Communication" form and "Request for Consent Form" includes personal information about Travelers' policyholders that is protected by Travelers' privacy policies, including, for example, information concerning the policyholders' identity and home address, detailed information concerning their home and their mortgage, the nature and extent of their insurance coverage, and their insurance claims.

6.      If personal information concerning thousands of Travelers' policyholders became available to Travelers' competitors and insurance agents, it could potentially be used to ascertain Travelers' underwriting practices and pricing methodologies, which are confidential.  Personal information concerning Travelers' policyholders could also be used by competitors and insurance agents to target Travelers policyholders and encourage them to do business with another carrier.

7.      The "Settlement Communication" form and "Request for Consent Form" also request detailed information concerning settlements reached by Travelers and its policyholders.  When Travelers settles a lawsuit filed by a policyholder, Travelers and the policyholder typically agree that the terms of the settlement remain confidential.  A typical confidentiality provision that Travelers uses in settlement agreements with policyholders on Hurricane Katrina claims in Louisiana is attached as Exhibit D hereto.

3

8.     If information concerning hundreds or thousands of Travelers' settlements with policyholders became publicly available, other litigants who have sued Travelers and/or Travelers' competitors could manipulate this information to their own benefit and to the detriment of Travelers. Disclosure of such information would provide Travelers' adversaries and competitors insight into Travelers' claim resolution and litigation practices. Travelers' adversaries could use this type of information to try to insist on receiving the same settlement as another policyholder, even though the circumstances may be different. Travelers' customers and potential customers could also reach erroneous conclusions about Travelers' claim handling practices.

Richard Sweeney

Sworn to and Subscribed before me
this 3rd day of March, 2008.

Notary Public

My commission expires:

Corinne A. Lapointe
Notary Public, State of Connecticut
My Commission Expires July 31, 2012

4

## SETTLEMENT COMMUNICATION PURSUANT TO
## F.R.E. ART. 408 AND/OR LA. CODE OF EVIDENCE ART. 408

| | | | | |
|---|---|---|---|---|
| **Insured Name:** | | | | |
| **Insured Premises Address:** | | | | |
| **Homeowner[†] Insurer:** | | | **Flood Insurer[‡]:** | |
| **Homeowner[†] Policy No.:** | | | **Flood Policy No.[‡]:** | |
| **Homeowner[†] Claim No:** | | | **Flood Claim No.[‡]:** | |

<strong>Flood Policy Information[‡]</strong>

| | Coverage A (Dwelling) | Coverage B (Other Structures) | Coverage C (Personal Property) | Coverage D (ALE) |
|---|---|---|---|---|
| **Flood Insurer Limits:** | $ | $ | $ | $ |
| **Total Payments By Flood Insurer:** | $ | $ | $ | $ |

| | |
|---|---|
| **Additional Loss Payee:** | Is there a mortgage company or other additional loss payee on the Flood Policy?  Yes _____  No _____  If Yes, identify the name(s) of the additional loss payees: |

<strong>Homeowner[†] Policy Information</strong>

| | Coverage A (Dwelling) | Coverage B (Other Structures) | Coverage C (Personal Property) | Coverage D (ALE) |
|---|---|---|---|---|
| **Policy Limits:** | $ | $ | $ | $ |
| **Payments Made Prior to Final Settlement by HO[†] Insurer:** | $ | $ | $ | $ |
| **Proposed Final Settlement with HO[†] Insurer:** | $ | $ | $ | $ |

| | |
|---|---|
| **Additional Loss Payee:** | Is there a mortgage company or other additional loss payee on the Homeowner Policy? Yes _____  No _____  If Yes, identify the name(s) of the additional loss payee: |

The undersigned certifies that the above information is true and correct to the best of his/her knowledge:

Printed Name: _____
Company: _____
Title: _____
Date: _____

The insurance company does not, by providing this information, consent to any subrogation and/or assignment that may have been executed in favor of the State of Louisiana, and does not waive any rights or policy provisions or defenses it may have.  All rights, policy provisions, and defenses are expressly reserved.

[†]The term "Homeowner" and symbol "HO" refer generally to policies of insurance not issued pursuant to the NFIP.
[‡] Information related to the Flood Policy and flood payments are only to be included where the Homeowner Insurer and company.



