UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4152 "K" (2) |
| PERTAINS TO: ROAD HOME | * | |
| *State of Louisiana v. AAA Insurance, et al.*, Case No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

### AFFIDAVIT OF DAVID HARKIN IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER GOVERNING CONFIDENTIAL SETTLEMENT INFORMATION PROVIDED TO THE STATE IN CONNECTION WITH ITS REVIEW OF INSURANCE SETTLEMENTS WITH ROAD HOME GRANT RECIPIENTS

David Harkin, being duly sworn, deposes and states as follows:

1. I am a Large Loss Manager of Property Claims with Horace Mann Insurance Company, Horace Mann Property & Casualty Insurance Company and Teachers Insurance Company (collectively "Horace Mann"). I am familiar with the business practices of Horace Mann and its affiliated companies.

2. I make this affidavit based upon my own personal knowledge and my review of Horace Mann's business records, which are made and kept in the regular course of Horace Mann's business by those whose regular job function it is to make and keep such records, and with which I am personally familiar.

3. As of February 28, 2008, Horace Mann has received 4,951 property claims under homeowners and residential dwelling insurance policies for damage allegedly caused by

Hurricane Katrina in the State of Louisiana. Horace Mann has been advised through information provided by the State of Louisiana that there are approximately 1,622 applicants for Road Home grants that are insured by Horace Mann, several hundred of which have apparently already closed on the grants.

4. I understand that the State of Louisiana has prepared a Request for Consent Form that would require Horace Mann to disclose certain categories of documents and information to the State and its attorneys, including:

    a. Information about Horace Mann's customers, including their names, addresses, contact information, flood insurance status, and SBA loan information;

    b. Information about the policies purchased by Horace Mann's customers, including policy numbers, policy limits, and the identities of and contact information for the insurance agents who issued the policies;

    c. Information about the properties owned (or rented) by Horace Mann's customers, including the locations of the properties, the identities of the owners, the existence and identities of any mortgagors or other loss payees, information about other policies insuring the property (if any), the amounts for which the property is insured, and the types of coverages provided;

    d. Copies of the declarations pages for the homeowners policies purchased by Horace Mann's customers. These documents provide a variety of additional information about Horace Mann's customers, their policies, and their properties, including the policy period, the types of coverages provided, the specific limits and deductibles that apply thereto, the premiums paid, the type of loss settlement provided for (e.g., actual cash value or replacement cost), the various forms, options, and endorsements selected, the types of discounts applied, if

any, and specific information about the nature of the property (e.g., zone, protection class, year built, type of construction, etc.);

      e.    Information about the insurance claims that Horace Mann's customers have made under their policies, including the values the adjusters assigned to the damages, the amounts paid on the claims, the apportionment of the payments among different coverages (e.g., building, other structures, contents, additional living expense), whether payments were disputed, whether those disputes were ultimately settled and, if so, for how much, and the identities of and contact information for those involved in negotiating the settlements; and

      f.    Copies of reports prepared by the adjusters and experts whom Horace Mann and/or its customers retained. These documents typically contain a variety of additional detailed information about Horace Mann's customers and their properties, the payment, negotiation, and settlement of their insurance claims and disputes (if applicable), and their insurance situations and needs.

5.    Horace Mann maintains compilations of information regarding its customers, their properties, and their policies, including historical information regarding the claims made under those policies. These compilations include some or all of the categories of information described above, in Paragraphs 4(a) through 4(e).

6.    The compilations referenced above are electronically stored on Horace Mann's computer system, which can only be accessed by an authorized user, who must type in a personal identification code and a secure password. The compilations are not accessible to the general public, Horace Mann's competitors, or former Horace Mann employees. Horace Mann does not allow the compilations to be downloaded or sent to computers outside Horace Mann's system, nor does it allow its employees to make personal copies of the compilations.

7. The compilations referenced above are economically valuable to Horace Mann, because Horace Mann has invested considerable time, effort, and money in compiling the information stored in them and in developing methods and procedures for how to best collect, store, protect, access, and use that information. Among other things, Horace Mann uses the compiled information regarding its customers and their policies, properties, and their claim histories to:

    a. Design its insurance products;

    b. Market its insurance products;

    c. Evaluate and improve the desirability of its insurance products;

    d. Cultivate and improve existing customer relationships;

    e. Evaluate and improve its relationships with insurance agents;

    f. Evaluate and improve the economic performance of its products;

    g. Develop underwriting policies, procedures, and formulas; and

    h. Make underwriting decisions.

8. Horace Mann considers the aforementioned compilations to be private, proprietary, confidential, and competitively sensitive. If Horace Mann's competitors were able to access these compilations, they could gain a competitive advantage, in that they could better design and market their own insurance products to target Horace Mann's customers, make more informed and intelligent underwriting decisions, and improve the design, desirability, and economic performance of their insurance products.

