UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: ROAD HOME, | * | |
| Louisiana State, 07-5528 | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF ROLAND SENECHAL

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

BEFORE ME, the undersigned authority, on this day personally appeared Roland Senechal, who, after being duly sworn, deposed and stated as follows:

1.   My name is Roland Senechal. I am over the age of twenty-one (21) years and am competent to execute this affidavit.

2.   I am employed by Farmers Insurance Exchange ("Farmers") in the capacity of Assistant Secretary. Farmers provided insurance in the State of Louisiana at and around the time Hurricane Katrina struck on or around August 29, 2005.

3.   Farmers, in the ordinary course of its business, compiles and maintains certain non-public, sensitive, and confidential proprietary, trade secret and/or private information ("Confidential Information"). In my capacity as Assistant Secretary, I have personal knowledge concerning Farmers' policies and practices with

1

respect to Confidential Information concerning our insureds, as well as the handling of claims-related information and claims settlement information.

4. Farmers, in the ordinary course of its business, maintains and compiles certain information pertaining to its customers and the properties that it insures that constitutes Confidential Information. This Confidential Information may include, but is not limited to: (i) personal and financial information of the customer, including the name of the customer, his or her policy number, his or her Social Security number, the address of the property (or properties) that allegedly sustained damage, the insurance policy and/or claim numbers, the name and address of a customer's insurance agent, and mortgage or other loan information; (ii) the customer's claim file, including the insured's contract of insurance, any related coverage terms, declarations, endorsements, and/or amendments to that contract, and any reports or other documents prepared by Farmers or obtained by Farmers from its adjusters or experts regarding the customer, claim, and/or property; and (iii) coverage limits, premiums paid for, prior payments on, or payments to be made in connection with settlement of a claim under, or adjustment and/or settlement of a claim under a policy of insurance.

5. The Confidential Information described in Paragraph 4 is also competitively sensitive. Farmers compiles and uses such Confidential Information in designing and marketing insurance products and cultivating existing customer relationships. Compilations of this information are also used to determine what properties to cover and what premiums to charge, and to develop underwriting policies and

2

procedures. The compilations of such Confidential Information, if made available to competitors, could assist other insurers to gain a competitive advantage by tailoring the design and marketing of their own products and adjusting their underwriting policies so as to target Farmers' customers. Accordingly, the disclosure of such Confidential Information, and/or compilations of Confidential Information, to third parties could cause substantial competitive harm to Farmers.

6.  Additionally, Farmers, in the ordinary course of its business, develops and engages in proprietary claims handling, administration, and adjustment practices and procedures. The Confidential Information described in Paragraph 4 reflects and embodies these proprietary claims handling, administration, and adjustment practices. Farmers compiles and uses such Confidential Information in the development of its claims handling, administration, and adjustment practices and procedures. The compilations of such Confidential Information, if made available to competitors, could assist other insurers to gain a competitive advantage by enabling them to identify ways in which they could change their own claims handling, administration, and adjustment practices and procedures so as to competitively harm Farmers. Accordingly, the disclosure of such Confidential Information, and/or compilations of Confidential Information, to third parties could cause substantial competitive harm to Farmers.

7.  Farmers protects the confidentiality of such information and would not ordinarily make Confidential Information available to the public absent a court order

3

requiring disclosure.   Moreover, disclosure of such Confidential Information could cause substantial competitive harm to the Company.

8.    It is Farmers' policy that any and all settlement agreements between Farmers and its customers and documents reflecting settlement terms, negotiations, and other factors that were considered in the course of reaching settlement (collectively, "settlement-related documents") constitute Confidential Information.   Farmers' settlement agreements typically contain confidentiality clauses agreed-upon by the parties that protect the confidentiality of the terms and conditions of the settlement and all related settlement documents including, but not limited to (i) the personal or financial information of the insured; (ii) the insured's claim file, including the customer's contract of insurance and any reports prepared by Farmers and/or its experts or adjusters; and (iii) coverage limits, premiums paid for, prior payments on, or payments to be made in connection with settlement of a claim under, or adjustment and/or settlement of a claim under a policy of insurance.   In addition, Farmers' settlement policies and procedures are confidential and proprietary.   Accordingly, the disclosure of Farmers' settlement or other related documents could cause substantial competitive injury to Farmers.

9.    Farmers also has policies and procedures for the protection of its customers' privacy rights and interests.

4

_Roland Senechal_
**Roland Senechal**

Sworn to and subscribed before me, Notary
Public, this 3 day of March , 2008.

_Bobbie M. Salas_
**NOTARY PUBLIC**
Print Name/No. Bobbie M. Salas
My Commission Expires: 11/22/2008

BOBBIE M. SALAS
COMM. #1528912
NOTARY PUBLIC – CALIFORNIA
LOS ANGELES
My Commission Exp. Nov 22, 2008

5