UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL<br>BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>* MAG. WILKINSON |

PERTAINS TO:
BARGE

**CONSENT MOTION OF LAFARGE NORTH AMERICA INC.
FOR ORAL ARGUMENT ON FLOOD CONTROL ACT ISSUE
RAISED BY THE UNITED STATES' MOTION TO DISMISS
LNA'S THIRD-PARTY CLAIMS FOR LACK OF JURISDICTION**

Lafarge North America Inc. ("LNA") hereby moves the Court to allow oral argument on the Flood Control Act issue raised by the United States' motion to dismiss LNA's third-party complaint for lack of subject matter jurisdiction. The motion to dismiss is set for hearing on March 11, 2008, at the same time as the hearing on the Flood Control Act summary judgment motions in *Robinson*. See Doc. 10054-2.

As the Court is aware, LNA has asserted third-party claims against the United States in the Barge track that are essentially identical to the claims that the *Robinson* plaintiffs have

1

asserted against the United States (Doc. 9032), and the United States has responded with the same §702c defense that it has advanced in *Robinson* (Doc. 7723).  Because the Court will be hearing oral argument on the § 702c issue from the parties to *Robinson* – including the United States, LNA's opposing party in the Barge cases – and because LNA has a direct stake in the Court's adjudication of this issue, LNA respectfully requests that the Court agree to hear oral argument from LNA as well.  The United States has consented to this request by LNA.

In addition, LNA and the United States agree that the portion of the United States' motion to dismiss that addresses LNA's claims under the Little Tucker Act should be decided by the Court on the papers, without the need for oral argument.

A proposed order accompanies this motion.

                                               Respectfully submitted,

                                               Robert B. Fisher, Jr., T.A. (#5587)
                                               Derek A. Walker (#13175)
                                               Ivan M. Rodriguez (#22574)
                                               Parker Harrison (#27538)
                                               **CHAFFE MCCALL, L.L.P.**
                                               2300 Energy Centre
                                               1100 Poydras Street
                                               New Orleans, LA 70163-2300
                                               Telephone:  (504) 585-7000
                                               Facsimile:  (504) 585-7075
                                               Fisher@chaffe.com
                                               Walker@chaffe.com
                                               Harrison@chaffe.com

                                               /s/ John D. Aldock
                                               John D. Aldock
                                               Richard M. Wyner
                                               Mark S. Raffman
                                               **GOODWIN PROCTER LLP**
                                               901 New York Avenue, N.W.
                                               Washington, DC 20001
                                               Telephone:  (202) 346-4240

          Daniel A. Webb (#13294)
          **SUTTERFIELD & WEBB, LLC**
          Poydras Center
          650 Poydras Street, Suite 2715
          New Orleans, LA 70130
          Telephone: (504) 598-2715

          ***Attorneys for Lafarge North America Inc.***

February 4, 2008

**Certificate of Service**

I hereby certify that I have on this 4th day of February, 2008 caused a copy of the foregoing pleading to be served on counsel for all parties to this proceeding by electronic notification.

/s/ John D. Aldock
John D. Aldock