UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL<br>BREACHES LITIGATION<br><br>_____<br><br>PERTAINS TO:<br>BARGE | * CIVIL ACTION NO. 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>* MAG. WILKINSON |

**ORDER**

Upon consideration of the Consent Motion Of Lafarge North America Inc. (LNA) for Oral Argument on the Flood Control Act Issue Raised By the United States' Motion to Dismiss LNA's Third-Party Claims For Lack of Jurisdiction, and good cause appearing, it is hereby ORDERED that the motion is granted.  At the hearing on March 11, 2008, LNA and the United States will be permitted to present oral argument on the Flood Control Act immunity issue raised by the United States' motion to dismiss.  The Court will decide the United States' arguments to dismiss LNA's claims under the Little Tucker Act (arguments that do not involve the Flood Control Act) on the papers without oral argument.

Dated: _____

_____
United States District Judge