UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | | * | |
| CONSOLIDATED LITIGATION | | * | CIVIL ACTION |
| | | * | |
| | | * | NO. 05-4182 |
| | | * | and consolidated cases |
| PERTAINS TO: BARGE | | * | |
| | | * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | | * | |

**RESPONSE OF LAFARGE NORTH AMERICA INC. TO LOUISIANA DEPARTMENT OF REVENUE'S MOTION TO QUASH SUBPOENA IN A CIVIL CASE**

Lafarge North America ("LNA") responds to the motion [Doc. 11355] of the Louisiana Department of Revenue (the "Department") seeking to quash a third-party subpoena issued by LNA [Doc. 11130]. LNA served its subpoena following service of a similar subpoena by the plaintiffs in the Barge category of cases [Doc. 10914]. The purpose of LNA's subpoena was to ensure that any production of documents by the Department would be balanced, rather than cherry-picked by the plaintiffs.

LIBW/1670190.1

The Department has moved to quash the plaintiffs' subpoena in its entirety [Doc. 11251] and it does not appear that the plaintiffs have opposed that motion, which is due for hearing on March 5, 2008.  Accordingly, on the assumption that the Court will grant the Department's motion to quash the plaintiffs' subpoena, LNA is prepared to withdraw its own subpoena, thereby mooting the instant motion.

    Respectfully submitted,

    /s/ Derek A. Walker
    Robert B. Fisher, Jr., T.A. (#5587)
    Derek A. Walker (#13175)
    Ivan M. Rodriguez (#22574)
    **CHAFFE MCCALL, L.L.P.**
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163-2300
    Telephone:  (504) 585-7000
    Facsimile:  (504) 585-7075
    Fisher@chaffe.com
    Walker@chaffe.com

    John D. Aldock
    Richard M. Wyner
    Mark S. Raffman
    **GOODWIN PROCTER LLP**
    901 New York Avenue, N.W.
    Washington, DC 20001
    Telephone:  (202) 346-4240

    Daniel A. Webb (#13294)
    **SUTTERFIELD & WEBB, LLC**
    Poydras Center
    650 Poydras Street, Suite 2715
    New Orleans, LA 70130
    Telephone:  (504) 598-2715

    *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 4th day of March, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

    /s/ Derek A. Walker