UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aguilar No. 07-4852 _____ | * * * * | JUDGE:   DUVAL |
| JOSEPH AGUILAR, III, et al VERSUS ALEA LONDON LIMITED, et al | * * * * * | MAGISTRATE:  WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT LIMITED MOTION, ORDER OF DISMISSAL**

**NOW INTO COURT**, through undersigned counsel, come DAWN and SEAN HUTH and TIM and MARY THROWER, SR., Plaintiffs herein, and Defendant, Allstate Insurance Company, through their counsel of record, all parties at interest herein and who stipulate and agree that all claims of Plaintiffs in the above numbered and entitled cause of the original complaint be dismissed, without prejudice, each party to bear its own costs of court.

Respectfully submitted,

| | |
|---|---|
| /s/ Jim S. Hall | /s/ H. Minor Pipes, III |
| JIM S. HALL (#21644) | H. MINOR PIPES, III (#24603) |
| Attorney for Plaintiff | BARRASSO, USDIN, KUPPERMAN, |
| 800 N. Causeway Blvd., #100 |    FREEMAN & SARVER, LLC. |
| Metairie, LA 70001 | Attorneys for Defendant Allstate Insurance Co. |
| (504) 832-3000 | 909 Poydras Street, Suite 2400 |
| jim@jimshall.com | New Orleans, LA 70112 |
| | (504) 589-9726 |
| | mpipes@barrassousdin.com |