UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aguilar No. 07-4852 _____ | * * * * | JUDGE: DUVAL |
| JOSEPH AGUILAR, III, et al VERSUS ALEA LONDON LIMITED, et al | * * * * * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiffs, DAWN and SEAN HUTH, and TIM and MARY THROWER, SR., against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE