UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolidated cases |
| | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lafarge v. USA* 07-5178 | * * | |

# ORDER DENYING THE MOTION TO QUASH SUBPOENA DUCES TECUM FILED BY THE SECRETARY, LOUISIANA DEPARTMENT OF FINANCE AND REVENUE

This matter comes before the Court on the February 14, 2008, Motion to Quash Subpoena in Civil Case filed by the Secretary of the Louisiana Department of Finance and Revenue (doc. # 11251), and the March 4, 2008, Opposition of Plaintiffs.

Plaintiffs have shown a compelling need for the information in question, to identify class members and to obtain information that their business loss valuation expert will need in order to submit the required Merits Expert Report on August 1.  Plaintiffs have also shown that there is no realistic alternative means of obtaining the information in question.  The legitimate State interest in confidentiality will be preserved by making the information produced CONFIDENTIAL INFORMATION subject to the May 29, 2007, Master Protective Order.  No other question as to the

subpoena has been presented, but the Court notes that plaintiffs intend to enter into discussions with the Department of Finance and Revenue that may or may not lead to a revised subpoena.  The Secretary shall retain the right to challenge any revised subpoena on any ground other than confidentiality.  It is therefore hereby

    ORDERED:

    (a) that the Motion to Quash filed by the Secretary of the Louisiana Department of Finance and Revenue is DENIED;

    (b) that the information produced shall be treated as CONFIDENTIAL INFORMATION subject to the May 29, 2007, Master Protective Order; and

    (c) that, following consultations with counsel for plaintiffs, in the event of a revised subpoena the Secretary of the Department of Finance and Revenue shall retain the right to challenge the revised subpoena on any ground other than confidentiality.

    New Orleans, Louisiana, this _____ day of _____, 2008.

    _____
    JOSEPH C. WILKINSON, JR.
    UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**