UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: | SECTION "K" (2) |
| *Flowers by My Sister and Me* C.A. NO. 06-9246 | |
| and | |
| FLOWERS BY MY SISTER & ME, LLC | CIVIL ACTION |
| VERSUS | NO. 06-9246 |
| ZURICH AMERICAN INS. CO., ET AL. | SECTION "K" (2) |

PLAINTIFFS' LIST OF WITNESSES

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, and submits the following list of witnesses that may be called at the trial of this matter:

1. Edward Gutierrez - Plaintiff - Owner of business.

2. Cathy Gutierrez - Wife and co-operator of business.

3. Edward Gutierrez, III - Son of plaintiff - to testify concerning damages to the facility in question.

4. Clifford Reuther - Landlord/Owner of building in question.

5. Caroline Wenger - Employee of business in question.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES, LLC**

s/Jim S.Hall
**JOSEPH W. RAUSCH (Bar No.: 11394)**
**JIM S. HALL, (Bar No.: 21644)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:   (504) 832-1799
E-Mail Address: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 4th day of March, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/Jim S. Hall
**JIM S. HALL**