UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: | SECTION "K" (2) |
| *Flowers by My Sister and Me* C.A. NO. 06-9246 | |
| and | |
| FLOWERS BY MY SISTER & ME, LLC | CIVIL ACTION |
| VERSUS | NO. 06-9246 |
| ZURICH AMERICAN INS. CO., ET AL. | SECTION "K" (2) |

PLAINTIFFS' LIST OF EXHIBITS

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, and submit the following list of exhibits that may be introduced at the trial of this matter:

1. Photographs of the damaged property.

2. Earnings report concerning the business in question.

3. List of shop contents.

4. Bank statements for the applicable period of time.

5. Copy of policy of insurance issued by Zurich.

6. Handwritten list of deposits prepared by plaintiff owners.

        Respectfully Submitted:

        **JIM S. HALL & ASSOCIATES, LLC**

        s/Jim S.Hall
        **JOSEPH W. RAUSCH (Bar No.: 11394)**
        **JIM S. HALL, (Bar No.: 21644)**
        800 N. Causeway Blvd., Suite 100
        Metairie, LA 70001
        Telephone: (504) 832-3000
        Facsimile:  (504) 832-1799
        E-Mail Address: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 4th day of March, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

        s/Jim S. Hall
        **JIM S. HALL**