UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * <br> * NO. 05-4182 "K" (2) * <br> * JUDGE STANWOOD R. DUVAL * <br> * MAG. JUDGE JOSEPH C. WILKINSON, JR. * |

*THIS PLEADING APPLIES TO:* **BARGE**

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait v. USA* | C.A. No. 07-3500 |
| *Lafarge v. USA* | C.A. No. 07-5178 |

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally appeared Marina I. Meza, of the law firm Chaffe McCall, LLP, 1100 Poydras Street, 2300 Energy Centre, New Orleans, Louisiana 70163-2300, who after being duly sworn, said that on the 3rd day of March 2008, she received the attached Affidavit of Service (Exhibit "A") from Roman Legal Services, indicating service of

1080776-1

FRCP Rule 45 Subpoena upon Buzzi Unicem USA, Inc. on February 15, 2008, which applies to "In Re: Katrina Canal Beaches Consolidated Litigation" – Barge, Civil Action No. 05-4182 "K" (2) by Lafarge North America Inc.

_____
Marina I. Meza

Sworn to and subscribed before me,

Notary, this 3rd day of March, 2008.

_____
NOTARY PUBLIC

HARRY R. HOLLADAY
NOTARY PUBLIC
STATE OF LOUISIANA
BAR ROLL #06950
COMMISSION EXPIRES AT DEATH

1080776-1                                    2