## AFFIDAVIT OF SERVICE

I, Anthony Scott, being duly sworn and deposed do state the following based upon personal knowledge:

1. On _February 15th_, 2007, I served a copy of the _Summons_ attached hereto as "Exhibit 1" by the following method(s) (check all that apply):

   ___ via hand delivery to
   _Buzzi Unicem USA Inc_
   _100 Brod Head RD_
   _Bethlehem PA 18017_

   ___ via _[signature]_
   _David Rifkind_
   _Deputy General Counsel_

   _[signature]_ Anthony Scott
   Anthony Scott
   Pennsylvania State Constable

Sworn to and subscribed before me this _19_ day of _February_, 200_8_ in the County of Monroe, Pennsylvania.

_[signature] Maxine Wilkinson-Davy_

**COMMONWEALTH OF PENNSYLVANIA**
**NOTARIAL SEAL**
MAXINE WILKINSON-DAVY, NOTARY PUBLIC
CITY OF E.STROUDSBURG, MONROE COUNTY
MY COMMISSION EXPIRES AUG. 18, 2010