UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:                                          SECTION "K"(2)
    LEVEE AND MRGO

## ORDER

It having come to the Court's attention that The MRGO Plaintiffs' Motion for Class Certification (Doc. 3616) is a duplicate of The MRGO Plaintiffs' Motion for Class Certification (Doc. 3612),

**IT IS ORDERED** that The MRGO Plaintiffs' Motion for Class Certification (Doc. 3616) is **DISMISSED as duplicative.**

Furthermore, it having come to the Court's attention that the Motion for Class Certification (Doc. 3629) was superseded by an Amended Motion for class Certification (Doc. 6940),

**IT IS ORDERED** that this Motion is **DISMISSED as having been superseded.**

New Orleans, Louisiana, this  4th  day of March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE