UNITED STATION DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | |
| | * | CIVIL ACTION NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | |
| | * | SECTION "K" (2) |
| | * | |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | JUDGE STANWOOD R. DUVAL, JR. |
| *Lagarde v. Lafarge*     06-5342 | * | |
| *Perry v. Ingram*     06-6299 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA*     07-3500 | * | |
| *Lafarge v. USA*     07-5178 | * | |
| *   *   *   *   *   * | *   *   *   *   *   * | |

**ORDER**

Before the Court is Plaintiff's Motion to Certify the Class and Subclasses, to Appoint Class Counsel and to Approve Plaintiff's Proposed Trial Plan (Doc. 11055). The Court has reviewed the pleading and finds as follows:

With respect to Plaintiff's Motion to Certify the Class and Subclasses,

**IT IS ORDERED** that pursuant to the Court's previous order a hearing on the Motion to Certify the Class and Subclasses in Barge is **DISMISSED as being premature.** The Court has determined that the issue of Class Certification shall be determined after there is resolution on all substantive matters. Thus, the Motion shall be re-filed in conjunction with plaintiff's memoranda which is due on April 1, 2009.

With respect to Plaintiffs' Motion to Appoint Class Counsel,

**IT IS ORDERED** that Brian A. Gilbert, Lawrence D. Wiedemann, Karl Wiedemann, Karen Widemann, Patrick J. Sanders, Richard T. Seymour, Lawrence A. Wilson, David Druker and Leslie Debra Kelmachter are **APPOINTED as Barge Plaintiffs' Subgroup Committee.**

**IT IS FURTHER ORDERED** that Brian Gilbert is **APPOINTED** to Plaintiffs' Preliminary Master Committee for BARGE.

**IT IS FURTHER ORDERED** that William Treeby is **APPOINTED** to Defendants' Preliminary Master Committee for BARGE.

**IT IS FURTHER ORDERED** that the Lafarge defendants shall identify one person to act as liaison counsel for its interests in BARGE and shall inform the Court at the Status Conference to be held on Friday, March 7, 2008.

With respect to the Motion to Approve Trial Plan,

**IT IS ORDERED** that Plaintiffs Motion to Approve Trial Plan is **DENIED** as premature. The Court will be conducting a status conference to discuss this matter as set forth in Doc. 11449 entered on February 28, 2008, at which time the Court will begin to confect a trial plan to address the need to try MRGO in conjunction with MRGO.

New Orleans, Louisiana, the   4th  day of March, 2008.

  STANWOOD R. DUVAL, JR.
  UNITED STATES DISTRICT COURT JUDGE

2