UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION K – JUDGE DUVAL** |
| | * | |
| **PERTAINS TO:** | * | **MAG. (2) – MAG. WILKINSON** |
| | * | |
| **INSURANCE: JUPITER, 07-1689** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR CONTEMPT AND DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Auto Club Family Insurance Company ("ACFIC"), and for the reasons more fully set forth in the Memorandum in Support filed concurrently herewith, ACFIC moves this Court for an Order of Contempt and Dismissal of the Complaint and claims of Lorraine Jupiter ("Jupiter") for failing to comply with the Court's January 30, 2008 Discovery Order directing Jupiter, within ten days of entry of the order, to provide supplemental responses to ACFIC's Interrogatory Nos. 3, 4, 5, and 8, to respond to ACFIC's First Request for Production of Documents, to provide ACFIC's counsel with available dates within the next 30 days for scheduling Jupiter's deposition, and to pay to ACFIC $450.00 in attorney's fees.

**WHEREFORE**, Defendant, ACFIC, prays that Jupiter be appropriately sanctioned in accordance with Federal Rule of Civil Procedure 37, including but not limited to a finding of contempt and dismissal of her claim with prejudice, for attorney's fees and costs incurred by ACFIC in filing the instant motion, and/or for any other relief allowed by law.

Respectfully submitted.

**CHOPIN, WAGAR, RICHARD & KUTCHER**

BY: _____
**THOMAS M. RICHARD (#2069)**
3850 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3845
Facsimile: (504) 836-9543
*Attorneys for Defendant, Auto Club Family Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
THOMAS M. RICHARD