UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| _____ | * | **SECTION K – JUDGE DUVAL** |
| | * | |
| **PERTAINS TO:** | * | **MAG. (2) – MAG. WILKINSON** |
| | * | |
| **INSURANCE:  JUPITER, 07-1689** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, Auto Club Family Insurance Company ("ACFIC"), through undersigned counsel, requests that its Motion for Contempt and Dismissal be brought for hearing before the Honorable Judge Stanwood R. Duval, Jr. on March 19, 2008 at 9:30 a.m. at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD
& KUTCHER, L.L.P.**

By_____

**THOMAS M. RICHARD (#2069)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana   70002
Telephone:  (504) 830-3838
Fax: (504) 836-9540
***Attorneys for Defendant, Auto Club
FamilyInsurance Company***

2