UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE: JUPITER, 07-1689 | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Auto Club Family Insurance Company ("ACFIC"), who respectfully requests oral argument for the hearing on its Motion for Contempt and Dismissal of Claims. ACFIC respectfully suggests that oral argument would assist the Court in fully understanding all the issues implicated by this Motion and in making a just decision on the Motion, the reasons the granting of this Motion has become necessary. Accordingly, ACFIC respectfully requests oral argument of this matter.

Respectfully submitted.

CHOPIN, WAGAR, RICHARD &
KUTCHER

BY: _____

**THOMAS M. RICHARD (#2069)**
3850 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3845
Facsimile: (504) 836-9543
*Attorneys for Defendant, Auto Club*
*Family Insurance Company*

2