UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES       CIVIL ACTION
     CONSOLIDATED LITIGATION
                                    NO. 05-4182 "K" (2)

PERTAINS TO: MRGO                   JUDGE DUVAL
                                    MAG. WILKINSON

## ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Washington Group International, Inc.'s Motion to Compel Compliance with Third Party Subpoena, Record Doc. No. 11230, set for hearing on March 5, 2008 at 11:00 a.m. with oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

IT IS ORDERED that the scheduled oral argument is CANCELLED. IT IS FURTHER ORDERED that the motion is GRANTED and that McElwee Brothers Inc. must comply with the subpoena within ten (10) days of service of this order.

IT IS FURTHER ORDERED that counsel for Washington Group International, Inc. must serve a copy of this order on McElwee Brothers Inc. and file a copy of the return of service in the record.

                          New Orleans, Louisiana, this __4th__ day of March, 2008.

                                            JOSEPH C. WILKINSON, JR.
                                            UNITED STATES MAGISTRATE JUDGE