UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Barard</u>, 06-7939 | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

Due to a conflict on my calendar, **IT IS ORDERED** that the **Pretrial Conference**, previously set before me in this matter in the referenced <u>Barard</u> case on **MAY 15, 2008** at 2:30 p.m., is hereby **RESET ON THE SAME DATE AT 3:30 P.M.**

New Orleans, Louisiana, this 5th day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE