FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 FEB 29 PM 4: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182  JUDGE: DUVAL |
| PERTAINS TO INSURANCE : | * * | MAGISTRATE: WILKINSON |
| 06-7450 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Plaintiff Laundry Basket, Inc. has agreed to settle its claims in this lawsuit. As a result, Plaintiff respectfully requests that its claims asserted and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

102202

WHEREFORE, Plaintiff Laundry Basket, Inc. prays that its claims be dismissed, with prejudice.

Respectfully submitted,

_____
Gino J. Rendeiro, #4348
Weeks, Kavanagh & Rendeiro
810 Union Street, 2nd Floor
New Orleans, Louisiana 70112
Telephone: (504) 529-5100

Attorney for Plaintiff

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 25 day of February, 2008.

_____