UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO.: 05-4182<br><br>JUDGE: DUVAL<br><br>MAGISTRATE: WILKINSON |
| PERTAINS TO INSURANCE :<br><br>06-7450 | *<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that all of the claims asserted by Plaintiff Laundry Basket, Inc. in this lawsuit are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 4th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

102202