**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL | * CIVIL ACTION NO. 05-4182 |
| BREACHES LITIGATION | * |
| | * SECTION "K" (2) |
| | * |
| | * JUDGE DUVAL |
| | * MAG. WILKINSON |

PERTAINS TO:
BARGE

**MOTION OF LAFARGE NORTH AMERICA INC.**
**TO FILE MEMORANDUM IN RESPONSE TO**
**THE FEBRUARY 28, 2008 AND MARCH 4, 2008 ORDERS**

Lafarge North America Inc. ("LNA") hereby moves for leave to file a memorandum in response to the February 28, 2008 and March 4, 2008 orders. LNA believes that the orders raise a number of issues as to which citation to case precedent and other authority is both appropriate and helpful, in addition to LNA's participation at the March 7, 2008 status conference. LNA therefore requests leave to file the accompanying memorandum. A proposed order accompanies this motion.

1

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

/s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

*Attorneys for Lafarge North America Inc.*

March 5, 2008

## Certificate of Service

I hereby certify that I have on this 5th day of March, 2008 caused a copy of the foregoing pleading to be served on counsel for all parties to this proceeding by electronic notification.

/s/ John D. Aldock
John D. Aldock
