UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL  \* CIVIL ACTION NO. 05-4182
BREACHES LITIGATION  \*
\* SECTION "K" (2)
\*
\* JUDGE DUVAL
\* MAG. WILKINSON

_____

PERTAINS TO:
BARGE

**ORDER**

Upon consideration of the Motion Of Lafarge North America Inc. To File Memorandum in Response to the February 28, 2008 and March 4, 2008 Orders, and good cause appearing, it is ORDERED that the motion is granted.  The Clerk is directed to file the Memorandum of Lafarge North America Inc. in Response to the February 28, 2008 and March 4, 2008 Orders.

Dated: _____

_____
United States District Judge