UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: Aguda, C.A. No. 07-4457     JUDGE DUVAL
                                          MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:       Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint, Record Doc. No. 11420

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART.  The motion is granted in part insofar as plaintiffs seek to amend their complaint to clarify that wind and/or wind-driven rain (i.e., covered risks under plaintiffs' State Farm policy) proximately caused damage to plaintiffs' property beyond the amounts paid by State Farm. The motion is denied insofar as the proposed amendment asserts claims that flood damage to their property is covered by plaintiffs' insurance policy with State Farm or that plaintiffs have some sort of claim under Louisiana's Valued Policy Law, since these kinds of claims are futile under recent Fifth Circuit decisions. In re Katrina Canal Breaches Consolidated Litigation, 495 F.3d 191 (5th Cir. 2007) (flood exclusion); Chauvin v. State Farm Fire &Cas. Co., 450 F. Supp. 2d 660 (E.D. La. 2006), aff'd, 495 F. 3d 232 (5th Cir. 2007) (Louisiana Valued Policy Law).  Plaintiffs must file an amended complaint that complies with the limitations set forth in this order within ten (10) days of entry of this order.

New Orleans, Louisiana, this   5th   day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE