UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>   05-4181<br>   06-4389<br>   06-5786<br>   06-6099 | SECTION "K"(2) |

## ORDER AND REASONS

Before the Court is a Motion by Ashton O'Dwyer for Various Relief. (Doc. 7501). In it, Mr. O'Dwyer seeks the rescission of the monetary sanctions imposed against him on August 6, 2007 (Doc. 3666); imposition of sanctions against the State of Louisiana, its agencies and department heads, both officially and individually; and for the imposition of sanctions against counsel for the State of Louisiana, . in this litigation, namely Michael C. Keller and Phyllis E. Glazer. He contends that the State's counsel knew well when they filed the Motions(s) to Dismiss and for Sanctions against Ashton O'Dwyer, and when they argued those motions in Open Court on February 28, 2007, that the State intended to file two civil actions against the United States, thus waiving the State of Louisiana's 11th Amendment immunity and thus they committed "fraud upon the Court."

Considering the Court has found no 11th Amendment waiver in the context of Mr. O'Dwyer's attempt at intervention, this motion has no merit and will be denied. (Doc. 11391).

Furthermore, as the Court noted in its ruling of February 22, 2008 (Doc. 11357), Mr. O'Dwyer's conduct continues to be unprofessional. In his Memorandum in Support of this motion he posits, "What did counsel for the Louisiana Department of "Injustice" know, and

when did they know it?" Mr. O'Dwyer has the right to allege that the State has committed an injustice, provided there is factual support for such a claim under Fed. R. Civ. P. 11; however, he has no justification as an officer of the court to make such a claim by referring to that party by anything other than its proper legal name. This is yet one more in the litany of pleadings that frankly verge on the kind of writing one would expect from a *pro se* litigant, not a person who heretofore had been considered a professional member of the Louisiana bar. Since this pleading pre-dates the Court's latest warning concerning sanctions (Doc. 11357), it will not levy any concerning this motion.

However, anything Mr. O'Dwyer files in this Court from this day forward that contains this kind of disrespect for another litigant, will be sanctioned. Accordingly,

**IT IS ORDERED** that Motion by Ashton O'Dwyer for Various Relief. (Doc. 7501) is **DENIED**.

New Orleans, Louisiana, this   5th   day of March, 2008.

                                        STANWOOD R. DUVAL, JR.
                              UNITED STATES DISTRICT COURT JUDGE