UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>**COSSE, 06-11198** | SECTION "K"(2) |

### ORDER

Considering the Plaintiff's Ex Parte Motion for Leave to File Motion to Unconsolidate (Rec. Doc. 11507), and the Plaintiff's representations that she does not seek to continue with her levee breach claim, accordingly,

**IT IS ORDERED** that the Plaintiff's Motion for Leave to File (Rec. Doc. 11507) is **GRANTED**. Plaintiff's pleading may be filed.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Unconsolidate is **GRANTED.** The above-captioned matter, Civ. A. No. 06-11198, is hereby **DECONSOLIDATED** from *In re Katrina Canal Breaches Consolidated Litigation*, Civ. A. No. 05-4182.

**IT IS FURTHER ORDERED** that Plaintiff's counsel contact the Court's case manager to arrange a scheduling conference.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Expedite Hearing (Rec. Doc. 11508) is **DENIED AS MOOT.**

New Orleans, Louisiana, this ____5th__ day of March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE