UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: INSURANCE | * * | JUDGE: DUVAL "K" |
| Midland, C.A. No. 07-4855 | * * | MAGISTRATE: WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO TRANSFER

**NOW INTO COURT**, through undersigned counsel, comes defendant, Allstate Insurance Company, who respectfully requests that this Honorable Court issue an Order transferring Case No. 07-4855 of the above consolidated case to Judge Eldon E. Fallon's court for the following reasons:

### I.

On August 28, 2007, Midland Mortgage Co. filed this suit against Allstate Insurance Company. The suit was inadvertently assigned to Judge Duval and placed in the canal breach litigation.

## II.

The issues involved in Case No. 07-4855 involve the same legal issues as the Chase litigation currently before Judge Fallon in Case No. 07-4761 and other similar cases.

## III.

Accordingly, Allstate Insurance Company requests that this Court issue an Order transferring Case No. 07-4855 of the above consolidated case to Judge Eldon E. Fallon's court for further proceedings.

**WHEREFORE**, Allstate Insurance Company prays that this Court enter an Order transferring Case No. 07-4855 to Judge Eldon E. Fallon's court.

Respectfully submitted,

*/s/ Jonathan R. Bourg*
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com
ewicker@barrassousdin.com
jbourg@barrassousdin.com
*Attorneys for Allstate Insurance Company*

104470

## CERTIFICATE

I hereby certify that on March 5, 2008, I electronically filed the foregoing Motion to Transfer with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/  *Jonathan R. Bourg*

104470