UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.:  05-4182 |
| PERTAINS TO: INSURANCE | * * | JUDGE:  DUVAL "K" |
| Midland, C.A. No. 07-4869 | * * | MAGISTRATE:  WILKINSON (2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO TRANSFER

**NOW INTO COURT**, through undersigned counsel, come defendants, Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company (collectively "Liberty Mutual"), who respectfully request that this Honorable Court issue an Order transferring Case No. 07-4869 of the above consolidated case to Judge Eldon E. Fallon's court for the following reasons:

**I.**

On August 28, 2007, Midland Mortgage Co. filed this suit against Liberty Mutual. The suit was inadvertently assigned to Judge Duval and placed in the canal breach litigation.

- 1 –

104474

**II.**

The issues involved in Case No. 07-4869 involve the same legal issues as the Chase litigation currently before Judge Fallon in Case No. 07-4761 and other similar cases.

**III.**

Accordingly, Liberty Mutual requests that this Court issue an Order transferring Case No. 07-4869 of the above consolidated case to Judge Eldon E. Fallon's court for further proceedings.

**WHEREFORE**, Liberty Mutual prays that this Court enter an Order transferring Case No. 07-4869 to Judge Eldon E. Fallon's court.

Respectfully submitted:

/s/ *Jonathan R. Bourg*

H. Minor Pipes, III, 24603
Edward R. Wicker, Jr., 27138
Jonathan R. Bourg, 31058
*Of*
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
LL&E Tower, Suite 2400
909 Poydras Street
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile (504) 589-9701
mpipes@barrassousdin.com

*Attorneys for Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company*

104474

## CERTIFICATE

I hereby certify that on March 5, 2008, I electronically filed the foregoing Motion to Transfer with the Clerk of Court by using the CM/ECF systems, which will send notice of electronic filing to all counsel of record.

/s/   *Jonathan R. Bourg*

104474