UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| _____ | * | |
| | * | |
| **PERTAINS TO : INSURANCE** | * | **JUDGE:  DUVAL** |
| **Aguilar No. 07-4852** | * | |
| _____ | * | |
| | * | |
| **JOSEPH AGUILAR, III, et al** | * | |
| | * | **MAGISTRATE:  WILKINSON** |
| **VERSUS** | * | |
| | * | |
| **ALEA LONDON LIMITED, et al** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiffs, DAWN and SEAN HUTH, and TIM and MARY THROWER, SR., against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __5th__ day of ____March____, 2008.

_____
UNITED STATES DISTRICT JUDGE