UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** <br> _____ <br><br> **PERTAINS TO : INSURANCE** <br> **Aguilar No. 07-4852** <br> _____ <br><br> **JOSEPH AGUILAR, III, et al** <br><br> **VERSUS** <br><br> **ALEA LONDON LIMITED, et al** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **CIVIL ACTION NO. 05-4182** <br><br><br><br> **JUDGE:  DUVAL** <br><br><br><br> **MAGISTRATE:  WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and all claims of plaintiff, LUIS A. AGUILAR, against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __5th__ day of _____March_____, 2008.

_____
UNITED STATES DISTRICT JUDGE