UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:  BARGE | JUDGE DUVAL |
| | MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Motion of the Secretary of the Louisiana Department of Revenue to Quash Subpoena in a Civil Case, Record Doc. No. 11251

O R D E R E D:

 XXX :  GRANTED.  The subpoena is quashed.  Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the Motion of the Secretary of the Louisiana Department of Revenue to Quash Subpoena in a Civil Case, Record Doc. No. 11251, set for hearing on March 5, 2008 without oral argument, was timely submitted.  Instead, in violation of the court's rules plaintiffs' counsel filed an untimely opposition memorandum on the day before the scheduled hearing date.  The motion is therefore deemed to be unopposed.

In addition, the motion has merit and the untimely opposition memorandum does not. On its face, the subject subpoena is incredibly broad and burdensome. It seeks much that has no relevance to the class certification issues plaintiffs purport to pursue, including tax records which applicable state law designates as "confidential and privileged," La. Rev. Stat. § 47:1508, and which concern the personal and/or private proprietary interests of thousands of persons and business entities who have expressed no desire to participate in this litigation. The purposes for which these voluminous materials are sought are strained and speculative. Sufficient information on which plaintiffs' experts might base their opinions in this regard should be available from other public, private, research and/or demographic sources (starting obviously with those persons and businesses who have already advised plaintiffs' counsel that they want to

participate in these lawsuits) without the horrific and invasive exploration of reams of confidential tax-related information sought by this subpoena.

**IT IS ORDERED** that the motion is GRANTED. Fed. R. Civ. P. 45(c)(4)(A)(iii) and (iv). The subpoena is quashed and no response is required.

New Orleans, Louisiana, this __5th__ day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE