UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182

PERTAINS TO:                             SECTION "K"(2)
C. A. No. 08-719 (Willis)

## ORDER

On January 17, 2008, this Court entered a Stay Order for all cases other than Barge, *Robinson*, and the Master Complaints for LEVEE and BARGE, and on January 22, 2008, an order clarifying that stay. In essence, the Court has determined in the interest of judicial economy, that all "tag-along" suits in which a party or parties seek recovery for the same alleged defalcations that are contained in the Master Complaints, but not included therein either because such suits are individual lawsuits or because they were filed after the confection of those Master Complaints, should be stayed for all purposes–that is no responsive pleadings need be filed and no motion practice will be entertained–until such time as the Court has resolved these issues in the context of the Master Complaints.

In the event that a party believes that there is some reason that a particular suit should go forward, a motion to lift the stay with respect to this stay may be filed.

On February 29, 2008 the Sewerage and Water Board of New Orleans filed a Motion to Dismiss (Doc. 11502) and requested oral argument (Doc. 11503). In light of the stay and the fact that no Motion for Leave was filed,

**IT IS ORDERED** that the Motion to Dismiss is **DISMISSED** without prejudice to be refiled upon the lifting of the stay in these matters.  No prejudice will accrue to the mover as no responsive pleadings are needed in light of the stay.

New Orleans, Louisiana, this ___6th___ day of March, 2008.

                                              **STANWOOD R. DUVAL, JR.**
                                   **UNITED STATES DISTRICT COURT JUDGE**