# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL<br>BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| _____ | |
| PERTAINS TO:<br>BARGE | |

## ORDER

Upon consideration of the Motion Of Lafarge North America Inc. To File Memorandum in Response to the February 28, 2008 and March 4, 2008 Orders, and good cause appearing, it is ORDERED that the motion is granted.  The Clerk is directed to file the Memorandum of Lafarge North America Inc. in Response to the February 28, 2008 and March 4, 2008 Orders.

Dated: March 6, 2008, New Orleans, Louisiana

_____
United States District Judge