UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> §<br>§ <br> PERTAINS TO:    INSURANCE § <br> *Kiefer, et al. v. Allstate, et al.*  06-5370 § <br> § | CIVIL ACTION <br> NO. 05-4182 (K)(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

**MOTION FOR LIMITED REOPENING
OF CASE TO DISMISS CLAIMS OF JOHN FONTENOT**

NOW INTO COURT, through undersigned counsel, comes plaintiff John Fontenot, who respectfully requests that his claim against defendant Louisiana Citizens be dismissed from *Kiefer, et al. v. Allstate*, et al. without prejudice to any other lawsuit, complaint, or proceeding in which John Fontenot has asserted a claim against Louisiana Citizens. This Motion seeks the limited ruling that John Fontenot's claim in the above named and captioned litigation only be dismissed. Accordingly, plaintiff moves this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Louisiana Citizens for the limited purpose of addressing this Motion, and (2) dismiss, and at each party's cost, all claims asserted by plaintiff John Fontenot against Louisiana Citizens in the *Kiefer* complaint. Plaintiff John Fontenot is represented by another firm, namely The

Law Office of Joseph M. Bruno. Plaintiff's motion is not intended to encompass any other claims asserted by John Fontenot against Louisiana Citizens in any other pending or settled litigation.

Defense counsel has been contacted and has advised of no problems or concerns with this dismissal of John Fontenot's claims against Louisiana Citizens pending in the *Kiefer* complaint only.

**WHEREFORE,** plaintiff John Fontenot requests that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Wanda J. Edwards
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Wanda J. Edwards
Wanda J. Edwards