UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*         05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*        06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA*           07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG. JOSEPH C. WILKINSON, JR. |

# PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A PRELIMINARY RESPONSE TO THE MEMORANDUM OF LAFARGE NORTH AMERICA INC., AS TO THE FEBRUARY 28, 2008 AND MARCH 4, 2008 ORDERS, AND TO FILE A MORE DETAILED RESPONSE IN SEVEN DAYS IF THE COURT WOULD FIND THIS USEFUL

The memorandum filed by defendant Lafarge North America raises significant issues that warrant response even if the Court chooses not to address them at this time.

Because plaintiffs had no advance notice that Lafarge would file such a memorandum, we have had less than 24 hours within which to put together this response. Indeed, the undersigned came into the case because of his experience with class actions, but had no idea until receiving Lafarge's memorandum that such broad issues within his field of expertise would be addressed. The

undersigned cannot attend the March 7 hearing because of a longstanding commitment to speak to the Labor and Employment Law Sections of the Atlanta and Georgia Bars on March 7, and because of the lack of notice it is now too late to find a substitute speaker.

In the event that the Court would find more detailed briefing useful, plaintiffs seek leave to file a more detailed responsive memorandum in seven days.

In the event that the Court wishes to hear oral argument on the broad class and Seventh Amendment issues raised by defendant Lafarge, plaintiffs respectfully request that it be scheduled for a date after the submission of the more detailed memorandum but outside of the period April 9-29, when the undersigned will travel out of the country for an American Bar Association meeting and follow-on travel.

                     Respectfully submitted,

                     /s/ Brian A. Gilbert
                     Brian A. Gilbert, Esq.
                     LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                     821 Baronne Street
                     New Orleans, Louisiana 70113
                         Telephone: (504) 885-7700
                         Telephone: (504) 581-6180
                         Facsimile: (504) 581-4336
                         e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann
Lawrence D. Wiedemann.
Karl Wiedemann
Karen Wiedemann
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net, adele@rickseymourlaw.net

/s/ Lawrence A. Wilson
Lawrence A. Wilson
David W. Drucker
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
    Telephone: (212) 608-4400
    Facsimile: (212) 227-5159
    e-mail: lwilson@wgdnlaw1.com, ddruker@wgdnlaw1.com

>/s/ Alan L. Fuchsberg
>Alan L. Fuchsberg, Esq.
>Leslie Kelmachter, Esq.
>The Jacob D. Fuchsberg Law Firm
>500 Fifth Avenue
>45th Floor
>New York, NY 10110-0002
>>Telephone: 212-869-3500 ext. 235
>>Facsimile:  212-398-1532
>>e-mail: a.fuchsberg@fuchsberg.com,
>>l.kelmachter@fuchsberg.com

Dated: March 6, 2008