UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION |
| PERTAINS TO:  BARGE | *<br>*<br>* | NO. 05-4182<br>and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*         05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*      06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*        06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*           07-5178 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | JUDGE<br>STANWOOD R. DUVAL, JR.<br>MAG. JOSEPH C. WILKINSON, JR. |

# ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A PRELIMINARY RESPONSE TO THE MEMORANDUM OF LAFARGE NORTH AMERICA INC., AS TO THE FEBRUARY 28, 2008 AND MARCH 4, 2008 ORDERS, AND TO FILE A MORE DETAILED RESPONSE IN SEVEN DAYS IF THE COURT WOULD FIND THIS USEFUL

This matter comes before the Court on the March 6, 2008, Ex parte / Consent Motion of Barge Plaintiffs for leave to file a Preliminary Response to the Memorandum of Lafarge North America Inc., as to the February 28, 2008 and March 4, 2008 Orders, and to file a more detailed response in seven days if the Court would find this useful.  Upon consideration of the matter, it appears that the Motion is well taken.  It is therefore hereby

ORDERED:

(a) that the Preliminary Response to the Memorandum of Lafarge North America Inc., as to the February 28, 2008 and March 4, 2008 Orders attached to plaintiffs' Motion be, and the same is hereby, filed.

(b) that the Court (does / does not) find that a more detailed response would be useful and should be filed within a further seven days.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE