UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEE AND ELLEN SUCHERMAN | * | |
| | * | CIVIL ACTION NO: 07-3381 "K"(2) |
| VERSUS | * | |
| | * | JUDGE: DUVAL |
| METROPOLITAN PROPERTY AND | * | |
| CASUALTY INSURANCE COMPANY | * | MAGISTRATE JUDGE: WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion to Dismiss be and hereby is **GRANTED** and that all of the claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE