UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | NO.   05-4182 "K"(2) |
| § | **JUDGE DUVAL** |
| § | **MAG. WILKINSON** |
| _____ § | |
| § | |
| **PERTAINS TO: 06-2286,** *Robinson* § | |
| § | |

_____

JOINT MOTION AND INCORPORATED MEMORANDUM
IN SUPPORT TO AMEND REVISED ROBINSON
CASE MANAGEMENT ORDER NO . 1

NOW INTO COURT, come Plaintiffs and Defendants, the United States of America, the

United States Army Corps of Engineers and Jointly move this Honorable Court for entry of an Order

amending Revised Robinson Case Management Order No. 1. as follows:

| | |
|---|---|
| May 1, 2008 | Plaintiffs' Expert Reports due |
| June 13, 2008 | Defendants Expert Reports due |
| May 28, 2008, 2 p.m. | Pre-filing meeting with Respect to Daubert and Substantive Motions and to Discuss Exhibit Procedures at trial |
| June 9, 2008 | All Substantive Motions must be filed |
| June 30, 2008 | Oppositions to Substantive Motions must be filed |
| July 1, 2008 | *Daubert* motions must be filed |
| July 1, 2008 | All *Daubert* Motions must be filed |

| July 11, 2008 | Reply briefs in support of Substantive Motions must be filed |
|---|---|
| July 22, 2008 | Oppositions to *Daubert* Motions must be filed |
| July 25, 2008, 10:00 a.m. | Hearing date on Substantive Motions |
| July 29, 2008 | Reply briefs in support of *Daubert* motions to be filed |
| August 7, 2008, 10:00 a.m. | Hearing date on *Daubert* motions |

All other dates and deadlines shall remain unchanged.

**WHEREFORE**, Plaintiffs and Defendant United States respectfully request that the Court enter an Order granting this Joint Motion and thereby amending Case Management Order No. 1 as requested herein.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com
Attorney for Plaintiffs

-AND-

/s/ Robin Smith
ROBIN SMITH
Trial Attorney
Torsts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Bejamin Franklin Station
Washington, DC 20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 6th day of March, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno