# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | **NO.  05-4182 "K"(2)** |
| § | **JUDGE DUVAL** |
| § | **MAG. WILKINSON** |
| _____ § | |
| § | |
| **PERTAINS TO: 06-2286,** *Robinson* § | |
| § | |

_____

## PROPOSED ORDER

CONSIDERING the Joint Motion and Incorporated Memorandum in Support to Amend Revised Robinson Case Management Order No.1, and for good cause shown:

IT IS HEREBY ORDERED that the Joint Motion is GRANTED and the new Robinson Case Management Order No. 1 is hereby amended as follows:

| | |
|---|---|
| May 1, 2008 | Plaintiffs' Expert Reports due |
| June 13, 2008 | Defendants Expert Reports due |
| May 28, 2008, 2 p.m. | Pre-filing meeting with Respect to *Daubert* and Substantive Motions and to Discuss Exhibit Procedures at trial |
| June 9, 2008 | All Substantive Motions must be filed |
| June 30, 2008 | Oppositions to Substantive Motions must be filed |
| July 1, 2008 | *Daubert* motions must be filed |
| July 1, 2008 | All *Daubert* Motions must be filed |

| July 11, 2008 | Reply briefs in support of Substantive Motions must be filed |
| July 22, 2008 | Oppositions to *Daubert* Motions must be filed |
| July 25, 2008, 10:00 a.m. | Hearing date on Substantive Motions |
| July 29, 2008 | Reply briefs in support of *Daubert* motions to be filed |
| August 7, 2008, 10:00 a.m. | Hearing date on *Daubert* motions |

All other dates and deadlines shall remain unchanged.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE