**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 328 | AFW-328-000000010 | AFW-328-000000054 | USACE; MVD; MVN; CELMN-IM | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 792) from June 2007 Review and Select Production |
| AFW | 328 | AFW-328-000000104 | AFW-328-000000176 | USACE; MVD; MVN; CELMN-IM | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 792) from June 2007 Review and Select Production |
| AFW | 328 | AFW-328-000000212 | AFW-328-000000279 | USACE; MVD; MVN; CELMN-IM | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 792) from June 2007 Review and Select Production |
| AFW | 328 | AFW-328-000000297 | AFW-328-000000317 | USACE; MVD; MVN; CELMN-IM | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 792) from June 2007 Review and Select Production |
| AFW | 328 | AFW-328-000000328 | AFW-328-000000330 | USACE; MVD; MVN; CELMN-IM | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 792) from June 2007 Review and Select Production |
| AFW | 328 | AFW-328-000000406 | AFW-328-000000410 | USACE; MVD; MVN; CELMN-IM | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 792) from June 2007 Review and Select Production |
| AFW | 328 | AFW-328-000000416 | AFW-328-000000424 | USACE; MVD; MVN; CELMN-IM | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 792) from June 2007 Review and Select Production |
| AFW | 328 | AFW-328-000001273 | AFW-328-000002447 | USACE; MVD; MVN; CELMN-IM | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 792) from June 2007 Review and Select Production |
| AFW | 335 | AFW-335-000000001 | AFW-335-000000645 | USACE; MVD; MVN; LMNAS-M | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 750) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 335 | AFW-335-000000743 | AFW-335-000000753 | USACE; MVD; MVN; LMNAS-M | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 750) from June 2007 Review and Select Production |
| AFW | 335 | AFW-335-000001035 | AFW-335-000001140 | USACE; MVD; MVN; LMNAS-M | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 750) from June 2007 Review and Select Production |
| AFW | 348 | AFW-348-000000107 | AFW-348-000000107 | USACE; MVD; MVN; LMNAS-M | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 748) from June 2007 Review and Select Production |
| AFW | 348 | AFW-348-000000407 | AFW-348-000000407 | USACE; MVD; MVN; LMNAS-M | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 748) from June 2007 Review and Select Production |
| AFW | 350 | AFW-350-000000072 | AFW-350-000000091 | USACE; MVD; MVN; LMNAS-M | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 740) from June 2007 Review and Select Production |
| AFW | 350 | AFW-350-000000134 | AFW-350-000000135 | USACE; MVD; MVN; LMNAS-M | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 740) from June 2007 Review and Select Production |
| AFW | 641 | AFW-641-000000001 | AFW-641-000000494 | USACE; MVD; MVN; CELMN-IM | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1200) from June 2007 Review and Select Production |
| AFW | 641 | AFW-641-000000501 | AFW-641-000000541 | USACE; MVD; MVN; CELMN-IM | Marilyn O Sullen | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 1200) from June 2007 Review and Select Production |
| NED | 053 | NED-053-000000001 | NED-053-000000206 | USACE; MVD; MVN; CEMVN-ED-T | Angela DeSoto Duncan | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 283) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 053 | NED-053-000000211 | NED-053-000000321 | USACE; MVD; MVN; CEMVN-ED-T | Angela DeSoto Duncan | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 283) from June 2007 Review and Select Production |
| NED | 053 | NED-053-000000330 | NED-053-000000363 | USACE; MVD; MVN; CEMVN-ED-T | Angela DeSoto Duncan | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 283) from June 2007 Review and Select Production |
| NED | 053 | NED-053-000000384 | NED-053-000000953 | USACE; MVD; MVN; CEMVN-ED-T | Angela DeSoto Duncan | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 283) from June 2007 Review and Select Production |
| NED | 053 | NED-053-000000956 | NED-053-000001021 | USACE; MVD; MVN; CEMVN-ED-T | Angela DeSoto Duncan | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 283) from June 2007 Review and Select Production |
