UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: BARGE | * <br> * <br> * | and consolidated cases <br><br> SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*       05-5724<br>*Lagarde v. Lafarge*        06-5342<br>*Perry v. Ingram*            06-6299<br>*Benoit v. Lafarge*          06-7516<br>*Parfait Family v. USA*    07-3500<br>*Lafarge v. USA*             07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

**LOCAL RULE 37.1E CERTIFICATE**

     I hereby certify that the Barge P.S.L.C. has attended numerous Local Rule 37.1E conferences with counsel for Lafarge, and that the issues raised in the concomitant Motion to Compel have not been resolved.  **Exhibit A** is correspondence memorializing Local Rule 37.1 meetings and other communications concerning Lafarge's responses and objections, which makes clear that Lafarge self-limits production of certain information and things, will consider but not commit to production of others, persists in its refusal to produce others subject of this motion, and adheres to its improper objections.

Respectfully submitted,

WIEDEMANN & WIEDEMANN

LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180


LAW OFFICE OF BRIAN A. GILBERT

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700


\s\Patrick J. Sanders
PATRICK J. SANDERS (18741)
Attorney at Law
3123 Ridgelake Drive, Suite B
Metairie, Louisiana 70002
Telephone: (504) 834-0646

RICHARD T. SEYMOUR
(D.C. Bar #28100)
The Law Office of Richard T. Seymour, PLLC
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C.   20036-4129

ALAN L. FUCHSBERG
(N.Y.S.B.A. #1755966)
LESLIE D. KELMACHTER
(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY   10110

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7 day of March, 2008.

\s\Brian A. Gilbert