# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

# NOTICE OF HEARING OF
# MOTION TO COMPEL DISCOVERY RESPONSES
# FROM LAFARGE NORTH AMERICA, INC.

The Barge Plaintiffs' Subgroup Litigation Committee will bring its Motion To Compel

Discovery Responses from Lafarge North America, Inc. for hearing before the Hon. Joseph C.

Wilkinson, Jr., United States Courthouse, 500 Poydras Street, at 11:00 a.m. on the 2d day of

April, 2008.

Respectfully submitted,

WIEDEMANN & WIEDEMANN

LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180

LAW OFFICE OF BRIAN A. GILBERT

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700

\s\Patrick J. Sanders
PATRICK J. SANDERS (18741)
Attorney at Law
3123 Ridgelake Drive, Suite B
Metairie, Louisiana 70002
Telephone: (504) 834-0646


RICHARD T. SEYMOUR
(D.C. Bar #28100)
The Law Office of Richard T. Seymour,
PLLC
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C.   20036-4129

ALAN L. FUCHSBERG
(N.Y.S.B.A. #1755966)
LESLIE D. KELMACHTER
(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY   10110


LAWRENCE A. WILSON
(N.Y.S.B.A. 2487908)
DAVID DRUCKER
(N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
233 Broadway, 5th Floor
New York, NY  10279


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 7 day of March, 2008.

\s\Brian A. Gilbert