Follow-up to discovery calls
Case 2:05-cv-04182-SRD-JCW   Document 11578-4   Filed 03/07/08   Page 1 of 2
Page 1 of 2

### Law Office of Brian A. Gilbert

| | |
|---|---|
| **From:** | Raffman, Mark S [mraffman@goodwinprocter.com] |
| **Sent:** | Tuesday, January 22, 2008 11:30 AM |
| **To:** | Law Office of Brian A. Gilbert |
| **Cc:** | Walker, Derek; dwebb@swslaw.com; Aldock, John D.; Fisher, Robert |
| **Subject:** | Follow-up to discovery calls |
| **Attachments:** | LNA -- proposed amended Responses to Requests for Admission.pdf; _AVG certification_.txt |

Dear Brian,

Following up on our calls of Friday and Monday:

1) We are still waiting to hear from you regarding plaintiffs' position on some of the LNA requests that we discussed last Friday. We hope to hear from you soon so that we can determine whether motion practice is needed.

2) As follow up on one of the items we discussed orally (photos), you have agreed that LNA may inspect and reproduce at its expense the photos you produced. Someone from Chaffe McCall will follow up to arrange this inspection.

3) I am attaching draft amended responses to plaintiffs' requests. We have undertaken to ensure that our responses fairly meet the substance of your requests as required by Rule 36. We believe our responses would survive motion practice. The amended responses are items 1, 3, 5 and 8.

4) We will provide amended answers to three of the interrogatories included in your draft motion.
   a) Interrogatory 5: We will supply a chart listing the individuals that have been interviewed. We think this chart will satisfy this interrogatory.

   b) Interrogatory 18 and 25: We plan to supplement our response to include further detail of our contentions regarding the breakaway.

5) We will stand on our answers to the following interrogatories:
   a) Interrogatory 1: We have identified and produced responsive documents and do not believe that more is required than what has been done.

   b) Interrogatory 19: Our response to this interrogatory is proper and, indeed, no different from plaintiffs' responses to similar requests.

6) We are reviewing LNA's privilege log and supporting affidavit and will provide by separate cover. If you need this material right away, let us know and we will move this to the front of the queue.

7) Thank you for agreeing to permit an inspection of the property of the representative plaintiffs without the need for motion practice. We will discuss internally and propose some dates, subject of course to the convenience of plaintiffs and counsel.

Best regards,

Mark S. Raffman
<<LNA – proposed amended Responses to Requests for Admission.pdf>>

3/3/2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3/3/2008