## Law Office of Brian A. Gilbert

| | |
|---|---|
| **From:** | Raffman, Mark S [mraffman@goodwinprocter.com] |
| **Sent:** | Wednesday, January 23, 2008 3:31 PM |
| **To:** | Law Office of Brian A. Gilbert |
| **Subject:** | RE: Katrina Canal Breaches - discovery |
| **Attachments:** | _AVG certification_.txt |

To be clear, you want us to supplement items 10 and 11 on our witness list to provide more detail?

---

**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
**Sent:** Wednesday, January 23, 2008 12:58 PM
**To:** 'Law Office of Brian A. Gilbert'; Derek A. Walker; Raffman, Mark S; 'Daniel Webb'
**Cc:** 'Arias, Cindy'; ddruker@wgdnlaw1.com; 'Fuchsberg, Allen'; 'Karen Wiedemann'; 'Kelmachter, Leslie'; ldwiedeman@aol.com; 'Sanders, Pat'; 'Seymour, Rick'; 'Wilson, Larry'
**Subject:** RE: Katrina Canal Breaches - discovery

Gentlemen, in light of recent Rule 37.1 discussions, I do not deem sufficient your description of anticipated testimony, i.e.,:

| | | |
|---|---|---|
| 10. | Witnesses to events in the Lower Ninth Ward on August 29, 2005 (to be identified through deposition discovery) | Personal experience during and after Hurricane Katrina |
| 11. | Steven Lentz<br>409 LeGardeur Dr.<br>Slidell, Louisiana 70460 | Personal experience during and after Hurricane Katrina |

3/3/2008

## INTERROGATORY NO. 7:

Please state the full names, addresses, job titles and employers of any and all lay persons you or may call to testify at trial, and state the substance of each fact you intend to prove through testim elicited from such witnesses.

## Answer to Interrogatory No. 7:

LNA objects that this request contravenes the schedule and procedures set forth in the Court's Case Management Order #5. LNA directs plaintiffs to the witness list that LNA filed on November 2( 2007, and to its monthly supplementations thereof.

We expect, and require, that your disclosures be as rigorous, detailed, and compliant with the standard you have imposed on us re revelation of facts to be sought from witnesses. Please supplement accordingly.

*Brian A. Gilbert, Esq.*
*LAW OFFICE OF BRIAN A. GILBERT, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana*
*Telephone: (504) 885-7700*
*Telephone: (504) 581-6180*
*Facsimile: (504) 581-4336*

*CONFIDENTIALITY NOTICE*
*This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.*

**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
**Sent:** Wednesday, January 23, 2008 11:45 AM
**To:** Derek A. Walker (walker@chaffe.com); (mraffman@goodwinprocter.com); 'Daniel Webb'
**Cc:** 'Arias, Cindy'; 'David Druker (ddruker@wgdnlaw1.com'; 'Fuchsberg, Allen'; 'Gilbert, Brian A.'; 'Karen Wiedemann'; 'Kelmachter, Leslie'; 'Larry Wiedemann (ldwiedeman@aol.com)'; 'Sanders, Pat'; 'Seymour, Rick'; 'Wilson, Larry'
**Subject:** Katrina Canal Breaches - discovery

3/3/2008

Gentlemen, in light of your recent 3rd Exhibit List, please provide supplemental document production. Thanks.

### REQUEST NO. 7:

Any and all items of documentary and/or demonstrative evidence, exhibits and things that ? will seek to introduce and/or upon which you will rely at trial in this matter.

### Answer to Request No. 7:

LNA objects that this request contravenes the schedule set forth in the Court's Case Manageme Order #5. LNA directs plaintiffs to the exhibit list that LNA filed on November 20, 2007, and to its monthly supplementations thereof. LNA is in the ongoing process of identifying those exhibits which : will use at trial. LNA will produce exhibits individually identified on its exhibit list and will produce exhibits identified by category as such exhibits are individually identified. LNA refers plaintiffs to the documents produced at LNA 000723-807, 1053-1065.

*Brian A. Gilbert, Esq.*
*LAW OFFICE OF BRIAN A. GILBERT, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana*
*Telephone: (504) 885-7700*
*Telephone: (504) 581-6180*
*Facsimile: (504) 581-4336*

*CONFIDENTIALITY NOTICE*
*This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.*

3/3/2008