March 3, 2008

Derek Walker
**Chaffe McCall**
1100 Poydras Street, 2300 Entergy Centre
New Orleans, LA 70163

    RE:    In the matter of the Complaint of Ingram Barge

Dear Derek:

    I write to memorialize our conversation and to document my file. This is in no way meant to be a binding agreement upon us, but is just my understanding of our meeting, which may assist in your supplementation of discovery.

    **Request No. 1:** While plaintiffs reserve their right to pursue documents company wide, Lafarge agrees to produce responsive documents for its locations in New Orleans, Union and Westlake.

    **Request No. 3:** While plaintiffs reserve their rights to pursue all statements, Lafarge agrees to produce statements of named plaintiffs.

    **Request No. 6:** This was clarified through discussion. Lafarge to produce any photographs and/or videotapes responsive or amend to state that there are none in Lafarge's possession.

    **Request No. 12:** All plaintiffs reserve their right to pursue documents from all Lafarge facilities, Lafarge will produce any such documents for Union, Westlake and New Orleans.

    **Request No. 14:** Lafarge will supplement to respond that there is only been a settlement with Arthur Murph and no others.

    **Request No. 15:** Plaintiffs reserve their right to proceed with regard to all communications between Lafarge and Murph. It was surmised that there are no such documents, Lafarge agrees to double check and supplement with any such documents.

    **Request No. 16:** Lafarge agrees to supplement that there is no other settlements other than that with Murph.

    **Request No. 17A:** Lafarge stands by its objections.

    **Request No. 17B:** Lafarge stands by its objection.

**Request No. 19:** As stated in its response, Lafarge will produce documents to the extent it locates them.

**Request No. 20-21:** Lafarge is going to think about producing all photographs and/or videos.

**Request No. 23:** Regarding Lafarge's submission to the Coast Guard, Lafarge produced statements and will consider producing same to plaintiffs in supplement.

**Request No. 24:** Per the responses, Lafarge will produce any documents constituting its lease or other similar documents that formed the basis of Lafarge's rights to occupy the facility at issue.

**Request No. 26:** Lafarge will consider producing media articles.

**Request No. 27:** All plaintiffs' reserves their rights to pursue documents company wide, Lafarge agrees to provide responsive documents from its facilities at Union, Westlake and New Orleans.

**Request No. 28:** Lafarge stands by its objection.

**Request No. 29:** Lafarge stands by its objection.

**Request No. 30:** It was discussed in the meeting that the parties are clear that there were no responsive documents issued on August 28-29, but rather the request calls for documents pertaining to events of August 28-29. Lafarge agreed to supply any such documents or amend to state that none exists.

It was further discussed that a supplement would be forthcoming within 10 days. If there are any such problems, please give me a call.

Sincerely,

PATRICK J. SANDERS

PJS/maf