**Law Office of Brian A. Gilbert**

| | |
|---|---|
| **From:** | Walker, Derek [walker@chaffe.com] |
| **Sent:** | Thursday, February 28, 2008 5:18 PM |
| **To:** | bgilbert@briangilbertlaw.com |
| **Cc:** | mraffman@goodwinprocter.com; jaldock@goodwinprocter.com; Fisher, Robert; Meza, Marina; Martinez, Elida; Forbes, Tom |
| **Subject:** | letter to brian gilbert |
| **Attachments:** | _AVG certification_.txt |



C H A F F E  McCALL
L. L. P.

**DEREK A. WALKER**
Licensed in Louisiana,
Texas, and Colorado

Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail: walker@chaffe.com

February 28, 2008

**VIA E-MAIL: bgilbert@briangilbertlaw.com**
Brian A. Gilbert, Esq.
Law Offices of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA 70113
Law Office of Brian A. Gilbert

    Re:    *In re: Katrina Canal Breaches Consolidated Litigation*
           C.A. No. 05-4182 "K"(2). U.S. District Court, E. D. of La.
           BARGE Cases:

| | |
|---|---|
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait Family v. USA* | C.A. No. 07-3500 |
| *Lafarge v. USA* | C.A. No. 07-5178 |

           <u>Our Ref.: 099675/28821/DAW</u>

Dear Brian:

    In response to your recent inquiries, set forth in your February 20 e-mail and during our telephone conversation of February 21, 2008, I advise as follows:

    First, your e-mail is an informal compilation of information and requests which we deem improper and

3/3/2008

objectionable. However, in the spirit of cooperation and to avoid a confrontation regarding a Centanni deposition, we respond to your queries, to the extent we understand them:

1. Centanni does not have any recorded conversations of any calls made by you (Brian Gilbert) to them, or any voice messages;

2. Centanni does not have any recordings of any aborted, dropped, truncated, failed, etc. calls, or any voice messages. They have tapes (as noted on the list of interviewees already given to you) of interviews with people who did not provide any substantive information;

3. We are providing you transcripts of taped interviews with your named clients and\or named plaintiffs in the Boutte, Benoit, Parfait and Lagarde matters. We have the tapes of the interviews which we can copy for you or which we can make available for you to listen to.

4. With respect to the tapes, in seven (7) interviews the interviews of your clients are imbedded in interviews of non-clients. We maintain that you are not entitled to interviews of non-clients (whether called putative class members or otherwise). Therefore, we have redacted the transcripts which contain clients and non-clients, and we will have to make copies of those particular tapes for you, deleting from the copies the portions of interviews of non-clients.

5. We are not obligated to produce, to the extent we have any, transcripts or tapes of "putative class members". Similarly, we are not ceasing contact with non-clients, as we have a specific agreement on this point to avoid having to take the depositions of hundreds, if not thousands, of individuals.

6. We are not continuing or postponing any depositions except by mutual agreement.

7. We thought we had supplied verifications for our interrogatory responses but if you have any particular response in mind, please advise.

8. We have continued to supplement discovery responses and exhibit lists. If you have any particular item to which you are referring, please advise.

9. We have no statements, interviews, etc. of the Murph family regarding the facts of this case.

10. You are not entitled to, and we are not producing, LNA's contracts with Centanni, our instructions to Centanni, and/or documents and things LNA or its counsel have provided to Centanni.

11. Under our agreement, LNA withdrew the Motion to Quash the Centanni *Duces Tecum* and plaintiffs withdrew the notice of deposition. We complied with the agreement and therefore, there is no basis to request Centanni's deposition. If you persist in wanting to depose Centanni and/or its employees, you will have to notice the deposition and we will respond accordingly.

12. You have already inspected the timepieces which were the only items found and preserved. We can provide information regarding whether they were battery or electric and the exact location where they were found ( which in some caess is clearly not their original location).

We trust this satisfies your inquiry, as we are being more than cooperative in addressing your continous unfounded accusations and suspicions, so that we can all devote time to more substantive matters..

Sincerely,

3/3/2008

CHAFFE McCALL, L.L.P.

Derek A. Walker

DAW/em

cc:   John D. Aldock – jaldock@goodwinprocter.com
      Mark S. Raffman – mraffman@goodwinprocter.com
      Daniel A. Webb - dwebb@swslaw.com



**Derek Walker**
*Attorney*

**Chaffe McCall, L.L.P.**
*Attorneys at Law*
2300 Energy Centre 1100 Poydras Street
New Orleans, Louisiana 70163

Direct: 504-585-7044
Direct Fax: 504-544-6066

Main: 504-585-7000  Fax: 504-585-7075
walker@chaffe.com  www.chaffe.com

**Chaffe McCall L.L.P. IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties, or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.

**Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE:** This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

3/3/2008