ATTORNEY WORK PRODUCT | LOWER 9TH WARD RESIDENTS INTERVIEWED | CONFIDENTIAL

| | * | Last Name | First Name | Phone Number | Address (August 2005) | Address (When Interviewed) | Type of Interview (In Person or Phone) |
|---|---|---|---|---|---|---|---|
| 1 | | Ackerson | James "Buttie" | (504) 270-5488 | 2100 Andry St., New Orleans, LA 70117 | Did not provide | Phone |
| 2 | * | Adams | Terry | (504) 202-3022 | 2604 Deslonde St., New Orleans, LA 70117 | Did not provide | In Person (& briefly by phone) (*Interviewed prior to his being named as a Claimant.) |
| 3 | | Ambrose | Linda | (225) 218-8227 | 4701 Urquhart St., New Orleans, LA 70117 | Unknown | Phone |
| 4 | | Anderson | Arthur III | (504) 616-8951 | 1312 Jourdan Ave., New Orleans, LA 70117 | 7101 Northgate Dr., New Orleans, LA 70128 | Phone |
| 5 | | Anderson | Arthur Jr. | (504) 261-7496 | 1310 Jourdan Ave., New Orleans, LA 70117 | 7103 Northgate Drive, New Orleans, LA 70128 | Phone |
| 6 | | Andrews | Stephanie | (817) 729-3827 | 1319 Lamanche St., New Orleans, LA 70117 | Unknown | In Person |
| 7 | | Augustus | Archie | (Did not provide) | 5315 Marais St., New Orleans, LA 70117 | Unknown | In Person |
| 8 | | Baker | Andrew Jr. | (Did not provide) | 1222 Tennessee St., New Orleans, LA 70117 | Unknown | In Person |
| 9 | | Ball | Mary | (Did not provide) | 1721 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |
| 10 | | Baptiste | Clarence | (414) 852-4629 | 4820 N. Prieur St., New Orleans, LA 70117 | Unknown | Phone |
| 11 | | Baradley | Felton | (334) 448-7771 | 2637 Tennessee ST., New Orleans, LA 70117 | Unknown | In Person |
| 12 | | Bell | Cheryl | (504) 214-6305 | 2340 Lizardi St., New Orleans, LA 70117 | Unknown | In Person |
| 13 | | Bell | Otis | (504) 214-6305 | 2340 Lizardi St., New Orleans, LA 70117 | Unknown | In Person |
| 14 | | Bernard | David | (202) 446-5645 | 4700 N. Villere St. (rear apt.), New Orleans, LA 70117 | 7145 Groveton Garvens Road, Apt. 202, Alexandria, VA 33206 | Phone |
| 15 | | Berryhill | Alison Cheveal (aka Alison Milton) | (903) 892-6250 / (903) 227-9553 | 1022 Deslonde St., New Orleans, LA 70117 | Unknown | Phone |
| 16 | | Berryhill | Carolyn | (504) 251-2351 | 1838 Deslonde St., New Orleans, LA 70117 | 128 West Harrison, Baton Rouge, LA 70802 | Phone |
| 17 | | Berryhill | Diane | (225) 329-4498 | 1840 Deslonde St., New Orleans, LA 70117 | 2407 Rose Drive, Gretna, Louisiana 70053 | Phone |
| 18 | | Bickham | Inez | (985) 542-0298 | 1726 Tennessee St., New Orleans, LA 70117 | Unknown | Phone |

*Note: An asterisk indicates that the individual is a claimant.

ATTORNEY WORK PRODUCT  LOWER 9TH WARD RESIDENTS INTERVIEWED  CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Bickham | Michael | (504) 366-0284 | 1838 Deslonde St., New Orleans, LA 70117 | 2407 Rose Drive, Gretna, Louisiana 70053 | Phone |
| 20 | Bienemy | Joseph | (504) 202-3983 | 1128 Flood St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 21 | Blackmon | Arthur | (225) 610-8740 | 2207 Jourdan Ave., New Orleans, LA 70117 | Unknown | In Person |
| 22 | Blaise | Ervin (sic) | (Did not provide) | 1414 Reynes St., New Orleans, LA 70117 | Unknown | In Person |
| 23 | Bramlett | Joe | (318) 305-3642 / (318) 305-3576 | 1236 Caffin Ave., New Orleans, LA 70117 | Unknown | In Person |
| 24 | Branch | Samuel | (713) 271-7264 | 1723 Jourdan Ave., New Orleans, LA 70117 | 8080 Creekbend Dr., Apt. 702, Houston, TX 77071 | Phone |
| 25 | Brooks | Anthony (aka "Sir" Anthony) | (504) 427-5178 | 5840 Law St., New Orleans, LA 70117 | 140 Canal Street, Ponchatoula, LA | Phone |
| 26 | Brooks | George | (504) 952-3326 | 5801 St. Claude Ave., New Orleans, LA 70117 | Unknown | In Person |
| 27 | Brown | Charles | (Did not provide) | 4700 N. Robertson St., New Orleans, LA 70117 | Unknown | In Person |
| 28 | Brown | Clementine | (Did not provide) | 4714 Burgundy St., New Orleans, LA 70117 | Unknown | In Person |
| 29 | Brown | Haden | (Did not provide) | Unknown | Unknown | In Person |
| 30 | Burnes | Sernell | (832) 230-3109 | 1355 Jourdan Ave., New Orleans, LA 70117 | 8811 Boone Rd., Houston, TX 77099 | Phone |
| 31 | Bush | Richard | (Did not provide) | 1247 Tennessee St., New Orleans, LA 70117 | 11260 Notaway Drive, New Orleans, LA 70128 | In Person |
| 32 | Butler | Carl Kenny | (713) 471-6082 | Unknown (possibly 2330 Charbonnet St.) | Houston, TX (did not provide address) | Phone |
| 33 | Calhoun | Willie Jr. | (504) 606-2603 | Unknown (possibly 2125 Delery St.) | Unknown | Phone |
| 34 | Carter | Olivia | (Did not provide) | 5726 N. Derbigny St., New Orleans, LA 70117 | Unknown | In Person |
| 35 | Charles | Eric | (504) 920-9846 | 2029 Andry St., New Orleans, LA 70117 | Unknown | In Person |
| 36 | Clay | Byron | (972) 623-7366 | 2301 Tennessee St., New Orleans, LA 70117 | Same as August 2005 Address | Phone |
| 37 | Cole | Prosper | (770) 485-4544 | 2301 Lamanche St., New Orleans, LA 70117 | 1613 Huntcrest Crossing SW, Mableton, Georgia 30126 | Phone |
| 38 * | Conerly | Nancy Pinkston | (770) 466-5084 | 1828 - 1830 or 1842 Deslonde St., New Orleans, LA 70117 | 2161 Alexander Crossing, Loganville, Georgia 30052 | Phone (*Interviewed prior to her being named as a Claimant.) |

*Note: An asterisk indicates that the individual is a claimant.

| # | Last Name | First Name | Phone | August 2005 Address | Current Address | Interview Type |
|---|---|---|---|---|---|---|
| 39 | Costello | Eugene Jr. | (504) 361-7716 | 1300 Reynes St., New Orleans, LA 70117 | 2008 Sugarloaf Dr., Harvey, Louisiana 70058 | Phone |
| 40 | Craft | Keith | (504) 287-1378 | 1719 Lamanche St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 41 | Craig | Lionel | (Did not provide) | 1327 Tupelo St., New Orleans, LA 70117 | Unknown | In Person |
| 42 | Craig | Sheila | (865) 748-1261 | 619 Lizardi St., New Orleans, LA 70117 | Baton Rouge area (did not provide address) | Phone |
| 43 | Cunningham | Tamika | (504) 416-3986 | Unknown | Unknown | Phone |
| 44 | Cyres | Clayton | (504) 481-8858 | 1933 Deslonde St., New Orleans, LA 70117 | Slidell, Louisiana (did not provide address) | In Person |
| 45 | Cyres | Nazarie | (504) 481-8858 | 1933 Deslonde St., New Orleans, LA 70117 | Slidell, Louisiana (did not provide address) | In Person |
| 46 | Dave | Gerard | (Did not provide) | 1517/1519 France St., New Orleans, LA 70117 | Unknown | In Person |
| 47 | Davis | Floyd | (Did not provide) | 1338 Reynes St., New Orleans, LA 70117 | Unknown | In Person |
| 48 | Davis | Jessie | (662) 609-3739 | 2218 Lizardi St., New Orleans, LA 70117 | 1304 Nelson Ave., Apt. A, McComb, MS 39648 | Phone |
| 49 | Davis | Yolanda | (504) 338-3470 | 2034 Reynes St., New Orleans, LA 70117 | Unknown | In Person |
| 50 | Deverney | Linda | (281) 257-5480 | 5956 Galvez St., New Orleans, LA 70117 | Unknown | In Person |
| 51 | Donaldson | Anthony | (601) 859-3459 | 5442 N. Johnson St., New Orleans, LA 70117 | 515 Henry Ave., Canton, MS 39046 | Phone |
| 52 | Dorsey | Donald | (601) 888-7571 | 2013 Jourdan Ave., New Orleans, LA 70117 | Unknown | Phone |
| 53 | Dorsey | Kenneth Ray | (Did not provide) | Unknown (possibly 1412 Andry St., New Orleans, LA 70117) | Did not provide | In Person |
| 54 | Dotson | Carla | (Did not provide) | 1925 - 1927 Flood St., New Orleans, LA 70117 | Unknown | In Person |
| 55 | Dowell | Renie | (504) 701-8337 | 2301 Tennessee St., New Orleans, LA 70117 | 733 Carrollwood Village Dr., Apt. 113, Gretna, LA 70056 | Phone |
| 56 | Duckworth | Wanda | (504) 218-3796 | Unknown (possibly 2300 block of Benton St.) | Unknown | In Person |
| 57* | Dunn | Anthony | (770) 413-7201 | 1725 Jourdan Ave., New Orleans, LA 70117 | 1401 North Hairston Road, Apt. 14-H, Atlanta, GA | Phone & In Person (*Interviewed prior to his being named as a Claimant.) |
| 58 | Dunn | Barbara | (Did not provide) | 1311 Jourdan Ave., New Orleans, LA 70117 | Unknown | Phone |

ATTORNEY WORK PRODUCT     LOWER 9TH WARD RESIDENTS INTERVIEWED     CONFIDENTIAL

| # | | Last Name | First Name | Phone | Address | Current Address | Interview Type |
|---|---|---|---|---|---|---|---|
| 59 | | Edinburgh | Aloyd | (Did not provide) | 5410 N. Derbigny St., New Orleans, LA 70117 | Unknown | In Person |
| 60 | * | Edwards | Ernest (aka "All Night Shorty") | (985) 748-8776 | 2024 Deslonde St., New Orleans, LA 70117 | 64422 Wicker Lane, Roseland, LA 70456 | Phone & In Person (*Interviewed prior to his being named as a Claimant.) |
| 61 | | Edwards | Joseph Jr. | (985) 975-6546 | 2036 Deslonde St., New Orleans, LA 70117 | 204 Sweet Pea Lane, Westwego, LA 70094 | Phone |
| 62 | | Edwards | Linda | (504) 669-4717 | Unknown | Unknown | Phone |
| 63 | | Egana | Brice "Piggy" | (504) 416-9053 | 2638 Tennessee St., New Orleans, LA 70117 | Gonzales, Louisiana (did not provide address) | In Person |
| 64 | | Ellis | Dorothy | (504) 366-9089 | Unknown (possibly 2227 Lizardi St., New Oleans, LA 70117) | 3212 Memorial Parkway Drive, No. 149, Algiers, LA | Phone & In Person |
| 65 | | Evans | Augustus | (504) 274-5361 | 2301 Andry St., New Orleans, LA 70117 | Unknown | In Person |
| 66 | | Faddis | "Mr." | (Did not provide) | Unknown | Unknown | In Person |
| 67 | | Field | Bo "Harvey" | (504) 957-2485 | 1744 Reynes St., New Orleans, LA 70117 | Unknown | In Person |
| 68 | * | Fisher | Celeste | (409) 225-3461 | 1925 Deslonde St., New Orleans, LA 70117 | Unknown | In Person (*Interviewed prior to her being named as a Claimant.) |
| 69 | | Fontenette | Ira Jr. | (225) 356-9189 | 1332 Tennessee St., New Orleans, LA 70117 | 3361 Winnebago St., Baton Rouge, LA 70805 | Phone |
| 70 | | Fortenberry | Jesse | (Did not provide) | 1839 Forstall St., New Orleans, LA 70117 | Unknown | In Person |
| 71 | | Francis | Oscar (Bishop) | (601) 657-5824 | 1838 Flood St., New Orleans, LA 70117 | 4545 Buzzbee Lane, Liberty, MS 39645 | Phone |
| 72 | | Freeman | Jason | (504) 453-5920 | 1837 Jourdan Ave., New Orleans, LA 70117 | Unknown | In Person |
| 73 | | Frezel | Jennifer | (404) 212-5063 | 1901 France St., New Orleans, LA 70117 | 2419 Aylesberry Loop, Apt. 166, Decatur, GA | Phone |
| 74 | | Gilbert | Hilda | (504) 712-8799 | Unknown | 206 Baylor Place, Kenner, LA 70065 | Phone |
| 75 | | Gilbert | Lawrence | (504) 712-8799 | Unknown | 206 Baylor Place, Kenner, LA 70065 | Phone |
| 76 | | Goings | Gwen | (Did not provide) | 1238 Forstall St., New Orleans, LA 70117 | 7676 Chef Menteur Hwy., Apt. 22, New Orleans, LA 70126 | In Person |
| 77 | | Gooden | Helen | (504) 582-7752 | 6101 N. Rampart St., New Orleans, LA 70117 | 1349 Annunciation St., Apt. 10, New Orleans, LA 70130 | Phone |
| 78 | | Goodwin | Walter Sr. | (Did not provide) | 4819 N. Roman St., New Orleans, LA 70117 | Unknown | In Person |

*Note: An asterisk indicates that the individual is a claimant.

ATTORNEY WORK PRODUCT     LOWER 9TH WARD RESIDENTS INTERVIEWED     CONFIDENTIAL

| # | * | Last | First | Phone | Address | Current Address | Interview Type |
|---|---|---|---|---|---|---|---|
| 79 | * | Green | Alfred | (504) 214-0119 | 2414 Tupelo St., New Orleans, LA 70117 | 1923 Burgundy St., New Orleans, LA 70117 | Phone (*Interviewed prior to his being named as a Claimant.) |
| 80 |   | Green | Clarence | (504) 256-3582 | 1216 Andry St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 81 | * | Green | Robert Sr. | (504) 715-0671 | 1826 Tennessee St., New Orleans, LA 70117 | Unknown | Phone (*Interviewed prior to his being named as a Claimant.) |
| 82 |   | Gurley | Trenice | (Did not provide) | 5423 N. Claiborne Ave., New Orleans, LA 70117 | Unknown | In Person |
| 83 | * | Guy | Antonio "Tony" Rushell | (404) 519-3632 | 1720 Tennessee St., New Orleans, LA 70117 | 2381 N. Ark Rd., Jonesboro, GA | Phone (*Interviewed prior to her being named as a Claimant.) |
| 84 | * | Guy | Gloria | (404) 212-5063 | 1720 Tennessee St., New Orleans, LA 70117 | 2417 Aylesbury Loop, Apt. 170, Decatur, GA 30034 | Phone (*Interviewed prior to her being named as a Claimant.) |
| 85 |   | Hamilton | Ciara | (972) 293-4275 | 826 Delery St., Apt. C, New Orleans, LA 70117 | 125 Bristol Dr., Cedar Hill, TX 75104 | Phone |
| 86 |   | Harleaux | Doris | (Did not provide) | 2219 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |
| 87 |   | Harris | Janette | (678) 545-1543 | 2301 Tennessee St., New Orleans, LA 70117 | 5918 Sutcliff Square, Atlanta, GA | Phone |
| 88 |   | Harris | Sharmaine | (678) 994-8083 | 2301 Tennessee St., New Orleans, LA 70117 | 1215 Brookstone Road, Atlanta, GA 30349 | Phone |
| 89 |   | Hart | Henry | (504) 628-7813 | 1620 Forstall St., New Orleans, LA 70117 | Unknown | In Person |
| 90 |   | Harvey | Charlene | (972) 221-3010 | 1624 Deslonde St., New Orleans, LA 70117 | 415 South Garden Ridge Blvd., Lewisville, TX 75067 | In Person |
| 91 |   | Henry | Donald | (313) 303-6381 | 1908 Tennessee St., New Orleans, LA 70117 | 2673 Clairmont Street, Detroit, MI | Phone |
| 92 |   | Hicks | Freddie | (678) 330-4263 | 5427 N. Roman St., New Orleans, LA 70117 | Did not provide | Phone & In Person |
| 93 | * | Hood | Gregory | (337) 281-2267 | 2612 1/2 Lizardi St., New Orleans, LA 70117 | Lafayette, Louisiana (did not provide address) | Phone (*Interviewed prior to his being named as a Claimant.) |
| 94 |   | Houston | Roosevelt | (Did not provide) | 1330 Alabo St., New Orleans, LA 70117 | Unknown | In Person |
| 95 |   | Hymes | Montrell | (504) 913-1991 | 1506 Deslonde St., New Orleans, LA 70117 | 12 Sally Ann Street, Harvey, LA | Phone |

*Note: An asterisk indicates that the individual is a claimant.

ATTORNEY WORK PRODUCT — LOWER 9TH WARD RESIDENTS INTERVIEWED — CONFIDENTIAL

| # | | Last | First | Phone | Address | Current Address | Interview Type |
|---|---|---|---|---|---|---|---|
| 96 | | Jackson | Michael | (337) 802-7468 | 4724 N. Claiborne Ave., New Orleans, LA 70117 | Did not provide | Phone |
| 97 | | Jackson | Michael Sr. | (504) 235-4111 | 5001 N. Miro St., New Orleans, LA 70117 | 8041 St. Ferdinand Street, New Orleans, LA | Phone |
| 98 | | James | Corinthia | (Did not provide) | 2008 Tennesee St., New Orleans, LA 70117 | Unknown | In Person |
| 99 | | Jefferson | Dorothy | (281) 427-0178 | 1119 Egania St., Apartment 9, New Orleans, LA 70117 | 3700 Garth Road, Baytown, TX 77521 | Phone |
| 100 | * | Jenkins | Calvin | (504) 263-1159 | 2620 Deslonde St., New Orleans, LA 70117 | 2105 Benoit Street, Terrytown, LA 70056 | Phone (*Interviewed prior to his being named as a Claimant.) |
| 101 | | Jenkins | Keith | (214) 270-9874 | 1821 Jourdan Ave., New Orleans, LA 70117 | 6420 Villa Ashley Drive, Baton Rouge, LA 70806 | In Person |
| 102 | | Jenkins | Leon | (504) 628-7813 | 2321 Delery St., New Orleans, LA 70117 | 8226 Ned Ave., Apt. A, Baton Rouge, LA 70820 | In Person & Phone |
| 103 | | Johnson | Alfred | (936) 520-1162 | 6025 Urquhart St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 104 | * | Johnson | Beverlyn (aka Beverly) | (504) 621-0699 | 5206 N. Derbigny St., New Orleans, LA 70117 | 2020 Lawrence Street, Apt. B-14, Biloxi, MS 39531 | Phone (*Interviewed prior to becoming aware that she was a Claimant.) |
| 105 | * | Johnson | Byron | (Did not provide) | 1519 Flood St., New Orleans, LA 70117 | Unknown | In Person (*Interviewed prior to becoming aware that he was a Claimant.) |
| 106 | | Johnson | D'Antionette | (713) 438-2875 | 2317 Deslonde St., New Orleans, LA 70117 | 4407 Lonely Oak Drive, New Orleans, LA 70126 | Phone |
| 107 | | Johnson | Edward Lee | (504) 912-6820 | 1409 Lizardi St., New Orleans, LA 70117 | Unknown | In Person |
| 108 | | Johnson | Eugene | (Did not provide) | 1236 Reynes St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 109 | | Johnson | Helen | (Did not provide) | 1236 Reynes St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 110 | | Johnson | Roosevelt | (504) 487-5463 | Did not provide | Unknown | In Person |
| 111 | | Johnson | Solomon Sr. | (504) 789-1245 | 1939 Flood St., New Orleans, LA 70117 | 205 Skopas Court, Roseville, CA 95661 | Phone |
| 112 | | Johnson | Stacy | (504) 912-6820 | 1409 Lizardi St., New Orleans, LA 70117 | Unknown | In Person |
| 113 | | Jones | Carla | (504) 431-7015 | 1817 Forstall St., New Orleans, LA 70117 | 28 Marigold Ln., Westwego, LA 70094 | Phone |
| 114 | | Jones | Dwight | (832) 785-6652 | 4834 Dauphine St., New Orleans, LA 70117 | 8304 S. Course, Apt. 1616, Houston, TX 77072 | Phone |
| 115 | | Jones | Melvin | (Did not provide) | 5901 Marais St., New Orleans, LA 70117 | Unknown | In Person |

*Note: An asterisk indicates that the individual is a claimant.

Printed: 2/15/08        Page: 6

| # | | Last Name | First Name | Phone | Address | Current Address | Interview Type |
|---|---|---|---|---|---|---|---|
| 116 | | Jones | Mike | (504) 274-6299 | 1219 - 1221 Lizardi St., New Orleans, LA 70117 | Unknown | In Person |
| 117 | | Jordan | Clarence | (Did not provide) | Did not provide | Unknown | In Person |
| 118 | | Jordan | Gloria | (504) 616-3426 | 1801 Tennessee St., New Orleans, LA 70117 | Unknown | Phone & In Person |
| 119 | | Julian | Audrey | (Did not provide) | 1504 Reynes St., New Orleans, LA 70117 | Unknown | In Person |
| 120 | | Keasley | Keith Jonathan | (806) 791-4298 | 1911 Deslonde St., New Orleans, LA 70117 | 4211 Canton Avenue, Apartment H, Lubbock, TX 79413 | Phone |
| 121 | | Keasley | Stella | (337) 261-3394 | Did not provide (possibly 1911 Deslonde St.) | Unknown | Phone |
| 122 | * | Keith | Stevens | (972) 820-0270 | 1705 Jourdan Ave., New Orleans, LA 70117 & 1612 Leonidas St., New Orleans, LA 70118 (lived at both places) | 18949 Marsh Lane, Apartment 1002, Dallas, TX 75287 | Phone (*Interviewed prior to his being named as a Claimant.) |
| 123 | | Kenneth | Michael | (Did not provide) | 1300 N. Delery St., New Orleans, LA 70117 | Unknown | In Person |
| 124 | | Kenney | April | (985) 651-6332 | 1512 Deslonde St., New Orleans, LA 70117 | Did not provide (possibly 2648 Republic St., New Orleans, LA 70119) | Phone |
| 125 | | Kitchens | Roy | (Did not provide) | 1210 Egania St., New Orleans, LA 70117 | Unknown | In Person |
| 126 | | Lackings | Walter | (713) 271-1751 | 1528 Clouet St., New Orleans, LA 70117 | 192 Cynthia Circle, Apt. 84, Reserve, LA 70084 | Phone & In Person |
| 127 | | LaFrance | August | (504) 366-9089 | 5439 N. Derbigny St., New Orleans, LA 70117 | Same as August 2005 Address | Phone |
| 128 | | LaFrance | Kevin | (Did not provide) | 5439 N. Derbigny St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 129 | | LaFrance | Byron | (504) 366-9089 / (504) 329-4325 | 1612 Lizardi St., New Orleans, LA 70117 | 3212 Memorial Parkway Drive, No. 149, Algiers, LA | Phone |
| 130 | | Lain | Byron | (702) 631-2026 | 1313 Flood St., New Orleans, LA 70117 | 1701 J Street, Apt. 214, Las Vegas, NV 89106 | Phone |
| 131 | | Landix | Jennifer | (225) 614-0119 | 1738 Tennessee St., New Orleans, LA 70117 | Unknown | Phone |
| 132 | | Lastie | Chester III | (504) 272-4504 | 5705 N. Robertson St., New Orleans, LA 70117 | 1331 Music St., New Orleans, LA | In Person |
| 133 | | Lastie | Chester Jr. | (504) 931-3979 | 5705 N. Robertson St., New Orleans, LA 70117 | Unknown | Phone |

*Note: An asterisk indicates that the individual is a claimant.

Printed: 2/15/08    Page: 7

| # | | Last Name | First Name | Phone | August 2005 Address | Current Address | Interview Type |
|---|---|---|---|---|---|---|---|
| 134 | | LeBlanc | Gertrude | (985) 369-2755 | 1738 Tennessee St., New Orleans, LA 70117 | Napoleonville, Louisiana (did not specify) | Phone |
| 135 | | Lee | Cherrenonda | (205) 951-3649 | 1911 Flood St., New Orleans, LA 70117 | 7522 Georgia Road, Apartment U, Birmingham, AL 25214 | Phone |
| 136 | | Lee | Anthony | (Did not provide) | Did not provide | Unknown | In Person |
| 137 | | Lewis | Arnold | (504) 715-4852 | 1437 Lizardi St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 138 | | Lewis | Keith | N/A (incarcerated at the time of interview) | 1608 Tennessee St., New Orleans, LA 70117 | N/A (incarcerated in Jefferson Parish when interviewed) | In Person |
| 139 | | Lewis | Mary | (601) 829-4474 | 1831 Lamanche St., New Orleans, LA 70117 | 1336 Abbie Dr., Brandon, MS 39047 | Phone |
| 140 | | Lewis | Ronald | (Did not provide) | 1317 Tupelo St., New Orleans, LA 70117 | Unknown | In Person |
| 141 | | Lewis (aka Morris) | Tonia M. | (504) 382-8799 | 2448 Lamanche St., New Orleans, LA 70117 | 4915 Wild Holly Ln., Apt. 816, Arlington, TX 76017 | Phone |
| 142 | | Lindsey | Chivon | (504) 421-6869 | 1628 Reynes St., New Orleans, LA 70117 | Unknown | In Person & Phone |
| 143 | | Lindsey | Sheldon | (504) 473-7665 | 1628 Reynes St., New Orleans, LA 70117 | Unknown | In Person |
| 144 | | Llopis | Gregory Sr. | (504) 913-9600 | 2521 Deslonde St., New Orleans, LA 70117 | Plaza Inn & Suites, Hammond, LA (temporary address) | Phone |
| 145 | | Lockley | Yvette | (337) 281-2267 | 2612 1/2 Lizardi St., New Orleans, LA 70117 | 1030 Port St., Apt. A, New Orleans, LA 70117 | In Person & Phone |
| 146 | | Mack | Roger | (504) 372-4875 | 707 Flood St., New Orleans, LA 70117 | Unknown | In Person |
| 147 | | Mack | Sam Jr. | (504) 220-6855 | 1516 Lizardi St., New Orleans, LA 70117 | 1047 Mayhaw Dr., Baton Rouge, LA 70807 | Phone |
| 148 | | Magee | Ardella | (601) 694-2961 | 1807 Tennessee St., New Orleans, LA 70117 | 2358 Ferguson Mill Rd., Newhebron, MS 39140 | Phone |
| 149 | | Magee | Bobbie Jean | (601) 684-0069 | 2605 Caffin Ave., New Orleans, LA 70117 | 41 Quinn Rd., McComb, MS 39648 | Phone |
| 150 | | Magee | Shelton | (985) 641-4622 | 2442 Forstall St., New Orleans, LA 70117 | 2544 10th St., Slidell, LA | Phone & In Person |
| 151 | * | Magee (deceased - passed away after interview) | James O'Neal | (281) 272-0058 | 1605 Jourdan Ave., New Orleans, LA 70117 | 5714 Gulfbank Rd., Apt. 10, Houston, TX 77088 | Phone (*Interviewed prior to his being named as a Claimant.) |
| 152 | | Marshall | Anthony | (504) 975-0022 | 2538 Tennessee St., New Orleans, LA 70117 | 159 Woodsia Ln., Jackson, MS 39206 | In Person |
| 153 | | Marshall | Bennie | (Did not provide) | 2538 Tennessee St., New Orleans, LA 70117 | Unknown | In Person |

*Note: An asterisk indicates that the individual is a claimant.

Printed: 2/15/08    Page: 8

ATTORNEY WORK PRODUCT     LOWER 9TH WARD RESIDENTS INTERVIEWED     CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 154 | | Marshall | Deniska | (Did not provide) | 2538 Tennesee St., New Orleans, LA 70117 | Unknown | In Person |
| 155 | | Martin | Geraldine | (Did not provide) | 1441 Forstall St., New Orleans, LA 70117 | Unknown | In Person |
| 156 | | McDaniel | Marcus | (504) 952-9856 | 1624 Deslonde St., New Orleans, LA 70117 | Houston, TX (did not provide address) | In Person |
| 157 | * | McFadden | Cathy | (281) 272-0058 | 1605 Jourdan Ave., New Orleans, LA 70117 | 5714 Gulfbank Rd., Apt. 10, Houston, TX 77088 | Phone (*Interviewed prior to her being named as a Claimant.) |
| 158 | * | McFadden | John | (281) 448-4126 | 1605 Jourdan Ave., New Orleans, LA 70117 | 5714 Gulfbank Rd., Apt. 13, Houston, TX 77088 | Phone (*Interviewed prior to his being named as a Claimant.) |
| 159 | * | McGill | Ronald C. | (404) 259-6429 | 1638 Reynes St., New Orleans, LA 70117 | 2502 White Oak Dr., Decatur, GA 30032 | Phone (*Interviewed prior to his being named as a Claimant.) |
| 160 | | McNeal | Shawne | (713) 271-7264 | 1723 Jourdan Ave., New Orleans, LA 70117 | 8080 Creekbend Dr., Apt. 702, Houston, TX 77071 | Phone |
| 161 | * | Milton | Patrice | (504) 710-9689 | 2233 Andry St., New Orleans, LA 70117 | Did not provide | Phone (*Interviewed prior to her being named as a Claimant.) |
| 162 | | Morris Dillon | Lorena | (817) 419-9059 | 2438 Tennessee St., New Orleans, LA 70117 | 6000 Clearwater Dr., Apt. 117, Arlington, TX 76001 | Phone |
| 163 | * | Moses | Joycelyn | (770) 413-7201 | 1725 Jourdan Ave., New Orleans, LA 70117 | 1401 North Hairston Road, Apt. 14-H, Atlanta, GA | Phone & In Person (*Interviewed prior to her being named as a Claimant.) |
| 164 | * | Moses | Patricia | (801) 355-9631 | 2039 Deslonde St., New Orleans, LA 70117 | 120 South 300 East, Apt. 105, Salt Lake City, Utah 84111 | Phone (*Interviewed prior to her being named as a Claimant.) |
| 165 | | Moses | Stuart | (Did not provide) | 2500 Flood St., New Orleans, LA 70117 | Unknown | In Person |
| 166 | | Motton | Jonathan | (Did not provide) | 5956 Galvez St., New Orleans, LA 70117 | Unknown | In Person |
| 167 | | Napoleon | Alice | (Did not provide) | 1227 Tupelo St., New Orleans, LA 70117 | Unknown | In Person |
| 168 | | Napoleon | Tripolle | (504) 239-0443 | 6119 N. Claiborne Ave., New Orleans, LA 70117 | Westbank, New Orleans, LA (did not provide address) | Phone |
| 169 | * | Newton (aka Guy) | Latasha | (404) 212-5063 | 1720 Tennessee St., New Orleans, LA 70117 | 2381 N. Ark Rd., Jonesboro, GA | Phone (*Interviewed prior to her being named as a Claimant.) |

*Note: An asterisk indicates that the individual is a claimant.

| # | | Last | First | Phone | Address | Current Address | Interview Type |
|---|---|---|---|---|---|---|---|
| 170 | | Nolan | Charelle | (972) 572-2586 | 1823 Jourdan Ave., New Orleans, LA 70117 | Did not provide | Phone |
| 171 | | Nolan | Stacy | (504) 256-9232 | 1511 Deslonde St., New Orleans, LA 70117 | Did not provide | Phone |
| 172 | * | Norflin (aka Tompkins, aka Magee, aka Brumfield, aka Thompkins) | Hilda | (504) 250-5741 | 1302 Tricou St. or 502 Andry St., New Orleans, LA 70117 | 209 River Oaks Dr., Destrehan, LA 70047 | Phone & In Person (*Interviewed prior to her being named as a Claimant.) |
| 173 | * | Offray | Ernest | (Did not provide) | 2028 Deslonde St., New Orleans, LA 70117 | 2175 Pinehurst Dr., LaPlace, LA 70068 | In Person (*Interviewed prior to his being named as a Claimant.) |
| 174 | | Parker | Albert Jr. | (985) 446-8432 | 1715 Jourdan Ave., New Orleans, LA 70117 | 109 Eauclair Dr., Thibodaux, LA 70301 | Phone |
| 175 | | Parker | Brian | (Did not provide) | 1411 Benton St., New Orleans, LA 70117 | Unknown | In Person |
| 176 | * | Parker | Louise Magee | (Did not provide) | 1731 Tennessee St., New Orleans, LA 70117 | Unknown | In Person (*Interviewed prior to her being named as a Claimant.) |
| 177 | | Pearson | Kenneth | (504) 388-6241 | 1715 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |
| 178 | | Penns | Ernest | (Did not provide) | 1209 Lizardi St., New Orleans, LA 70117 | Unknown | In Person |
| 179 | | Phillips | Erica | (210) 522-1840 | 464 Flood St., New Orleans, LA 70117 | 9310 Laurens Ct., San Antonio, TX 78250 | Phone |
| 180 | * | Pinkston | Velma L. | (770) 466-5084 | 1828 - 1830 or 1842 Deslonde St., New Orleans, LA 70117 | 2161 Alexander Crossing, Loganville, Georgia 30052 | Phone (*Interviewed prior to her being named as a Claimant.) |
| 181 | | Poole | Earl Joseph | (402) 706-9275 | 5425 N. Roman St., New Orleans, LA 70117 | 12920 D Plaza, Omaha, Nebraska 68144 | Phone |
| 182 | | Poole | Nolan | (702) 343-7570 / (225) 636-2422 | 5425 N. Roman St., New Orleans, LA 70117 | 3512 Hollywood St., Baton Rouge, LA 70805 | Phone |
| 183 | | Pounds | Kendrick | (713) 438-2875 | 2317 Deslonde St., New Orleans, LA 70117 | 4407 Lonely Oak Drive, New Orleans, LA 70126 | Phone |
| 184 | | Price | Sandy "Twin" | (801) 355-9631 | 2039 Deslonde St. (or 2029 Deslonde St.), New Orleans, LA 70117 | 120 South 300 East, Apt. 105, Salt Lake City, Utah 84111 | Phone |
| 185 | | Pritchard | Donald | (504) 615-8194 | 1800 Deslonde St., New Orleans, LA 70117 | Unknown | Phone & In Person |

*Note: An asterisk indicates that the individual is a claimant.

Printed: 2/15/08      Page: 10

| | | | | | | |
|---|---|---|---|---|---|---|
| 186 | | Pritchett | Sandra | (504) 615-9282 | Unknown (did not provide) | Did not provide | In Person |
| 187 | | Rainey | Annette | (Did not provide) | 1414 Tupelo St., New Orleans, LA 70117 | Unknown | In Person |
| 188 | | Ratliff | Pearl | (504) 756-8287 | 1708 Flood St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 189 | * | Reed | Michael | (504) 261-8138 | 700 St. Maurice Ave., New Orleans, LA 70117 | Did not provide | Phone (*Interviewed prior to his being named as a Claimant.) |
| 190 | * | Reed | Terence (Pastor) | Unknown | 6500 4th St., New Orleans, LA 70117 | Did not provide | Phone (*Interviewed prior to his being named as a Claimant.) |
| 191 | | Reimonenq | Sunsueray | (830) 351-2615 | 1315 Spain St., New Orleans, LA 70117 | 308 Mading Ln., Houston, TX 77037 | Phone & In Person |
| 192 | | Rivers | Keith "Bucket" | (504) 864-3131 | 1942 Reynes St., New Orleans, LA 70117 | 150 McLaurin Circle, Brandon, MS 39047 | Phone |
| 193 | * | Robinson | Kenneth | (504) 452-1254 | 1342 Lamanche St., New Orleans, LA 70117 | 966 Monet Dr., Apt. 29, Baton Rouge, LA 70806 | Phone (*Interviewed prior to his being named as a Claimant.) |
| 194 | | Rockett | Roy | (504) 756-6008 | 2303 Winthrop St., New Orleans, LA 70117 | Unknown | In Person |
| 195 | | Ruiz | Eugene J. | (Did not provide) | 5851 Marais St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 196 | | Rumsey (sic) | Unknown | (Did not provide) | 1402 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |
| 197 | | Sartin | Andrew (aka "Michael Knight") | (504) 220-3495 | 5418 N. Roman St., New Orleans, LA 70117 | Same as August 2005 Address | Phone & In Person |
| 198 | | Satcher | Larry | (Did not provide) | 5701 N. Villere St., New Orleans, LA 70117 | Unknown | In Person |
| 199 | | Savage | Jessie | (Did not provide) | 2319 Deslonde St., New Orleans, LA 70117 | 3309 Bowie St., #5, White Castle, LA 70788 | In Person |
| 200 | | Schexnayder | Llewellyn | (504) 261-6533 | 1312 Jourdan Ave., New Orleans, LA 70117 | 7101 Northgate Dr., New Orleans, LA 70128 | In Person |
| 201 | | Schexnayder | Towonda | (504) 710-3729 | 1312 Jourdan Ave., New Orleans, LA 70117 | 7101 Northgate Dr., New Orleans, LA 70128 | In Person |
| 202 | | Seymore | Alvin Jr. | (713) 941-5994 | 2330 Deslonde St., New Orleans, LA 70117 | 10181 Windmill Lakes Blvd., Apt. 1322, Houston, TX 77075 | Phone |
| 203 | | Seymore | Alvin Sr. | (504) 906-7357 | 2124 Tupelo St., New Orleans, LA 70117 | 250 Amp Circle, Edgard, LA 70049 | Phone |
| 204 | | Seymore | Warren | (337) 826-7023 | 1923 Benton St., New Orleans, LA 70117 | 511 South Church St., Washington, LA 70589 | Phone |

*Note: An asterisk indicates that the individual is a claimant.

ATTORNEY WORK PRODUCT     LOWER 9TH WARD RESIDENTS INTERVIEWED     CONFIDENTIAL

| # | | Last | First | Phone | August 2005 Address | Current Address | Interview Type |
|---|---|---|---|---|---|---|---|
| 205 | | Seymour | Louis | (Did not provide) | 2523 Jourdan Ave. or 2039 Jourdan Ave. (was in the process of moving from latter to former on 8/29/05), New Orleans, LA 70117 | St. Mary Angels Shelter, Congress St., New Orleans, LA | In Person |
| 206 | | Simmons | Palazzolo | (202) 494-5850 | 2348 Forstall St., New Orleans, LA 70117 | 2139 Peniston St., New Orleans, LA 70115 | In Person |
| 207 | | Sims | Farad | (504) 909-3428 | 4918 N. Johnson St., New Orleans, LA 70117 | Grand Prarie, TX (did not provide address) | Phone |
| 208 | | Sims | George Sr. | (817) 548-8747 | 4916 N. Johnson St., New Orleans, LA 70117 | Oakwood Crossing Apartments, 2509 Hollandale Circle, Apt. E, Arlington, TX 76010 | Phone |
| 209 | | Skidmore | Joseph Kernell Jr. | (713) 826-3666 | 1202 Deslonde St., New Orleans, LA 70117 | 205 Hikes Blvd., Apt. 48, Houston, TX | Phone |
| 210 | | Smith | Ernest | (Did not provide) | 1315 Lizardi St., New Orleans, LA 70117 | Unknown | In Person |
| 211 | | Smith | Ottyle Lewis (aka "Big O") | (504) 460-5849 | 1316 Deslonde St., New Orleans, LA 70117 | Same as August 2005 Address | Phone |
| 212 | | Smith | Ronnie | (Did not provide) | 4803 Marais St., New Orleans, LA 70117 | Did not provide | In Person |
| 213 | | Smith | Ruth | (504) 894-8349 | 2031 Jourdan Ave., New Orleans, LA 70117 | Did not provide | Phone |
| 214 | * | Snyder | Joann Clay | (Did not provide) | 5423 N. Claiborne Ave., New Orleans, LA 70117 | Unknown | In Person (*Interviewed prior to becoming aware that she was a Claimant.) |
| 215 | | Spriggens | James | (504) 208-0120 | 2125 Forstall St., New Orleans, LA 70117 | Unknown | In Person |
| 216 | | Stewart | Henry | (Did not provide) | 1205 Tennessee St., New Orleans, LA 70117 | Unknown | In Person |
| 217 | * | Sutton | Arcola | (504) 231-0752 | 2523 Jourdan Ave., New Orleans, LA 70117 | 3500 Catalina Dr., New Orleans, LA 70114 | Phone (*Interviewed prior to her being named as a Claimant.) |
| 218 | | Sutton | Quentin | (504) 301-6490 | 2523 Jourdan Ave., New Orleans, LA 70117 | 1850 Parry St., Beaumont, TX 77703 | In Person |
| 219 | | Tate | Arlie (sic) | (Did not provide) | 2127 Reynes St., New Orleans, LA 70117 | Unknown | In Person |
| 220 | | Taylor | Dawn | (504) 342-5548 | 4818 Tonti St., New Orleans, LA 70117 | Unknown | In Person |
| 221 | | Thornton | Reginald | (Did not provide) | 1427 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |

*Note: An asterisk indicates that the individual is a claimant.

Printed: 2/15/08     Page: 12

ATTORNEY WORK PRODUCT  LOWER 9TH WARD RESIDENTS INTERVIEWED  CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 222 | | Tompkins | Josie | (504) 250-1205 | Did not provide | Did not provide | In Person |
| 223 | * | Tompkins (aka Thompkins) | Frazier III | (504) 250-5741 / (985) 764-3981 | 1310 Tricou St., New Orleans, LA 70117 | 209 River Oaks Dr., Destrehan, LA 70047 | In Person & Phone (*Interviewed prior to his being named as a Claimant.) |
| 224 | | Tonth | Robert | (504) 352-0269 | 1441 Forstall St., New Orleans, LA 70117 | Unknown | In Person |
| 225 | | Unidentified Family | | (Did not provide) | 1728 & 1732 Reynes St., New Orleans, LA 70117 | Unknown | In Person |
| 226 | | Unidentified Family | | (Did not provide) | 4816 N. Derbigny St., New Orleans, LA 70117 | Unknown | In Person |
| 227 | | Unidentified Individuals | | (Did not provide) | 2237 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |
| 228 | | Unidentified Male | | (Did not provide) | 2125 Jourdan Ave., New Orleans, LA 70117 | Unknown | In Person |
| 229 | | Unknown | "Money Mike" | (504) 248-0817 | Unknown - possibly Deslonde St. | Unknown | In Person |
| 230 | | Unknown | "Selwin" | (Did not provide) | Did not provide | Unknown | In Person |
| 231 | | Unknown | Alvin | (Did not provide) | 1310 - 1312 Lamanche St., New Orleans, LA 70117 | Unknown | In Person |
| 232 | | Unknown | Darlene | (Did not provide) | 1701 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |
| 233 | | Unknown | Unknown | (Did not provide) | 5320 - 5322 N. Derbigny St., New Orleans, LA 70117 | Unknown | In Person |
| 234 | | Unknown | Unknown | (Did not provide) | 5505 Marais St., New Orleans, LA 70117 | Unknown | In Person |
| 235 | | Unknown | Unknown | (Did not provide) | 4901 St. Claude Ave., New Orleans, LA 70117 | Unknown | In Person |
| 236 | | Unknown | Unknown | (Did not provide) | 1314 Caffin Ave., New Orleans, LA 70117 | Unknown | In Person |
| 237 | | Unknown | Unknown | (Did not provide) | 1507 Caffin Ave., New Orleans, LA 70117 | Unknown | In Person |
| 238 | | Unknown | Unknown | (Did not provide) | 1425 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |
| 239 | | Unknown | Unknown | (Did not provide) | 1233 - 1236 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |
| 240 | | Unknown | Unknown | (Did not provide) | 2238 Caffin Ave., New Orleans, LA 70117 | Unknown | In Person |
| 241 | | Unknown | Unknown | (Did not provide) | 5510 Urquhart St., New Orleans, LA 70117 | Unknown | In Person |
| 242 | | Unknown | Unknown | (Did not provide) | 1322 Charbonnet St., New Orleans, LA 70117 | Unknown | In Person |

*Note: An asterisk indicates that the individual is a claimant.

ATTORNEY WORK PRODUCT — LOWER 9TH WARD RESIDENTS INTERVIEWED — CONFIDENTIAL

| # | Last | First | Phone | Address | Current Address | Method |
|---|---|---|---|---|---|---|
| 243 | Unknown | Unknown | (Did not provide) | 4807 St. Claude Ave., New Orleans, LA 70117 | Unknown | In Person |
| 244 | Walker | Albert | (504) 433-3258 | 1333 Tennessee St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 245 | Walker | Dionne | (504) 458-1138 | 5457 N. Claiborne Ave., New Orleans, LA 70117 | Ft. Smith, Arkansas (address not provided) | Phone |
| 246 | Walker | Joel | (Did not provide) | 1305 Charbonnet St., New Orleans, LA 70117 | Unknown | In Person |
| 247 | Washington | Nathan | (Did not provide) | 2128 Lizardi St. or 2026 - 2028 Gordon St., New Orleans, LA 70117 | Unknown | In Person |
| 248 | Washington | Vernon | (504) 451-2236 | 5442 N. Johnson St., New Orleans, LA 70117 | Unknown | In Person |
| 249 | Waterhouse | Edward | (504) 782-1300 | 2611 Jourdan Ave., New Orleans, LA 70117 | Unknown | In Person |
| 250 | Watson | Kerry | (504) 362-4606 / (504) 818-8692 | 2320 Tennessee St., New Orleans, LA 70117 | P.O. Box 741863, New Orleans, LA 70174 | Phone |
| 251 * | Weaver | Christopher | (904) 476-4396 / (904) 260-1979 | 2611 Jourdan Ave., New Orleans, LA 70117 | 4320 Sunbeam Rd., Jacksonville, FL 32257 | In Person & Phone (*Interviewed prior to his being named as a Claimant.) |
| 252 | Webster | Kevin Jr. | (504) 496-3815 | 2107 Benton St., New Orleans, LA 70117 | 5019 Piety Dr., New Orleans, LA 70126 | Phone |
| 253 | Weems | Ernest | (504) 975-6546 | 2208 Tennessee St., New Orleans, LA 70117 | Was living at friend's abandoned property on N. Villere St. (address unknown) | Phone |
| 254 * | Wicker | Robin | (985) 748-6910 | 2528 Charbonnet St., New Orleans, LA 70117 | 64422 Wicker Ln., Roseland, LA 70456 | In Person & Phone (*Interviewed prior to her being named as a Claimant.) |
| 255 | Wilkerson | Erica | (620) 285-6029 | 2208 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |
| 256 | Wilkerson | Joseph | (620) 285-6029 | 2208 Deslonde St., New Orleans, LA 70117 | Unknown | In Person |
| 257 | Williams | David | (Did not provide) | 1930 Alabo St., New Orleans, LA 70117 | Unknown | In Person |
| 258 | Williams | Johnise | (225) 774-0317 | 2516 Deslonde St., New Orleans, LA 70117 | Did not provide | Phone |
| 259 | Williams | Kioka | (504) 248-0336 | 712 Deslonde St., New Orleans, LA 70117 | 1100 S. Foster Dr., Apt. 59, Baton Rouge, LA 70806 | Phone |

*Note: An asterisk indicates that the individual is a claimant.

ATTORNEY WORK PRODUCT        LOWER 9TH WARD RESIDENTS INTERVIEWED        CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 260 | Williams | Michael | (504) 994-1344 | 4821 N. Johnson St., New Orleans, LA 70117 | 3651 Annunciation St., New Orleans, LA 70115 | Phone |
| 261 | Williams | Monica | (Did not provide) | 5841 N. Claiborne Ave., New Orleans, LA 70117 | Unknown | In Person |
| 262 | Williams | Sidney | (404) 212-5063 | 1720 Tennessee St., New Orleans, LA 70117 | 4564 Candy Ln. NW, Lilburn, GA 30047 | Phone |
| 263 | Wilson | Juliean G. Sr. | (504) 495-5313 | 2117 Flood St., New Orleans, LA 70117 | 9059 S. Bennett Ave., Chicago, IL 60617 | In Person |
| 264 | Wilson | Wesley Charles | (504) 251-2351 | 1838 Deslonde St., New Orleans, LA 70117 | 128 W. Harrison St., Baton Rouge, LA 70802 | Phone |
| 265 | Wilson | Willie | (504) 813-0818 | 5423 N. Claiborne Ave. (1st Floor), New Orleans, LA 70117 | 2749 Verbena St., New Orleans, LA 70122 | Phone |
| 266 * | Woods | Dedra Leslie | (281) 272-0058 / (281) 448-4126 | 1605 Jourdan Ave., New Orleans, LA 70117 | 5714 Gulfbank Rd., Apt. 13, Houston, TX 77088 | Phone (*Interviewed prior to her being named as a Claimant.) |
| 267 | Worthy | Lionel | (283) 533-7435 | 1516 Reynes St., New Orleans, LA 70117 | Same as August 2005 Address | In Person |
| 268 | Young | Barbara Berryhill | (504) 416-8986 | 1311 Jourdan Ave., New Orleans, LA 70117 | Unknown | In Person |

*Note: An asterisk indicates
that the individual is a claimant.