

# Centanni Investigative Agency

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centanni, LCI

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail: piwayne@centanni.net ♦ Website: www.centanni.net

July 13, 2006

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT ERNEST EDWARDS

The following is a transcription of a February 9, 2006, recorded telephone conversation with Ernest Edwards (hereinafter "EE"), a resident of the 9th Ward who did not evacuate for Hurricane Katrina, by Investigator RG of Centanni Investigative Agency:

EE: Who you working for though? You an- you a investigator . . . who you working for?

RG: I'm working for Centanni.

EE: Centanni?

RG: Uh huh.

EE: And . . . and who . . . who are those people?

RG: Who- who are the people Centanni? We- we're just an investigative agency.