

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:plwayne@centanni.net ◆ Website: www.centanni.net

RE: Lafarge North America – Barge ING 4727
    [FILE NUMBERS REDACTED]

### TRANSCRIPTION OF MARCH 20, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENTS GLORIA GUY and [NAMES REDACTED]

The following is a draft transcription of a March 20, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and Gloria Guy (hereinafter "GG") and [NAMES REDACTED], residents of the 9th Ward who did not evacuate during Hurricane Katrina:

GG: Hello.

RG: Hello?

GG: Yeah.

RG: Hi, is Gloria Guy in?

GG: Yes, this is Gloria Guy.

RG: Hi Miss Guy.

GG: How you doing?

RG: Pretty good. How are you?

GG: All right.

RG: Um. My name is Robert Garcia.

GG: Yes sir.

RG: And, um, we're investigating the, um, 9th Ward levee breaks.

GG: Yes.

RG: And, uh, your son, uh, Antonio.

GG: Yes.

RG: He gave me your telephone number.

    RG: Well, we're just trying to figure out what happened over there.

    GG: Well I'm telling you what happened.

    RG: Is, uh, is *[NAME REDACTED]* still there?

    GG: Yes he is.

    RG: I just wanted to ask him…

    GG: I'll call him.

    RG: …a few questions.

    GG: Okay. All right.

    RG: Thank you.

    GG: And, uh, thank you, hear?

    RG: Okay. Thank you ma'am.

*[TEXT REDACTED]*

**END OF CALL**