

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centanni,

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail:piwayne@centanni.net ♦ Website: www.centanni

RE: Lafarge North America – Barge ING 4727
[FILE NUMBERS REDACTED]

## TRANSCRIPTION OF DECEMBER 6, 2005 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENTS [NAME REDACTED] AND GREGORY HOOD

The following is a **draft** transcription of a December 6, 2005 recorded telephone conversation between Investigator DV of Centanni Investigative Agency (hereinafter "DV") and [NAME REDACTED] and Gregory Hood (hereinafter "GH"), residents of the 9th Ward who did not evacuate during Hurricane Katrina:

**FIRST CALL**

XX: The wireless customer you are trying to reach in the Alltel network is unavailable at this time. Please try your call again later. Alltel fifty-seven.

**END OF FIRST CALL**

[TEXT REDACTED]

GH: Yeah, hello?

DV: Hey, how are you doing? My name is Danny Vara.

GH: Oh, I'm doing okay. How are you doing?

GH: Yes, I've got voice mail.

DV: All right. Well again, my name's Danny Vara and I appreciate you taking the time to visit with me.

GH: Okay. Thank you.

DV: And if I have any other questions I'll give you a shout.