

ATTORNEY WO
PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centann

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail:plwayne@centanni.net ♦ Website: www.centar

November 6, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

### TRANSCRIPTION OF DECEMBER 7, 2005 RECORDED TELEPHONE CONVERSATION WITH LOWER 9TH WARD RESIDENT MICHAEL REED

The following is a **draft** transcription of a December 7, 2005 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and Michael Reed (hereinafter "MR"), a resident of the Lower 9th Ward who evacuated for Hurricane Katrina.:

MR: Hello?

RG: Hi. Is Michael Reed in?

MR: Speaking.

RG: Hi, Mister Reed. Uh, my name is Robert Garcia.

MR: Yeah.

RG: And I'm a private investigator.

MR: Okay.

MR: Okay. Let me- let me, uh... What's your name again?

RG: My name is Robert Garcia.

MR: Robert Garcia?

RG: Yes, sir.

MR: And who are you working for, Robert?

RG: Uh, Centanni.

MR: Is that a, uh, an attorney or?

RG: It's an- it's an investigative agency.

MR: Oh, okay. Your name is Robert?

RG: Robert Garcia.

MR: Garcia?

RG: Yes, sir.

MR: And what number can I reach you at?


RG: We don't work- we don't work for like a government agency or nothing like that.

MR: Okay.

RG: We're independent private investigators and, uh, we're just trying to find out what happened.