

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centanni, LCI

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail:piwayne@centanni.net ♦ Website: www.centanni.net

September 4, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF DECEMBER 12, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT MONTRELL HYMES

The following is a **draft** transcription of a December 12, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and Montrell Hymes (hereinafter "MH"), a resident of the 9th Ward who did not evacuate during Hurricane Katrina:

MH: Hello?

RG: Hi, is Montrell Hymes in?

MH: Yeah, this is him, speaking.

RG: Uh, this is Robert Garcia. Um, I spoke with, uh, Reginald Thornton, uh...

RG: Where- where were you working at at the time?

MH: Sewerage and Water Board, where I'm still employed.

RG: Oh, okay. I think, uh, I had called and left you a message. I don't know if you had ever gotten it 'cause I think on your- on your, uh, on your cell phone it asks if it's a question about Sewerage and Water Board or...

MH: Right.

RG: ... if you run into anybody that- that was out there too. We're just trying to find out what happened and...

MH: Okay.

RG: ...trying to find out the truth.

MH: Okay. Okay.

RG: 'Cause we're- we're hearing so many different stories and...

MH: Right.

RG: ...rumors and...

MH: Right.

RG: ...and like I said, the best way to find out what happened is to talk to people that were...

MH: That's right.

RG: ...actually there.

MH: Yeah. Right. Right. Right.

RG: But I appreciate it.

MH: It's no problem at all.

RG: Okay. Well thank you, Mister Hymes.

MH: Okay. What's your name?

RG: My name's Robert Garcia.

NOTE TO THE COURT: Montrell Hymes is an employee of the Sewerage and Water Board, a party to this litigation. Despite this revelation, the interview continued.