

# Centanni Investigative Agency

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centanni, LI

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail:phwayne@centanni.net ♦ Website: www.centanni.n

September 12, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF DECEMBER 2, 2005 RECORDED TELEPHONE CONVERSATION WITH LOWER 9TH WARD RESIDENT *FRAZIER TOMPKINS*

The following is a **draft** transcription of a December 2, 2005 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and Frazier Tompkins (hereinafter "FT"), a resident of the 9th Ward who did not evacuate for Hurricane Katrina:

FT: Hello? Someone ca- yeah, someone just called me.

RG: Uh, yes sir, Mister Frazier Tompkins?

FT: Yeah, that's me.

RG: Oh, hi, how are you doing, sir?

FT: I'm okay and you?

RG: Pretty good. Uh, I had spoken with, uh, with, uh, your wife, Hilda- Hilda Tompkins.

FT: Yeah. Uh-huh.

FT: Two two zero two. And your name?

RG: Robert.

FT: Robert? Okay.

RG: Garcia.

FT: Okay. Garcia?

RG: Yes, sir.

FT: Okay, then. I'll pass it around. I'm gonna see what I can do, if can get some people with some information.