

ATTORNEY WORK
PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centanni, LCI

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail:piwayne@centanni.net ♦ Website: www.centanni.net

July 19, 2007

    RE:    Lafarge North America – Barge ING 4727
             CIA File: 10838
             Client Reference: 99675/28821

### TRANSCRIPTION OF JULY 25, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *NANCY CONERLY*

The following is a draft transcription of a July 25, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and Nancy Conerly (hereinafter "NC"), a resident of the 9th Ward who evacuated prior to Hurricane Katrina:

NC:    Hello?

RG:    Hi. Is Nancy Conerly in?

NC:    Who's calling?

RG:    Uh, Robert Garcia.

NC:    From where?

RG:    Uh, New Orleans.

NC:    Can I help you?

RG:    Uh, yes, ma'am, Ms. Conerly?

NC: Yes.

RG: Hi. How are you doing? Um. We're investigating the- the levee breaks over there in the Lower 9th Ward area.

NC: Oh yeah. Mm-hm.

RG: And, um, I had spoken briefly with your mom, Velma Pinkston.

NC: When?

RG: Uh, just the other day when I called over there.

NC: Oh, no, she eighty-two years old. She don't understand anything.

RG: Oh, okay.

NC: Uh-huh.

> RG: Okay.
>
> NC: And who are you again?
>
> RG: Uh, my name's Robert Garcia.
>
> NC: Mm-hm.
>
> RG: And we're, uh, I'm a private investigator.
>
> NC: Yeah, I know, oh yeah.
>
> RG: I'm sorry?
>
> NC: Yeah, I understand.