

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centann

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail:piwayne@centanni.net ♦ Website: www.centan

RE:   Lafarge North America – Barge ING 4727
      *[FILE NUMBERS REDACTED]*

## TRANSCRIPTION OF JANUARY 26, 2006
### RECORDED TELEPHONE CONVERSATIONS WITH 9th WARD RESIDENTS
*PATRICE MILTON, [NAMES REDACTED]*

The following is a draft transcription of January 26, 2006 recorded telephone conversations between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Patrice Milton** (hereinafter "PM"), a resident of the 9th Ward who evacuated during Hurricane Katrina, and *[NAMES REDACTED]*, residents of the 9th Ward who did not evacuate during Hurricane Katrina:

**FIRST CALL**

PM:   Hello?

RG:   HI, is Patrice Milton in?

PM:   This is she.

RG:   Hi, Miss Milton.  My name is Robert Garcia.

PM:   Hi.

RG:   And I'm a private investigator...

PM:   Mm-hm.

RG:   ...investigating the, uh, 9th Ward levee breaches.

PM:    Okay.

RG:    And I spoke with, uh, your sister, Andrea, who gave me your number.

PM:    Okay.

RG:    And, um, I had seen in news reports, uh, in regards to your- your cousin, Darryl.

PM:    Yes, sir.

RG:    And, uh, and Pam Washington, uh, died during- during the flooding.

PM:    That's correct.

RG:    And we're trying to figure out exactly what happened in the 9th Ward area 'cause we're hearing all types of different reports and rumors and what we're trying to find out is actually the truth to what happened, and, uh, and the best way to find that out is- is through people that were actually there during the- during the flooding of the 9th Ward.

PM:    Okay.