# Centanni Investigative Agency

## ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:pjwayne@centanni.net ◆ Website: www.centanni.net

November 27, 2006

> RE: Lafarge North America – Barge ING 4727
> CIA File: 10838
> Client Reference: 99675/28821

### TRANSCRIPTION OF MARCH 20, 2006 RECORDED
### TELEPHONE CONVERSATION WITH 9th WARD RESIDENT
### *SIDNEY WILLIAMS*

The following is a draft transcription of a March 20, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and

Sidney Williams

(hereinafter "SW"), residents of the 9th Ward who did not evacuate during Hurricane Katrina[1]:

RG: Hello?

SW: Yeah. Yeah. How you doing?

RG: Is this Sidney Williams? How you doing?

SW: All righty.

RG: Uh, my name's Robert Garcia.

SW: Uh-buh.

RG: And I spoke with, uh, with your wife, Gloria.

RG:    Thank you.  Have a good one.

SW:    You too.

RG:    Okay.  Bye-bye.

## END OF CALL

This telephone conversation between Robert Garcia and Sidney Williams was recorded

on March 20, 2006 without Mrs. William's knowledge or consent.