

# Centanni Investigative Agency

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, I

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:pfwayne@centanni.net ◆ Website: www.centanni.

October 24, 2006

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF FEBRUARY 6, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *ROBIN WICKER*

The following is a draft transcription of a February 6, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and Robin Wicker (hereinafter "RW"), a resident of the 9th Ward who did not evacuate during Hurricane Katrina:

RW: Hello?

RG: Hi, is Ernest Edwards in?

RW: No, he's not. Who's calling?

RG: Uh, this is Robert Garcia.

RW: From where?

RG: Uh, I talked to him before about the 9th Ward levees . . .

RW: Yes, sir.

RG: . . . in the area.

RG: Well I'd appreciate it if you- if you'd ask him to, uh, give me a call. I had spoken to him before.

RW: I sure will.

RG: And, uh, and I appreciate it. Or if you talk with, uh...

RW: *(unintelligible)* the paper. We got the paper down there. You not- You not with the attorney Sanders, are you?

RG: With the attorney Sanders?

RW: Yeah.

RG: No, uhn-uh.

RW: It got his name in the paper. We was trying to find out what they wanted.

RG: What was that for, the attorney Sanders?

RW: I got...Probably the same thing you want, what really happened.

RW: No. We on- They was only asking us questions, you know, at that time, but we didn't really give them the whole- the whole thing from the time it started to the time it ended.

RG: Oh, okay, but no, we're not with attorney Sanders. I don't know what that's- that's about. Y'all saw that in the paper?

RW: Yeah, I have the paper.

RG: That was today's paper, or?

RW: No I have...It's down- down the street right now.

RG: Okay.

RW: Attorney somewhere in Metairie. I forgot what it's for though.

RG: Okay.

RW: Might be the same thing, wanting to know what happened with the levees.

RG: Okay.

RW: They had his name in the paper said he was looking for him.

RG: Well, like you said, you're- you- you know, what you're telling me is valuable.