**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centanni, LCI

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail: piwayne@centanni.net ♦ Website: www.centanni.net

October 3, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

### TRANSCRIPTION OF MARCH 17, 2006 RECORDED TELEPHONE CONVERSATION WITH LOWER 9TH WARD RESIDENT *STEVENS KEITH*

The following is a **draft** transcription of a March 17, 2006 recorded telephone conversations between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Stevens Keith** (hereinafter "SK"), a resident of the 9th Ward who evacuated for Hurricane Katrina:

RG: Hello?

SK: Yes.

RG: Uh, hi, is this Mister Keith Stevens?

SK: Yeah. Stevens Keith, right.

RG: Oh, Stevens Keith?

RG: And do you know Reginald's number or?

SK: Yes, I have it. Wait a minute. Before I give you all this- Guy, you gotta tell me something about- something about your history.

RG: Okay.

SK: (*laughing*)

RG: Okay. I'm a- I'm a private investigator.

SK: Okay. Okay.

RG: And, uh, we're investigating the, like I said, we're investigating the levee breaks...

SK: All right.

RG: ...uh, and the reason that we're doing that is because, like I said, we're hearing so many different rumors...

SK: All right.

RG: ...uh, like you said, about blowing up, uh, the levee, and, um, and a lot of people that I've- that I've heard from had- had told me the same thing...

SK: Oh, okay. Okay.

RG: ...that they had- that they had heard, uh, noises like booms.

SK: Yeah.

RG: And, uh, and what- what we're just trying to do is- is to find out the truth.

SK: Okay.

RG: What I do as a private investigator is I, um, I- I collect the facts.

SK: All right. Okay.

RG: And, um, and I- and I've heard that, from several people, that, uh, certain, uh, entities are kind of covering it up.

SK: Right. Right.

RG: And, uh, and- and we're just trying to find out the truth to- to what happened.

SK: Right. (*laughing*) Right. Right. No doubt. No doubt. But, uh, I hope those- those- they'll, you know, those numbers will help and, uh, I'm quite sure they can.

RG: Yeah. I appreciate it.

SK: Uh, like they'll know somebody and you just explain what's the purpose and I'm quite sure they will cooperate...

RG: Okay.

SK: ...and, uh, just let them know, you know, what- what you're searching for and, you know, your intent and you're out to help and, uh, and get to the bottom of this.

RG: Right.

SK: You know, because I have a sneaky feeling that it was blowed again too. You know, they said that in the sixties when, uh, Schiro was mayor that the levee was blew because of

RG: Or had you heard of a guy named "Silky?"

SK: No.

RG: No? I'm trying to think...

SK: Are these people wanted or something? (*laughing*)

RG: No, they ain't want- These are just- these are just names I had heard from other people...

SK: Oh, okay.

RG: ...that- that may have been out there.