

**Centanni Investigative Agency**

ATTORNEY WORK
PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

December 1, 2006

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *TERRY ADAMS*

The following is a draft transcription of an April 20, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and Terry Adams (hereinafter "TA"), a 9th Ward resident who did not evacuate for Hurricane Katrina:

RG:   Hi. Is this Terry Adams?

TA:   Yes it is.

RG:   Hi Mr. Adams. This is Robert Garcia.

TA:   Uh-huh.

RG:   I spoke with you, um, a few days ago, uh, out there, uh, by Church's on, uh, St. Claude Avenue.

TA:   Yeah.

RG:   Regarding the, uh, the levee breaks over there in the Lower 9th Ward.