

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centanni,

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail:piwayne@centanni.net ♦ Website: www.centann

RE: Lafarge North America – Barge ING 4727
[FILE NUMBERS REDACTED]

### TRANSCRIPTION OF MARCH 15, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT / WITNESS JAMES O'NEAL MAGEE AND [NAMES REDACTED] (N. CLAIBORNE AVENUE BRIDGE)

The following is a draft transcription of a March 15, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") [NAMES REDACTED] and James O'Neal Magee (hereinafter "JM"), residents of the Lower 9th Ward who did not evacuate for Hurricane Katrina and ended up on the N. Claiborne Avenue Bridge after the flooding began on August 29, 2005:

[TEXT REDACTED]

JM: Yeah, hello?

RG: Hello?

JM: Yeah?

RG: Is this Mister James O'Neal Magee?

JM: Right on.

RG: Hi. How are you doing, sir?

JM: All righty.

RG: Um. My name's Robert Garcia.

JM: Uh-huh.

RG: And, uh, I don't know, um, if you were listening to both your wife and your daughter, uh, but, uh, what we're trying to do is- is, uh, we're investigating the levee breaches over there in the 9th Ward.

JM: Mm-hm.

RG: And that y'all's name had come up and, um, and so we're just trying to get in touch with everybody that- that may have been in the area during the- during the hurricane that may have actually seen something or heard something, um, that- that happened. And now, what do- what do you remember from that night? Or day? I'm sorry.