

# Centanni Investigative Agency

ATTORNEY W(
PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Cent

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail:plwayne@centanni.net ♦ Website: www.cer

August 22, 2007

    RE:    Lafarge North America – Barge ING 4727
            CIA File: 10838
            Client Reference: 99675/28821

## TRANSCRIPTION OF JUNE 26, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *JOHN MCFADDEN*

The following is a **draft** transcription of a June 26, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **John McFadden** (hereinafter "JM"), a resident of the 9th Ward who did not evacuate during Hurricane Katrina:

DW:    Hello?

RG:    Hi, is Dedra Woods in?

DW:    Yes.

RG:    Hi, Miss Woods, this is Robert Garcia.

DW:    Uh-huh.

RG: I had spoken with you a while back regarding, uh, the hurricane and the- and the levees breaking over there in the 9th Ward.

DW: Yeah. Yeah.

RG: And I was trying to get in touch with John McFadden, your uncle.

DW: Yeah, he's right here. Hold on.

RG: Oh, okay. Thank you.

DW: Hold on. *(to JM in background) John! Telephone. This is that man I was telling you about, Robert, with the hurricane- the barge running into the levee.*

JM: Hello?

RG: Hi, is this John McFadden?