

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

January 4, 2007

> RE: Lafarge North America – Barge ING 4727
> CIA File: 10838
> Client Reference: 99675/28821

## TRANSCRIPTION OF JUNE 2, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *ROBERT GREEN*

The following is a **draft** transcription of a June 2, 2006 recorded telephone conversation between Investigator DV of Centanni Investigative Agency (hereinafter "DV") and **Robert Green** (hereinafter "RG"), a resident of the 9th Ward who did not evacuate during Hurricane Katrina:

RG:   Hello?

DV:   Robert Green?

RG:   How are you doing?

DV:   Good. How about yourself?

RG:   All right. I'm doing okay. This is Chad, uh, Chad?

DV:   I'm sorry?

RG:   Is this Chad?

DV:   No, this is Danny. I was calling for- Is it- Am I speaking with Robert?

RG:   Uh, yeah. This is who?

DV: My name's Danny Vara. I was calling for Robert Green.

RG: Okay. This is Robert Green. (*unintelligible*)

DV: Hey Robert. Hey, uh, we, uh, are investigating some of the breaches that occurred in the 9th Ward.

RG: Okay. Can you do me a favor?

DV: Yes.

RG: I'm in the middle of doing some work. Can you give me your name and I'll call you back in about (*unintelligible*)?

DV: Absolutely.

RG: Okay. What is your name?

DV: My name's Danny.

RG: Danny.

DV: Vara. V as in victory, A-R-A.

RG: Danny.

DV: Vara. V as in victory.

RG: V.

DV: A-R-A.

RG: A-R-A. What's your phone number?

DV: Uh, seven three three six nine one four.

RG: I didn't hear you, uh.

DV: Seven three three.

RG: Uh-huh.

DV: Six nine one four.

RG: Okay. Who are you with?

DV: I'm with, uh, Centanni Investigative Agency.

RG: Uh, man, all right, I couldn't hear you.

DV: Cent- Centanni Investigative Agency.

RG: Okay. I'll call you back.

DV: Okay.

RG: Thank you.

## END OF CALL

## END OF TAPE