

# Centanni Investigative Agency

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

June 5, 2006

>    RE:   Lafarge North America – Barge ING 4727
>    CIA File:  10838
>    Client Reference:  99675/28821

## TRANSCRIPTION OF RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT RONALD MCGILL

The following is a transcription of a June 5, 2006 recorded telephone conversation with **Ronald McGill** (hereinafter "RM"), a resident of the 9th Ward who did not evacuate for Hurricane Katrina, by Investigator RG of Centanni Investigative Agency:

RM:   Hello?

RG:   Hi, is Ronald McGill in?

RM:   You're speaking with Ronald now.

RG:   Hi, how are you doing Mr. McGill?

RM:   I'm all right.

RG:   My name is Robert Garcia . . . (background noise) . . . we're investigating the levee breaches over there in the Ninth Ward . . .

RM:   Yes

RG:   … and your name had come up as possibly either someone that resided in the Ninth Ward and stayed during the time of Hurricane Katrina.

RM:   I stood … I stood by.

RG: Okay ... we're trying to talk to witnesses that may have seen or heard something in the Ninth Ward area ... trying to figure out exactly ...

RM: You're speaking with me now ... you're speaking with Ronald now....

RG: Oh, okay ... can you tell me what happened ... ya know, like, kinda before everything happened and during the hurricane. Did you ... did you see anything or hear anything?

RM: I heard it ... I heard it. I was speaking on the phone. I was talking on the phone when I heard it, and the person that I was speaking with ... talking with ... she heard and she asked me, "What was that?" and when I went look in the back of my house it just took a matter of seconds before the water...it was in the den already ... to come in the front and tear the house up.

RG: Okay ... about what time was this?

RM: I went 'bout 5:00 ... 5:00 in the morning. 5:00, 5:30 the house was full of water.

RG: And were you ... you were staying at 1638 Reynes?

RM: 1638 Reynes Street.

RG: And that's right ... [*interrupted by RM*]

RM: It just ... I had came over there a couple of weeks ago by Mr. Larry Weidemann – his office on Baronne Street – and, um [*unintelligible*] ... he gave me affidavit, ya know, a statement of what I heard.

RG: Okay, is this Larry Weidemann an attorney?

RM: Yes, he is.

RG: Okay, are you represented by an attorney ... in this?

RM: I have spoke with him.

RG: Okay, but did you . . . but I'm wondering if you're . . . if you're represented by an attorney. Have you signed any paperwork and stuff for him to represent you in a lawsuit or anything?

RM: Yes, I did.

RG: Okay, then I can't talk to you anymore, sir.

RM: Okay.

RG: Okay, thank you.

RM: All right.

RG: Bye-bye.