

# CHAFFE McCALL
L. L. P.

**DEREK A. WALKER**
Licensed in Louisiana,
Texas, and Colorado

Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail: walker@chaffe.com

February 28, 2008

**VIA HAND-DELIVERY**
Brian A. Gilbert, Esq.
Law Offices of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA 70113
Law Office of Brian A. Gilbert

Re:   *In re: Katrina Canal Breaches Consolidated Litigation*
      C.A. No. 05-4182 "K"(2). U.S. District Court, E. D. of La.
      BARGE Cases:
      | | |
      |---|---|
      | *Mumford v. Ingram* | C.A. No. 05-5724 |
      | *Boutte v. Lafarge* | C.A. No. 05-5531 |
      | *Lagarde v. Lafarge* | C.A. No. 06-5342 |
      | *Perry v. Ingram Barge* | C.A. No. 06-6299 |
      | *Benoit v. Lafarge* | C.A. No. 06-7516 |
      | *Parfait Family v. USA* | C.A. No. 07-3500 |
      | *Lafarge v. USA* | C.A. No. 07-5178 |

      Our Ref.: 099675/28821/DAW

Dear Brian:

Enclosed please find the following transcription of interviews with individuals, including seven (7) which have been redacted to delete portions of the interview with non-clients.

1. Terry Adams (4/20/06)
2. Nancy Conerly (7/25/06)
3. Ernest Edwards (12/19/05)
4. Ernest Edwards (2/9/06)
5. Robert L. Green, Sr. (11/23/05)
6. Robert L. Green, Sr. (6/2/06)
7. Antonio Guy (3/20/06)
8. Gloria Guy (3/21/06)

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 2425 West Loop South, Suite 200 • Houston, TX 77056 • Tel: (713) 621-7711 • Fax: (713) 621-4399
www.chaffe.com

1076641-1

February 28, 2008
Page 2

      9. Gloria Guy (3/20/06)
    10. Gregory Hood (12/6/05)
    11. Montrell Hymes (12/12/06)
    12. Michael Jackson (11/7/06)
    13. Calvin Jenkins (6/5/06)
    14. Beverly(n) Johnson (11/6/06)
    15. Keith Keasley (4/20/06)
    16. Stevens Keith (3/17/06)
    17. James Magee (3/15/06)
    18. John McFadden (6/26/06)
    19. Ronald McGill (6/5/06)
    20. Patrice Milton (1/26/06)
    21. Patricia Moses (2/17/06)
    22. Hilda Norflin (aka Hilda Tompkins) (12/2/05)
    23. Velma Pinkston (7/19/06)
    24. Michael Reed (12/7/05)
    25. Kenneth Robinson (11/14/06)
    26. Arcola Sutton (7/20/06)
    27. Frazier Tompkins (12/2/05)
    28. Christopher Weaver (10/31/05)
    29. Robin Wicker (2/6/06)

                                Sincerely,

                                CHAFFE McCALL, L.L.P.

                                *Derek A. Walker/em*
                                Derek A. Walker

DAW/em
Encls.

cc:     John D. Aldock – jaldock@goodwinprocter.com
        Mark S. Raffman – mraffman@goodwinprocter.com
        Daniel A. Webb - dwebb@swslaw.com

1076641-1