## TIMEPIECES COLLECTED

|    | TIME              | ADDRESS                                                                                  | DATE COLLECTED | MANUFACTURER |
|----|-------------------|------------------------------------------------------------------------------------------|----------------|--------------|
| 1  | 5:01              | 2619 Forstall St.                                                                        | 10/26/05       | Unknown      |
| 2  | 5:12              | 4801 Florida Ave.                                                                        | 10/26/05       | Commodore    |
| 3  | 5:15              | 1901 Forstall St.                                                                        | 10/21/05       | Unknown      |
| 4  | 5:23              | 1728 Deslonde St.                                                                        | 10/20/05       | Acu-rite     |
| 5  | 5:25              | 1807 - 1809 Forstall St.                                                                 | 10/21/05       | Unknown      |
| 6  | 5:35              | 1728 Deslonde St.                                                                        | 10/26/05       | Ingraham     |
| 7  | 5:55              | 2536 Tennessee St.                                                                       | 03/09/06       | Hamilton     |
| 8  | 6:21              | 5100 Block of N. Tonti St.                                                               | 10/20/05       | Unknown      |
| 9  | 6:22              | 2030 Deslonde St.                                                                        | 10/26/05       | Ingraham     |
| 10 | 6:27              | 2607 Andry St.                                                                           | 11/12/05       | Unknown      |
| 11 | 6:33              | 1730 Deslonde St.                                                                        | 10/20/05       | Unknown      |
| 12 | 6:35              | 2025 Forstall St.                                                                        | 10/21/05       | Unknown      |
| 13 | 6:37              | 2600 Forstall St.                                                                        | 10/29/05       | Unknown      |
| 14 | 6:40              | 2231 Deslonde St.                                                                        | 10/29/05       | Ingraham     |
| 15 | 6:49              | 2512 Choctaw                                                                             | 10/26/05       | Spartus      |
| 16 | 6:50              | 5007 N. Rocheblave St.                                                                   | 10/29/05       | Ingraham     |
| 17 | 6:53              | 1816 Forstall St.                                                                        | 11/11/05       | Unknown      |
| 18 | 6:59              | 1910 Egania St.                                                                          | 11/12/05       | Unknown      |
| 19 | 7:02              | 2601 Andry St.                                                                           | 11/12/05       | MSE          |
| 20 | 7:20              | 5019 N. Derbigny St.                                                                     | 11/11/05       | Unknown      |
| 21 | 7:22              | Intersection of Jourdan Ave (western side) and N. Roman St. (near barge grounding site) | 03/09/06       | Unknown      |
| 22 | 7:27              | 1615 Reynes St.                                                                          | 11/11/05       | Unknown      |
| 23 | 7:30              | 1616 Reynes St.                                                                          | 11/11/05       | Sunbeam      |
| 24 | 7:36              | 1722 Lizardi St.                                                                         | 11/11/05       | Acu-rite     |
| 25 | 7:39              | 1933 Egania St.                                                                          | 11/12/05       | Ingraham     |
| 26 | 8:01              | 2019 Forstall St.                                                                        | 11/12/05       | Ingraham     |
| 27 | 8:05              | 1815 Egania St.                                                                          | 11/12/05       | Unknown      |
| 28 | 8:17              | 2241 Deslonde St.                                                                        | 10/29/05       | Ingraham     |
| 29 | 8:25              | 1721 Lizardi St.                                                                         | 11/11/05       | Unknown      |
| 30 | 8:49              | 2404 Reynes St.                                                                          | 10/29/05       | Ingraham     |
| 31 | 9:02              | 2408 Forstall St.                                                                        | 10/29/05       | Ingraham     |
| 32 | 9:02              | Corner of Forstall and N. Prieur Sts.                                                    | 10/21/05       | Valletta     |
| 33 | 10:11 (date: "29")| 5005 N. Rocheblave St.                                                                   | 10/21/05       | Unknown      |
| 34 | 10:12             | 2241 Deslonde St.                                                                        | 10/29/05       | Kimbell      |
| 35 | 10:50             | 2216 Deslonde St.                                                                        | 10/29/05       | Ingraham     |
| 36 | 12:45             | 1901 Forstall St.                                                                        | 10/21/05       | Unknown      |

ATTORNEY WORK PRODUCT                                                                     CONFIDENTIAL

## TIMEPIECES COLLECTED

|    | TIME              | ADDRESS                                                                                   | DATE COLLECTED | MANUFACTURER |
|----|-------------------|-------------------------------------------------------------------------------------------|----------------|--------------|
| 1  | 5:01              | 2619 Forstall St.                                                                         | 10/26/05       | Unknown      |
| 2  | 5:12              | 4801 Florida Ave.                                                                         | 10/26/05       | Commodore    |
| 3  | 5:15              | 1901 Forstall St.                                                                         | 10/21/05       | Unknown      |
| 4  | 5:23              | 1728 Deslonde St.                                                                         | 10/20/05       | Acu-rite     |
| 5  | 5:25              | 1807 - 1809 Forstall St.                                                                  | 10/21/05       | Unknown      |
| 6  | 5:35              | 1728 Deslonde St.                                                                         | 10/26/05       | Ingraham     |
| 7  | 5:55              | 2536 Tennessee St.                                                                        | 03/09/06       | Hamilton     |
| 8  | 6:21              | 5100 Block of N. Tonti St.                                                                | 10/20/05       | Unknown      |
| 9  | 6:22              | 2030 Deslonde St.                                                                         | 10/26/05       | Ingraham     |
| 10 | 6:27              | 2607 Andry St.                                                                            | 11/12/05       | Unknown      |
| 11 | 6:33              | 1730 Deslonde St.                                                                         | 10/20/05       | Unknown      |
| 12 | 6:35              | 2025 Forstall St.                                                                         | 10/21/05       | Unknown      |
| 13 | 6:37              | 2600 Forstall St.                                                                         | 10/29/05       | Unknown      |
| 14 | 6:40              | 2231 Deslonde St.                                                                         | 10/29/05       | Ingraham     |
| 15 | 6:49              | 2512 Choctaw                                                                              | 10/26/05       | Spartus      |
| 16 | 6:50              | 5007 N. Rocheblave St.                                                                    | 10/29/05       | Ingraham     |
| 17 | 6:53              | 1816 Forstall St.                                                                         | 11/11/05       | Unknown      |
| 18 | 6:59              | 1910 Egania St.                                                                           | 11/12/05       | Unknown      |
| 19 | 7:02              | 2601 Andry St.                                                                            | 11/12/05       | MSE          |
| 20 | 7:20              | 5019 N. Derbigny St.                                                                      | 11/11/05       | Unknown      |
| 21 | 7:22              | Intersection of Jourdan Ave (western side) and N. Roman St. (near barge grounding site)  | 03/09/06       | Unknown      |
| 22 | 7:27              | 1615 Reynes St.                                                                           | 11/11/05       | Unknown      |
| 23 | 7:30              | 1616 Reynes St.                                                                           | 11/11/05       | Sunbeam      |
| 24 | 7:36              | 1722 Lizardi St.                                                                          | 11/11/05       | Acu-rite     |
| 25 | 7:39              | 1933 Egania St.                                                                           | 11/12/05       | Ingraham     |
| 26 | 8:01              | 2019 Forstall St.                                                                         | 11/12/05       | Ingraham     |
| 27 | 8:05              | 1815 Egania St.                                                                           | 11/12/05       | Unknown      |
| 28 | 8:17              | 2241 Deslonde St.                                                                         | 10/29/05       | Ingraham     |
| 29 | 8:25              | 1721 Lizardi St.                                                                          | 11/11/05       | Unknown      |
| 30 | 8:49              | 2404 Reynes St.                                                                           | 10/29/05       | Ingraham     |
| 31 | 9:02              | 2408 Forstall St.                                                                         | 10/29/05       | Ingraham     |
| 32 | 9:02              | Corner of Forstall and N. Prieur Sts.                                                     | 10/21/05       | Valletta     |
| 33 | 10:11 (date: "29")| 5005 N. Rocheblave St.                                                                    | 10/21/05       | Unknown      |
| 34 | 10:12             | 2241 Deslonde St.                                                                         | 10/29/05       | Kimbell      |
| 35 | 10:50             | 2216 Deslonde St.                                                                         | 10/29/05       | Ingraham     |
| 36 | 12:45             | 1901 Forstall St.                                                                         | 10/21/05       | Unknown      |