ATTORNEY WORK PRODUCT               TIMEPIECES RECOVERED                 CONFIDENTIAL

| | TIME | ADDRESS | LOCATION OF TIMEPIECE | DESCRIPTION OF LOCATION WHERE TIMEPIECE WAS FOUND | DESCRIPTION OF TIMEPIECE |
|---|---|---|---|---|---|
| 1 | 5:01 | 2619 Forstall St. | On wall of 2nd Floor | 2-story Structure (slab-on-grade) | Electric clock |
| 2 | 5:12 | 4801 Florida Ave. | On ground (face up) | 1-Story Elevated Building (near Southern Scrap and Pump Station No. 5) (raised approx. 3' - 3 1/2' from ground level) | Red Commodore battery-operated clock |
| 3 | 5:15 | 1901 Forstall St. | In yard (face up) | N/A (clock found in yard) | Decorative green battery-operated clock |
| 4 | 5:23 | 1728 Deslonde St. | On wall of 1st Floor | Raised 1-Story Residence (moved off its foundation) | Acu-rite battery-operated clock |
| 5 | 5:25 | 1807 - 1809 Forstall St. | In yard (face up / slightly upright in mud) | N/A (clock found in yard) | Decorative battery-operated clock (adorned with strawberries) |
| 6 | 5:35 | 1728 Deslonde St. | On wall of 1st Floor | Raised 1-Story Residence (moved off its foundation) | White Ingraham battery-operated clock |
| 7 | 5:55 | 2536 Tennessee St. | In street | N/A (clock found in street) | Wooden Hamilton winding clock |
| 8 | 6:21 | 5100 Block of N. Tonti St. | In yard (face up) | N/A (clock found in yard) | Wrought iron-style battery-operated clock |
| 9 | 6:22 | 2030 Deslonde St. | On wall of 1st Floor | 1-Story (slab-on-grade) | Gray Ingraham battery-operated clock |
| 10 | 6:27 | 2607 Andry St. | On wall of 2nd Floor | 2-Story Raised Residence (raised 2' - 3' from ground level) | Decorative battery-operated clock (adorned with sunflowers and ladybugs) |
| 11 | 6:31 | 5448 N. Galvez St. | On ground (face up) | 1-Story Residence (moved off its foundation) | Large grandfather clock (badly damaged) |
| 12 | 6:33 | 1730 Deslonde St. | In yard (face down) | N/A (clock found in yard) | Blue and white battery-operated clock |
| 13 | 6:35 | 2025 Forstall St. | On ground (in upright position / wedged between floor and baseboard) | 1-Story Raised Residence (moved off its foundation) | Black and cream colored battery-operated clock |
| 14 | 6:37 | 2600 Forstall St. | On wall of 1st Floor | 1-Story Raised Residence (moved off its foundation) | Black wrought iron-style battery-operated clock |
| 15 | 6:40 | 2231 Deslonde St. | On wall of 1st Floor | 1-Story Raised Residence (moved off its foundation) | Wooden Ingraham heirloom quartz battery-operated clock (with chime and pendulum) |
| 16 | 6:49 | 2512 Choctaw | On wall of 1st Floor | 1-Story Raised Residence (raised 2' - 3' from ground level) | Cream colored Spartus battery-operated clock |
| 17 | 6:50 | 5007 N. Rocheblave St. | On wall of 1st Floor | 1-Story Raised Residence (raised 2' - 3' from ground level) | Black Ingraham battery-operated clock |
| 18 | 6:53 | 1816 Forstall St. | On wall of 1st Floor | 1-Story Raised Residence (raised 2' - 3' from ground level) | Black battery-operated clock |
| 19 | 6:59 | 1910 Egania St. | On wall of 1st Floor | 1-Story Residence (slab-on-grade) | Black battery-operated quartz clock |
| 20 | 7:02 | 2601 Andry St. | On wall of 1st Floor | 1 or 2-Story Raised Structure (raised 1' - 2' from ground level) | Black battery-operated MSE clock |

ATTORNEY WORK PRODUCT                    TIMEPIECES RECOVERED                    CONFIDENTIAL

| | TIME | ADDRESS | LOCATION OF TIMEPIECE | DESCRIPTION OF LOCATION WHERE TIMEPIECE WAS FOUND | DESCRIPTION OF TIMEPIECE |
|---|---|---|---|---|---|
| 21 | 7:20 | 5019 N. Derbigny St. | On wall of 1st Floor | 1-Story Raised Residence (raised 2' - 3' from ground level) | Wrought iron-style battery-operated clock |
| 22 | 7:22 | Intersection of Jourdan Ave (western side) and N. Roman St. (near barge grounding site) | On ground | N/A (clock found on ground) | Battery-operated clock (adorned with a picture of Jesus) |
| 23 | 7:27 | 1615 Reynes St. | On wall of 1st Floor | 1-Story Raised Residence (moved off its foundation) | Blue electric/battery-operated clock (clock had batteries in it and was not plugged into an electrical outlet) |
| 24 | 7:30 | 1616 Reynes St. | On wall of 1st Floor | 1-Story Residence (slab-on-grade) | Gold colored Sunbeam battery-operated quartz clock |
| 25 | 7:36 | 1722 Lizardi St. | On wall of 1st Floor | 1-Story Raised Residence (raised 2' - 3' from ground level) | Wooden Acu-rite battery-operated clock |
| 26 | 7:39 | 1933 Egania St. | On wall of 1st Floor | 1-Story Raised Residence (raised 2' - 3' from ground level) | Black Ingraham battery-operated clock |
| 27 | 8:01 | 2019 Forstall St. | On wall of 1st Floor | 1-Story Raised Residence (raised 2' - 3' from ground level) | Gold and black colored Ingraham battery-operated quartz clock |
| 28 | 8:05 | 1815 Egania St. | On wall of 1st Floor | 1-Story Structure (slab-on-grade) | Wooden battery-operated clock |
| 29 | 8:17 | 2241 Deslonde St. | On wall on 2nd Floor | 2-Story Residence (slab-on-grade) | Silver Ingraham battery-operated quartz clock |
| 30 | 8:25 | 1721 Lizardi St. | On wall of 1st Floor | 1-Story Raised Residence (raised 2' - 3' from ground level) | Heirloom quartz battery-operated clock |
| 31 | 8:45 | 2607 Andry St. | On wall of 2nd Floor | 2-Story Raised Residence (raised 2' - 3' from ground level) | Large grandfather clock (with pendulum and chimes) |
| 32 | 8:49 | 2404 Reynes St. | On wall on 1st Floor | Raised Residence (raised 2' - 3' from ground level) | Wooden Ingraham battery-operated clock |
| 33 | 9:02 | 2408 Forstall St. | On wall of 1st Floor | 1-Story Raised Residence (raised 2' - 3' from ground level) | Green Ingraham battery-operated clock |
| 34 | 9:02 | Corner of Forstall and N. Prieur Sts. | In yard (face up inside a box) | N/A (clock found in yard) | Valletta wristwach (in case) |
| 35 | 10:11 (date: "29") | 5005 N. Rocheblave St. | On wall of 1st Floor | 1-Story Raised Residence (raised 2' - 3' from ground level) | Wristwatch (found hanging on wall of kitchen) |
| 36 | 10:12 | 2241 Deslonde St. | On wall on 2nd Floor | 2-Story Residence (slab-on-grade) | Kimbell battery-operated quartz clock |
| 37 | 10:50 | 2216 Deslonde St. | On wall of 1st Floor | 1-Story Residence (moved off its foundation and onto a street) | Silver Ingraham battery-operated clock with luminous blue facing |
| 38 | 12:45 | 1901 Forstall St. | In yard (face up) | N/A (clock found in yard) | Metal battery-operated clock (no batteries present when found) |