## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                NO. 05-4182

PERTAINS TO INSURANCE                           SECTION "K"(2)

## JOINT MOTION TO SUBMIT PROPOSED ORDER ON MOTION PRACTICE

NOW COMES, by undersigned counsel, State Farm Fire & Casualty Company, State

Farm General Insurance Company and any improperly identified variant of the State Farm

entities (hereinafter "State Farm") and Hartford Accident and Indemnity Company, Hartford

Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company

of the Midwest, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance

Company and any improperly identified variant of the Hartford entities (hereinafter "Hartford"),

defendants, and by Plaintiffs' Insurance Liaison Counsel, plaintiffs in the referenced cases

herein, who respectfully represent as follows:

## I.

On February 15, 2008, this court entered a Minute Entry (Rec. Doc. No. 11285)

regarding a global approach to Hurricane Katrina claims within the Insurance Umbrella that seek

recovery for water damage under the State Farm and Hartford Homeowners policies.  This court

Ordered that State Farm, Hartford and any other relevant insurer to identify all cases for which a

global Motion to Dismiss claims based on the applicability of the water damage exclusion would

be appropriate and to provide this list to plaintiffs counsel.  The court further ordered that the

plaintiffs' liaison counsel and counsel for State Farm and Hartford to jointly propose to the court

a proper method for disposing of these claims.

{N0067815}

**II.**

The plaintiffs liaison counsel and counsel for State Farm and Hartford have conferred and jointly submit a proposed Order that sets forth a method for addressing these water damages claims and, where applicable, accompanying claims to recover under the Louisiana Value Policy Law. (Exhibit "A").

The proposed list of cases to which such a motion would be applicable have been exchanged and are attached hereto as Exhibits "B" (State Farm) and "C" (Hartford).

**III.**

The parties, in connection with the filing of a global motion, shall categorize the cases based on the allegations in the respective complaints and shall brief to the court the remedies that the parties seek with regard to each category of cases.

**IV.**

The parties agree to not include any of the severed *Abadie* suits brought by Joseph Bruno against State Farm, nor the *Allen* purported class action filed by Joseph Bruno against State Farm, due to the fact that these claims are the subject of a pending Aggregate Settlement Agreement and are in the process of being resolved AND dismissed.

**V.**

Further, the parties have been unable at this time to agree on the inclusion of *Chehardy* (Case Nos. 06-1672, 06-7673 and 06-1674) in this process, but the parties agree it may be appropriate to revisit *Chehardy* at a later date and will jointly approach the court at the appropriate time on those issues.

Respectfully submitted:


/s/ David A. Strauss
DAVID A. STRAUSS, (T.A.) #24665
SARAH SHANNAHAN MONSOUR #30957
KING, KREBS &ERGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com;
smonsour@kingkrebs.com
*Attorneys for State Farm Fire & Casualty
Company, State Farm General Insurance Company
and any improperly identified variant of the State
Farm entities*


/s/ Joseph M. Bruno
JOSEPH M. BRUNO, #3604
THE LAW OFFICE OF JOSEPH M. BRUNO
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com
*Plaintiff Liaison Counsel*


/s/ Seth Andrew Schmeeckle
SETH ANDREW SCHMEECKLE, #27076
LUGENBUHL, WHEATON, PECK, RANKIN
  & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone:  (504) 568-1990
sschmeeckle@lawla.com
*Attorney for Hartford Accident and Indemnity
Company, Hartford Casualty Insurance Company,
Hartford Fire Insurance Company, Hartford
Insurance Company of the Midwest, Hartford
Insurance Company of the Southeast, Hartford
Underwriters Insurance Company and any
improperly identified variant of the Hartford entities*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7th, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ David A. Strauss
DAVID A. STRAUSS