**State Farm Cases Consolidated in *In Re: Katrina Canal Breaches Litigation***

1. 06-11198
2. 06-1386
3. 06-2919
4. 06-4155
5. 06-4703
6. 06-4952
7. 06-4954
8. 06-7307
9. 06-7487
10. 06-7585
11. 06-7922
12. 06-8451
13. 06-8452
14. 06-8602
15. 06-8942
16. 06-8952
17. 06-9077
18. 06-9151
19. 06-9152
20. 06-9874
21. 06-9990
22. 07-0245
23. 07-1561
24. 07-1562
25. 07-1563
26. 07-1564
27. 07-1565
28. 07-1566
29. 07-1567
30. 07-1568
31. 07-1569
32. 07-1570
33. 07-1571
34. 07-1572
35. 07-1573
36. 07-1574
37. 07-1575
38. 07-1576
39. 07-1577
40. 07-1578
41. 07-1579
42. 07-1580
43. 07-1581
44. 07-1582



EXHIBIT B

{N0067757}

| | |
|---|---|
| 45. | 07-1583 |
| 46. | 07-1584 |
| 47. | 07-1585 |
| 48. | 07-1586 |
| 49. | 07-1587 |
| 50. | 07-1588 |
| 51. | 07-1589 |
| 52. | 07-1590 |
| 53. | 07-1591 |
| 54. | 07-1592 |
| 55. | 07-1593 |
| 56. | 07-1594 |
| 57. | 07-1595 |
| 58. | 07-1596 |
| 59. | 07-1597 |
| 60. | 07-1598 |
| 61. | 07-1599 |
| 62. | 07-1600 |
| 63. | 07-1601 |
| 64. | 07-1602 |
| 65. | 07-1603 |
| 66. | 07-1604 |
| 67. | 07-1605 |
| 68. | 07-1606 |
| 69. | 07-1607 |
| 70. | 07-1608 |
| 71. | 07-1609 |
| 72. | 07-1782 |
| 73. | 07-1783 |
| 74. | 07-1784 |
| 75. | 07-1785 |
| 76. | 07-1787 |
| 77. | 07-1788 |
| 78. | 07-1789 |
| 79. | 07-1790 |
| 80. | 07-1791 |
| 81. | 07-1792 |
| 82. | 07-1793 |
| 83. | 07-1794 |
| 84. | 07-1795 |
| 85. | 07-1797 |
| 86. | 07-1798 |
| 87. | 07-1799 |
| 88. | 07-1800 |
| 89. | 07-1801 |
| 90. | 07-1803 |

| | |
|---|---|
| 91. | 07-1804 |
| 92. | 07-1805 |
| 93. | 07-1806 |
| 94. | 07-1807 |
| 95. | 07-1808 |
| 96. | 07-1809 |
| 97. | 07-1810 |
| 98. | 07-1811 |
| 99. | 07-1812 |
| 100. | 07-1813 |
| 101. | 07-1814 |
| 102. | 07-1815 |
| 103. | 07-1816 |
| 104. | 07-1817 |
| 105. | 07-1818 |
| 106. | 07-1819 |
| 107. | 07-1823 |
| 108. | 07-1858 |
| 109. | 07-1859 |
| 110. | 07-1860 |
| 111. | 07-1861 |
| 112. | 07-1862 |
| 113. | 07-1863 |
| 114. | 07-1864 |
| 115. | 07-1865 |
| 116. | 07-1866 |
| 117. | 07-1867 |
| 118. | 07-1868 |
| 119. | 07-1869 |
| 120. | 07-1870 |
| 121. | 07-1871 |
| 122. | 07-1872 |
| 123. | 07-1873 |
| 124. | 07-1874 |
| 125. | 07-1875 |
| 126. | 07-1876 |
| 127. | 07-1877 |
| 128. | 07-1878 |
| 129. | 07-1879 |
| 130. | 07-1880 |
| 131. | 07-1881 |
| 132. | 07-1882 |
| 133. | 07-1883 |
| 134. | 07-1884 |
| 135. | 07-1885 |
| 136. | 07-1886 |

| | |
|---|---|
| 137. | 07-1887 |
| 138. | 07-1888 |
| 139. | 07-1889 |
| 140. | 07-1890 |
| 141. | 07-1891 |
| 142. | 07-1892 |
| 143. | 07-1894 |
| 144. | 07-1895 |
| 145. | 07-1896 |
| 146. | 07-1897 |
| 147. | 07-1898 |
| 148. | 07-1899 |
| 149. | 07-1900 |
| 150. | 07-1901 |
| 151. | 07-1902 |
| 152. | 07-1903 |
| 153. | 07-1904 |
| 154. | 07-1906 |
| 155. | 07-1907 |
| 156. | 07-1908 |
| 157. | 07-1909 |
| 158. | 07-1911 |
| 159. | 07-1912 |
| 160. | 07-1913 |
| 161. | 07-1914 |
| 162. | 07-1915 |
| 163. | 07-1916 |
| 164. | 07-1917 |
| 165. | 07-1918 |
| 166. | 07-1919 |
| 167. | 07-1920 |
| 168. | 07-1921 |
| 169. | 07-1943 |
| 170. | 07-1944 |
| 171. | 07-1945 |
| 172. | 07-1946 |
| 173. | 07-1947 |
| 174. | 07-1948 |
| 175. | 07-1949 |
| 176. | 07-1951 |
| 177. | 07-1952 |
| 178. | 07-1953 |
| 179. | 07-1954 |
| 180. | 07-1955 |
| 181. | 07-1956 |
| 182. | 07-1958 |

| | |
|---|---|
| 183. | 07-1959 |
| 184. | 07-1960 |
| 185. | 07-1961 |
| 186. | 07-1962 |
| 187. | 07-1963 |
| 188. | 07-1964 |
| 189. | 07-1965 |
| 190. | 07-1966 |
| 191. | 07-1967 |
| 192. | 07-1968 |
| 193. | 07-1969 |
| 194. | 07-1970 |
| 195. | 07-1971 |
| 196. | 07-1972 |
| 197. | 07-1973 |
| 198. | 07-1974 |
| 199. | 07-1975 |
| 200. | 07-1976 |
| 201. | 07-1977 |
| 202. | 07-1978 |
| 203. | 07-1979 |
| 204. | 07-1980 |
| 205. | 07-1981 |
| 206. | 07-1982 |
| 207. | 07-1983 |
| 208. | 07-1984 |
| 209. | 07-1985 |
| 210. | 07-1986 |
| 211. | 07-1987 |
| 212. | 07-1988 |
| 213. | 07-2018 |
| 214. | 07-2020 |
| 215. | 07-2021 |
| 216. | 07-2022 |
| 217. | 07-2023 |
| 218. | 07-2025 |
| 219. | 07-2026 |
| 220. | 07-2027 |
| 221. | 07-2028 |
| 222. | 07-2029 |
| 223. | 07-2030 |
| 224. | 07-2031 |
| 225. | 07-2032 |
| 226. | 07-2033 |
| 227. | 07-2034 |
| 228. | 07-2035 |

| | |
|---|---|
| 229. | 07-2036 |
| 230. | 07-2037 |
| 231. | 07-2038 |
| 232. | 07-2039 |
| 233. | 07-2040 |
| 234. | 07-2041 |
| 235. | 07-2042 |
| 236. | 07-2043 |
| 237. | 07-2044 |
| 238. | 07-2045 |
| 239. | 07-2046 |
| 240. | 07-2047 |
| 241. | 07-2048 |
| 242. | 07-2049 |
| 243. | 07-2050 |
| 244. | 07-2051 |
| 245. | 07-2052 |
| 246. | 07-2053 |
| 247. | 07-2054 |
| 248. | 07-2055 |
| 249. | 07-2056 |
| 250. | 07-2057 |
| 251. | 07-2058 |
| 252. | 07-2059 |
| 253. | 07-2060 |
| 254. | 07-2157 |
| 255. | 07-2158 |
| 256. | 07-2159 |
| 257. | 07-2160 |
| 258. | 07-2161 |
| 259. | 07-2162 |
| 260. | 07-2163 |
| 261. | 07-2164 |
| 262. | 07-2165 |
| 263. | 07-2166 |
| 264. | 07-2167 |
| 265. | 07-2168 |
| 266. | 07-2169 |
| 267. | 07-2170 |
| 268. | 07-2171 |
| 269. | 07-2172 |
| 270. | 07-2173 |
| 271. | 07-2174 |
| 272. | 07-2175 |
| 273. | 07-2176 |
| 274. | 07-2177 |

| | |
|---|---|
| 275. | 07-2178 |
| 276. | 07-2179 |
| 277. | 07-2180 |
| 278. | 07-2181 |
| 279. | 07-2183 |
| 280. | 07-2184 |
| 281. | 07-2185 |
| 282. | 07-2186 |
| 283. | 07-2187 |
| 284. | 07-2188 |
| 285. | 07-2189 |
| 286. | 07-2190 |
| 287. | 07-2191 |
| 288. | 07-2192 |
| 289. | 07-2193 |
| 290. | 07-2194 |
| 291. | 07-2195 |
| 292. | 07-2196 |
| 293. | 07-2197 |
| 294. | 07-2198 |
| 295. | 07-2232 |
| 296. | 07-2233 |
| 297. | 07-2234 |
| 298. | 07-2236 |
| 299. | 07-2238 |
| 300. | 07-2239 |
| 301. | 07-2240 |
| 302. | 07-2241 |
| 303. | 07-2660 |
| 304. | 07-2661 |
| 305. | 07-2662 |
| 306. | 07-2663 |
| 307. | 07-2664 |
| 308. | 07-2665 |
| 309. | 07-4393 |
| 310. | 07-4395 |
| 311. | 07-4396 |
| 312. | 07-4457 |
| 313. | 07-4459 |
| 314. | 07-4538 |
| 315. | 07-4784 |
| 316. | 07-4852 |
| 317. | 07-4853 |
| 318. | 07-5069 |
| 319. | 07-5204 |
| 320. | 07-5206 |

| | |
|---|---|
| 321. | 07-5208 |
| 322. | 07-5528 |
| 323. | 07-6247 |
| 324. | 07-6488 |
| 325. | 07-6737 |
| 326. | 07-8621 |
| 327. | 07-8622 |
| 328. | 07-8623 |
| 329. | 07-8820 |
| 330. | 07-8945 |
| 331. | 07-9768 |
| 332. | 08-1164 |
| 333. | 08-1165 |
| 334. | 08-1166 |