## Hartford Cases Consolidated in *In Re: Katrina Canal Breaches Litigation*

1. 06-4746
2. 07-4852
3. 07-5112
4. 07-5199
5. 07-5205
6. 07-5208
7. 07-4538



EXHIBIT C

{N0067750}                    1