UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO INSURANCE | SECTION "K"(2) |

## ORDER

Considering the foregoing Joint Motion to Submit Proposed Order on Motion Practice:

IT IS HEREBY ORDERED that said motion is granted and the Court shall consider the proposed Order submitted.

New Orleans, Louisiana this _____ day of _____, 2008.

                                                    JUDGE STANWOOD R. DUVAL, JR.