## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE

JUDGE DUVAL

MAG. WILKINSON

## JOINT MOTION TO AMEND CMO NO. 4

For the reasons set forth more fully in the accompanying memorandum, the plaintiffs and

defendants in Levee hereby respectfully move the Court to amend CMO No. 4 in order to

provide for new deadline dates therein, consistent with the new deadline dates in MRGO and

BARGE, all as is set forth by the Court in its February 27, 2008 Order (Doc. 11449).

Dated:  March 7, 2008

Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

887010v.1

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT


s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS


s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
    MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT and
BOARD OF COMMISSIONERS FOR THE
LAKE BORGNE BASIN LEVEE DISTRICT

887010v.1

s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Robin D. Smith
Trial Attorney
Richard R. Stone, Sr.
Senior Trial Counsel
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE:  (202) 616-4289
FACSIMILE:  (202) 616-5200
Attorneys for the UNITED STATES OF
AMERICA

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
          & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE:  (504) 568-1990
FACSIMILE:  (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY


Approved Plaintiffs' Liaison Counsel

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS' LIAISON COUNSEL
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

887010v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2008, a copy of the above and foregoing **Joint Motion to Amend CMO No. 4** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com

887010v.1