- 1 -

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL |
| | MAG. WILKINSON |

### MEMORANDUM IN SUPPORT OF JOINT MOTION TO AMEND CMO NO. 4

MAY IT PLEASE THE COURT:

For the reasons further discussed below, the plaintiffs and defendants in Levee respectfully request that this Honorable Court amend CMO No. 4 in order to provide for new deadline dates therein, consistent with the new deadline dates in MRGO and BARGE, all as is set forth by the Court in its February 27, 2008 Order (Doc. 11449).

887010v.1

The aforementioned Order issued by this Honorable Court sets forth various proposed new deadline dates which will supersede those deadlines which have not expired in MRGO and BARGE as contained in CMO Nos. 4 and 5. The parties to the instant Motion respectfully suggest that in the interest of judicial economy and efficiency, similar new deadline dates, consistent with the proposed new deadline dates set forth by the Court for MRGO and BARGE, should likewise be established in connection with the Levee case category.

As such, the Levee plaintiffs and defendants propose that CMO No. 4 be amended to provide for the following new deadline dates in Levee:

| Date | Deadline |
|---|---|
| March 23, 2008 | Preliminary Witness and Exhibit Lists shall be filed for all parties in LEVEE. |
| August 1, 2008 | Plaintiffs' Merit Expert Reports shall be due in LEVEE. |
| Sept. 15, 2008 | Defendants' Merit Expert Reports shall be due in LEVEE. |
| Oct. 15, 2008 | Final Witness and Exhibit Lists shall be filed for all parties in LEVEE. |
| Oct. 31, 2008 | Merit discovery shall be completed in LEVEE. |
| Nov. 14, 2008 | All substantive and *Daubert* motions shall be filed for all parties in LEVEE. |
| Dec. 1, 2008 | All oppositions to substantive and *Daubert* motions shall be filed in LEVEE. |
| Dec. 8, 2008 | All reply briefs to substantive and *Daubert* motions shall be filed in LEVEE. |
| Dec. 17, 2008 | Hearing on all substantive and *Daubert* motions at 10:00 a.m. in LEVEE; use this date for noticing such motions. |
| Dec. 19, 2008 | Joint Proposed Trial Plan for LEVEE to be filed. |

Date TBD[1]        Class Certification Hearing in LEVEE to commence.

Date TBD          Pre-Trial Order for trial of LEVEE shall be filed.

Date TBD          Pre-Trial Conference in LEVEE

Date TBD          Trial to commence in LEVEE

Therefore, for the reasons set forth above, the Levee plaintiffs and defendants respectfully request that this Honorable Court grant the Joint Motion to Amend CMO No. 4 in order to provide for new deadline dates therein, consistent with the new deadline dates in MRGO and BARGE, all as is set forth by the Court in its February 27, 2008 Order (Doc. 11449).

Dated: March 7, 2008                    Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

---

[1] Date to be determined.

3

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER BOARD OF NEW ORLEANS


s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
   MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT and BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT


s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Robin D. Smith
Trial Attorney
Richard R. Stone, Sr.
Senior Trial Counsel
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF AMERICA

887010v.1

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
  & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

Approved Plaintiffs' Liaison Counsel

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS' LIAISON COUNSEL
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2008, a copy of the above and foregoing **Memorandum in Support of Joint Motion to Amend CMO No. 4** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
  HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com

887010v.1