- 1 -

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL<br>MAG. WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, in the event that the Court denies their simultaneously filed Motion for Expedited Hearing, the plaintiffs and defendants in Levee will bring their Joint Motion to Amend CMO No. 4 before the Honorable Stanwood R. Duval, Jr. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 2nd day of April, 2008 at 9:30 a.m.

Dated: March 7, 2008                                    Respectfully submitted,


                                                        s/ Thomas P. Anzelmo
                                                        McCRANIE, SISTRUNK, ANZELMO,
                                                            HARDY, MAXWELL & McDANIEL
                                                        Thomas P. Anzelmo, P.A. - #2533
                                                        Mark E. Hanna - #19336
                                                        Kyle P. Kirsch - #26363
                                                        Andre J. Lagarde - #28649
                                                        3445 N. Causeway Boulevard, Ste. 800
                                                        Metairie, Louisiana 70002
                                                        TELEPHONE: (504) 831-0946
                                                        FACSIMILE: (504) 831-2492

                                                        and

                                                        LABORDE & NEUNER
                                                        Ben L. Mayeaux - #19042
                                                        James L. Pate - # 10333
                                                        Gregory A. Koury - #26364
                                                        One Petroleum Center, Suite 200
                                                        1001 West Pinhook Road
                                                        Lafayette, Louisiana 70503
                                                        TELEPHONE: (337) 237-7000
                                                        FACSIMILE: (337) 233-9450
                                                        Attorneys for the ORLEANS LEVEE
                                                        DISTRICT


                                                        s/ Charles M. Lanier, Jr.
                                                        CHRISTOVICH & KEARNEY, LLP
                                                        Charles M. Lanier, Jr. - #18299
                                                        J. Warren Gardner, Jr. - #5928
                                                        Elizabeth Cordes - #1786
                                                        Pan American Life Center
                                                        601 Poydras Street, Suite 2300
                                                        New Orleans, LA 70130-6078
                                                        TELEPHONE: (504) 593-4272
                                                        FACSIMILE: (504) 561-5743
                                                        Attorneys for the SEWERAGE AND WATER
                                                        BOARD OF NEW ORLEANS

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
  MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT and
BOARD OF COMMISSIONERS FOR THE
LAKE BORGNE BASIN LEVEE DISTRICT


s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Robin D. Smith
Trial Attorney
Richard R. Stone, Sr.
Senior Trial Counsel
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF
AMERICA


s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
  & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

887010v.1

        Approved Plaintiffs' Liaison Counsel

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS' LIAISON COUNSEL
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2008, a copy of the above and foregoing **Notice of Hearing** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com