**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL |
| | MAG. WILKINSON |

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Expedited Hearing on Joint Motion to Amend CMO No. 4;

**IT IS ORDERED** that the Motion is hereby GRANTED and that the Joint Motion to Amend CMO No. 4 shall be heard on March _____, 2008, at _____. Any opposition thereto shall be due February _____, 2008, at _____.

NEW ORLEANS, LOUISIANA, this _____ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE
