UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO:   INSURANCE § <br> *Kiefer, et al. v. Allstate, et al.*   06-5370 § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed only as to plaintiff John Fontenot and his claims against his insurer and defendant Louisiana Citizens, as to all demands, all parties to bear their own costs, but only to the claims asserted in the above entitled and numbered cause, and no other.

New Orleans, Louisiana, this __7th__ day of __March__, 2008.

_____
JUDGE