## "EXHIBIT "A""

Please produce, pursuant to Federal Rule 30(b)(6), the person(s) most knowledgeable of the following areas:

1. All policies of insurance in full force and effect, related to the TERC, Task Order No. 26, during all times relevant to this litigation.

2. All policies of insurance which you believe would provide insurance coverage for the claims made against you in this litigation.

3. The relationship between Morrison Knudson and Washington Group International, Inc. ("WGII") including, but not limited to, the dates during which or on which there was any relationship.

4. The organizational structure and management hierarchy of Washington Group International, Inc. ("WGII") and/or its predecessor Morrison Knudson during all times pertinent to this litigation, as it relates to that division, department or other internal organization responsible for bidding, negotiating, writing, executing, implementing, and performing the TERC Task Order No. 26.

5. The contract award process, including but not limited to, knowledge or notice of an opportunity to perform work for the United States Army Corps of Engineers which said work was ultimately embodied in TERC, as it relates to Task Order No. 26, the bidding process, negotiation process, and or the methods by which WGII was awarded the contract which resulted in its opportunity to perform the work described by TERC, as it relates to Task Order No. 26, including dates and time lines for the TERC, as it relates to Task Order No. 26.

6. The past and present obligations of WGII regarding the TERC, and its relationship to Task Order No. 26.

7. All submissions prepared by WGII and/or Morrison Knudsen Corporation indicating its, their interest in, and/or efforts to obtain the contract known as TERC, Task Order No. 26.

8. All specifications/ or design parameter documents provided by the US Corps of Engineers or any of its subcontractors to WGII and/or Morrison Knudsen Corporation to prepare and develop the bid and work plans relative to the TERC, as it relates to Task Order No. 26.

9. All specifications and/or design parameter documents utilized by WGII and/or Morrison Knudsen Corporation to prepare and develop the bid and work plans for the TERC, as it relates to Task Order No. 26.

10. Any and all documents, memoranda or other communications that indicate or support the contention that the contract governing the TERC, Task Order No. 26 was a design specifications contract, i.e., that the contract states explicitly how the contract is to be performed and permits no deviation.

11. All project documents, including, but not limited to, plans, specifications, surveys, modifications, design memoranda, investigations, engineering investigations, Environmental Impact Statements (EIS), Supplemental Environmental Impact Statements (SEIS), High Level Plans, studies, proposals, work orders, change orders, Request For Payments, etc., for the East Bank Industrial Area ("EBIA") TERC that regard or concern the East Bank Industrial Canal Area from 1999 till present.

12. All changes and/or modifications, including, but not limited to "MOD"s, to the original proposed TERC, as it relates to Task Order No. 26, from 1999 till present.

13. Any failure to comply with the TERC, Task Order No. 26 contractual specifications.

14. All Hydrology and Hydraulics Analysis Design Memoranda for the Mississippi River Gulf Outlet ("MRGO")/Gulf Intercoastal Waterway ("GIWW") and Industrial Canal relied upon by WGII and/or Morrison Knudsen Corporation from 1999 till the present to develop the work plans relative to the TERC, Task Order No. 26.

15. All permits from any governmental body obtained by anyone for the purpose of performing work on TERC, as it relates to Task Order No. 26.

16. All applications and documentation submitted in support or response to the permit applications to any governmental body for the purpose of performing work on TERC, as it relates to Task Order No. 26.

17. All communication, agreements, and/or requests for permits with the Orleans Levee District and/or the Port of New Orleans regarding any and all work performed on the East Bank Industrial Canal Area from 1999 till present.

18. Any governmental oversight of the conduct of WGII in performing TERC, Task Order No. 26, from 1999 till present.

19. The scope of governmental control over the actions of WGII in performing TERC, Task Order No. 26, from 1999 till present, including, but not limited to, the exercise of its supervisory judgment as to the particularities of the project, and the supervision and control of the implementation of the specifications TERC, Task Order No. 26.

20. All documents, correspondence, plans, specifications, surveys, modifications, design memoranda, investigations, engineering investigations, Environmental Impact Statements (EIS), Supplemental Environmental Impact Statements (SEIS), studies, proposals, etc. relative to the **remediation of property lining the East Bank Industrial Canal Area.**

This area of inquiry will include, but not be limited to the following topics:

    A.    Construction aspects within the critical area of USA Corps of Engineers flood control projects;
    B.    Excavation Requirements;
    C.    Excavation stability;
    D.    Backfill materials and compaction requirements;
    E.    The use and locations of borrow areas.

21. All documents, correspondence, plans, specifications, surveys, modifications, design memoranda, investigations, engineering investigations, Environmental Impact Statements (EIS), Supplemental Environmental Impact Statements (SEIS), studies, proposals, etc. relative to any and all assessments and/or input performed by WGII concerning the **design, construction, maintenance or inspection of the levees/floodwalls along the East Bank Industrial Canal Area.**

22. All documents, correspondence, plans, specifications, surveys, modifications, design memoranda, investigations, engineering investigations, Environmental Impact Statements (EIS), Supplemental Environmental Impact Statements (SEIS), studies, proposals, etc. relative to any and all **assessments performed prior to Hurricane Katrina related to the design, construction, maintenance, monitoring, inspection or otherwise, of the levees/floodwalls along the East Bank Industrial Canal Area and the potential impact on the flood control project between Sure Kote Road and Jordan Avenue, Florida Avenue and N. Claiborne Ave.**

23. All documents, correspondence, plans, specifications, surveys, modifications, design memoranda, investigations, engineering investigations, Environmental Impact Statements (EIS), Supplemental Environmental Impact Statements (SEIS), studies, proposals, etc., **relative to any and all emergency preparedness coordination between the Orleans Levee District and any other federal, state, parish and local governmental agencies concerning the East Bank Industrial Canal Area.**

24. All complaints, indications, observations, work reports, dispersal/assignment of crews, referrals to WGII, etc., relative to the area adjacent to the East Bank Industrial Canal Area concerning levee/floodwall leaks, flooded yards, sand boils, water pooling in nearby residential yards, water running in trenches, etc. from 1990 till present.

25. All permits, applications for permits, documents, correspondence, plans, specifications, surveys, modifications, design memoranda, investigations, engineering investigations, Environmental Impact Statements (EIS), Supplemental Environmental Impact Statements (SEIS), studies, proposals, etc., **relative to the dredging of the Industrial Canal Area from 1999 till present.**

26. All documents, applications and their supporting documentations, correspondence, plans, specifications, surveys, modifications, design memoranda, investigations, engineering investigations, Environmental Impact Statements (EIS), Supplemental Environmental Impact Statements (SEIS), studies, proposals, work orders, change orders, Request For Payments, etc., **relative to all phases of pulling of piles and sheet piles along the East Bank Industrial Canal Area from 1999 till present.**

27. All permits obtained by you from the U.S. Corps of Engineers and the Orleans levee District concerning the East Bank Industrial Canal Area from 1999 till present.

28. All documents, correspondence, plans, specifications, surveys, modifications, design memoranda, investigations, engineering investigations, Environmental Impact Statements (EIS), Supplemental Environmental Impact Statements (SEIS), studies, proposals, contracts, work orders, change orders, Request For Payments, etc. **regarding a system of monitoring pore water (ground water) pressures and/or ground water flow surveys, adjacent to the East Bank Industrial Canal Area from 1999 till present.**

29. All correspondence, schedules, documents, receipts, work orders, change orders, request for payments, plans, surveys, investigations, engineering investigations, studies, proposals, etc., **relative to inspections made of the levees/floodwalls along the East Bank Industrial Canal Area from 1999 till present.**

30. The safety precautions and/or measures taken by WGII to prevent damage to, including but not limited to under seepage and/or full scale collapse of the East Bank Industrial Area flood protection system.

31. All plans, specifications, surveys and/or reports identifying the sheet pile depth of the East Bank Industrial Area flood protection system.

32. The effect of WGII's removal and disturbance of soil and underground structures from the East Bank Industrial Area on flood wall support, including, but not limited to, under seepage and any measures taken to offset this effect.

33. The identification of all equipment utilized to monitor ground level vibrations, the purpose for utilizing all such equipment, the placement of such equipment in relationship to the work performed and the adjacent flood control structure, the data captured or recorded by such equipment, and any communications between WGII and any other entity regarding the results of the vibratory recordation.

34. The effect of vibrations produced by WGII during construction activity in East Bank Industrial Area that may harm the integrity of the flood wall protection system, and any measures taken to offset this effect.

35. An identification and description of WGII's analysis of geologic cross sections of the areas adjacent to both the north and south breach sites of the East Bank Industrial Area.

36. An identification and description of the subsurface structures, pilings, barges, and storage tanks removed during excavations at the EBIA, the date of that structures removal, the location of these removed items, and the method of that items removal.

37. An identification and description of all subcontractors involved in the TERC, Task Order 26 that regard or concern the East Bank Industrial Canal Area, and the oversight by WGII thoughout their activities.

38. Any and all considerations or concerns that underseepage could cause lateral transitional failure at the "south" breach on the IHNC at the lower edge of the Lower Ninth Ward.

39. An identification and description of WGII and/or Morrison Knudsen Corporation analysis of any growth fault zones and/or silt dikes in the East Bank Industrial Area.

40. Any and all considerations or concerns that underseepage could cause lateral transitional failure and/or hydraulic uplift at the inboard toe at the "north" breach on the IHNC at the edge of the Lower Ninth Ward.

41. WGII's knowledge of the potential impact of underseepage on a flood control structure at the East bank Industrial Area of the Industrial Canal.

42. Fuel tank removal and disposal; and contractor quality control specifically as it relates to the removal of anything either partially or totally buried beneath the soil surface, water surface, or water bottom.

43. Government furnished information and/or any information you had about the existence, nature of and/or vulnerability of flood control works, including, but not limited to, the nature, description, location of any flood control work between Sure Kote Road and Jordan Avenue, Florida Avenue and N. Claiborne Ave including, but not limited to, height, width, and depth of all structures and/or components thereof which make up the flood control works in that area.

44. All specifications and/or requirements prepared by the United States Army Corps of Engineers for any work performed by WGII in connection with TERC Task Order 0026.

45. The project work plan(s), including, but not limited to, the identity of all of its authors including identification of their fields of expertise, names, and contact information.

46. The person most knowledgeable as indicated above about the existence, nature of, construction, component parts, height, width and depth of any flood control works between Sure Kote Road and Jordan Avenue, Florida Avenue and N. Claiborne Ave and any pipe or other things which traversed, abutted, or went through those flood control works.

47. Any and all considerations or concerns about the impact that at any work performed by WGII or any of its sub-contractors pursuant to TERC Task Order 0026 would have on any flood protection works between Sure Kote Road and Jordan Avenue, Florida Avenue and N. Claiborne Ave.

48. Your relationship with Materials Management Group and the identification of all work performed by that entity in connection with TERC Task Order 0026.

49. The identification of all sub-contractors who had contracted with WGII to perform any of the work pursuant to TERC Task Order 0026.

50. The borough pit at the Southern end of the work site, including, but not limited to, any consideration regarding the impact of such a pit on the flood control works between Sure Kote Road and Jordan Avenue, Florida Avenue and N. Claiborne Ave. and steps taken to prevent or limit such impact, as well as any communication by you to the Corps of Engineers regarding these issues.

51. All Global Positioning System (GPS) and Differential Global Positioning System (DGPS) surveys relative to excavations performed at the East Bank Industrial Area pursuant to TERC, Task Order 26

52. All geotechnical and environmental geophysical investigations that were employed to investigate the soils of the EBIA pursuant to TERC, Task Order 26.

53. Any and all changes or modifications to the IHNC project that involved greater bank remediation than as contemplated in the original work plan(s).

54. The bank remediation work, including, but not limited to, any consideration regarding the impact of such a work on the flood control works between Claiborne Avenue and Florida Avenue, and steps taken to prevent or limit such impact as well as any communication by you to the Corps of Engineers regarding these issues.

55. WGII's site safety conditions at the East Bank Industrial Area as they relate to the TERC, Task Order 26.

56. The Daily Quality Control measures undertaken by WGII as they relate to the TERC, Task Order 26.

57. Reports, plans, procedures, or other considerations related to the removal of any items partially or totally buried at the work site, including barge removal, pile and sheet pile removal, and any other sub-surface structures removed from the EBIA.

58. Bi-weekly progress reports as they relate to the removal of any items partially or totally buried at the EBIA.

59. Photographic reports, photographs, videos, etc. regarding the removal of any items partially or totally buried at the EBIA.

60. Project completion report(s), including, but not limited to, any considerations addressing the impact of the work performed pursuant to TERC, Task Order No. 26 may have had on the flood control structures located between Sure Kote Road and Jordan Avenue, Florida Avenue and Claiborne Avenue.

61. Your relationship with Coastal Environmental Specialist, Inc. including, but not limited to, any work performed by that entity pursuant to TERC, Task Order No. 26.

62. Underground water flow at the EBIA, including, but not limited to, its impact on the flood control works between Sure Kote Road and Jordan Avenue, Florida Avenue and Claiborne Avenue, and all communication regarding the issue with the Corps of Engineers.

63. Ground water potentiometric surface maps developed or utilized at the EBIA as it relates to the TERC, Task Order 26.

64. Site geology/top soil and sub-soil conditions, including, but not limited to, its impact on the flood control work and all communication regarding the issue with the Corps of Engineers as it relates to Task Order 26.

65. The existence of and any work performed on any piping or other structures which went through or under the flood wall between Sure Kote Road and Jordan Avenue, Florida Avenue and Claiborne Avenue including but not limited to, its impact on the flood control work and all communication regarding the issue with the Corps of Engineers.

66. Any and all considerations, documents, memoranda or other communications that indicate a self-critical analysis and/or other internal or external analysis of the possibility that action or inaction of WGII may have contributed to the flooding of 9th ward or some portion thereof and/or some part(s) of New Orleans generally.