## **EXHIBIT "B"**

1. Any and all documents relative to Paragraph 1 of Exhibit "A";

2. Any and all documents relative to Paragraph 2 of Exhibit "A";

3. Any and all documents relative to Paragraph 3 of Exhibit "A";

4. Any and all documents relative to Paragraph 4 of Exhibit "A";

5. Any and all documents relative to Paragraph 5 of Exhibit "A";

6. Any and all documents relative to Paragraph 6 of Exhibit "A";

7. Any and all documents relative to Paragraph 7 of Exhibit "A";

8. Any and all documents relative to Paragraph 8 of Exhibit "A";

9. Any and all documents relative to Paragraph 9 of Exhibit "A";

10. Any and all documents relative to Paragraph 10 of Exhibit "A";

11. Any and all documents relative to Paragraph 11 of Exhibit "A";

12. Any and all documents relative to Paragraph 12 of Exhibit "A";

13. Any and all documents relative to Paragraph 13 of Exhibit "A";

14. Any and all documents relative to Paragraph 14 of Exhibit "A";

15. Any and all documents relative to Paragraph 15 of Exhibit "A";

16. Any and all documents relative to Paragraph 16 of Exhibit "A";

17. Any and all documents relative to Paragraph 17 of Exhibit "A";

18. Any and all documents relative to Paragraph 18 of Exhibit "A";

19. Any and all documents relative to Paragraph 19 of Exhibit "A";

20. Any and all documents relative to Paragraph 20 of Exhibit "A";

21. Any and all documents relative to Paragraph 21 of Exhibit "A";

22. Any and all documents relative to Paragraph 22 of Exhibit "A";

23. Any and all documents relative to Paragraph 23 of Exhibit "A";

24. Any and all documents relative to Paragraph 24 of Exhibit "A";

25. Any and all documents relative to Paragraph 25 of Exhibit "A";

26. Any and all documents relative to Paragraph 26 of Exhibit "A";

27. Any and all documents relative to Paragraph 27 of Exhibit "A";

28. Any and all documents relative to Paragraph 28 of Exhibit "A";

29. Any and all documents relative to Paragraph 29 of Exhibit "A";

30. Any and all documents relative to Paragraph 30 of Exhibit "A";

31. Any and all documents relative to Paragraph 31 of Exhibit "A";

32. Any and all documents relative to Paragraph 32 of Exhibit "A";

33. Any and all documents relative to Paragraph 33 of Exhibit "A";

34. Any and all documents relative to Paragraph 34 of Exhibit "A";

35. Any and all documents relative to Paragraph 35 of Exhibit "A";

36. Any and all documents relative to Paragraph 36 of Exhibit "A";

37. Any and all documents relative to Paragraph 37 of Exhibit "A";

38. Any and all documents relative to Paragraph 38 of Exhibit "A";

39. Any and all documents relative to Paragraph 39 of Exhibit "A";

40. Any and all documents relative to Paragraph 40 of Exhibit "A";

41. Any and all documents relative to Paragraph 41 of Exhibit "A";

42. Any and all documents relative to Paragraph 42 of Exhibit "A";

43. Any and all documents relative to Paragraph 43 of Exhibit "A";

44. Any and all documents relative to Paragraph 44 of Exhibit "A";

45. Any and all documents relative to Paragraph 45 of Exhibit "A";

46. Any and all documents relative to Paragraph 46 of Exhibit "A";

47. Any and all documents relative to Paragraph 47 of Exhibit "A";

48. Any and all documents relative to Paragraph 48 of Exhibit "A";

49. Any and all documents relative to Paragraph 49 of Exhibit "A";

50. Any and all documents relative to Paragraph 50 of Exhibit "A";

51. Any and all documents relative to Paragraph 51 of Exhibit "A";

52. Any and all documents relative to Paragraph 52 of Exhibit "A";

53. Any and all documents relative to Paragraph 53 of Exhibit "A";

54. Any and all documents relative to Paragraph 54 of Exhibit "A";

55. Any and all documents relative to Paragraph 55 of Exhibit "A";

56. Any and all documents relative to Paragraph 56 of Exhibit "A";

57. Any and all documents relative to Paragraph 57 of Exhibit "A";

58. Any and all documents relative to Paragraph 58 of Exhibit "A";

59. Any and all documents relative to Paragraph 59 of Exhibit "A";

60. Any and all documents relative to Paragraph 60 of Exhibit "A";

61. Any and all documents relative to Paragraph 61 of Exhibit "A";

62. Any and all documents relative to Paragraph 62 of Exhibit "A";

63. Any and all documents relative to Paragraph 63 of Exhibit "A";

64. Any and all documents relative to Paragraph 64 of Exhibit "A";

65. Any and all documents relative to Paragraph 65 of Exhibit "A";

66. Any and all documents relative to Paragraph 66 of Exhibit "A";