# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

## COMPLIANCE WITH THE COURT'S ORDER OF MARCH 5, 2008

Pursuant to the March 5, 2008 Order (Rec. Doc. 11533) issued by Magistrate Wilkinson, Washington Group International, Inc. ("WGII") hereby files into the record a copy of the return of service reflecting its service of the aforementioned Order upon McElwee Bros. Inc. on March 5, 2008.

915615v.1

Dated: March 10, 2008  Respectfully submitted,

/s/ Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc., a division of URS
Corporation

Of counsel

Adrian Wager-Zito
Shannon M. Kasley
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:   (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Compliance with the Court's Order of March 5, 2008 has been served upon all counsel of record by electronic notice via the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 10th day of March, 2008.

/s/Heather S. Lonian