UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO | | |

### RETURN OF SERVICE

Service of the Order on Motion to Compel Compliance with Third Party Subpoena was made by private process server, Ron Powell, on March 5, 2008 at 3:30 p.m.

Service was made personally upon Mr. Melvin M.L. McElwee, Sr. and upon Mr. Melvin M.L. McElwee, Jr. as registered agent for McElwee Brothers, Inc. at 14154 Rev. Joseph White Road, Independence, Louisiana 70443.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on  3-5-08
       Date

Signature of Server  Ron Powell

Opus Legalis
201 St. Charles Avenue, Suite 114-320
New Orleans, Louisiana 70170

915249v.1