## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 * |
| PERTAINS TO:  MRGO, BARGE | * SECTION "K" (2) * * JUDGE DUVAL * * MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

Defendant Washington Group International, Inc. ("WGII") respectfully moves for entry of an Order withdrawing Shannon M. Kasley of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C.   20001-2113 as counsel of record for WGII in these proceedings.

**WHEREFORE**, undersigned counsel for Washington Group International, Inc. prays that Shannon M. Kasley be withdrawn as counsel of record in this proceeding.

Dated:  March 10, 2008                                    Respectfully submitted,


                                                          /s/ Heather S. Lonian
                                                          William D. Treeby, 12901
                                                          Carmelite M. Bertaut, 3054
                                                          Heather S. Lonian, 29956
                                                                  Of
                                                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                          546 Carondelet Street
                                                          New Orleans, Louisiana  70130
                                                          Telephone:  (504) 581-3200
                                                          Facsimile:   (504) 581-3361


                                                          Attorneys for Washington Group
                                                          International, Inc., a division of URS
                                                          Corporation

                                                          Of counsel

                                                          Adrian Wager-Zito
                                                          Shannon M. Kasley
                                                          Jones Day
                                                          51 Louisiana Avenue, N.W.
                                                          Washington, D.C. 20001-2113
                                                          Telephone:  (202) 879-3891
                                                          Facsimile:  (202) 626-1700


**CERTIFICATE OF SERVICE**

        I hereby certify that a copy of the above and foregoing Motion to Withdraw as

Counsel of Record has been served upon all counsel of record by electronic notice via the Court's

CM/ECF system or by placing same in the United States mail, postage prepaid and properly

addressed, this 10th day of March, 2008.

                                                          /s/Heather S. Lonian


- 2 -