UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering Washington Group International, Inc.'s Motion to Withdraw Counsel of Record;

**IT IS ORDERED** that Shannon M. Kasley of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113 be and hereby is withdrawn as counsel of record for Defendant Washington Group International, Inc. in these proceedings.

New Orleans, Louisiana, this ____ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

915613v.1