UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL AND DIANA TARDO, | CIVIL ACTION: 08-1162 |
| Plaintiff, | JUDGE: DUVAL |
| v. | SECTION K |
| METLIFE INSURANCE COMPANY, | MAGISTRATE: WILKINSON |
| Defendant. | |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes RUSSELL and DIANA TARDO, Plaintiffs herein, through their counsel of record, who agree that all claims of Plaintiffs in the above numbered and entitled cause of the original complaint, against METLIFE INSURANCE COMPANY, be dismissed, without prejudice.

Respectfully submitted,

*S/Stuart Barasch*

STUART BARASCH (20650)
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279
E-mail: sbarasch1@aol.com