UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL AND DIANA TARDO, | CIVIL ACTION: 08-1162 |
| Plaintiff, | JUDGE: DUVAL |
| v. | SECTION K |
| METLIFE INSURANCE COMPANY, | MAGISTRATE: WILKINSON |
| Defendant. | |

ORDER

CONSIDERING THE FOREGOING, Motion to Dismiss without prejudice;

IT IS ORDERED that the Petition and all claims of plaintiffs RUSSELL and DIANA TARDO, against METLIFE INSURANCE COMPANY, be, and are hereby DISMISSED, without prejudice.

New Orleans, Louisiana, this _____ day of March, 2008

UNITED SATES DISTRICT COURT