UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: | SECTION: "K" (2) |
| 07-4997 | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Plaintiffs counsel, James M. Garner, Darnell Bludworth, and R. Scott Hogan, move this Honorable Court to enroll Martha Y. Curtis ( La. Bar No. 20446) of the firm Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC, 909 Poydras Street, Suite 2800, New Orleans, LA 70112 as additional co-counsel of record for Plaintiffs in this suit.

        Respectfully submitted,

        <u>s/R. Scott Hogan</u>
        JAMES M. GARNER , #19589, T.A.
        DARNELL BLUDWORTH, # 18801
        R. SCOTT HOGAN, # 29911
        **SHER GARNER CAHILL RICHTER**
        **KLEIN & HILBERT, L.L.C.**
        909 Poydras Street, Suite 2800
        New Orleans, Louisiana 70112
        Telephone: (504) 299-2100
        Facsimile:  (504) 299-2300
        **COUNSEL FOR PLAINTIFF, IMPERIAL**
        **TRADING  CO., INC. ET AL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March <u>10th</u>, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to United's counsel of record.

        <u>s/R. Scott hogan</u>
        R. SCOTT HOGAN