UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**THIRD SUPPLEMENT TO JOINT EXHIBIT LIST IN SUPPORT OF PLAINTIFFS' AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION CONCERNING IMMUNITY UNDER 33 U.S.C. § 702(c)**

The parties hereby supplement the comprehensive Joint Exhibit List (R.D. 10432) used in support of both parties' respective motions for summary judgment/summary adjudication concerning immunity under 33 U.S.C. § 702(c). A complete copy of each exhibit on the full Joint Exhibit List (Exhibit A) or, if the exhibit is incomplete, the most complete version of the exhibit in the parties' possession, custody, or control, will be filed into the record as specified on the accompanying Notice of Manual Attachment.

| Exh. No. | Document | Date |
|---|---|---|
| 89 | Procedures for Implementing NEPA, United States Army Corps of Engineers (ER 200-2-2). | 4-Mar-88 |
| 90 | Planning Guidance Notebook, Appendix B, United States Army Corps of Engineers (ER 1105-2-100). | 22-Apr-00 |

1

Dated:  March 10, 2008                              Respectfully submitted,

**O'Donnell & Associates P.C.**


By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298


**United States Department of Justice**

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Counsel, Torts Branch

JOHN A. WOODCOCK
s/ John A. Woodcock
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4400 / (202) 616-5200 (fax)

## **CERTIFICATE OF SERVICE**

I, John A. Woodcock, hereby certify that on March 10, 2008, I served the Third Supplement to Joint Exhibit List in Support of Plaintiffs' and Defendant's Motions for Summary Judgment/Adjudication Concerning Immunity under 33 U.S.C. § 702(c) upon all counsel of record via ECF.

s/ John A. Woodcock