UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**NOTICE OF MANUAL ATTACHMENT**

DVD-ROM of a complete copy of each exhibit on the Joint Exhibit List, as supplemented, used in support of both parties' respective motions for summary judgment/summary adjudication concerning immunity under 33 U.S.C. § 702(c), or if the exhibit is incomplete, the most complete version of the exhibit in the parties' possession, custody, or control.

This Notice of Manual Attachment is respectfully submitted,

**O'Donnell & Associates P.C.**

s/ Pierce O'Donnell
PIERCE O'DONNELL (pro hac vice)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298


**United States Department of Justice**

JEFFREY BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Counsel, Torts Branch

s/ John A. Woodcock
JOHN A. WOODCOCK
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4400 (tel.)
(202) 616-5200 (fax)

Dated: March 10, 2008

## **CERTIFICATE OF SERVICE**

     I, John A. Woodcock , hereby certify that on March 10, 2008, I served a true copy of the foregoing upon all parties by ECF.

                           s/   John A. Woodcock
                             JOHN A. WOODCOCK