UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| PERTAINS TO:    INSURANCE | * <br> * | SECTION "K-2" |
| R.C. TIPPEN and CARRIE TIPPEN<br>C.A. NOS. 06-7701 c/w 06-8440 | * <br> * <br> * | JUDGE DUVAL <br><br> MAG. JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**MOTION TO CONTINUE MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, comes Plaintiffs, **R. C. Tippen and Carrie Tippen**, who respectfully move this Honorable Court for a continuance of the Motion for Summary Judgment, presently scheduled to take place on Wednesday, March 19, 2008 at 9:30 a.m. Undersigned has been involved in several all day depositions, in various different cases, which have required his full attention. Accordingly, Plaintiffs respectfully request a continuance of the March 19, 2008 Motion for Summary Judgment and request that the matter be reset to the next available hearing date.

Undersigned has e-mailed opposing counsel, however, has not had a return e-mail, phone call or fax advising whether or not he has an opposition to said continuance.

Respectfully submitted:

*/s/Robert G. Harvey, Sr.*
**Robert G. Harvey, Sr., #18615**
2609 Canal Street, First Floor
New Orleans, Louisiana 70119
Telephone:    (504) 822-2136
Facsimile:    (504) 822-2179
rgharvey@bellsouth.net

**Certificate of Service**

  I hereby certify that I have filed this document electronically with the Clerk of Court using the CM/EMF system. Notice of filing will be sent to all parties or counsel of record by operation of the Court's electronic filing system, and by depositing same in the United States mail, postage prepaid, to all parties or counsel of record who have not registered for such electronic service.

  This 10th day of March, 2008.

                */s/Robert G. Harvey, Sr.*