AUTHORIZATION TO RELEASE INFORMATION

Privacy Act Notice: This information is to be used by the Louisiana Road Home Program or its assignees in determining whether you qualify as a recipient, and, if so, the amount of assistance to which you are entitled under the Louisiana Road Home Housing Program. It will not be used outside the agency except as required or permitted by law or with your written consent. You do not have to provide this information, but if you do not, your application for approval as a program participant may be delayed or rejected. The information requested in this form is authorized by Title 12 USC, Section 1701 et.seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD).

I, the undersigned, as an applicant to the Louisiana Road Home Program, authorize the disclosure and release of all information to any authorized representative of the Louisiana Road Home Program relevant to my application for assistance to that program. This information shall include, but not be limited to, records and electronic information relating to my:

1. Transactions and accounts with financial institutions in connection with Mortgages of, security interests in, liens on, title to and interests in immovable property;
2. Policies of insurance issued by or through insurance companies and their agents, and all claims made and benefits paid or to be paid under those policies;
3. Policies of title insurance issued by real estate title companies;
4. Utility companies; and
5. Local, state and federal governmental authorities.

I hereby authorize any such companies and/or authorities ("the Releasing Parties") to release the above described information to the Louisiana Road Home Program or its authorized representative. I hereby agree in the event of a disclosure of such information by the Louisiana Road Home Program, I will not hold the Releasing Parties responsible or liable for producing the information to the Louisiana Road Home Program pursuant to this authorization.

As used herein, the Louisiana Road Home Program means The State of Louisiana, through the Division of Administration, Office of Community Development or its contractor ICF Emergency Management Services, LLC .

Applicant Name: _____

Applicant Signature: _____    Date: _____

Louisiana Road Home Program
PO Box 4549
Baton Rouge, LA 70821

Telephone: (888) 380-2346
Fax Number: (225) 388-7592


EXHIBIT 1