# Chopin Wagar Richard & Kutcher

*Attorneys at Law*
A Limited Liability Partnership

**Thomas M. Richard**
Partner
Direct Telephone 504 830 3845
Telefax 504 836 9543
trichard@chopin.com

October 23, 2007

**Via Email: Brent@Klibertlaw.com**
Brent A. Klibert, Esq.
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130

Re:   *Lorraine Jupiter v. Automobile Club Inter-Insurance Exchange*
USDC No.: 07-1689 L (3)
Our File No.: 823.4547

Dear Mr. Klibert:

As a follow up to our Rule 37.1(E) telephone conference today, this will confirm receipt of your faxed Answers to Interrogatories on October 16, 2007 in connection to the above referenced matter. Your responses are insufficient in the following respects:

1. Interrogatory Number 3 fails to provide the requested date of payment, total amount of payment (not subtracting out amounts for attorney's fees and contractor fees) and description of the reason for payment.

2. Interrogatory Number 4 fails to provide an itemization of the damages your client is contending entitlement to recover from ACFIC. At a minimum, the requested itemization must include a description of the type of category of damages claimed and the amount of damages for each category or type of damages.

3. Interrogatory Number 5 fails to provide a "yes" or "no" response as to whether your client has provided ACFIC with a satisfactory proof of loss for the damages arising out of Hurricane Katrina with which your client seeks to recover from ACFIC. In the event the response is "yes", please provide sufficient responses to sub-sections (a) & (b).

4. Interrogatory Number 8 fails to provide a "yes" or "no" response as to whether your client is contending entitlement to recover from ACFIC any additional living expenses sustained as a result of Hurricane Katrina. In

---

Two Lakeway Center, Suite 900  3850 North Causeway Boulevard
Metairie, LA 70002
Telephone 504 830 3838
Telefax 504 836 9540


EXHIBIT A

# Chopin Wagar Richard & Kutcher

*Attorneys at Law*
A Limited Liability Partnership

Thomas M. Richard
Partner
Direct Telephone 504 830 3845
Telefax 504 836 9543
trichard@chopin.com

October 23, 2007

<u>Via Email: Brent@Klibertlaw.com</u>
Brent A. Klibert, Esq.
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130

Re:   *Lorraine Jupiter v. Automobile Club Inter-Insurance Exchange*
USDC No.: 07-1689 L (3)
Our File No.: 823.4547

Dear Mr. Klibert:

As a follow up to our Rule 37.1(E) telephone conference today, this will confirm receipt of your faxed Answers to Interrogatories on October 16, 2007 in connection to the above referenced matter. Your responses are insufficient in the following respects:

1. Interrogatory Number 3 fails to provide the requested date of payment, total amount of payment (not subtracting out amounts for attorney's fees and contractor fees) and description of the reason for payment.

2. Interrogatory Number 4 fails to provide an itemization of the damages your client is contending entitlement to recover from ACFIC. At a minimum, the requested itemization must include a description of the type of category of damages claimed and the amount of damages for each category or type of damages.

3. Interrogatory Number 5 fails to provide a "yes" or "no" response as to whether your client has provided ACFIC with a satisfactory proof of loss for the damages arising out of Hurricane Katrina with which your client seeks to recover from ACFIC. In the event the response is "yes", please provide sufficient responses to sub-sections (a) & (b).

4. Interrogatory Number 8 fails to provide a "yes" or "no" response as to whether your client is contending entitlement to recover from ACFIC any additional living expenses sustained as a result of Hurricane Katrina. In

Two Lakeway Center, Suite 900  3850 North Causeway Boulevard
Metairie, LA  70002
Telephone 504 830 3838
Telefax 504 836 9540


EXHIBIT A

CHOPIN WAGAR RICHARD & KUTCHER, LLP

Brent A. Klibert, Esq.
October 23, 2007
Page 2

the event the response is "yes", please provide sufficient responses to subsections (a) (b) (c) & (d).

Additionally, I have yet to receive a response to our Request for Production of Documents. As we discussed, I will have no option but to file a Motion to Compel if I do not receive your client's complete and sufficient responses to our Interrogatories and Request for Production within one week of confirmation of receipt of this letter, via fax transmission. Please contact me if you have any questions.

With kind regards, I remain

Very truly yours,

THOMAS M. RICHARD

TMR/cal