UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| | * * | JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: INSURANCE (06-8756) DON AND CYNTHIA RILEY v. ALLSTATE INSURANCE COMPANY | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Complainants, Don and Cynthia Riley, and Defendant, Allstate Insurance Company, and upon suggesting to the Court that the parties have amicably resolved this matter and now desire to dismiss this matter, with prejudice, each party to bear their own costs.

MWC 357.0071

**WHEREFORE**, it is prayed that this matter be dismissed, with prejudice, each party to bear their own costs of Court.

Respectfully Submitted,

GLENN B. ADAMS (#2316)
MICHAEL W. COLLINS (#29129)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
    mcollins@phjlaw.com
*Attorneys for Allstate Insurance Company*

- *AND* -

PATRICK J. KEHOE, JR. (#14419)
PATRICK J. KEHOE, JR., APLC
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954
E-mail: devans@kehoejr.com
*Attorney for Don and Cynthia Riley*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this 10th day of March, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic mail through CM/ECF, facsimile service, and/or by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or by facsimile service.

GLENN B. ADAMS
MICHAEL W. COLLINS

MWC 357.0071