UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (06-8756) | * | |
| DON AND CYNTHIA RILEY v. | * | |
| ALLSTATE INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE above and foregoing Joint Motion to Dismiss:

IT IS ORDERED that the matter be and the same is hereby dismissed, with prejudice,

each to bear its own costs.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE


MWC 357.0071