UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| * * * * * * | * | |
| PERTAINS TO:   INSURANCE | * | SECTION "K-2" |
| | * | |
| R.C. TIPPEN and CARRIE TIPPEN | * | JUDGE DUVAL |
| C.A. NOS. 06-7701 c/w 06-8440 | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

**FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY'S NOTICE OF NO OPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, Fidelity National Property and Casualty Insurance Company ("FNPAC"), a Write-Your-Own ("WYO") Program Carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended,[1] ("NFIA"), appearing herein in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] which hereby files this notice of no opposition to the Plaintiffs' Motion to Continue Motion for Summary Judgment (Document 11591).

---

[1] 42 U.S.C. §4001, *et seq.*

[2] 44 C.F.R. §62.23(f).

[3] 42 U.S.C. §4071(a)(1); *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998)

Counsel for Plaintiffs e-mailed the undersigned at 12:05 p.m. yesterday, March 10, requesting a continuance of the hearing on FNPAC's Motion for Summary Judgment (Document 11513).  The undersigned was not in the office yesterday to reply, but has replied Plaintiffs' request this morning, March 11, agreeing to a continuance until the next hearing date, if such is amenable to the Court.

>Respectfully submitted,
>
>NIELSEN LAW FIRM, L.L.C.
>
>*/s/ William R. DeJean*
>WILLIAM R. DeJEAN, La. S.B. 22762
>GERALD J. NIELSEN, La. S.B. 17078
>3838 N. Causeway Boulevard, Suite 2850
>Metairie, Louisiana 70002
>Telephone: (504) 837-2500
>Facsimile:   (504) 832-9165
>wdejean@nielsenlawfirm.com
>Counsel for Defendant:  Fidelity National Property and Casualty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel.

>*/s/ William R. DeJean*
>William R. DeJean