## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUSSELL AND DIANE TARDO, | * | CIVIL ACTION NO.: 05-4182 |
| Plaintiffs, | * | |
| VERSUS | * | JUDGE: DUVAL |
| MET LIFE INSURANCE COMPANY, | * | MAGISTRATE: WILKINSON |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**PERTAINS TO: 08-1162**

### CONSENT MOTION TO DISMISS BASED ON *RES JUDICATA* BY METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY

Defendant Metropolitan Property and Casualty Insurance Company, improperly named as Met Life Insurance Company, ("Metropolitan") hereby moves – with the consent of Plaintiffs – to dismiss the captioned case on *res judicata* grounds for the reasons set forth below and more fully in the memorandum supporting this motion. Plaintiffs Russell and Diane Tardo previously entered into an agreement with Metropolitan pursuant to which they settled all claims against Metropolitan, including the claims alleged in the captioned case. Counsel for Plaintiffs – who freely admit that the captioned litigaton against Metropolitan was filed in error – promised that they would file a motion to have this litigation dismissed on March 6, 2008 (the day on

which Metropolitan first learned on the litigation) yet failed to do so.  Accordingly, undersigned counsel has been forced to prepare and file this motion to dismiss.

>
> Respectfully submitted,
>
> */s/ Bailey Smith*
> _____
> H. Minor Pipes, III, 26403
> Bailey H. Smith, 27906
> BARRASSO USDIN KUPPERMAN
>     FREEMAN & SARVER, L.L.C.
> 909 Poydras Street, Suite 2400
> New Orleans, Louisiana 70112
> Telephone:  (504) 589-9700
> Facsimile:  (504) 589-9701
>
> *Attorneys for Metropolitan Property & Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served on all counsel of record, via electronic mail, facsimile, hand delivery, and/or U.S. Mail, first class postage pre-paid, this 7th day of March, 2008.

> */s/ Bailey Smith*
> _____

105111