UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUSSELL AND DIANE TARDO, | * | CIVIL ACTION NO.: 05-4182 |
| Plaintiffs, | * | |
| VERSUS | * | JUDGE: DUVAL |
| MET LIFE INSURANCE COMPANY, | * | MAGISTRATE: WILKINSON |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**PERTAINS TO: 08-1162**

## ORDER

Considering the Motion to Dismiss on *Res Judicata* Grounds filed by Defendant Metropolitan Property and Casualty Insurance Company, improperly named as Met Life Insurance Company, ("Metropolitan"),

**IT IS ORDERED** that the motion is GRANTED and the captioned case is dismissed with prejudice.

New Orleans, Louisiana, this ___ day of _____ , 2008.

_____
JUDGE