UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 * |
| PERTAINS TO: MRGO, BARGE | * SECTION "K" (2) * * * JUDGE DUVAL * * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant Washington Group International, Inc. ("WGII") respectfully moves for entry of an Order withdrawing Shannon M. Kasley of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113 as counsel of record for WGII in these proceedings.

**WHEREFORE**, undersigned counsel for Washington Group International, Inc. prays that Shannon M. Kasley be withdrawn as counsel of record in this proceeding.

915606v.1

Dated:  March 10, 2008            Respectfully submitted,

    /s/ Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group International, Inc., a division of URS Corporation

and

    /s/Shannon M. Kasley
Adrian Wager-Zito
Shannon M. Kasley
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw as Counsel of Record has been served upon all counsel of record by electronic notice via the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 11th day of March, 2008.

    /s/Heather S. Lonian

915606v.1