**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION NO.: 05-4182** |
| | * | **SECTION: K** |
| **PERTAINS TO: INSURANCE (#07-4312)** | * | **MAGISTRATE: 2** |
| **MAXIMUS DEVELOPMENT, INC.** | * | |
| **VERSUS** | * | |
| **ZURICH INSURANCE D/B/A MARYLAND CASUALTY COMPANY** | * | |

* * * * * * * *

**UNOPPOSED MOTION TO REMAND**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Maryland Casualty Company (erroneously sued as Zurich Insurance d/b/a Maryland Casualty Company) (hereinafter referred to at times as "MCC"), who, without objection from opposing counsel, moves to remand the above-captioned matter back to Civil District Court for the Parish of Orleans, State of Louisiana. Based upon discussions between the parties and investigation of the claims conducted by MCC, and pursuant to the Stipulation attached hereto as Exhibit "A" and executed by Mr. Earl Schmit on behalf of Maximus Development, Inc., defendant, Maximus

Development, Inc., does not seek damages in the instant matter in excess on $75,000.00. Accordingly, the United States District Court for the Eastern District of Louisiana lacks original jurisdiction over the current controversy.

**WHEREFORE**, defendant prays that this motion be deemed good and sufficient and after all due proceedings be had, there be an order signed remanding this matter to State Court based upon the Stipulations signed by plaintiff.

Respectfully submitted,

***/s/ Richard E. King***

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

***Counsel for Defendant,***
***Maryland Casualty Company***
***(erroneously sued as Zurich Insurance d/b/a Maryland Casualty Company)***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 11th day of March, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

***/s/ Richard E. King***

**RICHARD E. KING**