*Exhibit "A"*

STATE OR LOUISIANA

PARISH OF <u>JEFFERSON</u>

### AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared

### EARL SCHMIT

who, after being duly sworn, did state:

1. That he is the plaintiff in the matter entitled *"In Re Katrina Canal Breaches Consolidated Litigation"* currently pending in the United States District Court for the Eastern District of Louisiana, bearing docket number 05-4182 Division "K", Section "02" as it relates to *"Maximus Development versus Zurich Insurance d/b/a Maryland Casualty Company"* bearing docket number 07-4312;

2. That the total amount of damages sought in the action described in paragraph 1 above, including but not limited to any claims for penalties and attorneys fees, does not exceed $75,000.00;

3. That in the event that he is ultimately awarded an amount in excess of $75,000.00 he stipulates and agrees that he will not attempt to execute any judgment to the extent that it exceeds $75,000.00;

4. That he agrees to amend his petition to state, pursuant to La. C.C.P. art 893, that his alleged damages are insufficient to provide jurisdiction in the federal courts and that he will not seek damages in excess of $75,000.00; and

5. That he is executing this affidavit freely and voluntarily after having received full advice concerning his rights from his attorney.

1

Affiant further avers that the contents of this affidavit are true and correct to the best of his knowledge and belief.

FURTHER AFFIANT SAYETH NOT

_____
EARL SCHMIT

Sworn to and subscribed before me this 27TH day of February, 2008.

_____
NOTARY PUBLIC

Printed Name: _William N. Coughern_

Notary/Bar Roll No.: _23653_

My Commission Expires: _AT MY DEATH._

2