The Maritime Law Association
Of the United States

# FALL MEETING



## CONTINUING LEGAL EDUCATION IN ARIZONA

November 2 – 5, 2005

Fairmont Scottsdale



Case 2:05-cv-04182-SRD-JCW   Document 11600-2   Filed 03/11/08   Page 2 of 14

*TABLE OF CONTENTS*

| | |
|---|---|
| **Welcome and Introduction** | 1 |
| **MLA Planning & Arrangements Committee Contacts** | 2 |
| **Program at a Glance and Continuing Legal Education Schedule** | 3 |
| **Social and Outdoor Activities** | 4 |
| **Sightseeing** | 5 |

## Registration Forms

| | |
|---|---|
| **Registration Procedures & CLE Accreditation Information** | 6 |
| **MLA Registration Form** | 7 & 8 |
| **Fairmont Scottsdale Hotel Registration Form** | 9 & 10 |
| **MLA Golf Tournament Registration Form** | 11 |



**SAVE THIS BROCHURE FOR THE MEETING!!**

Dear MLA Members and Invited Guests:

We look forward to seeing you in Scottsdale for the Fall 2005 meeting of the MLA. Scottsdale provides a picturesque setting for our meeting. Come prepared for warm days and cool evenings. The meeting format is compact so that you can make the most of your time. The days will be filled with continuing legal education opportunities and committee meetings. In the evenings it is time to relax and enjoy renewing old friendships and making new ones at the MLA social functions.

Continuing legal education will be a major focus of the meeting, along with the customary committee meetings and the camaraderie. We plan to offer as many as 12 hours of CLE credit through a variety of highly knowledgeable speakers including members of the U.S. marine insurance market, several executives of P & I Clubs, and members of the Department of State and the Department of Justice. The meeting begins with the President's Welcoming Reception on November 2, 2005. Optional sporting events will take place earlier that day, so make your plans now.

Phoenix/Scottsdale is a beautiful area with many attractions to enjoy. Inside this brochure you will find website listings for additional sightseeing opportunities including the Grand Canyon and Sedona. You may also view this brochure on line at www.mlaus.org.

The Fairmont Scottsdale Princess is a spectacular resort with unparalleled amenities including children's activities. We hope that you will join us and take part in this fantastic meeting, update your knowledge on key topics regarding our maritime law, see old friends, and make new ones from here and abroad.

Thomas S. Rue               Marion & Mary McDaniel - Chairpersons
President                   2005 Planning & Arrangements Committee

*WELCOME & INTRODUCTION*

*MLA PLANNING AND ARRANGEMENTS COMMITTEE*
*SCOTTSDALE 2005*

# IMPORTANT CONTACT NUMBERS

**Chairpersons**
Marion & Mary McDaniel
Locke Liddell & Sapp LLP
3400 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002-3095
Off: 713-226-1295
mmcdaniel@lockeliddell.com

**Vice Chairpersons/Registration**
Dennis & Janine Minichello
Marwedel Minichello & Reeb PC
Off: 312-902-1600 ext. 5065
Cell: 312-909-1849
dminichello@mmr-law.com

**Treasurer**
Charlie Schmidt & Phyllis Jo Kubey
Kennedy Lillis Schmidt & English
Off: 212-430-0802
Cschmidt@KLSELaw.com

**CLE**
Larry Kahn & Kristin Larsen
Freehill Hogan & Mahar, LLP
Off: 212-425-1900
Kahn@Freehill.com

**Evening Functions**
Janet Marshall
Johnson, Johnson, Barrios
   & Yacoubian
Off: 504-528-3001
jwm@jjbylaw.com

**Evening Functions**
Jim & Heather Moseley
Moseley Prichard Parrish
   Knight & Jones PA
Off: 904-356-1306
JmoseleyJr@MWPPLaw.com

**Golf**
Alan & Sorina Christian
Johnstone Adams Bailey
Gordon & Harris LLC
Off: 251-441-9208
ACC@johnstoneadams.com

**Tennis**
Donny & Daré Radcliff
Brady Radcliff & Brown LLP
Off: 251-405-0071
dradcliff@brblawyers.com

**Sailing**
Dwight & Jane LeBlanc
Chaffe McCall Phillips
   Toler & Sarpy LLP
Off: 504-585-7000
leblanc@chaffe.com

**Committee Meetings/Program**
Pat & Pam Cooney
Royston Rayzor Vickery
   & Williams LLP
Off: 713-224-8380
Fax: 713-225-9945
Patrick.Cooney@RoystonLaw.com

**Local Liaison/Tours/Activities**
Joe & Ann Walsh
Keesal Young & Logan P.C.
Off: 562-436-2000
joe.walsh@kyl.com

**Tentative CLE Schedule**

Thursday Nov. 3
*4.4 CLE Credits (50-minute basis), including 1.0 CLE Credits of Ethics*

| | |
|---|---|
| 8:00 – 8:50 | *Underwriting the Kirby Decision* <br> American Institute of Marine Underwriters |
| 9:00 – 10:30 | *Criminal Prosecution of Polluters* (Panel Discussion) <br> Greg Linsin, Environmental Crimes Section, Department of Justice <br> Ian Gooch, A. Bilbrough & Co., Ltd. <br> Michael Chalos, Fowler Rodriguez & Chalos |
| 10:30 – 10:45 | Break |
| 10:45 – 11:15 | *Investigating Recreational Boating Claims* <br> Leonard Schwigen, Farmers Insurance Group |
| 11:25 – 12:15 | *Developments with the UNCITRAL Draft Carriage of Goods Convention and the MLA COGSA Amendment* <br> Mary Helen Carlson, Office of the Asst. Legal Advisor for Private International Law, Department of State |

Friday, Nov. 4
*4.6 CLE Credits (50 minute basis)*

| | |
|---|---|
| 8:00 – 8:50 | *Recent Developments – Young Lawyers Committee* <br> <u>Marina Liability</u>:  Jason Harris, Rountree Losee & Baldwin <br> <u>Cruise Line Liability</u>:  Michael Black, Cassidy & Black <br> <u>Tug & Barge Liability</u>:  W. Brett Mason, Breazeale Sachse & Wilson |
| 9:00 – 9:30 | *Casualty Response and Wreck Removal* <br> Michael Kelleher, West of England |
| 9:40 – 10:10 | *BIMCO's Centennial – A Retrospective* <br> Soren Larsen, Deputy Secretary General, BIMCO |
| 10:10 – 10:25 | Break |
| 10:25 – 11:55 | *Handling of a Major Offshore Casualty* (Panel Discussion) <br> Jim McCulloch, GlobalSantaFe <br> Gillie Belsham, Ince & Co. <br> Jeff Tillery, Jones Walker Waechter Poitevent Carrere & Denegre <br> Simon Hirst-Marsden, ACE <br> Hal Watson, Locke Liddell & Sapp LLP |
| 12:05 – 12:35 | *Investigating and Responding to International Maritime Fraud* <br> Paolo Ghirardani, Stephenson Harwood |

Approximately 9 CLE credits (50 minute credit basis).  Additional CLE credits will be available at certain committee meetings.  Final CLE program topics and speakers subject to change

---

*TENTATIVE PROGRAM AT A GLANCE*

Tuesday, November 1

| | |
|---|---|
| Arrivals all Day | |
| 4:00-6:00 p.m. | EARLY REGISTRATION |

Wednesday, November 2

| | |
|---|---|
| Arrivals all Day | |
| 8:00-1:00 p.m. | Golf Tournament <br> TPC of Scottsdale |
| 9:00-12:00 noon | REGISTRATION |
| 1:00-4:00 p.m. | Tennis Tournament <br> Mixed-up Doubles <br> Fairmont Scottsdale Courts |
| 12:30-8:30 p.m. | MLA Family Activities |
| 1:00-5:00 p.m. | REGISTRATION |
| 3:00-5:00 p.m. | Officer's Meeting |
| 6:00-6:30 p.m. | Reception for 1st Time Attendees |
| 6:30-8:00 p.m. | President's "Welcome to Scottsdale" Cocktail Reception <br> Fairmont Hacienda Plaza |

Thursday, November 3

| | |
|---|---|
| 9:00-12:00 noon | REGISTRATION |
| 8:00-12:15 p.m. | CLE PROGRAMS |
| 1:00-5:00 p.m. | Committee Meetings |
| 1:00-5:00 p.m. | REGISTRATION |
| 1:00-8:30 p.m. | MLA Family Activities |
| 2:00-5:00 p.m. | Board Meeting |
| 6:30-8:00 p.m. | Cocktail Reception <br> Fairmont Conference Center <br> Salon H |

Friday, November 4

| | |
|---|---|
| 6:45 a.m. | Two Mile Fun Run/Walk |
| 9:00-12:00 p.m. | REGISTRATION |
| 8:00-12:35 p.m. | CLE PROGRAMS |
| 1:00-5:00 p.m. | Committee Meetings |
| 1:00-10:00 p.m. | MLA Family Activities |
| 3:00-5:00 p.m. | REGISTRATION |
| 6:00-10:00 p.m. | Cocktails and Dinner <br> Heard Museum <br> 2301 North Central Ave. <br> Phoenix |

Saturday, November 5

| | |
|---|---|
| 9:00-9:30 a.m. | Late Registration |
| 9:30-12:00 p.m. | General Business Meeting |
| 12:30 p.m. | Sailing Regatta <br> Tempe Town Lake |
| 7:00-10:00 a.m. | MLA Family Activities |
| 7:00-8:00 p.m. | Farewell Reception <br> Fairmont East Pool |

Sunday, November 6

Departures All Day

3



### GOLF

The MLA Golf Tournament will be held on **Wednesday, November 2, 2005 at 8:00 a.m.** on the Stadium Course at the Tournament Players Club of Scottsdale ("TPC"), located just a few short blocks from the Fairmont Scottsdale Princess. There will be a shotgun start at 8:00 a.m., with both stroke play and scramble formats as each participant so desires. Shuttle bus transportation from the hotel to TPC will be arranged by MLA. The registration fee is $240.00 per golfer. A Golf Registration Form is attached on page 11.



### TENNIS

The format on Wednesday will be the Scottsdale Scramble. to be held at the Hotel's courts. There will be Mixed-up Doubles. Cost: $55 per person for early registration, including court fees, balls, refreshments, and prizes.



### SAILING

The sailing event will be held on **Saturday, November 5, 2005 at approximately 12:30 p.m.** at Tempe Town Lake (approximately a 30-minute ride), sailed in Capri 14.2 boats with a skipper and one crew. This is a relatively small lake, and there is very good viewing from shore. The cost per sailor, early registration, is $75, and includes lunch, soft drinks, beer, and prizes. Cost for spectators who are not sailing and would wish to have lunch and soft drinks, beer, etc. is $15.



### TWO MILE FUN RUN/WALK

Meet on Thursday morning at 6:45 a.m. outside the hotel. Enjoy the beautiful views during the fun run/walk. Winners will be declared in both the run and walk categories and all participants will receive an MLA t-shirt. Cost: $35 per person.



*MLA SOCIAL AND OUTDOOR ACTIVITIES*

Wednesday, November 2
President's Welcome to Scottsdale Reception: We will gather at the hotel's beautiful Hacienda Plaza to greet friends and celebrate the beginning of our Scottsdale meeting. Dress: Sporty casual without a tie.

Thursday, November 3
Cocktails: This evening we will have cocktails together at the hotel leaving the rest of the evening free for individual plans including sampling Scottsdale's excellent restaurants or enjoying the hotel's dining facilities. Dress: Sporty casual without a tie.

Friday, November 4
Cocktails and Dinner at the Heard Museum: We will travel to the Heard Museum in Phoenix for cocktails in the courtyard and dinner on the patio. The Heard is a very fine museum of native American Southwestern art. Before dinner the galleries will be open for our viewing of the collection and docents will be available to provide information. Dress: Ladies cocktail dress, Gentlemen coat and tie.

Saturday, November 5
Farewell Reception: The hotel's East Pool will be the site of our final reception, a chance to share Scottsdale experiences before departing. Dress: Sporty casual without a tie.

4



**(THESE ARE NON-MLA SPONSORED EVENTS)**

**AN ELEVATED STATE** *Sedona & Grand Canyon Flight Seeing & Grand Canyon Ground Tour*   *From $450 per person*
Explore a natural wonder of the world from the perspective of the privileged few.  This incredible aerial tour offers visitors a rare view of the Grand Canyon.  Your flight takes you high above the red rocks of Sedona, a mountainous prehistoric seascape revealed a million years ago to marvel at the orange and red hues.  Then it's on to the mighty Grand Canyon.  There's ample time for personal exploration, a planned lunch and shopping.  Includes transportation to and from airport; professional guide; narrated aerial tour aboard single engine plane; Grand Canyon ground tour; admission and guided tour of Grand Canyon; shopping, lunch and all gratuities.  Duration:  9 hours

**DESERT LIFE DEFINED**  *Heard Museum & The Botanical* Garden                               *From $63 per person*
The Desert Botanical Garden is the only botanical garden dedicated entirely to the study of desert plant life, displaying more than 15,000 desert plants in colorful and intriguing displays.  Continue on to the internationally acclaimed Heard Museum, one of the best places to experience and learn about the fascinating cultures and art of Native Americans of the Southwest.  Founded in 1949, the museum is home to an extensive collection of artifacts, fine art, unique exhibits and innovative programming.  Includes transportation, water and soft drinks aboard vehicle, professional guide, admissions and all gratuities.  Duration: 4-5 hours

**RED ROCK RENDEZVOUS** *Sedona & Oak Creek Canyon Tour*                           *From $56 per person*
Pay a visit to Montezuma's Castle, a five-story, twenty room cliff dwelling carved into the side of the mountain by the Sinagua Indiana more than 800 years ago.  The town of Sedona is nestled between towering, vibrant red rock formations and is the state's second most visited attraction.  Visitors stroll walkways in search of art, artifacts and keepsakes of their visit to this inspired place.  Just to the north of Sedona, take in the beauty of Oak Creek Canyon, where spirited waters flow at the foot of dense evergreen forests.  Includes transportation, bottled water/soft drinks, tour guide, lunch, admissions and gratuities.  Duration:  7 hours

**EPICURIOUS?**  *Cooking Class*                                                                                        *From $77 per person*
Immerse yourself in epicurean delight with a personal journey through a gourmet meal, prepared before your eyes by a master chef in one of the Fairmont Scottsdale Princess' fine dining venues.  Enjoy the culinary delights of a master chef, while learning some of his preparation and presentation secrets.  Duration:  3.5 hours

**ACTION AND TRACTION** *Four-Wheel Drive Desert Jeep Excursion*                    *From $92 per person*
Enter the domain of the four-wheel drive jeep for an off-road adventure you'll never forget.  Experience the full range of emotions, from awestruck wonder at the desert's foreboding beauty to white-knuckle excitement as your seasoned driver executes the seemingly impossible.  This ride includes a mini walk-about, where you can experience the desert first-hand.  Duration:  4 hours

**LET'S RIDE** *Sonoran Desert Horseback Riding*                                                            *From $94 per person*
Guides lead you into the heart of the desert, where mountain ranges and desert plateaus will make you forget you're so close to the city.  Journey through groves of mesquite and into a state of mind that's pure enjoyment.  Duration:  3.5 hours

**AERIAL EXCURSIONS** *Hot Air Balloon Flights*                                                         *From $171 per person*
There's no better way to experience the tranquility of the Sonoran Desert.  Board a gondola and climb to a thousand feet above the desert floor for a breathtaking flight in a hot air balloon.  Your FAA certified pilot is an expert on the legends and lore of the area, and will supply a colorful narrative as the ride unfolds.  Duration:  3.5 hours

**NOISY NEIGHBORS** The Phoenix Zoo                                                                            *From $47 per person*
From howler monkeys to the roar of lions and tigers, a visit to the city's noisiest neighborhood delivers hours of entertainment and knowledge.  Includes transportation, bottled water and soft drinks, admission and gratuities.  Duration:  5 hours

**TENNIS** *at the Tennis Club of the Fairmont Scottsdale Princess*

**OLD WEST DINING AND FUN** *Pinnacle Peak Patio*
For a true Old West turn, come to the base of Pinnacle Peak for an evening at the Patio.  One of Scottsdale's original steakhouses, the Patio serves up the flavors of the American West against a beautiful, sprawling view of the valley below.  Country & Western bands perform nightly.

**GOLF** *Can be arranged thru the Fairmont Scottsdale Princess golf coordinator at (480) 585-2697.  Advance reservations recommended.*

**OTHER ACTIVITIES, including shopping, museums, etc., can be pre-arranged thru the hotel's concierge at (480) 585-4848.**

*SIGHTSEEING IN PHOENIX/SCOTTSDALE*

5

**ADULTS**

- The meeting registration fee for MLA Members and Invited Guests is:
    $850 if postmarked on or before September 16, 2005.
    $900 if postmarked after September 16, 2005.

    The fee for a spouse, companion, or adult child (18 or older) of an MLA Member or Invited Guest is:
    $550 if postmarked on or before September 16, 2005.
    $600 if postmarked after September 16, 2005.

    The registration fee includes meals and beverages for adult registrants at the President's Welcome Cocktail Reception, the Thursday Cocktail Reception, the Heard Museum Party, and the Farewell Reception. Younger children need not be registered for the meeting.

- Admission to all events will be by ticket only. Tickets will be included in the registration materials which you will receive upon arrival at the MLA Registration Desk.

- The attached 2-sided MLA REGISTRATION FORM must be completed and mailed with payment to:

    Dennis Minichello, Esq.
    Marwedel, Minichello & Reeb, PC
    10 S. Riverside Plaza, Suite 720
    Chicago, IL 60606-3726

- Confirmation from MLA will be by e-mail. If you do not specify an e-mail address, confirmation will be via postcard. Your reservation will not be confirmed until full payment for all registrants in your party has been received by MLA.

- REFUND POLICY: Refunds will be considered only after the meeting has been concluded and a final accounting has been rendered. Only written requests for refunds received by Dennis Minichello on or before November 10, 2005 will be eligible.

- The enclosed Hotel Registration Form must be sent directly to the Fairmont Scottsdale to secure hotel reservations.

**CHILDREN**

- Registrants are encouraged to bring their families to the meeting. Adult children for whom the Meeting Registration Fee is paid are welcome at the President's Welcome Reception, the Thursday Cocktail Reception, the Heard Museum Party, and the Farewell Reception.

**CLE Accreditation**

The Maritime Law Association of the United States, which has been certified by the New York State Continuing Legal Education Board as an accredited provider of continuing legal education in the State of New York, will issue CLE credits to New York attorneys who attend the CLE seminar. Attorneys from States other than New York may automatically be entitled to CLE credits for attending this program if their states grant reciprocity for CLE courses presented by accredited providers in New York. Other states may also recognize these CLE credits if the attorney makes proper application to his/her state's CLE Board. Such attorneys should consult with the appropriate authority in their states well in advance of the program to determine their entitlement to CLE credit. Based upon the information currently available, it is estimated that this event will provide 9 to 12 CLE credits to New York attorneys (based on a 50-minute credit hour). Final CLE program topics and speakers subject to change without notice. Any person seeking CLE credits who has a genuine financial hardship may apply in writing explaining the basis of his or her hardship, and, if the apparent, may receive a discount in the registration fee depending on the circumstances. Contact Marion McDaniel, Chair of the Planning and Arrangements Committee.

*CLE ACCREDITATION   MLA REGISTRATION PROCEDURES*

Please detach or copy, and complete **BOTH SIDES** of this form and mail with full payment to:

Dennis Minichello
Marwedel, Minichello & Reeb, PC
10 S. Riverside Plaza, Suite 720
Chicago, IL 60606-3726



Side 1 of 2

**MLA MEETING REGISTRATION FORM
SIDE 1 OF 2**

Name of Member
Or Invited Guest: _____

Firm or Employer: _____

Address: _____
Street
_____
City          Country          Zip Code

Phone: _____   E-Mail: _____

Fax _____

Name of Spouse/Guest: _____
Name(s) and ages of children: _____
_____
_____

Please indicate:
- ○ Member of MLA       ○ Director
- ○ Invited Guest       ○ Committee Chairman
- ○ Officer             ○ Past President

Total Payment Enclosed
From Side 2 Selections:    $_____  Please Make Check Payable to MLA

Name Badges: _____   _____
             _____   _____

Arrival Date/Time _____
Departure Date/Time _____

The MLA Fall Meeting is limited to members, their spouses or other loved ones and immediate family.  Other non-members may attend only by personal invitation from the President of the Association.  Collegiality, our long-standing tradition, has been developed and nurtured by including everyone in every function.  Accordingly, once again we ask your cooperation in holding no private parties.

**Please Note:
Room reservations must be made directly with the
Fairmont Scottsdale by calling, mailing, or faxing
the enclosed Hotel Registration Form.**

MLA MEETING REGISTRATION FORM

7

Side 2 of 2

Please detach or copy, and complete **BOTH SIDES** of this form and mail <u>with full payment</u> to:

Dennis Minichello
Marwedel, Minichello & Reeb, PC
10 S. Riverside Plaza, Suite 720
Chicago, IL 60606-3726

If you have questions regarding the registration form call Dennis Minichello at (312) 902-1600, ext. 5065.

*MLA MEETING REGISTRATION FORM*

| REGISTRATION | If postmarked on or before September 16, 2005 | If post-marked after September 16, 2005 | # People | | Cost | | Total |
|---|---|---|---|---|---|---|---|
| Member or Invited Guest (circle) | $850 | $900 | | X | | = | |
| Spouse/Companion or Children Over 18 | $550 | $600 | | X | | = | |
| | | | | | | SUBTOTAL | |

| OUTDOOR ACTIVITIES | Cost Per Person | # People | | Amount | | |
|---|---|---|---|---|---|---|
| Golf – See attached form for registration dates. | $240.00 | | X | | - | $ |
| Tennis USTA Rating _____ | $55 | _____ Male _____ Female | X | | - | $ |
| Sailing Experience Level (circle) Advanced Intermediate Novice | $75.00 Sailors  $15.00 Spectators | | X | | - | $ |
| Fun Run/Walk (includes T-Shirt) | $35 | | X | | - | |
| | | | | | SUBTOTAL | $ |

| SOCIAL EVENTS | |
|---|---|
| The following events are included for adults in your MLA Registration Fee. Please assist us by indicating the number in your party expected to attend. | # Adults (18 and over) |
| Welcome to Scottsdale Cocktail Reception | |
| Thursday Cocktail Reception | |
| Heard Museum Party | |
| Farewell Reception | |

Total Enclosed: $_____

8

# Hotel Information and Registration Form





**Fairmont Room**     **Deluxe Room**

Fairmont rooms are spacious and meticulously detailed boasting unique Southwestern decor that incorporates subtle desert hues and earthy accents. These rooms are located in the Main Building and offer sprawling views of the gardens, courtyards or Princess Plaza. They offer High Speed Internet access, well-defined living and work areas, spacious bathrooms with large dressing areas, separate shower and oversized bathtub, refreshment center, wet bar and a charming patio with a table and two chairs --- perfect for capturing a breathtaking Arizona sunset.

Deluxe rooms are luxuriously appointed with warm desert accents and Southwestern architecture. Located in the Main Building and the Villa Section, they offer views of the lagoon or the renowned TPC Stadium golf course (home to the FBR Open, formerly the Phoenix Open). Equipped with High Speed Internet access, well-defined living and work areas, spacious bathrooms with large dressing areas, separate shower and oversized bathtub, refreshment center, wet bar and a charming patio with a table and two chairs.

**KIDS CLUB** At the Fairmont Scottsdale Princess



Designed for children ages 5-12, the KIDS CLUB offers board games, Game Boys, coloring, Pictionary, desert walks, making music, movies, tag, fishing, outdoor Olympics, relay races, sack races, soccer, softball, basketball, story time, swimming, water games, crafts, tennis, art work and reading.

Hours:   Half Day Session        8:00 a.m. – 11:30 a.m.
         Full Day Sesssion       8:00 a.m. – 4:00 pm
         (NOTE: Full day includes children's lunch and afternoon snack at $12.00 per child)

COST:    Complimentary to hotel guests (except for $12.00 per child full day lunch expense)

<u>0-4 years old – Contact Concierge to reserve the services of a babysitter.</u>
12-16 year olds are encouraged to attend as a group leader

Full Day and Afternoon Children MUST be able to SWIM

## Hotel Reservations Must be Made Directly With The Fairmont Scottsdale

*HOTEL REGISTRATION*

9



## HOTEL REGISTRATION

| THREE WAYS TO REGISTER: |
|---|

Or mail form and deposit information to:

The Fairmont Scottsdale Princess
7575 East Princess Drive
Scottsdale, AZ 85255-5802
**Group Code: V 0140**

Call:  (480) 585-4848
Fax:   (480) 585-0091

*Callers must identify themselves as being with the MLA in order to qualify for the group room rates.*

Name of MLA Member
Or Invited Guest:  _____

Firm or Employer:  _____

Address:  _____
Street
_____
City          Country          Zip Code

Phone: _____    E-Mail: _____

Fax: _____

Number of Adults: _____    Number of Children Under 18: _____

**Arrival Date:** _____, 2005       **Departure Date:** _____, 2005
Check In Time is 4:00 p.m.                Check Out Time is 12:00 noon

| Accommodations | | | | | |
|---|---|---|---|---|---|
| Room Type | Rate Per Night Based on Single or Double Occupancy | Number of Guests | Number of Nights | Extra Person(s) in Room | Total Deposit (two nights) |
| **Fairmont Room** | $282.50 | | | | |
| **Deluxe Room** | $315.00 | | | | |
| **Suites** | Call Hotel for Information | | | | |

**Credit Card:**

Amex   Discovery   Visa   MasterCard

Number: _____

Name on Card: _____

Expiration Date: _____/_____

Please note hotel charges, reservation, and cancellation policies below.

A third person sharing a room is an additional $30.00 per night.  Children under 18 are complimentary for the room rate, but must pay the tax, gratuities and resort levy as described below.  Children 18 years old and under pay no resort levy.

Guaranteed reservations are held until 6:00 pm on the stated date of arrival unless guaranteed for late arrival.  To ensure accommodation availability, this reservation form and check or credit card payment for 2 nights' deposit per room must reach the hotel by September 30, 2005.  Deposits are refundable only if cancellation is received by the hotel at least 30 days prior to the date of arrival.

The Fairmont Scottsdale will extend the MLA room rate for three days prior and three days after the official conference dates, (November 2 through November 5, 2005), based on space availability.  Please note that service charges are not included in the above rates.  There is an additional $12.00 (subject to change) per person, charge to cover round trip porterage and a $2.00 (subject to change) per person daily charge for housekeeping services.  Currently, all room rates and housekeeping service charges are subject to an occupancy tax of 11.92% (subject to change).  Golf Club Storage is $6.50 per night/per bag, if utilized.  The current overnight valet parking charge is $18.50 per day.  Please note that self-parking is available on a complimentary basis.  All taxes, resort levy and gratuities are subject to change without notice.

Room rates are based upon the European Plan and no meals are included as part of the hotel's room rates.  However, the President's Welcome Reception, the Thursday Cocktail Reception, the Heard Museum Party, and the Farewell Reception are events that are included as part of your MLA Registration Fee.

10

**MLA GOLF TOURNAMENT REGISTRATION FORM**
**STADIUM COURSE/TPC OF SCOTTSDALE**

MLA meeting registrants and their guests must register for the MLA Golf Tournament on or before August 26, 2005. A final list of participants will be submitted to TPC no later than September 2, 2005.

Late registrants will only be able to participate in the MLA Golf Tournament on an "as available" basis. THIS MEANS IF YOU WANT TO PLAY GOLF IN THE MLA GOLF TOURNAMENT YOU SHOULD REGISTER AS SOON AS POSSIBLE. To register, please complete the MLA Golf Tournament Registration Form.

Because of the advance booking requirements at TPC, there will be no refund for pre-paid MLA Golf Tournament registrations after August 26, 2005. Cancellations before August 26, 2005 will result in a full refund.

Please Print or Type

Name: _____

Mailing Address: _____
_____

Telephone: _____      Facsimile: _____

E-Mail: _____      USGA Handicap or Estimate: _____

Format:       _____ Stroke Play       _____ Scramble

Please forward this Registration Form with full payment of $240.00 per player to:

Dennis Minichello, Esq.
Marwedel, Minichello & Reeb, P.C.
10 S. Riverside Plaza, Suite 720
Chicago, IL 60606-3726

with a copy of the Registration Form only to:

Alan C. Christian, Esq.
Johnstone, Adams, Bailey, Gordon & Harris, L.L.C.
Post Office Box 1988
Mobile, AL 36633
ACC@JohnstoneAdams.com

*MLA GOLF TOURNAMENT REGISTRATION*

11



Dennis Minichello, Esq.
Marwedel, Minichello & Reeb, PC
10 S. Riverside Plaza, Suite 660
Chicago, IL   60606-3709

**CLE IN SCOTTSDALE**

**To Save Up To $100**
**Registration Materials Must be Postmarked**
**On or before September 16, 2005**