Case 2:05-cv-04182-SRD-JCW   Document 11600-3   Filed 03/11/08   Page 1 of 16

# The Maritime Law Association of the United States

# FALL MEETING



# Fleet Week in San Francisco

October 3 – 7, 2006
Sheraton Palace Hotel



**TABLE OF CONTENTS**

Schedule, Summary of Meetings and Events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

President's Welcome Message . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

Sponsor Recognition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

San Francisco Arrangements Committee Contacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

Hotel Reservations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Seminar Reservations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8

Description of Events, and sign up information for separate tickets . . . . . . . . . . . . . . .9–12

Registration Forms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13, 14

Spousal/Companion Questionnaire . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15



The Maritime Law Association of the United States welcomes you to its Fall Meeting in San Francisco during Fleet Week. These days in San Francisco offer you:

- Centralized Meetings in the Historic Palace Hotel
- A wonderful welcome party on the waterfront
- Two full days of committee meetings
- Attend the Pacific Admiralty Seminar
- Enjoy a "Cuisines of San Francisco" dinner
- Experience the California Culinary Academy
- View the Blue Angels on a luncheon cruise
- Explore San Francisco and her environs



Fleet Week is a very popular week to visit the San Francisco Bay Area so it is essential to book early. A favorable rate has been secured at the Sheraton Palace Hotel and the Pacific Admiralty Seminar has been coordinated to fit into the schedule to provide you CLE credits. Additional CLE will be provided at Committee meetings. You will have Wednesday and Saturday evenings to visit your San Francisco restaurant of choice. The MLA Registration Fee is $250 for Members and MLA Guests and $150 for Spouse/Companion until August 31, when each fee will increase by $25.

## SCHEDULE:

| | |
|---|---|
| Tuesday, October 3 | Arrivals, Officers' Meeting |
| Wednesday, October 4 | Committee Meetings, Welcome Party at World Trade Club |
| Thursday, October 5 | Committee and Board Meetings, Cuisines of San Francisco Dinner |
| Friday, October 6 | Pacific Admiralty Seminar and lunch, California Culinary Academy Dinner |
| Saturday, October 7 | General Meeting, Blue Angels Champagne Lunch Cruise |




SCHEDULE • SUMMARY OF MEETINGS & EVENTS

PRESIDENT'S MESSAGE

Dear MLA Members and Guests:

Our Fall 2006 meeting will combine all the expected attractions-substantial CLE credit, business gathering opportunities, excellent committee sessions, and social gatherings with old and new friends and foreign guests-with the extraordinary attractions of San Francisco during Fleet Week. Our knowledgeable local Arrangements Committee has included something for everyone. In addition to CLE credits at committee meetings, the Pacific Admiralty Seminar will offer a full day seminar. You can both sample the cuisines of San Francisco at our reception at the Palace Hotel-a San Francisco landmark-and indulge in your own exploration of San Francisco's famed dining establishments. You can also view the spectacular feats of the Blue Angels while cruising the harbor or take advantage of the city's and region's unique offerings before and after the meeting.

I encourage you to stay at The Palace Hotel where all the committee meetings will be held, and to reserve early because hotel space is very scarce during the period of our meeting. Most of all, though, I encourage you to join us for what promises to be a memorable meeting from start to finish.

Lizabeth L. Burrell
President, The Maritime Law Association of the United States



We are most grateful to the sponsors (listed below), who helped defray the expenses of this conference, particularly the President's Welcome Cocktail Party.

| Sponsor | Amount |
|---|---|
| MATTHEW BENDER | $5000 |
| NATIONAL MARITIME SERVICES, INC. | $5000 |
| AMERICAN MARITIME CASES | $3000 |
| EMARD DANOFF PORT & TAMULSKI | $3000 |
| FLYNN, DELICH AND WISE LLP | $3000 |
| GIBSON ROBB & LINDH LLP | $3000 |
| KEESAL YOUNG & LOGAN | $3000 |
| LAW OFFICES OF GEORGE W. NOWELL | $3000 |
| SEVERSON & WERSON | $3000 |
| COX WOOTEN GRIFFIN HANSEN & POULOS | $2000 |
| BINGHAM McCUTCHEN | $1800 |
| LAW OFFICE OF JOHN A. EDGINTON | $1000 |

ACKNOWLEDGEMENT OF SPONSORS

**LOCAL MEMBERS**

Forrest Booth, Chair
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: 415.398.3344 / Fax: 415.956.0439
fb@severson.com

John A. Edginton, Vice-Chair
   Hotels and Events
124 Washington Ave., Ste. A-1
Point Richmond CA 94801-3979.
Tel: 510.232.7180
jedginton@edg-law.com

George Nowell, Meeting Treasurer
Law Offices of George W. Nowell
120 Montgomery Street, Suite 1990
San Francisco, CA 94104-4322
Tel: 415.362.1333 / Fax: 415.362.1344
george.nowell@nowelllaw.com

Ray Paetzold, Publicity
Emard Danoff Port & Tamulski LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel: 415.222.7400 / Fax: 415.227.4255
Rpaetzold@edptlaw.com

Gregory W. Poulos
Cox, Wootton, Griffin, Hansen & Poulos
190 The Embarcadero
San Francisco, CA 94105-1201
Tel: 415.438.4600 / Fax: 415.438.4601
gpoulos@cwghp.com

John D. Giffin
Keesal Young & Logan
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
Tel: 415.398.6000 / Fax: 415.981.0136
john.giffin@kyl.com

Mark O. Kasanin
Bingham McCutchen
Three Embarcadero Center, 25th Floor
San Francisco, CA 94111
Tel: 415.393.2000 / Fax: 415.393.2286
mark.kasanin@bingham.com

R. Michael Underhill
U.S. Dept. of Justice
Torts Branch, Civil Division
7-5395, Federal Bldg.
450 Golden Gate Avenue
P.O. Box 36028
San Francisco, CA 94102-3463
Tel: 415.436.6648 / Fax: 415.436.6632
mike.underhill@usdoj.gov

**OUT-OF-TOWN MEMBERS**

Robert J. Zapf
Duane Morris LLP
633 West 5th Street, Suite 4600
Los Angeles, CA 90071-2065
Tel: 213.689.7475 / Fax: 213.689.7401
rjzapf@duanemorris.com

C. Kent Roberts
Schwabe Williamson & Wyatt
PacWest Center, Suite 1600
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Tel: 503.222.9981 / Fax: 503.796.2900
ckroberts@schwabe.com

Stephen B. Johnson
Garvey Schubert & Barer
Second & Seneca Bldg.
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
Tel: 206.464.3939 / Fax: 206.464.0125
sjohnson@gsblaw.com



**For convenience and to support the conference, please stay at the Palace Hotel, where all meetings will take place.**

Reserve Here...

http://www.starwoodmeeting.com/StarGroupsWeb/booking/reservation?id=0604200083&key=8EB8B



Our meetings are centralized in San Francisco's historic Palace Hotel, located on Market Street at New Montgomery in the heart of the City. No more strategic location exists as the hotel has immediate access to the BART system, MUNI bus and rail, ferries to Sausalito and other Bay locations, and the surface Antique Streetcars, and is within walking distance of many of San Francisco's shopping, eating, entertainment and tourist attractions. You should not need a car unless you plan to travel outside of or to remote locations within the city.

The Montgomery Street BART Station has an entrance at the hotel location on Market Street. If you can manage your luggage, this is a fast and inexpensive way to go to and from the San Francisco Airport, and offers a connection to the Oakland Airport via a connector bus from Coliseum Station in Oakland. A map can be viewed on the Palace's website.

It is very important, as well as convenient to you, to stay at the Palace. We have negotiated a superb rate of $239++ for luxury rooms that ordinarily sell for $300+. This hotel is providing us our meeting space and amenities without charge and will host our "Cuisines of San Francisco" dinner on Thursday evening. They deserve our patronage for so kindly accommodating our needs. From the photographs and from their website you will see what a gracious and lovely site this is. Go to the web link below to find a special reservation page for our group, or how you can reserve by telephone or fax. **This group block expires on September 9, 2006.** When using other than the web page to reserve, be sure to advise you are with the MLA to receive our special room rate. **YOU MUST RESERVE EARLY** because our meeting is timed to coincide with Fleet Week, good weather and the Bay Area's usual Indian summer. Accordingly, it is a busy time in the City and, **PARTICULARLY IF YOU WANT TO COME EARLY OR STAY LATER**, you should **RESERVE IMMEDIATELY.**

Hotel space will be at a premium in early October. You also should make restaurant or other reservations early for the same reason. If the Palace is sold out by the time you reserve, you will be referred to alternate space as we have made a back-up reservation block at a hotel nearby, which is very close to the Pacific Admiralty Seminar location.

**HOTEL RESERVATIONS**

# PACIFIC ADMIRALTY SEMINAR • Friday, October 6, 2006

**Sign up Here...**

http://www.sfbar.org/calendar/eventdetail.aspx?id=223

The Steering Committee of the Pacific Admiralty Seminar graciously agreed to support the 2006 Fall MLA meeting by reducing its normal two-day seminar to a single day to fit the San Francisco meeting schedule. The Seminar is held through the auspices of the Bar Association of San Francisco in the comfortable and attractive quarters of the Merchants Exchange Conference Center, at 465 California Street, 15th Floor, which used to be the San Francisco Commercial Club (designed by Julia Morgan of Hearst Castle fame). Those who attended the 1969 San Francisco meeting will remember the venue as that of one of the cocktail parties that year. The Seminar program runs from 8:30 am to 4:30 pm, with registration, coffee and pastries starting at 7:30 am. The lunch begins at 11:45 am and concludes at 1:15 pm, featuring an ethics CLE talk by the Honorable Edith Brown Clement of the Fifth Circuit. The seminar resumes at 1:30 pm. Lunch is less than a block away from the Seminar.

This separately ticketed and separately reserved program is $325 for registrants applying before July 31, 2006 and $395 after that date. Included in the price is **lunch at the Bankers' Club (Carnelian Room) located high atop the Bank of America building (San Francisco's highest venue), from which you should be able to see the Blue Angels practice for their weekend performances.** The Seminar focus is **Emerging and Enduring Issues in Maritime Law**, and you will be able to see and print the Seminar program from the website link above. The seminar will provide 6 hours of CLE.



**PACIFIC ADMIRALTY SEMINAR RESERVATIONS**

# MLA EVENTS

## Events Included in Registration Fee

### Committee and Other Meetings

**Wednesday and Thursday, October 4 and 5, Saturday, October 7**
**Location: Various rooms in the Palace Hotel**

The current schedule for Committee and other MLA meetings for the Fall Meeting in San Francisco is available on the MLA website Events Calendar (http://www.mlaus.org), which will be updated as schedules are finalized. Some Committees will be offering CLE credit during meetings or a lunch as noted. For further information on Committee meetings and their agendas, go to the particular Committee page on this website. Your registration fee covers meeting room amenities.

### President's Welcome Reception

**Wednesday, October 4, 5:30-7:30 pm**
**World Trade Club, Foot of Market Street.**

The venue for this event is the San Francisco World Trade Club, located at the foot of Market Street adjacent to San Francisco's Ferry Building, the arrival point for most transcontinental passengers prior to the San Francisco/Oakland Bay Bridge being built. The Club is located in a waterfront building just south of the Ferry Building. Weather permitting, we will be able to take advantage of both indoor and outdoor facilities for this party, part of the cost of which has been borne by our generous Meeting Sponsors, identified in this brochure. The Club has a great view of the East Bay, the Bay Bridge, which towers overhead, and Yerba Buena Island. There will be ample ship and yacht traffic to keep you amused. Light snacks will be served to keep your appetite sharp for a San Francisco Restaurant evening. See the restaurant recommendations and comments in the Events Calendar section of the MLA website. Dress will be smart casual, ties optional. Registrants for the PAS Seminar who are not MLA registrants are invited to purchase tickets for this event. Since it may be cool and breezy, you may wish to have an extra layer in case you choose to enjoy the party outdoors on the pier. Additional tickets for this event may be available on a space available basis. See the registration form.



### Cuisines of San Francisco Dinner    Thursday, October 5, 7:00 pm
### Garden Court, Palace Hotel



This sumptuous dinner is in the beautiful Garden Court of the Palace hotel (an indoor location). In addition to being historic, the Palace is known as one of San Francisco's better banquet hotels and this event is one of their specialties. This dinner celebrates Asian, Seafood, Italian and Hispanic dishes. Service will be from buffet style food stations with "grazing" tables to allow you to sit and enjoy your current selection. Naturally, there will be luscious desserts as well. Wine and beer are included, as are soft drinks, coffee and tea. A cash bar will available. The room will open at 7:00 pm and the food stations will open at 7:45 pm. Save your appetite for this exceptional dinner, San Francisco style! Dress will be business attire. Registrants for the PAS Seminar who are not MLA registrants are invited to purchase tickets for this event. Additional tickets for this event may be available on a space available basis. See the registration form.

## Separately Ticketed Events Not Included in Registration Fee

### California Culinary Academy Dinner    Friday, October 6, 6:30 pm
California Culinary Academy
625 Polk Street
$64 per person



The Academy is located in an historic building at 625 Polk Street at Turk Street, a short taxi ride from the hotel. This event is a recreation of the annual Phil-Berns-organized West Coast Admiralty Dinner, an unfailing sell-out. The Academy trains Cordon Bleu level chefs, who love to shine for events like this. (They receive a grade!) The evening begins with a number of exquisitely presented canapé tables positioned around the room, loaded with seafood and other starters. Many find this adequate for dinner, but you should pace yourself for there is much more to come. You will soon be asked to enter the kitchen where there are several serving lines, each



featuring a number of entrées and side dishes. Some wine and coffee is included in the price and there is a cash bar for other beverages. The dessert table features many courses and is spectacular, usually crowned by an ice sculpture. **Order your tickets early for this event as we expect a sell out.** Registrants for the PAS Seminar who are not MLA registrants are invited to purchase tickets for thisevent.  The Bar will be open for those who wish spirits.  Dress will be smart casual, ties optional. Additional tickets for this event may be available on a space available basis.   See the registration form..

## Blue Angels Champagne Lunch Cruise
### Hornblower Cruises Dock at Pier 3
### $75 per person

**Saturday, October 7, 1:30 pm**

Following the General Meeting on Saturday, there will be a lunch cruise on San Francisco Bay on the Hornblower Dining Yacht SAN FRANCISCO BELLE. The departure pier is two piers west of the Ferry Building and can be reached from the Palace Hotel by surface antique trolley, a moderate walk, or a short taxi ride. We will not be the only passengers since this is a large vessel, but we will work to assure we are all in the same area of the vessel. A delightful buffet lunch will be served with a complimentary glass of champagne. You should board at 1:30 pm so you can start lunch before departure at 2:30pm, as you will want to be ready to watch the Blue Angels at 3 pm. During Fleet week there are a number of vessels on display and a parade of ships and yachts precedes the air show by the Blue Angels. Be forewarned that these FA18 jets are VERY loud and you may want to consider bringing ear protection. The Hornblower dining yachts are very smooth sailers, but those prone to motion sickness should take preventative measures, particularly if it is windy. The dress for this event is casual and you are warned to bring warm, windproof clothing if you expect to spend time out on deck. We expect to return to the Pier by 4:30 PM. This event will conclude our San Francisco meeting.



DESCRIPTION OF EVENTS, SIGN UP INFO, & TICKETED EVENTS

### Commercial Tour To The Wine Country

You will be able to book a tour of this sort through the Concierge at the hotel. Depending on the demand, we may be able to make it a MLA group. Please indicate on the questionnaire whether you have interest in doing this.

### Commercial Tour To Monterey–Carmel

You will be able to book a tour of this sort through the Concierge at the hotel. Depending on the demand, we may be able to make it a MLA group. Please indicate on the questionnaire whether you have interest in doing this.

### Guided Walks In San Francisco

San Francisco CITY GUIDES conduct a regular daily program of walking tours (including a historical tour of the Palace Hotel and we will make this schedule available to you. Again, if a sufficient number of attendees are interested in this activity, we might be able to arrange a dedicated tour. Please indicate on the questionnaire whether you have interest in doing this.

### Architectural Heritge Walking Tour In Berkeley

This will be a special privately conducted architectural heritage tour in Berkeley, featuring architectural works by Bernard Maybeck, Julia Morgan and Greene & Green and including lunch at the Faculty Club on the University of California campus (Maybeck design). Both residential areas and public buildings are included; if possible, at least one private home interior may be visited.

This will involve a trip from San Francisco to Berkeley (and return) on the BART system, with small bus transportation from the North Berkeley BART Station. Walking in the Berkeley Hills will be required. Jane Edginton and other members of the Berkeley Architectural Heritage Association will be your guides. Duration: About 9 am to 4:30 pm.

The group will be limited to about 20 People. If enough people express interest in this excursion we will charter the bus and arrange for lunch. The price will be set when we know how many people likely will be in the group, and will include BART and bus transportation and lunch. You will be advised by email. One of the guides will meet you at the hotel and guide you through the BART process. This is much more reliable time-wise than bussing over the Bay Bridge.
The deadline for expressing interest in this event is August 25.

### Registration Forms And Questionnaire

To register for the MLA Meeting it will be necessary to download the registration form and the Spousal/Companion Events questionnaire and follow the instructions on them. Each form can be found on the Events Calendar of the MLA website www.mlaus.org. Note that the registration form is a two-sided document. You may also copy the forms from this brochure. Each form must be mailed as indicated, and no reservations are accepted or valid without payment, preferably by check. **Please note that we have extended the low registration fee cut off date to August 31.** Questions should be directed and forms mailed to: Law Offices of George W. Nowell (See Committee Page for contact details).

If you have questions about specific events contact John Edginton or Forrest Booth (see Committee Page for contact details.

SPOUSAL/COMPANION EVENTS AND TOURS

# MLA FALL MEETING

Please print or copy this form and, after completing both sides *mail it with full payment to*:

Law Offices of George W. Nowell
120 Montgomery St., Ste. 1990
San Francisco, CA 94104



**REGISTRATION FORM**

Name: _____

**Firm or Employer:**

_____

_____

Address: _____
Street/Unit #/Suite

_____
City, State or Country and Postal Code

Phone/Cell: _____
Email address

_____
Fax: _____
Name of spouse/companion

_____
_____
Name(s) and ages of children

**Check each applicable category:**

| _ | MLA Member | _ | MLA Guest | _ | PAS Only Registrant |
| _ | Officer | _ | Director | _ | Committee Chair |
| _ | Past MLA President | _ | SF Arrangements Comm. | | |

Names desired on badges:   _____   _____

_____   _____   _____

*Note: PAS registrants are invited to certain events and may reserve them with this form.   To foster our tradition of collegiality, we ask your cooperation in holding no private parties.  Registrants wishing to include others in specific events may so indicate on the reverse side of this form and invitations may be extended on a space available basis after all registrants are accommodated.  Size of some events may be limited due to the venue capacity.*

REGISTRATION FOR MLA MEETINGS & EVENTS

## REGISTRATION FOR MLA MEETINGS AND EVENTS

| MLA REGISTRATION | Postmarked before August 31, 2006 | Postmarked After August 31, 2006 | No. | | Cost | | Total |
|---|---|---|---|---|---|---|---|
| Member/MLA guest (circle) | $250 | $275 | | x | | = | |
| Spouse/Companion or Children over 18 years | $150 | $175 | | x | | = | |
| | | | | | | Subtotal | |

| TICKETED EVENTS (MLA Registrants) | Cost Per Person | No. | | Total |
|---|---|---|---|---|
| Culinary Academy Dinner; Friday October 6 | $64 | x | = | |
| Blue Angels Lunch Cruise; Saturday October 7 | $75 | x | = | |
| | | | Subtotal | |

| TICKETED EVENTS PAS ONLY AND MLA CHILD REGISTRANTS | Cost Per Person | No. | | Total |
|---|---|---|---|---|
| Welcome Cocktail Party; Wednesday Oct. 4 | $35 | x | = | |
| Palace Hotel Dinner; Thursday Oct. 5 | $125 | x | = | |
| Culinary Academy Dinner; Friday October 6 | $64 | x | = | |
| Blue Angels Lunch Cruise; Saturday October 7 | $75 | x | = | |
| | | | Subtotal | |

Please make checks payable to "MLA"     **Total Enclosed**

**MLA REGISTRANTS:  Indicate the number of people in your party attending:** *(Remember to order tickets for children attending these and other events)*

_____     Welcome Cocktail Party at the World Trade Club

_____     Cuisines of SF Dinner in the Palace Hotel, Garden Court

**MLA REGISTRANTS:  On a space available basis, I would like the indicated number of additional tickets to the following events at the PAS only registrants prices shown above:PAS REGISTRANTS:**     On a space available basis, I would like the indicated number of additional tickets to the following events at the PAS only registrants prices shown above:

**Please print or copy this form and mail it to:**

Law Offices of George W. Nowell
120 Montgomery St., Ste. 1990
San Francisco, CA 94104



# SPOUSAL/COMPANION EVENTS

**PLEASE INDICATE YOUR INTEREST IN ANY OF THE FOLLOWING ACTIVITIES AND EMAIL OR FAX THIS FORM TO THE LAW OFFICES OF GEORGE W. NOWELL**
**Email: georgewnowell@nowelllaw.com          Fax: (415) 362-1344**

- I am interested in a walking tour of San Francisco with historic emphasis (Wed. through Fri. – half-day).     **No. people.** ____     Cost to be advised.

- I am interested in an all-day bus trip to the Napa Valley Wine country, including some wine tasting and lunch (Wed. through Fri.).  Unless a full bus, other than MLA people may be included.  This will be a commercial tour.  **No. people.** _____

- I am interested in an all-day bus Trip to Carmel-Monterey Peninsula, including a visit to the renowned Monterey Aquarium, lunch and shopping time in Carmel (Wed. through Fri).  **No. people.** _____     Same conditions as wine country tour.

- I am interested in a special privately conducted architectural heritage tour in Berkeley, featuring works by Bernard Maybeck, Julia Morgan and Greene & Green and including lunch at the Faculty Club on the University of California campus (Maybeck design).  This will involve a trip from San Francisco to Berkeley (and return) on the BART system, with small bus transportation from the North Berkeley BART Station.  There will be walking in the Berkeley Hills required.  Jane Edginton and other members of the Berkeley Architectural Heritage Association will be your guides.  Duration: About 9 am to 4:30 pm.  Limited to about 20 People.
**No. people.** ____.

These ventures will be arranged if there is sufficient interest and you will receive subsequent email advice regarding arrangements and whether the tour will be operated.
You will be asked to pay in advance to confirm your reservations on any of these tours.

There are many other activities that you may undertake on your own and there will be more information about these in the website announcement on www.mlaus.org and a printed brochure to be mailed.

**Name and contact information:**      _____

**Email:** _____          _____

                                          _____



Law Offices of George W. Nowell
120 Montgomery Street
Suite 1990
San Francisco, CA 94104-4322

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
BUFFALO, NY
PERMIT NO. 3767



FLEET WEEK IN SAN FRANCISCO

**To save up to $100,
registration materials must be postmarked
by August 31, 2006.**