UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION |
| PERTAINS TO:   BARGE | *  NO. 05-4182 |
| | *  and consolidated cases |
| Boutte v. Lafarge         05-5531 | |
| Mumford v. Ingram      05-5724 | *  SECTION "K" (2) |
| Lagarde v. Lafarge      06-5342 | |
| Perry v. Ingram            06-6299 | *  JUDGE |
| Benoit v. Lafarge         06-7516 | *  STANWOOD R. DUVAL, JR. |
| Parfait Family v. USA  07-3500 | |
| Lafarge v. USA             07-5178 | *  MAG. JOSEPH C. WILKINSON, JR. |

ORDER DENYING THE MOTION TO
QUASH SUBPOENA DUCES TECUM FILED BY
THE MARITIME LAW ASSOCIATION

   This matter comes before the Court on the February 28, 2008 Motion to Quash Subpoena in Civil case filed by the Maritime Law Association (doc. # 11459) and the March 7, 2008 Opposition of Plaintiffs.

   Plaintiffs have shown a compelling need for the information in question, to identify materials relative to the breakaway of Ingram hopper barge ING 4727 during Hurricane Katrina and information available to the defendants with regard to the safe and proper mooring, handling and / or securing of barges generally and in circumstances of severe weather.  The movant has failed to demonstrate its entitlement to a quashing order.  It is therefore hereby

1

ORDERED:

that the Motion to Quash filed by the Maritime Law Association is DENIED.

New Orleans, Louisiana, this _____ day of _____, 2008

_____
Joseph C. Wilkerson, Jr.
United States Magistrate Judge

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**