UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.  05-4182 "K"(2)<br>JUDGE: STANWOOD K. DUVAL<br>MAGISTRATE: WILKINSON |
|---|---|
| PERTAINS TO:   INSURANCE<br><br>08-1152 (Russell and Diana Tardo,<br>           v. Met Life Insurance Company) | |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes RUSSELL and DIANA TARDO, Plaintiffs herein, through their counsel of record, who agree that all claims of Plaintiffs in the above numbered and entitled cause of the original complaint, against METLIFE INSURANCE COMPANY, be dismissed, without prejudice.

Respectfully submitted,

S/Stuart Barasch

STUART BARASCH (20650)
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279
E-mail: sbarasch1@aol.com

1

CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all enrolled parties.

*S/Stuart Barasch*
STUART BARASCH