UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE: STANWOOD K. DUVAL MAGISTRATE: WILKINSON |
|---|---|
| PERTAINS TO:   INSURANCE<br><br>08-1152 (Russell and Diana Tardo,<br>          v. Met Life Insurance Company) | |

ORDER

CONSIDERING THE FOREGOING, Motion to Dismiss without prejudice;

IT IS ORDERED that the Petition and all claims of plaintiffs RUSSELL and DIANA TARDO, against METLIFE INSURANCE COMPANY, be, and are hereby DISMISSED, without prejudice.

New Orleans, Louisiana, this _____ day of March, 2008

_____
UNITED SATES DISTRICT COURT