UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHESCIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)
************************************************************************

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF AAA'S MOTION TO COMPEL COMPLIANCE WITH CONSENT JUDGMENT

**NOW INTO COURT**, through undersigned counsel comes plaintiff, Auto Club Family Insurance Company ("AAA"), who respectfully requests leave of Court to file its Reply Memorandum in Support of AAA's Motion to Compel Compliance with the Consent Judgment on the grounds that it may assist the court in its decision on the pending motion set for hearing March 19, 2008. Mover requests leave of court to file its Reply Memorandum in Support of AAA's Motion to Compel at this time.

**WHEREFORE**, Auto Club Family Insurance Company prays that this Honorable Court allow it leave to file its Reply Memorandum in Support of AAAs' Motion to Compel Compliance.

Respectfully submitted,

UNGARINO & ECKERT L.L.C.

　/s/　 *William H. Eckert*　　　.
**WILLIAM H. ECKERT (#18591)**
**HELEN H. BABIN (#22730)**
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:　*(504) 836-7556*
Fax:　　　*(504) 836-7566*
　E-mail:  beckert@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2008 I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

　/s/  *William H. Eckert*　　.
　　　WILLIAM H. ECKERT