UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES　　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)
*****************************************************************

ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that defendant, Auto Club Family Insurance Company ("AAA") be granted leave to file its Reply Memorandum in Support of AAA'S Motion to Compel Compliance with Consent Judgment.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**U.S. DISTRICT COURT JUDGE**