# UNGARINO & ECKERT, L.L.C.

ATTORNEYS AT LAW
*NEW ORLEANS OFFICE*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

| | | |
|---|---|---|
| MATTHEW J. UNGARINO<br>WILLIAM H. ECKERT ‡<br>WAYNE R. MALDONADO<br>ALBERT D. GIRAUD<br>EMILE A. BAGNERIS III<br>PIERRE M. LEGRAND<br>BRIAN D. SMITH *<br>MICHAEL J. TARLETON ‡<br>BRUCE D. BEACH *<br>DAVID P. SULLIVAN †<br>DAVID C. KIMMEL<br>ROBIN L. JONES<br>STEPHEN M. GELÉ | **LOUISIANA OFFICES**<br>*New Orleans   Baton Rouge*<br>*Shreveport   Lafayette*<br><br>**MISSISSIPPI OFFICES**<br>*Jackson   Gulfport*<br><br>WRITER'S DIRECT DIAL: **(504) 836-7556**<br>FAX: (504) 836-7566<br><br>E-MAIL: beckert@ungarino-eckert.com | DAVID I. BORDELON<br>IMELDA T. FRUGÉ, R.N.<br>JAMES M. BENSON<br>DONALD R. KLOTZ, JR.<br>J. MICHAEL NASH<br><br>K. ELIZABETH HEINEN<br>SHANDA L. LEWIS ʎ<br>RHONDA J. THOMAS, R.N. ‡<br>KELLY O. THIBEAUX<br>PAUL J. HAMMER<br><br>SPECIAL COUNSEL<br>ALAN C. GOODMAN ‡<br>GINGER K. DEFOREST<br>KAREN G. ARENA<br>HELEN H. BABIN |

\* Admitted in Louisiana & Texas
‡ Admitted in Louisiana & Mississippi
† Admitted in Mississippi
ʎ Admitted in Mississippi & Texas

January 17, 2008

Andrea Lestelle                                         *VIA FACSIMILE: 504-828-1229*

Re:   Latoya Williams vs. Auto Club Family Ins. Co.
      Claim No. HO809096
      Our File No. 33-10149

Dear Andrea:

I now have spoken to my client.

In response to your fax to Judge Duval of 1/16/08, I need written confirmation who the correct attorneys are for Ms. Williams. This is the first communication I have ever received from you on this file that I can recall. I need to know that when I speak with someone it is the correct person who has authority to act.

If you are one of the attorneys of record, then you should be getting E-file notices and you would have received notice of my motion and hearing date so I don't know why your office just found out about my motion.

When was this ACG received in relation to the 3 depositions and mediation that Ms. Williams did not appear for?

While we understand the post Katrina world can be confusing, AAA has attempted to handle this file fairly and reasonably and I believe we have done so. Our efforts to move discovery along and settle this case are well documented, as are the multiple discussions with Ms. Williams' counsel that she did not want to pursue the claim. There has never been any reference to any ACG funds or confusion before now. It has always been she did not want to pursue the claim anymore.

G:\DOCS\10000's\10100-10199\10149\Ltr.Lestelle.001.sar.doc

EXHIBIT
B

January 17, 2008
Page 2 of 2

    Also, she is one of the lead plaintiffs in another federal class action so she still has remedies there. AAA has paid over $16,000 already. Also, she has received at least some grant money.

    I cannot withdraw the currently pending motion based upon the current status of the case. I would like to discuss this with the judge, if possible, or we can just file supplemental briefs. I have not received any opposition from you so I don't really know what your position is other than your letter and our preliminary discussions late yesterday afternoon.

    With kind regards, I remain

                                  Sincerely yours,

                                  William H. Eckert

WHE/sar
cc:    Derek Lipscombe : lipscombe.derek@aaa-calif.com
        Thomas R. Collins: *Collins.Tom@aaa-calif.com*

G:\DOCS\10000's\10100-10199\10149\Ltr.Lestelle.001.sar.doc