MINUTE ENTRY
WILKINSON, M. J.
MARCH 10, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Balfour, 06-3992   JUDGE DUVAL
MAG. WILKINSON

    A Preliminary Conference was held in the referenced case, Bruce Balfour et al. v. Hanover Ins. Co., C.A. No. 06-3992 c/w 05-4182, on March 10, 2008. Participating via telephone were David Cannella, representing plaintiffs, and LaDonna Wilson, representing defendant. The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing non-class action cases asserting claims involving individual adjusting and coverage issues, including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

    Settlement possibilities were discussed. Settlement offers have been exchanged. Both sides requested that the court conduct a settlement conference. Accordingly, **IT IS**

MJSTAR: 0 : 15

**ORDERED** that a settlement conference will be conducted before me on **April 1, 2008 at 3:00 p.m.**

                                        JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**