UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: | SECTION: "K" (2) |
| 07-4997 | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER GRANTING *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**CONSIDERING** the foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record (the "*Ex Parte* Motion") and good cause appearing,

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion is **GRANTED** and Martha Y. Curtis ( La. Bar No. 20446) of Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC, 909 Poydras Street, Suite 2800, New Orleans, LA 70112, shall be enrolled additional co-counsel of record for Plaintiffs in this suit.

New Orleans, Louisiana, this  11th  day of March, 2008.

_____
JUDGE STANWOOD R. DUVAL, JR.