UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| | * * | JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: INSURANCE (06-8756) DON AND CYNTHIA RILEY v. ALLSTATE INSURANCE COMPANY | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE above and foregoing Joint Motion to Dismiss:

IT IS ORDERED that the matter be and the same is hereby dismissed, with prejudice, each to bear its own costs.

NEW ORLEANS, LOUISIANA this __11th__ day of _____March_____, 2008.

_____
UNITED STATES DISTRICT JUDGE

MWC 357.0071