UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| PERTAINS TO:     INSURANCE | * <br> * | SECTION "K-2" |
| R.C. TIPPEN and CARRIE TIPPEN<br>C.A. NOS. 06-7701 c/w 06-8440 | * <br> * <br> * | JUDGE DUVAL <br><br> MAG. JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**O R D E R**

Considering the foregoing Motion to Continue Motion for Summary Judgment;

IT IS HEREBY ORDERED that the Motion for Summary Judgment presently scheduled to take place on Wednesday, March 19, 2008 at 9:30 a.m. is hereby continued to the 2nd day of April, 2008 at 9:30 a.m., to take place in Room C-352 at the United States District Court located at 500 Poydras St., New Orleans, LA 70130.

New Orleans, State of Louisiana, this 11th day of March, 2008.

_____
JUDGE