UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATD LITIGATION | * CIVIL ACTION<br>* NO.: 05-4182 "K" (2)<br>* JUDGE STANWOOD R. DUVAL,<br>* JR.; MAG. JOSEPH C.<br>* WILKINSON, JR. |
| PERTAINS TO:   INSURANCE<br>*Jack Worgan v. State Farm Fire and Casualty Company – 07-8621* | * <br>* |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**ON MOTION** of Dan Richard Dorsey and Emily S. Morrison of the firm of Porteous, Hainkel & Johnson, L.L.P., and David A. Strauss of the firm of King, Krebs & Jurgens, P.L.L.C., and on suggesting to the Court that Dan Richard Dorsey and Emily S. Morrison wish to withdraw as counsel of record for State Farm Fire and Casualty Company, and to substitute David A. Strauss as counsel of record for defendant, State Farm Fire and Casualty Company, in the above numbered and entitled causes.

| **Respectfully submitted,** | **Respectfully submitted:** |
|---|---|
| /s/ Dan Richard Dorsey | /s/ David A. Strauss |
| DAN RICHARD DORSEY (#18188)<br>ddorsey@phjlaw.com<br>EMILY S. MORRISON (#18351)<br>emorrison@phjlaw.com<br>PORTEOUS, HAINKEL & JOHNSON, LLP<br>408 N. Columbia Street<br>P. O. Box 2086<br>Covington, LA  70434-2086<br>Telephone: (985) 893-4790 | DAVID A. STRAUSS (T.A.) (#24665)<br>CHRISTIAN A. GARBETT, SR. (#26293)<br>SARAH SHANNAHAN MONSOUR (#30957)<br>KING, KREBS & JURGENS, P.L.L.C.<br>201 St. Charles Avenue, 45th Floor<br>New Orleans, LA 70170<br>Telephone: (504)582-3800<br>Facsimile: (504)582-1233<br>dstrauss@kingkrebs.com;<br>cgarbett@kingkrebs.com;<br>smonsour@kingkrebs.com |

1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 12th day of March, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Stuart Barasch. The documents are available for viewing and downloading from the ECF system.

/s/ Dan Richard Dorsey
DAN RICHARD DORSEY