UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATD LITIGATION | * CIVIL ACTION<br>* NO.: 05-4182 "K" (2)<br>* JUDGE STANWOOD R. DUVAL,<br>* JR.; MAG. JOSEPH C.<br>* WILKINSON, JR. |
| PERTAINS TO:   INSURANCE<br>*Jack Worgan v. State Farm Fire and Casualty Company – 07-8621* | *<br>* |

*************************************************************

### ORDER

**IT IS ORDERED** by the Court that the name of David A. Strauss be substituted for Dan Richard Dorsey and Emily S. Morrison as counsel for defendant, State Farm Fire and Casualty Company.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2008.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

3