UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass., No. 06-5127) | * | |
| (Sims, 06-5116) | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNOPPOSED MOTION TO CONTINUE HEARING

**NOW COME** Plaintiffs, Elizabeth H. and William Keith DePass, IV, et al, (06-5127) and Leslie Sims, Jr., et al, (06-5116), who move the Court to continue the March 19, 2008, hearing date for Defendant's Motion to Dismiss (Doc. 11374) and reschedule the hearing date to April 30, 2008, a date when counsel for plaintiffs and defendant are available. Counsel for defendant has consented to this motion.

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7210

JOHN J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

W370495

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this  12th  day of March, 2008.

               /s/ William C. Gambel
               William C. Gambel

W370495