UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **No. 05-4182** |
| **PERTAINS TO:** | * | **& Consolidated Cases** |
| **LEVEE (DePass., No. 06-5127)** | * | |
| **(Sims, 06-5116)** | * | **SECTION K** |
| | * | **JUDGE DUVAL** |
| | * | **MAGISTRATE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

CONSIDERING Plaintiff's Unopposed Motion to Continue Hearing on Board of Commissioners, East Jefferson Levee District's Motion to Dismiss scheduled for March 19, 2008,

IT IS ORDERED that Plaintiff's Unopposed Motion to Continue Hearing is granted, said hearing is re-set for **April 30th, 2008**, at **9:30 a.m**.

New Orleans, Louisiana, this ____ day of _____, 2008.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

W370499