UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
      CONSOLIDATED LITIGATION

                                                    NO. 05-4182 "K" (2)

PERTAINS TO: BARGE                                        JUDGE DUVAL
                                                               MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION:     Motion of the Secretary of the Louisiana Department of Revenue to Quash Subpoena in a Civil Case, Record Doc. No. 11355

O R D E R E D:

 XXX : GRANTED. The subpoena is quashed. For the same reasons set out in the second paragraph of Record Doc. No. 11553, no response to this overly broad subpoena is required.

                        New Orleans, Louisiana, this __12th__ day of March, 2008.

                                                      JOSEPH C. WILKINSON, JR.
                                          UNITED STATES MAGISTRATE JUDGE