MINUTE ENTRY
WILKINSON, M. J.
MARCH 11, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Flowers</u>, 06-9246 | JUDGE DUVAL MAG. WILKINSON |

A settlement conference was conducted in the referenced <u>Flowers</u> case on this date before the undersigned magistrate judge. Participating were: Joseph W. Rausch, representing plaintiff; Richard E. King, representing defendant. Considering the record and the representations of counsel, **IT IS ORDERED** that the pretrial conference previously scheduled before me on March 26, 2008, is CANCELLED. **IT IS FURTHER ORDERED** that a settlement conference, which plaintiff's representative will attend in person, will be conducted before me on **March 28, 2008 at 10:30 a.m.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 50