FILED '08 MAR 12 10:12 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: LEVEE

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

## ORDER

Considering the foregoing *Ex Parte* Motion for Expedited Hearing on Joint Motion to Amend CMO No. 4;

**IT IS ORDERED** that the Motion is hereby GRANTED and that the Joint Motion to Amend CMO No. 4 shall be heard on ~~March~~ April 1, 2008. Any opposition thereto shall be due ~~February~~ March 28, 2008, at 5:00 pm. This motion shall be taken on the papers unless the Court determines a need for oral argument at a later time.

NEW ORLEANS, LOUISIANA, this 11 day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE