FILED'08 MAR 12 10:12 USDC-LAE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**
**NO. 05-4182**
**SECTION "K" (2)**

**PERTAINS TO: INSURANCE –INSURANCE SUITS**
**PENDING IN THE INSURANCE UMBRELLA THAT**
**INVOLVE STATE FARM AND HARTFORD AS DEFENDANTS:**

06-11198; 06-1386; 06-2919; 06-4155; 06-4703; 06-4746; 06-4952; 06-4954; 06-7307; 06-7487; 06-7585; 06-7922; 06-8451; 06-8452; 06-8602; 06-8942; 06-8952; 06-9077; 06-9151; 06-9152; 06-9874; 06-9990; 07-0245; 07-1561; 07-1562; 07-1563; 07-1564; 07-1565; 07-1566; 07-1567; 07-1568; 07-1569; 07-1570; 07-1571; 07-1572; 07-1573; 07-1574; 07-1575; 07-1576; 07-1577; 07-1578; 07-1579; 07-1580; 07-1581; 07-1582; 07-1583; 07-1584; 07-1585; 07-1586; 07-1587; 07-1588; 07-1589; 07-1590; 07-1591; 07-1592; 07-1593; 07-1594; 07-1595; 07-1596; 07-1597; 07-1598; 07-1599; 07-1600; 07-1601; 07-1602; 07-1603; 07-1604; 07-1605; 07-1606; 07-1607; 07-1608; 07-1609; 07-1782; 07-1783; 07-1784; 07-1785; 07-1787; 07-1788; 07-1789; 07-1790; 07-1791; 07-1792; 07-1793; 07-1794; 07-1795; 07-1797; 07-1798; 07-1799; 07-1800; 07-1801; 07-1803; 07-1804; 07-1805; 07-1806; 07-1807; 07-1808; 07-1809; 07-1810; 07-1811; 07-1812; 07-1813; 07-1814; 07-1815; 07-1816; 07-1817; 07-1818; 07-1819; 07-1823; 07-1858; 07-1859; 07-1860; 07-1861; 07-1862; 07-1863; 07-1864; 07-1865; 07-1866; 07-1867; 07-1868; 07-1869; 07-1870; 07-1871; 07-1872; 07-1873; 07-1874; 07-1875; 07-1876; 07-1877; 07-1878; 07-1879; 07-1880; 07-1881; 07-1882; 07-1883; 07-1884; 07-1885; 07-1886; 07-1887; 07-1888; 07-1889; 07-1890; 07-1891; 07-1892; 07-1894; 07-1895; 07-1896; 07-1897; 07-1898; 07-1899; 07-1900; 07-1901; 07-1902; 07-1903; 07-1904; 07-1906; 07-1907; 07-1908; 07-1909; 07-1911; 07-1912; 07-1913; 07-1914; 07-1915; 07-1916; 07-1917; 07-1918; 07-1919; 07-1920; 07-1921; 07-1943; 07-1944; 07-1945; 07-1946; 07-1947; 07-1948; 07-1949; 07-1951; 07-1952; 07-1953; 07-1954; 07-1955; 07-1956; 07-1958; 07-1959; 07-1960; 07-1961; 07-1962; 07-1963; 07-1964; 07-1965; 07-1966; 07-1967; 07-1968; 07-1969; 07-1970; 07-1971; 07-1972; 07-1973; 07-1974; 07-1975; 07-1976; 07-1977; 07-1978; 07-1979; 07-1980; 07-1981; 07-1982; 07-1983; 07-1984; 07-1985; 07-1986; 07-1987; 07-1988; 07-2018; 07-2020; 07-2021; 07-2022; 07-2023; 07-2025; 07-2026; 07-2027; 07-2028; 07-2029; 07-2030; 07-2031; 07-2032; 07-2033; 07-2034; 07-2035; 07-2036; 07-2037; 07-2038; 07-2039; 07-2040; 07-2041; 07-2042; 07-2043; 07-2044; 07-2045; 07-2046; 07-2047; 07-2048; 07-2049; 07-2050; 07-2051; 07-2052; 07-2053; 07-2054; 07-2055; 07-2056; 07-2057; 07-2058; 07-2059; 07-2060; 07-2157; 07-2158; 07-2159; 07-2160; 07-2161; 07-2162; 07-2163; 07-2164; 07-2165; 07-2166; 07-2167; 07-2168; 07-2169; 07-2170; 07-2171; 07-2172; 07-2173; 07-2174; 07-2175; 07-2176; 07-2177; 07-2178; 07-2179; 07-2180; 07-2181; 07-2183; 07-2184; 07-2185; 07-2186; 07-2187; 07-2188; 07-2189; 07-2190; 07-2191; 07-2192; 07-2193; 07-2194; 07-2195; 07-2196; 07-2197; 07-2198; 07-2232; 07-2233; 07-2234; 07-2236; 07-2238; 07-2239; 07-2240; 07-2241; 07-2660; 07-2661; 07-2662; 07-2663; 07-2664; 07-2665; 07-4393; 07-4395; 07-4396; 07-4457; 07-4459; 07-4538; 07-4784; 07-4852; 07-4853; 07-5069; 07-5112; 07-5199; 07-5204; 07-5205; 07-5206; 07-5208; 07-5528; 07-6247; 07-6488; 07-6737; 07-8621; 07-8622; 07-8623; 07-8820; 07-8945; 07-9768; 08-1164; 08-1165; 08-1166

## ORDER

Recognizing the unique situation of Hurricane Katrina insurance claims within the

Insurance Umbrella that seek recovery for water damage under homeowners policies issued by

State Farm Fire and Casualty Company, State Farm General Insurance Company and any

improperly identified variant of the State Farm entities (hereinafter "State Farm") and Hartford

Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire

Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company and any improperly identified variant of the Hartford entities (hereinafter "Hartford"), due to this Court's rulings in *Chehardy* and *Vanderbrook* as affirmed by the United States Fifth Circuit Court of Appeals:

IT IS ORDERED:

1. The Stay Order issued in the Insurance Umbrella is hereby lifted for the limited purpose of specific motion practice, as defined herein, in the pending suits in the Insurance Umbrella seeking recovery under homeowners policies issued by State Farm and Hartford that are identified in Exhibits A (State Farm) and B (Hartford) to this Order.

2. State Farm and Hartford shall each file a single motion addressing the validity of claims by their insureds in the suits identified in Exhibits A and B seeking recovery for water damage under their respective Homeowners policies ~~and where applicable, claims under the Louisiana Valued Policy Law~~ only. The plaintiffs subject to this Order, via the Plaintiffs Insurance Liaison Counsel, shall file a single joint response to each of these motions.

This motion practice shall be governed by the following briefing schedule:

a. State Farm and Hartford shall file their motions 21 days from the entry of this Order.
b. The Plaintiffs shall file an Opposition to each of these motions 21 days thereafter.
c. State Farm and Hartford shall file any reply briefs within 14 days thereafter.

New Orleans, Louisiana, this 11th day of March, 2008.

HON. STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE