UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| | * | CIVIL ACTION NO: |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | |
| *Sucherman*, C.A. 07-3381 | * | SECTION "K" (2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

Plaintiffs Lee and Ellen Sucherman have resolved their dispute with defendant Metropolitan Property and Casualty Insurance Company. As a result of this settlement, the plaintiffs respectfully request that all of their claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

**WHEREFORE,** Lee and Ellen Sucherman pray that their claims asserted against Metropolitan Property and Casualty Insurance Company and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

/s/ Andrea S. Lestelle

Terrence J. Lestelle, 08540
Andrea S. Lestelle, 0839
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard
Suite 602
Metairie, Louisiana  70002
Telephone:  504/828-1224

Attorneys for Plaintiffs

## **C E R T I F I C A T E**

I certify that I have on this 12th day of March, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Andrea S. Lestelle

ANDREA S. LESTELLE