UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** * | |
| * | **CIVIL ACTION NO:** |
| * | |
| * | **NO. 05-4182** |
| **PERTAINS TO:** * | |
|   *Sucherman*, C.A. 07-3381 * | **SECTION "K" (2)** |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion to Dismiss be and hereby is **GRANTED** and that all of the claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE