MINUTE ENTRY
WILKINSON, M.J.
MARCH 12, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, MRGO, RESPONDER | JUDGE DUVAL<br>MAG. WILKINSON |
| C.A. Nos. 05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-0206, 07-3500, 07-3612, 07-5023, 07-5040 | |

Oral argument was scheduled to be conducted on this date concerning Plaintiffs' Motion for Protective Order Re: Notice of Depositions (Document No. 11253). Record Doc. No. 11298. Plaintiffs' Liaison Counsel Joseph M. Bruno, representing movants, appeared to argue the motion. Ashton R. O'Dwyer, representing certain plaintiffs whose notices prompted the motion, failed to appear.

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Plaintiffs' Motion for Protective Order Re: Notice of Depositions (Document No. 11253), Record Doc. No. 11298, set for hearing and oral argument on March 12, 2008 at 11:00 a.m., has

MJSTAR:   0:03

been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit, **IT IS ORDERED** that the motion is GRANTED.

"Generally, federal courts have disfavored the practice of taking the deposition of a party's attorney; instead, the practice should be employed only in limited circumstances." Theriot v. Parish of Jefferson, 185 F.3d 477, 490 (5th Cir. 1999)(citing Shelton v. American Motors Corp., 805 F.2d 1323, 1327 (8th Cir. 1986)). "[T]hose circumstances should be limited to where the party seeking to take the deposition has shown that (1) no other means exist to obtain the information than to depose opposing counsel. . . ; (2) the information sought is relevant and nonprivileged; and (3) the information is crucial to the preparation of the case." Shelton, 805 F.2d at 1327 (citations omitted)(emphasis added).

The motion to disqualify to which the subject depositions allegedly relate is before Judge Duval, who is actively considering it and has ordered further briefing. Record Doc. No. 11415. It appears that he will have all information – most of which should already be of record -- he deems necessary to determine the motion, once the ordered briefing is completed. The noticed depositions of counsel appear to be neither the only means of

obtaining information relevant to the motion nor crucial to its determination. Accordingly, the motion is granted, and these depositions need not proceed.

New Orleans, Louisiana, this __12th__ day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.