UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Flowers, 06-9246 | JUDGE DUVAL<br>MAG. WILKINSON |

**ORDER ON MOTIONS**

APPEARANCES:   None (on the briefs)

MOTIONS: (1) Defendant's Motion in Limine to Exclude Plaintiff's Expert Reports, Record Doc. No. 11352
(2) Defendant's Motion in Limine to Exclude Plaintiff's Witnesses and Exhibits, Record Doc. No. 11353

O R D E R E D:

(1) : DISMISSED AS MOOT: Plaintiff has stated in its opposition memorandum that plaintiff will not offer any expert testimony at trial. Accordingly, no expert reports need be filed, and this motion is moot.

(2) : DENIED. A Rule 16 order "shall not be modified except upon a showing of good cause." Fed. R. Civ. P. 16(b). In determining "good cause" in connection with a Rule 16 scheduling order of the type that was entered in this case, the court must weigh the following factors: (1) the explanation for the failure to comply; (2) the importance of the matters that are the subject of the order; (3) potential prejudice in allowing the requested action; and (4) the availability of a continuance to cure such prejudice, Metro Ford Truck Sales, Inc. v. Ford Motor Co., 145 F.3d 320, 324 (5th Cir. 1998); Campbell v. Keystone Aerial Surveys, Inc., 138 F.3d 996, 999 (5th Cir. 1998).

Because these matters in the Insurance umbrella of the captioned consolidated litigation are stayed, no trial date has yet been scheduled and none will be set at this time. The lists have now been provided and defendant is free to depose any person on the list, if it desires to do so, so that no prejudice will occur. Under the unique circumstances of this consolidated matter, plaintiff will not be precluded from using the now listed

witnesses and exhibits at trial.

New Orleans, Louisiana, this __12th__ day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.