```
MINUTE ENTRY
AFRICK, J.
March 12, 2008
JS-10: 0:50
```

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION NO. 05-4182
LITIGATION

SECTION: "K" (2)


A settlement conference was held on this date in the above-captioned matter.   Negotiations are ongoing.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

_____
CLERK TO NOTIFY ALL COUNSEL