UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of

Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback"

Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as

privileged:

| | | |
|---|---|---|
| NED-221-000000001 | to | NED-221-000000014; |
| NED-221-000000077 | to | NED-221-000000107; |
| NED-221-000000110 | to | NED-221-000000117; |
| NED-221-000000118 | to | NED-221-000000119; |
| NED-221-000000157 | to | NED-221-000000158; |
| NED-221-000000164 | to | NED-221-000000167; |
| NED-221-000000168 | to | NED-221-000000173; |
| NED-221-000000215 | to | NED-221-000000218; |
| NED-221-000000219 | to | NED-221-000000220; |
| NED-221-000000221 | to | NED-221-000000223; |
| NED-221-000000258 | to | NED-221-000000261; |
| NED-221-000000280 | to | NED-221-000000283; |
| NED-221-000000302 | to | NED-221-000000306; |

NED-221-000000353    to    NED-221-000000356;
NED-221-000000357    to    NED-221-000000360;
NED-221-000000361    to    NED-221-000000361;
NED-221-000000431    to    NED-221-000000434;
NED-221-000000441    to    NED-221-000000443;
NED-221-000001007    to    NED-221-000001011;
NED-221-000001051    to    NED-221-000001051;
NED-221-000001057    to    NED-221-000001057;
NED-221-000001058    to    NED-221-000001059;
NED-221-000001060    to    NED-221-000001061;
NED-221-000001117    to    NED-221-000001134;
NED-221-000001153    to    NED-221-000001154;
NED-221-000001155    to    NED-221-000001158;
NED-221-000001159    to    NED-221-000001160;
NED-221-000001169    to    NED-221-000001173;
NED-221-000001198    to    NED-221-000001224;
NED-221-000001317    to    NED-221-000001322;
NED-221-000001350    to    NED-221-000001352;
NED-221-000001394    to    NED-221-000001395;
NED-221-000001434    to    NED-221-000001437;
NED-221-000001511    to    NED-221-000001512;
NED-221-000001574    to    NED-221-000001580;
NED-221-000001587    to    NED-221-000001587;
NED-221-000001591    to    NED-221-000001592;
NED-221-000001713    to    NED-221-000001713;
NED-221-000001736    to    NED-221-000001737;
NED-221-000001748    to    NED-221-000001748;
NED-221-000001751    to    NED-221-000001752;
NED-700-000000058    to    NED-700-000000061;
NED-700-000000062    to    NED-700-000000073;
NED-700-000000074    to    NED-700-000000080;
NED-700-000000081    to    NED-700-000000081;
NED-700-000000082    to    NED-700-000000082;
NED-700-000000083    to    NED-700-000000083;
NED-700-000000084    to    NED-700-000000084;
NED-700-000000085    to    NED-700-000000098;
NED-700-000000099    to    NED-700-000000100;
NED-700-000000101    to    NED-700-000000105;
NED-700-000000106    to    NED-700-000000122;
NED-700-000000243    to    NED-700-000000258;
NED-700-000001560    to    NED-700-000001566;
NED-705-000000339    to    NED-705-000000546;
NED-705-000000547    to    NED-705-000000577;

| | | |
|---|---|---|
| NED-705-000000579 | to | NED-705-000000585; |
| NED-705-000000587 | to | NED-705-000000592; |
| NED-705-000000598 | to | NED-705-000000598; |
| NED-705-000000599 | to | NED-705-000000599; |
| NED-705-000000603 | to | NED-705-000000603; |
| NED-705-000000615 | to | NED-705-000000654; |
| NED-705-000000655 | to | NED-705-000000656; |
| NED-705-000000657 | to | NED-705-000000658; |
| NED-705-000000659 | to | NED-705-000000660; |
| NED-705-000000661 | to | NED-705-000000662; |
| NED-705-000000663 | to | NED-705-000000664; |
| NED-705-000000665 | to | NED-705-000000666; |
| NED-705-000000667 | to | NED-705-000000668; |
| NED-705-000000669 | to | NED-705-000000669; |
| NED-705-000000670 | to | NED-705-000000671; |
| NED-705-000000672 | to | NED-705-000000673; |
| NED-705-000000674 | to | NED-705-000000675; |
| NED-705-000000676 | to | NED-705-000000677; |
| NED-705-000000678 | to | NED-705-000000678; |
| NED-705-000000679 | to | NED-705-000000679; |
| NED-705-000000680 | to | NED-705-000000680; |
| NED-705-000000681 | to | NED-705-000000681; |
| NED-705-000000682 | to | NED-705-000000682; |
| NED-705-000000686 | to | NED-705-000000687; |
| NED-705-000000693 | to | NED-705-000000695; |
| NED-705-000000703 | to | NED-705-000000704; |
| NED-705-000000757 | to | NED-705-000000851; |
| NED-705-000000852 | to | NED-705-000000855; |
| NED-705-000000935 | to | NED-705-000000938; |
| NED-705-000000958 | to | NED-705-000001026; |
| NED-705-000001707 | to | NED-705-000001748; |
| NED-705-000001752 | to | NED-705-000001787; |
| NED-705-000001902 | to | NED-705-000001902; |
| NED-705-000001906 | to | NED-705-000001941; |
| NED-707-000000533 | to | NED-707-000000552; |
| NED-707-000000553 | to | NED-707-000000572; |
| NED-707-000000573 | to | NED-707-000000585; |
| NED-707-000000588 | to | NED-707-000000607; |
| NED-707-000000608 | to | NED-707-000000608; |
| NED-707-000000609 | to | NED-707-000000609; |
| NED-707-000000610 | to | NED-707-000000610; |
| NED-707-000000611 | to | NED-707-000000611; |
| NED-707-000000612 | to | NED-707-000000612; |

| | | |
|---|---|---|
| NED-707-000000613 | to | NED-707-000000613; |
| NED-707-000000614 | to | NED-707-000000614; |
| NED-707-000000615 | to | NED-707-000000615; |
| NED-707-000000617 | to | NED-707-000000620; |
| NED-707-000000621 | to | NED-707-000000627; |
| NED-707-000000629 | to | NED-707-000000629; |
| NED-707-000000630 | to | NED-707-000000630; |
| NED-707-000000631 | to | NED-707-000000631; |
| NED-707-000000632 | to | NED-707-000000632; |
| NED-707-000000634 | to | NED-707-000000634; |
| NED-707-000000635 | to | NED-707-000000635; |
| NED-707-000000638 | to | NED-707-000000640; |
| NED-707-000000641 | to | NED-707-000000660; |
| NED-707-000000661 | to | NED-707-000000673; |
| NED-707-000000674 | to | NED-707-000000686; |
| NED-707-000000687 | to | NED-707-000000699; |
| NED-707-000000700 | to | NED-707-000000700; |
| NED-707-000000701 | to | NED-707-000000720; |
| NED-707-000000721 | to | NED-707-000000740; |
| NED-707-000000741 | to | NED-707-000000750; |
| NED-707-000000751 | to | NED-707-000000764; |
| NED-707-000000765 | to | NED-707-000000777; |
| NED-707-000000778 | to | NED-707-000000779; |
| NED-707-000000780 | to | NED-707-000000797; |
| NED-707-000000798 | to | NED-707-000000815; |
| NED-707-000000816 | to | NED-707-000000816; |
| NED-707-000000817 | to | NED-707-000000817; |
| NED-707-000000818 | to | NED-707-000000820; |
| NED-707-000000824 | to | NED-707-000000824; |
| NED-707-000000825 | to | NED-707-000000829; |
| NED-707-000000830 | to | NED-707-000000830; |
| NED-707-000000831 | to | NED-707-000000847; |
| NED-707-000000848 | to | NED-707-000000852; |
| NED-707-000000853 | to | NED-707-000000857; |
| NED-707-000000858 | to | NED-707-000000862; |
| NED-707-000000863 | to | NED-707-000000867; |
| NED-707-000000868 | to | NED-707-000000872; |
| NED-707-000000873 | to | NED-707-000000877; |
| NED-707-000000878 | to | NED-707-000000894; |
| NED-707-000000896 | to | NED-707-000000896; |
| NED-707-000000897 | to | NED-707-000000899; |
| NED-707-000000901 | to | NED-707-000000904; |
| NED-707-000000905 | to | NED-707-000000908; |

| | | |
|---|---|---|
| NED-707-000000911 | to | NED-707-000000916; |
| NED-707-000000917 | to | NED-707-000000919; |
| NED-707-000000920 | to | NED-707-000000941; |
| NED-707-000000942 | to | NED-707-000000955; |
| NED-707-000000956 | to | NED-707-000000959; |
| NED-707-000000960 | to | NED-707-000000974; |
| NED-707-000000977 | to | NED-707-000000980; |
| NED-707-000000981 | to | NED-707-000000983; |
| NED-707-000000984 | to | NED-707-000000985; |
| NED-707-000000986 | to | NED-707-000000989; |
| NED-707-000000992 | to | NED-707-000001010; |
| NED-707-000001011 | to | NED-707-000001029; |
| NED-707-000001030 | to | NED-707-000001048; |
| NED-707-000001049 | to | NED-707-000001067; |
| NED-707-000001068 | to | NED-707-000001086; |
| NED-707-000001087 | to | NED-707-000001105; |
| NED-707-000001106 | to | NED-707-000001124; |
| NED-707-000001125 | to | NED-707-000001143; |
| NED-707-000001144 | to | NED-707-000001149; |
| NED-707-000001152 | to | NED-707-000001173; |
| NED-707-000001174 | to | NED-707-000001183; |
| NED-707-000001185 | to | NED-707-000001186; |
| NED-707-000001188 | to | NED-707-000001208; |
| NED-707-000001209 | to | NED-707-000001224; |
| NED-707-000001226 | to | NED-707-000001244; |
| NED-707-000001247 | to | NED-707-000001248; |
| NED-707-000001250 | to | NED-707-000001309; |
| NRE-700-000000293 | to | NRE-700-000000293; |
| NRE-700-000000301 | to | NRE-700-000000305; |
| NRE-700-000000306 | to | NRE-700-000000308; |
| NRE-700-000000310 | to | NRE-700-000000311; |
| NRE-700-000000320 | to | NRE-700-000000320; |
| NRE-700-000000414 | to | NRE-700-000000414; |
| NRE-700-000000415 | to | NRE-700-000000416; |
| NRE-700-000000463 | to | NRE-700-000000466; |
| NRE-700-000000467 | to | NRE-700-000000469; |
| NRE-700-000000471 | to | NRE-700-000000471; |
| NRE-700-000000472 | to | NRE-700-000000473; |
| NRE-700-000000475 | to | NRE-700-000000508; |
| NRE-700-000000511 | to | NRE-700-000000514; |
| NRE-700-000000522 | to | NRE-700-000000533; |
| NRE-700-000000751 | to | NRE-700-000000751; |
| NRE-700-000000764 | to | NRE-700-000000764; |

5

| | | |
|---|---|---|
| NRE-700-000000792 | to | NRE-700-000000795; |
| NRE-700-000000817 | to | NRE-700-000000818; |
| NRE-700-000000820 | to | NRE-700-000000847; |
| NRE-700-000000848 | to | NRE-700-000000888; |
| NRE-700-000000892 | to | NRE-700-000000898; |
| NRE-700-000000899 | to | NRE-700-000000914; |
| NRE-700-000000950 | to | NRE-700-000000956; |
| NRE-700-000000984 | to | NRE-700-000000987; |
| NRE-700-000000988 | to | NRE-700-000000989; |
| NRE-700-000001074 | to | NRE-700-000001078; |
| NRE-700-000001154 | to | NRE-700-000001155; |
| NRE-700-000001167 | to | NRE-700-000001187; |
| NRE-700-000001194 | to | NRE-700-000001194; |
| NRE-700-000001207 | to | NRE-700-000001214; |
| NRE-700-000001315 | to | NRE-700-000001315; |
| NRE-700-000001321 | to | NRE-700-000001330; |
| NRE-700-000001349 | to | NRE-700-000001349; |
| NRE-700-000001350 | to | NRE-700-000001350; |
| NRE-700-000001351 | to | NRE-700-000001351; |
| NRE-700-000001352 | to | NRE-700-000001353; |
| NRE-700-000001357 | to | NRE-700-000001359; |
| NRE-700-000001360 | to | NRE-700-000001361; |
| NRE-700-000001364 | to | NRE-700-000001366; |
| NRE-700-000001367 | to | NRE-700-000001407; |
| NRE-700-000001408 | to | NRE-700-000001409; |
| NRE-700-000001410 | to | NRE-700-000001412; |
| NRE-700-000001414 | to | NRE-700-000001415; |
| NRE-700-000001441 | to | NRE-700-000001442; |
| NRE-700-000001443 | to | NRE-700-000001539; |
| NRE-700-000001540 | to | NRE-700-000001545; |
| NRE-700-000001546 | to | NRE-700-000001551; |
| NRE-700-000001552 | to | NRE-700-000001553; |
| NRE-700-000001554 | to | NRE-700-000001556; |
| NRE-700-000001557 | to | NRE-700-000001564; |
| NRE-700-000001566 | to | NRE-700-000001566; |
| NRE-726-000000702 | to | NRE-726-000000703; |
| NRE-748-000000458 | to | NRE-748-000000465; |
| NRE-748-000000466 | to | NRE-748-000000467; |
| NRE-748-000000470 | to | NRE-748-000000472; |
| NRE-769-000000195 | to | NRE-769-000000207; |
| NRE-769-000000213 | to | NRE-769-000000216; |
| NRE-769-000000217 | to | NRE-769-000000217; |
| NRE-769-000000246 | to | NRE-769-000000257; |

NRE-769-000000267       to       NRE-769-000000294;
NRE-769-000000406       to       NRE-769-000000415;
NRE-769-000000421       to       NRE-769-000000433;
NRE-769-000000434       to       NRE-769-000000434;
NRE-769-000000444       to       NRE-769-000000444;
NRE-769-000000447       to       NRE-769-000000453;
NRE-769-000000520       to       NRE-769-000000527.

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815),

Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and

the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following

documents as protected under the Privacy Act, 5 U.S.C. § 552a:

NED-221-000001012       to       NED-221-000001014;
NED-221-000001015       to       NED-221-000001025;
NED-221-000001327       to       NED-221-000001327;
NED-221-000001356       to       NED-221-000001358;
NED-221-000001555       to       NED-221-000001555;
NED-221-000001561       to       NED-221-000001564;
NED-221-000001598       to       NED-221-000001599.

7

The United States' privilege log is attached.

Respectfully submitted,


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: March 13, 2008

**CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on March 13, 2008, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.


_____s/ James F. McConnon, Jr._____
JAMES F. McCONNON, JR.