UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SEC. "K" JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) WILKINSON |
| INSURANCE    Civil Action No.: 06-2617 | * | |
| (bifurcated)        (*Ronald A. Holbrook*) | * | |

**DEFENDANT AAA'S EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO PARTICIPATE IN HEARING ON DEFEFENDANT FIDELITY'S MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant herein, Club Insurance Agency, Inc. ("AAA"), which respectfully requests that this Honorable Court allow defendant to participate in the March 19, 2008 hearing on Co-Defendant's Motion for Summary Judgment.

1.  On November 30, 2007, AAA filed a Motion for Summary Judgment, seeking summary judgment on the claims asserted against it by plaintiffs, Ronald A. Holbrook and April Holbrook.  No hearing was requested.

2.  On November 30, 2007, Defendant, Fidelity National Property and Casualty Insurance Company, also filed a Motion for Summary Judgment against

1

plaintiffs, Ronald A. Holbrook and April Holbrook.  Fidelity requested a hearing, which has been set for March 19, 2008.

3.     On December 18, 2007, plaintiffs, Ronald and April Holbrook, filed Plaintiffs' Joint Opposition to Motions for Summary Judgment.

4.     The pertinent facts, as well as some of the legal issues, regarding both defendants' motions overlap.  Plaintiffs recognize the overlap as evidenced by their filing a single ("joint") opposition memorandum to both motions (doc. No. 9575).  In shortest summary, notwithstanding that AAA and Fidelity repeatedly advised plaintiffs that an additional premium was due, plaintiffs refused to pay.  Plaintiffs have now sued AAA and Fidelity claiming that defendants are responsible for their being underinsured.

5.     Because the factual and legal issues are so intertwined, undersigned counsel anticipates that plaintiffs' counsel's argument will relate to AAA's motion.  Allowing AAA to participate in the hearing will prevent any undue prejudice to AAA.  Moreover, plaintiffs will not be prejudiced.  Fidelity's motion is already set for March 19, 2008, and plaintiffs have been notified of the hearing.

WHEREFORE, based on the foregoing, defendant, Club Insurance Agency, Inc., respectfully requests that this Honorable Court allow it an opportunity to participate in the March 19, 2008 hearing and present oral argument in support of its pending Motion for Summary Judgment.

Respectfully submitted,

CERTIFICATE OF SERVICE

/S/ KEVIN G. BARRECA

I hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:
Randal J. Robert (randy@kswb.com),
Connell Lee Archey (connell@kswb.com),
Travis Brendon Wilkinson (travis@kswb.com),
William T. Treas (wtreas@nielsenlawfirm.com), and
Gerald J. Nielsen (gjnielsen@aol.com).

David Israel (# 7174) T.A.
disrael@sessions-law.biz
Kevin G. Barreca (# 24015)
kbarreca@sessions-law.biz
Allison L. Cannizaro (#29951)
acannizaro@sessions-law.biz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile:  (504) 828-3737

/S/ KEVIN G. BARRECA
KEVIN G. BARRECA

Attorneys for Defendant,
Club Insurance Agency, Inc.

H:\DI\A A A\Holbrook, Ronald and Leigh (5786-20346)\pleadings\Motion to Participate.doc