UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SEC. "K" JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) WILKINSON |
| INSURANCE    Civil Action No.: 06-2617 | * | |
| (bifurcated)         (*Ronald A. Holbrook*) | * | |

ORDER

CONSIDERING THE FOREGOING Ex Parte Motion for Leave to Participate in Hearing on the Motion for Summary Judgment filed by Fidelity National Property and Casualty Insurance Company,

IT IS ORDERED, that defendant, Club Insurance Agency, Inc. ("AAA"), be and is permitted to participate in the March 19, 2008 hearing on the summary judgment motion filed on behalf of co-defendant, Fidelity National Property and Casualty Insurance Company, and also permitted present oral argument in support of its pending motion for summary judgment.

SO ORDERED this _____ day of March, 2008, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE