UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.  05-4181 | * | |
|       06-1885 | * | JUDGE DUVAL |
|       06-4024 | * | |
|       06-4389 | * | MAGISTRATE WILKINSON |
|       06-5771 | * | |
|       06-5786 | * | |
|       06-6099 | * | |
|       07-0206 | * | |
|       07-3500 | * | |
|       07-3612 | * | |
|       07-5023 | * | |
|       07-5040 | * | |
| * * * * * * * * * * * * * * * * * * | * | |

MOTION FOR RECONSIDERATION
OF MAGISTRATE WILKINSON'S MINUTE ENTRY
OF MARCH 12, 2008 (RECORD DOCUMENT NO. 11615)

**COME NOW** plaintiffs, appearing through undersigned counsel and, in the case of Ashton R. O'Dwyer, Jr., *in propria persona*, and move This Honorable Court for reconsideration of Magistrate Wilkinson's Minute Entry of March 12, 2008 (Record Document No. 11615), which granted a Motion for Protective Order as "unopposed". The grounds for the filing of this motion are that, through inadvertence and excusable

-1-

neglect, O'Dwyer did not have the hearing of the Motion for Protective Order entered on his calendar, and therefore did not file an opposition to the motion in a timely fashion or appear at the hearing of the motion.[1]  However, other Record Documents clearly demonstrate that the Motion for Protective Order was most definitely opposed and should not have been granted as unopposed, since the depositions which O'Dwyer believes he is entitled to take go to the very integrity of all "Victims of KATRINA" litigation. See Record Document Nos. 10331, 10431, 10615, 10646, 10731, 10737, 10758, 10759, 10886, 10910, 10969, 11074, 11096, 11253, 11317, 11357, 11369, 11370, 11371 and 11372.

>Respectfully submitted,
>
>**LAW OFFICES OF**
>**ASHTON R. O'DWYER, JR.**
>**Counsel for Plaintiffs**
>
>**By:  S/Ashton R. O'Dwyer, Jr.**
>Ashton R. O'Dwyer, Jr.
>Bar No. 10166
>821 Baronne Street
>New Orleans, LA 70113
>Tel. 504-679-6166
>Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 13th day of March 2008.

>S/Ashton R. O'Dwyer, Jr.

---

[1] O'Dwyer has been informed that "There were 8 or 9 lawyers in the Courtroom". No one called O'Dwyer at his office or via cellphone notwithstanding the fact that his office is only 5 minutes from the Courthouse, and would have "dropped" whatever he may have been doing had he been informed he was late for a hearing.