UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.    05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR RECONSIDERATION**

**MAY IT PLEASE THE COURT:**

On March 12, 2008, Magistrate Wilkinson granted a Motion for Protective Order as unopposed.  The motion is most definitely opposed.  Why else would a Notice of the Depositions of various Committee and Subcommittee Members in this litigation and the former Attorney General of the State of Louisiana have been filed of record in this case (Record Document No. 11253), with subpoenae duces tecum being served on Messrs. Bruno and Fayard?  See Exhibit Nos. 1 and 2.  The depositions are necessary to

-1-

determine why Committee and Subcommittee Members failed to disclose to the Court,[1] and to other counsel, that they represented the interests of the State of Louisiana, which is a party adverse to the interests of all claimants, plaintiffs and potential class members in this litigation, particularly after Judge Duval's Order and Reasons of January 30, 2008 (Record Document No. 10984).  The depositions which plaintiffs are seeking to take address information which goes to the very integrity of this litigation and the fitness of counsel to serve on Committees or Subcommittees.

Plaintiffs respectfully submit that the Motion for Protective Order should not have been granted by default and, therefore, request reconsideration and oral argument.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**Counsel for Plaintiffs**

**By:    S/Ashton R. O'Dwyer, Jr.**
         Ashton R. O'Dwyer, Jr.
         Bar No. 10166
         821 Baronne Street
         New Orleans, LA 70113
         Tel. 504-679-6166
         Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 13th day of March 2008.

S/Ashton R. O'Dwyer, Jr.

---

[1] Plaintiffs aver that any Jurist having knowledge that Committee or Subcommittee Members represented the interests of the State of Louisiana prior to August 29, 2007, should recuse himself from presiding over any aspect of "Victims of KATRINA" litigation, or be recused.