# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel bring the attached Motion for Reconsideration of Record Document No. 11615 for hearing before the Honorable Magistrate Judge Joseph C. Wilkinson, Jr., at 11:00 A.M., on the 2nd day of April 2008, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

    Respectfully submitted,

    **LAW OFFICES OF**
    **ASHTON R. O'DWYER, JR.**
    **Counsel for Plaintiffs**

    By:   S/Ashton R. O'Dwyer, Jr.
        Ashton R. O'Dwyer, Jr.
        Bar No. 10166

-2-

                                          **821 Baronne Street**
                                          **New Orleans, LA 70113**
                                          **Tel. 504-679-6166**
                                          **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 13th day of March 2008.

                                        S/Ashton R. O'Dwyer, Jr.