

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 12, 2008

Hartford Steam Boiler et al

vs.

The United States of America

Case No. 08-1212   Section   K

Consolidated with 05-4182

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name)  United States of America c/o Jim Letten
   (address) 501 Magazine St., 2nd Floor, New Orleans, LA 70130
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for   Hartford Steam Boiler

Address   123 Walnut St., Suite 1001
          New Orleans, LA 70118

___ Fee_____
_/_ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____