FILED 08 MAR 12 14:34 USDC-LAE



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __March 12, 2008__

__National Union Fire Insurance__ et al

vs.

__The United States of America__

Case No. __08-1213__  Section __K__

Consolidated with 05-4182

Dear Sir:

Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __United States of America c/o Jim Letten__
   (address) __501 Magazine St. 2nd Floor, New Orleans, LA__ 70130
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for  __Hartford Steam Boiler__

Address  __123 Walnut St., Suite__ 1001
         New Orleans, LA 70118

Fee _____
✓ Process _____ sms
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____