# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL, JR.<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR. |

***THIS PLEADING APPLIES TO:   BARGE***

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait v. USA* | C.A. No. 07-3500 |
| *LNA v. USA* | C.A. No. 07-5178 |

## MOTION TO WITHDRAW AS COUNSEL

Lafarge North America Inc. ("LNA"), respectfully moves the Court for an order withdrawing Parker Harrison (La. Bar Roll #27538) of the law firm of Chaffe McCall, LLP, as counsel of record in the above-captioned actions.

WHEREFORE, undersigned counsel for Lafarge North America Inc. prays that Parker Harrison be withdrawn as counsel of record in this proceeding.

1098329-1

Respectfully submitted,

/s/ Robert B. Fisher, Jr.

And

/s/ Parker Harrison
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
fisher@chaffe.com
walker@chaffe.com

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

### Certificate of Service

I do hereby certify that I have on this 13th day of March, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Robert B. Fisher, Jr.