FILED 08 MAR 12 14:52 USDC LAE

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

NATIONAL UNION FIRE
FIRE INSURANCE COMPANY
OF PITTSBURG PA.,
COMMONWEALTH
INSURANCE COMPANY,
ARCH INSURANCE COMPANY
a/s/o AIR PRODUCTS
AND CHEMICALS INC,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-1213 "K" (2)

Consolidated with 05-4182

V.

THE UNITED STATES OF
AMERICA

TO: United States of America
c/o Jim Letten
U.S. Attorney, Eastern District of Louisiana
501 Magazine Street, 2d Floor
New Orleans, Louisiana, 70130-3313

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Gilbert Firm LLC
Elisa T. Gilbert
Brendan R. O'Brien
325 East 57th Street
New York, NY 10022

Svenson Law Firm, LLC
Ernest Svenson, Esq.
Suite 1001
123 Walnut Street
New Orleans, LA 70118

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                MAR 1 2 2008
CLERK                                           DATE

B. Guegan
(BY) DEPUTY CLERK

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE March 12, 2008 |
|---|---|
| Name of SERVER (PRINT) TITLE Ernest Svenson | TITLE Attorney |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: 501 Magazine St. New Orleans, LA 70130

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Jenny Coe_

[ ] Returned unexecuted _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 12, 2008
Date

Signature of Server

123 Walnut St., Unit 1001
Address of Server
New Orleans, LA 70118