UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION                          CIVIL ACTION

                                                 NUMBER 05-4182

PERTAINS TO:  ALL MRGO                           SECTION "K"

Abair, et al v. The USA, et al
Civil Action No.: 2:07-cv-04392-SRD-JCW

Adams, et al v. The USA, et al
Civil Action No.: 2:07-cv-04391-SRD-JCW

## MOTION TO SUBSTITUE COUNSEL OF RECORD

NOW INTO COURT comes SIDNEY A. BACKSTROM, STEPHEN B. MURRAY, Sr., STEPHEN B. MURRAY, JR., RONNIE G. PENTON and GAIR M. OLDENBURG, who do desire to have STEPHEN B. MURRAY, Sr., STEPHEN B. MURRAY, JR., RONNIE G. PENTON and GAIR M. OLDENBURG substituted and enrolled as counsel of record for Plaintiffs in the above entitled and numbered cause.

STEPHEN B. MURRAY, Sr., STEPHEN B. MURRAY, JR., RONNIE G. PENTON and GAIR M. OLDENBURG, assert that SIDNEY A. BACKSTROM currently has a Motion to Withdraw pending before this Honorable Court, and, therefore, request that this Honorable Court allow STEPHEN B. MURRAY, Sr., STEPHEN B. MURRAY, JR., RONNIE G. PENTON and GAIR M. OLDENBURG  to enroll as counsel of record.

WHEREFORE, STEPHEN B. MURRAY, Sr., STEPHEN B. MURRAY, JR., and GAIR M. OLDENBURG pray that they be substituted and enrolled as counsel of record for

Plaintiffs in the above captioned and matter.

                                      Respectfully submitted:

                                      LAW OFFICES OF RONNIE G. PENTON
                                      2250 GAUSE BLVD., EAST, SUITE 310
                                      SLIDELL, LA 70458
                                      TELEPHONE: (985) 643-1747
                                      FACSIMILE: (985) 646-1487

                                      s/Ronnie G. Penton
                                      Ronnie G. Penton
                                      Bar Roll Number 10462
                                      Gair M. Oldenburg
                                      Bar Roll Number 15029

                                      MURRAY LAW FIRM
                                      650 POYDRAS STREET
                                      POYDRAS CENTER, SUITE 1100
                                      NEW ORLEANS, LA  70130
                                      TELEPHONE: (504) 525-8100
                                      FACSIMILE: (504) 584-5249

                                      s/Stephen B. Murray, Sr.
                                      Stephen B. Murray, Sr. (LA Bar No. 9858)
                                      s/Stephen B. Murray, Jr.
                                      Stephen B. Murray, Jr. (LA Bar No. 23877)

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a

Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

March 13, 2008.

s/Ronnie G. Penton
Ronnie G. Penton
