UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NUMBER 05-4182 |
| PERTAINS TO:  ALL MRGO | SECTION "K" |

Abair, et al v. The USA, et al
Civil Action No.: 2:07-cv-04392-SRD-JCW

Adams, et al v. The USA, et al
Civil Action No.: 2:07-cv-04391-SRD-JCW

**ORDER**

IT IS ORDERED that the names of STEPHEN B. MURRAY, Sr., STEPHEN B. MURRAY, JR., RONNIE G. PENTON and GAIR M. OLDENBURG, be substituted for SIDNEY A. BACKSTROM and enrolled as counsel of record for Plaintiffs in the above entitled and numbered cause.

Signed in New Orleans, Orleans Parish, Louisiana, this _____ day of March, 2008.

_____
J U D G E
