**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * *

**PLAINTIFFS' EX PARTE MOTION FOR**
**EXTENSION OF TIME**

**COMES NOW** Ashton R. O'Dwyer, Jr., the subject of Orders of Court in Record Document Nos. 11343 and 11357, and moves This Honorable Court for an extension of time within which to attempt to comply with the said Orders until Holy Thursday, March 20, 2008. This Motion is filed upon the grounds that O'Dwyer cannot comply with current deadlines embodied in the referenced Record Documents for at least 3 reasons: (1) Fifth Circuit brief due to be filed this afternoon in Case No. 07-30349, (2) a jury trial before Your Honor on Monday, March 17th, and (3) his Secretary is not working

-1-

-2-

tomorrow, Friday, March 14, 2008.  O'Dwyer further avers that no opposing party will be prejudiced in the least by the granting of the requested extension(s) of time.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**   **S/Ashton R. O'Dwyer, Jr.**
              Ashton R. O'Dwyer, Jr.
              Bar No. 10166
              821 Baronne Street
              New Orleans, LA 70113
              Tel. 504-679-6166
              Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 13th day of March 2008.

        S/Ashton R. O'Dwyer, Jr.