UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>            CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO: LEVEE<br>(La. Envtl. Action Network v. U.S. Army<br>Corps of Engineers, 06-9147) | )  CIVIL ACTION No. 05-4182 "K" (2)<br>)<br>)  JUDGE DUVAL<br>)<br>)  MAG. WILKINSON<br>)<br>)<br>) |

**PLAINTIFF'S EX PARTE MOTION FOR CONSIDERATION OF SUPPLEMENTAL AUTHORITY AND CORRECTIONS TO PLAINTIFF'S OPPOSITION (No. 11469) TO DEFENDANT'S MOTION TO DISMISS**

The Louisiana Environmental Action Network ("LEAN") respectfully moves for consideration of the following supplemental authority and corrections to Plaintiff's "Opposition To Defendant's Motion To Dismiss" (filed Feb. 28, 2008) (No. 11469).

**Supplemental Authority**

In ruling on the Defendant's Motion to Dismiss (No. 10312), this Court should consider Holy Cross Neighborhood Ass'n v. U.S. Army Corps of Engineers, No. 03-370, 2003 WL 22533671, *6 & n.6 (E.D. La.,2003) (Fallon, J.) (applying the waiver provision of 42 U.S.C. § 6961(a) to a RCRA citizen suit for injunctive relief, stating "this Court finds that Congress expressly waived immunity from suits such as the instant one [under 42 U.S.C. § 6972(a)(1)(B)]").

1

## Corrections

1. The last (partial) sentence on page 3 of the Plaintiff's Opposition should read: "On its face, § **6961** incorporates § 6972(a)(1)(B)'s authorization of injunctive relief . . . ." As filed, the brief mistakenly refers to § 6961 as "§ 6919."

2. Argument heading II.D. on p. 11 of the Plaintiff's Opposition should read:

    D. The U.S. Government's own conduct shows that EPA considers the "imminent and substantial endangerment" standard sufficiently <u>objective</u> to enforce against federal agencies, including the Army.

    As filed, the brief mistakenly uses the word "objection" instead of "objective."

**Wherefore:** This Court should consider the above supplemental authority and corrections.

Respectfully submitted on March 13, 2008,

/s/ Adam Babich
_____
Adam Babich, SBN: 27177
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118
Telephone: (504) 865-5789; Fax: (504) 862-8721
Babich Direct Line: (504) 862-8800

*Counsel for Plaintiff Louisiana Environmental Action Network*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on March 13, 2008.

/s/ Adam Babich
_____
Adam Babich

2