UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ PERTAINS TO: LEVEE (La. Envtl. Action Network v. U.S. Army Corps of Engineers, 06-9147) | ) CIVIL ACTION No. 05-4182 "K" (2) ) ) JUDGE DUVAL ) ) MAG. WILKINSON ) ) ) |

**[proposed]**
**ORDER GRANTING PLAINTIFF'S MOTION FOR CONSIDERATION OF SUPPLEMENTAL AUTHORITY AND CORRECTIONS TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (No. 11469)**

Having considered Plaintiff's Motion for Consideration of Supplemental Authority and Corrections to Plaintiff's Opposition to Defendant's Motion To Dismiss, the Court finds that the Motion is well taken. Accordingly, Plaintiff's Motion for Consideration of Supplemental Authority and Corrections is hereby granted.

New Orleans, Louisiana this ____ day of _____, 2008

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE