MINUTE ENTRY
DUVAL, J.
MARCH 11, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: MRGO & BARGE<br>No. 06-2268 (MRGO, Robinson)<br>No. 05-4419 (Ingram Barge)<br>No. 05-4237, 05-5531, 05-5724, 06-5054,<br>06-5342, 06-6299, 06-7516 | NO. 05-4182<br><br>SECTION "K"(2) |

MOTION to dismiss third party complaint against Lafarge North America Inc. by United States of America, docs. 7730.

MOTION for summary adjudication by pltfs', doc. 10337.

Renewed MOTION to dismiss or alternative, for summary judgment by United States, docs. 10378.

CASE MANAGER: SHEENA DEMAS
COURT REPORTER: CATHY PEPPER

APPEARANCES: See the attached list.

Court begins at 9:04 a.m. Case called; all present and ready.
Oral argument by parties.
These matters are SUBMITTED.
Court adjourned at 10:53 a.m.

JS-10 (1:48)

SIGN IN SHEET FOR C.A. 05-4182 "K"(2)
TUESDAY, MARCH 11, 2008 AT 9:00 A.M.

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
(Ref: CA 05-4419) - MOTIONS IN RE: BARGE, DOC. 7730, 10037 & 10318
(Ref: CA 06-2268) - Robinson

| ATTORNEY | PARTY |
| --- | --- |
| Robin Smith | USA |
| Kara Miller | USA |
| Richard Wyner | Lafarge North America Inc. |
| John Aldock | Lafarge North America |
| Dan Webb | Nymagic |
| Robert B. Fisher Jr. | Lafarge |
| John Andry | Norman Robinson, Kent Lattimore, Anthony + Lucille Franz, Tonya Smith |
| Jerry Meunier | MRGO PSLC |
| James P. Roy | MRGO PSLC Liason |
| Jerry McKernan | Mr 90 attorney |
| Michael Gutierrez | Plaintiffs (Robinson) |
| [signature] Brian | Plaintiff |
| [signature] | Plaintiff |
| Calvin Fayard | Mr 60 π's |
| Hugh P. Lambert | π |
| Frank c. Dudenhefer Jr | π |
| Ashley E. Philen | π |
| Matt Schultz | Robinson (π) |
| Philip L. Gregory | Plaintiffs |
| K. Florian Bucher | Plaintiffs |
| William D. Treeby | WGII |
| Stephen M. Wiles | ITS |
| Gordon Grant | T.L. James, et.al. |
| Philip Brooks | " |
| Gerard Wimberly | Balboa and Montplan |

| | |
|---|---|
| Cayce Peterson | Plaintiffs |
| Linda J. Nelson | Ms Robinson |
| Elisa Gilbert Esq The Gilbert Firm, LLC | Π's MRGO Π's ENTergy, Air Products, Murphy Oil, Waste Mgt |
| Brendan R. O'Brien Firm Gilbert | Π MRGO Π Entergy, Air ponich Murphy oil, wm |
| Anna Rainer | MRGO Π's |
| Elizabeth Hogenheimer | " " |
| Robert Stein | " " |
| Ivor van Heerden | LSU Hurricane Center |
| Uyka Scott | Dredging Δ's |
| Jennifer Labourdette | US Army Corps of Engineers |
| Lillian Dampios | US Army Corps of Engineers |
| Frank Lupo | " " |
| Nick Marzoni | " " |
| Ben Mayeaux | Orleans Levee Board |
| Pat Sanders | Burge PSC |
| Charles M. Lanier Jr | Sewerage & Water Board of N.O. |
| Thomas P. Anzelmo | Orleans Levee District |
| Elwood C Stevens, Jr. | Norman Robinson, Kent Latimer, Anthony Lucille Franz & Tonya Smith |