FILED 08 MAR 12 15:34 USDC-LAE

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
821 BARONNE STREET
NEW ORLEANS, LA 70113
TELEPHONE: (504) 679-6166
FACSIMILE: (504) 581-4336**



RECEIVED
MAR 1 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

March 12, 2008

<u>VIA FACSIMILE</u>
<u>504-589-7633</u>

<u>**CONFIDENTIAL SETTLEMENT-RELATED DOCUMENT**</u>

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

*[handwritten: "Fill it in the record" 3/12/08]*

    Re:   IN RE KATRINA CANAL BREACHES
           CONSOLIDATED LITIGATION
           C.A. NO. 05-4182 "K"(2) and
           CONSOLIDATED CASES

Dear Magistrate Judge Wilkinson:

    After noon today, during a casual telephone conversation with a colleague, I learned that I "missed" a hearing before Your Honor on a motion regarding the taking of certain depositions on the issue of disqualification of counsel for a conflict of interests and other misconduct, and related issues going to the very integrity of all "Victims of KATRINA" litigation. For reasons which I simply cannot explain, the hearing before Your Honor this morning was not on my calendar, copy attached. I sincerely apologize to Your Honor and to Messrs. Bruno and Fayard, who were subpoenaed to give depositions. Unless Your Honor has already ruled, I respectfully request another setting.

                                  Respectfully,

                                  Ashton R. O'Dwyer, Jr.

AROD/vtb
cc:   Joseph Bruno, Esq.
       Calvin Fayard, Esq.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

# March

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| 2 | 5th CIRCUIT OPPOSITION FAIREY MOTIONS<br>PRE-TRIAL ROBINSON<br>1:00 V. LAFAYETTE<br>DUVAL STEEL<br>BATTURE CASE<br>DISCOVERY AND<br>DEPOSITION CUTOFF | 4 — DATE FOR AKD'S ARRAIGNMENT 9:30 365-3329 AFTER 3:00 PM | 5 MOTION TO QUASH / TO QUASH (DUVAL) MOTION TO RECUSE JUDGE — ROBINSON |
| 504-589-7235 STACY<br>10:00 DI MEYER | 9 DESIGNATION OF DEPOSITION<br>10:00 GCR ASSOCIATES 3230 W. ESPLANADE 835-7069<br>MOTIONS IN LIMINE ROBINSON<br>Letter to Attorney settlement conf. | 11 LABOR FINDERS<br>JURY CHARGES IN ROBINSON<br>OPPOSITIONS ROBINSON MOTIONS IN LIMINE 4:30 | 12 SETTLEMENT - KATRINA CONF (AEROC) HEARING — MIRCO — SUMT. MOTION FOR S.J. AND USA MOTION TO DISMISS LAFARGE THIRD-PARTY COMPLAINT REPLY TO MOTION IN LIMINE |
| 16 Palm Sunday | 17 TRIAL - ROBINSON 9:00 V. LAFAYETTE DUVAL STEEL JURY<br>5th CIRCUIT BRIEF HO-07-20412 St Pat DISMISSING 06-1885 | 18 | 19 CALL DOCKET - 06-7220 9:30 RE ALAS (DUVAL) |
| 23 Easter Sunday | 24 Easter Monday (CAN) | 25 | 26 |
| | 31 | OPPOSITION MEMO STATE'S MOTION FOR PROTECTIVE ORDER — 06-2270 | |

# 2008

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| | | **1** 061/305 |
| **★FIFTH CIRCUIT BRIEF★** NO. 07-30249 N/A 4/5/07 JUDGMENT OF 4/3/07 DISMISSING CLAIMS AGAINST STATE — STATUS CONF - AZOS 1:30 v. M+S (FALLON) *AMENDED PETITION PEKAR - MINTER CASE* | **FAIRLEY** 7 ★5TH CIRCUIT BRIEF DUE FAIRLEY REPLY BRIEF | **8** 068/298 |
| 07-30249 **13** STATUS CONF - FALLON 1:30 v. M+S 5TH CIRCUIT BRIEF DUE NO. 07-30249 N/A 4/5/07 JUDGMENT OF 4/3/07 DISMISSING CLAIMS AGAINST STATE | **14** 54(b) JUDGMENT TO COURT IN 06-4389, 06-5786 AND 06-6099 AND CERTIFICATE TO CLERK | **15** 075/291 |
| **20** STATUS CONF - FORMALDEHYDE 10:00 ENGLEHARDT  First Day of Spring | **21** DEPOSITIONS IN BATTURE CASE 9:30→ PANEL EXPIRES FORSTER DEATH CASE  Good Friday | **22** 082/284 |
| **27** 087/279 | **28** 088/278 | **29** 089/277 |

### FEBRUARY 2008
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | |

### APRIL 2008
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**PHONE**

**REMINDERS**