# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Marguerite Abrahms, et al
In Re: Katrina Canal Breaches
~~consolidated cases~~

V.

United States Army Corps of Engineers

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08-1171**

**SECT. K MAG 2**

RETURN

TO: (Name and address of Defendant)

US Army Corps of Engineers, through its proper agent at
1700 Leake Avenue
New Orleans, LA 70118

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Darleen M. Jacobs
Jacobs, Sarrat & Lovelace
823 St. Louis St.
New Orleans, LA 70112

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

FEB 29 2008

CLERK                                    DATE

(By) DEPUTY CLERK

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

AO 440 (Rev. 8/01) Summons in a Civil Action

Service of the Summons and complaint was made by me (1) | DATE

NAME OF SERVER (PRINT) Modesta Brown | TITLE Secretary

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Cert Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/11/08
Date

Signature of Server: Modesta Brown

Address of Server: 823 N. Lewis St. NOLA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



