# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

In Re: Katrina Canal Breaches consolidated cases

Marguerite Abrahams, et al

V.

United States Army Corps of Engineers

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-1171

SECT. K MAG 2

TO: (Name and address of Defendant)

United States of America, through the Honorable Jim Letten, U. S. Attorney
500 Poydras Street
New Orleans, LA 70112

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Darleen M. Jacobs
Jacobs, Sarrat & Lovelace
823 St. Louis St.
New Orleans, LA 70112

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**

CLERK

(By) DEPUTY CLERK

DATE  FEB 2 9 2008

___Fee
___Process
X  Dktd
___CtRmDep
___Doc. No.

| Service of the Summons and complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) Modesta Brown | TITLE Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Cert Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/08
            Date

Signature of Server  Modesta Brown

Address of Server  823 St. Louis St. NOLa

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JACOBS, SARRAT AND LOVELACE
(A PROFESSIONAL LAW CORPORATION)
823 St. Louis Street
New Orleans, LA 70112

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States of America
through the Honorable
Jim Letten, U.S. Attorney
500 Poydras St.
New Orleans, LA 70113

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): S DeJean
C. Date of Delivery: 3/6/08

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7002 3150 0000 1446 3756

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

NEW ORLEANS LA 70112

| | |
|---|---|
| Postage | $4.60 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.40 |

Postmark Here  03/05/2008

Sent To: USA Jim Letten
Street, Apt. No.; or PO Box No.: 500 Poydras St
City, State, ZIP+4: New Orleans, LA 70113

PS Form 3800, June 2002   See Reverse for Instructions

7002 3150 0000 1446 3756