**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182
March 14, 2008

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 371 | EFP-371-000000001 | EFP-371-000000017 | USACE; ERDC; CHL | Mary Cialone | KC714 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 441 | EFP-441-000000001 | EFP-441-000012330 | USACE; ERDC; CERL | Tadd Britt | KC715 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Construction Engineering Resource Lab |
| EFP | 442 | EFP-442-000000001 | EFP-442-000000004 | USACE; ERDC; GSL | Tina Holmes | KC715 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 443 | EFP-443-000000001 | EFP-443-000000267 | USACE; ERDC; CHL | Andrew Morang | KC716 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 444 | EFP-444-000000001 | EFP-444-000000001 | USACE; ERDC; CHL | Jennifer Tate | KC716 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 445 | EFP-445-000000001 | EFP-445-000000002 | USACE; ERDC; CHL | David Derrick | KC716 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 446 | EFP-446-000000001 | EFP-446-000006722 | USACE; ERDC; CERL | William Meyer | KC716 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Construction Engineering Resource Lab |
| EFP | 447 | EFP-447-000000001 | EFP-447-000000012 | USACE; ERDC; TEC | Jim Garster and Brian Shannon | KC716 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Topographic Engineering Center |
| EFP | 542 | EFP-542-000000001 | EFP-542-000000004 | USACE; ERDC; ITL | Chandra Caldwell | KC717 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182
March 14, 2008

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 543 | EFP-543-000000001 | EFP-543-000000025 | USACE; ERDC; EL | David R Johnson | KC717 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| OFP | 146 | OFP-146-000000001 | OFP-146-000000161 | USACE; MVD; MVN; Operations Dept. | Edward Morehouse | KC717 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Operations Department |
| RFP | 278 | RFP-278-000000001 | RFP-278-000000502 | USACE; MVD; MVN; CEMVN-ED | Wes Morgan | KC717 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| RFP | 279 | RFP-279-000000001 | RFP-279-000000317 | USACE; MVD; MVN; CEMVN-ED | Wes Morgan | KC717 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| RFP | 277 | RFP-277-000000001 | RFP-277-000032122 | USACE; MVD; MVN; Engineering Dept. | Carl A Broyles | KC718 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; ProjectWise |
| IFP | 017 | IFP-017-000000001 | IFP-017-000004429 | USACE; MVD; MVN | Fred Lachney | KC719 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Groupshares |
| IFP | 018 | IFP-018-000000001 | IFP-018-000054603 | USACE; MVD; MVN | Fred Lachney | KC719 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Groupshares |
| EFP | 549 | EFP-549-000000001 | EFP-549-000004333 | USACE; ERDC; GSL | Richard Peterson | KC720 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 550 | EFP-550-000000001 | EFP-550-000001888 | USACE; ERDC; CHL | Terry Waller | KC720 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**
**March 14, 2008**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 551 | EFP-551-000000001 | EFP-551-000013494 | USACE; ERDC; CHL | Robert Wallace | KC720 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 552 | EFP-552-000000001 | EFP-552-000009781 | USACE; ERDC; CHL | Lorraine Smithhart | KC720 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 553 | EFP-553-000000001 | EFP-553-000000032 | USACE; ERDC; CHL | Mary Allison | KC720 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 560 | EFP-560-000000001 | EFP-560-000006335 | USACE; ERDC; CHL | Michael Tubman | KC720 | 3/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |