UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GINA M. BARARD, Plaintiff | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 06-7939 |
| | * | Consolidated with: 05-4182 |
| LEXINGTON INSURANCE COMPANY, | * | |
| DAN J. BURGHARDT INSURANCE | * | SECTION: J (3) |
| AGENCY, INC. and ABC INSURANCE | * | Transferred to SECTION: K(2) |
| AGENCY, defendants | * | |
| | * | |
| CONSOLIDATED WITH: | * | |
| IN RE: KATRINA CANAL BREACHES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendant, Dan J. Burghardt Insurance Agency, Inc. who first states that it is aware of its lack of standing and is filing this pleading because it has been required by the magistrate. As recognized by Judge Berrigan:

> Although this Court agrees that a fraudulently joined party lacks standing to participate in the case, it is disinclined to conclude that it cannot provide **any** relief to the fraudulently joined party. It seems illogical that a fraudulently joined party, who by definition has no interest in the litigation, cannot request that it be dismissed. After all, "[a] finding of improper joinder is tantamount to dismissing the claims by or against the party who was fraudulently joined" Riles, et al, v. Stevens Transport, Inc., et al, 2006 WL 3843029 (W.D. La.) (citing, Carriere v. Sears, Roebuck & Co., 893 F.2d 98, 102 (5th Cir. 1990)).

*See Peter Schreiber v. Essex Insurance Co., et al,06-07741, document 19 (Berrigan, J.).*

## Witnesses

Defendant lists the following as its witnesses in this matter:

Latonya Rideaux
2716 Willaimsburg Drive
LaPlace LA 70068
Telephone (504) 455-7283
Factual witness to testify concerning Gina Berrard's selection of insurance coverage and limits.

Clarice E. Jocobs
2813 Greenwood St.
Apt. D.
Kenner LA 70062
Telephone (504) 455-7283
Factual witness to testify in connection with written invitations on August 12, of 2004 and August 2 of 2005 to Gina Berard inviting her to look over her coverage amounts in order to be sure she had the correct amount of coverage to meet her specific needs, and if any changes were needed, to contact Dan Burghardt's agency.

## Exhibits

Defendant lists the following of its exhibits in this case:

Exhibit 1 in Globo:
Dan Burghardt's file,
including all applications,
declarations pages, notes,
correspondence, receipts etc.

A copy of this exhibit has been provided to the parties in this litigation.

Respectfully submitted,

s/ Warren J. Greenwood, Jr.
**BASTIAN & ASSOCIATES**
**WARREN J. GREENWOOD, JR. (T.A.)**
Bar No.:14312
**HERVIN A. GUIDRY**
Bar No.: 06492
909 Poydras Street, Suite 3000
New Orleans, Louisiana 70112
Telephone: (504) 527-5550
Attorney for Defendant
Dan J. Burghardt Insurance Agency, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 14th day of MARCH, 2008, served a copy of the foregoing pleading on all counsel for all parties either by:

- ( ) Hand Delivery
- ( ) Facsimile
- ( ) Certified Mail Return Receipt Requested
- ( ) Prepaid U.S. Mail
- ( ) UPS/Federal Express
- ( X ) Electronic Mail

s/ Warren J. Greenwood, Jr.
WARREN J. GREENWOOD, JR.