UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) | CIVIL ACTION NO.:   05-CV-4182 |
| VERSUS | ) ) ) | SECTION  "K" JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE *Gina M. Barard*, No. 06-7939 | ) ) | MAG. "M2" MAGISTRATE JOSEPH C. WILKINSON, JR. |

### DEFENDANT'S WITNESS AND EXHIBIT LIST

NOW COMES defendant Lexington Insurance Company ("Lexington") who, through undersigned counsel, submits the following names of witnesses who it may call and possible exhibits it may use at trial on this matter:

### WITNESS LIST

1) Oliver Kuhn - Examiner for Lexington Insurance Company, 100 Summer Street, Boston, Massachusetts, 02110. Knowledge of facts at issue.

2) Wesley Werneking - Examiner for Lexington Insurance Company, 100 Summer Street, Boston, Massachusetts, 02110. Knowledge of facts at issue.

3) Brandon Bruffett- Adjuster for Brush Country Claims, P.O. Box 426, Alice, TX, 78333, (318) 267- 2311, Fax: (361) 664-8255

4) Todd Cormier, Jeff Bosert, Larry Perez and/or another representative of Halliwell Engineering Associates, Inc., 865 Waterman Avenue, East Providence, RI, 02914, Phone: (401) 438-5020, Fax: (401) 434-1909. Expert witness.

5) Andy Johnson- Meteorologist, 3213 W Kennedy Blvd, Tampa, FL 33609, Phone: (813) 870-9636. Expert witness

6) Gina Barard

7) Robert Simmons- Adjuster for Mason Catastrophe Claim Services, Inc., 121 Pecan Street, Boerne, TX 78006. Phone: (830) 816-2929, (800) 974-6654, Fax: (830) 249-0869 (800) 398-8180. Expert witness.

8) Brandon Allen - Adjuster for Mason Catastrophe Claim Services, Inc., 121 Pecan Street, Boerne, TX 78006. Phone: (830) 816-2929, (800) 974-6654, Fax: (830) 249-0869 (800) 398-8180. Expert witness.

9) David Wilde - Adjuster for Mason Catastrophe Claim Services, Inc., 121 Pecan Street, Boerne, TX 78006. Phone: (830) 816-2929, (800) 974-6654, Fax: (830) 249-0869 (800) 398-8180. Expert witness.

10) A representative of Lexington Insurance Company

## EXHIBIT LIST

1) Certified Copy of the Lexington Policy No. LE 0619610 01

2) Mason Claims Services report dated 05/06/2007 and Mason Claims Service's claims file, including, but not limited to, copies of any and all photographs, diagrams, or other visual images taken and/or produced by Mason Claims

3) Mason Claims Services report dated 01/31/2007 and Mason Claims Service's claims file, including, but not limited to, copies of any and all photographs, diagrams, or other visual images taken and/or produced by Mason Claims

4) Halliwell Engineering Associates, Inc.'s Property Damage Causation Analysis dated January 9, 2007 and Halliwell Engineering, Inc. claim file, including, but not limited to, copies of any and all photographs, diagrams, or other visual images taken and/or produced by Halliwell Engineering,

5) Tornado Analysis completed by Halliwell Engineering, Inc. and Andy Johnson dated November 18, 2006 and Andy Johnson's claim file, including, but not limited to, copies of any and all photographs, diagrams, or other visual images taken and/or produced by Andy Johnson,

6) Lexington Insurance Company claim file for claim number 198761

7) Photographs of the insured property,

8)     Evidence of payments made to under Lexington Policy No. LE 0619610 01

9)     Any and all exhibits stated in the plaintiff's exhibit list,

10)     All correspondence, paper and electronic, between plaintiff and Lexington,

11)     All correspondence, paper and electronic, between counsel for plaintiff and counsel for Lexington,

12)     Curriculum Vitae of Robert Simmons and/or another representative of Mason Claims

13)     Curriculum Vitae of Brandon Allen and/or another representative of Mason Claims

14)     Curriculum Vitae of David Wylde and/or another representative of Mason Claims

15)     Curriculum Vitae of Larry Perez, Todd Cormier and/or another representative of Halliwell Engineering Associates, Inc.

16)     Curriculum Vitae of Andy Johnson

17)     Any and all discovery requests, discovery responses, or other documents exchanged and/or produced in connection with discovery, whether filed or exchanged informally, in this matter, including, but not limited to, Answers to Interrogatories, Responses to Requests for Production of Documents, Requests for Admissions, Requests for Inspection and/or Entry,

18)     Any and all pleadings, filed or to be filed, in this matter,

19)     Any and all depositions, affidavits, or other statements, written and oral, taken or to be taken, in this matter;

20)     Any and all documents necessary for impeachment purposes, including, but not limited to, treatises, restatements of law, data, studies, publications, or other reference materials; and

21)     Any and all exhibits listed by any other party.

Lexington respectfully reserves its right to supplement and amend this Witness and Exhibit List prior to the close of discovery and with this Honorable Court's permission.

Respectfully Submitted,

/s/ William A. Barousse
ROBERT I. SIEGEL, (#12063)
JOHN E.W. BAAY II, T.A. (#22928)
WILLIAM A. BAROUSSE,  (#29748)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:       (504) 561-1011

Counsel for Lexington Insurance Company

## CERTIFICATE OF SERVICE

_____I do hereby certify that I have on this 14[8h] day of March, 2008 served a copy of the foregoing **Witness and Exhibit List**  on all counsel of record via electronic filing.

/s/ William A. Barousse