UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

### NATIONAL UNION'S OBJECTIONS TO MAGISTRATE'S ORDER ON MOTIONS TO COMPEL AND FOR PROTECTIVE ORDER, TO QUASH, AND TO STAY DISCOVERY

National Union Fire Insurance Company of Pittsburgh, Pa., defendant, through undersigned counsel, hereby objects to the order of the magistrate (docket no. 11455) granting the plaintiffs' motion to compel and denying National Union's motion to quash the requests for production to, and notice of deposition of, National Union and to stay discovery against it until the motion to dismiss is decided, because the order is clearly wrong and contrary to U.S. Fifth Circuit case law of Senegal v. Jefferson County, 1 F.3d 1238 (5th Cir. 1993), Scanlan v. Texas A&M University, 343 F.3d 533, 536 (5th Cir. 2003), and Collins v. Morgan Stanley Dean Witter, 224 F.3d 496, 498-99 (5th Cir. 2000), all as more fully explained in the attached supporting memorandum.

1

**WHEREFORE** Defendant National Union Fire Insurance Company of Pittsburgh, Pa. respectfully prays that the objections be sustained, the magistrate's order be set aside, and its motions for protective order from and to quash notice of deposition and requests for production of documents and motion to stay discovery from it be GRANTED, the requests for production and notice of deposition propounded to it be quashed, National Union be exempt from answering or responding to said discovery and deposition notice, further discovery from it be stayed until National Union's motion to dismiss is decided, and for all other relief deemed just and proper.

    Respectfully submitted,

    /s/ Karen M. Dicke
**KAREN M. DICKE (#24781)**
**GEORGE D. FAGAN, T.A. (#14260)**
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Telephone:  (504) 585-7500
Facsimile:  (504) 585-7775
Email:    kdicke@leakeandersson.com
    gfagan@leakeandersson.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on March 14, 2008, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

    /s/ Karen M. Dicke

F:\38803\2-Pleadings\National Union\word versions\objections to mag ruling.doc