UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

### NOTICE OF HEARING FOR NATIONAL UNION'S OBJECTIONS TO MAGISTRATE'S ORDER

National Union Fire Insurance Company of Pittsburgh, Pa., defendant, through undersigned counsel, pursuant to Local Rule 7.2E for the Eastern District of Louisiana, hereby notices the foregoing Magistrate's Order on Motions to Compel and for Protective Order, to Quash, and to Stay Discovery for hearing before the Honorable Stanwood R. Duval, Jr., United

1

States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on April 2, 2008 at 9:30 a.m. or as soon thereafter as is practical.

        Respectfully submitted,

        /s/  Karen M. Dicke
        **KAREN M. DICKE (#24781)**
        **GEORGE D. FAGAN, T.A. (#14260)**
        Leake & Andersson, LLP
        1100 Poydras Street, Suite 1700
        New Orleans, Louisiana 70163-1701
        Telephone:  (504) 585-7500
        Facsimile:  (504) 585-7775
        Email:     *kdicke@leakeandersson.com*
                *gfagan@leakeandersson.com*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing pleading has been delivered to all counsel of record on March 14, 2008, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

        /s/ Karen M. Dicke

F:\38803\2-Pleadings\National Union\word versions\objections to mag ruling - notice of hearing.doc