UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | **CIVIL ACTION NO.: 05-4182** |
| | * | **SECTION: K** |
| **PERTAINS TO:** | * | **MAGISTRATE: 2** |
| **INSURANCE (#07-4312)** | * | |
| **MAXIMUS DEVELOPMENT, INC.** | * * | |
| **VERSUS** | * * | |
| **ZURICH INSURANCE D/B/A MARYLAND CASUALTY COMPANY** | * * * | |

\* \* \* \* \* \* \* \*

## O R D E R

**IT IS HEREBY ORDERED**, that defendant, Maryland Casualty Company's, Unopposed Motion to Remand be and is hereby **GRANTED**, and the above-captioned matter is remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, for all further proceedings.

New Orleans, Louisiana, this  17th  day of      March     , 2008.

UNITED STATES DISTRICT COURT JUDGE