UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATD LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE STANWOOD R. DUVAL, JR.; MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:   INSURANCE *Jack Worgan v. State Farm Fire and Casualty Company – 07-8621* | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

**IT IS ORDERED** by the Court that the name of David A. Strauss be substituted for Dan Richard Dorsey and Emily S. Morrison as counsel for defendant, State Farm Fire and Casualty Company.

NEW ORLEANS, LOUISIANA, this __17th__ day of _____March_____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT

3