UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | |
| | * | **CIVIL ACTION NO:** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO:** | * | |
| *Sucherman*, C.A. 07-3381 | * | **SECTION "K" (2)** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion to Dismiss be and hereby is **GRANTED** and that all of the claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __17th__ day of _____March_____, 2008.

_____
UNITED STATES DISTRICT JUDGE