UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 "K" (2) <br> * <br> * JUDGE STANWOOD R. DUVAL, JR. <br> * <br> * MAG. JUDGE JOSEPH C. WILKINSON, JR. |

*THIS PLEADING APPLIES TO:* BARGE

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait v. USA* | C.A. No. 07-3500 |
| *LNA v. USA* | C.A. No. 07-5178 |

### O R D E R

Considering Lafarge North America's Motion to Withdraw as Counsel;

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED** and Parker Harrison is hereby removed as counsel of record for Lafarge North America Inc.

New Orleans, Louisiana, this ___17th___ day of ___March___, 2008.

_____
United States District Judge

1098329-1