UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.  05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering Plaintiffs' Ex Parte for an Extension of Time, which the Court has duly noted,

**IT IS ORDERED** that Ashton R. O'Dwyer, Jr. be and he is hereby granted until the close of business on Thursday, March 20, 2008, within which to comply with the Orders of the Court embodied in Record Document Nos. 11343 and 11357.

New Orleans, Louisiana, this 17th day of March 2008.

_____
J U D G E

-1-