UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| KATRINA CANAL BREACHES | § | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | § | |
| | § | SECTION "K" |
| | § | |
| PERTAINS TO:  INSURANCE | § | JUDGE DUVAL |
| | § | |
| | § | MAGISTRATE NO. 2 |
| STACY BISHOP, et al         NO.: 07-2748 | § | |
| | § | MAGISTRATE WILKINSON |
| VERSUS | § | |
| | § | |
| ALLSTATE INDEMNITY COMPANY | § | |
| | § | |

**RULE 41(a) JOINT STIPULATION OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiffs, Stacy Bishop and Victor Marino, as well as Defendant, Allstate Indemnity Company, through undersigned counsel and who hereby stipulate to the dismissal of Defendant, Allstate Indemnity Company.

WHEREFORE, the Plaintiffs and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

Respectfully submitted,

*/s/ Gregory J. Schwab*
Gregory J. Schwab (LA BAR NO. 21075)
423 Goode Street
Houma, LA  70360
Telephone: (985) 223-4457
Fax: (985) 851-5051
Attorney for Defendant

1

<p style="margin-left:40%">*/s/ Bruce L. Feingerts*<br>
Bruce L. Feingerts (LA BAR NO. 5499)<br>
Feingerts & Kelly, PLC<br>
Suite 2700, 365 Canal Street<br>
New Orleans, LA 70130<br>
Attorney for Plaintiffs, Stacy Bishop and Victor Marino</p>