UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| KATRINA CANAL BREACHES | § | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | § | |
| | § | SECTION "K" |
| | § | |
| PERTAINS TO: INSURANCE | § | JUDGE DUVAL |
| | § | |
| | § | MAGISTRATE NO. 2 |
| STACY BISHOP, et al       NO.: 07-2748 | § | |
| | § | MAGISTRATE WILKINSON |
| VERSUS | § | |
| | § | |
| ALLSTATE INDEMNITY COMPANY | § | |
| | § | |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice by Stacy Bishop and Victor Marino;

It is hereby ORDERED that Defendant, Allstate Indemnity Company in the above entitled matter is dismissed with prejudice.

_____
JUDGE, UNITED STATES DISTRICT COURT

1