UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: <br> *Mooney*, C.A. No. 06-4703 <br> *Anderson*, C.A. No. 07-6737 | SECTION "K"(2) |

## ORDER

As the Court has determined that it will adjudicate the issue of entry of judgment on all individual pending cases wherein State Farm is a defendant based on this Court's previous ruling with respect to the applicability of the Water Damage Exclusion in the *Chehardy* matter, and that there is a stay is place with respect to all other insurance issues,

**IT IS ORDERED** that the Motions for Summary Judgment (Docs. No. 9410 and 9573) are **DISMISSED without prejudice to be re-urged in a global pleading as previously ordered by the Court.**

New Orleans, Louisiana, this   17th   day of March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE