UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | & Consolidated Cases |
| | * | |
| PERTAINS TO: | * | JUDGE DUVALL |
| | * | |
| LEVEE: 06-5116 (SIMS) | * | MAG. KNOWLES |

**************************************************************************

## ORDER

Considering the foregoing Order and Reasons issued October 12, 2007 (Document No. 8387), and pursuant to Rule 54(b);

IT IS HEREBY ORDERED THAT the foregoing Court's Orders as they pertain to the defendant, the Parish of Jefferson, be considered as final judgment under Rule 54(b) of the Federal Rules of Civil Procedure, upon the express finding that there are no just reasons for delay, all for the reasons set forth fully in the Motion and Memorandum, which are hereby adopted by the Court, including that all claims between these parties are resolved by the Orders.

IT IS FURTHER ORDERED that the parish of Jefferson shall prepare a seperate judgment in compliance with Rule 54(a) for entry and present it to the Court for same no later than March 31, 2008.

New Orleans, Louisiana, this __18th__ day of March, 2008.

                                                              Stanwood R. Duval, Jr.
                                                             United States District Court Judge