UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
        CONSOLIDATED LITIGATION

                                                NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE, Jupiter, 07-1689       JUDGE DUVAL
                                                  MAG. WILKINSON

## **ORDER**

Considering defendant's Motion for Leave to File Reply Memorandum, Record Doc. No. 11636,

**IT IS ORDERED** that defendant is hereby GRANTED leave to file a reply memorandum in support of its Motion for Contempt and Dismissal, Record Doc. No. 11531.

New Orleans, Louisiana, this ___18th___ day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE