U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 17 2008
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
MAR 13 2008
CHARLES R. FULBRUGE III
CLERK

No. 08-30145

CV 05-4182 K
07-5528

IN RE: KATRINA CANAL LITIGATION BREACHES

---

STATE OF LOUISIANA, etc.; ET AL

    Plaintiffs - Appellants

v.

AAA INSURANCE; ET AL

    Defendants - Appellees

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

HIGGINBOTHAM, STEWART, and ELROD, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the time period for judgment be extended for ten days pursuant to 28 U.S.C. § 1453. We are persuaded that the pressures of time in this case are good cause for extending the ruling, and that the extension will serve the interests of justice. The final disposition will be entered on or before April 14, 2008.

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 13, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

  No. 08-30145   Louisiana State v. AAA Insurance
    USDC No.   2:05-CV-4182
          2:07-CV-5528

Enclosed is an order entered in this case.

            Sincerely,

            CHARLES R. FULBRUGE III, Clerk

       By:  _/s/ Angelique D. Batiste_
          Angelique D. Batiste, Deputy Clerk
          504-310-7808

Mr Calvin Clifford Fayard Jr
Ms Isabel B Wingerter
Mr Neil C Abramson
Mr Wystan Michael Ackerman
Ms Katherine B Armstrong
Ms Judy Y Barrasso
Ms Sheila L Birnbaum
Mr Thomas R Blum
Ms Kelly C Bogart
Ms Jacqueline M Brettner
Ms Lauren E Brisbi
Mr Stephen G Bullock
Mr William Glenn Burns
Ms Jaime Michele Cambre
Ms Rachael Patton Catalanotto
Mr Charles Louis Chassaignac IV

Ms Laurie L Dearmond
Ms Nancy Scott Degan
Mr Patrick D Derouen
Ms Julia A Dietz
Mr John Christopher Dippel
Mr Richard Joseph Doren
Ms Mary Lue Dumestre
Mr Lawrence J Duplass
Ms Andrea Leigh Fannin
Mr Neal J Favret
Mr Richard L Fenton
Mr Alan S Gilbert
Mr Stephen E Goldman
Mr Levon G Hovnatanian
Mr Ralph S Hubbard III
Mr Thomas Hebert Huval
Mr Christopher Keith Jones
Mr Howard Bruce Kaplan
Mr Richard Edward King
Mr Kent Andrew Lambert
Mr Wayne J Lee
Ms Anne D LeJeune
Ms Anne D Lejeune
Mr Steven M Levy
Mr Edward J Lilly
Mr Matthew Joseph Lindsay
Mr Jay M Lonero
Ms Amy S Malish
Mr Christopher Weldon Martin
Mr Ben Louis Mayeaux
Ms Anne Elizabeth Medo
Mr Stephen L Miles
Mr Sean Patrick Mount
Mr Daniel Winthrop Nelson
Mr Dominic J Ovella
Mr James L Pate
Ms Maura Z Pelleteri
Mr Ethan N Penn
Mr Christopher Raymond Pennison
Mr Paul Lee Peyronnin
Mr C Michael Pfister
Mr H Minor Pipes III
Mr Daniel T Plunkett
Mr Daniel Michael Redmann
Mr Marshall M Redmon
Ms Wendy Hickok Robinson
Ms Susan M Rogge

Mr Anthony Joseph Rollo Jr
Mr Harry A Rosenberg
Ms Deborah B Rouen
Mr Martin R Sadler
Mr Seth Andrew Schmeeckle
Mr Gordon Paul Serou Jr
Mr John E Unsworth Jr
Mr Steven W Usdin
Mr John R Walker
Mr John W Waters Jr
Mr Walter D Willson
Mr Gerard E Wimberly Jr
Mr John Powers Wolff III
Mr Alan J Yacoubian
Ms Loretta Whyte, Clerk

MOT-2