UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE: *Jupiter,* C.A. No. 07-1689 | SECTION "K"(2) |

## ORDER OF REFERENCE TO U.S. MAGISTRATE JUDGE

A Motion for Contempt and Dismissal (Doc. No. 11531) was filed in the above-referenced matter which the Court finds should be referred to the Magistrate Judge for a Report and Recommendation. Accordingly,

**IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B), this motion is **REFERRED** to Magistrate Judge Jay Wilkinson to heard on **March 19, 2008 without oral argument**.

New Orleans, Louisiana, this  18th  March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE