# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROLAND A. LANDRY and | * | CIVIL ACTION |
| DOROTHY LANDRY | * | NO. 08-00039 |
| | * | |
| VERSUS | * | |
| | * | SECTION "B" (3) |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY and STATE FARM | * | |
| INSURANCE COMPANIES | * | |
| | * | |

RELATED TO:          In Re: KATRINA CANAL BREACHES
                                CONSOLIDATED LITIGATION

                        PERTAINS TO: Insurance


## THE PLAINTIFFS' MOTION TO TRANSFER TO SECTION "K", AND MOTION TO STAY AND MOTION TO REMAND

NOW COME the Plaintiffs Roland A. Landry and Dorothy Landry, through the undersigned

counsel of record, who move this Honorable Court to transfer this action to Judge Duval (Section

"K"), for consolidation under the *In Re: Katrina Canal Breaches Consolidated Litigation*, No. 05-

4182 "K" (2), and on further suggesting that this action should be stayed in light of the January 11,

1

2008, ruling of the Louisiana Supreme Court granting writs from the Louisiana Fourth Circuit, Court of Appeal, in the *Sher v. Lafayette Insurance Company* case[1] and/or a ruling by Judge Duval on the Insurance Company Defendants' Joint Motion to Modify the Court's May 1, 2006 Consolidated Order and Deconsolidate and/or Sever Cases within the Insurance Umbrella.  Additionally, as set forth in the Plaintiffs' memorandum in support of these motions, the Plaintiffs move to remand this action back to the Thirty-Fourth Judicial District Court, Parish of St. Bernard, State of Louisiana, if appropriate, following the rulings in the *Sher* case by the Louisiana Supreme Court and on the Insurance Company Defendants' Joint Motion for Deconsolidation by Judge Duval.

Respectfully submitted,

RANIER, GAYLE & ELLIOT, L.L.C.

*/s/* LARRY D. DYESS
Drew Ranier, La. Bar No. 8320
dranier@rgelaw.com
N. Frank Elliot III, La. Bar No. 23054 (T.A.)
felliot@rgelaw.com
Larry D. Dyess, La. Bar No.19555
ldyess@rgelaw.com
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

*Attorneys for the Plaintiff*s

---

[1]  *Sher v. Lafayette Insurance Company*, No. 2007-CA-0757 (La. App. 4th Cir), on appeal from the Civil District Court for the Parish of Orleans, No. 2006-9276, Division "G", Section "11", Giarrusso, J.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2008, a true copy of the foregoing was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM / ECF system.


*/s/* LARRY D. DYESS