UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROLAND A. LANDRY and<br>DOROTHY LANDRY | *<br>*<br>* | CIVIL ACTION<br>NO. 08-00039 |
| VERSUS | *<br>* | |
| | * | SECTION "B" (3) |
| STATE FARM FIRE AND CASUALTY<br>COMPANY and STATE FARM<br>INSURANCE COMPANIES | *<br>*<br>*<br>* | |

RELATED TO:    In Re: KATRINA CANAL BREACHES
              CONSOLIDATED LITIGATION

PERTAINS TO: Insurance

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs Roland A. Landry and Dorothy Landry, will bring their Motion to Transfer to Section "K", and Motion to Stay and Motion to Remand before the Honorable Ivan L. R. Lemelle on March 5, 2008, at 9:00 a.m., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

1

Respectfully submitted,

RANIER, GAYLE & ELLIOT, L.L.C.

 */S/* LARRY D. DYESS
Drew Ranier, La. Bar No. 8320
dranier@rgelaw.com
N. Frank Elliot III, La. Bar No. 23054 (T.A.)
felliot@rgelaw.com
Larry D. Dyess, La. Bar No.19555
ldyess@rgelaw.com
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2008, a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM / ECF system.

 */s/* LARRY D. DYESS

2