# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

ROLAND A. LANDRY and          *     CIVIL ACTION
DOROTHY LANDRY                *     NO. 08-00039
                              *
VERSUS                        *
                              *     SECTION "B" (3)
STATE FARM FIRE AND CASUALTY  *
COMPANY and STATE FARM        *
INSURANCE COMPANIES           *
                              *

RELATED TO:        In Re: KATRINA CANAL BREACHES
                    CONSOLIDATED LITIGATION

                   PERTAINS TO: Insurance

## ORDER

IT IS HEREBY ORDERED that this action be transferred to the Honorable Stanwood Duval, Section "K", for consolidation with the Insurance Umbrella cases in the matter *In Re: Katrina Canal Breaches Consolidated Litigation*,  No. 05-4182 "K" (2).

IT IS FURTHER ORDERED that this action is stayed in light of the January 11, 2008, ruling

1

of the Louisiana Supreme Court granting writs in the decision from the Louisiana Fourth Circuit, Court of Appeal, in *Sher v. Lafayette Insurance Company* case pending a decision from the Louisiana Supreme Court in that matter, and/or a ruling by Judge Duval on the Insurance Company Defendants' Joint Motion to Modify the Court's May 1, 2006 Consolidated Order and Deconsolidate and/or Sever Cases within the Insurance Umbrella.

IT IS FURTHER ORDERED that the Plaintiffs' motion to remand is stayed and deferred until the Louisiana Supreme Court reaches a decision in *Sher v. Lafayette Insurance Company* case.

Thus done and signed this _____ day of _____, 2008.


UNITED STATES DISTRICT JUDGE