## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * <br> * JUDGE STANWOOD R. DUVAL, JR. <br> * MAG. JUDGE JOSEPH C. WILKINSON, <br> * JR. |
| PERTAINS TO:  BARGE <br>     *Boutte* (05-5531) <br>     *Mumford* (05-5724) <br>     *Lagarde* (06-5342) <br>     *Perry* (06-6299) <br>     *Benoit* (06-7516) <br>     *Parfait Family* (07-3500) <br>     *LNA v. USA* (07-5178) | |

### LAFARGE NORTH AMERICA INC'S MOTION TO COMPEL WRITTEN DISCOVERY FROM PLAINTIFFS

On October 12, 2007, Lafarge North America ("LNA") served written discovery requests on the plaintiffs in accordance with the Court's case management order. Plaintiffs' discovery responses, originally produced on December 28, 2007 and supplemented through January and February of 2008, are either incomplete or entirely lacking. The vast majority of individual plaintiffs have not responded to any of LNA's requests. Other plaintiffs, including the nominal

"class representative" plaintiffs in the *Mumford* case, have responded in form but have provided no information or documents about many of their claims for damages. As conferencing as required by L.R. 37.1E has taken place, but proven to be ineffective, LNA must move the court to compel plaintiffs to produce proper responses.

For the reasons set forth in the accompanying Memorandum in Support of this Motion, LNA respectfully asks the Court to compel plaintiffs to: (a) immediately provide responses as to all individual plaintiffs that have sued LNA, not just the *Mumford* proposed class representatives, as required by this Court's Case Management Order #5; (b) immediately supply a privilege log that complies with Rule 26(b)(5), together with necessary supporting evidence; (c) comply with Rule 34 as regards the production of documents organized to respond to the requests; (d) supply properly-verified interrogatory responses; and (e) compel plaintiffs to respond to LNA's interrogatories and document requests as set forth in the accompanying Memorandum.

    Respectfully submitted,

/s/ Derek A. Walker_____
Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
fisher@chaffe.com
walker@chaffe.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**

2

901 New York Avenue, NW  
Washington, DC 20001  
Telephone: (202) 346-4240  

**ATTORNEYS FOR**  
**LAFARGE NORTH AMERICA INC.**

## Certificate of Service

I do hereby certify that I have on this 18th day of March, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker_____