GOODWIN | PROCTER

Mark S. Raffman
202.346.4259
mraffman@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

December 7, 2007

Brian Gilbert, Esq.
Law Offices of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, LA  70113

Re:  Katrina Canal Breaches Consolidated Litigation;
     USDC EDLA Civil Action 05-4182 and consolidated cases

Dear Brian:

    When we spoke on the phone last Friday, you asked me to advise you whether Lafarge North America would produce its discovery responses in advance of the revised deadline of December 28, 2007. We have decided that we will provide responses when they are due on December 28, 2007.

    When we spoke, you also inquired about the source of the requirement that interrogatory responses be verified by the plaintiffs. This requirement appears in Fed. R. Civ. P. 33(b)(1). While we understand that there are many interrogatories about which the individual plaintiffs will not have personal knowledge, there are many others that call for information from the individual plaintiffs. In that connection, and by way of example, I direct your attention to LNA's interrogatories nos. 12, 13, 15, 16, 18, 26, 29, 34, 35, 35, 37, 38, 39, 40, and 41. There are also several document requests and requests to admit that will require responses from individual plaintiffs. Please note that we are expecting responses from every plaintiff that has sued LNA in every one of the captioned actions falling within the "Barge" category of cases, as expressly stated in the requests. Although this will necessarily include plaintiffs represented by other attorneys, we expect that you, as liaison counsel, will coordinate to ensure that our expectations are communicated to those who need to be aware of them.

    In response to your inquiry about deposition dates, we are attempting to confirm the availability of Annette Gaskin and Roland Johnson for deposition in New Orleans on January 9, 2008. We assume that a half day would suffice for each of these two individuals, but if not, then we are willing to discuss double-tracking or some other arrangement. If that date does not work for you, please provide some alternate dates and we will try to work with those. As to the other depositions on your list that concern persons other than LNA current or former employees, we

LIBW/1664634.1

GOODWIN | PROCTER

Brian Gilbert, Esq.
December 7, 2007
Page 2

believe we can cover them whenever they are noticed, provided that sufficient advance notice (no less than two weeks) is provided.

    Finally, we will want to notice several fact depositions in January, including but not limited to the individuals whom we deferred from December at your request (Riess, Rainey, Jenkins, and Sutton). We will identify any other deponents well in advance. If there are any dates in January when the barge plaintiffs will not be available to cover fact depositions, we ask that you let us know now.

    Thank you for your attention.

Sincerely,

Mark S. Raffman

MSR:fc

Cc:    Derek Walker, Esq.
       Robert Fisher, Esq.
       Daniel Webb, Esq.
       Larry Wiedemann, Esq.
       Patrick Sanders, Esq.
       William Emory, Esq.

LIBW/1664634.1