**Law Offices of Brian A. Gilbert, P.L.C.**
821 Baronne Street
New Orleans, Louisiana 70113

Telephone (504) 581-6180
Telephone (504) 885-7700
Facsimile (504) 581-4336

bgilbert@briangilbertlaw.com

FEB 8

February 7, 2008

Derek A. Walker, Esq.
Chaffe McCall, LLP
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2301

                Re:   *In re Katrina Canal Breaches Consol., USDC, EDLA, No. 05-4182, Section "K" (2)*

Dear Derek:

    Enclosed please find documents obtained from Josephine L. Richardson. These are being provided in supplementation to our previous discovery responses.

    Thank you for your courtesy and attention to this matter. If you have any questions, please do not hesitate to call my office.

Yours very truly,

BRIAN A. GILBERT

BAG/jrc
enclosures