**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Wednesday, January 23, 2008 3:09 PM
**To:** Raffman, Mark S
**Cc:** walker@chaffe.com; Aldock, John D.; dwebb@swslaw.com; 'Robert Fisher'
**Subject:** RE: Katrina Canal Breaches -- Discovery from Parfait Plaintiffs

Look, Mark, don't "lawyer" me to death. The numskull, who allowed such an Order to be entered against plaintiffs, didn't have authority to speak on behalf of my clients. This case will not settle like a Class Action. It is a mass tort case, with each case on the merits, and on damages, a "little" different. I am not going to sell any of my clients out for a "fast buck", without an intelligent approach to evaluating each claim. I would think that should be your approach as well. It's just too soon for all of this!

**From:** Raffman, Mark S [mailto:mraffman@goodwinprocter.com]
**Sent:** Wednesday, January 23, 2008 1:16 PM
**To:** Ashton O'Dwyer
**Cc:** walker@chaffe.com; Aldock, John D.; dwebb@swslaw.com; Robert Fisher
**Subject:** Re: Katrina Canal Breaches -- Discovery from Parfait Plaintiffs

Discovery is open on all issues.  CMO #5 calls for "all" written discovery to be completed in each of the captioned cases -- including No. 07-3500.  CMO #5 also expressly requires that "written discovery directed to each individual named plaintiff must be answered individually."

Also, even if damages were carved out -- which they are not -- we are entitled to discovery from the plaintiffs on liability and class certification issues.   Many of our requests are directed to liability and class certification.

Be that as it may, if we do not hear otherwise from you, we must infer that the Parfait plaintiffs are unwilling to provide any discovery responses at this time, and will consider our Rule 37.1E obligations satisfied in the event we decide to file a motion to compel.

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Wednesday, January 23, 2008 12:59 PM
**To:** Raffman, Mark S
**Cc:** walker@chaffe.com; Aldock, John D.; dwebb@swslaw.com; 'Robert Fisher'
**Subject:** RE: Katrina Canal Breaches; Deposition of Arthur Murph

Mark: When this case goes to trial, there will first be some determination of liability, and later, probably much later, a trial on damages. This is called "bifurcation". I will stipulate that you are absolutely entitled to depose each client, and to have all of their available documentation (not lost in KATRINA), sufficiently in advance of the trial on damages, so that you can properly reserve each case, and make an intelligent decision about whether to try the case or attampt to settle it. It's WAY too soon for any of that "bullshit" at this particular time, I respectfully submit.

**From:** Raffman, Mark S [mailto:mraffman@goodwinprocter.com]
**Sent:** Wednesday, January 23, 2008 11:36 AM

**To:** Ashton O'Dwyer
**Cc:** walker@chaffe.com; Aldock, John D.; dwebb@swslaw.com; Robert Fisher
**Subject:** RE: Katrina Canal Breaches; Deposition of Arthur Murph

Ashton,

It's not really an "early stage" -- the (extended) deadline for responding to written discovery expired three weeks ago and we still have not received a single scrap from any of your clients.

Even if we were inclined to cut you some slack, the court's other discovery deadlines are expiring and we really have no choice when it comes to protecting our client's interests.

Why don't you tell us what you can give us now and what is your proposal for completing this discovery - then we will discuss among our team when Derek is back in the country.

Thanks,

Mark R.

---

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Monday, January 21, 2008 2:06 PM
**To:** Raffman, Mark S; 'Law Office of Brian A. Gilbert'; 'Richthofen Rick'; 'Derek A. Walker'; dwebb@swslaw.com
**Cc:** 'Joe Bruno'; 'William D. Treeby'; 'Gerald E. Meunier'; ggrant@monbar.com; 'Arias, Cindy'; ddruker@wgdnlaw1.com; 'Fuchsberg, Allen'; 'Kelmachter, Leslie'; ldwiedeman@aol.com; 'Sanders, Pat'; 'Seymour, Rick'; 'Wilson, Larry'; czelaya@fgmapleslaw.com; 'Clayman, Debbie'; 'Cronin, Julia'; 'Emory, William'; fisher@chaffe.com; Aldock, John D.; plazalaw@cox.net; jmusser@bellsouth.net; jskirwin@maples.com; jsandoz@daiglefisse.com; 'Lonian, Heather'; 'Miller, Kara K.'; 'Mouledoux, Andrew'; pbrooks@monbar.com; peter.myer@usdoj.gov; jguidry@thecochranfirmno.com; smwiles@fgmapleslaw.com; 'Warren, Rob'; 'Andry, John'; 'Aurandt, Kirk'; 'Becnel, Danny'; 'Bruno, Joseph M., Jr.'; 'Dumas, Walter'; 'Emmett, John F.'; 'Fendler, Sherman Gene'; 'Harris, Rufus C., III'; 'Haycraft, Don K.'; 'Jacobs, Darleen'; 'Koury, Greg'; 'Lambert, Hugh'; 'Lanier, Charles M., Jr.'; 'Martin, Denise'; 'Mayeaux, Ben'; 'Mitchell, Clay'; 'O'Donnell, Pierce'; 'O'Donnell, Pierce'; 'Roy, James R.'; 'Smith, Robin D.'; 'Wiedemann, Karen'; 'Wiedemann, Karl'; 'Wiles, Stephen M.'; 'Willhoft, Jill Schultz'; aboyd@lawla.com; am@ecwko.com; 'Anzelmo, Thomas P.'; bevers@liskow.com; 'Black, James Robert, Esq.'; cacardo@duplass.com; chaisson@chaffe.com; 'Cobb, James A., Jr.'; 'Corlies, Catherine'; crb@ecwko.com; dlb@harrisrufty.com; dlebreton@daiglefisse.com; dphillips@cochranfirm.com; 'Duplass, Lawrence J.'; dwleefe@liskow.com; federal@maples.com; forbes@chaffe.com; 'Fripp, Nia'; 'Gelpi, Kenneth Joseph, Jr.'; gmiguez@liskow.com; gs@ecwko.com; 'Guichet, Joseph Pierre'; 'Hanna, Mark Emmerson'; 'Harris, Rufus C., III'; 'Harrison, Parker'; Brandon, Holly A; heck@chaffe.com; 'Hubbard, Ralph Shelton, III'; 'Jacobs, Julie'; Jeff@plazalaw.com; jepstein@mcsalaw.com; jguidry@cochranfirm.com; jinman@liskow.com; 'Kessenich, John Frederick'; 'Kirwan, John Stuart III'; 'Kraus, Douglas R.'; ldemos@gmapleslaw.com; leslies@ln-law.com; ljackson@lawla.com; ljp@harrisrufty.com; lmd@swslaw.com; lquintana@monbar.com; ltaylor@fgmapleslaw.com; 'Maples, F. Gerald'; martinez@chaffe.com; 'Mayberry, Meredith Anne'; mnguyen@lawla.com; 'Motes, Carmen'; ozg@mcsalaw.com; 'Pate, James L.'; 'Rodriguez, Ivan Mauricio'; 'Rufty, Alfred J., III'; 'Sanders, Patrick Joseph'; 'Schaub, Wanda'; sdeblieux@duplass.com; 'Spencer, Louis G.'; 'Spencer, Louis G.'; 'Torrence, Jean'; 'Towler, Lisa'; vbroussard@odwyerlaw.com; vdufrene@burgosevans.com; vicknair@chaffe.com; 'Villa, Stacy'; 'Weinstock, Andrew'; 'Wiedemann, Lawrence D.'; 'Wise, Brett D.'; ymaranto@monbar.com; 'Zelaya, Carlos'
**Subject:** RE: Katrina Canal Breaches; Deposition of Arthur Murph

Mark and Derek: You guys know that there are some "volatile" issues floatnig around the "Victims of KATRINA" litigation. I guarantee you that things are going to get "hotter", but not for me. I really need you to cut me some slack on your discovery to my clients, most of whom I have not communicated with since I was retained. If there are specific people you want information about, tell me and I will try and accomodate you. However, to require me to respond to detailed discovery at this early stage is just too much for me to handle at this particular time.

---

**From:** Raffman, Mark S [mailto:mraffman@goodwinprocter.com]
**Sent:** Monday, January 21, 2008 12:56 PM
**To:** Law Office of Brian A. Gilbert; Richthofen Rick; Derek A. Walker; dwebb@swslaw.com
**Cc:** Joe Bruno; William D. Treeby; Gerald E. Meunier; ggrant@monbar.com; Arias, Cindy; ddruker@wgdnlaw1.com; Fuchsberg, Allen; Kelmachter, Leslie; ldwiedeman@aol.com; Sanders, Pat; Seymour, Rick; Wilson, Larry; czelaya@fgmapleslaw.com; Clayman, Debbie; Cronin, Julia; Emory, William; fisher@chaffe.com; Aldock, John D.; plazalaw@cox.net; jmusser@bellsouth.net; jskirwin@maples.com; jsandoz@daiglefisse.com; Lonian, Heather; Miller, Kara K.; Mouledoux, Andrew; pbrooks@monbar.com; peter.myer@usdoj.gov; jguidry@thecochranfirmno.com; smwiles@fgmapleslaw.com; Warren, Rob; Andry, John; Aurandt, Kirk; Becnel, Danny; Bruno, Joseph M., Jr.; Dumas, Walter; Emmett, John F.; Fendler, Sherman Gene; Harris, Rufus C., III; Haycraft, Don K.; Jacobs, Darleen; Koury, Greg; Lambert, Hugh; Lanier, Charles M., Jr.; Martin, Denise; Mayeaux, Ben; Mitchell, Clay; O'Donnell, Pierce; O'Donnell, Pierce; O'Dwyer, Ashton R., Jr.; Roy, James R.; Smith, Robin D.; Wiedemann, Karen; Wiedemann, Karl; Wiles, Stephen M.; Willhoft, Jill Schultz; aboyd@lawla.com; am@ecwko.com; Anzelmo, Thomas P.; bevers@liskow.com; Black, James Robert, Esq.; cacardo@duplass.com; chaisson@chaffe.com; Cobb, James A., Jr.; Corlies, Catherine; crb@ecwko.com; dlb@harrisrufty.com; dlebreton@daiglefisse.com; dphillips@cochranfirm.com; Duplass, Lawrence J.; dwleefe@liskow.com; federal@maples.com; forbes@chaffe.com; Fripp, Nia; Gelpi, Kenneth Joseph, Jr.; gmiguez@ecwko.com; gs@ecwko.com; Guichet, Joseph Pierre; Hanna, Mark Emmerson; Harris, Rufus C., III; Harrison, Parker; Brandon, Holly A; heck@chaffe.com; Hubbard, Ralph Shelton, III; Jacobs, Julie; Jeff@plazalaw.com; jepstein@mcsalaw.com; jguidry@cochranfirm.com; jinman@liskow.com; Kessenich, John Frederick; Kirwan, John Stuart III; Kraus, Douglas R.; ldemos@gmapleslaw.com; leslies@ln-law.com; ljackson@lawla.com; ljp@harrisrufty.com; lmd@swslaw.com; lquintana@monbar.com; ltaylor@fgmapleslaw.com; Maples, F. Gerald; martinez@chaffe.com; Mayberry, Meredith Anne; mnguyen@lawla.com; Motes, Carmen; ozg@mcsalaw.com; Pate, James L.; Rodriguez, Ivan Mauricio; Rufty, Alfred J., III; Sanders, Patrick Joseph; Schaub, Wanda; sdeblieux@duplass.com; Spencer, Louis G.; Spencer, Louis G.; Torrence, Jean; Towler, Lisa; vbroussard@odwyerlaw.com; vdufrene@burgosevans.com; vicknair@chaffe.com; Villa, Stacy; Weinstock, Andrew; Wiedemann, Lawrence D.; Wise, Brett D.; ymaranto@monbar.com; Zelaya, Carlos
**Subject:** RE: Katrina Canal Breaches; Deposition of Arthur Murph

Brian,
Derek is out of the country all week and has the lead for us.  I believe he was going to use that morning to prepare.  Is it really impossible to get through the rest of this deposition in an afternoon?   As I recall there were five open subjects.  What time is Mr. Ricthofen's conflict?
Regards,
Mark R.

---

**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
**Sent:** Monday, January 21, 2008 1:46 PM
**To:** 'Richthofen Rick'; Derek A. Walker; dwebb@swslaw.com; Raffman, Mark S
**Cc:** Joe Bruno; William D. Treeby; Gerald E. Meunier; ggrant@monbar.com; 'Arias, Cindy'; ddruker@wgdnlaw1.com; 'Fuchsberg, Allen'; 'Gilbert, Brian A.'; 'Kelmachter, Leslie';

ldwiedeman@aol.com; 'Sanders, Pat'; 'Seymour, Rick'; 'Wilson, Larry'; czelaya@fgmapleslaw.com; 'Clayman, Debbie'; 'Cronin, Julia'; 'Emory, William'; fisher@chaffe.com; Aldock, John D.; plazalaw@cox.net; jmusser@bellsouth.net; jskirwin@maples.com; jsandoz@daiglefisse.com; 'Lonian, Heather'; 'Miller, Kara K.'; 'Mouledoux, Andrew'; pbrooks@monbar.com; peter.myer@usdoj.gov; jguidry@thecochranfirmno.com; smwiles@fgmapleslaw.com; 'Warren, Rob'; 'Andry, John'; 'Aurandt, Kirk'; 'Becnel, Danny'; 'Bruno, Joseph M., Jr.'; 'Dumas, Walter'; 'Emmett, John F.'; 'Fendler, Sherman Gene'; 'Harris, Rufus C., III'; 'Haycraft, Don K.'; 'Jacobs, Darleen'; 'Koury, Greg'; 'Lambert, Hugh'; 'Lanier, Charles M., Jr.'; 'Martin, Denise'; 'Mayeaux, Ben'; 'Mitchell, Clay'; 'O'Donnell, Pierce'; 'O'Donnell, Pierce'; 'O'Dwyer, Ashton R., Jr.'; 'Roy, James R.'; 'Smith, Robin D.'; 'Wiedemann, Karen'; 'Wiedemann, Karl'; 'Wiles, Stephen M.'; 'Willhoft, Jill Schultz'; aboyd@lawla.com; am@ecwko.com; 'Anzelmo, Thomas P.'; bevers@liskow.com; 'Black, James Robert, Esq.'; cacardo@duplass.com; chaisson@chaffe.com; 'Cobb, James A., Jr.'; 'Corlies, Catherine'; crb@ecwko.com; dlb@harrisrufty.com; dlebreton@daiglefisse.com; dphillips@cochranfirm.com; 'Duplass, Lawrence J.'; dwleefe@liskow.com; federal@maples.com; forbes@chaffe.com; 'Fripp, Nia'; 'Gelpi, Kenneth Joseph, Jr.'; gmiguez@liskow.com; gs@ecwko.com; 'Guichet, Joseph Pierre'; 'Hanna, Mark Emmerson'; 'Harris, Rufus C., III'; 'Harrison, Parker'; Brandon, Holly A; heck@chaffe.com; 'Hubbard, Ralph Shelton, III'; 'Jacobs, Julie'; Jeff@plazalaw.com; jepstein@mcsalaw.com; jguidry@cochranfirm.com; jinman@liskow.com; 'Kessenich, John Frederick'; 'Kirwan, John Stuart III'; 'Kraus, Douglas R.'; ldemos@gmapleslaw.com; leslies@ln-law.com; ljackson@lawla.com; ljp@harrisrufty.com; lmd@swslaw.com; lquintana@monbar.com; ltaylor@fgmapleslaw.com; 'Maples, F. Gerald'; martinez@chaffe.com; 'Mayberry, Meredith Anne'; mnguyen@lawla.com; 'Motes, Carmen'; ozg@mcsalaw.com; 'Pate, James L.'; 'Rodriguez, Ivan Mauricio'; 'Rufty, Alfred J., III'; 'Sanders, Patrick Joseph'; 'Schaub, Wanda'; sdeblieux@duplass.com; 'Spencer, Louis G.'; 'Spencer, Louis G.'; 'Torrence, Jean'; 'Towler, Lisa'; vbroussard@odwyerlaw.com; vdufrene@burgosevans.com; vicknair@chaffe.com; 'Villa, Stacy'; 'Weinstock, Andrew'; 'Wiedemann, Lawrence D.'; 'Wise, Brett D.'; ymaranto@monbar.com; 'Zelaya, Carlos'
**Subject:** Katrina Canal Breaches; Deposition of Arthur Murph

Dear Counsel:

Mr. Murph's continuation deposition is currently scheduled for 1:00 p.m. on January 28, 2008. Arthur Murph's attorney, Richard Richthofen, informs me of a schedule conflict that afternoon.  Also, it appears that more time might be needed than one afternoon.  Accordingly, I would like to begin Mr. Murph's deposition earlier, at 9:00 a.m. on the same date, at the same location, and attach hereto a revised notice to this effect.  I will wait to file same until later this afternoon in case any party has a **reasonable** objection to this time change.  Thank you.

**Brian A. Gilbert, Esq.**
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
**821 Baronne Street**
**New Orleans, Louisiana**
**Telephone: (504) 885-7700**
**Telephone: (504) 581-6180**
**Facsimile: (504) 581-4336**

*CONFIDENTIALITY NOTICE*
*This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.*