UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ~~ORLEANS~~ St. Bernard

BEFORE ME, the undersigned Notary Public, came Josephine L. Richardson, Class Representative in the Katrina Canal Breaches Consolidated Litigation, and verifies that the information she supplied in reference to this litigation is true to the best of her knowledge, information and belief.

_____
JOSEPHINE L. RICHARDSON

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 14 DAY
OF December, 2007.

_____
NOTARY PUBLIC

My commission expires at death.

CONNIE A. POTIER
NOTARY PUBLIC
ST. BERNARD PARISH, LOUISIANA
COMMISSION ISSUED FOR LIFE
#60425