**List of *Parfait* Plaintiffs For Whom No Documents Or Interrogatory Responses Have Been Produced**

- Helen Frank (individually and as Administratrix of the Succession of Richard Frank, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased)
- Michelle "Mink" Jones
- Kenneth Williams
- Derrick Williams
- Ladanya Williams
- Cadorra Williams
- Valerie Williams, on her own behalf and on behalf of her minor children
- Chrishawn Williams
- Jamon Williams
- Tameka Williams
- Andrew Hill
- Maria Washington, on her own behalf and on behalf of her minor children
- Janisha Washington
- Andrew Washington
- Charles Washington
- Mekhi Washington
- Tammy McFarland
- Joshua McFarland
- Kelly Augusta
- Artis Ulmer, Sr
- Ruth Ulmer
- Artis Ulmer, Jr, on his own behalf and on behalf of his son
- Roche Easpdron
- Patricia Harris
- Bernon Barnes
- Charles Ulmer, Sr
- Charles Ulmer, Jr
- Derick Ulmer
- Dennis Ulmer
- Kevin McFarland
- Charles Hollaway
- Joseph Smith
- Clansa McCoy
- Wardell Luter
- Janet Luter
- Christopher Luter and his wife, Tracy Luter, on their own behalf and on behalf of their minor children
- Tranard Luter

- Crista Luter
- Linda Molaison
- Gail Brown, on her own behalf and on behalf of her minor children
- Aaron Pulham
- Brandon Pulham
- Shelia Martin
- Keith Martin
- Contnce Phipps
- Reverend Curtis Coleman, Sr, on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church
- Mary P Mingo
- Rachel Goldsmith
- Gayle LeBlanc
- Michael LeBlanc and his spouse, Lance Taylor LeBlanc, on their own behalf and on behalf of their minor child
- Mika Jane LeBlanc
- Jessie Arbuthnot
- Curtis Coleman, Sr Curtis Coleman, Jr Jerome Coleman
- Keith Coleman
- Carnese Williams
- Raymond Hunter William Hunter
- AndrewWilhams
- Enc Williams
- Winston Williams
- Paul Mosley, Sr
- Paul Mosley, Jr
- Brandon Mosley
- Hope Mosley
- Shaqual Mosley
- Shannel Mosley
- Ivan Mosley
- Betty Mosley
- Margante Rochon
- Raymond Hunter
- Naomi Hunter
- Vanessa Carter
- Chris McCormick
- Michele Armour
- Monique Armour
- Mitchell Armour III
- Augustine Greenwood
- Rosemary Greenwood, in her own behalf and on behalf of her minor children,
- Jasemine Greenwood
- Yasemine Greenwood

- Daniel Weber, individually and in his capacity as Administrator of the Succession of his spouse, Rosetta Marrero, and as personal representative of the deceased, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased, known or unknown
- Lamont Marrero
- Edward Marrero
- Renzoll Marrero
- Peter Thibodeaux
- Agnes Mae Recasner
- Quiana Whitney
- Carl Recasner
- Bobby Recasner
- Tyrone Moffett and his fiance, Ashley Robinson, on their own behalfs and on behalf of their minor child
- Ty' Janie Moffett
- Bruce Hayes
- Mannesha Green, on her own behalf and on behalf of her minor child
- Bruce Hayes III
- Emma Martin
- Olhe Rickney
- Ryan Ward
- Tinisha Sims, on her own behalf and on behalf of her minor children
- Kiyera Sims
- Garnycia Reed
- Brodenck Mack
- Antonio Green
- Ebony Gordon
- Melba Gibson
- Emmanuel Joseph LeBlanc
- Gertrude LeBlanc
- Ardell Joseph LeBlanc
- LeShaun Momque LeBlanc
- Cyndna LeBlanc
- Ananya LeBlanc
- Paul Mosley
- Betty Mosely
- Troy Louis, and his spouse, Enka Louis, on their own behalfs and on behalf of their minor children
- Gregory Williams
- Erik Louis
- Damon Louis
- Shekinab Louis
- Raymond Joseph

- Claudia Rattler
- Terry Rattler
- Renelle Rattler