UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| *THIS PLEADING APPLIES TO:*   **BARGE** | | *and consolidated cases<br>* |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram* | C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | * |
| *Parfait v. USA* | C.A. No. 07-3500 | * MAGISTRATE JUDGE |
| Lafarge v. USA | C.A. No.07-5178 | * JOSEPH C. WILKINSON, JR. |

## LOCAL RULE 37.1E CERTIFICATE

Undersigned counsel for Lafarge North America Inc. ("LNA") certifies that he has conferred on several dates, including January 17 and February 15, 2008, with Brian Gilbert, counsel for plaintiffs, for purposes of amicably resolving the issues undertaken in LNA's "Motion to Compel Written Discovery from Plaintiffs", and that said issues have not been resolved because counsel failed to agree on further responses to be given by plaintiffs.

Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)

1099478-1

        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000
        Facsimile: (504)585-7075
        Fisher@chaffe.com
        Walker@chaffe.com

        John D. Aldock
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, NW
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        ***Attorneys for Lafarge North America Inc.***

## Certificate of Service

I do hereby certify that I have on this 18th day of March, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

          /s/ Derek A. Walker