UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| *THIS PLEADING APPLIES TO:*   **BARGE** | | *and consolidated cases<br>* |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram* | C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | * |
| *Parfait v. USA* | C.A. No. 07-3500 | * MAGISTRATE JUDGE |
| Lafarge v. USA | C.A. No.07-5178 | * JOSEPH C. WILKINSON, JR. |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Lafarge North America Inc.'s Motion to Compel Written Discovery from Plaintiffs will be heard before the Honorable Joseph C. Wilkinson, Jr., Magistrate Judge of the United States District Court for the Eastern District of Louisiana, on Wednesday, April 2, 2008 at 11:00 a.m.

Respectfully submitted,

　　　/s/ Derek A. Walker　　
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre

1099466-1

1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile: (504)585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 18th day of March, 2008 served a copy of the foregoing  pleading on counsel for all parties to this proceeding by electronic filing notification.

/s/ Derek A. Walker

1099466-1                                  2