UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| *THIS PLEADING APPLIES TO:*   **BARGE** | | *and consolidated cases<br>* |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | * SECTION "K" (2) |
| *Mumford v. Ingram* | C.A. No. 05-5724 | * |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | * JUDGE |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | * STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | * |
| *Parfait v. USA* | C.A. No. 07-3500 | * MAGISTRATE JUDGE |
| Lafarge v. USA | C.A. No.07-5178 | * JOSEPH C. WILKINSON, JR. |

### O R D E R

Considering Lafarge North America Inc.'s Motion to Compel Written Discovery from Plaintiffs,

IT IS ORDERED that said Motion is hereby GRANTED.

NEW ORLEANS, Louisiana, this _____ day of _____, 2008.

_____
United States Magistrate Judge

1099552-1