UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO. 05-4182 SECTION "K"(2) |
| PERTAINS TO: MRGO/BARGE | * * | |

## JOINT MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come Plaintiff's Liaison Counsel, Joseph Bruno, and Defendant's Liaison Counsel, Ralph S. Hubbard III, and jointly move the Court for a two week extension of time, or until April 4, 2008, within which to provide the Court with joint suggestions as to the trial plan and scheduling issues discussed at the status conference on March 7, 2008.

Respectfully submitted,

/s/ Ralph S. Hubbard III
Ralph S. Hubbard III, T.A., La. Bar. #7040
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:   (504) 310-9195
*Defendants' Liaison Counsel*

/s/ Joseph M. Bruno
Joseph M. Bruno (La. Bar #3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504)525-1335
Facsimile: (504) 561-6775
*Plaintiffs' Liaison Counsel*

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 18th day of March, 2008.

/s/ *Ralph S. Hubbard, III*