**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES   CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |
| PERTAINS TO: MRGO/BARGE | |

**ORDER**

Considering the foregoing Joint Motion for Extension of Time;

It is hereby ORDERED that the motion is granted and the parties are granted a two week extension of time, or until April 4, 2008, within which to provide the Court with joint suggestions as to the trial plan and scheduling issues discussed at the status conference on March 7, 2008.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE