UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | |
| | * | CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
**LEVEE**
07-4837    Albano
07-4391    Adams

## MOTION AND INCORPORATED MEMORANDUM
## TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes defendant, B&K Construction Company, Inc. ("B&K"), who moves this Court to dismiss B&K without prejudice in the above captioned suits.  Prior to the filing of these suits, this Court held on December 8, 2006, and again on June 29, 2007 (Order and Reasons Doc. Nos. 2142 and 6175, respectively) that B&K does not have liability in these cases based upon a peremption defense.  This issue was decided in a companion case by this Honorable Court which is currently on appeal in the United States Fifth Circuit Court of Appeal (Civil Action

No. 05-4182). For this reason, B&K hereby moves this Honorable Court for a dismissal, without prejudice, of any and all claims as asserted herein against B&K, with each party to bear its own costs, reserving all rights, actions and alternative defenses against the remaining parties.

    Respectfully submitted,

    __/s/ Betty F. Mullin_____
    Herman C. Hoffmann, Jr.  (#6899)
    Betty F. Mullin, (#9818)
    Wade M. Bass (#29081)
    SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
    30th Floor - Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-3000
    Telephone: 504-569-2030

    Attorneys for B & K Construction Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 19th day of March, 2008.

    __/s/ Betty F. Mullin_____
Herman C. Hoffmann, Jr., Bar No. 6899
Betty F. Mullin, Bar No. 9818
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street
30th Floor - Energy Center
New Orleans, Louisiana 70163
(504) 569-2030
Attorneys for B&K Construction Company, Inc.

N:\DATA\K\03409023\Consolidated Pleadings\Dismiss-Adams&Albano.wpd

3