UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | |
| | * | CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
**LEVEE**
07-4837    Albano
07-4391    Adams

## O R D E R

CONSIDERING, the foregoing Motion;

IT IS HEREBY ORDERED that plaintiffs' claims be and hereby dismissed, in their entirety, without prejudice, as to defendant, B&K Construction Company, Inc., with each party to bear its own costs, reserving all rights and actions against the remaining parties.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

N:\DATA\K\03409023\Consolidated Pleadings\DismissOrder-Adams&Albano.wpd