UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:  BARGE | JUDGE DUVAL |
| | MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: The Maritime Law Association's Motion for a Protective Order Pursuant to FRCP Rule 26(c) Quashing Plaintiffs' Subpoena of January 28, 2008 and Rule 45 Requests, Record Doc. No. 11459

O R D E R E D:

 XXX : GRANTED.  The proposed deponent is neither a witness to nor an investigator of any of the factual events that are the subject of this litigation, nor an expert retained by any party as either a consultant or to testify. The theoretical ruminations of this professional association concerning legal topics related to Hurricane Katrina are wholly unlikely to lead to the discovery of admissible evidence.  Even if the requests in the subpoena can be seen to have some relevance to the "subject matter" of this case, "good cause" sufficient to extend the scope of discovery to this kind of third-party subpoena has not been established.  Fed. R. Civ. P. 26(b)(1).  Both the scope of the subpoena and the proposed place of the deposition are unreasonable.  The subpoena is quashed, and no response to it need be made.

New Orleans, Louisiana, this   19th   day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE