1810-63433-AEM/lbs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **JUDGE: DUVAL** |
| **PERTAINS TO: INSURANCE** | * | |
| *Diaz – C.A. No.: 07-4370* | * | **MAGISTRATE: WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO COMPEL DISCOVERY

**NOW INTO COURT,** through undersigned counsel, comes defendant, Fidelity and

Deposit Company of Maryland, which moves this court for an order compelling

1810-63433-AEM/lbs

plaintiff to respond to the discovery propounded by Fidelity and Deposit Company of Maryland on November 28, 2007 for the reasons set forth in the Memorandum attached hereto.

Respectfully Submitted,

**HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.**


BY:s/s/ Anne E.Medo
**DOMINIC J. OVELLA, #15030 – T.A.
dovella@hmhlp.com
ANNE E. MEDO, #24556
amedo@hmhlp.com
SEAN P. MOUNT, #27584
smount@hmhlp.com
DANIEL M. REDMANN, #30685
dredmann@hmhlp.com
LAUREN E. BRISBI, #29778
lbrisbi@hmhlp.com**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana  70001
Telephone:  (504) 836-6500
Counsel for defendant, Fidelity and Deposit
Company of Maryland