1810-63433-AEM/lbs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO: 05-4182 <br><br> JUDGE: DUVAL |
| PERTAINS TO: INSURANCE <br> *Diaz – C.A. No.: 07-4370* | * <br> * | <br> MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Fidelity and Deposit Company of Maryland, and upon suggesting to the Court that on November 28, 2007 mover propounded and served plaintiffs, Ferdinand Diaz and Noella Diaz, through their attorney of record, with Interrogatories and Request for Production of Documents in accordance with Rules 33 and 34 of the Federal Rules of Civil Procedure.

The delays allowed by Rules 33 and 34 of the Federal Rules of Civil Procedure have elapsed and neither answers nor objections have been filed by plaintiffs. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, counsel for mover attempted to confer with counsel for plaintiffs on March 18, 2008 regarding said discovery. Despite correspondence requesting plaintiffs' attorney to contact undersigned counsel to discuss their failure to respond to discovery on that date, defendant received no response from plaintiffs. (See Exhibit "A"). This has made it necessary to file this Motion with the Court.

3

1810-63433-AEM/lbs

**WHEREFORE,** in accordance with Rule 37 of the Federal Rules of Civil Procedure defendant moves this Court for an Order compelling plaintiffs to respond to the Interrogatories and Request for Production of Documents propounded on November 28, 2007.

Respectfully Submitted,

**HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.**

BY:s/s/ Anne E.Medo
**DOMINIC J. OVELLA, #15030 – T.A.
dovella@hmhlp.com
ANNE E. MEDO, #24556
amedo@hmhlp.com
SEAN P. MOUNT, #27584
smount@hmhlp.com
DANIEL M. REDMANN, #30685
dredmann@hmhlp.com
LAUREN E. BRISBI, #29778
lbrisbi@hmhlp.com**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Counsel for defendant, Fidelity and Deposit
Company of Maryland