1810-63433-AEM/lbs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO: 05-4182 |
| | * | JUDGE: DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Diaz – C.A. No.: 07-4370* | * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Please take notice that Fidelity and Deposit Company of Maryland will bring their Motion To Compel for hearing before the United States District Court for the Eastern District of Louisiana, on the **7th** day of **May, 2008** at **11:00** o'clock a.m.

_____

JUDGE