1810-63433-AEM/lbs

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **JUDGE: DUVAL** |
| **PERTAINS TO: INSURANCE** | * | |
| *Diaz – C.A. No.: 07-4370* | * | **MAGISTRATE: WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE IN COMPLIANCE WITH F.R.C.P RULE 37(a)(2)(B)

This is to certify that on March 18, 2008 undersigned counsel attempted to confer with counsel for plaintiffs in an effort to secure the requested information without court action, to no avail.