1810-63433-AEM/lbs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **JUDGE: DUVAL** |
| **PERTAINS TO: INSURANCE** | * | |
| *Diaz – C.A. No.: 07-4370* | * | **MAGISTRATE: WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 19th day of March, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

/s/ Anne E. Medo

7