# HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.
## ATTORNEYS AT LAW

W MARVIN HALL*
LAURENCE E. LARMANN*
RICHARD T. SIMMONS, JR.*
DOMINIC J. OVELLA ± †
MICHAEL P. MENTZ
JOHN T. CULOTTA* ±
C. KELLY LIGHTFOOT
W. EVAN PLAUCHÉ †
DAVID K. PERSONS
MICHAEL J. VONDENSTEIN
JOHN E. UNSWORTH, JR.
CAROLINE D. IBOS
JOSEPH L. SPILMAN, III ∇∧∇
CLAUDE A. GRECO
W. GLENN BURNS
JAMES W. HAILEY, III
KEVIN O. LARMANN
DARREN A. PATIN
ANNE E. MEDO
GABRIEL J. VENINATA
SEAN P. MOUNT †

APPELLATE COUNSEL
ALAYNE R. CORCORAN

ONE GALLERIA BOULEVARD
SUITE 1400
METAIRIE, LOUISIANA 70001
TELEPHONE: (504) 836-6500
TELECOPIER: (504) 836-6565

MAILING ADDRESS:
P.O. BOX 8288
METAIRIE, LA 70011-8288

NEW ORLEANS OFFICE
1100 POYDRAS STREET
SUITE 2900
NEW ORLEANS, LA 70183
TELEPHONE: (504) 799-2271
TELECOPIER (504) 836-6565

GULFPORT OFFICE
1611 23RD AVENUE
SUITE 101
GULFPORT, MS 39501
TELEPHONE: (228) 864-5556
TELECOPIER: (228) 864-5546

BATON ROUGE OFFICE
10725 PERKINS ROAD
SUITE 200
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 766-5567
TELECOPIER: (225) 766-5548

www.haileymcnamara.com

OF COUNSEL
JAMES W. HAILEY, JR.*
HENRY D. McNAMARA, JR
ANTONIO E. PAPALE, JR.*.
JOHN F. YOUNG, JR.
DAVID C. FAWLEY ∆
JAMES D. GARVEY, JR.
ROBERT D. FORD

WILLIAM R. SEAY, JR.
MICHAEL E. HILL
SPIRO G. LATSIS
KATIE M. CUSIMANO
DAVID B. ESTES °
P. MICHAEL BREEDEN
CHARLES F. WARTELLE
DAVID C. BACH◊
BRAD D. FERRAND
DANIEL M. REDMANN
DANIEL R. HYNES
LAUREN E. BRISBI
JUSTIN E. ALSTERBERG

*PROFESSIONAL CORP.
ALSO ADMITTED IN:
∇ ALABAMA
∆ COLORADO
◊ IOWA
∇ MARYLAND
† MISSISSIPPI
° ONLY IN MISSISSIPPI
± TEXAS
∧ WASHINGTON, D.C.

March 5, 2008

Allen H. Borne, Esq.
223 Audubon Blvd.
New Orleans, LA 70118

Re: **Ferdinand Diaz, et al v. Fidelity and Deposit Company of Maryland**
**USDC # 07-4370, "I-5"**
**Our File No.: 1810-63433**

Dear Mr. Borne:

Pursuant to the Federal Rules of Civil Procedure, I am writing to advise that our office has scheduled a telephone conference to take place on March 18, 2008 at 11:00 a.m., which you may participate in by telephone. This telephone conference is to be held for the explicit purpose of discussing the delay in responding to our outstanding discovery propounded to plaintiff, through you as his attorney of record. If I do not hear from you at that time, I will assume that you do not wish to participate in the conference and I will file a Motion to Compel Discovery Responses.

With kind regards, I remain

Sincerely,

**ANNE E. MEDO**

/lbs


EXHIBIT A