UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:<br>    Adams C.A. 07-4391 | SECTION "K"(2) |

## ORDER

Before the Court is James Construction Group, LLC'S Motion to Dismiss Complaint

(Doc. 10650) which was filed on January 21, 2008 without leave of court as required by the stay

entered on January 17, 2008 (Doc. 10620) and clarified on January 22, 2008. (Doc. 10723).

Accordingly,

**IT IS ORDERED** that James Construction Group, LLC'S Motion to Dismiss Complaint

(Doc. 10650) is **DISMISSED without prejudice** to be refiled upon the lifting of the stay or after

leave has been requested and granted.

New Orleans, Louisiana, this ___19th___ day of March, 2008.


STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE