UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>Acevedo C.A. No. 07-5199 | SECTION "K"(2) |

### ORDER

Before the Court is a Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted. (Doc. 9595). This motion is was filed on December 19, 2007, after the stay of all motion practice with regard to the Insurance Umbrella was entered on November 26, 2007. While the issue involved in this motion deals with prescription, the motion was filed in contravention of the stay. Apparently, as a result, no opposition has been filed to date.

However, since the issue presented has nothing to do with the issues of the applicability of the water damage exclusion, the Court sees no reason why this motion should not be heard. In the future, counsel must seek leave to file this kind of motion as long as the stay is in place. Accordingly,

**IT IS ORDERED** that counsel for plaintiffs file an opposition to this motion **no later than April 1, 2008** at which time this matter shall be taken on the papers.

New Orleans, Louisiana, this __19th__ day of March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE