UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.  05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAGISTRATE WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:  ROAD HOME | § | |
| *Louisiana State*  C.A. No. 07-5528 | § | |

### ORDER

The foregoing Motion to for Admission of Counsel Pro Hac Vice having been duly considered,

IT IS ORDERED BY THE COURT that the Motion by American Bankers Insurance Company of Florida, American Security Insurance Company, Assurant, Inc., American Reliable Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Insurance Company, and Voyager Property and Casualty Insurance Company, to grant admission *pro hac vice* to Walter D. Willson, Esq., allowing him to appear and participate as co-counsel in the captioned matter should be and the same is hereby GRANTED.

New Orleans, Louisiana, this 19th day of March, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE