UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO. 05-4182 SECTION "K"(2) |
| PERTAINS TO: MRGO/BARGE | * * | |

## ORDER

Considering the foregoing Joint Motion for Extension of Time;

It is hereby ORDERED that the motion is granted and the parties are granted a two week extension of time, or until April 4, 2008, within which to provide the Court with joint suggestions as to the trial plan and scheduling issues discussed at the status conference on March 7, 2008.

New Orleans, Louisiana, this __19th__ day of __March__, 2008.

_____
UNITED STATES DISTRICT JUDGE