UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                     NO. 05-4182

PERTAINS TO:                         SECTION "K"(2)
*Aguda* C.a. No. 07-4457

## ORDER

As the Court has determined that it will adjudicate the issue of entry of judgment on all individual pending cases wherein State Farm is a defendant based on this Court's previous ruling with respect to the applicability of the Water Damage Exclusion in the *Chehardy* matter, and that there is a stay is place with respect to all other insurance issues,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. No.11419) is **DISMISSED without prejudice to be re-urged in a global pleading as previously ordered by the Court.**

New Orleans, Louisiana, this __19th__ day of March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE