UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION *  * NO. 05-4182 * |
| PERTAINS TO: MRGO | * SECTION "K" (2) *  * *  * JUDGE DUVAL *  * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADINGS**

Defendant Washington Group International, Inc. ("WGII") respectfully moves for a two-week extension of time, through and including April 2, 2008, to file responsive pleadings to Plaintiffs' Amended MRGO Master Consolidated Class Action Complaint (Rec. Doc. 11471). Plaintiffs' counsel has been consulted and has no opposition to the relief sought herein.

**WHEREFORE**, undersigned counsel for Washington Group International, Inc. respectfully requests an extension of time until April 2, 2008 to file responsive pleadings in these proceedings.

917334v.1

Dated:  March 19, 2008

Respectfully submitted,

*/s/ Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

and

Adrian Wager-Zito
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Ex Parte Motion for Extension of Time to File Responsive Pleadings has been served upon all counsel of record by electronic notice via the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 19th day of March, 2008.

*/s/Heather S. Lonian*

917334v.1