UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL |
| | MAG. WILKINSON |

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Extension of Time to File Responsive Pleadings;

**IT IS ORDERED** that the motion is **GRANTED** and that Washington Group International, Inc. shall be granted an extension, through and including April 2, 2008, to respond to the Plaintiffs' Amended MRGO Master Consolidated Class Action Complaint.

New Orleans, Louisiana, this _____ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

917335v.1