# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO: BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### *EX PARTE* MOTION TO CONTINUE HEARING OF MOTION TO COMPEL WRITTEN DISCOVERY FROM PLAINTIFFS BY LAFARGE NORTH AMERICA (RECORD DOC. 11666)

**NOW COME** Barge Plaintiffs, through Barge Master Committee Counsel and the Barge Plaintiffs' Subgroup Litigation Committee, who, for reasons expressed in the accompanying memorandum, namely, Master Committee counsel's honeymoon, respectfully move for continuance until April 16, 2008 of hearing of Lafarge North America's Motion to Compel.

### CERTIFICATE

I hereby certify that consent of Lafarge North America counsel Derek A. Walker was sought relative to the continuance the subject of this motion via unreturned telephone calls and multiple emails on March 19, 2008, and that although defense counsel acknowledges undersigned's request

and reasons therefor by stating in email received March 19, 2008 "*[w]ill get back to you*," defense counsel has failed to consent or object despite subsequent requests for a definitive answer. Therefore, this motion is filed *ex parte*, before definitive reply from defense counsel, in order that it be available for timely consideration by the Court, but without any representation or knowledge as to whether defendant consents or objects.

\s\Brian A. Gilbert

Respectfully submitted,

/s/ Brian A. Gilbert
Brian A. Gilbert, Esq.
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: **bgilbert@briangilbertlaw.com**

/s/ Lawrence D. Wiedemann
Lawrence D. Wiedemann.
Karl Wiedemann
Karen Wiedemann
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: **lawrence@wiedemannlaw.com**,
**karl@wiedemannlaw.com**, **karen@wiedemannlaw.com**,

/s/ Patrick J. Sanders
Patrick J. Sanders
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: **pistols42@aol.com**

/s/ Richard T. Seymour
Richard T. Seymour
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: **rick@rickseymourlaw.net**,
**adele@rickseymourlaw.net**

/s/ Lawrence A. Wilson
Lawrence A. Wilson
David W. Drucker
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
    Telephone: (212) 608-4400
    Facsimile: (212) 227-5159
    e-mail: **lwilson@wgdnlaw1.com**,
    **ddruker@wgdnlaw1.com**

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.
Leslie Kelmachter, Esq.
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
    Telephone: 212-869-3500 ext. 235
    Facsimile:  212-398-1532
    e-mail: **a.fuchsberg@fuchsberg.com**,
    **l.kelmachter@fuchsberg.com**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been

served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 19 day of March, 2008.

\s\Brian A. Gilbert