UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> PERTAINS TO: BARGE <br><br> *Boutte v. Lafarge*            05-5531 <br> *Mumford v. Ingram*        05-5724 <br> *Lagarde v. Lafarge*         06-5342 <br> *Perry v. Ingram*              06-6299 <br> *Benoit v. Lafarge*           06-7516 <br> *Parfait Family v. USA*   07-3500 <br> *Lafarge v. USA*              07-5178 | CIVIL ACTION <br><br> NO. 05-4182 <br> and consolidated cases <br><br> SECTION "K"  (2) <br><br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION TO CONTINUE HEARING OF MOTION TO COMPEL WRITTEN DISCOVERY FROM PLAINTIFFS BY LAFARGE NORTH AMERICA  (RECORD DOC. 11666)**

MAY IT PLEASE THE COURT:

As undersigned Master Committee and Barge PSLC Liaison Counsel Brian A. Gilbert announced to the Court and parties during the March 7, 2008 status conference, he will be out of town for the better part of March 2008 due to his marriage to another attorney in this consolidated litigation, and the honeymoon which follows.  This period began on March 12, 2008, on which date undersigned left town for the wedding, and but for four business days including March 18 - 20, will continue until undersigned returns from his honeymoon on March 31, 2008.

On March 18, 2008, Lafarge North America filed a motion to compel written discovery.  As Lafarge correctly recognizes and represents to the Court in its motion, activities related to Lafarge's

written discovery have been conducted and coordinated primarily by Brian Gilbert. Brian Gilbert is, therefore, the appropriate member of the Barge PSLC to respond to Lafarge's motion. However, despite certain knowledge that this is the case, and that Brian Gilbert will be on his honeymoon during the period in which a response is due, Lafarge set hearing of its motion for April 2, 2008, immediately after counsel's return on March 31, 2008. This will not afford the Barge PSLC sufficient time to prepare a response, as counsel best positioned to do so will be thousands of miles away in the Caribbean , attending to a rather important life event. Neither will continuance to the next date, April 9, 2008, as that date will require a response immediately upon counsel's return to town, which is not possible to draft while counsel is at sea, out of the country.

Plaintiffs seek continuance until April 16, 2008, in order to permit an appropriate number of days for drafting and filing of their opposition.

## **CONCLUSION**

Plaintiffs move for a continuance until April 16, 2008 of Lafarge's Motion to Compel.

Respectfully submitted,

/s/ Brian A. Gilbert
Brian A. Gilbert, Esq.
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
   Telephone: (504) 885-7700
   Telephone: (504) 581-6180
   Facsimile: (504) 581-4336
   e-mail: **bgilbert@briangilbertlaw.com**

/s/ Lawrence D. Wiedemann
Lawrence D. Wiedemann.
Karl Wiedemann
Karen Wiedemann

WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
 Telephone: (504) 581-6180
 Facsimile: (504) 581-4336
 e-mail: **lawrence@wiedemannlaw.com**,
**karl@wiedemannlaw.com**,   **karen@wiedemannlaw.com**,

/s/ Patrick J. Sanders
Patrick J. Sanders
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
 Telephone: 504-834-0646
 e-mail: **pistols42@aol.com**

/s/ Richard T. Seymour
Richard T. Seymour
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
 Voice: 202-862-4320
 Cell:   202-549-1454
 Facsimile:  800-805-1065 and 202-828-4130
 e-mail: **rick@rickseymourlaw.net**,
**adele@rickseymourlaw.net**

/s/ Lawrence A. Wilson
Lawrence A. Wilson
David W. Drucker
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
 Telephone: (212) 608-4400
 Facsimile: (212) 227-5159
 e-mail: **lwilson@wgdnlaw1.com**,
 **ddruker@wgdnlaw1.com**

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.
Leslie Kelmachter, Esq.
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue

       45th Floor
New York, NY 10110-0002
       Telephone: 212-869-3500 ext. 235
       Facsimile:  212-398-1532
       e-mail: **a.fuchsberg@fuchsberg.com**,
       **l.kelmachter@fuchsberg.com**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 19 day of March, 2008.

\s\Brian A. Gilbert