# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUSSELL AND DIANE TARDO, | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| VERSUS | * | JUDGE:  DUVAL |
| | * | |
| MET LIFE INSURANCE COMPANY, | * | MAGISTRATE:  WILKINSON |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PERTAINS TO: 08-1162**

## ORDER

Considering the Motion to Dismiss on *Res Judicata* Grounds filed by Defendant Metropolitan Property and Casualty Insurance Company, improperly named as Met Life Insurance Company, ("Metropolitan"),

**IT IS ORDERED** that the motion is GRANTED and the captioned case is dismissed with prejudice.

New Orleans, Louisiana, this 19th day of _____March_____ , 2008.

_____

JUDGE