UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Barard*, C.A. No. 06-7939 | SECTION "K"(2) |

## ORDER AND REASONS

Before the Court is a Motion to Dismiss (Doc. 11394) filed by Dan J. Burghardt Insurance Agency, Inc. seeking dismissal of plaintiff's petition based on Judge Carl J. Barbier's finding in the context of a Motion to Remand that based on the allegations of plaintiff's petition, there was no cause of action against an insurance agent under Louisiana.

As the Court finds the motion to have merit and there having been no opposition filed,

**IT IS ORDERED** that the Motion to Dismiss is **GRANTED**.

New Orleans, Louisiana, this   19th   day of March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE