UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182
PERTAINS TO: 07-1690 (WILLIAMS)
*********************************************************************

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that defendant, Auto Club Family Insurance Company ("AAA") be granted leave to file its Reply Memorandum in Support of AAA'S Motion to Compel Compliance with Consent Judgment.

New Orleans, Louisiana, this 19th day of March, 2008.

_____
U.S. DISTRICT COURT JUDGE