## Stephanie Roussel

**From:** Bill Eckert
**Sent:** Tuesday, January 15, 2008 11:46 AM
**To:** 'Brent Klibert'
**Cc:** Stephanie Roussel
**Subject:** RE: Latoya Williams 33.10149

I will tell the court we have consent judgment that dismissal will be received from you within 10 days.

Stephanie, please call magistrate and so advise. Tell them we have consent judgment that dismissal will be received within 10 days.

***UNGARINO & ECKERT, L.L.C.***
***LOUISIANA OFFICES*** - *New Orleans, Baton Rouge, Lafayette and Shreveport*
***MISSISSIPPI OFFICES*** - *Jackson and Gulfport*

Bill Eckert
Ungarino & Eckert, L.L.C.
Attorneys at Law
beckert@ungarino-eckert.com
(504) 836-7556

CONFIDENTIALITY STATEMENT
This e-mail and any file information transmitted with it from the law firm of Ungarino & Eckert, L.L.C. are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the attorney-client privilege. If you are not the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of the e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (504) 836-7555.

-----Original Message-----
**From:** Brent Klibert [mailto:brent@klibertlaw.com]
**Sent:** Tuesday, January 15, 2008 11:34 AM
**To:** Bill Eckert
**Subject:** RE: Latoya Williams 33.10149

That should not be a problem. I spoke to her 30 minutes ago and she said she will sign a dismissal.

Brent

Brent A. Klibert, Esquire
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone: (504) 592-3222
Facsimile: (504) 592-8783
Email: Brent@Klibertlaw.com


EXHIBIT "A"

**From:** beckert@ungarino-eckert.com [mailto:beckert@ungarino-eckert.com]
**Sent:** Tuesday, January 15, 2008 11:11 AM

1

**To:** brent@klibertlaw.com
**Subject:** RE: Latoya Williams 33.10149

Can we agree to consent judgment that she'll provide dismissal in 10 days? I can't agree just to dismiss. We've been waiting too long.

Don't know what to tell you about efiling. When we efile, that counts as service on you so don't know what happened except that this is part of KCB consolidated litigation and maybe you missed the notice in all of those daily notices.

***UNGARINO & ECKERT, L.L.C.***

***LOUISIANA OFFICES*** - *New Orleans, Baton Rouge, Lafayette and Shreveport*

***MISSISSIPPI OFFICES*** - *Jackson and Gulfport*

Bill Eckert

Ungarino & Eckert, L.L.C.

Attorneys at Law

beckert@ungarino-eckert.com

(504) 836-7556

CONFIDENTIALITY STATEMENT

This e-mail and any file information transmitted with it from the law firm of Ungarino & Eckert, L.L.C. are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the attorney-client privilege. If you are not the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of the e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (504) 836-7555.

>-----Original Message-----
> **From:** Brent Klibert [mailto:brent@klibertlaw.com]
> **Sent:** Tuesday, January 15, 2008 11:05 AM
> **To:** Bill Eckert
> **Subject:** Latoya Williams
>
> Bill,
>
> I need you to dismiss this motion set for hearing tomorrow. I have finally gotten in touch with Latoya Williams and she said to forward her the dismissal and she will sign it and mail it back to me. Give me a few more days and I will get the dismissal to you. By the way, Judge Duval's secretary sent me an email saying we have not filed any opposition, but I have checked my email, I have outlook and all emails back for about a year, and I do not see an efile for this. Give me a call or shoot me an email to let me know something before I have to file an opposition to this motion.

2

Brent

Brent A. Klibert, Esquire
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone: (504) 592-3222
Facsimile: (504) 592-8783
Email: Brent@Klibertlaw.com