UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |

**NOTICE AND CERTIFICATE OF CONSENT TO CONTINUANCES**

Undersigned hereby notify and certify to the Court counsel for Lafarge North America, Derek Walker, and counsel for Barge Plaintiffs, have agreed on behalf of the respective parties to continuance of hearing of each party's Motion to Compel Discovery to April 16, 2008.  These motions are filed as Record Documents 11578 and 11666.

    Respectfully submitted,
    /s/ Brian A. Gilbert
    Brian A. Gilbert, Esq.
    LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
    821 Baronne Street
    New Orleans, Louisiana 70113
        Telephone: (504) 885-7700
        Telephone: (504) 581-6180
        Facsimile: (504) 581-4336
    e-mail: **bgilbert@briangilbertlaw.com**

/s/ Lawrence D. Wiedemann
Lawrence D. Wiedemann.
Karl Wiedemann
Karen Wiedemann
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: **lawrence@wiedemannlaw.com**,
**karl@wiedemannlaw.com**,  **karen@wiedemannlaw.com**,

/s/ Patrick J. Sanders
Patrick J. Sanders
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: **pistols42@aol.com**

/s/ Richard T. Seymour
Richard T. Seymour
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: **rick@rickseymourlaw.net**,
**adele@rickseymourlaw.net**

/s/ Lawrence A. Wilson
Lawrence A. Wilson
David W. Drucker
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
    Telephone: (212) 608-4400
    Facsimile: (212) 227-5159
    e-mail: **lwilson@wgdnlaw1.com**,
    **ddruker@wgdnlaw1.com**

<div style="margin-left: 40%;">

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.
Leslie Kelmachter, Esq.
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
    Telephone: 212-869-3500 ext. 235
    Facsimile:  212-398-1532
    e-mail: **a.fuchsberg@fuchsberg.com**,
    **l.kelmachter@fuchsberg.com**

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 20 day of March, 2008.

\s\Brian A. Gilbert