UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**AMENDED CONSENT ORDER RELATING TO RECORD DOCS 11578 AND 11666**

Considering the Barge P.S.L.C.'s Ex Parte Motion to Continue Hearing of Motion to Compel Written Discovery From Plaintiffs By Lafarge North America, having found good cause, **and upon the mutual consent of the parties**, it is hereby ordered that the motion be and is hereby granted, and further, that hearing of Lafarge's motion (Record Doc. 11666) is continued to April 16, 2008 at 11:00 a.m., as is hearing of the Barge Plaintiffs' Motion to Compel  (Record Doc. 11578).

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
Hon. Joseph C. Wilkinson, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 20 day of March, 2008.

\s\Brian A. Gilbert