

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          §
CONSOLIDATED LITIGATION               §
                                      §
                                      §      Civil Action No.  05-4182
                                      §
PERTAINS TO                           §      Section "K" (2)
                                      §
*LeSea Broadcasting Corporation* C.A. No.   §
07-4462                               §
                                      §

## EX PARTE MOTION FOR ADMISSION PRO HAC VICE

In accordance with Local Rule 83.2.6E for the United States District Court, Eastern

District of Louisiana, application is hereby made to be admitted *pro hac vice* to the bar of this

court for the purpose of appearing on behalf of Defendant, New Hampshire Insurance Company,

in the above styled action.  I am ineligible to become a member of this court, but I am a member

in good standing of the bar of the Supreme Court of Texas, which is the highest court of such

state.  Attached hereto is a certificate of good standing from such court, along with the filing fee

for this motion.  There have been no disciplinary proceedings or criminal charges instituted

against me.  Andrew S. Friedberg, of my firm FULBRIGHT & JAWORSKI L.L.P., will

continue to serve as local counsel.


Respectfully submitted,


Greg Moore
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Andrew S. Friedberg
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

LOCAL COUNSEL