# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

## GREGORY JAMES MOORE

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 2006.

I further certify that the records of this office show that, as of this date

## GREGORY JAMES MOORE

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 20th day of February, 2007.

BLAKE HAWTHORNE, Clerk

by *Andrea King*

Andrea King, Deputy Clerk

No. 9427B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.