IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES §
CONSOLIDATED LITIGATION §
§
§ Civil Action No. 05-4182
§
PERTAINS TO § Section "K" (2)
§
*LeSea Broadcasting Corporation* C.A. No. §
07-4462 §

### AFFIDAVIT IN SUPPORT OF
### EX PARTE MOTION FOR ADMISSION PRO HAC VICE

My name is Gregory James Moore. I am over 21 years of age, of sound mind and competent to testify to the matters herein. I have personal knowledge of the facts contained in this affidavit and such facts are true and correct.

In accordance with Local Rule 83.2.6E for the United States District Court, Eastern District of Louisiana, application is hereby made to be admitted *pro hac vice* to the bar of this court for the purpose of appearing on behalf of Defendant, New Hampshire Insurance Company, in the above styled action. I am ineligible to become a member of this court, but I am a member in good standing of the bar of the Supreme Court of Texas, which is the highest court of such state. There have been no disciplinary proceedings or criminal charges instituted against me. Andrew S. Friedberg, of my firm FULBRIGHT & JAWORSKI L.L.P., will continue to serve as local counsel.

Further Affiant sayeth not.

_____
GREGORY JAMES MOORE

**THE STATE OF TEXAS**

**COUNTY OF HARRIS**

Subscribed and sworn to before me, this the 3rd day of March 2008, by **GREGORY JAMES MOORE**, known to me to be the person whose name is subscribed to the foregoing instrument.

_____
GREGORY JAMES MOORE

[Notary seal: JANICE GOLDING, NOTARY PUBLIC, STATE OF TEXAS, My Commission Expires MARCH 25, 2009]

Janice Golding
Notary Public - Signature

Janice Goldins
Notary Public - Printed or Typed

My Commission Expires: 3-25-2009

## APPLICATION FOR *PRO HAC VICE* ADMISSION IN LOUISIANA[1]

1. Full name of Applicant: **Gregory James Moore**

2. Full name, address and telephone number of law firm in which the applicant practices:

   **Fulbright & Jaworski L.L.P.
   1301 McKinney, Suite 5100
   Houston, Texas 77010-3095
   (713) 651-3528**

3. Applicant's residence address and telephone number:

   **1 Hermann Museum Circle #3079
   Houston, Texas 77004
   (713) 703-0145**

4. Name of case in which admission is sought:

   **LeSEA Broadcasting Corporation v. New Hampshire Insurance Company**

5. Court or agency and docket number of case:

   **No. 05-4182; Section K(2); United States District Court for the Eastern District of Louisiana**

6. Name, address and phone number of each client sought to be represented:

   New Hampshire Insurance Company

   175 Water Street, 20th Floor, New York, NY 10038

   (617) 330-1100

7. Please list the courts before which you have been admitted to practice, the respective period(s) of admission and your bar roll or other identifying number before the courts

   **State Bar of Texas
   State Bar No: 24055999
   Admitted: 11/3/06**

   **Southern District of Texas
   Federal I.D. No.: 726516
   Admitted: 5/4/07**

8. Please check the appropriate box indicating whether you:

   (a) have been denied admission *pro hac vice* in this state

   ☐ yes    ☒ no

   (b) had admission pro hac vice revoked in this state

   ☐ yes    ☒ no

   (c) have otherwise formally been disciplined or sanctioned by any court in this state

   ☐ yes    ☒ no

   If you answered affirmatively to these questions, please specify:

---

[1] If the spaces are not sufficient to allow for complete responses, please append any additional responses to this Application

The nature of the allegations: _____

The name of the authority bringing such proceedings: _____

The caption of the proceedings: _____

The date filed: _____

What findings were made: _____

What action was taken in connection with those proceedings: _____

9. Have you ever been publicly disciplined by any lawyer disciplinary committee, state of federal court, or lawyer disciplinary agency in any other jurisdiction?

 • •    yes          •☑ •   no

If you answered affirmatively, as to each such discipline, please provide the following:

 A summary of the allegations against you: _____

 The name of the state or federal authority bringing such proceedings: _____

 The date the discipline was imposed: _____

 The style of the proceedings: _____

 The findings made and discipline imposed in connection with the proceedings: ___

 (A copy of any public Order of lawyer discipline imposed against the applicant shall be appended to this Application)

10. Please state whether you have been held formally in contempt or otherwise sanctioned by any court in a written order in the last five (5) years.

 • •    yes          •☑ •   no

If you answered affirmatively, as to each occurrence, please provide the following:

 The nature of the allegations: _____

 The name of the court before which such proceedings were conducted: _____

 The date of the contempt order or sanction: _____

 The caption of the proceedings: _____

 The substance of the court's rulings (a copy of the written order or transcript of the oral rulings shall be attached to this Application): _____

11. Please state whether you have been convicted of any crimes (other than minor, non-alcohol related traffic violations).

 • •    yes          •☑ •   no

If you answered affirmatively, as to each occasion, please provide the following:

 The substance of the criminal charge(s): _____

The name of the court before which the proceeding was conducted: _____

The approximate date the proceeding was concluded: _____

The outcome of the proceeding: _____

(A copy of any such Judgment or Order of Conviction shall be appended to this Application.)

12. Are there any criminal charges (other than minor, non-alcohol related traffic violations) or lawyer disciplinary complaints or proceedings presently pending against you?

    ☐ yes          ☑ no

    If you answered affirmatively, as to each such pending criminal charge or lawyer disciplinary complaint or proceeding, please provide the following:

    The name and address of the court or agency before which the criminal proceeding or lawyer disciplinary complaint or proceeding is pending: _____

    The substance and nature of any criminal charge or lawyer disciplinary complaint or proceeding pending against you: _____

    (A copy of any pending lawyer discipline complaint(s) or proceeding(s), or criminal charge(s), shall be appended to this Application.)

13. Please state the name and address of each court or agency and a full identification of each proceeding in which the applicant has moved a Louisiana Court or agency, and/or filed an application to appear *pro hac vice*, in this state within the preceding two years; the date of each application; and the outcome of the application.

    None

14. Please list the name, address, telephone number and bar number of an active member in good standing of the bar of this state who will sponsor your *pro hac vice* request. The bar member preferably will be the attorney of record for the client(s) you seek to represent.

| Andrew S. Friedberg | Louisiana Bar # 29868 |
|---|---|
| Fulbright & Jaworski L.L.P.<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095 | (713) 651-3734<br>Telephone number |

70109538.2

- 3 -

15. Please list your prior or continuing representation in other matters of one or more of the clients you propose to represent and any relationship between such other matter(s) and the proceeding for which you seek admission.

> Civil Action No. 2:07-cv-1987; *Gulf Coast Auto Plex, LLC f/k/a Gulf Coast Auto Plex, Inc. v. New Hampshire Insurance Company, Member American International Group, Inc.;* In the United States District Court for the Western District of Louisiana.

> Cause No. 107250; *T&T Marine World, Inc. and A. P. Boats, Inc. v. New Hampshire Insurance Company;* In the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

16. Please list any special experience, expertise, or other factor deemed to make it particularly desirable that you be permitted to represent the client(s) you propose to represent.

> The majority of my practice to date has been in defending insurance companies.
>
> In addition, I and my firm have a longstanding relationship with this client in particular.

17. Please attach to this application a current certificate of good standing in the state(s) you are presently licensed to practice in.

## VERIFICATION

Our signatures serve as verification that (1) the information contained in this application is true and correct, to the best of our information and belief; (2) the application fee required by Louisiana's *pro hac vice* admission rule been remitted to the Louisiana Attorney Disciplinary Board (unless an exemption is applicable); (3) the out-of-state attorney is "temporarily present in this state: pursuant to R.S. 37:214; (4) in the event this application is approved, all documents requiring the signature of counsel for a party may not be signed solely by the out-of-state attorney, but also must bear the signature of the Louisiana associated counsel; (5) this application has been or will be served upon all parties and upon the Louisiana Attorney Disciplinary Board; and (6) we are familiar with the Louisiana Rules of Professional Conduct, the rules of discipline of the Louisiana Attorney Disciplinary Board, and the local rules and court procedures of the court or agency before which the applicant is seeking to practice.

| | |
|---|---|
| Fulbright & Jaworski, L.L.P. <br> Fulbright Tower <br> 1301 McKinney St., Suite 5100 <br> Houston, Texas 77010-3095 <br> (713) 651-3528 <br> Business Address and Phone Number of Applicant | Gregory James Moore <br> Full Name of Applicant <br><br> *[signature]* <br> Signature of Applicant |
| Fulbright & Jaworski, L.L.P. <br> 1301 McKinney St., Suite 5100, <br> Houston, Texas 77010-3095 (713) 651-3734 <br> (Louisiana Bar #29868) <br> Business Address, Phone Number, and Bar Roll Number of Louisiana Associated Attorney | Andrew S. Friedberg <br> Full Name of Louisiana Associate Attorney <br><br> *[signature]* <br> Signature of Louisiana Associated Attorney |