IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § | |
| | Civil Action No. 05-4182 |
| PERTAINS TO § § | Section "K" (2) |
| *LeSea Broadcasting Corporation* C.A. No. 07-4462 § § § § | |

## ORDER

IT IS ORDERED that Gregory James Moore be and is hereby admitted to the bar of this Court *pro hac vice* on behalf of Defendant, New Hampshire Insurance Company, in the above styled action.

THUS DONE AND SIGNED at New Orleans, Louisiana, on this the 17th day of March, 2008.

_____
U. S. DISTRICT/MAGISTRATE JUDGE

COPY SENT:
DATE:
BY:
TO:

___ Fee _____
___ Process _____
_x_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____