

# State of Connecticut
## Supreme Court

I, **Michéle T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Superior Court at **New Haven** on the **eighth**, day of **October** **1974**

**Eric Lukingbeal**

of

**Granby, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this **sixth** day of **March**, 20**08**

*Michéle T. Angers*

Michéle T. Angers

Chief Clerk





EXHIBIT A