UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   06-4389 | * | |
| 06-6099 | * | JUDGE DUVAL |
| 06-5786 | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

EX PARTE MOTION FOR ENTRY
OF FINAL APPEALABLE JUDGMENT

**COMES NOW** Ashton R. O'Dwyer, Jr., judgment debtor vis-à-vis' the State of Louisiana (See Record Document No. 11343), and moves this Honorable Court for an Order for Entry of Final Appealable Judgment, a copy of which is appended hereto as an Exhibit.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By:   **S/Ashton R. O'Dwyer, Jr.**
       Ashton R. O'Dwyer, Jr.
       Bar No. 10166
       821 Baronne Street
       New Orleans, LA 70113
       Tel. 504-679-6166
       Fax. 504-581-4336

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 20th day of March 2008.

                                                      S/Ashton R. O'Dwyer, Jr.