UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   06-4389 | * | |
|          06-6099 | * | JUDGE DUVAL |
|          06-5786 | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

**FINAL APPEALABLE JUDGMENT**

Upon considering Record Document No. 11343, and on an express finding of no just reason for delay,

**IT IS ORDERED, ADJUDGED AND DECREED** that a final appealable Judgment be entered herein pursuant to Rule 54(b) against Ashton R. O'Dwyer, Jr. and in favor of the State of Louisiana in the amount of $7,058.50, plus legal interest thereon at the legal rate from the date of entry of judgment until paid, the execution of the said judgment to be stayed upon the judgment debtor's posting of Court-approved security pending appeal in the full amount of the judgment, or $7,058.50, plus ten (10%) percent to cover interest and costs.

New Orleans, Louisiana this _____ day of _____ 2008.

_____
**J U D G E**