**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**DECLARATION OF**
**ASHTON R. O'DWYER, JR.**
**MADE UNDER PENALTY OF PERJURY**
**PURSUANT TO THE PROVISIONS OF**
**28 U.S.C. §1746**

**COMES NOW** Ashton R. O'Dwyer, Jr., appearing herein pursuant to the provisions of 28 U.S.C. § 1746, and does declare under penalty of perjury as follows:

1.     That due primarily to his litigating with the State of Louisiana, its agencies and instrumentalities, political subdivisions and department heads since September 19, 2005, he is slowly but surely "running out of money".

2. Because he is currently impecunious, he is simply unable at this time to comply with this Court's Order and Reasons of February 22, 2008 (Record Document No. 11357), which required him to "provide a copy of this ruling to each of his named clients".

3. That he also avers that this Court does not have the authority to require him to comply with such an order, which constitutes an unwarranted intrusion into the relationship between him and his clients, which is none of this Court's business.

4. That he takes this position pursuant to the provisions of Rule 3.4(c) of the Louisiana Rules of Professional Conduct, because he contends "openly" that no valid obligation exists for him to comply with the said order.

5. That he further believes the said order is simply "more" evidence of the personal bias and prejudice which The Honorable Stanwood R. Duval, Jr. has against him and his clients, and in favor of the Court's friend, Mr. Fayard, and his client, the State of Louisiana.

6. And that, in any event, the said Order and Reasons (Record Document No. 11357) is public record available for the entire world to see.

This declaration made under penalty of perjury at New Orleans, Louisiana, this 20th day of March 2008.

> Respectfully submitted,
>
> **LAW OFFICES OF**
> **ASHTON R. O'DWYER, JR.**
> **Counsel for Plaintiffs**
>
> **By:   S/Ashton R. O'Dwyer, Jr.**
>         Ashton R. O'Dwyer, Jr.
>         Bar No. 10166

**821 Baronne Street**  
**New Orleans, LA 70113**  
**Tel. 504-679-6166**  
**Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 20th day of March 2008.

                                         S/Ashton R. O'Dwyer, Jr.