UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## BARGE PLAINTIFFS' FOURTH SUPPLEMENTAL WITNESS AND EXHIBIT LISTS

     Now come Barge plaintiffs, through undersigned counsel, who supplement their prior witness and exhibit lists as follows:

Fact Witnesses:

     None to add at this time.  Plaintiffs reserve the right to supplement.

Experts:

     To add/supplement/substitute:

     Mr. Robert Bartlett. P.E.
     Mr. Ryan J. Bright, P.E.
     New Orleans Metallurgical/Bartlett Engineering
     2617 Edenborn Ave.
     Suite "D"
     Metairie, LA 70002-7047

Civil and structural engineering, metallurgic analysis expert, to testify concerning nature and causes of IHNC wall breaches, damages to ING 4727.

    Mr. Melvin Spinks, P.E. and staff
    CivilTech Engineering, Inc.
    11821 Telge Road
    Cyprus, TX 77429
    http://www.civiltecheng.com/about.html

Professional engineering, hydrology, computer aided flood modeling, nature, extent, sources, timing and causes of flooding.

    Gennardo G. Marino, Ph.D, P.E.
    Mohamed Gamal Abdel-Maksoud, Ph.D., P.E.
    Marino Engineering Associates, Inc.
    1101 E. Colorado Avenue
    Urbana, IL 61801

Geotechnical, structural and civil engineering to testify concerning nature and causes of IHNC wall breaches.

Exhibits:

    May introduce: Any and all documents and things reviewed, considered, relied upon and/or generated by plaintiffs' experts.

Plaintiffs reserve the right to supplement and/or amend.

                          Respectfully submitted,

                          WIEDEMANN & WIEDEMANN

                        \s\Lawrence D. Wiedemann
                        LAWRENCE D. WIEDEMANN, (13457)
                        KARL WIEDEMANN, (18502)
                        KAREN WIEDEMANN, (21151)
                        821 Baronne Street
                        New Orleans, Louisiana 70113
                        Telephone: (504) 581-6180
                        Attorneys for Plaintiffs


                        LAW OFFICE OF BRIAN A. GILBERT

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs
Barge Plaintiffs' Liaison


\s\Patrick J. Sanders
PATRICK J. SANDERS (18741)
Attorney at Law
3123 Ridgelake Drive, Suite B
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

\S\Richard T. Seymour
**RICHARD T. SEYMOUR (D.C. Bar #28100)**
The Law Office of Richard T. Seymour, PLLC
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C.   20036-4129

\S\ Alan L. Fuchsberg
**ALAN L. FUCHSBERG** (**N.Y.S.B.A. #1755966**)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY   10110

\S\ Leslie D. Kelmachter
**LESLIE D. KELMACHTER (N.Y.S.B.A.**
**#1795723**
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY   10110

\S\ Lawrence A. Wilson
**LAWRENCE A. WILSON (N.Y.S.B.A. 2487908)**
Wilson, Grochow, Druker & Nolet
233 Broadway, 5th Floor
New York, NY   10279

\S\ David Druker
**DAVID DRUCKER (N.Y.S.B.A. #1981562)**
Wilson, Grochow, Druker & Nolet

                                            233 Broadway, 5th Floor
                                            New York, NY  10279

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 20 day of March, 2008.

                                                  \s\Brian A. Gilbert