UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  INSURANCE 07-5199 (Rafael & Dioigna Acevedo v. AAA Insurance). | |

MOTION FOR LEAVE TO ENROLL ADDITIONAL COUNSEL FOR PLAINTIFFS

NOW INTO COURT, in proper person, come Stuart T. Barasch and Maureen Blackburn Jennings and move the Court for leave to enroll Maureen Blackburn Jennings as co-counsel for all plaintiffs, for the limited purpose of filing and, if allowed, arguing post-trial motions.  In support thereof, movers show that Ms. Jennings has been retained to serve herein as co-counsel with plaintiffs' current counsel of record, Mr. Barasch.  Movers show that Stuart T. Barasch will continue to serve as Trial Attorney for plaintiffs.

WHEREFORE movers pray for entry of an order allowing Maureen Blackburn Jennings to enroll as co-counsel of record for all plaintiffs, for the limited purpose of filing and, if allowed, arguing post-trial motions.

        Respectfully submitted,

*S/Stuart T. Barasch*
STUART T. BARASCH
La. Bar No. 20650
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel: 504.525.1944
E-mail: sbarasch1@aol.com

and

/s/Maureen Blackburn Jennings
MAUREEN BLACKBURN JENNINGS
La. Bar No. 3100
Maureen Blackburn Jennings, PLC
4407 Blossom Street
Houston, TX 77007
Tel: 504.813.6224
E-mail: jennings.maureen@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, I electronically filed the foregoing Motion for Leave to Enroll Additional Counsel for Plaintiffs with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    David A. Strauss

*S/Stuart T. Barasch*
STUART T. BARASCH
E-mail: sbarasch1@aol.com

-2-