UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
|---|---|
| PERTAINS TO: INSURANCE<br><br>07-5199 (Rafael & Dioigna Acevedo v. AAA Insurance). | |

ORDER

Considering the Motion for Leave to Enroll Additional Counsel for Plaintiffs,

IT IS ORDERED that the Motion for Leave to Enroll Additional Counsel for Plaintiffs is GRANTED. IT IS FURTHER ORDERED that Maureen Blackburn Jennings be and she is hereby enrolled as additional counsel for all plaintiffs, for the limited purpose of filing and, if necessary, arguing post-trial motions. IT IS FURTHER ORDERED that Stuart T. Barasch be designated as Trial Attorney for plaintiffs.

New Orleans, Louisiana, this __ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE