CR: Jodi Simcox

SIGN IN SHEET FOR C.A. 05-4182 "K"(2)
FRIDAY, MARCH 7, 2008 AT 10:00 A.M.

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
PARFAIT (Ref: CA 07-3500) - STATUS CONFERENCE IN RE: MRGO AND BARGE,
DOC. 11449

|   | ATTORNEY | PARTY |
|---|---|---|
|   | Daniel A. Webb | New York Marine |
|   | Derek Walker | LNA |
|   | Robert Fisher | LNA |
| D- | John Aldock | LNA |
|   | Mark Raffman | LNA |
| D- | Thomas P. Anzelmo | Orleans Levee District |
| D- | William D. Treeby | Washington Group |
|   | Adrian Wager-Zito | " " |
|   | Andy Weinstock | Lake Borgne Basin Levee Dist. |
|   | André Mouledoux | Pine Bluff Sand & Gravel; Zito Fleeting, LLC |
|   | Elisa Gilbert, The Gilbert Firm | Entergy, Murphy Oil; Air Products, Waste Mgmt. |
|   | Ernest Svenson, The Svenson Firm | " |
|   | Scott Joanen | MRGO PSLC |
|   | Pat Sanders | Barge PSLC |
|   | Lawrence Wiedemann | Barge PSLC |
|   | [illegible] | Barge PLSC |
| D | Brian Gilbert | Barge PSLC |
|   | Lawrence Wilson | Barge PSLS |
|   | Don Haycraft | Ingram Barge |
|   | Elwood Stevens | Norman Robinson, et al |
| D- | Jonathan Andry | MRGO PSLC/N. Robinson, et al |
| D- | Kirk N. Aurandt | Port of New Orleans |

| | |
|---|---|
| Ralph Hubbard | Liaison for defendants |
| Joseph Brum | Liaison for Pl |
| Todd M. Korbel | Venezia v. Auto Club, counsel for Pl — No. 06-1660 |
| Robin Smith | phone - USA |
| Jim McConnon | |