UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>   07-5356, 07-5347, 07-5350, 07-5254,<br>   07-5286, 07-5375, 07-5366, 07-5355,<br>   07-5339, 07-5344, 07-5343, 07-5327 | SECTION "K"(2) |

### ORDER AND REASONS

Before the Court is a Motion to Adopt Defendant Sewage and Water Board's 12(b)(6) Motion to Dismiss or in the Alternative Dismiss Duplicative Motions Based Upon Lis Pendens (Doc. 11287) filed by Lake Borgne Basin Levee District.  The Court has been informed that it intended to adopt the Motion to Dismiss filed by the Sewerage and Water Board of New Orleans (Doc. 10043).  This specific motion was denied by the Court on January 23, 2008.  Furthermore, the alternative relief sought, which is apparently to dismiss the duplicative actions, not motions, is based on Louisiana procedural law, which is inapplicable in this Court. Accordingly,

**IT IS ORDERED** that Motion to Adopt Defendant Sewage and Water Board's 12(b)(6) Motion to Dismiss or in the Alternative Dismiss Duplicative Motions Based Upon Lis Pendens (Doc. 11287) is **GRANTED** insofar as the Court allows Lake Borgne Basin Levee District to **ADOPT** the Motion to Dismiss filed by the Sewerage and Water Board of New Orleans (Doc. 10043).

**IT IS FURTHER ORDERED** that Motion to Adopt Defendant Sewage and Water Board's 12(b)(6) Motion to Dismiss or in the Alternative Dismiss Duplicative Motions Based Upon Lis Pendens (Doc. 11287) is **DENIED** with respect to the merits of the adopted motion for

the same reasons stated in open court on January 23, 2008 (Doc. No. 10837) and as to the dismissal of these allegedly duplicative cases.

New Orleans, Louisiana, this  20th  day of March, 2008.

*[signature]*

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**