UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.  05-4182 "K" (2) |
| PERTAINS TO ROBERT MEJIA AND JANINE G. MEJIA NO. 06-2786 | JUDGE DUVAL MAG. WILKINSON |

*************************************************************************

## WITNESS LIST ON BEHALF OF ALLSTATE INSURANCE COMPANY

    May Call:

a)    Yolanda Foche, Adjuster
       Pilot Catastrophe
       1055 Hilcrest Road
       Mobile, AL 36695

b)    Leslie Johnson, Adjuster
       Pilot Catastrophe
       1055 Hilcrest Road
       Mobile, AL 36695

c)    Tamora Pollan, Adjuster
       Pilot Catastrophe
       1055 Hilcrest Road
       Mobile, AL 36695

d)    Victer Miller, Adjuster
       Pilot Catastrophe
       1055 Hilcrest Road
       Mobile, AL 36695

e)    Any witness by any other party.

Experts May Call:

a)     Brad Steele, Adjuster
       Pilot Catastrophe
       1055 Hilcrest Road
       Mobile, AL 36695

b)     William R. Mott, P.E.
       10610 Flagstone Drive
       Mobile, AL 36608
       251-639-9141

c)     Any expert by any other party.

Respectfully submitted:
LOZES & PONDER

S/Jeffery P. Lozes

_____
JEFFERY P. LOZES  (LSBA #8921)
1010 Common Street
Suite 1700
New Orleans, LA  70112
Phone: (504) 581-4455
Facsimile: (504) 587-9408
*Counsel for Defendant, Allstate Insurance Company*

## C E R T I F I C A T E

I hereby certify that a copy of the foregoing has been forwarded to counsel of record by depositing copy of same in the U. S. Mail, postage prepaid and properly addressed this 24TH day of March, 2008.

S/Jeffery P. Lozes

_____
Jeffery P. Lozes