**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                                CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                                     NO. 05-4182

PERTAINS TO:                                                             SECTION "K"(2)

C.A. No. 06-5116 (SIMS)                    C.A. No. 06-5134 (CHRISTOPHE)
C.A. No. 06-5118 (RICHARD)              C.A. No. 06-513 (WILLIAMS)
C.A. No. 06-5142 (AUGUSTINE)          C.A. No. 06-5127 (DEPASS)
C.A. No. 06-5132 (FERDINAND)         C.A. No. 06-5128 (ADAMS)
C.A. No. 06-5131 (BOURGEOIS)         C.A. No. 06-5140 (PORTER)


## ORDER

Before the Court is the United States' Motion to Dismiss (Doc. 6646) in the above-referenced cases.   The Court has reviewed the pleadings, memoranda and the relevant law, and finds that the motion to have merit in light of its decision of January 30, 2008 (Doc. 10984) concerning immunity of the United States for all damages arising out of the failure of the outfall canals.  However, as to the other damages alleged arising from waters flowing from the breaches at the Industrial Canal or caused by MRGO, these issues are to be addressed first in the context of the Motion to Dismiss filed in *Robinson* as has been determined to be the most efficacious and effective use of the Court's judicial resources.  (See Docs. 10620 and 10723 and the stay entered and explained therein).  Thus, the Court shall dismiss this motion as premature to be re-filed upon the resolution of the §702c immunity issues in the *Robinson* case.  Accordingly,

**IT IS ORDERED** to the extent that any damages are alleged in any of the above-noted cases to have been caused by water emanating from the Outfall Canals, the Motion to Dismiss (Doc. 6646) is **GRANTED** in that regard.

**IT IS FURTHER ORDERED** that to the extent that any non-Outfall Canal damages are alleged in the above-referenced cases, the Motion to Dismiss (Doc. 6646) is **DENIED** without prejudice to be re-urged after a decision is entered on the immunity issues presented in *Robinson*.

New Orleans, Louisiana, this 24th day of March, 2008.

                                       **STANWOOD R. DUVAL, JR.**
                                      **UNITED STATES DISTRICT COURT JUDGE**

New Orleans, Louisiana, this _____ day of March, 2008.

                                       **STANWOOD R. DUVAL, JR.**
                                      **UNITED STATES DISTRICT COURT JUDGE**