UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELVIRA GRAY | * | CIVIL ACTION |
| VERSUS | * | NO:   07-3701 |
| SECURITY PLAN FIRE INSURANCE COMPANY | * | SECTION: "B" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

PARISH OF Ascension

STATE OF LOUISIANA

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### JAMIE LOUQUE

who, after being duly sworn, did depose and state that:

1. She is the Insurance Services Supervisor for Security Plan Fire Insurance Company ("Security Plan"), and she is personally familiar with all facts set forth herein.

2. Elvira Gray had Contents Insurance with Extended Coverage issued by Security Plan, policy number 004251941 with a policy limit of $10,000.00 for her property located at 2809 North Tonti Street, New Orleans, Louisiana.

3. On December 15, 2005, Gray signed a Security Plan Proof of Loss and submitted a list of her alleged damaged contents.

4. Terry Williams, an adjuster for Security Plan, examined Gray's property on December 15, 2005 and determined that the damage to Gray's property was caused by rising water and/or flood.

EXHIBIT
Tonti St.
"D"

5. On January 18, 2006, Security Plan sent a letter to Gray declining coverage, because the loss was not due to a peril covered by her policy.

6. Security Plan does not place a valuation on Gray's contents to determine the premium charge to be made under the policy.

_____
JAMIE LOUQUE

SWORN TO AND SUBSCRIBED BEFORE ME
THIS  25  DAY OF JANUARY, 2008.

Ellen M. Thibodaux
NOTARY PUBLIC
#67568

