UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELVIRA GRAY | * | CIVIL ACTION |
| VERSUS | * | NO:   07-3701 |
| SECURITY PLAN FIRE INSURANCE COMPANY | * | SECTION: "B" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SECURITY PLAN FIRE INSURANCE COMPANY'S STATEMENT OF UNCONTESTED FACTS

NOW INTO COURT, through undersigned counsel, comes Defendant, Security Plan Fire Insurance Company ("Security Plan"), who submits this Statement of Uncontested Facts in Support of Security Plan's Motion for Partial Summary Judgment:

1. Elvira Gray, plaintiff ("Gray"), had a Contents Insurance with Extended Coverage issued by Security Plan, policy number 004251941 with a policy limit of $10,000.00 for her property located at 2809 North Tonti Street, New Orleans, Louisiana.

2. On December 15, 2005, Gray signed a Security Plan Proof of Loss and submitted a list of her alleged damaged contents.

3. On December 15, 2005, Terry Williams, an adjuster for Security Plan, examined Gray's property and determined that the damage to Gray's property was exclusively caused by flood and/or rising water.

4. Gray alleges that the damage to her property was the result of wind, wind driven rain, and/or flooding.

5. Security Plan denied coverage to Gray, because the loss was not due to a peril covered by her policy.

6. Gray seeks reimbursement for the full face value of her damaged property pursuant to Louisiana's Valued Policy Law.

7. Louisiana's Valued Policy Law does not apply to Gray's claim.

8. Gray is not entitled to recover penalties under LSA-R.S. 22:658 and 22:1220, because Gray is not owed coverage under the Security Plan policy.

        Respectfully submitted,

        HUVAL VEAZEY FELDER AERTKER
        & RENEGAR, L.L.C.

        /s/ Thomas H. Huval
        **THOMAS H. HUVAL (#21725)**
        Stephen C. Aertker, Jr. (#24929)
        Stefini W. Salles (#25857)
        Christian A. Shofstahl (#27080)
        532 East Boston Street
        Covington, Louisiana 70433
        Telephone: (985) 809-3800
        Facsimile: (985) 809-3801
        **Counsel for Defendant,**
        **Security Plan Fire Insurance Company**

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all known counsel of record via the court's electronic service, via facsimile, and/or by depositing a copy of same in the U.S. Mail, properly addressed, with sufficient postage affixed thereto. Covington, Louisiana this 30th day of January, 2008.

           /s/ Thomas H. Huval
           **THOMAS H. HUVAL**