UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELVIRA GRAY | * | CIVIL ACTION |
| VERSUS | * | NO: 07-3701 |
| SECURITY PLAN FIRE INSURANCE COMPANY | * | SECTION: "B" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

To: **Plaintiff, Elvira Gray,**
**through her attorneys of record:**

Patrick G. Kehoe, Jr., Esq.
Patrick G. Kehoe, Jr., APLC
833 Baronne Street
New Orleans, Louisiana 70113

Roy F. Amedee, Jr.
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Ave.
Suite 801
New Orleans, LA 70130

Allan Berger
Allan Berger & Associates, PLC
4173 Canal St.
New Orleans, LA 70119

William Peter Connick
Connick & Connick, LLC
2551 Metairie Rd.
Metairie, LA 70001

Brent A. Klibert
Brent A. Klibert, Attorney at Law
228 St. Charles Ave.
Suite 801
New Orleans, LA 70130

Andrea S. Lestelle
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, LA 70002-3726

Terrence Jude Lestelle
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, LA 70002-3726

John Van Robichaux, Jr.
Robichaux Law Firm
6305 Elysian Fields Ave.
Suite 304
P. O. Box 792500
New Orleans, LA 70122

Jeffery Bryan Struckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, LA 70002-3726

Randy Jay Ungar
Ungar & Byrne
One Canal Place
365 Canal St.
Suite 2520
New Orleans, LA 70130

PLEASE TAKE NOTICE that Defendant, Security Plan Fire Insurance Company ("Security Plan"), has filed a Motion for Partial Summary Judgment. A hearing will be held before the Honorable Ivan L.R. Lemelle on the 20th day of February, 2008, without oral argument.

Respectfully submitted,

HUVAL VEAZEY FELDER AERTKER
& RENEGAR, L.L.C.

__/s/ Thomas H. Huval_____
**THOMAS H. HUVAL** (#21725)
Stephen C. Aertker, Jr. (#24929)
Stefini W. Salles (#25857)
Christian A. Shofstahl (#27080)
532 East Boston Street
Covington, Louisiana 70433
Telephone: (985) 809-3800
Facsimile: (985) 809-3801
**Counsel for Defendant,**
**Security Plan Fire Insurance Company**

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all known counsel of record via the court's electronic service, via facsimile, and/or by depositing a copy of same in the U.S. Mail, properly addressed, with sufficient postage affixed thereto. Covington, Louisiana this 30th day of January, 2008.

_____/s/ Thomas H. Huval_____
**THOMAS H. HUVAL**

3