UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                 CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE, <u>Rodney</u>, 07-1742          JUDGE DUVAL
MAG. WILKINSON

## <u>ORDER</u>

At the request of counsel for plaintiff, Jennifer Eagan, and having been advised

that counsel for defendant agrees to the change, **IT IS ORDERED** that the

SETTLEMENT CONFERENCE previously set in this matter on March 25, 2008, is

hereby RESET on **APRIL 21, 2008 at 3:00 p.m.** before me.

New Orleans, Louisiana, this ____24th____ day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**

**HON. STANWOOD R. DUVAL, JR.**