UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELVIRA GRAY** | * | **CIVIL ACTION NO: 07-3701** |
| | * | |
| **VERSUS** | * | **JUDGE: IVAN L.R. LEMELLE** |
| | * | |
| **SECURITY PLAN FIRE INSURANCE COMPANY** | * | **SECTION "B"** |
| | * | |
| | * | **MAGISTRATE: DANIEL E.** |
| | * | **KNOWLES, III** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion is granted and the hearing date of Security Plan's Motion for Partial Summary Judgment is continued to May 14, 2008.

New Orleans, Louisiana, this 11th day of February, 2008.

**UNITED STATE DISTRICT JUDGE**

1