UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Having considered plaintiffs' Motion to Continue Hearing of Lafarge North America Inc.'s Motion to Compel Written Discovery from Plaintiffs, Record Doc. No. 11683, and plaintiffs' Notice and Certificate of Consent to Continuances, Record Doc. No. 11690, advising that the parties have agreed to continue each party's motion to compel to April 16, 2008,

**IT IS ORDERED** that plaintiffs' Motion to Continue Hearing, Record Doc. No. 11683, is GRANTED.

**IT IS FURTHER ORDERED** that plaintiffs' Motion to Compel Discovery Responses from Lafarge North America, Inc., Record Doc. No. 11578, and Lafarge North America Inc.'s Motion to Compel Written Discovery from Plaintiffs, Record Doc. No. 11666, previously set for hearing on April 2, 2008, before the undersigned magistrate judge, are hereby CONTINUED to **April 16, 2008, without oral argument.**

New Orleans, Louisiana, this  24th  day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE