PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 707 | NED-707-000000633 | NED-707-000000633 | USACE; MVD; MVN CEMVN-ED | Not Available | KC721 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO New Lock and Connecting Channels - HTRW Initial Assessment Report |
| NRE | 700 | NRE-700-000001344 | NRE-700-000001348 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC721 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous real estate contracting guidelines and forms |
| NRE | 748 | NRE-748-000001459 | NRE-748-000001459 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC721 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Realty Historical Files; MRGO |
| NRE | 769 | NRE-769-000000707 | NRE-769-000000708 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC721 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous project documents regarding Michaud Canal; New Canal and Parish Drainage |
| NRE | 769 | NRE-769-000000716 | NRE-769-000000716 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC721 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous project documents regarding Michaud Canal; New Canal and Parish Drainage |
| NRE | 769 | NRE-769-000001465 | NRE-769-000001466 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC721 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous project documents regarding Michaud Canal; New Canal and Parish Drainage |
| IFP | 019 | IFP-019-000000001 | IFP-019-000195009 | USACE; MVD; MVN | Fred Lachney | KC722 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Groupshares |
| EFP | 561 | EFP-561-000000001 | EFP-561-000000001 | USACE; ERDC; EL | Mansour Zakikhani | KC723 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 562 | EFP-562-000000001 | EFP-562-000000048 | USACE; ERDC; ITL | Mark Cowan | KC723 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 563 | EFP-563-000000001 | EFP-563-000000001 | USACE; ERDC; CHL | Robert McAdory | KC723 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 564 | EFP-564-000000001 | EFP-564-000000240 | USACE; ERDC; CHL | Robert McAdory | KC723 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 565 | EFP-565-000000001 | EFP-565-000009143 | USACE; ERDC; GSL | Reed Mosher | KC723 | 3/24/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |