UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| -------------------------------------------------- | * | **MAG. WILKINSON** |
| | * | |
| **PERTAINS TO:** | * | |
| **INSURANCE (2007-08772)** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO REMAND

**NOW INTO COURT** comes Plaintiffs, Robert Newman and Jane Newman, who move this Honorable Court for an Order remanding this matter back to the Civil District Court for the Parish of Orleans. In support of Plaintiff's motion, she attaches a copy of the petition for damages in this case. (Exhibit A).

Respectfully submitted,

s/ Soren Gisleson_____
**SOREN E. GISLESON, ESQ.**, La. Bar No. 26302
**JOSEPH E. "JED" CAIN, ESQ.**, La. Bar No. 29785
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113-1116
Telephone: (504) 581-4892
Fax: (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                        s/ Soren Gisleson
                                                        **SOREN E. GISLESON, ESQ.**