UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| -------------------------------------------------- | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (2007-08772) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiff's Motion to Remand is hereby scheduled for hearing on April 2, 2008 at 9:30 a.m. to be decided by the Honorable Stanwood R. Duval, Jr., District Judge of the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Plaintiff does not believe that oral argument relating to this Motion is required.

Respectfully submitted,

s/ Soren Gisleson
**SOREN E. GISLESON, ESQ.**, La. Bar No. 26302
**JOSEPH E. CAIN, ESQ.**, La. Bar No. 29785
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116
Telephone: (504) 581-4892
Fax: (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

s/ Soren Gisleson
**SOREN E. GISLESON, ESQ.**