UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

**PERTAINS TO BARGE**

**FILED IN:**    05-5724, 05-5531, 06-5342, 06-6299
               06-7516, 07-3500, and 07-5178

---

## THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS AND THE ORLEANS LEVEE DISTRICT'S FOURTH PRELIMINARY LIST OF FACT WITNESSES

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724) ("CMO No. 5"), the undersigned defendants file their instant fourth preliminary list of fact witnesses. The joint nature of the instant filing is made solely in conformity with the Court's Order and should not be construed as an adoption, approval, or endorsement of anything contained therein by either particular defendant unless specified as such.

The following former and current USACE employees, most of whom were listed or referred to in the United States of America's Answers to the Levee Plaintiffs' First Set of Interrogatories or in the Attachment to the United States' Answers to the Levee Plaintiffs' First Set of Interrogatories, filed on June 14, 2007, may be called to testify in this matter:

1. Accardo, Christopher
Chief, Operations Division MVN
7400 Leake Avenue
New Orleans, LA 70118

2. Ashley, Chester
Resident Engineer
Hurricane Protection Office
CEMVN

3. Baumy, Walter O. Jr.
Chief, Engineering Division MVN
From 12/15/02 to present
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

4. Becnel, Alfred P
Retired 1/8/81
Chief, Hydraulics & Hydrologic Branch
Engineering Division
From 7/27/69 – 1/8/81

5. Breerword, Gregory E.
Retired 1/3/07
Chief, Operations
From 12/15/02 – 6/25/05

6. Bivona, John
Asst. Chief, Engineering Division
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

7. Brouse, Gary
Planning, Programs & Project Mgt. Division
Floodwalls-West Branch & Vicinity
CEMVN

8. Broussard, Richard
7400 Leake Avenue
New Orleans, LA 70118

9.  Caver, William
Retired from Corps
Currently working for Eustis Engineering

10. Colletti, Jerry
Asst. Chief, Operations Division
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

11.  Combe, Jay
Retired
Former Chief of Coastal Engineering Section
Hydraulics Branch

12. Daigle, Michael
7400 Leake Avenue
New Orleans, LA 70118

13.  Decker, Charles
Retired 2/2/83
Chief, Regulatory Branch MVN
From 10/3/71 – 2/2/83

14.  Duscha, Lloyd
Retired
Chief, Engineering Division in Civil Works
From 1979-1983

15.  Edelman, Lester
Retired 1998
Chief Counsel for Army Corps of Engineers
From 1979-1998

16.  Fairless, Robert
Retired 1/3/04
Contractor – Protection & Restoration Office

17. Goldman, Ronald C., P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay St.
Vicksburg MS 39183

18. Guillot, Albert J.
Retired 1/2/99
Chief, Operations
From 6/9/96 – 1/2/99

19. Hatch, Henry J.
Retired 1992
Lt. General – Chief of Army Corps of Engineers
From 1988-1992

20. Heiberg, Elvin R.
Retired
Lt. General – Army Corps Chief of Engineers
From 1984-1988

21. Hill, Richard
Retired 1/2/99
Chief, Construction Division
From 10/1/94 – 1/2/99

22. Huber, Mark
Engineering Division, Survey Section
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

23. Hubert, Leo
Retired
Lt. Colonel - New Orleans Deputy District Engineer
From 1975-1978

24. Judlin, Dan
Retired 10/2/94
Chief, Design
From 11/25/73 – 8/26/77

25.  Laurent, Arthur
Retired
Former Chief of Hydraulics

26. Lowe, Michael
Operations Division, Readiness Branch
CEMVN

27. Miller, Gregory
7400 Leake Avenue
New Orleans, LA 70118

28. Mosher, Reed L., Ph.D.
Chief, Structural Mechanics Division
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

29. Naomi, Alfred
Project Manager
7400 Leake Avenue
New Orleans, LA 70118

30.  Nettles, C.J. (retired)
Retired 7/1/88
Chief, Operations
From 1/13/80 – 7/1/88

31.  Picciola, Rodney
Former Chief, Foundation and Materials Branch
Engineering Division

32. Pinner, Richard
7400 Leake Avenue
New Orleans, LA 70118

33.  Richardson, Jim
Retired 1/3/02
Engineering Div, Geotechnical Branch

34. Romero, Jorge
Retired 1/3/04
Engineering Division, Structures Branch
From 3/13/86 – 1/3/04

35. Rush, Early
Retired
Colonel –New Orleans District Chief of Engineers
From 1975-1978

36. Russo, Edmund
7400 Leake Avenue
New Orleans, LA 70118

37. Sands, Colonel Tom
Former District Engineer, MVN

38. Satterlee, Jr., Gerard S.
Retired
Chief of Engineering Division
Currently with Fenstermaker
1100 Poydras Street, Suite 1550
New Orleans, LA 70163

39. Schorr, Henry
Retired 2/28/93
Chief, Operations
From 7/31/88 – 2/28/93

40. Soileau, Cecil W.
Retired 4/30/93
Chief, Hydraulics Branch, Engineering Division MVN
From 6/14/81 - 4/30/93

41. Stutts, David "Van"
Engineering Division, Hydraulics
CEMVN
7400 Leake Avenue
New Orleans, LA 70118

42. Swindler, Roger
Operations Division, Central Evaluation Section
CEMVN

43.  Tickner, Wilfred E.
Transferred 4/25/99
Chief, Engineering Division MVN
From 2/4/90 - 4/24/99

44.  Tisdale, Robert L.
CAO 9/25/99
Chief, Operations
From 11/14/93 - 3/16/96

45. Varuso, Richard
7400 Leake Avenue
New Orleans, LA 70118

46.  Ventola, Ron
Retired 3/31/07
Chief, Regulatory Branch
From 9/13/87 – 3/31/07

47. Vojkovich, Frank
Engineering Division
Structure Foundations Section
CEMVN

48. Wall, John
Retired
Lt. General – Director of Civil Works

49. Winer, Harley
7400 Leake Avenue
New Orleans, LA 70118

ADDITIONAL WITNESSES:

50. Berryhill, Carolyn
128 West Harrison
Baton Rouge, LA 70802
<u>Subject Matter</u>:  Her personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

51. Gillen, Gerald III
Assistant Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122
Subject matter:  The Gulf Intracoastal Waterway ("GIWW") and the Inner-Harbor Navigational Canal ("IHNC")

52. Grille, Geneva, P.E.
Louisiana Department of Transportation and Development
110 Noble Drive
Belle Chasse, LA 70037
Subject Matter:  DOTD involvement with the GIWW and IHNC

53. Keller, Deborah
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Port development; interface between U.S. Army Corps of Engineers, Levee Board, and Dock Board

54. Landry, Victor
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA 70124
Subject matter:  The GIWW and the IHNC

55. McGill, Ronald
3005 Shannon Drive
Violet, LA 70092
Subject Matter:  His personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

56. Miller, Clayton
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Industrial real estate

57. Murph, Arthur
105 Berkeley Drive
New Orleans, LA 70131
Subject Matter:  His personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

58. Orlesh, Michael
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Historical overview

59. Plauche, Jeffrey
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
Subject matter:  Permitting

60. Richardson, Lisa
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
<u>Subject matter</u>:  Project Coordination

61. St. Cyr-Butler, Delores
12276 East Glenhaven Drive
Baton Rouge, LA 70815
<u>Subject Matter</u>:  Her personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

62. Spalluto, Lenny
Board of Commissioners of the Port of New Orleans
(*mailing*)
P.O. Box 60046
New Orleans, LA  70160
(*physical*)
1350 Port of New Orleans Place
New Orleans, LA  70130
<u>Subject matter</u>:  Dredging

63.  Spencer, Stevan G., P.E.
Executive Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122
<u>Subject matter</u>:  The GIWW and the IHNC

64. Tribble, Ahsha, Ph.D.
Executive Director
DOC/NOAA/NWS/NCEP
TPC/National Hurricane Center
11691 SW 17th Street
Miami, FL 33165

65. Villavasso, William
New Orleans Sewerage & Water Board
625 Saint Joseph Street
New Orleans, LA
<u>Subject Matter</u>:  His working at S&WB Pump Stations 5 and his personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

66. Sidney Williams
4564 Candy Lane
Lilburn, GA 30047
<u>Subject Matter</u>:  His personal observations regarding the IHNC and surrounding vicinity, prior, during and subsequent to Hurricane Katrina

Any of the 160, more or less, people who were involved or participated in the investigation or subsequent report of the Interagency Performance Evaluation Task Force (IPET), including but not limited to:

67. Ebersole, Bruce A., P.E.
Chief, Flood and Storm Protection Division
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

68. Foster, Jerry, P.E.
Headquarters, U.S. Army Corps of Engineers
Washington, DC

69. Garster, James K.
Topographic Engineering Center
U.S. Army Corps of Engineers
Engineer Research and Development Center
Alexandria, Virginia

70. Hawes, Sue
U.S. Army Corps of Engineers
7400 Leake Avenue
New Orleans, LA 70118

71.  Jaeger, John J., Ph.D., P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

72. Martin, Denise
Computer Scientist
Information Technology Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

73. Moentenich, Brian L., P.E.
Hydroelectric Design Center
U.S. Army Corps of Engineers
Portland District
Portland, Oregon

74. Moser, David, Ph.D.
Chief Economist
U.S. Army Corps of Engineers,
Institute for Water Resources
Alexandria, Virginia

75. Poindexter, Larry

76. Powell, Nancy
U.S. Army Corps of Engineers
7400 Leake Avenue
New Orleans, LA 70118

77. Resio, Donald T., Ph.D.
Senior Scientist
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

78. Sharp, Michael K., Ph.D., P.E.
Technical Director, Civil Works Infrastructure
Geotechnical and Structures Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

79. Stevenson, Jeremy
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

80. Stroupe, Wayne
Public Affairs Office
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

81. Wiggins, Elizabeth

82. Anyone listed or referred to in discovery, including Rule 26 Initial Disclosures and answers to interrogatories and requests for admissions, and responses to requests for production.

83. Anyone else with any factual knowledge, information, or data concerning the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project, Hurricane Katrina, the causes of any levee breach or failure mode related to this litigation, or any allegation in Plaintiffs' Complaint.

84. Anyone listed or actually called as a witness by any party in this litigation.

Dated:  March 24, 2008                                Respectfully submitted,

                                                      s/ Thomas P. Anzelmo_____
                                                      McCRANIE, SISTRUNK, ANZELMO,
                                                          HARDY, MAXWELL & McDANIEL
                                                      Thomas P. Anzelmo, P.A. - #2533
                                                      Mark E. Hanna - #19336
                                                      Kyle P. Kirsch - #26363
                                                      Andre J. Lagarde - #28649
                                                      3445 N. Causeway Boulevard, Ste. 800
                                                      Metairie, Louisiana 70002
                                                      TELEPHONE:  (504) 831-0946
                                                      FACSIMILE:  (504) 831-2492

-13-

and

       LABORDE & NEUNER
       Ben L. Mayeaux - #19042
       James L. Pate - # 10333
       Gregory A. Koury - #26364
       One Petroleum Center, Suite 200
       1001 West Pinhook Road
       Lafayette, Louisiana 70503
       TELEPHONE:  (337) 237-7000
       FACSIMILE:  (337) 233-9450
       Attorneys for the ORLEANS LEVEE
       DISTRICT


       s/ Kirk Aurandt_____
       DAIGLE FISSE & KESSENICH, PLC
       J. Frederick Kessenich - #7354
       Jonathon H. Sandoz - #23928
       Michael W. McMahon - #23987
       Jon A. Van Steenis - #27122
       Kirk N. Aurandt - #25336
       P.O. Box 3530
       Covington, LA 70434-5350
       TELEPHONE:  (985) 871-0800
       FACSIMILE:         (985) 871-0899
       Attorneys for the BOARD OF
       COMMISSIONERS FOR THE PORT OF
       NEW ORLEANS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2008, a copy of the above and foregoing **The Board of Commissioners of the Port of New Orleans and the Orleans Levee District's Fourth Preliminary List of Fact Witnesses** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

    s/ Thomas P. Anzelmo_____
    McCRANIE, SISTRUNK, ANZELMO,
       HARDY, MAXWELL & McDANIEL
    3445 N. Causeway Boulevard, Ste. 800
    Metairie, Louisiana 70002
    TELEPHONE:  (504) 831-0946
    FACSIMILE:  (504) 831-2492
    E-MAIL:  tpa@mcsalaw.com