# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| COSOLIDATED LITIGATION | * | |
| _____ | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE:  JUPITER, 07-1689 | * | |
| | * | |

**************************************

## MOTION FOR LEAVE OF COURT TO FILE SURREPLY TO DEFENDANT'S REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO MOTION FOR CONTEMPT AND DISMISSAL

Here into Court comes Complainant who respectfully requests leave of court to file a Surreply to Defendant's Reply Memorandum to Plaintiff's Opposition to Motion for Contempt and Dismissal

Respectfully Submitted,

*/s/ Brent A. Klibert*_____
Law Offices of Roy F. Amedee, Jr.
Roy F. Amedee, Jr. (#2449)
Brent A. Klibert (#29296)
228 St. Charles Avenue, Suite 801
New Orleans, LA  70130
Telephone: (504) 592-3222
Facsimile: (504) 592-8783

CONNICK AND CONNICK, LLC
William P. Connick - 14158
2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777

Facsimile:  504-838-9903

FEINGERTS & KELLY, PLC
Bruce L. Feingerts - 5499
365 Canal Street, Suite 2700
New Orleans, LA 70130
Telephone:  504-568-1515
Facsimile:  504-568-1521

PATRICK G. KEHOE, JR., APLC
Patrick G. Kehoe, Jr. - 14419
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

LESTELLE & LESTELLE, APLC
Terrence J. Lestelle - 08540
Andrea S. Lestelle - 08539
Jeffery B. Struckhoff - 30173
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

ROBICHAUX LAW FIRM
J. Van Robichaux, Jr. - 11338
71234 Hendry Ave.
Covington, LA 70433
Telephone:  985-809-0620
Facsimile: 504-282-6298

ALLAN BERGER & ASSOCIATES, APLC
Allan Berger - 2977
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-948
Facsimile:  504-483-8130