UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: | § § | JUDGE DUVAL |
| MRGO: 08-1212 | § § § | MAG. WILKINSON |

## Ex Parte Motion for Leave to Appear
## Pro Hac Vice

Plaintiffs HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, COMMONWEALTH INSURANCE COMPANY, ARCH INSURANCE COMPANY, ALLIED WORLD ASSURANCE COMPANY, LEXINGTON INSURANCE COMPANY move, pursuant to Local Rule 82.2.6 to grant admission pro hac vice to Elisa T. Gilbert, allowing her to appear as co-counsel in the captioned matter.

Elisa T. Gilbert is a member of the law firm of Gilbert & Gilbert, LLC in New York City. The address of his firm is 325 East 57th Street, New York, NY 10022. Ms. Gilbert is admitted to practice in, and is in good standing in, the Bar of the State of New York as shown in Exhibit A. Her affidavit regarding the absence of criminal charges or disciplinary actions is attached as Exhibit B. The requisite filing fee will be submitted by regular mail.

Respectfully submitted,

_____
Ernest Svenson (No. 17164)
Svenson Law Firm

-2-

        123 Walnut St., Suite 1001.
        New Orleans, LA 70118
        Tel: 504-208-5199
        Fax: 504-324-0453

## **CERTIFICATE OF SERVICE**

A copy of this motion was served electronically upon all counsel of record on this date: March 24, 2008.

        _____
        Ernest E. Svenson