UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § | CIVIL ACTION |
| | § § | NO. 05-4182 "K"(2) |
| PERTAINS TO: | § § | JUDGE DUVAL |
| MRGO: 08-1212 | § § § | MAG. WILKINSON |

## **ORDER**

Considering the foregoing motion to appear Pro Hac Vice, it is ordered that Elise Gilbert is enrolled *pro hac vice* as co-counsel for HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, COMMONWEALTH INSURANCE COMPANY, ARCH INSURANCE COMPANY, ALLIED WORLD ASSURANCE COMPANY, LEXINGTON INSURANCE COMPANY in the captioned matter.

_____
DISTRICT JUDGE