# EXHIBIT "A"

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

---

I, David Spokony, Deputy Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ELISA TARA GILBERT

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 1st day of March, 1993 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 30, 2007

Deputy Clerk

7389

EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NATIONAL UNION FIRE                                CIVIL ACTION NO.
FIRE INSURANCE COMPANY
OF PITTSBURG PA.,
COMMONWEALTH
INSURANCE COMPANY,                                 SECTION
ARCH INSURANCE COMPANY
a/s/o AIR PRODUCTS
AND  CHEMICALS INC,
                                                   MAGISTRATE

VERSUS

THE UNITED STATES OF
AMERICA
-----------------------------------------------------------------------------------------------------------

### AFFIDAVIT OF ELISA T. GILBERT

STATE OF NEW YORK

COUNTY  OF NEW YORK

BEFORE ME, the undersigned authority, a Notary Public duly qualified and

commissioned in and for the State and County aforesaid, personally came and appeared

ELISA T. GILBERT, who, after being duly sworn, did depose and state as follows:

1.      I am an attorney at law practicing with of the law firm of The Gilbert

Firm, LLC, 325 East 57th Street New York, NY 10022, (212)-286-8503.

2.      I seek admission *pro hac vice* so that I may appear and participate as co-

counsel in the captioned matter on behalf of Plaintiff, NATIONAL UNION FIRE

INSURANCE COMPANY OF PITTSBURGH PA, COMMONWEALTH INSURANCE COMPANY, and ARCH INSURANCE COMPANY.

    3.      In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:

        a.      That I have never had any disciplinary or criminal charges instituted against me.

        b.      That I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession.  I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

    Further affiant sayeth not.

_____
Elisa T. Gilbert

SWORN TO and SUBSCRIBED this _____ day of March, 2008.

_____
Notary Public

REGINALD HALL
Notary Public, State of New York
Qualified in King County
Reg. #01HA6141696
My Comm. Expires 02/27/2010