UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO: 08-1213 | | |

## **ORDER**

Considering the foregoing motion to appear Pro Hac Vice, it is ordered that Elise Gilbert is enrolled *pro hac vice* as co-counsel for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, AND COMMONWEALTH INSURANCE COMPANY in the captioned matter.

_____
DISTRICT JUDGE