EXHIBIT "A"



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Brendan Regis O'Brien** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **15 th** day of **July 1992** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **August 30, 2007**

*James Edward Pelzer*
Clerk

# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NATIONAL UNION FIRE FIRE INSURANCE COMPANY OF PITTSBURG PA., COMMONWEALTH INSURANCE COMPANY, ARCH INSURANCE COMPANY a/s/o AIR PRODUCTS AND CHEMICALS INC,** | CIVIL ACTION NO. <br><br> SECTION <br><br> MAGISTRATE |
| **VERSUS** | |
| **THE UNITED STATES OF AMERICA** | |

-----------------------------------------------------------------------------------------------

## AFFIDAVIT OF BRENDAN R. O'BRIEN

STATE OF NEW YORK

COUNTY OF NEW YORK

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared BRENDAN R. O'BRIEN, who, after being duly sworn, did depose and state as follows:

1. I am an attorney at law practicing with of the law firm of The Gilbert Firm, LLC, 325 East 57th Street New York, NY 10022, (212)-286-8503.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Plaintiff, NATIONAL UNION FIRE

INSURANCE COMPANY OF PITTSBURGH PA, COMMONWEALTH INSURANCE COMPANY, and ARCH INSURANCE COMPANY.

3. In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:

    a. That I have never had any disciplinary or criminal charges instituted against me.

    b. That I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Further affiant sayeth not.

                                       Brendan R. O'Brien

SWORN TO and SUBSCRIBED this ___ day of March, 2008.

                                       Notary Public

ELISA T. GILBERT
Notary Public, State of New York
No. 02GI5042582
Qualified in New York County
Commission Expires Aug 2010