UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:<br><br>MRGO: 08-1213 | | |

## **<u>ORDER</u>**

Considering the foregoing motion to appear Pro Hac Vice, it is ordered that Brendan O'Brien is enrolled *pro hac vice* as co-counsel for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, AND COMMONWEALTH INSURANCE COMPANY in the captioned matter.

_____
DISTRICT JUDGE