# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE:   JUPITER, 07-1689 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE SECOND REPLY MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Auto Club Family Insurance Company ("ACFIC"), who hereby requests leave of Court to file the attached Second Reply Memorandum into the Court record, to reply to the Plaintiff's Surreply to Defendant's Reply Memorandum to Plaintiff's Opposition to Motion for Contempt and Dismissal.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD
& KUTCHER, L.L.P.**

By_____

    **THOMAS M. RICHARD (#2069)**
    Two Lakeway Center
    3850 N. Causeway Boulevard, Suite 900
    Metairie, Louisiana  70002
    Telephone:  (504) 830-3838
    Fax: (504) 836-9540
    *Attorney for Defendant, Auto Club Family*
    *Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
**THOMAS M. RICHARD**