UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE:  JUPITER, 07-1689 | * * | |

**************************************

## ORDER

Considering the foregoing Motion for Leave to File Second Reply Memorandum filed by Auto Club Family Insurance Company ("ACFIC"):

**IT IS ORDERED** that Defendant, ACFIC, is hereby **GRANTED** leave to file its Second Reply Memorandum.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**JUDGE**