UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.  06-4389 | * | |
| 06-6099 | * | JUDGE DUVAL |
| 06-5786 | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Ashton R. O'Dwyer, Jr. does hereby appeal to the United States Court of Appeals for the Fifth Circuit from the "Final Appealable Judgment" of the Honorable Stanwood R. Duval, Jr. dated March 24, 2008 (Record Document No. 11725), a copy of which is appended hereto and marked for identification as Exhibit No. 1.

    Respectfully submitted,

    **LAW OFFICES OF**
    **ASHTON R. O'DWYER, JR.**

    **By:   S/Ashton R. O'Dwyer, Jr.**
          Ashton R. O'Dwyer, Jr.
          **Bar No. 10166**
          **821 Baronne Street**
          **New Orleans, LA 70113**
          **Telephone: (504) 679-6166**
          **Facsimile: (504) 581-4336**

-2-

**<u>CERTICATE OF SERVICE</u>**

I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

              S/ Ashton R. O'Dwyer, Jr.