| | | |
|---|---|---|
| POLICY NUMBER 17-7700173894- -0 | **US DEPARTMENT OF HOMELAND SECURITY** <br> **FEDERAL EMERGENCY MANAGEMENT AGENCY** <br> NATIONAL FLOOD INSURANCE PROGRAM | O M B No 1660-0005 <br> Expires JUNE 30 2007 |
| 07/30/2005 TO 07/30/2006 <br> POLICY TERM | **PROOF OF LOSS** | Harry Kelleher and Co Inc <br> AGENCY |
| $75,000 00 <br> AMT OF BLDG COV AT TIME OF LOSS | (See Attached Privacy Act Statement <br> and Paperwork Burden Disclosure Notice) | |
| $18,000 00 <br> AMT OF CNTS COV AT TIME OF LOSS | | AGENCY AT |

TO THE **Fidelity National Property and** OF **PO Box 33064, St Petersburg, FL 33733**

At the time of loss, by the above indicated policy of insurance, you insured the interest of

**Mr & Mrs RC Tippen**

**10118 Springwood St, New Orleans, LA 70127**

against loss by **Flood** to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto

**TIME AND ORIGIN**  A **Flood** loss occurred about **10 00 PM**
on the **29** day of **8**, **2005**, the cause of the said loss was **Flood**

**OCCUPANCY**  The premises described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever
**Residential**

**INTEREST**  No other person or persons had any interest therein or encumbrance thereon, except
**Standard Mortgage Corp**

| | |
|---|---:|
| 1 FULL AMOUNT OF INSURANCE applicable to the property for which claim is presented is | $93,000 00 |
| 2 ACTUAL CASH VALUE of building structure | $99,102 00 |
| 3 ADD ACTUAL CASH VALUE OF CONTENTS or personal property insured | $30,000 00 |
| 4 ACTUAL CASH VALUE OF ALL PROPERTY | $129,102 00 |
| 5 FULL COST OF REPAIR OR REPLACEMENT | $68,454 20 |
| 6 LESS APPLICABLE DEPRECIATION | $12,615 82 |
| 7 ACTUAL CASH VALUE LOSS is | $55,838 38 |
| 8 LESS DEDUCTIBLES | $2,390 00 |
| 9 NET AMOUNT CLAIMED under above numbered policy is (Pending Your Flood Carrier's Final Approval) | $53,448 38 |

The said loss did not originate by any act design or procurement on the part of your insured nothing has been done by or with the privity or consent of your insured to violate the conditions of the policy or render it void no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss no property saved has in any manner been concealed and no attempt to deceive the said insurer as to the extent of said loss has in any manner been made Any other information that may be required will be furnished and considered a part of this proof

I understand that this Insurance (policy) is Issued Pursuant to the National Flood Insurance Act of 1968, or Any Act Amendatory thereof, and Applicable Federal Regulations in Title 44 of the Code of Federal Regulations, Subchapter B, and that knowingly and willfully making any false answers or misrepresentations of fact may be punishable by fine or imprisonment under applicable Unites States Codes

Subrogation - To the extent of the payment made or advanced under this policy, the insured hereby assigns transfers and sets over to the insurer all rights claims or interest that he has against any person firm or corporation liable for the loss or damage to the property for which payment is made or advanced He also hereby authorizes the insurer to sue any such third party in his name

The insured hereby warrants that no release has been given or will be given or settlement or compromise made or agreed upon with any third party who may be liable in damages to the insured with respect to the claim being made herein

The furnishing of this blank or the preparation of proofs by a representative of the above insurer is not a waiver of any of its rights

State of _____

County of _____

Subscribed and sworn be for me this _____ day of _____, 20 _____

Insured _____

Notary Public _____

PLAINTIFF'S EXHIBIT A

FN 0008