DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
NATIONAL FLOOD INSURANCE PROGRAM

O M B No 1660-0005
Expires JUNE 30 2007

## BUILDING REPLACEMENT COST PROOF OF LOSS

Statement as to the full cost of repair or replacement
under the replacement cost coverage, subject
to the terms and conditions of this policy*

*(See Attached Privacy Act Statement and Paperwork Burden Disclosure Notice)*

| | |
|---|---|
| Agency at    Agency at | Policy No    17-7700173894- -0 |
| | Agent    Harry Kelleher and Co Inc |
| Insured    Mr & Mrs RC Tippen | |
| Location    10118 Springwood St<br>New Orleans, LA 70127 | |
| Type of Property Involved in    Residential | |
| Date of Loss    08/29/2005 | |

1  **Full Amount of Insurance** applicable to the property

   for which claim is presented was ................................................................. $75,000 00

2  **Full Replacement Cost**    of the said property at the time of the loss was ......... $112,618 00

3  The **Full Cost of Repair or Replacement** is ..................................................... $38,654 20

4  Applicable Depreciation is ........................................................................... $2,705 82

5  Actual Cash Value loss is ........................................................................... $35,948 38

   ( Line 3 minus Line 4 )

6  Less deductibles and / or participation by the insured ................................... $500 00

7  **Actual Cash Value Claim** is ........................................................................ $35,448 38

   ( Line 5 minus Line 6 )

8  **Supplemental Claim,**    to be filed in accordance with the terms and conditions of
   the Replacement Cost Coverage within 180 days from the date of loss shown
   above, will not exceed ............................................................................... $0 00
   ( This figure will be that portion of the amounts shown on Lines 4 and 6 which is
   recoverable )

* The Standard Flood Insurance Policy is subject to the National Flood Insurance Act of 1968 and any Acts Amendatory thereof,
and Regulations issued by the Federal Insurance Administration pursuant to such statute(s)

ADJ FILE NO 103577

_____    Insured

_Paul Jax_    _____    Adjuster
Paul Placanio

_____
Adjuster's FCN License No


PLAINTIFF'S EXHIBIT C

FN 0009