**U S DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
NATIONAL FLOOD INSURANCE PROGRAM

O M B No 1660-0005
Expires JUNE 30 2007

See Privacy Act Statement and Paperwork Burden Disclosure Notice

THE NFIP REQUIRES THAT A PRELIMINARY REPORT BE RECEIVED WITHIN 15 DAYS OF ASSIGNMENT AND AN INTERIM OR FINAL REPORT NOT LATER THAN EVERY 30 DAYS THEREAFTER

## FINAL REPORT

**INSURED:** Mr & Mrs RC Tippen
**PROPERTY ADDRESS:** 10118 Springwood St New Orleans LA 70127
**ADJUSTING COMPANY:** Colonial Claims Corp
**POLICY NUMBER:** 17-7700173894- -0
**DATE OF LOSS:** 08/29/2005
**ADJ FILE NO:** 103577

### PREMISES HISTORY

Date risk was originally constructed 1/1/74      Insured at premises _____

| Date of Alteration | Brief Description of Alteration | Market Value | Cost of Alteration | Type of Alteration | *Substantial Improvement? |
|---|---|---|---|---|---|
| | | $0 00 | $0 00 | [ ] Repair [ ] Recon [ ] Improve | [ ] Yes [ ] No |
| | | $0 00 | $0 00 | [ ] Repair [ ] Recon [ ] Improve | [ ] Yes [ ] No |
| | | $0 00 | | [ ] Repair [ ] Recon [ ] Improve | [ ] Yes [ ] No |

*Defined as any repair reconstruction or improvement the cost of which equals or exceeds 50% of the market value of the structure before the damage occurred or the reconstruction or improvement was begun

Prior losses (approximate dates and amounts of loss)

| | | | |
|---|---|---|---|
| $0 00 | Repairs completed? [ ] Yes [ ] No | Insured? [ ] Yes [ ] No | [ ] Insured but no claim made |
| $0 00 | Repairs completed? [ ] Yes [ ] No | Insured? [ ] Yes [ ] No | [ ] Insured but no claim made |
| $0 00 | Repairs completed? [ ] Yes [ ] No | Insured? [ ] Yes [ ] No | [ ] Insured but no claim made |

(Continue under Narrative if additional space is needed for alterations or prior losses)

### INTEREST

**Mortgagee(s):** Standard Mortgage Corp
**Loss Payee(s):**
**Other Insurance:** _____ / _____  [ ] Yes [X] No
(Company)   (Type)   (Policy Number)   (Coverage Bldg/Cts)   (Covers flood?)

### CLAIM SUMMARY

Duration building will not be habitable  [1] 0-2 days  [2] 3-7 days  [3] 2-4 weeks  [4] 1-2 months  [X] more than 2 months

| Claim Recapitulation | Building | | Contents | | Totals |
|---|---|---|---|---|---|
| | Main*/Assn | Appurtenant/Unit | Main*/Assn | Appurtenant/Unit | |
| Property Value (RCV) | $112 616 00 | $0 00 | $50 000 00 | $0 00 | $162 616 00 |
| Property Value (ACV) | $99 102 00 | $0 00 | $30 000 00 | $0 00 | $129 102 00 |
| Gross Loss (RCV) | $38 654 20 | $0 00 | $29 800 00 | $0 00 | $68 454 20 |
| Covered Damage (ACV) | $35 948 38 | $0 00 | $19 890 00 | $0 00 | $55 838 38 |
| Removal / Protection | $0 00 | $0 00 | $0 00 | $0 00 | $0 00 |
| Total Loss (ACV) | $35 948 38 | $0 00 | $19 890 00 | $0 00 | $55 838 38 |
| Less Salvage | $0 00 | $0 00 | $0 00 | $0 00 | $0 00 |
| Less Deductible | $500 00 | $0 00 | $500 00 | $0 00 | $1 000 00 |
| Excess Over Limit | $0 00 | $0 00 | $1 390 00 | $0 00 | $1 390 00 |
| Claim Payable (ACV) | $35 448 38 | $0 00 | $18 000 00 | $0 00 | $53 448 38 |
| Damage from Other Cause | $0 00 | $0 00 | $0 00 | $0 00 | $0 00 |
| Identify Cause | | | | | |

Main building RCV  $112 616 00
*Includes mobile home
Insured qualifies for R/C coverage? [ ] Yes [X] No [ ] Not Applicable
If yes R/C claim  $0 00     Total Building Claim  $35 448 38

### EXCLUDED DAMAGES

| | Approximate value of property excluded | | | Approximate damage to property excluded | | |
|---|---|---|---|---|---|---|
| Excluded building damages | [X] Less Than 1 000 [2] 1 000 - 2,000 | [3] 2 000 - 5 000 [4] 5 000 - 10 000 | [5] 10 000 - 20 000 [6] More than 20 000 | [X] Less Than 1 000 [2] 1 000 - 2 000 | [3] 2 000 - 5 000 [4] 5 000 - 10 000 | [5] 10 000 - 20 000 [6] More than 20 000 |
| Excluded contents damages | [X] Less Than 1 000 [2] 1 000 - 2,000 | [3] 2 000 - 5 000 [4] 5 000 - 10 000 | [5] 10 000 - 20 000 [6] More than 20 000 | [X] Less Than 1 000 [2] 1 000 - 2 000 | [3] 2 000 - 5 000 [4] 5 000 - 10 000 | [5] 10,000 - 20 000 [6] More than 20 000 |

### ENCLOSURES

[X] Building Worksheets ()    [X] Photographs ()    [X] Proof of Loss    [X] Other  Advance Request
[X] Contents Worksheets ()    [X] Narratives ( pp)   [ ] R/C Proof    [X] Other  Service Invoice

### CERTIFICATION

The above statements are true and correct to the best of my knowledge  I understand that any false statements may be punishable by fine or imprisonment under 18 U S Code Sec 1001

County of  Orleans          Insured _____
State of  LA                Insured _____

Signed this 25 day of October 2005   Witness _____

11/03/2005                Paul Placano                 Fidelity National Property and       Brittany Branham, Supv
Date of Report                                                                                FCN - 09020022
                                                                                              Adjuster's FCN No



PLAINTIFF'S EXHIBIT
Blumberg No. 5113
1

FN 0010

06222205
26