

DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
NATIONAL FLOOD INSURANCE PROGRAM

O M B No 1660-0005
Expires JUNE 30 2007

## BUILDING REPLACEMENT COST PROOF OF LOSS

Statement as to the full cost of repair or replacement
under the replacement cost coverage, subject
to the terms and conditions of this policy*

*(See Attached Privacy Act Statement and Paperwork Burden Disclosure Notice)*

| | | |
|---|---|---|
| Agency at  Agency at | Policy No | 17-7700173894- -0 |
| | Agent | Harry Kelleher and Co Inc |

Insured    Mr & Mrs RC Tippen

Location   10118 Springwood St
           New Orleans, LA 70127

Type of Property Involved in    Residential

Date of Loss                    08/29/2005

| # | | |
|---|---|---|
| 1 | Full Amount of Insurance applicable to the property for which claim is presented was | $75,000.00 |
| 2 | Full Replacement Cost of the said property at the time of the loss was | $112,618.00 |
| 3 | The Full Cost of Repair or Replacement is | $38,654.20 |
| 4 | Applicable Depreciation is | $2,705.82 |
| 5 | Actual Cash Value loss is  ( Line 3 minus Line 4 ) | $35,948.38 |
| 6 | Less deductibles and / or participation by the insured | $500.00 |
| 7 | Actual Cash Value Claim is  ( Line 5 minus Line 6 ) | $35,448.38 |
| 8 | Supplemental Claim, to be filed in accordance with the terms and conditions of the Replacement Cost Coverage within 180 days from the date of loss shown above, will not exceed  ( This figure will be that portion of the amounts shown on Lines 4 and 6 which is recoverable ) | $0.00 |

\* The Standard Flood Insurance Policy is subject to the National Flood Insurance Act of 1968 and any Acts Amendatory thereof, and Regulations issued by the Federal Insurance Administration pursuant to such statute(s)

ADJ FILE NO  103577                                                                      Insured

_____        _Paul Placanio_____        _____ Adjuster
Adjuster's FCN License No               Paul Placanio

PLAINTIFF'S EXHIBIT E

FN 0083