U S DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
NATIONAL FLOOD INSURANCE PROGRAM

OMB No 1660-0005
Expires JUNE 30 2007

See Privacy Act
Statement and Paperwork
Burden Disclosure Notice

THE NFIP REQUIRES THAT A PRELIMINARY REPORT BE RECEIVED WITHIN 15 DAYS OF ASSIGNMENT
AND AN INTERIM OR FINAL REPORT NOT LATER THAN EVERY 30 DAYS THEREAFTER

## FINAL REPORT

| | |
|---|---|
| INSURED | Mr & Mrs RC Tippen |
| PROPERTY ADDRESS | 10118 Springwood St New Orleans LA 70127 |
| ADJUSTING COMPANY | Colonial Claims Corp |
| POLICY NUMBER | 17-7700173894- -0 |
| DATE OF LOSS | 08/29/2005 |
| ADJ FILE NO | 103577 |

**PREMISES HISTORY**

Date risk was originally constructed 1/1/74        Insured at premises _____

| Date of Alteration | Brief Description of Alteration | Market Value | Cost of Alteration | Type of Alteration | "Substantial" Improvement? |
|---|---|---|---|---|---|
| | | $0 00 | $0 00 | [ ] Repair [ ] Recon [ ] Improve | [ ] Yes [ ] No |
| | | $0 00 | $0 00 | [ ] Repair [ ] Recon [ ] Improve | [ ] Yes [ ] No |
| | | $0 00 | | [ ] Repair [ ] Recon [ ] Improve | [ ] Yes [ ] No |

*Defined as any repair reconstruction or improvement the cost of which equals or exceeds 50% of the market value of the structure before the damage occurred or the reconstruction or improvement was begun

Prior losses (approximate dates and amounts of loss)

| | | | |
|---|---|---|---|
| $0 00 | Repairs completed? [ ] Yes [ ] No | Insured? [ ] Yes [ ] No | [ ] Insured but no claim made |
| $0 00 | Repairs completed? [ ] Yes [ ] No | Insured? [ ] Yes [ ] No | [ ] Insured but no claim made |
| $0 00 | Repairs completed? [ ] Yes [ ] No | Insured? [ ] Yes [ ] No | [ ] Insured but no claim made |

(Continue under Narrative if additional space is needed for alterations or prior losses)

**INTEREST**

Mortgagee(s)  Standard Mortgage Corp
Loss Payee(s)
Other Insurance _____  _____  _____  _____  [ ] Yes [X] No
(Company)      (Type)      (Policy Number)    (Coverage Bldg/Cts)    (Covers flood?)

**CLAIM SUMMARY**

Duration building will not be habitable [1] 0-2 days [2] 3-7 days [3] 2-4 weeks [4] 1-2 months [X] more than 2 months

| Claim Recapitulation | Building | | Contents | | Totals |
|---|---|---|---|---|---|
| | Main*/Assn | Appurtenant/Unit | Main*/Assn | Appurtenant/Unit | |
| Property Value (RCV) | $112 616 00 | $0 00 | $50 000 00 | $0 00 | $162 616 00 |
| Property Value (ACV) | $99 102 00 | $0 00 | $30 000 00 | $0 00 | $129 102 00 |
| Gross Loss (RCV) | $38 654 20 | $0 00 | $29 800 00 | $0 00 | $68 454 20 |
| Covered Damage (ACV) | $35 948 38 | $0 00 | $19 890 00 | $0 00 | $55 838 38 |
| Removal / Protection | $0 00 | $0 00 | $0 00 | $0 00 | $0 00 |
| Total Loss (ACV) | $35 948 38 | $0 00 | $19 890 00 | $0 00 | $55 838 38 |
| Less Salvage | $0 00 | $0 00 | $0 00 | $0 00 | $0 00 |
| Less Deductible | $500 00 | $0 00 | $500 00 | $0 00 | $1 000 00 |
| Excess Over Limit | $0 00 | $0 00 | $1 390 00 | $0 00 | $1 390 00 |
| Claim Payable (ACV) | $35 448 38 | $0 00 | $18 000 00 | $0 00 | $53 448 38 |
| Damage from Other Cause | $0 00 | $0 00 | $0 00 | $0 00 | $0 00 |
| Identify Cause | | | | | |

Main building RCV  $112 616 00         Insured qualifies for R/C coverage? [ ] Yes [X] No [ ] Not Applicable
*Includes mobile home                    If yes R/C claim  $0 00      Total Building Claim  $35 448 38

**EXCLUDED DAMAGES**

| | Approximate value of property excluded | | | Approximate damage to property excluded | | |
|---|---|---|---|---|---|---|
| Excluded building damages | [X] Less Than 1 000 [2] 1 000 - 2,000 | [3] 2 000 - 5 000 [4] 5 000 - 10 000 | [5] 10 000 - 20 000 [6] More than 20 000 | [X] Less Than 1 000 [2] 1 000 - 2 000 | [3] 2 000 - 5 000 [4] 5 000 - 10 000 | [5] 10 000 - 20 000 [6] More than 20 000 |
| Excluded contents damages | [X] Less Than 1 000 [2] 1 000 - 2,000 | [3] 2 000 - 5 000 [4] 5 000 - 10 000 | [5] 10 000 - 20 000 [6] More than 20 000 | [X] Less Than 1 000 [2] 1 000 - 2 000 | [3] 2 000 - 5 000 [4] 5 000 - 10 000 | [5] 10,000 - 20 000 [6] More than 20 000 |

**ENCLOSURES**

[X] Building Worksheets ()    [X] Photographs ()    [X] Proof of Loss    [X] Other  Advance Request
[X] Contents Worksheets ()    [X] Narratives ( pp)   [ ] R/C Proof       [X] Other  Service Invoice

**CERTIFICATION**

The above statements are true and correct to the best of my knowledge I understand that any false statements may be punishable by fine or imprisonment under 18 U S Code Sec 1001

County of  Orleans        Insured _____
State of  LA              Insured _____

Signed this 25 day of October 2005    Witness _____

11/03/2005
Date of Report            Paul Plicanio

FN 0084

Brittany Branham, Supv
FCN - 09020022
Adjuster's FCN No

PLAINTIFF'S EXHIBIT F

(25)