UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO INSURANCE | JUDGE DUVAL |
| R.C. TIPPEN and CARRIE TIPPEN C.A NOS. 06-7701 c/w 06-8440 | MAGISTRATE WILKINSON |

**RESPONSE TO RULE 56.1 STATEMENT OF
UNCONTESTED MATERIAL FACTS**

MAY IT PLEASE THE COURT:

Plaintiffs submit this response to the Rule 56.1 Statement submitted by the defendant.

1. This fact is not disputed.

2. This fact is not disputed.

3. This fact is not disputed.

4. This fact is not disputed.

5. This fact is disputed in that it fails to set out the complete extent of the independent adjuster's duties and actions.

6. The amounts paid are not in dispute.

7. This fact is not disputed.

8. This fact is not disputed.

9. This fact is disputed, as the defendant has not established that no Proof of Loss was provided through the adjuster.

10. This is a conclusion of law.

Respectfully Submitted,

                                                                                                 _/s/ *Robert G. Harvey, Sr.*_
                                                            Robert G. Harvey, Sr.
                                                            Bar No. 18615
                                                            2609 Canal Street, First Floor
                                                            New Orleans, LA 70119
                                                            Telephone: 504-822-2136
                                                            Fax:  504-822-2179

**Certificate of Service**

     I hereby certify that I have filed this document electronically with the Clerk of Court using the CM/EMF system.  Notice of filing will be sent to all parties or counsel of record by operation of the Court's electronic filing system, and by depositing same in the United States mail, postage prepaid, to all parties or counsel of record who have not registered for such electronic service.

     This 25th day of March, 2008.

                                                                         _/s/ *Robert G. Harvey*_