UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATD LITIGATION | * * | CIVIL ACTION |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * | NO. 05-4182 |
| *Severed from Abadie, 06-5164* | * * * | SECTION "K"(2) |
| VERNA ROYAL   Plaintiff | * * * | CIVIL ACTION NO. 07-2335 |
| STATE FARM FIRE and CASUALTY COMPANY   Defendant | * * | SECTION "K"(2) |

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Verna Royal, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this _____ day of _____, 2008.

            _____
            USDC JUDGE STANDWOOD R. DUVAL, JR.
            Section "K," Magistrate: 2

{N0072766}