UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATD LITIGATION PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | CIVIL ACTION NO. 05-4182 |
| *Severed from Abadie, 06-5164* | * * * | SECTION "K"(2) |
| DAWN EDWARDS Plaintiff | * * * | CIVIL ACTION NO. 07-2349 |
| STATE FARM FIRE and CASUALTY COMPANY Defendant | * * | SECTION "K"(2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiff, Dawn Edwards. Therefore, plaintiff, Dawn Edwards, hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiff, Dawn Edwards, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

{N0072787}

Respectfully submitted,

/s/ David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH R. SHANNAHAN, #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

/s/ Joseph M. Bruno
Joseph M. Bruno, #3604
L. Scott Joanen, #21431
The Law Office of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss