UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| | * | |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lafarge v. USA*            07-5178 | * | |
| | * | |

# LIST OF EXHIBITS TO BARGE PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AS TO THE DEPOSITIONS OF ANY WITNESSES INTERVIEWED BY CENTANNI INVESTIGATIVE SERVICES, INC., AND FOR DECLARATORY RELIEF

| **Exhibit** | **Description** |
|---|---|
| 1 | Exhibit List |
| 2 | Purported draft transcript of surreptitiously recorded March 20, 2006, interview of Sidney Williams by Centanni's Robert Garcia |
| 3 | Excerpts of the transcript of February 19, 2008, partial deposition of Sidney Williams, pp. 1-3 and 89-104 |
| 4 | Excerpts from Lafarge's September 18, 2006, Responses to Plaintiff's Second Set of Interrogatories and Requests for Production in C.A. No. 05-04419, Section C, pp. 1-4, 14, 21, and 23-26 with partial page redactions |

| Exhibit | Description |
|---|---|
| 5 | Excerpts from Lafarge's December 28, 2007, Responses to Plaintiffs' Requests for Production on the merits, pp. 1-5, 9-12, and 15-18 with partial page redactions |
| 6 | Excerpts from Lafarge's December 28, 2007, Responses to Plaintiffs' Requests for Production on Class Certification Issues, pp. 1-2, 5-8, and 10-11 with partial page redactions |
| 7 | Excerpts from Lafarge's December 28, 2007, Responses to Plaintiffs' Interrogatories on the merits, pp. 1-2, 8-9, 15, and 19-22 with signed verification page substituted for blank verification page, with partial page redactions |
| 8 | Excerpts from Lafarge's February 1, 2008, Supplemental Responses to Plaintiffs' Interrogatories, previously provided to the Court as Exhibit 2 in Support of its Motion to Quash Subpoena Duces Tecum Served on Centanni Investigative Agency, pp. 1-3 and 6-7, with partial page redaction |
| 9 | Excerpts from Lafarge's February 4, 2008, Memorandum in Support of its Motion to Quash Subpoena Duces Tecum Served on Centanni Investigative Agency, pp. 1-4, 8, 10, 11-12, and 17, with partial page redactions |
| 10 | Excerpts from January 31, 2008, Declaration by Wayne Centanni, filed as attachment to Lafarge's February 4, 2008, Memorandum in Support of its Motion to Quash Subpoena Duces Tecum Served on Centanni Investigative Agency, with redactions |
| 11 | Excerpts from Plaintiffs' December 28, 2007, Answers to the Barge Entities' Interrogatories, pp. 1-4, 16-17, 46-47, with partial page redactions |
| 12 | Centanni's "List of Lower 9th Ward Residents Interviewed" |
| 13 | February 28, 2008, letter of Derek Walker to Brian Gilbert transmitting purported draft transcripts of surreptitiously recorded interviews of Barge P.S.L.C. clients |
| 14 | Purported draft transcript of the March 20, 2006, interview of Gloria Guy by Centanni's Robert Garcia |
| 15 | Excerpt, pp. 1-2, of the purported draft transcript of the November 14, 2006, interview of Kenneth Robinson by Centanni's "Investigator BM" |
| 16 | February 12, 2008, Affidavit of Richard Seymour, ¶¶ 2-4, Exhibit A to Barge Plaintiffs' Opposition to Lafarge North America Inc.'s Motion to Quash Subpoena Duces Tecum Served on Centanni Investigative Agency |

| Exhibit | Description |
|---|---|
| 17 | Picture of Centanni's sign in Lower Ninth Ward asking for witnesses, pictures, and videos of the levee break |
| 18 | "January xx, 2008" "Affidavit of Mark S. Raffman Pursuant to Fed. R. Civ. P. 26(b)(5) |
| 19 | Excerpts from January 31, 2008, Lafarge Objections to Rule 45 Subpoena to Centanni Investigative Agency |
| 20 | Excerpts from Lafarge's February 20, 2008, Privilege Log In Response to Plaintiffs' Discovery Requests |
| 21 | March 24, 2008, Affidavit of Richard T. Seymour |
| 22 | Purported draft transcript of the June 5, 2006, interview of Ronald McGill by Centanni investigator Robert Garcia |
| 23 | Excerpts from purported draft transcript of the July 25, 2006, interview of Nancy Conerly by Centanni's Robert Garcia, pp. 1-2 and 9-10 |
| 24 | Purported draft transcript of the December 19, 2005, interview of Ernest Edwards by Centanni's Robert Garcia |
| 25 | Purported draft transcript of the February 9, 2006, interview of Ernest Edwards by Centanni's Robert Garcia |
| 26 | Purported draft transcript of the November 23, 2005, interview of Robert L. Green, Sr., by Centanni's Robert Garcia |
| 27 | Excerpts from purported draft transcript of the March 20, 2006, interview of Antonio Guy by Centanni's Robert Garcia, pp. 1-2 |
| 28 | Excerpts from purported draft transcript of the December 12, 2006, interview of Montrell Hymes by Centanni's Robert Garcia, pp. 1-2, 19, and 21-22 |
| 29 | Excerpts from purported draft transcript of the June 5, 2006, interview of Calvin Jenkins by Centanni's Robert Garcia, pp. 1-2 and 10-11 |
| 30 Michael | Excerpts from purported draft transcript of the December 7, 2005, interview of Reed by Centanni's Robert Garcia, pp. 1-3, 6, and 9-10 |
| 31 | Excerpts from purported draft transcript of the March 17, 2006, interview of Stevens Keith by Centanni's Robert Garcia, pp. 1-2, 7, 8-10, and 12-13 |

| Exhibit | Description |
|---|---|
| 32 | Excerpts from purported draft transcript of the February 17, 2006, interview of Patricia Moses, pp. 1-2, 17-18, 24-27 |
| 33 | Excerpts from purported draft transcript of the October 31, 2005, interview of Christopher Weaver by Centanni's Robert Garcia |
| 34 | November 28, 2007, letter from Brian A. Gilbert to counsel for Lafarge on contacts with putative class members |
| 35 | November 30, 2007, letter of Derek A. Walker and Robert B. Fisher, Jr., to Brian A. Gilbert on contacts with putative class members |
| 36 | Local Rule 37.1E Certificate of Brian A. Gilbert |
| 37 | Local Rule 37.1E Certificate of Karen Wiedemann |
| 38 | Portions of the Louisiana Rules of Professional Conduct |
| 39 | *In re Frank*, 2006 WL 1133871 (W.D. La. April 25, 2006) (No. Misc. 06-04) |
| 40 | *Pfeifer v. State Farm Ins. Co.*, 1997 WL 276085 (E.D. La. May 22, 1997) (No. Civ. A. 96-1895) |
| 41 | *Robertson v. National R.R. Passenger Corp.*, 1999 WL 199093 (E.D. La. April 8, 1999) (No. CIV. A. 98-1397), *order clarified in other respects*, 1999 WL 350115 (E.D. La. May 27, 1999) (No. CIV. A. 98-1397) |
| 42 | *Williams v. Gunderson Rail Services, LLC*, 2008 WL 145251 (W.D. La. Jan. 14, 2008) (No. CIV. A. 07-0887) |