# Centanni Investigative Agency

**\TTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

November 27, 2006

RE:  Lafarge North America – Barge ING 4727
CIA File:  10838
Client Reference:  99675/28821

## TRANSCRIPTION OF MARCH 20, 2006 RECORDED TELEPHONE CONVERSATION WITH 9ᵗʰ WARD RESIDENT _SIDNEY WILLIAMS_

The following is a **draft** transcription of a March 20, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and

**Sidney Williams**

(hereinafter "SW"), residents of the 9ᵗʰ Ward who did not evacuate during Hurricane Katrina[1]:

RG:   Hello?

SW:   Yeah.  Yeah.  How you doing?

RG:   Is this Sidney Williams?  How you doing?

SW:   All righty.

RG:   Uh, my name's Robert Garcia.

SW:   Uh-huh.

RG:   And I spoke with, uh, with your wife, Gloria.

SW:   Right.

RG:   And, uh, also to Jennifer.

SW:    (*unintelligible*)

RG:    And, um, what we're doing is investigating the- the levee breaches over there in the 9th Ward.

SW:    Right.

RG:    And, uh, we're just trying to talk with- with any residents that may have been out there during the time of Hurricane Katrina that might...

SW:    Oh yeah, we was there.

RG:    ...that might have seen or heard anything, and- and, uh, just trying to find out what- what really happened out there.

SW:    Oh man.  Man, we got up about three thirty in the morning.  I went in the kitchen and opened the door and seen the water about to come in.  I got all everybody together and, uh, we had proceeded to go into the, uh, washroom where the attic is at, and then we heard a knock on the door and I'm glad I answered the door.  It was the guy next- lived next door, him and his momma.  She real old.  They was coming by us, you know, so I opened the door and let them in and we all headed up to the attic, man.  I tell you after we got them between, uh, Gloria and that lady next door, once we got them in the attic, and we had got ready to go in there, before I could even get on the deep freezer, water was up to my chest, you know.  And, uh, so me and her son got on the deep freezer together, which we almost floated up there.  Once we got in the attic, before we could get a hole in the roof, the water was up there.  When we did get the hole in the roof and we had got out of it, uh, man, we ain't seen no houses around us except for two houses which was next to us.  And, uh, we was laying on our roof after we got out- outside the attic.  And we heard a loud BOOM sound about three times.  You know, enough to

make you jump every time the sound went off.  Sounded like dynamite or something, you know.

RG:    When you- When you were on the roof?

SW:    Yeah, when we...right after we got on the roof.  We laid down.  We all laying on the roof.  I mean, enough to make you jump each, every time the sound went off, you know.  And, uh, we was there for maybe about ten minutes before our house decided to float over to the neighbor's house and then we heard a loud cracking in our roof, so we was able to walk over on the neighbor's roof.  And, uh, once we got on there, we was on there about an hour before we even noticed a barge.  And how we noticed the barge, the back additional we was leaning up against started going down in the water and made us climb over on the next house.  That's when we seen the barge out there like it was over the wall, you know.  We didn't know it had done broke the all.  That's what they said, you know.  It didn't, to me (laughing), it sounded more like they blew the wall, and that wasn't the worst part of it.  Tat ain't all they did.  They, after the wall broke, they opened the floodgates on us.  We had water coming in on us everywhere man.

RG:    And then, um, so y'all had- so y'all had gotten onto the roof...

SW:    Uh-huh.

RG:    ...and then wh- as y'all were laying down on the roof, you- you heard, uh three booms?

SW:    Yeah, real loud.  Enough to make us jump each time.

RG:    You know- You know where they were coming from, like?

SW:    No, we didn't.

RG:   Like what area?

SW:   NO, not until we, uh, found out, when we seen the barge, you know, but we was- we was out there thinking that they had blew that damn thing. That's what it sounded like more to me. It really didn't' sound like a barge to me. I work on barges on the river. A loaded barge, I can see breaking that wall. A empty barge, no, 'cause, I mean, they slam barges into the ships all the time, and it don't make that much noise. I'm gonna be honest with you.

RG:   And- And then- And then I know you said that- that y'all got up to the roof and laid down. Did y'all look out? You said you could only see two houses around y'all, the ones next to you?

SW:   The ones right next to us, that's right, on both sides of the street.

RG:   And then- And then the- the water was up to the roof by this time, or almost?

SW:   It was almost. It wasn't no more than about a foot from the roof.

RG:   And then, um, and then had y'all looked out by the- by the...?

SW:   When we looked towards the canal, that's when we seen that barge.

RG:   Okay, but be- but before then you had said that...

SW:   Yeah, we heard- we heard the- the boom, the loud boom three times.

RG:   And then- And then, like I think you said after that, like ten minutes later, then- then the house kind of- you house went again- up against a neighbor's house and...?

SW:   Right.

RG:   Y'all jumped over there?

SW:   Well, we was able to walk.

RG:   Oh, ya'll were able to walk?

SW:   Yeah, we was able to walk on the next roof.

RG:   And then, um…

SW:   From that roof to another roof, where we spent nine and half hours on that roof. Coast Guards came through there but they did not come and save nobody where we was at. Nobody, you know. And, uh, what happened, they had a guy live in the neighborhood that we know, we called him, I don't know his full- his real name, but they call him "All Night Shorty." He came through there in a boat. He came and saved a lot of people, man. I know that guy have plenty of blessings coming to him. He saved a lot of people. That, man, that was three o'clock that morning. He was saving people from the time we seem him till, like, three o'clock the next morning.

RG:   Oh really?

SW:   Really. After the Coast Guards got there, they told him they wasn't coming through there with they boats. There was too much trash in the streets. For him to come and get us and bring us to the next bridge, which was St. Claude Street Bridge.

RG:   And then- And then just- just coming back… I'm just trying to- trying to get everything- trying to kind of figure out everything to get like a timeframe of when everything happened, and I know you said at like three thirty, that's when the water started coming into the house.

SW:   Right. Uh-huh.

RG:   And then- And then ya'll got up, uh, into the roof, and then the- and then the water was about almost up to about a foot from the roof?

SW:   Yeah. Yeah. It wind up covering the roof, though.

RG:   Oh, it ended up covering your roof?

SW:  Oh yeah.  It covered our roof.  We didn't- We couldn't see our house no more after we got off it.  We seen pieces of our house floating away.

RG:  And then- And then that's after it had leaned up against the house next door?

SW:  Right.

RG:  And then, um, and then y'all had- y'all had walked onto that other house next door, and then you said y'all had stayed on there for about an hour until y'all saw that barge?

SW:  Uh, maybe it was a little longer than an hour, maybe about two hours.

RG:  Two hours?

SW:  Yeah, we were on that roof and then we seen that barge and we wind up have- when that house start falling apart, we wind up on the third roof.

RG:  And about- about how- how high- how high was that water at at this point?

SW:  Oh, man, it was like maybe, uh, uh, let's see, maybe six inches from the peak of the roof.  We were laying in water on that roof.

RG:  On the second roof?

SW:  On the second roof.  We were laying in water and we was at the peak of the roof, 'cause that's the part we had to hold on to.  We kept slipping off of there.

RG:  And was that a- that was a one-story that y'all went on to?

SW:  It was a one-story, but it was an additional built on the back part of it.

RG:  Like a- Like a camelback?

SW:  Yeah.

RG:  One of them camelback roofs?

SW:  Mm-hm.

RG:  And then y'all, so y'all were- so y'all were on the top of the camelback?

SW:    No, uh-uh, good thing we wasn't, because that's the part start falling down first. (laughing) You know. That's the part start going backwards on us, 'cause we were leaning up against it. We was at the front of the part of the house leaning up against that part and we- we realized we were going back, and when we noticed that that was the part of the hosue falling backwards into the water. So we got up and got on the third roof.

RG:    And then, did y'all see the barge for the first time when y'all got on the- on the third roof or the second roof?

SW:    On the third roof we seen the barge.

RG:    Okay. So about two hours, like tow hours or more after ya'll got up to the...?

SW:    Yeah.

RG:    ...after y'all got up to the attic?

SW:    Uh-huh.

RG:    And then had y'all- had ya'll looked overt here in that direction beforehand?

SW:    NO, not exactly, I mean, you know, we was trying to duck that rain. That rain was blowing towards us from that way, and they was beating the shit out of us, man. Matter of fact, that second house, we wind up getting some blankets out of it from off that upstairs additional. And good thing, 'cause just to cover our skin, man, that rain was tearing our ass up.

RG:    And- And so- And where- where did you see the barge at when you- when you, uh...?

SW:    It was on Jourdan Avenue. On somebody else property after the water went down, but I mean, you couldn't tell which street it was on you know with all that water being there, but it was over the wall. You could tell it was over the wall.

RG:    And then, had y'all seen it beforehand in the canal or anything?

SW:    Uh, no, no. We didn't even see a barge period during, knowing that they had the storm. We didn't even see a barge. Looked like they brought that barge out there and cut it loose.

RG:    I mean, did it...What we're trying to do, I know that- that that barge was in the- was in the 9th Ward area, 'cause I've seen it myself.

SW:    Right.

RG:    And, um, and what we're trying to figure out is did- did the levee and the floodwall break before the barge came into the neighborhood.

SW:    Mm.

RG:    Like you said, about, uh, you know, if it could have floated into the- into the neighborhood...

SW:    Yeah.

RG:    ...after- after the water got so high.

SW:    Uh-huh. I think they blew it, to be honest with you man. I ain't gonna lie. 'Cause see they been trying to buy all our property. Nobody would sell. They wanted to widen the canal for years. For years they been trying to buy. Nobody wouldn't sell. I'm looking at, well that was a damn good way to just blow the wall and get everybody property, wash them out, you know.

RG:    So do you- So you think that they blew the levee?

SW:    I- I truly believe.

RG:    And that the- And what about the barge? Do you think it- it floated into the...?

SW:    I believe it floated into there. 'Cause it was a empty barge.

RG:    It was an empty barge?

SW:    It was a empty barge. I don't think anything was in that barge.

RG:    And then do you, uh, at the time that y'all had seen the barge, had the water, uh, been as high?

SW:    Oh, yeah, the water as high. It was high enough for it to float over that wall.

RG:    It was- It was high- The water was higher than the floodwall?

SW:    Yes, yeah.

RG:    Okay. And then, do you think that if- if the barge would have been there before, uh, before, y'all would have seen it? Do you think it would have…?

SW:    I think we would have seen it, but I think that barge would have floated over that wall. It didn't- I don't bel- I truly honest believe, man, that barge did not break that wall. If it would have, then we, you know, it would have broke the wall be- be- after the water got- before the water got so high. An empty barge gonna rise with the water. I mean, a loaded barge gonna sink, you know. 'Cause I load barges. They sink in water. They don't float up with the water.

RG:    Yeah, when you fill them, they sink.

SW:    Right.

RG:    And then until it's, uh, whatever's in it is level with the…

SW:    Exactly.

RG:    …with the water.

SW:    We load barges all the time on the river , and we gotta have a draft. See when we got so much stuff in there we gotta check a draft so when the tugs push them they don't sink, you know.

RG:    So you think that the levee had broken beforehand possibly.

SW:    Uh, yep.

RG:    Possibly from the dynamite or explosion?

SW:    Explosion, yeah, broke that wall.

RG:    And then the- And then the...?

SW:    They put that barge there for and excuse or reason.  They say the barge did it, you know.

RG:    And then you said that you- you load barges?

SW:    Yes sir.

RG:    Okay.  What company do you work for?

SW:    Pacorini, USA.

RG:    How do you spell that?

SW:    Hold on.  Let me get you the correct spelling right now. Uh. P-A-C.

RG:    Okay.

SW:    O-R-I-N-I, USA.  Alabo Street Wharf I work on.

RG:    Okay.  And then what was your title over there, like, uh?

SW:    Forklift.

RG:    Forklift.

SW:    Drove in the barge, yep.  When they bring the loads, I stack the loads inside the barge.

RG:    Okay.

SW:    Man, that barge would have floated over that wall.  It wouldn't have broke that wall.

RG:    And how long- how long had you been working over there?

SW:   Uh, I been- I been with the company, this company here, uh, maybe about six years, but before it's- this company took over the wharf, I was with, uh, Maritrend. They was on that wharf. I was with them about five years.

RG:   Okay. At the same wharf?

SW:   At the same wharf.

RG:   And, uh, and then- and then y'all stayed up there for...

SW:   I don't know how long we stayed out there, but when we got on the third roof, we was on the third roof nine and a half hours. Now we had to have been out there maybe about fifteen, sixteen hours total time, you know.

RG:   And then, did you, uh, by the time- by the time that y'all had seen that barge had the sun- had daylight come out or had it...I know- I know that the hurricane was going at the time, but...

SW:   Yeah, it was- it was like maybe, oh, close to six o'clock in the morning.

RG:   When y'all first saw the barge?

SW:   Yeah.

RG:   Like when the daylight was just coming out or was kind of...?

SW:   When it was just coming out.

RG:   And then- And then the water was above the floodwall at that point.

SW:   Oh, it was- it was over that floodwall, 'cause it was almost up to our- it was almost at our roof. To the top of the house where the house stops and the roof starts.

RG:   Right at the- at the peak?

SW:   Right.  Not when we was on our roof. I'm saying when we got off our roof the water had done got to the roof of our house.  And after we got on the second roof, then the water started covering our roof.

RG:   Oh, okay.

SW:   Yeah.

RG:   And then when y'all got to the third roof, that's when y'all saw the barge?

SW:   That's when we seen the barge, after that addition fell down.  The addition was kind of blocking us.  That water was just that high for that barge to float over.  That barge didn't break that wall, man, they blowed that wall.  They wanted that property long time ago.  Now they don't have to get off with much money now, you know.  People can't sell nothing but their land now.

RG:   And then- And then y'all were eventually brought- brought over to the North Claiborne Bridge by "All Night Shorty?"

SW:   Uh, we, yeah, he brought us to the Claiborne Bridge and where the Coast Guard made him take us like about five o'clock the very next morning and brought us to the St. Claude Street Bridge where they brought us to the Superdome where we was jeopardizing our life there too, you know.  You felt like you should have drowned in the damn water than to in the Superdome, man, it was a damn shame, man.  We went through some shit in there for four days.

RG:   And what time did y'all get to- Do you know about what time y'all got to the Claiborne Bridge when- when "All Night Shorty" rescued y'all?

SW:   Hmm.  Oh.  It was still dark, so that mean it had to have been the next night.

RG:   That- That night of the Monday? 'Cause if it happened in the- It happened three thirty...

SW:   Saturday or? Saturday night, or?

RG:   Well that would have been Mon- Monday was the twenty-ninth.

SW:   Right. When we got to the Claiborne Bridge.

RG:   Now Monday morning was when the- was when the hurricane hit.

SW:   Monday?

RG:   Monday morning.

SW:   Okay, so...

RG:   And then- And then so if it's Monday morning at three-thirty...?

SW:   Right. That was Monday morning, three thirty Monday morning. We must have got on the bridge, oh man, shit, it had to have been that night, the next night, Monday night.

RG:   That Monday night?

SW:   Yeah.

RG:   Sometime. So the- the...?

SW:   So we was there...

RG:   ...day had gone and then the nighttime had come?

SW:   Mm-hm. Well we- we must have been, uh, daylight didn't hit when we was on the bridge until that, uh, Wednesday morning, Tuesday morning.

RG:   Okay.

SW:   Yeah.

RG:   And then...

SW:   We went- We got on the bridge that night, we was, you know the next- the next night.
      I mean Monday night, and then Tuesday when we got daylight.

RG:   Tuesday morning ws when y'all went to the St. Claude Bridge?

SW:   Right.  No Tuesday night we went to the St. Claude Bridge.  We spent some time out
      there.

RG:   Oh, okay.

SW:   Yeah.

RG:   And then, is there anybody else that you can think of that was out there at the time, or
      that may have seen something?

SW:   Well, did you talk with Antonio Guy?

RG:   Yeah, I talked to Antonio.  He's the- He's the one that gave me y'all's phone number.

SW:   Okay, she want to- Miss Guy want to ask you one thing.  I can't think of anyone right
      now, phone numbers or anything.  While you talking to her I may come up with
      something.

RG:   Okay.

SW:   Okay. Hold on.

RG:   Thank you.  I appreciate it.

SW:   Hi. Mr. Williams?

SW:   Yeah.

RG:   I'm sorry to bother you again.

SW:   Oh, but you don't want nobody from out the East though, huh?

RG:   I'm sorry?

SW:   You don't' want anybody from out the East, huh?

RG: No. We're just working on that- that- uh, that break over there...

SW: 9th Ward, right.

RG: ...in the 9th Ward.

SW: You know, I looked in my phone to see if I could pull up somebody's number, but everybody else is out the East and, uh, 'cross the river, you know. So I don't...

RG: If...

SW: If I can think of people names, but I don't have they numbers for you to call.

RG: Would you- Would you like to write down a- a one eight hundred number?

SW: Yeah. That way...

RG: That way it won't cost y'all any money if y'all- if you run across anybody, or...

SW: Right, I can call, have them call you?

RG: Yeah.

SW: Okay. What that is?

RG: It's, uh, one.

SW: Wait. This thing here ain't writing. Let me get another pen. (pause) Okay (*unintelligible*)

RG: It's one eight eight eight.

SW: One eight eight eight.

RG: Uh, seven three seven.

SW: Seven three seven.

RG: Two two zero two.

SW: Two two zero two. Okay. And what's you name?

RG: My name's Robert.

SW:   Robert.  R-O-B, huh?

RG:   Yeah, R-O-B.

SW:   E-R?

RG:   E-R-T.

SW:   Wait.  E.  R-O-B.  R-O-B?

RG:   Yeah, E-R-T. R-O-B.

SW:   E-R-T.

RG:   Robert.

SW:   All right.

RG:   And when you- when you'd seen that, um, when y'all had seen the barge, was it moving or was it staying still?

SW:   It was just sitting.

RG:   It was just sitting?

SW:   Mm-hm.

RG:   Okay.

SW:   Yep.

RG:   Just sitting right there on Jourdan Avenue?

SW:   On Jourdan Avenue.  Well now that- now that water's down look like it's on somebody's property, huh?

RG:   Yeah, I had seen it out there and it was- it was still sitting on Jourdan, but a little...it was kind of- kind of moved a little bit off of the street.

SW:   Yeah.  I went down- I been down there about five or six times since then.  I- I was looking for our house and couldn't't find it, but now I know where it's at.  I went down

there last week.  It was underneath the neighbor house.  (laughing)  One of the houses
we climbed on top.  The second we climbed on top.

RG:   And did y'all know anybody named, uh, uh… There was a couple people I was trying
to get in touch with, uh, Lester Harris.

SW:   No.

RG:   Do y'all know Lester Harris?

SW:   Uh, no.

RG:   Or, uh.

SW:   Did he live on Tennessee?

RG:   I'm not sure where he stayed at.

SW:   Mm.

RG:   And, uh, Eddie Spiller?

SW:   No.  A Eddie worked with us, but I never knew his last name.

RG:   And, uh.

SW:   He-I know he lived down there in the 9th Ward.

RG:   And there was somebody, uh, had a nickname "Silky."  Have you ever heard of him?

SW:   No.  Uh-uh.

RG:   Or Michael Williams?  Anybody?

SW:   No.  I don't go out, me.

RG:   Oh, okay.

SW:   When I come- See, when I go- when I leave home in the morning, I'm leaving home at
five thirty in the morning.  I'm gone to work.  I be there for six.  You gotta be there for

six to sign in, you know. You don't start that time of the morning, you sign in. Everybody sign. You get signed up.

RG:    Okay.

SW:    And they tell you want time to be on the- on the- on the dock and what- what dock I'm gonna be on, you know. That's just, , , The company's on Alabo. Sometimes we work on Alabo Street, sometimes we work 'cross the river in Waggaman. Sometimes we work at Zitos off of Causeway. Oh, they be sending us everywhere, man. (laughing)

RG:    Oh, okay.

SW:    You know. And they-that's just to get you have some idea what time you gonna be there so you know what time they leave to get to that dock, you know.

RG:    And- And- And on the bridge, was- was there a man with, uh, with one leg, like an older man with one leg?

SW:    Mm. Maybe so. I don't even remember, man. I'm still having bad dreams about that thing, you know. I can't remember right now.

RG:    Okay.

SW:    But, oh.

RG:    Well if- if I have any other questions, or, do you mind me contacting you?

SW:    Yes. You'll get me. Write my cell number down.

RG:    Okay. What's your cell number?

SW:    Just in case I ain't home. Four zero four.

RG:    Okay.

SW:    Four nine six nine nine seven three.

RG:   And then what- what's y'all's number over there?  I think I just lost it.

SW:   Oh, the house number?

RG:   Yeah.

SW:   Four zero four.

RG:   Okay.

SW:   Two twelve five zero six three.

RG:   Okay.

SW:   Yea, when I get home I might not get home until like nine- nine, ten o'clock in the morning some- I mean the next night sometimes.  So once I get home, that's it.  I don't see nobody.  (laughing)  I like it like that.  When I'm home I'm inside.  I don't even run the streets.

RG:   Yeah.  I'm the same way.

SW:   I ain't got no friends.  I stay to myself.  I got plenty friends.  When I walk, I walk alone, you know.  But I prefer to be at my house, ins- my TV.  Me and my TV he ain't got no trouble out of me.  (laughing)  Everybody know where to find me, in my room.

RG:   Well I appreciate it, sir.

SW:   Okay.  All right Mister Robert.  Just give me a call if you need. . .

RG:   Okay.

SW:   . . .to know anything else, you know.

RG:   Yea, and pass my number along if you run into somebody.

SW:   Yea, well I probably would, 'cause I'm going back next week if my P.O. let me.

RG:   Okay.

SW:   Like I got a damn P.O.  I had brought my son and, uh, my daughter-in-law to the grocery.  They was drinking beer.  I ain't had nothing.  They gave me a DUI and open charge, uh, open container charge.

RG:   When?

SW:   I went to court. . . Up in Georgia.

RG:   Since the storm?

SW:   Yeah.  I went to court, uh, Friday, man.  They charged me thirteen hundred dollars, thir-, uh, thirteen months probation, and a forty hour community service.  And I- I gotta go see my probation officer for the first time Thursday.  But everybody that I talked to that been to jail and everything said, "Yeah, they'll let you go back," you know.  'Cause I told the judge, I said, "Well my job is in New Orleans," you know.  He said, "Well, I know that."  He said, "I understand that."  He said, "But that's something you gotta take up with your probation officer."  Oh man, that's all I need now, you know, for them to turn me down after all them years I been working for this company, you know.

RG:   Yea, working with the same company?

SW:   Right.  So, I ain't gonna know.  If he- If he let me go, I'm gonna be out of here Friday.  Once I leave his office, I'm coming home and. . . (yelling to person in background) HANG THE PHONE UP! . . .I'm coming home getting my clothes together.  I'm pulling out.  I'll be back at work Saturday.

RG:   Okay, well- well give me a call then.

SW:    Okay. You can call me and, uh, in the meanwhile I'm gonna be thinking about you, so
       if I do get back, I'll- I'll be seeing some of-some of the guys, you know. I'll check
       with them.

RG:    Okay.

SW:    And get they phone numbers. I'll make sure of that.

RG:    Okay. Well, thank you, sir.

SW:    Okay, Mister Rob.

RG:    Okay. Have a good day.

SW:    Thank you for calling up.

RG:    Okay.

SW:    All right. You the first person we ever heard from wanted to know anything about the
       storm, man.

RG:    Oh, really?

SW:    Since- Since the storm.

RG:    And do- do you know if, um, if your wife has- has the neighbor's, uh, number, the, uh.
       . .?

SW:    I know her name is, uh, is, last name is "Pickerham," uh, what is this woman first
       name? Uh, Inez "Pickerham" but we don't have no number.

RG:    Oh, you don't have her number?

SW:    She was- Matter of fact she was in the dome with us. We kept losing her.  Every time
       she got up to use the bathroom, she lost us, and I come look- go looking for her, I find
       her, I bring her back, you know.  She go again, she get lost on the way getting back, I

go find her again. We finally lose her when the- when all the buses came to get everybody. I couldn't find her.

RG:   And. . .

SW:   Everybody was breaking their neck out of there. I say, well, I might wind up losing Gloria. She had- We had two kids. She had one and I had one. So we wind up on separate buses. I- I- We was on the third bus. She was on the first bus. No, we were on the fourth bus. She was on the first bus.

RG:   And you don't know where she might have gone, or?

SW:   Well, they said they was taking everybody to Texas, so I didn't worry about her. Said I'll look for her when we get there. We beat her there. I don't know what way they bus driver went. We beat her there. Man we was there almost a whole day. I walked around that Georgia, I mean that, uh, that, uh, Texas dome man, looking and looking and looking and couldn't find her. Wore my feet out.

RG:   Never found her?

SW:   I said well let me go sit down, you know. That was. . .I- I said let me go sit down and get something to eat, 'cause I hadn't ate, you know, since we left the dome.

RG:   Well if I- if I- if I run across her in my talking, I'll give her y'all's number.

SW:   Okay.

RG:   And, um, 'cause I know she'd probably be interested in- in contacting y'all.

SW:   Okay. She can call anytime, you know. She'll catch Gloria at home, I'm sure, and if I'm not here, can catch me on my cell.

RG:   Okay then.

SW:   Okay, thanks again.

RG:     Thank you.  Have a good one.

SW:     You too.

RG:     Okay. Bye-bye.


## END OF CALL

This telephone conversation between Robert Garcia and Sidney Williams was recorded on March 20, 2006 without Mrs. William's knowledge or consent.