UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 <br> and consolidated cases |
| PERTAINS TO: BARGE | * <br> * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 <br> *Mumford v. Ingram*   05-5724 <br> *Lagarde v. Lafarge*   06-5342 <br> *Perry v. Ingram*        06-6299 <br> *Benoit v. Lafarge*      06-7516 <br> *Parfait Family v. USA*  07-3500 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAGISTRATE <br> JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA INC.'S**
**RESPONSES TO PLAINTIFFS' INTERROGATORIES**

Defendant Lafarge North America Inc. ("LNA"), hereby responds to the Interrogatories served by Plaintiffs in the above-captioned actions as follows:

**GENERAL OBJECTIONS**

1.      LNA objects to each Interrogatory to the extent it purports to require any act not mandated by the Federal Rules of Civil Procedure.  LNA will respond to the Interrogatories in accordance with the obligations imposed by the Federal Rules of Civil Procedure and not otherwise.

2.      LNA objects to each Interrogatory to the extent it expressly or impliedly seeks documents or information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or similar reason for non-production.  In that connection, LNA expressly avers that on September 8, 2005, it retained counsel and commenced an investigation of the subject matter of this case in anticipation of litigation.  That investigation continues to this day.  In the course of that investigation, LNA, its counsel, and its representatives have generated documents or compilations for the

purpose of preparing for trial of claims such as those asserted in these cases, and such materials are protected from disclosure under Fed. R. 26(b)(3).  Inadvertent disclosure of privileged or protected information is not intended to be, and may not be construed as, a waiver of any applicable privilege. LNA will supply a privilege log that satisfies the requirements of Fed. R. Civ. P. 26(b)(5) and accompanying comments.

3. LNA objects to each Interrogatory to the extent that it contravenes Case Management Order #5 and/or seeks to preempt the timelines established by the Court.

4. LNA objects to each and every Interrogatory to the extent that it calls for the production of documents or information that already have been produced in this litigation or calls for the production of publicly available documents or information that are equally available to the plaintiffs as to LNA.

5. LNA states that it has attempted to retrieve and preserve records from its New Orleans terminal, but can neither guarantee nor represent that none were lost or destroyed because of Hurricane Katrina, which seriously flooded and damaged the plant.  To the extent that an objection may be necessary, LNA objects to producing documents or information which may have been lost as a result of this hurricane.

6. Each of LNA's answers to these Interrogatories is made to the best of LNA's knowledge at the present time, based upon its investigation to date.  LNA states that its investigation is ongoing and LNA specifically reserves the right to supplement and amend these responses when and if it becomes necessary.

7. LNA objects to each and all "definitions" to the extent they vary the content of the Interrogatories in a way that renders them cumbersome and unduly burdensome.  LNA will answer the Interrogatories in accordance with the Federal Rules of Civil Procedure, common English usage, and the terms of the Interrogatories themselves.

**REDACTED AS**

**REDACTED AS IRRELEVANT**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**INTERROGATORY NO. 5:**

Please identify, describe and state the contents of any and all fact statements you have obtained from any and all plaintiffs and/or persons potentially belonging to the putative class herein concerning allegations subject of suit, stating the dates upon which all such statements were obtained, identifying by full name and address persons giving such statement, obtaining such statement, and having custody of such statement.

**Answer to Interrogatory No. 5:**

LNA objects to this request to the extent that it pertains to "fact statements" obtained from persons who are not parties to this case, including persons "potentially belonging to the putative class herein" on the grounds that (1) the request seeks the production of documents created in anticipation of litigation by or for LNA and its attorneys that are protected by Fed. R. Civ. P. 26(b)(3); and (2) the group of persons to which the request pertains is ill-defined, overly broad, and not capable of ascertainment. Notwithstanding the foregoing objections, LNA will identify and produce written statements, if any,

8

obtained by LNA from named plaintiffs listed in the captions of the above-captioned cases, case numbers 05-5531, 05-5724, 06-5342, 06-6299, 06-7516, and 07-3500.

**REDACTED AS**

**REDACTED AS IRRELEVANT**

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

█████████

**REDACTED AS**

**REDACTED AS IRRELEVANT**

████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███

████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

████████████████████

████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████

9

**REDACTED AS IRRELEVANT**

**INTERROGATORY NO. 17:**

Please identify and state the full name, address, job title and employer of any and all persons and/or entities causing signs to be posted in the affected area asking witnesses to call (866) 360-3065 and/or (866) 370-2031, those responsible for initiating telephone company accounts relative to said numbers, and state the full names, addresses and phone numbers of any and all persons who responded by calling said numbers.

**Answer to Interrogatory No. 17:**

LNA objects on the basis of Fed. R. Civ. P. 26(b)(3) because this Interrogatory seeks the products of investigation by LNA and its counsel and representatives made in anticipation of litigation or for trial by LNA and its counsel and representatives. Subject to and without waiving this objection, LNA answers that the phone numbers referenced in this request were established, at counsel's request, by Centanni Investigative Agency, PO Box 23752, New Orleans, LA 70183-0752.

**REDACTED AS**

**REDACTED AS IRRELEVANT**

**REDACTED AS IRRELEVANT**

As to objections:

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

19

        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com
        Harrison@chaffe.com

          Mark S. Raffman
        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        ***Attorneys for Lafarge North America Inc.***

December 28, 2007

## VERIFICATION

I declare under penalty of perjury that the foregoing answers to first set of interrogatories are true and correct to the best of my knowledge, information and belief.

_____
John H. Shelonko
For Lafarge North America Inc.

Dated: December 28, 2007

21

LJBW/1665953.1

Exhibit 7 to  P Motion for Protective Order                           Page 000008

**Certificate of Service**

I do hereby certify that I have on this 28th day of December, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding by e-mail.

        /s/ Mark S. Raffman