UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br><br> **PERTAINS TO: BARGE** <br><br> *Boutte v. Lafarge*     05-5531 <br> *Mumford v. Ingram*     05-5724 <br> *Lagarde v. Lafarge*     06-5342 <br> *Perry v. Ingram*     06-6299 <br> *Benoit v. Lafarge*     06-7516 <br> *Parfait Family v. USA*     07-3500 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br> and consolidated cases <br><br> SECTION "K" (2) <br><br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAGISTRATE <br> JOSEPH C. WILKINSON, JR. |

## LAFARGE NORTH AMERICA INC.'S
## SUPPLEMENTAL RESPONSES TO PLAINTIFFS' INTERROGATORIES

Defendant Lafarge North America Inc. ("LNA"), hereby responds to the Interrogatories served by Plaintiffs in the above-captioned actions as follows:

### GENERAL OBJECTIONS

1. LNA objects to each Interrogatory to the extent it purports to require any act not mandated by the Federal Rules of Civil Procedure. LNA will respond to the Interrogatories in accordance with the obligations imposed by the Federal Rules of Civil Procedure and not otherwise.

2. LNA objects to each Interrogatory to the extent it expressly or impliedly seeks documents or information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or similar reason for non-production. In that connection, LNA expressly avers that on September 8, 2005, it retained counsel and commenced an investigation of the subject matter of this case in anticipation of litigation. That investigation continues to this day. In the course of that investigation, LNA, its counsel, and its representatives have generated documents or compilations for the

LIBW/1667917.2

Exhibit 8 to  P Motion for Protective Order                      Page 000001

Case 2:05-cv-04182-SRD-JCW   Document 11765-9   Filed 03/25/08   Page 2 of 5
Exhibit 8 to Plaintiffs' Motion for Protective Order
Page 000002

purpose of preparing for trial of claims such as those asserted in these cases, and such materials are protected from disclosure under Fed. R. 26(b)(3). Inadvertent disclosure of privileged or protected information is not intended to be, and may not be construed as, a waiver of any applicable privilege. LNA will supply a privilege log that satisfies the requirements of Fed. R. Civ. P. 26(b)(5) and accompanying comments.

3. LNA objects to each Interrogatory to the extent that it contravenes Case Management Order #5 and/or seeks to preempt the timelines established by the Court.

4. LNA objects to each and every Interrogatory to the extent that it calls for the production of documents or information that already have been produced in this litigation or calls for the production of publicly available documents or information that are equally available to the plaintiffs as to LNA.

5. LNA states that it has attempted to retrieve and preserve records from its New Orleans terminal, but can neither guarantee nor represent that none were lost or destroyed because of Hurricane Katrina, which seriously flooded and damaged the plant. To the extent that an objection may be necessary, LNA objects to producing documents or information which may have been lost as a result of this hurricane.

6. Each of LNA's answers to these Interrogatories is made to the best of LNA's knowledge at the present time, based upon its investigation to date. LNA states that its investigation is ongoing and LNA specifically reserves the right to supplement and amend these responses when and if it becomes necessary.

7. LNA objects to each and all "definitions" to the extent they vary the content of the Interrogatories in a way that renders them cumbersome and unduly burdensome. LNA will answer the Interrogatories in accordance with the Federal Rules of Civil Procedure, common English usage, and the terms of the Interrogatories themselves.

2

## SPECIFIC RESPONSES

**INTERROGATORY NO. 5**

Please identify, describe and state the contents of any and all fact statements you have obtained from any and all plaintiffs and/or persons potentially belonging to the putative class herein concerning allegations subject of suit, stating the dates upon which all such statements were obtained, identifying by full name and address persons giving such statement, obtaining such statement, and having custody of such statement.

**Answer to Interrogatory No. 5:**

LNA objects to this request to the extent that it pertains to "fact statements" obtained from persons who are not parties to this case, including persons "potentially belonging to the putative class herein" on the grounds that (1) the request seeks the production of documents created in anticipation of litigation by or for LNA and its attorneys that are protected by Fed. R. Civ. P. 26(b)(3); and (2) the group of persons to which the request pertains is ill-defined, overly broad, and not capable of ascertainment. Notwithstanding the foregoing objections, LNA will provide a chart showing the identities and contact information for putative class area persons interviewed by LNA's investigators in the course of their investigation, all of which interviews were carried out in anticipation of litigation or for trial on behalf of LNA. This chart will be provided no later than February 15, 2008, the date on which plaintiffs have represented they will supplement their document production.

REDACTED AS

REDACTED AS IRRELEVANT

.

                Respectfully submitted,

                Robert B. Fisher, Jr., T.A. (#5587)
                Derek A. Walker (#13175)
                Ivan M. Rodriguez (#22574)
                Parker Harrison (#27538)
                **CHAFFE MCCALL, L.L.P.**
                2300 Energy Centre
                1100 Poydras Street
                New Orleans, LA 70163-2300
                Telephone: (504) 585-7000
                Facsimile: (504) 585-7075
                Fisher@chaffe.com
                Walker@chaffe.com
                Harrison@chaffe.com

                  Mark S. Raffman
                John D. Aldock
                Richard M. Wyner
                Mark S. Raffman
                **GOODWIN PROCTER LLP**
                901 New York Avenue, N.W.
                Washington, DC 20001
                Telephone: (202) 346-4240

                Daniel A. Webb (#13294)
                **SUTTERFIELD & WEBB, LLC**

6

        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone: (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

February 1, 2008

## Certificate of Service

I do hereby certify that I have on this 1st day of February, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding by e-mail.

        /s/ Mark S. Raffman

7

LIBW/1667917.2

Exhibit 8 to  P Motion for Protective Order                Page 000005