# Centanni Investigative Agency

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

RE: Lafarge North America – Barge ING 4727
*[FILE NUMBERS REDACTED]*

## TRANSCRIPTION OF MARCH 20, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENTS *GLORIA GUY and [NAMES REDACTED]*

The following is a **draft** transcription of a March 20, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Gloria Guy** (hereinafter "GG") and *[NAMES REDACTED]*, residents of the 9th Ward who did not evacuate during Hurricane Katrina:

GG:  Hello.

RG:  Hello?

GG:  Yeah.

RG:  Hi, is Gloria Guy in?

GG:  Yes, this is Gloria Guy.

RG:  Hi Miss Guy.

GG:  How you doing?

RG:  Pretty good. How are you?

GG:  All right.

RG:  Um. My name is Robert Garcia.

GG:  Yes sir.

RG:  And, um, we're investigating the, um, 9th Ward levee breaks.

GG:  Yes.

RG:  And, uh, your son, uh, Antonio.

GG:  Yes.

RG:  He gave me your telephone number.

GG:  Yes.

RG:  And, uh, told me that y'all were, um, in the- in the area of the 9th Ward during the time that the…

GG:  *(unintelligible)*

RG:  …flood and the hurricane happened.

GG:  Yeah.

RG:  And, uh, we're just trying to get in touch with.

GG:  All right.

RG:  Hello?

GG:  All right. I can explain it to you.

RG:  Oh, okay.

GG:  Okay. That was August- August the thirty-first- the twenty ninth of August, and it was- must have been 'round 'bout three thirty in the morning, and, uh, I heard a "BANG BANG BANG" three times, and after that the water come flowing, twenty foot high and we had to- we had to get through the roof. And I lost everything in there, 'cause I was fighting for my life. And got through the roof - my son bust it loose and we all got…He helped me, I'm sixty-six. The other lady, she's seventy-five years old and her son is forty-five, and my, uh, my son, Tony, he's thirty something years old, and his wife,

|||
|---|---|
| | Latasha, she's twenty-seven. And we all went through the roof, and after we got through the roof, the water was coming so fully we jumped to the other house where they had upstairs and downstairs next to us, 'cause our house was floating away. And we wind up on another roof. Blankets where we got out the other house to cover our bodies 'cause it was cold. So we laid up on the roof for nine and a half hours. And then "All Night Shorty" saved our lives. (pause) Hello? |
| RG: | Yes, ma'am. |
| GG: | And the- and after he saved our life and got us out he brought us to the bridge. |
| RG: | The Claiborne Bridge? |
| GG: | Yeah. And after the bridge they had a man with a eighteen-wheeler. They had two of them. A woman was driving an eighteen-wheeler and a man was driving the eighteen wheeler. And after I got off that boat with him, they rush us in the truck, and they had hot stuff for us to eat and there was somewhere for us to set and relax until the Coast Guard came. So we was in that truck all that time until they came. But "All Night Shorty" saved us and I thank God for it. |
| RG: | And- And "All Night Shorty" do you know his name? |
| GG: | Huh? All I know "All Night Shorty." |
| RG: | "All Night Shorty?" |
| GG: | Yeah. And, uh, they got somebody else here that was there too also rescued us, *[NAME REDACTED]*. *[NAME REDACTED]* 'bout forty something years old. We all together. You know, we never parted no more, you know, during that, ever since the storm we been together. So would you like to talk to him? |
| RG: | Uh, yeah, I'll talk to him- I'll talk to him in a second. |

GG: All right. And then *[NAME REDACTED]*. I call her *[NAME REDACTED]* but it's *[NAME REDACTED]*.

RG: How do you spell that?

GG: She's a white girl. What it is? *[NAME REDACTED]*

Unidentified person in background (believed to be *[INITIALS REDACTED]*): *[NAME REDACTED]*

GG: *[NAME REDACTED]*

Unidentified person in background (believed to be *[INITIALS REDACTED]*): *[NAME REDACTED]*

GG: *[NAME REDACTED]*

Unidentified person in background (believed to be *[INITIALS REDACTED]*): I stayed on the bridge too.

GG: And that's the one who had my grandchildren.

Unidentified person in background (believed to be *[INITIALS REDACTED]*): I heard the "Boom-boom-boom" too.

GG: She had him. She was on the other end from me.

RG: Okay.

GG: So, I just want you to have a conversation with her and I'll get them all in here and you can talk to them. And that's my story.

RG: Okay. And you said- About what time did this happen?

GG: I'd say about three-thirty in the morning.

RG: Three-thirty?

GG: Three-thirty. I won't take it back. And her too. Three-thirty in the morning. They gonna tell you. And that thing went off one two three. I ain't gonna never forget that. I

lost everything. And all my body all messed up from that. On that roof all that time, your skin, you know, my knees and stuff all messed up. So here, I'm gonna let you talk to Miss Frazier. Come here.

RG: Did- Did, ma'am?

GG: Uh-huh?

RG: Okay, I'm- I'm sorry. I just wanted to ask you a couple of questions before I...

GG: Okay.

RG: Did, um, and you heard this three times, like a bang?

GG: It went BANG BANG, three times. I wouldn't tell you a word of lie. God knows that's the truth. I was scared. And then the water start coming.

RG: And then were you- were you sleeping? Did that wake you up, or?

GG: No, we wasn't sleeping. This is what happened. My neighbor next door, her name is Inez "Bickenham" and her son name is Calvin "Bickenham." They house went first. See after they left out they house, it started going, moving, you know. And she came over there and she said, "We got to get away." And then she come to tell us that, hear she telling us that, and then the "Bang Bang" come and she, her house went to floating. Them houses floating up and down the street.

RG: So the- So before y'all heard that banging, the water was already coming in?

GG: See, before we heard the banging the water wasn't coming in our house.

RG: Okay.

GG: The water was on the third step, but when the bang hit, one two three, that's when it come. That's when it came, when it hit three times, that's when the water started coming in, and it came full too, all the way up to the roof.

RG: And then it was rushing in like...

GG: Like a rushing wind. I mean it was coming so fast I couldn't save nothing. All I could do is get up there on top of that washing machine and fight for my life.

RG: And did, um, uh, and then y'all eventually got- y'all got up on the- into the attic?

GG: Yeah, see I had to get on- I'm- I'm short, I ain't nothing but four feet nine, and we had to get on the washer and the dryer, and my- my deep freezers was there, and get up on there to get up into the attic. We had to let my son take that thing and break that- break a hole in there for to save all of us.

RG: 'Cause it was coming up in the attic?

GG: Yeah. That- That thing went all the way through my attic, and we had to jump from another house after that, and we jump on the roof then. That's when they found the blankets to put over us. And then the water start coming and hit the other house, and then we had to go on the third house. So we was out there for about nine and a half hours.

RG: And did- did y'all...Could y'all see the- the levee and the- and the floodwall when y'all got up to the roof?

GG: No. We when we got up there, no. By us being on that-that two-story house, we couldn't see nothing. See, 'cause that was up and down. Right next to me is a white house, and my house line up going straight into that house, so we could not see that. At least I didn't see it. All I seen was water. (cough)

RG: And then how high, uh...

GG: Twenty foot. I won't take it back *(unintelligible)* twenty foot high.

RG: And then were the winds... By the time...

GG: The winds was heavy heavy heavy. That's why they got blankets out of this two-story house where they had the blanket at in there. And when my son went in there and got the

blankets to cover us because it was cold. The winds was coming, the water was coming. It was cold up in there. On top that roof it was cold.

RG: And do you, uh, by the time y'all- y'all got up to the roof, or before- before the flooding even started, had- had the hurricane started yet?

GG: No, wait, let me tell you, see, the hurricane was coming, but it wasn't no hurricane coming. The hurricane just had a little winds and a little light water, you know, but that water was like, you know, like the water in the river, how it go flowing, you know, come fully fully fully force. It was forceful. With the- With the hurricane it wasn't forceful like that, but with that, uh, that- that barge breaking, yes, it was- it was coming like I don't know what. That water was coming. You know what it had houses coming down the street. I ain't never seen houses coming that fast down the street. They was heading to Claiborne Street.

RG: Oh really?

GG: Yes indeed. 'Cause all you could do is take and put them blankets over you and everybody hold on each end to save us from flying off the roof.

RG: And then when y'all got to the roof had the winds gotten- gotten more than...?

GG: They got worse, and the water was coming real bad- real bad. We was fighting from that water, get away from that water. And them houses was going down. See the house we was on, my house was going down in the river. And we had to jump from there onto the other house. Then the two-story house was going in the river. Then we jump on the other house, and that's the only way we was, you know, there until "All Night Shorty" came got us.

RG: And nine and a half hours later y'all think?

GG: Yeah, that was nine and a half hours we was up there on that roof.

RG: Did y'all...How did y'all know that was how long y'all were up there? Did y'all have a watch or...?

GG: Well, my- my- my daughter-in-law had a watch on.

RG: Okay.

GG: 'Cause all my stuff went in the river, and then *[NAME REDACTED]* had a watch.

RG: She was- She was on the- on the roof with y'all?

GG: She was on the...No, she was on the other end, on...See, we didn't live that far from- from each other. She was on her end.

RG: Where- Where did she live at?

GG: She lived on, uh, on.

Unidentified person in background (believed to be [*Initials Redacted*]):   Poland.

GG: On what?

Unidentified person in background (believed to be [*Initials Redacted*]):   Poland and France.

GG: On Poland and France. That's where she lived at.

RG: Oh, on the other side?

GG: Yeah. See, 'cause she had the grandchildren from me. She said, "Momma I'm gonna take the children," you know, she said, "I'm going home." And she left with the children, so that left us stuck there.

RG: Okay.

GG: And if I would have knew that I'd have left with her.

RG: And what do you- what do you think- what do you think caused the- the levees breaking over there?

GG: Well I think they broke that levee. I'm sorry. 'Cause we never had that. I been down there since nineteen seventy seven and...

Unidentified person in background (believed to be [*Initials Redacted*]):   *(unintelligible)*

GG: All right. And I never heard that before in my life. Hear me? And we done had them little hurricane, little storms down there. It never been like that. And then my whole house is gone. I just got a roof on it, got siding and all that. It wasn't nothing nice, I tell you that.

RG: So you- So do you think they...? When you- When you say that they broke the levee...

GG: They broke it. When I heard the boom boom boom, that's what it was, three times. And God knows I wouldn't lie to you.

RG: Was it a- Was it a, like a boom boom boom, or?

GG: It was a hard hard boom.

RG: Like- Like an explosion?

Unidentified person in background (believed to be [*Initials Redacted*]):   Sound like dynamite.

GG: It sound like...

Unidentified person in background (believed to be [*Initials Redacted*]):   *(unintelligible).*

GG: I mean it was- it was really loud. See, I don't know if it was dynamite or what it was, but I know it was loud. You hear me?

RG: 'Cause you...I'm- I'm just trying to- trying to think of the sound, 'cause you said- you said "bang" earlier and then "boom."

GG: No, you see, when it hit, it was hitting...

Unidentified person in background (believed to be [*Initials Redacted*]):   Boom boom boom.

GG: I'm trying to explain it best to my knowledge, but it was a hard hard hard blow, you understand me? I never heard nothing like that before. See I never heard nothing like that before and it scared me. See, it scared me real bad.

RG: And then you were- you were awake during that time 'cause you...?

GG: *(unintelligible)* 'cause he- she came over, and thank God she did. She wouldn't be living now. She'd be dead, 'cause her house floated away right after that. And then my house goes.

RG: And then you...

GG: Wasn't nothing nice mister.

RG: And then you were talking about that barge.

GG: See that, look, the barge, they broke the barge.

RG: They broke...

GG: When they broke the barge, everything went. The barge was on the other end, you know, not too far from where we was at on the roof on Jourdan Avenue.

RG: Over there by, uh...?

GG: She got pictures. *[NAME REDACTED]* got pictures of it. She got pictures of my house too.

RG: That...This was afterwards though, like, not during?

GG: No, she couldn't take nothing then, no indeed. She would have been dead. All that water was coming up.

RG: And then.

GG: She took it afterwards.

RG: You were saying that they broke the- that they broke the barge?

GG: Yeah, they broke it. It was like "BANG." It was so loud mister. You know, I mean it was loud, it scared.

RG: And when did- when did y'all first see that barge?

GG: When we seen it? When "All Night Shorty" got us off the- off that roof, that's when we seen it. Other than that we wouldn't have seen it. We made it to the bridge, okay.

RG: Okay. So after- after he picked y'all up?

GG: Yeah, 'cause see the- the barge wasn't too far from the bridge where we was at. It wasn't too far. But he brought us from that river part all the way to that- that- that- that thing is still there, okay. It's still there where they broke it.

RG: So y'all didn't see it until y'all got to the bridge?

GG: You couldn't see nothing. All that water and them houses was floating, mister, I'm sorry, you couldn't hardly see nothing till we got to that bridge I seen the barge.

RG: Okay. And then that was over there on Jourdan Avenue?

GG: Yes.

RG: By, uh, kind of by, um, uh, Roman Street?

GG: Yes. Not too far from that bridge. Not too far from the bridge.

RG: Okay.

GG: It was in a area by itself.

Unidentified person in background (believed to be [*Initials Redacted*]):   Derbigny and Jourdan Avenue.

GG: By Derbigny. See 'cause I lived on Tennessee between Derbigny and Prieur. It wasn't too far, you know, on the other side when you get to the end of the bridge.

RG: And then- And…But y'all couldn't see anything beforehand?

GG: No indeed. All I could see, I'm gonna tell you, when I was on that roof, was houses floating down to Claiborne Street and people *(phone disruption)* trees and everything.

RG: Okay.

GG: And these little houses had done went "swoop" straight down Claiborne Street.

RG: And then when y'all got up to the- up to the roof, the winds were real high and the rain was- was coming?

GG: Yeah.

RG: And then, could that have affected why you couldn't see too, 'cause...?

GG: It was- It was awful mister. I'm gonna tell you the truth. The only thing we was doing was fighting for our life. I'm gonna tell you *(phone disruption)* from here to heaven. I thank God that he spared my life and my children life. Other than that we wouldn't be here. I wasn't worried about the house, the furnitures, or nothing. All I wanted to do was save my life. And I thank God my grandchildren was all right, 'cause I'm raising them. My daughter dead.

RG: And so how do you...? Do you think that, uh...? You were saying that it, you heard the booms. Do you think that was the- that was like explosions, or?

GG: See, all I can say, in order for the explo- I mean for the- for the barge to be like that and all that, they put explosion down under the ground and they exploded it, okay? That's all I could see. Dynamite and all that was down there under the ground. 'Cause really, you know what I'm looking at? I don't know you, you don't know me. But they wanted to buy our land a long time ago. Not too long ago before the storm hit.

RG: Yeah, I had- I had heard about that.

GG: And I refused to take and let them have my land. I feel like this. I bought this house in nineteen seventy-seven. I put a new roof on there. I put siding. I did all the, uh, guards and everything on there. And I feel as though if after I done put all my labor working trying to make a house look decent I didn't have no right to sell it. I was supposed to live in there and enjoy it. They wanted it anyway, so that's what happened. They blowed it up.

RG: And can you- can you think of anybody else that was- that was in the area at the time, or?

GG: Well, uh, all the people that was in the area, they was either in trees or on the roof.

RG: Okay.

GG: Or either dead. And you know, Mister Robert, uh, Green, he was there with us also. His momma, he was trying to get them up on the roof and the momma died on top of the roof. (crying) He put the baby on the roof and the baby fell down and died. Baby fell in the water and died the water was coming so fast. I'm sorry. It's breaking my heart to see all that. (sniffling)

RG: And he was up on the roof with y'all?

GG: Yes. All of us was fighting for our life. We don't stay that far from each other. And he fighting there trying to get them- them children, his grandchildren, and, uh, his mother up there, and the lady had a heart attack on the roof and then the little baby, he put her up there and she fell down in the water. (crying) And they told him Coast Guard gonna have to get his momma where she at and the baby. They ain't never went got them. And then he had two more little grandchildren. We had them in the truck with us. He gave them to us. We put them in the truck. I'm sorry to cry but I can't help it. It just hurt.

RG: And then y'all had- y'all had met Robert Green over on the- over on the North Claiborne Bridge?

GG: Yeah, we all…That man, "All Night Shorty" save all our lives, and the man who had the truck on the bridge he gave us something to eat and he made us warm, 'cause we was cold. And I had them two little babies in the truck with us. And Robert had to go see about his little brother, so he could save his brother. His brother got off. He saved him. It was really sad mister. I'm sorry, but it was sad. (sniffling)

RG: And then you also said *[NAME REDACTED]* was with you?

GG: Yeah, I have him here. They are here.

RG: Oh, okay.

*[TEXT REDACTED]*

GG: Hello?

RG: Yes ma'am?

GG: You know what I wanted to tell you. I know this don't implicate me back, but I had insurance with Louisiana Citizens Insurance Company, and my policy was for a hundred thousand dollars, and I paid it up for a whole year. It's paid up for a year when that happened. You know what they did? They sent me a check for one o eight.

RG: A hundred and eight thousand or a hundred and eight dollars?

GG: No a hundred- a hundred and eight dollars.

RG: They sent you a check for a hundred and eight dollars?

GG: Yeah.

RG: Did you- Did you contact them?

GG: I didn't cash it and I called them up and contact, but I don't hear nothing right come out the adjuster. The adjuster should have been out there. So they ain't give me no satisfaction yet. I aint' gonna stop till I get satisfaction. They shouldn't have took my money.

RG: Yeah, I don't know- I don't know anything about that.

GG: No, I'm just telling you what's going on. And *(unintelligible)* paid off. That was the flood. That was sixty-four thousand. So they paid off, but the other, but Louisiana Citizen didn't pay off.

END OF SIDE A


SIDE B

GG: ...me a check for one o eight but they should have sent me a check for a hundred thousand dollars. Said well we're waiting on the adjuster. Soon as the adjuster come through we gonna take care of you. But they ain't took care of me yet.

RG: And- And then when, um, um, I- I don't know- I don't know what to tell you about that.

GG: Well I got a copy of the check and I got the papers and stuff and I got where my house is gone. See I got papers on all that.

RG: And had y'all- had y'all talked to anybody else about- about what happened over there in the 9th Ward, or?

GG: Well, no I talked to Robert Green.

RG: Oh, okay.

GG: See, I talked to him. 'Cause I don't know the right... Nobody is not trying to do anything. It's really- It's really awful. Ugly.

RG: Well we just- we just trying to find out, you know, the- what- what really happened out there.

GG: Well all I can say they blowed it up. I'll get on the television tell them that they blowed it up 'cause they want that land down there. What they want it for I don't know, but they want it. They been wanting it.

RG: And you- you hadn't seen that barge till y'all got to the Claiborne Bridge?

GG: Right. As- As "All Night Shorty" was bringing us and we seen it and he got us right to the bridge and we seen it.

RG: And did anybody else that was with you, did they tell you about the barge being out there before y'all got up there?

GG: Uh, what's his name, this other man, I can't 'call his name, man with the truck, that man with that truck who had us sitting down there and he fed us and he gave us food and stuff.

RG: What did he- What did he say about it? He had seen it before?

GG: He said, uh, when he came he seen it out there hisself.

RG: When he- When he...

GG: He seen the barge.

RG: That he- That he saw what happened to it, or?

GG: Yeah, it don't- it didn't belong where it was at. That's what that man with the truck said.

RG: Okay.

GG: See, I don't know his name, but that's the ones who saved our lives and took care of us and I thank God for them.

RG: But he- Did he say that he saw it come into the area or did he...?

GG: No, it was there when they arrived with the- with the eighteen-wheelers. See that was eighteen-wheeler trucks they had, two of them, a white woman, and he was a black man and they was rescuing people and helping them.

RG: Okay. Any- Anything else you can think of, or...?

GG: The only thing I can- I'm gonna tell you something else if you want to know it.

RG: All right. Go ahead.

GG: At the Superdome, when after they took me to the doctor and we went to the Superdome, all right, those people was awful there. They was selling all kind of drugs up in there. They had alcohol up in there and the punks was fooling with the guards. Hello? 'Cause I couldn't lay down and go to sleep. And I stood by the door so I could get away from there. And they broke the Coke machine. They did all kind of things up in that place. And I ain't gonna never forget that 'cause I was trying to lay down and sleep and as I was up on the upper floor, the guards and the punks was together. Then they had some drug addicts up there. Then they had these womens come in there selling their bodies.

RG: Oh really?

GG: Yeah, that wasn't too far from me, 'cause I'm telling you it was awful up in that dome. And then one of the men took and shot the guard. It was a woman guard they shot, but they didn't, uh, kill her or nothing like that. She got shot in the arm or something. And then when I look again they had the bag where the guard was bring- dragging them out there. See I guess they beat them up and put them in the bag and drag them out there. It wasn't nothing nice.

RG: I know. I've heard- I've heard some of the stories.

GG: It wasn't nothing nice. Guess what else. Five little children. They took them in the bathroom and they rape them. It wasn't all at one time, it was so many at a time. It was five of them. They raped them little children and killed them. Little boys and little girls.

RG: I've- I've read about that.

GG: All right. You know I'm not lying about that. And, uh, I say, it was awful. We went though hell, a living hell. To say we lost everything.

RG: Well, we're just trying to figure out what happened over there.

GG: Well I'm telling you what happened.

RG: Is, uh, is *[NAME REDACTED]* still there?

GG: Yes he is.

RG: I just wanted to ask him...

GG: I'll call him.

RG: ...a few questions.

GG: Okay. All right.

RG: Thank you.

GG: And, uh, thank you, hear?

RG: Okay. Thank you ma'am.

*[TEXT REDACTED]*

**END OF CALL**