

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail: piwayne@centanni.net ◆ Website: www.centanni.net

November 1, 2007

RE:   Lafarge North America – Barge ING 4727
      CIA File: 10838
      Client Reference: 99675/28821

### TRANSCRIPTION OF NOVEMBER 14, 2006 RECORDED TELEPHONE CONVERSATION WITH LOWER 9TH WARD RESIDENT *KENNETH ROBINSON*

The following is a **draft** transcription of a November 14, 2006 recorded telephone conversation between Investigator BM of Centanni Investigative Agency (hereinafter "BM") and **Kenneth Robinson** (hereinafter "KR"), a resident of the Lower 9th Ward who did not evacuate for Hurricane Katrina.:

BM:   (*unintelligible*) Um, where were you living at the time of the storm?

KR:   Thirteen forty two Lamanche.

BM:   Thirteen forty two?

KR:   Mm-hm.

BM:   Lamanche. Okay. And that's in New Orleans?

KR:   Yes. New Orleans.

BM:   And it's in the Lower 9th Ward? Correct?

KR: Right.

BM: Okay. And was your residence a- was it a one story or two story house?

KR: One story.

BM: One story house. Was it wood frame or brick?

KR: Wood frame.

BM: Wood frame. Okay. Um, did you own the house or were you renting there?

KR: Well, my mother owned it, but I have power of attorney over everything with her.

BM: What was her name?

KR: Yvonne Robinson.

BM: Okay. Um, let's see. How, uh, um, how far away from, uh, the breach were you? The levee breach. Where was your house?

KR: Um, are you familiar with Caf- Caffin Avenue?

BM: Yes, I am.

KR: Well I live, um, I guess a block off of Caffin.

BM: Okay.

KR: Around the 9th Ward center.

BM: Okay. So you- you were a block east of Caffin Avenue?

KR: Right.

BM: So you were a good one, two, three, four, five, six, seven, eight, nine, about twelve blocks away?

KR: Right.

BM: Okay. Okay. Um, and that was the address you were at when the, uh, when- that's where you stayed during the hurricane?