

Exhibit 17 to P Motion for Protective Order