UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> *   CIVIL ACTION <br> * <br> *   NO. 05-4182 <br> *   and consolidated cases |
| PERTAINS TO: BARGE | * <br> *   SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 <br> *Mumford v. Ingram*    05-5724 <br> *Lagarde v. Lafarge*    06-5342 <br> *Perry v. Ingram*    06-6299 <br> *Benoit v. Lafarge*    06-7516 <br> *Parfait Family v. USA*    07-3500 | * <br> * <br> *   JUDGE <br> *   STANWOOD R. DUVAL, JR. <br> * <br> *   MAGISTRATE <br> *   JOSEPH C. WILKINSON, JR. <br> * |

### OBJECTIONS TO RULE 45 SUBPOENA TO CENTANNI INVESTIGATIVE AGENCY

     Pursuant to Fed. R. Civ. P. 45, defendant Lafarge North America Inc. ("LNA") hereby lodges the following objections to the subpoena served by the plaintiffs on Centanni Investigative Agency ("Centanni"). To the extent that objections to the subpoena are required to be lodged directly by Centanni as well as by LNA, these objections are lodged on behalf of Centanni as well as on behalf of LNA.

     1.     The subpoena seeks production of documents that are protected from disclosure under Fed. R. 26(b)(3). As plaintiffs are aware, Centanni is the investigative firm retained by LNA, through legal counsel, to assist in the investigation of claims against the company relating to the Barge ING 4727. By definition, all documents and files prepared or generated by Centanni in the course of this retention, including documents falling within the scope of the records subpoena, satisfy the conditions for protection under Rule 26(b)(3). A privilege log that satisfies Rule 26(b)(5), together with evidentiary support, will be provided.

**R** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**E** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



4.       The subpoena is overly broad and unduly burdensome in that it seeks *any and all* writings and things containing the identities and contact information of the named plaintiffs, persons represented by counsel, and putative class members interviewed by Centanni when LNA has agreed to provide the identity and contact information of those individuals.

REDACTED AS IRRELEVANT

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (#27538)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

    Mark S. Raffman
John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

January 31, 2007

2

## Certificate of Service

I do hereby certify that I have on this 31st day of January 2008 served a copy of the foregoing document on counsel for all parties to this proceeding by e-mail.

                                           /s/ Mark S. Raffman