UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *Lafarge v. USA*    07-5178 | * | |
| | * | |

# AFFIDAVIT OF RICHARD T. SEYMOUR IN SUPPORT OF BARGE PLAINTFFS' MOTION FOR PROTECTIVE ORDER AS TO THE DEPOSITIONS OF ANY WITNESSES INTERVIEWED BY CENTANNI INVESTIGATIVE SERVICES, INC., AND FOR DECLARATORY AND OTHER RELIEF

CITY OF WASHINGTON  )
                                     ) ss:
DISTRICT OF COLUMBIA )

       Before me, the undersigned authority, personally came and appeared RICHARD T, SEYMOUR, known to me, who after having first been duly sworn did depose and state:

       1. I have been admitted pro hac vice as one of the attorneys for the *Mumford* plaintiffs in this case.

2. I have read each of the 562 pages of purported draft transcripts of thirty surreptitiously recorded interviews, purportedly of 28 Barge P.S.L.C. clients, that have been produced by Lafarge North America Inc. in this case.

3. In these thirty interviews, the Centanni investigator never asked if the interviewee was represented by counsel prior to asking substantive questions.

4. In these thirty interviews, the Centanni investigator never disclosed that the investigator was working as an agent of lawyers with a client whose interests were adverse to those of the person being interviewed.

5. In these thirty interviews, the Centanni investigator never disclosed that the investigator was working on behalf of Lafarge North America Inc.

6. In these thirty interviews, the Centanni investigator never disclosed that the investigator was working on behalf of anyone whose interests were adverse to those of the person being interviewed.

7. In these thirty interviews, the Centanni investigator never disclosed that the investigator was working as an agent of lawyers.

8. In multiple instances, the Centanni investigator appeared to create the impression of neutrality and impartiality.

9. I prepared the following chart from information I obtained from the U.S. Bureau of the Census, Table QT-P20, "Educational Attainment by Sex: 2000: 2000 Data Set: Census 2000 Summary File 4 (SF 4) - Sample Data," downloaded January 16, 2008 and tabulated this information as follows:

| Description of Sample: | Percentage of the Population 25 or More Years Old Who Were High-School Graduates | Percentage of the Population 25 or More Years Old Who Had Completed Four or More Years of College |
|---|---|---|
| **Census Table:** | (QT-P20) | (QT-P20) |
| **A. Orleans Parish Tracts** | | |
| 7.01 | 63.0% | 7.0% |
| 7.02 | 62.0% | 8.4% |
| 8 | 62.4% | 9.7% |
| 9.01 | 53.2% | 7.8% |
| 9.02 | 57.0% | 6.5% |
| 9.03 | 59.2% | 6.3% |
| 9.04 | 67.3% | 6.3% |

10. Plaintiffs' Motion for Protective Order will be followed shortly by two additional motions seeking relief for Lafarge's misconduct. These three motions are related, and should be heard together.

11. I will be out of the country from April 9 through and including April 29, 2008.

12. Plaintiffs have set the Motion for Protective Order, and will set the forthcoming motions, for May 7, 2008, so that Lafarge's deadline for submitting its Oppositions will occur the day after my return, and so that I can help prepare timely Reply Memoranda if warranted.

13. I believe this period is also reasonable for defendant, because Lafarge will have five weeks to prepare its Opposition to all three motions.

//
//

14. Further affiant sayeth not.

_____
RICHARD T. SEYMOUR

Washington, D.C., ss:

Subscribed and sworn to before me on this the 25th day of March, 2008.

_____
Notary Public

My commission expires:

Patricia B. Martin
Notary Public, District of Columbia
My Commission Expires 3-31-2009