

# Centanni Investigative Agency

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

June 5, 2006

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

### TRANSCRIPTION OF RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT RONALD MCGILL

The following is a transcription of a June 5, 2006 recorded telephone conversation with **Ronald McGill** (hereinafter "RM"), a resident of the 9th Ward who did not evacuate for Hurricane Katrina, by Investigator RG of Centanni Investigative Agency:

RM: Hello?

RG: Hi, is Ronald McGill in?

RM: You're speaking with Ronald now.

RG: Hi, how are you doing Mr. McGill?

RM: I'm all right.

RG: My name is Robert Garcia . . . (background noise) . . . we're investigating the levee breaches over there in the Ninth Ward . . .

RM: Yes

RG: … and your name had come up as possibly either someone that resided in the Ninth Ward and stayed during the time of Hurricane Katrina.

RM: I stood … I stood by.

RG: Okay . . . we're trying to talk to witnesses that may have seen or heard something in the Ninth Ward area . . . trying to figure out exactly . . .

RM: You're speaking with me now . . . you're speaking with Ronald now. . . .

RG: Oh, okay . . . can you tell me what happened . . . ya know, like, kinda before everything happened and during the hurricane. Did you . . . did you see anything or hear anything?

RM: I heard it . . . I heard it. I was speaking on the phone. I was talking on the phone when I heard it, and the person that I was speaking with . . . talking with . . . she heard and she asked me, "What was that?" and when I went look in the back of my house it just took a matter of seconds before the water...it was in the den already . . . to come in the front and tear the house up.

RG: Okay . . . about what time was this?

RM: I went 'bout 5:00 . . . 5:00 in the morning. 5:00, 5:30 the house was full of water.

RG: And were you . . . you were staying at 1638 Reynes?

RM: 1638 Reynes Street.

RG: And that's right . . . [*interrupted by RM*]

RM: It just . . . I had came over there a couple of weeks ago by Mr. Larry Weidemann – his office on Baronne Street – and, um [*unintelligible*] . . . he gave me affidavit, ya know, a statement of what I heard.

RG: Okay, is this Larry Weidemann an attorney?

RM: Yes, he is.

RG: Okay, are you represented by an attorney . . . in this?

RM: I have spoke with him.

RG: Okay, but did you . . . but I'm wondering if you're . . . if you're represented by an attorney. Have you signed any paperwork and stuff for him to represent you in a lawsuit or anything?

RM: Yes, I did.

RG: Okay, then I can't talk to you anymore, sir.

RM: Okay.

RG: Okay, thank you.

RM: All right.

RG: Bye-bye.