

# Centanni Investigative Agency

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

July 19, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF JULY 25, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *NANCY CONERLY*

The following is a **draft** transcription of a July 25, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Nancy Conerly** (hereinafter "NC"), a resident of the 9th Ward who evacuated prior to Hurricane Katrina:

NC: Hello?

RG: Hi. Is Nancy Conerly in?

NC: Who's calling?

RG: Uh, Robert Garcia.

NC: From where?

RG: Uh, New Orleans.

NC: Can I help you?

RG: Uh, yes, ma'am, Ms. Conerly?

NC: Yes.

RG: Hi. How are you doing? Um. We're investigating the- the levee breaks over there in the Lower 9th Ward area.

NC: Oh yeah. Mm-hm.

RG: And, um, I had spoken briefly with your mom, Velma Pinkston.

NC: When?

RG: Uh, just the other day when I called over there.

NC: Oh, no, she eighty-two years old. She don't understand anything.

RG: Oh, okay.

NC: Uh-huh.

RG: And, um, I had seen, um, an article, uh, that you, in the *Times Picayune*, that you…

NC: Oh.

RG: …you were in.

NC: Oh, yeah, you seen me?

RG: Yes ma'am.

NC: Mm-hm.

RG: And, um, what we're trying to do is, uh, figure out exactly, uh, what had occurred in the- in the Lower 9th Ward to cause the flooding with the levee breaks.

NC: Mm-hm.

RG: And we're trying to get in touch with as many people as we can that- that were in the area during the time of the hurricane.

NC: Well we had evacuated.

RG: Oh.

NC: Yeah, I was eighteen- eighteen twenty eight, eighteen thirty Deslonde, that's my house, then there was eighteen thirty two, and then the Berryhill house was eighteen, in fact, I was living in that house, the Berryhill house, eighteen thirty eight and a half Deslonde. My mother eighteen forty two Deslonde.

RG: Okay. Okay. Well I appreciate it. If, um, we're just trying to get in touch with as many people as we can.

NC: Right. I'm trying to, uh, I'll ask, um, I'll ask my daughter how to get in contact with, uh, with the Berryhills. Maybe she can get you the number, but right now, you know, like I said, I'm a handicap now. I can't get around.

RG: Oh, okay. And what's your daughter's name?

NC: Her name is Andrea.

RG: Andrea? Okay. Okay. Well I appreciate it.

NC: Okay.

RG: And, um, do you have my number?

NC: Um, could you hold on? I'm gonna get it. Hold on.

RG: Yes ma'am. Thank you.

NC: Okay, Robert?

RG: Yes ma'am?

NC: R-O-B-E-R-T Garcia G-A-R?

RG: C-I-A.

NC: I-A.

RG: Yes ma'am. And I'll give you our toll-free number.

NC: Okay.

RG: It's uh, one eight eight eight.

NC: Okay.

RG: Seven three seven.

NC: Okay.

RG: Two two zero two.

NC: Two two zero two.

RG: Yes ma'am.

NC: All right. I'll tell her.

RG: Okay. Well I appreciate it, ma'am.

NC: All right. *(unintelligible)*

RG: Okay. Thank you.

NC: Bye bye.

RG: Bye bye.

**END OF CALL**