

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

August 3, 2006

RE:   Lafarge North America – Barge ING 4727
       CIA File: 10838
       Client Reference: 99675/28821

## TRANSCRIPTION OF RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT ERNEST EDWARDS

The following is a transcription of a December 19, 2005 recorded telephone conversation with **Ernest Edwards** (hereinafter "EE"), a resident of the 9th Ward who did not evacuate for Hurricane Katrina, by Investigator RG of Centanni Investigative Agency:

XX[2]:   Hello?

RG:   Hi, is Ernest Edwards in?

XX:   Hold on.

EE:   Hello.

RG:   Hi. Is this Ernest Edwards?

EE:   Yes.

RG:   How are you doing, sir?

EE:   Okay.

RG:     Uh. My name is Robert Garcia and I'm a private investigator…

EE:     Mm-hm.

RG:     …and we're investigating the uh the 9th Ward flooding.

EE:     Yes.

RG:     …and um we've been hearing a lot of different stories and rumors and whatnot about why uh the levees broke over there and we're just talking to people that were there that night who may have been there during the time and then your name came up a few times. Are you "All Night Shorty?"

EE:     That's me.

RG:     Okay. Well, uh. Several people had said that uh that you had saved a lot of people.

EE:     I stayed on the bridge ten days.

RG:     And um…. I just want to know, you know, what you know about it or what…what…

EE:     What do I know about it?

RG:     About about how how the levees broke or why they did or if you saw anything or heard anything…or…

EE:     What's your name again?

RG:     My name's Robert Garcia.

EE:     Garcia…Who you investigating for, though? Who are you working for?

RG:     I'm working for Centanni. We're an independent investigative agency.

EE:     Yeah.

RG:   And uh, we don't work for the government or nothing like that. And we're just talking to a lot of people because, I mean, the stories I've heard um, I'm sure that you heard the same stories about uh different things that happened out there.

EE:   No, I didn't hear no stories. I lived through it, me. I don't have to hear stories. I can write a story. I lived on the bridge from Sunday until the storm came. I lived through the storm all that. I can tell you story. But I just woke up. I've been working all night.

RG:   Oh, I'm sorry about that.

EE:   Ahhhh...

RG:   Did I wake you up?

EE:   Yes you did.

RG:   Oh, I apologize.

EE:   Hmm....

RG:   But we just uh....

EE:   Yeah what you want to know, though? Did they break the levee? Did they blow the levee up, or what?

RG:   Uh...I don't know....

EE:   I lived through Betsy. I lived right there two blocks from that opening in the canal.

RG:   Well, you were living on on Deslonde.

EE:   I've been living there for 50 years.

RG:   Is it over at 2024 Deslonde?

EE:   I've been living there 50 years.

RG:   50 years?

EE:   That's right there where they broke the hole at.

RG:   Yeah, that's that's right...

EE:   ...'bout forty years ago when Betsy came.

RG:   Uh... a couple of other people have told me that also, that they broke in the same area.

EE:   I was there in Betsy. I lived through Besty. I was right there. I saw the same thing happen before.

RG:   Well do you know what caused the levees to break?

EE:   It wasn't no water. Water didn't cause the levee to break.

RG:   Had you gone to the bridge before the storm came?

EE:   I was sitting on the bridge before the storm came. The storm didn't come until that morning, about 3 o'clock that morning.

RG:   Was that on.......

EE:   I was already on the bridge. I left Sunday night. Brought my truck and my boat on the bridge. That's how I was able to save so many people. I left my machine go under, all my equipment that I work with, my Bobcats and stuff. I coulda took that on the bridge with me, but I brought my boat, because I knew they was gonna do it again if the water rose up.

RG:   And that that was that Sunday before, that would have been August 28th?

EE:   Right.

RG:   Okay.

EE:   Me and my old lady, my son, my brother, and my neighbor and all of us were… I got them on the bridge in time. I was riding to the back…to Florida Walk[3]. From my house to Florida Walk they got a pumping station by the back bridge. I ride back there every hour on the hour and look at the water, see how high it come before it come topped the levee. That's how we was able to get out in time, because we wasn't gonna leave, see I wasn't gonna leave. I said, well if the water don't get too high, we not gonna leave. But the last ride I took was at 1:30, and the water was halfway over the wall.

RG:   Like halfway up up the floodwall, that the cement wall?

EE:   Right. Right. I take my truck and go right all the way to the top and look over. Uh…me and my son… my son said well Dad it's time to go, the water's topping fast. I said yeah, let me go hook the boat thing up and let's get to the bridge 'cause we can't make it out in time, I know. The water's moving, rising too fast, so we got on the bridge. If I'd a had a camcorder I could have gave you the whole story, 'cause I saw everything.

RG:   So what what happened? Did the…did it just…it just busted by itself, or….by the pressure of the water?

EE:   The pressure of the water don't move steel and concrete to the ground, smooth ground. I don't care how much water there is, it ain't gonna pull no steel up out the ground.

RG:   And that's the the steel pilings?

EE:   Where that barge was man. I know you saw where that barge at, huh?

RG:   Yeah, I saw that barge in there.

---

[3] Florida Walk is the former name of Florida Avenue.

EE:   Okay, now how can a barge break the levee in two spots and just sit sit in one spot? That's what I'd like to know.  It would have broke the levee on Florida Walk it would have stayed on Florida Walk. It wouldn't have landed on Roman on Roman between Prieur and Roman. That's where the barge sitting at right now, on Jourdan Avenue.

RG:   Right. And I know there was…It happened over at Florida. I saw the the break over there.

EE:   …that's by the back bridge, that's Florida Avenue back there. They broke it back there too. They did the same identical thing.

RG:   And …was was there anybody out there….or did?

EE:   Out where?

RG:   Out out there by the levees when it happened?

EE:   Now that I can't say, because I told you I had left to get on the bridge. I didn't stay to see who was going to do what. I was trying to save myself.

RG:   So did….

EE:   If you could look at some… If you have any film from during Betsy, look at Betsy, and look at the films. Look at the same spots on that levee from Florida Walk to Claiborne and see the breakage. If you have any film from Betsy, look at it. It'll show you the same thing.

RG:   In the same area.

EE:   Right. Now how can that be the weakest spots? I don't know. It's hard to believe that's the weakest spots.

RG:   So so y'all were on top of the bridge, so ya'll had a good view of….

EE:     Looking at everything that's going on. But we couldn't see it that well because it was, not

storming...the rain was blowing so hard it looked like snow.  Ya follow me?

RG:     Yeah, yeah like it was....'cause with the wind and everything all together.

EE:     Right, with the wind and everything together.

RG:     And then when...you said it started happening around 3, 3 in the morning?

EE:     Between 3 and 4 o'clock it it got crazy out there.

RG:     I mean.....did the did the water come over the levee first or did it just bust?

EE:     No, it came over the levee first. It didn't just bust, at all. The water was topping the levee,

topping over the side, the seawall.

RG:     The floodwall?

EE:     Mm-hm.

RG:     And then and then it was just...I mean, it had risen up that fast and that quick?

EE:     It came so fast it scared us to death.

RG:     And then what um...did you did you see the....you saw the water coming over...topping

over the floodwall?

EE:     Yeah, you could see it. We was....I...I was sitting in my truck with a boat behind it and

my brother was in the front of me with an 18-wheeler blocking me where the wind

wouldn't blow me off the bridge and a friend of mine was in an 18-wheeler behind me

blocking me where we, I, couldn't blow off the bridge. Other than that, it, the wind, I

woulda been blowed off the bridge. But the trucks saved me from getting blown off the

bridge.

RG:     And then and when did the levee actually break?

EE:    Actually break?  Around 4:30.

RG:    And then...what was the reason for it breaking, do you know?

EE:    The water was gonna go Uptown. They do it all the time. Every time they have a flood, we gets the water. If it seem like it's gonna go Uptown, they open up the levee or they do something where the water can go through the 9th Ward down in the parish and everywhere else to save Uptown. They did it before. They did it for Betsy. The water would have messed up Uptown during Betsy, but they blew the levee up.

RG:    And then then you were you were still on the bridge at this point...

EE:    Yes.

RG:    ...when when the floodwall and levee broke?

EE:    Right. I was... When they broke...when they busted...You could see the houses..... The water came so fast you could see the houses floating down down that canal, down Jourdan Avenue. You could see houses floating.  I was sitting right there in the truck looking at it.

RG:    And then um was there any kind of noise or anything when when this happened?

EE:    You couldn't, you couldn't, you couldn't um really hear the noise that they made during the damage to the levee because the storm was so...making so much noise with the wind and the rain and everything. But water didn't push that down like that. Neither did no barge. And it wasn't because the water....They had steel pilings in that ground, man, they had steel pilings with concrete around it, and it wasn't say...if it was gonna collapse, it wouldn't have just collapsed in one spot, it would have collapsed all over.  That big body of water there with all that pressure behind it, it wouldn't have collapsed in one spot

around Roman Street and then the next spot around Florida Avenue. That's impossible, man. It...All of it would have collapsed.

RG:   And then, so so the water was topping over between like 3 and 4 in the morning?

EE:   Yes.

RG:   And that would have been that Monday morning on the August.....

EE:   Right.

RG:   29th...

EE:   Right, Monday morning, that's when the storm came, Monday morning.

RG:   And then at around 4:30 the.....

EE:   It was rolling.

RG:   ....the levee just busted?

EE:   Yes. The opening came. A pre-opening came. I'll put it like that, then.

RG:   And then.....

EE:   Opened conveniently. The water was cut loose on us.

RG:   And did um...what did y'all do at that point?

EE:   All we could do was sit in the truck and look. Ain't nothing we could do.

RG:   And before that before the levee the levee actually broke and breached did uh...had the water risen up to the height of the floodwall?

EE:   It had done topped, and I keep telling you. It had done topped, it was coming over.

RG:   Yeah, I know, but was it was it the uh was it flooded to the same same level as the canal in the 9th Ward at that time, or it didn't get that high until after the levee broke?

EE:   No, let me… The water had done topped everything. The canal is lower than the levee. Ya follow me?

RG:   Yeah.

EE:   Okay, the canal had done filled completely all the way up. All the way to the top of the levee, top of the levee.

RG:   And then that started flooding the 9th Ward?

EE:   Right.

RG:   And….

EE:   And then after that then I don't know whether it was a sound or what, but the levee just opened up by itself. The steel and things moved itself out the way and the water came on up.

RG:   Okay. And had had y'all seen anybody out there, or…?

EE:   We couldn't…there's no way you could have saw nobody out there, during that storm. The wind was blowing so hard and the rain was coming down with the wind. You couldn't see nothing out there. It didn't, it didn't start lightening up until around six, six o'clock, when daylight came.

RG:   Six o'clock in the morning?

EE:   Right. That's when you could see outside, and it was still raining hard then. 'Cause it was like 9 or 10 when I saw the man climbing on the bridge off his house, and it was still raining hard and my old lady said, "Look at that man climbing over the bridge, go help him." I said, "I'm not getting out this truck. It's still storming out there. The wind's still blowing hard." So I got out there and went and helped the man and found out they had

five people in the house that he was standing on beside the Claiborne Bridge on Jourdan

Avenue. His house had done moved to the…off the slab wherever it was and into the

bridge. And there was five of them in there. After we go the last one out, the house went

clean under the bridge and broke into little pieces…the pressure of the water pushing it

under the bridge. The good Lord saved them, 'cause if my old lady hadn't saw them out

there I wasn't getting out the truck. They'd have been dead. All of them would have been

dead.

RG:     And then um, what did y'all do after that?

EE:     Got back in the truck.

RG:     Oh, you just got back in the truck?

EE:     Yeah. Until the rain…. the rain didn't slack up until around 11 or 12, 11 or 12 o'clock.

RG:     In the afternoon? 12:00 in the afternoon?

EE:     Yeah, yeah, in the daytime. That's went I went quick, dropped my boat in the water to go

save some people. I said "Lord, I can hear 'em crying." I can see them on top of the

rooftops. The sun came out. You could see them.

RG:     Just everywhere.

EE:     People on the trees. Dead peoples floating around. Man it was a sight to see, and it look

like the National Guard didn't come…. They didn't come until two days later.

RG:     And then did, did y'all uh…..At that time when the rain stopped around 11 or 12, 11:00

AM to 12:00 PM, y'all and then y'all could clearly see, see the whole 9th Ward by then?

EE:     You could see everything. I could see everything because I had my boat in the water. I

rode around. I know. I saw everything.

RG:   And at and at that time had….how high was was the flood water? Was it was it over the floodwall?

EE:   Was it over the floodwall after the flood…after the storm? No it was it was halfway up the floodwall. It was about, I'd say, about 4 feet from the top of the floodwalls, four feet from the top. It had….it was topping the rooftops on every one of the houses in the 9th Ward.

RG:   Okay. And then do you know at any point did it get above above the floodwall?

EE:   Did it get above the floodwall?

RG:   Yeah, like like the like the 9th Ward and the…

EE:   Let me go….It got above the floodwalls on the side where the canal at, not the side where we lived at.

RG:   But, right…

EE:   After they opened the levee up, then the water came, it came through, and then it topped the floodwalls. It came up to a point where, about, I'd say about four four to six inches from the top, but the water was 20 feet deep right over there.

RG:   Okay. So it was it was just about…The the height of the water in the 9th Ward was almost the same level as the water in the canal?

EE:   Right.

RG:   And then about, you said 4-6 inches from the top at one point?

EE:   Right.

RG:   And that was at around around 11-12?

EE:   No, that was around about 9 o'clock.

RG:    At, in the morning or at night?

EE:    In the morning.

RG:    Of that Monday.

EE:    Yeah.

RG:    Okay. And uh and then had had y'all seen that barge out there?

EE:    Did I see the barge? Yeah.

RG:    When...

EE:    We was standing right there. We lived on the bridge. Man, we was sitting in the truck. I could see the barge. From where I'm sitting on the Claiborne Bridge you could see the barge. Ain't but a block away from where we was on the bridge at.

RG:    Well when when did y'all first see the barge?

EE:    Soon as the rain lighted up to where you could see through the rain. So, the rain, it was still blowing hard, and the rain was white, white, white. You couldn't see that clear through it. But soon as it light enough to where you could see through it I say Lord, look they done turned a barge loose on us this time. They trying to cover up the levee. Hm-hm-hm. Last time they didn't put no barge out there, they just blew the levees up in two spots.... They didn't... and I was.... I think I was 18, 18 years old and I was standing by the canal with a flashlight. I saved people during that time. Had I not been by the...I said, "The canal filling up too fast y'all, let's get out of here." My mother and father they were in the attic during Betsy, but me, I was on the Claiborne Bridge, again.

RG:    So that barge...as soon as it cleared up and y'all could see, at around...what time?  Like like at around 11 or 12, that's when you first....

EE:   No, I pulled that man up off that house... his family, there's five of them. I pulled them out of the house around 10:00, 10:00, between 10:00 and 11:00 and it was still raining hard.  They should have film of that, that I'm telling you man.  Somebody should have some film of that.

RG:   I know, if someone had film of that, we'd be able to, you know, we'd be able to determine it from that.

EE:   I tell you what, right after everything cleared up they had the helicopters flying all around, so somebody's got film of something. How 'bout that?

RG:   Right after it cleared up?

EE:   The...Coast Guard flying around....somebody got film of that.

RG:   Yeah, I have seen some pictures, but not not on that ya know right like right where.....

EE:   Not on that (unintelligible) I'm speaking about see....If I'd of had a camera, I could have took pictures of everything just like it ......soon as the rain lightened up where you could see perfect. Where you could see the water still coming over the seawall. Perfect.

RG:   And then did y'all see.....

EE:   The water was topping the levee so deep, so so fast, before they opened it up, it made a canal 'side the levee, 'side the wall. Ya follow me?

RG:   On the, on the 9th Ward side of the....

EE:   Right, and that hole there was like....I could stand in that hole there and it would be up to my waist, and I'm 5'5". I could stand in that hole. That's how hard the water was topping the levee, coming over on the other side of it, before they opened that wall up. You taking all this down?

RG:    I'm I'm I'm writing it down as you're telling me.

EE:    I'm gonna try to tell you everything that happened.

RG:    And you.....

EE:    'Cause that's a shame the way they did us again.

RG:    Well with that....did y'all see that barge beforehand?

EE:    For one thing, for the record, they knew a storm was coming.  They wasn't supposed to have no barges in that canal period, no way. They knew a storm was coming. That should be on the record for number one. That canal should have been cleaned from any barges or anything. Everything should have been out of that canal and in the river tied down. But I know what's happening. They knew what they was doing.

RG:    And so when you when you helped that man up, was that the first time you saw the barge, or you saw it after that?

EE:    Yeah, when I got out my truck and the rain slacked up where I could see and got out, it was still raining hard but we couldn't . . . we could see the barge, you could see the barge clearly, you could see the barge clearly.

RG:    And was it was it in the was it in the Lower 9th Ward where about the same place where it's sitting at now.

EE:    Right. In fact, they had a man on top of that barge, that I got off that barge, right after I got out to set my boat in the water. He rode on top the barge. I don't know how he got. He was beside a tree. He must have been in the tree, 'cause the barge was by a tree. I got so many people out of trees and things. And he got on top the barge. He had to jump in

the water for me to save him, so I don't know whether he was a worker on the barge or what. I don't know, I can't say, but I know he was on the barge. I took him off the barge.

RG:    Did did he look like he lived out in the 9th Ward, or have you seen him before?

EE:    No, I haven't seen him before.

RG:    And then uh, do you know uh any anybody else that I mean uh.....you saved a lot of people, or?

EE:    Do I know anybody else like who?

RG:    Like that that might have seen what happened out there or....

EE:    No.

RG:    You mentioned, you mentioned that your brother was.....

EE:    My my my my old lady was in the truck with me and my son was in the truck with me. My brother-in-law and them, they was in they truck. Everybody saw, could see what was going on. It was like about um let's see 1, 2, 3. It was nine of us out there.

RG:    And what uh.... Do you know how I can I get in touch with them, or?

EE:    With my brother?

RG:    Mm-hm.

EE:    Sure. I know how to get in touch with my old lady too, we live together. My son...we all stay together.

RG:    Oh, okay. Well, what's their names?

EE:    Ernest Offray.

RG:    Ernest Offray?

EE:    Offray.

RG:    How you spell that?

EE:    O-F-F-R-A-Y

RG:    R-A-Y?  That's your son?

EE:    Yeah. That's my stepson. He was in the truck with me.

RG:    And how old is he?

EE:    32.

RG:    32. And he's staying with y'all right now?

EE:    Yes.

RG:    And uh....and then did...did he see the same thing out there?

EE:    He had to come out there and hold me while I helped the man out over the bridge, 'cause the wind was gonna blow me off the bridge. It was still blowing, it was still blowing hard when I rescued that man and his family.

RG:    And, uh, and your wife was there too.

EE:    In the truck crying, screaming, telling me I'm gonna blow off the bridge in the water and drown. Get back in the truck. I say I gotta try to help these people. I say if the Lord wanted to take me to blow me off the bridge when the storm came. He wouldn't have saved me on that bridge.

RG:    And uh, and what's your wife's name?

EE:    Robin Wicker.

RG:    Robin Wicker?

EE:    Yes.

RG:    And and your brother was there?

EE:   Joseph Edwards, Sr.

RG:   I'm sorry?

EE:   Joseph Edwards, Sr.

RG:   Joseph Edwards, Sr.

EE:   He drives an 18-wheeeler. He was in an 18-wheeler sitting on top of the bridge with me.

RG:   And where where did he live?

EE:   He live on…on two houses from me on Deslonde.

RG:   Oh, okay. 'Cause you at you at 2024?

EE:   Right.

RG:   And what was his address?

EE:   He's at 2036 I think it is.

RG:   2036?

EE:   Yeah, I think it's 2036. 20…yeah, I think it's 2036.

RG:   And then do you know how I can get in touch with him? Telephone number or…?

EE:   I have…I'd have to call my momma and get his phone number, because he he live across the river.   He living in uh….somewhere in Hahnville or somewhere over there, somewhere out there, Boutte or somewhere up in there. I don't know where's it at but he…him and his wife done bought a house over there somewhere.   I don't have their phone number there.

RG:   And then anybody else that you know that was that was on the bridge that might might be able to help out.

EE:     Um…..James, his name is James, I forgot his last name, but he live on…he live on Andry

and Galvez. He had his boat out there rescuing people also.  He was…they had three

boats out there that we know of, that I know of, my boat, his boat, and another friend of

mine named uh…Michael Knight.

RG:     Michael Knight…he lived over on uh….North Roman?

EE:     Right. He saved people. He brought people to the school.

RG:     And they had uh, I think Freddie…Freddie Hicks.

EE:     Freddie Hicks was with uh, was with Michael Knight.

RG:     Okay, and um, and Reginald Jackson?

EE:     Yes.

RG:     He was with Michael Knight too?

EE:     Right.

RG:     Okay.

EE:     I know all those fellas. We all lived down there close around each other.

RG:     And do uh… would you know how to get in touch with Reginald?

EE:     No, I sure wouldn't.

RG:     Okay.

EE:     I know how to get in touch with uh, Michael Knight.

RG:     Yeah, I've I've got Michael Knight's number.

EE:     Okay.

RG:     And uh…and anybody else that was on the bridge that you know of?

EE:     Oh….Chester Lastie.

RG:   I'm sorry?

EE:   Chester Lastie.

RG:   How do you spell that last name?

EE:   Lastie, I don't know how to spell it.

RG:   Laftique?

EE:   Right. He had his 18-wheeler up there with his family. His wife and his old lady and her children. I tell you I saved them too. 'Cause he lived across the street from me and all them was asleep and I said man, I'm getting ready to leave with this boat, man, y'all better come, 'cause the water getting ready to top the levee.

RG:   And um….and um so so when you when you saw the barge in the in the 9th Ward area, was it, it was in the same spot where it's at right now, like around Jourdan and North Roman and Prieur?

EE:   Right. It sit…when the water went down, that's where it sit at. That's where it was at. Right there. It wasn't sitting out in the open, it was sitting on top of the houses. If the houses don't be there it'd be gone further than that.  The houses and trees. It'd probably be in St. Bernard Parish somewhere.

RG:   And and and about how high was the water when you when you first saw the barge?

EE:   How high was it?

RG:   Yeah, in the….

EE:   Okay the houses around there is at least twelve feet high, with the rooftops and all that, 12-14 feet, uh…..I got a fish finder on my boat that water, say. It was deep man, real deep. I mean real deep, 18-20 feet deep some spots.

RG:   And then had it, had it gotten up to that point where you where you said by the uh…like 4-6 inches from the floodwall when that happened.

EE:   Right.

RG:   But did did you ever see….you never saw it go over the floodwall, like like where it was the….

EE:   What you mean, did I see the barge go over the wall?

RG:   Yeah.

EE:   No. The barge just didn't go over the water. The barge came with the water.

RG:   So….

EE:   You know how a piece of log ride with the water? through a opening?

RG:   Yeah.

EE:   That's the way the barge did. The barge didn't break the levee, if that's what they trying to say.

RG:   Well, that's that's what we're trying to find out.

EE:   No the barge didn't do that.

RG:   I mean did you see the barge come from the canal into the 9th Ward area?

EE:   Did I see it? No, I didn't see it, but I'm saying that's impossible for the barge to knock that section there out, a smooth little section out, and from the….as high as the water is, the barge gonna be sitting on top of the water and the spot where it was…the opening, it was smooth as the street. That's impossible.

RG:   You mean like there's no nicks or no breaks?

EE:   No, nothing, 'cause I rode my boat across there, man. I rode my boat across all there. I had to ride and see for myself.

RG:   So you think that the....like you said....like the barge...after after the levee broke that the barge just floated in with the....

EE:   Right.

RG:   ....with the water and.....

EE:   Right. That's what it did.

RG:   And got...

EE:   Right on in.

RG:   Like sucked in.

EE:   Like it suck....no, the current brought it in, it didn't suck in. That's what....the current brought it in, 'cause that water was....After they opened it up and let the water...instead of going Uptown the force of the water brought whatever was in that canal over there on us.

RG:   And then...had anybody else seen the barge beforehand in the canal, or they just saw it when when it was in....

EE:   Let me explain something to you. The last time I went and looked in the canal, I think it was like 1:30, and I could see from Florida Avenue to the Claiborne Bridge. I didn't see no barge nowhere. I don't know where the barge come from. I really don't know. I don't know where it come from. See they hadn't they hadn't turned the lights out or nothing and you could see the water was crystal clear. You could see straight ahead. It wasn't no barge or nothing around.

RG:   So...so when did the electricity go out?

EE:   The electricity started going off and on around...around 1:00, between 1:00 and 1:30 (*talking in background*) it started, the electricity started going off and on. See when it, first time it went off, I told my old lady, I said y'all get ready 'cause they getting ready to turn the lights out on us. The water was getting high. That's...they let you know they getting ready to do something, 'cause they turn 'em off and about a half an hour they turn 'em back on, then they...when they cut them off again the last time they don't come back on. All the power's dead then. No power nowhere. They give you a warning.

RG:   And then and then after all the electricity...the electricity went out first and then that's...after that is when it, when the levee broke?

EE:   No.  After the electricity went out we went on the bridge.

RG:   Okay. After it went out for good.

EE:   After it went out for good. We was riding in the dark, trying to get to the bridge.

RG:   And that was...that was in the entire 9th Ward there was no electricity?

EE:   They had...they had lights on the Claiborne Bridge. They didn't...they didn't have lights off. They had lights like on the St. Claude side. You could see lights on that side, but on our side they didn't have no lights.

RG:   Okay.

EE:   See, on one side is lower than the other side. One side is higher than the other side. St. Claude Street is the high side. Where we live at on the other side of the Claiborne Bridge is the low side.

RG:    And then you said that that you....you stayed on there for...on the on the bridge for ten

days rescuing people and bringing them back to the bridge, or?

EE:    Ten days I live on that bridge. Ten days they drop us food and water from helicopters.

RG:    Now...now you said that the that the....you don't think that the barge broke the levee and

that you don't think that the that the water could have broke the levee.

EE:    The water couldn't break the levee. That....the force of the water couldn't break that

levee like that.

RG:    So how do you....how do you think that....

EE:    It's too convenient for that spot that break in in the same spot 39 years from the same

day, from when the storm came. It was too convenient. That was too convenient there.

They picked that same spot when Betsy came. If you look at the films when Betsy, look

at that breakage in the levee, it's the same identical spot. So they can't say it's a weak

spot. If it was a weak spot they'd a reinforced that spot there, so it wasn't no weak spot

there. That was the spot they broke so the water could go shoot down Claiborne.

RG:    And then but...but how do you think...I mean do you think that they did something else

to it, or, how do you think that they could have knocked down the levee?

EE:    Same thing they did in Betsy. They blew the levee up. They blew it up. They blew the

levee in Betsy and they blew the levee this time. I heard it when they blew it in Betsy. I

was standing right there watching it.

RG:    During during Betsy they did the same thing?

EE:    Same identical thing. Corps of Engineers did that.

RG:    And did....

EE:     Everybody know about that.

RG:     And then…but you didn't see anybody out there like…

EE:     Nooo..

RG:     …that could have planted anything, or…

EE:     No, we didn't see nobody do nothing. I can't lie and say I saw someone because I didn't, but I know for a fact that barge didn't open…didn't break that levee in two spots like that.

RG:     And and…do you know if…if one spot happened before the other, like did the did the levee by Florida break before the levee uh near uh North Prieur and Roman?

EE:     Right. The water it…it broke at Florida Walk first, and then….'cause the water had done topped the levee. We was riding through water. By the time we got up the bridge the water was coming up the bridge right along with us. We was standing out there watching it.

RG:     So so…how deep was the water before y'all got to the bridge?

EE:     Oh….I could drive my truck and things through it. It hadn't gotten that bad yet.

RG:     Like just a few inches?

EE:     Yes.

RG:     And then but then after y'all got up to…..

EE:     …to the bridge, you could see it coming.

RG:     So y'all got up there just in time.

EE:     Just in time.

RG: And then....had you heard from anybody else that was there that that actually saw what happened, or?....or?

EE: Oh, James, the one I was telling you they call "Boopie" "Bootie" he was he was in there too. He didn't see it, but he rode it out too, because he was saving people with his boat.

RG: Oh what do they call him, "Boopie"...?

EE: Yeah, "Bootie" "Bootie"

RG: How do you spell that, like B-O-O-T-I-E?

EE: Right.

RG: And he lived, um, where did he stay at, by Andry and Galvez?

EE: On Andry and Galvez. His house was on the corner of Andry and Galvez.

RG: Okay.

EE: That's like the 2100 block.

RG: Do you know anybody else that lived with him there that...?

EE: His family.

RG: But you don't know their last name?

EE: No, I don't know his last name, but I got his number in my phone and him and I, ya know, still talk, so whenever he calls me I can get it for you. His real name is James...James, I can't think of his last name. He told me his last name but I can't think of it, but his first name is James.

RG: Okay. Well I'll try to get in touch with him. And what...which way was the...which way...I know that the...that the current, you said that after after the after the levee broke, the current was actually going into the 9th Ward.

EE:     Right. So fast, man, I mean it was dumping water so fast that it it it looked like something you see in the movies.

RG:     And did... do you know which way the...the current was flowing before the levee broke, while it was topping the...topping the floodwall right there?

EE:     The wind was blowing toward uh...uh...the Coast Guard station. It was blowing from the back bridge toward us.

RG:     Okay so from north to south?

EE:     Right. You could see the water top-topping the levee. We could see it in our truck how it was coming over the levee.

RG:     But then when the....

EE:     After they....after they did whatever they did to the levee, or the levee did whatever it did to itself, it stopped topping the levee.

RG:     Okay.  And then like you said, the highest it got was like 4-6 inches from the top. It was just a little bit of the floodwall left that you could see before it broke.

EE:     Right....No, not before it broke. Before it broke you couldn't see the wall at all.

RG:     Oh, so it was above the....

EE:     You couldn't see that wall, period. The water had done topped that. I keep telling you that. The water was coming over the side.

RG:     But did....but it was the same....it was the same height on....in the neighborhood of the 9th, the Lower 9th Ward as it was in the canal?

EE:     Right.

RG:     Okay.

EE:    Right.

RG:    Okay. So the water had topped the levee so much....

EE:    The water had done topped the levee, coming over the levee, before they opened that levee up.

RG:    Okay.

EE:    In other words, the water was headed in town.

RG:    Okay.

EE:    It wasn't...it wasn't coming on us. It's sad. It was gonna go in town. It was gonna flood New...uh Canal Street. It wasn't gonna flood us, though.

RG:    And then you said from like 3:00 AM to 4:00 AM that's when y'all went up on the....

EE:    No, not...we didn't go on...we only went on the levee at 1:30.

RG:    Okay, 1:30. And then you said that the water was like halfway up from the flood....

EE:    ...the floodwall...

RG:    ...from the floodwall.

EE:    Right.

RG:    And then around....

EE:    It was about, I'd say from as long as my arm inside the wall before it came over, and my arm is about...um....about 30 inches long.

RG:    And then... and then but but do you think that the water could have could have topped over the levee from the canal into the Lower 9th Ward area as much as it did to make it the same height as the canal or do you think that that.....

EE:    Let me go....You know how....Do you see the remaining of the levee?

RG:    Yeah.

EE:    Okay. The water was over that. It was coming over that. Period. It was like somebody
       pouring water out of a bucket on the other side. That's where the water was topping the
       levee. That's how it made a trench beside it.

RG:    Okay.

EE:    The force of the water was coming over that wall so hard and so fast it dug a hole right
       beside the levee all the way down.

RG:    And the but... but what I'm...what I'm trying to see is...is that....Did the water come
       over over the floodwall from the canal like you said like you're pouring pouring water
       out of a bucket....

EE:    Right.

RG:    And then did it eventually fill up the Lower 9th Ward....

EE:    Right.

RG:    ....until it was the same height as the canal and over the floodwall...

EE:    Right.

RG:    ....and then the levee broke....

EE:    Right, and then the water.....

RG:    ....and then the water went down.

EE:    ...went down a little...It didn't go down that much now. It didn't go down that much. It
       went down as high as the houses, rooftop of the houses.

RG:    Okay. And then uh and that was like you said like 4-6 inches below the floodwall?

EE:    Right.

RG:   Below the top of the floodwall, not below the bottom.

EE:   Right. Right.

RG:   And do you think....and you said that you think that think that the Florida Street side happened first?

EE:   Right.

RG:   And do you think that that could have caused the first flooding.

EE:   Right. That's what caused the first flooding.

RG:   Okay. 'Cause I was just wondering if....I was just seeing how that...just the water topping over the levee and doing like you said pouring pouring a bucket over, how that could just flood it so quick.

EE:   No. In fact when it broke the back end....

RG:   Okay.

EE:   ...it started to flood first.

RG:   Okay.

EE:   See, had they broke the front of the levee first, we wouldn't have got out. We would have been riding in the water. We'd probably be dead right now, 'cause the water had so much force when it came through.

RG:   And it was just....y'all didn't hear nothing?

EE:   I...You couldn't hear no sound because the wind was blowing so hard and the rain was coming down with the wind, so you couldn't hear, you couldn't hear what was happening out there.

RG:  Okay. And then y'all uh...whenever it all cleared up, you said around 11:00 AM or 12:00 PM on that on that Monday....

EE:  Right, it got clear where you could see just what's happening.

RG:  Okay. And then that's when that's when you saw the barge in the 9th Ward area?

EE:  Right.

RG:  In the same spot, and that's when you began saving people in the area.

EE:  I went and set my boat in water and started seeing how many people I could save. I knew they was coming at me. I knew they was gonna do that.

RG:  You knew they were gonna blow it?

EE:  Yes, indeed. Somebody had to be a sacrifice lamb and we always be the sacrifice lamb. They ain't gonna never kill Uptown.

RG:  Well that's why we're trying, we're trying to get in touch with everybody and trying to find out the truth.

EE:  I lived through it to tell you. I wish I'd a had a camcorder so I could have filmed it all for you, and you'd have had first hand proof of what had really went on in that 9th Ward.

RG:  And then do you...have you heard of anybody that had a camcorder or anything?

EE:  No. No. Nobody didn't have time to get no cameras or nothing during that time. They was trying to save themselves.

RG:  It came up...

EE:  The ones that stayed, they didn't have time get a pair of shoes or pair of pants.

RG:  So it took, like just with your, with your time frame, it took about an hour and a half to, about an hour and a half, two hours to completely flood the whole area?

EE:     Right.

RG:     'Cause it started coming up as y'all were going up at 1:30 or so.

EE:     Right. The whole area got flooded at around between 3 and 4 o'clock. The whole 9th Ward was flooded. We could see that much.

RG:     And then you said at around 4:30 is when the break came?

EE:     Yep, between 3 and 4, between not 3 and 4, between 2 and 3, between 2 and 3.

RG:     Oh, okay, I'm sorry. I'm just trying to get the the time frame right.

EE:     Yeah, between 2. Because we got on the levee at 1:30.

RG:     I thought, okay, 1:30. You told me around 1:30 was when you when you checked the Florida Avenue.

EE:     Right. When I checked the Florida Avenue and we got in there, it was about 1:30 when we was at, to, the bridge. I made a mistake on the time, but I was checking it every hour on the hour. But I know we was on that bridge at 1:30 and the water was running up the bridge right along with us.

RG:     Okay. And then, so then from there, what time....

EE:     The lights went off. All the lights went off.

RG:     Okay. Including the ones on the Claiborne Bridge?

EE:     Yes. All the lights went out. It was full of blackness.

RG:     And then you said between 2 and 3 or 2 and 4?

EE:     Between 2 and 4 that occurred.

RG:     The break or the actual flooding of everything?

EE:     The break and the flooding of everything too.

RG: Okay, but it, but uh...the whole 9th Ward flooded before the break?

EE: No. No. The whole 9th Ward wasn't flooded before the break.

RG: Okay. I thought I thought that you were telling me that it that it was the....

EE: The back break started the flooding.

RG: Okay, but before the....

EE: Where the back bridge at.

RG: ...but before the break closer to the Claiborne Bridge.

EE: When they, when they opened it, when they did whatever they did to the front, that's what flooded the 9th Ward. That's when the water started topping everything, started topping the houses and everything.

RG: And then did y'all...how did you know what time it was? Did y'all have a clock in the car?

EE: I got a clock in my truck.

RG: Okay.

EE: A clock on my cell phone.

RG: And then was was the cell phones working, or....

EE: Yeah, they were working.

RG: Did y'all call 911?

EE: Who? To talk to who?

RG: Well, I don't know, to tell somebody what's going on.

EE: Man, we didn't think about calling nobody. We was riding that storm out, man. We didn't use...we didn't call nobody until the storm lightened up and you could get through

every now and then, you could get through on the lines, somebody, every now and then.

Then again, I wasn't thinking about using no phone, me. I was trying to get them people

off the rooftops and things, crying out there, man.

END OF SIDE A


START OF SIDE B

EE:     .....as a fish. Tied to barrels.

RG:     Did you um....did did....You said that you rescued somebody that was sitting on, that
        was on the barge?

EE:     Yes. They had a guy on top the barge.

RG:     and...

EE:     (*unintelligible*) We had no rope or nothing to lower him down so he had to jump in the
        water if he wanted me to get him.

RG:     And about uh how old was he?

EE:     He was in his....between 30 and 40.

RG:     He was uh, black, white?

EE:     Black man.

RG:     Black man. And then was was there anybody else in that in that direct vicinity of where
        the barge was and the break that you rescued around there?

EE:     Yes. They had, the guy was tied to four barrels, aluminum barrels, they tied them up four
        aluminum barrels. That, the barge, had blocked him in but I can hear him, ya know 'cause

I had a horn and I blow my horn and people would holler for me and I'd try to get to them.

RG:    And then do you know do you know when he was rescued? Was he rescued on that Monday or the next day or....?

EE:    He was, he was rescued that same day, Monday, around 2:00....around 1:00 or 2:00 I got him out there. 'Cause I went rode around the barge. That's how I found him. I had to go take a look at the levee myself.

RG:    And and then by that time 1:00 or 2:00 PM it had...it was...it was...was it still windy?

EE:    At 1:00?

RG:    Yeah.

EE:    The wind just started picking up at 1:00.

RG:    Just...it had stopped picking up?

EE:    One at night it started picking up. The rain started coming down. It wasn't raining hard but it started coming.

RG:    And...anybody else right around there that that you had rescued?

EE:    Man, it, I don't know all them people I...I pull off trees and children I pull off houses and things. I don't know their names and things.

RG:    But, uh, the man in the barrels, what did he....was he uh....how...

EE:    I know him. His name was Parker. James Parker.

RG:    Is that right there right by where they have those antique cars?

EE:    That's exactly right.

RG:    Okay. And and he was rescued on that Monday?

EE:    Right.

RG:    He was one of the first ones that you rescued?

EE:    No. Unh-uhn. (negative) He wasn't the first one.

RG:    Oh, okay.

EE:    No, indeed.

RG:    But it had...

EE:    The first ones I rescued was around Tennessee and Claiborne....and Forstall, all around there, all over there. Everywhere I passed my boat to, I picked up people.

RG:    Okay.

EE:    I picked up people two days before anybody come and help us.

RG:    There there was nobody else out there helping other than, like you said, uh Michael Knight...

EE:    National Guard they was going. They they had boats, but they had about 40 boats they brought people from St. Bernard Parish. After they cleaned out St. Bernard Parish, then they started working in the 9th Ward.

RG:    Okay. Was...is there anything else you can think of or...anything else that might help us, ya know, in the right direction as to what....

EE:    ...they acted real funny...wouldn't give me no gas to help save nobody.

RG:    Who wouldn't?

EE:    The National Guard....wouldn't give me no gas. Told me they needed they gas.

RG:    And then...were were they saving people out there too, but afterwards?

EE:    Afterwards they started saving people.

RG:   And that was two days after, so on that, not that uh….?

EE:   Not on the first day at all, period.

RG:   But on that Tuesday?

EE:   Right.

RG:   And do you remember who else was out there? National Guard, where there any NOPD out there or any uh…

EE:   NOPD. Everybody was at the St. Claude Bridge. All the law enforcement agents were at the at the uh St. Claude Bridge. All of them. But I told you they worked the parish before, they worked St. Bernard Parish before they started working the Lower 9th Ward.

RG:   And was was the was the Claiborne Bridge up at that time or was it down?

EE:   It was down. It didn't go up until after, until after everything was over with and they um, declared they didn't want nobody down there any more. Our truck was still on the bridge ten days. The Claiborne Bridge was up, we couldn't have stayed on the Claiborne Bridge.

RG:   Well I I didn't know if it was like y'all stayed ya know up until the point where they lifted it up.

EE:   No, unh-unh (negative) it was down the whole time, 'cause we walked from one side of the bridge to the other side the bridge. I'd bring a load of people on on my side and they'd walk on the other side and the National Guard uh was picking them up on the other side. They was picking them up on that side and bringing them to the Superdome, bringing them somewhere.

RG:   Okay. And then what about….do you know if the if the locks, you know the uh over there by St. Claude….

EE:   I know.

RG:   Do you know, were the locks open?

EE:   Were the locks open?

RG:   Yeah, like, I know, I know on one side on the....

EE:   The locks was closed, the bridge was down, and they still had emergency lights on over there. That's the only place they had lights.

RG:   Over there at the locks?

EE:   Right by the locks, yeah.

RG:   Okay. And was the Florida Bridge, was that down at the time?

EE:   Yes.

RG:   The Florida Bridge was down too?

EE:   Right. They didn't raise those, the other bridges, until everybody had got out of the 9th Ward altogether, and they just started using the one bridge, St. Claude Bridge.

RG:   Okay. Well, I'm trying to think of any other questions I might have, but um and where uh, where did you work before, before all this happened?

EE:   I'm retired.

RG:   Oh, you're retired.

EE:   Yes.

RG:   Okay. 'Cause you told me you had your Bobcats and your....

EE:   That was my that was my little side job, ya know.

RG:   Oh, okay.  Did you have like a business name or just....?

EE:   No. I just would just work if somebody needs me, that's all, like a little hustle.

RG: Okay. And uh, and if you don't mind me asking, how'd you get the name "All Night Shorty?"

EE: I've been having that name from playing pool all night long, staying around, walking around the pool tables all night.

RG: Oh really?

EE: Wh....

RG: 'Cause I....

EE: Yeah, I had a family to take care of and my job wasn't enough money so I had to go play pool after I get off work.

RG: And then you....you'd stay up all night playing pool?

EE: Stay up all night playing pool.

RG: 'Cause everybody, everybody told me "All Night Shorty" but they they......

EE: My name is Ernest Edwards, but they they....everybody living in the 9th Ward been knowing me 20 years don't know my name. They know me as "All Night Shorty."

RG: And uh I talked I talked to a few people and and like uh one person told me that they just knew your first name as Ernest, then another person told me they thought your last name was Edwards and that you lived on uh Deslonde.

EE: Right. 2024 Deslonde.

RG: And then and then you're over in uh in Roseland?

EE: Yes.

RG: Louisiana, now at 64422 Wicker Lane?

EE: Right.

RG:     Okay. And if if I have any other questions or anything, do you mind me contacting you?

EE:     Always feel free to call me anytime, sir. I want to tell somebody about this.

RG:     Yeah, well that's....

EE:     Somebody should know.

RG:     Yeah, that's what we're trying to find out.

EE:     Somebody needs to know.

RG:     And that's....I called uh...I don't know which number I called.....985-748-8776. Is that your number or is the other number?

EE:     That's that's my mother-in-law's number.

RG:     I'm sorry?

EE:     I have a cell phone.

RG:     Oh, okay, what's your cell phone number?

EE:     Uh...504-812-1727.

RG:     Okay. Okay, so I appreciate it.

EE:     You want....let me see I give you, you want James' number too?

RG:     Yeah, you have James' number?

EE:     Yeah, I got it in my phone. Let me see if I can pull it up for you.  His number is 504-278-5448.

RG:     278-5448?

EE:     Right.

RG:     Okay. Anybody else's number that was out there that you know?

EE:   Uh....I don't know Chester's phone number, but he was out there. I don't know his phone number.

RG:   Chester? And he lived across the street from you, huh?

EE:   He was living across the street.

RG:   Okay. Okay, well I appreciate it, and... Do you want my number, just in case you think of anything else or or know of anybody else, if you get in touch with Chester or anybody that wants to call me?  I can give you our toll-free number.

EE:   Okay. Let me get a pencil and write it down. (paper crinkling) Now tell me something.

RG:   Yes sir.

EE:   Is we gonna hear any results of this conversation? Is we gonna get anybody to speak for us behind this?

RG:   Uh, I'm not sure.

EE:   Okay.

RG:   I'm just....what I'm a private investigator and what we do is we just collect the information.

EE:   Okay, what's your number?

RG:   My number's uh 1-888.....

EE:   Oh...I got a pen that don't write. *Troy, you got ain't got no pen in your pocket?* I gotta find find something that write. I got a pen that don't write. (*unintelligible talking in background*) What's your name again?

RG:   Robert.

EE:   Robert?

RG:    Yes, sir.

EE:    And soon as, you know, some of them guys call me that was on that bridge with me...

RG:    Uh-huh.

EE:    As soon as they call me I'm gonna get their name and their phone number and I'm gonna call you and give it to you.

RG:    Okay.

EE:    'Cause it was, all total, I think it was about 14 of us up there. Ya know, 'cause I forgot, my brother had a load in his truck with him too. Clarence Baptiste, he was up there with us.

RG:    Who was that?

EE:    Clarence Baptiste.

RG:    Is that Clarence "Snake" Baptiste?

EE:    That's him.

RG:    "Snake."

EE:    That's him.

RG:    I don't think I've talked to him yet, but, uh...He lived over there on uh North Prieur by Deslonde?

EE:    Right there. He lived right there where the breakage was.

RG:    And and he was on the bridge?

EE:    Right, he was on the bridge with us.

RG:    Before the uh.....

EE:     [(*in background*) Turn the light on. Turn the light back on. Push the light back on, right away.]

RG:     ...before the flooding, he was up there?

EE:     [(*in background*) Right.] Now, what's that number again?

RG:     Uh, it's 1-888

EE:     1-888

RG:     737

EE:     737

RG:     2202

EE:     2202, okay

RG:     But, yeah, I'd appreciate you passing along my number and if you if you think of anything, give me a call, but we're just trying to find out what really happened out there, 'cause, I mean there's just so many stories and and rumors that we're hearing, we just want to find out what actually happened, and the only way we can do that is by talking to people that were actually out there, that actually saw what happened.

EE:     Okay. Well if you think of anything, just call me, and if I think of anything, I'm gonna call you.

RG:     Okay, well thanks a lot Mr. Edwards.

EE:     I'm gonna tell "Snake," 'cause "Snake" and them, "Snake" calls me sometimes too.

RG:     Yeah, I talked to uh...who did I talk to? I talked to "Money Mike," a man by the name of "Money Mike" out there.

EE:     Yeah.

RG:     That told me he knew he knew Clarence.

EE:     Right.

RG:     But he couldn't find his number.

EE:     You know, I don't know his phone number right off hand. He don't have no house there. He was living in a brick house and there's nothing there but a slab.

RG:     It's just a slab now?

EE:     Just a slab. In fact, in a three block area there's no houses.

RG:     Yeah, I've seen it, it's pretty......

EE:     You know.....so uh, I sure hope somebody can do something about this here, 'cause that's a shame the way they did us.

RG:     Yeah, well we're just trying to find out just trying to find out what happened.

EE:     Is it gonna be told like this?

RG:     Well I'm...what I do is as a private investigator, we just we collect the information and the facts, and whatever you tell me, ya know, that's that's the way I tell it. I don't change the story around or nothing. And then....

EE:     If anybody else needs to contact me, give them my number, so I can call them, so they can call me and tell I can tell them the same thing.

RG:     Okay.

EE:     Do that.

RG:     Okay. Well thanks a lot Mr. Edwards.

EE:     Call me anytime.

RG:     Okay I appreciate it, man.

EE:     Okay.

RG:     Okay, have a good one.

EE:     You too.

RG:     Bye bye.


SECOND PHONE CALL

EE:     Hello.

RG:     Hi, Mr. Edwards?

EE:     Yes?

RG:     Hey, this is Robert Garcia again. I just had a couple more questions real quick.

EE:     All righty.

RG:     Where where exactly were y'all parked on the bridge?

EE:     On which side? We was on the downtown side. In other words, on on the side where the levee was broke at. We was parked right there where you could see the levee.

RG:     Okay, so y'all were....

EE:     We was parked we parked about about half of the bridge, in between the bridge. From the street to the bridge, we was in the middle.

RG:     Okay, like right, like a little bit up from Jourdan?

EE:     Right there on Jourdan.

RG:     Okay, so y'all were right like right at Jourdan on the bridge?

EE:     Right.

RG:     Okay. And then y'all were on the y'all were on the on north side of the bridge?

EE:   We was on the side where the barge at.

RG:   Okay. Okay.

EE:   Now is that the north side?

RG:   Yeah, that that'd be the north side of the Claiborne Bridge.

EE:   Okay, well that's the side we was on.

RG:   Okay.

EE:   We was on the going in town side, not the coming down side.  You understand me now?

RG:   Well, if y'all were on Jourdan, y'all would be on uh….

EE:   We were on Jourdan, okay we were on that side the canal, that's if you was going up the bridge you'd be you'd be going toward Canal Street.

RG:   Okay.

EE:   We was on the going up side…

RG:   Okay.

EE:   …not the coming down side.

RG:   Going, going from west….from east to west.

EE:   Right.

RG:   Okay. And then and then you could see, you could, I know that you were telling me that during the storm and all it was, you really couldn't see because it was like snow and all.

EE:   Right.

RG:   The rain was like snow.

EE:   Right. The rain and the wind was so hard you couldn't really see.

RG:    But, how how could you see the floodwall, the actual floodwall? Like you said at one point it got above the floodwall but then after it broke….

EE:    (*Unintelligible*)….we could see that. You could see in front you, you know, through my front windshield. Where we was parked, we was parked right there by the levee, and you could see it topping, coming over.

RG:    Okay, but in but in the exact area where the break occurred, you couldn't see that far?

EE:    No, I couldn't see that far down.

RG:    Okay.

EE:    All I could do was see up there where the corner, the corner, where it comes to a corner and then it turns.

RG:    Yeah, right before the bridge?

EE:    Right. You could see right there, ya know, how it was coming over.

RG:    Okay. Yeah, 'cause I was just wondering how you could have seen that, but if but if y'all were that close….

EE:    We was we was that close where we could see it.

RG:    Okay. And then when um when did it start raining real hard?

EE:    Around 2:00.

RG:    Around 2:00

EE:    Around 2:00. It started getting worse around 3:00.

RG:    But, but before it started getting worse is that when the levee broke?

EE:    Right.

RG:    And then at that time could y'all see that far down by the levee break?

EE:    We couldn't see that clearly.

RG:    Okay.

EE:    We could see, we could see as far as that corner of the bridge. We couldn't see all the way down because the the wind and the rain, you couldn't really get no good view.

RG:    Okay. Okay, then. Well, that's all I wanted to know. I was just trying to figure out exactly where y'all were and all.

EE:    Right there in the center of the bridge sitting right there on Jourdan Avenue canal, I mean on Jourdan Avenue, right in the center.

RG:    Okay. Okay, then. Well I appreciate it.

EE:    Okay.

RG:    Okay. Well thank you, sir.

EE:    All righty.

RG:    Okay. Bye bye.