

# Centanni
# Investigative
# Agency

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

July 13, 2006

RE:   Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT ERNEST EDWARDS

The following is a transcription of a February 9, 2006, recorded telephone conversation with **Ernest Edwards** (hereinafter "EE"), a resident of the 9th Ward who did not evacuate for Hurricane Katrina, by Investigator RG of Centanni Investigative Agency:

RG:   Hello?

EE:   Yes.  My name is Ernest Edwards.  Did you call for me?

RG:   Uh...Yes, sir.  Hi, Mr. Edwards?

EE:   Yes.

RG:   Hi, this is Robert Garcia.  How are you?

EE:   Okay.

RG:   I had spoken with you.  Uh . . .

EE:   Beg pardon?

RG:   I had . . . I had spoken with you before.

EE:   Yes.

RG:  Regarding the 9th W– [*interrupted by EE*]

EE:  How long ago it was?

RG:  . . . when you spoke with me?  Uh… I had just spoken with you a couple days ago.

EE:  Where ya- . . . over by the house?

RG:  Yeah, over there in . . . in LaPlace.

EE:  Yes, okay.  Now what you're saying now?

RG:  And . . . and I was just, uh . . . just wanted to follow up with you about, uhm . . . about, you know, when y'all were out there during the . . . Hurricane Katrina . . . on the Claiborne Bridge?

EE:  Mm-hmm.

RG:  And, uhm . . . and you had told me where y'all were parked.  I'm . . . I was just kind of looking at pictures of where the . . . where the bridge is and, uhm . . . and you had told me that y'all were, I think, by the . . . by that guard rail . . . that, that rail that comes down to stop the cars.

EE:  Right.

RG:  And that's, uh . . . that, that railing that comes down . . . that's, uhm, closer to the . . . like, by the canal.

EE:  That's right.

RG:  The . . . the picture that I'm looking at.  And, uhm, I didn't know if y'all were parked over there or closer to Jourdan Avenue.

EE:  We was on the Jourdan Avenue side.

RG:  Okay.

EE:   On the same side where the barge at.

RG:   Okay.  On the - [*interrupted by EE*]

EE:   You got . . . you got . . . you got two sides.  You got a side that goes up and a side that comes down.

RG:   Right.  The side that goes up is going towards . . . uh . . .

EE:   Going towards the west.

RG:   Right.

EE:   And the other side is going toward the east.

RG:   Okay.  Now, yeah, I know y'all were in that . . . y'all were in that westbound lane, you know, like going up.

EE:   Right.

RG:   And I know . . . and you said that y'all were parked, uh, like directly on the railing.

EE:   Right 'side that . . . that brick wall.

RG:   Okay.  And, uhm, and . . . and I was just trying to figure out the exact area where y'all were over by, uhm . . . 'cause I- I'm just looking at the picture and I see the guard rail is, like, in between the . . . the, uh, the draw bridge and the levee.

EE:   Well just come behind . . . come behind the guard rail and go 'bout a hundred feet back and you'll have…that's where we be sitting at there.

RG:   Okay.  So a hundred feet, uhm, east . . .

EE:   Yeah, because . . .

RG:   . . . of that rail?

EE:   . . . the tractor trailer was sitting right there by the guard rail.  I was sitting behind a tractor trailer and a tractor trailer was sitting behind me.  You follow me now?

RG:   Okay.  And that was, uh . . . and, and

EE:   That . . . that'd put us right on top of the bridge – right on top the . . . where the . . . street run under the bridge.

RG:   Where Jourdan Avenue runs under the bridge?

EE:   Right.

RG:   Okay.  'Cause I was just trying to trying to clear that up exactly where y'all were and then, uhm . . .

EE:   That's how we get to see the man come up over the roof . . . come over the roof . . . in his house 'cause he live on Jourdan Avenue and we was parked right there.  If we wouldn't of been parked there, we wouldn't of saw him come up.

RG:   And that was right there at . . . at Jourdan Avenue where you . . . where that house was?

EE:   Right.

RG:   Okay.  And then you had, uhm, . . . and they had, uh, uh, two . . . two big rigs?

EE:   What?

RG:   Two big rigs up there with you, like cabs.

EE:   Eighteen . . . just the front cabs.

RG:   The front cabs of an eighteen wheeler?

EE:   Right.  One was in the front and one was in the back.

RG:   And you had told me, uhm . . . I think Chester w- . . . Chester Lastie?

EE:   He was in the back of me.

RG:   He was in the back of you?  And Joseph Edwards, that's your brother.

EE:   He was in the front of me.

RG:   He was in the front of you.  Okay.  And you had . . . you'd told me a couple of other people that were on the bridge.  I think it was a . . . Patricia Mosley?

EE:   Yes.  She was in the truck with Joseph Edwards.

RG:   And . . . and she was with, uhm, a man . . .

EE:   [*Coughing*] . . . with her husband.  She was with her husband.

RG:   Oh, that was her husband?

EE:   That's her husband.

RG:   Okay, and y'all only know....

EE:   But I - all I know is they call him by "Twin."

RG:   Twin?

EE:   Yeah, but that's her husband.  It's not her boyfriend.  It's her husband.

RG:   Okay.  So I wonder if his last name is Mosley too.

EE:   No, his last name's not Mosley, that's her last name.

RG:   Oh, okay.

EE:   I don't . . . I don't know his . . . I don't know his last name.

RG:   And he lived . . .uh, she lived on Deslonde too?

EE:   Right across the – right across the street.

RG:   Right across the street from y'all?

EE:   Right.

RG:   In the two thousand block?

EE:     In the two hundred bl-  What you call the two thousand . . . it was twenty . . . in the twenty hundred block.

RG:     Okay. 'Cause you – you were at twenty-twenty-four Deslonde, right?

EE:     And she's at 'bout twenty . . . twenty, uh, let's see . . . twenty-twenty-four, right.  And 'cross the street was twenty . . . thirty three someth- she's at twenty . . . twenty-forty-six . . . something like that there.

RG:     Okay.  And, uhm, and then . . and then did . . . did you know what Chester's wife's, uh, name was?

EE:     I told you before.

RG:     Oh, that . . . that the wife and . . .

EE:     I– I don't know the– the lady's name and her children's names, I just know him.

RG:     Okay.  And . . . and he was, uh...he was with her, his wife, and their three children – two or three children, you said?

EE:     On the bridge.

RG:     Okay.  An- and then you had also seen, uhm . . . you said that – that same barge that's sitting in the . . . in the Ninth Ward area . . . that that was over there in the, uhm . . .

EE:     On the other side by the wharf.

RG:     By the wh- like that, where . . .

EE:     On the Poland Avenue side.

RG:     . . . where it cuts in right there, like that, uh, that dock back there?

EE:     I don't know.  It . . . it's . . . you could see, but it wasn't . . . it was halfway down . . . halfway between Florida and Claiborne.

RG:    Okay. So was it up against the levee or was it inside . . . [*interrupted by EE*]

EE:    In other words . . .it was . . . it's against the . . . they got a place over there where they had a wharf at over there. Tore the wharf down.

RG:    Oh, they tore the wharf down?

EE:    Right.

RG:    And . . . an- and so that was kind of . . . that . . . was it directly across from where it's sitting now or was it a little bit more north.

EE:    It was down further.

RG:    Down furth- . . . up furth- up further north?

EE:    Going toward the back bridge.

RG:    Oh, going towards Florida Bridge?

EE:    Right.

RG:    Okay. And y'all had seen that when y'all had gone up . . . .up there . . .

EE:    Right.

RG:    . . . for the first time. And then 'cause I was just trying to make sure about the times and stuff, 'cause I wanted to make sure I got it right, you know. But uhm . . . but you had told me that like at around, uh, twelve-forty-five was the last time y'all had been by that back bridge and seen the water coming up?

EE:    No, man.

RG:    No, I mean before you . . . before you evacuated to the to the . . . to the Claiborne Bridge.

EE:    It was one-thirty.

RG:    Oh, it was one-thirty that you went?

EE:   I- you wrote it down on the paper.  What'd you throw the paper away that you- that I gave you it . . . all the information on?

RG:   Yeah, when I . . . when I talked to you, I thought that the one-thirty was the time that y'all got to the bridge.

EE:   No.  That was the last time I went and peeked at the bridge.

RG:   Okay . . . okay.  So one-thirty a.m., and that was on that Monday, August 29?

EE:   Right.

RG:   So one-thirty a.m. was the last time . . .

EE:   The water was getting ready to come on us . . . getting ready to top the levee.

RG:   And then it was . . . you had told me like if . . . like an arm's length almost?

EE:   You exactly right.

RG:   That you c-  you could just about touch it over the . . . over the . . . over the floodwall right there?

EE:   You got that right.

RG:   An- and then about what time did y'all get to the bridge?

EE:   It took us at least twenty minutes . . . was under there right there by the bridge . . . took me twenty minutes to hook that boat up an- and float by the bridge . . . about twenty to twenty-five minutes.

RG:   Okay.  So y'all probably got to the . . . to the North Claiborne Bridge at around, uh, like one-fifty, one-fifty-five . . . in the morning?

EE:   Not . . . not that . . . I don't think it was one-fifty.  I think it was 'bout quarter to two.

RG:   Okay.

EE:   It didn't take me but a minute to get there.

RG:   An- and then y- you had told me that y'all had, uhm . . . y'all had at first gone up the bridge and then didn't go as far up as y'all . . . as y'all ended up.

EE:   It's because we didn't know the water was coming that fast . . . and then we saw the water started rising in the street, so we moved on up a little further.

RG:   And that was- that was after it broke? After the levee broke?

EE:   No, the levee hadn't broke.

RG:   Okay, while it was topping over?

EE:   Yeah.

RG:   . . . topping over that concrete wall.

EE:   What you- what you think I done forgot what I told you the other day?

RG:   Huh?

EE:   You don't think I forgot what I told you the other day, huh?

RG:   Well I was just making sure to get . . . to get the times and all right and . . . and exactly what you said, you know . . . 'cause I want to make sure that I'm right.  Because I was just trying to figure out the . . . the exact area where y'all were . . .

EE:   Who you working for though? You an- you a investigator . . . who you working for?

RG:   I'm working for Centanni.

EE:   Centanni?

RG:   Uh huh.

EE:   And . . . and who . . . who are those people?

RG:   Who- who are the people Centanni? We- we're just an investigative agency.

EE:    Mm hmm.  Let me write that down.  Centanni.  [*paper rustling followed by brief pause*] All right.  You can ask some more questions.

RG:    Oh, okay.  And uhm . . . and then . . . and then you had told me that like at around 2:00 or- between two and three a.m., it was at first raining a little bit?

EE:    Noooo.  It started raining pretty hard.

RG:    Okay, it started raining pretty hard?

EE:    [*Beeping noise that sounds like a "car door open with keys in ignition" alarm begins chiming in background.*]  Right.

RG:    And at what time did it, uh . . . I mean you c- you could see clear . . . you c- you could see that barge across in that wharf . . . when you first got to the bridge.

EE:    Yeah.

RG:    And then, uh, when did it get to where you couldn't see anymore?

EE:    Around three o'clock.

RG:    Around three o'clock?  And tha- the wind and the rain was just so bad y'all . . . y'all couldn't see over there?

EE:    No . . . [*unintelligible*]

RG:    You couldn't see where that . . . where exactly that break occurred?

EE:    You couldn't see nothing but the water topping that corner of the levee . . . the corner of the levee . . . you could see just that [*unintelligible*] . . . see nothing else.

RG:    Right there by Jourdan Avenue and the Claiborne Bridge?

EE:    Right.  You could only see that.  You couldn't see nothing else.  You couldn't see no further than that.

RG:   Okay. And then, uhm . . . and at . . . when- when did everything clear up or when was the first time that y'all came out and seen that something . . .

EE:   Soon as day broke. [*Beeping noise stops.*]

RG:   I'm sorry?

EE:   Soon as day break. It started clearing up about six-thirty or seven o'clock . . . where you could see, but it was still raining hard and the wind was still blowing.

RG:   Okay. And wh- when, uhm . . . and that water that was topping over, uh . . . as it was getting high before . . . before you think that the levee broke . . . how long . . . how long before that . . . exactly that the levee did break?

EE:   I couldn't see.

RG:   Well, what time . . . 'cause you couldn't . . . you couldn't actually see where the levee had broken . . .

EE:   We couldn't see . . . [*talking over RG – unintelligible*]

RG:   . . . right there.

EE:   We couldn't see anything. After the rain started coming down so hard, we couldn't see anything. I told you around three o'clock, all hell broke loose. You could only see the cornder of the levee. The cornder wh- the corner where it turns and go backs to the canal? That's the cornder. [*Beeping noise starts again.*] You could only see that and you could only see the water coming over. If you look any further, you couldn't see nothing further away at all [*beeping noise stops*]. . . on account of the wind and rain was blowing so hard, you couldn't see.

RG:   Okay.  And then- and then when did you . . . y- you had told me that at . . . at . . . at one

point it, uhm . . . that the water stopped topping the levee and when . . . topping, it was

just like continuously pouring into the- into the Ninth Ward.

EE:   Right.

RG:   Into the Lower Ninth Ward over there.

EE:   Yes.

RG:   And then, uhm . . . and then you had told me that at one point . . . [*beeping noise starts*

*again*] . . . that, you know, it stopped topping the levee and then it started filling up in the

Ninth Ward li- like a lot [*beeping noise stops*]. . . real quick . . . you said within a matter

of minutes.

EE:   It- it filled that Ninth Ward up in 'bout thirty-five minutes, forty minutes . . . filled that

Ninth Ward up.

RG:   And about what time was that that it . . . that it . . . that it st-. . . that that happened?

EE:   That it filled the Ninth Ward up?

RG:   Yeah.

EE:   I couldn't say . . . I couldn't see.  I told you we couldn't see.

RG:   But y- but you could see the . . . the water coming up real quick, huh?

EE:   Ye- . . . we could see the cornder of the water of the bridge topping the levee.  That's all

you could see.  We couldn't see behind us anymore because we had to move up the

bridge. [*Beeping noise starts again.*]  Couldn't see anything.

RG:   And then [*beeping noise stops*] y'all moved up the bridge when the- when the Ninth

Ward started filling up?

EE:     Right.

RG:     And then do you know about what time that was . . . when it . . .

EE:     Started filling up?

RG:     Yeah.

EE:     Around two o'clock.

RG:     Around what time?

EE:     Around two o'clock.

RG:     Two o'clock in the morning?

EE:     Yeah, around two o'clock . . . a little after two, it started filling up.

RG:     Okay. Around two o'clock, it started filling up. Okay, 'cause I thought that it was . . . a little . . . like, like between three-thirty and four a.m. you had told me.

EE:     It was up [*beeping noise starts again*] . . . man, that- that water was coming up that bridge. Soon as we got up that bridge [*beeping noise stops*] that water was coming up the bridge right along with us. We hadn't been on the bridge ten minutes and we had to move up [*unintelligible*].

RG:     Okay. Well, I thou- I thought that when you had told me that it like between three- like it was a couple hours after y'all had gotten up to the bridge that it . . . that it filled up the whole Ninth Ward like, you know, like over the floodwall and all.

EE:     No, man. I told you we was parked at the bottom, almost halfway up the bridge, [*beeping noise starts again*] and about ten or fifteen minutes, we had to crank up and move up because the water was coming up the bridge. Raining . . . it had started raining harder [*beeping noise stops*] then . . . it was . . . it was a light drizzle but a hard wind blowing.

RG:   And then . . . and then . . . and then it started it started filling . . . it started filling up from the topping but not from the levee breaking, right?

EE:   It started [*unintelligible*] from the topping first.

RG:   I'm sorry?

EE:   From the topping first.

RG:   Yeah, it was topping at first.

EE:   Yeah.

RG:   And then- and then how long after th- it topped . . . [*interrupted by EE*]

EE:   It didn't . . . it did- it didn't fill the Ninth Ward up where . . . and so . . . [*beeping noise starts again*] you couldn't drive through it.  You coulda drove through it if you was in a truck or something, but you couldn't drive through it if you was in a car.  [*Beeping noise stops.*]

RG:   And that was when y'all first got up there?

EE:   Yeah.

RG:   Not too long after that.

EE:   [*EE speaking back and forth with unknown person in background – mostly unintelligible*]

EE:   [*To RG*] You still on the phone?

RG:   Yeah, I'm still here.

EE:   You needed to ask me any more questions?  'Cause I got to go.

RG:   Oh, you gotta go? Well, an then . . . and then during the hurricane, y'all didn't . . . y'all didn't get out . . . y'all didn't come out of the trucks, did y'all?

EE:    How in the world can you come out of a truck, man, when you got winds blowing at a hundred and twenty miles an hour . . . with blowing rain? How can you get out the truck? And you can't see if you get out the truck, when you goin' get out? When you goin- what you gonna see? Whatcha gonna try to do?

RG:    An- and . . . [*interrupted by EE*]

EE:    [*unintelligible*]

RG:    And Ch- Chester and Joseph didn't get out the truck at all during that time?

EE:    [*Unintelligible – phone connection breaking up*] . . . out the truck with the storm blowing like that. Man, somebody done had to be out their mind to try to get [*beeping noise starts again*] out the truck and move around out there in that storm, man.

RG:    And then [*beeping noise stops*] you told me that . . . that y'all did get out sometime in the morning at around [*interrupted by EE*]

EE:    Yeah, when the rain lightened up and I saw that fellow trying to get on- get on top the bridge, we tried to get out there to save him.

RG:    And wh- what time was that?

EE:    You wrote all this stuff down so I don't have to keep repeating myself over and over.

RG:    Okay. Well I ju- I just had that you . . . it was between seven and eight a.m.

EE:    Yeah. That's [*interrupted by RG*]

RG:    And then y'all got out and at that point y'all s- y'all had seen the barge?

EE:    Yeah, we saw the barge sitting over in the street.

RG:    Okay.

EE:    And we saw a big hole in the levee.

RG:   And that was the first time y'all had seen the hole?

EE:   Doing a hundred miles [*beeping noise starts again*] an hour.

RG:   It was- it was still blowing pretty hard at that time?

EE:   Yes, it sure was. [*Beeping noise stops.*]

RG:   Okay.  Well, I'll le- I'll let you go, Mr. Edwards.

EE:   Well you got my phone number, you can call me when you want to talk to me again.

RG:   Okay, I appreciate it.  Do . . . I have your . . . I had called, uh, another phone number.

EE:   Yeah, because you was supposed to call me.  I gave you my number.

RG:   When?

EE:   When did you come talk to me?

RG:   A couple days ago.  You did- you didn't give me you number to your, uh . . .

EE:   I gave you my cell phone number.  Five-oh-four-eight-one-two-seventeen-twenty-seven.
      You wrote it down on a paper.

RG:   Okay, I didn't- I didn't see it on there.  I don't remember getting that from you but . . .

EE:   Well, how did you get [*interrupted by RG*]

RG:   Oh, am I the- am I the only one that you had talked to about it?  About . . .

EE:   What happened?

RG:   Am I the only one that you had talked to about the Ninth Ward levees and all?

EE:   You the only one that came and saw me, didn't you?

RG:   Yeah, I- I was the one that came and saw you in Laplace.

EE:   Yeah, ain't nobody else came and saw me.

RG:   Oh, okay. And then- and then had you . . . have you talked to anybody else about this or anybody else ask you about it?

EE:   No.

RG:   No? Okay. Is there anything else you can think of or something that I didn't ask you or . . .

EE:   You didn't ask me why- why the National Guard didn't come down there the first day after the storm. Why didn't you ask me that?

RG:   Oh, yeah you d- you did tell me that over there.

EE:   But you didn't ask me that.

RG:   Did . . . I asked you that over, uh . . . over at your house, didn't I?

EE:   You should of asked me how many people we . . . we . . . we res- we . . . we saved. You should of asked how many boats we had running. The National Guard didn't try to come help nobody close to three days later, and they refused to give me some gas when I asked 'em for gas when I was trying to save people. You got all that down? You writing all that down?

RG:   I'm- I'm writing it down. And [*interrupted by EE*]

EE:   [*unintelligible*]

RG:   . . . and how man- how many people did you bring over there up to the bridge?

EE:   'Bout three or four hundred . . . almost five hundred people . . . I don't know how many people. I didn't- I couldn't count 'em. I was bringing fourteen at a time. I run from- I run from that- that morning from nine o'clock that morning to six o'clock that night. All

day running picking up people.  For the la- for three days straight.  And the fourth day I rode news people around.

RG:   On the fourth day you did what?  Rode news people around?

EE:   I think it was the fourth day or the fifth day, the news peoples came around there.  I rode them around . . . and showed 'em everything.  Just make sure that you put in there that Michael Knight, "All Night Shorty," and "Buttie" was rescuing people.  The National Guard hadn't even got there but the- the Coast Guard was flying over us looking at us . . . but the National Guard wasn't there . . . at all.

RG:   Until- until three day after, you said.

EE:   Right.

RG:   And they wouldn't give you any gas or anything, you had told me?

EE:   They told me their gas was rationed.

RG:   And "Buttie," that's James "Buttie?"

EE:   That's his name.

RG:   And then you don't know his last name?

EE:   I don't know his last name.

RG:   And then- and then the person that was . . . that y'a- y'all . . . you had told me that their house, uh, was floating on Jourdan at around seven or eight a.m. and then the guy jumped on the bridge . . .

EE:   Right.  His house live- they got a street there right side it that run right side that bridge, and his house sits right on that cornder . . . and his house had turned and was going under the bridge.

RG:   Okay.

EE:   Water had rooted it up from the foundation.

RG:   And y- you had . . . you had told me his name was O'Neal Magee.

EE:   O'Neal Magee, that's his name.

RG:   And you said his wife's last name was McFadden?

EE:   Right.

RG:   And- and had anybody else that you can think of that, uhm . . . I know you had told me that Chester and his wife and two or three children . . . [*interrupted by EE*]

EE:   Right . . . was in . . .

RG:   . . . were up there.

EE:   . . . was in his eighteen wheeler.

RG:   Yeah, and then, uh . . . and then in your car was, uh . . . was you, Ernest Offray, and, uh, Robin Wicker, your fiancée?

EE:   Yes.

RG:   And Ernest is your stepson?

EE:   Right.

RG:   And, uh, in Joseph Edwards' vehicle, uh, was Patricia Mosley and Twin?

EE:   And her husband.

RG:   And her husband is Twin, correct?

EE:   Right.

RG:   Okay.  And then- and then nobody else was up on the bridge at the time.

EE:   No, nobody else other than us.

RG:   Nobody else.

EE:   Nobody else.

RG:   And then- and then do you know how to get in touch with any of 'em or y- have you thought of their names, numbers, anything like that?

EE:   [*unintelligible*]

RG:   I'm sorry?

EE:   Don't you have Joseph's phone number?

RG:   Uh, yeah, I got Joseph's phone number.  I was trying to reach him but, uh, I've been having to leave a message.  I don't know if he's out driving a truck...or....

EE:   He drives his truck, that's why you can't catch up with him.  He's trying- he's trying to make some money.

RG:   Okay.  So at- so at three a.m. is when it started raining real hard and . . . and you couldn't see anything after that except for that corner of the floodwall.

EE:   Looked like the whole world was coming to an end.

RG:   And then . . . and then . . . and then how long after that did it start flooding real . . . real bad, like, coming up real quick.

EE:   I couldn't tell you.  I couldn't see.

RG:   Okay.  You could just see the . . . [*interrupted by EE*]

EE:   [*unintelligible*] . . . questions over and over but you asking me in a different way.

RG:   But I . . . but I was . . . bu- but before that y'all had gone up the bridge?

EE:   Here we go back to that again.  Didn't you... are you writing any of this down?

RG:   I'm . . . I'm writing it down but I'm just a little confused because . . .

EE:   If you're confused, well, I . . . you got . . . you got me confused now then.  I'm confused too.

RG:   Because I- I had just thought that . . . that, uh . . .

EE:   You asking the same questions over and over but in a different way.

RG:   . . . that you had gone up to the bridge and y'all had parked . . .

EE:   I tell you what.  I got to go.

RG:   Okay.

EE:   Call me.  Call me another time of day.

RG:   Okay.  Thank you, sir.  I appreciate it.

EE:   All right.