

# Centanni Investigative Agency

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ❖ Wayne R. Centanni, LCI
(504) 733-6914 ❖ FAX (504) 733-6909 ❖ E-Mail:piwayne@centanni.net ❖ Website: www.centanni.net

January 3, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF NOVEMBER 23, 2005 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *ROBERT L. GREEN, SR.*

The following is a **draft** transcription of a November 23, 2005 recorded telephone conversation between Investigator RMG of Centanni Investigative Agency (hereinafter "RMG") and **Robert L. Green, Sr.** (hereinafter "RLG"), a resident of the 9th Ward who did not evacuate during Hurricane Katrina:

RLG: Hello?

RMG: Hi. Is Robert Green in?

RLG: Speaking.

RMG: How are you doing, Mr. Green?

RLG: I'm doing all right.

RMG: Uh. My name's Robert Garcia, and, uh…

RLG: Uh-huh.

RMG: …and we're investigating the, uh, the, uh, the 9th Ward, uh, levee break over there.

RLG: Oh, you mean where them barges broke the levee, not the levee break?

RMG: I'm sorry?

RLG: Well I- You said- Well the way I see it another way. I say when the barge broke the levee, not the levee breaking.

RMG: Oh, okay.

RLG: Understand me?

RMG: Okay.

RLG: All right. You can look at your way. I'm looking at it the way I saw it. The barge broke the levee. Say what you say.

RMG: Okay. Well that's- that's what we're trying to figure out. We're trying to figure out exactly what happened.

RLG: Well I can tell you my impression of how exactly it happened. The same barge that was parked in the canal, uh, the day before the hurricane broke free because it was moored down at a feet of about, say, maybe ten feet, and the water rose fifteen feet, and the barge went through the levee. It almost landed in the same spot it was moored in, but it landed on the other side of the canal. So what you say?

RMG: Okay. So- So what- what was the cause...?

RLG: Anyway, before I talk any more to you, uh, who are you with? Give me a phone number and a name. Hold on.

RMG: Okay. I'm with, uh, Centanni, C-E-N...

RLG: Huh? You're with who?

RMG: Centanni, C-E-N.

RLG: I can't understand you. Let me do this. Hold up a second. (pause) Okay spell who you're with.

RMG: C-E-N.

RLG: C-E-N.

RMG: T-A-N-N-I.

RLG: T-A-N-N-I.

RMG: Investigative Agency.

RLG: Centanni? You kin to Mike that work for City Hall?

RMG: I'm sorry, sir?

RLG: Are you kin to the guy that work for City Hall?

RMG: No, unh-unh.

RLG: All right. All right. I'm on a bus right now. Give me a number I can call you back at.

RMG: All right. Area code five o four.

RLG: All right.

RMG: Seven three three.

RLG: Uh-huh.

RMG: Six nine one four.

RLG: Okay. Your name again?

RMG: Robert.

RLG: Robert?

RMG: Uh-huh. Garcia, G-A-R.

RLG: Robert Gar- Robert Garcia?

RMG: Garcia. G.

RLG: Robert?

RMG: Yes, sir, like y- like your first name, Robert.

RLG: Yeah. Yeah, I was trying to get you to say yeah but you never did.

RMG: Oh.

RLG: Robert Garcia.

RMG: Yes.

RLG: I'm gonna call you back when I get off the bus. Seven three three six nine one four?

RMG: Yes sir.

RLG: All right.

RMG: Okay. Thank you.

## END OF CALL