

**Centanni Investigative Agency**

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail: piwayne@centanni.net ◆ Website: www.centanni.net

RE:   Lafarge North America – Barge ING 4727
      *[FILE NUMBERS REDACTED]*

## TRANSCRIPTION OF RECORDED TELEPHONE CONVERSATIONS WITH 9th WARD RESIDENTS ANTONIO GUY, *[NAMES REDACTED]* (3/20/06)

The following is a **draft** transcription of a March 20, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and two 9th Ward residents who did not evacuate during Hurricane Katrina named **Antonio Guy** (hereinafter "AG") and *[NAME REDACTED]*. *[TEXT REDACTED]* The entire tape was transcribed, and the following is the draft transcription:

### March 20, 2006 – Conversation with *[NAME REDACTED]* & Antonio Guy

*[TEXT REDACTED]*

AG:   Hello?

RG:   Hello?

AG:   Hello?

RG:   Hi, is this Antonio Guy?

AG:   Yeah.

RG:   Hi sir, uh. My name is Robert Garcia.

AG:   Mm-hm.

RG: And I'm a private investigator.

AG: Mm-hm.

RG: And, uh, we are investigating the, uh, levee breaches over there in the 9th Ward area.

AG: Mm-hm.

RG: And I spoke with, uh, Palazzolo Simmons.

AG: Yep.

RG: Who had given me, uh, your name and number.

AG: Yep.

RG: And, uh, told me that you were out there during the time of the, uh, during the time of the flooding and the hurricane.

AG: Yeah, I was.

RG: And, uh, what we're trying to do is- is talk to as many 9th Ward residents that- as possible that were- that were out in that area that- that may know, you know, firsthand what happened out there, 'cause we're hearing all kinds of different rumors and stories and- and, uh, and the best way we can find out exactly what happened and the truth to what happened is, uh, to talk to people that were actually there.

AG: Right. Right.

RG: And, uh, so Palazzolo gave me your number.

AG: Right. Yeah, that's my cousin.

RG: Oh, okay.

AG: Um, I was on top of the, uh, the house before the storm hit. During the storm, the water came in 'bout three o'clock in the morning, but, the winds wasn't heavy enough for the water to come in, and by the time we looked out the door the water was just constantly rising. I mean, it kept rising and rising until we had to get into the attic and then on top