Case 2:05-cv-04182-SRD-JCW  Document 11765-29  Filed 03/25/08  Page 1 of 6



**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

September 4, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

### TRANSCRIPTION OF DECEMBER 12, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *MONTRELL HYMES*

The following is a **draft** transcription of a December 12, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Montrell Hymes** (hereinafter "MH"), a resident of the 9th Ward who did not evacuate during Hurricane Katrina:

MH: Hello?

RG: Hi, is Montrell Hymes in?

MH: Yeah, this is him, speaking.

RG: Uh, this is Robert Garcia. Um, I spoke with, uh, Reginald Thornton, uh...

MH: Yeah.

RG: ...over there at, uh, fourteen twenty seven Deslonde.

MH: Uh-huh.

Exhibit 28 to P Motion for Protective Order, Montrell Hymes 12/12/2006 Interview    Page 000001

RG: And, uh, we're investigating the levee breaks over there in the Lower 9th Ward.

MH: Okay.

RG: And Reginald told me, uh, that, uh, you had, uh, stayed during the hurricane.

MH: Yeah.

RG: Over there at your grandma's house on fifteen o six Deslonde.

MH: Right.

RG: And, uh, we're just trying to talk with, uh, people that stayed in the area…

MH: Mm-hm.

RG: …that, uh, may have seen something, heard anything that could kind of tell us about when the water came in and, uh, we're trying to figure out exactly what happened out there.

MH: Mm-hm.

RG: And, um, the only way to do that is to talk to people that were actually there….

MH: Right. Right. Right.

RG: …that could tell us what happened.

MH: Yeah.

RG: And, um, and so that's why I gave you a call.

MH: Okay. Okay.

RG: And, uh, do you- do you know when all this happened or?

MH: It was about five thirty in the morning.

RG: Around five thirty in the morning?

MH: Yeah.

RG: Okay. And then do you think that your view would have been blocked by the, uh, Claiborne Bridge?

MH: Yeah, definitely.

RG: 'Cause I know it- it comes up right over there.

MH: Right.

RG: Okay. And then anything else you can think of or?

MH: No, that's about it. It's about it.

RG: And we're- we're trying to just get in touch with everybody and- and, uh, have- have you talked to anybody that- that actually- that stayed or that told you what happened or that were closer and may have seen something or has everybody told you pretty much the same thing?

MH: Right.

RG: About- about that the levees were blown?

MH: Right. Well, nobody told me that, you know, that's my conception.

RG: Oh, okay. And where, um, where are you staying at now?

MH: Uh, I'm on the westbank right now.

RG: Okay.

MH: In Harvey.

RG: Okay. Okay. Well I appreciate it. We're just trying to get in touch with everybody and might be sending stuff out looking for more people and everything.

MH: Okay.

RG: Um, and what- what's your address?

MH: My address?

RG: Yeah.

MH: Is number twelve Sally Ann Street.

RG: Number twelve?

MH: Sally Ann Street. Off of Louisiana.

RG: Sally Ann? S-A-L-L-Y A-N-N?

MH: Right.

RG: Okay. You're renting there now or?

MH: Right.

RG: Y'all- are y'all gonna rebuild or?

MH: Yeah, eventually- eventually, but I don't feel comfortable about going down there right now, you know.

RG: It's, uh, I see- I see that some people are, uh, rebuilding out there and, uh, I think there's one house on your block, like in the thirteen hundred block where they've, uh, they've gutted and redid their whole house.

MH: Right.

RG: It's that green house.

MH: Yeah. Yeah. I got- it's gutted and everything, you know, but I'm just not sinking any money into it until I know the, uh, levee's safe, you know, and everything is up to par.

RG: You- you think this could happen again or?

MH: I don't know. I hope not. I hope not. That's why I'm just staying on the west bank for a minute, you know.

RG: Okay. Well if, uh, if you think of anything else, I'd appreciate you giving us a call, or if you...

MH: I'll sure do that.

RG: ... if you run into anybody that- that was out there too. We're just trying to find out what happened and...

MH: Okay.

RG: ...trying to find out the truth.

MH: Okay. Okay.

RG: 'Cause we're- we're hearing so many different stories and...

MH: Right.

RG: ...rumors and...

MH: Right.

RG: ...and like I said, the best way to find out what happened is to talk to people that were...

MH: That's right.

RG: ...actually there.

MH: Yeah. Right. Right. Right.

RG: But I appreciate it.

MH: It's no problem at all.

RG: Okay. Well thank you, Mister Hymes.

MH: Okay. What's your name?

RG: My name's Robert Garcia.

MH: All right, Robert. Okay. Okay. I'll check back with you if I hear anybody else that- that was down there.

RG: Okay. I appreciate it.

MH: All right. Take care.

RG: Bye-bye. You too.

MH: Bye.

**END OF CALL**

**END OF TAPE**