

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

August 8, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

### TRANSCRIPTION OF JUNE 5, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT *CALVIN JENKINS*

The following is a **draft** transcription of a June 5, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Calvin Jenkins** (hereinafter "CJ"), a resident of the 9th Ward who did not evacuate during Hurricane Katrina:

XX: Hello?

RG: Hello?

XX: Yes.

RG: Hi, is this the Jenkins residence?

XX: Yes.

RG: Yeah, I'm trying to get in touch with Calvin- Cal.

XX: All right, hold on.

RG: Okay, thank you.

CJ: Hello?

RG: Hello?

CJ: Yeah.

RG: Hi, how are you doing, man? I'm sorry to bother you. I'm trying to get in touch with Calvin Jenkins.

CJ: This is Calvin Jenkins right here.

RG: Oh, is this Calvin Jenkins that- that stayed over on, uh, twenty six twenty Deslonde Street in New Orleans?

CJ: Right. Right.

RG: Oh, okay. Uh, well my name's Robert Garcia.

CJ: Uh-huh.

RG: And we're, uh, talking with, uh, trying to investigate the levee breaches over there in the 9th Ward.

CJ: Yeah, uh-huh.

RG: And, uh, your name had come up. Um, I'd- I'd talked to Christopher Weaver...

CJ: Yeah.

RG: ...a while back...

CJ: Uh-huh.

RG: ...and he- he had mentioned your name, uh, that- that you didn't evacuate during the hurricane.

CJ: No I didn't. I got hurt down there too.

RG: Oh you did?

CJ: Yeah stayed down there for twenty nine days in Arkansas. I had surgery on my leg. I got hurt in the water during the storm.

RG: Oh, you did?

CJ: Uh-huh.

RG: And, uh, what we're trying to find out is, um, is what exactly happened out there with why the- why the levees broke.

CJ: Well I was asleep. If I wouldn't have heard that explosion I would have been dead. That's what woke me up. I heard an explosion.

RG: Okay.

CJ: Uh-huh.

RG: And, uh, you were over there at twenty six twenty Deslonde?

CJ: Yes. That's my house, uh-huh.

RG: And, um, and does that- does that face the, like the front of that- that faces the...

CJ: I stayed behind- I stayed behind the levee. See I'm on Deslonde and Florida Avenue and the levee right there is right there by Jourdan Avenue, one right in the back of me.

RG: Okay.

CJ: Uh-huh.

RG: So you were on the, uh, you were on the even numbered side of the street?

CJ: Right. Right.

RG: Okay.

CJ: Uh-huh.

RG: And, um, and so you were sleeping at the time?

CJ: Yes sir, uh-huh.

CJ: They got a lot of people down there but I don't know their name, you know, sir, that was out there around me, you know, 'cause I floated- I floated all the way from my momma house to the ball park on Caffin and Florida Avenue. They had about eight or nine people out there in the ball park, you know. We all was all on top of houses, couldn't go no further, you know.

RG: And, um, anything else that you can think of or anything else that happened out there that...?

CJ: No. I'm gonna tell you the truth. I was so much in pain, you know. I couldn't recollect everything but I know what I seen for myself, you know. But look like I could lose my leg but they save it, you know.

RG: And did- did y'all own that house at twenty six twenty Deslonde?

CJ: Yes sir. Uh-huh.

RG: That was your house or your momma's house?

CJ: My momma house. She deceased. She dead.

RG: Okay. So it was your house?

CJ: It my house, uh-huh.

RG: Okay. And, um, and then you're staying...?

CJ: I'm staying...

RG: What's the number that I called over here? The two six three eleven fifty nine?

CJ: Yeah, you want, uh, the address is, uh, twenty one o five Benoit.

RG: Okay, that's in Terrytown?

CJ: That's in Terrytown. Uh-huh.

RG: Okay.

CJ: Yeah.

RG: Okay.

CJ: Uh-huh. So where your- where your office? You- you- you down here? You located here?

RG: Yeah, we're in New Orleans.

CJ: Okay. You gonna send me some papers to fill out?

RG: Well we're, uh, what we're doing is just, uh, trying to get in touch with everybody to see if anybody had witnessed anything or...

CJ: Yeah. Uh-huh.

RG: ...and all that 'cause we're trying to...

CJ: Yeah, I'm right- I'm right behind the levee. I'm right there by it by my momma house.

RG: Uh-huh.

CJ: I'm right there by it. I could look out my back yard before the storm came and you could see the levee right in my back yard, you know.

RG: What- what time did you look out about?

CJ: You know, I was sleeping before it came, but I know the water was over the levees. I know that.

RG: Well when- when you first looked out like, uh, I mean had the- had the hurricane come already or was it...?

CJ: The hurricane had- the hurricane had passed then.

RG: Okay. About what time did you go to bed before that?

CJ: I really- I had went to bed I'd say about two o'clock, two thirty, you know.

RG: And then, uh, and was that that Monday, August twenty ninth?