

# Centanni Investigative Agency

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

November 6, 2007

      RE:    Lafarge North America – Barge ING 4727
              CIA File:  10838
              Client Reference:  99675/28821

## TRANSCRIPTION OF DECEMBER 7, 2005 RECORDED TELEPHONE CONVERSATION WITH LOWER 9TH WARD RESIDENT *MICHAEL REED*

The following is a **draft** transcription of a December 7, 2005 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Michael Reed** (hereinafter "MR"), a resident of the Lower 9th Ward who evacuated for Hurricane Katrina.:

MR:    Hello?

RG:    Hi.  Is Michael Reed in?

MR:    Speaking.

RG:    Hi, Mister Reed.  Uh, my name is Robert Garcia.

MR:    Yeah.

RG:    And I'm a private investigator.

MR:    Okay.

RG: And I got your name from Tracy Cooper.

MR: Okay.

RG: Uh, in the 9th Ward.

MR: Yeah.

RG: We're- we're investigating the levees breaking, uh, over there in the 9th Ward and trying to figure out what happened and, uh, we're just trying to get in touch with 9th Ward residents that may have been present in the 9th Ward area when the breaks occurred and that didn't evacuate for Hurricane Katrina.

MR: Oh, well, uh, I myself did evacuate.

RG: Okay.

MR: So, uh, I wasn't present, uh, but, uh, I have a, uh, a couple of other people, relatives, like my, uh, brother-in-law and, uh, a couple of brother-in-laws that did stay in the Lower 9th Ward.

RG: Okay.

MR: During the levee break. Uh, unfortunately I don't have a number on them right now. Uh, they- they actually, uh, they're in New Orleans but they're, uh, they're living on the job site because there's no housing available.

RG: Okay.

MR: And so I don't have a number to the job site but I can probably- I can probably get a number for them and maybe call you back with it.

RG: Okay. I appreciate it.

MR: Okay. Let me- let me, uh... What's your name again?

RG: My name is Robert Garcia.

MR: Robert Garcia?

RG: Yes, sir.

MR: And who are you working for, Robert?

RG: Uh, Centanni.

MR: Is that a, uh, an attorney or?

RG: It's an- it's an investigative agency.

MR: Oh, okay. Your name is Robert?

RG: Robert Garcia.

MR: Garcia?

RG: Yes, sir.

MR: And what number can I reach you at?

RG: Uh, area code five zero four.

MR: Mm-hm.

RG: Seven three three.

MR: Seven three three.

RG: Six nine one four.

MR: Six nine one four. Yeah, let me get those numbers for you. Maybe a couple of people that I know were here during the levee break, but I left the day before.

RG: Okay. Where- where were you living at?

MR: I'm in Texas.

RG: No, where were you living at prior to the-

MR: Oh, the Lower 9th Ward.

RG: Okay.

RG: Where- where was he living?

MR: He was living in New Orleans East, uh, which is part of the 9th Ward but it's- it's a little further away, you know.

RG: Right.

MR: Uh, also, uh, let me see who else stayed. I know, uh, I know Jerry. Jerry stayed but I can't think of Jerry's last name. I know he- but he was actually in the 9th Ward but he was on the opposite side of the, uh, bridge, around Poland Avenue.

RG: Okay.

MR: Yeah, he was on that side of the bridge, uh, but he did stay in his, uh, in his apartment, and he was stuck there for three or four days, but, uh, let me see.

RG: Yeah, I know- I know a lot of people- a lot of people that we talked with, uh, we're just hearing kind of conflicting stories, uh, and rumors.

MR: Yeah.

RG: As to what happened over there and what we're trying to do is find- find people that may have been there in the- in the vicinity of- of where the breaks occurred that...

MR: Okay.

RG: ...you know, that- that would have first hand information and- and, uh, I mean, 'cause we're hearing- I'm sure you're hearing all kinds of stories too about it.

MR: Oh, yes. Yes. A whole lot of stories. Now I know a couple of guys, uh, that actually- I know they were there because they was actually rescuing other folks with their boats down there.

RG: Was that, uh, Michael Knight?

MR: Yeah. He was down there.

MR: Yeah.

RG: Okay. Okay.

MR: Yeah. Yeah, that was on Saint Claude. My building's on Saint Claude that I ran my business out of, you know.

RG: Okay.

MR: Yeah. So, uh.

RG: And then would you like, uh, 'cause I know a lot of these people are out of town and all, can I give you our toll free number? That way if anybody calls from out of town it won't cost them anything?

MR: Okay, yeah, yeah.

RG: It's, uh, it's one eight eight eight.

MR: Mm-hm.

RG: Seven three seven.

MR: Seven three seven.

RG: Two two zero two.

MR: Two two zero two.

RG: Yeah.

MR: Okay. And, uh, yeah, Mister Garcia, if I get any, uh, any more names and numbers I'm gonna just pass them on to you. I'll try to make a note to write them all down and give them to you.

RG: Yeah, I'd- I'd appreciate it. We're just trying to find out, you know, what- what really happened over there, you know.

MR: Yeah.

RG: We don't work- we don't work for like a government agency or nothing like that.

MR: Okay.

RG: We're independent private investigators and, uh, we're just trying to find out what happened.

MR: Oh, okay. Yeah, it would be good if the truth would come out about that whole situation.

RG: Yeah, 'cause, uh, I mean, the rumors we're hearing, I've- I've heard that, you know, it was blown.

MR: Yeah.

RG: And, uh, and stuff like that, so.

MR: Right. Right. I'm getting- I'm getting all kinds of, uh, they said the barge broke it, they say an explosion broke it. I just don't know what broke it, but I know it was broken, you know, so.

RG: Yeah. Yeah. Yeah, I mean, I've been out there a few times and it's- it's pretty, uh.

MR: It's a pretty substantial, uh. They say that the, uh, they, you know, and one of the things that, uh, I heard that there was a twenty five foot crater underneath the ground, you know, uh, and I just don't- I don't understand how a barge could make a hole in the ground so deep. You understand what I'm talking about?

RG: That it- that it was a twenty five foot crater in the levee or...?

MR: Underneath the levee.

RG: Oh, underneath the levee?

MR: I'm talking about, you know, like, uh, where that- where that opening came in at.

RG: Okay.