

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

October 3, 2007

      RE:    Lafarge North America – Barge ING 4727
               CIA File: 10838
               Client Reference: 99675/28821

### TRANSCRIPTION OF MARCH 17, 2006 RECORDED TELEPHONE CONVERSATION WITH LOWER 9TH WARD RESIDENT *STEVENS KEITH*

The following is a **draft** transcription of a March 17, 2006 recorded telephone conversations between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Stevens Keith** (hereinafter "SK"), a resident of the 9th Ward who evacuated for Hurricane Katrina:

RG:    Hello?

SK:    Yes.

RG:    Uh, hi, is this Mister Keith Stevens?

SK:    Yeah. Stevens Keith, right.

RG:    Oh, Stevens Keith?

SK:    Yes.

RG:    Oh, okay. I'm sorry, sir.

SK:    No problem.

RG: Uh, my name's Robert Garcia and, uh, we're investigating the, uh, levee breaches over there in the Lower 9th Ward.

SK: All right.

RG: And, um, I'm not sure if I have the correct, uh, Keith, but, uh.

SK: Keith, K-E-I-T-H.

RG: Okay. And the, uh, your name had come up during our investigation. What we're trying to do is, uh, talk to individuals that were out in the Lower 9th Ward area during the time of Hurricane Katrina...

SK: Mm-hm.

RG: ...that may have, uh, seen or heard anything, uh, as to what exactly happened out there 'cause we're- we've heard all kinds of different rumors and, um, we're just trying to establish what- what exactly happened, the truth to the 9th Ward levee breaches, and the only way we can do that is by talking to people that may have been out there, uh, during the time of the hurricane and, uh, and- and... Did you used to live at seventeen o five Jourdan Avenue?

SK: Right. Right.

RG: Okay. And, um, were you- were you present out there during the hurricane?

SK: No, I had to go and, uh, uh, keep the family company.

RG: Oh, okay.

SK: The family had- I had to make sure they were safe, so at the time of the break I- I was at the dome, so I- well, I can't even tell you how that went, you know. I can just- all I hear is stories about the levee being blew up again, you know, so, uh, that's all I heard is that

RG: Okay.

SK: (*laughing*)

RG: Okay. I'm a- I'm a private investigator.

SK: Okay. Okay.

RG: And, uh, we're investigating the, like I said, we're investigating the levee breaks...

SK: All right.

RG: ...uh, and the reason that we're doing that is because, like I said, we're hearing so many different rumors...

SK: All right.

RG: ...uh, like you said, about blowing up, uh, the levee, and, um, and a lot of people that I've- that I've heard from had- had told me the same thing...

SK: Oh, okay. Okay.

RG: ...that they had- that they had heard, uh, noises like booms.

SK: Yeah.

RG: And, uh, and what- what we're just trying to do is- is to find out the truth.

SK: Okay.

RG: What I do as a private investigator is I, um, I- I collect the facts.

SK: All right. Okay.

RG: And, um, and I- and I've heard that, from several people, that, uh, certain, uh, entities are kind of covering it up.

SK: Right. Right.

RG: And, uh, and- and we're just trying to find out the truth to- to what happened.

SK: Oh, okay. So, well, I can give you a- quite a few numbers that- that's, uh, located in Houston and, you know, that's from that Lower 9th Ward area.

RG: Okay.

SK: You may have the numbers. I don't know. But, uh.

RG: Yeah, I've talked to a lot of people in the area.

SK: I have a Sernell Burnes on Jourdan. His house was pretty close to that area.

RG: What's his name?

SK: Uh, Sernell Burnes.

RG: Sernell Burnes?

SK: Yeah.

RG: He lived on Jourdan?

SK: Yeah. He's in that fourteen, thirteen hundred block area around there.

RG: Okay.

SK: And his number is eight three two two three zero three one zero nine. You have-

RG: And did he evacuate or he stayed?

SK: Oh, he's in- he evacuated. I don't know how he got out, but he's out. Uh.

RG: I mean, dur- during the hurricane. He was- he was in the neighborhood?

SK: As far as I know he was. He could give you a better idea. And, uh, you have like, uh, Otis. What's Otis? I don't Otis last name right off. Rai- uh, Rainey. I believe his last name is Rainey, and his family lived in that area. They could give you a- a some- some more information because like they were right there.

RG: He- he was on Jourdan also?

SK: Yeah, he lived in that area and they were there and, uh, they had to be evacuated out by- by he- by helicopter, and he ended up in West Virginia, and then from West Virginia he ended up in Cal- Riverside, California, and now he's back in, uh, in Louis- in, uh, down, uh, Lower 9.

RG: Okay.

SK: In the 9th, well, he's in the 9th Ward. His house was really in the 9th, but it was pretty close.

RG: It was on the other side of the canal?

SK: Right over there by the Port of Embarkation, uh.

RG: Okay.

SK: Yeah, his house- his home's right there. So, he didn't receive much water so, you know, so he might give you a better bird's eye view if he's being right by the Industrial Canal.

RG: Okay.

SK: And, uh, his number is nine five one five one five four four eight five.

RG: Okay.

SK: And, uh, I have, you know, I have numbers for sure. I have numbers.

RG: Okay. Yeah, we're just trying to get touch with as many people that were out there and, uh, that may have seen something, heard something.

SK: All right. I, okay, I don't know if he was- I don't know. A lot of- see the people I'm losing, you know, I get a number, then they'll move or, you know...

RG: Get another number?

SK: Yeah, kind of lose them and then I'll- they'll reappear, but, uh, in that area, Sernell could be the one to talk to because, uh, uh, he- he'll probably have all the people in his- in his,

uh, apartment complex. A lot of the people in his apartment complex, you know, uh, he probably could, you know, give you more information and pass...

RG: Okay.

SK: ...like pass the buck thing...

RG: Okay.

SK: ..to who you need to talk to and, uh, and they can give you more information 'cause, like I said, I- I was more concerned about family and my family lived- my wife and her child well they- and the child, they lived in the seventeenth Ward in, uh, in Carrollton and I happened to be- I had to go up there and make sure they were safe so- And then we ended up in Dallas together.

RG: Oh, okay.

SK: So, uh, I was- I was mostly in that- in that survival mode, trying to make sure they were taken care of and things like that, so, uh, but as far as the Lower 9, huh, you picked the right one to talk to. If you get Sernell, Sernell can give you these different names and numbers and...

RG: Okay.

SK: ...things like that. He can give you like more information.

RG: And then anybody else you can think of or?

SK: Uh, I have numbers, but like I said, my numbers are not connecting right...

RG: Okay.

SK: ...'cause people been moving around and- and I have to, you know, go through other people to get- to get numbers, you know, people that's down there or- or that's communicating to these, you know, more regular.

SK:  Uh, Lucinda. Lucinda Broussard.

RG:  Lucinda Broussard.

SK:  Yeah, Lucinda Broussard. How did you find me?

RG:  Well what we do is, we just, uh, like search on the internet and stuff and...

SK:  Uh-huh.

RG:  ...and just different- different, uh, databases.

SK:  Okay.

RG:  And just hearing from different people about where they think you might be.

SK:  Yeah. Yeah. Yeah.

RG:  And, uh, so we look in that area, and then, uh, I saw that there was a phone listing for a Keith Stevens.

SK:  Yeah.

RG:  And it's nine seven two eight two zero zero two seven zero.

SK:  Yeah. Yeah.

RG:  And you're at, uh, one eight nine four nine Marsh Lane, Apartment one zero two, Dallas, Texas?

SK:  Right. Seven five two eight seven.

RG:  Okay.

SK:  So-

RG:  But that's- that's- that's what we do. We-

SK:  All right.

RG:  And it's- and it's- and it is a little tough because everybody's everywhere.

SK: Right. Right. And, you know, you gotta... Somebody knows somebody and they know somebody and that's how- that's how I'm coming up with these numbers and that's how I get my numbers so, uh.

RG: And a lot of people, uh, they only know first names or last names or someone's nickname.

SK: Right.

RG: I no- I noticed that everybody in that area had a nickname.

SK: Right. (*laughing*) Right. Right. No doubt. No doubt. But, uh, I hope those- those- they'll, you know, those numbers will help and, uh, I'm quite sure they can.

RG: Yeah. I appreciate it.

SK: Uh, like they'll know somebody and you just explain what's the purpose and I'm quite sure they will cooperate...

RG: Okay.

SK: ...and, uh, just let them know, you know, what- what you're searching for and, you know, your intent and you're out to help and, uh, and get to the bottom of this.

RG: Right.

SK: You know, because I have a sneaky feeling that it was blowed again too. You know, they said that in the sixties when, uh, Schiro was mayor that the levee was blew because of Canal Street and the water, you know. They didn't want the water on Canal Street so they blew the levee and- to avoid Canal Street because being Canal Street being a- a district like it was at that time with a bunch of stores, um, they decided to let the water come to the Lower 9, but- but see I learned from that that you can't just sit by and wait and wait for Noah to come and to rescue you in a boat if it's- if it's been done once