# Centanni Investigative Agency

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

RE: Lafarge North America – Barge ING 4727
[FILE NUMBERS REDACTED]

## TRANSCRIPTION OF FEBRUARY 17, 2006 RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENTS *PATRICIA MOSES AND [NAME REDACTED]*

The following is a **draft** transcription of a February 17, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Patricia Moses** (hereinafter "PM") and *[NAME REDACTED]*, residents of the 9th Ward who did not evacuate during Hurricane Katrina:

PM: Hello?

RG: Hi, is Patricia Moses in?

PM: Yeah. This is her.

RG: Hi, Miss Moses?

PM: Uh-huh.

RG: Hi, this is Robert Garcia. How are you doing?

PM: Pretty good.

RG: Did I wake you?

PM: No, not really (*laughing*). See, over here it's seven thirty eight.

RG: Oh, I'm sorry about that.

PM: Yeah.

RG: I apologize.

PM: That's ok- that's okay.

RG: I didn't- I didn't realize with the- with the time difference.

PM: Yeah, I'm way in Utah.

RG: Oh, okay.

PM: Yeah.

RG: Would you like me to call you back later on?

PM: No. I can answer your questions.

RG: Oh, okay. Well, um, we're- I'm a- we're investigating the levee breaches over there in the 9th Ward.

PM: Uh-huh.

RG: And, um, we're just trying to talk with, uh, people that were- that were out there during the time of Hurricane Katrina.

PM: Uh-huh.

RG: That, uh, that may have seen or heard anything. We're just trying to find out exactly what happened out there because, um, we're hearing all kinds of different rumors and, uh, and whatnot. Um, and we're just trying to find out exactly what happened...

PM: Mm-hm.

RG: ...out there. And, um, and I got your name from, uh, from "All Night Shorty."

PM: Yeah.

RG: He told me that, uh, that y'all, you know, you were out there with him, uh.

PM: Me and my, um, man friend.

PM: Uh-huh.

RG: Who- is she...?

PM: She married to my brother.

RG: Oh, okay. What's your brother's name?

PM: Harold Moses.

RG: Harold?

PM: Uh-huh.

RG: Uh. Okay. Are they still married or?

PM: They're divorced.

RG: Okay. Okay. So that's her married name, Moses?

PM: Yeah.

RG: Okay. 'Cause I- I had seen her before or her name before.

PM: Yeah.

RG: And then when I saw your name, Moses.

PM: Yeah.

RG: And anybody else y'all know that was out there that may have seen or heard anything or didn't evacuate?

PM: No.

RG: That was right around there?

PM: Uh-uh.

RG: 'Cause we're just trying to find out exactly what happened and...

PM: Uh-huh.

RG: ...and, uh, the best way to do that is to talk to people that were actually there.

PM: Yeah. But this for the city?

RG: No. We just conducting an investigation trying find out what happened 'cause we're hearing all different kinds of stories and...

PM: Uh-huh.

RG: Or like- like you said about, um, like- like Sandy was saying about them blowing the levee.

PM: Yeah 'cause that's the only thing we heard was a big boom.

RG: And- and I've heard of a lot of people that also said that they heard that boom.

PM: Yeah.

RG: And, um, and y'all- y'all didn't see any kind of, um...? Well, I know y'all couldn't see, but y'all didn't see any activity out there before then, huh?

PM: No.

RG: Before the...

PM: Uh-uh.

RG: Okay.

PM: But they sure need to send me some money for my property.

RG: I'm sorry ma'am?

PM: I said the city sure needs to send me some money for my property.

RG: Oh, they haven't sent you anything?

PM: Not yet, but FEMA had done took care of us for a little while.

RG: Oh, okay. Okay.

PM: But we still putting in the claim for the car, for his car.

PM: About a block.

RG: A block away from each other?

PM: Uh-huh.

RG: And then, do you know what color they were?

PM: They (*unintelligible*) was gray.

RG: Okay. But that- you think that other one may have come from Florida?

PM: Probably did. 'Cause they had no Florida Avenue Bridge coming over 'cause that was gone.

RG: And- and were all the bridges up or down? Like the Florida Bridge was...

PM: It was- the- it was up.

RG: The Florida Bridge was up?

PM: The Florida Bridge was up but the Claiborne Bridge and Saint Claude Bridge was down.

RG: Okay. Okay. Well, um, well I appreciate it ma'am.

PM: Uh-huh.

RG: And- and do you mind me contacting you again or?

PM: Uh-huh.

RG: We're just trying to figure out what happened.

PM: Okay. Yeah.

RG: And- and I appreciate it.

PM: Okay. If y'all can send me a ticket to get back home I'd appreciate that. (*laughing*)

RG: Well I can't, you know, I can't, um, give you any- any kind of...

PM: (*laughing*) Hope.

RG: You know, any kind of compensation or anything like that.

PM: Yeah.

RG: But, um, but we- we just trying to figure out exactly what happened out there.

PM: Okay.

RG: We- we just want- want to find out the truth and if you- if you know of anybody or talk with anybody that- that knows anything, I'd appreciate you giving them my- my number.

PM: Uh-huh. I sure will.

RG: And then, is it okay if it contact you again?

PM: Yes sir.

RG: Okay. Well thank you.

PM: Thank you.

RG: Have a good day.

PM: You too.

RG: And- and, uh, Sandy's...

PM: Uh-huh.

RG: ...Sandy's last name is Price?

PM: Uh-huh.

RG: P-R-I-C-E?

PM: Uh-huh.

RG: Okay. Okay. Thank you ma'am.

PM: Thank you.

RG: Okay. Have a good day.

PM: You too.

RG: Bye bye.

PM:   Bye.

## END OF FIRST CALL

## SECOND CALL

PM:   Hello?

RG:   Hello?

PM:   Uh-huh.

RG:   Hi. Miss Moses?

PM:   Uh-huh.

RG:   Hi. I'm sorry to bother you again. I just had a quick question for you.

PM:   Uh-huh.

RG:   Um, you had told me that y'all had taken pictures but the camera had gotten wet.

PM:   Uh-huh.

RG:   Did y'all- did y'all save the camera or did y'all throw it away?

PM:   Well we had went to Walgreen's. Walgreen's had said we had to throw it away. It was one of those throw away cameras.

RG:   Oh, one of those disposable cameras?

PM:   Uh-huh.

RG:   And then Walgreen's said they couldn't do anything with it?

PM:   Right.

RG:   Okay. Okay. So they just threw it away? They didn't give it back to you or nothing?

PM: Uh-uh.

RG: Okay. Okay then. Well I was just seeing if you still had the camera or not.

PM: Yeah.

RG: Okay. Well thank you, ma'am.

PM: You're welcome.

RG: Okay. Have a good day.

PM: You too.

RG: Bye-bye.

PM: Bye-bye.

**END OF SECOND CALL**

**END OF TAPE**