

**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

June 20, 2006

    RE:    Lafarge North America – Barge ING 4727
    CIA File: 10838
    Client Reference: 99675/28821

## TRANSCRIPTION OF RECORDED TELEPHONE CONVERSATION WITH 9th WARD RESIDENT CHRISTOPHER WEAVER

The following is a transcription of an October 31, 2005 recorded telephone conversation with **Christopher Weaver** (hereinafter "CW"), a resident of the 9th Ward who did not evacuate for Hurricane Katrina, by Investigator RG (hereinafter "RG") of Centanni Investigative Agency. It should be noted that when the investigator called Mr. Weaver, the telephone was answered by an unidentified female (herein referred to as "XX"). As indicated in the following transcription, this person could be heard talking in the background while Investigator RG was speaking with Mr. Weaver:

XX:    Hello?

RG:    Hey is Chris Weaver there?

XX:    Yeah, hold on.

RG:    Thank you.

CW:    Hello?

RG:    Hello.

CW: Yes?

RG: Is this Christopher Weaver?

CW: Yes.

RG: Oh, hi. How are you doing sir?

CW: I'm doing fine. And you?

RG: Yeah, I had a message to call you back.

CW: Who this is, Bruce?

RG: Oh, no, this is Robert.

CW: Robert?

RG: Yeah I had talked with Bruce. Bruce is out. He's been out for a while.

CW: Okay.

RG: And...but he had told me that... I was out there with him . . .

CW: All right...

RG: . . . and I was just giving you a call back because I'd seen you'd called a few times.

CW: Right.

RG: Sorry it took so long to get back to you. How are you doing?

CW: I'm doing all right.

RG: Well that's good. But we're trying to get a timeline on...with all of the events that happened out there.

CW: Huh?

RG: We're trying to get a timeline...

CW: Yeah.

RG: …..ya know about what happened out there. We're just trying to talk to people that were out there.

CW: Who, who…. I mean…where you calling from?

RG: Oh we're just calling from over here…. in Metairie.

CW: In Metairie?

RG: Yeah. We're just trying to get in touch with people…just trying to get a timeline on timeframe or what happened because we're just trying to figure it out.

CW: On what happened about what?

RG: About the 9th Ward flooding over there.

CW: Oh, about the hurricane?

RG: Yeah.

CW: How you got my number?

RG: Well, this is a number that we had on here.

CW: I'm just saying where you coulda found it at?

RG: Well, I guess it showed up on the caller ID over here.

CW: Yeah, because somebody from there called me.

RG: Oh, okay.

CW: Ya know, and I thought it was somebody from the fire department, ya know.

RG: Oh, no, uh, uh.

CW: But that's what I'm saying, the guy Bruce called me and ya know I'm trying to figure out who was that.

RG: Oh. We were out there ya know over over there by the Stalling Center.

CW: Yeah...

RG: On uh ...

CW: Yeah

RG: Right off of St. Claude...

CW: Yeah...yeah, I know where you're at. Yeah, I was out there.

RG: And y'all had gone into the 9th Ward to see y'all's houses.

CW: Right.

RG: And uh.... I think you told me you lived at 2611 Jourdan Street.

CW: Yeah.

RG: And they had that one breach over there by the uh....

CW: Right.....right in front the house. Yeah.

RG: Do you know about what time that happened...or what....?

CW: That happened like maybe about 5:30 in the morning.

RG: And then you were in your house...or?

CW: Yeah.

RG: Your house is right there by the levee, huh?

CW: Right, where it broke at .

RG: And then, do you know why it broke? Or.....

CW: No, uh...I don't think I did. Yeah, I saw it. I saw it when it fell. That's all it did, was just fell.

RG: I mean, do you know what was causing it? uh..... It was just...was the water coming over first?

CW: See what it is, ya know, I'm starting to get in contact with people, ya know, a little at a time, ya know, they got some people that live in the area I don't really know they names, but as I talk to people somebody will say well man guess who up here, ya know, might be in Houston, might be in Baton Rouge, might be in Minnesota, ya know. Every so often somebody run into somebody that may have my number or I run into somebody that may have somebody else's number and they go telling me about people that's around 'em, ya know, that probably lived in the area where we lived there, ya know. So, if I run across anybody else, I can always give you a call back, ya know.

RG: Yeah, I'd appreciate it.

CW: Ya know.

RG: Yeah, we're just trying to find out....we might be sending out some some pictures and pamphlets and stuff...just what it looks like and all....just trying to get in touch with people so they can see, ya know, exactly where they were living at...

CW: Right.

RG: ....ya know on the map and stuff.

CW: Right.

RG: And uh, 'cause everybody's everybody's dislocated and, ya know, they're all over the place.

CW: Right, right.

RG: And we're just trying to get in touch with people and find out, get a timeline, and see if anybody had seen that barge or seen the break over there on Florida. So...

CW: I mean, that time of morning there, ya know......

RG: It was pretty early, huh.

CW: It was early, and the only reason I know is because I was I had laid there and fell asleep and I got up to go use the bathroom and the water, ya know, I stepped right in water...oh damn....thought the toilet was running over.

RG: Oh, really...well....probably....

CW: I saw one dude floating on a house...the bone was out his leg and everything, ya know. The house on the corner...like it was a car....turned the corner and went on up the street. And when I passed through there on the tour bus I saw the house in the park. The house was 'bout six, seven blocks away from where it where it came off the foundation at.

RG: Man...

CW: Ya know, and I talked to him, ya know. I got a, ya know, I got a number on him. This guy had to have three surgeries.

RG: Really?

CW: Yeah, they had to take a bone out his behind and put in his leg.

RG: Well, what was his name? Do you think he saw anything?

CW: I don't know if he saw something, but I know him, ya know, I've got a number on him. His name Calvin... Calvin uh Jenkins.

RG: Okay. Where did he stay at over there?

CW: He stayed on the next block from me, which is Deslonde.

RG: Okay, you don't happen to have his number on you do you?

CW: Yeah, 1-504-236-1159.

RG: Okay. Anybody else, ya know....You got Terry's number?

CW: No, I don't have his number. I'd have to look for it, but once I find it, ya know, I'll make it a priority, once I find it, ya know, I'm gonna call you and give it to you, or I'll just call and leave a message on there.

RG: Okay. Well we might send you something…just a map and like a…the area where you were living if that's okay.

CW: That's fine.

RG: What's your address at now, where you're staying at?

CW: Where I'm staying at?

RG: Yeah.

CW: Um, 4320 ….4320 Sunbeam Road…

RG: Sunbeam …like the bread?

CW: Right.

RG: That's in Florida?

CW: Right.

RG: What city is that?

CW: Jacksonville, Florida

RG: Jacksonville….okay, and I can reach you, reach you on the same number I called you on?

CW: Yeah, you can reach me 'cause, ya know, I don't know my way around too good so ain't too many places I go, ya know.

RG: Okay. That was 904-260-1979.

CW: 260…yeah 1979

RG: Yeah….

CW: All right the zip code is 32257.

RG: Okay...

CW: You must have got my number on that ...from that thing that I signed, uh?

RG: Yeah probably.

CW: All right.

RG: I mean.... I had it on the caller ID out here.

CW: Right, because somebody from there called me.

RG: Oh really?

CW: Yeah, 'cause um, they said his name was Bruce, and I thought it was the man from the fire department because I was trying to get back there to see, ya know, if there was something that, ya know, that I could get, ya know, from the house, ya know, like maybe a family picture or whatever...but man when we turned that corner that's the farthest the man go....had to slam on the brakes because, ya know, they had a good bit of mud in the street and then when I looked over where the... they only had two houses on that block.

RG: Uh huh....

CW: ...the apartment and our house, ya know...

XX: [*in background*] (*Unintelligible*)

CW: ....that wasn't in that block, ya know...., and, ya know, the only thing I see it was brick apartments that sit on the flat surface and that's the only bricks I seen. The bricks come from the house that we was living at I ain't seen one brick, not one.

RG: Well, that's....that's amazing. I mean that's just... there's a lot of, uh...a lot of stuff out there, ya know?

CW: Well, what office is this? 'Cause I understand I got extension here of 10838?

RG: 10838, that's this extension over here. That one rings in uh depending on who's manning this one over here.

CW: Where ya'll set up at?

RG: Well, we're over out here in Metairie.

CW: Okay.

RG: We're just trying to trying to get the info, ya know.

CW: Yeah.

RG: And then maybe we can figure out what happened and uh....and talk to more people and more people and find out what happened, ya know.

CW: Yeah.

RG: The more people that we talk to the better.

CW: Right. Well, I'm gonna try to get you a few more people, man as, ya know, as the information become available to me.

RG: Uh, huh.

CW: Ya know, I'll pass it on to you, ya know.

RG: Okay.

CW: So, ya know, that way I can let them know that somebody gonna call and you just wanna know what happened, ya know, just like I give you Calvin's number, ya know, I'm gonna have to call him up to let him know, ya know, because....

RG: Yeah, I'll give it a day or so before I give him a call.

CW: Ya know, you can call him, ya know what I'm saying, because you, you know you just trying to find out what happened and whatever, ya know,...but uh...I gotta make a little run man I gotta get a little candy for these kids, ya know.

RG: Well thanks a lot, Mr. Weaver, I appreciate it.

CW: All right, if you need me call me.

RG: Okay, have a good day.

CW: You too.

RG: Bye.