UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*          07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## LOCAL RULE 37.1E CERTIFICATE

I, undersigned counsel for the Barge Plaintiffs, hereby certify this 20th day of March 2008 that I have met and conferred in person and by telephone on numerous occasions with counsel for Lafarge North America for purposes of amicably resolving the issues raised in the present motion, and because the parties disagree as to their respective rights and obligations relative to the matters raised in said motion, have been unable to resolve the disputes so raised.

/s/Brian A. Gilbert