UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*   07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## LOCAL RULE 37.1E CERTIFICATE

To the extent that Barge Plaintiffs' Motion for Protective Order is a discovery motion, undersigned certifies the following this 20th day of March, 2008:

That in furtherance of the discussions between defense counsel, and Brian Gilbert, undersigned counsel attempted to obtain agreement from defense counsel to produce the transcripts as requested. Production of the transcripts was addressed to Derek Walker, counsel for defendant via email on March 14, 2008. Defense counsel has not responded to the request as of the date of filing of this certification.

Agreement as to the production did not occur.

\s\Karen Wiedemann

Exhibit 37 to P Motion for Protective Order                Page 000001

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 21 day of March, 2008.

\s\Karen Wiedemann

Exhibit 37 to P Motion for Protective Order        Page 000002