**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | | * | **CIVIL ACTION** |
| | | * | **NO. 05-4182 and consolidated cases** |
| **PERTAINS TO: BARGE** | | * | |
| | | * | **SECTION "K" (2)** |
| *Boutte v. Lafarge* | **05-5531** | * | |
| *Mumford v. Ingram* | **05-5724** | * | |
| *Lagarde v. Lafarge* | **06-5342** | * | **JUDGE** |
| *Perry v. Ingram* | **06-6299** | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge* | **06-7516** | * | |
| *Parfait Family v. USA* | **07-3500** | * | **MAG. JOSEPH C. WILKINSON, JR.** |
| *Lafarge v. USA* | **07-5178** | * | |

# NOTICE OF HEARING OF BARGE PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AS TO THE SURREPTITIOUS RECORDINGS OF WITNESS INTERVIEWS BY COUNSEL FOR LAFARGE NORTH AMERICA, INC., THROUGH THEIR AGENT CENTANNI INVESTIGATIVE SERVICES, INC., FOR LAFARGE'S CONCEALMENT OF THE INTERVIEWS AND OTHER MISCONDUCT, AND FOR DECLARATORY AND OTHER RELIEF

The Barge Plaintiffs' Subgroup Litigation Committee will bring its Motion of Barge Plaintiffs for a Protective Order as to the Surreptitious Recordings of Witness Interviews by Counsel for Lafarge North America, inc., through their Agent Centanni Investigative Services, Inc., for Lafarge's Concealment of the Interviews and Other Misconduct, and for Declaratory and Other Relief, for hearing before the Hon. Joseph C. Wilkinson, Jr., United States Courthouse, 500 Poydras Street, at 11:00 a.m. on the 7th day of May, 2008.

Respectfully submitted,

/s/ Brian A. Gilbert
Brian A. Gilbert, Esq.
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann
Lawrence D. Wiedemann.
Karl Wiedemann
Karen Wiedemann
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net, adele@rickseymourlaw.net

/s/ Lawrence A. Wilson

Lawrence A. Wilson
David W. Drucker
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com, ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.
Leslie Kelmachter, Esq.
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
Telephone: 212-869-3500 ext. 235
Facsimile: 212-398-1532
e-mail: a.fuchsberg@fuchsberg.com,
l.kelmachter@fuchsberg.com

Dated: March 26, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF upload and/or e-mail, this 26th day of March, 2008.

/s/ Richard T. Seymour
Richard T. Seymour
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net, adele@rickseymourlaw.net