## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **COSOLIDATED LITIGATION** | * | |
| _____ | * | **SECTION K – JUDGE DUVAL** |
| | * | |
| **PERTAINS TO:** | * | **MAG. (2) – MAG. WILKINSON** |
| | * | |
| **INSURANCE:  JUPITER, 07-1689** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

**IT IS ORDERED** that plaintiff's Motion for Leave of Court to File Surreply, Record Doc. No. 11726, is hereby GRANTED.

New Orleans, Louisiana, this __25th__ day of March, 2008.

_____
United States Magistrate Judge