# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.   05-4182 |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | JUDGE: STANWOOD R. DUVAL, JR MAGISTRATE : WILKINSON |
| SEVERED FROM: *Aaron* 06-4746 | * * | |
| HAZEL BRANCH | * * * | CIVIL ACTION NO.   07-1881 |
| VERSUS | * * * | JUDGE: STANWOOD R. DUVAL, JR. MAGISTRATE: WILKINSON |
| STATE FARM FIRE & CASUALTY COMPANY | * * | |

*********************************************************************

## ORDER OF DISMISSAL

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

0895-0591