UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATD LITIGATION | * <br> * | CIVIL ACTION |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * <br> * | NO. 05-4182 |
| *Severed from Abadie, 06-5164* | * <br> * <br> * | SECTION "K"(2) |
| **DEBRA JENKINS SMITH**<br>   **Plaintiff** | * <br> * <br> * | CIVIL ACTION<br><br>NO. 07-2380 |
| **STATE FARM FIRE and CASUALTY COMPANY**<br>   **Defendant** | * <br> * | SECTION "K"(2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Debra Jenkins Smith, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
USDC JUDGE STANDWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0072952}