UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION NO. | 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | |
| PERTAINS TO: SEVERED MASS * | | |
| JOINDER CASES * | JUDGE: STANWOOD R. DUVAL, JR | |
| * | MAGISTRATE : WILKINSON | |
| SEVERED FROM: *Aaron* 06-4746 * | | |
| * | | |
| * | | |
| ALICIA & ISAAC MAJOR * | CIVIL ACTION NO. | 07-2018 |
| * | | |
| * | JUDGE: STANWOOD R. DUVAL, JR. | |
| VERSUS * | MAGISTRATE: WILKINSON | |
| * | | |
| STATE FARM FIRE & CASUALTY * | | |
| COMPANY * | | |

****************************************************************************

## JOINT MOTION OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs Alicia & Isaac Major and Defendant State Farm Fire and Casualty Company, through their counsel of record, all parties at interest herein and who stipulate and agree that the above numbered and entitled cause has been concluded with settlement and accordingly, should be dismissed, with prejudice, each party to bear its own cost of court.

Respectfully submitted,

JIM S. HALL (21644)  
JOSEPH W. RAUSCH (11394)  
Attorney for Plaintiff  
800 N. Causeway Blvd., Suite 100  
Metairie, Louisiana 70001  
(504) 832-3000

CHARLES L. CHASSAIGNAC, IV (20746)  
PORTEOUS, HAINKEL & JOHNSON  
Attorneys for Defendant State Farm Fire  
and Casualty Company  
343 Third Street, Ste. 202  
Baton Rouge, LA 70801  
(225) 383-8900

0895-0635