# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. | 05-4182 |
| CONSOLIDATED LITIGATION | * | | |
| | * | | |
| PERTAINS TO: SEVERED MASS | * | | |
| JOINDER CASES | * | JUDGE:  STANWOOD R. DUVAL, JR |
| | * | MAGISTRATE : WILKINSON | |
| SEVERED FROM:  *Aaron* 06-4746 | * | | |
| | * | | |

| | | | |
|---|---|---|---|
| DOROTHY REEDEN | * | CIVIL ACTION NO. | 07-2048 |
| | * | | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| VERSUS | * | MAGISTRATE: WILKINSON | |
| | * | | |
| STATE FARM FIRE & CASUALTY | * | | |
| COMPANY | * | | |

*************************************************************************

## ORDER OF DISMISSAL

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby

dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE