UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> FILED IN: 07-3500 * <br> * <br> PERTAINS TO: PARFAIT FAMILY * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 12(b)(6) MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM
## UPON WHICH RELIEF CAN BE GRANTED

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, The Board of Commissioners of the Southeast Louisiana Flood Protection Authority East ("SLFPA"), who moves this Honorable Court to dismiss the Cross-Claim filed by Third-Party Plaintiff, Lafarge North America, Inc., on the basis that the Cross-Claim fails to state a claim upon which relief can be granted pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure.

**WHEREFORE**, after due consideration is had, and for the reasons set forth in the attached Memorandum in Support hereof, defendant respectfully requests that the Third Party plaintiff's claims against SLFPA should be dismissed with prejudice.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

S/Jennifer M. Morris

**LAWRENCE J. DUPLASS #5199**
**ANDREW D. WEINSTOCK #18495**
**JENNIFER M. MORRIS #29936**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Counsel for Defendant, The Southeast Louisiana Flood Protection Authority East**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2008, a copy of the foregoing Board of Commissioners for the Southeast Louisiana Flood Protection Authority East was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

S/ Jennifer M. Morris

**JENNIFER M. MORRIS (#29936)**