UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | NO. 05-4182 "K" (2) |
| * | JUDGE DUVAL |
| FILED IN: 07-3500 * | |
| * | |
| PERTAINS TO: PARFAIT FAMILY * | |
| * | |
| * | |
| * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on defendant, The Southeast Louisiana Flood Protection Authority East's Motion to Dismiss is hereby set the _____ day of _____, 2008.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**J U D G E**