UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| **FILED IN: 07-3500** | * | |
| | * | |
| **PERTAINS TO: PARFAIT FAMILY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on defendant, The Southeast Louisiana Flood Protection Authority East's Motion to Dismiss is hereby set for 9:30 a.m. on the 16th day of April, 2008.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
**J U D G E**