UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE (*Xavier Univ.*, No. 06-0516) | * * * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## *EX PARTE* MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

**NOW INTO COURT**, through undersigned counsel, comes Travelers Property Casualty Company of America ("Travelers"), which pursuant to Local Rule 83.2.6, respectfully moves this Court to grant admission *pro hac vice* to the following attorney so that he may appear and participate as co-counsel in the captioned matter:

John M. Tanski

In support of the present motion, Travelers asserts as follows:

1. Travelers requests that this Court allow John M. Tanski to appear as counsel *pro hac vice* in this matter in association with its counsel of record, Ralph S. Hubbard III, Louisiana Bar No. 7040 and Simeon B. Reimonenq, Jr., Louisiana Bar No. 19755, Louisiana Bar No. 27076, the latter

of whom are all in good standing as members of the Louisiana Bar and are admitted to practice before this Court.

2. John M. Tanski is an attorney at law practicing with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597. Mr. Tanski is admitted to practice in, and is in good standing in, the bar of the State of Connecticut as shown by reference to the Certificate of Good Standing attached hereto as Exhibit A. The oath of Mr. Tanski, as required by Local Rule 83.2.6 is attached hereto as Exhibit B.

4. Pursuant to Local Rule 83.2.6, the $5.00 per applicant fee is being submitted to the clerk of court simultaneously with the filing of this motion.

WHEREFORE, defendant, Travelers Property Casualty Company of America, respectfully requests that this Court permit John M. Tanski to appear and participate as co-counsel in the captioned matter.

Respectfully submitted,

*s/Simeon B. Reimoneng, Jr.*
**RALPH S. HUBBARD III, #7040**
**SIMEON B. REIMONENQ, JR., #19755**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

OF COUNSEL:

**CHRISTOPHER J. HUG**
**STEPHEN E. GOLDMAN**
**WYSTAN M. ACKERMAN**
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

**Attorneys for Travelers Property**
**Casualty Company of America**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, a copy of the *Ex Parte* Motion for Leave to Appear *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys on the court's electronic listing by operation of the court's electronic filing system.

*s/Simeon B. Reimonenq, Jr.*
SIMEON B. REIMONENQ, JR.