

# State of Connecticut
## Supreme Court

I, **Michéle T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Superior Court at **Hartford**, on the **thirtieth**, day of **October**, **2006**,

**John M. Tanski**

of

**Glastonbury, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this **thirteenth** day of **March**, 20 **08**.

*Michéle T. Angers*

Michéle T. Angers

Chief Clerk



EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE, *(Xavier Univ. of La.)*, No. 06-0516) | * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF JOHN M. TANSKI

STATE OF CONNECTICUT

COUNTY OF HARTFORD

**BEFORE ME,** the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared JOHN M. TANSKI, who, after being duly sworn, did depose and state as follows:

1. I am an attorney at law practicing with the law firm of Robinson & Cole, LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendant, Travelers Property Casualty Company of America ("Travelers").

3. In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:

EXHIBIT B

HART1-1458387-1

    a. that I have never had any disciplinary or criminal charges instituted against me.

    b. that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of The United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in any practice before this Court.

  Further affiant sayeth not.

                          John M. Tanski

SWORN TO AND SUBSCRIBED
this 24th day of March, 2008.

_____
Notary Public
My Commission Expires: _____

SUSAN B. TENORE
*NOTARY PUBLIC*
MY COMMISSION EXPIRES: MAY 31, 2010

- 2 -