UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE: *Jupiter,* C.A. No. 07-1689 | SECTION "K"(2) |

### ORDER VACATING OF REFERENCE TO U.S. MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION AND ORDER REFERRING PRETRIAL MATTER TO MAGISTRATE JUDGE

On March 18, 2008, the Court ordered that a Motion for Contempt and Dismissal (Doc. No 11531) be referred to Magistrate Judge Jay Wilkinson for a Report and Recommendation. However, it has come to the Court's attention that as this matter is actually a discovery dispute, it is in the interest of judicial economy to vacate that order and refer this matter pursuant to 28 U.S.C. 636 (b)(1)(A). Accordingly,

**IT IS ORDERED** that the Order of Reference (Doc. 11662) is **VACATED.**

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to Magistrate Judge Jay Wilkinson pursuant to 28 U.S.C. § 636(b)(1)(A).

New Orleans, Louisiana, this  25th   March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE