UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO:  MRGO, *Robinson*<br>(No. 06-2268) | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**NOTICE OF DEPOSITION**

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz, through their attorneys of record, will take the deposition under oath of Rick Broussard.  This deposition will take place on for Monday, March 31, 2008 commencing at 9:00 a.m. at the Army Corps's New Orleans District Headquarters, 7400 Leake Ave. New Orleans, Louisiana 70118-3651.  The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, Live Note, and will be transcribed.  The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

1

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, Live Note and will be transcribed.

Dated:  March 26, 2008

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298

**The Andry Law Firm, LLC**
By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

| **Law Offices of Joseph M. Bruno** | **Domengeaux Wright Roy & Edwards LLC** |
|---|---|
| Joseph M. Bruno (LSBA No. 3604) | Bob F. Wright (LSBA No. 13691) |
| 855 Baronne Street | James P. Roy (LSBA No. 11511) |
| New Orleans, Louisiana 70133 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 525-1335 | P.O. Box 3668 |
| Facsimile:  (504) 581-1493 | Lafayette, Louisiana 70502-3668 |
|  | Telephone: (337) 233-3033 |
|  | Facsimile:  (337) 233-2796 |
| **Fayard & Honeycutt** | **Girardi & Keese** |
| Calvin C. Fayard, Jr. (LSBA No. 5486) | Thomas V. Girardi (*pro hac vice*) |
| Blayne Honeycutt (LSBA No. 18264) | 1126 Wilshire Boulevard |
| 519 Florida Avenue, S.W. | Los Angeles, CA 90017 |
| Denham Springs, Louisiana 70726 | Telephone: (213) 489-5330 |
| Telephone: (225) 664-4193 | Facsimile:  (213) 481-1554 |

2

Facsimile:  (225) 664-6925

**Ranier, Gayle & Elliot, LLC**

N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**McKernan Law Firm**

Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile:  (225) 926-1202

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**

Elwood C. Stevens, Jr.  (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile:  (985) 385-4861

**Law Office of Frank J. D'Amico, Jr. APLC**

Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**

Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**

Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile:  (504) 528-9973

**Cotchett, Pitre, Simon & McCarthy**

Joseph W. Cotchett  (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

**Salas & Co., LC**

Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA  70130
Telephone: (504) 799-3080
Facsimile:  (504) 799-3085
**Attorneys for Plaintiffs**

3

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on March 24, 2008 I caused to be served Plaintiffs' **NOTICE OF DEPOSITION OF RICK BROUSSARD** upon Defendant's counsel, Robin D. Smith, Catherine Corlies, Traci Colquette, and Jim McConnon by email and ECF at robin.doyle.smith@usdoj.gov; catherine.corlies@usdoj.gov, traci.colquette@usdoj.gov, and jim.mcconnon@usdoj.gov; and all other counsel of record by ECF.


/s/ Pierce O'Donnell