UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | |
| CONSOLIDATED LITIGATION | § | CIVIL ACTION |
| | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| INSURANCE (Heaton No. 07-1848) | § | |
| _____ | § | |

## JOINT MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Dana Heaton, and

defendant, Lexington Insurance Company, who jointly move the Court to dismiss Dana Heaton's

claims against Lexington Insurance Company, with prejudice, on the grounds that this matter has

been fully and finally compromised, and settled as to all claims, with each party to bear its own costs.

Respectfully Submitted,

/s/ Bruce Feingerts
BRUCE FEINGERTS (#5499)
FEINGERTS & KELLY, PLC
365 Canal Street, Suite 2700
New Orleans, Louisiana 70130
Telephone:     (504) 568-1515
Facsimile:     (504) 568-1521
*Counsel for Dana Heaton*

/s/ Eric C. Walton
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II, T.A. (#22928)
ERIC C. WALTON (#29471)
WILLIAM A. BAROUSSE (#29748)
**GIEGER, LABORDE & LAPEROUSE, LLC**
Suite 4800 - One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:     (504) 561-1011
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION.*

/s/ Bruce Feingerts
BRUCE FEINGERTS