UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*severed from Abadie*, 06-5164 | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| CATHY HEBERT, ALEX HEBERT<br>    Plaintiffs<br><br>VS.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>    Defendant | CIVIL ACTION<br>No. 07-2402<br>SECTION "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>JOINT MOTION TO DISMISS WITH PREJUDICE</u>

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiffs, Cathy Hebert and Alex Hebert. Therefore, plaintiffs, Cathy Hebert and Alex Hebert, hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiffs, Cathy Hebert and Alex Hebert, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

Respectfully submitted,

/s/ David A. Strauss/s/ Joseph M. Bruno
DAVID A. STRAUSS, #24665Joseph M. Bruno, #3604
LINDSAY A. LARSON, III, #8053L. Scott Joanen, #21431
CHRISTIAN A. GARBETT, #26293The Law Office of Joseph M. Bruno
ADAM P. MASSEY, #29330855 Baronne Street, Third Floor
SARAH R. SHANNAHAN, #30957New Orleans, Louisiana 70113
KING, LEBLANC AND BLAND, P.L.L.C.Telephone: (504) 525-1335
201 St. Charles Avenue, Suite 4500Facsimile: (504) 561-6775
New Orleans, Louisiana 70170jbruno@jbrunolaw.com
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss

{N0073143}