UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: | * | |
| *Little*, C.A. No. 06-9077 | * | MAG. JUDGE: JOSEPH C. |
| | * | WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### RULE 41(a) JOINT STIPULATION OF
### VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the Plaintiffs, GWENDOLYN LITTLE wife of/and CHARLES E. LITTLE, JR., as well as Defendant, STATE FARM FIRE AND CASUALTY COMPANY ("State Farm"), who all do hereby stipulate to dismiss, with prejudice, all of Plaintiffs' claims in the above-entitled cause against State Farm, in it's capacity as the WYO Program carrier only.  Plaintiffs reserve their rights against State Farm in its capacity as the Homeowner insurer.

Based on the foregoing, the said parties pray that this Court issue an Order dismissing, with prejudice, all of Plaintiffs' claims in the above-entitled cause against State Farm Fire and Casualty Company, in its capacity as the WYO Program carrier only.

Dated: March 26, 2008.

        Respectfully Submitted,

        */s/ Gary M. Pendergast*
        Gary M. Pendergast, La. S.B. #10420
        1515 Poydras Street, Suite 2260
        New Orleans, Louisiana 70112
        Phone: (504) 523-0454
        **Counsel for Plaintiffs: Gwendolyn Little wife of/and Charles E. Little, Jr.**

        - AND -

        **NIELSEN LAW FIRM, L.L.C.**

        /s/ *Joseph J. Aguda, Jr.*
        Gerald J. Nielsen, (T.A.), La. S.B. #17078
        Joseph J. Aguda Jr., La. S.B. #27762
        Three Lakeway Center
        3838 N. Causeway Blvd.  Suite 2850
        Metairie, Louisiana 70002
        P: (504) 837-2500; F: (504) 832-9165
        **Counsel for Defendant:**
        **State Farm Fire and Casualty Company**
        **(In its capacity as a WYO Program carrier)**

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Charles L. Chassaignac, IV
    Eleanor Weeks Wall
    **Porteous, Hainkel, & Johnson, LLP**
    **Counsel for Defendant:**
    **State Farm Fire and Casualty Company**
    **(In its capacity as the Homeowner Insurer)**

I further certify that on March 26, 2008, I mailed and faxed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants:

    N/A

        /s/ *Joseph J. Aguda, Jr.*
        Joseph J. Aguda Jr.