UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: | * | |
| *Little*, C.A. No. 06-9077 | * | MAG. JUDGE: JOSEPH C. |
| | * | WILKINSON, JR. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING Rule 41(a) Joint Stipulation of Voluntary Partial Dismissal;

IT IS ORDERED that Plaintiffs' claims against State Farm Fire and Casualty Company, in its capacity as the WYO Program carrier, are hereby dismissed, **with prejudice**, with each party to bear its own costs.  Plaintiffs' reserve their rights to pursue their claims against State Farm Fire and Casualty Company, in its capacity as the Homeowner insurer.

_____
**THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**