UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>    **Plaintiffs**<br><br>VS.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br>    **Defendant** | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Julie Gilyot and Lee Gilyot, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this ____ day of _____, 2008.

                                              _____
                                              USDC JUDGE STANDWOOD R. DUVAL, JR.
                                              Section "K," Magistrate: 2