UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| -------------------------------------------------- | * | **MAG. WILKINSON** |
| | * | |
| **PERTAINS TO:** | * | |
| **INSURANCE (2007-08772)** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION TO RE-SET HEARING ON PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT come Plaintiffs Jane Newman and Robert Newman, who move this Court for an Order re-setting Plaintiffs' Motion to Remand from April 2, 2008 to April 16, 2008, and states as follows:

1.

Plaintiffs filed a Motion to Remand and scheduled the hearing for April 2, 2008;

2.

The April 2, 2008 date does not give the required fifteen days between the filing of the Motion and the hearing date; and

3.

Plaintiffs have contacted Allstate who consents to rescheduling its Plaintiffs' Motion to Remand to the next hearing date, April 16, 2008.

WHEREFORE Plaintiffs move the Court for an Order resetting their Motion to Remand to April 16, 2008.

                              Respectfully submitted,

                              s/Soren Gisleson
                              **SOREN E. GISLESON, ESQ. (#26302)**
                              **JOSEPH E. CAIN, ESQ. (#29785)**
                              **HERMAN, HERMAN, KATZ & COTLAR, LLP**
                              820 O'Keefe Avenue
                              New Orleans, LA 70113-1116
                              Telephone: (504) 581-4892
                              Fax: (504) 561-6024

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by efiling this pleading, this 26th day of March, 2008.

                              s/Soren Gisleson
                              **SOREN E. GISLESON, ESQ.**