UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| -------------------------------------------------- | * | **MAG. WILKINSON** |
| | * | |
| **PERTAINS TO:** | * | |
| **INSURANCE (2007-08772)** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing <u>Unopposed Motion to Re-set Hearing on Plaintiffs' Motion to Remand</u>,

**IT IS ORDERED** that the motion is GRANTED and that the hearing on <u>Plaintiffs' Motion to Remand</u> is re-set from April 2, 2008 until **April 16, 2008 at 9:30 a.m.**

Done this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE