UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO: INSURANCE<br>Debra Cloud No. 06-6093<br><br>* * * * * * * * * * * * * * * * * * * * * | *<br>*   CIVIL ACTION<br>*   NO.: 05-4182 "K" (2)<br>*<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAGISTRATE JUDGE WILKINSON<br>*<br>* |

**ALLSTATE INSURANCE COMPANY'S
<u>MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL</u>**

Defendant, Allstate Insurance Company ("Allstate"), respectfully moves to withdraw Jeanmarie LoCoco Nicholson as counsel of record for Allstate and substitute in her place Susan M. Rogge of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as Allstate's counsel of record in this proceeding.   Judy Y. Barrasso of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. remains as lead counsel and trial attorney in this matter for Allstate.

106278

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, 2814
Susan M. Rogge, 28203
BARRASSO USDIN
KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile (504) 589-9701

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, I electronically filed the foregoing Motion to Withdraw and Substitute Counsel of Record with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to CM/ECF participants:

*/s/ Judy Y. Barrasso*

106278