UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  <br> *   CIVIL ACTION <br> *   NO.: 05-4182 "K" (2) <br> * <br> *   JUDGE DUVAL |
| PERTAINS TO: INSURANCE <br> Debra Cloud No. 06-6093 | * <br> *   MAGISTRATE JUDGE WILKINSON <br> * |
| * * * * * * * * * * * * * * * * * * * * | * |

### **O R D E R**

Considering Allstate Insurance Company's ("Allstate") Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Jeanmarie LoCoco Nicholson is withdrawn as counsel of record for Allstate and Susan M. Rogge of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. is substituted in her place as Allstate's counsel of record in this proceeding**.**

New Orleans, Louisiana, this _____ day of March, 2008.

_____
J U D G E

106279