UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aaron No. 06-4746 _____ | * * * * | JUDGE:  DUVAL |
| GWENDOLYN & MICHAEL WILLIAMS VERSUS ALLSTATE INSURANCE COMPANY | * * * * * | MAGISTRATE:  WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION FOR LIMITED REOPENING OF CASE
AND PARTIAL MOTION TO DISMISS

Plaintiffs, Gwendolyn & Michael Williams, respectfully requests that this Court reopen this case for the sole purpose of addressing this motion, and that all of their claims be dismissed without prejudice, each party to bear its own costs.  All claims by all remaining plaintiffs against all defendants are reserved.

**WHEREFORE,** plaintiffs prays that this motion be granted, each party to bear its own costs.

Respectfully submitted,

/s/ Joseph W. Rausch
JOSEPH W. RAUSCH (#11394)
Attorney for Plaintiff
800 N. Causeway Blvd., #100
Metairie, LA 70001
(504) 832-3000
joe@jimshall.com

/s/ H. Minor Pipes, III
H. MINOR PIPES, III (#24603)
BARRASSO, USDIN, KUPPERMAN,
 FREEMAN & SARVER, LLC.
Attorney for Defendant Allstate Insurance Co.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
 (504) 589-9726
mpipes@barrassodin.com