## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | |
| | * | |
| PERTAINS TO : INSURANCE | * | JUDGE:  DUVAL |
| Aaron No. 06-4746 | * | |
| _____ | * | |
| | * | |
| GWENDOLYN & MICHAEL WILLIAMS | * | |
| | * | MAGISTRATE:  WILKINSON |
| VERSUS | * | |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### <u>ORDER</u>

**CONSIDERING THE FOREGOING,** Motion for Limited Reopening of Case and Partial

Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss

be and hereby is **GRANTED** and that all claims asserted by plaintiffs, Gwendolyn & Michael Williams,

are dismissed without prejudice, each party to bear its own costs.  All claims by all remaining plaintiffs

against all remaining defendants are reserved.

New Orleans, Louisiana, this _____day of _____, 2008.


_____
**UNITED STATES DISTRICT JUDGE**