## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | |
| | * | |
| PERTAINS TO : INSURANCE | * | JUDGE:  DUVAL |
| Aaron No. 06-4746 | * | |
| _____ | * | |
| | * | |
| RALPH & ANTOINETTE PUGH | * | |
| | * | MAGISTRATE:  WILKINSON |
| VERSUS | * | |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LIMITED REOPENING OF CASE
## AND PARTIAL MOTION TO DISMISS

Plaintiffs, Ralph & Antoinette Pugh, respectfully requests that this Court reopen this case for the sole purpose of addressing this motion, and that all of their claims be dismissed without prejudice, each party to bear its own costs.  All claims by all remaining plaintiffs against all defendants are reserved.

**WHEREFORE,** plaintiffs prays that this motion be granted, each party to bear its own costs.

Respectfully submitted,


/s/ Joseph W. Rausch
JOSEPH W. RAUSCH (#11394)
Attorney for Plaintiff
800 N. Causeway Blvd., #100
Metairie, LA 70001
(504) 832-3000
joe@jimshall.com

/s/ H. Minor Pipes, III
H. MINOR PIPES, III (#24603)
BARRASSO, USDIN, KUPPERMAN,
 FREEMAN & SARVER, LLC.
Attorney for Defendant Allstate Insurance Co.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
(504) 589-9726
mpipes@barrassodin.com