## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aaron No. 06-4746 _____ | * * * * | JUDGE:  DUVAL |
| SHARLENE & KEVIN STERLING VERSUS ALLSTATE INSURANCE COMPANY | * * * * * | MAGISTRATE:  WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING THE FOREGOING,** Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiffs, Sharlene & Kevin Sterling, are dismissed without prejudice, each party to bear its own costs.  All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this _____day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**