UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREW S. PALUMBO | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| versus | * | CASE NO.: 2:06-cv-9990-SRD-JCW |
| | * | c/w CASE NO.: 2:05-cv-4182-SRD-JCW |
| ELAINE BILSTAD and STATE FARM | * | |
| FIRE AND CASUALTY COMPANY | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## **RULE 41(a) STIPULATION OF PARTIAL VOLUNTARY DISMISSAL**

NOW INTO COURT, through undersigned counsel, come Plaintiff, Andrew S. Palumbo, and Defendant, State Farm Fire and Casualty Company ("State Farm"), in its capacity as a WYO Program carrier (flood insurer), who each and all do hereby stipulate and agree that this matter has been amicably resolved as to State Farm relating to the properties located at 7031 Louis XIV, New Orleans, Louisiana, and 7050-52 Orleans Avenue, New Orleans, Louisiana, and that the above referenced cause may be dismissed with prejudice as to State Farm Fire and Casualty Company, in its capacity as a WYO Program carrier, with each party hereto to bear its own costs and expenses.

Plaintiff hereby reserves his rights to pursue his claims against State Farm, in its capacity as the homeowner's insurer, in the instant matter. Therefore, the parties pray that this Court issue an order dismissing this case as to State Farm, in its capacity as the WYO Program carrier (flood insurer) only, with prejudice, and with each party to bear its own costs and expenses.

Dated: March 27, 2008.

**APPROVED BY:**

BY: */s/ Gary M. Pendergast*
Gary M. Pendergast, #10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana  70112
P: (504) 523-0454
**Counsel for Plaintiff, Andrew S. Palumbo**

BY: */s/ Kim Huong A. Tran*
Kim Huong A. Tran, #24896
Gerald J. Nielsen, #17078
Nielsen Law Firm, LLC
3838 N. Causeway Blvd, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
**Counsel for Defendant: State Farm Fire and Casualty Company,**
**in its capacity as the WYO Program Carrier (Flood Insurer)**

BY: */s/ Patrick D. DeRouen*
Patrick D. DeRouen, #20535
Laurie L. DeArmond, #26622
Chad J. Primieaux, #30024
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, Louisiana 70130-3774
P:  (504) 581-3838
**Counsel for Defendant: State Farm Fire and Casualty Company,**
**in its capacity as the WYO Program Carrier (Homeowner's Insurer)**

**C E R T I F I C A T E**

I hereby certify that on March 27, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gary M. Pendergast, Attorney for Plaintiff, Andrew S. Palumbo

Patrick D. DeRouen, Laurie L. DeArmond, and Chad J. Primieaux, Attorneys for State Farm Fire and Casualty Company, in its capacity as the WYO Program Carrier (Homeowner's Insurer)

> */s/ Kim Huong A. Tran*
> Kim Huong A. Tran, #24896