UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREW S. PALUMBO | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| versus | * | CASE NO.: 2:06-cv-9990-SRD-JCW |
| | * | c/w CASE NO.: 2:05-cv-4182-SRD-JCW |
| ELAINE BILSTAD and STATE FARM | * | |
| FIRE AND CASUALTY COMPANY | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the foregoing Rule 41(a) Stipulation of Partial Voluntary Dismissal,

IT IS ORDERED that this matter is dismissed with prejudice as to State Farm Fire and Casualty Company, in its capacity as the WYO Program carrier only (flood insurer), with each party hereto to bear its own costs and expenses.

Plaintiff reserves his right to pursue his claims against State Farm Fire and Casualty Company, in its capacity as the homeowner's carrier.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
JUDGE