UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| *severed from Abadie*, 06-5164 | |
| BETTY COTTON,<br>       Plaintiff | CIVIL ACTION<br>No. 07-2369<br>SECTION "K" (2) |
| VS. | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>       Defendant | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Betty Cotton, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 26th day of March, 2008.

_____
United States District Judge

S:\2900\001\1ST 100 INSRDS SETTLED\MTDS\MTD.COTTON.JBA00150.DOC

{N0072562}