UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE, <u>Jupiter</u>, 07-1689 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

The Clerk of Court's Court Reporter Section is hereby directed to take possession of the cassette tape of the hearing conducted March 26, 2008, concerning defendant's Motion for Contempt and Dismissal, Record Doc. No. 11531, and recorded via telephone in the above-captioned case and hold same for further use.

New Orleans, Louisiana, this  27th  day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE