UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATD LITIGATION <br> PERTAINS TO: SEVERED MASS JOINDER CASES | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| *Severed from Abadie, 06-5164* | * <br> * <br> * | SECTION "K"(2) |
| MARY CHRISTOFFER <br> Plaintiff <br><br> STATE FARM FIRE and CASUALTY COMPANY <br> Defendant | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 07-2336 <br><br> SECTION "K"(2) |

*****************************************************

## ORDER

Considering the foregoing Motion to Dismiss;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Mary Christoffer, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 26th day of March, 2008.

_____
United States District Judge

{N0072774}