## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATD LITIGATION | * * | CIVIL ACTION |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * | NO. 05-4182 |
| *Severed from Abadie, 06-5164* | * * * | SECTION "K"(2) |
| MARY KYLES, ROOSEVELT KYLES, JR Plaintiff | * * * | CIVIL ACTION NO. 07-2338 |
| STATE FARM FIRE and CASUALTY COMPANY Defendant | * * | SECTION "K"(2) |

*********************************************************

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Mary Kyles and Roosevelt Kyles, Jr., shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 26th day of March, 2008.

_____
United States District Judge

{N0072778}