UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION  * <br> * <br> PERTAINS TO: SEVERED MASS * <br> JOINDER CASES  * <br> * <br> SEVERED FROM: *Aaron* 06-4746 * <br> * | CIVIL ACTION NO.  05-4182 <br> <br> <br> <br> JUDGE: STANWOOD R. DUVAL, JR <br> MAGISTRATE : WILKINSON | |
| * <br> ELLIS DUNCAN  * <br> * <br> * <br> VERSUS  * <br> * <br> STATE FARM FIRE & CASUALTY * <br> COMPANY  * | CIVIL ACTION NO.  07-1912 <br> <br> JUDGE: STANWOOD R. DUVAL, JR. <br> MAGISTRATE: WILKINSON | |

*****************************************************************

## ORDER OF DISMISSAL

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 27th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

0895-0529