UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
LEVEE     #07-4840

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEAL**

Notice is hereby given that The Administrators of the Tulane Educational Fund, plaintiff in the above named matter, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Judgment of January 30, 2008 , in which this Court ruled that all claims against the United States and the United States Army, Corps of Engineers relating to the 17th Street Canal, the London Avenue Canal, and the Orleans Avenue Canal are barred by the Flood Control Act of 1928, by the discretionary function exception with respect to allegations of the negligent granting

{N1793704.1}

of the dredging permit of the 17th Street Canal, and by other provisions of law, and dismissed all such claims.  This appeal includes the appeal of all orders and rulings in the matter.

                Respectfully submitted,

                */s/ Edward D. Wegmann*
                EDWARD D. WEGMANN, TA. (#13315)
                JOHN G. GOMILA, JR. (#06105)
                Jones, Walker, Waechter, Poitevent,
                 Carrère & Denègre, L.L.P.
                201 St. Charles Ave., 49th Floor
                New Orleans, LA 70170-5100
                Telephone:  (504) 582-8000
                Fax: (504)589-8226

                *Attorneys for Plaintiffs,*
                *The Administrators of the Tulane*
                *Educational Fund*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 27, 2008,  I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                */s/ Edward D. Wegmann*

{N1793704.1}