UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>        CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182        SECT. K, MAG. 2 |
| _____ | * | JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: ROAD HOME<br>      Louisiana State C.A. No. 07-5528 | * | MAG. JOSEPH C. WILKINSON, JR. |
| *    *    *    *    *    * | * * * * * * * * |  |

**<u>INSRUANCE COMPANY DEFENDANT ACKNOWLEDGMENT</u>**
**<u>OF RECEIPT OF PROTECTIVE ORDER GOVERNING</u>**
**<u>ROAD HOME APPLICANT AND RECIPIENT INFORMATION</u>**

   The Insurance Company Defendant identified below, by its undersigned counsel of record, hereby acknowledges receipt of the Protective Order for Receipt of Road Home Governing Applicant and Recipient Information.

-1-

Agreed to by:

BIENVENU, FOSTER, RYAN & O'BANNON, LLC					March 27, 2008


BY: _____/s/ John W. Waters, Jr._____
        JOHN W. WATERS, JR. (#13258)
        1010 Common Street, Suite 2200
        New Orleans, LA 70112-2401
        (504) 310-1500
        Fax:    (504) 310-1501
        Jwaters@bfrob.com
*Attorneys for defendant, Louisiana Citizens*
*Property Insurance Corporation*