UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATD LITIGATION | * * | CIVIL ACTION |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * | NO. 05-4182 |
| *Severed from Abadie, 06-5164* | * * * | SECTION "K"(2) |
| CLAUDIA C. CELESTAND, LARRY CELESTAND  Plaintiff | * * * | CIVIL ACTION NO. 07-2393 |
| STATE FARM FIRE and CASUALTY COMPANY  Defendant | * * | SECTION "K"(2) |

*******************************************************

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Claudia C. Celestand and Larry Celestand, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 27th day of March, 2008.

_____
United States District Judge

{N0072958}