# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (Heaton No. 07-1848) | | |

## ORDER

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS:

IT IS ORDERED that the claims of the plaintiff, Dana Heaton, against Lexington Insurance Company in the above captioned matter are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __27th__ day of _____March_____, 2008.

_____
UNITED STATES DISTRICT JUDGE