1810-63433-SPM/tbd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FERDINAND DIAZ AND** | * | **CIVIL ACTION NO: 07-4370** |
| **NOELLA DIAZ** | * | |
|     **Plaintiffs** | * | **SECTION: I** |
| | * | |
| **versus** | * | **MAGISTRATE: 5** |
| | * | |
| **FIDELITY AND DEPOSIT COMPANY** | * | |
| **OF MARYLAND** | * | |
|     **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

**ON MOTION** of Richard King and Cherrell R. Simms and the law firm of Galloway, Johnson, Tompkins, Burr & Smith, APLC, and on their suggesting to the Court that they desire that Dominic J. Ovella, Sean P. Mount, Anne E. Medo, Daniel M. Redmann, and Lauren E. Brisbi and the law firm of Hailey McNamara Hall Larmann & Papale, LLP be substituted as counsel of record herein for Fidelity and Deposit Company of Maryland in the place of Richard King and Cherrell R. Simms;

**[SIGNATURE BLOCKS ON NEXT PAGE]**

1810-63433-SPM/tbd

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.** | **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH , APLC** |
| **BY:** _s/ Sean P. Mount_<br>**DOMINIC J. OVELLA, #15030 – T.A.**<br>dovella@hmhlp.com<br>**ANNE E. MEDO, #24556**<br>amedo@hmhlp.com<br>**SEAN P. MOUNT, #27584**<br>smount@hmhlp.com<br>**DANIEL M. REDMANN, #30685**<br>dredmann@hmhlp.com<br>**LAUREN BRISBI, #29778**<br>lbrisbi@hmhlp.com<br>One Galleria Boulevard, Suite 1400<br>Metairie, Louisiana  70001<br>Telephone: (504) 836-6500<br>*Counsel for defendant, Fidelity and Deposit Company of Maryland* | **BY**: __s/ Richard E. King_<br>**RICHARD E. KING, #25128**<br>rking@gjtbs.com<br>**CHERRELL R. SIMMS, #28227**<br>csimms@gjtbs.com<br>Galloway, Johnson, Tompkins, Burr & Smith, APLC<br>One Shell Square<br>701 Poydras Street<br>Suite 4040<br>New Orleans, Louisiana 70139<br>Telephone: (504) 525-6802 |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this the 27th day of March 2008.

_/s/ Richard E. King_
**RICHARD E. KING**