1810-63433-SPM/tbd

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FERDINAND DIAZ AND** | * | **CIVIL ACTION NO: 07-4370** |
| **NOELLA DIAZ** | * | |
| **Plaintiffs** | * | **SECTION: I** |
| | * | |
| **versus** | * | **MAGISTRATE: 5** |
| | * | |
| **FIDELITY AND DEPOSIT COMPANY** | * | |
| **OF MARYLAND** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that Dominic J. Ovella, Sean P. Mount, Anne E. Medo, Lauren Brisbi and Daniel M. Redmann and the law firm of Hailey McNamara Hall Larmann & Papale, LLP be and are hereby substituted as counsel of record in the above entitled and numbered cause for Fidelity and Deposit Company of Maryland in the place of Richard King and Cherrell R. Simms.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**