UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE:   Acevedo, 07-5199 | |

## JOINT MOTION FOR LIMITED LIFTING OF STAY AND PARTIAL MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel come plaintiff, Sandralyne Esco, and defendant, Auto Club Family Insurance Company (incorrectly named as "AAA Insurance") suggesting that Sandralyne Esco desires to withdraw as a party and to dismiss all claims made on her behalf in this proceeding against Auto Club Family Insurance Company ("AAA Insurance"). Accordingly, movers respectfully request that the Court lift its stay order for the sole purpose of addressing this motion, and that it order that all claims made on behalf of Sandralyne Esco in this proceeding, only, against Auto Club Family

1

Insurance Company ("AAA Insurance") in the proceeding, only, be dismissed, with prejudice, each party to bear their own costs; and that Sandralyne Esco be permitted to withdraw as a party to this litigation.

Respectfully submitted:

By: _____
Lawrence J. Centola, Jr., Bar No. 3962
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, Louisiana 70113
Telephone: 504-525-1944

Respectfully submitted:

By: _____
Thomas M. Richard, Bar No. 2069
Chopin, Wagar, Richard & Kutcher, LLP
Two Lakeway Center
3850 N. Causeway Blvd. Suite 900
Metairie, Louisiana 70002
Telephone: 504-830-3845
Facsimile: 504-836-9543

## CERTIFICATE OF SERVICE

I hereby certify that on _March 27, 2008_, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send notices of electronic filing to the following:

Stuart Thomas Barasch

_____
Thomas M. Richard, Bar No. 2069

2