UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE:  ACEVEDO, 07-5199 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion for Limited Lifting of Stay and Partial Motion to Dismiss;

**IT IS ORDERED** that the claims of Sandralyne Esco in the captioned litigation against Auto Club Family Insurance Company, be and are hereby DISMISSED, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**