# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |

*severed from Abadie*, 06-5164

| | |
|---|---|
| ROSE THOMAS, SHANNON THOMAS,<br>      Plaintiffs | CIVIL ACTION<br>No. 07-2328<br>SECTION "K" (2) |

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
      **Defendant**
*************************************************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiffs, Rose Thomas and Shannon Thomas. Therefore, plaintiffs, Rose Thomas and Shannon Thomas, hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiffs, Rose Thomas and Shannon Thomas, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

Respectfully submitted,

/s/ David A. Strauss                                        /s/ Joseph M. Bruno
DAVID A. STRAUSS, #24665                         Joseph M. Bruno, #3604
LINDSAY A. LARSON, III, #8053                   L. Scott Joanen, #21431
CHRISTIAN A. GARBETT, #26293                 The Law Office of Joseph M. Bruno
ADAM P. MASSEY, #29330                           855 Baronne Street, Third Floor
SARAH R. SHANNAHAN, #30957                New Orleans, Louisiana 70113
KING, LEBLANC AND BLAND, P.L.L.C.         Telephone: (504) 525-1335
201 St. Charles Avenue, Suite 4500              Facsimile: (504) 561-6775
New Orleans, Louisiana 70170                      jbruno@jbrunolaw.com
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.


                              s/ David A. Strauss