UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |
| *severed from Abadie*, 06-5164 | |
| ANTHONY MCGOWAN, JANNIE M. MCGOWAN, Plaintiffs | CIVIL ACTION No. 07-2434 SECTION "K" (2) |
| VS. | |
| STATE FARM FIRE AND CASUALTY COMPANY, Defendant | |

*******************************************************************

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Anthony McGowan and Jannie M. McGowan, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2