UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-5205 (Chudd and Arvis Abram v. State Farm Fire and Casualty Company | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs and move the Court for leave to filed the attached First Amended Complaint.  In support thereof, movers urge the reasons set forth in the accompanying memorandum.

    Respectfully submitted,

    STUART T. BARASCH, T.A.
    La. Bar No. 20650
    Hurricane Legal Center
    910 Julia Street
    New Orleans, LA 70113
    Tel: 504.525.1944
    E-mail: sbarasch1@aol.com

and

**/s/Maureen Blackburn Jennings**
MAUREEN BLACKBURN JENNINGS
La. Bar No. 3100
Maureen Blackburn Jennings, PLC
4407 Blossom Street
Houston, TX 77007
Tel: 504.813.6224
E-mail: jennings.maureen@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2008, I electronically filed the foregoing Motion for Leave to File First Amended Complaint with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David A. Strauss

**/s/Maureen Blackburn Jennings**
MAUREEN BLACKBURN JENNINGS
E-mail: jennings.maureen@gmail.com