UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5205 (Chudd and Arvis Abram v.<br>State Farm Fire and Casualty Company | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**CERTIFICATE PURSUANT TO LR 7.6E**

Pursuant to LR 7.6E, undersigned counsel certifies that she spoke with Sarah Monsour, Esq., counsel for defendant State Farm Fire and Casualty Company, who advised that her client does not consent to the filing and granting of plaintiffs' Motion for Leave to File First Amended Complaint.

    Respectfully submitted,

    STUART T. BARASCH
    La. Bar No. 20650
    Hurricane Legal Center
    910 Julia Street
    New Orleans, LA 70113
    Tel: 504.525.1944
    E-mail: sbarasch1@aol.com

and

**/s/Maureen Blackburn Jennings**
MAUREEN BLACKBURN JENNINGS
La. Bar No. 3100
Maureen Blackburn Jennings, PLC
4407 Blossom Street
Houston, TX 77007
Tel: 504.813.6224
E-mail: jennings.maureen@gmail.com

### CERTIFICATE OF SERVICE

    I hereby certify that on March 27, 2008, I electronically filed the foregoing Certificate of Counsel with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    David A. Strauss

**/s/Maureen Blackburn Jennings**
MAUREEN BLACKBURN JENNINGS
E-mail: jennings.maureen@gmail.com