UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
| 07-5205 (Chudd and Arvis Abram v.<br>State Farm Fire and Casualty Company | MAGISTRATE WILKINSON |

### NOTICE OF HEARING

**TO: All Counsel of Record**

     PLEASE TAKE NOTICE that counsel for plaintiffs Chudd and Arvis Abram *et al* will bring on for hearing the foregoing Motion for Leave to File First Amended Complaint before the Hon. Joseph C. Wilkinson, Jr. on Wednesday, April 16, 2008 at 11:00 a.m.  You are invited to attend and participate as you see fit.

                                              Respectfully submitted,

                                              STUART T. BARASCH
                                              La. Bar No. 20650
                                              Hurricane Legal Center
                                              910 Julia Street
                                              New Orleans, LA 70113
                                              Tel: 504.525.1944
                                              E-mail: sbarasch1@aol.com

and

**/s/Maureen Blackburn Jennings**
MAUREEN BLACKBURN JENNINGS
La. Bar No. 3100
Maureen Blackburn Jennings, PLC
4407 Blossom Street
Houston, TX 77007
Tel: 504.813.6224
E-mail: jennings.maureen@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, I electronically filed the foregoing Notice of Hearing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David A. Strauss

**/s/Maureen Blackburn Jennings**
MAUREEN BLACKBURN JENNINGS
E-mail: jennings.maureen@gmail.com