UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5205 (Chudd and Arvis Abram v.<br>State Farm Fire and Casualty Company | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing Motion for Leave to File First Amended Complaint,

IT IS ORDERED that the Motion of plaintiffs Chudd and Arvis Abram *et al* for Leave to File First Amended Complaint is GRANTED.  IT IS FURTHER ORDERED that the attached First Amended Complaint be filed into the record of the captioned suit.

New Orleans, this ___ day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE