STUART T. BARASCH (20650)
**HURRICANE LEGAL CENTER**
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Telephone: (504) 525-1944
Facsimile: (504) 525-1279



# HURRICANE LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 AUG 29 P 4 43
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CHUDD & ARVIS ABRAM; HERBERT A. & ELAINE L. )
ACOSTA, JR.; BETTY ALFONSO; ANN ANDERSON; )
OCTARVE & KAREN ANDERSON, SR.; KENNY )
ARBUTHNOT & TARA MCDANIELS; HERMAN & )
MURLEAN ASBERRY; LAWRENCE & RUBY BAAS; )
THOMAS & DIANA BABIN, SR.; ANGELA BAKER; )
RUDOLPH BAKER & DORIS REGGIO; BURT BARBRE; )
FELICIA BARNES; JACK BARROWS; DONALD & TYLER )
BARTLEY; MICHAEL & RHONDA BAUDOIN; SHANNON )
BEAN; THOMAS & LESLIE BELL; GINGER BEN; )
MARIETTA BERAUD; CLOTEEL BERRY; GUSTAV & )
GREGORY BICKMANN; CAROLYN BIENEMY; LEE E. )
BOE; GAY BOSCO; IONA BOSEMAN; CHARLES & )
GRETCHEN BOSWORTH; JOSEPH & SHARON BOUCHE'; )
ALBERT & VIOLA BOURGEOIS; ROY & LYNNE BOWEN, )
SR.; WAYNE & KIMBERLY BREMERMANN; EMMA & )
LAWRENCE BROCK; KEITH & LESLIE BROOKS; HOLLY )
BROUSSARD; CREIG BROWN; EMMA BROWN; LEOLA )
BROWN; MARGARET A. BROWN; LEONARD & ALICIA )
BROWN, JR.; ROBERT & BARBARA BUISSON; WOODY )
BURCH, JR.; HAROLD & BRENDA BURFICT; ROSALIE )

**07-5205**

**SECT. K  MAG. 2**

Doc. No.
CtRmDep
Dktd  X
Process
Fee
$350.00 pd.

-1-

EX. 2 (ABRAM)

BURSE; BETTYE BURT; LARRY & DOLORES BUTLER; )
MILDRED BUTLER; HENRY & GLORIA BYRD; ROGER )
CALLIA; ANTHONY CAMP; JULIUS & ANISSA CASBON, )
III; JOSEPH CASSAGRE; LATTIE & DIANE CAUSEY, JR.; )
LAWRENCE CAVALIER, JR.; BARRY CHARLES; JOE & )
BARBARA CHEATHAM; BRANDY CHIASSON; ALBERT & )
CHRISTINA CHIMENTO; AUGUSTINE H. COBETTE; )
CHARLES & VINCIE COLEY; EDWARD & CARMEL )
CONDON; BRENDA COOPER; SHIRLEY COSTIGLIOLA; )
FRANK & DELORES CRUMP; DAVE & PAULETTE )
DABNEY; BRENDA DAGGS; LOIS DAKIN; EMANUEL & )
CHRISTINA DAVIS; WARREN & VIOLA, DAVIS; MARY DE )
GRUY & GLORIA LIVAUDAIS; CHRIS DESSELLE; )
EDWARD DINGEMAN, JR.; MILDRED DOMINGO; NOEL )
DOMINICK; NATHAN & EMELDA DOMINIQUE; BARBARA )
DUNAMS; MARIZA DUPLESSIS-JONES; HENRY & ORELIA )
DUVERNAY; LEEONA DYAR; PAULA EARLY; LORIS )
EBANKS; HENRY & ERMA EDWARDS; GALE ELLA; )
LESTER & SADIE ESCO; SIDNEY EVANS, JR.; WAYNE )
FARLOUGH; THOMAS FAZIO; PAULINE & CHARLES )
FEIST; VELVET FERRAND; JULIA FIELDS; LUDELLA )
FLEMING; ALBERT & CONSTANCE FLEURY; HENRY )
FONTENETTE; REGINALD & ELNORA FOURNIER; )
RUDOLPH & MARY FRANCOIS; WILFRED & VESTER )
FRANCOIS, SR.; BRANDA B. GAINES BETTY )
GALLOWAY; SANDRA GARDNER; JULIE GATTI; )
FREDERICK & JOELLE GERKIN; JUDY & WESLEY )
GILBERT; BETTY GIOUSTOVER; HILDA GLEASON; ETTA )
GORDON; SADIE & CHARLES GRAY; PHILIP GREEN, )
SR.; WILLIE GRIFFITH; ERNEST & PATRICIA GUERRA; )
PAULINE GUGGINO; KAREN GULLY; ARLEAN )
GUTIERREZ; MARTIN GUTTUSO; GEORGE & ALICIA )
HARDY; CURTIS & AUDREY HARRIS; MARY J. HARRIS; )
ZONYA HARRISON; LEON & MARIE HARTMAN, JR.; )
DESSYE & CLAUDE HAYES; PAMELA & ALVIN HAYES; )
ALVIN HEBERT; LEE ROY & BETTIE HEBERT; ALBERT )
HEZEAU III; DONALD & ANNA HINGLE; ENOLA )
HOLMES; JERRY & ELAINE HONORE, SR.; DONALD & )
BONNIE HOOLAHAN; RAYMOND HUBER; CAROLYN )
HUGHES; HENRY HUNTER; KEVIN JACKSON; RAYMOND )
& LINDA JACKSON; PATRICIA JACKSON & WILLIE )

BAKER; JOSEPH & SHIRLEY JACOBS; BERNARD JEE; )
RUTH JENEVEIN; CASSIE JOHNSON; DIANNE )
JOHNSON; EARL & SHIRLEY JOHNSON; KEVIN )
JOHNSON; KIAVONNA JOHNSON; SHIRLEY JOHNSON )
& MALLORY COATS; GEORGE & BARBARA JOHNSON, )
JR.; ROOSEVELT & BERNET M. JOHNSON, SR.; )
BRENDA JONES; WILLIE & GERALDINE JORDAN, SR.; )
ORA JOSEPH; YVETTE JOSEPH; STEPHANIE JUPITER; )
KELSH & SHERRY KELLY, JR.; SANDRA KENARD; LYDIA )
KENNEDY; ROSALIE W. LANERS; LEON & SANDRA )
LANGLOIS; TRESSY LAUGA JOSEPH & GRETHEL )
LEBLANC, JR.; RANDY & MARILOU LEE; WANDA LEE; )
PAUL LEE, JR.; JOHN C., LEECH; RICHARD & ELAINE )
LEHRMANN; WILSEY LEVRON; CHARMAINE LEWIS; )
WILLIE LEWIS; OLIVE LINCOLN; BERNARD & LEONA )
LIVELY; JOSEPH & SHIRLEY LIVERS; BERNICE )
LIVINGSTON; ANTHONY LOPEZ; OLIN LORY, JR.; )
TRESA LUCKETT; MARY LOUISE MAES; DONALD & )
MARGARET MAGEE; JAMES MAGEE; LORRAINE )
MARCHESE; DEBORAH MARKS; RONALD & JEAN )
MARSH; DOROTHY H. MARTIN; JONATHAN & SANDRA )
MARTIN; JOSEPH MATLOCK, JR.; BILLY & ELIZABETH )
MATTHEWS; LEVERY MATTHEWS; GEORGE MCCRAY; )
ADRIENNE MCKAY; THELMA MCKENZIE; THOMAS & )
BESS MELIUS; LLOYD MENESSES; MI PROPERTIES LLC; )
MI SALON & SPA LLC; DANIELS MICHAEL; CAROL )
MILLER; GEORGIA MITCHELL; PAUL & YVONNE )
MITCHELL; NORMA MITCHELL & LINDA SANCHEZ; )
MARY MOORE; MARIO & DAYMI MOREY; STEPHEN & )
MIKHAEL MORRIS; SAMUEL & CHRISTELL MORRISON, )
JR.; GAYNELL MORTON; MAHDI MUHAMMAD; JAMES )
& PAULETTE NELSON; ESTELLE NEWSOME; NGUYEN )
NGUYEN; ODEAL NUTTER ANTHONY OWENS; JOSEPH )
PALERMO; ERIN PALMERMELVIN & MARY PATNETT; )
BERNICE PENDELTON; ELLIOT & PHYLLIS PERALTA; )
MARY PEREZ; WILLIAM PHILLPOTT; MARVI PIEDY; )
CHERYL PIZZOLATO; ROSWELL & BETTIE POGUE; )
WILLIAM & BRENDA POLLARD; THOMAS & BRENDA )
POPULIS; JOSEPH & HELEN PORCHE'; ROSALIE )
PORTER; SANDRA PORTER; STEVEN & DOLORES )
PRICE; BRENDA PRIEST; RONNIE PRITCHETT; JOHN )

QUIETTE; CHRIS & CATHERINE RABITO; MICHAEL )
RANKER; ANNIE RATCLIFF; EARL & KATIE REINE; )
JOSEPHINE RICHARDSON; PAMELA & MILTON )
RICHARDSON; THERESA RIVERA; MARION ROBERSON; )
RANDY ROBERT; ADADELE T. ROBERTSON; WILLIAM )
ROBESON, III; SHIRLEY ROCCAFORTE; JOHN ROLES; )
CORNEL ROWEL; JAMES SALLES; JEWEL & EVELENA )
SAM, JR.; SHARON SAMUEL; CHRISTIAN SANDER; )
LINDA L. SANDRAS; JOHN & MARY SCHOFIELD, JR.; )
JOSEPH & AUTHERINE SCOTT; MARY SHEPHARD; )
AGUILAR SILVIO; ANITA SIMPSON; BRENDA SIRES; )
JEROLYN SMITH; LOUIS W. SMITH; ROXIE B. SMITH; )
WALTER & JOYCE SMITH; JOHN & CAROLINE SMITH, )
SR.; SHIRLEY ST. CYR; KEITH STEVENS, JR.; HELEN )
STEWART; RAY & TERRE' TALBERT; ANTHONY )
TASKER; HERMENIA TEDESCO; LORENZA S. TEMONIA; )
CONNIE TENHAAF; JAMES TERRY; HERBERT & JOYCE )
THEODORE, SR.; WILMA THOMAS; MCRAY THORNTON;)
JOYCE TILLIE; JOSEPH TILLY; CHARLES TORREGANO, )
JR. & PHILLIS ACKER; PETER TRAN; AUGUST & )
EUGENIA TREBUCQ; CARRIE VARNADO; WANDA )
VAUGHN; DONNA J. VEALS; DELPHIA WALKER; ALISE )
WALTER; CHIQUITA WASHINGTON; GEORGE & EVA )
MAE WASHINGTON; NATHAN & CLARA WASHINGTON, )
SR.; CARLTON WATSON; EUGENE R. WATSON; DORA )
WEATHERSBY; YVONNE WEAVER; LORI WEBER; )
EBENEZEV WELBOURNE; GEORGE WELBROCK; MELVIN)
& MAGGIE WELLS, SR.; ELODIE WHITE; RHEA WHITE; )
ALBERT WIDMER; EARL & BETH WILLIAMS; ETHEL )
WILLIAMS; PERNELL & PEARL WILLIAMS; ANGELA )
WILLIS; BETTY WILSON; CARRIE L. WRIGHT; JANIS )
WRIGHT; MARION YOUNG; ST. ANDREW BAPTIST )
CHURCH, )
)
    Plaintiffs, )
)
vs. )
)
AAA INSURANCE; ACADIAN INSURANCE; AEGIS )
SECURITY INSURANCE; ALLSTATE INSURANCE )
COMPANY; AMERICAN BANKERS OF FLORIDA )

INSURANCE; AMERICAN FAMILY HOME INSURANCE;  )
AMERICAN INTERNATIONAL GROUP; AMERICAN  )
MODERN INSURANCE; AMERICAN NATIONAL GENERAL )
INSURANCE; AMERICAN NATIONAL INSURANCE;  )
AMERICAN NATIONAL PROPERTY & CASUALTY;  )
AMERICAN SECURITY INSURANCE; AMERICAN  )
SOUTHERN HOME INSURANCE; ANPAC LOUISIANA  )
INSURANCE COMPANY; ARGONAUT GREAT CENTRAL  )
INSURANCE COMPANY; ARMED FORCES INSURANCE  )
EXCHANGE; ASSURAND HOMEOWNERS INSURANCE;  )
ASSURANT SOLUTIONS INSURANCE; AUDUBON  )
INSURANCE GROUP; ATLANTIC CASUALTY INSURANCE )
COMPANY; BALBOA INSURANCE; COLONY INSURANCE; )
CONTINENTAL INSURANCE; EMPIRE INDEMNITY  )
INSURANCE; EMPIRE INSURANCE; ENCOMPASS  )
INSURANCE; ESSEX INSURANCE; EVANSTON  )
INSURANCE COMPANY; FARM BUREAU INSURANCE;  )
FARMERS INSURANCE; F.E.M.A.; FIDELITY & DEPOSIT )
COMPANY OF MARYLAND; FIRST PREMIUM INSURANCE;)
GENERAL INSURANCE COMPANY OF AMERICA;  )
HANOVER INSURANCE; HARTFORD INSURANCE;  )
HOMESITE INSURANCE COMPANY; HORRACE MANN  )
TEACHERS INSURANCE; KEMPER INSURANCE;  )
LAFAYETTE INSURANCE COMPANY; LAFAYETTE  )
UNITED FIRE INSURANCE; LEXINGTON INSURANCE  )
COMPANY; LIBERTY MUTUAL INSURANCE; LLOYDS OF )
LONDON; LOUISIANA CITIZENS PROPERTY INSURANCE)
CORP.; LOUISIANA FARM BUREAU INSURANCE;  )
MERASTAR INSURANCE; MERITPLAN INSURANCE  )
COMPANY; MET LIFE AUTO & HOME INSURANCE; MET )
LIFE INSURANCE; METROPOLITAN AUTO & HOME  )
INSURANCE; METROPOLITAN PROPERTY & CASUALTY )
INSURANCE; NATIONAL LLOYDS INSURANCE; OMEGA  )
ONE INSURANCE; OXFORD INSURANCE; PROCTOR  )
FINANCIAL INSURANCE COMPANY; REPUBLIC GROUP  )
FIRE & CASUALTY; REPUBLIC INSURANCE; SAFECO;  )
SAFEWAY INSURANCE; SCOTTSDALE INSURANCE;  )
STANDARD FIRE INSURANCE COMPANY; ST. PAUL  )
TRAVELERS INSURANCE; STATE FARM FIRE AND  )
CASUALTY INSURANCE COMPANY; STERLING  )
INSURANCE; SWBC HOMEOWNERS INSURANCE;  )

TEACHERS INSURANCE; TRAVELERS INSURANCE;   )
UNION NATIONAL INSURANCE; UNION NATIONAL LIFE;)
UNITED FIRE & CASUALTY; UNITED FIRE GROUP;   )
UNITED NATIONAL FIRE INSURANCE; UNITRIN KEMPE   )
PREFERRED INSURANCE; USAA; ZC STERLING   )
CORPORATION; ZURICH NORTH AMERICAN   )
INSURANCE;   )
   )
    Defendants.   )
_____)

## COMPLAINT FOR DAMAGES

Plaintiffs allege:

## STATEMENT OF JURISDICTION

1.    Jurisdiction of this court is founded on diversity of citizenship and amount under 28 U.S.C. §1332(a). Each Plaintiff is domiciled in Louisiana; Defendant is domiciled in a State other than Louisiana. The matter in controversy exceeds $75,000.

## STATEMENT OF VENUE

2.    Venue is proper in this district pursuant to 28 U.S.C.§1391(a)(2). Each Plaintiff is an owner of real property that is the subject of this action, located within the Eastern District of Louisiana.

## FACTUAL ALLEGATIONS

3.     On August 29, 2005, at the time of Hurricane Katrina, each Plaintiff had in effect an identical policy of property insurance issued by Defendant.

4.     On August 29, 2005 Hurricane Katrina caused substantial damage to each Plaintiff's real property, including but not limited to roof damage and damage to the interior, including its contents. This damage rendered the real property uninhabitable for an extended period of time. This damage was caused by wind, wind driven rain, storm surge, overflowing of canals and breaches of levees, as alleged below.

5.     Flood waters from nearby levee breaches damaged each Plaintiff's real property. These levee breaches were man-made flooding and not natural flooding. Defendant's policy of insurance provided coverage for non-natural flooding from a man-made levee breach.

6.     As a result of the aforesaid events Defendant was required to pay each Plaintiff his/her policy limit for damage to structure, other structures, contents, debris removal and loss of use/ALE(additional living expenses). Defendant was required to make these payments based upon the total destruction of the property and, pursuant to LSA R.S. 22:695, the Valued Policy Statute, Defendant was obligated to make the aforesaid limit payments. Instead, Defendant made only partial payment based upon wind and wind driven rain alone.

7.     Based upon the aforesaid conduct of Defendant, each Plaintiff has the following causes of action against Defendant:

-7-

- (a) failure to tender timely and sufficient payment under LSA R.S. 22:658 and LSA R.S. 22:1220;
- (b) breach of duty under LSA R.S. 22:658 and LSA R.S. 22:1220;
- (c) breach of insurance contract;
- (d) other causes of action that will be determined at trial.

8. The aforesaid actions of Defendant were "arbitrary and capricious".

9. Each Plaintiff requests trial by jury.

10. Each Plaintiff is entitled to the following elements of damages:
    - (1) Payment of policy limits for structure;
    - (2) Payment of policy limits for other structure;
    - (3) Payment of policy limits for contents;
    - (4) Payment of policy limits for debris removal;
    - (5) Payment of policy limits for additional living expenses/loss of use;
    - (6) Double damages pursuant to LSA R.S. 22:1220;
    - (7) Penalties pursuant to LSA R.S. 22:658;
    - (8) Attorney fees;
    - (9) Court costs; and

(10)  Any relief which this Court deems fair and equitable.

                                            Respectfully submitted,

                                            _____
                                            STUART T. BARASCH (20650)
                                            HURRICANE LEGAL CENTER
                                            1100 Poydras Street
                                            Suite 2900
                                            New Orleans, LA  70163
                                            Telephone: (504) 525-1944