UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5199 (Rafael & Dioigna Acevedo v.<br>State Farm Fire and Casualty Company | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs Rafael & Dioigna Acevedo *et al* and move the Court for leave to file the attached Second Amended Complaint. In support thereof, movers urge the reasons set forth in the accompanying memorandum.

    Respectfully submitted,

    STUART T. BARASCH, T.A.
    La. Bar No. 20650
    Hurricane Legal Center
    910 Julia Street
    New Orleans, LA 70113
    Tel: 504.525.1944
    E-mail: sbarasch1@aol.com

    and

        **/s/Maureen Blackburn Jennings**
        MAUREEN BLACKBURN JENNINGS
        La. Bar No. 3100
        Maureen Blackburn Jennings, PLC
        4407 Blossom Street
        Houston, TX 77007
        Tel: 504.813.6224
        E-mail: jennings.maureen@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2008, I electronically filed the foregoing Motion for Leave to File Second Amended Complaint with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    David A. Strauss

        **/s/Maureen Blackburn Jennings**
        MAUREEN BLACKBURN JENNINGS
        E-mail: jennings.maureen@gmail.com