UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5199 (Rafael & Dioigna Acevedo v.<br>State Farm Fire and Casualty Company | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Motion for Leave to File Second Amended Complaint,

IT IS ORDERED that the Motion of plaintiffs Rafael & Dioigna Acevedo *et al* for Leave to File Second Amended Complaint is GRANTED. IT IS FURTHER ORDERED that the attached Second Amended Complaint be filed into the record of the captioned suit.

New Orleans, this ___ day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE