UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5199 (Rafael & Dioigna Acevedo v.<br>State Farm Fire and Casualty Company | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### REQUEST FOR ORAL ARGUMENT

Pursuant to LR 78.1E, plaintiffs Rafael & Dioigna Acevedo *et al* request that the Court allow counsel to present oral argument regarding plaintiffs' Motion for Leave to File Second Amended Complaint.

Respectfully submitted,

STUART T. BARASCH, T.A.
La. Bar No. 20650
Hurricane Legal Center
1100 Poydras Street, Suite 2900
New Orleans, LA 70163
Tel: 504.525.1944
E-mail: sbarasch1@aol.com

and

/s/Maureen Blackburn Jennings
MAUREEN BLACKBURN JENNINGS
La. Bar No. 3100
Maureen Blackburn Jennings, PLC
4407 Blossom Street
Houston, TX 77007
Tel: 504.813.6224
E-mail: jennings.maureen@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, I electronically filed the foregoing Request for Oral Argument with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David A. Strauss

/s/Maureen Blackburn Jennings
MAUREEN BLACKBURN JENNINGS
E-mail: jennings.maureen@gmail.com