UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: | * | |
| *Little*, C.A. No. 06-9077 | * | MAG. JUDGE: JOSEPH C. |
| | * | WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING Rule 41(a) Joint Stipulation of Voluntary Partial Dismissal;

IT IS ORDERED that Plaintiffs' claims against State Farm Fire and Casualty Company, in its capacity as the WYO Program carrier, are hereby dismissed, **with prejudice**, with each party to bear its own costs.  Plaintiffs' reserve their rights to pursue their claims against State Farm Fire and Casualty Company, in its capacity as the Homeowner insurer.

New Orleans, Louisiana, this 27th day of March, 2008.

_____
THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE