UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO: INSURANCE<br>Debra Cloud No. 06-6093<br><br>* * * * * * * * * * * * * * * * * * * * | *<br>*   CIVIL ACTION<br>*   NO.: 05-4182 "K" (2)<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAGISTRATE JUDGE WILKINSON<br>*<br>* |

## O R D E R

Considering Allstate Insurance Company's ("Allstate") Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Jeanmarie LoCoco Nicholson is withdrawn as counsel of record for Allstate and Susan M. Rogge of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. is substituted in her place as Allstate's counsel of record in this proceeding.

New Orleans, Louisiana, this  27th  day of March, 2008.

_____
J U D G E

106279