UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| -------------------------------------------------- | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (2007-08772) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing <u>Unopposed Motion to Re-set Hearing on Plaintiffs' Motion to Remand</u>,

**IT IS ORDERED** that the motion is GRANTED and that the hearing on <u>Plaintiffs' Motion to Remand</u> is re-set from April 2, 2008 until **April 16, 2008 at 9:30 a.m.**

Done this   27th   day of   March  , 2008.

_____

UNITED STATES DISTRICT COURT JUDGE