UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES           CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEE<br>(LOUISIANA ENVIRONMENTAL<br> ACTION NETWORK, NO. 06-9147) | SECTION: "K"(4) |

## ORDER

IT IS ORDERED that the hearing on the Defendant's Motion to Dismiss for Lack of Jurisdiction (Rec. Doc. 10312), presently scheduled for April 2, 2008, be **RESET** for **APRIL 16, 2008 at 9:30 a.m.**

New Orleans, Louisiana, this __27th__ day of March, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1