Effective 4/10/06  FINANCIAL & CIVIL ALLOTMENT SHEET   Receipt No. 354754
Deputy Clerk: _____

ACCOUNT CODE:                                          REGISTRY FUND:

6855XX Accounts                                        604700 Accounts
_____ - Restitution                                    _____ - Cash Bonds                  MAR 26 2008
_____ - U.S. Postal Service Forms                      _____ - Land Condemnation
_____ - Petty Offense                                  _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00
       FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
       COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
       MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
       Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
  ✓  - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
  ✓  - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)   (John M. Danski)
       RECEIVED FROM (FIRM): Lugenbuhl
       CASE NUMBER: 05-CV-4182   SECTION: K-(2)
       CASE TITLE: Katrina Canal Breaches Cons. Lit.

       PAYMENT OF   5.00   CASH ___   CHECK ✓   MONEY ORDER ___
       CK# 2775              SEAMAN ___  PAUPER ___  NON CASH ___

                       Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action              _____ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,                  Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.                    _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                           Death Sentence
_____ 3. Antitrust                                     _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright                  _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   _____ Yes _____ No    _____
Is this a RELATED CASE?        _____ Yes _____ No    Attorney of Record