UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAR 27 2008
LORETTA G. WHYTE
CLERK

MIDLAND MORTGAGE CO.                           CIVIL ACTION

VERSUS                                         NO. XX - XXXX

DEFENDANT                                      SECTION " " ( )

ORDER

It appearing to the Court that the subject matter of the following listed cases are related to the *Chase Home Finance, L.L.C.* cases currently pending in Section "L" of this Court;

IT IS ORDERED that the following listed cases be transferred to Section "L" of this Court pursuant to Local Rule 3.1.1E.

IT IS FURTHER ORDERED that these cases are hereby STAYED for thirty (30) days.

IT IS FURTHER ORDERED that *Midland Mortgage Co v. Travelers Indemnity Company*, Case No. 07 cv 4854 "L" (5), which is currently pending in Section "L" is hereby STAYED for thirty (30) days.

New Orleans, Louisiana, this 27th day of March, 2008.

TRANSFERRED TO
SECT. L    MAR 2 8 2008

UNITED STATES DISTRICT JUDGE

---

This Order is being filed separately in the following cases:

| Case No. | Caption |
|---|---|
| 07 cv 4855 "K"(2) | Midland Mortgage Co. v. Allstate Insurance Company |
| 07 cv 4869 "K"(2) | Midland Mortgage Co. v. Liberty Mutual Fire Insurance Company et al |
| 07 cv 4907 "A"(3) | Midland Mortgage Co. v. Fidelity National Property and Casualty Insurance Company et al |
| 07 cv 4910 "E"(1) | Midland Mortgage Co. v. State Farm Fire & Casualty Company et al |
| 07 cv 7270 "A"(4) | Midland Mortgage Co. v. Lexington Insurance Company |
| 07 cv 7951 "C"(4) | Midland Mortgage Co. v. Hanover Insurance Company |