## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| **PERTAINS TO:** | * | |
| **ALL LEVEE** | * | |

## EX PARTE MOTION FOR LEAVE OF COURT TO FILE
## REPLY IN SUPPORT OF OBJECTIONS TO MAGISTRATE'S ORDER

Defendant, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), through undersigned counsel, hereby moves for leave of court to file the attached Supplemental Memorandum in support of its Motion to Dismiss. The Reply is necessary to respond to the opposition filed on behalf of the Plaintiff, which raises arguments not previously addressed by National Union. Accordingly, the attached Reply will aid the Court in considering and deciding the Objections to the Magistrate's Order (Document 11644). The plaintiffs have no objection to this motion.

1

WHEREFORE defendant National Union Fire Insurance Company of Pittsburg, Pa., prays that its Motion for Leave of Court to File a Reply in Support of Objections to Magistrate's Order be **GRANTED**, and for all other relief deemed just and proper.

> Respectfully submitted,
>
> /s/  Karen M. Dicke
> **KAREN M. DICKE (#24781)**
> **GEORGE D. FAGAN, T.A. (#14260)**
> Leake & Andersson, LLP
> 1100 Poydras Street, Suite 1700
> New Orleans, Louisiana 70163-1701
> Telephone:  (504) 585-7500
> Facsimile:  (504) 585-7775
> Email:       kdicke@leakeandersson.com
>                  gfagan@leakeandersson.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on March 28, 2008, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

> /s/ Karen M. Dicke

F:\38803\2-PLEADINGS\NATIONAL UNION\WORD VERSIONS\M-LEAVE TO FILE REPLY FOR OBJECTIONS.DOC