

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAR 25  PM 12: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.:   05-4182 |
|  | * | JUDGE:   DUVAL |
|  | * | MAGISTRATE:  WILKINSON |
| PERTAINS TO: | * * |  |
| INSURANCE:          *Acevedo*, 07-5199 | * * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LIMITED REOPENING OF CASE
## AND PARTIAL MOTION TO DISMISS

Plaintiff Emanuella Bell has settled her disputes in this case.  As a result of this settlement, Emanuella Bell respectfully requests that this Court reopen this case for the sole purpose of addressing this motion, and that all of the claims of Emanuella Bell be dismissed, with prejudice, each party to bear its own costs.  All claims by all remaining plaintiffs against all defendants are reserved.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

**WHEREFORE,** Plaintiff prays that this motion be granted, each party to bear its own costs.

Respectfully submitted,

Stuart T. Barasch, 20650
Hurricane Legal Center
1100 Poydras Street
Suite 2900
New Orleans, Louisiana  70163
Telephone:     (504) 525-1944

Attorney for Plaintiff

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this _20th_ day of ____March____, 2008.

100711