FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAR 28  AM 7:19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.:  05-4182 |
| | * | JUDGE:  DUVAL |
| PERTAINS TO: | * * | MAGISTRATE:  WILKINSON |
| INSURANCE:     *Acevedo*, 07-5199 | * * | |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiff Emanuella Bell are dismissed, with prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this 25th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____  100711
___ Doc. No_____