FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 MAR 28 AM 7:19
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>& Consolidated Cases |
| PERTAINS TO: | * * | JUDGE DUVAL |
| LEVEE: 06-5127 (SIMS) | * * * | MAG. KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Based on the Order and Reasons (Document No. 8387) and the order granting leave pursuant to Fed. R. Civ. P. 54(b) (Document No. 11658);

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of defendant, the Parish of Jefferson, and against all plaintiffs in the above-captioned action, dismissing plaintiffs' suit against the Parish of Jefferson with prejudice, each party to bear his/her or its own costs.

New Orleans, this 27th day of March, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____