MINUTE ENTRY
WILKINSON, M. J.
MARCH 28, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
        CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Flowers, 06-9246      JUDGE DUVAL
        MAG. WILKINSON

A second settlement conference was conducted on this date before the undersigned magistrate judge. Settlement discussions are continuing.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **1 : 10**