UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 MAR 28  AM 7:19
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>& Consolidated Cases |
| PERTAINS TO: | * * | JUDGE DUVAL |
| LEVEE: 06-5127 (DEPASS) | * * * | MAG. KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JUDGMENT

Based on the Order and Reasons (Document No. 8390) and the order granting leave pursuant to Fed. R. Civ. P. 54(b) (Document No. 11656);

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of defendant, the Parish of Jefferson, and against all plaintiffs in the above-captioned action, dismissing plaintiffs' suit against the Parish of Jefferson with prejudice, each party to bear his/her or its own costs.

New Orleans, this 27th day of March, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____