Effective 4/10/06  FINANCIAL & CIVIL ALLOTMENT SHEET  Receipt No. 354788
Deputy Clerk: _____

MAR 27 2008

ACCOUNT CODE:                                REGISTRY FUND:

6855XX Accounts                              604700 Accounts
_____ - Restitution                         _____ - Cash Bonds
_____ - U.S. Postal Service Forms           _____ - Land Condemnation
_____ - Petty Offense                       _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00
   FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
   COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
   MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
(2) ✓ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
    ✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)
   RECEIVED FROM (FIRM): Svenson Law Firm
   CASE NUMBER: 05-4182 (08-1212)   SECTION: K
   CASE TITLE: _____
                                        177
   PAYMENT OF [ 10 ]   CASH ____   CHECK ✓   MONEY ORDER ____
                       SEAMAN ____  PAUPER ____   NON CASH ____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

____ 1. Cases requiring immediate action       ____ 6. Habeas Corpus & Other Convictions
        by the Court such as TRO, Injunction,          Petitions Title 28 USC Sec. 2255
        Orders to Show Cause, etc.              ____ 7. Petitions for Stay of Execution
____ 2. Class Action                                    Death Sentence
____ 3. Antitrust                               ____ 8. Social Security Case
____ 4. Patent, Trademark, Copyright            ____ 9. All Others
____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   ____ Yes ____ No
Is this a RELATED CASE?        ____ Yes ____ No     Attorney of Record