Effective 4/10/06     **FINANCIAL & CIVIL ALLOTMENT SHEET**     Receipt No. 354787
Deputy Clerk: ___

MAR 27 2008

ACCOUNT CODE:

6855XX Accounts
_____ - Restitution
_____ - U.S. Postal Service Forms
_____ - Petty Offense

REGISTRY FUND:

604700 Accounts
_____ - Cash Bonds
_____ - Land Condemnation
_____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
  _____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
  _____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
             085000 - $5.00 / 510000 - $10.00
       **FILING FEES**
  _____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
  _____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
             086900 - $20.00 / 510000 - $19.00
  _____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
  _____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
  _____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
       **COPY FEES**
  _____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
  _____ - Copies (.50 per page - # of pages _____) 322350
  _____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
  _____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
       **MISCELLANEOUS ACCOUNTS**
  _____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
  _____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
  _____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
  _____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
  _____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
             Recovery of Costs - Jury Assessment _____     322380

**FINES & MISCELLANEOUS ACCOUNTS**
(2) ✓ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
   ✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
  _____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

       RECEIVED FROM (FIRM): Svenson Law Firm
       CASE NUMBER: 05-4182 (08-1213)   SECTION: K
       CASE TITLE: _____
                                                 176
       PAYMENT OF   [ 10 ]   CASH ___   CHECK ✓   MONEY ORDER ___
                             SEAMAN ___   PAUPER ___   NON CASH ___

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

  ___ 1. Cases requiring immediate action        ___ 6. Habeas Corpus & Other Convictions
        by the Court such as TRO, Injunction,           Petitions Title 28 USC Sec. 2255
        Orders to Show Cause, etc.              ___ 7. Petitions for Stay of Execution
  ___ 2. Class Action                                   Death Sentence
  ___ 3. Antitrust                                ___ 8. Social Security Case
  ___ 4. Patent, Trademark, Copyright            ___ 9. All Others
  ___ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   ___ Yes   ___ No
Is this a RELATED CASE?        ___ Yes   ___ No     Attorney of Record _____