**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 566 | EFP-566-000000001 | EFP-566-000000356 | USACE; ERDC; EL | Al Kennedy | KC749 | 3/28/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 567 | EFP-567-000000001 | EFP-567-000000250 | USACE; ERDC; ITL | Mike Pace | KC749 | 3/28/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 568 | EFP-568-000000001 | EFP-568-000000033 | USACE; ERDC; CHL | Timothy Welp | KC749 | 3/28/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 569 | EFP-569-000000001 | EFP-569-000000065 | USACE; ERDC; CHL | Timothy Welp | KC749 | 3/28/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal and Hydraulics Lab |
| EFP | 570 | EFP-570-000000001 | EFP-570-000002461 | USACE; ERDC; EL | Mansour Zakikhani | KC749 | 3/28/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| EFP | 571 | EFP-571-000000001 | EFP-571-000000001 | USACE; ERDC; ITL | Steve Spangler | KC749 | 3/28/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| MGP | 014 | MGP-014-000000001 | MGP-014-000002112 | O'Donnell & Associates | Andy Owen | KC750 | 3/28/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Common Liability Plaintiff Supplemental Production to US (Photos, Videos, Powerpoint, Impact Reports) |