UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION |
| PERTAINS TO: | § § | NO. 05-4182 "K"(2) |
| MRGO: 08-1212 | § § § § | JUDGE DUVAL MAG. WILKINSON |

## ORDER

Considering the foregoing motion to appear Pro Hac Vice, it is ordered that Brendan O'Brien is enrolled *pro hac vice* as co-counsel for HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, COMMONWEALTH INSURANCE COMPANY, ARCH INSURANCE COMPANY, ALLIED WORLD ASSURANCE COMPANY, LEXINGTON INSURANCE COMPANY in the captioned matter.

_____
DISTRICT JUDGE