UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES          §          CIVIL ACTION
CONSOLIDATED LITIGATION                §
                                       §
_____       §          NO. 05-4182 "K"(2)
                                       §
PERTAINS TO:                           §
                                       §          JUDGE DUVAL
MRGO: 08-1213                          §
                                       §          MAG. WILKINSON
_____       §

### ORDER

Considering the foregoing motion to appear Pro Hac Vice, it is ordered

that Elise Gilbert is enrolled *pro hac vice* as co-counsel for NATIONAL UNION

FIRE INSURANCE COMPANY OF PITTSBURGH PA, AND COMMONWEALTH

INSURANCE COMPANY in the captioned matter.

_____
                DISTRICT JUDGE