UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE: LAWRENCE 07-6454 | * * | MAG. WILKINSON |

### JOINT MOTION TO BIFURCATE INDIVIDUAL CLAIM OF ANTHONY MICHAEL LAWRENCE

In accordance with Case Management Order No. 4, Section 5(C), which provides for bifurcation upon motion of any party, plaintiff Anthony Michael Lawrence ("Plaintiff") and defendant Federal Insurance Company ("Federal") hereby requests that the Court enter an Order bifurcating the proceeding captioned *Anthony Michael Lawrence v. Federal Insurance Company*, United States District Court for the Eastern District of Louisiana, Civil Action No. 07-6454, Section C(4) from the consolidated litigation. Plaintiff and Federal request that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of the Case Management Order No. 4, Section 5(C) at p. 48. Plaintiff and Federal further agree and stipulate that they will not participate in the Common Discovery for All Insured Defendants for individual cases.

1

Respectfully submitted;

s/George B. Recile

By: _____

George B. Recile (#11414)
Chehardy, Sherman, Ellis, Murray, Recile,
    Griffith, Stakelum & Hayes, L.L.P.
One Galleria Blvd., Suite 1100
Metairie, Louisiana  70001
Tel:  (504) 833-5600; Fax:  (504) 833-8080
Counsel for Plaintiff


Respectfully submitted;

PLAUCHÉ  MASELLI PARKERSON  L.L.P.

s/Mark E. Young

By: _____

MARK E. YOUNG (#20432), T.A.
H. EDWARD BAROUSSE, III, (#28310)
GEORGE C. DRENNAN (#28025)
201 St. Charles Avenue, Suite 4240
New Orleans, Louisiana  70170-4240
Tel:  (504) 582-1142, Fax:  (504) 582-1172
Counsel for Federal Insurance Company

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

George B. Recile
Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, L.L.P.
One Galleria Blvd., Suite 1100
Metairie, LA 70001

Mark E. Young
701 Poydras Street
One Shell Square, Suite 3800
New Orleans, LA 70139-3800

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CF/ECF participants:

None

s/Mark E. Young

MARK E. YOUNG, T.A. (#20432)
Counsel for Federal Insurance Company
**PLAUCHÉ MASELLI PARKERSON L.L.P.**
701 Poydras Street
Suite 3800 - One Shell Square
New Orleans, Louisiana 70139
Telephone:    (504) 582-1142
Facsimile:    (504) 582-1172
myoung@pmpllp.com