UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br><br> JUDGE DUVAL |
| PERTAINS TO: <br> INSURANCE: LAWRENCE 07-6454 | * <br> * | MAG. WILKINSON |

## ORDER

Considering the foregoing Joint Motion to Bifurcate Individual Claim of Anthony Michael Lawrence, including the parties' stipulation and agreement not to participate in Common Discovery for Insurers;

**IT IS HEREBY ORDERED** that the referenced proceeding be and hereby is bifurcated in accordance with Case Management Order No. 4, Section 5(C), and that the matter will be referred for scheduling of a preliminary conference before Magistrate Wilkinson.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE