UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:    INSURANCE (*Xavier Univ.*, No. 06-0516) | * * * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the *Ex Parte* Motion by Travelers Property Casualty Company of America for Leave to Appear *Pro Hac Vice*;

**IT IS ORDERED** that John M. Tanski of the law firm of Robinson & Cole LLP is hereby admitted *pro hac vice* as co-counsel of record for Travelers Property Casualty Company of America in the captioned matter.

New Orleans, Louisiana, this 27th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE