UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*severed from Abadie*, 06-5164<br><br>MARILYN KHATON,<br>      **Plaintiff**<br><br>VS.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br>      **Defendant** | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2)<br><br><br>CIVIL ACTION<br>No. 07-2439<br>SECTION "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Marilyn Khaton, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this _____ day of _____, 2008.

 

                                                                          _____<br>
                                                                          USDC JUDGE STANWOOD R. DUVAL, JR.<br>
                                                                          Section "K," Magistrate: 2