UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolidated cases |
| | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 *Mumford v. Ingram*    05-5724 *Lagarde v. Lafarge*    06-5342 *Perry v. Ingram*          06-6299 *Benoit v. Lafarge*       06-7516 *Parfait Family v. USA* 07-3500 <u>*Lafarge v. USA*          07-5178</u> | * * * * * * * * | JUDGE STANWOOD R. DUVAL, JR. MAG. JOSEPH C. WILKINSON, JR. |

**MOTION FOR A PROTECTIVE ORDER PURSUANT TO FRCP RULE 26(c) QUASHING PLAINTIFFS' SUBPOENA AND RULE 45 REQUESTS OF JANUARY 28, 2008, AND LAFARGE NORTH AMERICA, INC.'S SUBPOENA AND RULE 45 REQUESTS OF FEBRUARY 7, 2008, ISSUED TO <u>THE GREATER NEW ORLEANS BARGE FLEETING ASSOCIATION</u>**

**NOW INTO COURT**, through undersigned counsel, comes Movant, the Greater New Orleans Barge Fleeting Association ("GNOBFA"), who prays that this Court issue a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and quash the subpoenas and Rule 45 requests delivered to GNOBFA by plaintiffs and by Lafarge North America, Inc. ("Lafarge"), on or about January 28, 2008, and February 7, 2008, respectively (collectively "the

{N1794105.1}                                                               1

Subpoenas and Requests"), on the grounds that the Subpoenas and Requests were not issued in compliance with Rule 45 of the Federal Rules of Civil Procedure. The Subpoenas and Requests (a) are by definition not relevant to the claims or defenses of any party, (b) are not reasonably calculated to lead to the discovery of admissible evidence, (c) impose an undue burden on GNOBFA, and (d) if permitted, will impede the proper functioning of the professional associations and encourage litigants to adopt indiscriminate scatter-shot discovery practices.

Accordingly, the Subpoenas and Requests should therefore be quashed in accordance with the Federal Rules of Civil Procedure and a protective order should be issued, all as more fully set forth in the attached memorandum in support.

Respectfully submitted,

/s/ Jean-Paul A. Escudier
JEFFERSON R. TILLERY (#17831)
JEAN-PAUL A. ESCUDIER (#29177)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
Attorneys for Greater New Orleans
  Barge Fleeting Association

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record electronically, by facsimile, by hand or by depositing same in the U.S. mail, postage prepaid and properly addressed this 28th day of March, 2008.

/s/ Jean-Paul A. Escudier