UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| <u>*Lafarge v. USA*           07-5178</u> | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**NOTICE OF HEARING**

TO:   All Counsel

**PLEASE TAKE NOTICE** that Movant, the Greater New Orleans Barge Fleeting Association, will bring for hearing before the Honorable Joseph C. Wilkinson, Jr., the attached Motion for a Protective Order Pursuant to FRCP Rule 26(c) Quashing Plaintiffs' Subpoena and Rule 45 Requests of January 28, 2008, and Lafarge North America, Inc.'s Subpoena and Rule 45 Requests of February 7, 2008, Issued to the Greater New Orleans Barge Fleeting Association on

{N1794727.1}                                           1

the 16th day of April, 2008, at 11:00 a.m., or as soon thereafter as this Honorable Court deems appropriate.

          Respectfully submitted,

          */s/ Jean-Paul A. Escudier*
          JEFFERSON R. TILLERY (#17831)
          JEAN-PAUL A. ESCUDIER (#29177)
          Jones, Walker, Waechter, Poitevent,
            Carrère & Denègre, L.L.P.
          201 St. Charles Avenue, 47th Floor
          New Orleans, Louisiana 70170
          Telephone: (504) 582-8000
          Facsimile: (504) 582-8583
          Attorneys for Greater New Orleans
            Barge Fleeting Association

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record electronically, by facsimile, by hand or by depositing same in the U.S. mail, postage prepaid and properly addressed this 28th day of March, 2008.

          */s/ Jean-Paul A. Escudier*

{N1794727.1}          2