UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO: BARGE | * <br> * | and consolidated cases |
| | * <br> * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 <br> *Mumford v. Ingram*      05-5724 <br> *Lagarde v. Lafarge*      06-5342 <br> *Perry v. Ingram*      06-6299 <br> *Benoit v. Lafarge*      06-7516 <br> *Parfait Family v. USA*      07-3500 <br> <u>*Lafarge v. USA*      07-5178</u> | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

## **MOTION FOR EXPEDITED HEARING**

The Greater New Orleans Barge Fleeting Association has been served with subpoenas to produce records on January 28, 2008, and February 7, 2008, respectively, and has filed a Motion for a Protective Order to Quash.

It is respectfully prayed that Magistrate Wilkinson expedite a hearing of this matter since the return of the subpoena is scheduled for March 29, 2008.

{N1794105.1}                          14

15

                          Respectfully submitted,

                          ___***/s/ Jean-Paul A. Escudier***___
                          JEFFERSON R. TILLERY (#17831)
                          JEAN-PAUL A. ESCUDIER (#29177)
                          Jones, Walker, Waechter, Poitevent,
                            Carrère & Denègre, L.L.P.
                          201 St. Charles Avenue, 47th Floor
                          New Orleans, Louisiana 70170
                          Telephone: (504) 582-8000
                          Facsimile: (504) 582-8583
                          Attorneys for Greater New Orleans
                            Barge Fleeting Association

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record electronically, by facsimile, by hand or by depositing same in the U.S. mail, postage prepaid and properly addressed this 28th day of March, 2008.

                          ___***/s/ Jean-Paul A. Escudier***___