UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531<br>*Mumford v. Ingram*    05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*          06-6299<br>*Benoit v. Lafarge*       06-7516<br>*Parfait Family v. USA*  07-3500<br><u>*Lafarge v. USA*            07-5178</u> | * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

### ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion for a Protective Order to Quash filed by the Greater New Orleans Barge Fleeting Association will be heard on the _____ day of _____, 2008 at _____ a.m./p.m. before Magistrate Judge Joseph C. Wilkinson, Jr., in the United States District Court for the Eastern District of Louisiana.

This _____ day of _____, 2008, New Orleans, Louisiana.

_____
MAGISTRATE JUDGE

{N1794105.1}                                      16