UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*severed from Abadie*, 06-5164<br><br>**ANTHONY WREN,**<br>       **Plaintiff**<br><br>VS.<br><br>**STATE FARM FIRE AND CASUALTY**<br>**COMPANY,**<br>       **Defendant** | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2)<br><br><br>CIVIL ACTION<br>No. 07-2447<br>SECTION "K" (2) |

*********************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Anthony Wren, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____<br>
USDC JUDGE STANWOOD R. DUVAL, JR.<br>
Section "K," Magistrate: 2

{N0074142}