UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

*************************************************************************

## NOTICE OF DEPOSITION

**TO:**   To all Defendants and their respective counsel,

>   Through Defense Liaison Attorney of Record:
>   Ralph S. Hubbard III
>   Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
>   601 Poydras St., Suite 2775
>   New Orleans, Louisiana 70130-6041

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, through their attorneys of record will take the deposition under oath of Lt. General Elvin R. ("Vald") Heiberg, III, P.E. U.S. Army (Retired).  This deposition will take place on **Tuesday, April 29, 2008** commencing at 8:30 a.m. eastern daylight savings time at Heiberg Associates Inc., 930 S. Rolfe Street, Arlington, VA. 22204.  The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, live note, and will be transcribed.  The deposition is being taken for the purposes of

discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, live note and will be transcribed.

Dated: March 31, 2008.

                            **Respectfully Submitted,**

                            **APPROVED PLAINTIFFS LIAISON COUNSEL**

                              /s/  Joseph M. Bruno  
                            JOSEPH M. BRUNO (La. Bar # 3604)  
                            PLAINTIFFS LIAISON COUNSEL  
                            Law Offices of Joseph M. Bruno  
                            855 Baronne Street  
                            New Orleans, Louisiana 70113  
                            Telephone: (504) 525-1335  
                            Facsimile: (504) 561-6775  
                            Email: jbruno@jbrunolaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 31th day of March, 2008.

               /s/ Joseph M. Bruno
               Joseph M. Bruno