UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aaron No. 06-4746 _____ | * * * * | JUDGE: DUVAL |
| RALPH & ANTOINETTE PUGH VERSUS ALLSTATE INSURANCE COMPANY | * * * * * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**CONSIDERING THE FOREGOING,** Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiffs, Ralph & Antoinette Pugh, are dismissed without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this __28th__ day of _____March_____, 2008.

_____
UNITED STATES DISTRICT JUDGE