UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aaron No. 06-4746 _____ | * * * * | JUDGE:  DUVAL |
| JOHN & DIANA HALE | * * | |
| VERSUS | * * | MAGISTRATE:  WILKINSON |
| ALLSTATE INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**CONSIDERING THE FOREGOING,** Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiffs, John & Diana Hale, are dismissed without prejudice, each party to bear its own costs.  All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this  28th  day of _____March_____, 2008.

_____
UNITED STATES DISTRICT JUDGE