UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*severed from Abadie*, 06-5164 | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| **CATHERINE CLARK**<br>         **Plaintiff**<br><br>VS.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br>         **Defendant** | CIVIL ACTION<br>No. 07-2413<br>SECTION "K" (2) |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Catherine Clark, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this 28th day of March, 2008.

*[signature]*

USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0073570}