UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO INSURANCE | * | MAGISTRATE WILKINSON |
| | * | |
| Randazzo, Anthony No. 07-1082 | * | |
| _____ | * | |

### MOTION TO WITHDRAW AS ADDITIONAL COUNSEL OF RECORD

The Standard Fire Insurance Company ("Standard Fire") moves to withdraw the following attorney as additional counsel of record:

>Kyle M. Bacon (#28485)
>LONGMAN RUSSO, APLC
>P. O. Drawer 3408
>Lafayette, LA 70502-3408
>Telephone: (337) 262-9000
>Fax: (337) 262-9001
>Email:  kbacon@lrfirm.com

Gary J. Russo, Douglas C. Longman and Camille Bienvenu Poché, also attorneys at Longman Russo, APLC, are to remain counsel of record for Standard Fire.

Respectfully submitted:

s/Kyle M. Bacon
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN (#8719)
CAMILLE BIENVENU POCHE (#22597)
KYLE M. BACON (#28485)
Attorneys for The Standard Fire Insurance Company
LONGMAN RUSSO, APLC
P. O. Drawer 3408
Lafayette, LA. 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: kbacon@lrfirm.com

## **CERTIFICATE**

I HEREBY CERTIFY that on March 31, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the all counsel of record.

s/Kyle M. Bacon
KYLE M. BACON (#28485)