UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO INSURANCE | * | MAGISTRATE WILKINSON |
| | * | |
| Randazzo, Anthony No. 07-01082 | * | |
| _____ | * | |

**ORDER**

The motion to withdraw Kyle M. Bacon as additional counsel of record filed by The Standard Fire Insurance Company ("Standard Fire") is GRANTED.

The following attorney is WITHDRAWN AS ADDITIONAL COUNSEL OF RECORD for Standard Fire:

>Kyle M. Bacon (#28485)
>LONGMAN RUSSO, APLC
>P. O. Drawer 3408
>Lafayette, LA 70502-3408
>Telephone: (337) 262-9000
>Fax: (337) 262-9001
>Email:  kbacon@lrfirm.com

Gary J. Russo, Douglas C. Longman, and Camille Bienvenu Poché, also attorneys at Longman Russo, APLC, are to remain counsel of record for Standard Fire.

    THUS DONE AND SIGNED this _____ day of _____, 2008 at New Orleans, Louisiana.

                                        _____
                                        HON. STANWOOD R. DUVAL, JR.
                                        UNITED STATES DISTRICT COURT
                                        FOR THE EASTERN DISTRICT OF LOUISIANA