UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>**No. 06-5164,** *Abadie et al., v Aegis Security<br>Insurance Co., et al.*<br>_____ | §<br>§<br>§<br>§<br>§<br>§ | <br><br>**THIS PLEADING APPLIES<br>ONLY TO THE CLAIM OF:<br>CLARENCE BARROW** |

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Clarence Barrow, who wishes to voluntarily dismiss his claims against Defendant, State Farm Fire and Casualty Company, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, Plaintiff, Clarence Barrow, respectfully requests that this Court reopen this case with respect to Defendant, State Farm Fire and Casualty Company, for the sole purpose of addressing this motion, thereby allowing plaintiff to voluntarily dismiss his claims against State

Farm Fire and Casualty Company, in the above-captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    **WHEREFORE**, Plaintiff, Clarence Barrow, prays that the Court reopen this case with respect to Defendant, State Farm Fire and Casualty Company, for the sole purpose of addressing this motion, thereby allowing plaintiff to voluntarily dismiss his claims against State Farm Fire and Casualty Company, in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    Respectfully submitted:

BY: /s/ Joseph M. Bruno
**JOSEPH M. BRUNO (# 3604)**
**L. SCOTT JOANEN (# 21431)**
The Law Office of Joseph M. Bruno, APLC
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by hand-delivery, facsimile, e-mail or other electronic filing, and/or by First Class, United States Mail, properly addressed and postage prepaid, this 31st day of March, 2008.

      /s/ Joseph M. Bruno
**JOSEPH M. BRUNO**