UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: <br> Insurance <br><br> **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* <br> _____ | | **THIS PLEADING APPLIES ONLY TO THE CLAIM OF: CLARENCE BARROW** |

### O R D E R

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED**, that the motion be and is **GRANTED**, and that the claims of Plaintiff Clarence Barrow against State Farm Fire and Casualty Company, in the above-captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**United States District Court Judge**