# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | MAG. (2) – MAG. WILKINSON |
| INSURANCE: ACEVEDO, 07-5199 | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion for Limited Lifting of Stay and Partial Motion to Dismiss;

**IT IS ORDERED** that the claims of Sandralyne Esco in the captioned litigation against Auto Club Family Insurance Company, be and are hereby DISMISSED, with prejudice.

New Orleans, Louisiana, this 28th day of March, 2008.

_____
JUDGE