## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATD LITIGATION<br>PERTAINS TO: SEVERED MASS JOINDER CASES | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 |
| *Severed from Abadie, 06-5164* | *<br>*<br>* | SECTION "K"(2) |
| WILLIE CARTER, GWENDOLYN EDWARDS CARTER<br>Plaintiff | *<br>*<br>* | CIVIL ACTION<br><br>NO. 07-2469 |
| STATE FARM FIRE and CASUALTY COMPANY<br>Defendant | *<br>* | SECTION "K"(2) |

*******************************************************

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Willie Carter and Gwendolyn Edwards Carter, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

                                                                                   _____
                                                                                   USDC JUDGE STANWOOD R. DUVAL, JR.
                                                                                   Section "K," Magistrate: 2

{N0074213}