UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATD LITIGATION PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | CIVIL ACTION NO. 05-4182 |
| *Severed from Abadie, 06-5164* | * * * | SECTION "K"(2) |
| CARL BEARD, JANET BEARD Plaintiff | * * * | CIVIL ACTION NO. 07-2482 |
| STATE FARM FIRE and CASUALTY COMPANY Defendant | * * | SECTION "K"(2) |

**************************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiffs, Carl Beard and Janet Beard. Therefore, plaintiffs, Carl Beard and Janet Beard, hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiffs, Carl Beard and Janet Beard, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

{N0074227}

Respectfully submitted,

| | |
|---|---|
| /s/ David A. Strauss | /s/ Joseph M. Bruno |
| DAVID A. STRAUSS, #24665 | Joseph M. Bruno, #3604 |
| LINDSAY A. LARSON, III, #8053 | L. Scott Joanen, #21431 |
| CHRISTIAN A. GARBETT, #26293 | The Law Office of Joseph M. Bruno |
| ADAM P. MASSEY, #29330 | 855 Baronne Street, Third Floor |
| SARAH R. SHANNAHAN, #30957 | New Orleans, Louisiana 70113 |
| KING, LEBLANC AND BLAND, P.L.L.C. | Telephone: (504) 525-1335 |
| 201 St. Charles Avenue, Suite 4500 | Facsimile: (504) 561-6775 |
| New Orleans, Louisiana 70170 | jbruno@jbrunolaw.com |
| Telephone: (504) 582-3800 | |
| Facsimile: (504) 582-1233 | |
| Attorneys for State Farm Fire and Casualty Company | |
| dstrauss@klb-law.com | |
| llarson@klb-law.com | |
| cgarbett@klb-law.com | |
| amassey@klb-law.com | |
| sshannahan@klb-law.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss

{N0074227}