## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) CIVIL ACTION NO. 05-cv-4182 ) ) SECTION "K" |
| VERSUS | ) Judge Stanwood R. Duval, Jr. ) |
| PERTAINS TO: INSURANCE *Edna Gordon* No. 06-cv-4920 | ) MAG. 2 ) Magistrate Judge Joseph C. Wilkinson, Jr. ) |

### VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Edna Gordon, plaintiff herein, who, pursuant to Fed. R. Civ. P. 41 moves to dismiss the above-entitled matter with prejudice, each party to bear its own respective costs.

Respectfully submitted,

/s/ Scott G. Wolfe, Jr.
Scott G. Wolfe, Jr.
The Wolfe Law Offices, L.L.C
4821 Prytania Street
New Orleans, LA 70115
Telephone:  (504) 894-9653
Fax:  (866) 761-8934
Email:  scott@wolfelaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26 day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kelley W. Strain, Esq.
Gieger, Laborde & Laperouse
701 Poydras St., Ste. 4800
New Orleans, LA 70139
    *Counsel for Defendant*

_____
SCOTT G. WOLFE, JR.