UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) | CIVIL ACTION NO. 05-cv-4182 SECTION "K" |
| VERSUS | ) ) ) | Judge Stanwood R. Duval, Jr. |
| PERTAINS TO: INSURANCE *Edna Gordon* No. 06-cv-4920 | ) ) ) | MAG. 2 Magistrate Judge Joseph C. Wilkinson, Jr. |

## ORDER

CONSIDERING the foregoing Motion to Dismiss,

IT IS ORDERED, that all claims of plaintiff, Edna Gordon, be, and they are hereby, dismissed, with prejudice, each party to bear its own respective costs.

New Orleans, Louisiana, this _____ day of _____, 2008

_____
U.S. DISTRICT JUDGE