# United States District Court

## EASTERN DISTRICT OF LOUISIANA

NATIONAL UNION FIRE INSURANCE           **SUMMONS IN A CIVIL CASE**
COMPANY OF PITTSBURGH, PA, ET AL

V.                                      Case Number: 08-1213 "K" (2)

UNITED STATES OF AMERICA

TO: (Name and address of defendant)

U.S. Attorney General

Honorable Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ernest Svenson
123 Walnut Street, Suite 1001
New Orleans, LA 70118

Elisa T. Gilbert, Esq.
Brendan R. O'Brien, Esq.
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**                    **March 10, 2008**
Clerk                                   Date

(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]  Brendan O'Brien

DATE: March 24, 08

NAME OF SERVER (PRINT): Brendan O'Brien

TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Green card attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-31-08
Date

Signature of Server

325 E. 57th Street NY NY 10022
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.