## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*severed from Abadie*, 06-5164 | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| EILEEN MARQUES AND RAUOL MARQUES, III,<br>        **Plaintiffs**<br><br>VS.<br><br>**STATE FARM FIRE AND CASUALTY<br>COMPANY,**<br>        **Defendant** | CIVIL ACTION<br>No. 07-2441<br>SECTION "K" (2) |

*********************************************************************

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Eileen Marques and Rauol Marques, III, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 31st day of March, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0074057}