UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 06-0225, 06-0886, 06-1885, 06-2278, 06-2287,
06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159,
06-5161, 06-5260, 06-5937, 07-1271

PERTAINS TO: MRGO
_____

## AMENDED NOTICE OF DEPOSITION

**TO:**   To all Defendants and their respective counsel,

>Through Defense Liaison Attorney of Record:
>Ralph S. Hubbard III
>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
>601 Poydras St., Suite 2775
>New Orleans, Louisiana 70130-6041

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, through their attorneys of record will take the deposition under oath of Melvin McElvee. This deposition will take place on **Wednesday, April 23, 2008** commencing at 8:30 a.m. at the Law Offices of Joseph M. Bruno, 855 Baronne Street, New

Orleans, La 70113. The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, live note, and will be transcribed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, live note and will be transcribed.

Dated: March 31, 2008.

        **Respectfully Submitted,**

        **APPROVED PLAINTIFFS LIAISON COUNSEL**

          /s/  Joseph M. Bruno
        JOSEPH M. BRUNO (La. Bar # 3604)
        PLAINTIFFS LIAISON COUNSEL
        Law Offices of Joseph M. Bruno
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 31st day of March, 2008.

    /s/ Joseph M. Bruno
Joseph M. Bruno