## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aguilar No. 07-4852 _____ | * * * * | JUDGE:  DUVAL |
| DONNA M. & RAYMOND GREEN, JR. VERSUS ALLSTATE INSURANCE COMPANY | * * * * * | MAGISTRATE:  WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT LIMITED MOTION, ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes, DONNA M. & RAYMOND GREEN, JR., Plaintiffs herein, and Defendant, ALLSTATE INSURANCE COMPANY, through their counsel of record, parties at interest herein and who stipulate and agree that all claims of Plaintiffs in the above numbered and entitled cause of the original complaint be dismissed, without prejudice, each party to bear its own costs of court, reserving the balance of the case as to all other parties including Allstate Insurance Company.

/s/ Joseph W. Rausch
JOSEPH W. RAUSCH (#11394)
Attorney for Plaintiff
800 N. Causeway Blvd., #100
Metairie, LA 70001
(504) 832-3000
joe@jimshall.com

/s/ H. Minor Pipes, III
H. MINOR PIPES, III (#24603)
BARRASSO, USDIN, KUPPERMAN,
 FREEMAN & SARVER, LLC.
Attorney for Defendant Allstate Insurance Co.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
(504) 589-9726
mpipes@barrassodin.com