UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aguilar No. 07-4852 _____ | * * * * | JUDGE: DUVAL |
| DONNA M. & RAYMOND GREEN, JR. VERSUS ALLSTATE INSURANCE COMPANY | * * * * * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and claims of Plaintiffs, DONNA M. & RAYMOND GREEN, JR., against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs, reserving the balance of the case as to all other parties including Allstate Insurance Company.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**