**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.    05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE MEMORANDUM**

**COME NOW** plaintiffs, appearing through undersigned counsel, and in the case of Ashton R. O'Dwyer, Jr., *in propria persona*, and move This Honorable Court for leave to file a Memorandum in Opposition to the Motion for a Protective Order filed by the Plaintiffs' Liaison Committee.  This motion is filed upon the grounds that Magistrate Wilkinson recently set for hearing a Motion for Reconsideration of the granting of the Motion for a Protective Order, and plaintiffs wish to go on record with a Memorandum in Opposition to that Motion for a Protective Order, late and out of time.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By:    **S/Ashton R. O'Dwyer, Jr.**
　　　　**Ashton R. O'Dwyer, Jr.
　　　　Bar No. 10166
　　　　821 Baronne Street
　　　　New Orleans, LA 70113
　　　　Tel. 504-679-6166
　　　　Fax. 504-581-4336**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 31st day of March 2008.

　　　　　　　S/Ashton R. O'Dwyer, Jr.