**Ashton O'Dwyer**

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Wednesday, September 05, 2007 12:46 PM
**To:** 'Bob Wright'; 'calvinfayard@fayardlaw.com'; 'dbecnel@becnellaw.com'; 'Drew Ranier'; 'FCDlaw@aol.com'; 'jmckernan@mckernanlawfirm.com'; 'Johnathan Andry'; 'southhall1@ag.state.la.us'; 'jmr@wrightroy.com'
**Attachments:** header.htm

Gentlemen:

   This is a formal request for Louisiana public records made pursuant to the provisions of the Louisiana Public Records Act, LSA-R.S. §44:1, et seq., and the Louisiana Constitution of 1974, Article XII, §3. I am making this request on my own behalf, and on behalf of my client, Katherine Taber O'Dwyer, who also happens to be my spouse. We are asking each of you, and your law firms, to produce the following public records for inspection and copying:

   Any and all records generated by or received by you and/or by any Member or employee of your law firms in any way pertaining to solicitation of, negotiations for, awarding of, and/or retaining of, legal representation of the State of Louisiana with respect to the following Civil Actions now pending on the docket of the United States District Court for the Eastern District of Louisiana:

   1.  Representation of the State of Louisiana in a presently unidentified civil action seeking prospective injunctive relief with respect to the closure of the Mississippi River Gulf Outlet, which action is not readily available from a review of the U.S. District Court's PACER System, but which is believed to be consolidated with a case in which the lead plaintiff is named "Savoy", bearing C.A. No. 06-3557;

   2.  Representation of the State of Louisiana in Civil Action No. 07-5023; and

   3.  Representation of the State of Louisiana in Civil Action No. 07-5040.

   To include any and all files and records in any way pertaining to the negotiation of any agreement concerning the attorney's fees to be paid by or on behalf of the State to each of you for representation of the State's interests in the aforementioned litigation, whether by way of retainer agreement, by hourly rate, or by contingent fee contract, to include any and all files and records, whether in hard copy form, recorded form, on card, disc, microfilm or tape, or generated, received or maintained electronically, the said files, records and writings to include, without limitation, any and all correspondence, letters, memoranda, intra-office memoranda, memoranda to or from a specific recipient or sender, or recipients or senders, or to a file, and including administrative files, client files, evaluation files, financial files, investigative files, legal files, litigation files, or any other types of files maintained by you and your law firms, including facsimiles and notes, whether handwritten or typed. E-mails, whether printed or in electronic form, electronic digitized copies, records stored on the hard drive of any firm or personal computer, or information contained in electronic data processing equipment, and including those in any way pertaining to the solicitation of legal representation, negotiations for legal representation, remuneration for legal representation, and/or awarding of or retaining of legal representation on behalf of the State, minutes of meetings, agreements, retai

EXHIBIT No. 2

3/31/2008

contracts, hourly rate agreements or contracts, contingency fee contracts, and all other writings of any nature or kind in any way pertaining to the aforementioned litigation and subjects since August 29, 2005, and continuing through the present time, and including all files, records, and writings sent by or received by you and your law firms, as well as telephone records, whether land-line, satellite, or cellular, evidencing communication between you and your law firms and any of the following since August 29, 2005:

> Governor Kathleen Blanco
>
> Any individual employed by or representing the Executive, Judicial or Legislative Branches of Louisiana State Government
>
> Attorney General Charles Foti
>
> Any employee or representative of the Louisiana Department of Justice;
>
> Any employee or representative of the Louisiana Division of Administration
>
> Any employee or representative of the Louisiana Office of Risk Management
>
> Any Members of the Plaintiffs' Liaison Committee in C.A. No. 05-4182 and consolidated cases, including, without limitation, the following:
>
>> Joseph M. Bruno
>> Any Member or employee of the Law Firm of Bruno & Bruno,
>>
>> Gerald E. Meunier
>> Any Member or employee of the Law Firm of Gainsburgh, Benjamin, David, Meunier & Warshauer
>>
>> Hugh P. Lambert
>> Any Member or employee of the Law Firm of Lambert & Nelson
>>
>> Darleen M. Jacobs
>> Any Member or employee of the Law Firm of Jacobs & Sarrat

In any way pertaining to solicitation of, negotiations for, awarding of and/or retaining of legal representation of the State of Louisiana in the aforementioned litigation since August 29, 2007, and continuing through the present time.

My client and I maintain that your representation of the State of Louisiana in the aforementioned litigation effectively "clothes" you and your law firms with Louisiana State Agency status, rendering your personal and law firm records, and particularly those sent to you and your law firms by employees of the State or by you and your law firms to State employees, Louisiana Public Records.

If you or your law firms choose to deny this request, in whole or in part, then you are requested to provide a written explanation for the denial, including reference to the specific statutory exemptions upon which you may rely. Also, you are requested to provide all segregable, producible portions of otherwise excepted materials.

3/31/2008

Because disclosure of the public records identified herein is in the public interest, both Mrs. O'Dwyer and I request that any fees for copying and postage be waived. If the request for waiver is denied, please advise me if fees for complying with this request are expected to exceed $100.

*[signature]*

**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
821 Baronne Street
New Orleans, LA 70113
Tel. (504) 679-6166
Fax. (504) 581-4336
AROD@odwyerlaw.com

3/31/2008