UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-1885 | * | JUDGE DUVAL |
| 06-4024 | * | |
| 06-4389 | * | MAGISTRATE WILKINSON |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

Considering Plaintiffs' Motion for Leave to File Memorandum in Opposition to the Motion for a Protective Order, which the Court has duly noted,

**IT IS ORDERED** that plaintiffs be and they are hereby granted leave to file their Memorandum in Opposition to the Motion for a Protective Order, late and out of time, as prayed for.

New Orleans, Louisiana, this _____ day of _____ 2008.

_____
**MAGISTRATE JUDGE**