UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Acevedo</u>, 07-5199 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

At the request of counsel for plaintiffs, Record Doc. No. 11935, and pursuant to Local Rule 78.1E, oral argument on plaintiffs' Motion for Leave to File Second Amended Complaint, Record Doc. No. 11934, is hereby set on **APRIL 16, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this  31st  day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE