UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| <u>*Lafarge v. USA*</u>            <u>07-5178</u> | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**<u>MOTION TO WITHDRAW COUNSEL OF RECORD</u>**

Now into Court comes James E. Wright, III of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., attorney of record of the Greater New Orleans Barge Fleeting Association, and, pursuant to local civil rule 83.2.11, moves this Court for an order allowing James E. Wright, III of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. to withdraw from the representation of the Greater New Orleans Barge Fleeting Association in these proceedings.  The Greater New Orleans Barge Fleeting Association will continue to be

represented by Jean-Paul A. Escudier of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.  This withdrawal will not delay or retard the trial of this matter.

                                   Respectfully submitted,

                                   _____*/s/ Jefferson R. Tillery*_____
                                   JEFFERSON R. TILLERY (#17831)
                                   Jones, Walker, Waechter, Poitevent,
                                       Carrère & Denègre, L.L.P.
                                   201 St. Charles Avenue, 47th Floor
                                   New Orleans, Louisiana 70170
                                   Telephone:  (504) 582-8000
                                   Facsimile:  (504) 582-8583
                                   Attorneys for Greater New Orleans
                                     Barge Fleeting Association

                                   _____*/s/ Jean-Paul A. Escudier*_____
                                   JEAN-PAUL A. ESCUDIER (#29177)
                                   Jones, Walker, Waechter, Poitevent,
                                     Carrère & Denègre, L.L.P.
                                   201 St. Charles Avenue, 48th Floor
                                   New Orleans, Louisiana 70170
                                   Telephone:  (504) 582-8000
                                   Facsimile:  (504) 582-8583
                                   Attorneys for Greater New Orleans
                                     Barge Fleeting Association

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record electronically, by facsimile, by hand or by depositing same in the U.S. mail, postage prepaid and properly addressed this 31st day of March, 2008.

                                   _____*/s/ Jean-Paul A. Escudier*_____