**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |

**PERTAINS TO: INSURANCE –INSURANCE SUITS**
**PENDING IN THE INSURANCE UMBRELLA THAT**
**INVOLVE STATE FARM AND HARTFORD AS DEFENDANTS:**
06-11198; 06-1386; 06-2919; 06-4155; 06-4703; 06-4746; 06-4952; 06-4954; 06-7307; 06-7487; 06-7585; 06-7922; 06-8451; 06-8452; 06-8602; 06-8942; 06-8952; 06-9077; 06-9151; 06-9152; 06-9874; 06-9990; 07-0245; 07-1561; 07-1562; 07-1563; 07-1564; 07-1565; 07-1566; 07-1567; 07-1568; 07-1569; 07-1570; 07-1571; 07-1572; 07-1573; 07-1574; 07-1575; 07-1576; 07-1577; 07-1578; 07-1579; 07-1580; 07-1581; 07-1582; 07-1583; 07-1584; 07-1585; 07-1586; 07-1587; 07-1588; 07-1589; 07-1590; 07-1591; 07-1592; 07-1593; 07-1594; 07-1595; 07-1596; 07-1597; 07-1598; 07-1599; 07-1600; 07-1601; 07-1602; 07-1603; 07-1604; 07-1605; 07-1606; 07-1607; 07-1608; 07-1609; 07-1782; 07-1783; 07-1784; 07-1785; 07-1787; 07-1788; 07-1789; 07-1790; 07-1791; 07-1792; 07-1793; 07-1794; 07-1795; 07-1797; 07-1798; 07-1799; 07-1800; 07-1801; 07-1803; 07-1804; 07-1805; 07-1806; 07-1807; 07-1808; 07-1809; 07-1810; 07-1811; 07-1812; 07-1813; 07-1814; 07-1815; 07-1816; 07-1817; 07-1818; 07-1819; 07-1823; 07-1858; 07-1859; 07-1860; 07-1861; 07-1862; 07-1863; 07-1864; 07-1865; 07-1866; 07-1867; 07-1868; 07-1869; 07-1870; 07-1871; 07-1872; 07-1873; 07-1874; 07-1875; 07-1876; 07-1877; 07-1878; 07-1879; 07-1880; 07-1881; 07-1882; 07-1883; 07-1884; 07-1885; 07-1886; 07-1887; 07-1888; 07-1889; 07-1890; 07-1891; 07-1892; 07-1894; 07-1895; 07-1896; 07-1897; 07-1898; 07-1899; 07-1900; 07-1901; 07-1902; 07-1903; 07-1904; 07-1906; 07-1907; 07-1908; 07-1909; 07-1911; 07-1912; 07-1913; 07-1914; 07-1915; 07-1916; 07-1917; 07-1918; 07-1919; 07-1920; 07-1921; 07-1943; 07-1944; 07-1945; 07-1946; 07-1947; 07-1948; 07-1949; 07-1951; 07-1952; 07-1953; 07-1954; 07-1955; 07-1956; 07-1958; 07-1959; 07-1960; 07-1961; 07-1962; 07-1963; 07-1964; 07-1965; 07-1966; 07-1967; 07-1968; 07-1969; 07-1970; 07-1971; 07-1972; 07-1973; 07-1974; 07-1975; 07-1976; 07-1977; 07-1978; 07-1979; 07-1980; 07-1981; 07-1982; 07-1983; 07-1984; 07-1985; 07-1986; 07-1987; 07-1988; 07-2018; 07-2020; 07-2021; 07-2022; 07-2023; 07-2025; 07-2026; 07-2027; 07-2028; 07-2029; 07-2030; 07-2031; 07-2032; 07-2033; 07-2034; 07-2035; 07-2036; 07-2037; 07-2038; 07-2039; 07-2040; 07-2041; 07-2042; 07-2043; 07-2044; 07-2045; 07-2046; 07-2047; 07-2048; 07-2049; 07-2050; 07-2051; 07-2052; 07-2053; 07-2054; 07-2055; 07-2056; 07-2057; 07-2058; 07-2059; 07-2060; 07-2157; 07-2158; 07-2159; 07-2160; 07-2161; 07-2162; 07-2163; 07-2164; 07-2165; 07-2166; 07-2167; 07-2168; 07-2169; 07-2170; 07-2171; 07-2172; 07-2173; 07-2174; 07-2175; 07-2176; 07-2177; 07-2178; 07-2179; 07-2180; 07-2181; 07-2183; 07-2184; 07-2185; 07-2186; 07-2187; 07-2188; 07-2189; 07-2190; 07-2191; 07-2192; 07-2193; 07-2194; 07-2195; 07-2196; 07-2197; 07-2198; 07-2232; 07-2233; 07-2234; 07-2236; 07-2238; 07-2239; 07-2240; 07-2241; 07-2660; 07-2661; 07-2662; 07-2663; 07-2664; 07-2665; 07-4393; 07-4395; 07-4396; 07-4457; 07-4459; 07-4538; 07-4784; 07-4852; 07-4853; 07-5069; 07-5112; 07-5199; 07-5204; 07-5205; 07-5206; 07-5208; 07-6247; 07-6488; 07-6737; 07-8621; 07-8622; 07-8623; 07-8820; 07-8945; 07-9768

## **STATE FARM'S MOTION TO DISMISS FLOOD WATER DAMAGE CLAIMS**

State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively "State Farm") pursuant to this Court's Order of March 11, 2008, hereby move, pursuant to Federal Rule of Civil Procedure 12(c), for an order dismissing flood water damage claims in the cases listed on the attached Exhibits A and B, based upon this Court's rulings in *Chehardy* and *Vanderbrook*, as affirmed by the United States Fifth Circuit Court of Appeals, and in support thereof would respectfully show as follows.

1.     Attached hereto as Exhibit A is a list of cases in which the Plaintiffs allege damage to their properties as a result of flooding from levee failures during or following Hurricane Katrina. The Plaintiffs in the cases listed on the attached Exhibit A do not allege that they sustained wind damage during Hurricane Katrina. Based upon the clear and unambiguous language in State Farm's homeowners and renters policies excluding flood damage and this Court's ruling in *In re Katrina Canal Breaches Consol. Litig.*, 466 F. Supp. 2d 729, 762-63 (E.D. La. 2006) (Duval, J.) ("*Katrina Canal Breaches I*"), *aff'd as to State Farm ruling, vacated and remanded on other grounds*, 495 F.3d 191 (5th Cir. 2007), *cert. denied sub nom. Chehardy v. Allstate Indem. Co.*, 128 S. Ct. 1231 (2008), such claims should be dismissed with prejudice and in their entirety. This Court's ruling in *Katrina Canal Breaches I* requires dismissal of any and all contract claims alleged in the cases on the attached Exhibit A, as well as any claims seeking a declaration of the rights of the parties under the contract. In addition, if there is no breach of contract claim, there can likewise be no recovery of extra-contractual damages. Because the contractual claims in the actions listed on Exhibit A fail, so do any extra-contractual claims asserted by the Plaintiffs. Accordingly, such complaints should be dismissed, as to State Farm, in their entirety and with prejudice.

2.     Attached hereto as Exhibit B is a list of cases where Plaintiffs allege that they sustained damage resulting from both wind and water. To the extent that such Plaintiffs seek to recover for damage caused by the excluded peril of flood, such claims must be dismissed for the

{N0074562}

reasons stated above. Dismissal of such claims will serve to narrow the issues for discovery and/or trial, as well as facilitate more focused settlement discussions.

WHEREFORE, State Farm respectfully requests that the cases listed on the attached Exhibit A be dismissed as to State Farm in their entirety and with prejudice. State Farm further requests that all claims for flood damage asserted in the complaints in the cases listed on the attached Exhibit B be dismissed and all claims for monetary relief for damage stricken from the complaints.

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS (**T.A.**) #24665
LINDSAY A. LARSON, III #8053
CHRISTIAN A. GARBETT, SR. #26293
ADAM P. MASSEY, #29330
SARAH R. SHANNAHAN, #30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingrebs.com; llarson@kingkrebs.com
cgarbett@kingkrebs.com; amassey@kingkrebs.com
smonsour@klb-law.com

-and-

CHARLES L. CHASSAIGNAC, IV (#20746)
PORTEOUS, HAINKEL & JOHNSON
343 Third Street, Suite 202
Baton Rouge, Louisiana  70801
Telephone:  (225) 383-8900
cchassaignac@phjlaw.com

-and-

>WAYNE J. LEE
>Stone Pigman Walther Wittmann, LLC
>546 Carondelet St.
>New Orleans, LA 70130-3588
>(504) 581-3200
>wlee@stonepigman.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

>**/s/ David A. Strauss**

{N0074562}4