## CASES IN WHICH PLAINTIFFS ALLEGE DAMAGE
## TO THEIR PROPERTIES AS A RESULT OF FLOODING FROM
## CANAL AND LEVEE OVERTOPPING, STORM SURGE, AND/OR LEVEE FAILURES

| CASE # | CASE TITLE |
|---|---|
| 06-2919 | Genevieve Williams, et al v. State Farm Fire and Casualty Company, et al |
| 06-4703 | Patrick and Rebecca Mooney v. State Farm Fire & Casualty Company |
| 06-4952 | Fagey L. Fischman v. State Farm Fire & Casualty Company |
| 06-9151 | Kenneth Jones, et al v. State Farm Fire & Casualty Company, et al |
| 06-9152 | Jason Hammer, et al v. State Farm Fire & Casualty Company |
| 07-2660 | Rene Hollins v. State Farm Casualty Company |
| 07-2661 | Mary Beth Gillaspie v. State Farm Casualty Company |
| 07-2662 | Shontra Vanado v. State Farm Casualty Company |
| 07-2663 | Frank Anselmo v. State Farm Casualty Company |
| 07-2664 | Viola Johnson v. State Farm Casualty Company |
| 07-2665 | Jacqueline K. Brown v. State Farm Casualty Company |
| 07-4457 | Joseph Aguda, et al v. State Farm Fire & Casualty Co. |
| 07-4459 | Robert Adams, et al v. State Farm & Allstate |
| 07-4784 | William Murdock, et al v. Louisiana Citizens Fair Plan, et al. |
| 07-5204 | Catherine Allen-Perkins, et al v. State Farm Fire & Casualty Company |
| 07-5206 | Debra Adams, et al v. Allstate & State Farm Fire & Casualty Company |
| 07-5208 | Acevedo, et al v. State Farm, et al |
| 07-6488 | Christopher Bloom, et al v. State Farm Fire & Casualty Company |
| 07-6737 | Lawrence & Enola Anderson, et al v. State Farm Fire & Casualty Company |
| 07-8621 | Jack Worgan v. State Farm Fire & Casualty Company |

{N0074577}                                   1


EXHIBIT A

| | |
|---|---|
| 07-8622 | Rhonda & Morris Moore v. State Farm Fire & Casualty Company |
| 07-8623 | Augustos Woniger v. State Farm Fire & Casualty Company |
| 07-8820 | Marian Walls v. State Farm Fire & Casualty Company |
| 07-9768 | Bruce Gaubert v. Louisiana Citizens Property Insurance Corp., et al |
| 08-1164 | Russell Tardo, et al v. State Farm Fire & Casualty Company |
| 08-1165 | Russell Tardo, et al v. State Farm Fire & Casualty Company |
| 08-1166 | Russell Tardo, et al v. State Farm Fire & Casualty Company |