## CASES IN WHICH PLAINTIFFS ALLEGE THAT
## THEY SUSTAINED DAMAGE RESULTING FROM BOTH WIND AND WATER

| CASE # | CASE TITLE |
|---|---|
| 06-11198 | Frances Cosse v. State Farm Fire & Casualty Company |
| 06-1386 | Lawrence S. Frank, et al v. State Farm Fire & Casualty Company, et al |
| 06-4155 | Marlene Katz v. State Farm Fire & Casualty Company, et al |
| 06-4954 | Debra J. Fishchman v. State Farm Fire & Casualty Company |
| 06-7307 | Christine Steudlein v. State Farm Fire and Casualty Company, et al |
| 06-7487 | Judith and Ronald Drez v. State Farm Fire & Casualty Company |
| 06-7585 | Auguster Cage, et al v. State Farm Fire & Casualty Company |
| 06-7922 | Samuel Palumbo, Jr. v. Elaine Bilstad & State Farm Fire & Casualty Company |
| 06-8451 | Kathryn Larroque, et al v. State Farm Insurance Company |
| 06-8452 | Banjamin J. Glaudi, Jr. v. State Farm Fire and Casualty Company |
| 06-8942 | Rances Ivker, et al v. State Farm Fire and Casualty Company, et al |
| 06-8952 | Nancy Jackson, et al v. State Farm Fire and Casualty Company, et al |
| 06-9077 | Gwendolyn Litte, et al v. Mel Nelson and State Farm Insurance Company |
| 06-9874 | Geina Jones, et al v. State Farm Fire and Casualty Company, et al |
| 06-9990 | Andrew Palumbo v. Elaine Bilstad & State Farm Fire & Casualty Company |
| 07-0245 | Jean Garrett Michel v. State Farm Fire and Casualty Company, et al |
| 07-1561 | Anthony Engolia v. State Farm Fire & Casualty Company |
| 07-1562 | Garnell Carreras, et al v. State Farm Fire & Casualty Company |
| 07-1563 | Calvin Johnson, et al v. State Farm Fire & Casualty Company |
| 07-1564 | Brazella Briscoe, et al v. State Farm Fire & Casualty Company |
| 07-1565 | Julius Roy, et al v. State Farm Fire & Casualty Company |

{N0074576}  1


EXHIBIT B

| | |
|---|---|
| 07-1566 | Stanley Harris, et al v. State Farm Fire & Casualty Company |
| 07-1567 | Harold Villere, et al v. State Farm Fire & Casualty Company |
| 07-1568 | Brazella Brisco, et al v. State Farm Fire & Casualty Company |
| 07-1569 | Sylvia Harness, et al v. State Farm Fire & Casualty Company |
| 07-1570 | Francs Jobert v. State Farm Fire & Casualty Company |
| 07-1571 | Ellis Mix v. State Farm Fire & Casualty Company |
| 07-1572 | Edgar Braud, et al v. State Farm Fire & Casualty Company |
| 07-1573 | Anthony Banks, et al v. State Farm Fire & Casualty Company |
| 07-1574 | Allen Singer, et al v. State Farm Fire & Casualty Company |
| 07-1575 | Thomas Flenner, Jr. v. State Farm Fire & Casualty Company |
| 07-1576 | Tanya Wade, et al v. State Farm Fire & Casualty Company |
| 07-1577 | William Snyder, et al v. State Farm Fire & Casualty Company |
| 07-1578 | Lester Morgan, et al v. State Farm Fire & Casualty Company |
| 07-1579 | Gay Bishop, et al v. State Farm Fire & Casualty Company |
| 07-1580 | Donald Marco, et al v. State Farm Fire & Casualty Company |
| 07-1581 | Esco Bickham, et al v. State Farm Fire & Casualty Company |
| 07-1582 | Esco Bickham, et al v. State Farm Fire & Casualty Company |
| 07-1583 | Gilda Morgan, et al v. State Farm Fire & Casualty Company |
| 07-1584 | Elgin Grossley, Jr., et al v. State Farm Fire & Casualty Company |
| 07-1585 | Roselda Taylor v. State Farm Fire & Casualty Company |
| 07-1586 | Jessica Lalumia, et al v. State Farm Fire & Casualty Company |
| 07-1587 | Allison Robinson, et al v. State Farm Fire & Casualty Company |
| 07-1588 | Doris Starnes v. State Farm Fire & Casualty Company |
| 07-1589 | Georgia A. Villere v. State Farm Fire & Casualty Company |

| | |
|---|---|
| 07-1590 | Rosemary Martin, et al v. State Farm Fire & Casualty Company |
| 07-1591 | Theresa Gascon v. State Farm Fire & Casualty Company |
| 07-1592 | Ursula Poree v. State Farm Fire & Casualty Company |
| 07-1593 | Gloria Albert v. State Farm Fire & Casualty Company |
| 07-1594 | Donald Howerton, et al v. State Farm Fire & Casualty Company |
| 07-1595 | Patricia Ailes v. State Farm Fire & Casualty Company |
| 07-1596 | Colette M. Guste v. State Farm Fire & Casualty Company |
| 07-1597 | Cheryl Sciambra v. State Farm Fire & Casualty Company |
| 07-1598 | Edwina Gibson v. State Farm Fire & Casualty Company |
| 07-1599 | Elaine Ellis v. State Farm Fire & Casualty Company |
| 07-1600 | Carolyn Myers, et al v. State Farm Fire & Casualty Company |
| 07-1601 | Eugene Schwankhart, et al v. State Farm Fire & Casualty Company |
| 07-1602 | William Tumblin, et al v. State Farm Fire & Casualty Company |
| 07-1603 | Lawrence Banks v. State Farm Fire & Casualty Company |
| 07-1604 | Sarah Kennerson v. State Farm Fire & Casualty Company |
| 07-1605 | Elizabeth Pier v. State Farm Fire & Casualty Company |
| 07-1606 | Gerald Levin v. State Farm Fire & Casualty Company |
| 07-1607 | Joanna Reboul v. State Farm Fire & Casualty Company |
| 07-1608 | Sheddrick Sanchez, et al v. State Farm Fire & Casualty Company |
| 07-1609 | Shelita Leon v. State Farm Fire & Casualty Company |
| 07-1782 | Eric and Joy Gerlinger v. State Farm Fire & Casualty Company |
| 07-1783 | Frank and Ruth Doyle v. State Farm Fire and Casualty Company |
| 07-1784 | Harold and Stacy Hebert v. State Farm Fire and Casualty Company |
| 07-1785 | Hope and Randy Hahn v. State Farm Fire and Casualty Company |

| | |
|---|---|
| 07-1787 | John Everhardt v. State Farm Fire and Casualty Company |
| 07-1788 | Jeanne and Buddy Doyle v. State Farm Fire and Casualty Company |
| 07-1789 | John and Gretchen Atwood v. State Farm Fire and Casualty Company |
| 07-1790 | John Boniol v. State Farm Fire and Casualty Company |
| 07-1791 | John Isbell v. State Farm Fire and Casualty Company |
| 07-1792 | Joseph Gregoire v. State Farm Fire and Casualty Company |
| 07-1793 | Lester Hueschen v. State Farm Fire and Casualty Company |
| 07-1794 | Marsha and Donald Hebert v. State Farm Fire and Casualty Company |
| 07-1795 | Michael and Lorraine Palmisano v. State Farm Fire and Casualty Company |
| 07-1797 | Shirley S. Reichert v. State Farm Fire and Casualty Company |
| 07-1798 | William "Pat" Power v. State Farm Fire and Casualty Company |
| 07-1799 | Wayne Mayeux v. State Farm Fire and Casualty Company |
| 07-1800 | Bessie Perez, et al v. State Farm Fire and Casualty Company |
| 07-1801 | Wanda and Gary Jennings v. State Farm Fire and Casualty Company |
| 07-1803 | Brossie and Gwendolyn Perniciaro v. State Farm Fire and Casualty Company |
| 07-1804 | Brossie and Bwendolyn Perniciaro v. State Farm Fire and Casualty Company |
| 07-1805 | Brian and Tammy Bouvier v. State Farm Fire and Casualty Company |
| 07-1806 | Charles and Darnell Frederic, Jr. v. State Farm Fire and Casualty Company |
| 07-1807 | Charles Marsh, et al v. State Farm Fire and Casualty Company |
| 07-1808 | Charles Phillips v. State Farm Fire and Casualty Company |
| 07-1809 | Christine Terranova v. State Farm Fire and Casualty Company |
| 07-1810 | Claudia Bodet v. State Farm Fire and Casualty Company |
| 07-1811 | Denise Zeairs v. State Farm Fire and Casualty Company |
| 07-1812 | Sotirious and Panagloea Nicolopoulos v. State Farm Fire and Casualty Company |

| | |
|---|---|
| 07-1813 | Theresa and Kenneth O'Donnell v. State Farm Fire and Casualty Company |
| 07-1814 | Muriel Faust v. State Farm Fire and Casualty Company |
| 07-1815 | Nolan and Sandra Matern v. State Farm Fire and Casualty Company |
| 07-1816 | Leonard and Annie Phillips v. State Farm Fire and Casualty Company |
| 07-1817 | Michael and Lorraine Plamisano v. State Farm Fire and Casualty Company |
| 07-1818 | Mike Piazza v. State Farm Fire and Casualty Company |
| 07-1819 | Dina Savarese v. State Farm Fire and Casualty Company |
| 07-1823 | Deborah Acker v. State Farm Fire & Casualty Company |
| 07-1858 | Carmen Acosta, et al v. State Farm Fire & Casualty Company |
| 07-1859 | Clifton Allen, et al v. State Farm Fire & Casualty Company |
| 07-1860 | James, Andrews, et al v. State Farm Fire & Casualty Company |
| 07-1861 | Jesse Augustine, et al v. State Farm Fire & Casualty Company |
| 07-1862 | Fred Austin, et al v. State Farm Fire & Casualty Company |
| 07-1863 | Kevin Baker v. State Farm Fire & Casualty Company |
| 07-1864 | Betty Baptiste v. State Farm Fire & Casualty Company |
| 07-1865 | Judy Baptiste, et al v. State Farm Fire & Casualty Company |
| 07-1866 | Johnnie Barnes v. State Farm Fire & Casualty Company |
| 07-1867 | Maureen Barnes, et al v. State Farm Fire & Casualty Company |
| 07-1868 | Barbara Barnes, et al v. State Farm Fire & Casualty Company |
| 07-1869 | Vernon Barnes v. State Farm Fire & Casualty Company |
| 07-1870 | D'Andrea Bass, et al v. State Farm Fire & Casualty Company |
| 07-1871 | Catherine Beckett v. State Farm Fire & Casualty Company |
| 07-1872 | Willena Benjamin v. State Farm Fire & Casualty Company |
| 07-1873 | Gary Bennett, et al v. State Farm Fire & Casualty Company |

| | |
|---|---|
| 07-1874 | Bevery Banks v. State Farm Fire & Casualty Company |
| 07-1875 | Lilly Benoit v. State Farm Fire & Casualty Company |
| 07-1876 | Clarence Berzat, et al v. State Farm Fire & Casualty Company |
| 07-1877 | Charlene Bieneny v. State Farm Fire & Casualty Company |
| 07-1878 | Mark Blay, et al v. State Farm Fire & Casualty Company |
| 07-1879 | Ruth Blunt v. State Farm Fire & Casualty Company |
| 07-1880 | Katheryn Bordenhave v. State Farm Fire & Casualty Company |
| 07-1881 | Hazel Branch v. State Farm Fire & Casualty Company |
| 07-1882 | Anna Branon v. State Farm Fire & Casualty Company |
| 07-1883 | Mildred Brasly v. State Farm Fire & Casualty Company |
| 07-1884 | Clara Brooks v. State Farm Fire & Casualty Company |
| 07-1885 | Clare Brown v. State Farm Fire & Casualty Company |
| 07-1886 | Yolanda Brown v. State Farm Fire & Casualty Company |
| 07-1887 | Rose Butler v. State Farm Fire & Casualty Company |
| 07-1888 | Billy Byrd, et al v. State Farm Fire & Casualty Company |
| 07-1889 | Jennie Calhoun v. State Farm Fire & Casualty Company |
| 07-1890 | Larry Caston, et al v. State Farm Fire & Casualty Company |
| 07-1891 | Maria Chetta v. State Farm Fire & Casualty Company |
| 07-1892 | Japheth Chissell v. State Farm Fire & Casualty Company |
| 07-1894 | Henry Brooks, et al v. State Farm Fire & Casualty Company |
| 07-1895 | Johnny Crutchfield v. State Farm Fire & Casualty Company |
| 07-1896 | Darrin Woods, et al v. State Farm Fire & Casualty Company |
| 07-1897 | Irma Davis v. State Farm Fire & Casualty Company |
| 07-1898 | Michel Dedeaux, et al v. State Farm Fire & Casualty Company |

| | |
|---|---|
| 07-1899 | Carol Delay v. State Farm Fire & Casualty Company |
| 07-1900 | Vanessa Demasiliere v. State Farm Fire & Casualty Company |
| 07-1901 | Janice Dennison v. State Farm Fire & Casualty Company |
| 07-1902 | Lanier Dixon, et al v. State Farm Fire & Casualty Company |
| 07-1903 | Lionel Dixon, et al v. State Farm Fire & Casualty Company |
| 07-1904 | Riat Francois, et al v. State Farm Fire & Casualty Company |
| 07-1906 | Mercedes Gaines v. State Farm Fire & Casualty Company |
| 07-1907 | Warren Gambino v. State Farm Fire & Casualty Company |
| 07-1908 | Yolanda Fournier v. State Farm Fire & Casualty Company |
| 07-1909 | Marynell Fernandez v. State Farm Fire & Casualty Company |
| 07-1911 | Alfred Edwards, et al v. State Farm Fire & Casualty Company |
| 07-1912 | Ellis Duncan v. State Farm Fire & Casualty Company |
| 07-1913 | Ray Dunbar v. State Farm Fire & Casualty Company |
| 07-1914 | Ann Gary v. State Farm Fire & Casualty Company |
| 07-1915 | Mildred Gay, et al v. State Farm Fire & Casualty Company |
| 07-1916 | Paulette Gibbs, et al v. State Farm Fire & Casualty Company |
| 07-1917 | Ann Giles v. State Farm Fire & Casualty Company |
| 07-1918 | Cheryl Gilmore, et al v. State Farm Fire & Casualty Company |
| 07-1919 | James Gleason, et al v. State Farm Fire & Casualty Company |
| 07-1920 | Maxine Glover, et al v. State Farm Fire & Casualty Company |
| 07-1921 | Gizelle Grant v. State Farm Fire & Casualty Company |
| 07-1943 | Beverly Hampton, et al v. State Farm Fire & Casualty Company |
| 07-1944 | Adrienne Harris v. State Farm Fire & Casualty Company |
| 07-1945 | Odlie Harris v. State Farm Fire & Casualty Company |

Case 2:05-cv-04182-SRD-JCW   Document 12091-5   Filed 03/31/08   Page 8 of 13

| Case No. | Case Name |
| --- | --- |
| 07-1946 | Mary Harris v. State Farm Fire & Casualty Company |
| 07-1947 | Demetrius Hayes v. State Farm Fire & Casualty Company |
| 07-1948 | James, Hayes, et al v. State Farm Fire & Casualty Company |
| 07-1949 | Lana Home v. State Farm Fire & Casualty Company |
| 07-1951 | Ada Hudson v. State Farm Fire & Casualty Company |
| 07-1952 | Dena Hurst v. State Farm Fire & Casualty Company |
| 07-1953 | Harold Hurst, et al v. State Farm Fire & Casualty Company |
| 07-1954 | Yoldanda Jenkins v. State Farm Fire & Casualty Company |
| 07-1955 | Alicia Jerome v. State Farm Fire & Casualty Company |
| 07-1956 | Elyania Jackson, et al v. State Farm Fire & Casualty Company |
| 07-1958 | William Jackson, et al v. State Farm Fire & Casualty Company |
| 07-1959 | Betty James v. State Farm Fire & Casualty Company |
| 07-1960 | Albert Jarrell, et al v. State Farm Fire & Casualty Company |
| 07-1961 | Geraldine Jenkins v. State Farm Fire & Casualty Company |
| 07-1962 | Marie Jerome v. State Farm Fire & Casualty Company |
| 07-1963 | Bryan Jackson, et al v. State Farm Fire & Casualty Company |
| 07-1964 | Cherlene Johnson v. State Farm Fire & Casualty Company |
| 07-1965 | Ethel Johnson v. State Farm Fire & Casualty Company |
| 07-1966 | Mischall Johnson, et al v. State Farm Fire & Casualty Company |
| 07-1967 | Shelia Johnson v. State Farm Fire & Casualty Company |
| 07-1968 | Wilfred Joseph v. State Farm Fire & Casualty Company |
| 07-1969 | Patricia Keligond, et al v. State Farm Fire & Casualty Company |
| 07-1970 | Melinda Kepp v. State Farm Fire & Casualty Company |
| 07-1971 | James Lamark, Jr. v. State Farm Fire & Casualty Company |

| | |
|---|---|
| 07-1972 | Linda Lambert v. State Farm Fire & Casualty Company |
| 07-1973 | Ronald Lasker, et al v. State Farm Fire & Casualty Company |
| 07-1974 | Michael Lawrence, et al v. State Farm Fire & Casualty Company |
| 07-1975 | Cecil Leavell, et al v. State Farm Fire & Casualty Company |
| 07-1976 | Anna Lee v. State Farm Fire & Casualty Company |
| 07-1977 | Brenda Lee v. State Farm Fire & Casualty Company |
| 07-1978 | Lois Lee, et al v. State Farm Fire & Casualty Company |
| 07-1979 | Tressie Levy, et al v. State Farm Fire & Casualty Company |
| 07-1980 | Crentia Lewis v. State Farm Fire & Casualty Company |
| 07-1981 | Debbie Lewis, et al v. State Farm Fire & Casualty Company |
| 07-1982 | Kevin Lewis v. State Farm Fire & Casualty Company |
| 07-1983 | Missie Lewis v. State Farm Fire & Casualty Company |
| 07-1984 | Pamela Lewis v. State Farm Fire & Casualty Company |
| 07-1985 | Lure Lewis, et al v. State Farm Fire & Casualty Company |
| 07-1986 | Larranette Lofton v. State Farm Fire & Casualty Company |
| 07-1987 | Michael Lowe, et al v. State Farm Fire & Casualty Company |
| 07-1988 | Angela Lyons v. State Farm Fire & Casualty Company |
| 07-2018 | Alicia Major, et al v. State Farm Fire & Casualty Company |
| 07-2020 | Doris Martin v. State Farm Fire & Casualty Company |
| 07-2021 | Wanda Mason, et al v. State Farm Fire & Casualty Company |
| 07-2022 | Phile Matherne, et al v. State Farm Fire & Casualty Company |
| 07-2023 | Brian McCadney, et al v. State Farm Fire & Casualty Company |
| 07-2025 | Hazle McMiller v. State Farm Fire & Casualty Company |
| 07-2026 | Latoya Melancon v. State Farm Fire & Casualty Company |

| | |
|---|---|
| 07-2027 | Wendell Meyers, et al v. State Farm Fire & Casualty Company |
| 07-2028 | Clementine Mimms v. State Farm Fire & Casualty Company |
| 07-2029 | Sarah Minor v. State Farm Fire & Casualty Company |
| 07-2030 | Charlene Mora v. State Farm Fire & Casualty Company |
| 07-2031 | Christine Mora v. State Farm Fire & Casualty Company |
| 07-2032 | Beverly Moten v. State Farm Fire & Casualty Company |
| 07-2033 | Edward Myles, Jr. v. State Farm Fire & Casualty Company |
| 07-2034 | Linda Nelson v. State Farm Fire & Casualty Company |
| 07-2035 | Walter Noil v. State Farm Fire & Casualty Company |
| 07-2036 | Zina Page v. State Farm Fire & Casualty Company |
| 07-2037 | Joseph Pavur, et al v. State Farm Fire & Casualty Company |
| 07-2038 | Carnell Payton v. State Farm Fire & Casualty Company |
| 07-2039 | Joy Payton, et al v. State Farm Fire & Casualty Company |
| 07-2040 | Earl Pellerin, Jr. v. State Farm Fire & Casualty Company |
| 07-2041 | Addison Penn, et al v. State Farm Fire & Casualty Company |
| 07-2042 | Harry Perrault, et al v. State Farm Fire & Casualty Company |
| 07-2043 | Francesl Perry v. State Farm Fire & Casualty Company |
| 07-2044 | Alsia Phillips, et al v. State Farm Fire & Casualty Company |
| 07-2045 | Lilly Quest v. State Farm Fire & Casualty Company |
| 07-2046 | Shannon Rainey v. State Farm Fire & Casualty Company |
| 07-2047 | Paul Raymond v. State Farm Fire & Casualty Company |
| 07-2048 | Dorothy Reeden v. State Farm Fire & Casualty Company |
| 07-2049 | Roosevelt Richard v. State Farm Fire & Casualty Company |
| 07-2050 | Ella Ridgley v. State Farm Fire & Casualty Company |

| | |
|---|---|
| 07-2051 | Inell Roberts, et al v. State Farm Fire & Casualty Company |
| 07-2052 | Marclean Robertson, et al v. State Farm Fire & Casualty Company |
| 07-2053 | Donna Robinson, et al v. State Farm Fire & Casualty Company |
| 07-2054 | Ronald Robinson v. State Farm Fire & Casualty Company |
| 07-2055 | Sheila Robinson v. State Farm Fire & Casualty Company |
| 07-2056 | Toni Roman, et al v. State Farm Fire & Casualty Company |
| 07-2057 | Giselle Rooney, et al v. State Farm Fire & Casualty Company |
| 07-2058 | Joseph Roth, et al v. State Farm Fire & Casualty Company |
| 07-2059 | Lester Rumowski v. State Farm Fire & Casualty Company |
| 07-2060 | Delena Russell v. State Farm Fire & Casualty Company |
| 07-2157 | Julia Young, et al v. State Farm Fire & Casualty Company |
| 07-2158 | Marvin Young, et al v. State Farm Fire & Casualty Company |
| 07-2159 | Irvin Sacrite, et al v. State Farm Fire & Casualty Company |
| 07-2160 | Magdalene Sanders v. State Farm Fire & Casualty Company |
| 07-2161 | Theresa Sanders v. State Farm Fire & Casualty Company |
| 07-2162 | Rose Saunders v. State Farm Fire & Casualty Company |
| 07-2163 | Rose Sceau v. State Farm Fire & Casualty Company |
| 07-2164 | Bonnie Shelton, et al v. State Farm Fire & Casualty Company |
| 07-2165 | Albertine Skinner v. State Farm Fire & Casualty Company |
| 07-2166 | Ronnie Smith v. State Farm Fire & Casualty Company |
| 07-2167 | Dawn Snyder, et al v. State Farm Fire & Casualty Company |
| 07-2168 | Judy Spitzer, et al v. State Farm Fire & Casualty Company |
| 07-2169 | Allen Staes, et al v. State Farm Fire & Casualty Company |
| 07-2170 | Calvin Stewart, et al v. State Farm Fire & Casualty Company |

| | |
|---|---|
| 07-2171 | Judith Stewart v. State Farm Fire & Casualty Company |
| 07-2172 | Carolyn Streams v. State Farm Fire & Casualty Company |
| 07-2173 | Deborah Sullen, et al v. State Farm Fire & Casualty Company |
| 07-2174 | Rubbie Sullivan v. State Farm Fire & Casualty Company |
| 07-2175 | March Theriot, et al v. State Farm Fire & Casualty Company |
| 07-2176 | Othrea Thomas v. State Farm Fire & Casualty Company |
| 07-2177 | Virginia Thomas v. State Farm Fire & Casualty Company |
| 07-2178 | Melanie Thomas, et al v. State Farm Fire & Casualty Company |
| 07-2179 | Elvera Thornton v. State Farm Fire & Casualty Company |
| 07-2180 | Edith Toney v. State Farm Fire & Casualty Company |
| 07-2181 | Gloria Trepagnier, et al v. State Farm Fire & Casualty Company |
| 07-2183 | Emelda Warren, et al v. State Farm Fire & Casualty Company |
| 07-2184 | Bessie Welch v. State Farm Fire & Casualty Company |
| 07-2185 | Louise White v. State Farm Fire & Casualty Company |
| 07-2186 | Catherine Williams, et al v. State Farm Fire & Casualty Company |
| 07-2187 | Cheryl Williams v. State Farm Fire & Casualty Company |
| 07-2188 | Diana Williams v. State Farm Fire & Casualty Company |
| 07-2189 | Janet Williams, et al v. State Farm Fire & Casualty Company |
| 07-2190 | Karen Williams v. State Farm Fire & Casualty Company |
| 07-2191 | Knayo Williams v. State Farm Fire & Casualty Company |
| 07-2192 | Lisa Williams v. State Farm Fire & Casualty Company |
| 07-2193 | Wayne Williams, et al v. State Farm Fire & Casualty Company |
| 07-2194 | Otis Wilson, Jr. v. State Farm Fire & Casualty Company |
| 07-2195 | Florence Windon, et al v. State Farm Fire & Casualty Company |

| | |
|---|---|
| 07-2196 | Gwendolyn Winesberry v. State Farm Fire & Casualty Company |
| 07-2197 | Joycelyn Wyatt, et al v. State Farm Fire & Casualty Company |
| 07-2198 | Melissa Wright, et al v. State Farm Fire & Casualty Company |
| 07-2232 | Utilda Roberts, et al v. State Farm Fire & Casualty Company |
| 07-2233 | Emma Beam, et al v. State Farm Fire & Casualty Company |
| 07-2234 | Carolyn Sobers v. State Farm Fire & Casualty Company |
| 07-2236 | Hilda Stamps v. State Farm Fire & Casualty Company |
| 07-2238 | David Trahan v. State Farm Fire & Casualty Company |
| 07-2239 | Lois Trevigne, et al v. State Farm Fire & Casualty Company |
| 07-2240 | Edwin Turfant, et al v. State Farm Fire & Casualty Company |
| 07-2241 | Thelma Walker v. State Farm Fire & Casualty Company |
| 07-4393 | Kathryn Voth v. State Farm Fire & Casualty Company |
| 07-4395 | George A. Junot, et al v. State Farm Fire & Casualty Company |
| 07-4396 | Gloria Theriot, et al v. State Farm Fire & Casualty Company |
| 07-4538 | Jerald M. Alexander Sr., et al v. Automobile Club Inter-Insurance Exchange, et al |
| 07-4852 | Joseph Aguilar, III, et al v. Alea London Limited, et al |
| 07-4853 | Maureen Ancar, et al v. State Farm Fire & Casualty Company, et al |
| 07-5069 | Steven Frught, et al v. State Farm Fire & Casualty Company |
| 07-6247 | Luzita Davis v. State Farm Fire & Casualty Company |
| 07-8945 | Brandon Villavaso v. State Farm Insurance Company |