UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES                          CIVIL ACTION
          CONSOLIDATED LITIGATION
                                                        NO. 05-4182 "K" (2)

PERTAINS TO:  BARGE                                     JUDGE DUVAL
*Mumford v. Ingram*          C.A. No. 05-5724           MAG. WILKINSON
*Boutte v. Lafarge*          C.A. No. 05-5531
*Lagarde v. Lafarge*         C.A. No. 06-5342
*Perry v. Ingram Barge*      C.A. No. 06-6299
*Benoit v. Lafarge*          C.A. No. 06-7516
*Parfait Family v. USA*      C.A. No. 07-3500
*Lafarge v. USA*             C.A. No. 07-5178

# ORDER

Having considered the Motion for Expedited Hearing, Record Doc. No. 11975,

**IT IS HEREBY ORDERED** that the Motion for a Protective Order to Quash filed

by the Greater New Orleans Barge Fleeting Association, Record Doc. No. 11973, will be

heard on the briefs without oral argument.  Written opposition, if any, must be filed no later

than **April 8, 2008**.

**IT IS FURTHER ORDERED** that no response to the subject subpoena need be

made, pending determination of this motion.

New Orleans, Louisiana, this ___31st___ day of March, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE