UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : : : | CIVIL ACTION NO. 05-4182 "K" (2) |
| VERSUS | : : : | JUDGE DUVAL |
| PERTAINS TO: MRGO, Robinson (No. 06-2268) | : : | MAG. WILKINSON |

# O R D E R

Considering the foregoing Motion to Quash Subpoena filed by Board of Supervisors of Louisiana State University and Agricultural and Mechanical College and Dr. Hassan S. Mashriqui;

IT IS ORDERED that the subpoena ordering Dr. Mashriqui to appear and give testimony at a video deposition set for April 2, 2008, at 9:00 a.m., and to produce documents related to research, is hereby quashed, and Dr. Mashriqui is released from this subpoena.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

4

449892.1