UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION  * <br> * <br> * <br> * <br> PERTAINS TO: MRGO, *Robinson*     * <br> (No. 06-2268)                                * <br> * | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br><br> JUDGE DUVAL <br> MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FRCP 45 PRODUCTION REQUEST
## BY PLAINTIFF'S LIAISON COUNSEL

TO:   To all Defendants and their respective counsel
      Through Defense Liaison Attorney of Record:
      Ralph S. Hubbard, III
      Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
      601 Poydras Street, Suite 2775
      New Orleans, Louisiana 70130-6041

YOU ARE HEREBY NOTIFIED of the FRCP45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

RESPONDENT:   Dr. Hassan S. Mashriqui, Assistant Extension Professor
              Biological and Agricultural Engineering Dept.
              Louisiana State University and the LSU Agricultural Center
              105 E. B. Doran Building, Baton Rouge, Louisiana 70803

LOCATION:     The Law Office of Joseph M. Bruno, APLC
              855 Baronne Street, 3rd Floor
              New Orleans, Louisiana 70113

DATE/TIME: Wednesday, April 2, 2008 at 9:00 a.m.

Please appear and produce at The Law Office of Joseph M. Bruno, APLC, 855 Baronne Street, New Orleans, Louisiana 70113, any and all of the identical documents and things listed in the attached Notice of FRCP 45 Production Request" filed on March 31, 2008 by Joseph M. Bruno, Plaintiff's Liaison Counsel.

**THIS NOTICE IS FOR THE PRODUCTION OF RECORDS ONLY. DEPONENT NEED NOT APPEAR IF RECORDS ARE MAILED OR DELIVERED TO THE FOLLOWING ADDRESS PRIOR TO THE DATE OF APRIL 2, 2008.**

The Law Office of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6776

**Respectfully Submitted,**

PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
Joseph M. Bruno