UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| | * * | JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (No. 06-2268) | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF FRCP 45 PRODUCTION REQUEST

**TO:** To all Defendants and their respective counsel
Through Defense Liaison Attorney of Record:
Ralph S. Hubbard, III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130-6041

YOU ARE HEREBY NOTIFIED of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below:

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:** Dr. Hassan S. Mashriqui, Assistant Extension Professor
Biological and Agricultural Engineering Dept.
Louisiana State University and the LSU Agricultural Center
105 E. B. Doran Building, Baton Rouge, Louisiana 70803

**LOCATION:** The Law Office of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113

**DATE/TIME:** Wednesday, April 2, 2008 at 9:00 a.m.

Please appear and produce at the Law Office of Joseph M. Bruno, APLC, 855 Baronne Street, New Orleans, Louisiana, 70113, at 9:00 a.m. on April 2, 2008, any and all of the following:

1. All ADCIRC modeling data including grids and all outputs generated for the Team Louisiana report. This includes Figure 184. "An improved hurricane protection design for closing New Orleans' back door;"

2. All ADCIRC modeling data including grids and all outputs generated for the Center for the Study of Public Health Impacts of Hurricanes project funded by the Governor's Office of Coastal activities including the Breton Delta and Barrier Islands restoration;

3. All ADCIRC outputs generated for the McKnight project under the Center for the Study of Public Health Impacts for Hurricanes; and

4. All ADCIRC outputs generated that relate to the MRGO while with the Agricultural Center at LSU including the model runs and animations references in his March 20, 2008 email to environmental groups titled "RE: MRGO Campaign--yard sign design and logo ideas."

**Respectfully Submitted,**

PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
Joseph M. Bruno