UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | JUDGE DUVAL |
| PERTAINS TO:<br>INSURANCE: LAWRENCE 07-6454 | * * | MAG. WILKINSON |

## ORDER

Considering the foregoing Joint Motion to Bifurcate Individual Claim of Anthony Michael Lawrence, including the parties' stipulation and agreement not to participate in Common Discovery for Insurers;

**IT IS HEREBY ORDERED** that the referenced proceeding be and hereby is bifurcated in accordance with Case Management Order No. 4, Section 5(C), and that the matter will be referred for scheduling of a preliminary conference before Magistrate Wilkinson.

New Orleans, Louisiana, this __1st__ day of _____April_____, 2008.

_____
UNITED STATES DISTRICT JUDGE