UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: ALL LEVEE** | **SECTION "K"(2)** |

## ORDER

The Court has reviewed National Union's Objections to Magistrate's Order on Motions to Compel and For Protective Order, To Quash, and To Stay Discovery (Doc. 11644), and finds that oral argument will not aid the Court in disposing of this motion. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 11645) is **DENIED**.

New Orleans, Louisiana, this  1st  day of April, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE