UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATD LITIGATION<br>PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| *Severed from Abadie, 06-5164* | * * * | SECTION "K"(2) |
| DANIEL SMITH, DONNETTE SMITH<br>Plaintiff | * * * | CIVIL ACTION<br><br>NO. 07-2308 |
| STATE FARM FIRE and CASUALTY COMPANY<br>Defendant | * * | SECTION "K"( ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Daniel Smith and Donnette Smith, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this  1st  day of   April   , 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0074206}