UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: <br> Insurance <br><br> **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* <br> _____ | | **THIS PLEADING APPLIES ONLY TO THE CLAIM OF: CLARENCE BARROW** |

**O R D E R**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and partial Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED**, that the motion be and is **GRANTED**, and that the claims of Plaintiff Clarence Barrow against State Farm Fire and Casualty Company, in the above-captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this   1st   day of        April        , 2008.

_____
**United States District Court Judge**