**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| GCP | 001 | GCP-001-000000001 | GCP-001-000000834 | National Geospatial - Intelligence Agency | Steven Keating | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from National Geospatial - Intelligence Agency |
| GEP | 001 | GEP-001-000000001 | GEP-001-000000251 | Department of Interior; USGS; Water Resources; Louisiana Water Science Center | David Walters | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Geological Survey |
| GEP | 003 | GEP-003-000000001 | GEP-003-000000038 | Department of Interior; USGS; EROS | Brenda Jones | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Geological Survey |
| KFP | 001 | KFP-001-000000001 | KFP-001-000000246 | AFISRA; NASIC; DEIX | JL Rookard | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from Air Force Intelligence, Surveillance and Reconnaissance Agency |
| KFP | 002 | KFP-002-000000001 | KFP-002-000000565 | Department of Defense; USAF; 30th Space Wing; Public Affairs | Richard Freeland | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Air Force |
| KFP | 003 | KFP-003-000000001 | KFP-003-000000010 | Department of Defense; USAF; Air Combat Command/480th Intelligence Wing; 9th Intelligence Squadron | Paul Wade | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Air Force |
| KFP | 004 | KFP-004-000000001 | KFP-004-000000008 | Department of Defense; USAF;480th Intelligence Group; INO | James Hammell | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Air Force |
| KFP | 005 | KFP-005-000000001 | KFP-005-000000001 | Department of Defense; USAF; Air Force Reserve Command; Public Affairs Directorate | Clifford Tyler | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Air Force |
| KFP | 006 | KFP-006-000000001 | KFP-006-000000001 | Department of Defense; USAF; Air Force Reserve Command; History Directorate | Not Available | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Air Force |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| OEP | 001 | OEP-001-000000001 | OEP-001-000000275 | Office of the Assistant Secretary of Defense for Public Affairs; DVI; JCCC | Carrie Hinson | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from Joint Combat Camera Center |
| OFP | 145 | OFP-145-000000001 | OFP-145-000000052 | USACE; MVD; MVN; Operations | Richard McKinzie | KC752 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | IHNC Lock Operator Pictures |
| AFA | 001 | AFA-001-000000001 | AFA-001-000000003 | Department of Defense; USAFR; 943d Rescue Group; Public Affairs | Shawn McCowan | KC753 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Air Force |
| AFA | 002 | AFA-002-000000001 | AFA-002-000000040 | Department of Defense; USAF; Public Affairs | Dustin Hart | KC753 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Air Force |
| AFA | 003 | AFA-003-000000001 | AFA-003-000000463 | Department of Defense; USAF; Air Combat Command; 563rd Rescue Group | Trenton Alexander | KC753 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Air Force |
| AFA | 004 | AFA-004-000000001 | AFA-004-000000333 | Department of Defense; USAF; 106th Rescue Wing (ANG) | Richard Beetstra | KC753 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from United States Air Force |
| AFA | 005 | AFA-005-000000001 | AFA-005-000000005 | AFISRA; NASIC; DEIX | JL Rookard | KC754 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous Analytical Documents from United States Air Force: 1 Sept 2005 UNCLASS/FOUO; Open Skies Mission Materials Checklist; Flight Rollover Logs; Media Usage Logs; Sensor Event Logs; Mission Overview Charts |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFA | 006 | AFA-006-000000001 | AFA-006-000000027 | AFISRA; NASIC; DEIX | JL Rookard | KC754 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous Analytical Documents from United States Air Force: 2 Sept 2005 UNCLASS/FOUO; Open Skies Mission Materials Checklist; Flight Rollover Logs; Media Usage Logs; Sensor Event Logs; Mission Overview Charts |
| AFA | 007 | AFA-007-000000001 | AFA-007-000000029 | AFISRA; NASIC; DEIX | JL Rookard | KC754 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous Analytical Documents from United States Air Force: 3 Sept 2005 UNCLASS/FOUO; Open Skies Mission Materials Checklist; Flight Rollover Logs; Media Usage Logs; Sensor Event Logs; Mission Overview Charts |
| AFA | 008 | AFA-008-000000001 | AFA-008-000000031 | AFISRA; NASIC; DEIX | JL Rookard | KC754 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous Analytical Documents from United States Air Force: 4 Sept 2005 UNCLASS/FOUO; Open Skies Mission Materials Checklist; Flight Rollover Logs; Media Usage Logs; Sensor Event Logs; Mission Overview Charts |
| AFA | 009 | AFA-009-000000001 | AFA-009-000000014 | AFISRA; NASIC; DEIX | JL Rookard | KC754 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous Analytical Documents from United States Air Force: 6 Sept 2005 UNCLASS/FOUO; Open Skies Mission Materials Checklist; Flight Rollover Logs; Media Usage Logs; Sensor Event Logs; Mission Overview Charts |
| AFA | 010 | AFA-010-000000001 | AFA-010-000000045 | AFISRA; NASIC; DEIX | JL Rookard | KC754 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous Analytical Documents from United States Air Force: 7 Sept 2005 UNCLASS/FOUO; Open Skies Mission Materials Checklist; Flight Rollover Logs; Media Usage Logs; Sensor Event Logs; Mission Overview Charts |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFA | 011 | AFA-011-000000001 | AFA-011-000000022 | AFISRA; NASIC; DEIX | JL Rookard | KC754 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous Analytical Documents from United States Air Force: 8 Sept 2005 UNCLASS/FOUO; Open Skies Mission Materials Checklist; Flight Rollover Logs; Media Usage Logs; Sensor Event Logs; Mission Overview Charts |
| AFA | 012 | AFA-012-000000001 | AFA-012-000000029 | AFISRA; NASIC; DEIX | JL Rookard | KC754 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous Analytical Documents from United States Air Force: UNCLASS/FOUO; Open Skies Mission Materials Checklist; Flight Rollover Logs; Media Usage Logs; Sensor Event Logs; Mission Overview Charts |
| UGS | 008 | UGS-008-000000001 | UGS-008-000000006 | Department of Interior; USGS; Biological Resources Discipline; National Wetland Research Center | Gaye Farris | KC754 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Article entitled: "The New Orleans Hurricane Protection System: What went wrong and why." |
| NED | 219 | NED-219-000000001 | NED-219-000000845 | USACE; MVD; MVN; Engineering | Not Available | KC756 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO design memorandums and comments; congressional hearings re: MRGO; high level flood protection documents and maps re: 17th St Outfall Canal |
| NED | 219 | NED-219-000000895 | NED-219-000001211 | USACE; MVD; MVN; Engineering | Not Available | KC756 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO design memorandums and comments; congressional hearings re: MRGO; high level flood protection documents and maps re: 17th St Outfall Canal |
| NED | 219 | NED-219-000001248 | NED-219-000001488 | USACE; MVD; MVN; Engineering | Not Available | KC756 | 4/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO design memorandums and comments; congressional hearings re: MRGO; high level flood protection documents and maps re: 17th St Outfall Canal |