UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

*severed from Abadie*, 06-5164

MARIGOLD CARTER,
         **Plaintiff**

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
         **Defendant**

CIVIL ACTION
NO. 05-4182
SECTION "K" (2)

CIVIL ACTION
No. 07-2495
SECTION "K" (2)

************************************************************************

**ORDER**

    Considering the foregoing Motion to Dismiss:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Marigold Carter, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

    New Orleans, Louisiana, this 1st day of April , 2008.

                                          _____

                           USDC JUDGE STANWOOD R. DUVAL, JR.
                           Section "K," Magistrate: 2