## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aguilar No. 07-4852 _____ | * * * * | JUDGE:  DUVAL |
| DONNA M. & RAYMOND GREEN, JR. VERSUS ALLSTATE INSURANCE COMPANY | * * * * * * | MAGISTRATE:  WILKINSON |

## ORDER

**CONSIDERING THE FOREGOING**, Joint Limited Motion to Dismiss without prejudice;

**IT IS ORDERED** that the Petition and claims of Plaintiffs, DONNA M. & RAYMOND GREEN, JR., against Allstate Insurance Company be, and are hereby **DISMISSED**, without prejudice, each party to bear its own costs, reserving the balance of the case as to all other parties including Allstate Insurance Company.

NEW ORLEANS, LOUISIANA, this __1st_ day of _____April_____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**