UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State, C.A. No. 07-5528* | * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |
| | * | |

*********************************************************************

## ORDER

Considering the foregoing Ex Parte Motion to Enroll As Counsel of Record;

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

New Orleans, Louisiana, this _____ day of April, 2008.

_____
DISTRICT JUDGE