UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL |
| PERTAINS TO:  INSURANCE Nos. *06-4746; 07-4538; 07-4852; 07-5112; 07-5199; 07-5205; 07-5208* | * * * * | MAGISTRATE JUDGE WILKINSON |

**OMNIBUS MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS BY HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, HARTFORD INSURANCE COMPANY OF THE MIDWEST, HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, HARTFORD UNDERWRITERS INSURANCE COMPANY, AND ANY IMPROPERLY IDENTIFIED VARIANT OF THE HARTFORD ENTITIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, and any improperly identified variant of the Hartford entities (hereinafter "Hartford") file this Memorandum in Support of their Omnibus Motion for Partial Judgment on the Pleadings in the identified civil actions pending in this Court (Cause Nos. 06-4746; 07-4538; 07-4852; 07-5112; 07-5199; 07-5205; 07-5208).  For cause, Hartford would show:

**I.**

Plaintiffs' claims for damage caused by flood waters or rising surface water attributable to certain alleged breaches in the levees, canals and other flood control structures within the New Orleans area hurricane protection system during and after Hurricane Katrina are excluded by the relevant portions of the applicable homeowners' insurance policies at issue in the identified civil actions that are the subject of this motion (Cause Nos. 06-4746; 07-4538; 07-4852; 07-5112; 07-5199; 07-5205; 07-5208). The affected Plaintiffs, and the relevant provisions of their respective policies are described and identified in the Declaration of William Patton, attached to the supporting memorandum as Exhibit B. The bases for excluding such damage are more particularly set forth in the Memorandum in Support of this motion filed contemporaneously herewith.

Hartford therefore respectfully prays that its Omnibus Motion to Dismiss Plaintiffs' flood and rising surface water damage claims should be granted and those claims dismissed.

Respectfully submitted:

**/s/ Seth A. Schmeeckle**
Ralph S. Hubbard III, T.A. La. Bar. # 7040
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
RANKIN &  HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:     (504) 310-9195

And

OF COUNSEL:

Christopher W. Martin (pro hac vice)
Texas Bar 13057620
Federal ID 13515
Martin R. Sadler (pro hac vice)
Texas Bar 00788842
Federal ID 18230
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101

**Attorneys for Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, and any improperly identified variant of the Hartford entities ("Hartford")**

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Seth A. Schmeeckle
Seth A. Schmeeckle