Proof of mailing will be sufficient proof of notice.
- (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
- (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.
- (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:
  - (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or
  - (b) If the risk has changed substantially since the policy was issued.

  This can be done by letting you know at least 30 days before the date cancellation takes effect.
- (4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonble time after the date cancellation takes effect.

6. **Nonrenewal.** We may may elect not to renew this policy. We may do so by delivery to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

8. **Subrogation.** An **insured** may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

   If an assignment is sought, an **insured** must sign and deliver all related papers and cooperate with us.

   Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:
   a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;
   b. **Insured** includes:
      - (1) Any member of your household who is an **insured** at the time of your death, but only while a resident of the **residence premises**; and
      - (2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

Hartford/Vanderbrook
000021

**SPECIAL PROVISIONS**
**LOUISIANA**



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### SECTION I - PROPERTY COVERAGES

### COVERAGE C - Personal Property

**Special Limits of Liability**

Items 10. and 11. are deleted and replaced by the following: (these are Items 7. and 8. in Form HO-8)

10. $1,000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:
    a. Accessories or antennas; or
    b. Tapes, wires, records, discs or other media;
    for use with any electronic apparatus described in this item 10.

11. $1,000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:
    a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;
    b. Is away from the residence premises; and
    c. Is used at any time or in any manner for any business purpose.
    Electronic apparatus includes:
    a. Accessories and antennas; or
    b. Tapes, wires, records, discs or other media;
    for use with any electronic apparatus described in this item 11.

**Property Not Covered**

Item 3.b. is deleted and replaced by the following:

3. Motor vehicles or all other motorized land conveyances. This includes:
    b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:
       (1) Accessories or antennas; or
       (2) Tapes, wires, records, discs or other media;
       for use with any electronic apparatus described in this item 3.b.

       The exclusion of property described in 3.a. and 3.b. above applies only while the property is in or upon the vehicle or conveyance.

    We do cover vehicles or conveyances not subject to motor vehicle registration which are:
    a. Used to service an insured's residence; or
    b. Designed for assisting the handicapped;

### COVERAGE D - Loss of Use

For all forms other than HO-4 and HO-6

Item 1. is deleted and replaced by the following:

1. If a loss covered under this Section makes that part of the residence premises where you reside not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

1 of 8

Form HO-300 LA (Ed. 7/04) (ISO: HO01170104)

Hartford/Vanderbrook
000022

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

For Forms HO-4 and HO-6, Item 1, is deleted and replaced by the following:

1.  If a loss by a Peril Insured Against under this policy to covered property or the building containing the property makes the **residence premises** not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

    Payment will be for the shortest time required to repair or replace the damage, or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**ADDITIONAL COVERAGES**

2. **Reasonable Repairs** is deleted and replaced by the following:
2. **Reasonable Repairs.** We will pay the reasonable cost incurred by you for necessary repairs made solely to protect covered property from further damage if a Peril Insured causes the loss. This coverage does not increase the limit of liability that applies to the property being repaired.
6. **Credit Card, Fund Transfer Card, Forgery And Counterfeit Money** is deleted and replaced by the following:
6. **Credit Card Fund Transfer Card, Forgery And Counterfeit Money**

    We will pay up to $500 for:

    a.  The legal obligation of an **insured** to pay because of the theft or unauthorized use of credit cards issued to or registered in an **insured's** name;
    b.  Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawn or transfer of funds, issued to or registered in an **insured's** name.
    c.  Loss to an **insured** caused by forgery or alteration of any check or negotiable instrument; and
    d.  Loss to an **insured** through acceptance in good faith of counterfeit United States or Canadian paper currency.

    We do not cover use of a credit card or fund transfer card:

    a.  By a resident of your household;
    b.  By a person who has been entrusted with either type of card; or
    c.  If an **insured** has not complied with all terms and conditions under which the cards are issued.

    All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

    We do not cover loss arising out of **business** use or dishonesty of an **insured**.

    This coverage is additional insurance. No deductible applies to this coverage.

    **Defense:**

    a.  We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when our limit of liability for the loss has been exhausted by payment of a judgment or settlement.
    b.  If a suit is brought against an **insured** for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.
    c.  We have the option to defend at our expense and insured or an **insured's** bank against any suit for the enforcement of payment under the Forgery coverage.

9. **Glass or Safety Glazing Material** is deleted and replaced by the following:
9. **Glass or Safety Glazing Material.**
    a.  We cover:
        (1) For all forms other than HO-4 and HO-6, the breakage of Glass Or Safety Glazing Material which is part of a covered building, storm door or storm window, and for:
            (a) Form HO-4, the breakage of Glass Or Safety Glazing Material which is part of a building, storm door or storm window, and covered as Building Additions And Alterations; and
            (b) Form HO-6, the breakage of Glass Or Safety Glazing Material which is part of a building, storm door or storm window, and covered under Coverage A; and

(2) For all forms other than HO-4 and HO-6, the breakage, caused directly by Earth Movement, of Glass Or Safety Glazing Material which is part of a covered building, storm door or storm window, and for:

    (a) Form HO-4, the breakage, caused directly by Earth Movement, of Glass Or Safety Glazing Material which is part of a building, storm door or storm window, and covered as Building Additions And Alterations; and

    (b) Form HO-6, the breakage, caused directly by Earth Movement, of Glass Or Safety Glazing Material which is part of a building, storm door or storm window, and covered under Coverage A; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

  b. This coverage does not include loss:

    (1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

    (2) On the **residence premises** if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in a.(2) above. A dwelling being constructed is not considered vacant.

Loss to glass covered under this ADDITIONAL COVERAGE 9. will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

For Forms HO-1 and HO-8, we will pay up to $100 for loss under this coverage.

This coverage does not increase the limit of liability that applies to the damaged property.

(This is ADDITIONAL COVERAGE 8. in Forms HO-1 and HO-8.)

The following ADDITIONAL COVERAGE is added to all forms except HO-8. With respect to Form HO-4, the words **covered building** used below, refer to property covered under ADDITIONAL COVERAGE 10. Building Additions and Alterations.

11. **Ordinance or Law.**

  a. You may use up to 10% of the limit of liability that applies to COVERAGE A (or for Form HO-4, you may use up to 10% of the limit of liability that applies to Building Additions and Alterations) for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

    (1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a PERIL INSURED AGAINST;

    (2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a PERIL INSURED AGAINST to another part of that covered building or other structure; or

    (3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a PERIL INSURED AGAINST.

  b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

  c. We do not cover:

    (1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

    (2) The costs to comply with any ordinance or law which requires any **insured** or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

(This is ADDITIONAL COVERAGE 10, in Forms HO-1 and HO-6.)

### SECTION I - EXCLUSIONS

1. **Ordinance or Law** is deleted and replaced by the following:
2. **Ordinance or Law,** meaning any ordinance or law:
   a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This exclusion 1.a. in all forms other than HO-3, 1.a(1) in Form HO-3 does not apply to the amount of coverage that may be provided for under ADDITIONAL COVERAGES, Glass or Safety Glazing Material or Ordinance or Law;
   b. The requirements of which result in a loss in value to property; or
   c. Requiring any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

   This exclusion applies whether or not the property has been physically damaged.

   (This is exclusion 1.a. in Form HO-3.)

2. **Earth Movement** is deleted and replaced by the following:
2. **Earth Movement,** meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:
   a. Fire; or
   b. Explosion;

   ensues and then we will pay only for the ensuing loss.

   This exclusion does not apply to loss by theft.

   (This is exclusion 1.b. in Form HO-3.)

4. **Power Failure** is deleted and replaced by the following:
4. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the **residence premises.** But if the failure of power or other utility service results in a loss, from a PERIL INSURED AGAINST on the **residence premises,** we will pay for the loss or damage caused by that PERIL INSURED AGAINST.

   (This is exclusion 1.d. in Form HO-3.)

8. **Intentional Loss** is deleted and replaced by the following:
8. **Intentional Loss,** meaning any loss arising out of any act committed:
   a. With respect to loss caused by fire;
      (1) By you or at the direction of the direction of the Insured; and
      (2) With the intent to cause a loss.
   b. With respect to loss caused by a peril other than fire and with respect to all insureds covered under this policy;
      (1) By you or at the direction; and
      (2) With the intent to cause a loss.

   This is item 1.h. in Form HO-3.)

Hartford/Vanderbrook
000025

Form HO-300 LA  (Ed. 7/04)

## SECTION I - CONDITIONS

3. **Loss Settlement**

    Under Forms HO-2 and HO-3, Item b.(1)(b) is deleted and replaced by the following:

    (b) The replacement cost of that part of the building damaged with material of like kind and quality; or

    Under Form HO-6, Item b.(2) is deleted and replaced by the following:

    (2) If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

9. **Our Option** is deleted and replaced by the following:

9. **Our Option**

    If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

10. **Loss Payment** is deleted and replaced by the following:

10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. The undisputed portion of the loss will be payable 30 days within we receive your proof of loss.

12. **Mortgage Clause.**

    The following sentence is deleted:

    If the policy is cancelled or not renewed by us, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

    The following sentences are added to replace the above:

    If this policy is cancelled by us, the mortgagee will be notified:

    a. At least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

    b. At least 30 days before the date cancellation takes effect if we cancel for any other reason.

    If the policy is not renewed by us, the mortgagee will be notified at least 10 days before the date nonrenewal takes effect.

## SECTION II - LIABILITY COVERAGES

Under COVERAGE E – PERSONAL LIABILITY items 1. and 2. are deleted and replaced by the following:

1. Pay up to our limit of liability for the damages for which the Insured is legally liable; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when our limit of liability for the occurrence has been exhausted by payment of a judgment or settlement.

## SECTION II - EXCLUSIONS

Under I COVERAGE E – Personal Liability and COVERAGE F – Medical Payments to Others, item a. is deleted and replaced by the following in all forms and Endorsments HO-73;

   a.   With respect to loss caused by fire;

1. Which is expected or intended by one or more Insureds even if the bodily injury or property damage

    (i) is of a different kind, quality, or degree than initially expected or intended; or

    (ii) Is sustained by a different person, entity, real or personal property, than initially expected or intended.

    b. With respect to loss caused by a peril other than fire and with respect to all Insureds covered under this policy;

Form HO-300 LA (Ed. 7/04)   5 of 8   Hartford/Vanderbrook
000026

1. Which is expected or intended by one or more insureds even if the bodily injury or property damage;
   (i) Is of a different kind, quality, or degree than initially expected or intended; or
   (ii) Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this Exclusion 1.b.(1) does not apply to bodily injury resulting from the use of reasonable force by one or more insureds to protect persons or property.

## SECTIONS II - CONDITIONS

6. **Suit Against Us** does not apply.

## SECTIONS I AND II - CONDITIONS

2. **Concealment or Fraud** is deleted and replaced by the following:

2. **Concealment or Fraud.**
   a. Under SECTION I - PROPERTY COVERAGES, with respect to all **Insureds** covered under this policy, we provide no coverage for loss under SECTION I - PROPERTY COVERAGES if, whether before or after a loss, one or more **insureds** have:
      (1) Intentionally concealed or misrepresented any material fact or circumstance;
      (2) Engaged in fraudulent conduct; or
      (3) Made false statements;
      relating to this insurance.
   b. Under SECTION II - LIABILITY COVERAGES, we do not provide coverage to one or more **insureds** who, whether before or after a loss, have:
      (1) Intentionally concealed or misrepresented any material fact or circumstance;
      (2) Engaged in fraudulent conduct; or
      (3) Made false statements;
   c. However, if the conduct specified under a. or b. above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if know to us would have caused us not to issue the policy, coverage will only be denied if the conduct was committed with the intent to deceive relating to this insurance.

5. **Cancellation**
   Paragraphs b., c. and d. are deleted and replaced by the following:
   b. The following applies with respect to premium payments due on new and renewal policies, including installment payments:
      (1) If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs (2) and (3) below.
      (2) We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we received notice of the returned check or negotiable instrument.
      (3) The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.
   c. The following applies if b. above does not apply.
      We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.
      Proof of mailing will be sufficient proof of notice.
      (1) When you have not paid the premium, regardless of the period of time this policy has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 20 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in item c.(5) below, we may cancel:
   (a) If there has been a material misrepresentation of fact with the intent to deceive:
      (1) In the procurement of the contract; or
      (2) At any other time since the policy was issued;
      which if know to us would have caused us not to issue the policy; or
   (b) If the risk as changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of:
   (a) More than one year;or
   (b) Three years or less;

We may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

(5) When this policy has been in effect and renewed for more than three years, we may cancel for any one of the following:
   (a) If you have commited fraud with the intent to deceive:
      (1) In the procurement of the contract; or
      (2) At any other time since the policy was issued;
   (b) If the insured risk has undergone a material change;
   (c) If you have filed two or more claims within three years;or
   (d) If the continuation of this policy endangers our solvency.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

d. If this policy is cancelled, we will return any premium refund due, subject to Paragraphs (1), (2) and (3) below. The cancellation will be effective even if we have not made or offered a refund.
   (1) If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect.
   (2) If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect. We will send the refund to you unless (3) below applies.
   (3) If we cancel based on Paragraph b. above, we will return the premium due, if any, within 10 days after the expiration of the 10– day period referred to in b.(3). If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

6. Nonrenewal is deleted and replaced by the following:

6. Nonrenewal.
   a. We may elect not to renew this policy, subject to the provisions of paragraphs b. and c. below. We may do so by delivering to you or mailing to you at your mailing address shown in the Declaration, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7 of 8

Hartford/Vanderbrook
000028

Form HO-300 LA (Ed. 7/04)

    b. If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:
        (1) When you have not paid the premium;
        (2) If you have committed fraud;
        (3) If the insured risk has undergone a material change;
        (4) If you have filed two or more claims within three years; or
        (5) If the continuation of this policy endangers our solvency.
    c. We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been in effect with us, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

**8. Subrogation**

The following paragraph is added:

If we pay an **insured** for a loss caused by another **insured** who intentionally commits, or directs another to commit any act that results in loss by fire, the rights of the **insured** who intentionally committed, or directed another to commit, such an act are transferred to us to the extent of our payment. The **insured** may not waive such rights.

All other provision of this policy apply.

# Amendatory Endorsement
# Specifically Excepted Perils



As used herein, **Peril** means a cause of physical loss or damage to property. It has this meaning whether or not it is called a Peril or a Cause of Loss in this policy.

Even if any of the terms of this policy might be construed otherwise, the following Perils, as described in Paragraphs A. and B. below, are SPECIFICALLY EXCEPTED FROM THIS POLICY. WE DO NOT COVER OR INSURE AGAINST LOSS OR DAMAGE DIRECTLY OR INDIRECTLY CAUSED BY, RESULTING FROM, CONTRIBUTED TO OR AGGRAVATED BY, OR WHICH WOULD NOT HAVE OCCURRED BUT FOR, EITHER OF THESE PERILS:

A. **ACTS, ERRORS OR OMISSIONS** by you or others in:
   1. Planning, zoning, developing, surveying, testing or siting property;
   2. Establishing or enforcing any building code, or any standard, ordinance or law about the construction, use or repair of any property or materials, or requiring the tearing down of any property, including the removal of its debris;
   3. The design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction of all or any part of the following:
      a. Land or buildings or other structures;
      b. Roads, water or gas mains, sewers, drainage ditches, levees, dams, or other facilities; or
      c. Other improvements or changes in or additions to land or other property;
   4. The furnishing of work, materials, parts or equipment in connection with the design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction of any of the above property or facilities; or
   5. The maintenance of any of such property or facilities.

   This exception A. applies whether or not the property or facilities described above are:
   1. Covered under this policy; or
   2. On or away from the covered premises.

   This exception A. does not reduce the insurance for loss or damage caused directly by a Covered Peril.

   As used in this endorsement:
   1. If this policy is written to cover the risk of loss from specifically named causes, **Covered Peril** means any Peril specifically named as covered; or
   2. If written to cover the risk of loss without specifying specifically named causes, **Covered Peril** means any Peril not described above and not otherwise excluded or excepted from the causes of loss covered by this policy.

B. **COLLAPSE, CRACKING or SHIFTING** of buildings, other structures or facilities, or their parts, if the collapse, cracking or shifting:
   1. Occurs during earth movement, volcanic eruption or flood conditions or within 72 hours after they cease; and
   2. Would not have occurred but for earth movement, volcanic eruption, or flood.

   But if loss or damage by a Covered Peril ensues at the covered premises, we will pay for that ensuing loss or damage.

   This exception B. applies whether or not there are other provisions in this policy relating to collapse, cracking or shifting of buildings, other structures or facilities, or their parts. Any such provision is revised by this endorsement to include this exception.

But if this policy specifically covers (by endorsement or in any other way) loss or damage caused by one or more of the following Perils:

1. Earthquake;
2. Flood;
3. Volcanic action;
4. Volcanic eruption; or
5. Sinkhole collapse,

this exception B. will not reduce that coverage.

As used in this exception B.:

1. **Cracking** means cracking, separating, shrinking, bulging or expanding;

2. **Shifting** means shifting, rising, settling, sinking, or lateral or other movement;

3. **Earth Movement** means any earth movement, including but not limited to earthquake, landslide, mudflow, erosion, contraction or expansion, subsidence, any movement of earth resulting from water combining with the ground or soil, and any other **shifting of earth**; all whether or not combined with **flood or volcanic eruption**. It does not include sinkhole collapse if loss by sinkhole collapse is specifically covered in this policy;

4. **Earthquake** means a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or **shifting** of rock beneath the surface of the ground from natural causes. An **Earthquake** includes all related shocks and after shocks;

5. **Volcanic eruption** means the eruption, explosion or effusion of a volcano. It does not include volcanic action if loss by volcanic action is specifically covered in this policy;

6. **Flood** means:
   a. Flood, surface water, waves, tides, tidal water, tidal waves, high water, and overflow of any body of water, or their spray, all whether driven by wind or not;
   b. Release of water held by a dam, levy or dike or by a water or flood control device;
   c. Water that backs up from a sewer or drain; or
   d. Water under the ground surface pressing on, or flowing, leaking or seeping through:
      (1) Foundations, walls, floors or paved surfaces;
      (2) Basements, whether paved or not; or
      (3) Doors, windows or other openings.

All other provisions of this policy apply.

## <u>No</u> Section II - Liability Coverages For Home Day Care Business
## <u>Limited</u> Section I - Property Coverages For Home Day Care Business

If an **insured** regularly provides home day care services to a person or persons other than **insureds** and receives monetary or other compensation for such services, that enterprise is a **business**. Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an **insured** to a relative of an **insured** is not considered a **business**.

Therefore, with respect to a home day care enterprise which is considered to be a **business**, this policy:

1. Does not provide Section II - Liability Coverages because a business of an **insured** is excluded under exclusion 1.b. of Section II - Exclusions;

2. Does not provide Section I - Coverage B coverage where other structures are used in whole or in part for **business**;

3. Limits coverage for property used on the residence premises for the home day care enterprise to $2,500, because Coverage C - Special Limits of Liability - item 8. imposes that limit on business property on the residence premises. (Item 8. corresponds to item 5. in Form HO-8);

4. Limits coverage for property used away from the residence premises for the home day care enterprise to $250, because Coverage C - Special Limits of Liability - item 9. imposes that limit on business property away from the residence premises. Special Limit of Liability item 9. does not apply to adaptable electronic apparatus as described in Special Limit of Liability items 10. and 11. (Items 9., 10. and 11. correspond to items 6., 7. and 8. respectively in Form HO-8.)

THIS ENDORSEMENT DOES NOT CONSTITUTE A REDUCTION OF COVERAGE.

HO-322  (Ed. 10-93)  Printed in U.S.A.  (ISO: HO 04 96 04 91)         Copyright, Insurance Services Office, Inc., 1990

Hartford/Vanderbrook
000032

## PREMISES ALARM OR
## FIRE PROTECTION SYSTEM

For a premium credit we acknowledge the installation of an alarm system or automatic sprinkler system approved by us on the **"residence premises"**. You agree to maintain this system in working order and to let us know promptly of any change made to the system or if it is removed.

HO-216   (Ed.10-93)   Printed in U.S.A.   (ISO:HO 04 16 04 91)                     Copyright,Insurance Services Office,Inc.,1990

Hartford/Vanderbrook
000033



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL LIMITS IN THE EVENT OF A TOTAL LOSS TO A DWELLING

**This endorsement applies only when a loss to the dwelling building exceeds the Coverage A Limit of Liability shown in the Declarations**

To the extent that coverage is provided, we agree to amend the present limits of liability in accordance with the following provisions.

A. If all of the following conditions apply:
  1. You have allowed us to adjust the Coverage A limit of liability to 100% of the replacement cost of the dwelling based on calculations from an industry recognized Building Cost Estimator used by us, including any increases in inflation as so determined;
  2. You have notified us, within 30 days of completion, of any improvements, alterations or additions to the dwelling building which increases the replacement cost of the dwelling by 5% or more;
  3. There is a covered loss to the dwelling building that exceeds the Coverage A limit of liability shown in the Declarations; and
  4. You have elected to repair or replace the damaged or destroyed dwelling building.

Then the provisions of Section B below will apply to the loss.

B. Additional Limits and Loss Settlement
  1. We will increase the Coverage A limit of liability to equal the current replacement cost of the dwelling building. However, in no event will such increased limit exceed 1.50 times the Coverage A amount shown in the declarations;
  2. We will increase, by the same percentage applied to Coverage A, the limits of liability for Coverages B, C, and D.
  3. For the purpose of settling such loss, Section 1 – Conditions, Loss Settlement, paragraph b. is deleted and replaced by paragraphs b., c., and d. as follows:
      b. Buildings under Coverages A or B at replacement cost, after application of deductible, without deduction for depreciation, subject to the following. We will pay no more than the smallest of the following amounts for like construction and use on the same premises:
          1. The replacement cost of that part of the building damaged or destroyed;
          2. The necessary amount actually spent to repair or replace the damaged or destroyed building; or
          3. The limit of liability under this policy that applies to the building, increased in accordance with paragraphs B.1. and B.2. of this endorsement.
      c. Provided, however:
          1. Under coverages A and B, we will pay no more than the actual cash value of the damage until actual repair or replacement is complete; and
          2. Under coverages C and D and under Additional Coverage 1. Debris Removal and Additional Coverage 3. Tree Shrubs and Other Plants, we will pay no more than the amount that would have been payable under your policy in the absence of this endorsement until the loss under Coverages A and B have been settled and the actual repair or replacement of the building(s) is complete.

Form H-587-0  (Ed. 5/98) (NS)

1 of 2

Hartford/Vanderbrook
000034

d.  You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

This coverage does not apply to land, including land on which the dwelling or structures are located.

All other provisions of this policy apply.

## LIFETIME CONTINUATION AGREEMENT – HOMEOWNERS

After the policy is in effect sixty (60) days, or if this is a renewal or continuation policy, we will continue the policy for as many additional policy periods as you wish, provided:

1. You pay the premium when due.
2. You maintain at least 80% of the full replacement cost of the dwelling under Coverage A.
3. We reserve the right to substitute more current forms and endorsements when they are approved and adopted.
4. You do not knowingly increase the hazard of the risk without written permission of the company.
5. There has not been a material misrepresentation of fact which if known to us would have caused us not to issue the policy.

All other provisions of this policy apply.

Form H-268-1 (Ed. 2/88) Printed in U.S.A. (NS)   **THE HARTFORD**

Hartford/Vanderbrook
000036



# PERSONAL PROPERTY REPLACEMENT COST

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SECTION I**

For an additional premium, covered losses to the following property are settled at replacement cost at the time of loss.

    a.  Coverage C – Personal Property;

    b.  If covered in this policy, awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings.

Personal Property Replacement Cost coverage will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy:

    a.  Jewelry;

    b.  Furs and garments trimmed with fur or consisting principally of fur;

    c.  Cameras, projection machines, films and related articles of equipment;

    d.  Musical equipment and related articles of equipment;

    e.  Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding pens, pencils, flasks, smoking implements or jewelry; and

    f.  Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

Personal Property Replacement Cost coverage will not apply to other classes of property separately described and specifically insured.

**1. PROPERTY NOT ELIGIBLE**

Property listed below is not eligible for replacement cost settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

    a.  Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.

    b.  Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value.

    c.  Articles not maintained in good or workable condition.

    d.  Articles that are outdated or obsolete and are stored or not being used.

**2. REPLACEMENT COST**

The following loss settlement procedure applies to all property insured under this endorsement.

    a.  We will pay no more than the least of the following amounts:

        1.  Replacement cost at the time of loss without deduction for depreciation;

        2.  The full cost of repair at the time of loss;

        3.  The limit of liability that applies to Coverage C, if applicable;

        4.  Any applicable special limits of liability stated in this policy; or

        5.  For loss to any item separately described and specifically insured in this policy, the limit of liability that applies to the item.

    b.  When the replacement cost for the entire loss under this endorsement is more than $500, we will pay no more than the actual cash value for the loss or damage until the actual repair or replacement is completed.

    c.  You may make a claim for loss on an actual cash value basis and then make claim within 180 days after the loss for any additional liability in accordance with this endorsement.

All other provisions of this policy apply.

HO-290  (Ed. 10-93)  Printed in U.S.A.  (ISO: HO 04 90 04 91)    Copyright, Insurance Services Office, Inc., 1990

Hartford/Vanderbrook
000027



## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE
## All Forms Except HO4 and HO6

For the premium charged, we will pay only that part of the total of the loss for all Section I Property Coverages that exceeds the windstorm or hail percentage deductible stated on the Declarations Page. This deductible applies in the event of direct physical loss to property covered under this policy caused directly by windstorm or hail. Such deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. No other deductible provision in the policy applies to the direct physical loss caused by windstorm or hail.

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage stated on the Declarations Page of the limit of liability that applies to Coverage A – Dwelling, in the policy to which this endorsement is attached.

All other provisions of this policy apply.

Hartford/Vanderbrook
000038