UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE Nos. 06-4746; 07-4538; 07-4852; 07-5112; 07-5199; 07-5205; 07-5208 | * * * * * | MAGISTRATE JUDGE WILKINSON |

### DECLARATION OF WILLIAM PATTON IN SUPPORT OF HARTFORD'S OMNIBUS MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

1. My name is William Patton. I am employed as a Director of Underwriting for Hartford Fire Insurance Company. I am authorized to make this Declaration in support of Hartford's Omnibus Motion for Partial Judgment on the Pleadings. The information contained in this Declaration is true and correct and is within my personal knowledge or was obtained from the business records of the relevant Hartford entities, where the information is entered and stored, at or near the time of the events recorded, in the regular course of business by individuals with personal knowledge of the information recorded or at the direction of persons with such personal knowledge.

2. With respect to Civil Action No. 06-4746, *Aaron, et al. v. AIG Centennial Insurance Company, et al.*, the following claimants had homeowners' policies with a Hartford company at the relevant times: Linda Aubert, George & Gloria Brown, Willie Clark, Mack & Amelia Flores, Yvonne Guidry, Don L. Jenkins, Annie Kelley, Regina Kraus, Audrey C. Lee, Doris H. Ratcliff, John M. Roberts, Bettie R. Singleton, Catherine G. Smith, Richard L. Smith, Ruth Spears, Janice Washington, Harold White, Sr., Nancy Williams.

   a. With the exception of Ruth Spears, all of the claimants listed in Paragraph 2 of this declaration also had the same standard form H-380-1 (Ed. 10/93) Amendatory Endorsement Specifically excluded Perils attached to their homeowners' policy for the relevant time period as was at issue with respect to the claims asserted by the Capella Estate in the *Vanderbrook* litigation.

   b. Plaintiff Ruth Spears had the standard form HW 01 03 06 03 Amendatory Endorsement – Specifically Excepted Perils endorsement attached to her homeowners' policy which is identical in all material respects to the standard form HO-3 (Ed. 10/93) policy which was at issue with respect to the claims asserted by the Capella Estate in the *Vanderbrook* litigation.


EXHIBIT B

3. With respect to Civil Action No. 07-5112, *Abadie, et al. v. Aegis Security Insurance Company, et al.*, the following claimants had homeowners' policies with a Hartford company at the relevant times: John Blanchard, Luke & Cheryl Delpit, John Platz, Samuel & Doris Alsgood, Claudia Cook, Ernest Crayton, Peter & Simonette Grisaro, Delores & Harry E. Haynes, Ruth Jackson-Tasker & Henry Jackson, John Johnson, Sandra Jones, Inez Lonzo, Charles & JoAnn Luke, Luke & Jane P. Marengo, Odette Marquez, Charles Mays, Lue Bertha McFarland & Bernadette Kelly Hogue (policy issued to Lue Bertha McFarland), Irvan Melerine, Michael Moore, Gary Porter, Linda Shanklin, Ernest & Delores T. Smith, Kevin & Birgit Smith, Ronald Willa (believed to be Ronald Willie), Andree Bonnaffons (policy issued to Louis Bonnaffons), W.G. & Jeannie C. Clemons, Kathleen & Anthony Cuccia, Joel de Sliva (believed to be Joel de Silva), Willard Dickinson, Marie Farve, Helen Honore, Mary Johnson, Fergus & Paulette Maurice, Ronald & Marlene R. Plauche, Joseph & Frances D. Riso, Sue & Preston Saltalamaccia (believed to be Sue and Preston Saltalamacchia), Julian Sims, Joseph Spears, and Robert Till.

   a. Plaintiff Paul Ragas is alleged to have had a policy with a Hartford company at the relevant times, but Hartford has no record of a policy issued in that name.

   b. Plaintiff Patricia Clark is alleged to have had a policy with a Hartford company at the relevant times, but Hartford has no record of a policy issued in that name during the period of time that included Hurricanes Katrina and Rita.

   c. All of the claimants listed in Paragraph 3 of this declaration had the same standard form H-380-1 (Ed. 10/93) Amendatory Endorsement Specifically excluded Perils attached to their homeowners' policy for the relevant time period as was at issue with respect to the claims asserted by the Capella Estate in the *Vanderbrook* litigation.

4. With respect to Civil Action No. 07-5199, *Acevedo, et al. v. AAA Insurance, et al.*, the following claimants had homeowners' policies with a Hartford company at the relevant times: Reginald & Barbara Carter, Beverly Castillo, Shirley Dolbear, Mable Duplessis, Felix Galan, Anita Reugger, and Shaverio & Barbara Tedesco.

   a. Plaintiffs Benny & Carolyn Alphonse are alleged to have had a policy with a Hartford company at the relevant times, but Hartford has no record of a policy issued in that name.

      b.    All of the claimants listed in Paragraph 4 of this declaration had the same standard form H-380-1 (Ed. 10/93) Amendatory Endorsement Specifically excluded Perils attached to their homeowners' policy for the relevant time period as was at issue with respect to the claims asserted by the Capella Estate in the *Vanderbrook* litigation.

5.    With respect to Civil Action No. 07-5208, *Acevedo, et al. v. AAA, et al.*, the following claimants had homeowners' policies with a Hartford company at the relevant times: Emanuel Davis and Carol Hoover. Both of the claimants listed in this Paragraph 5 of my declaration had the same standard form H-380-1 (Ed. 10/93) Amendatory Endorsement Specifically excluded Perils attached to their homeowners' policy for the relevant time period as was at issue with respect to the claims asserted by the Capella Estate in the *Vanderbrook* litigation.

6.    With respect to Civil Action No. 07-5205, *Abrams, et al. v. AAA Insurance, et al.*, the following claimants had homeowners' policies with a Hartford company at the relevant times: Roy Bowen, Sr., Roger Callia, Richard & Elaine Lehrmann, Margaret & Donald Magee, Dorothy Martin, Georgia Mitchell, Mary Perez, Lester & Sadie Esco, Julia Fields, Frederick & Joelle Gerken, Anthony & Frances Tasker, Harmenia Tedesco, Herman Asberry, and Cassie Johnson.

      a.    Plaintiff Mary Harris is alleged to have had a policy with a Hartford company at the relevant times, but Hartford has no record of a policy issued in that name.

      b.    All of the claimants listed in Paragraph 6 of this declaration had the same standard form H-380-1 (Ed. 10/93) Amendatory Endorsement Specifically excluded Perils attached to their homeowners' policy for the relevant time period as was at issue with respect to the claims asserted by the Capella Estate in the *Vanderbrook* litigation.

7.    With respect to Civil Action No. 07-4538, *Alexander, et al. v. Automobile Club Inter-Insurance Exchange, et al.*, the following claimants had homeowners' policies with a Hartford company at the relevant times: Anna & George Fehn, Donald J. Haydel, Sr., D'Wanna Green Hayes (believed to be Dwanna Green), and Calvin Vincent. All of the claimants listed in this Paragraph 7 of my declaration had the same standard form H-380-1 (Ed. 10/93) Amendatory Endorsement Specifically Excluded Perils attached to their homeowners' policy for the relevant time period as was at issue with respect to the claims asserted by the Capella Estate in the *Vanderbrook* litigation.

8. With respect to Civil Action No. 07-4852, *Aguilar, et al. v. ALEA London Limited, et al.*, Plaintiffs have not identified which named Plaintiffs are supposed to have had insurance policies with any Hartford entity, and Hartford has not been able to identify its insureds from the long list of named Plaintiffs. However, because Hartford was issuing its insureds standard policy forms with the standard form H-380-1 (10/93) Amendatory Endorsement Specifically Excluded Perils attached, it is believed that all of the Hartford insureds in the *Aguilar* suit have the same policy and endorsement as was at issue with respect to the claims asserted by the Capella Estate in the *Vanderbrook* litigation.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2008.

*William Patten*