UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| Nos. *06-4746; 07-4538; 07-4852; 07-5112; 07-5199; 07-5205; 07-5208* | * * | MAGISTRATE JUDGE WILKINSON |

### ORDER

Came on for consideration the Omnibus Motion for Partial Judgment on the Pleadings by Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, and any Improperly Identified Variant of the Hartford Entities. Having considered the Motion, the response if any, and arguments of counsel, the Court is of the opinion that the Motion should be, and hereby is Granted.

It is therefore ORDERED, that Plaintiffs in each of the referenced causes who have homeowners' policies with any of the Hartford entities take nothing by reason of their claims for insurance proceeds in connection with damage from flood and rising surface waters attributable to the alleged failures in the hurricane protection system during and after Katrina. The affected Plaintiffs are those Plaintiffs identified in the Declaration in Support of Hartford's Omnibus Motion who had in place a policy with the H-380-1 (10/93) endorsement or similar form.

_____
JUDGE PRESIDING