UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:   Insurance<br><br>  Acevedo v. AAA Insurance, et al<br>  No. 07-5199 | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

<u>DECLARATION OF STUART THOMAS BARASCH<br>UNDER 28 U.S.C. § 1746</u>

My name is Stuart Thomas Barasch.  I am a person of the age of majority and am competent in all respects to make this declaration.  I am providing this declaration in opposition to Defendant Church Mutual Insurance Company's Motion to Dismiss under Rule 12(b)(6) Fed. R. Civ. P.

I have been a member in good standing of the Louisiana State Bar Association and of the bar of the United States District Court for the Eastern District of Louisiana since 1991.

I have also been a member in good standing of the California State Bar since 1977, Florida State Bar since 1977, Texas State Bar since 1991 and Georgia State Bar since 1992.

# EXHIBIT A

-1-

I am lead counsel for the 413 plaintiff's named in the following case: In re Katrina Canal Breaches Consolidated Litigation, No. 05-4182, Pertains to Acevedo v. AAA, No. 07-5199, now pending in the U.S. District Court for the Eastern District of Louisiana.

One, of the identified plaintiff's on the complaint in the above matter, is Union Baptist Theological Seminary.

Once I determined from the complaint's caption, that the listing of 413 identified plaintiffs in the suit, did not match-up to the listing of 76 identified defendant's that pertained to one or more of the listed plaintiffs in the suit, I immediately filed an amended complaint to add the unlisted defendant's. Church Mutual Insurance Company, was one of the unidentified insurers, and it's insured was Union Baptist Theological Seminary. (Hereinafter, the "Seminary"). The amended complaint was filed on December 5, 2007.

Church Mutual Insurance Company was known to me as the Seminary's insurance company, as of August 21, 2007, when Union Baptist Theological Seminary became my client. See Exhibit B  "Commercial Insurance Information Hurricane Katrina" is a one page information sheet designating Church Mutual as the name of the Seminary's insurance company at it's 1300 Milton Street, New Orleans, Louisiana address. This form is dated August 21, 2007 and is signed by the an individual entitled Chairman of Trustee Board.. Exhibit C is a nine page declaration of policy coverages for the property of the Seminary at it's 1300 Milton Street, New Orleans, Louisiana address.

Church Mutual Insurance Company is the leading insurer of worship centers and related institutions in the United States according to it's website, available at

www.churchmutual.com. . Exhibit D.

The website states that Church Mutual provides property insurance and other insurance products, to more than 97,000 houses of worship, denominational offices, schools, camps and senior living facilities.

On March 31, 2008, I checked with the Eastern District of Louisiana CMECF, and ran a query under Church Mutual Insurance Company and discovered that it is a party defendant in suits brought by church or church related properties, alleging property damage as a direct result of hurricane Katrina in a total of eighteen cases. A search for the same in state courts yielded the following: Civil District Court, Orleans Parish, eight cases, 22nd Judicial District, St. Tammany Parish, two cases, and 24th Judicial District, Jefferson Parish, seventeen cases. A search for the same information, in the other parishes within the region, was not performed.

I declare that the foregoing is true and correct.

*S/Stuart Barasch*
STUART BARASCH
