## (COMMERCIAL) INSURANCE INFORMATION: HURRICANE KATRINA

Hurricane Legal Center, LLC   1100 Poydras Street. Suite 2900   New Orleans, Louisiana 70163

1) Policyholder's Name: Mrs./ Mr. Last Name: Union Baptist Theological Seminary   First Name: _____

2) Policyholder's Name: Mrs./ Mr. Last Name: _____   First Name: _____

3) Primary Contact Phone Number: ( 504 ) 243-8990 (Warren V. Cooper, Jr.) Chairman of Trustee Board

4) Katrina LOSS Location (Not mailing address): *Policyholder must use one form per each property.

   Address: 1300 Milton St   City: N.O. LA

   Parish: Orleans   State: Louisiana   Zip: 70122

5) Current Mailing Address: 11401 Maxine Dr N.O. LA 70128

6) (Exact) Name of Commercial Insurance Company: Church Mutual
   Policy Number: 1562-94-02-222148
   Did your property have wind driven rain damages by Katrina? Yes: ✓  No: ___
   Did you make a claim under commercial insurance? Yes: ✓  No: ___
   Have you received a settlement thru a mediation program sponsored by the Louisiana Department of Insurance? (Must Check One): Yes ___  No ✓

7) Flood Level Inside of Property (Must Answer)(mark "0" if not flooded): 7 feet.
   Did you receive a settlement to the limit of your flood policy?
   (Must Check One): Yes ___  No ___  No Flood Insurance: ✓
   If you checked Yes or No Flood Insurance, Please move to number 9).

8) If your property flooded and you made a claim under your flood insurance policy but did not receive a settlement to the limit of your flood policy, complete your flood insurance information.
   (Exact) Name of Flood Insurance Company: N/A

   Policy Number: _____   Claim Number: _____

9) Status of Repair (Check One): Sold___ Gutted___ To Be Demolished ✓ Repaired___ Being Repaired___  By City

10) I have accurately answered the applicable insurance information regarding my claim. Reminder: You must complete and sign all enclosed forms and mail to our office without delay so that it is received by August 15, 2007. After that date, you must personally deliver the form to our office.

Insured Signature: /s/ Warren V. Cooper Chairman Trustee BD   Date: Aug 21 2007

Without insured's signature, HLC will not consider accepting your case.

| Office Memo: Completed Info. | | | H.O. Insurer | | Flood Insurer | |
|---|---|---|---|---|---|---|
| Date: | By: | Date: | By: | Date: | | By: |
| Date: | By: | Date: | By: | Date: | | By: |

EXHIBIT B