Mutual Company
Nonassessable

# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Lane, P.O. Box 357, Merrill, WI 54452

## COMMON POLICY DECLARATIONS PAGE

## THIS POLICY PROVIDES LIMITED COVERAGE FOR POLLUTION LIABILITY.
## READ YOUR POLICY CAREFULLY

**POLICY NO.:** 0156294-02-222148

**ITEM 1. NAMED INSURED AND ADDRESS:**
UNION BAPTIST THEOLOGICAL SEMINARY
1300 MILTON ST
NEW ORLEANS LA 70119

**ITEM 2. POLICY PERIOD:** FROM 06/17/03 TO 06/17/06       0156294-02-121533
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE       (RENEWAL OF)

**ITEM 3. THE NAMED INSURED IS:** RELIGIOUS INSTITUTION

**ITEM 4. AGENT:** 11-160
ALLEN BROUILLETTE
ALEXANDRIA OFFICE
ONE CENTRE CT OFFICE BLDG, STE 400
1412 CENTRE CT DR
ALEXANDRIA LA 71301-3441
(800) 554-2642

**ITEM 5. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:**

**PROPERTY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 100(01-01) | PROPERTY CONDITIONS |
| A 101(01-01) | BUILDING AND PERSONAL PROPERTY COVERAGE-RELIGIOUS |
| A 127(01-01) | CAUSES OF LOSS-SPECIAL FORM |
| A 134(06-67) | GLASS LIMITATION - SPECIAL CAUSES OF LOSS |
| A 154(10-99) | SYSTEMS/EQUIPMENT BREAKDOWN COVERAGE FORM |
| A 192(01-94) | LOUISIANA CHANGES - PROPERTY COVERAGE PART |
| A 904.3(10-01) | LOUISIANA CHANGES - INSURING AGREEMENT |
| A 904.4(11-99) | LOUISIANA CHANGES |
| A 904.7(11-99) | LOUISIANA CHANGES-INSURING AGREEMENT AMENDATORY ENDORSEMENT |
| A 904.8(12-01) | LOUISIANA CHANGES |
| A 944(08-02) | EXCL WAR, MILITARY ACT, NUCL, BIO, CHEM TERRORISM |
| A 945(11-02) | CERTIFIED ACTS OF TERRORISM |

**GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 052(06-87) | NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM |
| A 200(01-98) | GENERAL LIABILITY COVERAGE PART - OCCURENCE BASIS |
| A 202(01-98) | GENERAL LIABILITY ADDITIONAL PROVISIONS FORM-RELIGIOUS |
| A 208(01-98) | COLLEGES OR SCHOOLS |

**Church Mutual** ™
INSURANCE COMPANY

EXHIBIT C

POLICY NO.: 0156294-02-222148

**GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
| | |
|---|---|
| A 251(09-94) | EXCLUSION - LEAD LIABILITY |
| A 253(10-99) | LEGAL DEFENSE COVERAGE |
| A 254(10-99) | AMENDMENT OF INSURING AGREEMENT-KNOWN INJURY OR DAMAGE |
| A 255(06-01) | CATASTROPHIC VIOLENCE RESPONSE COVERAGE |
| A 292.1(06-00) | LOUISIANA CHANGES |
| A 292.2(10-01) | LOUISIANA CHANGES |
| A 292.3(07-01) | LOUISIANA CHANGES |
| A 292.4(02-02) | LOUISIANA CHANGES - PREMIUM AUDIT CONDITION |
| A 292.5(03-02) | LOUISIANA CHANGES - POLLUTION EXCLUSION |
| A 904.2(04-95) | LOUISIANA CHANGES - LEGAL ACTION AGAINST US |
| A 904.3(10-01) | LOUISIANA CHANGES - INSURING AGREEMENT |
| A 904.5(08-99) | LOUISIANA CHANGES - POLLUTION EXCLUSION |
| A 944(06-02) | EXCL WAR, MILITARY ACT, NUCL, BIO, CHEM TERRORISM |
| A 945.1(11-02) | CERTIFIED ACTS OF TERRORISM |

**CRIME COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
| | |
|---|---|
| A 300(06-87) | CRIME CONDITIONS FORM |
| A 302(05-89) | CHURCH THEFT OF MONEY AND SECURITIES COVERAGE FORM |
| A 944(06-02) | EXCL WAR, MILITARY ACT, NUCL, BIO, CHEM TERRORISM |
| A 945(11-02) | CERTIFIED ACTS OF TERRORISM |

**PROFESSIONAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
| | |
|---|---|
| A 500(01-98) | COUNSELING PROFESSIONAL LIABILITY COVERAGE-OCCURRENCE |
| A 592.2(10-01) | LOUISIANA CHANGES - INSURING AGREEMENT |
| A 904.2(04-95) | LOUISIANA CHANGES - LEGAL ACTION AGAINST US |
| A 904.3(10-01) | LOUISIANA CHANGES - INSURING AGREEMENT |
| A 904.5(08-99) | LOUISIANA CHANGES - POLLUTION EXCLUSION |
| A 945.1(11-02) | CERTIFIED ACTS OF TERRORISM |

**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
| | |
|---|---|
| A 600(01-98) | HIRED AND NONOWNED AUTO LIAB - RELIGIOUS INSTITUTIONS |
| A 602(06-00) | MEDICAL EXPENSE COVERAGE |
| A 604(04-02) | LOUISIANA UNINSURED MOTORIST COVERAGE - BODILY INJURY |
| A 605(04-02) | RENTAL AUTOMOBILE CONTRACTUAL LIABILITY ENDORSEMENT |
| A 904.2(04-95) | LOUISIANA CHANGES - LEGAL ACTION AGAINST US |
| A 904.5(08-99) | LOUISIANA CHANGES - POLLUTION EXCLUSION |
| A 945.1(11-02) | CERTIFIED ACTS OF TERRORISM |

**FORMS AND ENDORSEMENTS WHICH APPLY TO THIS ENTIRE POLICY:**
| | |
|---|---|
| A 050(01-98) | MUTUAL AND COMMON POLICY CONDITIONS |
| A 051(06-87) | CALCULATION OF PREMIUM |
| A 904(03-02) | LOUISIANA CHANGES |
| A 904.1(09-94) | LOUISIANA CHANGES |
| A 905(12-89) | LOUISIANA PUNITIVE OR EXEMPLARY DAMAGES |
| UN 720(11-02) | NOTICE - OFFER OF TERRORISM COVERAGE |

POLICY NO.: 0156294-02-222148

**ITEM 6. PREMIUM:** IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

$14,392.00       DUE AT INCEPTION. PREMIUM SUBJECT TO ADJUSTMENT AT EACH ANNIVERSARY.

This policy includes copyrighted material of Church Mutual Insurance Company
Copyright, Church Mutual Insurance Company, 1996
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984 & 1994

**Church Mutual**
INSURANCE COMPANY

A 001 CD(06-87) - LA         PAGE 3         ISSUED DATE: 08/01/03

## PROFESSIONAL LIABILITY COVERAGE PART
### DECLARATIONS PAGE

**POLICY NO.:** 0156294-02-222148

**ITEM 1. COVERAGE DESCRIPTION:**

COVERAGE                                            LIMIT OF INSURANCE

COUNSELING PROFESSIONAL LIABILITY
     EACH CLAIM                             $   1,000,000
     AGGREGATE                              $   3,000,000

SCHEDULE OF POSITIONS COVERED

"SCHEDULE OF POSITIONS COVERED" - "EMPLOYEES AND VOLUNTEERS ACTING UNDER YOUR
DIRECTION AND CONTROL AND WITHIN THE SCOPE OF HIS OR HER DUTIES AS SUCH."



A 001 PR(06-87) - LA                  PAGE 1                  ISSUED DATE: 08/01/03

## PROPERTY COVERAGE PART
## DECLARATIONS PAGE

**POLICY NO.:** 0156284-02-222148

**ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:   001      BUILDING NO:  001
CONSTRUCTION:  FRAME
OCCUPANCY:   COLLEGE
LOCATION:     1300 MILTON STREET
PARISH:       ORLEANS (D)
CITY/STATE:    NEW ORLEANS (D), LA

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $1,362,000
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
VALUATION: REPLACEMENT COST

COVERAGE:  PERSONAL PROPERTY
LIMIT OF INSURANCE:  $136,000
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
VALUATION: REPLACEMENT COST

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

**ITEM 2. DEDUCTIBLE - OCCURRENCE:**

$2,500

**ITEM 3. ENDORSEMENTS:**

NONE

**ITEM 4. MORTGAGEHOLDERS, LOSS PAYEES, AND CONTRACT SELLERS:**

NONE



## GENERAL LIABILITY COVERAGE PART
### DECLARATIONS PAGE

POLICY NO.: 0156294-02-222148

ITEM 1. LIMITS OF INSURANCE:

| | |
|---|---|
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS - COMPLETED OPERATIONS AND SEXUAL MISCONDUCT OR SEXUAL MOLESTATION) | $  3 000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $  1 000,000 |
| EACH OCCURRENCE LIMIT (BODILY INJURY AND PROPERTY DAMAGE COMBINED) | $  1 000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT (COMBINED) | $  1 000,000 |

SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIMIT (COMBINED) - ALL LOCATIONS AND OPERATIONS

| | |
|---|---|
| EACH CLAIM LIMIT | $    300,000 |
| AGGREGATE LIMIT | $    300,000 |
| MEDICAL EXPENSE LIMIT - ANY ONE PERSON | $      5,000 |
| PROPERTY DAMAGE LEGAL LIABILITY - ANY ONE OCCURRENCE | $    300,000 |

LEGAL DEFENSE COVERAGE LIMIT

| | |
|---|---|
| EACH DEFENSIBLE INCIDENT LIMIT | $      5,000 |
| AGGREGATE LIMIT | $     15,000 |

CATASTROPHIC VIOLENCE RESPONSE

| | |
|---|---|
| PER PERSON LIMIT | $     50,000 |
| EACH VIOLENT INCIDENT LIMIT | $    300,000 |
| VIOLENT INCIDENT AGGREGATE LIMIT | $    300,000 |

ITEM 2. DESCRIPTION AND CLASSIFICATION OF PREMISES AND OPERATIONS:
ALL PREMISES AND OPERATIONS UNLESS EXCLUDED IN ITEM 3 BELOW.

NONE

ITEM 3. EXCLUSION ENDORSEMENTS:

NONE

OTHER ENDORSEMENTS:



**POLICY NO.:** 0156294-02-222148

COLLEGES OR SCHOOLS ENDORSEMENT.
COVERAGE FOR CORPORAL PUNISHMENT DOES NOT APPLY.
MEDICAL EXPENSE INSURANCE OPTION THAT APPLIES:  THREE (NONE)

## CRIME COVERAGE PART
### DECLARATIONS PAGE

POLICY NO.: 0156294-02-222148

ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:      001        BUILDING NO:   001
CONSTRUCTION:    FRAME
OCCUPANCY:       COLLEGE
LOCATION:        1300 MILTON STREET
PARISH:          ORLEANS (D)
CITY/STATE:      NEW ORLEANS (D), LA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COVERAGE FORM: CHURCH THEFT OF MONEY AND SECURITIES

LIMIT OF INSURANCE: $3,000            DEDUCTIBLE: $250

SPECIAL COVERAGE DAYS:
CHRISTMAS, EASTER AND THANKSGIVING

ITEM 2. ENDORSEMENTS:

NONE

**Church Mutual**
INSURANCE COMPANY

**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART**
**DECLARATIONS PAGE**

POLICY NO.: 0156294-02-222148

ITEM 1. COVERAGE DESCRIPTION:

COVERAGE                                                    LIMIT OF INSURANCE

HIRED AND NONOWNED AUTOMOBILE LIABILITY
COVERAGE RELIGIOUS INSTITUTIONS - EXCESS
INSURANCE
      EACH OCCURRENCE                             $       1,000,000
      AGGREGATE                                  $       3,000,000


UNINSURED MOTORIST COVERAGE - BODILY INJURY
      EACH OCCURRENCE                             $       1,000,000

ITEM 2. ENDORSEMENTS:

MEDICAL EXPENSE COVERAGE - EXCESS INSURANCE
      ANY ONE PERSON                             $          5,000
      AGGREGATE                                  $         25,000

