Church Mutual Insurance Company




L| tening. Learning. Leading*

> Request A Quote

> About Church Mutual

> Contact Us

> Insurance Coverages

> Safety Resources

> For Our Customers
Including Online Payment

*We are the leading insurer of worship centers and related institutions in the United States.*

We provide property, liability, workers' compensation and commercial automobile insurance to more than 97,000 houses of worship, denominational offices, schools, camps, and senior living facilities.

A Quick Look At Church Mutual »

**New Swimmer Safety Program**
Ability tests and free color-coded wristbands help save lives. more

**15-passenger Van Alert**
How to reduce risk of rollover & other transportation safety tips. more

**We want your input**
Regarding membership trends. survey

**Rated A+ (Superior) by A.M. Best.**

Church Mutual has held Best's A+ (Superior) rating for 55 consecutive years. No other insurance company specializing in religious institutions is rated as high.




Search

Newsroom | Links To Other Sites | Información En Español | Site Map | Employment
© 2008 Church Mutual Insurance Company, All Rights Reserved

http://www.churchmutual.com/     EXHIBIT D     3/29/2008