UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br> PERTAINS TO: <br><br> ALL CASES | § CIVIL ACTION <br> § NO. 05-4182 <br> § SECTION "K"(2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

| | | |
|---|---|---|
| Boutte et al v.Lafarge North America, Inc | 05-05531 | Barge |
| Mumford v.Ingram Barge Company et al | 05-05724 | Barge |

---

[1] This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated February 6, 2008

| | | |
|---|---|---|
| Dillmann et al v.ANPAC Louisiana Insurance Company | 06-05292 | Insurance |
| Lagarde et al v.Lafarge North America, Inc. | 06-05342 | Barge |
| Perry et al v.Ingram Barge Company et al | 06-06299 | Barge |
| Benoit et al v.Lafarge North America, Inc. et al | 06-07516 | Barge |
| Durden et al v.Lexington Insurance Company | 06-10827 | Insurance |
| Cina et al v.Liberty Mutual Fire Insurance Company | 07-00260 | Insurance |
| Merrill v.Republic Fire and Casualty Insurance Company | 07-01518 | Insurance |
| Hammond v.Republic Fire and Casualty Insurance Company | 07-01767 | Insurance |
| Williams et al v.Security Plan Fire Insurance Company | 07-03702 | Insurance |
| Aguda v.State Farm Fire and Casualty Insurance Company | 07-04457 | Insurance |
| Aucoin et al v.Allstate Insurance Company | 07-04458 | Insurance |
| Lafarge North America, Inc v.United States of America | 07-05178 | Barge |
| Pittman v.USAA Casualty Insurance Company | 07-05758 | Insurance |
| Associated Hospital Services, Inc v.American Zurich Insurance Company | 07-05764 | Insurance |
| Robert et al v.Allstate Insurance Company | 07-06162 | Insurance |
| Nu Pointe East, L.L.C v.Northern Insurance Company of New York | 07-06351 | Insurance |
| Caruso et al v.Standard Fire Insurance Company | 07-06364 | Insurance |
| Harrison et al v.Allstate Indemnity Company | 07-07191 | Insurance |
| St. Etienne et al v.Fireman's Fund Insurance Company | 07-07448 | Insurance |
| New Orleans Coffee Company, Inc v.Allstate Insurance Company | 07-08181 | Insurance |
| Williams et al v.State Farm Fire and Casualty Company | 07-08616 | Insurance |

| Case | Number | Category |
|---|---|---|
| Hardy Chiropractic Center, Inc v.Transportation Insurance Company | 07-09438 | Insurance |
| Duncan et al v.State Farm Fire & Casualty Company | 07-09480 | Insurance |
| Dudenhefer et al v.Allstate Insurance Company | 08-00071 | Insurance |
| Willis of Michigan, Inc et al v.United States of America et al | 08-00719 | Levee, Mr.Go |
| Gioia v.Allstate Insurance Company | 08-00898 | Insurance |
| Addotto, Sr et al v.United States of America et al | 08-01143 | Insurance |
| Parfait Family et al v.United States of America et al | 08-01151 | Mr.Go |
| Tardo Properties, LLC v.Western World Insurance Company et al | 08-01161 | Insurance |
| Tardo et al v.MetLife Insurance Company | 08-01162 | Insurance |
| Tardo Properties, LLC v.Essex Insurance Company | 08-01163 | Insurance |
| Tardo et al v.State Farm Fire and Casualty Company | 08-01164 | Insurance |
| Tardo et al v.State Farm Fire and Casualty Company | 08-01165 | Insurance |
| Tardo et al v.State Farm Fire and Casualty Company | 08-01166 | Insurance |
| Tardo Properties, LLC v.Western World Insurance Company | 08-01167 | Insurance |
| Tardo Properties, LLC v.Western World Insurance Company | 08-01168 | Insurance |
| Tardo et al v.Louisiana Citizens Property Insurance Company | 08-01169 | Insurance |
| Tardo et al v.Louisiana Citizens Property Insurance Company | 08-01170 | Insurance |
| Abrahms v.United States Army Corps of Engineers | 08-01171 | Insurance |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 17th day of March, 2008

_____

JOSEPH M. BRUNO, La. Bar. #3604
Law Offices of Joseph M. Bruno
855 Barrone Street
New Orleans, LA  70113
Telephone:  (504) 561-6776
Facsimile:  (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195

**Defendants Liaison Counsel**