UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-4457 (Aguda v. State Farm Fire and Casualty Company | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

### CERTIFICATE PURSUANT TO LR 7.6E

Pursuant to LR 7.6E, undersigned counsel certifies that Sarah Monsour, Esq., counsel for defendant State Farm Fire and Casualty Company, has advised that her client does not consent to the filing and granting of plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline.

Respectfully submitted,

*S/Stuart Barasch*

STUART T. BARASCH, T.A.
La. Bar No. 20650
LAWRENCE J. CENTOLA, JR.
La. Bar No. 3962
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel: 504.525.1944

E-mail: sbarasch1@aol.com

## CERTIFICATE OF SERVICE

  I hereby certify that on April 1, 2008, I electronically filed the foregoing Certificate of Counsel with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

  David A. Strauss


           *S/Stuart Barasch*
           STUART T. BARASCH, T.A.

           E-mail: sbarasch1@aol.com