UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-4457 (Aguda v. State Farm Fire<br>           and Casualty Company | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## NOTICE OF HEARING

**TO: All Counsel of Record**

PLEASE TAKE NOTICE that counsel for plaintiffs Joseph Aguda *et al* will bring on for hearing the foregoing Motion for Leave to File First Amended Complaint After Expiration of Deadline before the Hon. Joseph C. Wilkinson, Jr. on Wednesday, April 16, 2008 at 11:00 a.m. You are invited to attend and participate as you see fit.

Respectfully submitted,

*S/Stuart Barasch*
STUART T. BARASCH, T.A.
La. Bar No. 20650
LAWRENCE J. CENTOLA, JR.
La. Bar No. 3962
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel: 504.525.1944

E-mail: sbarasch1@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, I electronically filed the foregoing Notice of Hearing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David A. Strauss

*S/Stuart Barasch*
STUART T. BARASCH, T.A.

E-mail: sbarasch1@aol.com