UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-4457 (Aguda v. State Farm Fire<br>         and Casualty Company | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing Motion for Leave to File First Amended Complaint After Expiration of Deadline,

IT IS ORDERED that plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline is GRANTED.  IT IS FURTHER ORDERED that plaintiffs shall file their First Amended Complaint within ___ days of entry of this order.

New Orleans, this ___ day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE