From: Efile_Notice@laed.uscourts.gov
To: Efile_Information@laed.uscourts.gov
Sent: 3/6/2008 2:03:03 A.M. Eastern Daylight Time
Subj: Summary of ECF Activity

**Activity has occurred in the following cases:**

① **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order on Motion to Compel   11533**

**Docket Text:**
MRGO ORDER granting [11230] Motion to Compel as stated herein. Signed by Judge Joseph C. Wilkinson Jr.. (Reference: MRGO)(car, )

② **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order   11534**

**Docket Text:**
INSURANCE (06-7939): ORDER - Final Pretrial Conference RESET for 5/15/2008 03:30 PM before Magistrate Judge Joseph C. Wilkinson Jr. Signed by Judge Joseph C. Wilkinson Jr. on 3/5/08. (Reference: INSURANCE (06-7939)(blg)

③ **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order   11535**

**Docket Text:**
NEW CASE CONSOLIDATED 08-1143: Liaison Counsel to file Notification of Designation. Consolidated Plaintiff(s) Dominick Addotto, Sr, et al rep by William E. Mura, Jr; and Consolidated Defendant(s) United States of America, and United States Army Corps of Engineers added. Signed by Judge Stanwood R. Duval Jr. on 10/20/06. (Attachments: # (1) Case Management Order No. 3# (2) Case Management Order No. 4)(Reference: 08-1143)(blg)

④ **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order   11536**

**Docket Text:**
NEW CASE CONSOLIDATED 08-1171: Liaison Counsel to file Notification of Designation. Consolidated Plaintiff(s) Marguerite Abrahms rep by Darleen Marie Jacobs; and Consolidated Defendant(s) United States Army Corps of Engineers added. Signed by Judge Stanwood R. Duval Jr. on 10/20/06. (Attachments: # (1) Case Management Order No. 3# (2) Case Management Order No. 4)(Reference: 08-1171)(blg)

⑤ **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Dismiss Case   11537**

EXHIBIT 3

**Docket Text:**
INSURANCE (06-7450): EXPARTE/CONSENT MOTION to Dismiss Case by Laundry Basket, Inc. (Reference: INSURANCE (06-7450)(blg)

(6) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order on Motion to Dismiss Case   11538**

**Docket Text:**
INSURANCE (06-7450): ORDER granting [11537] Motion to Dismiss Case. Signed by Judge Stanwood R. Duval Jr. on 3/4/08. (Reference: INSURANCE (06-7450)(blg)

(7) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order on Motion for Hearing   11540**

**Docket Text:**
BARGE: ORDER granting [11515] Motion for Oral Argument Hearing. Signed by Judge Stanwood R. Duval Jr. on 3/5/08. (Reference: BARGE)(blg)

(8) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion for Leave to File Document   11541**

**Docket Text:**
BARGE: EXPARTE/CONSENT MOTION for Leave to File *Memorandum In Response to the February 28, 2008 and March 4, 2008 Orders* by Lafarge North America, Inc. (Attachments: # (1) Proposed Order # (2) Proposed Pleading (Memorandum of Lafarge North America Inc. In Response to the February 28, 2008 and March 4, 2008 Orders))(Reference: BARGE)(Aldock, John) Modified on 3/5/2008 (blg, ).

(9) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Correction of Docket Entry by Clerk   11542**

**Docket Text:**
ALL LEVEE, ALL MRGO: Correction of Docket Entry by Clerk re [10723] Order; Image corrected, due to typo. (Reference: ALL LEVEE, ALL MRGO)(blg)

(10) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order on Motion for Leave to File   11543**

**Docket Text:**
(07-4457) ORDER granting in part and denying in part [11420] Motion for Leave to File amd cmp, due w/in 10 days of entry of this order. Signed by Judge Joseph C. Wilkinson Jr.. (Reference: 07-4457)(car, )

(11) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order   11544**

**Docket Text:**
LEVEE, MRGO, RESPONDER (05-4181, 06-4389, 06-5786, 06-6099): ORDER AND REASONS denying [7501] MOTION for Sanctions & Rescission of imposed sanctions filed by Ashton R. O'Dwyer, Jr.. Signed by Judge Stanwood R. Duval Jr. on 3/5/08.(Reference: LEVEE, MRGO, RESPONDER (05-4181, 06-4389, 06-5786, 06-6099)(blg)

(12) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order on Motion for Leave to File   11545**

**Docket Text:**
INSURANCE (06-11198): ORDER granting [11507] Motion for Leave to File Motion to Deconsolidate; finding as moot [11508] Motion for Leave to File Motion to Expedite. FURTHER ORDERED that Plaintiffs Motion to Unconsolidate is GRANTED. Civ. A. No. 06-11198, is hereby DECONSOLIDATED from In re Katrina Canal Breaches Consolidated Litigation, Civ. A. No. 05-4182. FURTHER ORDERED that Plaintiffs counsel contact the Courts case manager to arrange a scheduling conference. Signed by Judge Stanwood R. Duval Jr. on 3/5/08. (Reference: INSURANCE 06-11198)(blg)

(13) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion for Miscellaneous Relief 11546**

**Docket Text:**
INSURANCE (06-11198): EXPARTE/CONSENT MOTION to Unconsolidate by Frances Cosse. (Attachments: # (1) Exhibit A# (2) Proposed Order)(Reference: INSURANCE (06-11198)(blg)

(14) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Transfer Case 11547**

**Docket Text:**
INSURANCE (07-4855): EXPARTE/CONSENT MOTION to Transfer Case by Allstate Insurance Company. (Attachments: # (1) Proposed Order)(Reference: 07-4855)(Bourg, Jonathan) Modified on 3/5/2008 (blg, ).

(15) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Transfer Case 11548**

**Docket Text:**
INSURANCE (07-4869): EXPARTE/CONSENT MOTION to Transfer Case by Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # (1) Proposed Order) (Reference: 07-4869)(Bourg, Jonathan) Modified on 3/5/2008 (blg, ).