UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-4457 (Aguda v. State Farm Fire and Casualty Company) | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

## PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

I.

Plaintiffs are residents of the Parish of Jefferson, State of Louisiana.

II.

Defendant herein is STATE FARM FIRE & CASUALTY COMPANY, a foreign insurance corporation authorized and presently doing business in the Parish of Jefferson, State of Louisiana.

# EXHIBIT 6

1

III.

As further alleged below, joinder of all Plaintiffs is in conformity with Louisiana Code of Civil Procedure, Article 463 in that (1) there is a community of interest between each Plaintiff; (2) each Plaintiff's claim is in the identical venue; (3) each Plaintiff's claim employs the same form of procedure.

IV.

On August 29, 2005, at the time of Hurricane Katrina, each Plaintiff had in effect an identical policy of property insurance issued by Defendant.

V.

On August 29, 2005 Hurricane Katrina caused substantial damage to each Plaintiff's real property, including but not limited to roof damage and damage to the interior, including its contents. This damage rendered the real property uninhabitable for an extended period of time. This damage was caused by wind and wind driven rain alone.

VI.

Plaintiffs' properties were damaged as described above and caused a total loss of the properties.

VII.

As a result of the aforesaid events, Defendant was required to pay each Plaintiff his or her policy limit for damage to structure, other structures, contents, debris removal and loss

of use /ALE (additional living expenses). Instead, Defendant made only partial payment based on wind and wind driven rain alone. This partial payment did not constitute full payment of all the damage caused by wind and Defendant still owes Plaintiffs additional policy benefits for all the damage caused by wind.

VIII.

Based upon the aforesaid conduct of Defendant, Plaintiffs have the following causes of action against Defendant:

    (a)    failure to tender timely and sufficient payment under LSA R.S. 22:658 and LSA R.S. 22:1220;

    (b)    breach of duty under LSA R.S. 22:658 and LSA R.S. 22:1220;

    ©    breach of insurance contract; and

    (d)    other causes of action that will be determined at trial.

IX.

The aforesaid actions of Defendant were "arbitrary and capricious".

X.

Plaintiffs request trial by jury.

XI.

Plaintiffs are entitled to the following elements of damages:

    (1)    Payment of policy limits for structure;

    (2)    Payment of policy limits for other structure;

(3)  Payment of policy limits for contents;

(4)  Payment of policy limits for debris removal;

(5)  Payment of policy limits for additional living expenses/loss of use;

(6)  Double damages pursuant to LSA R.S. 22:1220;

(7)  Penalties pursuant to LSA R.S. 22:658;

(8)  Attorney fees;

(9)  Court costs; and

(10) Any relief which this Court deems fair and equitable.

WHEREFORE, Plaintiffs pray for trial by jury, that Defendant be duly cited to appear and answer this First Amended Complaint for Damages, and, after legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against Defendant in a reasonable amount to be determined by this Honorable Court for the damages sustained by Plaintiffs, together with special damages, penalties, court costs, attorney fees, together with legal interest from date of judicial demand and for all general and equitable relief.

Respectfully submitted,

*S/Stuart Barasch*

STUART BARASCH, T.A.
Attorney for Plaintiffs
LAWRENCE J. CENTOLA, JR.
La. Bar No. 3962
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279

## CERTIFICATE OF SERVICE

     I hereby certify that on April 1, 2008, I electronically filed the foregoing First Amended Complaint for Damages with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

     David A. Strauss

*S/Stuart Barasch*
STUART T. BARASCH, T.A.

E-mail: sbarasch1@aol.com

5