UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-4457 (Aguda v. State Farm Fire and Casualty Company | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 78.1E, plaintiffs Joseph Aguda *et al* request that the Court allow counsel to present oral argument regarding plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline.

Respectfully submitted,

S/Stuart Barasch

STUART T. BARASCH, T.A.
La. Bar No. 20650
LAWRENCE J. CENTOLA, JR.
La. Bar No. 3962
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel: 504.525.1944

E-mail: sbarasch1@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2008, I electronically filed the foregoing Request for Oral Argument with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      David A. Strauss

                                        *S/Stuart Barasch*
                                        STUART T. BARASCH, T.A.

                                        E-mail: sbarasch1@aol.com