UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| _____ | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-6737 (Anderson v. State Farm Fire and Casualty Company | JUDGE DUVAL MAGISTRATE WILKINSON |

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AFTER EXPIRATION OF DEADLINE

NOW INTO COURT, through undersigned counsel, come plaintiffs Lawrence and Enola Anderson *et al* and move the Court for leave to file the attached First Amended Complaint after expiration of the Court's deadline for filing this pleading. In support thereof, movers urge the reasons set forth in the accompanying memorandum.

Respectfully submitted,

*S/Stuart Barasch*

STUART T. BARASCH, T.A.
La. Bar No. 20650
LAWRENCE J. CENTOLA, JR.
La. Bar No. 3962
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel: 504.525.1944
E-mail: sbarasch1@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, I electronically filed the foregoing Motion for Leave to File First Amended Complaint After Expiration of Deadline with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David A. Strauss

*S/Stuart Barasch*
STUART T. BARASCH, T.A.
E-mail: sbarasch1@aol.com