From: Efile_Notice@laed.uscourts.gov
To: Efile_Information@laed.uscourts.gov
Sent: 2/21/2008 2:09:43 A.M. Eastern Daylight Time
Subj: Summary of ECF Activity

**Activity has occurred in the following cases:**

(1) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion for Leave to File Document   11292**

**Docket Text:**
ALL LEVEE: EXPARTE/CONSENT MOTION for Leave to File *and Correct Exhibits Attached to Opposition to Motion to Compel* by National Union Fire Insurance Company of Pittsburgh, PA. Motion(s) referred to Joseph C. Wilkinson, Jr. (Attachments: # (1) Exhibit # (2) Proposed Order) (Reference: ALL LEVEE)(Dicke, Karen) Modified on 2/20/2008 (blg, ).

(2) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Dismiss Case   11293**

**Docket Text:**
INSURANCE (06-10714): EXPARTE/CONSENT MOTION to Dismiss Case *with Prejudice* by Audrey Williams, Andrew Williams. (Attachments: # (1) Proposed Order)(Reference: 06-10714)(Redmann, John) Modified on 2/20/2008 (blg, ).

(3) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Dismiss Party   11294**

**Docket Text:**
INSURANCE (06-4746): EXPARTE/CONSENT MOTION to Dismiss Party *Larry & Gwendolyn Mack, Johnnie & Loretta Lewis and Walter T. & Nancy Williams* by Winston Aaron, Sr. (Attachments: # (1) Proposed Order)(Reference: 06-4746)(Hall, Jim) Modified on 2/20/2008 (blg, ).

(4) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**USCA Order   11295**

**Docket Text:**
INSURANCE (06-1674, 06-1673, 06-1672, 06-516, 06-169, 05-6323): ORDER of USCA as to [3522] Notice of Appeal, filed by Allstate Indemnity Company, Allstate Insurance Company. ORDER denying motion to recall the mandate, and motion to clarify the opinion. (Reference: INSURANCE (06-1674, 06-1673, 06-1672, 06-516, 06-169, 05-6323)(blg)

(5) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order on Motion for Leave to File   11296**

EXHIBIT 2

**Docket Text:**
(07-6737) ORDER granting in part and denying in part [11051] Motion for Leave to File amd cmp, due w/in 10 days of entry of this order. Signed by Judge Joseph C. Wilkinson Jr. (NEF - J. Duval) (Reference: 07-6737)(car, )

(6) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Appear Pro Hac Vice   11297**

**Docket Text:**
*** WAITING ON FILING FEE - ROAD HOME (07-5528): MOTION to Appear Pro Hac Vice (Filing fee $5.) by American Reliable Insurance Company, American Security Insurance Company, American Banker's Insurance Company of Florida, Standard Guarantee Insurance Company, Voyager Indemnity Insurance Company, Voyager Property and Casualty Insurance Company(07-5528), Assurant, Inc. (Attachments: # (1) Affidavit # (2) Certificate of Good Standing# (3) Proposed Order) (Reference: 07-5528)(Serou, Gordon) Modified on 2/20/2008 (blg, ).

(7) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion for Protective Order   11298**

**Docket Text:**
LEVEE, MRGO, RESPONDER: MOTION for Protective Order *Re: Notice of Depositions (Document No. 11253* by Plaintiffs Liaison Counsel. Motion(s) referred to Joseph C. Wilkinson, Jr. Motion Hearing set for 3/12/2008 11:00 AM before Magistrate Judge Joseph C. Wilkinson Jr. (Attachments: # (1) Supplement Rule 37.1 Certificate# (2) Notice of Hearing)(Reference: 05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-206, 07-3500, 07-3612, 07-5023, 07-5040)(Bruno, Joseph) Modified on 2/20/2008 (blg, ).

(8) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order on Motion to Withdraw   11299**

**Docket Text:**
BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178) ORDER dismissing as moot the [11275] Motion to Withdraw [11037] MOTION to Quash *Subpoena Duces Tecum Served on Centanni Investigative Agency.* Signed by Judge Joseph C. Wilkinson Jr.. (Reference: 05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(car, ) Modified on 2/20/2008 (car, ).

(9) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Pretrial Conference   11300**

**Docket Text:**
INSURANCE (06-4718) Minute Entry for proceedings held before Judge Joseph C. Wilkinson Jr.: Pretrial Conference held on 2/19/2008. Status Conference set for 4/29/2008 02:30 PM before Magistrate Judge Joseph C. Wilkinson Jr. (NEF - J. Duval) (Reference: 06-4718)(car, )

(10) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Compel   11301**

**Docket Text:**
MOTION to Compel, MOTION to Dismiss Case by Automobile Club Inter-Insurance Exchange(07-4538). Motion(s) referred to Joseph C. Wilkinson, Jr. Motion Hearing set for 3/19/2008 09:30 AM before Judge Stanwood R. Duval Jr.. (Attachments: # (1) Notice of Hearing # (2) Memorandum in Support # (3) Proposed Order # (4) Exhibit # (5) Exhibit)(Reference: 07-1690)(Eckert, William)

(11) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Dismiss   11302**

**Docket Text:**
INSURANCE (07-5199): EXPARTE/CONSENT MOTION to Dismiss Claims of Olivia Barrios by Rafael Acevedo, et al. (Reference: INSURANCE (07-5199)(blg)

(12) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order on Motion to Dismiss    11303**

**Docket Text:**
INSURANCE (07-5199): ORDER granting [11302] Motion to Dismiss claims of Olivia Barrios. Signed by Judge Stanwood R. Duval Jr. on 2/15/08. (Reference: INSURANCE (07-5199)(blg)

(13) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Request/Statement of Oral Argument    11304**

**Docket Text:**
Request/Statement of Oral Argument by Plaintiffs Liaison Counsel. (Attachments: # (1) Proposed Order)(Reference: 05-4182, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-0206, 07-3500, 07-3612, 07-5023, 07-5040)(Bruno, Joseph)

(14) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Answer to Complaint    11305**

**Docket Text:**
ANSWER to Complaint with Jury Demand by Board of Commissioners for the Orleans Levee District (LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT).(Reference: 07-5011 07-5366)(Anzelmo, Thomas)

(15) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Answer to Complaint    11306**

**Docket Text:**
ANSWER to Complaint with Jury Demand by Board of Commissioners for the Orleans Levee District. (Reference: 07-4969)(Anzelmo, Thomas)

(16) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Answer to Complaint    11307**

**Docket Text:**
ANSWER to Complaint with Jury Demand by Board of Commissioners for the Orleans Levee District. (Reference: 07-4979 & 07-5356)(Anzelmo, Thomas)

(17) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Dismiss    11308**

**Docket Text:**
EXPARTE/CONSENT Joint MOTION to Dismiss by Harry Kelleher. (Attachments: # (1) Proposed Order)(Reference: 06-7701, 06-8440)(Cohen, Max)

(18) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Answer to Complaint    11309**

**Docket Text:**
ANSWER to Complaint with Jury Demand by Board of Commissioners for the Orleans Levee District. (Reference: 07-4998 & 07-5324)(Anzelmo, Thomas)


**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Answer to Complaint   11310**

**Docket Text:**
ANSWER to Complaint with Jury Demand by Board of Commissioners for the Orleans Levee District. (Reference: 07-4953 & 07-5347)(Anzelmo, Thomas)


**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Answer to Complaint   11311**

**Docket Text:**
ANSWER to Complaint with Jury Demand by Board of Commissioners for the Orleans Levee District (LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT).(Reference: 07-5016 07-5254 07-5286 & 07-5350)(Anzelmo, Thomas)


**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Exhibit List   11312**

**Docket Text:**
Supplemental Exhibit List by St. Paul Fire & Marine Insurance Company((06-5471)), Sewerage and Water Board of New Orleans(05-5237), United States of America(06-2346, 06-4634, 06-2268, 06-2824, 06-3552, 06-5260, 06-5771, 06-6099, 06-8708, 07-621, 07-647, 07-206, 07-1284, 07-1285, 07-1289, 07-1286, 07-1288, 07-1271, 07-1113, 06-5307), Board of Commissioners for the Orleans Parish Levee District((07-4837, 07-4978)), Board of Commissioners of the East Jefferson Levee District(07-5014). (Reference: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-3130, 05-5531, 06-5342, 06-6299 & 06-7516)(Anzelmo, Thomas)


**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Witness List   11313**

**Docket Text:**
Supplemental Witness List by St. Paul Fire & Marine Insurance Company((06-5471)), Sewerage and Water Board of New Orleans(05-5237), United States of America(06-2346, 06-4634, 06-2268, 06-2824, 06-3552, 06-5260, 06-5771, 06-6099, 06-8708, 07-621, 07-647, 07-206, 07-1284, 07-1285, 07-1289, 07-1286, 07-1288, 07-1271, 07-1113, 06-5307), Board of Commissioners of the East Jefferson Levee District(LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT), Board of Commissioners for the Orleans Parish Levee District((07-4837, 07-4978)). (Reference: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-3130, 05-5531, 06-5342, 06-6299 & 06-7516)(Anzelmo, Thomas)


**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Notice (Other)   11314**

**Docket Text:**
NOTICE by United States of America(06-2346, 06-4634, 06-2268, 06-2824, 06-3552, 06-5260, 06-

5771, 06-6099, 06-8708, 07-621, 07-647, 07-206, 07-1284, 07-1285, 07-1289, 07-1286, 07-1288, 07-1271, 07-1113, 06-5307) *Second Supplement to Joint Exhibit List.* (Attachments: # (1) Exhibit Full Joint Exhibit List)(Reference: 06-2268)(Woodcock, John)

(24) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Notice (Other)   11315**

**Docket Text:**
NOTICE by Ashton R. O'Dwyer, Jr. (Reference: 05-4182, 05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-0206, 07-3500, 07-3612, 07-5023, 07-5040)(O'Dwyer, Ashton)

(25) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Answer to Complaint   11316**

**Docket Text:**
ANSWER to Complaint with Jury Demand by Fireman's Fund Insurance Company(06-5164). (Reference: 07-7448)(Pfister, C.)

(26) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Response/Memorandum in Opposition to Motion   11317**

**Docket Text:**
RESPONSE/MEMORANDUM in Opposition filed by Ashton R. O'Dwyer, Jr re [11159] MOTION to Quash *Plaintiffs' Motion for Disqualification or Recusal of Judge Duvall from Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality (Document No. 10910)* MOTION to Quash *Plaintiffs' Motion for Disqualification or Recusal of Judge Duvall from Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality (Document No. 10910)* MOTION to Quash *Plaintiffs' Motion for Disqualification or Recusal of Judge Duvall from Victims of Katrina Litigation for Personal Bias, Prejudice and Partiality (Document No. 10910).* (Reference: 05-4182, 05-4181, 06-1885 06-4024, 06-4389, 06-5771, 06-5786 06-6099, 07-0206, 07-3500, 07-3612, 07-5023, 07-5040)(O'Dwyer, Ashton)

(27) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Witness List   11318**

**Docket Text:**
Seventh Witness List by St. Paul Fire and Marine Insurance Company(07-1285), United States, Board of Commissioners for the Lake Borgne Basin Levee District((07-4555, 07-4562)), Washington Group International, Inc., Orleans Levee District(06-5137). (Reference: MRGO)(Lonian, Heather)

(28) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Exhibit List   11319**

**Docket Text:**
Seventh Exhibit List by St. Paul Fire and Marine Insurance Company(06-6099), United States, Board of Commissioners of the Lake Borgne Basin Levee District(07-4953, 07-4965, 07-4969, 07-5020), Washington Group International, Inc., Orleans Levee District(06-5128). (Reference: MRGO)(Lonian, Heather)

(29) **2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Dismiss Party   11320**

**Docket Text:**
Joint MOTION to Dismiss Party by Modjeski and Masters, Inc., Eustis Engineering Co., Inc.(07-4391), Gotech, Inc.(05-6073, 06-4389, 06-5786), Burk Kleinpeter, Inc.. (Attachments: # (1) Proposed Order)(Reference: 07-4837, 07-4391)(Hedlund, Scott)

### 30) 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
**Exhibit List   11321**

**Docket Text:**
Fourth Exhibit List by Lafarge North America, Inc.(07-3500). (Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, and 07-5178))(Aldock, John)

### 31) 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
**Witness List   11322**

**Docket Text:**
Fourth Witness List by Lafarge North America, Inc.(07-3500). (Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, and 07-5178))(Aldock, John)

### 32) 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
**Notice of Deficient Filing**

**Docket Text:**
LEVEE, MRGO, RESPONDER: NOTICE OF DEFICIENT DOCUMENT:. Reason(s) of deficiency: Memorandum in Support not provided. For corrective information, see section(s) D12 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm.
**Attention: Document must be refiled in its entirety within five (5) working days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 2/27/2008.**
(Reference: LEVEE, MRGO, RESPONDER(05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-206, 07-3500, 07-3612, 07-5023, 07-5040)(blg)

### 33) 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
**Notice of Deficient Filing**

**Docket Text:**
ALL LEVEE: NOTICE OF DEFICIENT DOCUMENT: re [11291] Response/Memorandum in Opposition to Motion. Reason(s) of deficiency: Incorrect, illegible or incomplete document or improper formatting of PDF. Memorandum pertains to two motions; one motion is pending before District Judge Duval and one motion is pending before Magistrate Judge Wilkinson. Attorney is to split Memorandum into two oppositions and refile correctly. For corrective information, see section(s) D01 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm
**Attention: Document must be refiled in its entirety within five (5) working days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 2/27/2008.**
(Reference: ALL LEVEE)(blg)

[Quoted text hidden]