UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
|  | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*              05-5531 | * | |
| *Mumford v. Ingram*         05-5724 | * | |
| *Lagarde v. Lafarge*         06-5342 | * | JUDGE |
| *Perry v. Ingram*               06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*            06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| <u>*Lafarge v. USA*</u>               07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * | |

**<u>MOTION TO WITHDRAW COUNSEL OF RECORD</u>**

Now into Court comes Jefferson R. Tillery of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., attorney of record of the Greater New Orleans Barge Fleeting Association, and, pursuant to local civil rule 83.2.11, moves this Court for an order allowing Jefferson R. Tillery of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. to withdraw from the representation of the Greater New Orleans Barge Fleeting Association in these proceedings.  The Greater New Orleans Barge Fleeting Association will continue to be

{N1488768.1}                                                              1

represented by Jean-Paul A. Escudier of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.  This withdrawal will not delay or retard the trial of this matter.

Respectfully submitted,

_____/s/ *Jefferson R. Tillery*_____
JEFFERSON R. TILLERY (#17831)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170
Telephone:  (504) 582-8000
Facsimile:  (504) 582-8583
Attorneys for Greater New Orleans
   Barge Fleeting Association

_____/s/ *Jean-Paul A. Escudier*_____
JEAN-PAUL A. ESCUDIER (#29177)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170
Telephone:  (504) 582-8000
Facsimile:  (504) 582-8583
Attorneys for Greater New Orleans
   Barge Fleeting Association

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record electronically, by facsimile, by hand or by depositing same in the U.S. mail, postage prepaid and properly addressed this 2nd day of April, 2008.

_____/s/ *Jean-Paul A. Escudier*_____

{N1488768.1}                                    2