UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| <u>*Lafarge v. USA*   07-5178</u> | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## **ORDER**

Considering the foregoing motion to withdraw counsel of record:

IT IS HEREBY ORDERED by this Honorable Court that the name of Jefferson R. Tillery be erased from the court record as attorney for the Greater New Orleans Barge Fleeting Association and that he be permitted to withdraw as counsel of record.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

{N1795329.1}                                    1