# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**
**NO. 05-4182**
**SECTION "K" (2)**

*severed from Abadie*, 06-5164

**MAYOLA BOISDORE, ELLIOTT BOISDORE,**
          **Plaintiffs**

**CIVIL ACTION**
**No. 07-2512**
**SECTION "K" (2)**

**VS.**

**STATE FARM FIRE AND CASUALTY**
**COMPANY,**
          **Defendant**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Mayola Boisdore and Elliott Boisdore, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this _____ day of _____, 2008.

 

                              _____
                              USDC JUDGE STANWOOD R. DUVAL, JR.
                              Section "K," Magistrate: 2