Effective 4/10/06     FINANCIAL & CIVIL ALLOTMENT SHEET     Receipt No. 35481<sup>0</sup>

Deputy Clerk: _____

ACCOUNT CODE:

6855XX Accounts
- _____ Restitution
- _____ U.S. Postal Service Forms
- _____ Petty Offense

REGISTRY FUND:

604700 Accounts
- _____ Cash Bonds
- _____ Land Condemnation
- _____ Deceased & Deserting Seaman

MAR 2 8 2008

GENERAL & SPECIAL FUNDS:
- _____ Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
- _____ Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00) 085000 - $5.00 / 510000 - $10.00

  FILING FEES
- _____ Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
- _____ Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00) 086900 - $20.00 / 510000 - $19.00
- _____ Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
- ✓ Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 / 086400 - $200.00 / 510000 - $150.00
- _____ Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

  COPY FEES
- _____ Copies from public terminal (.10 per page - # of pages _____) 5114CR
- _____ Copies (.50 per page - # of pages _____) 322350
- _____ Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
- _____ Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

  MISCELLANEOUS ACCOUNTS
- _____ Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
- _____ Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
- _____ Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
- _____ Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
- _____ NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
- _____ Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
- _____ Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
- _____ Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
- _____ Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): JONES WALKER (represent adm. of Julese Sims)

CASE NUMBER: 05-4182     SECTION: K-2

CASE TITLE: _____

PAYMENT OF: 455.00    CASH _____    CHECK ✓    MONEY ORDER _____

SEAMAN _____    PAUPER _____    NON CASH _____

---

Civil Action Cases (for New Filings Only)

Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

- _____ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
- _____ 2. Class Action
- _____ 3. Antitrust
- _____ 4. Patent, Trademark, Copyright
- _____ 5. Civil Rights Case
- _____ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
- _____ 7. Petitions for Stay of Execution Death Sentence
- _____ 8. Social Security Case
- _____ 9. All Others

Is this a THREE JUDGE COURT? _____ Yes _____ No

Is this a RELATED CASE? _____ Yes _____ No

Attorney of Record: _____