Effective 4/20/06

<u>FINANCIAL & CIVIL ALLOTMENT SHEET</u>

Receipt No. 354809
Deputy Clerk: ____

MAR 28 2008

ACCOUNT CODE:

6855XX Accounts
____ - Restitution
____ - U.S. Postal Service Forms
____ - Petty Offense

REGISTRY FUND:

604700 Accounts
____ - Cash Bonds
____ - Land Condemnation
____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
          085000 - $5.00 / 510000 - $10.00

   FILING FEES
____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
          086900 - $20.00 / 510000 - $19.00
____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

   COPY FEES
____ - Copies from public terminal (.10 per page - # of pages ____) 5114CR
____ - Copies (.50 per page - # of pages ____) 322350
____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
____ - Magnetic Tape Recordings ____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

   MISCELLANEOUS ACCOUNTS
____ - Certification (# of Cert. ____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
____ - Records Search (TOTAL $26.00 Each) (# of names ____) 322360 - $15.00 / 510000 - $11.00
____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
          Recovery of Costs - Jury Assessment ____ 322380

FINES & MISCELLANEOUS ACCOUNTS
____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): JONES, WALKER

CASE NUMBER: 05-4182     SECTION: K-2

(represents Norfell-South Co.)

CASE TITLE: ____

PAYMENT OF: 455.00   ____ CASH   ____ CHECK   ✓ MONEY ORDER
                    ____ SEAMAN  ____ PAUPER  ____ NON CASH

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

____ 1. Cases requiring immediate action
        by the Court such as TRO, Injunction,
        Orders to Show Cause, etc.
____ 2. Class Action
____ 3. Antitrust
____ 4. Patent, Trademark, Copyright
____ 5. Civil Rights Case

____ 6. Habeas Corpus & Other Convictions
        Petitions Title 28 USC Sec. 2255
____ 7. Petitions for Stay of Execution
        Death Sentence
____ 8. Social Security Case
____ 9. All Others

Is this a THREE JUDGE COURT? ____ Yes ____ No
Is this a RELATED CASE?      ____ Yes ____ No

Attorney of Record ____