UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | ) | CIVIL ACTION NO.  05-cv-4182 |
| CONSOLIDATED LITIGATION | ) | |
| | ) | SECTION "K" |
| VERSUS | ) | Judge Stanwood R. Duval, Jr. |
| _____ | ) | |
| PERTAINS TO:  INSURANCE | ) | MAG. 2 |
| *Edna Gordon* | ) | Magistrate Judge Joseph C. Wilkinson, Jr. |
| No. 06-cv-4920 | ) | |

**L.S.A-R.S. 22:1471.1 STATEMENT**

NOW INTO COURT, through undersigned counsel, come plaintiff, Edna Gordon, and defendant, Lexington Insurance Company, who, pursuant to L.S.A.-R.S. 22:1471.1, submit the following statement regarding the coverages available and payments made to the plaintiff by Lexington, pursuant to the terms of the policy issued to the plaintiff by Lexington, identified by Policy No. LE 6753776 01, for damages sustained to the insured premises as a result of Hurricane Katrina.

| TYPE OF COVERAGE | COVERAGE AMOUNT | AMOUNT PAID |
|---|---|---|
| Dwelling | $315,000.00 | $152,211.32 |
| Other structures | $31,500.00 | $10,686.92 |

| **TYPE OF COVERAGE** | **COVERAGE AMOUNT** | **AMOUNT PAID** |
|---|---|---|
| Contents | $157,500.00 | $19,384.62 |
| ALE | $63,000.00 | $15,000.00 |
|  | **TOTAL PAID** | **$197,282.86** |

Respectfully submitted,                                                           Respectfully submitted,

/s/ Scott G. Wolfe, Jr.                                                               /s/ Kelley W. Strain
SCOTT G. WOLFE, JR. (#30122)                                        ROBERT I. SIEGEL (#12063)
4821 Prytania Street                                                              KELLEY W. STRAIN (#30307)
New Orleans , LA 70115                                                      GIEGER, LABORDE & LAPEROUSE, LLC
Phone: 504-894-9653                                                            Suite 4800 - One Shell Square
Facsimile: 866-761-8934                                                      701 Poydras Street
*Counsel for Plaintiff*                                                              New Orleans, Louisiana 70139-4800
                                                                                                  Telephone:    (504) 561-0400
                                                                                                  Facsimile:     (504) 561-1011
                                                                                                  *Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Scott G. Wolfe, Jr
The Wolfe Law Offices, L.L.C.
4821 Prytania St.
New Orleans , LA  70115
    *Counsel for Plaintiff*

/s/ Kelley W. Strain
KELLEY W. STRAIN