UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| FILED IN: 07-3500 | * | |
| PERTAINS TO: PARFAIT FAMILY | * | |

* * * * * * * * * * * * * * * * * * * *

### MOTION TO CONTINUE HEARING

NOW INTO COURT, through undersigned counsel, comes defendant, Southeast Louisiana Flood Protection Authority East who requests that the hearing on its Motion to Dismiss for Failure to State a Claim originally set for April 16, 2008 at 9:30 a.m. be continued to May 2, 2008 at 9:30 a.m.

Respectfully submitted,

DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK

S/Jennifer M. Morris

LAWRENCE J. DUPLASS #5199
ANDREW D. WEINSTOCK #18495
JENNIFER M. MORRIS #29936
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Counsel for Defendant, The Southeast Louisiana Flood Protection Authority East**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2008, a copy of the foregoing Board of Commissioners for the Southeast Louisiana Flood Protection Authority East was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

S/ Jennifer M. Morris

**JENNIFER M. MORRIS (#29936)**