## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   *    **CIVIL ACTION**
CONSOLIDATED LITIGATION       *    **NO. 05-4182 "K" (2)**
                                   *    **JUDGE DUVAL**

**FILED IN: 07-3500**               *
                                   *

**PERTAINS TO: PARFAIT FAMILY**    *
                                   *
                                   *
                                   *

* * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing motion,

IT IS HEREBY ORDERED that the hearing on Southeast Louisiana Flood Protection Authority East's Motion to Dismiss for Failure to State a Claim upon Which Relief Can be Granted originally set for April 16, 2008 at 9:30 a.m. be reset to May 2, 2008 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2008.


_____
**J U D G E**