UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO EXCEED PAGE LIMITATION

Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case (collectively "Plaintiffs' Counsel), all through their undersigned counsel, respectfully request leave from this Court, pursuant to Local Rule 7.8.1E, to exceed the page limitation in their memorandum opposing State Farm Fire and Casualty Company and certain other insurer defendants' (collectively the "Insurers") motion to disqualify plaintiffs' private counsel.

1.

On January 29, 2008, Insurers were allowed to file a motion to disqualify Plaintiffs' Counsel. The Court also permitted the Insurers to exceed the 25-page limit for briefs established in Local Rule 7.8.1E because extra pages were needed to fully address all the issues implicated

by counsel's representations in this case. The Insurers filed a memorandum in support 37 pages in length, excluding tables of contents and authorities, certificates of service, and exhibits.

2.

Plaintiffs' Counsel's opposition to this motion is due to be filed no later than April 7, 2008. In responding to the Insurers' memorandum in support, Plaintiffs' Counsel will also need to exceed the 25-page limit to address all of the issues raised in that document, in which the Insurers allege conflicts of interest regarding multiple representations and a failure to comply with several state constitutional, statutory, and administrative provisions against eight different firms.

3.

Although they will make their best attempts at brevity, Plaintiffs' Counsel respectfully requests to be allowed to exceed the 25-page limit and submit an opposition to the Insurers' motion to disqualify no longer than forty (40) pages in length, excluding tables of contents and authorities, certificates of service, and exhibits.

WHEREFORE, Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case, respectfully request that they be granted leave to exceed the page limits allowed by local rules and file an opposition brief that will total no more than forty (40) pages, excluding tables of contents and authorities, certificates of service, and exhibits.

Respectfully submitted,

Richard C. Stanley, 8487
Thomas P. Owen, Jr., 28181
Melissa V. Beaugh, 28250
Of
STANLEY, FLANAGAN & REUTER, L.L.C
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

By: _____

Attorneys for Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I electronically filed the foregoing Motion and Incorporated Memorandum for Leave to Exceed Page Limitations with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice. I further certify that I mailed the foregoing document and notice of electronic filing filed by first-class mail to all counsel of record who are non-CM/ECF participants.

_____

3