UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |

*********************************************************************

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to Exceed Page Limitations;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case, may exceed the page limitation of Local Rule 7.8.1E and file an opposition brief that will total no more than forty (40) pages, excluding tables of contents and authorities, certificates of service, and exhibits.

New Orleans, Louisiana, this _____ day of April, 2008.

_____
DISTRICT JUDGE