UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br><br>INSURANCE:  JUPITER, 07-1689 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182<br><br>SECTION K – JUDGE DUVAL<br><br>MAG. (2) – MAG. WILKINSON |

**************************************

### NOTICE OF DEPOSITION

TO: Lorraine Jupiter
    Through her counsel of record:
    Brent A. Klibert, Esq.
    Law Offices of Roy F. Amedee, Jr.
    228 St. Charles Avenue, Suite 801
    New Orleans, LA 70130

    Bruce L. Feingerts
    Feingerts & Kelly, PLC
    One Canal Place, Suite 2700
    365 Canal Street
    New Orleans, LA 70130

PLEASE TAKE NOTICE that on April 14, 2008 at 9:00 a.m., at the Law Offices of Roy F. Amedee, Jr. and Brent Klibert, 228 St. Charles Avenue, Suite 801, New Orleans, Louisiana, undersigned counsel for Defendant, Auto Club Family Insurance Company, will take the deposition of Plaintiff, Lorraine Jupiter, upon oral examination for all purposes including

perpetuation for trial, before a Notary Public or some other officer authorized by law to administer oaths.

You are invited to attend and take such part as you deem fit and proper.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By_____
**THOMAS M. RICHARD (#2069)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Fax: (504) 836-9540
***Attorney for Defendant, Auto Club Family Insurance Company***

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 2nd day of April, 2008, served a copy of the foregoing pleading on counsel for all parties by:

( ) Hand Delivery        ( X ) Prepaid U. S. Mail

( X ) Facsimile           ( ) UPS/Federal Express

( X ) E-File

_____
**THOMAS M. RICHARD**

3