MINUTE ENTRY
WILKINSON, M. J.
APRIL 1, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Balfour, 06-3992 | JUDGE DUVAL<br>MAG. WILKINSON |

A settlement conference was conducted on this date before the undersigned magistrate judge. After discussions, a settlement was reached. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate dismissal order.

The Clerk of Court's Court Reporter Section is hereby directed to take possession of the cassette tape of the settlement agreement reached and recorded in open court on this date in the above-captioned case and hold same for further use.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **1 : 05**