UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  LEVEE, MRGO, RESPONDER | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering plaintiffs' Motion for Leave to File Memorandum in Opposition to the Motion for a Protective Order, which the court has duly noted, Record Doc. No. 12082,

**IT IS ORDERED** that plaintiffs are hereby GRANTED leave to file their Memorandum in Opposition to the Motion for a Protective Order, late, out of time, and with its various other defects.

New Orleans, Louisiana, this __2nd__ day of April, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE