UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Abram, 07-5205 | * * * | JUDGE DUVAL<br>MAG. WILKINSON |

*************************************************************************

### DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company ("State Farm"), which files this Motion to Strike the Plaintiffs' Motion for Leave to their File Amended Complaint.  As stated more fully and completely in the attached Memorandum in Support, the above-referenced action was dismissed in its entirety, with prejudice, on January 24, 2008.  Accordingly, the Court should not even consider the plaintiffs' Motion to Amend and their Motion should be stricken from the record.

{N0076028}                              1

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

**/s/ David A. Strauss**