UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Abram, 07-5205</u> | * * * | <br>JUDGE DUVAL<br>MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S MOTION TO <u>EXPEDITE HEARING ON ITS MOTION TO STRIKE</u>

**NOW COMES** defendant, State Farm Fire & Casualty Company ("State Farm"), for the purpose of filing this Ex Parte Motion to Expedite Hearing on its Motion to Strike the Plaintiffs' Motion for Leave to Amend Complaint.  State Farm's Motion to Strike is currently set for hearing on April 30, 2008 at 9:30 a.m.  As explained more fully in the accompanying Memorandum in Support, State Farm respectfully requests that hearing on its Motion to Strike be considered on an expedited basis and set for Wednesday, April 16, 2008 at 9:30 a.m.

**WHEREFORE**, defendant prays that this Motion to Expedite Hearing on its Motion to Strike Plaintiffs' Motion for Leave be granted.

{N0076033}    1

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ David A. Strauss
DAVID A. STRAUSS