UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Abram, 07-5205</u>   * | *<br>* | JUDGE DUVAL<br>MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS
MOTION FOR EXPEDITED HEARING ON ITS MOTION TO STRIKE
PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>

**MAY IT PLEASE THE COURT,** in support of its Motion to Expedite Hearing on its Motion to Strike Plaintiffs' Motion for Leave to File Amended Complaint, defendant, State Farm Fire & Casualty Company ("State Farm"), respectfully avers as follows:

1.

On January 24, 2008, this Court granted State Farm's Motion to Dismiss all of the plaintiffs' claims against State Farm pursuant to Rule 12 (b)(6) and dismissed the plaintiffs' action against State Farm in its entirety, with prejudice.

{N0076035}                                                           1

**2.**

Despite the fact that the plaintiffs' entire action was dismissed, the plaintiffs have moved this Court pursuant to Rule 15 of the Federal Rules of Civil Procedure for leave to file a Second Amended Complaint. The Motion for Leave to Amend is set for hearing on April 16, 2008 at 11:00 a.m.[1]

**3.**

Contemporaneously with this pleading, State Farm has filed a Motion to Strike the Plaintiffs' Motion for Leave to Amend Complaint based upon the previous dismissal of the action. As stated more completely in State Farm's Motion to Strike and accompanying memorandum, State Farm believes it is necessary for the Court to hear its Motion to Strike (which addresses the procedural improprieties of the plaintiffs' Motion to Amend) prior to hearing the plaintiffs' Motion to Amend, which addresses both procedure and merits. *See State of La.* 50 F.3d 1298, 1302; *Whitaker v. City of Houston*, 963 F.2d 831, 834 (5th Cir.1992)

**4.**

State Farm has noticed the hearing on its Motion to Strike for the next available hearing date before this Court – April 30, 2008 at 9:30 a.m. However, in light of the procedural necessity to hear State Farm's Motion to Strike prior to the plaintiffs' Motion for Leave, State Farm respectfully requests that the Court hear its Motion to Strike before it considers the plaintiffs' Motion to Amend on April 16, 2008 at 10:00 a.m.

---

[1] The plaintiffs' Motion to Amend is currently pending before the Magistrate Judge. However, State Farm has requested that it be transferred to the District Court Judge as the plaintiffs' motion calls into question the intent of the District Court in dismissing the case.

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS (**T.A.**) #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to: Stuart T. Barasch.

**/s/ David A. Strauss**