UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, Abram, 07-5205 | * | |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

******************************************************************************

### O R D E R

Having considered State Farm Fire and Casualty Company's Motion for Expedited Consideration of its Motion to Strike the Plaintiffs' Motion for Leave to Amend Complaint:

**IT IS HEREBY ORDERED** that the hearing on State Farm Fire & Casualty Company's Motion to Strike the Plaintiffs' Motion for Leave to Amend Complaint be set for the 16th day of April, 2008 at 9:30 a.m.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
**HONORABLE STANWOOD R. DUVAL, JR.,
UNITED STATES DISTRICT JUDGE**

{N0076037}