UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES                    CIVIL ACTION
        CONSOLIDATED LITIGATION

                                                   NO. 05-4182 "K" (2)

PERTAINS TO: MRGO                                 JUDGE DUVAL
                                                   MAG. WILKINSON

## ORDER

The Clerk of Court's Court Reporter Section is hereby directed to take possession of the cassette tape of the conference conducted via telephone on April 1, 2008, concerning the two pending motions:  (1) Motion to Quash filed by plaintiffs Jeanine Broggi Armstrong, Kenneth P. Armstrong and Ethel Mae Coats, Record Doc. No. 10623; and (2) Motion to Quash Subpoena Issued by Washington Group International, Inc. or, in the Alternative, Motion for Protective Order, filed by the MRGO Plaintiffs Sub-Group Litigation Committee (the "PSLC").  Record Doc. No. 10927.

New Orleans, Louisiana, this   2nd   day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE