MINUTE ENTRY
WILKINSON, M.J.
APRIL 1, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES                     CIVIL ACTION
           CONSOLIDATED LITIGATION
                                                                       NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO                                        JUDGE DUVAL
                                                                       MAG. WILKINSON

I conducted a telephone conference in this matter today concerning two pending motions:  (1) a Motion to Quash filed by plaintiffs Jeanine Broggi Armstrong, Kenneth P. Armstrong and Ethel Mae Coats, Record Doc. No. 10623; and (2) a Motion to Quash Subpoena Issued by Washington Group International, Inc. or, in the Alternative, Motion for Protective Order, filed by the MRGO Plaintiffs Sub-Group Litigation Committee (the "PSLC").  Record Doc. No. 10927.  Participating were Scott Joanen, representing plaintiffs; William Treeby, representing Washington Group International, Inc.; Dan Rees, representing the State of Louisiana Road Home Grant Program; and Pauline Hardin, representing ICF Emergency Management Services, the contractor that administers the Road Home Grant Program.

MJSTAR:  0 : 45

The purpose of the conference was to obtain additional information from counsel concerning the motions and the proposed protective order which counsel have submitted. By separate order to be issued shortly, some of the subject discovery will be permitted, subject to limitations, which will be set out in the separate order, and a protective order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE