UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                       NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Lawrence, 07-6454            JUDGE DUVAL
                                                       MAG. WILKINSON

## ORDER

The captioned case has recently been referred to me for a preliminary conference. Record Doc. No. 12099. Accordingly, **IT IS ORDERED** that a preliminary conference for all purposes permitted by Paragraph VII of CMO No. 4 is hereby **SCHEDULED** in this matter on **APRIL 22, 2008 at 10:30 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this  2nd  day of April, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**