Effective 4/10 Case 2:05-cv-04182-SRD-JCW Document 12193 Filed 03/10/08 Page 1 of 1  Receipt No.: 354146
Deputy Clerk: dg

MAR 10 2008

ACCOUNT CODE:                                          REGISTRY FUND:

6855XX Accounts                                        604700 Accounts
_____ - Restitution                                   _____ - Cash Bonds
_____ - U.S. Postal Service Forms                     _____ - Land Condemnation
_____ - Petty Offense                                 _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:

_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00
         FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
         COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
         MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
   ✓  - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
   ✓  - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)
         RECEIVED FROM (FIRM): Fulbright & Jaworski LLP (atty Gregory Moore)
         CASE NUMBER: 05-4182       SECTION: K/2
         CASE TITLE: _____
         PAYMENT OF  $5.00   ___ CASH   ✓ CHECK   ___ MONEY ORDER
                             ___ SEAMAN   ___ PAUPER   ___ NON CASH

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action                    _____ 6. Habeas Corpus & Other Convictions
          by the Court such as TRO, Injunction,                         Petitions Title 28 USC Sec. 2255
          Orders to Show Cause, etc.                          _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                                  Death Sentence
_____ 3. Antitrust                                           _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright                        _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?  _____ Yes _____ No
Is this a RELATED CASE?       _____ Yes _____ No    Attorney of Record