UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  MRGO, ROBINSON, 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

On April 1, 2008, non-parties, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("LSU") and Dr. Hassan S. Mashriqui, filed in this matter a Motion to Quash Subpoena, Record Doc. No. 12096. The motion fails to comply with Local Rules 7.2E and 37.1E.  Accordingly, **IT IS ORDERED** that the motion is hereby set for hearing without oral argument on the court's **April 30, 2008** motion docket.  Written opposition, if any, must be filed no later than **April 22, 2008**.

IT IS FURTHER ORDERED that counsel who issued the subpoena and the deposition notice must confer as soon as possible (well prior to the response date provided herein) with counsel for the moving parties to determine if they might be able to agree upon some resolution of the largely logistical issues raised in the motion, including the unreasonably short notice provided by the subpoena and the notice and the

apparent need for some sort of protective order concerning proprietary materials subject to the subpoena.

        New Orleans, Louisiana, this __3rd__ day of April, 2008.

                              JOSEPH C. WILKINSON, JR.
                              UNITED STATES MAGISTRATE JUDGE