## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
    CONSOLIDATED LITIGATION

                                                NO. 05-4182

PERTAINS TO: ROAD HOME                            SECTION "K"(2)
    LOUISIANA STATE, 07-5528

### ORDER

Considering the foregoing Motion (Rec. Doc. 12149) to enroll Basile J. Uddo in the

above-captioned matter as counsel of record on behalf of the moving parties, accordingly

**IT IS ORDERED** that the Motion is **GRANTED.**

New Orleans, Louisiana, this 3rd day of April, 2008.

                                  _____
                            **STANWOOD R. DUVAL, JR.**
                      **UNITED STATES DISTRICT JUDGE**