UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO.: 05-4182<br>*<br>* SECTION: "K"<br>*<br>* MAGISTRATE: 2<br>* |
| PERTAINS TO:<br>INSURANCE (06-9096)<br>KIM P. THOMAS wife of/and KENNETH O.<br>THOMAS v. KENNETH TAYLOR AND<br>ALLSTATE INSURANCE COMPANY | *<br>*<br>*<br>*<br>* |
| * * * * * * * * * * * * * * * * * * * * * * * * | * |

### ORDER

Considering the above and foregoing Motion to Substitute Counsel of Record;

IT IS ORDERED, that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to enroll Frank Neuner, Jr. of Laborde & Neuner as counsel of record for defendant, Allstate Insurance Company, in place of Glenn B. Adams and Michael W. Collins of the law firm Porteous, Hainkel & Johnson, L.L.P., who are hereby permitted to withdraw.

NEW ORLEANS, LOUISIANA this _____ day of April, 2008.

_____
JUDGE