UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| FILED IN: 07-3500 | * | |
| | * | |
| PERTAINS TO: PARFAIT FAMILY | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED that the hearing on Southeast Louisiana Flood Protection Authority East's Motion to Dismiss for Failure to State a Claim upon Which Relief Can be Granted originally set for April 16, 2008 at 9:30 a.m. be reset to May 2, 2008 at 9:30 a.m.

New Orleans, Louisiana, this __3rd__ day of __April__, 2008.

_____
JUDGE