UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| _____ | * * | JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-8589) R&M GLYNN, INC. d/b/a AMY'S HALLMARK v. ALLSTATE INSURANCE COMPANY | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ALLSTATE INSURANCE COMPANY'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendant, Allstate Insurance Company ("Allstate"), respectfully moves to withdraw Glenn B. Adams and Michael W. Collins, of the law firm of Porteous, Hainkel & Johnson, L.P. as counsel of record for Allstate and substitute in their place Richard Bane of the law firm of Lewis, Brisbois, Bisgaard & Smith, L.L.P. as Allstate's counsel of record in this proceeding.

1

Respectfully Submitted,

_____
GLENN B. ADAMS (#2316)
MICHAEL W. COLLINS (#29129)
Porteous, Hainkel, & Johnson, L.L.P.
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
        mcollins@phjlaw.com
*Attorneys for Allstate Insurance Company*

*And*

_____
S/Richard Bane
Richard Bane (#30383)
Lewis, Brisbois, Bisgaard & Smith, L.L.P.
2014 West Pinhook Road, Suite 403
Lafayette, LA 70508
Telephone: (337) 326-5777
Facsimile: (337) 326-5776
Email: bane@lbbslaw.com
*Attorneys for Allstate Insurance Company*

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion to Withdraw Counsel of Record has been served upon all counsel of record by placing same in the United State Mail, postage prepaid and properly addressed this 3rd day of April, 2008.

_____
GLENN B. ADAMS
MICHAEL W. COLLINS

2