UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * * | JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-8589) R&M GLYNN, INC. d/b/a AMY'S HALLMARK v. ALLSTATE INSURANCE COMPANY | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Allstate Insurance Company's Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Glenn B. Adams and Michael W. Collins of the law firm of Porteous, Hainkel, & Johnson, L.L.P. be withdrawn as counsel of record for Allstate Insurance Company and substitute in their place Richard Bane of the law firm of Lewis, Brisbois, Bisgaard & Smith, L.L.P. as Allstate Insurance Company's counsel of record in this proceeding.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

3