UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aaron No. 06-4746 _____ | * * * * | JUDGE:  DUVAL |
| WILBERT & CHARLENE WRINES VERSUS THE STANDARD FIRE INSURANCE CO. | * * * * * | MAGISTRATE:  WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

**COME NOW,** Wilbert and Charlene Wrines ("Plaintiffs"), appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that plaintiffs desire to dismiss with prejudice the said cause against defendant, The Standard Fire Insurance Company, with each party to bear its own costs, reserving unto all other plaintiffs their claims against all defendants.

Respectfully submitted:

**JIM S. HALL & ASSOCIATES, LLC**

/s/ Jim S. Hall
Jim S. Hall (#21644)
800 N. Causeway Blvd., #100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
jim@jimshall.com