UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO : INSURANCE Aaron No. 06-4746 _____ | * * * * | JUDGE: DUVAL |
| WILBERT & CHARLENE WRINES VERSUS THE STANDARD FIRE INSURANCE CO. | * * * * * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING MOTION TO DISMISS;**

**IT IS ORDERED** by the Court that the claims of Wilbert and Charlene Wrines, plaintiffs, in the above entitled and numbered action be and the same are hereby **DISMISSED** with prejudice against defendant, The Standard Fire Insurance Company, with each party to bear its own court costs, reserving unto all other plaintiffs their claims against all defendants.

New Orleans, Louisiana, this _____ day of _____, 2008.