UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Acevedo</u>, 07-5199 | * * * | JUDGE DUVAL<br>MAG. WILKINSON |

*************************************************************************

## O R D E R

Having considered State Farm Fire and Casualty Company's Motion for Expedited Consideration of its Motion to Strike the Plaintiffs' Motion for Leave to Amend Complaint,

IT IS ORDERED that the Motion for Expedited Hearing is DENIED.

**IT IS HEREBY ORDERED** that the hearing on State Farm Fire & Casualty Company's Motion to Strike the Plaintiffs' Motion for Leave to Amend Complaint be set for the 30th day of April, 2008 at 9:30 a.m.

New Orleans, Louisiana, this 3rd day of April, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

{N0076011}