

**STONE PIGMAN WALTHER WITTMANN L.L.C.**

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

WILLIAM D. TREEBY
DIRECT DIAL: (504) 593-0807
DIRECT FAX: (504) 596-0807
E-Mail: wtreeby@stonepigman.com

OUR FILE NUMBER

62,272

March 28, 2008

**BY HAND**

Magistrate Judge Joseph C. Wilkinson
United States District Court
500 Poydras Street, Room C368
New Orleans, LA 70130

      Re:    *In re: Katrina Canal Breach Consol. Litig.*, Case No. 05-4182

Dear Magistrate Judge Wilkinson:

      Pursuant to your February 27, 2008 Minute Entry (Rec. Doc. 11456), counsel for Washington Group International, Inc. ("WGII"), counsel for the Office of Community Development ("OCD") and its agent and contractor ICF Emergency Management Services, Inc. ("ICF"), and the MRGO PSLC have conferred and drafted the enclosed proposed Protective Order to apply to the production of the Coats and Armstrong Road Home files. While the MRGO PSLC and Plaintiffs Coats and Armstrong do not waive their pending motions to quash WGII's subpoenas, they agree that any production of the Coats and Armstrong files (whether in their entirety or of any portion thereof) should be governed by the terms of the proposed Protective Order or by any other Protective Order entered by the Court with regard to these files.

      With kind regards,

Sincerely,

William D. Treeby

WDT/dgm
cc:    Pauline Hardin (via e-mail, w/out enclosure)
        Scott Joanen (via e-mail w/out enclosure)
        Dan Rees (via e-mail w/out enclosure)

918496v.1