```
              FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA
```

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**821 BARONNE STREET**
**NEW ORLEANS, LA 70113**
**TELEPHONE: (504) 679-6166**
**FACSIMILE: (504) 581-4336**

2008 APR -3

LORETTA G. WHYTE
  CLERK



RECEIVED
APR - 2 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

April 2, 2008

<u>**VIA FACSIMILE**</u>
<u>**504-589-7633**</u>

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

*File in the record*

Re:  IN RE KATRINA CANAL BREACHES
     CONSOLIDATED LITIGATION
     C.A. NO. 05-4182 "K"(2) and
     CONSOLIDATED CASES

Dear Magistrate Judge Wilkinson:

I feel rather stupid for not having requested Your Honor to explain what He meant when He ruled, referring to my motion this morning: **DENIED**.

Accordingly, although I understand that Your Honor will not allow me to take Committee Counsels' oral depositions, I am perfectly willing to "settle" for depositions upon written questions pursuant to Rule 31, or written interrogatories pursuant to Rule 33, and/or requests for production pursuant to Rule 34.

Respectfully,

Ashton R. O'Dwyer, Jr.

AROD/vtb
cc:   All Counsel of Record (via E-mail)

P.S. While I do not wish to impose upon Your Honor's time, I also would appreciate if Your Honor could attempt to reconstruct when Your Honor first became aware of the representation of the State by Mr. Becnel or Mr. Fayard, and how?

AROD

Fee _____
Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____