UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 (K)(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:   INSURANCE *Donald and Betty Maclies v. Allstate* 07-4786 | § § § § | |

### EX PARTE MOTION TO WITHDRAW

NOW INTO COURT, comes Fayard & Honeycutt, APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda Edwards who respectfully seek to withdraw from representation of plaintiffs Donald and Betty Maclies. Plaintiffs were and will continue to be ably represented by the Murphy Law Firm, which has served as their co-counsel since the inception of this litigation. The Murphy Law Firm and Fayard & Honeycutt worked together on several Hurricane Katrina cases, but at this time, Fayard & Honeycutt seeks to withdraw from this representation of the above named plaintiffs only. Defense counsel has no opposition to the withdrawal of the firm. There are no pending deadlines which counsel are aware of and the plaintiffs will not be prejudiced in any way by the withdrawal.

Accordingly, plaintiffs move this Court for an entry of an order to allow Fayard & Honeycutt,

APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda Edwards to withdraw from representation of Donald and Betty Maclies.

**WHEREFORE,** Fayard & Honeycutt, APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda Edwards request that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Wanda J. Edwards
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
D. Blayne Honeycutt, #18264
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Wanda J. Edwards
Wanda J. Edwards