UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:    INSURANCE | § | |
| *Donald and Betty Maclies v. Allstate* #07-4786 | § | |
| | § | |

## ORDER

**IT IS ORDERED** that Fayard & Honeycutt, APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda Edwards be and they hereby are withdrawn from the representation of Donald and Betty Maclies.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE