UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO:    INSURANCE § <br> *Kiefer, et al. v. Allstate, et al.*  06-5370 § <br> § | CIVIL ACTION <br> NO. 05-4182 (K)(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

### MOTION FOR LIMITED REOPENING OF CASE TO DISMISS CLAIMS OF SHIRLEY ESPRIT AND JOCELYN JAGERS

NOW INTO COURT, through undersigned counsel, come plaintiffs Shirley Esprit and Jocelyn Jagers, who respectfully requests that their claims against their individual insurers, Lafayette Insurance Company and Louisiana Citizens Property Insurance Company be dismissed from *Kiefer, et al. v. Allstate*, et al. without prejudice to any other lawsuit, complaint, or proceeding. This Motion seeks the limited ruling that Shirley Esprit and Jocelyn Jagers' claims in the above named and captioned litigation only be dismissed. Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to their individual insurance companies for the limited purpose of addressing this Motion, and (2) dismiss, and at each parties' cost, all claims asserted by plaintiffs Shirley Esprit and Jocelyn Jagers in the *Kiefer*

complaint. Plaintiffs' motion is not intended to encompass any other claims asserted in any other pending or settled litigation.

Defense counsel has been contacted and has advised of no problems or concerns with the dismissals of plaintiffs' claims against their individual insurance companies pending in the *Kiefer* complaint only.

**WHEREFORE,** plaintiffs Shirley Esprit and Jocelyn Jagers request that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Wanda J. Edwards
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/ Wanda J. Edwards
Wanda J. Edwards