UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*severed from Abadie*, 06-5164<br><br>VIOLA BLACKMAN,<br>        Plaintiff<br><br>VS.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>        Defendant | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2)<br><br><br>CIVIL ACTION<br>No. 07-2507<br>SECTION "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Viola Blackman, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

 

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0076314}