UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO.: 05-4182<br>*<br>*<br>* SECTION: "K" (DUVAL)<br>*<br>* MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (06-7909)<br>TERRY G. THOMAS v. D. BIANCHINI TULLY<br>and ALLSTATE INSURANCE COMPANY<br>* * * * * * * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>* |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Allstate Insurance Company ("Allstate"), which respectfully moves to substitute and enroll as counsel of record Frank Neuner, Jr., of Laborde & Neuner, in the place and stead of Glenn B. Adams and Michael W. Collins, of Porteous, Hainkel & Johnson, L.L.P., in the above captioned matter.

WHEREFORE, Allstate Insurance Company prays that this Court enter an Order withdrawing Glenn B. Adams and Michael W. Collins as counsel of record and enrolling Frank Neuner, Jr. in their place.

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
MICHAEL W. COLLINS (29129)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
E-mail: gadams@phjlaw.com
          mcollins@phjlaw.com
Attorneys for Allstate Insurance Company

-AND-

s/ Frank Neuner, Jr.
FRANK NEUNER, JR. (7674)
Laborde & Neuner
One Petroleum Center, 1001 West Pinhook Rd.
Suite 200, P.O. Drawer 52828
Lafayette, Louisiana 70505
E-mail: Frank@ln-law.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 4th day of April, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding through CM/ECF, by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or facsimile.

s/ Glenn B. Adams
GLENN B. ADAMS
MICHAEL W. COLLINS
