UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO.: 05-4182 <br> * <br> * <br> * SECTION: "K" (DUVAL) <br> * <br> * MAGISTRATE: 2 |
| PERTAINS TO: <br> INSURANCE (06-7909) <br> TERRY G. THOMAS v. D. BIANCHINI TULLY and ALLSTATE INSURANCE COMPANY <br> * * * * * * * * * * * * * * * * * * * * * * * * | * <br> * <br> * <br> * <br> * |

## ORDER

Considering the above and foregoing Motion to Substitute Counsel of Record;

IT IS ORDERED, that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to enroll Frank Neuner, Jr. of Laborde & Neuner as counsel of record for defendant, Allstate Insurance Company, in place of Glenn B. Adams and Michael W. Collins of the law firm Porteous, Hainkel & Johnson, L.L.P., who are hereby permitted to withdraw.

NEW ORLEANS, LOUISIANA this _____ day of April, 2008.

_____
JUDGE