UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO.: 05-4182 |
| | * | |
| | * | SECTION: "K" (DUVAL) |
| | * | |
| | * | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (06-8301/06-8293) JOYCELYN DEROUEN, wife of/and GORDY DEROUEN v. ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and ORKIN, INC. | * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Allstate Insurance Company ("Allstate"), which respectfully moves to substitute and enroll as counsel of record Frank Neuner, Jr., of Laborde & Neuner, in the place and stead of Glenn B. Adams and Michael W. Collins, of Porteous, Hainkel & Johnson, L.L.P., in the above captioned matter.

WHEREFORE, Allstate Insurance Company prays that this Court enter an Order withdrawing Glenn B. Adams and Michael W. Collins as counsel of record and enrolling Frank Neuner, Jr. in their place.

                                        Respectfully submitted,

                                        <u>s/ Glenn B. Adams</u>
                                        GLENN B. ADAMS (2316)
                                        MICHAEL W. COLLINS (29129)
                                        Porteous, Hainkel & Johnson, L.L.P.
                                        704 Carondelet Street
                                        New Orleans, LA 70130
                                        Telephone: (504) 581-3838
                                        Facsimile: (504) 581-4069
                                        E-mail: gadams@phjlaw.com
                                                        mcollins@phjlaw.com
                                        Attorneys for Allstate Insurance Company

                                                          -AND-

                                        <u>s/ Frank Neuner, Jr.</u>
                                        FRANK NEUNER, JR. (7674)
                                        Laborde & Neuner
                                        One Petroleum Center, 1001 West Pinhook Rd.
                                        Suite 200, P.O. Drawer 52828
                                        Lafayette, Louisiana 70505
                                        E-mail: Frank@ln-law.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 4th day of April, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding through CM/ECF, by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or facsimile.

s/ Glenn B. Adams
GLENN B. ADAMS
MICHAEL W. COLLINS
