AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 08-1212 "K" (2)

UNITED STATES OF AMERICA

TO: (Name and address of defendant)

U.S. Attorney General

Honorable Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ernest Svenson
123 Walnut Street
Suite 1001
New Orleans, LA 70118

Elisa T. Gilbert, Esq.
Brendan R. O'Brien, Esq.
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

(By) Deputy Clerk

**March 10, 2008**
Date

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | March 24, 2008 |
| NAME OF SERVER (PRINT)  Brenda O'Brien | TITLE  Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Copy Complaint Attached_ _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-2-08
  Date

Signature of Server

Address of Server: 325 E 57th St NY NY 10022

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.