# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | NO.  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| PERTAINS TO: | * | SECTION "K"(2) |
| | * | |
| INSURANCE:  JUPITER, 07-1689 | * | JUDGE:  DUVAL |
| | * | MAG. JUDGE:  WILKINSON |
| | * | |
| | * | |

**********************************

## FIRST SET OF RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   **AUTO CLUB FAMILY INSURANCE COMPANY**
      **Through their attorneys of record**
      **CHOPIN WAGAR RICHARD & KUTCHER**
      **Thomas Richard, Esq.**
      **Two Lakeway Center**
      **Suite 900**
      **3850 N. Causeway Blvd.**
      **Metairie, LA  70002**

## REQUEST NO. 1:

Do you have any photographs or videotape taken prior to Hurricane Katrina of your immovable property or any movable property for which you are making claim, which depicts the appearance of such property in its condition shortly before Hurricane Katrina?  If the answer to this Request is yes, please produce all such photographs or videotapes.  Please produce originals, duplicate originals or negatives of photographs, or clear color photocopies.  Please indicate the date the photographs and/or videotapes were taken in your response.

**RESPONSE TO REQUEST NO. 1:**

Plaintiff lost most photographs of her home and personal property in Hurricane Katrina. Some pre-storm photographs are attached as exhibit K.

**REQUEST NO. 2:**

Do you have any photographs or videotape taken after Hurricane Katrina of your immovable property or any movable property for which you are making claim, which depicts any damage to the property caused by Hurricane Katrina?  If the answer to this Request is yes, please produce all such photographs or videotapes.  Please produce originals, duplicate originals or negatives of photographs, or clear color photocopies.  Please indicate the date the photographs and/or videotapes were taken in your response.

**Response to Request No. 2**

Plaintiff has produced multiple photographs of her damaged property to defendant by hand delivery on at least two occasions (1) in an extensive booklet attached to the wind and water intrusion damage claim report prepared by her construction expert, Jim Kotter, at the mediation held at the American Arbitration Association in the fall of 2006 and (2)  in an extensive booklet attached to the wind and water intrusion damage claim report prepared by her construction expert, Jim Kotter, at the mediation held at MAPS on October 3, 2007.  In an abundance of caution a photocopy of the photographs are attached as exhibit L.

**REQUEST NO. 3:**

Any and all appraisals of your movable property, whether the appraisals were conducted before or after Hurricane Katrina.

**RESPONSE TO REQUEST NO. 3:**

Plaintiff does not have any copies of any appraisals that were done on the property at

issue.

**REQUEST NO. 4:**

Complete copies of any insurance policies, including any accompanying Declaration pages and any endorsements, issued to you by any insurer against whom you have made a claim for damages to your immovable property or movable property arising out of or related to Hurricane Katrina other than ACFIC.

**RESPONSE TO REQUEST NO. 4:**

Plaintiff's flood declarations page is attached as exhibit J.  Plaintiff confirms that she received the amounts of $225,500 in flood dwelling and $31,500 in flood contents.

**REQUEST NO. 5:**

Any and all documents (including but not limited to correspondence, forms, inventories, etc.) you have exchanged with any insurer regarding any claim you have made for damages to your immovable property or movable property arising out of or related to Hurricane Katrina other than ACFIC.

**RESPONSE TO REQUEST NO. 5:**

Plaintiff objects to this question for clarity. Plaintiff does not have any correspondence with her flood insurer.

**REQUEST NO. 6:**

Any and all documents (including but not limited to correspondence, forms, inventories, etc.) you have exchanged with ACFIC, or any claims adjuster acting on behalf of ACFIC, regarding any claim you have made for damages to your immovable property or movable property arising out of or related to Hurricane Katrina.

3

**RESPONSE TO REQUEST NO. 6:**

Correspondence is attached as exhibits G, H, I,

**REQUEST NO. 7:**

Any and all invoices, receipts or any other documents evidencing the cost of any repairs you have made to your immovable property or your movable property damaged by Hurricane Katrina, or the cost of replacing any of your immovable property or your movable property damaged as a result of Hurricane Katrina.

**RESPONSE TO REQUEST NO. 7:**

Any and all invoices, receipts, or other documents which Plaintiff can locate is attached as exhibits B, C, D-1 through D-10, E, and F. See also response to Interrogatory Number 7. The property has now been sold.

**REQUEST NO. 8:**

Any and all written estimates for repairing and/or replacing any of your immovable property or your movable property damaged by Hurricane Katrina.

**RESPONSE TO REQUEST NO. 8:**

See report by Jim Kotter attached hereto as exhibit a for an estimate for repairing and/or replacing immovable property.  See Contents List attached as exhibit B for an estimate of replacing movable property.

**REQUEST NO. 9:**

Any and all inventories or lists you have prepared as a result of damage to your immovable property or movable property, or any additional living expenses you have incurred, caused by Hurricane Katrina.

**RESPONSE TO REQUEST NO. 9:**

4

A comprehensive list of damages to Contents and Additional Living Expenses are attached hereto respectfully as exhibit B and C.  These estimates were provided to defendant at the two mediations in the fall of 2006 and on October 3, 2007, respectfully.  Plaintiff may have provided previously to defendant partial lists of contents lost and Additional Living Expenses, however, the lists attached hereto that were previously provided are comprehensive.

**REQUEST NO. 10**

Any and all statements, invoices, receipts or other documents which reflect any additional living expenses you incurred as a result of Hurricane Katrina.

**RESPONSE TO REQUEST NO. 10:**

Plaintiff has provided receipts at attachments D-1 through D-10.

**REQUEST NO. 11:**

Any and all documents submitted to ACFIC you contend constitute "satisfactory proof of loss".

**RESPONSE TO REQUEST NO. 11:**

The extensive documentation submitted to defendant at the mediation held at the American Arbitration Association in the fall of 2006 and again provided at the mediation held at MAPS on October 3, 2007, provided an extensive and satisfactory proof of loss.

**REQUEST NO. 12:**

Any and all checks, drafts, releases, letters or any other documents reflecting or referring to any payments made to you as a result of damage or loss caused by Hurricane Katrina.

**RESPONSE TO REQUEST NO. 12:**

Plaintiff does not have copies of any drafts at this time.  If any are located, they will be produced.

5

**REQUEST NO. 13:**

Any and all documents, photographs or exhibits you relied upon to answer ACFIC's Interrogatories, or referred to in your answers to ACFIC's Interrogatories, to the extent you are not producing such documents in response to a specific request above.

**RESPONSE TO REQUEST NO. 13:**

Plaintiff has provided all photographs.

**REQUEST NO. 14:**

Any and all reports generated by any expert you have retained or consulted with regarding any claim you have made arising out of Hurricane Katrina, and any documents you have exchanged with that expert.

**RESPONSE TO REQUEST NO. 14:**

Plaintiff objects to this request due to the communication being privileged.  However, we have attached a report from Plaintiff's expert, Jim Kotter as exhibit A.  A report from Larry Townsend of Technical Environmental Services, Inc. will be provided when Plaintiff receives the report.

**REQUEST NO. 15:**

Any and all documents, photographs or exhibits you may offer into evidence or rely upon at the trial of this matter.

**RESPONSE TO REQUEST NO. 15:**

Plaintiff has provided all documentation, however, she reserves the right to supply and utilize any additional photographs and/or documents as they are discovered.

6

Respectfully submitted:

**FEINGERTS & KELLY, PLC**

By: _____

BRUCE L. FEINGERTS (#5499)
365 Canal Street, Suite 2700
New Orleans, LA 70130
(504) 568-1515

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 3rd day of ~~March~~ April, 2008, served a copy of the foregoing pleading on all counsel for all parties by:

(X)  Hand Delivery                    (  )  Prepaid U. S. Mail

(  )  Facsimile                        (  )  UPS/Federal Express

_____
Bruce L. Feingerts

7