CONTENTS

AAA INSURANCE

Name of Claimant  LORRAINE JUPITER

| Description of Destroyed Property | | Replacement Cost | |
|---|---|---|---|
| **Living Room Content** | | | |
| • Sofa & 2 Chairs (Broyhill) | | $3,000.00 | |
| • Cocktail Table (Broyhill) | | 1,000 | |
| • End Tables 2 (Broyhill) | | 900 | |
| • | | | |
| • Lamps (2) | | 300 | |
| • Oriental Rug (hand carved 8X10) | | 1,000 | |
| • Paintings (Visual Artwork) | | 500 | |
| • Oriental Screen (black hand painted mother of pearl) | | 1,500 | |
| • Floral Arrangement & Crystal Vase (Waterford) | | 100 | |
| • Bay Window Treatment (Shades & Curtains) | | 900 | |
| • Oriental Fish Bowl (fine porcelain) | | 300 | |
| **Den (Family Room)** | | | |
| • 50 in. wide screen Television (Panasonic) | | 3,000 | |
| • Beige Den Sofa & Loveseat (Lane) | | 3,000 | |
| • Oriental Trunk Coffee Table (Bassett) | | 1,500 | |
| • Imported Oriental Rug | | 3,000 | |
| • End Tables (2) Lane | | 200 | |
| • Lamps (2) (bronze) | | 150 | |
| • Cherry Wood Office Desk (Lane design) | | 600 | |
| • Desk Chair (Bronze Iron) Bombay co. | | 200 | |

1



| | | | |
|---|---|---|---|
| • Pen & Pencil Set<br>• (Mont Blanc) | | 200 | |
| • Crystal Candle Holders | | 180 | |
| • Fire Screen /5piece poker set (black cast iron) | | 298 | |
| • Family Photos and Frames (wood ,crystal and silver | | 300 | |
| • Window Treatment for French Doors (Set of 5 made to order shades | | 2,500 | |
| • My Wedding Picture Album | | 1,500 | |
| • Daughter's Wedding Picture Album | | 1,250 | |
| • Wet Bar ( 6ft wood bar) | | 1,800 | |
| • Planters (4 large ceramic pots) | | 160 | |
| • Plants | | 200 | |
| • Crystal Bar Glasses (Mikasa) | | 400 | |
| • Crystal Wine Decanter Set (Lenox) | | 150 | |
| • Crystal Margarita Set | | 120 | |
| • Crystal Ice Bucket (Waterford) | | 100 | |
| • Crystal Display Collection( Mikasa, Waterford, Lenox) | | 2000 | |
| • Blue & White Porcelain Collection (Lenox) | | 2500 | |
| • Magazine Rack(brush nickel) | | 80 | |
| • Books | | | |
| *Foyer* | | | |
| • Mirror (( antique gold frame beveled glass) | | 150 | |
| • Wall Pictures (3 | | 180 | |

| | | | |
|---|---|---|---|
| framed paintings) | | | |
| • Cherry Wood Foyer Table | | 300 | |
| • Family Photos & Frames (wood frames) | | 500 | |
| • Oriental Vase (fine porcelain | | 150 | |
| • Planters | | 200 | |
| **Guest Bath** | | | |
| • Bath Mat & Tank Set | | 100 | |
| • Mirror ( gold framed /beveled glass) | | 150 | |
| • Decorative Towels (set of 4) | | 60 | |
| • Vanity Towel Rack(brass) | | 40 | |
| • Waste Basket (lavender) | | 30 | |
| • Tissue Box (lavender) | | 20 | |
| • Crystal Candle Holders and Candles(set of 3) | | 50 | |
| • Crystal Vase & Floral Arrangement | | 100 | |
| • Soap Dish (lavender) | | 20 | |
| • Decorative Fragrant Bath Set | | 80 | |
| • Wall Pictures(framed art) | | 150 | |
| **Foyer Closet** | | | |
| • Men's Leather Jacket (Kenneth Cole) | | 600 | |
| • Ladies' Leather Jacket | | 200 | |
| • Fabric (for sewing) | 200 | | |
| • Men's Suit (Ralph Lauren) | | 400 | |
| • Books(various types) | | 100 | |
| • Christmas Nativity (porcelain & paper mache') | | 200 | |
| • Ladies' Suit (Kasper) | | 250 | |
| • Christmas Gifts | | 100 | |

3

| | | | |
|---|---|---|---|
| **Dining Room** | | | |
| • Oriental Hand Carved Dining Room Set & 8 Chairs (imported) | | 15000 | |
| • Hand Carved, Hand Painted Oriental Screen(mother of pearl) | | 800 | |
| • French Door Treatments(custom made) | | 300 | |
| • Hand Carved Oriental Rug (8x10 ) | | 500 | |
| • Table Center Floral Arrangement (crystal vase) | | 150 | |
| • Wall Pictures (set of 3 one large painting 2 small) | | 250 | |
| • Wall Mirror (18x36 wood frame beveled glass) | | 150 | |
| • Crystal Candle Holders(Waterford) | | 80 | |
| **Breakfast Area** | | | |
| • Bay Window Treatment beige color blinds costumed made | | 1500 | |
| • Old World Baker's Rack(bronze iron) | | 600 | |
| • Hand-Painted Collectible Plates & Vase (various places of travel) | | 200 | |
| • Copper Pot Set(15 piece set | | 200 | |
| • Porcelain Hand-Painted Bowl and Water Pitcher | | 100 | |
| • Hand Carved Roosters(wood) | | 80 | |
| • Decorative Butterfly Tray | | 75 | |
| • Old World Bronze Iron Dinette Set | | 1000 | |

4

|  |  |  |  |
|---|---|---|---|
| (Bassett) |  |  |  |
| • Table Floral Arrangement (crystal) |  | 50 |  |
| • Rug (5x8 green and white octagon shape) |  | 100 |  |
| • Bay Window Plant & Planters African violets & ceramic pots |  | 100 |  |
| **Kitchen** |  |  |  |
| • Wall Plaques (ceramic) |  | 80 |  |
| • Fine China Service for 12 (Mikasa) |  | 500 |  |
| • Everyday Dishes Service for 12 Porcelain • |  | 150 |  |
| • Everyday Silverware Utensil Set (Stainless Steel-Service for 12) |  | 100 |  |
| • Formal Gold-Plated Utensil Set |  | 150 |  |
| • Porcelain Canister Set |  | 50 |  |
| • Crystal Serving Platters (4) |  | 100 |  |
| • Crystal Serving Bowls |  | 200 |  |
| • Automatic Can Opener |  | 20 |  |
| • Kitchen Glass Set |  | 40 |  |
| • Cups & Mugs |  | 40 |  |
| • Microwave Oven (G E) |  | 150 |  |
| • Wood & Porcelain Bed Tray |  | 40 |  |
| • Cake Mixer |  | 40 |  |
| • Waffle Iron |  | 60 |  |
| • Onion Mum Maker |  | 45 |  |
| • Food Chopper |  | 20 |  |
| Food Slicer( |  | 50 |  |
| • Cheese Grill Maker |  | 30 |  |
| • Porcelain Crock Pot Server (3) |  | 125 |  |
| • Silver Fondue Server |  | 125 |  |
| • Cake Plate |  | 50 |  |
| • Rice Cooker |  | 60 |  |
| • Punch Bowl |  | 40 |  |

| | | | |
|---|---|---|---|
| • Electric Knife | | 35 | |
| • Digital Coffee Pot (GE) | | 80 | |
| • Barbeque Utensil Set | | 45 | |
| • Blender | | 60 | |
| • Turkey Platter | | 35 | |
| • Dish Towels & Pot Holders | | 50 | |
| • Server Crock Pot(ceramic) | | 60 | |
| • Crystal Salt & Pepper Shaker( Mikasa) | | 80 | |
| • Crystal Butter Dish( Mikasa | | 60 | |
| • Side by Side Refrigerator 26 cu ft Maytag | | 1000 | |
| • Brass & Silver Name Placement Card Holders | | 30 | |
| • Iron Pot Holder Rack | | 200 | |
| • Stainless Steel Set of Pot | | 300 | |
| • Colander | | 30 | |
| • Spice Rack | | 50 | |
| • Platter Holders (2) | | 20 | |
| • Toaster (Rival) | | 50 | |
| • Hand-Stuffed Get Well Sunflowers(3) | | 60 | |
| • Decorative Dried Food Bottles (2 fruit & peppers) | | 120 | |
| • Sets of Place Mats and Napkins (4) | | 50 | |
| *Garage* | | | |
| • Washer (Maytag 9 cycles) | | 400 | |
| • Dryer ( 6.5 cu ft 9cycles Maytag) | | 400 | |
| • Luggage (set of 4 Delsey ) | | 500 | |
| • Central Vacuum Cleaner | | 1200 | |
| • Large Rug (in door out | | 150 | |

| | | | |
|---|---|---|---|
| door) | | | |
| • Iron (Black &decker) | | 50 | |
| • Ironing Board | | 60 | |
| • Cleaners | | 80 | |
| • Paint Sprayer | | 150 | |
| • Plant Food & Insecticide | | 60 | |
| • Pond Equipment | | 120 | |
| • Gardening Work Station (wood cart) | | 250 | |
| • Hedge Trimmer(electric) | | 125 | |
| • Bush Clippers (3) | | 60 | |
| • Smoker | | 120 | |
| • Small Grill | | 60 | |
| • Stainless Steel Mud Tray | | 20 | |
| • Gardening Tool Set | | 40 | |
| • Tile Cutter | | 20 | |
| • Drop Cloths (4) | | 120 | |
| • Unopened Interior Doors | | 300 | |
| • Plywood | | 100 | |
| • Plumbing Supplies | | 120 | |
| • Generator | | 350 | |
| • Delta Miter Saw | | 160 | |
| • Roto Zip Spiral Saw | | 89 | |
| • Table Saw | | 189 | |
| • Gas Chain Saw | | 129 | |
| • Electric Chain Saw | | 100 | |
| • Reciprocating Saw | | 90 | |
| • Electric Drill | | 100 | |
| • Makita Disk Sanders (2) | | 180 | |
| • Finishing Nailer with Compressor | | 249 | |
| • Skill Saw | | 90 | |
| • 6 Foot Wooden Scaffold | | 230 | |
| • 8 Foot Ladder | | 90 | |
| • 6 Foot Aluminum Ladders (2) | | 30 | |
| • 24 Foot Extension | | 120 | |

| | | | |
|---|---|---|---|
| Ladder | | | |
| • 8 Foot Aluminum Ladder | | 60 | |
| • Party Decorations | | 100 | |
| • Christmas Decorations (in closet in garage) | | 800 | |
| • Yard Animated Animals (6) | | 300 | |
| • Yard Torches (20) | | 100 | |
| • Patio Umbrellas (6)6ft | | 360 | |
| • Resin White Patio Tables 6 & Chairs 24 | | 300 | |
| • Patio Table & Chair Iron Set1 | | 125 | |
| • Patio Table & Chair Iron Set2 | | 200 | |
| • Iron Patio Table & Chair Set3 | | 300 | |
| • Outdoor Iron Bar & Four Stools | | 600 | |
| • Wood & Iron Park Benches (2) | | 200 | |
| • Setee (Love Seat, 2 Chairs and Table) | | 450 | |
| • Bamboo Umbrella | | 50 | |
| • Yard Canopy Tents (12x12) (3) | | 500 | |
| • Stereo Set & Speakers • • • | | 1200 | |
| • Small Tools & Chest | | 400 | |
| • Shovel (2) | | 50 | |
| • Rakes (2) | | 25 | |
| • Hose 2 | | 60 | |
| • Broom 2 | | 25 | |
| • Mop 2 | | 26 | |
| • bucket | | 8 | |
| • Convertible Grill & Fireplace | | 300 | |
| • Patio Covers (i.e., tables, grills, etc.) | | 50 | |
| • Outdoor Table Cloths | | 80 | |
| • Boxes of Commercial | | 180 | |

8

| | | | |
|---|---|---|---|
| Tile (5) | | | |
| • Portable Vacuum Cleaner | | 175 | |
| • Unopened Boxed Ceiling Fan | | 180 | |
| • Hand Carved Oriental Rugs (2) | | 500 | |
| • | | | |
| • Baby Stroller | | 40 | |
| • Fishing Gear | | 150 | |
| • Men's Casual Shirts (10) | | 300 | |
| • Men's Pants (8) Casual | | 320 | |
| • Men's T-Shirts (8) | | 30 | |
| • Men's Underpants (12) | | 48 | |
| • Men's Short Pants (5) | | 125 | |
| • Women's Underwear | | 180 | |
| • Women's Lingerie | | 120 | |
| • Women's Pants (4) | | 150 | |
| • Towels (12) | | 120 | |
| • Sheets (6) | | 360 | |
| **Bedroom 1 (master)** | | | |
| • Bedroom Set (master) | | 10,000 | |
| • French Door Treatment | | 350 | |

| | | | |
|---|---|---|---|
| • Comforter Set (king) | | 400 | |
| • Sheet Set (king) | | 70. | |
| • Downs Comforter | | 100 | |
| • Decorative Throw Pillows & Shams | | 125 | |
| • Mattress Set King Memory Foam | | 1100 | |
| • Pillows (2) | | 60 | |
| • Lamps (4) Dresser Night Stands | | 200 | |
| • Flower & Vase (3) | | 100 | |
| **Master Closet** | | | |

9

| | | |
|---|---|---|
| ○ Dress Shoes (10) Nina, J Rene, Ann Klien | | 500 |
| ○ Dress Suits (4) Kasper | | 500 |
| ○ After 5 Dresses (6) | | 600 |
| • Evening Gowns (4) | | 500 |
| • Mink Coat (Brown Sable) | | 5,000 |
| • Dress Coat (navy cashmere) | | 120 |
| • Casual Coats (3) | | 150 |
| • Jackets (4) | | 140 |
| • Casual Shoes (12) | | 360 |
| • Casual Pants (10) | | 480 |
| • Casual Dresses (11) | | 440 |
| • Casual Outfits (12) Tommy Hilfiger, Ann Klien | | 720 |
| • Casual Skirts (5) | | 150 |
| • Casual Shirts (6) | | 120 |
| • Dressy Casual Shoes (6). Gianni bini neutralizer | | 210 |
| • Dressy Casual Pants (5) | | 250 |
| • Dressy Casual Skirts (6) | | 180 |
| • Dressy Casual Blouses (12) | | 385 |
| • Dressy Casual Outfits (9) | | 675 |
| • Dressy Casual Dresses (8) | | 480 |
| • Sweaters (4) | | 120 |
| • Shawl (4) | | 80 |
| • Hats (2) | | 40 |
| • Scarves (6) Silk | | 60 |
| • Tennis Shoes (4) ReeBok | | 160 |
| • Umbrellas (2) | | 40 |
| • Purses (8) Designer | | 250 |

10

| | | | |
|---|---|---|---|
| Leather Bags | | | |
| ***Master Bedroom Closet2*** | | | |
| • Dress Shirts (12) Tommy Hilfiger – Ralph Lauren | | 720 | |
| • Casual Shirts (15) Polo | | 450 | |
| • Suits (4) Tommy Hilfiger, Kenneth Cole, Ralph Lauren | | 1,800 | |
| • Dress Pants (6) Ralph Lauren | | 360 | |
| • Casual Dress Wear | | 500 | |
| • Dress Shoes (2 black 2 brown) Nunn Bush | | 400 | |
| • Casual Shoes (3) Bostonian | | 180 | |
| • Tennis Shoes (2) ReeBok | | 140 | |
| • Work Boots (2) | | 250 | |
| • Ties (12) 100% Silk | | 360 | |
| • Tuxedo | | 200 | |
| • Tuxedo Shirt (3) | | 150 | |
| • Tuxedo Accessories | | 120 | |
| • Dress Coat Ralph Lauren (navy) | | 400 | |
| • | | | |
| ***Clothes in Dresser Drawers*** | | | |
| • Pajamas/Nightwear | | 200 | |
| • Panty Sets (Victoria Secrets) | | 200 | |
| • Costume Jewelry | | 150 | |
| • Bathing Suits and Cover-ups Tommy Hilfiger | | 300 | |
| • Shorts | | 200 | |
| • Tops | | 150 | |
| • Socks | | 50 | |
| • Blow Dryer/Curling Iron | | 100 | |
| • Flat Iron | | 125 | |
| ***Master Bath*** | | | |
| • Shower Curtain Set | | 60 | |
| • Decorative Towels | | 50 | |

11

| Item | | Value |
|---|---|---|
| • Soap Dish | | 25 |
| • Tooth brush holder | | 20 |
| • Waste Basket | | 40 |
| • Tissue Holder | | 25 |
| • Bath & Wash Towels | | 25 |
| ***Bedroom2*** | | |
| • Bedroom Set (Queen by Ashley) | | 4500 |
| • Television | | 300 |
| • VCR (G E) | | 100 |
| • DVD(Sonny) | | 40 |
| • Window Treatments French Door( made to order curtains) | | 300 |
| • Stereo System (Sonny) | | 150 |
| • PC Computer (hp) | | 1300 |
| • Mattress Set (Queen Pillow Top) | | 600 |
| • Computer Desk | | 100 |
| • Daughter's Wedding Gifts(various) | | 1000 |
| • Comforter Set( Queen) | | 180 |
| • Sheet Set(Queen 400 count) | | 60 |
| • Lamps (4) | | 240 |
| • Flower Arrangements With Crystal Vase | | 80 |
| • Pillows (4)Queen Size | | 60 |
| • Pillow Shams (2) | | 80 |
| • Downs Comforter Queen | | 60 |
| • Pictures (framed art) | | 100 |
| • Rugs (2) | | 70 |
| • Table (small cherry wood table) | | 90 |
| • Chairs (2) | | 120 |
| • Chair Covers | | 75 |
| ***Bedroom3*** | | |
| • Bedroom Set (Queen size , Bassett) | | 3500 |
| • Comforter Set (Queen | | 150 |

|  |  |  |  |
|---|---|---|---|
| size |  |  |  |
| • Mattress Set Queen Pillow Top |  | 600 |  |
| • Fax/Copy Machine |  | 280 |  |
| • |  |  |  |
| • Lamps (3) |  | 180 |  |
| • Daughter's Wedding Gifts |  | 800 |  |
| • Hand Carved Rug (3x4) • |  | 200 |  |
| • Window Treatments(custom curtains) |  | 300 |  |
| • Pillows (2) |  | 40 |  |
| • Floral Arrangement with Crystal Vase |  | 80 |  |
| **Office** |  |  |  |
| • Wood Desk • PC • |  | 600 1,300 |  |
| • Printer/Copier • |  | 200 |  |
| • Telephone • Desk Organizer Set • |  | 60 80 |  |
| • Oriental Rug(5x6) |  | 300 |  |
| • Window Treatment • (Shades) • |  | 300 |  |
| • Lamp (3) • • • |  | 90 |  |
| • Leather Sofa |  | 500 |  |
| • Sofa Throw |  | 30 |  |
| • |  | 30 |  |
| • Flower Arrangement |  | 60 |  |

13

|  |  |  |  |
|---|---|---|---|
| • File Cabinet |  | 60 |  |
| • Office Supplies |  | 200 |  |
| *Hall Closet* |  |  |  |
| • Sheet Sets (12) |  | 800 |  |
| • Blankets (3) |  | 90 |  |
| • Table Clothes (3) |  | 60 |  |
| *Upstairs Bathroom* |  |  |  |
| • Bath Towels |  | 300 |  |
| • Hair Supply Products |  | 100 |  |
| • Toiletries |  | 50 |  |
| • Bath Rug Set (2) |  | 200 |  |
| • Bath Accessory Set (2) |  | 160 |  |
| • Decorative Towel Set |  | 50 |  |
| • Shower Curtain Set |  | 80 |  |
| • Floral Arrangement |  | 75 |  |
| TOTAL *Sales Tax 12,202.02* |  | 135,578 | *147,780.02* |

*147,780.02*