## Additional Living Expenses
## Lorraine Jupiter

**August 29, 2005 - September 2005**

Hotel - $2281.74
Gas - $384.12
Restaurant - $672.37
Clothes - $283.00
Cell Phone - $120.00

**October - 2005**

Hotel $3405.00
Gas - $401.64
Restaurant - $566.00
Clothes - $237.51
Cell Phone - $62.00

**November 2005**

Hotel - $6222.00
Gas - $618.98
Restaurant - $892.63
Clothes - 250.00
Cell Phone - $97.76

**December 2005**

Hotel - $6437.10
Gas - $510.00
Restaurant - $352.00
Clothes - 404.78
Cell Phone - $285.47

**January 2006**

Hotel - $1287.42
Rent - $2200.00
Gas - $352.00
Clothes - $250.00
Restaurant - $230.00
Food - 280.00
Cell - $217.00

| Hotel/Rent | Gas | Restaurant | Food | Clothes | Cell Phone |
|---|---|---|---|---|---|
| $2281.74 | $384.12 | | | | |
| | | $672.37 | | | |
| | | | | $283.00 | $120.00 |
| $3405.00 | $401.64 | | | | |
| | | $566.00 | | | |
| | | | | $237.51 | $62.00 |
| $6222.00 | | | | | |
| | $618.98 | | | | |
| | | $872.63 | | $250.00 | $97.76 |
| $6437.10 | | | | | |
| | $510.00 | | | | |
| | | $352.00 | | $404.78 | |
| | | | | | $285.47 |
| $1287.42 | | | | | |
| $2200.00 | $352.00 | | | | |
| | | $230.00 | | $250.00 | |
| | | | $210.00 | | $217.00 |


EXHIBIT C



**February- 2006**

Rent- $2200.00
Gas- $160.00
Clothes- $253.00
Restaurant- $210.00
Food- $350.00
Cell Phone- $125.00

**March 2006**

Rent- $2200.00
Gas- $210.00
Restaurant- $180.00
Food- $410.00
Cell Phone- $149.27

**April 2006**

Rent- $2200.00
Gas- 220.00
Clothes- 175.00
Restaurant- 205.00
Food- 375.00
Cell Phone- $172.25

**May 2006**

Rent- $2200.00
Gas - $200.00
Clothes- 360.00
Restaurant- 175.00
Food- 325.00
Cell Phone- $202.57

**June 2006**

Rent- $2200.00
Gas- $185.00
Restaurant- $160.00
Food- $350.95
Cell Phone- $209.75

| Rent | Gas | Restaurant | Food | Clothes | Cell Phone |
|---|---|---|---|---|---|
| $2200.00 | $160.00 | $210.00 | $350.00 | $253.00 | $125.00 |
| $2200.00 | $210.00 | $180.00 | $410.00 | | $149.27 |
| $2200.00 | $220.00 | $205.00 | $375.00 | $175.00 | $172.25 |
| $2200.00 | $200.00 | $175.00 | $325.00 | $360.00 | $202.57 |
| $2200.00 | $185.00 | $160.00 | $350.95 | | $209.75 |

**July 2006**

Rent $2200.00
Gas- $189.00
Restaurant- 210.00
Food- 322.00
Clothes- 255.00
Cell Phone- $197.21

**August 2006**

Rent- $2200.00
Gas- 250.00
Restaurant- $225.00
Food- $360.00
Clothes-$180.00
Cell Phone- $197.72

**September 2006**

Rent-#2200.00
Gas-$222.00
Restaurant-$190.00
Food- $310.00
Clothes-320.00
Cell Phone-197.00

**October 2006**

Rent- $2200.00
Gas-$180.00
Restaurant- 210.00
Food- $350.00
Clothes- $315.00
Cell Phone- $199.00

**November 2006 (Projected Expenses)**

Rent- $2200.00
Gas- $216.00
Restaurant- $200.00
Food – $360.00
Clothes- $200.00
Cell Phone-197.00

**December 2006 (Projected Expenses)**

Rent- $2200.00
Gas- $200.00

|          |          |          |          |          |          |
|----------|----------|----------|----------|----------|----------|
| $2200.00 |          |          |          |          |          |
|          | $189.00  | $210.00  |          |          |          |
|          |          |          | $322.00  |          |          |
|          |          |          |          | $255.00  | $197.21  |
|          |          |          |          |          |          |
|          |          |          |          |          |          |
| $2200.00 |          |          |          |          |          |
|          | $225.00  |          |          |          |          |
|          |          | $225.00  | $360.00  |          |          |
|          |          |          |          | $180.00  | $197.72  |
|          |          |          |          |          |          |
|          |          |          |          |          |          |
| $2200.00 |          |          |          |          |          |
|          | $222.00  | $190.00  |          |          |          |
|          |          |          | $310.00  | $320.00  |          |
|          |          |          |          |          | $197.00  |
|          |          |          |          |          |          |
|          |          |          |          |          |          |
| $2200.00 |          |          |          |          |          |
|          | $180.00  | $210.00  | $350.00  |          |          |
|          |          |          |          | $350.00  | $199.00  |
|          |          |          |          |          |          |
|          |          |          |          |          |          |
| $2200.00 |          |          |          |          |          |
|          | $216.00  |          |          |          |          |
|          |          | $200.00  | $350.00  |          |          |
|          |          |          |          | $200.00  | $197.00  |
|          |          |          |          |          |          |
|          |          |          |          |          |          |
| $2200.00 | $200.00  |          |          |          |          |

Restaurant- $180.00
Food- $340.00
Clothes- $400.00
Cell Phone- $197.00nn

|  |  | $180.00 |  |  |  |
|---|---|---|---|---|---|
|  |  |  | $340.0) |  |  |
|  |  |  |  | $400.00 |  |
|  |  |  |  |  | $197.00 |

Total     $43,833.26   $4473.74   $4838.00   $4132.)11   $3918.29   $2628.79