

**RENAISSANCE**
ARTS HOTEL
NEW ORLEANS

700 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

### GUEST FOLIO

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 201 | JUPITER/ERIC | 189.00 | 01/09/06 | 13:35 | 9786 |

| TYPE | | ARRIVE | TIME | |
|---|---|---|---|---|
| NKNG | | 01/06/06 | 13:49 | |

| ROOM CLERK | ADDRESS | PAYMENT | MR#: |
|---|---|---|---|
| 12 | 601 LOUISIANA AVE NEW ORLEANS  LA 70115 | BKXXXXXXXXXXXX6277 | XXXXX6418A |

| DATE | REFERENCE | | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|---|
| 01/06 | ROOM TR | 201, | 1 | 189.00 | | |
| 01/06 | ROOM TAX | 201, | 1 | 24.57 | | |
| 01/06 | OCC TAX | 201, | 1 | 1.00 | | |
| 01/07 | ROOM TR | 201, | 1 | 189.00 | | |
| 01/07 | ROOM TAX | 201, | 1 | 24.57 | | |
| 01/07 | OCC TAX | 201, | 1 | 1.00 | | |
| 01/08 | ROOM TR | 201, | 1 | 189.00 | | |
| 01/08 | ROOM TAX | 201, | 1 | 24.57 | | |
| 01/08 | OCC TAX | 201, | 1 | 1.00 | | |
| 01/09 | CASH | SAH | | .00 | | |
| | | | | | | 643.71 |

```
MARRIOTT REWARDS ACCOUNT # XXXXX6418
DATE 01/06/06 - 01/09/06 REVENUE IF APPLICABLE     $567.00
BASE POINTS EARNED: 5670    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.
```



**RENAISSANCE**
ARTS HOTEL
NEW ORLEANS

700 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

ACCOUNTS PAST 30 DAYS SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH (ANNUAL RATE OF 18%)
This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct-billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

EXHIBIT D-1

FOR RESERVATIONS AT ANY RENAISSANCE HOTEL, CALL 1 (800) HOTELS-1



**MBNA REWARDS**
www.mbnarewards.com

**CARDHOLDER SINCE 2005**

| ACCOUNT NUMBER | |
|---|---|
| 3746 312079 55295 | |
| PAYMENT DUE DATE | NEW BALANCE TOTAL |
| 10/01/05 | $810.26 |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
| PAYMENT HOLIDAY | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

Make check payable to:

MBNA AMERICA
P.O. BOX 15286
WILMINGTON, DE 19886-5286

For account information call 1-800-900-6651

Print change of address or new telephone number below

Address _____
City _____ State ___ Zip ____
Home phone ( ) ___ Work phone ( ) ___

LORRAINE V JUPITER
7421 ARBOR DR
NEW ORLEANS    LA   70126-302621

06    0008102600000000000003746312079 55295

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 3746 312079 55295 | $15,000.00 | $14,189.74 | 33 | 09/06/05 | PAYMENT HOLIDAY | 10/01/05 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | | | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SEPTEMBER 2005 STATEMENT | | | | |

**PURCHASES AND ADJUSTMENTS**

| Posting | Trans | Ref | Card | Cat | Description | Location | | Charges | Credits |
|---|---|---|---|---|---|---|---|---|---|
| 08/30 | 08/28 | 1521 | AX | C | T-MOBILE | 800-937-8997 WA | | 58.86 | |
| 08/31 | 08/29 | 1229 | AX | C | EXXONMOBIL9104720280 | HOUSTON TX | | 50.10 | |
| 09/03 | 08/31 | 0924 | AX | C | SHERATON SUITES | HOUSTON TX | | 218.61 | |
| 09/06 | 09/02 | 7228 | AX | C | SHERATON SUITES | HOUSTON TX | | 401.30 | |

TOTAL FOR BILLING CYCLE FROM 08/05/2005 THROUGH 09/06/2005    $10,570.32    $9,976.00 CR

WORLDPOINTS
20,825  MONTHLY EARNINGS
    0   MERCHANT BONUS POINTS
10,255  TRAVEL/DINING BONUS POINTS
21,089  TOTAL POINTS AVAILABLE

*Charges for my Hotel stay (above)*

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $215.94 | $9,976.00 | $0.00 | $10,570.32 | $0.00 | $0.00 | $810.26 |

**TOTAL MINIMUM PAYMENT DUE**

| Past Due Amount | $0.00 |
|---|---|
| Current Payment (REGULAR) | $15.00 |
| Total Minimum Payment Due (PMT. HOLIDAY) | $0.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.027123% DLY | 9.90% | $0.00 |
| B. ATM, BANK | 0.027123% DLY | 9.90% | $0.00 |
| C. PURCHASES | 0.027123% DLY | 9.90% | $0.00 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE................ SEE ABOVE

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-900-6651.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15286, WILMINGTON, DE 19886-5286.
- Billing rights are preserved only by writing on the back, and other inquiries MBNA AMERICA, P.O. BOX 19850-5026.

817    OOD

USE017    3746 312079 55295

**EXHIBIT D-2**

# Sheraton
## Suites Houston
### NEAR THE GALLERIA

2400 WEST LOOP SOUTH, HOUSTON, TX 77027    TEL [713] 586-2444    FAX [713] 586-2445    SHERATON.COM/SUITESHOUSTON

```
Arrival    08/28/05              Room Number      0523
Departure  08/31/05              Cashier          33 JANET
                                 Page             1
                                 Rate          $  59.00
```

Ms Lorraine Juniper
7421 Arbor Drive
New Orleans, LA 70126
UNITED STATES

INVOICE NO. 241344
Sheraton Suites Houston, 08/31/05 11:54

| Date  | Text                          | Charges | Payments |
|-------|-------------------------------|---------|----------|
| 08/28 | TA ED Calendar.               | 59.00   |          |
| 08/28 | City Tax (7%)                 | 4.13    |          |
| 08/28 | State Tax (6%)                | 3.54    |          |
| 08/28 | County Tax (4%)               | 2.36    |          |
| 08/29 | Telephone Local               | 2.50    |          |
| 08/29 | Telephone Local               | 0.50    |          |
| 08/29 | Nintendo #523  : 09000SERVICE | 7.52    |          |
| 08/29 | TA ED Calendar.               | 59.00   |          |
| 08/29 | City Tax (7%)                 | 4.13    |          |
| 08/29 | State Tax (6%)                | 3.54    |          |
| 08/29 | County Tax (4%)               | 2.36    |          |
| 08/30 | Telephone Local               | 0.50    |          |
| 08/30 | TA ED Calendar.               | 59.00   |          |
| 08/30 | City Tax (7%)                 | 4.13    |          |
| 08/30 | State Tax (6%)                | 3.54    |          |
| 08/30 | County Tax (4%)               | 2.36    |          |
| 08/31 | Telephone Local               | 0.50    |          |
| 08/31 | American Express              |         | 218.61   |
|       |   ->XXXXXXXXXXX5295   XX/XX   |         |          |

```
                        Total      218.61    218.61

                        Balance              0.00 USD
```

Thank you for choosing Sheraton Suites Houston. Your business is appreciated.

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.
Your Starwood points will appear on your bill after the balance has been settled.

_____
signature

As an SPG member, you could have earned 22 Starpoints for this visit.
Please provide us with your SPG # or enroll today.



MEMBER OF STARWOOD PREFERRED GUEST


EXHIBIT D-3