

# RENAISSANCE
## ARTS HOTEL
### NEW ORLEANS

700 Tchoupitoulas Street
New Orleans, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|------|------|------|--------|------|-------|
| 246 | JUPITER/ERIC | 189.00 DUPLICATE | 11/02/05 | 22:06 | 8030 |

| TYPE | ADDRESS | | ARRIVE | TIME | |
| SDDG | 601 LOUISIANA AVE NEW ORLEANS LA 70115 | PAYMENT | | | |

ROOM CLERK

| DATE | REFERENCE | | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---|---|---------|---------|-------------|
| 11/02 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/02 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/02 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/03 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/03 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/03 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/04 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/04 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/04 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/05 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/05 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/05 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/06 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/06 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/06 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/07 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/07 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/07 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/08 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/08 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/08 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/09 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/09 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/09 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/10 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/10 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/10 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/11 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/11 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/11 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/12 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/12 | ROOM TAX | 246, | 1 | 24.57 | | |
| 11/12 | OCC TAX | 246, | 1 | 1.00 | | |
| 11/13 | ROOM TR | 246, | 1 | 189.00 | | |
| 11/13 | ROOM TAX | 246, | 1 | 24.57 | | |



# RENAISSANCE
## ARTS HOTEL
### NEW ORLEANS

700 Tchoupitoulas Street
New Orleans, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

ACCOUNTS PAST 30 DAYS SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH (ANNUAL RATE OF 18%)
This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct-billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

FOR RESERVATIONS AT ANY RENAISSANCE HOTEL, CALL 1 (800) HOTELS-1

EXHIBIT D-4



**RENAISSANCE**
ARTS HOTEL
NEW ORLEANS

700 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 246 | JUPITER/ERIC | 189.00 DUPLICATE | 11/02/05 | 22:06 | 8030 |

| TYPE | ADDRESS | | ARRIVE | TIME | |
|---|---|---|---|---|---|
| SDDG | 601 LOUISIANA AVE NEW ORLEANS LA 70115 | | | | |

ROOM CLERK                                      PAYMENT

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 11/13 | OCC TAX | 246, 1 | 1.00 | | |
| 11/14 | ROOM TR | 246, 1 | 189.00 | | |
| 11/14 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/14 | OCC TAX | 246, 1 | 1.00 | | |
| 11/15 | ROOM TR | 246, 1 | 189.00 | | |
| 11/15 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/15 | OCC TAX | 246, 1 | 1.00 | | |
| 11/16 | ROOM TR | 246, 1 | 189.00 | | |
| 11/16 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/16 | OCC TAX | 246, 1 | 1.00 | | |
| 11/17 | ROOM TR | 246, 1 | 189.00 | | |
| 11/17 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/17 | OCC TAX | 246, 1 | 1.00 | | |
| 11/18 | ROOM TR | 246, 1 | 189.00 | | |
| 11/18 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/18 | OCC TAX | 246, 1 | 1.00 | | |
| 11/19 | ROOM TR | 246, 1 | 189.00 | | |
| 11/19 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/19 | OCC TAX | 246, 1 | 1.00 | | |
| 11/20 | ROOM TR | 246, 1 | 189.00 | | |
| 11/20 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/20 | OCC TAX | 246, 1 | 1.00 | | |
| 11/21 | ROOM TR | 246, 1 | 189.00 | | |
| 11/21 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/21 | OCC TAX | 246, 1 | 1.00 | | |
| 11/22 | ROOM TR | 246, 1 | 189.00 | | |
| 11/22 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/22 | OCC TAX | 246, 1 | 1.00 | | |
| 11/23 | ROOM TR | 246, 1 | 189.00 | | |
| 11/23 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/23 | OCC TAX | 246, 1 | 1.00 | | |
| 11/24 | ROOM TR | 246, 1 | 189.00 | | |
| 11/24 | ROOM TAX | 246, 1 | 24.57 | | |
| 11/24 | OCC TAX | 246, 1 | 1.00 | | |
| 11/25 | ROOM TR | 246, 1 | 189.00 | | |



**RENAISSANCE**
ARTS HOTEL
NEW ORLEANS

700 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

ACCOUNTS PAST 30 DAYS SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH (ANNUAL RATE OF 18%)
This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct-billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

FOR RESERVATIONS AT ANY RENAISSANCE HOTEL, CALL 1 (800) HOTELS-1

# RENAISSANCE
## ARTS HOTEL
## NEW ORLEANS

**GUEST FOLIO**

| ROOM | NAME | | | | | ACCT# |
|------|------|---|---|---|---|-------|
| 246 | JUPITER/ERIC | | | | | 8030 |

| TYPE | RATE | DEPART | ARRIVE | TIME |
|------|------|--------|--------|------|
| SDDG | 189.00 DUPLICATE | 11/02/05 | | 22:06 |

**ADDRESS:** 601 LOUISIANA AVE, NEW ORLEANS LA 70115

| DATE | ROOM CLERK | REFERENCE | CHARGES | PAYMENT | CREDITS | BALANCE DUB |
|------|------------|-----------|---------|---------|---------|-------------|
| 11/25 | ROOM TAX | 246, 1 | 24.57 | | | |
| 11/25 | OCC TAX | 246, 1 | 1.00 | | | |
| 11/26 | ROOM TR | 246, 1 | 189.00 | | | |
| 11/26 | ROOM TAX | 246, 1 | 24.57 | | | |
| 11/26 | OCC TAX | 246, 1 | 1.00 | | | |
| 11/27 | ROOM TR | 246, 1 | 189.00 | | | |
| 11/27 | ROOM TAX | 246, 1 | 24.57 | | | |
| 11/27 | OCC TAX | 246, 1 | 1.00 | | | |
| 11/28 | ROOM TR | 246, 1 | 189.00 | | | |
| 11/28 | ROOM TAX | 246, 1 | 24.57 | | | |
| 11/28 | OCC TAX | 246, 1 | 1.00 | | | |
| 11/29 | LOCAL | 0762-LOC | 1.00 | | | |
| 11/03 | MISC ADJ | RCR | .00 | | | |
| 11/03 | MISC ADJ | X012595 1 | | | | |
| 11/29 | ROOM TR | 246, 1 | 189.00 | | | |
| 11/29 | ROOM TAX | 246, 1 | 24.57 | | | |
| 11/29 | OCC TAX | 246, 1 | 1.00 | | | |
| 11/30 | ROOM TR | 246, 1 | 189.00 | | | |
| 11/30 | ROOM TAX | 246, 1 | 24.57 | | | |
| 11/30 | OCC TAX | 246, 1 | 1.00 | | | |
| 12/01 | CASH | 9000373 1 | | | 6437.10 | |
| 12/01 | ROOM TR | 246, 1 | 189.00 | | | |
| 12/01 | ROOM TAX | 246, 1 | 24.57 | | | |
| 12/01 | OCC TAX | 246, 1 | 1.00 | | | |
| 12/02 | ROOM TR | 246, 1 | 189.00 | | | |
| 12/02 | ROOM TAX | 246, 1 | 24.57 | | | |
| 12/02 | OCC TAX | 246, 1 | 1.00 | | | |
| 12/03 | ROOM TR | 246, 1 | 189.00 | | | |
| 12/03 | ROOM TAX | 246, 1 | 24.57 | | | |
| 12/03 | OCC TAX | 246, 1 | 1.00 | | | |
| 12/04 | ROOM TR | 246, 1 | 189.00 | | | |
| 12/04 | ROOM TAX | 246, 1 | 24.57 | | | |
| 12/04 | OCC TAX | 246, 1 | 1.00 | | | |
| 12/05 | ROOM TR | 246, 1 | 189.00 | | | |
| 12/05 | ROOM TAX | 246, 1 | 24.57 | | | |

# RENAISSANCE
## ARTS HOTEL
## NEW ORLEANS

ACCOUNTS PAST 30 DAYS SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH (ANNUAL RATE OF 18%)
This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are directly billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

FOR RESERVATIONS AT ANY RENAISSANCE HOTEL, CALL 1 (800) HOTELS-1

700 Tchoupitoulas Street
New Orleans, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT



# RENAISSANCE
ARTS HOTEL
NEW ORLEANS

700 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 246 | JUPITER/ERIC | 189.00 DUPLICATE | 11/02/05 | 22:06 | 8030 |
| TYPE | | | ARRIVE | TIME | |
| SDDG | | | | | |

ROOM CLERK: 601 LOUISIANA AVE NEW ORLEANS LA 70115
ADDRESS
PAYMENT

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 12/05 | OCC TAX | 246, 1 | 1.00 | | |
| 12/06 | ROOM TR | 246, 1 | 189.00 | | |
| 12/06 | ROOM TAX | 246, 1 | 24.57 | | |
| 12/06 | OCC TAX | 246, 1 | 1.00 | | |
| 12/07 | ROOM TR | 246, 1 | 189.00 | | |
| 12/07 | ROOM TAX | 246, 1 | 24.57 | | |
| 12/07 | OCC TAX | 246, 1 | 1.00 | | |
| 12/08 | ROOM TR | 246, 1 | 189.00 | | |
| 12/08 | ROOM TAX | 246, 1 | 24.57 | | |
| 12/08 | OCC TAX | 246, 1 | 1.00 | | |
| 12/09 | ROOM TR | 246, 1 | 189.00 | | |
| 12/09 | ROOM TAX | 246, 1 | 24.57 | | |
| 12/09 | OCC TAX | 246, 1 | 1.00 | | |
| 12/10 | ROOM TR | 246, 1 | 189.00 | | |
| 12/10 | ROOM TAX | 246, 1 | 24.57 | | |
| 12/10 | OCC TAX | 246, 1 | 1.00 | | |
| 12/11 | ROOM TR | 246, 1 | 189.00 | | |
| 12/11 | ROOM TAX | 246, 1 | 24.57 | | |
| 12/11 | OCC TAX | 246, 1 | 1.00 | | |
| 12/12 | LOCAL | 6727-LOC | 1.00 | | |
| 12/12 | ROOM TR | 246, 1 | 189.00 | | |
| 12/12 | ROOM TAX | 246, 1 | 24.57 | | |
| 12/12 | OCC TAX | 246, 1 | 1.00 | | |
| 12/13 | LOCAL | 6796-LOC | 1.00 | | |
| 12/13 | LOCAL | 6797-LOC | 1.00 | | |
| 12/13 | ROOM TR | 246, 1 | 189.00 | | |
| 12/13 | ROOM TAX | 246, 1 | 24.57 | | |
| 12/13 | OCC TAX | 246, 1 | 1.00 | | |
| 12/14 | ROOM TR | 246, 1 | 189.00 | | |
| 12/14 | ROOM TAX | 246, 1 | 24.57 | | |
| 12/14 | OCC TAX | 246, 1 | 1.00 | | |
| 12/15 | LOCAL | 7915-LOC | 1.00 | | |
| 12/15 | ROOM TR | 246, 1 | 189.00 | | |
| 12/15 | ROOM TAX | 246, 1 | 24.57 | | |
| 12/15 | OCC TAX | 246, 1 | 1.00 | | |



RENAISSANCE
ARTS HOTEL
NEW ORLEANS

700 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

ACCOUNTS PAST 30 DAYS SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH (ANNUAL RATE OF 18%)

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct-billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

FOR RESERVATIONS AT ANY RENAISSANCE HOTEL, CALL 1 (800) HOTELS-1



**RENAISSANCE**
ARTS HOTEL
NEW ORLEANS

700 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 246 | JUPITER/ERIC | 189.00 DUPLICATE | 11/02/05 | 22:06 | 8030 |

TYPE: SDDG

ADDRESS: 601 LOUISIANA AVE, NEW ORLEANS LA 70115

ROOM CLERK:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 12/16 | ROOM TR   246, 1 | 189.00 | | |
| 12/16 | ROOM TAX  246, 1 | 24.57 | | |
| 12/16 | OCC TAX   246, 1 | 1.00 | | |
| 12/17 | CCARD-BK | | 3213.55 | |

.00



**RENAISSANCE**
ARTS HOTEL
NEW ORLEANS

700 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

ACCOUNTS PAST 30 DAYS SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH (ANNUAL RATE OF 18%)
This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct-billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

FOR RESERVATIONS AT ANY RENAISSANCE HOTEL, CALL 1 (800) HOTELS-1



# RENAISSANCE
## ARTS HOTEL
### NEW ORLEANS

700 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

**GUEST FOLIO**

| ROOM | NAME | | | | |
|---|---|---|---|---|---|
| HOSP | ZOO JUPITER/ERIC | | | | |
| | NEW ORLEANS | | | | |

| TYPE | | | | | |
|---|---|---|---|---|---|
| | 601 LOUISIANA AVE | | | | |
| | NEW ORLEANS LA | | | | |
| | 70115 | | | | |

| RATE | ARRIVE | TIME | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 189.00 DUPLICATE | 12/17/05 | | 22:06 | | 8991 |

| ROOM | CLERK | ADDRESS | PAYMENT | | |
|---|---|---|---|---|---|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 12/17 ROOM TR | 200. 1 | 189.00 | | |
| 12/17 ROOM TAX | 200. 1 | 24.57 | | |
| 12/17 OCC TAX | 200. 1 | 1.00 | | |
| 12/18 ROOM TR | 200. 1 | 189.00 | | |
| 12/18 ROOM TAX | 200. 1 | 24.57 | | |
| 12/18 OCC TAX | 200. 1 | 1.00 | | |
| 12/19 ROOM TR | 200. 1 | 189.00 | | |
| 12/19 ROOM TAX | 200. 1 | 24.57 | | |
| 12/19 OCC TAX | 200. 1 | 1.00 | | |
| 12/20 LOCAL | 0226-LOC | 1.00 | | |
| 12/20 ROOM TR | 200. 1 | 189.00 | | |
| 12/20 ROOM TAX | 200. 1 | 24.57 | | |
| 12/20 OCC TAX | 200. 1 | 1.00 | | |
| 12/21 ROOM TR | 200. 1 | 189.00 | | |
| 12/21 ROOM TAX | 200. 1 | 24.57 | | |
| 12/21 OCC TAX | 200. 1 | 1.00 | | |
| 12/22 ROOM TR | 200. 1 | 189.00 | | |
| 12/22 ROOM TAX | 200. 1 | 24.57 | | |
| 12/22 OCC TAX | 200. 1 | 1.00 | | |
| 12/23 ROOM TR | 200. 1 | 189.00 | | |
| 12/23 ROOM TAX | 200. 1 | 24.57 | | |
| 12/23 OCC TAX | 200. 1 | 1.00 | | |
| 12/24 ROOM TR | 200. 1 | 189.00 | | |
| 12/24 ROOM TAX | 200. 1 | 24.57 | | |
| 12/24 OCC TAX | 200. 1 | 1.00 | | |
| 12/25 ROOM TR | 200. 1 | 189.00 | | |
| 12/25 ROOM TAX | 200. 1 | 24.57 | | |
| 12/25 OCC TAX | 200. 1 | 1.00 | | |
| 12/26 ROOM TR | 200. 1 | 189.00 | | |
| 12/26 ROOM TAX | 200. 1 | 24.57 | | |
| 12/26 OCC TAX | 200. 1 | 1.00 | | |
| 12/27 ROOM TR | 200. 1 | 189.00 | | |
| 12/27 ROOM TAX | 200. 1 | 24.57 | | |
| 12/27 OCC TAX | 200. 1 | 1.00 | | |
| 12/28 LOCAL | 2444-LOC | 1.00 | | |

ACCOUNTS PAST 30 DAYS SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH (ANNUAL RATE OF 18%)

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct-billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

FOR RESERVATIONS AT ANY RENAISSANCE HOTEL, CALL 1 (800) HOTELS-1



# RENAISSANCE
## ARTS HOTEL
### NEW ORLEANS



700 Tchoupitoulas Street
New Orleans, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

**GUEST FOLIO**

| NAME | ZOO JUPITER/ERIC | | |
|---|---|---|---|
| TYPE | HOSP | | |
| | 601 LOUISIANA AVE | | |
| | NEW ORLEANS LA | | |
| ROOM | 70115 | | |
| RATE | 189.00 DUPLICATE | | |
| DEPART. TIME | 22:06 ACCT# 8991 | | |
| ARRIVE TIME | 12/17/05 | | |
| CLERK | | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 12/28 | LOCAL Z498-LOC | 1.00 | | |
| 12/28 | ROOM TR  200. 1 | 189.00 | | |
| 12/28 | ROOM TAX  200. 1 | 24.57 | | |
| 12/28 | OCC TAX  200. 1 | 1.00 | | |
| 12/29 | ROOM TR  200. 1 | 189.00 | | |
| 12/29 | ROOM TAX  200. 1 | 24.57 | | |
| 12/29 | OCC TAX  200. 1 | 1.00 | | |
| 12/30 | ROOM TR  200. 1 | 189.00 | | |
| 12/30 | ROOM TAX  200. 1 | 24.57 | | |
| 12/30 | OCC TAX  200. 1 | 1.00 | | |
| 12/31 | ROOM TR  200. 1 | 189.00 | | |
| 12/31 | ROOM TAX  200. 1 | 24.57 | | |
| 12/31 | OCC TAX  200. 1 | 1.00 | | |
| 01/01 | ROOM TR  200. 1 | 189.00 | | |
| 01/01 | ROOM TAX  200. 1 | 24.57 | | |
| 01/01 | OCC TAX  200. 1 | 1.00 | | |
| 01/02 | ROOM TR  200. 1 | 189.00 | | |
| 01/02 | ROOM TAX  200. 1 | 24.57 | | |
| 01/02 | OCC TAX  200. 1 | 1.00 | | |
| 01/03 | ROOM TR  200. 1 | 189.00 | | |
| 01/03 | ROOM TAX  200. 1 | 24.57 | | |
| 01/03 | OCC TAX  200. 1 | 1.00 | | |
| 01/04 | ROOM TR  200. 1 | 189.00 | | |
| 01/04 | ROOM TAX  200. 1 | 24.57 | | |
| 01/04 | OCC TAX  200. 1 | 1.00 | | |
| 01/05 | LD PHONE 5144-225 | 3.99 | | |
| 01/05 | ROOM TR  200. 1 | 189.00 | | |
| 01/05 | ROOM TAX  200. 1 | 24.57 | | |
| 01/05 | OCC TAX  200. 1 | 1.00 | | |
| 01/06 | LOCAL 5451-LOC | 1.00 | | |
| 01/06 | CCARD-BK | | 4299.39 | .00 |

ACCOUNTS PAST 30 DAYS SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH (ANNUAL RATE OF 18%)

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct-billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

FOR RESERVATIONS AT ANY RENAISSANCE HOTEL, CALL 1 (800) HOTELS-1

# RENAISSANCE
## ARTS HOTEL
### NEW ORLEANS

700 Tchoupitoulas Street
New Orleans, LA 70130
(504) 613 2330
RENAISSANCEHOTELS.COM/MSYDT

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 201 | JUPITER/ERIC | 189.00 DUPLICATE | 01/06/06 | 19:13 | 9786 |

TYPE: NKNG

ADDRESS: 601 LOUISIANA AVE, NEW ORLEANS LA 70115

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 01/06 | ROOM TR    201, 1 | .00 | | |
| 01/06 | ROOM TAX   201, 1 | .00 | | |
| 01/06 | OCC TAX    201, 1 | .00 | | |
| 01/07 | ROOM TR    201, 1 | .00 | | |
| 01/07 | ROOM TAX   201, 1 | .00 | | |
| 01/07 | OCC TAX    201, 1 | .00 | | |
| 01/08 | ROOM TR    201, 1 | .00 | | |
| 01/08 | ROOM TAX   201, 1 | .00 | | |
| 01/08 | OCC TAX    201, 1 | .00 | | |
| 01/09 | CCARD-BK | | .00 | |
| 01/09 | CASH   SAH | | .00 | |
| | | | | .00 |

10-22-06; 6:12PM;