Dec 21 06 09:46a    Plauche          5024899687            p.2

Lorraine Jupiter
application #
cluster # 1603
~~535~~ ~~-20~~

Page 1 of 1

**REPUBLIC BANK & Trust Company**
Member FDIC
www.republicbank.com

12/20/06

Account:  04677315
Name:
Address:

Bruce Feingerts

The image shown below represents an official copy of the original document as processed by our institution.



ERIC P. JUPITER
7421 ARBOR DRIVE
NEW ORLEANS, LA 70126

2544
14-21/840

9-22-06   DATE

PAY TO THE ORDER OF   Ward Plauche    $ 1500.00

One Thousand Five Hundred + 00/100 — DOLLARS

Liberty Bank
FOR  Deposit - 4530 St a~~...~~    E P Jup

⑆065002108⑆ 0467-7315⑆  2544

2544   09/29/06   2200500930   1500.00

[signature: Ward Plauche / William ~~...~~ Plauche]

http://10.29.7.13/gw-bin/gwgtwy.dll/print?20060929-22-5-930-2200500930.htm        12/20/2006



EXHIBIT
D-5

Jul 12 07 01:41p     Plauche              5024899687

Jul 12 07 01:41p     Plauche              5024899687

| RECEIPT | NO. 002 |
|---|---|
| Payee Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY 40223 | Payer Name: Lorraine Jupiter<br>Address:   4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 |

Dec 21 06 09:47a     Plauche              5024899687          p.4

LORRAINE Jupiter   Page 1 of 1
Application # ███████
Diaster # ███████
SS# ███-██-████

**REPUBLIC BANK & Trust Company**
Member FDIC
www.republicbank.com

12/20/06

Account:     0814559289
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution.

LORRAINE G. JUPITER   0356                              2178
PH 504-261-2138
8640 WISTERIA ST
NEW ORLEANS, LA 70122          Date  10/27/06      14-9450

Pay to the Order of  W. J. Plauche                    $ 1500 00
One Thousand Five Hundred 00/100                      Dollars

CapitalOne                            Tower Advantage Member
Capital One, N.A.
For  Rent 4530 St. Ann           Lorraine Jupiter

⑆065000090⑆:081 45 59289⑆ 02178

11/02/06   1700200310   1500.00

Jul 12 07 01:41p        Plauche                    5024899687

| RECEIPT | | NO. 008 |
|---|---|---|
| Payee Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY  40223 | Payer Name: Lorraine Jupiter<br>Address:    4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |
| DATE | DESCRIPTION | AMOUNT |
| 5/1/2007 | Rent for May 2007 | 1500.00 |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | 1500.00 |

| RECEIPT | | NO. 009 |
|---|---|---|
| Payee Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY  40223 | Payer Name: Lorraine Jupiter<br>Address:    4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |
| DATE | DESCRIPTION | AMOUNT |
| 6/1/2006 | Rent for June 2007 | 1500.00 |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | 1500.00 |

| RECEIPT | | NO. 0010 |
|---|---|---|
| Payee Name: Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY  40223 | Payer Name: Lorraine Jupiter<br>Address:    4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |
| DATE | DESCRIPTION | AMOUNT |
| 7/1/2007 | Rent for July 2007 | 1500.00 |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | 1500.00 |

Dec 21 06 09:46a    Plauche                5024899687                p.2



Page 1 of 1

**REPUBLIC BANK** & Trust Company
Member FDIC
www.republicbank.com

Account: 04677315
Name:
Address:

12/20/06

The image shown below represents an official copy of the original document as processed by our institution.



ERIC P. JUPITER
7421 ARBOR DRIVE
NEW ORLEANS, LA 70126

2544
14-218/650

9-22-06

PAY TO THE ORDER OF  Ward Plauche   $ 1500.00

One Thousand Five Hundred + 00/100 — DOLLARS

Liberty Bank

FOR Deposit - 4530 St A___

⟦065002108⟧ 0467=7315⟧  2544

2544   09/29/06   2200500930   1500.00

http://10.29.7.13/gw-bin/gwgtwy.dll/print?20060929-22-5-930-2200500930.htm          12/20/2006

. Dec 21 06 09:47a        Plauche              5024899687              p.4

LORRAINE Jup. ter  Page 1 of 1
Application # ~~●●●●●●●~~
Diaster # 1~~●●~~
SS # ~~●●●~~-~~●●~~-~~●●●●~~

**REPUBLIC BANK & Trust Company**
Member F.D.I.C.
www.republicbank.com

12/20/06

Account:        0814559289
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution.



LORRAINE G. JUPITER    03/99                                    2178
PH 504-261-2138
2640 WISTERIA ST                              Date 10/27/06      14-9460
NEW ORLEANS, LA 70122

Pay to the Order of  Ward Plache'                    $ 1500.00
One Thousand Five Hundred 00/100             Dollars

CapitalOne                          Tower Advantage Member
Capital One, N.A.
For Rent 4530 St. Cnor           Lorraine Jupiter

⑆065000090⑆ 081 45 59289⑆ 02178

11/02/06   1700200310   1500.00

http://10.29.7.13/gw-bin/gwgtwy.dll/print?20061102-17-2-310-1700200310.htm        12/20/2006

| RECEIPT | | NO. 002 |
|---|---|---|
| Payee Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY 40223 | Payer Name: Lorraine Jupiter<br>Address:    4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/1/2006 | Rent for November 2006 | 1500.00 |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | 1500.00 |

| RECEIPT | | NO. 003 |
|---|---|---|
| Payee Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY 40223 | Payer Name: Lorraine Jupiter<br>Address:    4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/1/2006 | Rent for December 2006 | 1500.00 |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | 1500.00 |

| RECEIPT | | NO. 004 |
|---|---|---|
| Payee Name: Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY 40223 | Payer Name: Lorraine Jupiter<br>Address:    4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/1/2007 | Rent for January 2007 | 1500.00 |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | 1500.00 |

| RECEIPT | | | NO. 005 |
|---|---|---|---|
| Payee Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY  40223 | | Payer Name: Lorraine Jupiter<br>Address:      4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |
| DATE | DESCRIPTION | | AMOUNT |
| 2/1/2007 | Rent for February 2007 | | 1500.00 |
| | | SUBTOTAL | |
| | | TAX | |
| | | TOTAL | 1500.00 |

| RECEIPT | | | NO. 006 |
|---|---|---|---|
| Payee Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY  40223 | | Payer Name: Lorraine Jupiter<br>Address:      4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |
| DATE | DESCRIPTION | | AMOUNT |
| 3/1/2006 | Rent for March 2007 | | 1500.00 |
| | | SUBTOTAL | |
| | | TAX | |
| | | TOTAL | 1500.00 |

| RECEIPT | | | NO. 007 |
|---|---|---|---|
| Payee Name: Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY  40223 | | Payer Name: Lorraine Jupiter<br>Address:      4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |
| DATE | DESCRIPTION | | AMOUNT |
| 4/1/2007 | Rent for April 2007 | | 1500.00 |
| | | SUBTOTAL | |
| | | TAX | |
| | | TOTAL | 1500.00 |

Jul 12 07 01:41p        Plauche                    5024899687

| RECEIPT | | NO. 008 |
|---|---|---|
| Payee Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY 40223 | Payer Name: Lorraine Jupiter<br>Address:    4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |
| DATE | DESCRIPTION | AMOUNT |
| 5/1/2007 | Rent for May 2007 | 1500.00 |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | 1500.00 |

| RECEIPT | | NO. 009 |
|---|---|---|
| Payee Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY 40223 | Payer Name: Lorraine Jupiter<br>Address:    4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |
| DATE | DESCRIPTION | AMOUNT |
| 6/1/2006 | Rent for June 2007 | 1500.00 |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | 1500.00 |

| RECEIPT | | NO. 0010 |
|---|---|---|
| Payee Name: Name: W. J. Plauche<br>Address: 1105 Glenbrook Road<br>City, ST ZIP Code: Louisville KY 40223 | Payer Name: Lorraine Jupiter<br>Address:    4530 St. Ann Street<br>City, ST ZIP Code: New Orleans, LA 70119 | |
| DATE | DESCRIPTION | AMOUNT |
| 7/1/2007 | Rent for July 2007 | 1500.00 |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | 1500.00 |

**RECEIPT**
date: 3-01-06
No. 222272
received from: Lorraine Jupiter
$ 2,200.00
Twenty-Two Hundred — dollars
for payment of: Rent
amount due: 2,200.00
amount paid: 2,200.00
balance:
( ) cash
( ) money order
( ) credit card
( ) check #
from ___ to ___
signature: Rayzel J. Zin
SC1188UV

**RECEIPT**
date: 2-15-06
No. 222271
received from: Lorraine Jupiter
$ 2,200.00
Twenty-Two Hundred — dollars
for payment of: Rent
amount due: 2,200.00
amount paid: 2,200.00
balance:
( ) cash
( ) money order
( ) credit card
( ) check #
from ___ to ___
signature: Rayzel Zin
SC1188UV

**RECEIPT**
date: 1-15-06
No. 222270
received from: Lorraine Jupiter
$ 2,200.00
Two-Thousand & Two Hundred — dollars
for payment of: Rent
amount due: 2,200.00
amount paid: 2,200.00
balance:
( ) cash
( ) money order
( ) credit card
( ) check #
from ___ to ___
signature: Rayzel J. Zin
SC1188UV


EXHIBIT D-6

**RECEIPT** No. 222273
date: 4-01-06
received from: Lorraine Jupiter
$2,200.00
Twenty-Two Hundred Dollars
for payment of: Rent
amount due: 2,200.00
amount paid: 2,200.00
signature: Racquel J. Zim

**RECEIPT** No. 222277
date: 8-1-06
received from: Lorraine Jupiter
$2,200.00
Twenty-Two Hundred
for payment of: Rent
amount due: 2,200.00
amount paid: 2,200.00
signature: Racquel J. Zim

**RECEIPT** No. 222278
date: 9-1-06
received from: Lorraine Jupiter
$2,200.00
Twenty-Two Hundred Dollars
for payment of: 
amount due: 2,200.00
amount paid: 2,200.00
signature: Racquel J. Zim

## Receipt No. 222276

- **Date:** 7-1-06
- **Received from:** Lorraine Jupiter
- **Amount:** $2,200
- **Twenty Two Hundred Dollars** 00/00
- **For payment of:** Rent
- **Amount due:** 2,200.00
- **Amount paid:** 2,200.00
- **Balance:**
- **Signature:** Raymond J. Zell

## Receipt No. 222275

- **Date:** 6-1-06
- **Received from:** Lorraine Jupiter
- **Amount:** $2,200
- **Twenty Two Hundred Dollars** 00/00
- **For payment of:** Rent
- **Amount due:** 2,200.00
- **Amount paid:** 2,200.00
- **Balance:**
- **Signature:** Raymond J. Zell

## Receipt No. 222274

- **Date:** 5-01-06
- **Received from:** Lorraine Jupiter
- **Amount:** $2,200 00/00
- **Twenty Two Hundred Dollars** 00/00
- **For payment of:** Rent
- **Amount due:** 2,200.00
- **Amount paid:** 2,200.00
- **Balance:**
- **Signature:** Raymond J. Zell

**RECEIPT**

date: 10-1-06    No. 222279

received from: Lorraine Jupiter    $ 2,200.00

Twenty-Two Hundred Dollars —— dollars

for payment of: Rent

| amount due | 2,200.00 |
| amount paid | 2,200.00 |
| balance | |

( ) cash
( ) money order   ( ) credit card
( ) check # _____

from _____ to _____

signature: [signed]

SC1188UV

### Louisiana Residential Lease Agreement

THIS LEASE AGREEMENT (hereinafter referred to as the "Agreement") made and entered into this **9th** day of **December, 2005**, by and between **Racquel Ezell** (hereinafter referred to as "Landlord") and **Lorraine Jupiter** (hereinafter referred to as "Tenant").

WITNESSETH:

WHEREAS, Landlord is the fee owner of certain real property being, lying and situated in **Orleans** Parish, Louisiana, such real property having a street address of **2640 Wisteria Street, New Orleans, LA 70122**(hereinafter referred to as the "Premises").

WHEREAS, Landlord is desirous of leasing the Premises to Tenant upon the terms and conditions as contained herein; and

WHEREAS, Tenant is desirous of leasing the Premises from Landlord on the terms and conditions as contained herein;

NOW, THEREFORE, for and in consideration of the covenants and obligations contained herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto hereby agree as follows:

1. **TERM.** Landlord leases to Tenant and Tenant leases from Landlord the above described Premises together with any and all appurtenances thereto, for a term of month to month, such term beginning on **December 19, 2005.**

2. **RENT.** The rent for month to month tenancy is **$2,200 per month**. $2,200 payable on the **15th** day of each month. All such payments shall be made to Landlord at Landlord's address **(2831 Burning Tree Lane, Missouri City, TX 77459)** as set forth in the preamble to this Agreement on or before the due date and without demand.

3. **DAMAGE DEPOSIT.** Upon the due execution of this Agreement **(December 9, 2005)**, Tenant shall deposit with Landlord the sum of **$2,200**, receipt of which is hereby acknowledged by Landlord, as security for any damage caused to the Premises during the term hereof. Such deposit shall be returned to Tenant, without interest, and less any set off for damages to the Premises upon the termination of this Agreement.

4. **USE OF PREMISES.** The Premises shall be used and occupied by Tenant and Tenant's immediate family, consisting of **Lorraine Jupiter**, exclusively, as a private single family dwelling, and no part of the Premises shall be used at any time during the term of this Agreement by Tenant for the purpose of carrying on any business, profession, or trade of any kind, or for any purpose other than as a private single family dwelling. Tenant shall not allow any other person, other than Tenant's immediate family or transient relatives and friends who are guests of Tenant, to use or occupy the Premises without first obtaining Landlord's written consent to such use. Tenant shall comply with any and all laws, ordinances, rules and orders of any and all governmental or quasi-governmental authorities affecting the cleanliness, use, occupancy and preservation of the Premises.


EXHIBIT D-7

5. **CONDITION OF PREMISES.** Tenant stipulates, represents and warrants that Tenant has examined the Premises, and that they are at the time of this Lease in good order, repair, and in a safe, clean and tenantable condition.

6. **ASSIGNMENT AND SUB-LETTING.** Tenant shall not assign this Agreement, or sub-let or grant any license to use the Premises or any part thereof without the prior written consent of Landlord. A consent by Landlord to one such assignment, sub-letting or license shall not be deemed to be a consent to any subsequent assignment, sub-letting or license. An assignment, sub-letting or license without the prior written consent of Landlord or an assignment or sub-letting by operation of law shall be absolutely null and void and shall, at Landlord's option, terminate this Agreement.

7. **ALTERATIONS AND IMPROVEMENTS.** Tenant shall make no alterations to the buildings or improvements on the Premises or construct any building or make any other improvements on the Premises without the prior written consent of Landlord. Any and all alterations, changes, and/or improvements built, constructed or placed on the Premises by Tenant shall, unless otherwise provided by written agreement between Landlord and Tenant, be and become the property of Landlord and remain on the Premises at the expiration or earlier termination of this Agreement.

8. **NON-DELIVERY OF POSSESSION.** In the event Landlord cannot deliver possession of the Premises to Tenant upon the commencement of the Lease term, through no fault of Landlord or its agents, then Landlord or its agents shall have no liability, but the rental herein provided shall abate until possession is given. Landlord or its agents shall have thirty (30) days in which to give possession, and if possession is tendered within such time, Tenant agrees to accept the demised Premises and pay the rental herein provided from that date. In the event possession cannot be delivered within such time, through no fault of Landlord or its agents, then this Agreement and all rights hereunder shall terminate.

9. **HAZARDOUS MATERIALS.** Tenant shall not keep on the Premises any item of a dangerous, flammable or explosive character that might unreasonably increase the danger of fire or explosion on the Premises or that might be considered hazardous or extra hazardous by any responsible insurance company.

10. **UTILITIES.** Tenant shall be responsible for arranging for and paying for all utility services required on the Premises.

11. **MAINTENANCE AND REPAIR; RULES.** Tenant will, at its sole expense, keep and maintain the Premises and appurtenances in good and sanitary condition and repair during the term of this Agreement and any renewal thereof. Without limiting the generality of the foregoing, Tenant shall:

    (a) Not obstruct the driveways, sidewalks, courts, entry ways, stairs and/or halls, which shall be used for the purposes of ingress and egress only;

    (b) Keep all windows, glass, window coverings, doors, locks and hardware in good, clean order and repair;

    (c) Not obstruct or cover the windows or doors;

2

(d) Not leave windows or doors in an open position during any inclement weather;

(e) Not hang any laundry, clothing, sheets, etc. from any window, rail, porch or balcony nor air or dry any of same within any yard area or space;

(f) Not cause or permit any locks or hooks to be placed upon any door or window without the prior written consent of Landlord;

(g) Keep all air conditioning filters clean and free from dirt;

(h) Keep all lavatories, sinks, toilets, and all other water and plumbing apparatus in good order and repair and shall use same only for the purposes for which they were constructed. Tenant shall not allow any sweepings, rubbish, sand, rags, ashes or other substances to be thrown or deposited therein. Any damage to any such apparatus and the cost of clearing stopped plumbing resulting from misuse shall be borne by Tenant;

(i) And Tenant's family and guests shall at all times maintain order in the Premises and at all places on the Premises, and shall not make or permit any loud or improper noises, or otherwise disturb other residents;

(j) Keep all radios, television sets, stereos, phonographs, etc., turned down to a level of sound that does not annoy or interfere with other residents;

(k) Deposit all trash, garbage, rubbish or refuse in the locations provided therefore and shall not allow any trash, garbage, rubbish or refuse to be deposited or permitted to stand on the exterior of any building or within the common elements;

(l) Abide by and be bound by any and all rules and regulations affecting the Premises or the common area appurtenant thereto which may be adopted or promulgated by the Condominium or Homeowners' Association having control over them.

12. **DAMAGE TO PREMISES.** In the event the Premises are destroyed or rendered wholly untenantable by fire, storm, earthquake, or other casualty not caused by the negligence of Tenant, this Agreement shall terminate from such time except for the purpose of enforcing rights that may have then accrued hereunder. The rental provided for herein shall then be accounted for by and between Landlord and Tenant up to the time of such injury or destruction of the Premises, Tenant paying rentals up to such date and Landlord refunding rentals collected beyond such date. Should a portion of the Premises thereby be rendered untenantable, the Landlord shall have the option of either repairing such injured or damaged portion or terminating this Lease. In the event that Landlord exercises its right to repair such untenantable portion, the rental shall abate in the proportion that the injured parts bears to the whole Premises, and such part so injured

3

shall be restored by Landlord as speedily as practicable, after which the full rent shall recommence and the Agreement continue according to its terms.

13. **INSPECTION OF PREMISES.** Landlord and Landlord's agents shall have the right at all reasonable times during the term of this Agreement and any renewal thereof to enter the Premises for the purpose of inspecting the Premises and all buildings and improvements thereon. And for the purposes of making any repairs, additions or alterations as may be deemed appropriate by Landlord for the preservation of the Premises or the building. Landlord and its agents shall further have the right to exhibit the Premises and to display the usual "for sale", "for rent" or "vacancy" signs on the Premises at any time within forty-five (45) days before the expiration of this Lease. The right of entry shall likewise exist for the purpose of removing placards, signs, fixtures, alterations or additions, but do not conform to this Agreement or to any restrictions, rules or regulations affecting the Premises.

14. **SUBORDINATION OF LEASE.** This Agreement and Tenant's interest hereunder are and shall be subordinate, junior and inferior to any and all mortgages, liens or encumbrances now or hereafter placed on the Premises by Landlord, all advances made under any such mortgages, liens or encumbrances (including, but not limited to, future advances), the interest payable on such mortgages, liens or encumbrances and any and all renewals, extensions or modifications of such mortgages, liens or encumbrances.

As to Landlord this 9th day of December, 2005.
LANDLORDS ("Landlord"):

Sign: _____  Date: 12/9/05
       Racquel Ezell

As to Tenants this 9th day of December, 2005.
TENANTS ("Tenant"):

Sign: _____  Date: 12/15/05
       Lorraine Jupiter

4