FOOD
# 4719.62

EXHIBIT
D-8

CLAIM
HO 80 2714
FOOD RECEIPTS

BENIHANA RESTAURANT
& SUSH BAR
9070 Research Bl d

10/17/2005
7:48 PM
Table 7/1                                              20011
Guests: 3

HIBACHI STEAK (3 @19.95)                               59.85
FRIED RICE (2 @2.50)                                    5.00
COKE (2 @1.25)                                          2.50
LEMONADE                                                1.25

Su tal                                                 68.60
Tax                                                     5.65

Total

ance Due            74.26
                    14 00
THANK YOU VERY MUCH.              5.26
IF USING CHECK CARD, A 30
TEMPORARY CUSHION MAYBE
APPLIED BY YOUR BANK.
GIFT CARDS NOW AVAILIB E

DOB: 10/29/2005
10/29/2005

$00
$27.51

90.
18.00
108.09

LORRAINE JUPITER
Claim #
HO 802714
7421 ARBOR DR
N.O, LA 70124

Total
$ 340.99

Fountains Stafford, TX
11295 Fountain Lake Dr.
Stafford, TX 77477

10/28/2005   7:15pm

S-A-L-E-S   D-R-A-F-T

| **** PREPARED FOOD ORDER # 778   ▸

CASHIER: 3247
STATION: 507

*** 01 Chicken Tender Combo      $8.25
***    01 Tenders Contain
***    01 32-oz Cup
***    01 Lwc Box
***    01 Cd Chicken Te

SubTotal:  $8.25
Tax:       $0.68
Total:     $8.93

TENDERED:
   CASH           $20.00

** TGI FRIDAY'S #0732 *
SUGARLAND
Date:        Oct23'05 03:56P
Card Type:   VISA
Acct #:      XXXXXXXXXXXX627
Exp Date:    XX/XX
Auth Code:   08165A
Check:       5960
Table:       14/1
Server:      41 JAY
             ERIC JUPITER

Subtotal:         90.1
TIP            $ 18.0
TOTAL       —  $ 108.1

** GUEST COPY

CLAIM #
HO802714

FOOD RECEIPT

**OASIS CANTINA**

6550 COMANCHE TRAIL
AUSTIN, TX 78732
512-266-2442

LORRAINE JUPITER

CLAIM #
HO802714
7421 ARBOR DR,
N.O., LA 70126

FOOD RECEIPTS

TOTAL# 226.52

```
KIP P          1923925
               Table  965
Thu 10/20/05 1:49 PM   Guests   3
-----------------------------------
  2 L-TEQ LIME CHIX    23.98
  1 L-ENCH CRAWFISH    10.99
-----------------------------------
            SubTotal   34.97
            Taxes...    2.54

        Total  37.51
                   6.0
VISA Amount Applied
VISA Amount Applied     2
```

Total

**Our Business Is Saving
Your Business Money.™**



**CLUB MANAGER STEVEN STEPPS**
( 281 ) 295 - 2500
Fax and Pull # (281)295-2523
STAFFORD, TX
10/04/05 14:22 1535 8246 085        1!
MEMBER 101-22533199683

**THANK YOU,**
SAM'S CLUB 8246

```
56850 PIZZA SLICE          1.88
      SUBTOTAL             1.88
   Tr  8.250 %             0.16
         TOTAL             2.04
      CASH  TEND           5.04
      CHANGE DUE           3.00
```

**# ITEMS SOLD 1**
TC# 2198 9612 8730 2449 2388

It get a Sam's Discover card holder?
Apply online at samsclub.com

```
PULLED CHICKEN            $1.25
PULLED CHICKEN           10.25
                         $4.09


           $5.19
```

*********************************
Birraporetti's Downtown
500 Louisiana    Order  57965
Houston TX 77002
Tel. (713) 224-9494

10/09/05  6:34 PM   Check  56332
Table  4   Cust  2    Waiter 238 Martha
G.
*********************************

```
1 VODKA TINI                7.00
  ABSOLUT                   1.00
1 OPEN LIQUOR              28.00
2 Grand Marnier            14.50
1 Mush caps sml             5.95
2 Coffee                    4.00
2 Small Mista Salad         3.90
2 Beef Filet               37.90
1 CHEESECAKE                6.00
  (COMP)                   -6.00

            Taxable:       52.75
            Non-Taxed:     49.50
                         --------
            Sub-total:    102.25
            Tax:            4.27
                         --------
```

**Total Due:  106.52**

+21.00

Thank you for visiting
!!! Birraporetti's !!!
Please come back soon
Or call for your next Delivery !!!

127.52

*********************************
R A Z Z O O ' S
**Stafford**
*********************************

54 Michael

```
Tbl 13/1    Chk 2306        Gst 3
         Oct03'05 05:21PM
---------------------------------
 WATER
1 Coke                      0.00
1 Hurricane Hu              1.89
1 Chickn Frd Chick          3.00
1 Stuffd Fish               8.49
1 Stuffd Shrimp             1.79
                           12.29

Food                       32.57
Beverage                    1.89
Liquor                      3.00
Tax collectd                2.84
06:07 Total ue             40.30
                            8.50
*********************************
```
We would love to hear from you!
Questions or Comments
$ 48 80
comments@razzoos.com

KFC

STORE #        6202

Ticket #3025

005 09-11                        6:42 PM
W150052 3 3 3025

Cashier: DAVID

```
  2P ML OR R/W           4.99
    Breast
    Wing
    + Sm Green Beans
    + Sm Crn
    + Biscuit
  2P ML OR R/W           4.99
    Breast
    Wing
    + Sm Green Beans
    + Sm Seas Rice
    + Biscuit
  2 ADD A MD DRINK       2.58
    + Md Pepsi Drnk

Tax                      1.04
EAT IN                 $13.60

$20 CASH               $20.00
Change                  $6.40
```

Thank You

Please Come Again Soon

---

DENNI GRANO'S
2700 S LOOP WES
HOUSTON, TX 77054
713-660-7380

Date:        Sep09'05 09:52PM
Card Type:   MC
Acct #:      XXXXXXXXXXXX1670
Exp Date:    XX/XX
Auth Code:   955509
Check:       4390
Check ID:    54
Server:      705 PM BAR
VSCA: Auth Driver
    FAIRWINDS TRAVEL AGENCY

Subtotal:         54.45

Tip: _____     10.00

Total: _____   64.45

Signature

I agree to pay above total
according to my card issuer
agreement.

*CLAIM #*
*HO802 714*
*7471 ARBOR DR*
*N.O, LA 90126*

---

*************************
R A Z Z O O ' S
Stafford
*************************

Date:        Oct03'05 06:10PM
Card Type:   a/MC
Acct #:      XXXXXXXXXXXX4675
Exp Date:    09/08
Auth Code:   D07047
Check:       2306
Table:       _/1
Server:      -A Mich_c
        LU    JUPITER

Subtotal:         28.30

Tip: _____      5 00

Total          33 30

Signature

*******************
Top Copy for Razzoo's
Bottom Copy for You
*******************

---

*Claim #*
*HO 802 714*
*LORRAINE JUPITER*

*FOOD RECEIPTS*

*Total*
*$ 333.19*

---

CHILI'S - NASA        168
MERCHANT ID
09/15/05   21:42:28 T010
RACHEL            CHK #287
                CHARGE 1

VISA
xxxxxxxxxxxx6277
JUPITER/ERIC

     AUTH #      067695

CHARGE AMOUNT    149.16

TIP AMOUNT        30.16

   TOTAL          179.16

CUSTOMER COPY
WE WELCOME YOUR COMMENTS
PLEASE CALL US AT 1-800-983-
OR VISIT US AT WWW.CHILIS.

*FOOD RECEIPTS*
*Total*

---

** TGI FRIDAY'S #0732 **
SUGARLAND
Date:        Sep25'05 02:51PM
Card Type:   MASTERCARD
Acct #:      XXXXXXXXXXXX1670
Exp Date:    XX/XX
Auth Code:   677353
Check:       607
Table:       20/1
Server:      32 LEO D
    FAIRWINDS TRAVEL AGENCY

Subtotal:         35.68

TIP            $   7.00

TOTAL          $  42.68

** GUEST COPY **

Italian Pie
5538 Magazine St.
New Orleans, LA 70115
(504) 894-0005

NOV 05, 2005 07:53PM

TERM :        LK34035
MERCH:      00080107747
BATCH #:            41

REF #: 077
ACT #: **********6277
CARD : VISA

SALE:        $    34.06

TIP:              6 81

TOTAL:            84087

RETR ...: 6310018503115
APPROVAL CODE:    09429A

I AGREE TO PAY ABOVE
TOTAL AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT

SIGNATURE

TIP AT 15%    $    5.10
TIP AT 20%    $    6.81

JUPITER/ERIC

Thank You

*CLAIM #*
*HO 802714*

*HO 802714*

*LORRAINE JUPITER*

TOMMYS CUJ
746 TCHOURITC        ST
NEW ORLEANS, LA. 701

TERMINAL I.D.:    001056000800011718700

MERCHANT #:              8000!:7187

VISA                        SRV: 2
**********6277
SALE
BATCH: 000A26    INV:    000006
DATE: NOV 30, 05    TIME: 20:17

AUTH:    02542A

BASE            $68.04
TIP              14.00
TOTAL            $82.04

ERIC JUPITER

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

*CLAIM #*
*HO 802714*

*FOOD RECEIPTS Total 203.98*

LORRAINE
JUPITER

Claim #
H080714
7421 ARBOR dr,
N.O., LA 70126

Food Receipts

Total $6.13

SONIC DRIVE-TN #1196
thanks for stopping b
y!
(281)469-3282

11/1/05                     5:22 PM

TRAY # 1
OPERATOR 1

TKT 0310   STALL # ??     SHIFT: D

1 HAMBURGER              2.19
1   - ONION              0.00
1   - TOMATO             0.00
1   + MAYO               0.00
1 GR CK SLD              4.49
1 PC HMUST               0.00
1 TU BURG 50%           -1.10

  SUBTOTAL =   5.58
  TAX      =   0.46
  TOTAL    =   6.04

  TOTAL AMOUNT =  6.04
  CHANGE = 96 cents
Visit Powerhouse Gym @ 4799 Lexington

- 8 0 2 7 1 4

Claim #
H080714
7421 ARBOR dr.
N.O, LA 70126

Food Receipts $66.00

Total

AGER'S INTERNATIONAL
ALE HOUSE

Date: 11/6/05   Time: 8 41:35 PM

Status:         Approv d
 d Ty :        Visa
 d N. er:      XXXXX:  XXX6z/7
 i on Date:    8/31/20
 sult:         Sa c e

              1

 Amount       $8.02
 Tip          $4.80

 Total

$16.07
Out of $20.0
Change 3.93

CLAIM #
HO 802 714

7421 ARbOR Dr
N.O, LA 70126

TABLE ONE

Date: 11/20/2005          Time: 2:02:32 PM

Status:              Approv

Card Type:           Visa
Card Number:         XXXXXXXXXXXX6277
Expiration Date:     8/31/2007
Swipe/Manual:        Swipe
Server ID:           22
Server Name:         Alli
Check Number:        141883
Check Name:

Tab Number:          3
Profit Center ID:    3
Profit Center:       Table Sales
Number Of Covers:    2
Persons:             1
Card Owner:          JUPITER/ERIC

TOTAL        40.33

TIP          8.00

TOTAL        948.33

---

BYBLOS

Date: 11/20/2005     Time: 8:2

Status:              Approved

Card Type:           Visa
Card Number:         XXXXXXXXXXX
Expiration Date:     8/31/2007
Swipe/Manual:        Swipe
Server ID:           355
Server Name:         Zaineh
Check Number:        139440
Check Name:

Tab Number:          23
Profit Center ID:    3
Profit Center:       Table Sale
Number Of Covers:    2
Persons:             1
Card Owner:          JUPITER/ER

TOTAL        15.16

TIP          3 00

TOTAL        18.16

---

HMSHUST
FOOD C RT
GROVER CLEVELAND TRAVEL PLAZA

12 LUZ
-----------------------------------
1486  NOV11'05  1:54PM
-----------------------------------

1 BAKED BEANS REG       1.19
1 BREAST                2.79
  CASH                 10.00

  SUBTOTAL              3.98
  TAX                   0.24
  AMOUNT PAID     4.22
  CHANGE DUE            5.78

---

7421 ARbOR Dr
N.O, LA 70126
CLAIM #
HO 802 714

LORRAINE
JUPITER

---

KRISPY KREME #972
10460 W SAN HOUSTON PKW
HOUSTON, TX 77099

TIME  9:37 AM   DATE 11/25/05
TERM# 00001HLF  MERH 0087011600 57999
TRAN TYPE SALE
#xxxxxxxxxxxxx6277
CARD TYPE VISA
SEQ # 016
TICKET # 000002133
AUTH CODE 08694A

                        $14.42
             TOTAL

              3333
       CUSTOMER COPY

---

Food RECEipts
TOTAL $186.16



*LORRAINE JUPITER*

*C/AIM #*

*HO 802 714*

*7421 ARBOR Dr.*

*N.O, LA 7026*

**BYBLOS**

Date: 11/27/2005      Time: 7:33:48 PM

Status:              Approved

Card Type:           Visa
Card Number:         XXXXXXXXXXXx6277
Expiration Date:     8/31/2007
Swipe/Manual:        Swipe
Server ID:           355
Server Name:         Zaineh
Check Number:        140214
Check Name:

Tab Number:          21
Profit Center ID:    3
Profit Center:       Table Sales
Number Of Covers:    2
Persons:             1
Card Owner:          JUPITER/ERIC

TOTAL      **89.16**

TIP       *18.00*

TOTAL     */07.16*

Approval: 08286A

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

**CUSTOMER COPY**

---

CA ONE SERVICES INC.
✸✸ New Orleans Airport ✸✸
✸✸ Creole Carvery ✸✸

1033 Savitri S.
------------------------------
**2774 NOV08'05 11:34AM**
------------------------------

1 Prime Rib PB         7.95

   Subtotal            7.95
   Total Tax           0.91
   Total Paid...... **8.86**
   XXXXXXXXXX5295      XX/XX
   Amex               8.86

✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸
   PROVIDING CARE AND COMFORT
   TO PEOPLE AWAY FROM HOME
✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸
   Customer Service Feedback at
        www.CAIfeedback.com
     or call 1-800-610-4CA1
✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸

*CLAIM# HO802714*

---

*CLAIM #*

*HO802714*

**Boston Market**

JOY - The feeling you get when
you don't have to cook for the holidays.
Boston Market offers solutions for take
home and catering during the holidays.

Visit www.BostonMarket.com
or call 1-866-930-9990 to find out more.

2005 11 24                    6:37 PM

1/2 Ckn /2sd                  6.49
Cornbread
Creamed Spinach
New Potatoes
Regular Drink                 1.39

Eat In
8.25% Tax                     .65
Amount Due                 $8.53

                           $10.00
                            $1.47

*CLAIM #*

*HO802714*

$7.63
out of 10.00
2.37

*FOOD RECEIPTS*

*Total $132.18*

Food Receipts

C/aim # Lorraine Jupiter
HQ 808 714
7441 ARBOR Dr.
N.O., LA 70136

**Guest Receipt**

| Date | Amount | Guests | |
|------|--------|--------|---|
| 12/1/05 | 28.50 | 2 | 630631 |

Tip 6.00
$34.50

---

**Guest Receipt**

| Date | Amount | Guests | |
|------|--------|--------|---|
| 12-3-05 | 13.50 | 1 | 836640 |

Tip 450
13.50
$13.50

---

**RUBY TUESDAY**
3903

Credit Card Voucher
- - - - - - - - - - - - - - - - - - - - -
Date:          Nov08'05 07:49PM
Card Type:     Visa
Acct #:        XXXXXXXXXXXXX4675
Exp Date:      XX/XX
Auth Code:     853639
Check:         3413
Table:         606/1
Server:        511 Jen
               LORRAINE JUPITER

Subtotal:      17.85
Gratuity:      3.50
Total:         $21.35

Signature _____

GUEST COPY
(please retain for your records)

---

**GRAND BUFFET**
800 S CLEAR VIEW PKW
HARAHAN, LA. 70123

TERMINAL I.D.: 0075400000013302585380
MERCHANT #: 888133928763

VISA
XXXXXXXXXXXXX4675
SALE
INV: 000076
BATCH: 000560
DATE: DEC 07, 05    TIME: 15:19
AUTH: D90789

BASE           $15.83
TIP            3.00
TOTAL          $18.83

LORRAINE JUPITER

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

---

LA COTE BRASSERIE
****Credit Card Voucher*****
8 8 8 401 8 8 8

New Orleans, La.
504-613-2350
www.lacotebrasserie.com

CHECK:      6878
TABLE:      12/1
SERVER:     53 JENNIFER
DATE:       DEC04'05 9:45AM
CARD TYPE:  VISA/MASTERCARD
ACCT #:     XXXXXXXXXXXXX6277
EXP DATE:   XX/XX
AUTH CODE:  05469A

SUBTOTAL:   $ 26.34
GRATUITY:   $ 5.50
TOTAL:      $ 31.84

SIGNATURE _____

---

**SALE RECEIPT**
Store #14873   tko  12/01/05 15:17:58
Subway Sandwiches & Salads
2000 ST. CHARLES
LA 70130

New Orleans
(504)524-0801
Trans# 168 Clerk 2  Dwr 1 TRD1 12010
Receipt # 0000315214 Reg-ID REG-MAIN
PRICE MEMO PLU
--- ITEM --- QTY
ROAST BEEF  1 1 $    5.59
221

SUBTOTAL   $    5.59
Sales Tx   $    0.55
TOTAL **   $    6.14
AMT TEND   $   14.00  Cash
TAKE-OUT
CHANGE DUE $   14.00

Thank you for making Subway
the World's Best Sandwich!



**APPLEBEE'S**
NEIGHBORHOOD GRILL & BAR
5603 Highway 6
Missouri City, Txa 77459
(281)208-9779

ARLENE B                    TB#81
DATE: 05-14-06 TIME: 09:37 PM GUESTS: 3

CARD TYPE: VISA
CARD NUMBER: ************9387
APPROVAL CODE: B22459
Merchant ID:
Trans Type: Auth
Tracking ID: 3112

Amount:              29.71

Tip:                 6 00

Total:              35.71

Panda Express # 1017
501 W. McDermott Dr.
Allen, TX 75013
                    12:49:42 PM
          Server: Sugey U
00794
TEM COMBO                5.29
ried / Rice
CK ORANG
GAR SHRIMP ASP          1
afina
     SubTotal          7.78
     Tax                 4
  Total                 .2

Visa                  8.42
Acct:XXXXXXXX09387
AuthCode:107604          2 00
                       10 42

WE'D LIKE YOUR COMMENTS
CONTACT PANDA AT 800-877-8988
WE DO CATERING 972-390-8969



LUCY'S
RESTAURANT

64 TALIA
‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑
CHK 404      JUPITER      GST 0
         NOV13'05 08:23PM
‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑

         TAKE-OUT
   1 ABSOLUT           5.00
     * MARTINI         1.00
   1 TENDER BASKET     6.95
   1 ABSOLUT           5.00
     * MARTINI         1.00
   1 ABSOLUT           5.00
     * MARTINI         1.00

   SUBTOTAL           24.95
   TAX                 2.44
   TOTAL DUE          27.39

                    600
                   33.39

TOMMY'S CUISINE

CHK 905        GST 2
NOV30'05 06:57PM

                      12.00
                       3.50
VEAL REMOULADE        11.50
SHP LINGUINE          35.00

LIQ SALES             50.00
WINE SALES            12.00
BAR TAX                6.04
TAX                   68.04
AMT DUE               14.00
                      $82.04

PLEASE COME BACK AGAIN SOON.
LOVE FOR DINING WITH US!!!

10.00
5.55

- 40808 114

Dup

$ Cafe and Ginger,
Pel Ginn... suite H
Houston, TX

Rob. :

+ Gratuity:   $2.00

Total   $19.68

... for dining at Sa... 
... afe and Ginger.
... to Home Office
    905 875 12...

DE MTC #11

TBL 111    GT 05    17 5

.00
5.00
7.00
1.75
1.5

SUBT...    20.25
TAX    1.97
TOTAL   22.22

500

$27.22

OLIVE GARDE
13 ...

DEC 13, 2005

NAME    : JUPITER SRD.
VS      : ***********2
AUTH CODE : 09342A
SERVER  : MAURICIO G
CHECK   : 8334

AMOUNT           $54.5

TIP              10.00

TOTAL            64.59

DEC 13

Pleas:







$8.00
$48.33

$59.26
1000

Total

51.31
10.00
$41.31

942.68

$10.00
$61.31

Tir Too

12/11/05

REPRINT TICKET

REGINELLI'S GARDEN
3244 MAGAZINE ST.
NEW ORLEANS, LA 70118
(504) 895-7272
***FREE DELIVERY***

DINE IN # 49
Dec 11,2005 04:33
SERVER: MELISSA
TABLE: 34
# IN PARTY: 2

| | | |
|---|---|---|
| 1 | LG CAESAR SALAD CHICKEN | 8.50 |
| 1 | MUFFALETTA | 7.25 |
| 1 | ICED TEA | 1.50 |
| 1 | BARQ'S ROOT BEER | 1.50 |
| | Sub Total | 18.75 |
| | Tax | 1.83 |
| | Total | 20.58 |

PARTY OF SIX OR MORE 18% GRATUITY
SORRY NO SPLIT CHECKS
THANK YOU
PLEASE COME AGAIN
WWW.REGINELLIS.COM

4 00
24.58

4 00
21,68

12/5/05

81.72
1600

# Applebee's

**APPLEBEE'S**
NEIGHBORHOOD GRILL & BAR
1220 S. Clearview Pkwy
Harahan, LA 70123
(504) 734-0042

1/29/06

CARD NUMBER:   ***********6277
EXP DATE:       **/**
APPROVAL CODE: 067708

AMOUNT :        9.12

TIP :           200

TOTAL :        11.12

---

0392
Server: MICHAEL S
01/14/06 22:26, Swiped   T: 80 1

ZEA ROTISSERIE & GRILL
(   ) -
MERCHANT #:

CARD TYP      ACCOUNT NUMBER
VISA          XXXXXXXXXXXX6277
Name: ERIC JUPITER
00 TRANSACTION APPROVED
AUTHORIZATION #: 06538A
Reference: 0114010000
TRANS TYPE: Credit Card SALE

CHECK :           35

TIP :

TOTAL :          42

---

400
21.50

---

2/15/06

ASE         26 00

IP        156 93

TOTAL

---

STEAK AND ALE RESTAURANT
3870 VETERANS MEMORIAL BLV
METAIRIE, L  70002
504-887  568
The Best Stea  se I

18
$ 103.3

d/

---

DER WILL PAY CARD ISSUER ABOVE
   PURSUANT TO CARDHOLDER AGREEMENT
       keep the

**APPLEBEE'S**
NEIGHBORHOOD GRILL & BAR
1220 S. Clearview Pkwy
Harahan, LA 70123
(504) 734-0042

1/29/06

CARD: GELINDA M VISA
DATE : 01-29 06 TiME  19:44 CTRL: 1946

CARD NUMBER   ***********6277
EXP DATE:     **/**
APPROVAL

AMOUNT :        106.01

TIP           12.00

TOTAL :        118.01

Cardmember agrees to pay total in
accordance with agreement governing
use of such card





Bennigan's
3010 Holiday Drive
New Orleans, LA 70131
504-394-2805
Date:        Apr02'06 06:29PM
Card Type:   MC
Acct :       XXXXXXXXXXXX1633
Exp  e:      XX/XX
Auth  de:    019623
Chec:        /67
Table:       26/1
Serve        54 sophia
VSCA  uth Driver
       ERIC P JUPITER

Subtotal:       59.90

Tip:_____   12 00

Total:_____ 71.90

Signature _____

---

Café ast

0238

TOTAL          47 15
               9 80
FOR DINING WITH U
(504)888-0078   56 15

---

WELCOME TO
STUCKEY'S EXPRESS
STUCKEY'S EXPRESS
703 HWY 28
LIVINGSTON   AL

Descr      Qty      am

<CUSTOMER COPY>
Y SUBWAY      1

Sub Total
         Tax
TOTAL         13
CREDIT $        16 0
E/VI

XXXXXXXXXXXX6277
ERIC JUPITER
St## 00005637  008
Inv# 3714981
Auth# 09625A

THANKS, COME AGAIN
REG# 0001 CSH# 006 DR# 01 TRAN# 12297
05/06/06  17:26:03       ST#  9

---

higan's 1954
3010 Holiday Dri
N  Orleans, LA
504-394-28

te

ate:       XX
th Code:   E-1297
Check:     2295
Table:
er:        114 CrystaF
Auth  ver
AIR       TRAVE  A  EY

otal:         63.80

              13 00

              76.80

Signature_____
I agree to pay above total
according to my card issuer
agreement.
16.0

Dino's Bar & Grill
1128 Tchoupitoulas St
New Orleans, LA 70130
504-558-0900

C O P Y
10/06/2006  13:0
Sale:

Transaction #        41
Card Type:    MasterCard
Acc:    **********1633
Entry:          Swiped
Bse Amt        32.44

Tip Amount  $   6.00

Total Amt  $ 37.44

Reference No.: 005003
Auth.Code:      218603
Respon. APPROVAL 218603

---

Cannon's
Restaurant
4141 St. Charles Ave.
N.O. LA. 70115
(504) 891-3200
*******************************
Date:       May22'06 08:42PM
Card Type:  Visa
Acct #:     XXXXXXXXXXXX6277
Exp Date:   08/07
Auth Code:  01112A
Check:      1998
Table:      S22/1
Server:     232 Michael
Ref Number: 614201002881

Subtotal:        84.73
Gratuity: _____

Total : ___ 25.00

---

0287
Server: JEFF S
06/25/06 21:15, Swiped  1: 112 Term:  7

ZEA ROTISSERIE & GRILL
(    )  -
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
MASTER CARD    XXXXXXXXXXXX1633
Name: JUPI
00 TRANSACTION APPROVED
AUTHORIZATION #: 117663
Reference
TRANS TYPE: Credit Card SALE

CHECK:            94.33
TIP:             20.00
TOTAL:          114.33

---

Panda Express # 1017
501 W. McDermott Dr.
Allen, TX 75013
18/2006            12:53:51 PM
r: 200796       Server: Sugey U
2-ITEM COMBO              5.29
  CHOW MEIN
  GAR SHRIMP ASP         1.00
  PK S_S
1 22 OZ SODA             1.19
       SubTotal          7.48
       Tax              ( 
     Total               8.10

Visa                     2.00
Acct:XXXXXXXXX          10.10
AuthCode:10839

WE'D LIKE YOUR COMMENT
TACT PANDA AT  1-877-8
WE DO CATERIN. 390-8969

Visit us at www.panda

SURVEY #01051017



TOTAL:  3.00

TIP:  .00

TRANS TYPE: Credit Card Sale
Reference: 071010000159
AUTHORIZATION #: 826334
00 TRANSACTION APPROVED
Name: EZEL
MASTER CARD
XXXXXXXXXXXX4795
CARD TYPE
ACCOUNT NUMBER

MERCHANT #:

ZEA ROTISSERIE & GRILL
(   )
0169

SALES DRAFT

LOOMA FARMS-WESTHEIMER
19850 WESTHEIMER
HOUSTON, TX 77042
TERMINAL 018777A

MC XXXXXXXXXXXX4633
MC: XXXXXXXXXXXXXXXX
AUTH. TRANS. ID: 05MEHVY029
SALE INV# 5001I H82
INVOICE DATE 27E673
AUTH: 826334
$22.03

#123

THANK YOU! 34.08

JUN.30.06 16:05
LARA
TIP  4.00
30.08
TAX 1     $   2.73
SUBTOTAL  $  30.35
***  ALL  ***

1 BRANK BURGER
MED WELL
1 NO MUSHROOMS
1 ½S SW FRIES         1.50
BRANK BURGER          7.95
MED WELL
NO TOMATO
NO MAYO
NO MUSHROOMS
1 PATRON T PL
2 HC        SHC        12.95
PATRON T
1CATEIC HL

CHK# 446    JUN.30.06 16:58
TBL # 402   #005 TABLE
GST# 0     #180

DRY DOCK CAFE
133 DELARONDE ST.
ALGIERS POINT
NEW ORLEANS

45.36
008

3.4%
tax

Thank you

*************************************
* Customer Copy *
*************************************

Birraporetti's Downtown
500 Louisiana
Houston, TX 77002
(713) 224-9494

| | |
|---|---|
| Date: | 10/09/05 |
| Time: | 6:41 PM |
| Server: | 238. Martha B. |
| Order: | 57965 |
| Description: | Table 4 |
| Card Type: | Visa/MC |
| Card No: | ************6277 |
| Expires: | 0807 |
| Appr Code: | D2093A |
| Purchases: | $ 106.52 |
| Tip: | $ 21.00 |
| Total: | $ 127.52 |

JUPITER/ERIC

I agree to pay the above total amount according to the card issuer agreement.

Thank you for visiting
BIRRA PORETTI'S D

[illegible] VETERANS BLVD

Srvck: 42 21 27 07/13/06

[illegible] PLATTER w/pot bacon sour cream 8.99
0.00

[illegible] PLATTER w/potato sour cream w/spinach 8.99

Sub Total
TAX
TOTAL 19.55

THANK YOU

| AMT-TEND | CHANGE | TALLY |
|---|---|---|
| 20.00 | 0.45 | 19.55 |

19.55
4.00
23.55

07/13/06 21:27

12.00
7296

*CLAIM #*
*H0802714*
*@ 7421 ARbor DR,*
*N.O, LA 70126*



**APPLEBEE'S**
NEIGHBORHOOD GRILL & BAR
12740 South West Freeway
Houston, TX  77477
(281) 265-1415

USER: KEREN C MASTERCARD
DATE: 09-16-05 TIME: 23:03 CTRL: 24362
------------------------------------
CARD NUMBER:   ************1670
EXP DATE:      7.08
APPROVAL CODE: 062683

AMOUNT :          27.03
                   5 00
T                 32.06

TOTAL:

X. *Eric Jupiter*
Cardmember agrees to pay total in
accordance with agreement
use of such

*Lorraine Jupiter 9/16/05*

*LORRAINE JUPITER*

*7421 ARbor DR*
*N.O, LA*
*70126*

PAPPASITOS CANTINA
SUGARLAND, TX
67071730675

EP 24, 05                          APPR
                                     06

RIC JUPITER
***********6277
ISA                                ****

  SALE                             7550
C #                          TERMINAL #
374012                         24009160

         REFERENCE
           351

FOOD AND BEVERAGE

SE AMOUNT                        $79.55

P AMOUNT                          16.00

TAL                              $95.55

*Claim #*
*H0802714*
*Total Amt. $148.02*
*$ 190.70*

*Eric Jupiter*
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT