Gas Total 2599.35

EXHIBIT
D-9
tabbies

MURPHY USA 6570
323 W Interstate Dr
Jennings, LA 70546
/R 1 /S 2 /T 455 /C 1821
10/23/2005 20:15:06 Store#6570

1 Coke 1.19
1 UNL PLUS 67.71
Pump #7
24.720 GAL @ $2.739
SUBTOTAL 68.90
SALES2 .05
TOTAL 68.95
Credit Card 68.95

*** CHARGE ***
STORE ID #: MURC65700I
JUPTIER/ERIC
Acct#: XXXX XXXX XXXX 6277
Cd Type: VISA
Trv.#: 1938 Auth.#: 02485A

I AGREE TO PAY THE TOTAL AMOUNT ACCORDING TO THE CARD ISSUER AGREEMENT

* CUSTOMER COPY *

X..............................

THANK YOU FOR YOUR BUSINESS....

NOT A RECEIPT

Car Spa 0023
2801 Brazos St.
(713)523-5583

Sale # 12272616709, 10/27/2005, 05:25 PM
Shift# 1 23-PRESELL

| | | |
|---|---|---|
| 1 | Full Service Dlx | 16.99 |
| 1 | Full Serv Package | |
| 1 | Air FreshenerSvc | |
| 1 | Online Tire Svc | |
| 1 | Wheel Clean Svc | |
| 1 | Foam Polish Svc | |
| 1 | Velocity Svc | |
| 1 | Xtra Roller Svc | |

| | |
|---|---|
| **Subtotal** | 16.99 |
| **Tax** | 0.00 |
| **Total** | 16.99 |

Thank you for choosing Car Spa!

CarWash Sales Storey, Edell

**CAR# 9302**

7421 Arbor Dr, N.O., LA 70126
Gas Receipts

Claim #
H0802714
Lorraine Jupiter

Gas Receipts

SELLER'S ID

SELLER

NOTICE: DO NOT SIGN BEFORE READING THIS AGREEMENT OR IF ANY SPACES INTENDED FOR AGREED TERMS ARE LEFT BLANK. RETAIN THIS COPY. YOU MAY AT ANY TIME PAY OFF THE FULL UNPAID BALANCE UNDER THIS AGREEMENT.
I HEREBY ACKNOWLEDGE RECEIPT OF A COMPLETED EXECUTED COPY OF THIS AGREEMENT, INCLUDING THE CURRENT TERMS OF THE CREDIT CARD AGREEMENT REFERENCED ON THE REVERSE SIDE.

BUYER'S SIGNATURE
X

THE TERMS OF THIS AGREEMENT ARE CONTAINED ON BOTH SIDES OF THIS PAGE

CUSTOMER COPY

Total $115.57

GAS RECEIPTS

GENTILLY SPUR
3201 GENTILLY BLVD
NEW ORLEANS, LA 70122
(504)283-2779

COPY
11/20/2005 16:45:43
Sale:

Transaction # 112
Card Type: MasterCard
Acc: ************1670
Entry: Swiped
Total: 50.09

Reference No.: 422754950
Auth.Code: 086575
Response: APPROVAL 086575
Sequence Number: 0112

CUSTOMER COPY

THANK YOU !

H0802714
Claim #
~~5113267830~~
7421 ARbor Dr.
N.O., LA 70126

EXXON EXPRESS PAY

PAKCO #4
2560 LUTCHER DR
ORANGE, TX 77632

DLR# 4730362
PAKCO #4
ORANGE TX
11/24/05 12:36
ACCT#
*
INV# HZSS142
AUTH# 328162
PUMP# 4
Supreme 18.651G
SELF
PRICE/GAL $2.459
FUEL TOTAL $45.86

TOTAL $45.86

PAKCO #4
2560 LUTCHER DR
ORANGE, TX 77632

-THANK YOU-

XXXX XXXX XXXX 1670 MASTERCARD 11/07/05
AGENCY/FAIRWINDS TRAVEL 09:34
SHELL 27 541 606003
1101 VETERANS BLVD INV# 0348722
METAIRIE ,LA 7000[illegible] AUTH# 00066375

| ITEM | QTY | PRICE | AMOUNT |
|---|---|---|---|
| 2 Premium | 18.452G | 2.819 | 52.02 |
| | | [illegible] | 0.00 |
| | | | 52.02 |

Claim #
H0802714
7421 Arbor Dr
N.O., La 70126
Signature ~~LORRAINE~~ Jupiter

27 541 216704
SHELL
3313 CLEARY AVE
METAIRIE
LA 70002

Invoice # 0045682
Date 11/28/05
Time 03:06PM
Auth # 00363001

MASTERCARD Acct #
XXXX XXXX XXXX 1670
AGENCY/FAIRWINDS TRAVEL

| Pump | Gallons | Price |
|---|---|---|
| 02 | 19.296 | $2.519 |

| Product | Amount |
|---|---|
| Premium | $48.61 |

Total Sale $48.61

Earn 5% rebates
Everyday on
Shell gasoline with
the Shell MasterCard
Apply today.
1-877-My-Shell!

[illegible faded receipt]
PUMP [illegible]
PRODUCT [illegible]
GAL [illegible]
APPROVAL [illegible]

THANK YOU
HAVE A NICE DAY
504-241-4538
63.00

Total 203.80

LORRAINE Jupiter

CLAIM # H0802714

~~S~~ ...30

LORRAINE JUPITER

7421 Arbor Dr.
N.O., LA 70126

GAS Receipts

SAMS CLUB
351 Highway # 5
Tx 77478

| | |
|---|---|
| | 4753 |
| DATE: | 11/05/05 |
| TIME: | 09:24 |
| | 9416 |
| TRACE: | |
| ************1670 | |
| | 598855 |
| CODE: | |
| TRACE: | 91520250 |
| CODE: | |
| | 15 |
| PRICE/GAL: | $2.559 |
| NET/GAL: | $2.519 |
| QUANTITY: | 14.824 |
| FUEL TOTAL: | $37.34 |
| NET TOTAL: | $37.34 |

Thank you for your Patronage!
IT'S A BIG DEAL!!!
Come back soon...

JETGO 1
2822447737001
4888603136006277
ERIC JUPITER

| | | | |
|---|---|---|---|
| 11/08/05 | | | 08:47 |
| 07139 | | | 007139 |
| VS | | | EXP 08/07 |
| | | AUTH | 01952A |
| MERCH | FUEL QTY | FUEL PRICE | FUEL TOT |
| 9.84 | 25.009G | 2.759 | 69.00 |
| PUMP 1 | PLUS | | |
| MISC | CASHBACK | TAX | TOTAL |
| 0.00 | 0.00 | 0.83 | 79.67 |

SIGNATURE:____________________

I WILL PAY THE TOTAL, ACCORDING TO THE AGREEMENT WITH THE CARD ISSUER.

Claim #
H0802714

WELCOME

1D4834... 001
MEMONA EXPRESS
3117 MAIN
HOUSTON, TX

| | |
|---|---|
| DATE | 10/09/05 |
| TIME | 3:15 PM |
| AUTH # | 06257A |

VISA
ACCOUNT NUMBER
XXXX XXXX XXXX 6277
JUPITER/ERIC

| PUMP | PRODUCT | PPG |
|---|---|---|
| 04 | PREM | $3.059 |

| GALLONS | TOTAL |
|---|---|
| 8.876 | $27.15 |

THANK YOU
HAVE A NICE DAY

WELCOME

1D48342947-001
MEMONA EXPRESS
3117 MAIN
HOUSTON, TX

| | |
|---|---|
| DATE | 10/09/05 |
| TIME | 3:24 PM |
| AUTH # | 05394A |

VISA
ACCOUNT NUMBER
XXXX XXXX XXXX 6277
JUPITER/ERIC

| PUMP | PRODUCT | PPG |
|---|---|---|
| 03 | PREM | $3.059 |

| GALLONS | TOTAL |
|---|---|
| 10.723 | $32.80 |

THANK YOU
HAVE A NICE DAY

WELCOME TO
OUR STORE
24 241 463140
81T0512

SHELL
5401 TELEPHONE
HOUSTON TX 77087

| Descr. | qty | amount |
|---|---|---|
| <CUSTOMER COPY> | | |
| UNLD #4 | 6.828G @ 2.929/ G | 20.00 |
| MANUAL FUEL | | |
| | Sub Total | 20.00 |
| | Tax | 0.00 |
| | TOTAL | 20.00 |
| | CREDIT $ | 20.00 |

XXXXXXXXXXXXXXX7869
REMAINING BALANCE
INVOICE: 234492

GIFTCARD
$ 0.00
AUTH #: 123955

THANKS, COME AGAIN
REG# 0002 CSH# 002 DR# 01 TRAN# 22634
10/06/05 16:47:41 ST# AB123

Total
231.82

GAS RECEIPTS

Claim #

7421 ARbor DR
N.O, LA 70126

GAS Receipts

Claim #
H0802714

[signature]
[illegible] V JUPITER

LIC/PHS

[illegible] 026071
5355 CHEF HWY 7900
NEW ORLEANS LA 70126
A[illegible]**********5295
08/27/05 04:55 [illegible] 926267
MLSE TOTAL
33.34 33.34

APPROVED 885050

ON THE RUN CHIMNEY ROCK #67357
5702 WESTHEIMER
HOUSTON, TX 77057

**EXXON EXPRESS PAY**

WESTHEIMER RD, 4720280

HOUSTON, TX

8/29/2005 4:16:08 PM 7901

XXXXXXXXXXX5295 AMEX
JUPITER LORRAINE
INVOICE BTY5911
AUTH 795134

PUMP#4

| | |
|---|---|
| Supreme | 18.426G |
| PRICE/GAL | $ 2.719 |
| FUEL TOTAL | $ 50.10 |

----------
Total =$ 50.10

[illegible] $ 50.10

Credit

THANK YOU FOR SHOPPING AT EXXON
MARLBORO $2.79PK WHEN YOU BUY 3PKS
MONSTER AND DIET MONSTER 2 FOR $5

GAS RECEIPTS

Total $83.44

Claim # [illegible, crossed out]
7421 ARBOR DR.
GAS RECEIPTS
Claim # H0802714

REPRINT
0970

CAUSEWAY SHELL
3200 VETERANS BLVD
METAIRIE, LA. 7002

| | |
|---|---|
| 20 Oz Coff | $1.29T |
| 20 Oz Coff | $1.29T |
| c.f.diet c | $1.29T |
| NES CRUNCH | $0.89T |
| 3 X | $3.240 |
| Camel Filt | $9.72T |
| 3 X | $4.190 |
| Newport Mt | $12.57T |
| TOTAL | $29.42 |
| CASH | $30.00 |
| TL/NOTAX | $27.05 |
| TAX PD | $2.37 |
| CHANGE | $0.58 |
| RECEIPT NO. | 2-3041 |

THANK YOU
COME AGAIN

CIRCLE K #8165
4250 GREENWOOD RD
SHREVEPORT
LA
DLR# 00425322
DATE: 09/18/05

ERIC JUPITER
VISA ACCT#
XXXXXXXXXXXX6277
6HR09799R888
INV# 200550 08/07
REF# 921 86-016
AUTH#00-594442

PUMP# 4 SELF
UNL PLUS 8713.835G
PRICE/GAL $2.599

FUEL TOTAL $35.96

THANK YOU

THANKS FOR
SHOPPING AT
MAE MAE'S!

SHELL
2618 SO RUTH ST.
SULPHUR LA
RT# 91002981599

JUPITER/ERIC
VISA ACCT#
XXXX XXXX XXXX 6277

RCPT# 9-1709
INV# 1243013
AUTH# 0006983A

| | |
|---|---|
| PUMP# 7 | |
| Unleaded | 23.753G |
| SELF | |
| PRICE/GAL | $2.759 |
| FUEL TOTAL | $65.53 |
| TOTAL | $65.53 |

2618 S RUTH
SULPHUR LA.
70665

SUGAR CREEK SHELL
13747 S.W. FREEWAY
SUGARLAND TX. 77478

SALES RECEIPT
27 529 324108
SHELL
13747 SOUTHWEST FR
SUGAR LAND TX 77478
DATE 09/16/05 9:34 PM
INVOICE# 327866
AUTH# 041765
MASTERCARD
ACCOUNT NUMBER
XXXX XXXX XXXX 1670

PUMP PRODUCT $/G
04 UPOW $2.999
GALLONS FUEL TOTAL
19.246 $ 57.72

THANK YOU
COME BACK SOON

S[illegible]ERS WAY SHELL
[illegible]50 HWY 6 SOUTH
[illegible]

SHELL
[illegible]50 HIGHWAY 6
SUGAR LAND TX
[illegible] 7[illegible]4[illegible]70800

[illegible] 10:00:53
JUPITER ERIC
VISA ACCT#
XXXX XXXX XXXX 6277

RCPT [illegible]0-[illegible]406
INV# 0[illegible]63[illegible]59
AUTH# [illegible]00[illegible]068

| | |
|---|---|
| PUMP# 8 | |
| Unleaded | 14.665G |
| SELF | |
| PRICE/GAL | $2.719 |
| FUEL TOTAL | $39.87 |
| TOTAL | $39.87 |

THANK YOU
COME AGAIN!!

[illegible]
WELCOME, PRAY FOR
LOVE OF GOD AND
[illegible]
[illegible] 4[illegible]75
[illegible] SITE #73
[illegible] LA
9/28/05
[illegible] 1670 [illegible]
[illegible] 695
[illegible]
PRICE/GAL $[illegible]
FUEL TOTAL $31.[illegible]
TOTAL $3[illegible] 95
WELCOME, PRAY FOR
LOVE OF GOD AND
[illegible]
31.95

GAS RECEIPTS
Total $353.02

ON THE RUN SUGAR CREEK #60376
13233 DAIRY ASHFORD
SUGAR LAND, TX 77478

EXXON EXPRESS PAY

SUGARCREEK PLA, 4719878
13233 DAIRYASHF
SUGAR LA, TX

9/22/2005 8:44:03 AM 9602

XXXXXXXXXXXX1670 MCRD
AGENCY/FAIRWINDS TRAVEL
INVOICE B7A2767
AUTH 066119

| | |
|---|---|
| PUMP#2 | |
| Supreme | 3.866G |
| PRICE/GAL | $ 2.879 |
| FUEL TOTAL | $ 11.13 |
| Total | =$ 11.13 |
| CRIND Credit | $ 11.13 |
| Credit | |

THANK YOU FOR SHOPPING AT EXXON
MARLBORO $2.79PK WHEN YOU BUY 3PKS
CHECK OUT OUR GREAT MONTHLY BEER SPECIAL

Total $353.02

Claim #

H0802714.

Claim #

[illegible]

7421 ARbor Dr

Claim # [illegible]

7421 ARbor Dr.

GAS Receipts

WELCOME TO
LEE CIRCLE SHELL
919 ST CHARLES AVE
NEW ORLEANS LA 70130
504-566-0366

SHELL 44 398 615003
919 SAINT CHARLES AVE S1Q0518
NEW ORLEANS LA 70130

| Descr. | qty | amount |
| --- | --- | --- |
| <CUSTOMER COPY> | | |
| PREM CA #03 | 19.590G | 66.00 |
| | @ 3.369/ G | |
| | Sub Total | 66.00 |
| | Tax | 0.00 |
| TOTAL | | 66.00 |
| | CREDIT $ | 66.00 |

XXXX XXXX XXXX 6318 MASTERCARD
NAME: JUPITER/LORRAINE
INVOICE: 754481 AUTH #: 818895

THANKS, COME AGAIN
REG# 0001 CSH# 003 DR# 01 TRAN# 11245
10/14/05 14:58:31 ST# AB123

Gas Receipts

Total
$286.07

SALES RECEIPT
57 529 288805
SHELL
25777 I-10 WEST
HANKAMER TX
77560
INVOICE # 551770
DATE 10/29/05 00:12

AUTH # 07678A

VISA
ACCOUNT NUMBER
XXXX XXXX XXXX 6277

JUPITER/ERIC

| PUMP | PRODUCT | $/G |
| --- | --- | --- |
| 05 | MID1 | $2.589 |
| GALLONS | | TOTAL |
| 23.477 | | $60.78 |

THANK YOU
COME BACK SOON

JETGO
3720 MAGAZINE ST.
N.O.L.A 70115

JETGO 1

STATION NUMBER
22447737001

10/28/05 12:36
ERIC JUPITER
VS CREDIT
XXXXXXXXXXXX6277

PUMP# 4 PLUS
GALLONS 16.790
@ $2.859/GAL
FUEL $48.00

TOTAL $48.00

SEQ NUM 4857
AUTH# 09020A

THANK YOU
COME AGAIN

245CHARLES DISCOUN
3434ST.CHARLES AVE
N.O LA, 70115

ST.CHARLES DISCOUNT
3434 ST.CHARLES AV
N.O LA, 70115
STORE NUMBER
MURF121601

DATE: 10/20/05
TIME: 20:46:17
ERIC JUPITER
VISA XX/XX ACCT#
XXXX XXXX XXXX 6277

PUMP# 1
PLUS 17.248G
SELF
PRICE/Gal $2.899

FUEL TOTAL $50.00

TOTAL $50.00

INVOICE# 006213
AUTH# 01389A

504-891-8002
WE APPRECIATE
YOUR BUSINES

LORRAINE Jupiter
Claim # HO 802 714
7421 ARbor DR.
N.O, LA 70126

Claim# HO?

ST. CHARLES DISCOUNT
3434 ST. CHARLES AV
N.O LA. 70115

11/23/05 22:53
*** CHARGE *** VISA CARD

| ITEM | QTY | PRICE | AMOUNT |
| --- | --- | --- | --- |
| PLUS | 20.6156 | @ $2.499 | 51.52 |
| GENER. | 2 | @ $3.21 | 6.42 |
| PAPER | 1 | @ $0.50 | 0.50 |
| GROC. | 1 | @ $0.20 | 0.20 |

GAS

SUBTOTAL 58.64
TAX 0.60
TOTAL AMOUNT $59.24

CUSTOMER ACKNOWLEDGES RECEIPT OF PRODUCT AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARD ISSUERS AGREEMENT.

ACCT #: XXXX XXXX XXXX 6277 EXP: XX/XX
AUTH #: 05305A INVOICE #: 5576
CUST NAME: ERIC JUPITER
STORE NUMBER: HURF121601

CUSTOMER COPY

XXXX XXXX XXXX 1670 MASTERCARD 09/09/05
AGENCY/FAIRWINDS TRAVEL 22:21
SHELL 27 529 989405
2602 WEST LOOP 610 S. INV# 0651687
HOUSTON ,TX 77027 AUTH# 00963467

| Item | Sz Qt | Total $ |
| --- | --- | --- |
| V Power | 7 19.852G @ 3.079 | 61.12 |

TAX 0.00
TOTAL 61.12

SALE NO: 297357 EMPLOYEE: 8011

THANK YOU!

Receipts
GAS Receipt

GAS RECEIPTS

TOTAL 120.36

G/A 3

[illegible]
1520 VETERANS BLVD
METAIRIE, LA 70005

STATION NUMBER
2506615001

1/26/06 18:42
9 JUPITER
CREDIT
XXXXXXXXXXXX4675

PUMP 6
GALLONS [illegible]
@ $[illegible]
FUEL [illegible]

TOTAL [illegible]

CLG NUM 2777
[illegible] [illegible]7284

[illegible] 6480
[illegible] TO SEE
YOU AGAIN [illegible]

24.20

91.56

1/25/06

Das

DUPLICATE RECEIPT

GENTILLY SPUR
3201 GENTILLY BLVD
NEW ORLEANS,LA

01/09/06 16:45
PUMP 7 SUPER
GALLONS 18.973
@ $2.779/GAL
FUEL $52.73

TOTAL $52.73
CASH $52.73

TL/NOTAX $52.73
TAX PD $0.00
RECEIPT NO. 1-8875

THANK YOU....

GENTILLY SPUR
GENTILLY BLVD
NEW ORLEANS [illegible] 70122
(504) [illegible] 779

COPY

Sale

[illegible]

Total

Reference No [illegible]
Auth Code [illegible]
Response [illegible]
Sequence Number [illegible]

35.05

CUSTOMER COPY

THANK YOU [illegible]

38.83

GENTILLY SPUR
3201 GENTILLY BLVD
NEW ORLEANS LA 70122
(504) [illegible] 779

COPY

Sale

Transaction [illegible] 116
Card Type [illegible]
[illegible] 576
Entry Swiped
Total: 52.73

Reference No 02100524
Auth Code 28443
Response APPROVED 28443
Sequence Number 011

CUSTOMER COPY

THANK YOU
HAVE A NICE DAY

3/14/06
46.00

BARATARIA CHEVRON
BARATARIA BLVD.

MARRERO, LA 70072
504-341-6680

4915 BARATARIA

02/18/06

DUPLICATE OUTDOOR RECEIPT

$ 35.45

PRODUCT SUPUNL
GALLONS 14.536
PRICE/G $ 2.439

THANKS.COME AGAIN

2/3/6
Gas

50.00

EXXON EXPRESS PAY

VETERANS BOULE, 4738429

METAIRIE, LA

03/21/2006 3:18:39 PM 6405

MasterCard X1670 NCRQ
AGENCY/FAIRWINDS TRAVEL
INVOICE C1B2356
AUTH 844184

| | |
|---|---|
| PUMP#8 | |
| Supreme | 19.134G |
| PRICE/GAL | $ 2.599 |
| FUEL TOTAL | $ 49.73 |
| Total = | $ 49.73 |
| CRIND Credit | $ 49.73 |
| Credit | |

3/21/06

04/07/06 14:56

EXP 07/08

AIRWINDS AGENCY AUTH 286499

FUEL PRICE FUEL TOT

59.43

SIGNATURE

KENNER SPUR
3301 WILLIAMS

12:20:23
FAIRWINDS TRA AGENCY
M/C XX/XX ACCT#
XXXX XXXX XXXX 1670

PUMP# 9

| | |
|---|---|
| PRICE/GAL | $2.879 |
| FUEL TOTAL | $36.62 |
| TOTAL | $36.62 |

INVOICE# 006162

STUCKEY'S EXPRESS
HWY. 528
EIDELBERG,MS 39439
601-787-4272
OPEN 24 HOURS A DAY
TUCKY'S XPRESS LANE
904 HWY. 528
EIDELBURG MS

| Descr. | qty | amount |
|---|---|---|
| <CUSTOMER COPY> | | |
| SUPU CA #04 | 11.658G @ 2.999/ G | 34.96 |
| T GEN MERCH | 1 | 0.59 |
| T GEN MERCH | 1 | 5.99 |
| T DELI | 1 | 0.89 |
| | Sub Total | 42.43 |
| | Tax | 0.52 |
| TOTAL | | 42.95 |
| | CREDIT $ | 42.95 |

E/VISA
XXXXXXXXXXXX6277

Stn# 00212806 004
Inv# 0663214
Auth# 04374A

THANKS & COME AGAIN
REG# 0001 CSH# 004 DR# 01 TRAN# 18865
STH 301
05/06/06 08:57:40

YOUSUF CHEVRON
3400 FRANKLIN AVE

[illegible]

NEW ORLEANS

| Descr. | qty | amount |
|---|---|---|
| SUPU CA #03 | [illegible] | [illegible] |
| NEWSPAPER | | 0 |
| | SUB TOTAL | 43.[illegible] |
| | TAX | 0.0[illegible] |
| | TOTAL | 43.[illegible] |
| | CREDIT $ | 43.[illegible] |

XXXXXXXXXXXX4675 VISA

[illegible]

THANKS COME AGAIN
REG# [illegible] DR# 01 TRAN# [illegible]
04/30/0[illegible]

DISCOUNT VALUE
617 N BROAD
NEW ORLEANS, LA. 70016 0
000

C O P Y
04/21/2006 01:02:30
Sale:

Transaction # 12
Card Type VISA
Acct ************[illegible]
Entry [illegible]
Inv [illegible]
Total [illegible]

Reference [illegible]

Auth Code [illegible]

57.80

CUSTOMER

DUPLICATE RECEIPT

Discount Center
617 N.Broad
New Orleans la

05/10/06 16:08
PUMP 14 SUPER
GALLONS 14.235
@ $2.999/GAL
FUEL $42.69

TOTAL $42.69
LOCAL CR $42.69
2 M

[illegible] $42.69
[illegible] 1
RECEIPT NO. 1-0556

Thank you please
come back

DISCOUNT VALUE
617 N BROAD
NEW ORLEANS, LA. 70016 0
000

C O P Y
05/10/2006 05:15:42
Sale:

Transaction # 52
Card Type: VISA
Ac. ************1075
Entry: Swiped
Invoice # 7316
Total 42.69

Reference No: 005596419664
Auth.Code: 470948
Response: Success

CUSTOMER COPY

Lor.

YOUSUF CHEVRON
3400 FRANKLIN AVE
NEW ORLEANS LA 70122
YOUSUF CHEVRON
3400 FRANKLIN AVE
NEW ORLEANS LA

| Descr. | qty | amount |
|---|---|---|
| < DUPLICATE RECEIPT > | | |
| REGU CA #03 | 11.6826 | 32.70 |
| | @ 2.799/ G | |
| | Sub Total | 32.70 |
| | Tax | 0.00 |
| | Total | 32.70 |
| | CREDIT $ | 32.70 |

XXXXXXXXXXXX6318 E/MASTERCARD
LORRAINE JUPITER
Str# 00109021 002
Inv# 2119253
Auth# 715774

X
BUYER'S SIGNATURE ID

Tell us about your shopping experience by logging onto Survey.Chevron.com

THANKS, COME AGAIN
REG# 0001 CSH# 002 DR# 01 TRAN# 16865
05/31/06 12:36:13 ST# 001

EXXON EXPRESSPAY

'FIFRANS BOULE, A738425

METAIRIE, LA

03/21/2006 3:18:39 PM 6405

MasterCard X1678 NCRQ
AGENCY/FAIRWINDS TRAVEL
INVOICE C182356
AUTH 844184

| PUMP#8 | |
|---|---|
| Supreme | 19.134G |
| PRICE/GAL | $ 2.599 |
| FUEL TOTAL | $ 49.73 |
| | ---------- |
| | Total =$ 49.73 |
| CRIND Credit | $ 49.73 |

Credit

3/21/06

49.73

Gas

WELCOME TO
STUDEBAKERS TEXACO
TRAVEL PLAZA!

09/23/06 10:51
STN # 00302067

MASTERCARD

| AUTH# | 725222 |
|---|---|
| INV # | 6714022 |
| CREDIT | |
| PUMP#06 | SUPUNL |
| GALLONS | 13.783 |
| @ $2.599/GAL | |
| FUEL | $35.82 |
| TL/NOTAX | $35.82 |
| TOTAL | $35.82 |

THANK YOU!
PLEASE VISIT AGAIN
337-873-8100

YOUSUF CHEVRON
3400 FRANKLIN AVE
NEW ORLEANS LA 70122
YOUSUF CHEVRON
3400 FRANKLIN AVE
NEW ORLEANS LA

| Descr. | qty | amount |
|---|---|---|
| < DUPLICATE RECEIPT > | | |
| SUPU CA #04 | 19.239G | 58.85 |
| | @ 3.059/ G | |
| | Sub Total | 58.85 |
| | Tax | 0.00 |
| | Total | 58.85 |
| | CREDIT $ | 58.85 |

XXXXXXXXXXXX4675 E/VISA

Stn# 00109021 002
Inv# 2125446
Auth# E64108

X______________________________
BUYER'S SIGNATURE ID

Tell us about
your shopping
experience by
logging onto
Survey.Chevron.com

THANKS, COME (
REG# 0001 CSH# 002 DR# 0
07/03/06 15:34:00

40.00

4457 W.METAIRIE
METAIRIE,LA 7000
DISCOUNT ZONE
4457 W.METAIRIE
METAIRIE LA70001
STORE NUMBER
MURF121101
DATE: 10/08/06
TIME: 11:52:48
LORRAINE JUPITER
M/C XX/XX ACC
XXXX XXXX XXXX 63
PUMP# 1
SUPER 13.1
SELF
PRICE/Gal $2.
FUEL TOTAL $30
TOTAL $30
INVOICE# 009351
AUTH# 434934
(504)-780-2222
WE HOPE TO SEE
YOU AGAIN SOON



THANK YOU PLEASE
COME AGAIN SOON
409 296 4773

09/24/06 19:21
STN # 00209724

MASTERCARD

AUTH# 537617
INV # 2445220
CREDIT
PUMP#07 SUPER
GALLONS 18.928
@ $2.399/GAL
FUEL $45.41

TL/NOTAX $45.41
TOTAL $45.41

NO EXCHANGE/REFUND
ALL SALES ARE
FINAL...

Sale

VISA

Total: $ 38.00