Clothing

$1633.48

EXHIBIT
tabbies
D-10

LORRAINE JUPITER

Claim # H0802714

7421 Arbor Dr.
N.O., LA 70126

Clothing Receipts

JCPenney

JC PENNEY WEST OAKS
ONLY
ALL SALES ARE FINAL

023/2600/414605 WOR REGAN
QTY 1 50.00
Sale Disc -25.00
Total Discounts -25.00
Discounted Price 25.00
Net Sales/Return Value 25.00T
610/9622 RBK VERSA DMX
QTY 1 60.00
Sale Disc -24.00
Total Discounts -24.00
Discounted Price 36.00
Net Sales/Return Value 36.00T

Subtotal 61.00
Sales Tax 8.2500% 77082 5.03
Total 66.03

Total Items Sold: 2
Total Items Returned: 0
Your Total Savings Today: 49.00

Cash 70.00

Cash Change 3.97

Store: 2473 Term: 370 Tran: 4389
Date: 09/14/05 Time: 08:30 Assoc: 0721

VISIT OUR NEW STORE
KATY, TEXAS
OPENING OCTOBER 2005

Total $169.13

KMART STORE 4810
2940 VETERANS BLVD
METAIRIE, LA 70002
(504)834-5883

** WELCOME TO YOUR **
** KMART STORE 4810 **

CASHIER: DOROTHY

GENERAL MERCHANDISE
BODY BALL KT 24.99
40 QT COOLER 18.99

47.83

47.83
CHANGE

NUMBER OF ITEMS = 2

KVH SQI

11/22/05 3:48 PM 4810 01 7757 0040

Merchandise included in today's transaction may be returned or

WAL*MART
ALWAYS LOW PRICES.
Always.

WE SELL FOR LESS
MANAGER ERSKINE LOWE
( 703 ) 631 - 9450
ST# 2015 OP# 00002209 TE# 06 TR# 07075
AW STRTCH FL 066259956369 14.44 X
AW STRC FLC 066259956311 11.84 X
12 SPOOLS TH 007569130040 1.44 X
PANTY 009064948872 2.88 X
PANTY 009064937000 2.88 X
BLACK COMBO 065553306111 1.42 X
EMBELISHED C 070330473156 7.87 X
MCSUEDECLOG 007228455195 9.86 X
SUBTOTAL 52.63
TAX 1 2.500 % 1.32
TAX 3 2.500 % 1.32
TOTAL 55.27
VISA TEND 55.27
ACCOUNT # 4675
APPROVAL # 077722
TRANS ID - 017531516944556 8
VALIDATION - J8T6
PAYMENT SERVICE - E
CHANGE DUE 0.00

# ITEMS SOLD 8

TC# 7974 0610 5607 7613 8370

Scholarship Applications NOW ONLINE
Apply at (www.walmartfoundation.org)
11/10/05 23:42:47
***CUSTOMER COPY***

CLAIM ~~RECEI~~
#H0802714
~~#...2230~~
7421 ARBORD
N.O, LA 7012
LORRAINE JUPITER

Clothing Receipt

Burl... 

13 128460 09/07/05 21

471 13 28460 09/07/05

Zip Code: 77032

| | | |
|---|---|---|
| MENS t | 298-26624532 | $15.. |
| SWTSHR t | 561-46742955 | $12.95 |
| SWTSHR t | 561-46744113 | $9.98 |
| SPTSWR t | 769-37602510 | $1.49a |
| 33.5% Markdown | | $-0.49 |
| YOUR PRICE $1.00 | | |
| | | $1.49a |
| Markdown | | $-0.49 |
| YOUR PRICE $1.00 | | |
| SPTSWR t | 769-37602510 | $1.49a |
| 33.5% Markdown | | $-0.49 |
| YOUR PRICE $1.00 | | |
| ... t | 272-46074252 | $9.99 |

SPECIAL PRICING
Buy 3 for $3.00

| | |
|---|---|
| Subtotal | $51.94 |
| Tax | $4.29 |
| TOTAL | $56.23 |

Amounts Tendered
1 POS Check $56.23
Auth#: 430718 Doc #:

**Marshalls**

Post Oak ...
5000 Westheimer Road
Houston, TX 77056
(713) 626-1334

| | | |
|---|---|---|
| ~~05 - MISSY~~ | ~~004704009~~ | ~~3.00 T~~ |
| ~~15 - JUNIORS~~ | ~~005150819~~ | ~~10.99 T~~ |
| ~~05 - MISSY~~ | ~~005596379~~ | ~~3.00 T~~ |
| 16 - PETITES | 004167893 | 3.00 T |
| 30 - DRESSES | 000000062 | 7.00 T |

| | |
|---|---|
| SUBTOTAL | $32.99 |
| TX 8.25% STATE TAX | $2.72 |
| TOTAL | $35.71 |
| MASTERCARD | $35.71 |

***********1670 - 21.54
JRCHASE
WIPED
JTH# 425622
)/10/05 20:43:47
:FERENCE #: 00000000

$14.17

19.90
x 8.25
$21.54

9 0 6 0 8 0 2 0 1 3 9 1 3 0 3 6 3

ITEMS 5
1222
09/10/05 19:44:49 0608 02 0046 0139

REFUNDS WITHIN 30 DAYS WITH RECEIPT

Brand Names For Less. Every Day.

CHARLOTTE RUSSE
West Oaks Mall
1000 W.Oaks Mall Houston, TX 77082
(281) 597-9094

SALE ...63669 ... 95810
0318 09/... ...:11 PM

ASSOCIATE NUMBER ...

| | | |
|---|---|---|
| 1 | 401880022036 O.../LO | 9.99 |
| 2 | 401880022043 OXFORDS/LO | 9.99 |
| | Discountable Amount | 19.98 |
| | 40.00% DISC | -7.99 |
| | SUB TOTAL | 11.99 |
| | 8.25% | 0.99 |
| | TOTAL | $12.98 |
| | CASH | 50.00 |
| | CHANGE | 37.02 |

www.charlotte-russe.com

FACSIMILE

Claim #
H0802714

Total $83-38

CLAIM # H0802714
~~511 326 7230~~
7421 ARBOR DR.
N.O, LA 70126

Clothing Receipts
LORRAINE JUPITER

Total
$67.07

Claim #
H0802714

Old Navy Outlet - 2881
12634 Fountain Lake Circle
Stafford, TX 77477
Tel. (281) 240-1070
07:30:22 PM
Store: 02881

10/03/2005
Reg.: 003
Cashier: 1110957 SALE

| Item | Qty @ Price | Amount |
|---|---|---|
| LS STRP TRIM 825934 0001 | 1 @ 4.99 | 4.24 T |
| Trans. Discount 15% / 281 - Discount Code | | 0.75- |
| 3/4 CLLAR ANML 827066 0002 | 1 @ 4.99 | 4.24 T |
| Trans. Discount 15% / 281 - Discount Code | | 0.75- |
| BASIC POLO 438924 0003 | 1 @ 6.99 | 5.94 T |
| Trans. Discount 15% / 281 - Discount Code | | 1.05- |
| BASIC POLO 667814 0003 | 1 @ 6.99 | 5.94 T |
| Trans. Discount 15% / 281 - Discount Code | | 1.05- |
| BASIC POLO 438918 0003 | 1 @ 6.99 | 5.94 T |
| Trans. Discount 15% / 281 - Discount Code | | 1.05- |
| PK FEEDER POLO 813158 0003 | 1 @ 7.99 | 6.79 T |
| Trans. Discount 15% / 281 - Discount Code | | 1.20- |
| BASIC POLO 438926 0003 | 1 @ 6.99 | 5.94 T |
| Trans. Discount 15% / 281 - Discount Code | | 1.05- |
| 2IN1 TEE 826747 0002 | 1 @ 3.99 | 3.39 T |
| Trans. Discount 15% / 281 - Discount Code | | 0.60- |
| BUTFLY BLT HIP 827520 0007 | 1 @ 9.99 | 8.49 T |
| Trans. Discount 15% / 281 - Discount Code | | 1.50- |
| SS THRMAL VEE 825886 0001 | 1 @ 4.99 | 4.24 T |
| Trans. Discount 15% / 281 - Discount Code | | 0.75- |
| 3/4 PGMNT POLO 800415 0001 | 1 @ 7.99 | 6.81 T |
| Trans. Discount 15% / 281 - Discount Code | | 1.18- |

Total Discount 10.93-

| | | |
|---|---|---|
| Sub-Total | 61.96 | |
| T1 Taxable Amount | 61.96 | |
| T1 Tax (8.2500%) | 5.11 | |
| T1 Tax | | 5.11 |
| Total Tax | | 67.07 |
| Total | | 67.07 |
| Visa(S) | | 67.07 |

Account: 4675
Expires: 09/2008
Auth: D12874 (A)
Total Tendered
Due 0.00

Claim # H0802714

CLAIM # ~~[illegible]~~
7421 ARBOR DR
N.O, LA 70126
CLAIM # H0802714

**WAL★MART**
ALWAYS LOW PRICES.
Always

WE SELL FOR LESS
MANAGER FRANCISCO MACHUCA
( 512 ) 339 - 6060
ST# 1185 OP# 00005619 TE# 68 TR# 06436

| | | |
|---|---|---|
| PANTY | 009064948872 | 2.88 X |
| ST BRA | 064600729762 | 6.44 X |
| CHENILLE HAT | 078578958192 | 3.32 X |
| PHONE CASE | 080156635001 | 9.93 X |
| | SUBTOTAL | 22.57 |
| TAX 1 | 8.250 % | 1.86 |
| | TOTAL | 24.43 |
| | VISA TEND | 24.43 |

ACCOUNT #4675
APPROVAL #371277
TRANS ID -0085293797598570
VALIDATION -CQP2
PAYMENT SERVICE - E
CHANGE DUE 0.00

EFT DEBIT PAY FROM PRIMARY
ACCOUNT : 4675
24.43 TOTAL PURCHASE
REF # 529322653997
Wrong Pin Number

10/20/05 17:08:46

# ITEMS SOLD 4

TC# 1469 7492 6110 0452 5828

Visit Wal-Mart.com for vacation deals!
10/20/05 17:09:38

***CUSTOMER COPY***

Clothing RECEIPTS
LORRAINE Jupiter

Old Navy Outlet - 2881
12634 Fountain Lake Circle
Stafford, TX 77477
Tel. (281) 240-1070

10/24/2005 03:16:13 PM
Trans.: 3306 Store: 028
Reg.: 004
Cashier: 1215852

SALE

02881004330620051024

| | | |
|---|---|---|
| LS SHNYSTCH T | | 4.24 T |
| 817400 0002 | 1 @ 4.99 | |
| Trans. Discount 15% | 0.75- | |
| 281 - Discount Code | | |
| LS SHINYSTCH V | | 4.24 T |
| 108828 0002 | 1 @ 4.99 | |
| Trans. Discount 15% | 0.75- | |
| 281 - Discount Code | | |
| LOUNGE PANT | | 8.49 T |
| 442292 0002 | 1 @ 14.99 | |
| Item Discount | 5.00- | |
| AA BSC LOUNGE PANT | | |
| Trans. Discount 15% | 1.50- | |
| 281 - Discount Code | | |
| Total Discount | 8.00- | |
| Sub-Total | | 16.97 |
| T1 Taxable Amount | 16.97 | |
| T1 Tax (8.2500%) | 1.40 | |
| Total Tax | | 1.40 |
| Total | | 18.37 |
| Visa(S) | | 18.37 |
| Account: 4675 | | |
| Auth: A11907 (A) | | |
| Total Tender | | 18.37 |
| Change Due | | 0.00 |

Clothing Receipts
Total $119.85

RACK ROOM SHOES
12642 FOUNTAIN LAKE CIRCLE
STAFFORD, TX 77477

Str. Reg. Trx. Date
0295 00002 58160 10/03/05
Emp. 29558 08:50 PM

SALE

| EMP# SKU DESCRIPTION | PRICE TX |
|---|---|
| * GROUP DISCOUNT * | |
| 29558 1207880 MAE | 9.99 |
| STR DISC NEW$ = 39.99 | -20.00 |
| 29558 1330666 LISA | 29.99 |
| STR DISC 50% = 19.95 | -10.00 |
| STR DISC NEW$ = 39.99 | -10.00 |
| 2 ITEMS SUBTOTAL | 39.98 |
| 39.98 TX TAX 8.250% | 3.30 |
| TOTAL | $43.28 |
| *********4675 VISA | 43.28 |

CARDHOLDER: LORRAINE

REGULAR $79.98 YOU SAVED $40.00

Exchange/Refund of Unworn Product
Within Thirty Days with Receipt Only



St: 2802 HILLC[illegible]

7639 Westheimer
HOUSTON, TX 77063

09/10/05 17:21:25 2802 6 243050

| Item | Qty | Price | Amount |
|---|---|---|---|
| SUN-LaundryDetCnlrSafeBleach28oz# | 1 @ | 1/99 | 0.9900 1 |
| FamilyCare-CottonBalls/150ct/#701 | 1 @ | 2/99 | 0.4950 |
| TECTRON-Hair&BeardTrimmer/4pc#HT5 | 1 @ | 1/99 | [illegible] |
| Mike&Ike-FruitsCandyTrop./8oz/#42 | 1 @ | 1/99 | [illegible] |
| ReadingGlassesFoldUpCompactAsst#6 | | 1/99 | [illegible] |
| ClingFree-PowdrFr[illegible] | [illegible] | 1/99 | [illegible] |
| [illegible]TortillaChips/12oz/#89 | 1 @ | 1/99 | 0.9900 |
| [illegible]PreWash&StainRmvr32# | 1 @ | 1/99 | 0.9900 1 |
| [illegible]SalsaHotThick&Chnky11.5#45 | 1 @ | 1/99 | 0.9900 |
| [illegible] Seal - Peggable/600ct/#n00 | 1 @ | 1/99 | 0.9900 1 |
| [illegible]amisoleUndiesAsst#58 | 2 @ | 1/99 | 1.9800 1 |
| [illegible]Cloth30ct#00 | 1 @ | 1/99 | 0.9900 1 |
| FENIMA LINGERIE LADIES BRAS/ASSTD | 1 @ | 1/99 | 0.9900 1 |
| OLAY-[illegible]BeautyBarSoap/3.5oz/#3793 | 1 @ | 1/99 | 0.9900 1 |

Tax 0.98

Total 15.34

Cash Paid: 20.00

Cash Change 4.66

Item Count: 15

PREMIUM GIFT BAGS AVAILABLE
EVERYDAY @ 2 FOR 99 CENTS ONLY

ROSS
DRESS FOR LESS
2555 TOWN CENTER BLVD
SUGAR LAND, TX 77479
Phone: 281-565-8383

| Item | Price |
|---|---|
| 400[illegible]234641 BLK 3/4 A/N/S DBL | 5.49 R |
| 400012224218 Blk Novelty bling | 10.99 R |
| 400011155438 BLK BISTR SIDE ZIP | 9.99 R |
| 400006615527 NY & CO PONTE PANT | 7.99 R |
| 400012605017 BRN/GRN GLEN PLD S | 10.99 R |
| 400012486180 BLK W/SILVER LUREX | 9.99 R |
| 400013379191 BLK STR CORD HTE F | 14.99 R |
| 400005949784 BROWN SPLIT NK W/ | 5.49 R |
| 400008234443 TAN 3/4 A/N/S DBL | 7.99 R |
| Subtotal | $83.91 |
| Taxable 8.250% | 6.92 |
| Total | $90.83 |

Number of Items Sold: 9
Number of Items Returned: 0
Number of Items Deleted: 0

Visa $90.83
Card No. XXXXXXXXXXXX4675 <S>
Expiration Date 09/08
Auth. No. 117397

Cardholder
Please Retain for Your Records

Receipt #: 0353-03-7194-5308-6
Tender Detail#: 1-01-7-08-009083
Visa 00

Receipt # 0353-03-7194-5308-6

1-01-7-08-009083

Store: 0353 Reg: 03 Tran: 7194
Date: 11/04/05 Time: 09:40 Assoc: 626132

Claim Receipts
# H0802714

7421 Arbor
N.O., LA 70126

Lorraine Jupiter

Clothing Receipts

Total
$106.17

Claim #
H0802714

Claim # ~~[illegible]~~ 30

7421 Arbor Dr.
NO, LA 70126
Claim # H0802714

Clothing Receipts

Lokraine Jupiter

total $50.59

Old Navy Outlet - 2881
12634 Fountain Lake Circle
Stafford, TX 77477
Tel. (281) 240-1070

10/21/2005 03:09:37 PM
Trans.: 4093 Store: 02881
Reg.: 003
Cashier: 1575028

SALE

02881003409320051021

SL RIBBED SHL 2.96 T
819817 0000 1 @ 3.48
Trans. Discount 15% 0.52-
281 - Discount Code

ULR FLARE 12.74 T
807026 0802 1 @ 14.99
Trans. Discount 15% 2.25-
281 - Discount Code

LS SOLID RIB V 5.93 T
825641 0002 1 @ 6.98
Trans. Discount 15% 1.05-
281 - Discount Code

Total Discount 3.82-

Sub-Total 21.63
T1 Taxable Amount 21.63
T1 Tax (8.2500%) 1.78
Total Tax 1.78
Total 23.41
Debit 23.41
Account: 2637
Auth: 68628 (A)
Audit Trace Number: 023065
Total Tender 23.41
Change Due 0.00

Return Policy
OLD NAVY OUTLET MERCHANDISE MUST BE RETURNED TO AN OLD NAVY OUTLET STORE LOCATION IN THE U.S.
Unwashed, unworn or defective merchandise may be returned at any time with or without a receipt. A full refund for price paid in the original form of payment is available if the original receipt is presented ...

it'sallinside.™

JCPenney

JCPENNEY #0549
LAKESIDE SHOPPING CENTER
3301 VETERANS BLVD
METAIRIE, LA 70002
504-837-9880

114/2350/010405 LG SNAG ROBE
QTY 1 44.00
Sale Disc -19.01
Total Discounts -19.01
Discounted Price 24.99
Net Sales/Return Value 24.99T

Subtotal 24.99
Sales Tax 8.7500% 70002 2.19
Total 27.18

Total Items Sold: 1
Total Items Returned: 0
Your Total Savings Today: 19.01

MasterCard 27.18
XXXXXXXXXXXX1670/XXXX/461250005 M

Cardholder acknowledges receipt of goods/services in the amount shown and agrees to pay for them according to credit contract with card issuer.

Store: 0549 Term: 191 Tran: 2325
Date: 12/05/05 Time: 06:52 Assoc: 0363

National Bra Fit Event Jan.8 -Jan 14
Make an appointment with a Fit Specialist in Intimate Apparel Today!

Visit our website at
www.jcpenney.com

12050505490191232500

Claim # HO 802714
7421 Arbor Dr.
N.O., LA 70126

Food Receipt

Total
$51.04

Lorkhine
Jup, Ter

**WAL★MART**
ALWAYS LOW PRICES.
*Always.*

SUPERCENTER
WE SELL FOR LESS
MANAGER DAVID ECKERMANN
( 713 ) 977 - 2099
2727 DUNVALE RD--HOUSTON, TX 77063
ST# 2066 OP# 00005661 TE# 13 TR# 04002

| Item | Code | | Price | |
|---|---|---|---|---|
| TORT CHIPS | 002242260712 | F | 1.00 | N |
| JACK FRST CP | 004116500152 | | 0.98 | X |
| MG 120CT NPK | 007331045000 | | 0.73 | X |
| INSTANT GRIT | 060538818725 | F | 1.38 | O |
| KLG CEREAL | 003800066330 | F | 2.50 | O |
| WAS 2.87 YOU SAVED 0.37 | | | | |
| SNACK CAKE | 007225001079 | F | 1.58 | O |
| PRINGLES | 003700037723 | F | 1.00 | N |
| 2 MILK | 007874235201 | F | 2.18 | O |
| SQZ MAYO | 002100064507 | F | 1.87 | N |
| KEN LT ONION | 004133500168 | F | 1.88 | N |
| MLD SALSA | 007874212780 | F | 1.25 | N |
| SALAD 12OZ | 009582904025 | F | 2.68 | O |
| HONEY TKY | 005190001605 | F | 2.92 | O |
| HAM | 005190001603 | F | 2.92 | O |
| SWISS ROLL | 007225090323 | F | 0.98 | N |
| 15OCT PLATE | 068113151328 | | 3.44 | X |
| FR MUSTA SQU | 004150000700 | F | 0.67 | N |
| ORANGES | 000000004014 | KF | | |
| WAS 0.28 YOU SAVED 0.08 | | | | |
| 4 AT 1 FOR 0.20 | | | 0.80 | O |
| BANANAS | 000000004011 | KF | | |
| WAS 0.48/lb YOU SAVED 0.10 | | | | |
| 2.06 lb @ 1 lb /0.38 | | | 0.78 | O |
| 3 PK TOMATO | 003338365504 | F | 1.00 | O |
| BREAD | 007225001738 | F | 1.44 | O |
| SUBTOTAL | | | 33.98 | |
| TAX 1 8.250 % | | | 0.42 | |
| TOTAL | | | 34.40 | |
| CASH TEND | | | 35.00 | |
| CHANGE DUE | | | 0.60 | |

# ITEMS SOLD 24

TC# 2001 6616 2145 3651 0216

Take care of your college student with
our reloadable Student Shopping Card
08/31/05 23:07:20

SUGARCREEK PLA. 4719
13233 DAIRYASHF
SUGAR LA. TX

09/29/2005 3:07:49 PM
Register: 1 Trans #: 7616 Op ID: 1151
Your cashier: Muluemebet

Works $ 8.00 **

Subtotal = $ 8.00
Tax = $ 0.00

Total = $ 8.00

Change Due = $ 0.00

Credit $ -8.00

XXXXXXXXXX1670 , MCKJ
AGENCY/FAIRWINDS TRAVEL
INVOICE BR30213
AUTH 252350
Credit
SHIFT 001178

I will pay the total amount according to the terms of ... with the card issuer.

MARLBORO $2.79PK WHEN YOU BUY 3PKS
CHECK OUT OUR GREAT MONTHLY
BEER SPECIALS

YOUR CAR WASH
CODE IS: 68811
EXPIRES IN 14 DAYS
** - Tax included in price

CiCi's Pizza #347
8366 Westheimer Suite F
Phone #713-789-0004

CICI'S 347 TERM 2
9/12/2005 3:31 PM
Day Ticket #126 RENEA
Ticket Ref #195088

* DINE IN *

2 x Buffet Adult $3.99=$7.98

Subtotal: $7.98
Sales Tax1: $0.66
Sales Tax2: $0.00
Amount Due:$8.64
Amount Paid: $10.00
Change Due: $1.36

Thank You!
Please come again!

Claim # 102714

**Marshalls**

Post Oak Center
5000 Westheimer Road
Houston, TX 77056
(713) 626-1334

| | | |
|---|---|---|
| JUNIORS | 005130810 | 5.00 T |
| )TAL | | $5.00 |
| .25% STATE TAX | | $0.41 |
| TAL | | $5.41 |
| SH | | $20.00 |
| 3E | | $14.59 |

9 0 6 0 8 7 8 4 7 1 2 1 3 0 3 7 3

3 1

1/05 15:49:23 0608 78 0030 4712

=FUNDS WITHIN 30 DAYS WITH RECEIPT

3rand Names For Less. Every Day.

**WAL★MART**
ALWAYS LOW PRICES.
Always

WE SELL FOR LESS
MANAGER MATTHEW WARE
( 281 ) 933 - 7800
ST# 0915 OP# 00005261 TE# 06 TR# 065

| | | |
|---|---|---|
| RICE | 001740010177 F | 2.36 |
| BC POWDER | 031015800916 | 4.88 |
| PT S/S BANDE | 078127505365 | 7.88 |
| PURITAN PANT | 070454359566 | 5.00 |
| MEMFOAM PLW | 084155002229 | 22.88 |
| S/S KNT SHT | 008408460433 | 11.37 |
| FARAH PANT | 001571246621 | 3.00 |
| | SUBTOTAL | 57.37 |
| ** VOIDED ENTRY ** | | |
| PT S/S BANDE | 078127505365 | 7.88 |
| | SUBTOTAL | 49.49 |
| PT S/S BANDE | 078127505365 | 5.00 |
| | SUBTOTAL | 54.49 |
| PURITAN PANT | 070454359566 | 5.00 |
| LEMPEP KOTIS | 007701302969 | 4.48 |
| | SUBTOTAL | 63.97 |
| TAX 1 | 8.250 % | 4.68 |
| | TOTAL | 68.65 |
| | MCARD TEND | 68.65 |

ACCOUNT #1670
APPROVAL #362143
TRANS ID -
VALIDATION -
PAYMENT SERVICE - A
CHANGE DUE 0.00

# ITEMS SOLD 9

TC# 7092 4695 0945 5529 9486

Hurricane Katrina Donations are now accepted at any register.
09/19/05 18:25:21

***CUSTOMER COPY***

CLAIM# H0802714
7421 ARBOR DR.
N.O, LA 70126

**mervyns**
BIG BRANDS, SMALL PRICES™

09/27/2005 07:58 PM

Return Before 12/26/05

| | | |
|---|---|---|
| 499038401574 MENS CAS SHOES | | 31.49 1T |
| Regular Price $39.99 | | |
| MERCHANDISE SUBTOTAL | | 31.49 |
| TRANSACTION DISCOUNT 10% | | 3.15- |
| | SUBTOTAL | 28.34 |
| TX 8.2500% on | 28.34 | 2.34 |
| | TOTAL | 30.68 |
| *1670 | MASTERCARD CHARGE | 30.68 |

*** YOU SAVED ***
$11.65

RECEIPT REQUIRED FOR REFUND, CREDIT, OR EXCHANGE WITHIN 90 DAYS OF PURCHASE.

Thank you for shopping at Mervyns

Clothing Receipt
LORRAINE JUPITER
Claim #
H0802714
Total
126-07

**WAL★MART**
ALWAYS LOW PRICES.
Always

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER DAVID ECKERMANN
( 713 ) 977 - 2099
2727 DUNVALE RD--HOUSTON, TX 77063
ST# 2066 OP# 00002770 TE# 30 TR# 08699

| | | |
|---|---|---|
| HANES BOXERS | 007533808328 | 6.97 X |
| HANES BOXERS | 007533808328 | 6.97 X |
| SUNGLASSES | 080653182146 | 5.00 X |
| | SUBTOTAL | 18.94 |
| TAX 1 | 8.250 % | 1.56 |
| | TOTAL | 20.50 |
| | CASH TEND | 20.50 |
| | CHANGE DUE | 0.00 |

# ITEMS SOLD 3

TC# 4913 2497 1637 9279 2122

Hurricane Katrina Donations are now accepted at any register.
09/12/05 13:17:06

**WAL★MART**
ALWAYS LOW PRICES.
Always

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER DAVID ECKERMANN
( 713 ) 977 - 2099
2727 DUNVALE RD--HOUSTON, TX 77063
ST# 2066 OP# 00003760 TE# 23 TR# 00549

| | | |
|---|---|---|
| NB S/S V TEE | 070330468995 | 5.00 T |
| NB S/S SCOOP | 070330468964 | 5.00 T |
| | SUBTOTAL | 10.00 |
| TAX 1 | 8.250 % | 0.83 |
| | TOTAL | 10.83 |
| | CASH TEND | 20.00 |
| | CHANGE DUE | 9.17 |

# ITEMS SOLD 2

TC# 5078 9442 8980 2603 6899

Take care of your college student with our reloadable Student Shopping Card
09/03/05 22:24:34

Clothes
it's all inside.
JCPenney
JCPENNEY #0549
LAKESIDE SHOPPING CENTER
3301 VETERANS BLVD
METAIRIE, LA 70002
504-837-9880
MESH BEAD
QTY 1
Clearance
Clearance
Extra %
Total Discounts
Discounted Price
Net Sales
1/10/06
Total
Net
Return Value
Tax 8.7500% 70002
Total Items Sold
Total Items Returned
Your Total Savings Today
MasterCard
goods/servi
the amount shown
agrees to pay
contract wit
01/07
Time
National Bra
Make an appointment
Intimate Apparel
Visit
40.23
86.90
29.87

T.J. MAXX
METAIRIE, LA
NEVER THE SAME PLACE TWICE

CUSTOMER SALE
...

ACCOUNT NUMBER
XXXXXXXXXXXX4675
REFUNDS WITHIN 30 DAYS WITH RECEIPT

Stein Mart

5300 Tchoupitoulas Street
New Orleans, LA 70115
(504)891-6377

8/5/2006 2:29:10 PM CST
Trans.: 5663 Store: 00022
Reg.: 002 Till:002
Cashier: 900504900 Sales: 900504900

SALE

Please Keep Your Receipt
Return Before 9/4/2006

*000220025663*

| | | |
|---|---|---|
| 120-FASHION PROMO | | 29.99 T |
| 14004451 | 1.00 @ 29.99 | |
| Sub-Total | | 29.99 |
| Tax 9.0% | | 2.70 |
| Total | | 32.69 |
| Visa (S) | | 32.69 |
| Account: 6277 | | |
| Exp: 08/2007 | | |
| Auth: 05493A (A) | | |
| Total Tender | | 32.69 |
| Change Due | | 0.00 |

Thank You For Shopping at Stein Mart
Once you go, you get it.

www.steinmart.com
Customer Copy

DRESS FOR LESS
1745 MANHATTAN BLVD.
Harvey, LA 70058
Phone 504-365-0608

| | |
|---|---|
| 400016746... ASST PRAM SL... | 6.00 R |
| 400001266095 NAVY SOLID POLOS.A | 7.99 R |
| 400013218636 WHITE SJB PIQUE | 7.49 R |
| 400013218636 WHITE SJB PIQUE | 6.99 R |
| 400015083082 ... and me | 6.99 R |
| 400009380318 WHI... CAM | 7.99 R |
| 400016008746 SJB STRIPED POLOS | 7.99 R |
| 400012158... BR PR ... | 9.99 R |
| 400016040919 S/L WHT/LT BLU ... | 5.99 R |
| 400010959056 FS ... SASH | 14.99 R |
| 400013665591 2PC ... DOT TIM | 5.99 R |
| Subtotal | $85.90 |
| Taxable 8.75% | 7.52 |
| Total | $93.42 |

Number of Items Sold: 11
Number of Items Returned: 0
Number of Items ...

Card No. ...4675
Auth. No. ...
Ref. No. ...
Cardholder
Please Retain For Your Records
Receipt # 0686 03 ...
Tender ...
...

1-01-1-01-003342

Store: 0686 Reg: 03 Tran. ...
Date: 03/28/06 Time: 04:48 Assoc: 508700

GERALYN served you today.
Please save this receipt
See back of receipt for return policy.
Special categories include sportscoats,
social dresses & select better sportswear.
Thank you for shopping at Ross!



[illegible]

[illegible]

41.96

171.71

[illegible]
[illegible]
[illegible]

[illegible]

[illegible] 0866 Reg: 02 [illegible] 5130
[illegible] 07/05/08 [illegible]

[illegible] served [illegible]
[illegible]
[illegible]
[illegible]
[illegible]dresses & [illegible] better sportswear
[illegible] shopping at Ross!
Please visit our website at
www.rossstores.com



KMART STORE 3423
1400 S CLEARVIEW PARKWAY
NEW ORLEANS, LA 70123
(504)733-5 0

** WELCOME TO YOUR
** KMART STORE 3423 **

IER: ALICIA

RAL MERCHANDISE
1338116 BE LDS 5.00
6400130 ACC HOSE 9.74
2815330 DENIM CABBIE A 4.49
0461499 VINYL ORG A 9.74

*** TAX 2.53 BAL 31.50
XXXXXXXX457
( APPROVAL 187656
NT DEBIT FROM CARD $51.50
NT OF CASH BACK $20.00
DEBIT 51.50
CHANGE 20.00

YOUR TOTAL SAVINGS: 8.00

NUMBER OF ITEMS = 4

ØLT KPD GDB ØØY FA2 27K

1/06 4:55 PM 3423 05 8850 3061

eplacement Plan for
s) 65976400130 was not
ased.
u decide within 30 days of
ase you would like the plan,
this receipt to the Service
at your local Kmart.

handise included in today's
saction may be returned or
anged before 05/21/06 with
receipt.

complete return & exchange policy
vailable at the Service Desk.

ice now available at Kmart
is a bag / Layaway open 10 - 7

ROSS DRESS FOR LESS
1745 MANHATTAN BLVD.
Harvey, LA 70058
Phone: 504-365-0608

***Begin Return***
Receipt Info: 0
0666-03-9147-6087-1 S
400010959396 FS VIOLET DRP SASH -14.99 0
07/00
Item Manual Tax - 8.750%

***Refund Tax Summary Information***
Refund Tax Rate 1: 8.7500% 1.31
Total Refund Tax $1.31

***End Return***

| | | |
|---|---|---|
| 400015190060 2 PC PJ DENT S/S C | 9.99 | R |
| 400015464765 SOLID S/S POLO 100 | 9.99 | R |
| 400014174115 N WHITE PIQUE | 9.99 | R |
| 400015258029 IVY PIQUE | 9.99 | R |
| 400016763782 B/W/P S/L BOATNECK | 3.99 | R |
| 400017220574 ASST LONG TIERED S | 9.99 | R |
| 400015259842 SHGW CHM S/L BLU/B | 8.99 | R |
| 400015260046 SHGW CHM S/L GRY/P | 8.99 | R |
| Subtotal | $56.93 | |
| Taxable 8.750% | 6.29 | |
| Total | $61.91 | |

Number of Items Sold: 8
Number of Items Returned: 1
Number of Items Deleted: 0

Debit $61.91
Card No. XXXXXXXX6318
Auth. No. 430555
Ref. No. S-000016472-1
Cardholder
Please Retain for Your Records
Final Tender: 00/00
Receipt #: 0666-03-1315-6101-8
Tender Detail#: 1-01-5-01-007822
Debit 07
Debit 00

Receipt # 0666-03-1315-6101-8

1-01-5-01-007822

Store: 0666 Reg: 03 Tran: 1315
Date: 04/11/06 Time: 07:46 Assoc: 535776

ROSS DRESS FOR LESS
1745 MANHATTAN BLVD.
Harvey, LA 70058
Phone: 504-365-0608

400016746154 ASST PEARL SL...
400001286098 NAVY SOLID POLOS A
400013218636 WHITE SJB PIQUE
400013218636 WHITE SJB PIQUE
400015383882 ...
400009360318 WHT ... CAM
400015008746 SJB STRIPED POLOS
40001215... ...
40001004... S/L ...
400010959396 FS VIOL... DRP SASH
400013655691 2PC ...
Subtotal
Taxable 8.750%
Total

Number of Items Sold: 11
Number of Items Returned: ...
Number of Items Deleted: ...

Card No. XXXXXXXX4675
Auth. No. 436...
Ref. No. ...000016049-1
Cardholder
Please Retain for Your Records
Receipt #: 0666-03-9147-6087-1
Tender Detail#: 1-01-1-01-009342
Debit 00

1-01-1-01-009342

Store: 0666 Reg: 03 Tran
Date: 03/28/06 Time: 04:46 Assoc:

GERALYN served you today.
Please save this receipt.
See back of receipt for return pol
Special categories include sportsco
social dresses & select better sport
Thank you for shopping at Ross!



KMART STORE 4810
2940 VETERANS BLVD
METAIRIE, LA 70002
(504)834-5883

** WELCOME TO YOUR **
** KMART STORE 4810 **

CASHIER: LESLIE
GENERAL MERCHANDISE
79399314452 EASY SHAPER

**** TAX 6.04
VF KMART CASH
**********************************

(8)Tender KMART CASH
$ 19.13 XXXXXXXXXXXXXXXX
Remaining Balance $
REGISTER#: 004 Tran#: 2820
**********************************
XXXXXXXXXXXX4675
DEBIT APPROVAL 881933
AMOUNT DEBIT FROM CARD $55.91
AMOUNT OF CASH BACK $.00
VF DEBIT
CHANGE

YOUR TOTAL SAVINGS 30.14

TOTAL NUMBER OF ITEMS = 1

Ø81 G2P IPU ØØR 99 1L1

03/08/06 6.20 PM 4810 L4 2820 00.2

The Replacement Plan for item(s) 79399314452 was not purchased
If you decide within 3 purchase you would like bring this receipt to the Desk at your local Kmart

Merchandise included in today's transaction may be returned or exchanged before 06/06/06 with receipt.

Return & Exchange ... the Service Desk

STAGE

Stage Stores #357
1745 manhatten Blvd.
Suite B
Harvey, LA 70058-3409
(504)227-8708

---

STORE: 00357 REGISTER: 003
ASSOC ID: Cynthia
ASSOC # 00000213650

---

CUSTOMER RECEIPT COPY

| | |
|---|---|
| SS DEEP VNK W/SLVR DTS R | 5.00 |
| 0829268734867 1 @ 5.00 | |
| OPEN CROCHET BEADED V-NE | 8.50 |
| 0670294866370 1 @ 8.50 | |
| SUBTOTAL | 13.50 |
| SALES TAX | 1.18 |
| TOTAL | 14.68 |
| AMOUNT TENDERED | |
| Master Card | 14.68 |
| ACCT: ************6318 | |
| EXP: ****** | |
| APPROVAL: 408533 | |
| TOTAL PAYMENT | 14.68 |

SALES TAX ANALYSIS

| CODE | RATE% | TAXABLE | TAX |
|---|---|---|---|
| LOCAL | 8.75000 | 13.50 | 1.18 |

Transaction: 1295 9/11/2006 7:03 PM

For questions on your Bealls, Palais Royal or Stage credit card please call 1-800-324-0324.

Customer Service is our priority! If you would like to give us feedback on your shopping experience, please call our customer service line at 1-877-737-8243 or visit our website at www.stagestores.com

Thank You For Shopping With Us!



T.J. MAXX
METAIRIE, LA
NEVER THE SAME PLACE TWICE

CUSTOMER SALE
9020 DEBIT #

72 GIRLS
700173 1@ 7.99
V1 CAREER
497043 1@ 14.99

2 ITEMS SUBTOTAL
22.98 TAX 1 LA 8.75%

TOTAL
DEBIT

ACCOUNT NUMBER
AAAAAAAAAAAA4070 0
REFERENCE NUMBER 172630

REFUNDS WITHIN 30 DAYS WITH RECEIPT

24.81

42.96

87.8

8/22.23

4.28

SIMPLY FASHION #119
800 SOUTH CLEARVIEW PKWY
HARAHAN LA 70123
(504)734-0934

SALE 988990 1 11901 84851
0119 06/16/06 01:08 PM

ZIP CODE : 761896

| | | |
|---|---|---|
| 1 | 498030005001 MISC ITEM | 1.00* |
| 2 | 421121135004 | 5.99 |
| | JEWELRY SETS | 3.99 |
| 3 | 421571160007 NECKLACES | |
| | 50.00% DISC | -1.99 |
| | DISCOUNT TYPE 2 | |
| 4 | 421110958003 | 1.99 |
| | CLIP EARRING | |
| | QTY 4 | 10.98 |
| | SUB TOTAL | 0.87 |
| | 8.75% | |
| | SALES TAX | $11.85 |
| | TOTAL | 11.85 |
| | MC | |

ACCOUNT NUMBER 6318
AUTHORIZATION NUMBER 454356
BANK REFERENCE NUMBER MDPUSZIJH

WE WANT TO HEAR FROM YOU
CALL US WITH YOUR COMMENTS

1-877-SIMPLY-6

VISIT OUR WEBSITE AT
WWW.SIMPLYFASHIONS.COM

---

Marshalls

.99

$0.87

TOTAL
MASTERCARD
************6318
RCHASE

AUTH# 113443
12/20/05 19:11:40
REFERENCE #:

10.86

---

Old Navy 5799
3301 Veterans Boulevard
Metairie, LA 70002
Tel (504) 837-8991

12/22/2005 05:21:04 PM
Trans.: 4899 Store: 05799
Reg.: 002
Cashier: 1615123

SALE

0579900248992005 1222

| | |
|---|---|
| M.AI WAIST BC | 14 49 1 |
| 957138 1001 1 @ 14.49 | |
| Sub-Total | 14.49 |
| 11 Taxable Amount | 14.49 |
| 11 Tax (8.7500%) | 1.27 |
| Total Tax | 1.27 |
| Total | 15.76 |
| MasterCard(S) | 15.76 |
| Account: 6318 | |
| Auth: 378101 (A) | |
| Total Tender | 15.76 |
| Change Due | 0.00 |

Return Policy
Defective merchandise may be returned at any time with or without a receipt in the country of purchase. Other items must be returned within 90 days from the original date of purchase with an original receipt for full refund in original form of payment. Other terms and conditions apply. Please see complete details in any Old Navy store or online at oldnavy.com.
Customer Copy

JCPENNEY #0549
[illegible]
504 [illegible]

| | | | |
|---|---|---|---|
| [illegible]4786004 [illegible]90020[illegible] | A? [illegible]ALM [illegible] | | |
| | QTY 1 | 29.99 | |
| [illegible] Disc | | 15.00 | |
| Total [illegible] | | -15.00 | |
| Discounted Price | | | 14.9[illegible] |
| Net Sales/Return Value | | | 14.99 |
| [illegible]4729[illegible]010000 | AZ [illegible] | | |
| Clearance QTY 1 | | [illegible] | |
| Clearance [illegible] | | 15.00 | |
| [illegible] % Off | | | |
| Total Discount: | | 15 [illegible] | |
| Discounted Price | | | [illegible] |
| Net Sales/Return Value | | | [illegible] |

[illegible] a Fit Event [illegible]
[illegible] with a [illegible]
in Int[illegible] [illegible]

Visit [illegible] at

[illegible]
[illegible] CITY, TX [illegible]
Phone: [illegible]

| | |
|---|---|
| [illegible] | 15.99 |
| [illegible] | 1.82 |
| [illegible] | $1[illegible].81 |

Number of [illegible]
Number of Items [illegible]
[illegible]

[illegible]
[illegible] 4561 [illegible]
[illegible]

Trans: 4[illegible]
[illegible] 6632[illegible]