November 27, 2007

Via Facsimile Only 592-8783

To:   Brent Klibert

From: Cassandra

Re:   Lorraine Jupiter v. Automobile Club Inter-Insurance Exchange
      USDC No.: 07-1689 L (3)
      Your File No.: 823.4547

Dear Brent:

In reference to your fax dated November 11, 2007 (copy attached) here are the answers supplied by Ms. Jupiter.

(A)
1. Sheraton Suites Houston, 2400 West Loop South, Houston, TX 77027
2. Merriott, Houston, TX.
3. Durury Suites, 13770 SW Freeway, Sugar Land, TX 77478
4. Renaissance Arts Hotel, 700 Tchoupitoulas Street, New Orleans, LA 70130
5. 2640 Westeria Street, NOLA
6. 4530 St. Ann Street, NOLA
7. 2830 Castiglione Street, NOLA

(B)
1. August 28, 2005 thru August 31, 2005
2. September, 2005 thru September, 2005
3. October, 2005 thru November, 2005
4. November 2005 thru January, 2006
5. January 2006 thru September, 2006
6. October, 2006 thru September, 2007
7. October, 2007 till Present

(C)   ~~"ALE" list attached~~

If you have any further questions, please feel free to contact me at 522-7791.

Thank you


EXHIBIT E