LORAINE JUPITER
Living Expenses
PRE-KATRINA
Jan. - Aug 2005

|   |   |   | MONTHLY AVERAGE |
|---|---|---|---|
| 1 | Mortgage | $6,216 | 777 |
| 2 | Utilities - Entergy | $1,600.00 | 200 |
|   | Water | $440.00 | 55 |
| 3 | Food | $2,080.00 | 260 |
| 4 | Gas | $980.40 | 122 |
| 5 | Cell Phone | 450.08 | 56 |

Loraine Jupiter                $1,470.00


EXHIBIT F