**LAW OFFICES OF ROY F. AMEDEE, JR.**
*ATTORNEYS AT LAW*
**228 ST. CHARLES AVENUE**
**SUITE 801**
**NEW ORLEANS, LOUISIANA 70310**

*Telephone: 504-592-3222*
*Facsimile: 504-592-8783*
*E-mail: Ramedeejr@Aol.com*
*Brent@Klibertlaw.com*

*ROY F. AMEDEE, JR.**
*BRENT A. KLIBERT*

*NOTARIES PUBLIC*

**MASTER OF LAWS*
*ENERGY AND ENVIRONMENT*

**November 17, 2007**

Thomas M. Richard
Chopin Wagar Richard & Kutcher
Two Lakeway Center
Suite 900
3850 N. Causeway Blvd.
Metairie, LA 70002

Dear Tom:

The answers to interrogatories previously provided to you are supplemented as follows:

In response to interrogatory number 3 subtracting out the attorneys' fees, we respond that after comparing it to the amounts AAA has tendered thus far, attorneys' fees actually were not subtracted out. Ms. Jupiter received $225,000 in flood for her dwelling and $31,500 for her contents from flood.

In response to interrogatory number 4 failing to provide an itemization of the damages we are contending entitlement to recover from AAA: contents lists and descriptions thereof have been previously provided by Ms. Jupiter via Mr. Feingerts. The description of the structural damages are also described in the expert report completed by Jim Cotter.

In response to providing a proof of loss, the expert report provide by Jim Cotter is being submitted as Lorraine Jupiter's proof of loss to her residence.

In response to interrogatory number 8 not being sufficient, I agree. I have received some supplemental information from Ms. Jupiter and I informed her that her most recent submission was not sufficient and needed to be supplemented again. She is currently working on the list.

EXHIBIT
tabbies
G

On another note, any future drafts made to Ms. Jupiter needs to have Roy F. Amedee, Jr.'s name on it. If only one attorney's name goes on the check, put Roy F. Amedee, Jr.'s, if you can put two names put Roy's and Bruce Feingerts. Roy and I are the attorneys who signed all the pleadings, so we want to make sure we are included.

With best wishes and kindest regards, I remain

Very Truly Yours,

Brent A. Klibert

FAXED
10-3-07

FEINGERTS & KELLY
A PROFESSIONAL LAW CORPORATION
ATTORNEYS AT LAW
ONE CANAL PLACE - SUITE 2700
365 CANAL STREET
NEW ORLEANS, LOUISIANA 70130

TELEPHONE (504) 568-1515
TELEFAX (504) 568-1521

October 3, 2007

Via Facsimile No. 836-9543

Thomas M. Richard, Esq.
Chopin Wagar Richard & Kutcher
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002

Re: Lorraine Jupiter vs Automobile Club
Inter-Insurance Exchange
USDC No.: 07-1689 L (3)
Your File No.: 823.4547

Dear Mr. Richard:

In response to your letter dated October 2, 2007, I will be in deposition all day on October 8, 2007 and will not be available on this day to discuss discovery matters with you.

As you know your client represented by Craig Morice asked us to participate in a Mediation today at 4:00pm at Maps and told us that you as counsel will appear with him at that time. We had another Mediation last week with Craig Morice and his counsel and we resolved it amicably and hope to do so with my client Lorraine Jupiter this afternoon with Auto Club Family Insurance Company.

I am a little perplexed as to why you object to having this Mediation your client requested and my client is more then willing to participate in order to amicably settle this claim. Is that not the best result for both parties? My client has waited over two years to resolve this matter and has suffered greatly from all of these delays. We were delighted with your client Craig Morice's offer for us to mediate at Maps and certainly hope you will help us to facilitate a settlement that may work for both parties.

EXHIBIT
tabbies
H

Re: Lorraine Jupiter vs Automobile Club
Inter-Insurance Exchange
USDC No.: 07-1689 L (3)
Your File No.: 823.4547

For your information I will be bringing our construction expert Jim Kotter, to the Mediation to answer any questions regarding our claims for wind and water intrusion damages to the structure and pricing of those repairs.

Please call me with any questions you may have on these matters. I look forward to meeting with you and Craig Morice at Maps today.

Sincerely,

Bruce L Feingerts

BRUCE L. FEINGERTS

BLF/cm

cc: Ms. Lorraine Jupiter

Quick & Associates, Inc.
Forensic & Consulting Engineers and Scientists

Leonard C. Quick, P.E.

January 29, 2007

Mr. Craig Morice
AAA Insurance Company
P.O. Box 66502
St. Louis, MO 63166

Re: Storm Damage Evaluation
Insured: Loraine Jupiter
Claim #: HO0000802714
D/L: 8-29-05 (Hurricane Katrina)
Subject: Report of Findings
Q&A File #: 065444

Dear Mr. Morice:

It has been speculated that the subject dwelling sustained wind damage and flood damage as a result of Hurricane Katrina, specifically storm shutter mullion displacement damage and the failure of the north brick veneer wall of the garage. The Jupiter dwelling is a two-story wood frame structure supported by a slab-on-grade foundation and is located at 7421 Arbor Drive, New Orleans, Louisiana. The front of the insured dwelling faces south.

Quick & Associates, Inc. was retained on November 6, 2006 by Mr. Craig Morice of AAA Insurance Company to determine if the claimed damage was a result of wind forces or storm surge/flooding associated with Hurricane Katrina.

During the course of our investigation, we inspected and photographically documented the existing conditions of the claimed damage, analyzed the forensic physical evidence and damage profiles, and interviewed Mr. Jim Cotter, the contractor retained by the insured. The investigation was performed on December 21, 2006 by Mr. Leonard C. Quick, P.E. Also present on the inspection was Mr. Chip Moore of Quick and Associates. It should be noted that Mr. Cotter stated that he included the removal and replacement of the damaged storm shutter in his original quote. This report has been prepared in the summary and conclusions format. However, our file will be maintained so that a more detailed report can be prepared and issued in the future if required.

## SUMMARY AND CONCLUSIONS

1. The storm shutter mullion displacement damage was a direct result of wind forces associated with Hurricane Katrina.

2. The forensic physical evidence revealed that the cause of the brick veneer wall failure at the north garage wall is a result of storm surge flooding/wave action and/or impact from floating debris related to the storm surge/flooding from Hurricane Katrina

Corporate Office: Alamosa Business Park • 21449 Marion Lane, Suite 6 • Mandeville, LA 70471
(985) 249-5130 • (985) 727-4500 • Toll Free 1-877-224-4500 • Fax (985) 249-5124 • Email: info@quickforensics.com
Florida Louisiana Texas

EXHIBIT
I

Mr. Craig Morice
January 29, 2007
065444
Page 2

2/2/07

Photographs taken during the course of our inspection have been attached to this report.

Our report is based on the information available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions, and to revise our opinions and conclusions if necessary and warranted.

Respectfully submitted,

QUICK & ASSOCIATES, INC.

Leonard C. Quick, P.E.
President

STATE OF LOUISIANA
LEONARD C. QUICK
REG. NO. 26878
REGISTERED PROFESSIONAL ENGINEER
IN
CIVIL ENGINEERING

Attachment: Photographs