Close

Allstate Insurance Group
PO Box 2964
Shawnee Mission, KS 66201-1364

**Allstate.**
You're in good hands.

Policy Num  :·
380058/:  ;

## Flood Dwelling Declaration - Endorsement

| Named Insured and Mailing Address: | Policy Period: **7/28/2005 to 7/28/2006** |
|---|---|
| **LORRAINE V JUPITER** | Policy Term: **One Year** |
| **7421 ARBOR DR** | Agent No: **025893** |
| **NEW ORLEANS, LA 70126-3026** | **MIKE SPEARS INS AGY** |
| **Payor: Primary Insured** | **1329 MILITARY HWY** |
| | **PINEVILLE, LA 71360** |
| | Agent Phone: **(318)767-1033** |

The building covered by this policy is located at the above mailing address unless stated below.
**7421 ARBOR DR**
**NEW ORLEANS, LA 70126-3026**

### Rating Description

| Property/Building | Contents Location |
|---|---|
| **Single Family** | Lowest floor only above ground level and hig  :· |
| **Two Floors** | **levels** |
| **No Basement / Enclosure** | (subject to III. Property Covered, Paragraph  ) |

Building constructed or substantially improved on or after **3/1/1973**

### Location Information

Community Name: **NEW ORLEANS/ORLEANS PARISH\***  No: **2252030115E**
Status: **Regular**  CRS Class: **8**  FIRM Zone: **A04**  Elevation Difference: **0**

### Coverage and Rating Information

| Coverage Type | Coverage Limit | Deductible | Rate | Deductible Adjustment | P | T L `) |
|---|---|---|---|---|---|---|
| Building | $225,500 | $500 | 00.77/00.08 | $0.00 | | 5 2: 00 |
| Contents | $31,500 | $500 | 00.72/00.12 | $0.00 | | 1 31 00 |
| | | | | ICC Premium | | 31 00 |
| | | | | Annual Subtotal | | 6 3! 00 |
| | | | | CRS Discount | | 31 3 90) |
| | | | | Federal Policy Fee | | 1 3! 00 |
| | | | | Total Premium | | 6 31 00 |

Attachments:

**FD0002**

**First Mortgagee**
**HIBERNIA NATIONAL BANK**
**PO BOX 61007**
**NEW ORLEANS, LA 70161-1007**

