# Swan Construction, Inc.

2224 Pass Rd. Suite 802
Biloxi, MS 39532
Phone (228) 388-6126
Fax (228) 388-6127

2245 Manhattan Blvd. Suite 106
Harvey, LA 70058
Phone (504) 263-1260
Fax (504) 263-1262

## ESTIMATE FOR WIND DAMAGES

Client: Lorraine Jupiter
Date of Occurrence: 8/28/05
Re: Hurricane Katrina

**PREAMBLE:**

In accordance with the authorization received from Lorraine Jupiter, we have conducted an investigation at 7421 Arbor Dr, New Orleans, Louisiana. Our investigation addresses the wind damages to the structure. The results of the investigation are hereby reported with our conclusion that hurricane force winds and flying debris caused significant wind damage to the roof and doors allowing wind driven rain to enter the structure damaging the interior of the home. There were damages to the storage shed, fences, and gazebo. The damages to the home & other items are addressed in our estimate.

**BACKGROUND INFORMATION:**

The highest sustained winds from Katrina are reported to be greater than 123 miles per hour with gusts reported up to 155 miles per hour. <u>Reference:</u> Geological Survey Rocky Mountain Geographic Science Center and NOAA.

**PURPOSE & SCOPE:**

The purpose of the investigation was to perform an on-site inspection and render a construction estimate for the wind damages to this property. The scope of our inspection and construction estimate included the following:

    * On-site inspection
    * Construction estimate
    * Pictures

**RESULTS OF THE INVESTIGATION:**

Based on our on-site inspection and evaluation we offer the following construction estimate to the wind damages to the above referenced property.

EXHIBIT
A

## SWAN CONSTRUCTION

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| | | Hurricane | $ 0.00 |

Insured: LORRAINE JUPITER

Home: 7421 ARBOR DR
NEW ORLEANS, LA 70126

Estimator: JIM KOTTER

Company: SWAN CONSTRUCTION

Business: 2224 PASS ROAD SUITE 802
BILOXI, MS 39531

Date of Loss: 08/28/05          Date Entered: 10/19/06

Price List: LANO2S6C
Restoration/Service/Remodel with Service
Charges Factored In
Estimate: 2006-10-19-1622

### Opening Statement:

DEAR LORRAINE JUPITER,

This is an estimate per your request, for the wind damages to your home.

Thank you for your business

THIS IS AN ESTIMATE FOR REPAIRS AT THE ABOVE REFRENCED PROPERTY BASED ON THE
ESTIMATOR'S EVALUATION OF THE DAMAGES.
THIS ESTIMATE PROVIDES ONLY FOR THE SPECIFIED REPAIRS AND DOES NOT INCLUDE ANY
PROVISION FOR HIDDEN OR OVER LOOKED DAMAGES OR CONDITIONS THAT ARE NOT PROVIDED
FOR HEREIN.
THIS ESTIMATE DOES NOT INCLUDE CODE UPGRADES.
THIS ESTIMATE DOES NOT INCLUDE LAW AND ORDINANCE ISSUES.
THIS ESTIMATE DOES NOT INCLUDE THE REMOVAL OF HAZARDOUS MATERIALS, SUCH AS LEAD OR
ASBESTOS.
THIS ESTIMATE DOES NOT INCLUDE THE SERVICES OF AN INDUSTRIAL HYGENIST.

DUE TO WHAT APPEARS TO BE MOLD WE RECOMMEND THAT THE SERVICES OF AN INDUSTRIAL
HYGENIST BE OBTAINED.
WE RECOMMEND THAT A PROTOCOL FOR MOLD AND/OR WATER REMEDIATION BE CREATED BY AN
INDUSTRIAL HYGENIST


EXHIBIT
A

10/09/2007  09:51  5045616034                    ROBERTS BAUDIER&DYE                      PAGE  04

## SWAN CONSTRUCTION

### 2006-10-19-1622
### Exterior



### Room: Roof

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Remove 3 tab - 25 yr. - comp. shingle rfg - incl. felt | 29.10 SQ | 43.93 | 0.00 | 1,278.36 |
| Remove Additional charge for high roof (2 stories or greater) | 21.44 SQ | 4.48 | 0.00 | 96.05 |
| 3 tab - 25 yr. - comp. shingle rfg - incl. felt | 33.67 SQ | 0.00 | 187.35 | 6,308.41 |
| Additional charge for high roof (2 stories or greater) | 24.67 SQ | 0.00 | 19.89 | 490.69 |
| R&R Drip edge | 270.00 LF | 0.28 | 1.71 | 537.30 |
| R&R Flashing - pipe jack | 6.00 EA | 5.96 | 29.51 | 212.82 |
| R&R Exhaust cap - through roof | 3.00 EA | 7.61 | 71.14 | 236.25 |
| R&R Roof vent - Power type | 1.00 EA | 47.90 | 195.54 | 243.44 |
| R&R Sheathing - plywood - 5/8" CDX | 160.00 SF | 0.47 | 1.80 | 363.20 |
| Ridge cap - composition shingles | 176.00 LF | 0.00 | 3.75 | 660.00 |
| Dumpster load | 1.00 EA | 774.00 | 0.00 | 774.00 |
| **Room Totals: Roof** | | | | **11,200.52** |



### Room: GUTTERS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Gutter / downspout - aluminum | 94.00 LF | 0.42 | 4.61 | 472.82 |

2006-10-19-1622

10/09/2007    09:51    5045616034                    ROBERTS  BAUDIER&DYE                    PAGE    05

## SWAN CONSTRUCTION

### CONTINUED - GUTTERS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Gutter guard/screen | 178.00 LF | 0.32 | 2.22 | 452.12 |
| **Room Totals: GUTTERS** | | | | **924.94** |



### Room: FRNT BALCONY

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Recessed light fixture | 3.00 EA | 0.00 | 0.00 | 211.20 |
| Temporary shoring post - Screw jack (per day) 4 screw jacks for 2 days to temporarily support roof while columns are detached & ceiling material is replaced | 12.00 DA | 0.00 | 31.31 | 375.72 |
| R&R AC plywood - 1/2" | 252.00 SF | 0.31 | 1.59 | 579.60 |
| Prime & paint exterior soffit - wood | 252.00 SF | 0.00 | 1.63 | 410.76 |
| R&R Crown molding | 42.00 LF | 0.57 | 3.18 | 157.50 |
| Paint crown molding - two coats | 42.00 LF | 0.00 | 1.11 | 46.62 |
| R&R 6" x 6" x 8' wood post - turned - detach & reset | 4.00 EA | 25.23 | 125.12 | 601.40 |
| Paint/finish - wood | 4.00 EA | 0.00 | 13.55 | 54.20 |
| Detach & Reset Porch handrail - cedar - detach & reset | 54.00 LF | 0.00 | 0.00 | 1,090.26 |
| Paint porch handrail | 54.00 LF | 0.00 | 11.85 | 639.90 |
| **Room Totals: FRNT BALCONY** | | | | **4,167.16** |

10/09/2007   09:51   5045616034                ROBERTS BAUDIER&DYE                PAGE   06

## SWAN CONSTRUCTION



### Room: REAR BALCONY

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Recessed light fixture | 2.00 EA | 0.00 | 0.00 | 140.80 |
| Temporary shoring post - Screw jack (per day) 4 screw jacks for 2 days to temporarily support roof while columns are detached & ceiling material is replaced | 12.00 DA | 0.00 | 31.31 | 375.72 |
| R&R AC plywood - 1/2" | 336.00 SF | 0.31 | 1.99 | 772.80 |
| Prime & paint exterior soffit - wood | 336.00 SF | 0.00 | 1.63 | 547.68 |
| R&R Crown molding | 42.00 LF | 0.57 | 3.18 | 157.50 |
| Paint crown molding - two coats | 42.00 LP | 0.00 | 1.11 | 46.62 |
| R&R 6" x 6" x 8' wood post - turned - detach & reset | 4.00 EA | 25.23 | 125.12 | 601.40 |
| Paint/finish - post - wood | 4.00 EA | 0.00 | 13.55 | 54.20 |
| Detach & Reset Porch handrail - cedar - detach & reset | 54.00 LF | 0.00 | 0.00 | 1,090.26 |
| Paint porch handrail | 54.00 LF | 0.00 | 11.85 | 639.90 |
| Metal Structure Installer - per hour - to repair metal porch floor @ 8 hrs. | 8.00 HR | 0.00 | 85.56 | 684.48 |
| **Room Totals: REAR BALCONY** | | | | **5,111.36** |



### Room: REAR PATIO

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Detach & Reset Recessed light fixture | 2.00 EA | 0.00 | 0.00 | 140.80 |
| R&R AC plywood - 1/2" | 128.00 SF | 0.31 | 1.99 | 294.40 |
| Prime & paint exterior soffit - wood | 240.00 SF | 0.00 | 1.63 | 391.20 |

10/09/2007  09:51   5045616034          ROBERTS  BAUDIER&DYE          PAGE   07

## SWAN CONSTRUCTION

### CONTINUED - REAR PATIO

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Crown molding | 92.00 LF | 0.57 | 3.18 | 345.00 |
| Paint crown molding - two coats | 92.00 LF | 0.00 | 1.1 . | 102.12 |
| Room Totals: REAR PATIO | | | | 1,273.52 |



### Room: Masonry

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean with pressure spray the exterior of the building | 3,324.00 SF | 0.00 | 0.24 | 797.76 |
| R&R Brick veneer // section garage wall that was blown down | 72.00 SF | 1.92 | 9.53 | 853.20 |
| R&R Builder board - 1/2" (composition or fiberboard sheathing) | 72.00 SF | 0.13 | 0.56 | 78.48 |
| Room Totals: Masonry | | | | 1,729.44 |



### Room: SHUTTERS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Security shutter - roll-up type | 40.00 SF | 1.26 | 41.39 | 1,726.00 |

## SWAN CONSTRUCTION

## CONTINUED - SHUTTERS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Motorization for security shutters | 40.00 SF | 0.00 | 6.81 | 272.40 |
| R&R Shutters - wood - louvered - Large | 4.00 EA | 5.29 | 750.23 | 3,022.08 |
| Seal & paint window shutters - per side (set) | 8.00 EA | 0.00 | 24.25 | 194.00 |
| **Room Totals: SHUTTERS** | | | | **5,214.48** |



## Room: Gazebo

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 2" x 6" lumber - treated (1 BF per LF) // band board | 40.00 LF | 0.51 | 1.93 | 97.60 |
| R&R Joist - floor or ceiling - 2x6 - w/blocking - 16" oc | 108.00 SF | 0.57 | 1.61 | 235.44 |
| R&R Deck planking - redwood - High grade (per SF) | 130.00 SF | 1.69 | 26.05 | 3,606.20 |
| R&R 6" x 6" x 10' wood posts - turned | 8.00 EA | 25.23 | 212.36 | 1,900.72 |
| R&R Deck handrail - redwood - High grade | 30.00 LF | 0.95 | 51.49 | 1,573.20 |
| R&R Header - triple 2" x 8" - treated | 30.00 LF | 7.61 | 9.95 | 526.80 |
| R&R Trim board - 1" x 10" - installed (redwood) // wrap the header | 30.00 LF | 0.39 | 8.93 | 279.60 |
| R&R Trim board - 1" x 6" - installed (redwood) wrap the bottom of the header | 40.00 LF | 0.35 | 4.50 | 210.00 |
| R&R 2" x 6" lumber - redwood (1 BF per LF) | 108.00 LF | 0.51 | 3.05 | 384.48 |
| R&R 2" x 6" lumber - redwood (1 BF per LF) | 250.00 LF | 0.51 | 3.05 | 890.00 |
| R&R Fascia - 1" x 8" #1 redwood | 1.00 EA | 0.28 | 7.19 | 7.47 |
| R&R AC plywood - 1/2" | 384.00 SF | 0.31 | 2.23 | 975.36 |
| R&R 3 tab - 25 yr. - comp. shingle rfg - incl. felt | 2.33 SQ | 43.93 | 187.16 | 538.91 |
| R&R Drip edge | 50.00 LF | 0.28 | 1.71 | 99.50 |
| Ridge cap - composition shingles | 80.00 LF | 0.00 | 3.75 | 300.00 |
| Stain deck | 108.00 SF | 0.00 | 0.63 | 68.04 |
| Paint handrail | 30.00 LF | 0.00 | 11.85 | 355.50 |

## SWAN CONSTRUCTION

### CONTINUED - Gazebo

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Paint/finish - post - wood | 8.00 EA | 0.00 | 13.55 | 108.40 |
| Prime & paint exterior fascia - wood, 6"- 8" wide | 170.00 LF | 0.00 | 1.57 | 266.90 |
| Stain celling joist system | 108.00 SF | 0.00 | 1.76 | 190.08 |
| Stain exposed rafters | 250.00 LF | 0.00 | 1.96 | 490.00 |
| Stain plywood sheathing | 233.00 SF | 0.00 | 0.66 | 153.78 |
| **Room Totals: Gazebo** | | | | **13,257.98** |



### Room: FENCING

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Chain link fence - 4' high | 100.00 LF | 2.27 | 7.38 | 965.00 |
| R&R Wood fence 5'- 6' high - treated // West side of house | 41.00 LF | 5.29 | 23.17 | 1,166.86 |
| Wood arbor with gate on the west side of the house | 1.00 EA | 0.00 | 834.56 | 834.56 |
| R&R Wood fence 5'- 6' high - treated - on the east side of the house | 35.00 LF | 5.29 | 23.17 | 996.10 |
| **Room Totals: FENCING** | | | | **3,962.52** |

10/09/2007   09:51   5045616034                ROBERTS BAUDIER&DYE                        PAGE   10

## SWAN CONSTRUCTION



### Room: TREE

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Tree - tear out and disposal - 12" to 24" diameter | 1.00 EA | 1,000.00 | 0.00 | 1,000.00 |
| Clean-up of storm debris | 1.00 EA | 0.00 | 500.00 | 500.00 |
| Room Totals: TREE | | | | 1,500.00 |



### Room: SOFFIT/FACIA

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Fascia - 1" x 8" #1 pine // Damaged fascia on garage front corner | 16.00 LF | 0.28 | 5.19 | 87.52 |
| Prime & paint exterior fascia - wood, 6"- 8" wide | 27.00 LF | 0.00 | 1.57 | 42.39 |
| R&R Soffit - wood | 16.00 SF | 0.26 | 3.75 | 64.16 |
| Prime & paint exterior soffit - wood | 54.00 SF | 0.00 | 1.63 | 88.02 |
| R&R Soffit - wood // includes soffit on east and west side of main dwelling. | 208.00 SF | 0.26 | 3.75 | 834.08 |
| Prime & paint exterior soffit - wood | 208.00 SF | 0.00 | 1.63 | 339.04 |
| R&R Crown molding | 104.00 LF | 0.57 | 3.18 | 390.00 |
| Room Totals: SOFFIT/FACIA | | | | 1,845.21 |

10/09/2007   09:51   5045616034          ROBERTS BAUDIER&DYE          PAGE   11

## SWAN CONSTRUCTION



### Room: STORAGE BLDG

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Storage shed – Wood – Gable type – 10' x 8' | 1.00 EA | 152.80 | 1,080.80 | 1,233.60 |
| | | | | 1,233.60 |
| Room Totals: STORAGE BLDG | | | | |



### Room: Debris Removal

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean-up of storm debris | 1.00 EA | 0.00 | 500.00 | 500.00 |
| | | | | 500.00 |
| Room Totals: Debris Removal | | | | $1,920.73 |
| Area Items Total: Exterior | | | | |

2006-10-19-1622

10/09/2007   09:51     5045616034              ROBERTS BAUDIER&DYE              PAGE   12

## SWAN CONSTRUCTION

### Interior

### 2ND FLOOR



**Room: BEDROOM 1**                                    **LxWxH 13'0 ' x 11'0" x 8'0"**

| | |
|---|---|
| 384.00  SF Walls | 143.00  SF Ceiling |
| 527.00  SF Walls & Ceiling | 143.00  SF Floor |
| 15.89  SY Flooring | 48.00  LF Floor Perimeter |
| 104.00  SF Long Wall | 88.00  SF Short Wall |
| 48.00  LF Ceil. Perimeter | |



**Subroom 1: Offset 1**                                **LxWxH 8'0" x 4'0" x 8'0"**

| | |
|---|---|
| 192.00  SF Walls | 32.00  SF Ceiling |
| 224.00  SF Walls & Ceiling | 32.00  SF Floor |
| 3.56  SY Flooring | 24.00  LF Floor Perimeter |
| 64.00  SF Long Wall | 32.00  SF Short Wall |
| 24.00  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| | | | 58.02 | 58.02 |
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 58.02 | 119.58 |
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 9.52 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.52 | 91.00 |
| Floor protection - self-adhesive plastic film | 175.00 SF | 0.00 | 0.17 | 97.92 |
| Mask the walls per square foot | 576.00 SF | 0.00 | 2.13 | 434.00 |
| R&R 5/8" drywall - hung, taped, ready for paint | 175.00 SF | 0.35 | 1.01 | 176.75 |
| Acoustic ceiling (popcorn) texture - heavy | 175.00 SF | 0.00 | 2.66 | 219.60 |
| R&R Baseboard - 3 1/4" | 72.00 LF | 0.39 | 1.08 | 77.76 |
| Paint baseboard - two coats | 72.00 LF | 0.00 | 0.99 | 82.08 |
| R&R Base shoe | 72.00 LF | 0.15 | 0.60 | 43.20 |
| Seal & paint base shoe or quarter round | 72.00 LF | 0.00 | 3.99 | 698.25 |
| Sand, stain, and finish wood floor | 175.00 SF | 0.00 | | |
| Room Totals: BEDROOM 1 | | | | 2,107.68 |

2006-10-19-1622

10/09/2007   09:51    5045616034                ROBERTS BAUDIER&DYE                PAGE   13

## SWAN CONSTRUCTION



**Room: MASTER BD RM**                    **LxWxH  17'0" x 13'6" x 8'0"**



|  |  |
|---|---|
| 488.00  SF Walls | 229.50  SF Ceiling |
| 717.50  SF Walls & Ceiling | 229.50  SF Floor |
| 25.50  SY Flooring | 61.00  LF Floor Perimeter |
| 136.00  SF Long Wall | 108.00  SF Short Wall |
| 61.00  LF Ceil. Perimeter | |



**Subroom 1: Closet**                    **LxWxH  8'5" x 2'0" x 8'0"**

|  |  |
|---|---|
| 168.00  SF Walls | 17.00  SF Ceiling |
| 185.00  SF Walls & Ceiling | 17.00  SF Floor |
| 1.89  SY Flooring | 21.00  LF Floor Perimeter |
| 68.00  SF Long Wall | 16.00  SF Short Wall |
| 21.00  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| | 1.00 EA | 0.00 | 38.69 | 38.69 |
| Contents - move out then reset | 1.00 EA | 0.00 | 0.00 | 119.58 |
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 9.52 |
| Detach & Reset Heat/AC register | 246.50 SF | 0.00 | 0.52 | 128.18 |
| Floor protection - self-adhesive plastic film | 246.50 SF | 0.35 | 2.13 | 611.33 |
| R&R 5/8" drywall - hung, taped, ready for paint | 246.50 SF | 0.00 | 1.01 | 248.97 |
| Acoustic ceiling (popcorn) texture - heavy | 82.00 LF | 0.39 | 2.66 | 250.10 |
| R&R Baseboard - 3 1/4" | 82.00 LF | 0.00 | 1.08 | 88.56 |
| Paint baseboard - two coats | 82.00 LF | 0.15 | 0.99 | 93.48 |
| R&R Base shoe | 82.00 LF | 0.00 | 0.60 | 49.20 |
| Seal & paint base shoe or quarter round | 246.50 SF | 0.00 | 3.59 | 983.54 |
| Sand, stain, and finish wood floor | | | | |
| **Room Totals: MASTER BD RM** | | | | **2,621.15** |

2006-10-19-1622

## SWAN CONSTRUCTION



**Room: MASTER BATH**                     **LxWxH  5'10" x 5'0" x 8'0"**

173.33  SF Walls                          29.17  SF Ceiling
202.50  SF Walls & Ceiling                29.17  SF Floor
3.24   SY Flooring                        21.67  LF Floor Perimeter
46.67  SF Long Wall                       40.00  SF Short Wall
21.67  LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Small room | 1.00 EA | 0.00 | 29.04 | 29.04 |
| Floor protection - self-adhesive plastic film | 29.17 SF | 0.00 | 0.52 | 15.17 |
| Detach & Reset Exhaust fan | 1.00 EA | 0.00 | 0.00 | 121.67 |
| R&R Light fixture | 1.00 EA | 7.06 | 48.36 | 55.42 |
| R&R 5/8" drywall - hung, taped, ready for paint | 29.17 SF | 0.35 | 2.13 | 72.34 |
| Acoustic ceiling (popcorn) texture - heavy | 29.17 SF | 0.00 | 1.0 | 29.46 |
| Seal/prime the ceiling - one coat | 29.17 SF | 0.00 | 0.4 | 11.96 |
| Seal then paint the ceiling (2 coats) | 29.17 SF | 0.00 | 0.73 | 21.29 |
| R&R Wallpaper - High grade | 173.33 SF | 0.58 | 1.99 | 445.46 |
| Prep wall for wallpaper | 173.33 SF | 0.00 | 0.41 | 71.07 |
| Room Totals: MASTER BATH | | | | 872.88 |

**Room: HALLWAY**                         **LxWxH  16'3" x 4'2" x 8'0"**

278.67  SF Walls                          67.71  SF Ceiling
346.38  SF Walls & Ceiling                67.71  SF Floor
7.52   SY Flooring                        34.83  LF Floor Perimeter
130.00  SF Long Wall                      33.33  SF Short Wall
34.83  LF Ceil. Perimeter

**Missing Wall:**        1 - 3'0" X 8'0"        Opens into E        Goes to Floor/Ceiling

**Subroom 1: Offset 1**                   **LxWxH  9'1.0" x 3'0" x 8'0"**

181.33  SF Walls                          29.50  SF Ceiling
210.83  SF Walls & Ceiling                29.50  SF Floor
3.28   SY Flooring                        22.67  LF Floor Perimeter
78.67  SF Long Wall                       24.00  SF Short Wall
22.67  LF Ceil. Perimeter

**Missing Wall:**        1 - 3'0" X 8'0"        Opens into 0        Goes to Floor/Ceiling

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|

## SWAN CONSTRUCTION

| Description | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 58.02 | 58.02 |
| Floor protection - self-adhesive plastic film | 97.21 SF | 0.00 | 0.52 | 50.55 |
| Detach & Reset Smoke detector | 1.00 EA | 0.00 | 0.00 | 32.51 |
| R&R Light fixture | 3.00 EA | 7.06 | 48.36 | 166.26 |
| Detach & Reset Heat/AC register | 1.00 EA | 0.00 | 0.00 | 9.52 |
| R&R 5/8" drywall - hung, taped, ready for paint | 32.00 SF | 0.35 | 2.13 | 79.36 |
| Remove Acoustic ceiling (popcorn) texture - heavy | 65.21 SF | 0.39 | 0.00 | 25.43 |
| Acoustic ceiling (popcorn) texture - heavy | 97.21 SF | 0.00 | 1.01 | 98.18 |
| R&R Casing - 2 1/4" // Remoe & replace trim on disappearing stairway. | 14.00 LF | 0.43 | 1.45 | 26.32 |
| Paint casing - two coats | 14.00 LF | 0.00 | 1.03 | 15.12 |
| Seal then paint the walls and ceiling twice (3 coats) | 557.21 SF | 0.00 | 1.02 | 568.35 |
| R&R Baseboard - 3 1/4" | 57.50 LF | 0.39 | 2.65 | 175.38 |
| Paint baseboard - two coats | 57.50 LF | 0.00 | 1.08 | 62.10 |
| R&R Base shoe | 57.50 LF | 0.15 | 0.99 | 65.56 |
| Seal & paint base shoe or quarter round | 57.50 LF | 0.00 | 0.60 | 34.50 |
| Sand, stain, and finish wood floor | 97.21 SF | 0.00 | 3.99 | 387.86 |
| **Room Totals: HALLWAY** | | | | **1,855.02** |



**Room: BEDROOM 2**                                   **LxWxH  15'6" x 11'0" x 8'0"**

|  |  |  |  |
|---|---|---|---|
| 424.00 | SF Walls | 170.50 | SF Ceiling |
| 594.50 | SF Walls & Ceiling | 170.50 | SF Floor |
| 18.94 | SY Flooring | 53.00 | LF Floor Perimeter |
| 124.00 | SF Long Wall | 88.00 | SF Short Wall |
| 53.00 | LF Ceil. Perimeter | | |



**Subroom 1: Offset 1**                                **LxWxH  8'0" x 4'0" x 8'0"**

|  |  |  |  |
|---|---|---|---|
| 192.00 | SF Walls | 32.00 | SF Ceiling |
| 224.00 | SF Walls & Ceiling | 32.00 | SF Floor |
| 3.56 | SY Flooring | 24.00 | LF Floor Perimeter |
| 64.00 | SF Long Wall | 32.00 | SF Short Wall |
| 24.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 58.02 | 58.02 |
| Mask the walls per square foot | 616.00 SF | 0.00 | 0.17 | 104.72 |
| R&R Baseboard - 3 1/4" | 77.00 LF | 0.39 | 2.66 | 234.85 |

## SWAN CONSTRUCTION

### CONTINUED - BEDROOM 2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Paint baseboard - two coats | 77.00 LF | 0.00 | 1.08 | 83.16 |
| R&R Base shoe | 77.00 LF | 0.15 | 0.99 | 87.78 |
| Seal & paint base shoe or quarter round | 77.00 LF | 0.00 | 0.60 | 46.20 |
| Sand, stain, and finish wood floor | 202.50 SF | 0.00 | 3.99 | 807.98 |
| **Room Totals: BEDROOM 2** | | | | **1,422.7** |



**Room: BEDROOM 3**                                        LxWxH  17'0 ' x 13'0" x 8'0"

480.00  SF Walls                              221.00  SF Ceiling
701.00  SF Walls & Ceiling               221.00  SF Floor
24.56  SY Flooring                           60.00  LF Floor Perimeter
136.00  SF Long Wall                       104.00  SF Short Wall
60.00  LF Ceil. Perimeter



**Subroom 1: Closet**                                     LxWxH  6'3" x 6'0" x 8'0"

196.00  SF Walls                              37.50  SF Ceiling
233.50  SF Walls & Ceiling               37.50  SF Floor
4.17  SY Flooring                           24.50  LF Floor Perimeter
50.00  SF Long Wall                       48.00  SF Short Wall
24.50  LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 58.02 | 58.02 |
| Mask the walls per square foot | 676.00 SF | 0.00 | 0.17 | 114.92 |
| R&R Baseboard - 3 1/4" | 84.50 LF | 0.39 | 2.66 | 257.73 |
| Paint baseboard - two coats | 84.50 LF | 0.00 | 1.08 | 91.26 |
| R&R Base shoe | 84.50 LF | 0.15 | 0.99 | 96.34 |
| Seal & paint base shoe or quarter round | 84.50 LF | 0.00 | 0.60 | 50.70 |
| Sand, stain, and finish wood floor | 258.50 SF | 0.00 | 3.99 | 1,031.42 |
| **Room Totals: BEDROOM 3** | | | | **1,700.39** |
| **Area Items Total: 2ND FLOOR** | | | | **10,579.83** |
| **Area Items Total: Interior** | | | | **10,579.83** |

## SWAN CONSTRUCTION

### 1ST FLOOR



**Room: FOYER/ENTRY**                                   **LxWxH  10'6' x 10'0" x 8'0"**

| | |
|---|---|
| 328.00  SF Walls | 105.00  SF Ceiling |
| 433.00  SF Walls & Ceiling | 105.00  SF Floor |
| 11.67  SY Flooring | 41.00  LF Floor Perimeter |
| 84.00  SF Long Wall | 80.00  SF Short Wall |
| 41.00  LP Ceil. Perimeter | |



**Subroom 1: Offset 1**                                  **LxWxH  6'6" x 3'5" x 8'0"**

| | |
|---|---|
| 158.67  SF Walls | 22.21  SF Ceiling |
| 180.88  SF Walls & Ceiling | 22.21  SF Floor |
| 2.47  SY Flooring | 19.83  LF Floor Perimeter |
| 52.00  SF Long Wall | 27.33  SF Short Wall |
| 19.83  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 58.02 | 58.02 |
| Floor protection - self-adhesive plastic film | 127.21 SF | 0.00 | 0.52 | 66.15 |
| Detach & Reset Light fixture | 2.00 EA | 0.00 | 0.00 | 67.14 |
| R&R Heat/AC register | 1.00 EA | 1.18 | 19.13 | 20.31 |
| R&R 5/8" drywall - hung, taped, ready for paint | 127.21 SF | 0.35 | 2.13 | 315.47 |
| Acoustic ceiling (popcorn) texture - heavy | 127.21 SF | 0.00 | 1.01 | 128.48 |
| R&R Wallpaper - High grade | 243.33 SF | 0.58 | 1.99 | 625.36 |
| Seal then paint the ceiling (2 coats) | 127.21 SF | 0.00 | 0.73 | 92.86 |
| **Room Totals: FOYER/ENTRY** | | | | **1,373.79** |

10/09/2007  09:51  5045616034          ROBERTS BAUDIER&DYE                    PAGE  18

# SWAN CONSTRUCTION



**Room: POWDER RM**                                    LxWxH  5'11" x 5'3" x 8'0"

|  |  |
|---|---|
| 178.67  SF Walls | 31.06  SF Ceiling |
| 209.73  SF Walls & Ceiling | 31.06  SF Floor |
| 3.45  SY Flooring | 22.33  LF Floor Perimeter |
| 47.33  SF Long Wall | 42.00  SF Short Wall |
| 22.33  LF Ceil. Perimeter | |



**Subroom 1: Offset 1**                                LxWxH  3'0" x 1'8" x 8'0"

|  |  |
|---|---|
| 74.67  SF Walls | 5.00  SF Ceiling |
| 79.67  SF Walls & Ceiling | 5.00  SF Floor |
| 0.56  SY Flooring | 9.33  LF Floor Perimeter |
| 24.00  SF Long Wall | 13.33  SF Short Wall |
| 9.33  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Small room | 1.00 EA | 0.00 | 29.04 | 29.04 |
| Floor protection - self-adhesive plastic film | 36.06 SF | 0.00 | 0.52 | 18.75 |
| Detach & Reset Exhaust fan | 1.00 EA | 0.00 | 0.00 | 121.67 |
| Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 33.57 |
| R&R Heat/AC register | 1.00 EA | 1.18 | 19.13 | 20.31 |
| R&R 5/8" drywall - hung, taped, ready for paint | 36.06 SF | 0.35 | 2.53 | 89.43 |
| Acoustic ceiling (popcorn) texture - heavy | 36.06 SF | 0.00 | 1.01 | 36.42 |
| R&R Wallpaper - High grade | 126.67 SF | 0.58 | 1.99 | 325.54 |
| Seal then paint the ceiling (2 coats) | 36.06 SF | 0.00 | 0.73 | 26.33 |
| **Room Totals: POWDER RM** | | | | **701.06** |



**Room: DEN/BREAKFST**                                 LxWxH  23'9" x 15'1" x 8'0"

|  |  |
|---|---|
| 360.83  SF Walls | 358.23  SF Ceiling |
| 719.06  SF Walls & Ceiling | 358.23  SF Floor |
| 39.80  SY Flooring | 42.67  LF Floor Perimeter |
| 190.00  SF Long Wall | 120.67  SF Short Wall |
| 52.42  LF Ceil. Perimeter | |

**Missing Wall:**          1 - 7'9" X 8'0"          Opens into E          Goes to Floor/Ceiling

10/09/2007  09:51    5045616034                ROBERTS BAUDIER&DYE

## SWAN CONSTRUCTION



**Subroom 1: Offset 1**                                **LxWxH  12'0" x 8'8" x 8'0"**

| | |
|---|---|
| 200.42  SF Walls | 104.00  SF Ceiling |
| 304.42  SF Walls & Ceiling | 104.00  SF Floor |
| 11.56  SY Flooring | 23.83  LF Floor Perimeter |
| 96.00  SF Long Wall | 69.33  SF Short Wall |
| 33.58  LF Ceil. Perimeter | |



**Missing Wall:**      1 - 7'9" X 8'0"      Opens into 0      Goes to Floor/Ceiling
**Missing Wall:**      1 - 9'9" X 7'0"      Opens into 0      Goes to Floor

**Subroom 2: Offset 2**                      **Formula Bay Window 9'9" x 5'8" x 7'0"**

| | |
|---|---|
| 85.17  SF Walls | 19.27  SF Ceiling |
| 104.44  SF Walls & Ceiling | 19.27  SF Floor |
| 2.14  SY Flooring | 12.17  LF Floor Perimeter |
| 68.25  SF Long Wall | 39.67  SF Short Wall |
| 12.17  LF Ceil. Perimeter | |

**Missing Wall:**      1 - 9'9" X 7'0"      Opens into 0      Goes to Floor/Ceiling

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 38.69 | 38.69 |
| Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 33.57 |
| Detach & Reset Smoke detector | 1.00 EA | 0.00 | 0.00 | 32.51 |
| Detach & Reset Recessed light fixture | 3.00 EA | 0.00 | 0.00 | 211.20 |
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R Heat/AC register | 1.00 EA | 1.18 | 19.13 | 20.31 |
| Detach & Reset Chandelier - Average grade | 1.00 EA | 0.00 | 0.00 | 108.31 |
| Floor protection - self-adhesive plastic film | 481.50 SF | 0.00 | 0.12 | 250.38 |
| R&R 5/8" drywall - hung, taped, ready for paint | 481.50 SF | 0.35 | 2.13 | 1,194.13 |
| Acoustic ceiling (popcorn) texture - heavy | 481.50 SF | 0.00 | 1.01 | 486.32 |
| R&R 1x6 - 3 piece beam - paint grade | 60.33 LF | 1.23 | 16.46 | 1,067.24 |
| Paint beam - two coats | 60.33 LF | 0.00 | 1.89 | 114.02 |
| Seal then paint the ceiling twice (3 coats) | 481.50 SF | 0.00 | 1.02 | 491.13 |
| R&R Crown molding - 3 1/4" | 98.17 LF | 0.57 | 3.18 | 368.13 |
| Paint crown molding - two coats | 98.17 LF | 0.00 | 1.11 | 108.97 |
| R&R French double doors - Exterior - paint grade jamb & casing // 12' unit | 1.00 EA | 124.53 | 4,368.9 | 4,492.72 |
| Paint door slab only - 2 coats (per side) | 8.00 EA | 0.00 | 22.55 | 180.40 |
| Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | 0.00 | 56.45 | 112.90 |
| R&R Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 12.71 | 167.53 | 180.24 |
| R&R Flush bolts (set of 2) | 1.00 EA | 6.35 | 38.52 | 44.97 |
| | | | | 9,655.72 |

**Room Totals: DEN/BREAKFST**

10/09/2007   09:51   5045616034          ROBERTS BAUDIER&DYE

# SWAN CONSTRUCTION



**Room: Kitchen**                                    **LxWxH  12'0" x 10'0" x 8'0"**

| | |
|---|---|
| 352.00  SF Walls | 120.00  SF Ceiling |
| 472.00  SF Walls & Ceiling | 120.00  SF Floor |
| 13.33  SY Flooring | 44.00  LF Floor Perimeter |
| 96.00  SF Long Wall | 80.00  SF Short Wall |
| 44.00  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | 0.00 | 38.69 | 38.69 |
| Detach & Reset Fluorescent - four tube - 4' - strip light | 1.00 EA | 0.00 | 0.00 | 52.68 |
| Detach & Reset Recessed light fixture | 4.00 EA | 0.00 | 0.00 | 281.60 |
| R&R 5/8" drywall - hung, taped, ready for paint | 120.00 SF | 0.35 | 2.13 | 297.60 |
| Acoustic ceiling (popcorn) texture - heavy | 120.00 SF | 0.00 | 1.01 | 121.20 |
| Room Totals: Kitchen | | | | 791.77 |



**Room: Garage**                                    **LxWxH  20'9" x 20'7" x 9'0"**

| | |
|---|---|
| 744.00  SF Walls | 427.10  SF Ceiling |
| 1,171.10  SF Walls & Ceiling | 427.10  SF Floor |
| 47.46  SY Flooring | 82.67  LF Floor Perimeter |
| 186.75  SF Long Wall | 185.25  SF Short Wall |
| 82.67  LF Ceil. Perimeter | |



**Subroom 1: Jog**                                    **LxWxH  3'4" x 2'11" x 9'0"**

| | |
|---|---|
| 112.50  SF Walls | 9.72  SF Ceiling |
| 122.22  SF Walls & Ceiling | 9.72  SF Floor |
| 1.08  SY Flooring | 12.50  LF Floor Perimeter |
| 30.00  SF Long Wall | 26.25  SF Short Wall |
| 12.50  LF Ceil. Perimeter | |

2006-10-19-1622

10/09/2007  09:51   5045616034                ROBERTS BAUDIER&DYE                    PAGE   21

# SWAN CONSTRUCTION



### Subroom 2: Jog 2                                    LxWxH  7'3" x 2'11" x 9'0"

| | |
|---|---|
| 183.00  SF Walls | 21.15  SF Ceiling |
| 204.15  SF Walls & Ceiling | 21.15  SF Floor |
| 2.35  SY Flooring | 20.33  LF Floor Perimeter |
| 65.25  SF Long Wall | 26.25  SF Short Wall |
| 20.33  LF Ceil. Perimeter | |



### Subroom 3: Jog 3                                    LxWxH  3'4" x 2'9" x 9'0"

| | |
|---|---|
| 109.50  SF Walls | 9.17  SF Ceiling |
| 118.67  SF Walls & Ceiling | 9.17  SF Floor |
| 1.02  SY Flooring | 12.17  LF Floor Perimeter |
| 30.00  SF Long Wall | 24.75  SF Short Wall |
| 12.17  LF Ceil. Perimeter | |



### Subroom 4: Jog 4                                    LxWxH  6'9" x 3'0" x 9'0"

| | |
|---|---|
| 175.50  SF Walls | 20.25  SF Ceiling |
| 195.75  SF Walls & Ceiling | 20.25  SF Floor |
| 2.25  SY Flooring | 19.50  LF Floor Perimeter |
| 60.75  SF Long Wall | 27.00  SF Short Wall |
| 19.50  LF Ceil. Perimeter | |

### Subroom 5: Offset 1                                 LxWxH  7'2" x 3'0" x 9'0"

| | |
|---|---|
| 183.00  SF Walls | 21.50  SF Ceiling |
| 204.50  SF Walls & Ceiling | 21.50  SF Floor |
| 2.39  SY Flooring | 20.33  LF Floor Perimeter |
| 64.50  SF Long Wall | 27.00  SF Short Wall |
| 20.33  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 116.07 | 116.07 |
| Floor protection - self-adhesive plastic film | 508.89 SF | 0.00 | 0.52 | 264.62 |
| Detach & Reset Fluorescent - two tube - 4' - strip light | 5.00 EA | 0.00 | 0.00 | 263.40 |
| Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 119.58 |
| R&R Heat/AC register | 2.00 EA | 1.18 | 19.13 | 40.62 |
| R&R Crown molding | 167.50 LF | 0.57 | 3.18 | 628.13 |
| Paint crown molding - two coats | 167.50 LF | 0.00 | 1.11 | 185.93 |
| Overhead (garage) door opener - Detach & reset | 2.00 EA | 0.00 | 147.20 | 294.40 |
| R&R Overhead door & hardware - 8'x 7'- Premium grade | 1.00 EA | 55.23 | 823.08 | 878.31 |

## SWAN CONSTRUCTION

## CONTINUED - Garage

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Overhead door & hardware - 16'x 7'- Premium grade | 1.00 EA | 70.57 | 1,456.07 | 1,526.64 |
| R&R Stairway - disappearing (folding) | 1.00 EA | 18.15 | 286.95 | 305.10 |
| Paint disappearing (folding) stairway | 1.00 EA | 0.00 | 118.65 | 118.65 |
| R&R 5/8" drywall - hung, taped, ready for paint | 1,262.64 SF | 0.35 | 2.13 | 3,131.34 |
| Acoustic ceiling (popcorn) texture - heavy | 508.89 SF | 0.00 | 1.0. | 513.98 |
| Seal/prime the walls and ceiling - one coat | 2,016.39 SF | 0.00 | 0.4. | 826.72 |
| **Room Totals: Garage** | | | | **9,213.49** |



**Room: GARAGE CLST1**                     **LxWxH  3'4" x 2'11" x 9'0"**

| 112.50 | SF Walls | | 9.72 | SF Ceiling |
| 122.22 | SF Walls & Ceiling | | 9.72 | SF Floor |
| 1.08 | SY Flooring | | 12.50 | LF Floor Perimeter |
| 30.00 | SF Long Wall | | 26.25 | SF Short Wall |
| 12.50 | LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 9.72 SF | 0.00 | 0.52 | 5.06 |
| R&R 5/8" drywall - hung, taped, ready for paint | 65.97 SF | 0.35 | 2.13 | 163.61 |
| Acoustic ceiling (popcorn) texture - heavy | 9.72 SF | 0.00 | 1.01 | 9.82 |
| Seal/prime the walls and ceiling - one coat | 122.22 SF | 0.00 | 0.41 | 50.11 |
| Seal then paint the walls and ceiling (2 coats) | 122.22 SF | 0.00 | 0.73 | 89.22 |
| **Room Totals: GARAGE CLST1** | | | | **317.82** |

## SWAN CONSTRUCTION



**Room: GARAGE CLST2**                          **LxWxH  7'0" x 3'0" x 9'0"**

| | |
|---|---|
| 180.00  SF Walls | 21.00  SF Ceiling |
| 201.00  SF Walls & Ceiling | 21.00  SF Floor |
| 2.33  SY Flooring | 20.00  LF Floor Perimeter |
| 63.00  SF Long Wall | 27.00  SF Short Wall |
| 20.00  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Floor protection – self-adhesive plastic film | 21.00 SF | 0.00 | 0.52 | 10.92 |
| Shelving - wire (vinyl coated) - Detach & reset | 7.00 LF | 0.00 | 7.02 | 49.14 |
| R&R 5/8" drywall - hung, taped, ready for paint | 111.00 SF | 0.35 | 2.13 | 275.28 |
| Acoustic ceiling (popcorn) texture - heavy | 21.00 SF | 0.00 | 1.01 | 21.21 |
| Seal/prime the walls and ceiling - one coat | 201.00 SF | 0.00 | 0.41 | 82.41 |
| Seal then paint the walls and ceiling (2 coats) | 201.00 SF | 0.00 | 0.73 | 146.73 |
| **Room Totals: GARAGE CLST2** | | | | **585.69** |
| **Area Items Total: 1ST FLOOR** | | | | **22,639.34** |



**Room: Attic**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Blown-in insulation - 10" depth - R26 | 1,974.00 SF | 0.77 | 0.77 | 3,039.96 |
| R&R Furnace - forced air -100,000 BTU | 1.00 EA | 53.29 | 1,949.90 | 2,003.19 |
| R&R Ductwork system - hot or cold air | 1.00 EA | 423.40 | 3,417.45 | 3,840.85 |
| Test & Balance - HVAC system | 3,200.00 SF | 0.00 | 0.08 | 256.00 |
| **Room Totals: Attic** | | | | **9,140.00** |

10/09/2007   09:51   5045616034                    ROBERTS BAUDIER&DYE                    PAGE   24

# SWAN CONSTRUCTION



## Room: GENERALS

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 774.00 | 0.00 | 774.00 |
| Dumpster pad // 6 sheets of 1/2" plywood for under the dumpster | 1.00 EA | 0.00 | 247.53 | 247.53 |
| Daily and post construction clean-up | 1.00 EA | 0.00 | 325.00 | 325.00 |
| Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 0.00 | 350.00 | 350.00 |
| Temporary toilet (per month) | 4.00 MO | 0.00 | 96.10 | 384.40 |
| R&R Temporary power - hookup | 1.00 EA | 37.79 | 151.23 | 189.02 |
| Temporary power usage (per month) | 4.00 MO | 0.00 | 89.36 | 357.44 |

| Room Totals: GENERALS | | | | 2,627.39 |
|---|---|---|---|---|
| Line Item Totals: 2006-10-19-1622 | | | | 96,907.29 |

### Grand Total Areas:

| | | |
|---|---|---|
| 6,695.75  SF Walls | 2,313.26  SF Ceiling | 9,009.01  SF Walls & Ceiling |
| 2,313.26  SF Floor | 257.03  SY Flooring | 809.83  LF Floor Perimeter |
| 2,189.17  SF Long Wall | 1,455.42  SF Short Wall | 829.33  LF Ceil. Perimeter |
| 0.00  Floor Area | 0.00  Total Area | 0.00  Interior Wall Area |
| 0.00  Exterior Wall Area | 0.00  Exterior Perimeter of Walls | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | 0.00  Area of Face 1 |

## SWAN CONSTRUCTION

| Summary for Hurricane | | | | 96,907.29 |
|---|---|---|---|---|
| Line Item Total | | | | 96,907.29 |
| Material Sales Tax | @ | 9.000% | 32,519.76 | 2,926.78 |
| Subtotal | | | | 99,834.07 |
| Overhead | @ | 15.00% | 99,834.07 | 14,975.11 |
| Profit | @ | 15.00% | 99,834.07 | 14,975.11 |
| Grand Total | | | | 129,784.29 |

JIM KOTTER

## SWAN CONSTRUCTION

| Recap by Room | | |
|---|---|---|
| **Estimate: 2006-10-19-1622** | | |
| **Area: Exterior** | | |
| Roof | 11,200.52 | 11.56% |
| GUTTERS | 924.94 | 0.95% |
| FRNT BALCONY | 4,167.16 | 4.30% |
| REAR BALCONY | 5,111.36 | 5.27% |
| REAR PATIO | 1,273.52 | 1.31% |
| Masonry | 1,729.44 | 1.78% |
| SHUTTERS | 5,214.48 | 5.38% |
| Gazebo | 13,257.98 | 13.68% |
| FENCING | 3,962.52 | 4.09% |
| TREE | 1,500.00 | 1.55% |
| SOFFIT/FACIA | 1,845.21 | 1.90% |
| STORAGE BLDG | 1,233.60 | 1.27% |
| Debris Removal | 500.00 | 0.52% |
| **Area Subtotal: Exterior** | 51,920.73 | 53.58% |
| **Area: Interior** | | |
| **Area: 2ND FLOOR** | | |
| BEDROOM 1 | 2,107.68 | 2.17% |
| MASTER BD RM | 2,621.15 | 2.70% |
| MASTER BATH | 872.88 | 0.90% |
| HALLWAY | 1,855.02 | 1.91% |
| BEDROOM 2 | 1,422.71 | 1.47% |
| BEDROOM 3 | 1,700.39 | 1.75% |
| **Area Subtotal: 2ND FLOOR** | 10,579.83 | 10.92% |
| **Area Subtotal: Interior** | 10,579.83 | 10.92% |
| **Area: 1ST FLOOR** | | |
| FOYER/ENTRY | 1,373.79 | 1.42% |
| POWDER RM | 701.06 | 0.72% |
| DEN/BREAKFST | 9,555.72 | 9.96% |
| Kitchen | 791.77 | 0.82% |
| Garage | 9,313.49 | 9.51% |
| GARAGE CLST1 | 317.82 | 0.33% |
| GARAGE CLST2 | 585.69 | 0.60% |
| **Area Subtotal: 1ST FLOOR** | 22,639.34 | 23.36% |
| Attic | 9,140.00 | 9.43% |
| GENERALS | 2,627.39 | 2.71% |
| **Subtotal of Areas** | 96,907.29 | 100.00% |
| **Total** | 96,907.29 | 100.00% |

10/09/2007   09:51    5045616034                 ROBERTS BAUDIER&DYE                          PAGE   27

## SWAN CONSTRUCTION

| Recap By Category | | | |
|---|---|---|---|
| **O&P Items** | | **Total Dollars** | **%** |
| CLEANING | | 2,122.76 | 1.64% |
| CONTENT MANIPULATION | | 580.32 | 0.45% |
| GENERAL DEMOLITION | | 11,197.80 | 8.63% |
| DOORS | | 6,941.74 | 5.35% |
| DRYWALL | | 7,594.21 | 5.85% |
| ELECTRICAL | | 308.36 | 0.24% |
| FLOOR COVERING - WOOD | | 3,909.05 | 3.01% |
| PERMITS AND FEES | | 350.00 | 0.27% |
| FENCING | | 3,333.48 | 2.57% |
| FINISH CARPENTRY / TRIMWORK | | 4,623.05 | 3.56% |
| FINISH HARDWARE | | 206.15 | 0.16% |
| FRAMING & ROUGH CARPENTRY | | 14,802.29 | 11.41% |
| HEAT, VENT & AIR CONDITIONING | | 5,747.56 | 4.43% |
| INSULATION | | 1,519.98 | 1.17% |
| LIGHT FIXTURES | | 2,216.03 | 1.71% |
| MASONRY | | 714.96 | 0.55% |
| METAL STRUCTURES & COMPONENTS | | 684.48 | 0.53% |
| PAINTING | | 10,317.43 | 7.95% |
| ROOFING | | 9,616.87 | 7.41% |
| SIDING | | 4,948.92 | 3.81% |
| SOFFIT, FASCIA, & GUTTER | | 1,758.73 | 1.36% |
| STAIRS | | 286.95 | 0.22% |
| TEMPORARY REPAIRS | | 893.07 | 0.69% |
| WALLPAPER | | 1,152.30 | 0.89% |
| EXTERIOR STRUCTURES | | 1,080.80 | 0.83% |
| Subtotal | | 96,907.29 | 74.67% |
| Material Sales Tax | @   9.000% | 2,926.78 | 2.26% |
| Overhead | @   15.00% | 14 975.11 | 11.54% |
| Profit | @   15.00% | 14 975.11 | 11.54% |
| **O&P Items Subtotal** | | **129,784.29** | **100.00%** |
| Grand Total | | 129,784.29 | |