

Map image: DeLorme Street Atlas USA 2005, Scale 1:20,800, showing streets in a New Orleans area including Chef Menteur Hwy, Crowder Blvd, Dwyer Rd, and a marked location at 7421 Arbor Dr.