UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Abram, 07-5205 | * <br> * <br> * | <br> JUDGE DUVAL <br> MAG. WILKINSON |

*****************************************************************************

### O R D E R

Having considered State Farm Fire and Casualty Company's Motion for Expedited Consideration of its Motion to Strike the Plaintiffs' Motion for Leave to Amend Complaint:

**IT IS HEREBY ORDERED** that the hearing on State Farm Fire & Casualty Company's Motion to Strike the Plaintiffs' Motion for Leave to Amend Complaint be set for the 16th day of April, 2008 at 9:30 a.m.

**DENIED**

New Orleans, Louisiana, this  4th  day of   April  , 2008.

_____
**HONORABLE STANWOOD R. DUVAL, JR.,**
**UNITED STATES DISTRICT JUDGE**

{N0076037}