UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE:  JUPITER, 07-1689 | * | |
| | * | MAG. (2) MAG. WILKINSON |
| ************************************ | | |

## MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

On motion of Roy F. Amedee, Jr., Brent A. Klibert, the Law Offices of Roy F. Amedee, Jr., Robichaux Law Firm, Connick and Connick, LLC, Patrick G. Kehoe, Jr., APLC, Lestelle and Lestelle, APLC, Allan Berger and Associates, APLC attorneys for Loraine Jupiter, on suggesting to the court that movers desire to withdraw as attorneys of record for Loraine Jupiter. A copy of this motion has been forwarded to the client and all opposing parties, and on further suggesting to the court that there is no pending motion in this case and that the case has not been set for trial. There still remains Bruce L. Feingerts, of Feingerts & Kelly, PLC, as counsel of record for the plaintiff. Plaintiff has acknowledged by affidavit of this motion and consents to being represented by Bruce L. Feingerts of Feingerts & Kelly, PLC. The client's present address is 4530 St. Ann, New Orleans, LA, 70119.

Respectfully submitted,

**LAW OFFICES OF ROY F. AMEDEE, JR.**

*/s/* Brent A. Klibert_____
Roy F. Amedee, Jr. - 2449
Brent A. Klibert - 29296
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

CONNICK AND CONNICK, LLC
William P. Connick - 14158
2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777
Facsimile:  504-838-9903

PATRICK G. KEHOE, JR., APLC
Patrick G. Kehoe, Jr. - 14419
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

LESTELLE & LESTELLE, APLC
Terrence J. Lestelle - 08540
Andrea S. Lestelle - 08539
Jeffery B. Struckhoff - 30173
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

ROBICHAUX LAW FIRM
J. Van Robichaux, Jr. - 11338
71234 Hendry Ave.
Covington, LA 70433
Telephone:  985-809-0620
Facsimile: 504-282-6298

ALLAN BERGER & ASSOCIATES, APLC
Allan Berger - 2977
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-948
Facsimile:  504-483-8130

**CERTIFICATE OF SERVICE**

    I do hereby certify that all counsel of record have been served with this pleading via the CM/ECF and via facsimile and/or U.S. Mail postage prepaid on this 4th day of April, 2008.

    _____/s/ Brent A. Klibert_____