STATE OF LOUISIANA

PARISH OF ORLEANS

## AFFIDAVIT

Be it known, that on this 3rd day of April, 2008, I, Lorraine Jupiter hereby acknowledge that Bruce L. Feingerts is my attorney and all other attorneys the law firms which include the Law Offices of Roy F. Amedee, Jr., Connick and Connick, LLC, Patrick G. Kehoe, APLC, Lestelle & Lestelle, APLC, Robichaux Law Firm, and Allan Berger & Associates, APLC, will upon my signature withdraw from my representation.

It is understood that Bruce L. Feingerts, will be my only attorney and solely responsible for my case from this date forward.

Signed this 3rd day of April, 2008.

_____
LORRAINE JUPITER

Sworn this 3rd day of April, 2008.

_____
Notary Public

BRENT A. KLIBERT
ATTORNEY-AT-LAW
BAR ROLL # 29296