## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO: 05-4182 |
| | * | "K" (2) |
| PERTAINS TO INSURANCE CASE NUMBER 07-4393 | * * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |

FILED:_____    _____
                                                                                                   **DEPUTY CLERK**

### MOTION TO COMPEL DISCOVERY RESPONSES ON BEHALF OF DEFENDANT, STATE FARM FIRE AND CASUALTY COMPANY

**NOW INTO COURT**, through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company, who, pursuant to Federal Rule of Civil Procedure Rule 37, respectfully moves this Honorable Court to compel Plaintiff, Kathryn Voth, to provide responses to previously propounded Interrogatories, Requests for Production of Documents and Requests for Admissions in this matter. As set forth in the attached Memorandum, the delays for responding to the discovery have now lapsed.

Respectfully submitted,

*[signature]*

PETER J. WANEK, ESQ. (23353)
THOMAS P. ANZELMO, ESQ. (2533)
C. DEVIN FADAOL, ESQ. (26878)
MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone:(504) 831-0946
Telecopier: (504) 831-2492
Attorneys for Defendant, State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by electronic filing with the United States District Court properly addressed, this 4th day of April, 2008.

*[signature]*