UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO: 05-4182 |
| | * | "K" (2) |
| PERTAINS TO INSURANCE CASE NUMBER 07-4393 | * * * * | JUDGE DUVAL MAGISTRATE WILKINSON |

FILED:_____                    _____
                                                                                        DEPUTY CLERK

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES ON BEHALF OF DEFENDANT, STATE FARM FIRE AND CASUALTY COMPANY

**MAY IT PLEASE THE COURT:**

On December 5, 2007, Defendant propounded Interrogatories, Requests for Production of Documents and Requests for Admissions to Plaintiff, Kathryn Voth. These discovery requests included, among other items, requests for information pertaining to claims, damages, witnesses, experts, inspections and repairs. The time for providing Answers to Interrogatories, Response to Requests for Production of Documents and Response to Requests for Admissions has now elapsed. Defendant is entitled to have the information requested in order to properly proceed in this matter.

State Farm Fire and Casualty Company respectfully requests this Court to order Plaintiff, Kathryn Voth, to provide written responses to the Interrogatories, Requests for Production of Documents and Requests for Admissions previously propounded.

WHEREFORE, State Farm Fire and Casualty Insurance Company prays that this Honorable Court grant its Motion to Compel Discovery Responses.

Respectfully submitted,

_____
PETER J. WANEK, ESQ. (23353)
THOMAS P. ANZELMO, ESQ. (2533)
C. DEVIN FADAOL, ESQ. (26878)
MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone:(504) 831-0946
Telecopier: (504) 831-2492
Attorneys for Defendant, State Farm Fire and Casualty Company

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on counsel of record by electronic filing with the United States District Court properly addressed, this 4th day of April, 2008.

_____