UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO INSURANCE<br>CASE NUMBER 07-4393 | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO: 05-4182<br><br>"K" (2)<br><br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |

FILED:_____              _____
                                                                                   DEPUTY CLERK

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, State Farm Fire and Casualty Company, will bring its Motion to Compel Discovery Responses before Magistrate 2, Joseph C. Wilkinson, Jr., of the United States District Court for the Eastern District of Louisiana, on the 23rd day of April, 2008 at 11:00a.m., or as soon thereafter as counsel can be heard.

Respectfully submitted,

_____
PETER J. WANEK, ESQ. (23353)
THOMAS P. ANZELMO, ESQ. (2533)
C. DEVIN FADAOL, ESQ. (26878)
MCCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & MCDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946; Telecopier: (504) 831-2492
Attorneys for Defendant, State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by electronic filing with the United States District Court properly addressed, this 4th day of April, 2008.

_____