UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO: 05-4182 |
| | * | "K" (2) |
| PERTAINS TO INSURANCE CASE NUMBER 07-4393 | * * * * | JUDGE DUVAL MAGISTRATE WILKINSON |

FILED:_____          _____
                                       DEPUTY CLERK

## RULE 37 CERTIFICATE

I certify that a Rule 37 Conference was scheduled with counsel for Plaintiff on January 25, 2008 to discuss Plaintiff's failure to respond to discovery, but despite same, this matter remains unresolved.

Respectfully submitted,

_____
PETER J. WANEK, ESQ. (23353)
THOMAS P. ANZELMO, ESQ. (2533)
C. DEVIN FADAOL, ESQ. (26878)
MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946; Telecopier: (504) 831-2492
Attorneys for Defendant, State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by electronic filing with the United States District Court properly addressed, this 4th day of April, 2008.

_____