UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO: 05-4182 |
| | * | "K" (2) |
| PERTAINS TO INSURANCE CASE NUMBER 07-4393 | * * * * | JUDGE DUVAL MAGISTRATE WILKINSON |

FILED:_____         _____
                                                                    **DEPUTY CLERK**

**ORDER**

Considering the above foregoing motion;

**IT IS ORDERED** that the Motion to Compel Discovery Responses filed on behalf of State Farm Fire and Casualty Company is hereby granted.

**IT IS FURTHER ORDERED** that Plaintiff, Kathryn Voth, must provide Answer to Interrogatories, Response to Requests for Production of Documents and Response to Requests for Admissions to State Farm Fire and Casualty Company within _____ days of the signing of this order.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE, United States District Court