UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | MAG. (2) – MAG. WILKINSON |
| INSURANCE:  AGUILAR, 07-4852 | |

*****************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Ramon Ruiz and Defendant, Auto Club Family Insurance Company, and upon suggesting to the court that all matters between the Plaintiff, Ramon Ruiz and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled. Plaintiff, Ramon Ruiz and Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Petition of Plaintiff, Ramon Ruiz, only as to claims against Defendant, Auto Club Family Insurance Company, with prejudice.

Respectfully submitted,

JIM S. HALL & ASSOCIATES, LLC

BY: _____
    JIM S. HALL (#21644)
    JOSEPH W. RAUSCH (#11394)
    800 N. Causeway Blvd., Suite 100
    Metairie, Louisiana 70001
    Telephone: (504) 832-3000
    Facsimile: (504) 832-1799
    *Attorneys for Plaintiff, Ramon Ruiz*

CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By: _____
    THOMAS M. RICHARD (#2069)
    3850 N. Causeway Boulevard, Suite 900
    Metairie, Louisiana 70002
    Telephone: (504) 830-3838
    Facsimile: (504) 836-9543
    *Attorney for Defendant, Auto Club Family Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of ~~December~~ April, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
THOMAS M. RICHARD