UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE:  AGUILAR, 07-4852 | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Linda Hargrove and Defendant, Auto Club Family Insurance Company, and upon suggesting to the court that all matters between the Plaintiff, Linda Hargrove and Defendant, Auto Club Family Insurance Company, have been amicably resolved and settled.  Plaintiff, Linda Hargrove and Defendant, Auto Club Family Insurance Company, hereby move for an order dismissing the Petition of Plaintiff, Linda Hargrove, only as to claims against Defendant, Auto Club Family Insurance Company, with prejudice.

Respectfully submitted,

**JIM S. HALL & ASSOCIATES, LLC**

BY: _____
    **JIM S. HALL (#21644)**
    **JOSEPH W. RAUSCH (#11394)**
    800 N. Causeway Blvd., Suite 100
    Metairie, Louisiana 70001
    Telephone: (504) 832-3000
    Facsimile: (504) 832-1799
    ***Attorneys for Plaintiff, Linda Hargrove***


**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: _____
    **THOMAS M. RICHARD (#2069)**
    3850 N. Causeway Boulevard, Suite 900
    Metairie, Louisiana   70002
    Telephone:  (504) 830-3838
    Facsimile:  (504) 836-9543
    ***Attorney for Defendant, Auto Club Family Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on the __4__ day of April, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
**THOMAS M. RICHARD**