UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: | NO. 05-4182 |
| *Morris Kirschman & Co., L.L.C., et al.* *No. 06-5183* | SECTION "K" (2) |

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Morris Kirschman & Co., L.L.C., K&L Properties, Inc., MK New Ventures, L.L.C., Houma ARK, L.L.C., and Kirschman Enterprises, LLC, who desire to dismiss Westchester Surplus Lines Insurance Company and Axis Surplus Insurance Company, from this matter, with prejudice, as this matter has been compromised and settled.

**WHEREFORE**, plaintiffs, Morris Kirschman & Co., L.L.C., K&L Properties, Inc., MK New Ventures, L.L.C., Houma ARK, L.L.C., and Kirschman Enterprises, LLC, pray

1

NO.99856989.1

that this Honorable Court dismiss Westchester Surplus Insurance Company and Axis Surplus Insurance Company, with prejudice, as this matter has been compromised and settled.

Respectfully Submitted,

/s Brian D. Katz
**BRIAN D. KATZ** (Bar. No. 24137)
**SOREN E. GISLESON** (Bar. No. 26302)
**JOSEPH E. CAIN** (Bar. No. 29785)
**HERMAN HERMAN KATZ & COTLAR, L.L.P.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
**TELEPHONE:** (504) 581-4892
**FAX:** (504) 561-6024
**E-MAIL:** bkatz@hhkc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 4, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**MICHAEL R. SISTRUNK, ESQ.**
**KYLE KIRSCH, ESQ.**
**HARRY ROSENBERG, ESQ.**
**REBECCA Y. COOPER, ESQ.**

/s Brian D. Katz
_____
**BRIAN D. KATZ** (Bar. No. 24137)
**SOREN E. GISLESON** (Bar. No. 26302)
**JOSEPH E. CAIN** (Bar. No. 29785)
**HERMAN HERMAN KATZ & COTLAR, L.L.P.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
**TELEPHONE:**    (504) 581-4892
**FAX:**          (504) 561-6024
**E-MAIL:**       bkatz@hhkc.com