UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: | NO. 05-4182 |
| *Morris Kirschman & Co., L.L.C., et al.* *No. 06-5183* | SECTION "K" (2) |

## ORDER

Considering the foregoing Motion to Dismiss,

**IT IS ORDERED, ADJUDGED and DECREED** that Westchester Surplus Insurance Company and Axis Surplus Insurance Company, are hereby dismissed from this matter, with prejudice, as this matter has been compromised and settled.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

1

NO.99856990.1