PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOP | 041 | NOP-041-000000001 | NOP-041-000000035 | USACE; MVD; MVN; CEMVN-ED-HH | Nancy Powell | KC751 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Final MRGO ADCIRC Report May 2004 |
| UDI | 009 | UDI-009-000000001 | UDI-009-000000047 | Department of Interior; Bureau of Reclamation | Bruce Muller | KC757 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | External Review Panel Progress Report Number 1 |
| UGS | 001 | UGS-001-000000001 | UGS-001-000001129 | Department of Interior; USGS; Water Resources; Louisiana Water Science Center | David Walters | KC758 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Reports from USGS |
| UGS | 002 | UGS-002-000000001 | UGS-002-000000039 | Department of Interior; USGS; National Wetland Research Center; Biological Discipline | Gaye Farris | KC759 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Journal Articles |
| NOP | 042 | NOP-042-000000001 | NOP-042-000000006 | USACE; MVD; MVN; Operations | Gerard Colletti | KC760 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | 2005 Inspection Documents - Department of Transportation and Development Correspondence |
| OSD | 001 | OSD-001-000000001 | OSD-001-000000001 | Office of the Assistant Secretary of Defense for Public Affairs; DVI; JCCC | Carrie Hinson | KC761 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential produced pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) - ESI from Joint Combat Camera Center |
| BFP | 008 | BFP-008-000000001 | BFP-008-000000545 | Department of Interior; Bureau of Reclamation | Bruce Muller | KC762 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from Bureau of Reclamation |
| BFP | 009 | BFP-009-000000001 | BFP-009-000000040 | Department of Interior; Bureau of Reclamation | Bruce Muller | KC762 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from Bureau of Reclamation |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 572 | EFP-572-000000001 | EFP-572-000000416 | USACE; ERDC; CHL | Michael Tubman | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal Hydraulics Lab |
| EFP | 573 | EFP-573-000000001 | EFP-573-000000218 | USACE; ERDC; ITL | Harvey Jones | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 574 | EFP-574-000000001 | EFP-574-000000086 | USACE; ERDC; CHL | Barbara Tracy | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal Hydraulics Lab |
| EFP | 575 | EFP-575-000000001 | EFP-575-000000017 | USACE; ERDC; CHL | Barbara Tracy | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal Hydraulics Lab |
| EFP | 576 | EFP-576-000000001 | EFP-576-000000021 | USACE; ERDC; CHL | Barbara Tracy | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal Hydraulics Lab |
| EFP | 577 | EFP-577-000000001 | EFP-577-000000011 | USACE; ERDC; CHL | Barbara Tracy | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal Hydraulics Lab |
| EFP | 578 | EFP-578-000000001 | EFP-578-000000006 | USACE; ERDC; ITL | Laurel Gorman | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 579 | EFP-579-000000001 | EFP-579-000000004 | USACE; ERDC; ITL | Laurel Gorman | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 580 | EFP-580-000000001 | EFP-580-000000178 | USACE; ERDC; ITL | Laurel Gorman | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 581 | EFP-581-000000001 | EFP-581-000000071 | USACE; ERDC; ITL | Laurel Gorman | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 582 | EFP-582-000000001 | EFP-582-000000097 | USACE; ERDC; ITL | Laurel Gorman | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| GEP | 002 | GEP-002-000000001 | GEP-002-000000034 | Department of Interior; USGS; Water Resources; Louisiana Water Science Center | David Walters | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from USGS |
| GEP | 004 | GEP-004-000000001 | GEP-004-000010366 | Department of Interior; USGS; National Wetland Research Center | Scott Wilson | KC763 | 4/7/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from USGS |