AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

| | |
|---|---|
| DENA HAHN RODRIGUEZ and STEVEN RODRIGUEZ | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 07-7593 |
| ALLSTATE INSURANCE COMPANY | SECT. "S"   LEMMON |
| | MAG. " 5 " CHASEZ |

TO: (Name and address of defendant)

ALLSTATE INSURANCE COMPANY
Through its Attorney of record:
James L. Donovan, Jr.
4640 Rye Street
Metairie, LA 70006

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

J. DOUGLAS SUNSERI (#19173)
EDWARD C. VOCKE, IV (#22882)
NICAUD, SUNSERI & FRADELLA, L.L.C.
3000 18th Street
Metairie, LA 70002

an answer to the Plaintiffs' Supplemental and Amending Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**
CLERK

*[signature]*
(BY) DEPUTY CLERK

**MAR 2 4 2008**
DATE

**FILE COPY**

**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

*Albert J. Nicaud\**
*J. Douglas Sunseri\**
*Frank Thomas Fradella\**
*Svetlana "Lana" Crouch*
*Timothy P. Farrelly*
*Kristin J. Milano*
*Edward C. Vocke, IV*
*(\*A Professional Law Corporation)*

*Telephone (504) 837-1304*
*Facsimile (504) 833-2843*

*jdsunseri@nsflaw.com*

March 31, 2008

James L. Donovan, Jr.
Donovan & Lawler, APLC
4640 Rye Street
Metairie, Louisiana 70006
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE:  *Dena Hahn Rodriguez and Steven Rodriguez v.*
     *Allstate Insurance Company*
     USDC # 07-7593
     Our File No.: 0768-07-2293

Dear Jim:

Enclosed please find Plaintiffs' First Supplemental and Amending Complaint for Damages together with Order and Summons served through your office as attorney of record for Allstate Insurance Company.

Thank you for your considerations in this regard.

Sincerely,

J. DOUGLAS SUNSERI

JDS:pdm
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Donovan Jr.
4640 Rye Street
Metairie, LA
70006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kevin Mn_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Kevin Moreau
C. Date of Delivery: 4/2/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0203 2212

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Sent To
Street, Apt No; or PO Box No
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions