UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION<br>NO.: 05-4182 "K"(2) |
| _____ | * <br> * | JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (06-8589)<br>R&M GLYNN, INC. d/b/a AMY'S HALLMARK v.<br>ALLSTATE INSURANCE COMPANY | * <br> * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Allstate Insurance Company's Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Glenn B. Adams and Michael W. Collins of the law firm of Porteous, Hainkel, & Johnson, L.L.P. be withdrawn as counsel of record for Allstate Insurance Company and substitute in their place Richard Bane of the law firm of Lewis, Brisbois, Bisgaard & Smith, L.L.P. as Allstate Insurance Company's counsel of record in this proceeding.

New Orleans, Louisiana, this __7th__ day of ____April____, 2008.

_____
UNITED STATES DISTRICT JUDGE

3