# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE *Kiefer, et al. v. Allstate, et al.* 06-5370 | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that Fayard & Honeycutt, APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda Edwards be and they hereby are withdrawn from the representation of Bryant Anthony, Anthony and Lori Dorsey, Hope Hardin, and Carol A. McGee only.

New Orleans, Louisiana, this 7th day of April, 2008.

_____
JUDGE