UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  INSURANCE<br>  Acevedo, et al  #07-5199 | CIVIL ACTION<br><br>NO.  05-4182<br><br>SECTION "K" (2) |

_____

**ORDER**

Considering the foregoing Motion To Dismiss of plaintiffs Acevedo, et al.

IT IS ORDERED that their lawsuit against Atlantic Casualty Insurance Co. only, is dismissed as of nonsuit, with a full reservation of rights against all other parties, each party to bear its costs.

New Orleans, LA, this  ____ day of _____, 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**