UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.  05-4182 |
| PERTAINS TO:  INSURANCE<br>    Acevedo, et al  #07-5199 | SECTION "K" (2) |

_____

ORDER

Considering the foregoing Motion To Dismiss of plaintiffs Acevedo, et al.

IT IS ORDERED that their lawsuit against Atlantic Casualty Insurance Co. only, is dismissed as of nonsuit, with a full reservation of rights against all other parties, each party to bear its costs.

New Orleans, LA, this  ____ day of _____, 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**