# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO: INSURANCE § <br> *Donald and Betty Maclies v. Allstate* #07-4786 § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that Fayard & Honeycutt, APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda Edwards be and they hereby are withdrawn from the representation of Donald and Betty Maclies.

New Orleans, Louisiana, this __7th__ day of __April__, 2008.

_____
JUDGE