UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO.: 05-4182<br>*<br>*<br>* SECTION: "K" (DUVAL)<br>*<br>* MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (06-7909)<br>TERRY G. THOMAS v. D. BIANCHINI TULLY<br>and ALLSTATE INSURANCE COMPANY | *<br>*<br>*<br>* |

### ORDER

Considering the above and foregoing Motion to Substitute Counsel of Record;

IT IS ORDERED, that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to enroll Frank Neuner, Jr. of Laborde & Neuner as counsel of record for defendant, Allstate Insurance Company, in place of Glenn B. Adams and Michael W. Collins of the law firm Porteous, Hainkel & Johnson, L.L.P., who are hereby permitted to withdraw.

NEW ORLEANS, LOUISIANA this __7th__ day of April, 2008.

_____
JUDGE