UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION: "K" (DUVAL)<br><br>MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (06-8301/06-8293)<br>JOYCELYN DEROUEN, wife of/and GORDY DEROUEN v. ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and ORKIN, INC. | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Substitute Counsel of Record;

IT IS ORDERED, that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to enroll Frank Neuner, Jr. of Laborde & Neuner as counsel of record for defendant, Allstate Insurance Company, in place of Glenn B. Adams and Michael W. Collins of the law firm Porteous, Hainkel & Johnson, L.L.P., who are hereby permitted to withdraw.

NEW ORLEANS, LOUISIANA this __7th__ day of April, 2008.

_____
JUDGE