UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: Insurance | SECTION "K" (2) |
| *Acevedo v. AAA Insurance, et al*     *C.A. No. 07-5199* | |

**EX PARTE MOTION FOR LEAVE TO FILE**
**REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO CHURCH MUTUAL**
**INSURANCE COMPANY'S RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO**
**STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

NOW COMES Church Mutual Insurance Company and moves this Honorable Court for leave to file the attached Reply Memorandum to Plaintiff's Opposition to Church Mutual Insurance Company's Rule 12(b)(6) Motion to Dismiss for the reasons more fully set forth in the accompanying Memorandum in Support.

                                        Respectfully submitted,

Of Counsel:
SUTTERFIELD & WEBB, LLC

                                        s/ James R. Sutterfield
                                        JAMES R. SUTTERFIELD (12597)
                                        650 Poydras Street, Suite 2715
                                        New Orleans, Louisiana  70130
                                        Telephone:   (504) 598-2715
                                        Facsimile:    (504) 529-7197
                                        COUNSEL FOR CHURCH MUTUAL
                                        INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of April, 2008, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

                                        s/ James R. Sutterfield
                                        JAMES R. SUTTERFIELD