UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                        CIVIL ACTION
CONSOLIDATED LITIGATION
                                                    NO. 05-4182

PERTAINS TO: Insurance                              SECTION "K" (2)

*Acevedo v. AAA Insurance, et al*        *C.A. No. 07-5199*

---

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM TO PLAINTIFF'S OPPOSITION TO CHURCH MUTUAL INSURANCE
COMPANY'S RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE
TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

---

MAY IT PLEASE THE COURT:

Church Mutual Insurance Company seeks leave to file the attached Reply

Memorandum to Plaintiff's Opposition to Church Mutual Insurance Company's Rule 12(b)(6)

Motion to Dismiss in order to address statements made in plaintiff's Opposition.

Particularly, defendant wishes to address plaintiff's notions of notice of this suit and

the application of *Federal Rule of Civil Procedure* 15.

WHEREFORE, Church Mutual Insurance Company respectfully requests that this

Honorable Court grant its Motion for Leave and Order the filing of the attached Reply

Memorandum.

Respectfully submitted,

Of Counsel:
SUTTERFIELD & WEBB, LLC

s/ James R. Sutterfield
JAMES R. SUTTERFIELD (12597)
650 Poydras Street, Suite 2715
New Orleans, Louisiana  70130
Telephone:    (504) 598-2715
Facsimile:     (504) 529-7197
COUNSEL FOR CHURCH MUTUAL
INSURANCE COMPANY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of April, 2008, I electronically filed the foregoing

with the clerk of court by using the CM/ECF system, which will send a notice of electronic

filing to all parties.

s/ James R. Sutterfield
JAMES R. SUTTERFIELD