UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: Insurance | SECTION "K" (2) |
| *Acevedo v. AAA Insurance, et al*   C.A. No. 07-5199 | |

**ORDER**

Considering Church Mutual Insurance Company's Motion for Leave to File Reply Memorandum to Plaintiff's Opposition to Church Mutual Insurance Company's Rule 12(b)(6) Motion to Dismiss;

**IT IS ORDERED** that Church Mutual Insurance Company be, and is hereby **GRANTED** leave to file its Reply Memorandum to Plaintiff's Opposition to Church Mutual Insurance Company's Rule 12(b)(6) Motion to Dismiss

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE