UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| _____ | * | |
| | * | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE:  JUPITER, 07-1689 | * | |
| | * | MAG. (2) MAG. WILKINSON |
| ************************************ | | |

## ORDER ON MOTION TO WITHDRAW

It is ordered that the Roy F. Amedee, Jr., Brent A. Klibert, the Law Offices of Roy F. Amedee, Jr., Robichaux Law Firm, Connick and Connick, LLC, Patrick G. Kehoe, Jr., APLC, Lestelle and Lestelle, APLC, and Allan Berger and Associates be permitted to withdraw as attorneys of record for Loraine Jupiter, case number 07-1689 consolidated with 05-4182.

New Orleans, Louisiana, this 7th day of April, 2008.

_____
United States District Court Judge