UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION K – JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. (2) – MAG. WILKINSON |
| | * | |
| INSURANCE: AGUILAR, 07-4852 | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Petition of Conrad Barre be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice. <u>This is a full and final dismissal of plaintiff's claims</u>.

New Orleans, Louisiana, this __7th__ day of _____April_____, 2008.

_____
**JUDGE**