UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE: AGUILAR, 07-4852 | * * | |

**ORDER OF DISMISSAL**

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Petition of Rose Toussaint Dumas be and is hereby **DISMISSED**, as against Defendant, Auto Club Family Insurance Company, with prejudice. <u>This is a full and final dismissal of plaintiff's claims.</u>

New Orleans, Louisiana, this 7th day of April, 2008.

_____
**JUDGE**