UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>ACEVEDO, ET AL NO. 07-5208 | SECTION "K" (2) |

_____

## ORDER

Considering the foregoing Motion To Dismiss, IT IS ORDERED that plaintiffs, Rafael and Dioigna Acevedo, et al claim against ESIS Ace American Insurance Co., only is dismissed with prejudice, each party to bear its own costs.

New Orleans, LA, this _____ day of _____, 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**

1

NO.99856090.1