UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182
PERTAINS TO: INSURANCE
 ACEVEDO, ET AL NO. 07-5208                  SECTION "K" (2)

_____

**ORDER**

   Considering the foregoing Motion To Dismiss, IT IS ORDERED that plaintiffs, Rafael and Dioigna Acevedo, et al claim against ESIS Ace American Insurance Co., only is dismissed with prejudice, each party to bear its own costs.

   New Orleans, LA, this ____ day of _____, 2008

                                        _____
                                        **STANWOOD R. DUVAL, JR.**
                                        **UNITED STATES DISTRICT JUDGE**

1

NO.99856090.1