UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION |
| | * |
| | * NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * |
| *Louisiana State*, C.A. No. 07-5528 | * JUDGE DUVAL |
| | * |
| | * MAGISTRATE WILKINSON |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF PAUL G. AUCOIN

**STATE OF LOUISIANA**

**PARISH OF ST. JAMES**

      **BEFORE ME**, the undersigned authority, commissioned in and for the Parish and State aforesaid, personally came and appeared:

**PAUL G. AUCOIN**

who, after being duly sworn, did state the following:

1.

      I am a person of the full age of majority, have personal knowledge of the facts contained herein, and am competent to make this Affidavit.

2.

      I am the owner of the Law Office of Paul G. Aucoin, Attorney at Law.

- 1 -

Opposition Ex. 3

3.

My firm does not represent any homeowners who either have received or has applied to receive a grant from the Road Home Program in pursuing individual claims against their insurers.

Further affiant sayeth not.

Lutcher, Louisiana, this 3rd day of April, 2008.

*[signature]*

Paul G. Aucoin

Sworn to and subscribed before me, this 3rd day of April, 2008

*[signature]*
Notary Public

My commission expires *AT Death*.

**Bruce G. Mohon**
Bar Roll # 21757
State of Louisiana
My Commission Expires at Death