UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |

*********************************************************************

### AFFIDAVIT OF FRANK C. DUDENHEFER, JR.

STATE OF LOUISIANA

PARISH OF ORLEANS

　　　　　BEFORE ME, the undersigned authority, commissioned in and for the Parish and State aforesaid, personally came and appeared:

**Frank C. Dudenhefer, Jr.**

who, after being duly sworn, did state the following:

1.

　　　　　I am a person of the full age of majority, have personal knowledge of the facts contained herein, and am competent to make this Affidavit.

2.

　　　　　I am the sole member of The Dudenhefer Law Firm L.L.C.

- 1 -

**Opposition Ex. 4**

3.

My firm does not represent any homeowners who either have received or is eligible to receive a grant from the Road Home Program in pursuing individual claims against their insurers.

Further affiant sayeth not.

New Orleans, Louisiana, this 3rd day of April, 2008.

Frank C. Dudenhefer, Jr.

Sworn to and subscribed before
me, this 3rd day of April, 2008

Notary Public

My commission expires at death.

PAUL H. VILLALOBOS
NOTARY PUBLIC
STATE OF LOUISIANA
My Commission is issued for Life
Bar Roll Number 22881

- 2 -