UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF JOSEPH J. MCKERNAN

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

**BEFORE ME**, the undersigned authority, commissioned in and for the Parish and State aforesaid, personally came and appeared:

**JOSEPH J. MCKERNAN**

who, after being duly sworn, did state the following:

1.

I am a person of the full age of majority, have personal knowledge of the facts contained herein, and am competent to make this Affidavit.

2.

I am a owner of McKernan Law Firm.

- 1 -

**Opposition Ex. 5**

3.

My firm does not represent any homeowners who either have received or has applied to receive a grant from the Road Home Program in pursuing individual claims against their insurers.

Further affiant sayeth not.

Baton Rouge, Louisiana, this 3rd day of April, 2008.

_____
Joseph J. McKernan

Sworn to and subscribed before
me, this ____ day of _____, 2008

_____
Notary Public

My commission expires _____.