UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

*************************************************************************

## AFFIDAVIT OF JAMES P. ROY

STATE OF LOUISIANA

PARISH OF LAFAYETTE

**BEFORE ME**, the undersigned authority, commissioned in and for the Parish and State aforesaid, personally came and appeared:

JAMES P. ROY

who, after being duly sworn, did state the following:

1.

I am a person of the full age of majority, have personal knowledge of the fact contained herein, and am competent to make this Affidavit.

2.

I am a member/owner of Domengeaux Wright Roy & Edwards, LLC.

3.

My firm does not represent any homeowners who either have received or has applied to receive a grant from the Road Home Program in pursuing individual claims against their insurers.

-1-

**Opposition Ex. 6**

Further affiant sayeth not.

Lafayette, Louisiana, this 3rd day of April, 2008.

_____
JAMES P. ROY

Sworn to and subscribed before me,
this 3rd day of April, 2008.

_____
NOTARY PUBLIC
ROBERT L. HAMMACK #20210
My commission expires:

ROBERT L. HAMMACK
NOTARY PUBLIC
LAFAYETTE PARISH, LOUISIANA
My Commission Is For Life