UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF CALVIN C. FAYARD, JR.

STATE OF LOUISIANA

PARISH OF LIVINGSTON

BEFORE ME, the undersigned authority, commissioned in and for the Parish and State aforesaid, personally came and appeared:

**CALVIN C. FAYARD, JR.**

who, after being duly sworn, did state the following:

1.

I am a person of the full age of majority, have personal knowledge of the facts contained herein, and am competent to make this Affidavit.

2.

I am a principal, owner, and senior partner of Fayard & Honeycutt, APC.

- 1 -

Opposition Ex. 7

3.

My firm represents approximately thirty-one (31) plaintiffs, who are pursuing individual claims to recover funds from his or her insurer for underpayment of a homeowners' insurance policy.

4.

Each plaintiff is a homeowner who was eligible to receive a grant from the Road Home Program.

5.

Each plaintiff has provided informed consent confirmed in writing waiving any potential future conflicts involving the State and limiting the scope of representation to exclude claims or issues against the State.

6.

Each plaintiff has authorized my firm to continue its representation of his or her claims against his or her insurer(s).

Further affiant sayeth not.

Denham Springs, Louisiana, this 7th day of April, 2008.

_____
(signature)

Sworn to and subscribed before
me, this 7th day of April, 2008

_____
Notary Public

My commission expires _____

**D. Blayne Honeycutt**
**La. Bar Roll No. 18264**
**Notary Public, State of Louisiana**

- 2 -