UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| | | * | CIVIL ACTION |
| PAMELA FLOTTE, et al | * | | |
| | | * | NO. 06-5011 c/w 06-7497 |
| VERSUS | | * | |
| | | * | SECTION C (1) |
| STATE FARM FIRE & | | | |
| CASUALTY COMPANY | * | * | |

PETITION OF INTERVENTION

NOW INTO COURT, through undersigned counsel, comes intervenor, State of Louisiana,

Division of Administration, Office of Community Development (the "State"), and in its Petition in

Intervention, respectfully represents:

I.

Plaintiffs, Pamela A. Flotte and David M. Flotte, filed the instant action/consolidated action

to recover damages for property damage they sustained on or about August 29, 2005, when Hurricane

Katrina impacted the New Orleans, Louisiana area.

II.

The allegations in all petitions, complaints, and amended petitions asserted by plaintiffs are

specifically adopted and alleged by intervenor as if copied herein in extenso.

**Opposition Ex. 8**

III.

At the time of the Hurricane, the Flottes were insured by defendant, State Farm Fire & Casualty Company ("State Farm"), for homeowners insurance and had also obtained flood insurance through State Farm.

IV.

Plaintiffs allege, as more fully set out in their Complaints, that State Farm failed to pay their legitimate flood insurance claims and they seek any and all damages, penalties, interests and attorneys fees allowed by law.

V.

Subsequent to the storm, plaintiffs applied for and were granted funds under The Road Home Program for Hurricane Katrina/Hurricane Rita victims (the "Program") administered by the Office of Community Development, Division of Administration, State of Louisiana, in the amount of one hundred and fifty thousand dollars ($150,000).

VI.

Subject to The Road Home's Limited Subrogation/Assignment Agreement, plaintiffs' assigned certain rights to the State to allow the State to individually pursue recovery of the Flotte's rights against their insurers. (Please see Exhibit A, The Road Home Limited Subrogation/Assignment Agreement and signature pages.)

VII.

This assignment of rights by the Flottes to the State includes the right of recovery under policies of casualty or property damage insurance or flood insurance on the residence at issue up to the amount of the grant paid to the Flottes under the Program.

2

VIII.

Further, the Flottes agreed to the extent they pursued the underpayment of funds on their own that they would repay to the State any amounts that would reduce the amount of the Program grant, and the Flottes also agreed to authorize and instruct their insurance carrier to issue any future payment for such damages jointly to the Flottes and to "LA. Division of Administration/DRU".

IX.

Based on the agreement signed by the Flottes, the State hereby intervenes seeking to collect the funds it is entitled to recover pursuant to the program from any and all parties herein, along with all other applicable penalties, attorneys fees, interest, and other damages as allowed by law.

X.

The State further asserts it is entitled to reimbursement, by way of priority, for any benefits from the Flottes and/or against any defendant herein, by way of judgment, settlement, or any other Order of this Court.

WHEREFORE, the State of Louisiana, Division of Administration, Office of Community Development, prays for Judgment in its favor and against the plaintiffs, Pamela A. Flotte and David M. Flotte, and all defendants, to recover by way of priority, subrogation, and/or reimbursement for any funds paid under The Road Home program for Hurricane Katrina/Hurricane Rita to or on behalf of plaintiffs, out of any proceeds or award that the plaintiffs receive by way of judgment, settlement, or any other order of this Court, as well as prays for a judgment in its favor as to its own independent subrogation rights against defendants herein, together with the interest, cost, and for all equitable relief to which intervenor is entitled as provided for by law.

Respectfully submitted,

*/s/ Randall C. Mulcahy*

LYON H. GARRISON, T.A., Bar No. 19591
RANDALL C. MULCAHY, Bar No. 26436
THE PRESTON LAW FIRM, L.L.P.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorney for Intervenor, State of Louisiana
Email: rmulcahy@prestonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following:

Carl J. Hebert
David M. Flotte
Preis & Roy
Pan American Life Center
601 Poydras Street, Ste1700
New Orleans, LA 70130
cjh@preisroy.com
dflotte@pkrlaw.com
**Attorneys for Plaintiffs**

David A. Strauss
Amanda L. Nesser
Bradley A. Stevens
King, LeBlanc & Bland, LLP
Place St. Charles
201 St. Charles Ave
45th Floor
New Orleans, LA 70170
dstrauss@klb-law.com
**Attorneys for State Farm Fire & Casualty Company**

LaDonna Grey Wilson
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Ste 2775
New Orleans, LA 70130
lwilson@lawla.com
**Attorney for Consolidated Plaintiff**

Kim Huong Ashley Tran
Gerald J. Nielsen
John Dennis Carter
Joseph James Aguda, Jr.
Nielsen Law Firm
3838 North Causeway Blvd, Ste 2850
Metairie, LA 70002
ktran@nielsenlawfirm.com
**Attorneys for State Farm Fire & Casualty Company and Marie Clesi Insurance Agency, Inc.**

4

Charles L. Chassaignac, IV
Bryan Joseph Haydel, Jr.
Eleanor Weeks Wall
James Eric Johnson
Porteous, Hainkel, Johnson, & Sarpy
343 Third Street, Ste 202
Baton Rouge, LA 70820
cchassaignac@phjlaw.com
**Attorneys for State Farm Fire & Casualty
Company and Marie Clesi Insurance
Agency, Inc.**

Glenn Kenneth Schreiber
U.S. Attorney's Office
500 Poydras Street
Room 210
New Orleans, LA 70130
680-3093
589-3602 (Fax)
glenn.schreiber@usdoj.gov
**Attorney for National Flood Insurance
Program**


I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436