FEB-12-04 THU 06:13 PM                                                                           P.01/02



RICHARD P. IEYOUB
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
Baton Rouge
70804-9005

P. O. BOX 94005
TELEPHONE (504) 342-7013
FAX (504) 342-8703

March 7, 2003

TO WHOM IT MAY CONCERN:

    Re:    In Re: Baycol Products Liability Litigation

This letter will serve as the formal authority of the law firm of Dugan, Gremillion & Browne, P.L.C. to represent the State of Louisiana in *In Re: Baycol Products Liability Litigation*. In addition, the State of Louisiana has authorized the law firm of Dugan, Gremillion & Browne, P.L.C. to investigate any and all claims the State of Louisiana may have in protecting the rights of consumers that have been affected by the overt acts of the defendants in *In Re: Baycol Products Liability Litigation* and to also seek monetary compensation for the monies expended by the State of Louisiana in the purchase of *Baycol* as well as monies expended by the State due to personal injuries sustained by Louisiana citizens resulting from Baycol use. This authorization includes the investigation of such claims against Bayer A.G., Bayer Corporation, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline relating to the manufacturing, marketing, promotion, and selling of the prescription drug Baycol.

Further, the law firm of Dugan, Gremillion & Browne, P.L.C. is authorized to pursue litigation related to Baycol on behalf of the State of Louisiana to protect the interests of the State of Louisiana and its citizens as they deem necessary including, but not limited to, claims arising under the Louisiana Unfair Trade Practices Act, La. R.S. 51:1401, *et seq.* and any other applicable consumer protection laws.

The Dugan law firm will be responsible for all costs and expenses associated with the pursuit of the aforementioned investigation and litigation. After successful prosecution of this litigation, the attorneys of the law firm will be compensated either by court order or by private agreement between the litigants. At no time and for no reason will any attorneys' fees come out of the recovery that is due the State of Louisiana.

Opposition Ex. 9



EXHIBIT A

FEB-12-04 THU 06:13 PM                                                                  P. 02/02

Page 2
March 7, 2003

This agreement supercedes any preceding authorizations, if any, concerning the claims arising out of the transactions or occurrences of the litigation set forth herein. Further, this agreement is effective immediately and the Dugan law firm is authorized to begin their investigation and litigation of these claims to protect the rights of the State of Louisiana as set forth in this letter.

Very truly yours,

Richard P. Ieyoub
Attorney General, State of Louisiana