## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**          **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

         **NO.05-4182**

**PERTAINS TO:**
**INSURANCE 07-8806**          **SECTION: "K" (2)**
**(Gary Smith, Jr. and Barry D. Marquea)**

## <u>MOTION TO DISMISS</u>

    **NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Gary Smith, Jr.,

and Anthony Jones and, hereby requests that the Court dismiss the captioned lawsuit, without

prejudice, because American Automobile Insurance Company was erroneously named as

defendant in this matter as the insurer of Gary smith, Jr., and Barry D. Marquea.

    **WHEREFORE**, plaintiffs Gary Smith, Jr., and Barry D. Marquea, request this Honorable

Court to dismiss the captioned matter without prejudice

                        Respectfully submitted,
                        **/s Harry E. Cantrell, Jr.**
                        _____
                        Harry E. Cantrell, Jr. (#3852)
                        309 Baronne Street
                        Suite 300
                        New Orleans, LA 70112
                        (504) 585-7347

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 7th day of April, 2008, served a copy of the foregoing on counsel for all parties to this proceeding, by the Court's Electronic Delivery System and/or by placing same in the United States Mail, postage paid and properly addressed.

**/s Harry E. Cantrell, Jr.**

_____

Harry E. Cantrell, Jr.