# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO.05-4182
PERTAINS TO:
INSURANCE 07-8806                               SECTION: "K" (2)
(Gary Smith, Jr. and Barry D. Marquea)

## ORDER

*The Court*; having considered the foregoing unopposed motion to dismiss the captioned

lawsuit by Plaintiffs Gary Smith Jr.,  and Barry D. Marquea; *accordingly*

**IT IS HEREBY ORDERD, ADJUDGED AND DECREED** that the captioned lawsuit

be and hereby is dismissed, with prejudice.

New Orleans, Louisiana this _____ day of April, 2008.


_____
**JUDGE**