UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:  INSURANCE | |
| *Acevedo, et al  #07-5199* | SECTION "K" (2) |

## MOTION TO DISMISS

Now into Court, through undersigned counsel, comes plaintiffs Acevedo, et al, and moves to dismiss Continental Insurance Company only, as of nonsuit, with full reservation of all rights against all other parties.

Respectfully submitted,

BY: _____
Stuart Barasch (LA Bar # 20650)
Hurricane Legal Center
910 Julia Street
New Orleans, LA  70113