**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                                 CIVIL ACTION
CONSOLIDATED LITIGATION

NO.  05-4182

PERTAINS TO:  INSURANCE
  *Acevedo, et al  #07-5199*                                 SECTION "K" (2)

---

**ORDER**

 Considering the foregoing Motion To Dismiss of plaintiffs Acevedo, et al.

 IT IS ORDERED that their lawsuit against Continental Insurance Company only, is dismissed as of

nonsuit, with a full reservation of rights against all other parties, each party to bear its costs.


 New Orleans, LA, this  ____ day of _____, 2008


       _____
       **STANWOOD R. DUVAL, JR.**
       **UNITED STATES DISTRICT JUDGE**