UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION NO. 05-4182** |
| | * | **SECTION K - JUDGE DUVAL** |
| **PERTAINS TO:** | | |
| | * | **MAG. (2) MAG. WILKINSON** |
| **INSURANCE: JUPITER, 07-1689** | | |
| | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

ON MOTION OF Randy J. Ungar, attorney for Loraine Jupiter;

ON SUGGESTING TO THE COURT that mover desires to withdraw as attorney of record for Loraine Jupiter. A copy of this motion has been forwarded to the client and all opposing parties, and on further suggesting to the court that there are no pending motions in this case and the case has not been set for trial. There still remains Bruce L. Feingerts of Feingerts & Kelly, PLC, as counsel of record for plaintiff. The client's present address is 4530 St. Ann, New Orleans, LA 70119. Plaintiff has consented to being represented by Attorney Feingerts.

Respectfully submitted,

*UNGAR & BYRNE*

/s/ Randy J. Ungar
**RANDY J. UNGAR (12387)**
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
Telephone: (504) 566-1616
Fax: (504)566-1652
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 8, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECM system which will send a notice of electronic filing to counsel of record.

/s/ Randy J. Ungar