FILED '08 APR 07 15:42 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |

**************************************************************
******

OPPOSITION TO MOTION OF
STATE FARM FIRE AND CASUALTY COMPANY
AND CERTAIN OTHER INSURER DEFENDANTS
TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL

Murray Law Firm along with their individual counsel who have appeared in this case, through their undersigned counsel, respectfully submit this opposition to State Farm Fire and Casualty Company and certain other insurer defendants' (collectively the "Insurers") motion to disqualify plaintiffs' private counsel.

I.   **INTRODUCTION**

Murray Law Firm together with Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; Domengeaux Wright Roy & Edwards L.L.C., and Gauthier, Houghtaling and Willams have been retained as plaintiff's private counsel. Murray Law

Fee_____
Process_____
X / Dktd_____
✓ / CtRmDep_____
Doc. No_____

Firm, along with the other referenced firms, represents the State and the as yet uncertified and putative class of individual homeowners who have received or will receive benefits under the Road Home Program.

By separate memorandum, Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; Mc Kernan Law Firm; Rainier, Gayle and Elliot, L.L.C. and Domengeaux Wright Roy & Edwards L.L.C. have argued their opposition to Insurers' motion to disqualify plaintiff's private counsel.

## II. ARGUMENT

The Murray Law Firm adopts in its entirety the memorandum submitted by their co-counsel in this matter. With respect to that memorandum, Murray Law Firm falls into that group of private counsel who do not represent any individual homeowners.[1]

## III. CONCLUSION

For the reasons more fully stated in the memorandum submitted on behalf of the firms stated above, the Insurers' motion to disqualify should be denied.

---

[1] Affidavit of James R. Dugan, II (attached hereto Exhibit "A").

Respectfully submitted,

Basile J. Uddo (10174)
Attorney at Law
3445 N. Causeway Blvd.
Suite 724
Metairie, LA 70002
Telephone: (504) 834-1819
Facsimile: (504) 832-7208

By: _____

Attorney for Murray Law Firm

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I filed the foregoing Opposition to Motion of State Farm Fire and Casualty Company and Certain Other Insurer Defendants to Disqualify Plaintiff's Private Counsel with the Clerk of Court and served a copy on defense liaison counsel by email and U. S. first class mail. .

_____

Exhibit "A"

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * JUDGE DUVAL * * MAGISTRATE WILKINSON * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF JAMES R. DUGAN, II

**STATE OF LOUISIANA**

**COUNTY OF ORLEANS**

      **BEFORE ME**, the undersigned authority, commissioned in and for the Parish and State aforesaid, personally came and appeared:

### JAMES R. DUGAN, II

who, after being duly sworn, did state the following:

1.

      I am a person of the full age of majority, have personal knowledge of the facts contained herein, and am competent to make this Affidavit.

2.

      I am a member of Murray Law Firm.

- 1 -

3.

My firm does not represent any homeowners who either have received or has applied to receive a grant from the Road Home Program in pursuing individual claims against their insurers.

Further affiant sayeth not.

_NEW ORLEANS_, Louisiana, this _4_ day of April, 2008.

Sworn to and subscribed before me, this _4th_ day of _April_, 2008

_____
Notary Public

My commission expires _upon death_

David L. Browne #20729

-2-