UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE 07-8806<br>(Gary Smith, Jr. and Barry D. Marquea) | CIVIL ACTION<br><br>NO.05-4182<br><br>SECTION: "K" (2) |

## ORDER

*The Court*; having considered the foregoing unopposed motion to dismiss the captioned lawsuit by Plaintiffs Gary Smith Jr., and Barry D. Marquea; *accordingly*

**IT IS HEREBY ORDERD, ADJUDGED AND DECREED** that the captioned lawsuit be and hereby is dismissed, with prejudice.

New Orleans, Louisiana this __8th__ day of April, 2008.

_____
**JUDGE**