UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACH | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| _____ | * | SECTION: K (DUVAL) |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (06-8589) | * | |
| R&M GLYNN, INC. d/b/a AMY'S HALLMARK V. | * | |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: 2 (WILKINSON) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ALLSTATE INSURANCE COMPANY'S
## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, ALLSTATE INSURANCE COMPANY ("Allstate"), who suggests to this Honorable Court that they desire to enroll additional counsel to represent Allstate. Specifically, Allstate desires to enroll Maureen O. Sullivan (La. Bar # 12572) and Sarah R. Smith (La. Bar. # 30963) of Lewis Brisbois Bisgaard & Smith LLP, attorneys who are members of the bar of the Eastern District of Louisiana.

WHEREFORE Defendant, Allstate Insurance Company, prays that Maureen O. Sullivan Sarah R. Smith of Lewis, Brisbois, Bisgaard & Smith, LLP, be enrolled as additional counsel of record to represent Allstate.

RESPECTFULLY SUBMITTED,

/s/ Richard W. Bane
RICHARD W. BANE, (La. Bar # 30383)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2014 West Pinhook, Suite 403
Lafayette, LA  70508
Telephone: (337) 326-5777
Facsimile: (337) 504-3341
*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of Allstate Insurance Company's above and foregoing Motion to Enroll Additional Counsel of Record has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to all other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed, this 8th day of April 2008.

/s/Richard W. Bane
RICHARD W. BANE

4853-0787-4050.1    - 2 -