## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACH | * | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| _____ | * | SECTION:  K (DUVAL) |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (06-8589) | * | |
| R&M GLYNN, INC. d/b/a AMY'S HALLMARK V. | * | |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: 2 (WILKINSON) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** Allstate Insurance Company's above and foregoing Motion to Enroll

Additional Counsel of Record:

**IT IS ORDERED** that Maureen O. Sullivan (La. Bar # 12572) and Sarah R. Smith (La. Bar

# 30963), of Lewis, Brisbois, Bisgaard & Smith, LLP, be enrolled as additional counsel to represent

Allstate Insurance Company.

New Orleans, Louisiana this _____ day of April, 2008.

_____

UNITED STATES DISTRICT JUDGE

4853-0787-4050.1    - 3 -