UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>*Abram, Chudd & Arvis, et al #07-5205* | SECTION "K" (2) |

## MOTION TO DISMISS

Now into Court, through undersigned counsel, comes plaintiffs Abram, Chudd & Arvis, et al, and moves to dismiss Continental Insurance Company only, as of nonsuit, with full reservation of all rights against all other parties.

Respectfully submitted,

BY: _____
Stuart Barasch (LA Bar # 20650)
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113