UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.  05-4182 |
| PERTAINS TO:  INSURANCE *Abram, et al #07-5205* | SECTION "K" (2) |

### ORDER

Considering the foregoing Motion To Dismiss of plaintiffs Abram, Chudd & Arvis, et al.

IT IS ORDERED that their lawsuit against Continental Insurance Company only, is dismissed as of nonsuit, with a full reservation of rights against all other parties, each party to bear its costs.

New Orleans, LA, this  ____ day of _____, 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**