UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Motion of Greater New Orleans Barge Fleeting Association for Protective Order Quashing Subpoenas and Rule 45 Requests, Record Doc. No. 11973

O R D E R E D:

 XXX  : CONTINUED: Jean-Paul Escudier, counsel for movant, has advised the court that he and opposing counsel are attempting to resolve the subject discovery issue, and that he therefore wishes to continue the referenced motion for two weeks until April 30, 2008. Accordingly, **IT IS ORDERED** that the referenced motion, previously set for hearing on April 16, 2008 before the undersigned magistrate judge, is hereby continued to **APRIL 30, 2008**, without oral argument.

New Orleans, Louisiana, this   8th   day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE