# Law Office of Brian A. Gilbert

| | |
|---|---|
| **From:** | Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com] |
| **Sent:** | Friday, October 12, 2007 4:36 PM |
| **To:** | Carlos Zelaya Esq. (czelaya@fgmapleslaw.com); F. Gerald Maples (fgeraldmaples@maplesandkirwan.com); Jeffrey Todd Greenberg Esq. (plazalaw@cox.net); (jmusser@bellsouth.net); John Stuart Kirwan III Esq. (jskirwin@maples.com); Stephen Wiles (smwiles@fgmapleslaw.com); Richard J. Guidry (jguidry@thecochranfirmno.com); (arod@odwyerlaw.com) |
| **Cc:** | Ldwiedeman@Aol. Com (ldwiedeman@aol.com); (pistols42@aol.com); 'Joe Bruno' |
| **Subject:** | In Re Katrina Canal Breaches, etc.; BARGE |
| **Attachments:** | LNA_Zito requests for production to plaintiffs (3).pdf; LNA _ Zito interrogatories to plaintiffs (3).pdf; LNA_Zito requests for admissions to plaintiffs (3).pdf |

Dear Counsel:

Attached are written discovery requests received today from the barge entities. As you will see, they seek information and production as to named plaintiffs. Please address these requests with your respective clients, and provide to me your proposed answers to the Interrogatories, preferably in Word Perfect format, as well as all responsive documents, within the applicable legal delays. Please refer to the proposed Sixth Supplemental Complaint in Mumford when compiling your responses as a guide to the class and subclasses we hope to certify.

Pat, Larry and I can be available for a meeting with you all relative to this discovery. It would probably be useful to promote the homogenous types of responses needed for class cert. Let me know who's interested, and we can set it up pretty quickly.

Thanks.

*Brian A. Gilbert, Esq.*
*LAW OFFICE OF BRIAN A. GILBERT, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana*
*Telephone: (504) 885-7700*
*Telephone: (504) 581-6180*
*Facsimile: (504) 581-4336*

*CONFIDENTIALITY NOTICE*
*This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.*

1