# Law Office of Brian A. Gilbert

| | |
|---|---|
| **From:** | Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com] |
| **Sent:** | Friday, October 26, 2007 10:16 AM |
| **To:** | 'Raffman, Mark S'; 'Don K Haycraft'; 'jfe' |
| **Cc:** | 'jsw@harrisrufty.com'; 'Fisher@chaffe.com'; 'walker@chaffe.com'; 'dwebb@swslaw.com'; 'BEmory@mblb.com'; 'Aldock, John D.'; 'Carlos Zelaya Esq. (czelaya@fgmapleslaw.com'; 'Derek A. Walker (walker@chaffe.com'; 'dwebb@swslaw.com'; 'Emory, William'; 'fisher@chaffe.com'; 'ggrant@monbar.com'; 'jaldock@goodwinprocter.com'; 'Jeffrey Todd Greenberg Esq. (plazalaw@cox.net'; 'jmusser@bellsouth.net'; 'John Stuart Kirwan III Esq. (jskirwin@maples.com'; 'Jonathan Sandoz Esq. (jsandoz@daiglefisse.com'; 'Ldwiedeman@Aol. Com (ldwiedeman@aol.com'; 'Mouledoux, Andrew'; 'pbrooks@monbar.com'; 'Peter G. Meyer (peter.myer@usdoj.gov'; 'pistols42@aol.com'; 'Richard J. Guidry (jguidry@thecochranfirmno.com'; 'Stephen Wiles (smwiles@fgmapleslaw.com'; Joe Bruno; 'aboyd@lawla.com'; 'Aldock, John'; 'am@ecwko.com'; 'Anzelmo, Thomas P.'; 'Aurandt, Kirk Norris'; 'bevers@liskow.com'; 'Black, James Robert, Esq.'; 'cacardo@duplass.com'; 'chaisson@chaffe.com'; 'Cobb, James A., Jr.'; 'Corlies, Catherine'; 'crb@ecwko.com'; 'dlb@harrisrufty.com'; 'dlebreton@daiglefisse.com'; 'dphillips@cochranfirm.com'; 'Duplass, Lawrence J.'; 'dwleefe@liskow.com'; 'Emmett, John F.'; 'Emory, Bill'; 'federal@maples.com'; 'Fendler, Sherman Gene'; 'Fisher, Robert Burns, Jr.'; 'forbes@chaffe.com'; 'Fripp, Nia'; 'Gelpi, Kenneth Joseph, Jr.'; 'gmiguez@liskow.com'; 'Grant, Arthur Gordon, Jr.'; 'Greenberg, Jeffrey Todd'; 'gs@ecwko.com'; 'Guichet, Joseph Pierre'; 'Guidry, Richard J.'; 'Hanna, Mark Emmerson'; 'Harris, Rufus C., III'; 'Harrison, Parker'; 'Haycraft, Donald'; 'hbrandon@goodwinprocter.com'; 'heck@chaffe.com'; 'Hubbard, Ralph Shelton, III'; 'Jacobs, Julie'; 'Jeff@plazalaw.com'; 'jepstein@mcsalaw.com'; 'jguidry@cochranfirm.com'; 'jinman@liskow.com'; 'Kessenich, John Frederick'; 'Kirwan, John Stuart III'; 'Kraus, Douglas R.'; 'ldemos@gmapleslaw.com'; 'leslies@ln-law.com'; 'ljackson@lawla.com'; 'ljp@harrisrufty.com'; 'lmd@swslaw.com'; 'lquintana@monbar.com'; 'ltaylor@fgmapleslaw.com'; 'Maples, F. Gerald'; 'martinez@chaffe.com'; 'Mayberry, Meredith Anne'; 'Miller, Kara K.'; 'mnguyen@lawla.com'; 'Motes, Carmen'; 'Mouledoux, Andre J.'; 'mraffman@goodwinprocter.com'; 'Musser, John H., IV'; 'Myer, Peter G.'; 'O'Dwyer, Ashton, Jr.'; 'ozg@mcsalaw.com'; 'Pate, James L.'; 'pbrooks@monbar.com'; 'Rodriguez, Ivan Mauricio'; 'Rufty, Alfred J., III'; 'Sanders, Patrick J.'; 'Sanders, Patrick Joseph'; 'Schaub, Wanda'; 'sdeblieux@duplass.com'; 'Smith, Robin D.'; 'Spencer, Louis G.'; 'Spencer, Louis G.'; 'Torrence, Jean'; 'Towler, Lisa'; 'vbroussard@odwyerlaw.com'; 'vdufrene@burgosevans.com'; 'vicknair@chaffe.com'; 'Villa, Stacy'; 'Walker, Derek Anthony'; 'Webb, Daniel A.'; 'Weinstock, Andrew'; 'Wiedemann, Karen'; 'Wiedemann, Karl'; 'Wiedemann, Lawrence D.'; 'Wiles, Stephen'; 'Willhoft, Jill Schultz'; 'Wise, Brett D.'; 'ymaranto@monbar.com'; 'Zelaya, Carlos' |
| **Subject:** | RE: In Re Katrina, etc.; BARGE |

I'm OK with waiting until some time in December.

Brian A. Gilbert, Esq.
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336

CONFIDENTIALITY NOTICE
This e-mail transmission, including attachments, if any, is intended for the use only by the
addressee(s) named herein and contains confidential and/or privileged information. Any
unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not
the intended recipient, please notify the sender immediately by reply e-mail or telephone and
delete the original and destroy all electronic and other copies of this message. If you are

the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.


-----Original Message-----
From: Raffman, Mark S [mailto:mraffman@goodwinprocter.com]
Sent: Friday, October 26, 2007 9:53 AM
To: Don K Haycraft; Law Office of Brian A. Gilbert; jfe
Cc: jsw@harrisrufty.com; Fisher@chaffe.com; walker@chaffe.com; dwebb@swslaw.com; BEmory@mblb.com; Aldock, John D.
Subject: RE: In Re Katrina, etc.; BARGE


Brian,
We think it would also be useful for the parties in Section K to have exchanged the discovery that is due on November 30, and so an extra week or two beyond November 29 would serve that purpose as well.
Mark R.


-----Original Message-----
From: Don K Haycraft [mailto:dkhaycraft@liskow.com]
Sent: Friday, October 26, 2007 10:48 AM
To: Law Office of Brian A. Gilbert; jfe
Cc: jsw@harrisrufty.com; Fisher@chaffe.com; walker@chaffe.com; Raffman, Mark S; dwebb@swslaw.com; BEmory@mblb.com
Subject: RE: In Re Katrina, etc.; BARGE


Brian,
Although this will be noticed, you say, with a Section K caption, if the limitation plaintiffs are still in the case on November 29 we will have an interest in participating. Accordingly, I request that the deposition of Arthur Murph be delayed by a week or two so that it is not the same week as the Phase 2 trial. I would like to have time to prepare for any such deposition.
Don

-----Original Message-----
From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Wednesday, October 24, 2007 4:26 PM
To: 'jfe'
Cc: jsw@harrisrufty.com; Don K Haycraft
Subject: RE: In Re Katrina, etc.; BARGE

It will be noticed with a Section K caption. I was simply affording you the opportunity to attend. If you don't want to, OK. Whatever. Whether I use it in Phase II, if we get that far, depends on circumstances that don't yet exist. If you want to pose questions in the depo, I don't care. If you want the stay in Section K lifted, feel free to file a motion. I won't oppose it. Whatever.

Brian A. Gilbert, Esq.
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana
Telephone: (504) 885-7700
Telephone: (504) 581-6180

Facsimile: (504) 581-4336

CONFIDENTIALITY NOTICE
This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.

-----Original Message-----
From: jfe [mailto:jfe@ecwko.com]
Sent: Wednesday, October 24, 2007 4:15 PM
To: Law Office of Brian A. Gilbert
Cc: jsw@harrisrufty.com; dkhaycraft@liskow.com
Subject: RE: In Re Katrina, etc.; BARGE

Brian, this is probably just after we complete the Phase 2 trial and after discovery cut offs have long since run. When I see the notice, I'll decide if I need to file a motion to quash to the extent you intend to use it in the Ingram limitation cases.

John F. Emmett
October 24, 2007

Emmett, Cobb, Waits & Henning
1515 Poydras Street, Suite 1950
New Orleans, LA 70112
Phone: (504) 581-1301
Fax: (504) 581-6020

>>> "Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>
10/24/2007 4:10:59 PM >>>
Katrina. I am affording notice to petitioners in limitation as well.

Brian A. Gilbert, Esq.
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336

CONFIDENTIALITY NOTICE
This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are

the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.

```
-----Original Message-----
From: jfe [mailto:jfe@ecwko.com]
Sent: Wednesday, October 24, 2007 3:27 PM
To: Law Office of Brian A. Gilbert
Cc: dkhaycraft@liskow.com
Subject: Re: In Re Katrina, etc.; BARGE
```

Is this in the Ingram case or the Duval Katrina litigation?

Emmett, Cobb, Waits & Henning
1515 Poydras Street, Suite 1950
New Orleans, LA 70112
Phone: (504) 581-1301
Fax: (504) 581-6020

>>> "Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com> 10/24/2007 3:12:51 PM >>>
Dear Counsel:


I intend to notice the deposition of Arthur Murph for Thursday, November 29, 2007 at 10:00 at my office.  Please reply with any comments no later than noon this Friday.


Brian A. Gilbert, Esq.

LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

821 Baronne Street

New Orleans, Louisiana

Telephone: (504) 885-7700

Telephone: (504) 581-6180

Facsimile: (504) 581-4336




CONFIDENTIALITY NOTICE
This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any

unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not
the intended recipient, please notify the sender immediately by reply e-mail or telephone and
delete the original and destroy all electronic and other copies of this message. If you are
the recipient but do not wish to receive communication through this medium, please so advise
the sender immediately.


--
Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.5.484 / Virus Database: 269.11.19/956 - Release Date: 8/16/2007
9:48 AM




--
Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.5.484 / Virus Database: 269.11.19/956 - Release Date: 8/16/2007
9:48 AM



-----------------------------------------
*********************************************************************

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we
inform
you that any U.S. tax advice contained in this communication
(including any attachments) is not intended or written to be used,
and
cannot be used, for the purpose of (i) avoiding penalties under
the
Internal Revenue Code or (ii) promoting, marketing or recommending
to
another party any transaction or matter addressed herein.

*********************************************************************

*********************************************************************
This message is intended only for the designated recipient(s).  It
may
contain confidential or proprietary information and may be subject
to
the attorney-client privilege or other confidentiality
protections.
If you are not a designated recipient, you may not review, copy or

distribute this message.  If you receive this in error, please notify
the sender by reply e-mail and delete this message.  Thank you.
*****************************************************************


--
Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.5.484 / Virus Database: 269.11.19/956 - Release Date: 8/16/2007 9:48 AM