## Law Office of Brian A. Gilbert

**From:** Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com]
**Sent:** Wednesday, December 26, 2007 2:52 PM
**To:** 'Carlos Zelaya'
**Cc:** Richard J. Guidry (jguidry@thecochranfirmno.com)
**Subject:** RE: FGMPA Clients
**Attachments:** LNA_Zito requests for production to plaintiffs (3).pdf; LNA _ Zito interrogatories to plaintiffs (3).pdf; LNA_Zito requests for admissions to plaintiffs (3).pdf; packet to named plaintiffs.wpd

Thanks, Carlos. Give me a call re the attached.

Copies of same to Joe Guidry. Joe – no need to call. We've already spoken.

*Brian A. Gilbert, Esq.*
*LAW OFFICE OF BRIAN A. GILBERT, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana*
*Telephone: (504) 885-7700*
*Telephone: (504) 581-6180*
*Facsimile: (504) 581-4336*

*CONFIDENTIALITY NOTICE*
*This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.*

---

**From:** Carlos Zelaya [mailto:czelaya@fgmapleslaw.com]
**Sent:** Wednesday, December 26, 2007 2:19 PM
**To:** bgilbert@briangilbertlaw.com
**Cc:** Stephen M. Wiles
**Subject:** FGMPA Clients

Brian, finally resolved our server issue. Attached is the information you requested.

Carlos A. Zelaya, II
Attorney at Law
F. Gerald Maples, P.A.
902 Julia Street
New Orleans, LA  70113
Telephone: (504) 569-8732
Facsimile:  (504) 525-6932

1