# Law Office of Brian A. Gilbert

**From:** Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com]
**Sent:** Thursday, December 27, 2007 10:49 AM
**To:** (arod@odwyerlaw.com); Carlos Zelaya Esq. (czelaya@fgmapleslaw.com); Richard J. Guidry (jguidry@thecochranfirmno.com)
**Subject:** Responses to LNA discovery
**Attachments:** responses to RFA3.wpd

Dear Counsel:

Attached is a final version of Responses to Requests for Admissions relative to my clients. Please use it as a guide in rendering responses as to your clients.

NOTE: Responses as to theories of the case, aspects of liability, causation, etc., are not needed. What I need from you is only the information that is personal to your clients, as reflected in the questionnaire I forwarded to you previously.

I will provide final versions of Answers to Interrogatories and Responses to Req. Prod tomorrow, which you may also use as a guide.

Thanks for your cooperation and assistance.

*Brian A. Gilbert, Esq.*
*LAW OFFICE OF BRIAN A. GILBERT, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana*
*Telephone: (504) 885-7700*
*Telephone: (504) 581-6180*
*Facsimile: (504) 581-4336*

*CONFIDENTIALITY NOTICE*
*This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.*