# Law Office of Brian A. Gilbert

**From:** Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com]
**Sent:** Friday, December 28, 2007 12:39 PM
**To:** 'Raffman, Mark S'; 'Derek A. Walker'; 'William Emory Esq.'
**Cc:** 'Forbes, Thomas'; 'Fisher, Robert'
**Subject:** RE: Katrina Canal Breaches; periodic witness exhibit lists; discovery responses.

OK, that will work. We're also going to send discovery responses via email in .pdf format, but our documents are paper (from clients, etc...). Do you want to send a courier? How would you like to handle it?

Thanks for the record doc nos.

*Brian A. Gilbert, Esq.*
*LAW OFFICE OF BRIAN A. GILBERT, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana*
*Telephone: (504) 885-7700*
*Telephone: (504) 581-6180*
*Facsimile: (504) 581-4336*

*CONFIDENTIALITY NOTICE*
*This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.*

---

**From:** Raffman, Mark S [mailto:mraffman@goodwinprocter.com]
**Sent:** Friday, December 28, 2007 12:29 PM
**To:** Law Office of Brian A. Gilbert; Derek A. Walker; William Emory Esq.
**Cc:** Forbes, Thomas; Fisher, Robert
**Subject:** RE: Katrina Canal Breaches; periodic witness exhibit lists; discovery responses.

We filed our witness and exhibit list on 12/20.   Look at Rec. Doc. 9628 and 9629.

Rob Fisher and Tom Forbes have our document production and can discuss the form of production.  I think we were planning to produce electronically.

Discovery responses and objections will come electronically from my office this afternoon.

---

**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
**Sent:** Friday, December 28, 2007 1:25 PM
**To:** Derek A. Walker; Raffman, Mark S; William Emory Esq.
**Subject:** Katrina Canal Breaches; periodic witness exhibit lists; discovery responses.

Gentlemen:

1

Have LNA and Zito filed their December periodic witness and exhibit lists? If so, please email copies. If not, please do so in accord with CMO 5. Thanks.

Document production will be available at 4:30 this afternoon. Maybe we can share the cost of a courier to drop off the documents you are producing and pick up those we are producing for you. Let me know your preferences.

Thanks.

**Brian A. Gilbert, Esq.**
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
**821 Baronne Street**
**New Orleans, Louisiana**
**Telephone: (504) 885-7700**
**Telephone: (504) 581-6180**
**Facsimile: (504) 581-4336**

CONFIDENTIALITY NOTICE
This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.