# Law Office of Brian A. Gilbert

**From:** Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com]
**Sent:** Thursday, January 03, 2008 12:47 PM
**To:** (arod@odwyerlaw.com); Carlos Zelaya Esq. (czelaya@fgmapleslaw.com); Richard J. Guidry (jguidry@thecochranfirmno.com)
**Subject:** Katrina Canal Breaches - BARGE - discovery responses

Ashton, Carlos, Joe:

This is a reminder to provide your named plaintiffs' responses to discovery requests served by the Barge Entities, using the questionnaire I provided.

Also, please obtain personal and business tax returns for the years 2002 through the present for all of your named plaintiffs who were business owners at the time of the storm. This may require Request for Tax Information forms to be forwarded to the IRS. We need this information for purposes of the business loss subclass.

Ashton, I suggest that you draft and file an amended complaint in 07-3500 deleting, but reserving rights as to, all but a very few named plaintiffs. The purpose of Rule 23 is to permit named plaintiffs to proceed as persons representative of an entire class, and this purpose is subverted by naming several hundred plaintiffs. It also makes responding to discovery unmanageable. This is no less true as to the Local Entities' discovery bearing upon your claims against OLD, Port Commn, etc...

*Brian A. Gilbert, Esq.*
*LAW OFFICE OF BRIAN A. GILBERT, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana*
*Telephone: (504) 885-7700*
*Telephone: (504) 581-6180*
*Facsimile: (504) 581-4336*

*CONFIDENTIALITY NOTICE*
*This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.*