# Law Office of Brian A. Gilbert

| | |
|---|---|
| **From:** | Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com] |
| **Sent:** | Monday, January 14, 2008 2:59 PM |
| **To:** | (arod@odwyerlaw.com); Carlos Zelaya Esq. (czelaya@fgmapleslaw.com); Richard J. Guidry (jguidry@thecochranfirmno.com); Stephen Wiles (smwiles@fgmapleslaw.com) |
| **Subject:** | Katrina Canal Breaches - BARGE |

Gentlemen, this is just a follow up to be sure that we're on target for getting your named plaintiffs' discovery responses and answers to my questionnaire.

*Brian A. Gilbert, Esq.*
*LAW OFFICE OF BRIAN A. GILBERT, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana*
*Telephone: (504) 885-7700*
*Telephone: (504) 581-6180*
*Facsimile: (504) 581-4336*

CONFIDENTIALITY NOTICE
This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.

1