## Law Offices of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113

Telephone (504) 581-6180
Telephone (504) 885-7700
Facsimile (504) 581-4336

bgilbert@briangilbertlaw.com

January 18, 2008

**<u>Via Facsimile</u>**

<u>504\588-1589</u>
Joseph Guidry, Esq.
The Cochran Firm
1580 LL&E Tower
New Orleans, LA 70112

<u>504\581-4336</u>
Ashton R. O'Dwyer, Jr., Esq.
821 Baronne Street
New Orleans, LA   70113

<u>504\524-7979</u>
John H. Musser, IV, Esq
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170

<u>504\525-6932</u>
Carlos A. Zelaya, II, Esq.
902 Julia Street
New Orleans, LA   70113

Re:   Katrina Canal Breaches Consolidated Litigation;
        USDC EDLA Civil Action 05-4182 and consolidated cases

Dear Counsel:

  Be advised that Lafarge North America has invoked Local Rule 37.1 with respect to named plaintiffs' discovery responses. I have forwarded to you each via e-mail the discovery requests and questionnaire that we used to obtain this information from our clients. To date, despite my multiple requests for the status of your efforts to comply as to your own clients, I am aware only of Mr. Zelaya's progress in this regard.

  In my capacity as Plaintiffs' Liaison Counsel, I wish to underscore your individual responsibilities for providing to me your clients' responses so that I may formulate responses for Lafarge and Zito within the context of the P.S.L.C.'s themes and theories of the case. Failing this, Lafarge is within its rights to move to compel your clients' responses. I attach a draft of just such a motion which at this point is provided for L.R. 37.1 purposes, but which Lafarge will file failing amicable resolution.

January 18, 2008
Page two

***Please e-mail me to advise of a date <u>certain</u> by which you will provide to me your clients' discovery responses.***

Thank you for your courtesy and attention to this matter. If you have any questions, please do not hesitate to call my office.

Yours very truly,


**BRIAN A. GILBERT**


BAG/jrc
attachment