## Law Office of Brian A. Gilbert

**From:** Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com]
**Sent:** Monday, January 21, 2008 10:45 AM
**To:** (arod@odwyerlaw.com); Carlos Zelaya Esq. (czelaya@fgmapleslaw.com); (jmusser@bellsouth.net); Richard J. Guidry Esq. (Joe) (jguidry@thecochranfirmno.com)
**Subject:** Katrina Canal Breaches - discovery responses

Dear Ashton, Carlos, John and Joe:

In addition to the documents requested in the questionnaires I provided, please obtain from your clients all mental health records and bills for care relevant to the matters subject of this suit.

*Brian A. Gilbert, Esq.*
*LAW OFFICE OF BRIAN A. GILBERT, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana*
*Telephone: (504) 885-7700*
*Telephone: (504) 581-6180*
*Facsimile: (504) 581-4336*

CONFIDENTIALITY NOTICE
This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.