# Law Offices of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113

Telephone (504) 581-6180
Telephone (504) 885-7700
Facsimile (504) 581-4336

bgilbert@briangilbertlaw.com

February 1, 2008

**<u>Via Certified Mail, Return Receipt Requested</u>**

**Certified No. 7001 2510 0006 2980 4953**
Joseph Guidry, Esq.
The Cochran Firm
1580 LL&E Tower
909 Poydras Street
New Orleans, LA 70112

**Certified No. 7001 2510 0006 2980 4946**
John H. Musser, IV, Esq
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170

**Certified No. 7001 2510 0006 2980 4939**
Carlos A. Zelaya, II, Esq.
F. Gerald Maples, PA
902 Julia Street
New Orleans, LA   70113

Re:   *Katrina Canal Breaches Consolidated Litigation;*
        *USDC EDLA Civil Action 05-4182 and consolidated cases*

Gentlemen:

I assume that you are all diligently working with your clients to provide complete discovery responses. I want to remind you that I must have all of their responses, including all of the documents I have requested in my hands no later that February 7, 2008 in order to comply with the February 15, 2008 deadline. Please recall that the documents include all evidence of property ownership, property valuations, property damage, property repair, remediation, business income before and after Katrina, rental income before and after Katrina, mental health records and bills, death certificates, autopsy reports and any and all other evidence necessary to establish property damage, business loss, wrongful death and emotional damages claims. They are to also provide sworn verifications as per my previous instructions.

Please endeavor to comply with this deadline as the Barge P.S.L.C. cannot be responsible for consequences that may arise due to your clients' failure to provide discovery responses.

February 1, 2008
Page two

      Thank you for your courtesy and attention to this matter. If you have any questions, please do not hesitate to call my office.

                                  Yours very truly,

                                **BRIAN A. GILBERT**

BAG/jrc