## Law Offices of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113

Telephone (504) 581-6180
Telephone (504) 885-7700
Facsimile (504) 581-4336

bgilbert@briangilbertlaw.com

February 26, 2008

**Via Certified Mail, RRR No. 7001 2510 0006 2980 3901**
Carlos A. Zelaya, II, Esq.
F. Gerald Maples, PA
902 Julia Street
New Orleans, LA   70113

**Via Certified Mail, RRR No. 7001 2510 0006 2980 3895**
Stephen M. Wiles, Esq.
F. Gerald Maples, PA
902 Julia Street
New Orleans, LA   70113

    **Re:** *Katrina Canal Breaches Consolidated Litigation;*
       *USDC EDLA Civil Action 05-4182 and consolidated cases*

Gentlemen:

  I have made repeated requests for your clients' complete, verified responses to Lafarge's discovery requests. With few exceptions I have not received what I need in order to satisfy these obligations. I ask again that you please concentrate your efforts on complying with these requests.

  I also called each of you last week to let you know that Lafarge has been conducting secret, recorded interview of plaintiffs, possibly including your clients. I did not receive any response to my voice mail requests that you return my phone calls.

  I ask for your attention to these concerns as they affect not only your clients, but the entire class.

  Thank you for your courtesy and attention to this matter. If you have any questions, please do not hesitate to call my office.

                  Yours very truly,


                 **BRIAN A. GILBERT**

BAG/jrc