## Law Office of Brian A. Gilbert

| | |
|---|---|
| **From:** | Law Office of Brian A. Gilbert [bgilbertlaw@briangilbertlaw.com] |
| **Sent:** | Wednesday, March 19, 2008 5:26 PM |
| **To:** | (arod@odwyerlaw.com); Carlos Zelaya Esq. (czelaya@fgmapleslaw.com); (jmusser@bellsouth.net); Richard J. Guidry (jguidry@thecochranfirmno.com) |
| **Cc:** | 'Arias, Cindy'; 'David Druker (ddruker@wgdnlaw1.com'; 'Fuchsberg, Allen'; 'Gilbert, Brian A.'; 'Kelmachter, Leslie'; 'Kern, Chet'; 'Nolet, Chip'; 'Sanders, Pat'; 'Seymour, Rick'; 'Wiedemann, Karen'; 'Wiedemann, Larry (ldwiedeman@aol.com'; 'Wilson, Larry' |
| **Subject:** | FW: Summary of ECF Activity |

Gentlemen:

Please see Record Doc. 11666, below. This is the motion to compel that I have advised each of you on numerous occasions that LNA would file if your clients did not comply in full with my requests for responses to Lafarge's discovery. At this point, you must each decide what is in your clients' best interests. You may still provide their responses, but must do so through me. Be advised, however, that I will be out of town all next week, and my time for compiling responses is quite limited. I suggest that you read the motion, review LNA's discovery requests (Interrog, Req Prod and Req Adm), and provide draft responses for me to complete and forward to Lafarge. I do not have time at this point to start from scratch with raw data only. Again, I ask that you provide all documents as well. In absence of your full compliance, I can probably do nothing to prevent the court from compelling responses, possibly awarding sanctions, and ultimately, possibly dismissing your clients' claims.

I hope this gets the message across once and for all, as I have written and called your offices numerous times since October 2007 in order to obtain complete responses. As LNA correctly states in their memo, only certain named plaintiffs have been compliant.


*Brian A. Gilbert, Esq.*
*Law Office of Brian A. Gilbert, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana 70113*
*Phone: 504/885-7700*
*Phone: 5-4/581-6180*
*Facsimile: 504/581-4336*
*www.bargecase.com*

---

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Wednesday, March 19, 2008 12:04 AM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order on Motion for Entry of Judgment under Rule 54(b)    11656**

**Docket Text:**
LEVEE (06-5127): ORDER granting [8525] Motion for Entry of Judgment under Rule 54(b). ORDERED

THAT the foregoing Courts Orders [8390] as they pertain to the defendant, the Parish of Jefferson, be considered as a final judgment under Rule 54(b) of the Federal Rules of Civil Procedure, upon the express finding that there are no just reasons for delay, all for the reasons set forth fully in the Motion and Memorandum, which are hereby adopted by the Court, including that all claims between these parties are resolved by the Orders. FURTHER ORDERED that the Parish of Jefferson shall prepare a separate judgment in compliance with Rule 54(a) for entry and present it to the Court for same no later than March 31, 2008. Signed by Judge Stanwood R. Duval Jr. on 3/17/08. (Reference: LEVEE (06-5127)(blg)

### 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
### Order on Motion for Summary Judgment   11657

**Docket Text:**
INSURANCE (06-4703, 07-6737): ORDER dismissing without prejudice to be re-urged in a global pleading as previously ordered by the Court [9410] Motion for Summary Judgment; and [9573] Motion to Dismiss. Signed by Judge Stanwood R. Duval Jr. on 3/17/08. (Reference: INSURANCE (06-4703, 07-6737)(blg)

### 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
### Order on Motion for Entry of Judgment under Rule 54(b)   11658

**Docket Text:**
LEVEE (06-5116): ORDER granting [8526] Motion for Entry of Judgment under Rule 54(b). ORDERED THAT the foregoing Courts Orders [8387] as they pertain to the defendant, the Parish of Jefferson, be considered as final judgment under Rule 54(b) of the Federal Rules of Civil Procedure, upon the express finding that there are no just reasons for delay, all for the reasons set forth fully in the Motion and Memorandum, which are hereby adopted by the Court, including that all claims between these parties are resolved by the Orders. FURTHER ORDERED that the parish of Jefferson shall prepare a separate judgment in compliance with Rule 54(a) for entry and present it to the Court for same no later than March 31, 2008. Signed by Judge Stanwood R. Duval Jr. on 3/18/08. (Reference: LEVEE (06-5116)(blg)

### 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
### Order on Motion for Leave to File   11659

**Docket Text:**
INSURANCE (07-1689): ORDER granting [11636] Motion for Leave to File. Signed by Judge Joseph C. Wilkinson Jr. on 3/18/08. (Reference: INSURANCE (07-1689)(blg)

### 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
### Reply to Response to Motion   11660

**Docket Text:**
INSURANCE (07-1689): REPLY to Response to Motion filed by Auto Club Family Insurance Company(07-1689) re [11531] MOTION for Contempt and Dismissal. (Reference: INSURANCE (07-1689)(blg)

### 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
### USCA Order   11661

**Docket Text:**
ROAD HOME (07-5528): ORDER of USCA as to [11099] Notice of Interlocutory Appeal, filed by Louisiana State, Charles C. Foti, Jr., [11100] Notice of Interlocutory Appeal, filed by Louisiana State, Charles C. Foti, Jr. ORDERED that the time period for judgment be extended for ten days. (Reference: ROAD HOME (07-5528)(blg)

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order Referring Motion   11662**

**Docket Text:**
INSURANCE (07-1689): ORDER REFERRING MOTION: [11531] MOTION for Contempt and Dismissal filed by Auto Club Family Insurance Company. ORDER Resetting Hearing on [11531] MOTION for Contempt and Dismissal : Motion(s) referred to Joseph C. Wilkinson, Jr. Motion Hearing set without oral argument for 3/19/2008 before Magistrate Judge Joseph C. Wilkinson Jr. Signed by Judge Stanwood R. Duval Jr. on 3/18/08. (NEF sent to Magistrate Judge Wilkinson)(Reference: INSURANCE (07-1689)(blg)

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order   11663**

**Docket Text:**
NEW CASE CONSOLIDATED 08-39: Liaison Counsel to file Notification of Designation. Consolidated Plaintiff(s) Roland A Landry and Dorothy Landry rep by Larry Dewayne Dyess, Drew A. Ranier, N. Frank Elliot, III; and Consolidated Defendant(s) State Farm Insurance Companies, and State Farm Fire and Casualty Company rep by Laurie Lee DeArmond, Patrick Dominic DeRouen, Chad Joseph Primeaux, Guy Hartwell Bumpas, IV added. Signed by Judge Stanwood R. Duval Jr. on 10/20/06. (Attachments: # (1) Case Management Order No. 3# (2) Case Management Order No. 4)(Reference: 08-39)(blg)

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Stay   11664**

**Docket Text:**
(08-39): MOTION to Stay, MOTION to Remand to State Court by Roland A Landry, Dorothy Landry. Motion Hearing set for 3/5/2008 09:30 AM before Judge Stanwood R. Duval Jr. Originally filed on 1/30/08, in member case 08-39, document #3. (Attachments: # (1) Memorandum in Support # (2) Notice of Hearing # (3) Proposed Order)(Reference: 08-39)(blg)

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Order Setting/Resetting Hearing on Motion   11665**

**Docket Text:**
LEVEE, MRGO, RESPONDER (05-4181, 06-1885, 06-4024, 06-4389,06-5771, 06-5786, 06-6099, 07-0206, 07-3500,07-3612, 07-5023, 07-5040) ORDER Setting/Resetting oral argument on [11623] MOTION for Reconsideration re [11615] Order on Motion for Protective Order: Motion Hearing set for 4/2/2008 11:00 AM before Magistrate Judge Joseph C. Wilkinson Jr. Signed by Judge Joseph C. Wilkinson Jr.(Reference: 05-4181, 06-1885, 06-4024, 06-4389,06-5771, 06-5786, 06-6099, 07-0206, 07-3500,07-3612, 07-5023, 07-5040)(car, )

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Compel   11666**

**Docket Text:**
MOTION to Compel *Written Discovery from Plaintiffs* by Lafarge North America, Inc.(07-3500). Motion(s) referred to Joseph C. Wilkinson, Jr. Motion Hearing set for 4/2/2008 11:00 AM before Magistrate Judge Joseph C. Wilkinson Jr.. (Attachments: # (1) Memorandum in Support # (2) Exhibit 1# (3) Exhibit 2# (4) Exhibit 3# (5) Exhibit 4# (6) Exhibit 5# (7) Exhibit 6# (8) Exhibit 7# (9) Exhibit 8# (10) Exhibit 9# (11) Exhibit 10# (12) Exhibit 11# (13) Exhibit 12# (14) Exhibit 13# (15) Appendix Local Rule 37.1E Certificate# (16) Notice of Hearing April 2, 2008 11 am# (17) Proposed Order)(Reference: 05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178)(Walker, Derek)

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion for Extension of Deadlines   11667**

**Docket Text:**
EXPARTE/CONSENT Joint MOTION for Extension of Deadlines by Defendants Liaison Counsel, Plaintiffs Liaison Counsel. (Attachments: # (1) Proposed Order)(Reference: MRGO/BARGE)(Hubbard, Ralph)

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Notice to Take Deposition   11668**

**Docket Text:**
NOTICE to Take Deposition of Lake Borne Levee District by Plaintiffs Liaison Counsel.(Reference: Levee & MRGO)(Bruno, Joseph)