# Law Office of Brian A. Gilbert

| | |
|---|---|
| **From:** | Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com] |
| **Sent:** | Monday, March 31, 2008 4:33 PM |
| **To:** | 'Carlos Zelaya Esq.'; 'Ashton O'Dwyer'; 'Joe Guidry'; 'jmusser@bellsouth.net'; Stephen Wiles (smwiles@fgmapleslaw.com) |
| **Attachments:** | LNA_Zito requests for admissions to plaintiffs (3).pdf; responses to RFA3.pdf |

Attached are Lafarge's requests for admissions and our original responses. Please provide additional responses for each of your named plaintiffs where applicable. If your client agrees or disagrees with a response we have already made, it is sufficient to respond to me that your client agrees with response no. _____. I will formulate supplemental responses in order to deflate LNA's mot compel, and will incorporate your clients' responses accordingly.

NOTE:

I also still need written, sworn verifications of your clients' discovery responses – Interrogs, Req Prod and Req Adm.

I also need IRS tax form requests for each of your named plaintiffs that will be represented in the business loss subclass of claims. These requests should contain only the business name, Taxpayer ID, and a signature. I will complete remaining info.

Finally, this is yet another request for your clients to provide complete discovery responses. I cannot prevent an order compelling their responses if they do not comply.

*Brian A. Gilbert, Esq.*
*Law Office of Brian A. Gilbert, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana 70113*
*Phone: 504/885-7700*
*Phone: 5-4/581-6180*
*Facsimile: 504/581-4336*
*www.bargecase.com*