## HURRICANE LEGAL CENTER, LLC
910 Julia Street
New Orleans, Louisiana 70113
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Stuart T. Barasch
  Admitted in Louisiana

Attorney, Sassoon Sales
  Admitted in California



RECEIVED
FEB 2 5 2008
By 2760-208

February 20, 2008

Mr. David A. Strauss
King, LeBlanc & Bland, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170

In Re: *Rafael Acevedo, et al v. AAA Insurance, et al*, Case No. 07-5199
       *Chudd Abram, et al v. AAA Insurance, et al*, Case No. 07-5205

Dear Mr. Strauss,

Since this case has been consolidated with In Re Katrina Canal Breaches Litigation, Case No. 4182, there is a stay in effect per Judge Duval's order in November 2007. Therefore there is no necessity to respond to the lawsuit until further order of court. Needless to say, we will not be entering any defaults.

If you are interested in a settlement meeting please let us know and we will arrange for our expert to provide an estimate. However, we can only enter into partial settlement agreements since the issue of whether homeowners insurance is liable for flood damage is pending before the Supreme Court.

Very truly yours,

Sassoon Sales

SS/ap



EXHIBIT A