UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## DECLARATION OF WAYNE R. CENTANNI

I, Wayne R. Centanni, depose and say:

1. I am the president of Centanni Investigative Agency in New Orleans, LA, a Louisiana licensed investigative agency. My firm was retained by Lafarge North America Inc. ("LNA") to assist in the investigation and defense of claims against the company relating to the Barge ING 4727. This affidavit is based on personal knowledge and on records created during the course of the Centanni Investigative Agency's work on this matter.

2. In the course of Centanni Investigative Agency's investigation on behalf of LNA of the claims against LNA, the agency recorded and transcribed interviews with 113 Lower Ninth Ward residents. Centanni Investigative Agency made no audio recordings of the remainder of its interviews with Lower Ninth Ward residents.


EXHIBIT 1

3. Centanni Investigative Agency obtained no photographs or videos as a result of any response we received to signs we posted in the Lower Ninth Ward, or at any other time during any interviews of Lower Ninth Ward residents. The only physical evidence obtained by Centanni from the Lower Ninth Ward, other than photographs or video that Centanni created, is 36 timepieces.

4. Centanni Investigative Agency created a large quantity of investigative memos throughout the course of its work for LNA at the direction of counsel, including memos related to its interviews with witnesses. These memos reflect the thoughts, opinions, and strategies of the investigators.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Wayne R. Centanni*
Wayne R. Centanni

Dated: April 7, 2008