```
00007
 1         Edward VanderMeulen, 13774 Rockwood
 2   Court, Morrison, Illinois 61270, after having
 3   been first duly sworn by the reporter to tell the
 4   truth, the whole truth, and nothing but the
 5   truth, was examined and testified as follows:
 6            EXAMINATION
 7   MR. WIEDEMANN:
 8      Usual stipulations, reserve the
 9   right to --
10   MR. WEBB:
11      Oh, we're reserving the right to
12   read and sign.
13   MR. WIEDEMANN:
14      Okay.
15   MR. WEBB:
16      And, Larry, before you start, I
17   have a hearing problem , a 50 percent
18   hearing loss in my right ear, and our
19   witness wears hearing aids. So, you tend
20   to kind of not talk too loud, so I really
21   ask you to speak up.
22   MR. WIEDEMANN:
23      I'll do my best.
24   MR. WEBB:
25      Good. I know you have that great
```

EXHIBIT 3

00008
1    voice. I've seen it in the courtroom, I
2    heard it in the courtroom before.
3    MR. WIEDEMANN:
4        If I ask something that you don't.
5    Understand either because hearing or
6    otherwise, you have a right to stop me
7    and ask me to repeat it. Okay?
8    THE WITNESS:
9        Yes, sir.
10   MR. WIEDEMANN:
11       We're not here to get you to answer
12   questions without knowing what they are.
13   Okay?
14   THE WITNESS:
15       You bet.
16   MR. WEBB:
17       And you need to speak up, because
18   that young lady down there needs to hear
19   what you're saying.
20 BY MR. WIEDEMANN:
21   Q. Would you tell us your full name, please?
22   A. My name is Edward Frank VanderMeulen.
23   Q. And it's V-a-n-d-e-r?
24   A. Yes, sir. And it's a capital M-e-u-l-e-
25 n. And the "M" is capitalized, but it's all one

00037
1    A. Within the last few months, when I first
2 saw that document and I was first aware of the
3 long-lining procedure that was in place.
4    Q. So you in your position were not aware of
5 the long-lining procedure that's supposed to be
6 in place until just recently?
7    A. That's correct.
8    Q. Well, I thought you said everybody in
9 safety and everybody in Lafarge knows what's
10 going on. How come -- how do you think you
11 didn't know that?
12    A. I said that on a local level. You have
13 to -- we probably have 30 or 40 facilities in the
14 River Region, and I can't possibly know every
15 procedure at every facility in my position.
16    Q. Well, who would be -- who would be vested
17 with the responsibility? You say the local
18 people make up the hurricane protection checklist
19 for the New Orleans terminal because it's
20 regionalized. Who audits to see that what
21 they're doing meets safety standards required by
22 various regulatory bodies?
23    A. That falls under the responsibility of
24 the area distribution manager for that facility
25 and our safety people.

00052
1   A. E-r-b-e-s.
2   Q. Huh?
3   A. E-r-b-e-s.
4   Q. What is his title?
5   A. He's the director of distribution.
6   Q. What does the -- because you've indicated
7   Mr. Thompson is the head of safety and audit
8   team. What is their job?
9   A. Mr. Thompson is our Director of Safety in
10  the River Region.
11  Q. And that's Don Thompson?
12  A. Dan.
13  Q. Dan Thompson?
14  A. Yes.
15  Q. And he's the Director of Safety?
16  A. Yes.
17  Q. In what region?
18  A. The River Region.
19  Q. Well, as the Director of Safety, because
20  most directors of safety -- and I'm not implying
21  it's true here -- they investigate accidents and
22  see why accidents happen and how they might be
23  prevented. Did Lafarge have such a policy, that
24  you know of?
25  A. In Mr. Thompson's role he does

00111
1   A. Yes.

2   Q. Erbes?

3   A. Erbes, yes.

4   Q. And he says, "Hope your trip is going

5 well. Just curious what the emergency plan is

6 for New Orleans, Louisiana terminal." Do you

7 know what he's talking about, the emergency

8 plans?

9   A. Not specifically.

10   Q. Well, was there an emergency plan?

11   A. Related to this e-mail?

12   Q. Related to Lafarge.

13   A. Yes.

14   Q. Who is John Caldwell?

15   A. John Caldwell is a marketing manager.

16   Q. Well, why is he --

17   A. Marketing manager of Marketing for the

18 River Region.

19   Q. Why would he be inquiring if there's an

20 emergency plan the day before the hurricane if he

21 knew there was an emergency plan in existence?

22       MR. WEBB:

23         Object to the form of the question.

24 BY MR. WIEDEMANN:

25   Q. He's an executive, isn't he?