UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * * * | MAG. JOSEPH C. WILKINSON, JR. |

## REQUESTS FOR PRODUCTION TO ALL PLAINTIFFS FROM LAFARGE NORTH AMERICA INC., ZITO FLEETING LLC AND ZITO FLEETING INC.

Pursuant to Fed. R. Civ. P. 34, Defendants Lafarge North America Inc. ("LNA"), Zito Fleeting LLC and Zito Fleeting, Inc. direct the following requests for production to the plaintiffs in the above-captioned matters, to be responded to individually by each plaintiff unless the response is the same for all plaintiffs. Response is due within thirty days of service.

**Instructions**

1. You are directed to produce all documents responsive to these Requests that are in your possession, custody, or control (including documents in the possession, custody, or control of your agents, representatives, or your attorneys). To the extent that multiple copies exist of a document, you are directed to produce all non-identical copies (whether different from the original by means of any notation made on the copies or otherwise).

2. Any objections to these Requests must be stated with specificity, in writing. If objection is made to producing part of a category of documents or part of a particular document,


EXHIBIT 5

diagonally across the Industrial Canal, and struck the east wall of the Industrial Canal, causing it to fail" (Boutte Paragraph 8); and (c) that the barge "was the sole cause of the eastern Industrial Canal breaches in the Lower Ninth Ward" (www.bargecase.com)

9. Any documents that evidence any statement or communication that each or any individual plaintiff made to any other person (other than the plaintiff's lawyer or his representatives) regarding the events of August 29, 2005, the causes of the IHNC retaining wall failure(s), or the subject matter of this suit.

10. Any documents that evidence the whereabouts of each individual plaintiff during and immediately after Hurricane Katrina.

11. Any documents that evidence any telephone calls made or received on August 29, 2005 to or from any location in the Lower Ninth Ward or St. Bernard Parish, including telephone bills covering the period including August 29, 2005.

12. Any clock or other timepiece that was in the Lower Ninth Ward on August 29, 2005 and that stopped during the flood.

13. Any fragment of the retaining wall, including cement or "rebar" or sheet piling, collected on or after August 29, 2005.

14. Any documents that evidence communications between any person and any local, state or federal agency regarding the Barge ING 4727, including but not limited to any incident report made or obtained by you or your representatives.

15. Any documents referencing or evidencing communications made on August 28, 29, or 30 between persons in the Lower Ninth Ward of New Orleans or St. Bernard Parish and any local, state or federal emergency response agency, including all records of 911 calls.

16. Any photographs, digital video discs, video tapes, aerial photography or recordings, or other visual or recorded evidence of the ING 4727, the floodwall breach, the LNA terminal, or damage to plaintiffs' home or property taken on or after August 29, 2005.

17. Any photos and other proof of damages and expenditures caused by flooding for which compensation is claimed in this case and provided by any person to proposed class counsel (see www.bargecase.com).

18. Any documents evidencing or containing narrative or eye witness accounts of events that took place in the Lower Ninth Ward or St. Bernard Parish on August 28 and August 29, 2005, including but not limited to any written statement, tape recording, or transcription or account that discusses or describes the barge and/or the flooding that took place.

19. Any documents evidencing any accounts or communications about a barge or other object knocking, scraping or engaged in other contact against the IHNC floodwall or levee.

4

LIBW/1659166.3