## STATEMENT OF EARL J. SMITH

I am a maintenance supervisor at the Lafarge North America Inc. terminal in New Orleans. I have worked for Lafarge for 15 years.

On the morning of Saturday, August 27, 2005, there were seven barges at the terminal. In the northern row were five loaded barges, and in the southern row were the empty barge ING 4727 and, outboard of it, a loaded barge, the ING 4745. Along with other Lafarge employees, I began preparing the terminal for the approach of the storm.

We moved equipment off the dock and began replacing the fiberglass covers on the Barge ING 4727, which had completed unloading that morning. We used new polypropylene line to tie down the fiberglass covers on the barges.

We secured barges in the northern row to the dock and to each other in preparation for the storm. We added extra mooring ropes between the barges, using new, two-inch braided polypropylene line. We also replaced old mooring ropes with the new rope, and, for each of the barges, we added extra ropes between adjacent cleats. We used the same procedure for the southern row of barges, replacing at least one line between the ING 4727 and ING 4745 with a new line, and adding a new line between the cleats near the middle of the barges. In securing the barges to the dock, we allowed for the expected rise in the water level by making several turns of the mooring ropes around the dock pilings, after making the ropes fast to the dock bollard cleats and cleating the other end to the barges. This was to allow the turns to release gradually as the water rose, so the lines would not become too tight and break.

We had a boat shift around the two barges in the southern row so that the loaded barge (ING 4745) would be next to the dock and made fast to the dock in the same way as the northern



LNA000111

row of barges. This was done to give a better lead angle to the dock lines and to assure that the light barge (ING 4727) would not ride up over the dock during the surge of the storm.

We prepare for heavy weather several times a year, and this was the normal procedure that we have used to secure the plant and barges for storms. Because of the evacuation, we were not present during Hurricane Katrina. All of the loaded barges remained in place, but sometime during the storm the barge ING 4727 broke away from the terminal.

_Earl J. Smith Sr._             _10-31-05_
EARL J. SMITH                             Date