## STATEMENT OF ED BUSCH

I am Assistant Terminal Manager for the New Orleans Lafarge North America Inc. cement terminal, located on the Industrial Canal. I have worked at the terminal for four years, during which time we have prepared the terminal for heavy weather several times per year.

When we learned that Hurricane Katrina was approaching New Orleans, we began to prepare the terminal for the storm. On Saturday morning, August 27, we moved as much equipment as we could away from the dock before the floodgate walls were closed by the Orleans Levee Board, which was approximately 9:30–10:00 a.m. We completed the discharge of the ING 4727 and put the hopper covers back in place. We had a spool of new polypropylene line that we used to tie down the covers on all seven barges at the terminal. Extra mooring ropes were placed on the barges and any ropes that appeared old or worn were replaced. I assisted by cutting pieces of two-inch braided blue polypropylene rope from a spool of new rope, which we had obtained specifically for the purpose of preparing the terminal for heavy weather. Mooring ropes were added to all barges, including the ING 4727, which was positioned next to the loaded ING 4745.

Because of the predicted storm surge, I arranged for a tug to shift the light barge ING 4727 to the outside of the southern row of barges and to place the loaded ING 4745 on the inside, against the dock; this way, the light barge ING 4727 would be away from the dock and would not risk riding up onto the dock and causing a breakaway.

We also arranged the mooring lines between the dock and the barge so that the barges could rise with the expected tidal surge without over-tightening the mooring rope and pulling the barge underwater or breaking the line. We refer to this technique as "long lining." To do this, we secure one end of the line to the bollard on the dock. These bollards have ears so the rope

EXHIBIT 7

LNA000109

will not ride over the top of the bollard as the barge rises with the tidal surge. The line is led around smooth-sided rubber/fiberglass pilings for several turns before they are secured on the barge cleat. As the barge rises with the tidal surge and the lines begin to strain, one of the turns comes off the top of each piling, giving additional slack in the line. The long-lining technique appears to have worked because all of the barges at the dock remained attached through Hurricane Katrina, although ING 4727, which was secured to the outside of ING 4745, did break away during the storm.

_____   10/31/05
ED BUSCH                          Date