UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * Case No. 05-4182<br>* Div. "K"<br>* Judge Duval |
| PERTAINS TO: INSURANCE<br>(Kathryn Voth, No. 07-4393) | * Magistrate Wilkinson |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE/UNOPPOSED MOTION AND PROPOSED ORDER TO BIFURCATE

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, *Kathryn Voth,* who pursuant to Case Management Order No. 4, Section 5 (C), moves this Honorable Court for an Order bifurcating the matter titled "Kathryn Voth v. State Farm Fire and Casualty Insurance Company," Case No. 07-4393 from the consolidated litigation. Plaintiff further requests that pursuant to Case Management Order No. 4, Section 5 (C) at p. 48 the matter be referred to Magistrate Wilkinson. Plaintiff further stipulates that she will not participate in common discovery for All Insured Defendants for individual cases. Plaintiff contacted counsel for the defendant prior to filing the present Motion and was advised that defendant had no objection to this matter being bifurcated.

**WHEREFORE,** plaintiff, *Kathryn Voth,* prays that the matter titled "Kathryn Voth v. State Farm Fire and Casualty Insurance Company," Case No. 07-4393, be bifurcated from the consolidated litigation.

RESPECTFULLY SUBMITTED:

____/s/ Ryan P. Reece_____
**RÉMY VOISIN STARNS (Bar #26522)**
**RYAN P. REECE (Bar #26479)**
533 Europe Street
Baton Rouge, Louisiana 70802
(225) 381-3131

## **CERTIFICATE OF SERVICE**

I do herby certify that I have on this 8th day of *April, 2008*, served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic notification by using CM/ECF filing system.

                        _____/s/ Ryan P. Reece_____
                                   **RYAN REECE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br>_____<br><br>PERTAINS TO: INSURANCE<br>(Kathryn Voth, No. 07-4393) | * <br> * Case No. 05-4182 <br> * Div. "K" <br> * <br> * Judge Duval <br> * <br> * <br> * Magistrate Wilkinson <br> * |

*******************************************

## ORDER

Considering the foregoing *Motion to Bifurcate;*

**IT IS HEREBY ORDERED** that the above referenced proceeding be and is hereby bifurcated pursuant to Case Management Order No. 4, Section 5 (C) and the matter be referred to Magistrate Wilkinson for a preliminary conference.

Signed this ___ day of _____, 2008 in New Orleans, Louisiana.

_____
**JUDGE**