UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  Case No. 05-4182<br>*  Div. "K"<br>*  Judge Duval |
| PERTAINS TO:  INSURANCE<br>    (Kathryn Voth, No. 07-4393) | *  Magistrate Wilkinson |

## ORDER

Considering the foregoing *Unopposed/Ex Parte Motion to Bifurcate;*

**IT IS HEREBY ORDERED** that the above referenced proceeding be and is hereby bifurcated pursuant to Case Management Order No. 4, Section 5 (C) and the matter be referred to Magistrate Wilkinson for a preliminary conference.

Signed this ___ day of _____, 2008 in New Orleans, Louisiana.

_____
**JUDGE**