UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO.: 05-4182<br>*<br>* SECTION: "K" (DUVAL)<br>*<br>* MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (06-7540 and 06-8126)<br>MELANIE PALMER v.<br>ENCOMPASS INSURANCE COMPANY, ET AL | *<br>*<br>*<br>* |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Encompass Insurance Company ("Encompass"), which respectfully moves to substitute and enroll as counsel of record Steve Lozes, of the firm of Lozes & Ponder, in the place and stead of Glenn B. Adams and Michael W. Collins, of the firm of Porteous, Hainkel & Johnson, L.L.P., in the above captioned matter.

WHEREFORE, Encompass Insurance Company prays that this Court enter an Order withdrawing Glenn B. Adams and Michael W. Collins as counsel of record and enrolling Steve Lozes in their place.

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
MICHAEL W. COLLINS (29129)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Facsimile: (504) 581-4069
E-mail: gadams@phjlaw.com
         mcollins@phjlaw.com
Attorneys for Allstate Insurance Company

-AND-

s/ Steven M. Lozes
STEVEN M. LOZES. (8922)
Lozes & Ponder
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Telephone:  (504) 581-4455
Facsimile:  (504) 587-9408
E-mail: slozes@bellsouth.net

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 9th day of April, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding through CM/ECF, by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or facsimile.

s/ Glenn B. Adams
GLENN B. ADAMS
MICHAEL W. COLLINS
