MINUTE ENTRY
WILKINSON, M.J.
APRIL 9, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  ROBINSON, <u>06-2268</u> | JUDGE DUVAL<br>MAG. WILKINSON |

At the request of counsel, a conference concerning a deposition dispute was conducted in the referenced case on this date.  Participating via telephone were Joseph Bruno, representing plaintiffs;  Robin Smith, representing the United States.  The court's oral ruling was recorded in the deposition record to be prepared by the deposition court reporter retained by counsel.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0  : 10**