UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL CASES | § | |
| _____ | § | |

## UNITED STATES' AMENDED ESI PRODUCTION PROTOCOL CONCERNING THE PRODUCTION OF E-MAILS

Section II(C) of the United States' Production Protocol (Doc. Rec. No. 5368) requires the parties to meet and confer with respect to the production of Electronically Stored Information ("ESI").

Accordingly, the United States provided counsel for Plaintiffs, Washington Group International, the Orleans Levee District, the Lake Borgne Basin Levee District, the East Jefferson Levee District, the Sewerage and Water Board, and Lafarge North America with a copy of Exhibit 1, attached hereto.  These are the only parties which have served the United States with discovery in the In re Katrina Consolidated Litigation.  Defendant's Liaison Counsel was also provided a copy of Exhibit 1.

None of the above parties raised any objections to the Amended ESI Production Protocol Concerning the Production of E-mail.

Therefore, the United States submits its Amended ESI Production Protocol Concerning the Production of E-mail.  This production protocol will govern production of E-mails captured from Microsoft E-mail Exchange Servers by the United States going forward in this litigation. All productions made in accordance with this protocol will also be governed by the Order

Authorizing and Requiring the United States to Produce Personal Identifying Information

Contained Within Electronically Stored Information and Prohibiting All Parties from

Disseminating Such Personal Identifying Information.

 This Amended ESI Production Protocol Concerning the Production of e-mails is

respectfully submitted,

<div style="margin-left: 40%;">

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine   
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

</div>

Dated: April 9, 2008

**<u>CERTIFICATE OF SERVICE</u>**

I, Paul Marc Levine, hereby certify that on April 9, 2008, I served a true copy of the

United States' ESI Production Protocol upon all parties by ECF:


<u>    s/ Paul Marc Levine        </u>
PAUL MARC LEVINE