EXHIBIT 1

**Amended ESI Production Protocol Concerning the Production of E-Mail**

**April 9, 2008**

**Katrina Canal Breaches Consolidated Litigation**
**Eastern District of Louisiana**
**Consolidated Case No. 05-4182**

**The United States Government amends its ESI Production Protocol for the production of Microsoft Exchange E-Mail:**

Processing of MS Exchange Email
- A. Deliver Email (.MSG files) and attachments in their native format and as extracted text.
- B. Produce a DAT file to reference the following:
    1. Assign container source codes according to the source office.
    2. Assign a unique reference number that will serve as a FileBatesNumber equivalent to each MSG file or attachment file that will be referenced in the .DAT file (i.e., ERN-XXX-000000001).  This unique number will also serve as the file name (i.e., ERN-XXX-000000001.MSG).
    3. For identification and authentication purposes, when using an e-mail or attachment as an exhibit in the litigation, parties must reference the FileBatesNumber as provided in the production dat file.
    4. The fields identified in Table A will be included in the DAT file for emails and attachments. (Unless otherwise noted, fields pertain to both emails and attachments)

| TABLE A | | |
|---|---|---|
| **Field Name** | **Description/Comments** | **Example** |
| FILEBATESNUMBER | Bates number assigned to document file | NDL-002-000000004 |
| FILENAME | Filename of produced document | NDL-002-000000004.msg |
| FILESIZE | Size of file (bytes) | 34578 |
| DATECREATED | Attachments only | 9/12/2006 8:31:51 |
| DATE_SENT/RECEIVED | Emails only | |

1

EXHIBIT 1

| DATEMODIFIED | Attachments only | |
|---|---|---|
| HASH | MD5 hash | 3fcf5416f35c36f55d5215658eaf0ca0 |
| FULLPATH | Path/location of produced file | /Smith, John P/NDL-002-000000004.msg |
| FILETYPE | File extension | .MSG |
| COMMENTS | | null |
| DOCLINK | For linking native file to Concordance database: Path/location of produced email msg file | /Smith, John P/NDL-002-000000004.msg |
| FORCED | Force collected? Always 'N' for emails and attachments | N |
| DOCUMENTID | Unique document id Used in conjunction with the PARENTID to connect the email and its attachments | 35796804 |
| CUSTODIAN | Name of ESI holder (Last Name, first Name) as provided on media | Smith, John P |
| OCR_TEXT | Placeholder for text imported by readocr.cpl | null |
| SUBJECT | Email Only | RE: Casting articulated concrete |
| FROM | Email Only | Smith, John P |
| TO | Email Only. Multiple values | Neeling, Zara |
| CC | Email Only. Multiple values | Dickens, Judy; Thorsten, Gary |
| BCC | Email Only. Multiple values | Smythe, Tomas |

EXHIBIT 1

| PARENT IDs | Attachments only; Used in conjunction with the DOCUMENTID to connect attachments and their email | 35796994 |
|---|---|---|

    C.  E-mail (.MSG) will be delivered de-duplicated at a custodian level.