**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| QFP | 001 | QFP-001-000000001 | QFP-001-000049612 | United States Coast Guard; Office of Public Affairs; History Branch & Historian | Jeffrey Bowdoin | KC764 | 4/9/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential produced pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) - ESI from United States Coast Guard |