UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

*************************************************************************

## AMENDED NOTICE OF DEPOSITION

**TO:**   To all Defendants and their respective counsel,

> Through Defense Liaison Attorney of Record:
> Ralph S. Hubbard III
> Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
> 601 Poydras St., Suite 2775
> New Orleans, Louisiana 70130-6041

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, through their attorneys of record will take the deposition under oath of **Edmond Russo**.  This deposition will take place on **Monday April 28, 2008** commencing at 8:00 a.m. at the Army Corps's New Orleans District Headquarters, 7400 Leake Ave., New Orleans, La 70118-3651. The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, live note, and will be transcribed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, live note and will be transcribed.

Dated: April 9, 2008

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

  /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## **CERTIFICATE OF SERVICE**

_____ I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 9th day of April, 2008.

                                                /s/ Joseph M. Bruno
                                                Joseph M. Bruno