UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   **KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | CIVIL ACTION<br>NO.: 05-4182<br>SECTION "K" (2) |

FILED IN:   06-7909

PERTAINS TO: INSURANCE

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Insurance Company, and upon suggesting to the Court that Melissa Lutgring Theriot, Gregory A. Koury, Jeremy N. Morrow and Daniel J. Poolson, Jr. of the law firm of Laborde and Neuner have been asked to represent the interests of the Mover in the above numbered and entitled cause as counsel of record in addition to Frank X. Neuner Jr., of the law firm of Laborde and Neuner, Mover requests that Melissa Lutgring Theriot, Gregory A. Koury, Jeremy N. Morrow and Daniel J. Poolson, Jr. of the law firm of Laborde and Neuner be enrolled as additional counsel of record for Allstate Insurance Company.

Respectfully submitted,

Laborde & Neuner

*s/Daniel J. Poolson, Jr.*
FRANK X. NEUNER, JR. #07674
MELISSA LUTGRING THERIOT #22628
GREGORY A. KOURY #26364
JEREMY N. MORROW #29358
DANIEL J. POOLSON, JR. #30676
One Petroleum Center, Suite 200
1001 West Pinhook Road 70503
Post Office Drawer 52828
Lafayette, LA 70505-2828
TELEPHONE: (337)237-7000
FAX: (337)233-9450

## CERTIFICATE OF SERVICE

I hereby certify that on April 10th, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

*s/Daniel J. Poolson, Jr.*
DANIEL J. POOLSON, JR.