UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   **KATRINA CANAL BREACHES**           CIVIL ACTION
         **CONSOLIDATED LITIGATION**
                                              NO.: 05-4182

                                              SECTION "K" (2)

FILED IN:   06-7909

PERTAINS TO: INSURANCE

**O R D E R**

Considering the foregoing motion:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Melissa Lutgring Theriot, Gregory A. Koury, Jeremy N. Morrow and Daniel J. Poolson, Jr. be enrolled as additional counsel of record for Allstate Insurance Company.

_____, Louisiana, this _____ day of April, 2008.

_____
JUDGE