UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**IN RE:    KATRINA CANAL BREACHES**                    CIVIL ACTION
**CONSOLIDATED LITIGATION**

NO.: 05-4182

SECTION "K" (2)

FILED IN:      06-9096

PERTAINS TO: INSURANCE
*************************************************************************

**<u>O R D E R</u>**

Considering the foregoing motion:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Frank X. Neuner, Jr., Melissa

L. Theriot, Gregory A. Koury, Jeremy N. Morrow and Daniel J. Poolson, Jr. be enrolled as counsel

of record for Allstate Insurance Company.


_____, Louisiana, this _____ day of April, 2008.


_____
JUDGE