UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   **KATRINA CANAL BREACHES**                      CIVIL ACTION
         **CONSOLIDATED LITIGATION**

                                                         NO.: 05-4182

                                                         SECTION "K" (2)

FILED IN: 06-8293 c/w 06-8301

PERTAINS TO: INSURANCE
*****************************************************************************
## O R D E R

Considering the foregoing motion:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Melissa Lutgring Theriot,

Gregory A. Koury, Jeremy N. Morrow and Daniel J. Poolson, Jr. be enrolled as additional counsel

of record for Allstate Insurance Company.


_____, Louisiana, this _____ day of April, 2008.



_____
                                        JUDGE