UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | * * * | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v. Aegis Security Insurance Co., et al* | * * * * * * * * * * * * * * | This pleading applies only to the claim of Albertine Batiste 1822 Lombard St., New Orleans LA 70122; Katherine Boykin regarding 4111 Elba St., New Orleans, LA 70125; Larry Hall & Jennifer Hall regarding 720-722 Charbonnet St., New Orleans, LA 70117; Annette Gibson regarding 2909 Aubry St., New Orleans, LA 70119; Mathieu Berman regarding 7715 Vanderkloot Avenue, New Orleans, LA 70127; Gerald Gandolfo regarding 3527 Roger Williams St., New Orleans, LA 70119; Berta Diaz regarding 1204 Oxley St., Kenner, LA 70062; Ralph Bryan regarding 7525 Kingsport Blvd., New Orleans, LA 70128; Corrin Byrd & Mildred Collins 6410 Franklin Avenue, New Orleans, LA 70122; Robert Lott regarding 2465 & 2467 N. Claiborne St., New Orleans, LA 70117; Betty Robins regarding 3118 Hamilton St., New Orleans, LA 70118 |

******************************************

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED,** that the motion be and is hereby **GRANTED**, and that the claims of the Plaintiffs Albertine Batiste regarding 1822 Lombard St., New Orleans, LA 70122; Katherine Boykin regarding 4111 Elba St., New Orleans, LA 70125; Larry Hall and Jennifer Hall regarding 720-722 Charbonnet St., New Orleans, LA 70117; Annette Gibson regarding 2909 Aubry St., New Orleans,

LA 70119; Mathieu Berman regarding 7715 Vanderkloot Avenue, New Orleans, LA 70127; Gerald Gandolfo regarding 3527 Roger Williams St., New Orleans, LA 70119; Berta Diaz regarding 1204 Oxley St., Kenner, LA 70062; Ralph Bryan regarding 7525 Kingsport Blvd., New Orleans, LA 70128; Corrine Byrd, Mildred Collins regarding 6410 franklin Avenue, New Orleans, LA 70122; Robert Lott regarding 2465 & 3467 N. Claiborne St., New Orleans, LA 70117; Betty Robins regarding 3118 Hamilton St., New Orleans, LA 70118 against Defendants ZC Sterling Insurance Company and Fidelity & Deposit Company of Maryland, in the above-captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge