UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 <br><br> SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance <br><br> No. 06-5164, *Abadie et al., v. Aegis Security Insurance Co., et al* | * * * * * * * * * * * * | MAGISTRATE (2) <br><br> This pleading applies only to the claim of Reginald Hall, Eureka Hall regarding 7300 Lakeshore Dr., New Orleans, LA 70124; Darnell Mercadel regarding 5561 St. Ferdinand Dr., New Orleans, LA 70126; Wendell McElveen, Patricia McElveen, Stacey Gaspard regarding 7630 Lafourche St., New Orleans, LA 70127; Susan Zanders regarding 4910 Coronado Dr., New Orleans, LA 70127; Gail Davis, Johnny D. Davis regarding 2520 Tennessee St., New Orleans, LA 70117; and Joseph Tilly regarding 1838 Benton St., New Orleans, LA 70117 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs Reginald Hall, Eureka Hall regarding 7300 Lakeshore Dr., New Orleans, LA 70124; Darnell Mercadel regarding 5561 St. Ferdinand Dr., New Orleans, LA 70126; Wendell McElveen, Patricia McElveen, Stacey Gaspard regarding 7630 Lafourche St., New Orleans, LA 70127; Susan Zanders regarding 4910 Coronado Dr., New Orleans, LA 70127; Gail Davis, Johnny D. Davis regarding 2520 Tennessee St., New Orleans, LA 70117; and Joseph Tilly regarding 1838 Benton St., New Orleans, LA 70117 who wish to voluntarily dismiss the claims against Defendants ZC Sterling Insurance Company and Fidelity & Deposit Company of Maryland in the above-captioned matter only, without prejudice, specifically

reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against defendants in the above-captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claim against these defendants in the above-captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
L. SCOTT JOANEN (#21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class United States Postal Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 10th day of April 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno