UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*         06-5342 | * | JUDGE |
| *Perry v. Ingram*               06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*            06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *Lafarge v. USA*                07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER

Considering the Barge Plaintiffs' Ex Parte Motion for Leave to File Reply, and the consent of the parties, it is hereby ordered that the motion be and is hereby GRANTED, and further, that plaintiffs be permitted to file the Barge Plaintiffs' Reply Memorandum In Support of Motion to Compel Discovery Responses from Lafarge North America.

New Orleans, Louisiana, this ____ day of April, 2008.

_____
HON. JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 10 day of April, 2008.

                                                                     \s\Brian A. Gilbert