**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION                  NO. 05-4182
                                           SECTION "K" (2)

PERTAINS TO: INSURANCE –INSURANCE SUITS
PENDING IN THE INSURANCE UMBRELLA THAT
INVOLVE STATE FARM AND HARTFORD AS DEFENDANTS:
06-11198; 06-1386; 06-2919; 06-4155; 06-4703; 06-4746; 06-4952; 06-4954; 06-7307; 06-7487; 06-7585; 06-7922;
06-8451; 06-8452; 06-8602; 06-8942; 06-8952; 06-9077; 06-9151; 06-9152; 06-9874; 06-9990; 07-0245; 07-1561;
07-1562; 07-1563; 07-1564; 07-1565; 07-1566; 07-1567; 07-1568; 07-1569; 07-1570; 07-1571; 07-1572; 07-1573;
07-1574; 07-1575; 07-1576; 07-1577; 07-1578; 07-1579; 07-1580; 07-1581; 07-1582; 07-1583; 07-1584; 07-1585;
07-1586; 07-1587; 07-1588; 07-1589; 07-1590; 07-1591; 07-1592; 07-1593; 07-1594; 07-1595; 07-1596; 07-1597;
07-1598; 07-1599; 07-1600; 07-1601; 07-1602; 07-1603; 07-1604; 07-1605; 07-1606; 07-1607; 07-1608; 07-1609;
07-1782; 07-1783; 07-1784; 07-1785; 07-1787; 07-1788; 07-1789; 07-1790; 07-1791; 07-1792; 07-1793; 07-1794;
07-1795; 07-1797; 07-1798; 07-1799; 07-1800; 07-1801; 07-1803; 07-1804; 07-1805; 07-1806; 07-1807; 07-1808;
07-1809; 07-1810; 07-1811; 07-1812; 07-1813; 07-1814; 07-1815; 07-1816; 07-1817; 07-1818; 07-1819; 07-1823;
07-1858; 07-1859; 07-1860; 07-1861; 07-1862; 07-1863; 07-1864; 07-1865; 07-1866; 07-1867; 07-1868; 07-1869;
07-1870; 07-1871; 07-1872; 07-1873; 07-1874; 07-1875; 07-1876; 07-1877; 07-1878; 07-1879; 07-1880; 07-1881;
07-1882; 07-1883; 07-1884; 07-1885; 07-1886; 07-1887; 07-1888; 07-1889; 07-1890; 07-1891; 07-1892; 07-1894;
07-1895; 07-1896; 07-1897; 07-1898; 07-1899; 07-1900; 07-1901; 07-1902; 07-1903; 07-1904; 07-1906; 07-1907;
07-1908; 07-1909; 07-1911; 07-1912; 07-1913; 07-1914; 07-1915; 07-1916; 07-1917; 07-1918; 07-1919; 07-1920;
07-1921; 07-1943; 07-1944; 07-1945; 07-1946; 07-1947; 07-1948; 07-1949; 07-1951; 07-1952; 07-1953; 07-1954;
07-1955; 07-1956; 07-1958; 07-1959; 07-1960; 07-1961; 07-1962; 07-1963; 07-1964; 07-1965; 07-1966; 07-1967;
07-1968; 07-1969; 07-1970; 07-1971; 07-1972; 07-1973; 07-1974; 07-1975; 07-1976; 07-1977; 07-1978; 07-1979;
07-1980; 07-1981; 07-1982; 07-1983; 07-1984; 07-1985; 07-1986; 07-1987; 07-1988; 07-2018; 07-2020; 07-2021;
07-2022; 07-2023; 07-2025; 07-2026; 07-2027; 07-2028; 07-2029; 07-2030; 07-2031; 07-2032; 07-2033; 07-2034;
07-2035; 07-2036; 07-2037; 07-2038; 07-2039; 07-2040; 07-2041; 07-2042; 07-2043; 07-2044; 07-2045; 07-2046;
07-2047; 07-2048; 07-2049; 07-2050; 07-2051; 07-2052; 07-2053; 07-2054; 07-2055; 07-2056; 07-2057; 07-2058;
07-2059; 07-2060; 07-2157; 07-2158; 07-2159; 07-2160; 07-2161; 07-2162; 07-2163; 07-2164; 07-2165; 07-2166;
07-2167; 07-2168; 07-2169; 07-2170; 07-2171; 07-2172; 07-2173; 07-2174; 07-2175; 07-2176; 07-2177; 07-2178;
07-2179; 07-2180; 07-2181; 07-2183; 07-2184; 07-2185; 07-2186; 07-2187; 07-2188; 07-2189; 07-2190; 07-2191;
07-2192; 07-2193; 07-2194; 07-2195; 07-2196; 07-2197; 07-2198; 07-2232; 07-2233; 07-2234; 07-2236; 07-2238;
07-2239; 07-2240; 07-2241; 07-2660; 07-2661; 07-2662; 07-2663; 07-2664; 07-2665; 07-4393; 07-4395; 07-4396;
07-4457; 07-4459; 07-4538; 07-4784; 07-4852; 07-4853; 07-5069; 07-5112; 07-5199; 07-5204; 07-5205; 07-5206;
07-5208; 07-6247; 07-6488; 07-6737; 07-8621; 07-8622; 07-8623; 07-8820; 07-8945; 07-9768

**JOINT MOTION TO CONTINUE/SET HEARING ON GLOBAL MOTION PRACTICE**

     **NOW COMES,** by undersigned counsel, State Farm Fire and Casualty Company, State

Farm General Insurance Company and any improperly identified variant of the State Farm

entities (hereinafter "State Farm") and Hartford Accident and Indemnity Company, Hartford

Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company

of the Midwest, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance

{N0077474}

Company and any improperly identified variant of the Hartford entities (hereinafter "Hartford"), defendants, and by Plaintiffs' Insurance Liaison Counsel, plaintiffs in the referenced cases herein, who move the Court for an Order continuing the hearing date set by State Farm for its Global Motion to Dismiss Flood Water Damage Claims (Rec. Doc. 12091) and setting the date upon which the hearing on Hartford's Global Motion for Judgment on the Pleadings will be heard by the Court (Rec. Doc. 12151).

1.

State Farm noticed the hearing on its Global Motion to Dismiss Flood Water Damage Claims for May 14, 2008 at 9:30 a.m.  *See* Rec. Doc. 12091-7.

2.

There is no date currently scheduled for hearing on Hartford's Global Motion for Judgment on the Pleadings.  *See* Rec. Doc. 12151.

3.

At the suggestion of the Court, the parties request that the Court continue the May 14, 2008 hearing on State Farm's Global Motion to Dismiss Flood Water Damage Claims and set both State Farm's Global Motion and Hartford's Global Motion for hearing on Wednesday, June 11, 2008 at 9:30 a.m.

Respectfully submitted:

/s/ David A. Strauss
DAVID A. STRAUSS, (T.A.) #24665
SARAH SHANNAHAN MONSOUR #30957
KING, KREBS & JERGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com;
smonsour@kingkrebs.com
*Attorneys for State Farm Fire and Casualty Company, State Farm General Insurance Company and any improperly identified variant of the State Farm entities*

/s/ Joseph M. Bruno
JOSEPH M. BRUNO, #3604
THE LAW OFFICE OF JOSEPH M. BRUNO
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com
*Plaintiff Liaison Counsel*

/s/ Seth Andrew Schmeeckle
SETH ANDREW SCHMEECKLE, #27076
LUGENBUHL, WHEATON, PECK, RANKIN
  & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone:  (504) 568-1990
sschmeeckle@lawla.com
*Attorney for Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company and any improperly identified variant of the Hartford entities*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ David A. Strauss
DAVID A. STRAUSS

{N0077474}                                4