

# St. Bernard Parish Government

8201 West Judge Perez Drive • Chalmette, LA 70043
(504) 278-4200 • Fax (504) 271-7343

#6

**PRESIDENT**

Lynn Dean
8404 Colonel Drive
Chalmette, LA 70043

**PARISH COUNCIL**

Daniel L. Dysart
Councilman At Large
3512 Corinne Avenue
Chalmette, LA 70043

Charles H. Ponstein
Councilman At Large
P.O. Box 920
3316 Delille Street
Chalmette, LA 70043

Calvin E. Callais
Councilman, District A
1201 Perrin Drive
Arabi, LA 70032

Clay A. Cossé
Councilman, District B
219 West Urquhart Street
Chalmette, LA 70043

Scott Wolfe
Councilman, District C
3409 Palmisano Boulevard
Chalmette, LA 70043

James J. Ucciardi, Jr.
Councilman, District D
3100 Jacob Drive
Chalmette, LA 70043

Henry J. Rodriguez, Jr.
Councilman, District E
P.O. Box 397
St. Bernard, LA 70085

EXTRACT OF THE OFFICIAL PROCEEDINGS OF THE COUNCIL OF THE PARISH OF ST. BERNARD, STATE OF LOUISIANA, TAKEN AT A REGULAR MEETING HELD IN THE COUNCIL CHAMBERS OF ST. BERNARD PARISH GOVERNMENT BUILDING, 8201 WEST JUDGE PEREZ DRIVE CHALMETTE, LOUISIANA ON TUESDAY, AUGUST 9, 1994 AT ELEVEN (11:00) O'CLOCK A.M.

On Joint Motion of the entire Council and unanimously carried, it was moved to adopt the following resolution:

### RESOLUTION SBPC #454-08-94

BE IT RESOLVED, by the Council of the Parish of St. Bernard, State of Louisiana, the governing authority does hereby officially accept and ratify the following position statement on coastal issues as recommended by the St. Bernard Parish Coastal Zone Advisory Committee:

A    Closure of the Mississippi River Gulf Outlet while reestablishing the natural ridges at Bayou LaLoutre, Bayou Yscloskey, Bayou Dupre and Bayou Bienvenue. This could be done by placing a structure just downstream of the national ridges which would reduce the sizes of the MRGO crossings to the size of the Gulf Intercoastal Water Way. A source of rock for various aspects of closure would be the rock jetties.

In the interim time period we would recommend the following to be implemented:

B    The Federal Government should continue to maintain the hurricane levee system at Federal expense, due to the fact that the MRGO causes erosion along the south shore of the MRGO which threatens the stability of the hurricane levee.

C    Ship speeds should be reduced. There are locations where ships are reduced now. We recommend that reduced ship speeds should be established throughout the land portion of the MRGO except when conditions are such that the reduced speeds would be unsafe.

D    Armoring the north side of the channel. We recommend that the north side of the MRGO should be armored to reduce further erosion along that side of the MRGO and to reestablish the original authorized dimensions of the waterway as much as possible.

E    Spoil to be placed on the north bank of the MRGO. We recommend that the spoil from future maintenance dredging of the MRGO be placed along the northern shore of the waterway in order to reestablish marshes, reduce erosion, and rebuild eroded marsh areas along the northern shoreline of the MRGO.

# St. Bernard Parish Government

8201 West Judge Perez Drive • Chalmette, LA 70043
(504) 278-4200 • Fax (504) 271-7343

**PRESIDENT**

Lynn Dean
8404 Colonel Drive
Chalmette, LA 70043

**PARISH COUNCIL**

Daniel L. Dysart
Councilman At Large
3512 Corinne Avenue
Chalmette, LA 70043

Charles H. Ponstein
Councilman At Large
P.O. Box 920
3316 Delille Street
Chalmette, LA 70043

Calvin E. Callais
Councilman, District A
1201 Perrin Drive
Arabi, LA 70032

Clay A. Cosse
Councilman, District B
219 West Urquhart Street
Chalmette, LA 70043

Scott Wolfe
Councilman, District C
3409 Palmisano Boulevard
Chalmette, LA 70043

James J. Licciardi, Jr.
Councilman, District D
3100 Jacob Drive
Chalmette, LA 70043

Henry J. Rodriguez, Jr.
Councilman, District E
P.O. Box 397
St. Bernard, LA 70085

Page -2-
Extract #6 continued
August 9, 1994

F   Owners of the spoil area should be compensated for the loss of present and future value of the spoil area due to the closing of the Mississippi River Gulf Outlet.

BE IT FURTHER RESOLVED, that copies of this resolution be forwarded to St. Bernard Parish's Congressional Delegation, State Legislative Delegation, the Honorable Governor Edwards, the Lake Pontchartrain Basin Foundation, Department of Natural Resources, Corp of Engineers, Coalition of Coastal Parishes, Coalition to Restore Coastal Louisiana, Environmental Protection Agency, National Marine Fisheries, U.S. Soil and Conservation, U.S. Fish and Wildlife Service, Louisiana Department of Wildlife & Fisheries and St. Bernard Parish Coastal Zone Advisory Committee.

The above and foregoing having been submitted to a vote, the vote thereupon resulted as follows:

**YEAS:**   Callais, Cosse, Ponstein, Licciardi and Rodriguez.

**NAYS:**   None.

**ABSENT:**   Wolfe.

The Chairman, Mr. Dysart, cast his vote as **YEA**.

And the motion was declared **adopted** on the 9th day of August, 1994.

CERTIFICATE

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of a motion adopted at a Regular Meeting of the Council of the Parish of St. Bernard, held at Chalmette, Louisiana, on Tuesday, August 9, 1994.

Witness my hand and the seal of the Parish of St. Bernard on this 9th day of August, 1994.

MYRA M. KATTENGELL
CLERK OF THE COUNCIL

NED-195-000000651