The coordinated hydrological sampling program of all entities was
intended to provide the necessary hydrological background to design
and operate saltwater intrusion control features for Lake Pontchartrain,
the MR-GO and major intersecting waterways.

## Biological Studies

Biological studies of the project area were initiated shortly after
hydrological studies were begun.  These investigations sought to
define the complex structure of plant and animal communities and
their inter-relationships with environmental factors.

### Fish and Wildlife Service

The FWS conducted extensive studies of marsh vegetation in the
project area between September 1958 and June 1963.  The purpose
of this study was to ascertain project effects on marsh and aquatic
plant communities and to determine the probable effects of vege-
tational changes on fish and wildlife resources.  A report containing
observations of the effects of initial project construction on the
composition of marsh vegetation, and an extensive listing of plants
found in the project area with designations as to their marsh type,
location, and abundance was prepared by the FWS in 1960.[3]  From
this study an annotated checklist of plants of the project area
was published.[4]  The relation of marsh vegetation to pre-project
salinity patterns is described in a report prepared by another
FWS biologist.[5]

### Texas A&M Research Foundation

Major marsh vegetative types were designated and a general vegeta-
tion type map was prepared under a contract awarded by the FWS

------------

3. U.S. Department of the Interior, Fish and Wildlife Service.  1960.
   Preliminary Report of Marsh Vegetation Study, Mississippi River-
   Gulf Outlet Navigation Project. Orleans and St. Bernard Parishes,
   Louisiana.  Mimeograph Report Prepared by Branch of River Basin
   Studies, Vicksburg, Mississippi.  35p. + App.

4. Lemaire, R.J.  1961.  A Preliminary Annotated Checklist of the
   Vascular Plants of the Marshes and Included Higher Lands of St.
   Bernard Parish, Louisiana.  Proceedings of the La. Academy of
   Sciences, Vol. 24, p. 56-70.

5. Giles, L.W. Undated.  Relationship of Vegetation to Salinity in
   a Southeast Louisiana Coastal Marsh.  Mimeograph Report, Division
   of River Basin Studies, Bureau of Sport Fisheries and Wildlife,
   Vicksburg, Mississippi.  24 p.

NED-188-000001541

to the Texas A&M Research Foundation in May 1958.[6]  Marsh vege-
tative types were delineated from aerial photographs supplemented
by field checks.

Hydrological and biological data collected during the Texas A&M
contract study were analyzed by a FWS biologist and predictions
were made of changes in salinity patterns and population struc-
tures of important estuarine organisms.[7]  It was predicted that
channel excavation would raise salinities over most of the pro-
ject area.  However, as the principal species of fish were tolerant
of a wide range of salinity, it was anticipated that they would
not be greatly affected.  Some high-value shrimp nursery areas
would be lost.  Oysters would be affected by destruction of exist-
ing oyster beds and by increased oyster drill predation.  However,
other areas would become more suitable, although the possibility
that benefits could offset losses was said to be highly speculative.
The predicted elevation of salinity in the project area was ex-
pected to have an adverse effect upon populations of blue crabs.
These predictions of changes in faunal populations have largely
been borne out by the present status of these species.  In evalua-
ting losses attributable to the project, the above report referred
to careful measurements made by FWS personnel which showed that
17,408 acres of marsh and 6,198 acres of open water would be dis-
placed by channel excavation and spoil disposal.  It was pointed
out that, although there would be little change in the total open
water surface, the character of the affected area would be dras-
tically altered.  The many shallow, winding bayous that provided
a very long shoreline adjacent to marsh vegetation would be re-
placed by the deep channel.  This complex configuration, which
created prime nursery habitat under pre-project conditions, was
predicted to be totally lost in areas of spoil deposition.

Louisiana Wildlife and Fisheries Commission

As previously noted, the LWFC conducted a study of fishes and hy-
drological factors in the Biloxi Marsh Complex from July 1960 to

-------------

6.  Wright, R.L., J.J. Sperry, and D.L. Huss.  1960.  Vegetation
    Type Mapping Studies of the Marshes of Southeastern Louisiana.
    Submitted to the Bureau of Sport Fisheries and Wildlife, Fish
    and Wildlife Service, United States Department of Interior by
    the Texas A&M Research Foundation.  Project 191 (Contract No.
    14-16-008-538).  42 p.

7.  Rounsefell, G.A.  1964.  Preconstruction Study of the Fisheries
    of the Estuarine Areas Traversed by the Mississippi River-Gulf
    Outlet Project.  Fishery Bulletin, Vol 63, No. 2, p. 373-393.

NED-188-000001542

July 1968.  A report on this study was published in 1970.[8]

## Fish and Wildlife Utilization Studies

In addition to hydrological and biological studies of the project area, other studies and inventories were conducted to determine pre-project conditions.

## Fishery Utilization Inventory

Commercial fisheries harvest and values were evaluated by analysis of statistics compiled by the Bureau of Commercial Fisheries (now the National Marine Fisheries Service) and the LWFC.

Sport fishery utilization studies included compilation of data on the number of fishing trips, time expended, catch success, species caught, and expenditures.  This was accomplished through personal interviews of boat dock operators and fishermen at landings, aerial census of sport fishing boats to supplement personal interviews, and supplementation of field inventory with existing records and publications.  The fishery utilization study findings are summarized in Table 1.

Wildlife Inventory.  This study was conducted to assess the importance of the project area to waterfowl and other game and to determine hunter utilization, game harvested, and trip expenditures.  Procedures employed were:

  (a)  review of biweekly waterfowl census records and information on other forms of wildlife;

  (b)  aerial surface observations;

  (c)  review of existing records of harvest in State files and records of private hunting clubs; and

  (d)  hunter bag checks and determination of trip expenditures.

An inventory of fur resources was conducted employing the same procedures.  A summary of waterfowl hunting effort and success and fur harvest is presented in Table 2.

-------------

8. Fontenot, B.J.,Jr., and H.E. Rogillio.  1970.  A Study of Estuarine Sportfishes in the Biloxi Marsh Complex, Louisiana. F-8 Completion Report, Dingell-Johnson Project.  Louisiana Wildlife and Fisheries Commission, Baton Rouge.  172 pp.

NED-188-000001543

TABLE 1.   SUMMARY OF PRE-PROJECT FISHERY UTILIZATION STUDIES
FOR MISSISSIPPI RIVER-GULF OUTLET AREA

| Category | Effort | Harvest |
|---|---|---|
| Sportfishing[a] | | |
| Finfish | 46,418 man-days | 301,139 pounds |
| Shrimp | 2,224 man-days | 22,232 pounds |
| Crab | 897 man-days | 15,700 pounds |
| Bait | 1,329 man-days | 6,959 live shrimp |
| | | 21,751 live fish |
| | | 2,326 pounds shrimp |
| | | |
| Commercial Fishing[b] | | |
| Finfish | | 90,343,000 pounds |
| Blue Crabs | | 1,913,100 pounds |
| Shrimp | | 6,898,700 pounds |
| Oysters | | 4,119,800 pounds |

- - - - - - - - - - - - -

a.   April 1959 through April 1960

b.   Calendar year 1959

NED-188-000001544

TABLE 2.   WATERFOWL HUNTING AND FUR ANIMAL HARVEST MISSISSIPPI
RIVER-GULF OUTLET AREA, 1959-60

| Waterfowl Hunting[a] | | Fur Animal Harvest[b] |
|---|---|---|
| Effort | 2,511 man-days | n/a |
| Harvest | 4,861 ducks | 640,000 muskrat |
| | 150 coots | 15,000 nutria |
| | | 1,000 river otter |
| | | 800 raccoon |
| | | 600 mink |

a.   November 2, 1959, to January 24, 1969

b.   1959-60 trapping season

33

NED-188-000001545

## DISCUSSIONS AND CONCLUSIONS

The problem of determining to what extent the MR-GO has produced hydrological and biological alterations in the project area is complicated by the existence of other factors. These include construction of canals for oil exploration, hurricanes, and subsidence, compaction and erosion associated with deterioration of the St. Bernard delta. Despite the existence of other factors, however, we believe that the construction of the MR-GO and the associated drastic increase in water salinities have been the primary causes of habitat degradation in St. Bernard Parish. The impact of this degradation on fish and wildlife resources is discussed in the following section.

### Summary of Fish and Wildlife Losses Attributable to the MR-GO

A summary of the wildlife habitat losses attributable to channel excavation, spoil disposal, and channel bank erosion is contained in Table 3. The channel bank erosion figure is viewed as overly conservative, as it was based on aerial photographs taken in 1969. Significant additional erosion has no doubt occurred since that time. Another project-related cause of fish and wildlife habitat degradation is the increase in water salinity in the area's wetlands caused by MR-GO construction. This drastic increase is illustrated in Figures 1 and 2. It is this increase in salinities that is considered the primary factor which has led to deterioration of the wetlands in the project area.

A 1968[9] survey of Louisiana's coastal marsh vegetation provided a basis for assessing project impacts on the wetlands of St. Bernard Parish. The saline marsh areas shown in the 1968 study coincide with the salt marshes mapped during the pre-project vegetation study conducted by Texas A&M. However, the transitional and intermediate marshes mapped in the Texas A&M study are depicted as brackish marsh in the 1968 study. This indicates an expansion of the brackish marsh at the expense of the intermediate type, to be expected with the drastic increases in salinity levels observed following MR-GO construction. Although fresh marsh was present in the project area immediately prior to MR-GO construction, it has disappeared since project completion. Caution must be exercised when using separate surveys to interpret vegetation changes over time. For example, the Texas A&M transitional marsh category, while believed to be roughly equivalent to the brackish marsh type used by Chabreck, Joanen and Palmisano in 1968, probably also included some saline marsh because of the inclusion of the

-------------

9. Chabreck, R.H., T. Joanen, and A.W. Palmisano. 1968. Vegetation Type Map of the Louisiana Coastal Marshes. Louisiana Wildlife and Fisheries Commission, New Orleans.

34

NED-188-000001546

TABLE 3.   SUMMARY OF ESTIMATED HABITAT LOSSES FROM CHANNEL EXCAVATION, SPOIL DISPOSAL, AND
CHANNEL BANK EROSION, MISSISSIPPI RIVER-GULF OUTLET

|  | Acreage Lost | | | |
| Habitat Type | Channel Excavation | Spoil Disposal | Channel Bank Erosion[c] | Total |
|---|---|---|---|---|
| Forested Land[a] | negligible | 1,260 | negligible | 1,260 |
| Intermediate Marsh[b] | 1,780 | 8,470 | 200 | 10,450 |
| Brackish Marsh | 430 | 2,170 | 110 | 2,710 |
| Saline Marsh | 690 | 2,650 | 420 | 3,760 |
| Shallow Open Water | 1,680 | 4,520 | N/A | 6,200 |
| Total | 4,580 | 19,070 | 730 | 24,380 |

---

a.  Natural levee forest and baldcypress swamp

b.  Equivalent to "transitional" marsh category of Texas A&M Contract Study

c.  Based on aerial mosaics prepared in 1969

NED-188-000001547



FIGURE 1
PRE-PROJECT ISOHALINES (AVERAGES)
Texas A&M Research Foundation, Apr 1959 - Mar 1961

LEGEND
=== CHANNEL ALIGNMENT
— LATERAL
• STATION DESIGNATIONS (TEXAS A&M)

36

NED-188-000001548



FIGURE 2
POST-PROJECT ISOHALINES (AVERAGES)

Bureau of Sport Fisheries and Wildlife, Sept. 1962 - Sept. 1964
Louisiana Wild Life and Fisheries Commission, Sept. 1963 - Sept. 1964

LEGEND

===== CHANNEL ALIGNMENT
          LATERAL
   |      CHANNEL

BRETON SOUND

LAKE BORGNE

NED-188-000001549

10 to 20 parts per thousand salinity range.  Similarly, the in-
termediate and fresh categories of the Texas A&M study probably
also included portions of the Chabreck et al. brackish and inter-
mediate designation, respectively.

In May 1968, a generalized vegetation type map and report were
prepared by a FWS biologist following completion of low-level
aerial transects conducted over the project area.[10] The map and
report indicated no major post-project changes in marsh vegeta-
tion except for the loss of two freshwater marsh areas and one
area of transitional marsh.  However, it should be noted that
the classification system employed in that study was not suf-
ficiently flexible to show subtle changes in marsh plant communities.
Extensive quadrat studies conducted by other FWS biologists in-
dicated a replacement of fresher marsh vegetation by plant species
indicative of more saline conditions.

In conjunction with studies of a proposed new ship lock and chan-
nel connecting the MR-GO with the Mississippi River, personnel
of the New Orleans District, Corps of Engineers, conducted an
inventory of vegetation in the area along the MR-GO.  This study
indicated further saltwater intrusion evidenced by conversion of
intermediate marsh to brackish marsh in the area south of the MR-GO
and north of Bayou Terre aux Boeufs, and by the replacement of
approximately 3,500 acres of formerly freshwater baldcypress swamp
with brackish marsh in that same area.  A recent survey by bio-
logists of the Louisiana State University School of Forestry and
Wildlife Management and the Louisiana Department of Wildlife and
Fisheries (LDWF) revealed a continuing conversion of intermediate
marsh to brackish marsh in the project area.[11]

A recently published atlas[12] of St. Bernard Parish provides a
basis for further comparison of pre-project and post-project vege-
tation.  Such a comparison is illustrated in Table 4.  As indicated
in that table, there has been a drastic loss of wooded swamp, fresh
marsh, and intermediate marsh, with a concurrent increase in brackish
and saline marsh.

-------------

10. Valentine, J.M., Jr.  1968.  The Vegetation of Upper Plaquemines
    and St. Bernard Parishes.  U.S. Fish and Wildlife Service Mimeo-
    graph Report.  16 p.

11. Chabreck, R.H., and R.G. Linscombe.  1978.  Vegetative type map
    of the Louisiana Coastal Marshes.  Louisiana Department of Wild-
    life and Fisheries, New Orleans, Louisiana.  In press.

12. Burk and Associates.  Undated.  Coastal Resources Atlas, St.
    Bernard Parish.  Prepared for Louisiana Department of Trans-
    portation and Development, Baton Rouge.

NED-188-000001550

TABLE 4.   CHANGES IN ACREAGES OF MARSH TYPES AND FORESTED LAND IN ST. BERNARD PARISH BETWEEN 1961 AND 1976

| Marsh Type[a] | 1960 Acreage[b] | 1974 Acreage[c] | 1960-1975 Acreage Change | 1961-1975 Percent Change |
|---|---|---|---|---|
| Saline Marsh | 127,350 | 135,778 | +8,428 | +6.6 |
| Brackish Marsh | 53,890 | 85,110 | +31,220 | +57.9 |
| Intermediate Marsh | 73,270 | 23,307[d] | -49,963 | -68.2 |
| Fresh Marsh | 10,010 | 0 | -10,010 | -100.0 |
| Forested Land | 33,350 | 27,107 | -6,423 | -18.7 |

a.   Caution must be excercised when interpreting changes between marsh types between 1960 and 1974, as overlap in definitions of marsh types may have occurred.

b.   Estimate derived from dot-grid analysis of vegetation map prepared by Texas A&M University under contract to U.S. Fish and Wildlife Service.

c.   Derived from: Burk and Associates, Inc.  Undated.  Coastal Resources Atlas, St. Bernard Parish.  Prepared for Louisiana Department of Transportation and Development, Baton Rouge.

d.   Fresh and intermediate marsh types of 1960 Texas A&M study were apparently lumped as fresh marsh in report cited in footnote c.  However, fresh marsh was absent from St. Bernard Parish in 1968, according to a vegetative type map prepared by the Louisiana Wildlife and Fisheries Commission.  Therefore, fresh marsh acreage for 1975 is shown as intermediate marsh.

39

One of the most damaging aspects of project-induced losses of fresh and intermediate marsh is the elimination of valuable waterfowl wintering habitat. The marshes south of Lake Borgne were among the most important waterfowl wintering areas in Louisiana prior to project construction. These marshes were of particular importance to lesser snow geese, mallard, green-winged teal, and lesser scaup. According to biologists of the LWFC, that area is now of greatly reduced value to the above species, with the exception of lesser scaup, due to reduced habitat quality brought about by salinity intrusion and associated marsh deterioration.

Available records also indicate a drastic decline in fur production in St. Bernard Parish. This decline is also largely attributed to saltwater intrusion and a corresponding reduction in carrying capacity for fur animals such as muskrat and nutria.

The impacts of the project on fishery resources is difficult to assess. Marine fishes are now present in areas that were formerly of low salinity and many fishes of low salinity tolerance have disappeared from the project area. Following their study of the Biloxi Marsh Complex,[13] Fontenot and Rogillio reported that, of 68 species of fish collected, 10 species of lower salinity tolerance disappeared by the end of the study (1968). An extensive sport fishery for marine fishes now exists in Lakes Borgne and Pontchartrain as well in other sections of the project area.

As previously indicated, approximately 23,100 acres of marsh and shallow open water were lost to channel excavation, channel bank erosion and spoil disposal. Assuming an average production of 304 pounds of commercial fishery products per acre of marsh and shallow water,[14] we estimate that a direct loss in potential annual commercial fishery production of 7,022,400 pounds, worth $905,900 at dockside, can be attributed to the project. This reduction in potential production has not been observed in landing records compiled for the area by the National Marine Fisheries Service. However, this is probably because increased fishing effort is being expended to maintain a level of production which is only now approaching maximum sustainable yield. In other words, a loss in potential production may have been masked by the harvest of a greater percentage of a declining fish and shellfish stock. For example, available information reveals that Louisiana's total commercial

------------

13. Fontenot, B.J. and H.E. Rogillio. Op cit. Pg. 8.

14. Harris, A.H. Undated. Louisiana Estuarine Dependent Commercial Fishery Production and Values (Regional Summary and WRPA-9 and WRPA-10 Analysis of Production and Habitat Requirements). Prepared for U.S. Department of Commerce, National Marine Fisheries Service, St. Petersburg, Florida. Order No. 01-3-042-48.

NED-188-000001552

shrimp catch peaked in 1940, despite a more than five-fold in-
crease in the number of licensed trawls since that time. The
average annual catch per licensed trawl has actually declined
from 33,825 pounds in 1940 to 3,714 pounds in 1974.[15]

Another noteable change in the project area has been an increased
catch of brown shrimp. Historically, landings from this area were
dominated by white shrimp. However, brown shrimp have comprised
the bulk of the shrimp harvest since 1965 (Figure 3). This is
probably due to increased salinities coupled with changing fishing
techniques, including the use of butterfly nets and trawling in
deeper waters where brown shrimp predominate.

It is our understanding that a study will be published in the near
future by the LDWF documenting the effects of the MR-GO on oyster
production. Preliminary indications are that encroaching salinity
has caused an inland movement of the zone of optimum oyster produc-
tion, making these areas more susceptible for closure because of
bacterial contamination from poorly treated sewage found near
developed areas. It has also been reported that seed oyster pro-
duction in St. Bernard and eastern Plaquemines Parishes declined
by 60 to 65 percent between 1951 and 1971.[16] This decline is at-
tributed to rising salinity levels and associated encroachment
of the southern oyster drill, a serious oyster predator.

As evidenced in the foregoing discussion, the MR-GO has had a
serious adverse impact on the fish and wildlife productivity of
St. Bernard Parish's wetlands and adjacent estuarine waters.
Physical habitat destruction, channel bank erosion, and accelerated
saltwater intrusion are the primary causes of this degradation.
As restoration of habitat destroyed by channel excavation, spoil
disposal, and channel bank erosion is not likely, efforts should
be directed to reducing salinity levels in area waters and wet-
lands. This can best be accomplished by increasing nutrient-rich
freshwater inflows from the Mississippi River and Lake Pontchartrain.
We have recently requested that the New Orleans Corps District in-
vestigate the feasibility of designing the lock that would replace

-------------

15. White, C.J., and C.J. Boudreaux. 1977. Development of an
    Areal Management Concept for Gulf Penaeid Shrimp. Louisiana
    Wildlife and Fisheries Commission, Technical Bulletin No. 22.
    77 p.

16. Perret, W.S., et al. 1971. Phase I, Area Description. Coopera-
    tive Gulf of Mexico Estuarine Inventory and Study, Louisiana.
    Louisiana Wildlife and Fisheries Commission, New Orleans. p.5-27.

NED-188-000001553



Figure 1. Shrimp production Study Area I for the years 1959-74

From: White, C. J., and C. J. Boudreaux. 1977. Development of an Areal Management Concept for Gulf Penaeid Shrimp. Louisiana Wildlife and Fisheries Commission, Technical Bulletin No. 22. 77p.

42

NED-188-000001554

the existing Inner Harbor Navigation Canal lock so that it can be used to divert Mississippi River water into the MR-GO and the Gulf Intracoastal Waterway.  We have also requested that the Corps consider operation of the Seabrook Control Feature of the Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project to reduce salinities in western St. Bernard Parish.  This complex would be operated to reduce the movement of salt water from the MR-GO into Lake Pontchartrain, and to thus increase the net flow of fresher Lake Pontchartrain water into the MR-GO.  It is possible that the replacement lock being considered for the Inner Harbor Navigation Canal could be operated in concert with the planned Seabrook structure to further reduce salinities in St. Bernard Parish.

Other ongoing Corps of Engineers studies involving the diversion of Mississippi River water into St. Bernard Parish include the Louisiana Coastal Area Study and the Mississippi and Louisiana Estuarine Areas Study.  Sites presently being considered for freshwater diversion include Lake Borgne Canal and Caernarvon.

We look forward to working closely with personnel of the St. Bernard Parish Planning Commission and its consultants in the development of plans to mitigate the adverse impacts of the MR-GO.  Please advise if we can be of further assistance in this matter.

Sincerely yours,

Cary W. Kerlin
Field Supervisor

43

NED-188-000001555

# HABITAT IMPACTS OF THE
# CONSTRUCTION OF THE MRGO

December 1999

Prepared by the New Orleans District
Corps of Engineers
for the Environmental Subcommittee
of the Technical Committee Convened by EPA
in Response to St. Bernard Parish Council Resolution 12-98

44

NED-188-000001556

## Executive Summary

### Habitat Impacts of the Construction of the MRGO

The MRGO is a 36-foot deep, 500-foot wide, 76-mile long navigation channel from the Gulf of Mexico to the city of New Orleans, completed in 1965. It has been controversial from the beginning since it destroyed several thousand acres of wetlands in St. Bernard Parish. Wave wash erodes the channel by about 15 feet per year. St. Bernard Parish has long requested the closure of the channel because, in addition to the environmental damage, they believe that the channel serves as a funnel for hurricane surges to enter the parish. In the fall of 1999, the Environmental Protection Agency convened a group to "facilitate and lend structure to the issues involved with the MRGO".

The group formed an Environmental Subcommittee and tasked it with preparing a report on the environmental impacts of the MRGO. The Corps of Engineers agreed to draft this report. There were three basic impacts caused by construction of the MRGO: 1) habitat loss due to channel excavation, spoil disposal and erosion; 2) shifts in habitat type due to salinity brought in by the MRGO, and 3) increased land loss due to hydrological changes caused by the MRGO. The habitat loss due to construction was estimated by placing the MRGO footprint on maps, superimposing the habitat types in the mid-1960's, and calculating the amounts of various habitat types that were destroyed. Habitat shifts were estimated using a database from Louisiana Department of Natural Resources that consisted of the habitat composition of various mapping units in 1956 and 1990. Possible increased land loss due to the MRGO was very roughly estimated by first calculating the "baseline" loss by mapping unit. Then the percent of this "baseline" loss that was caused by the hydrological change due to the MRGO was estimated to determine the "without MRGO" loss rate. This loss rate was applied to acres present in 1956; the resulting 1990 acres were compared to existing acres to calculate the possible increased loss.

All of these calculations represent best professional judgement since it is difficult to know the exact location of habitats 35 years ago. The estimate of increased land loss is especially speculative.

Construction of the MRGO and subsequent erosion has caused extensive loss of land in St. Bernard Parish. Nearly 3,400 acres of fresh/intermediate marsh, over 10,300 acres of brackish marsh and over 4,200 acres of saline marsh have been converted to open water or spoil. Over 1,500 acres of cypress swamp and levee forest have become disposal area. A total of nearly 20,000 acres of wetlands have been lost and nearly 4,800 acres of shallow open water have been converted into deep water or disposal area. Habitat shifts caused by saline waters brought in by the MRGO have caused 3,350 acres of fresh/intermediate marsh and 8,000 acres of cypress swamp to shift to brackish marsh. Approximately 7,500 acres of swamp have converted to intermediate marsh. Also, 19,170 acres of brackish marsh and swamp have shifted to saline marsh. If the roughly estimated amount of increased loss is considered, the area influenced by the MRGO could have lost over 3,400 acres of wetlands due to increased tides and salinity.

45

NED-188-000001557

## Introduction

The Mississippi River Gulf Outlet (MRGO) is a 36-foot deep, 500-foot wide, 76-mile long man-made waterway that extends from the city of New Orleans to the Gulf of Mexico. The U.S. Congress authorized the channel in 1956. Construction commenced in 1958 and an interim channel with dimensions of 36 feet deep by 250 feet wide was opened in July 1963. The channel was completed to the authorized dimensions in March 1965.

The channel engendered controversy prior to construction. Project proponents touted the regional economic development and the shortening of the shipping route from the Gulf of Mexico to New Orleans by 40 miles. Opponents to the project predicted that the channel would cause severe detrimental impacts to the valuable marshes and swamps south of Lake Borgne. The Louisiana Wildlife and Fisheries Commission noted that the wetland destruction would cause an economic hardship to residents of lower St. Bernard Parish who relied for their livelihood on wetland-dependent fish and wildlife resources. Additional concern was voiced about increases in salinity in St. Bernard Parish wetlands due to the direct connection to the Gulf of Mexico. The U.S. Fish and Wildlife Service coordinated several reports on the predicted serious hydrological and biological impacts of the project. (For a summary letter report, see Appendix B.)

. St. Bernard Parish has long requested the closure of the channel because, in addition to the environmental damage, they believe that the channel serves as a "funnel" for hurricane surges to enter the parish. In the fall of 1999, the Environmental Protection Agency convened a group to "facilitate and lend structure to the issues involved with the MRGO".

## Purpose of this Report

1) estimate the losses due to channel excavation, spoil disposal and erosion of the MRGO by habitat type; and
2) estimate the acreage of habitat shifts caused by the salinity brought in by the MRGO; and
3) estimate the amount of increased land loss due to the hydrological changes caused by the MRGO.

## Methodology

### Habitat Types Lost Due to Construction and Erosion of the MRGO

The first task was to determine the habitat type of the land when the MRGO was built. During the Coast 2050 planning effort, the Louisiana coast was subdivided into mapping units (see Figure 1). Habitat information was digitized for each unit for the years 1956, 1978, and 1988/90. The habitat in 1956 was determined from maps prepared by Wicker et al. Habitats for 1978 and 1988 came from the maps of Chabreck and Linscombe. The spoil from the MRGO was included in two of the mapping units - Central Wetlands and Eloi Bay. The channel of the MRGO was included in the mapping unit known as South Lake Borgne. Erosion of the north bank of the MRGO occurred in South Lake Borgne and Eloi Bay mapping units.

The "footprint" is the area of land excavated for the MRGO and back canal channels and the land covered by material dredged from these channels. When possible, the footprint was drawn on pre-MRGO quadrangle maps. The earliest quadrangle available for the St. Bernard area was

46

NED-188-000001558

from 1969 at a scale of 1:62,500. It already indicates the MRGO channel and spoil (see Figure 2). Portions of the 1:62,500 New Orleans 1967 quadrangle are also included in Figure 2. The Shell Beach quadrangle of 1939 at a scale of 1:62,500 forms the base for Figure 3. The 1:24,000 Lake Athanasio quadrangle of 1955 is the base for Figure 4.

There are two possible maps that could be used to determine the habitat immediately pre-MRGO – a map of the 1955 habitat prepared by Wicker et al. in 1982 (see Figure 5) and a 1960 map prepared by Wright et al. in 1960 (see Figure 6). The Wicker map was chosen because it appeared to most accurately reflect the habitat that was there when the MRGO was built. Wright classified all of the marsh in the Central Wetlands and South Lake Borgne as intermediate in 1960. It is unlikely that this classification was accurate. O'Neil (1949) had classified half of the Central Wetlands marshes and all of the South Lake Borgne marshes as brackish (see Figure 7). In 1968, Chabreck et al. (see Figure 8) called over half the Central Wetlands and most of South Lake Borgne brackish. It is unlikely that these areas switched from brackish in 1949 to intermediate in 1960 and back to brackish in 1968. Wicker did not map a portion of the Central Wetlands from the hurricane protection levee to Bayou La Loutre. An Atlas of Louisiana Coastal Habitats compiled by Barras and Swan (1989) was consulted for this area.

The habitat types from the Wicker maps were drawn on the quadrangle maps with the MRGO footprint (Figures 2-4). Then the acreage of each habitat type impacted by the MRGO footprint was measured with a dot-grid. A table indicating the acreage of each habitat type impacted by the MRGO footprint by mapping unit was prepared (Table 1).

**Habitat Loss Due to Erosion on the North Bank of the MRGO from 1965-1999**
The 15 feet per year erosion rate reported by Howard et al. (1984) was verified by measuring erosion on the north bank of the MRGO between 1985 and 1995 on aerial photographs. Marsh lost between 1965-68 was assumed to be the type indicated in the Chabreck et al. 1968 map. Similarly, erosion from 1968-1978 was assumed to be the habitat shown in the 1978 Chabreck map and erosion from 1978-1999 was assumed to be that shown on the 1988 Chabreck map. A table indicating the erosion loss from the MRGO by habitat type was prepared (Table 1).

**Habitat Shifts Caused by Salinity Brought in by the MRGO**
Construction of a deep channel connecting the Gulf of Mexico with the cypress swamps and fresh/intermediate marshes of St. Bernard Parish caused dramatic changes in habitat.
In order to determine the amount of habitat shift caused by the increased salinity brought in by the MRGO, acreage of various habitat types in years past was obtained from Eldridge (1999) for the Coast 2050 mapping units. To simplify the results, various habitat types were sometimes combined. For instance, in 1990, all the Agricultural/Pasture was found only on the MRGO spoil so this habitat type was included in the Spoil category. Tables of habitat change for each mapping unit were prepared (see Tables 2-4). Appendix A is a discussion of the habitat mapping efforts from 1949 to 1988 in all mapping units influenced by the MRGO.

**Increased Land Loss Caused by Hydrological Changes Brought in by the MRGO**
The MRGO directly destroyed wetlands and caused shifts in habitat types. In addition to shifting habitat types, the higher salinity (and greater tidal exchange) in fragile wetlands increased

47

NED-188-000001559

wetland loss above that which would have occurred without the MRGO. The estimate of this type of loss is far more speculative than the estimate of direct loss or habitat shifts.

To estimate the amount of "baseline" land loss for each mapping unit, the "MRGO footprint" acres (spoil, channel, and erosion) were subtracted from the acres of wetland present in 1956. These acres were removed since they are reflected as channel or spoil by 1990. This allows comparison of the non-footprint acres in 1956 and 1990. The "baseline" loss in percent per year from 1956 to 1990 was calculated by subtracting the acres of marsh in 1956 without the footprint from the acres of marsh present in 1990; then dividing by acres in 1956, and then by 34 years.

Then a very rough estimate was made of the amount of this "baseline" loss that was caused by the hydrological changes brought about by the MRGO. The percent of the loss caused by the MRGO was removed from the baseline loss to calculate a "without MRGO" loss rate. This rate was then applied to all the wetlands present in 1956. The difference between the loss with and without the MRGO was calculated. This is a very rough estimate, but gives some indication of the impacts of the hydrological changes.

<u>Results</u>

**Impacts of the MRGO in the Central Wetlands**
This unit lies between the 40-Arpent Levee and the MRGO and goes from the Inner Harbor Navigation Canal to Hopedale. According to Eldridge (1999), this unit had 35,310 acres of marsh and cypress swamp in 1956 (see Table 2). About 11,620 acres were fresh/intermediate, 13,490 acres were brackish, and 10,200 acres were cypress swamp. There were also 2,740 acres of forest, 520 acres of developed/agricultural and 4,020 acres of water.

The MRGO "footprint" covered 5,530 acres of brackish marsh, 3,080 acres of fresh/intermediate marsh, 1,110 acres of swamp and 1,700 acres of shallow open water with spoil; a total of 9,720 acres of wetlands (see Table 1). The spoil bank eroded 200 acres since construction and 620 acres of fresh marsh had formed on the spoil bank. Thus, the net loss of wetlands due to the footprint in the Central Wetlands was 9,100 acres.

By 1990, the only fresh marsh remaining was 620 acres that had formed due to ponding on the MRGO spoil bank. The only cypress left was 90 acres near two pumping stations that discharge fresh water into the "ghost swamp". About 90 acres of saline marsh existed. The amount of brackish marsh had increased to 19,710 acres as about 2,700 acres of the fresh/intermediate marsh and nearly 8,000 acres of cypress converted to this marsh type. Thus, in 1990, there was a total of 20,510 acres of marsh and cypress swamp.

If the MRGO had never been built, what would the Central Wetlands Unit have looked like in 1990? When the wetland footprint of 9,720 acres is subtracted from the 35,310 acres of wetlands present in 1956, this leaves 25,590 acres on which to base the "baseline" loss. Comparing this to the 20,510 acres wetlands present in 1990, there was a "baseline" loss of 5,080 acres. This represents a "baseline" loss rate of 0.58 percent per year.

NED-188-000001560

It is very difficult to determine what portion of this "baseline" loss would have occurred without the hydrological influence of the MRGO. The 1,100 acres of failed impoundment west of Paris Road was not influenced by the MRGO. A very rough assumption can be made that about 60 percent of the remainder of the loss is due to the salinity and tidal energy brought in by the MRGO. Thus, the "without MRGO" loss rate could have been 0.35% per year.

The "without MRGO" loss rate was applied to the 35,590 acres of marsh and cypress that was present in 1956. By 1990, there might have been 10,3500 acres of fresh/intermediate marsh, 12,010 acres of brackish marsh, 9,090 acres of cypress swamp for a total of 31,450 acres of wetlands if the MRGO had not been built. Instead, there were 620 acres of fresh/intermediate marsh, 19,710 acres of brackish marsh, 90 acres of saline marsh, and 90 acres of swamp for a total of 20,510 acres of wetlands. This represents a loss of 3,860 acres of wetlands since 1956 without the MRGO compared to a loss of 14,800 acres with the MRGO, a difference of 10,940 acres. When the already counted 9,100-acre net loss due to the footprint is removed, the increased wetland loss due to the MRGO could have been 1,840 acres. In addition, without the MRGO, over 10,710 acres of fresh/intermediate marsh and cypress would not have converted to brackish marsh.

### Impacts of the MRGO in Eloi Bay

This unit lies between Bayou La Loutre and the MRGO back dike canal. This unit had 33,660 acres of marsh in 1956 according to Eldridge (1999) (see Table 2). About 950 acres were fresh, 18,000 acres brackish, and 14,700 acres saline (assuming that the brackish/saline percentage was the similar to that when O'Neil mapped the area in 1949). There were also 360 acres of swamp and 63,850 acres of water.

The MRGO spoil "footprint" covered 1,880 acres of brackish marsh, 1,950 acres of saline marsh, 300 acres of swamp and 2,220 acres of shallow open water with spoil. Channel excavation destroyed 460 acres of brackish marsh, 360 acres of saline marsh and 60 acres of swamp. Erosion on the north bank destroyed 100 acres of brackish marsh and 790 acres of saline marsh. Meanwhile, the spoil bank eroded 280 acres since construction. Since 1956, 990 acres of fresh marsh have formed on the spoil bank. Thus, 2,440 acres of brackish marsh, 3,100 acres of saline marsh and 360 acres of swamp have become open water or spoil and 2,200 acres of shallow open water have been filled. A total of 5,900 acres of wetlands were lost due to MRGO, but then 990 formed, so the net loss was 4,910 acres.

By 1990, the amount of brackish marsh had dropped to only 5,320 acres, while saline marsh had increased to 19,160 acres. About 990 acres of fresh marsh formed on the MRGO spoil. Nearly 8,550 acres of brackish marsh had converted to saline marsh. In 1990, there was a total of 25,470 acres of marsh.

If the MRGO had never been built, what would the Eloi Bay Unit have looked like in 1990? When the wetland footprint of 5,900 acres is subtracted from the 33,660 acres of wetlands present in 1956, this leaves 28,120 acres on which to base the "baseline" loss. Comparing this to the 25,470 acres wetlands present in 1990, there was a "baseline" loss of 2,650 acres. This represents a "baseline" loss rate of 0.28 percent per year.

NED-188-000001561

It is unlikely that the salinity brought in by the MRGO would increase the loss rate in this brackish/saline environment. However, the increased tides could have accounted for a 10 percent increase in the loss rate. Thus, the "without-MRGO" loss rate could have been 0.25 percent per year.

The "without-MRGO" loss rate was applied to the 33,660 acres of marsh present in 1956. By 1990, without the MRGO, there might have been a total of 30,980 acres of marsh (875 acres of fresh/intermediate, 16,570 acres of brackish, and 13,535 acres of saline). Instead there was a total of 25,470 acres (990 acres fresh/intermediate, 5,320 acres of brackish and 19,160 acres of saline). This represents a loss of 2,680 acres since 1956 without the MRGO compared to a loss of 8,190 acres with the MRGO, a difference of 5,510 acres. When the already counted 4,910 net loss due to the footprint is considered, the increased loss due to the MRGO could be about 600 acres. In addition, compared to conditions with the MRGO, conversion of 8,550 acres of brackish marsh to saline marsh would have been prevented.

### Impacts of the MRGO in South Lake Borgne

This unit had 24,690 acres of marsh and swamp in 1956 according to Eldridge (1999) (see Table 2). About 540 acres were fresh/intermediate marsh, 23,760 acres brackish marsh and 390 acres swamp. There were also 4,450 acres of water and minor amounts of other habitat types.

The MRGO "footprint" and subsequent erosion converted 290 acres of fresh/intermediate marsh, 2,340 acres of brackish marsh, 1,110 acres of saline marsh, and 40 acres of swamp to channel. Thus, the net loss of wetlands due to the MRGO was 3,780 acres.

By 1990, there was no fresh/intermediate marsh or swamp and the brackish marsh had decreased to 16,950 acres. Meanwhile, saline marsh had increased to 9,510 acres even after losing 1,100 acres to channel. Approximately 10,270 acres of brackish marsh and 350 acres of swamp became this habitat type. In 1990, there were 16,590 acres of wetlands.

If the MRGO had never been built, what would the South Lake Borgne Unit have looked like in 1990? When the wetland footprint of 3,780 acres is subtracted from the 24,690 acres of wetlands present in 1956, this leaves 20,910 acres on which to base the "baseline" loss. Comparing this to the 16,590 acres wetlands present in 1990, there was a "baseline" loss of 4,320 acres. This represents a "baseline" loss rate of 0.61 percent per year.

It is very difficult to determine what portion of this loss would have occurred without the MRGO. The salinity brought in by the MRGO could have increased the loss rate in this once low-brackish environment by 10 percent. In addition, the increased tides could have accounted for another 10 percent increase in the loss rate. Thus, the "without-MRGO" loss rate could have been 0.49 percent per year.

The "without-MRGO" loss rate was applied to the 24,690 acres of marsh present in 1956. By 1990, without the MRGO, there would have been a total of 21,000 acres of wetlands (20,210 acres of brackish marsh, 460 acres of fresh/intermediate marsh, and 330 acres of swamp). Instead there was a total of 16,590 acres (7,080 acres of brackish marsh and 9,510 acres of saline marsh). This represents a loss of 3,690 acres of marsh since 1956 without the MRGO compared

NED-188-000001562

to a loss of 8,110 acres with the MRGO. When the 3,780-acre loss due to the footprint is considered, the net loss due to the MRGO could be about 630 acres. In addition, compared to conditions with the MRGO, conversion of 10,270 acres of brackish marsh and 350 acres of swamp to more saline habitat types would have been prevented.

**Impacts of the MRGO in the Biloxi Marshes**
This unit lies east of the MRGO, stretching from Bayou St. Malo to Chandeleur Sound. It appears that the only influence of the MRGO in the Biloxi Marshes was the shift of 650 acres of intermediate marsh to brackish marsh (see Table 3). The MRGO has had essentially no influence on shifting the brackish/saline interface. Loss patterns show that most of the loss in shoreline erosion around Lake Borgne or on the marshes facing the large bays and Chandeleur Sound. Thus, the salinity and increased tidal exchange connected with the MRGO are not likely to have increased the marsh loss rate in the Biloxi Marshes.

**Impacts of the MRGO on the East Orleans Land Bridge**
This unit lies between Lake Pontchartrain and Borgne and the Lake Pontchartrain Hurricane Protection Levee and the Rigolets. The influences of the MRGO did not appear to have caused any habitat shifts in this unit since the area has remained brackish since 1956 (see Table 3). Loss patterns indicate that the majority of the 1956-90 loss is along shorelines or is ponding in interior marshes not connected to the GIWW. It is unlikely that presence of the MRGO increased the marsh loss rate in this mapping unit.

**Impacts of the MRGO on the La Branche Wetlands**
This unit contains the wetlands on the south shore of Lake Pontchartrain between the city of Kenner and the Bonnet Carre Spillway and north of U.S. Highway 61 (Airline Highway). It does not appear that intermediate marsh has converted to brackish since 1956. Instead, this marsh type has converted to forest and open water. Swamp has converted mainly to forest with some changing to intermediate marsh. Thus, salinity increases caused by the MRGO do not appear to have shifted habitat types.

Scientists from LSU's Center for Wetland Resources (Pierce et al., 1985) analyzed aerial photographs to determine wetland losses in the La Branche Wetlands from 1956 to 1983 (see Figure 9). The areas north of I-10 lost over 950 acres of marsh and swamp between 1956 and 1965. The marshes south of I-10 lost nearly 760 acres from 1965-1972. There are numerous factors contributing to these large losses: the recently completed MRGO, access canals for I-10, the poor condition of the water control structures south of I-10, subsidence and sea level rise. However, the most likely major cause of these losses was Hurricane Betsy in September 1965. It generated a tidal surge of nearly 12 feet in Lake Pontchartrain. The canals and openings in the shoreline would have guided the scouring action of the surge into the marshes between the lake and I-10 and caused the immediate loss of the remaining marsh in the failed agricultural impoundment in the northwest corner of the La Branche area. This loss showed up on the 1965 photo. The hurricane would have subjected the areas south of I-10 to a greater duration of flooding and increased salinities, which would have caused opening up of ponds, showing up as loss on the 1972 photo. Since 1972, loss rates have slowed significantly and some areas are actually healing. The construction of the MRGO has played a part in increasing marsh loss in this unit. A rough estimate might be made that 20 percent of the 1956-65 loss north of I-10 and

*no data to support this cl[...]* (handwritten annotation)

NED-188-000001563

10 percent of the loss south of I-10 could have been attributed to the MRGO. Thus, the MRGO could have caused an increased loss of 270 acres in this mapping unit.

**Impacts of the MRGO on the Eastern Manchac Land Bridge**
This unit lies along the western shore of Lake Pontchartrain between the western guide levee of the Bonnet Carre Spillway and North Pass. This unit, which contains the only pass between Lakes Pontchartrain and Maurepas, has received enough slightly saline water from the MRGO for habitat types to switch (see Table 4). Nearly 7,500 acres of swamp have become intermediate marsh. Most of this change can be attributed to the construction of the MRGO. The deep navigation channel raised salinity less than 3 ppt, but this increase in a swamp/fresh marsh area was enough to prevent the swamp from regenerating and to allow the colonization of intermediate marsh plants beneath the cypress.

This unit lost 1,080 acres of land from 1956 to 1990 (Eldridge (1999). The main causes were shoreline erosion (about 500 acres) and the interior marsh loss caused by formation of "The Prairie" (about 500 acres). Neither of these were likely to have been caused by salinity or tides brought in by the MRGO. However the interior loss of about 80 acres could have been due to the secondary impacts of the MRGO.

**Impacts of the MRGO on the North Shore Marshes**
This unit lies between Green Point and Big Point along the north shore of Lake Pontchartrain. Despite the influence of salinity from the MRGO, this unit freshened from 1956 to 1990 - there was more fresh marsh in 1990 than in 1956 (see Table 4). The causes of this freshening are uncertain. It is possible that increased rainwater runoff from development in St. Tammany Parish has caused the expansion of the fresh marsh.

<u>Conclusion</u>
All of the above calculations represent best professional judgement since it is difficult to know the exact location of habitats 35 years ago. The estimate of increased land loss is especially speculative. Construction of the MRGO and subsequent erosion has caused extensive loss of land in St. Bernard Parish. Nearly 3,400 acres of fresh/intermediate marsh, over 10,300 acres of brackish marsh and over 4,200 acres of saline marsh have been converted to open water or spoil. Over 1,500 acres of cypress swamp and levee forest have become disposal area. A total of nearly 20,000 acres of wetlands have been lost and nearly 4,800 acres of shallow open water have been converted into deep water or disposal area.

Habitat shifts caused by saline waters brought in by the MRGO have caused the following habitat shifts in St. Bernard Parish: 3,350 acres of fresh/intermediate marsh and 8,000 acres of cypress swamp to brackish marsh and 19,170 acres of brackish marsh and swamp to saline marsh. Approximately 7,500 acres of swamp have converted to intermediate marsh in St. John the Baptist Parish.

When the roughly estimated amount of increased loss is considered, the area influenced by the MRGO could have lost over 3,400 acres of wetlands due to increased tides and salinity. About 90 percent of this increased loss was in St. Bernard Parish.

*(handwritten margin notes: "No data to s'll this old. Soil compact + subsidence likely majo probl.")*

NED-188-000001564

## LITERATURE CITED

Barras, J. A. and M. Swan. 1989. A study of marsh management practice in coastal Louisiana. Atlas of Louisiana coastal habitats. Prepared under MMS Contract 14-12-0001-30410. Prepared by Louisiana Geological Survey, Louisiana Department of Natural Resources.

Chabreck, R. H., T. Joanen, A. W. Palmisano. 1968. Vegetation type map of the Louisiana coastal marshes. Published by the Louisiana Wildlife and Fisheries Commission.

Chabreck, R. H. and G. Linscombe. 1978. Vegetation type map of the Louisiana coastal marshes. Published by the Louisiana Wildlife and Fisheries Commission.

Chabreck, R. H. and G. Linscombe. 1988. Louisiana coastal marsh vegetative type map 1988. Published by the Louisiana Wildlife and Fisheries Commission.

Eldridge, K. 1999. Personal communication (Habitat types of Coast 2050 mapping units in 1956, 1978, and 1990).

Howard, P.C., T. J. Duenckel, S. W. Gagliano, G. J. Gasperecz, and J. C. Leslie. 1984. The Mississippi River Gulf Outlet: A study of bank stabilization. Produced for the St. Bernard Parish Police Jury. U. S. Department of Commerce, NOAA Grant No. NA-83-AA-D-CZ025 and La. Department of Natural Resources (DNR Cooperative Agreement No. 21920-84-03).

O'Neil, T. 1949. Map of the southern part of Louisiana showing vegetation types of the Louisiana Marshes.

Pierce, R. S., J. W. Day, Jr., E. Ramcharan, W. H. Conner, R. Boumans, and J. Visser. 1985. A comprehensive wetland management plan for the La Branche Wetland, St. Charles Parish, Louisiana. Coastal Ecology Institute, Center for Wetland Resources, LSU. 71 pg.

Wicker, K. M., G. C. Castille III, D. J. Davis, S. M. Gagliano, D. W. Roberts, D. S. Sabins, and R. A. Weinstein. 1982. St. Bernard Parish: a study in wetland management. Prepared for the St. Bernard Parish Police Jury, Chalmette, LA. Contract No. 168-909. 132 pg.

Wright, R., J. Sperry, and D. Huss. 1960. Vegetation type mapping studies of the marshes of southeastern Louisiana. Submitted to the Bureau of Sport Fisheries and Wildlife, Fish and Wildlife Service, U. S. Department of the Interior by Texas A and M Research Foundation, Project 191. Contract No. 14-16-008-538. 42 pg.

NED-188-000001565

# LIST OF TABLES

Table 1        Summary of Estimated Habitat Loss from MRGO Construction and
               Erosion by Mapping Unit

Table 2        Habitat Types in 1956, 1978, and 1990 for Central Wetlands, South Lake
               Borgne and Eloi Bay

Table 3        Habitat Types in 1956, 1978, and 1990 in Biloxi Marshes and Eastern
               Orleans Land Bridge

Table 4        Habitat Types in 1956, 1978, and 1990 in La Branche, E. Manchac Land
               Bridge and North Shore Marshes

NED-188-000001566

**TABLE 1**                                                 mrgohabloss
**SUMMARY OF ESTIMATED HABITAT LOSS FROM MRGO
CONSTRUCTION AND EROSION BY MAPPING UNIT**

| Spoil | Fresh/ Intermediate Marsh | Brackish Marsh | Saline Marsh | Forest | Water |
|---|---|---|---|---|---|
| Central Wetlands | 3080 | 5530 | | 1110 | 1700 |
| South Lake Brogne | | | | | |
| Eloi Bay | | 1880 | 1950 | 300 | 2220 |
| Total | 3080 | 7410 | 1950 | 1410 | 3920 |

| Channel | Fresh/ Intermediate Marsh | Brackish Marsh | Saline Marsh | Forest | Water |
|---|---|---|---|---|---|
| Central Wetlands | | | | | |
| South Lake Brogne | 290 | 1550 | 490 | 40 | 345 |
| Eloi Bay | | 460 | 360 | 60 | 485 |
| Total | 290 | 2010 | 850 | 100 | 830 |

| Erosion | Fresh/ Intermediate Marsh | Brackish Marsh | Saline Marsh | Forest | Water |
|---|---|---|---|---|---|
| Central Wetlands | | | | | |
| South Lake Brogne | | 790 | 620 | | |
| Eloi Bay | | 100 | 790 | | |
| Total | 0 | 890 | 1410 | 0 | 0 |

**GRAND TOTAL**     **3370**   **10310**   **4210**   **1510**   **4750**

55

NED-188-000001567

TABLE 2                    12/3/99 mrgochange

**HABITAT TYPES IN 1956, 1978, AND 1990  FOR CENTRAL
WETLANDS, SOUTH LAKE BORGNE AND ELOI BAY (acres)**
(from LDNR digitized habitat maps)

| Central Wetlands | 1956 | 1978 | 1990 |
|---|---|---|---|
| Fresh/Intermediate Marsh | 11,620 | 1,520 | 620 |
| Brackish Marsh | 13,490 | 21,710 | 19,710 |
| Saline Marsh | 0 | 0 | 90 |
| Cypress Forest | 10,200 | 0 | 90 |
| Forest | 2,740 | 640 | 440 |
| Bottomland scrub/shrub | 0 | 0 | 1,180 |
| MRGO spoil * | 0 | 11,620 | 11,420 |
| Developed/agricul | 520 | 100 | 790 |
| Inert | 0 | 200 | 0 |
| Water | 4,020 | 6,800 | 8,250 |
| Total | 42,590 | 42,590 | 42,590 |

* includes upland scrub/shrub (spoil), upland barren, and some
ag/pasture, shore/flat, and inert.  In 1988, the 620 acres of fresh
marsh is on the MRGO spoil.

| South Lake Borgne | 1956 | 1978 | 1990 |
|---|---|---|---|
| Fresh/Intermediate Marsh | 540 | 340 | 0 |
| Brackish Marsh | 23,760 | 18,060 | 7,080 |
| Saline Marsh | 0 | 0 | 9,510 |
| Forest | 30 | 70 | 10 |
| Swamp | 390 | 0 | 0 |
| Scrub/shrub | | | 80 |
| Spoil * | 10 | 260 | 120 |
| Developed | 30 | 60 | 0 |
| Beach/inert/shore/flat | 0 | 10 | 50 |
| Ag/pasture | | | 150 |
| Water | 4,450 | 10,410 | 12,210 |
| Total | 29,210 | 29,210 | 29,210 |

* Spoil includes upland scrub/shrub in 1988

| Eloi Bay | 1956 | 1978 | 1990 |
|---|---|---|---|
| Fresh/Intermediate Marsh * | 950 | 250 | 990 |
| Brackish Marsh | 18,000 | 7,800 | 5,320 |
| Saline Marsh | 14,710 | 18,150 | 19,160 |
| Swamp | 360 | 0 | 0 |
| Forest | 0 | 50 | 0 |
| Spoil ** | 40 | 5,710 | 4,970 |
| Beach/inert/shore/flat | 30 | 0 | 0 |
| Water | 63,850 | 65,980 | 67,500 |
| Total | 97,940 | 97,940 | 97,940 |

* Fresh marsh on MRGO spoil in 1978 and 1988.

** spoil includes inert, ag/pasture, upland barren, developed
and scrub shrub .

56

NED-188-000001568

**TABLE 3**
**HABITAT TYPES IN 1956, 1978, AND 1990 IN BILOXI**
**MARSHES AND EASTERN ORLEANS LAND BRIDGE**
(from LDNR digitized habitat maps)

| Biloxi Marshes | 1956 | 1978 | 1990 |
|---|---|---|---|
| Fresh/intermediate Marsh | 1,010 | 930 | 0 |
| Brackish Marsh | 40,850 | 47,980 | 36,060 |
| Saline Marsh | 59,310 | 42,070 | 50,950 |
| Swamp | 810 | | 0 |
| Forest | | 40 | 10 |
| Scrub/shrub and Spoil | | 610 | 750 |
| Inert/Upland Barren | 20 | | 20 |
| Beach/shore/flat | 20 | 100 | 1,260 |
| Water | 264,410 | 274,700 | 277,380 |
| Total | 366,430 | 366,430 | 366,430 |

| Eastern Orleans Land Bridge | 1956 | 1978 | 1990 |
|---|---|---|---|
| Brackish Marsh | 30,580 | 26,670 | 25,460 |
| Saline Marsh | | | |
| Swamp | 20 | 20 | |
| Forest | 40 | 10 | 240 |
| Scrub/shrub | 20 | 270 | 1,070 |
| Developed | 860 | 1,520 | 810 |
| Inert/Upland Barren | 160 | 90 | 30 |
| Beach/shore/flat | 120 | 20 | 90 |
| Ag/Pasture | | | 20 |
| Water | 13,810 | 17,040 | 17,890 |
| Total | 45,610 | 45,640 | 45,610 |

57

NED-188-000001569

**TABLE 4**
**HABITAT TYPES IN 1956, 1978, AND 1990 IN LA BRANCHE**
**E. MANCHAC LAND BRIDGE AND NORTH SHORE MARSHES**
(from LDNR digitized habitat maps)

| La Branche | 1956 | 1978 | 1990 |
|---|---|---|---|
| Fresh/intermediate Marsh | 4,100 | 3,590 | 3,510 |
| Brackish Marsh | 6,260 | 4,380 | 3,980 |
| Saline Marsh | | | |
| Swamp | 12,140 | 11,030 | 10,020 |
| Forest | 600 | 730 | 2,140 |
| Scrub/shrub | 390 | 220 | 250 |
| Developed | 480 | 880 | 220 |
| Ag/Pasture | 40 | 40 | 410 |
| Water | 580 | 3,720 | 4,060 |
| Total | 24,590 | 24,590 | 24,590 |

| East Manchac Land Bridge | 1956 | 1978 | 1990 |
|---|---|---|---|
| Fresh Marsh | 6,440 | 8,470 | 850 |
| Fresh/intermediate Marsh | 0 | 6,620 | 11,620 |
| Brackish Marsh | | | |
| Saline Marsh | | | |
| Swamp | 19,660 | 9,660 | 4,490 |
| Forest | 1,570 | 1,520 | 4,890 |
| Scrub/shrub spoil | | 130 | 5,240 |
| Developed | 500 | 850 | 220 |
| Ag/Pasture | 270 | 130 | 170 |
| Water | 1,410 | 2,470 | 2,490 |
| Total | 29,850 | 29,850 | 29,970 |

| North Shore Marshes | 1956 | 1978 | 1990 |
|---|---|---|---|
| Fresh/intermediate Marsh | 120 | 550 | 3,690 |
| Brackish Marsh | 12,250 | 9,290 | 5,750 |
| Saline Marsh | | | |
| Swamp | 40 | 50 | |
| Forest | 1,030 | 880 | 700 |
| Scrub/shrub | | 40 | 90 |
| Developed | 70 | 170 | 180 |
| Inert/Beach | 110 | 20 | |
| Ag/Pasture | | | 50 |
| Water | 670 | 3,250 | 3,830 |
| Total | 14,290 | 14,250 | 14,290 |

58

NED-188-000001570