# LIST OF FIGURES

Figure 1        Coast 2050 Mapping Units
Figure 2        MRGO Footprint on St. Bernard and New Orleans Quadrangle Maps
Figure 3        MRGO Footprint on Shell Beach/Ycloskey Quadrangle Map
Figure 4        MRGO Footprint on Lake Athanasio Quadrangle Map
Figure 5        Central Wetlands in 1955 (Modified from Wicker et al., 1982)
Figure 6        Central Wetlands in 1960 (Wright et al., 1960)
Figure 7        O'Neil 1949, Vegetation Types in Louisiana Marshes
Figure 8        Chabreck et al., 1968. Vegetation Type Map of Louisiana Coastal Marshes
Figure 9        Habitat Cover in the La Branche Wetlands 1952-1983
                (from Pierce et al., 1985)

NED-188-000001571



**Figure 1  COAST 2050 MAPPING UNITS**

NED-188-000001572

LAKE BORGNE

Brackish Marsh in 1955

Cypress Swamp in 1955

Fresh/Intermediate Marsh in 1955

Cypress Swamp in 1955

Brackish Marsh in 1955

Fresh/Intermediate Marsh in 1955

Cypress in 1955

MISSISSIPPI RIVER

FIGURE 2

MRGO FOOTPRINT ON ST. BERNARD AND
NEW ORLEANS QUADRANGLE MAPS

NED-188-000001573



**FIGURE 3**

**MRGO FOOTPRINT ON SHELL BEACH/YCLOSKEY QUADRANGLE MAP**

Saline Marsh In 1955

Brackish Marsh In 1955

Fresh/Intermediate Marsh In 1955

NED-188-000001574



FIGURE 4

MRGO FOOTPRINT ON LAKE ATHANASIO
QUADRANGLE MAP

63

NED-188-000001575



**FIGURE 5**
**CENTRAL WETLANDS IN 1955**
(Modified from Wicker et al., 1982)

NED-188-000001576



Figure 6 CENTRAL WETLANDS IN 1960 (WRIGHT ET AL. 1960)

NED-188-000001577

**Figure 7  O'NEIL  1949. VEGETATION TYPES IN LOUISIANA MARSHES**

INTERMEDIATE MARSHES

BRACKISH MARSHES

SALT MARSHES

NED-188-000001578



**Figure 8 Chabreck et al. 1968. VEGETATION TYPE MAP OF LOUISIANA COASTAL MARSHES**

NED-188-000001579



Figure 9
Habitat Cover in the La Branche
Wetlands 1952-1983.
(from Pierce et al., 1985)                    68



NED-188-000001580

# APPENDIX A

## HABITAT TYPE MAPPING

**Central Wetlands**

This unit lies between the 40-Arpent Levee and the MRGO and goes from the Inner Harbor Navigation Canal to Hopedale. In 1949, O'Neil classified about 40% of these marshes as fresh/intermediate and the remainder as brackish (see Figure 7). He did not include cypress in his map, probably because the cypress in the Central Wetlands have always had an understory of marsh plants. For 1955, Wicker et al. (1982) classified about 23 percent of the Central Wetlands as brackish marsh, 35 percent as fresh/intermediate marsh and 38 percent as cypress swamp (see Figure 5). Wright et al. (1960) classified the Central Wetlands as 50 percent intermediate marsh and 50 percent cypress swamp (see Figure 6). In 1968, Chabreck, Joanen and Palmisano classified the area between Bayou Bienvenue and the Violet Canal/Bayou Dupre as brackish marsh and the area to the south as intermediate marsh (see Figure 8). Valentine in the same year classified some of the marsh near the upper Bayou Bienvenue drainage as intermediate. In 1978, Chabreck et al. classified the entire area as brackish marsh (see figure A-1). In 1978, Wicker et al. classified areas near the pumping stations as intermediate marsh with dead or dying cypress, the majority of the area as brackish marsh and the northeastern corner as saline marsh (see Figure A-2). In 1988, Chabreck showed only brackish marsh in the area (see Figure A-3).

Two conclusions can be drawn from this series of maps. First, not all investigators used the same species to characterize intermediate marsh. Second, the Central Wetlands have definitely gotten more brackish since the construction of the MRGO.

**Eloi Bay**

This unit lies between Bayou La Loutre and the MRGO back dike canal. In 1949, O'Neil classified the area as about half-brackish and half-saline marsh (see Figure 7). Barras and Swan (1989) classified the entire area as non-fresh marsh in 1956. Chabreck et al. (1968) classified the area similar to O'Neil (see Figure 8). By 1978, according to Chabreck et al., the saline marsh had moved slightly northward along the MRGO and significantly north in the center of the unit, nearly to Bayou La Loutre (see Figure A-1). In Chabreck et al. 1988, there was saline marsh adjacent to the MRGO, but the brackish marsh had moved slightly southward near Bayou La Loutre (see Figure A-4).

Classification in this area has been fairly consistent among authors and the marsh adjacent to the MRGO has become more saline over time.

**South Lake Borgne**

In 1949, O'Neil mapped the entire area as brackish except the tip of Proctor Point, which he called saline (see Figure 7). Wicker et al. (1982) classified the northern portion of the area as brackish in 1955; they indicated saline marsh from Shell Beach to Bayou La Loutre (see Figure 5). Wright et al. (1960) mapped the entire area as intermediate (see Figure 6). Chabreck et al. (1968) classified most of the area as brackish except for small area of intermediate marsh just north of Bayou La Loutre (see Figure 8). They called the entire area brackish in 1978 (see figure A-1). Wicker et al. (1982) mapped most areas adjacent to the MRGO as saline and the remainder

NED-188-000001581

of the area as brackish in 1978 (see Figure A-2). By 1988, Chabreck et al. classified much of Proctor Point and the area north of Bayou Dupre as brackish and the remainder of the area as saline (see Figure A-3).

Habitat mapping efforts have shown inconsistent results in this area. not only is there disagreement on what plants constitute intermediate marsh, but also disagreement over brackish marsh plants. However, all recent mappers agree that the saline marsh has moved northward since construction of the MRGO.

### Biloxi Marshes

This unit lies east of the MRGO, stretching from Bayou St. Malo to Chandeleur Sound. O'Neil mapped the area in 1949 and indicated much of the area as saline and the remainder as brackish (see Figure 7). In 1956, Barras and Swan (1989) indicated 1,010 acres of intermediate marsh just north of Bayou La Loutre. The remainder of the unit was classified as non-fresh marsh since the 1956 habitat maps did not distinguish between brackish and saline marsh. Chabreck et al. in 1968 (see Figure 8) found that the brackish marsh extended further eastward than in 1949, even with the influence of the MRGO. They also recorded intermediate marsh just north of Bayou La Loutre. By 1978, Chabreck et al showed that the intermediate marsh had become brackish, but the brackish/saline line extended even further eastward (see Figure A-2). Then, in 1988, the brackish/saline line moved westward (see Figure A-5).

This unit appears to be less influenced by the salinity from the MRGO than the previously described units. However, the MRGO is responsible for the loss on intermediate marsh in this unit.

### East Orleans Land Bridge

This unit lies between Lake Pontchartrain and Borgne and the Lake Pontchartrain Hurricane Protection Levee and the Rigolets. O'Neil classified it as saline marsh near Lake Borgne and the remainder as brackish marsh (see Figure 7). In 1956 according to Eldridge (1999), the unit contained only brackish marsh (see Table 3). Chabreck et al. classified it as brackish in 1968, 1978, and 1988 (see Figures 8, A-1, and A-6). This unit as been consistently classified, except by O'Neil, and does not appear to be influenced by the MRGO.

### La Branche Wetlands

This unit contains the wetlands on the south shore of Lake Pontchartrain between the city of Kenner and the Bonnet Carre Spillway and north of U.S. Highway 61 (Airline Highway). In 1949, it consisted of intermediate marshes in the interior and brackish marshes near the lake (see Figure 7). In 1968, Chabreck et al. indicated some intermediate marsh north of the railroad (see Figure 8). In 1978 and 1988, the intermediate/brackish line has been the railroad (see Figures A-1 and A-7). The intermediate area is now "protected" by levees and water control structures (some functioning and some not).

This unit as been consistently classified. Salinity increases caused by the MRGO may have been responsible for the loss of intermediate marsh north of the railroad between 1968 and 1978.

NED-188-000001582

**Eastern Manchac Land Bridge**

This unit lies along the western shore of Lake Pontchartrain between the western guide levee of the Bonnet Carre Spillway and North Pass. O'Neil did not map this area in 1949 or nor did Chabreck et al. in 1968. In 1978 and 1988. Chabreck et al. indicated it was intermediate and brackish marsh (see Figures A-1 and A-7).

This unit, which contains the only passes between Lakes Pontchartrain and Maurepas, has received enough slightly saline water from the MRGO for habitat types to switch. In 1956, Eldridge (1999) showed that 69 percent of the land in this unit was swamp. 23 percent was fresh marsh and 5 percent was forest (see Table 4). By 1978, only 35 percent was swamp and 31 percent was fresh marsh. Much of the swamp was not regenerating and bulltongue colonized beneath the stunted cypress so 24 percent of the area was intermediate marsh. In 1990, the loss of swamp and fresh marsh had continued and only 3 percent was fresh marsh. 16 percent swamp. Intermediate marsh now covered 42 percent of the area.

**North Shore Marshes**

This unit lies between Green Point and Big Point along the north shore of Lake Pontchartrain. O'Neil classified it as brackish in 1949 (see Figure 7). In 1956, according to Eldridge (1999) the unit contained 120 acres of fresh/intermediate marsh and 12,250 acres of brackish marsh (see Table 4). By 1978, the fresh/intermediate had increased to 550 acres and by 1990, it covered nearly 3,700 acres. Chabreck et al. classified it as intermediate and brackish in 1968, 1978, and 1988 with increasing amounts of fresh/intermediate marsh over time (see Figs. 5, A-1 and A-8).

This unit has been consistently classified and appears to be trending toward fresher marsh despite the influence of the MRGO. This could be due to the increased runoff from development in St. Tammany Parish.

NED-188-000001583

# APPENDIX A
## LIST OF FIGURES

Figure A-1    Chabreck et al., 1978. Vegetation Type Map of Louisiana Coastal Marshes
Figure A-2    Central Wetlands in 1978 (Wicker et al., 1982)
Figure A-3    Chabreck et al., 1988. Vegetation Type Map of Louisiana Coastal Marshes
              (Central Wetlands and South Lake Borgne)
Figure A-4    Chabreck et al., 1988. Vegetation Type Map of Louisiana Coastal Marshes
              (Eloi Bay)
Figure A-5    Chabreck et al., 1988. Vegetation Type Map of Louisiana Coastal Marshes
              (Biloxi Marshes)
Figure A-6    Chabreck et al., 1988. Vegetation Type Map of Louisiana Coastal Marshes
              (Eastern Orleans Land Bridge)
Figure A-7    Chabreck et al., 1988. Vegetation Type Map of Louisiana Coastal Marshes
              (La Branche and Eastern Manchac Land Bridge)
Figure A-8    Chabreck et al., 1988. Vegetation Type Map of Louisiana Coastal Marshes
              (North Shore Marshes)

NED-188-000001584



Figure A-1 CHABRECK ET AL. 1978 VEGETATION TYPE MAP OF LOUISIANA COASTAL MARSHES

SALINE MARSHES

FRESH MARSHES

BRACKISH MARSHES

INTERMEDIATE MARSHES

NED-188-000001585



FIGURE A-2

CENTRAL WETLANDS IN 1978 (WICKER ET AL. 1982)

NED-188-000001586



**FIGURE A-3**
Chabreck et al. 1988. Louisiana Coastal Marsh, Vegetative Type Map
(Central Wetlands and South Lake Borgne)

NED-188-000001587



**FIGURE A-4**
Chabreck et al. 1988. Louisiana Coastal Marsh, Vegetative Type Map (Eloi Bay)

76

NED-188-000001588



**FIGURE A-5**
Chabreck et al. 1988. Louisiana Coastal Marsh, Vegetative Type Map (Biloxi Marshes)

NED-188-000001589



FIGURE A-6
Chabreck et al. 1988. Louisiana Coastal Marsh, Vegetative Type Map
(Eastern Orleans Land Bridge)

NED-188-000001590



**FIGURE A-8**
Chabreck et al. 1988. Louisiana Coastal Marsh, Vegetative Type Map
(North Shore Marshes)

NED-188-000001591

# The Mississippi River Gulf Outlet:
## A Report on its Environmental Impacts
## To Plaquemines Parish

### Presented to the Environmental Subcommittee
#### of the MRGO Task Force Technical Committee

Total BS

### Prepared by:
### John L. Scurich
### Plaquemines Parish Government
### Director of Coastal Zone Management

### December 15, 1999

80

NED-188-000001592

**Purpose of Report:**

Due to the potential for mitigation, the purpose of this report is to assess any adverse environmental impacts upon Plaquemines Parish as a result of the Mississippi River Gulf Outlet since its construction in *1961*, and to determine any future adverse impacts if the MRGO was to remain open for the passage of deep draft vessels.

**Methodology:**

Reports and surveys from the United States Army Corps of Engineers; data compiled by the Coastal Research Lab at the University of New Orleans Department of Geology and Geophysics, Dr. Shea Penland, Director; various data from Coastal Environments, Inc. of Baton Rouge, Louisiana; Louisiana Department of Wildlife and Fisheries; Louisiana Coastal Wetlands Conservation and Restoration Task Force, Coast 2050 Report; information obtained by personal contact with numerous scientific personnel from federal and state agencies, local government officials, port pilots and local fishermen.

**Historical Summary:**

Plaquemines Parish is the southernmost parish in Louisiana. It extends southeastward for 90 miles from New Orleans into deeper waters of the Gulf of Mexico. The parish is a peninsular surrounded by waters of the Gulf of Mexico and bisected by the Mississippi River. The parish is a product of the Mississippi River, having been created through sediment deposition over a 4500 year period. Natural levees comprise about eight percent of the parish, while drained swamp and marshland adjacent to the parish cover another six percent for a total area of approximately 60,000 acres.

Barrier beaches and spoil disposal areas at South Pass and Southwest Pass comprise another six percent of the parish. The vast majority of Plaqemines consists of low-lying wetlands that are being lost at a rate of 9 square miles per year, 384 square miles since 1956. This land loss, to both inland habitats and barrier islands, is the result of a combination of both natural, but primarily, man-made factors including: construction of pipeline canals and rig access canals, leveeing of the Mississippi River, saltwater intrusion into freshwater habitats, extraction of water and hydrocarbons, a decrease in sediment being carried by the River, subsidence, a rise in sea level, wave erosion, faulting, and the construction and dredging of navigational channels.

NED-188-000001593



## MRGO Impact to Plaquemines Parish:

Since 1961, when the MRGO was constructed, Plaquemines Parish has suffered some adverse impacts from the MRGO. The parish has lost an estimated 140 square miles (89,600 acres) of wetlands on its east bank – the part of the parish impacted by the MRGO. Not all of this loss can be attributed to the MRGO's presence. Most of the erosion has been caused by construction of levee systems, oil and gas exploration, and some natural elements such as storms.

While it is difficult to pinpoint exact percentages or number of acreage lost due to the MRGO, it is safe to estimate land loss based on the channel's presence causing disruption to hydrology (natural currents or water flow) and sediment distribution. Habitats on the east bank (such as mud flats, wetlands, shell beds) have always required the consistent and regular introduction of freshwater and sediment to survive. These waters would introduce a replenishment of oxygen and other nutrients. Some would come from the Mississippi River while some were introduced by natural currents (hydrology) which flowed from inland waters of St. Bernard Parish and the Lake Pontchartrain/Lake Borgne basin.



When the MRGO was constructed, much of the natural currents were disrupted, even diverted, by the channel which extends beyond the Chandeleur/Breton Sound. Furthermore, sediments which would help rebuild land loss also are diverted by the channel or settle into the channel, thus creating a huge sediment trap. The MRGO depth is maintained at 36 feet and at 3,000 feet wide creates a tremendous trap which prevents the nutrient rich sediments from reaching the Plaquemines east bank.

Evidence of the MRGO basically becoming a huge sediment trap is based on the fact of how much maintenance dredging of the channel is required to maintain safe passing for deep draft vessels. Dredging is constantly required year round. For the most part, water depths within the Breton Sound area are shallow from St. Bernard/Plaquemines to the barrier islands. The spoil from this dredging has been used primarily to create spoil banks along the MRGO which does nothing to help rebuild lost interior wetlands.

Additional adverse impacts are caused to the barrier islands east of the Mississippi River's mouth. These islands have historically served as a buffer or first wave of defense for protecting St. Bernard and Plaquemines parishes from hurricane tidal surges. The MRGO extends from St. Bernard parish through Breton Sound and passing between two barrier islands – upper Breton and Grand Gossier. As a result, the impact to these islands, particularly Breton, has been dramatic. As natural occurrences such as storm strike these barrier islands, it is vital that sediments are redistributed to rebuild any resulting erosion.

Due to the MRGO collecting so much sediment, it becomes difficult for the islands to rebuild themselves. Though the U.S. Army Corps of Engineers has attempted to make beneficial use of dredgematerial by transferring spoil to these islands, unfortunately, the quality of the soil composite has not proven to be compatible for rebuilding.

82

NED-188-000001594

Based on the above information being accurate, it is safe to estimate that 15 to 20 percent of land loss to the Plaquemines east bank is attributable to the construction of the MRGO. That is approximately 16,000 acres of land that had the potential of being rebuilt had the natural hydrology of Breton Sound waters not been disrupted by the channel. Additionally, it is difficult to accurately estimate the extent of damage caused to Breton and Grand Gossier barrier islands. While acreage lost is not high in numbers, more importantly to consider is the protection lost to St. Bernard and Plaquemines parishes from approaching tropical storms – and the devastation that will result by not having these barrier islands at their greatest potential to protect the interior coastline.

Additional consideration must be given to the loss of habitat, particularly shellfish beds. As a result of hydrology disruption, saltwater intrusion is expedited, killing shellfish beds. Not only is this a direct economic loss, but this also adversely impacts other wildlife species that depended on these habitats as a source of food for their own survival. Ask anyone experienced with the oyster industry in Louisiana and you will discover that what was once a thriving oyster industry on the east bank of Plaquemines now primarily resides on its west bank.

**Mitigation estimates:**

Due to the severe extent of damage to wetlands on the east bank of Plaquemines, it is difficult to estimate the cost of mitigation as a result of the MRGO. Some lost wetland areas are so far into open waters it might be impossible to ever rebuild them. However, using present models and re-vegetation projects being performed, it is estimated an acre of wetlands costs between $12,000 and $18,000 to be restored. Applying this cost factor to the estimated acreage lost caused by the MRGO, mitigation could be somewhere between $225 million and $300 million.

This concludes this report to the Environmental Sub-committee.

83

THE MISSISSIPPI RIVER GULF OUTLET

A report on the Impact to Land Owners

Presented to the Environmental SubCommittee
of the MRGO Task Force Technical Committee

Prepared by:
W. P. Weber

December 15, 1999

84

NED-188-000001596

## REPORT ON INVESTIGATION OF LAND DAMAGE BY
## MRGO BY WILLIAM P. WEBER

In our effort to determine the extent of damage by MRGO to St. Bernard lands, we obtained from the Port of New Orleans a list of organizations and individuals with whom they contracted for the land necessary for the project.

Each of the listed parties were mailed a letter on November 2nd, 1999 stating that the Parish was interested in obtaining information regarding damage to their property through, deposit of spoil, salt water intrusion and wave wash, copy attached. Subsequently we were able to contact all but one of the listed parties. A second letter was mailed to all parties who had failed to answer our November 2nd letter, copy attached. After the New Year an additional phone call was made.

The results of our efforts have not been as satisfactory as one would wish, however, they should confirm Mr. Livaudais's estimate of parish wide loss in his report.

Attached are three schedules as follows, supported by answers received.

    1. Abstract of answers (11)

    2. Letters acknowledging damages (3)

    3. List of parties not answering (13)

*5 answered - not much interest*

If more answers are received, I will adjust the figures.

The abstract while containing less than 50% of possible reports includes reports such as, the W. P. Weber el al report which shows appreciable loss to salt water intrusion within the protection levee area and Shell Beach Properties report which shows loss on both sides of the channel.

NED-188-000001597

The only area which has shown any real economic improvement is the spoil area at Shell Beach where a number of camp sights have been and are being built.

It was rather obvious that most large land owners, while admitting damage from MRGO, evidently felt that it was not in their best interest to estimate land loss by type as requested or to make any report at this time.

It is obvious from the answers we have received that we have had severe damage to our land other than land taken from channel and spoil areas. Fur trapping seems to be an occupation of the past, our cypress swamps have been destroyed, no crayfish, turtles, etc. Based on the contract I participated in with the Port, we were to receive cash and the great benefits of having MRGO. Since the contract only refers to the use of land for the channel and deposit of spoil, I must assume that the only payment to date which I have received compensates for land used for those purposes, $28 per acre.

In talking with individuals, I received the impression that money may be their preferred mitigation. However, I am sure if we come up with a program where they can see the possible restoration of their land or a cash settlement for damages, cooperation will be forth coming.

NED-188-000001598

P. O. Box 2856
Slidell, La. 70459
December 27, 1999

On November 2nd the St. Bernard Invironmental Sub-Committee mailed a letter
to you requesting information as to the extent of damage to your marsh lands
from the construction and operation of the Mississippi River Gulf Outlet.
Unfortunately as of this date we have not received an answer.

For your ready reference, attached copy of the questionaire which we would
appreciate your answering and returning to W. P. Weber, P. O. Box 2856,
Slidell, La.

If you cannot give ressonable estimates in answer to the question or if you
for some other reason prefer not to fill out the questionaire, it would be
appreciated if you would write a letter advising type of damage incurred.

My experience is that the two areas of greatest damage from MRGO were salt
water intrusion south of the channel and wave wash on the North side.

Your furnishing this information will prove most  helpful in our deter-
mining what claim for midigation the Parish should file against the government.
If we are successful in our efforts it could prove beneficial to your
property.

If you have any questions. please call me, 504-641-2615.

                          Sincerely,


                          William P. Weber
                          Member Subcommittee

NED-188-000001599

OWNER: _____

ADDRESS _____

CITY _____ STATE _____ ZIP CODE _____

Number of Acres _____ Land   R _____ T _____ Sect. _____

South of MRGO
    Not Affected                                _____ acres
    Damaged
        Cypress Swamp - Salt Water Intrusion  _____ acres
        Marsh - Salt Water Intrusion          _____ acres
        Deposit of Spoil (Contract)          _____ acres
        Channel (Contract)                _____ acres
        Other                           _____ acres

North of MRGO
    Not Affected                                _____ acres
    Damaged
        Land Wash (Channel)           _____ acres
        Marsh - Salt Water Intrusion          _____ acres
        Other                           _____ acres

Income Loss
    Trapping
    Income 1960 $_____ 1998 $_____ Decrease $_____
    Other Income
    _____ 1960 $_____ 1998 $_____ Decrease _____
        Description

Benefits
Attach
    Copy of Survey or Plat of Land included above
    Copy of Survey or Plat of Land taken by Port of New Orleans for construction of
    MRGO, attached to contract

    This is my best estimate of MRGO damage to this property.

_____     _____
               Signature                   Date

PLEASE RETURN IN ENCLOSED SELF ADDRESSED STAMPED ENVELOPE.

NED-188-000001600