## <u>Request for Consent Form</u>

**Instructions:** Please review and carefully respond to all of the following requested information on this Request for Consent Form. Once you have completely responded to all of the requested information, and the Form has been fully executed, please return the Form to:

Louisiana Division of Administration
Disaster Recovery Unit – Attention Subrogation
Post Office Box 94095
Baton Rouge LA 70804-9095

**(1) Recipient's/Applicant's Full Name:**
First:
Middle:
Last: _____   Suffix:

**(2) Co-Recipient's/Co-Applicant's Full Name:**
First:
Middle:
Last: _____   Suffix:

What is your Road Home Identification Number?
Have you closed on your Road Home grant application? _____ Yes _____ No
If you have not closed on your grant, do you have a closing date scheduled?_____ Yes
No
If you answered "Yes", what is the date of your scheduled closing?

**(3) Address of Damaged Property (as listed on grant application):**
Street Address:
City: _____   State: _____   Zip:
**(4) Current Contact Information:**
Street Address:
City: _____   State: _____   Zip:
Phone : _(___)_____   Fax: _(___)_
E-Mail:

**(5) Flood Insurance:**
Did you have flood insurance at the time of Hurricanes Katrina and/or Rita?
_____ Yes          _____ No

01-29-2008 - FINAL



Did you make a claim? _____ Yes _____ No

If you answered yes to making a claim, please answer the following:

Name of your Flood Insurance Company:

Policy Number:

(Please attach a copy of your Declaration page for the policy periods August 29, 2005, and/or September 24, 2005)

Claim Number:

Flood Insurance Agent's Name and Company Name:

Street Address:

City: _____ State: _____ Zip:

Phone : _(___)_____ Fax: _(___)

Did you receive any funds from your flood insurer? _____ Yes _____ No

If you answered "Yes" to receiving funds from your flood insurer, please complete the following questions:

How much did you receive for the primary residence?

(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).

How much did you receive for other structures?

How much did you receive for contents?

How much did you receive for alternative living expenses?

How much did you receive for any other expenses or property damage?

**(6) Homeowners Insurance:**

Name of Homeowners Insurance Company:

Homeowner's Insurance Agent's Name and Company Name:

Street Address:

City: _____ State: _____ Zip:

Phone : _(___)_____ Fax: _(___)

Policy Number:

(Please attach a copy of your Declaration page for the policy periods August 29, 2005, and/or September 24, 2005)

Did you make a claim? _____ Yes _____ No

If yes, what was your claim number?

If you answered yes to making a claim and you received any funds from your homeowner's insurer, please answer the following:

How much did you receive for the primary residence?

(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).

How much did you receive for other structures?

How much did you receive for contents?

How much did you receive for alternative living expenses?

How much did you receive for any other expenses or property damage?

Have you settled your claim with your homeowners insurance company? _____ Yes No

If yes, please answer the following :

What is the total amount of the settlement?

How much did or will you receive for the primary residence?

01-29-2008 - FINAL

(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).

How much did or will you receive for other structures?

How much did or will you receive for contents?

How much did or will you receive for alternative living expenses?

How much did or will you receive for any other expenses or property damage?

Please state the following information for any insurance company attorney or adjuster that negotiated the settlement:

Name and Company or Law Firm Name:

Street Address:

City: _____  State: _____  Zip: _____

Phone : ( ) _____  Fax: ( )

E-Mail:


## (7) Litigation:

Do you have an attorney representing you on an insurance claim relating to any damages you might have sustained or incurred as a result of Hurricanes Katrina and/or Rita?

Yes _____ No

If yes, please state the following for your attorney's contact information:

Name of Attorney:

Name of Law Firm:

Street Address:

City: _____  State: _____  Zip: _____

Phone : ( ) _____  Fax: ( )

E-Mail:

(Please attach a copy of the retainer contract with your attorney and provide a summary of any costs or expenses associated with this lawsuit).

Have you filed a lawsuit regarding a hurricane insurance claim? _____ Yes No

If yes, please provide identify the Court in which the lawsuit is filed and provide the case number:

(Please attach a copy of the first page of the lawsuit identified above)


What value did the insurer's adjuster assign for damages to your primary residence?
(Please attach a copy of the adjuster's report)


What value did your adjuster/expert assign for damages to your primary residence?
(Please attach a copy of the adjuster's/expert's report)


## (8) Mortgage Company:

Did you have a mortgage on your primary residence at the time of the hurricane?

Yes _____ No

If yes, please state the amount of the mortgage (Please include the applicable date for the balance and the Loan Number):


01-29-2008 - FINAL

Please state the name of the lender:

Please provide the name of a contact person, address and phone number for your lender:

If you did not have a mortgage on your primary residence at the time of the hurricane, was there any loss payee(s) on your homeowners insurance policy? _____ Yes _____ No

If yes, please state the name of loss payee(s):

Please provide the address and phone number for loss payee(s):

**(9) SBA**

Have you received a SBA Loan? _____ Yes _____ No

Please provide the name of a contact person, address and phone number for your SBA loan (Please include the Loan Number.):

      I solemnly swear that the information contained in this Road Home Consent Form is true and correct under penalty of law and penalty of perjury. The information contained herein and the documents submitted as part of this consent request may be the basis for determining benefits under the Road Home Program, and that Undersigned acknowledge that Undersigned may be prosecuted by Federal, State and/or local authorities in the event that Homeowner(s) make or file false, misleading and/or incomplete statements and/or documents, and that the State of Louisiana may seek

remittance of settlement proceeds from the Undersigned in the event that the Undersigned make or file false, misleading and/or incomplete statements and/or documents. Additionally, I understand that any incomplete responses may result in grounds for a deficiency rejection. Finally, I understand that consent to settlement and agreement as to amount to be returned to the Road Home Program will only be evidenced by the written consent and approval of the Road Home Program.

| | |
|---|---|
| Witness | Signature (Recipient/Applicant) |
| Witness | Print Name (Recipient/Applicant) |
| Witness | Signature (Co-Recipient/Co-Applicant) |
| Witness | Print Name (Co-Recipient/Co-Applicant) |
| Witness | Signature (Attorney) |
| Witness | Print Name (Attorney) |

01-29-2008 - FINAL

Sworn to and subscribed before me the undersigned Notary Public on this day of

_____, 2007.

Notary Public

(Print Name, Date Commission Expires and Bar Number)

(For Official Use Only)

ROAD HOME CONSENT

_____ Request for consent denied.

_____ Request for consent denied, please respond to the State's request for additional information, so that further review may be made and consent granted.

_____ Request for consent granted.    The State of Louisiana, Division of Administration, Office of Community Development ("the State"), solely as the assignee(s) and/or subrogee(s) of interests of the Road Home Grant recipient(s) to whose Request for Consent this is attached ("Recipient"), in consideration of the receipt of the sum of $_____, paid by or on behalf of Recipient(s) does hereby RELEASE, ACQUIT,              AND              FOREVER              DISCHARGE _____, (hereinafter referred to as "Insurer" and as defined below), but only to the extent of any and all claims against the Insurer that the State may possess or allegedly possess or be entitled to by virtue of the execution of the Assignment and Subrogation Agreement made part of The Road Home Program Grant process including but not limited to contractual claims or any claims for damages, penalties, punitive damages and/or attorneys fees under any provision of state law, including but not exclusively La. Civ. Code art. 1997, La. R.S. 22:658 and/or 22:1220, arising out of or related to damages or losses caused in any way, whether in whole or in part, by Hurricanes Katrina and/or Rita to the insured premises of the Road Home Recipient and under or relating to Policy Number _____ issued by Insurer. With respect to the claims to which the State is the Recipient's alleged subrogee or assignee under the Road Home subrogation and assignment agreement, the sole reservation of rights against the Insurer are rights that the State may have for recovery of

01-29-2008 - FINAL

Increased Cost of Compliance benefits, if any, under any flood insurance policy issued to the Recipient pursuant to the National Flood Insurance Program and administered by the Insurer, as identified and defined herein.

This Release does not apply to any claims that the State or the State of Louisiana may have in any capacity other than as the Recipient's subrogee or assignee under the Road Home subrogation and assignment agreement executed by that specific Recipient. This Release does not release any rights against the Recipient identified above or rights against any insurer not included within the term Insurer as defined herein.

Insurer is defined herein to include any person or entity who sold or offered for sale Policy Number _____, independent program administrators, agents, or agencies involved in the sale or offer for sale of said policy, independent or contract claim adjusters, independent or contract engineers and engineering firms, together with any current and former agents, employees, officers, directors, attorneys, owners, shareholders, associated and affiliated companies, parent companies, divisions, subsidiaries, predecessors, successors, and assigns of any of them, in connection with any claim for damages or losses but only to the extent such claims are or could be asserted by Recipient(s), against Insurer under or relating to Policy Number _____ and arising out of or relating to claims for damages or losses from Hurricanes Katrina and/or Rita.

It is expressly acknowledged that payment by Insurer does not constitute and shall not operate as an admission of liability, validate the Assignment and Subrogation Agreement made part of The Road Home Program Grant process, or waive any of Insurer's defenses.

The insurance company or you should make the State portion of the settlement funds payable to Louisiana Division of Administration – DRU" and mailed to

Louisiana Division of Administration
Disaster Recovery Unit – Attention Subrogation
Post Office Box 94095
Baton Rouge LA 70804-9095

Please include on the reference portion of the check the above referenced Road Home application number and include a copy of this correspondence with the check. The above release by the State is contingent on receipt of the State's portion of settlement funds as set forth in the consent and release.

01-29-2008 - FINAL

Approved by:

Print Name and Title

Date

## RECIPIENT ACKNOWLEDGMENT

I hereby authorize and irrevocably approve and agree to reimburse the Road Home the sum of as set forth above in the Road Home Consent section. Further, I authorize and irrevocably direct the insurance company listed in the Request for Consent Form to deduct the sum of _____, as set forth above in the Road Home Consent section, from the gross settlement of any insurance claim and to remit the same directly to the Road Home, all funds should be remitted to The Road Home Program, through the Louisiana Division of Administration, as provided herein.

Witness                                    Signature (Recipient/Applicant)

Witness                                    Print Name (Recipient/Applicant)

Witness                                    Signature (Co-Recipient/Co-Applicant)

Witness                                    Print Name (Co-Recipient/Co-Applicant)

Sworn to and subscribed before me the undersigned Notary Public on this _____ day of _____, 2007.

Notary Public

(Print Name, Date Commission Expires and Bar Number)

01-29-2008 - FINAL

## SAMPLE CONFIDENTIALITY PROVISION

The Parties agree that everything about this Agreement, including, but not limited to the terms of this Agreement, the settlement payment amounts received by the Plaintiff, and any of the negotiations preceding or following this Agreement are strictly confidential matters and that the Parties shall not divulge, disclose, or discuss, directly or indirectly, such information to or with any other person for any reason except: (a) with the prior written consent of the Parties; (b) this paragraph shall not limit in any manner the ability of any party to disclose the tax treatment or tax structure of this Agreement to any person (for purposes of this paragraph, "tax treatment" means the purported or claimed federal tax treatment of this Agreement, and "tax structure" means any fact that may be relevant to understanding the purported or claimed federal tax treatment of this Agreement); (c) as may be necessary for a Party to establish or enforce their rights under this Agreement; (d) as required by law; (e) as required by Order or rule of Court; (f) to comply with any insurance or administrative regulations or with the requirements of Standard Fire's reinsurers; (g) to the Parties' respective attorneys and accountants, who shall be instructed to maintain the confidentiality of this Agreement; and (h) as required for the Parties' respective financial statements. If asked about this Agreement, the Parties may only disclose that the matter was compromised and settled on terms agreeable to the Parties. To the extent such disclosure as permitted by this paragraph is made, the Parties shall endeavor to the maximum extent possible to limit disclosure and shall make disclosure to the extent practicable in a manner that preserves the confidentiality of this Agreement.

The Parties expressly acknowledge and agree that the confidentiality provisions of this Agreement were and are an essential condition and material term of this Agreement. The Parties agree further that a breach of the confidentiality provisions by one Party or its agents, will entitle the other Party to seek any and all remedies available at law or in equity to which it may be entitled, including, without limitation, damages, injunctive relief or contempt. The Parties further acknowledge and agree that money damages would not be a sufficient remedy for any breach of the obligations imposed by this paragraph and that the non-breaching Party shall be entitled to injunctive or other equitable relief as a remedy for any such breach or threatened breach without any requirement for the securing or posting of any bond in connection with such remedy. Such remedy shall not be deemed to be the exclusive remedy for any breach of the obligations imposed by this paragraph, but shall be in addition to all other remedies available at law or in equity. No failure or delay by any Party in exercising any right under this paragraph shall operate as a waiver thereof, nor shall any single or partial exercise thereof preclude any other or further exercise of any such right.

In furtherance of this Section, the Plaintiff agrees to return any and all documents obtained from Standard Fire during the course of the Suits, including any and all copies made of any such documents, at the same time this Agreement is returned, fully executed, to Standard Fire.



## IMPORTANT INSURANCE DISCLOSURES

Please read these two important insurance disclosures regarding
our privacy notice and our producer compensation practices.

## I. PRIVACY NOTICE

### WHAT WE MEAN WHEN WE TALK ABOUT "PRIVACY"

Your privacy is important to us. When we sell an insurance policy to a person we need information about the person or property that we're insuring. We consider this private and have taken steps to keep it confidential.

We want you to know about our privacy policy. The privacy policy tells you the kinds of information we get about you, where we get it, and with whom, if anyone, we may share it.

This brochure describes our privacy policy, procedures and practices for individuals who seek or get auto, home and other personal liability and property insurance for personal, family or household needs.

### WHAT KIND OF INFORMATION WE HAVE AND WHERE WE GET IT

You give us most of what we need in the application process. To make sure what we have is correct we may need to check with you by phone or mail.

You may be asked to give us more details in writing or over the phone. Plus, we may receive and check your past insurance claims from insurance support organizations or your former insurers.

As allowed by law, we may ask for credit and other consumer reports from consumer reporting agencies concerning your application for insurance or any renewal of insurance. Information given to us by an insurance support organization, including consumer reporting agencies may be retained by them and disclosed to other persons.

For auto insurance, we often get a report of accidents or convictions from your State Motor Vehicle Department. We get these reports through an independent reporting company. We may also check information from government agencies or independent reporting companies. This helps us correctly rate and price your policy.

For home, building, or boat insurance, we or an inspector from an independent company may visit the property to inspect and report on its condition. In some cases, pictures may be taken. This allows us to check the estimate we have of your property's value. If we need more details about the property or the alarm you've installed, we may need to enter your property to finish the inspection. We would contact you before entering your property.

As a part of our application and underwriting process, in most states, we also order an Insurance Score based on credit history. We use the Score, information you give us, and other consumer reports for underwriting and the price we will charge. If we receive corrected personal information from a consumer reporting agency, we will re-evaluate you.

Once you're insured with us, your file may contain details about your policy(ies). This may include bill payments or claim history. A claim representative may comment, for example, on the condition and use of the insured property. We may also keep a police report if one was issued.

Sometimes we need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we would ask you to sign a form allowing your personal doctor to answer any question we may have.

### WHO HAS ACCESS TO THIS INFORMATION

We keep what we collect about you in our files. Our policies and procedures protect your personal information. We have physical, electronic and procedural safeguards in place.

**We do not give or sell our customers' personal information to others for marketing purposes. You don't have to ask us to keep your information private because we do not give it, unless allowed.**

We will use information about you to sell you insurance, service your insurance and settle claims. We may give the information to other persons or companies to help us manage or service our business. When we do, we require them to use it only for the reasons we gave it to them.

We may give, without your past permission and only if allowed by law, information about y[...]

PL-10582 Rev. 4-05

EXHIBIT
1

files to certain persons or organizations such as:

- Your agent or broker
- Our affiliated property and casualty insurance companies
- An independent claim adjuster or investigator
- Persons or organizations that conduct scientific research, including actuarial or underwriting studies, provided that no individual may be identified in the studies
- An insurance support organization, including consumer reporting agencies
- Another insurer in order to prevent or prosecute fraud

Also, on rare occasions, we may be required to share this information:

- With a State Insurance Department or other governmental agency, if required by federal, state or local laws
- If ordered by a summons, court order, search warrant or subpoena
- To protect our own legal interests, or in case of suspected fraud or other illegal activities.

## HOW TO FIND OUT WHAT INFORMATION WE HAVE ABOUT YOU

If you have any questions about what we have in your file please write to us. When we receive your written request, we will respond within thirty (30) business days. We will let you know if we've given any information about you to anyone in the past. If we asked for a consumer report we will tell you the name and address of the consumer reporting agency.

You may also see and copy your file (except for certain documents about claims and lawsuits). If you believe any of our information is wrong we'll check it out and if we agree there was an error, we'll correct it. If we don't agree, you're still allowed to file a letter with your comments. We'll send the correction or letter to anyone who received or will receive the original information.

If you have any questions about the right of access to or correction of your file, we'll be happy to review our procedures with you. Please contact:

your agent or insurance representative

or

Personal Lines Privacy Coordinator

One Tower Square

Hartford, CT 06183

## WHEN YOU WRITE, PLEASE BE SURE TO TELL US YOUR:

- Name
- Address
- Policy number
- Phone number and the best time of the day for us to call you

Please include a copy (not the original) of personal ID, such as your driver's license.

## WE THANK YOU FOR LETTING US SERVE YOUR INSURANCE NEEDS.

This notice is effective April 2005 and is given by The Travelers Indemnity Company, and its property and casualty insurance affiliates, members of the St. Paul Travelers group of companies. This notice applies to current and former customers and may be amended at any time. The amended notice will be sent to customers and will also be placed on Travelers web sites.

A statement concerning our use of Insurance Score is available upon request for Oregon residents.

PL-10582 Rev. 4-05

## II. PRODUCER COMPENSATION DISCLOSURE

Your independent agent or broker may receive a commission from us for placing your insurance with Travelers. Your agent or broker may also receive additional compensation based on their overall relationship with us or for writing additional policies with us. As in other industries, this additional compensation rewards these producers for such things as achieving pre-set profitability goals, volume levels, growth targets, sales contest objectives or other measures we may set. Please direct any specific questions about your insurance representative's compensation to him or her.

PL-10582 Rev. 4-05