9. In addition, the categories described above, in Paragraphs 4(e) and 4(f), include information and documents that will discuss and/or reflect Horace Mann's customized procedures, guidelines, and policies for handling, investigating, adjusting, and settling claims

submitted by its policyholders. These procedures, guidelines, and policies are economically valuable to Horace Mann, because Horace Mann has invested considerable time, effort, and money in developing them and protecting their confidentiality. They reflect the results of Horace Mann's research, analysis, and learned experience regarding the best practices for promoting the efficient, fair, and proper handling and adjustment of insurance claims. Horace Mann's procedures, guidelines, and policies are not accessible to the general public, Horace Mann's competitors, or former Horace Mann employees. Horace Mann does not allow electronic copies to be downloaded or sent to computers outside Horace Mann's system, nor does it allow its employees to make personal copies of them. Horace Mann considers its claim-handling procedures, guidelines, and policies to be private, proprietary, confidential, and competitively sensitive. If Horace Mann's competitors gained access to them, they could gain a competitive advantage by improving the efficiency and accuracy of their own claims-handling procedures, resulting in better customer service, more accurate valuations of property damage, and reduced costs.

10. Also, the categories described above, in Paragraphs 4(e) and 4(f), include information and documents that will discuss and/or reflect the manner in which Horace Mann handled and settled claims that ripened into litigation. Through its research, analysis, and experience, Horace Mann has developed internal procedures and strategies with respect to the negotiation and settlement of litigated insurance claims. As a general rule, as part of a negotiated settlement, Horace Mann prefers and typically requires that the other litigant agree to a confidentiality clause, under which the material terms of the settlement cannot be disclosed except in certain, limited situations (e.g., to enforce the settlement agreement). Confidentiality is an important part of Horace Mann's incentive to enter into such a settlement, because otherwise

the settlement could be misconstrued and misused as an admission of liability by Horace Mann, when in actuality liability was disputed. In addition, publicizing the settlement amounts could create unreasonable expectations on the part of other litigants and their attorneys, whose cases involve different circumstances. Disclosing the confidential settlement terms also could result in competitive injury, because Horace Mann's competitors and adversaries would gain insight into Horace Mann's general approach to litigation and settlement negotiations.

11.  Finally, Horace Mann has developed and implemented various policies and procedures to protect its customers' privacy rights and interests. From time to time, Horace Mann communicates its privacy policies to its customers and represents to them that that their private information will not be disclosed to others. An exemplar copy of a typical privacy notice included with a Horace Mann homeowners policy is attached hereto as Exhibit "A."

_____
David Harkin

Sworn to and Subscribed before me
this 3rd day of March, 2008.

_____
Notary Public

OFFICIAL SEAL
**SUSAN K. NERGENAH**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-23-2010

## We respect your privacy

### Horace Mann's Privacy Pledge
### CA-G50025 (2-04)

### Place your trust in Horace Mann

You entrust our company with your future when you become a Horace Mann client. And you expect us to value that trust, respect your privacy and protect your personal information. To show we have earned that trust, we want to explain how we gather and use your personal information.

We collect non-public personal information about you. This includes:

- Information we receive from you, such as your name, address, and beneficiaries;

- Information about your transactions with us, our affiliates or others, such as your policy coverage and payment history; and

- Information we receive from consumer reporting agencies, such as your credit standing.

We use this information to issue and service your policy and to offer you other insurance or financial products. We may use any of the information we collect, as described above, within The Horace Mann Companies listed in this brochure, as allowed by law.

We may also provide any of this information as otherwise required or permitted by law, including sharing it with companies that perform marketing or other services on our behalf or companies with whom we have joint marketing arrangements.

We require these other companies to keep your personal information confidential and to use that information only for the purpose of the marketing or service arrangement.

In addition, we restrict access to your personal information to those employees or companies who need access to that information to provide products or services to you or to us as described above. We also have physical, electronic and procedural safeguards in place to guard your personal information.

We understand the importance of privacy and therefore, we use these privacy practices and policies to protect the personal information of prospective and former customers as well as our current customers.

Thank you for choosing Horace Mann. We appreciate the trust you have placed in us.

Questions? Please call our Customer Service area at 1-800-999-1030 or e-mail us at:

www.horacemann.com

**Horace Mann's Privacy Pledge (cont'd)**

The Horace Mann Companies include:

Horace Mann Insurance Company;
Horace Mann Property & Casualty Insurance Company;
Horace Mann Life Insurance Company;
Horace Mann Investors, Inc.;
Horace Mann Lloyds;
Horace Mann Service Corporation;
Teachers Insurance Company;
Allegiance Life Insurance Company; and
Educators Life Insurance Company of America.