| NED | 053 | NED-053-000001026 | NED-053-000001524 | USACE; MVD; MVN; CEMVN-ED-T | Angela DeSoto Duncan | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 283) from June 2007 Review and Select Production |
| NED | 053 | NED-053-000001528 | NED-053-000001568 | USACE; MVD; MVN; CEMVN-ED-T | Angela DeSoto Duncan | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 283) from June 2007 Review and Select Production |
| NED | 053 | NED-053-000001587 | NED-053-000001630 | USACE; MVD; MVN; CEMVN-ED-T | Angela DeSoto Duncan | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 283) from June 2007 Review and Select Production |
| PET | 017 | PET-017-000000001 | PET-017-000001562 | USACE; MVD; MVN; ED-LS | Melvin Ray | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 432) from June 2007 Review and Select Production |
| PET | 017 | PET-017-000002929 | PET-017-000004250 | USACE; MVD; MVN; ED-LS | Melvin Ray | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 432) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| PET | 020 | PET-020-000001492 | PET-020-000001497 | USACE; MVD; MVN; ED-LS | Melvin Ray | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 213) from June 2007 Review and Select Production |
| PET | 020 | PET-020-000004570 | PET-020-000005061 | USACE; MVD; MVN; ED-LS | Melvin Ray | KC705 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 213) from June 2007 Review and Select Production |
| EFP | 448 | EFP-448-000000001 | EFP-448-000002180 | USACE; ERDC; CHL | Aaron Byrd | KC706 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 449 | EFP-449-000000001 | EFP-449-000003271 | USACE; ERDC; CHL | William Seabergh | KC706 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 450 | EFP-450-000000001 | EFP-450-000013020 | USACE; ERDC; CHL | John Hite | KC706 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 451 | EFP-451-000000001 | EFP-451-000000323 | USACE; ERDC; GSL | Evelyn Villanueva | KC706 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 452 | EFP-452-000000001 | EFP-452-000005418 | USACE; ERDC; CHL | Jose Sanchez | KC706 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 544 | EFP-544-000000001 | EFP-544-000000281 | USACE; ERDC; CHL | Alison Grzegorzewsk and Earnest Smith | KC706 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab; Shared_02 Drive |
| EFP | 559 | EFP-559-000000001 | EFP-559-000001000 | USACE; ERDC; GSL | Joseph Dunbar | KC706 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 453 | EFP-453-000000001 | EFP-453-000001525 | USACE; ERDC; CHL | Natalie Elwart | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 454 | EFP-454-000000001 | EFP-454-000000504 | USACE; ERDC; CHL | Robert Jensen | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 455 | EFP-455-000000001 | EFP-455-000001550 | USACE; ERDC; CHL | Keith Martin | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 456 | EFP-456-000000001 | EFP-456-000000233 | USACE; ERDC; CHL | Alan Cialone | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 457 | EFP-457-000000001 | EFP-457-000001226 | USACE; ERDC; EL | Barry Bunch | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 458 | EFP-458-000000001 | EFP-458-000019046 | USACE; ERDC; EL | Trudy Olin-Estes | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 459 | EFP-459-000000001 | EFP-459-000000721 | USACE; ERDC; ITL | John Hood | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 460 | EFP-460-000000001 | EFP-460-000004237 | USACE; ERDC; CHL | Dinah McComas | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 461 | EFP-461-000000001 | EFP-461-000002198 | USACE; ERDC; GSL | Eileen Glynn | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 462 | EFP-462-000000001 | EFP-462-000002251 | USACE; ERDC; CHL | Stephen Maynord | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 463 | EFP-463-000000001 | EFP-463-000000403 | USACE; ERDC; CHL | David Abraham | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 464 | EFP-464-000000001 | EFP-464-000001413 | USACE; ERDC; CHL | Robert McAdory | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 465 | EFP-465-000000001 | EFP-465-000001225 | USACE; ERDC; GSL | Stephanie Hansen | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 466 | EFP-466-000000001 | EFP-466-000000495 | USACE; ERDC; ITL | Colleen Cummins | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 467 | EFP-467-000000001 | EFP-467-000029196 | USACE; ERDC; CHL | Howard Park | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 468 | EFP-468-000000001 | EFP-468-000009305 | USACE; ERDC; CHL | Lisa Hubbard | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 545 | EFP-545-000000001 | EFP-545-000006007 | USACE; ERDC; CHL | Alison Grzegorzewsk | KC707 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 469 | EFP-469-000000001 | EFP-469-000007638 | USACE; ERDC; ITL | James Wilson | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 471 | EFP-471-000000001 | EFP-471-000001264 | USACE; ERDC; CHL | Gary Brown | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 473 | EFP-473-000000001 | EFP-473-000000012 | USACE; ERDC; CHL | Alan Cialone | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 474 | EFP-474-000000001 | EFP-474-000004340 | USACE; ERDC; CHL | Donald Stauble | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 475 | EFP-475-000000001 | EFP-475-000005316 | USACE; ERDC; EL | Richard Price | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 476 | EFP-476-000000001 | EFP-476-000000252 | USACE; ERDC; CHL | Mary Cialone | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 478 | EFP-478-000000001 | EFP-478-000001843 | USACE; ERDC; EL | Gary Ray | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 479 | EFP-479-000000001 | EFP-479-000000702 | USACE; ERDC; CHL | Dennis Webb | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 480 | EFP-480-000000001 | EFP-480-000001063 | USACE; ERDC; CHL | Jeffrey Melby | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 481 | EFP-481-000000001 | EFP-481-000000350 | USACE; ERDC; CHL | Timothy Welp | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 482 | EFP-482-000000001 | EFP-482-000002019 | USACE; ERDC; GSL | Maureen Corcoran | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 483 | EFP-483-000000001 | EFP-483-000000662 | USACE; ERDC; GSL | Joseph Dunbar | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 486 | EFP-486-000000001 | EFP-486-000005337 | USACE; ERDC; GSL | David Pittman | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 487 | EFP-487-000000001 | EFP-487-000001633 | USACE; ERDC; CHL | Ernest Smith | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 489 | EFP-489-000000001 | EFP-489-000000276 | USACE; ERDC; CHL | Mary Allison | KC708 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 490 | EFP-490-000000001 | EFP-490-000002306 | USACE; ERDC; CHL | Mitchell Brown | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 491 | EFP-491-000000001 | EFP-491-000000076 | USACE; ERDC; CHL | Keith Martin | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 492 | EFP-492-000000001 | EFP-492-000000079 | USACE; ERDC; CHL | Alan Cialone | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 493 | EFP-493-000000001 | EFP-493-000001143 | USACE; ERDC; EL | Dave Tazik | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 494 | EFP-494-000000001 | EFP-494-000000846 | USACE; ERDC; CHL | Mary Cialone | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 495 | EFP-495-000000001 | EFP-495-000000193 | USACE; ERDC; EL | Richard Price | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 496 | EFP-496-000000001 | EFP-496-000000008 | USACE; ERDC; EL | Trudy Olin-Estes | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 497 | EFP-497-000000001 | EFP-497-000000318 | USACE; ERDC; ITL | Chandra Caldwell | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 498 | EFP-498-000000001 | EFP-498-000002343 | USACE; ERDC; EL | Jeff Lin | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 499 | EFP-499-000000001 | EFP-499-000006447 | USACE; ERDC; CHL | Leonette Thomas | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 500 | EFP-500-000000001 | EFP-500-000000140 | USACE; ERDC; EL | Gary Ray | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 501 | EFP-501-000000001 | EFP-501-000001011 | USACE; ERDC; CHL | Charles Little | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 502 | EFP-502-000000001 | EFP-502-000000132 | USACE; ERDC; EL | Anthony Bednar | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 503 | EFP-503-000000001 | EFP-503-000000755 | USACE; ERDC; EL | Beth Fleming | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 504 | EFP-504-000000001 | EFP-504-000005792 | USACE; ERDC; CHL | Timothy Welp | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 505 | EFP-505-000000001 | EFP-505-000003215 | USACE; ERDC; CHL | Zeki Demirbilek | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 506 | EFP-506-000000001 | EFP-506-000000096 | USACE; ERDC; ITL | Colleen Cummins | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 507 | EFP-507-000000001 | EFP-507-000000280 | USACE; ERDC; CHL | Jennifer Tate | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 508 | EFP-508-000000001 | EFP-508-000003432 | USACE; ERDC; EL | Mark Dortch | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 509 | EFP-509-000000001 | EFP-509-000012618 | USACE; ERDC; GSL | Richard Olsen | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 510 | EFP-510-000000001 | EFP-510-000000013 | USACE; ERDC; GSL | Maureen Corcoran | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 511 | EFP-511-000000001 | EFP-511-000009200 | USACE; ERDC; GSL | Tina Holmes | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 512 | EFP-512-000000001 | EFP-512-000001139 | USACE; ERDC; CHL | Mary Allison | KC709 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 520 | EFP-520-000000001 | EFP-520-000002940 | USACE; ERDC; ITL | James Wilson | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 521 | EFP-521-000000001 | EFP-521-000000066 | USACE; ERDC; CHL | Alan Cialone | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 522 | EFP-522-000000001 | EFP-522-000000165 | USACE; ERDC; CHL | Gary Brown | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 523 | EFP-523-000000001 | EFP-523-000002139 | USACE; ERDC; CHL | Ty Walmsley | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 524 | EFP-524-000000001 | EFP-524-000000022 | USACE; ERDC; ITL | Chandra Caldwell | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 525 | EFP-525-000000001 | EFP-525-000000265 | USACE; ERDC; CHL | Charles Little | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 526 | EFP-526-000000001 | EFP-526-000000112 | USACE; ERDC; CHL | Jeffrey Melby | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 527 | EFP-527-000000001 | EFP-527-000000269 | USACE; ERDC; CHL | David Mark | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 528 | EFP-528-000000001 | EFP-528-000001647 | USACE; ERDC; CHL | Zeki Demirbilek | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 529 | EFP-529-000000001 | EFP-529-000000064 | USACE; ERDC; GSL | Maureen Corcoran | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 530 | EFP-530-000000001 | EFP-530-000000613 | USACE; ERDC; CHL | Andrew Morang | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 531 | EFP-531-000000001 | EFP-531-000000201 | USACE; ERDC; CHL | Mary Allison | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 532 | EFP-532-000000001 | EFP-532-000000074 | USACE; ERDC; CHL | Ronald Heath | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 534 | EFP-534-000000001 | EFP-534-000000479 | USACE; ERDC; CHL | Ernest Smith | KC710 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 535 | EFP-535-000000001 | EFP-535-000000404 | USACE; ERDC; CHL | Keith Martin | KC711 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 536 | EFP-536-000000001 | EFP-536-000000235 | USACE; ERDC; CHL | Mary Cialone | KC711 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 537 | EFP-537-000000001 | EFP-537-000000276 | USACE; ERDC; CHL | Leonette Thomas | KC711 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 538 | EFP-538-000000001 | EFP-538-000017100 | USACE; ERDC; CHL | Charles Little | KC711 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 539 | EFP-539-000000001 | EFP-539-000001873 | USACE; ERDC; CHL | Tate McAlpin | KC711 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 554 | EFP-554-000000001 | EFP-554-000001924 | USACE; ERDC; CHL | Ty Walmsley | KC712 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 555 | EFP-555-000000001 | EFP-555-000000854 | USACE; ERDC; CHL | Jeffrey Melby | KC712 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 556 | EFP-556-000000001 | EFP-556-000001861 | USACE; ERDC; CHL | Mary Allison | KC712 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 557 | EFP-557-000000001 | EFP-557-000026038 | USACE; ERDC; CHL | Tate McAlpin | KC712 | 3/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |