Letters from property owners acknowledging hand......
from HEGo

| | Total Acreage | Damaged |
|---|---|---|
| Thomas J. Favaloro, et al | 2535 | 2535 |
| Gulf Outlet land Inc | 7340 | 3340 |
| Lake Eugene land + development | 56484 | ① |
| Biloxi Marsh lands | 89341 | ① |
| Terre-Aux Boeuf land Co | 7 | ① |

① Property has been damaged but have not as yet
quantified the amount of damage.

NED-188-000001601

_Individuals or Organizations not Answering_

Auster Oil + Gas, Inc
P.O. Box 5186
Lake Charles, La. 70606
Mr. John Hogan - 1-318-478-7337
    Called left messages - no answer

St Bernard School Board
2120 Gallant Dr.
St. Bernard, La 70043
    Ronie Alonso - Never called back 1/6/00

J.S.O.I. LLC
8301 W. Judge Perez Dr. Suite 305
Chalmette, La 70043
    Joe Georgesis - 271-1313
    Will have surveyor work up figures.
    Left message at home 1/6/00

Meraux Land + Development LLC
Violet Canal Inc
Estate Joseph Meraux
P.O. Box 1738
Meraux, La 70075
    Spoke with Mrs. Meraux - 1/6/00. May discuss MRGO
    with Mr. Rodriquez
    Giving it a study.
    (Mr South did not return calls)

Lucille A. Carmadelle, et al
P.O. Box 156
Barataria, La. 70036
   Credin LaBlanc  689-3991   line disconnected 1/6/00

Hazel Elliot Gardere, et al
P.O. Box 750020
New Orleans, La 70175-0020
   Mr. A. Torarto, Atty-  never returned calls, 834-3302 1/6

Schexerman
Tom F. Hebert - President + Director
1348 Green Lawn St
Slidell, La 70460
   Carl Hebert  643-8997
   Own small sewage in Hopedale will check and advise 1/2-

Donald J. DeBouchel
3511 E St Bernard Hwy
Meraux, La. 70075
   - Phone- 271-6091
   Father working on figures 1/6/00

Mrs. Dorothy Benge
Delacroix Corp
206 Decatur, St
   Mike Benge- 523-2275
   John Wilkinson Atty- working on figures  1/7/00

NED-188-000001603

Salzer + Ramos, Ltd

c/o Guste Barnett + Skushan Lle

639 Loyola Ave. 25th Floor

New Orleans, La. 70113-7103

Att. Mr. Sidney Shushan - no longer handles account.

Elizabeth Salzer is handling. I have been unable to locate


Murtagh Enterprises, Inc

c/o Guste Barnet + Shushan Inc

639 Loyola Ave 25th Fl

New Orleans, La 70113-7103

Atty. Mr. Sidney L. Shushan -

Spoke with Mr Shushan. He handles - Failed to return calls '1/6/00


Frank Ashby, Jr

228 St. Charles Ave - Suite 1300

New Orleans, La. 70130

Phone 522-8388

Will try and furnish figures - Left message 1/6/00 - out of town.


Frank B. Hayne III

1606 Pere Marquette Bldg

150 Barrone St

New Orleans, La. 70112-8331

588-2100   No answer 1/6/00.

Sent copy letter 1/12 to 234 Loyola Ave. Suite 888, N.O. 70112

Copy letter 1/27 to Karen Freeze. E50

92

NED-188-000001604

# Damage to Property from Construction, Maintenance and Operation of Mississippi River-Gulf Outlet



NED-188-000001605

Enviromental Subcommittee

Land Owners - by W. P. Weber

December 15, 1999.

At our request, Mrs.Lisa Richardson of the Port of New Orleans, furnished us
with a list of all parties, individuals, companies, etc. with whom they con-
tracted for the purchase of land for the constructions, operations, and main-
tenance of the Mississippi River Gulf Outlet.

A letter and questionaire regarding estimated damage to their property re-
sulting from MRGO, copy attached, was sent to each listed party on Novem-
ber 4th requesting answers by November 30th.  Few answers were received.
We reviewed the list furnished by the Port which we understood  could be
in error due to date of last conact with the owners.  With the help of
various sources were able to locate an individual in each instance with
whom we could discuss our need for an answer.

Our phone calls to various individuals while pleasant, did not bring
about the desired result.  Mitigation seems, in many instances,to bring
up the thought of dollars.  I advised all parties that we required this
information to support our  efforts to receive mitigation from the
government , state and federal, for damage by MRGO to our marsh and
swamps thru restoration &  expansion at Government expense.

Often the property had been inherited  and/or in the hands of a representa-
tive, sometimes an attorney .  Knowledge of the property in a number of
cases was confired to location and little knowledge of the history or
actual condition of the land except for various reasons they knew it had
been used for and damaged by MRGO.

We are still in contact with those who have not answered our letter.
When it is evident that they do not have sufficient information to answer
on rough estimated basis, they are requested to write a letter giving total

94

NED-188-000001606

acreage and any other information they have.

We will continue our efforts to gather this information thru December 23rd after which we will give a final report on information obtained.

Even though the results of our efforts have not been what we wishes, the information from individuals should prove helpful in supporting estimated land damage by Mr. Livaudais and group.

We must keep in mind that the Fort list does not cover all property damaged by MRGO.  Example, Magnolia to Verrette, some property north lines go to the 40 arpent line, which may include damaged swamp between the Parish drainage canal and the 40 arpent line.

95

NED-188-000001607

November 4, 1999

To whom it may concern:

The St. Bernard Parish Council has formed a committee known as the Environmental SubCommittee. The purpose of this committee is to gather as much information as it can regarding the extensive damage, physical and economical, to St. Bernard Parish as a result of the construction and operation of the Mississippi River Gulf Outlet often referred to as MRGO. There are many parts of this problem and when all this information is gathered together the committee should be in a position to determine just what claim for mitigation it should file against various governmental agencies for the benefit of all concerned.

Bill Weber, a member of the Environmental SubCommittee, has been assigned the responsibility of obtaining a statement of damage sustained from each party whose land was taken under a contract with the Port of New Orleans for the construction of MRGO.

Attached is a form covering damages which may have occurred. We would appreciate your filling in the form to the best of your ability. If you cannot support a reasonable estimate mark that item NA, not available. Please return the completed form in the enclose self addressed stamped envelope.

If you have any questions, please contact Bill Weber at 504-641-2615 (Slidell) or Chris Andry at 278-4303 or 277-6371.

It would be most helpful and appreciated if completed form could be returned to the Environmental SubCommittee c/o Chris Andry by November 20, 1999.

Sincerely,

Henry J. Rodriguez, Jr.
Chairman
Environmental SubCommittee

HJR/gbg
Enclosure

96

OWNER: _____

ADDRESS _____

CITY _____ STATE _____ ZIP CODE _____

Number of Acres _____ Land   R _____ T _____ Sect. _____

South of MRGO

    Not Affected                            _____ acres

    Damaged

        Cypress Swamp - Salt Water Intrusion     _____ acres

        Marsh - Salt Water Intrusion             _____ acres

        Deposit of Spoil (Contract)              _____ acres

        Channel (Contract)                     _____ acres

        Other                                  _____ acres

North of MRGO

    Not Affected                            _____ acres

    Damaged

        Land Wash (Channel)                _____ acres

        Marsh - Salt Water Intrusion             _____ acres

        Other                                  _____ acres

Income Loss

    Trapping

    Income 1960 $ _____ 1998 $ _____ Decrease $ _____

    Other Income

    _____ 1960 $ _____ 1998 $ _____ Decrease _____

        Description

Benefits

Attach

    Copy of Survey or Plat of Land included above

    Copy of Survey or Plat of Land taken by Port of New Orleans for construction of MRGO, attached to contract

    This is my best estimate of MRGO damage to this property.

_____      _____

                   Signature                               Date

PLEASE RETURN IN ENCLOSED SELF ADDRESSED STAMPED ENVELOPE.

NED-188-000001609

Memo to Members of Environmental Committee
12/15/99

Since being appointed a member of the committee, having a contract with the Board of Commissioner, Port of New Orleans, a state agency, I felt it advisable that I review the contract I signed with the Port before filing our loss of acreage from MRGO or contacting other parties who signed contracts with the Port for the construction of MRGO.

For the benefit of members of our committee who were not a party to a contract with the Port, I list below excerpts from my contract file which I believe they should have knowledge.

On March 29, 1956 Congress approved the construction of MRGO.

On April 4, 1957 the Port, an agent of the State of Louisiana, signed a document assuring the Secretary of the Army that it will comply with various conditions and will participate in said project.

One of the conditions was that the Port,

> "Hold and save the United States free from all claims for damages due to construction, maintenance, and operation of the project."

Contract between Port and Land Owner, dated 9/30/59.

Vendor received cash and in the further consideration of the benefits and improvements derived from the construction of MRGO, as a part of the navigable waters of the United States, the benefits to accrue from the added convenience of said waterway and the enhanced value that will result to Vendor's adjacent land as a result from MRGO.

The important word to us in this paragraph is "Adjacent". Webster's definition of Adjacent is lying close, or contiguous, neighboring, justaposed.

98

NED-188-000001610

# MISSISSIPPI RIVER GULF OUTLET
## A REPORT ON THE IMPACTS TO RECREATIONAL FISHING

Presented to the Environmental SubCommittee
of the MRGO Task Force Technical Committee

Prepared by: Pete Savoye, Dan Arceneaux and Chris Holmes

NOTE:     It is very hard to make a comparison between now and 40 years ago due to the
modern apparatuses and techniques used today. (i.e. traps, nets, etc.)

NED-188-000001611



*State of Louisiana*

James H. Jenkins, Jr.
Secretary

Department of Wildlife & Fisheries
Post Office Box 98000
Baton Rouge, LA 70898-9000
(225) 765-2800

M.J. "Mike" Foster, Jr.
Governor

November 10, 1999

Charles Savoye
St. Bernard Sportsmen's League, Inc.
2727 Fenelon Street
Chalmette, Louisiana    70043

Dear Mr. Savoye

This is in reference to your request for landings data for the area east of the Mississippi River. The Department has only recently, since January 1, 1999, collected landings data by area. Prior to that time landings were reported by dealers monthly with no indication of where the product came from. However, National Marine Fisheries Service has been collecting area specific data for shrimp. You may want to contact Maggie Bourgeois at 504-277-0365 with NMFS to inquire about receiving shrimp landings for the area you are interested in.

Contact me if I can be of further assistance.

Sincerely,

Claude Boudreaux
Assistant Administrator

JS

An Equal Opportunity Employer

100

NED-188-000001612



OFFICERS

PETE SAVOYE, PRESIDENT                    271-2039
AUDIE BACHEMIN, VICE PRESIDENT            271-0150
CHRIS HOLMES, CONN. CHAIRMAN              276-7602
  HARKER, JR. PROGRAM DIRECTOR           271-5206
  .L SMITH, MEMBERSHIP CHAIRMAN          279-1267
CHRIS BLACK, TREASURER                   277-8788
ERIC HEBERT, RECORDING SECRETARY         277-5641
PAUL MAILLET, SERGEANT AT ARMS           279-2933

BOARD OF DIRECTORS

BILLY BACHEMIN         271-034
EVERY DEROCHE          279-666
DAVID FRADELLA         277-06-
ERNIE FRAMATOVICH      271-87
DAVID GEGENHEIMER      279-71
JAY HEBERT             277-31
JERRY HEBERT           271-37
MARK RAVO              271-28
DURALD PINION          682-69
JOE SCRANUZA           271-68

2727 FENELON STREET
CHALMETTE, LA 70043


October 26, 1999

Mr. Claude Boudreaux
Assistant Administrator
Seafood Division
Louisiana Department of Wildlife & Fisheries
Post Office Box 98000
Baton Rouge, LA 70898-9000

Dear Mr. Boudreaux:

On August 30, 1999, I forwarded you a letter requesting certain information on the effects MRGO. I attach a copy of my letter for your ready reference.

To date, I have not heard from anyone from your office. I would appreciate receiving a call from you or your staff regarding my request.

We thank you for your assistance in this matter. If you have any questions, please give me a call.

Sincerely,

Y

Charles "Pete" Savoye

101

NED-188-000001613

August 30, 1999

Mr. Claude Boudreaux
Assistant Administrator
Seafood Division
Louisiana Department of Wildlife & Fisheries
Post Office Box 98000
Baton Rouge, LA 70898-9000

Dear Mr. Boudreaux:

    I am chair of a sub-committee of the Mississippi River Gulf Outlet (MRGO) Technical Advisory Task Force.  The Task Force is studying the effects of the construction and maintenance of the MRGO with regard to plans for the eventual closure of the MRGO to deep draft navigation.

    My sub-committee is looking into the effects/changes the MRGO has had in our area.  Particularly, we are looking into pre/post statistics for landings of saltwater fish, fresh water fish, shrimp, crabs, oysters and crawfish.  We are trying to determine whether the MRGO has had a positive or negative effect on these species.  We are interested in the areas east of the Mississippi River that are affected by the MRGO.  The period is from the opening of the MRGO in 1960 through the present.

    We were advised by Ralph Latapie of DNR that following our written request for this information, that you would assign one of your biologist to obtain such from your computer system.

    We thank you for your assistance in this matter.  If you have any questions, please give me a call.

                Sincerely,


                Charles "Pete" Savoye

NED-188-000001614

February 4, 2000

TO:     Henry J. Rodriguez, Jr.
        Chairman, MRGO Task Force,
        Environmental Sub-Committee
FROM: Steve Gorin
        Lake Pontchartrain Basin Foundation
RE:     Report on salinity

## Saltwater Intrusion in Lake Pontchartrain

The MRGO provides a direct passage for saltwater intrusion into the Lake Pontchartrain
Basin. The saltwater from the Gulf of Mexico enters the 630 square mile Lake through the
Inner Harbor Navigation Canal (INHC), the Chef Mentuer Pass, and the Rigolets Pass.
Through tidal exchange, MRGO induced salinity increases in Lake Borne have also
effected salinities in Lake Pontchartrain. Seven percent of the water entering the Lake
comes through the INHC. Thirty four percent enters through the Chef and sixty percent
through the Rigolets. A significant twenty percent of the salt that enters the Lake comes
through the INHC. A direct result of the MRGO.

Since the construction of the MRGO the salinities in the Lake Pontchartrain Basin have
increased in varying amounts (Tables 1 & 2). The highest salinities changes are along the
southshore, primarily around the mouth of the INHC. They diminish along the northshore
and the west end of the Lake where fresh water enters from the rivers as illustrated in the
attached isohalines and isopleths. Salinities are continually changing and are dependent on
the wind, rainfall events, and the tides. Most often salinities are effected by seasonal
patterns. The attached excerpt from the Environmental Characteristics of the Pontchartrain-
Maurepas Basin document describes the forces that drive the salinity regime in the Lake.
Wind can dramatically influence the erratic movement of water in the shallow Lake and as
a result higher salinity water can often be driven into adjacent fresher marshes or swamps
with damaging results.

Saltwater intrusion has effected habitat and fisheries throughout the Pontchartrain Basin
The attached report Rangia Clams as Indicators of Hypoxia in Lake Pontchartrain
describes the stratification and low dissolved oxygen effects on the Lake bottom at the
INHC. The habitat losses around the Lake are described in the report submitted to the
Technical Committee by Sue Hawes. Other committee members will report the effects on
fish and wildlife.

103

NED-188-000001615

TABLE 1.   Salinity statistics for the five stations.

| Station Name | Latitude/Longitude | Sampling Depth | Mean Salinity (‰) | Salinity Standard Deviation (‰) | Salinity Low-High (‰) | Data Record | % Data Return |
|---|---|---|---|---|---|---|---|
| Chef Menteur | 30°04'04"N/ 89°48'25"W | Surface | 5.40 | 2.99 | 0.05–17.30 | 3/7/57– 2/28/81 | 95.83 |
| Rigolets | 30°10'02"N/ 89°44'13"W | Surface | 5.34 | 3.60 | 0.08–22.35 | 7/2/53– 9/30/81 | 88.87 |
| North Side | 30°13'00"N/ 89°49'30"W | Surface | 3.93 | 2.68 | 0.11–16.00 | 7/3/57– 9/30/81 | 75.61 |
| Little Woods | 30°04'34"N/ 89°56'40"W | Surface | 3.94 | 2.34 | 0.06–15.18 | 2/28/46– 12/17/77 | 100.00 |
| Pass Manchac | 30°16'53"N/ 90°24'01"W | Surface | 1.37 | 1.20 | 0.02–8.00 | 1/20/51– 9/26/81 | 97.51 |

TABLE 2.   Comparison of mean salinities (‰) before and after the completion of MR-GO. All available data collected prior to and subsequent to 1963 for each station have been included. Data from 1963 have been excluded.

| Station | Before 1963 | After 1963 | Increase |
|---|---|---|---|
| Chef Menteur | 3.2 | 5.8 | 2.6 |
| Rigolets | 3.8 | 5.8 | 2.0 |
| North Side | 2.6 | 3.9 | 1.3 |
| Little Woods | 3.2 | 4.8 | 1.6 |
| Pass Manchac | 1.2 | 1.4 | 0.2 |

NED-188-000001616



FIGURE 12   Isohalines in lower water column (0.5 meter above lake bottom) - Lake Pontchartrain July 28-29, 1982

105

NED-188-000001617

FIGURE 13   Isopleths showing dissolved oxygen concentrations in lower water column (0.5 meter above lake bottom) Lake Pontchartrain, July 28-29, 1982

NED-188-000001618



FIGURE 14   Isohalines in lower water column (0.5 meter above lake bottom) - Lake Pontchartrain
August 26-27, 1982

NED-188-000001619



FIGURE 15   Isopleths showing dissolved oxygen concentrations in lower water column (0.5 meter above lake bottom) Lake Pontchartrain, August 26-27, 1982

NED-188-000001620

# Environmental Characteristics of the Pontchartrain-Maurepas Basin and Identification of Management Issues

## Prepared for the Lake Pontchartrain Task Force





Coastal Management Division

Louisiana Department of Natural Resources

Baton Rouge, Louisiana

October 1984

109

NED-188-000001621

# CHAPTER 3: HYDROLOGY AND WATER QUALITY
## IN THE PROPOSED PONTCHARTRAIN-MAUREPAS SPECIAL AREA

### Abstract

The hydrology of the Pontchartrain Basin is fairly well known.  Freshwater resources included runoff from the 6200 sq mi Pontchartrain watershed, the 8000 sq mi Pearl River watershed, and aperiodic inputs from the Mississippi River via the Bonnet Carre Floodway.  Marine waters enter the system through the Rigolets and Chef Menteur Passes and the Inner Harbor Navigation Canal.  Mixing of the water resources results in salinities of 0 to 8 parts per thousand (ppt) in Lake Pontchartrain.  Circulation within the lake is dominated by wind with tides playing a major role only in the eastern section.  Little data exists to document the water quality of Lakes Maurepas and Pontchartrain, but ongoing studies will hopefully provide this information.  Generally speaking, poorest water quality is confined to pump outfalls and drainage outlets into the lake and can be related to municipal sewerage contamination and urban stormwater input.  Suggested solutions addressing these problems are given.

### Introduction

#### Hydrology

The study area is within the Pontchartrain-Borgne-Chandeleur Sound estuary (Hydrologic Unit 1) of southeastern Louisiana.  The major hydrologic elements in the Lake Pontchartrain portion of the estuary are runoff and streamflow from the 6200-sq-mi Pontchartrain watershed; wind-driven circulation over the open lake; tidal exchange through the Rigolets and Chef Menteur passes, and the Inner Harbor Navigation Canal (IHNC); and discharges from the Pearl River watershed (8,000 sq mi).

Discharges from the Pontchartrain watershed range from 16,700 cubic feet per second (cfs) in February to 4700 cfs in October (van Beek et al 1982).  Freshwater inflow is derived from both the "gaged" upland areas (where flow is measured) and the "ungaged" low-lying areas and wetlands that are subject to tidal influence.  In the Maurepas and Pontchartrain drainage basin, five major rivers conduct runoff to the lakes.  Relative to the size of their gaged basin area these are the Amite/Comite (1280 sq mi), the Tangipahoa (646 sq  mi), the Tickfaw (247 sq mi), the Tchefuncta

110.

NED-188-000001622

River system is the major one, serving more area than the other four rivers combined. Relative to the total discharge values mentioned above, the gaged uplands produce values of 8500 cfs in February to 1262 cfs in October. Therefore, from 49 to 73% of the freshwater supply to Lakes Maurepas and Pontchartrain are derived from the low-lying lands and wetlands within the basin (van Beek et al 1982).

This freshwater input, along with the indirect effects of Pearl River discharge (24,600 cfs in March to 3,900 cfs in October) largely determines the salinity regime of the lakes under average conditions. Salinity generally decreases from southeast to northwest in Lake Pontchartrain, ranging from 3 to 8 ppt at the Rigolets to 0 to 3 ppt at Pass Manchac under normal conditions. Saline conditions are not common, but may occur for short durations in the summer and fall near the IHNC (St. Pe' et al. 1983).

Lake Pontchartrain is a well-mixed, generally shallow body of water with a daily tidal range of about 3.5 in at Pass Manchac and a 9.7 in at the Rigolets. The water elevations tend to rise and fall as a unit over the main body of the lake due to the tidal signal; however, wind energy often predominates over the tides with regard to water levels (Swenson 1980a). Streamflow may also influence water levels in some areas. The three primary water transport mechanisms of wind, tide, and streamflow vary both seasonally and with location in the basin.

The Lake Maurepas drainage is least influenced by astronomical tides which lag seven hours behind tides in the Rigolets and produce daily fluctuations of only 0.25 ft at Pass Manchac (Swenson 1980a). In Figure 3-1, two peaks in water level are evident at Pass Manchac over the annual cycle, one in April and another in September. These correspond to times of predominant winds from the eastern quadrant (Wicker et al. 1981) with the fall peak also corresponding to highest annual levels of the Gulf of Mexico (Swenson 1980a). Figure 3-2 shows the average annual discharge pattern for the Tickfaw River. The highest discharges in the spring precede the peak spring water levels by approximately one month. As the effect of southeasterly winds begins, the "tailwater" stage at Pass Manchac increases and the net outflow from Lake Maurepas decreases. The freshwater then tends to back up into the wetland areas, as indicated by the salinity at Pass Manchac (Figure 3-1). During the fall water-level peak (Figure 3-1), discharge is at a low point for the year (Figure 3-2) and water tends to

NED-188-000001623

Case 2:05-cv-04182-SRD-JCW   Document 12078-4   Filed 04/10/08   Page 24 of 30

flows into Lake Maurepas from Lake Pontchartrain as evidenced by an increase in salinity at Pass Manchac (Figure 3-1) (Wicker et al. 1981).

In the main portion of Lake Pontchartrain, wind is the dominant water transport mechanism and generally results in nearshore waters moving with the wind and counterflows developing in the deeper waters offshore (Gael 1980). For example, during conditions of southeasterly winds, the area of the lake west of a line between Lakefront Airport and Goose Point experiences westerly currents along the north, west, and south shores with a large, clockwise gyral forming in the open lake (Plate 4). Northeasterly winds also produce westerly currents along the north and west shores, but with easterly currents along the south shore and a counterclockwise gyral in the open lake (Gael 1980).

East of a line from the Lakefront Airport to Goose Point, tidal forcing becomes more important with westerly currents on flooding tides and easterly currents on ebbing tides (Gael 1980). The daily tidal range in the vicinity of the Rigolets and Chef Menteur is on the order of 0.8 to 1 ft, although wind and storm events frequently cause ranges of 1.5 ft or more. The north shore of the lake between Big Point and the Rigolets experiences westerly currents of about 0.66 ft/sec during flood tides and easterly currents of 0.60 ft/sec during ebb tides (estimated from Gael 1980). This difference is current speed between flooding and ebbing tides is even more pronounced in the Rigolets. Swenson (1980b) reports mean speeds of 1.6 ft/sec during flood tides and 1.1 ft/sec during ebb tides in the Rigolets. Conversely, for the Chef Menteur, flood currents average 1.3 ft/sec and ebb currents average 1.5 ft/sec (Swenson, 1980b), making the Chef Menteur ebb dominant.

The normal range and duration of the tides can be greatly influenced by wind, with southerly winds causing prolonged flood tides and northerly winds, prolonged ebb tides. Swenson (1980b) calculates that at wind speeds of 2 to 4 knots, tides predominate; at wind speeds of 4 to 6 knots, wind and tides contribute equally; and at wind speeds greater than 6 knots, wind dominates as the main water transport mechanism.

NED-188-000001624

*RANGIA* CLAMS AS INDICATORS OF HYPOXIA IN LAKE PONTCHARTRAIN

Poirier, M.A. *, S. W. Abadie, C.D. Franze.  Department of Biological Sciences,
University of New Orleans, Lakefront, New Orleans, LA  70148 USA

Lake Pontchartrain is a large low salinity estuary located north of New Orleans.
Unnaturally high salinity bottom water has entered Lake Pontchartrain through the Inner
Harbor Navigation Canal since the Mississippi River Gulf Outlet was completed in 1963.
This saltwater intrusion produces salinity stratification and episodic bottom water
hypoxia. A recent survey of benthic invertebrates indicates that the density of large (>20
mm) *Rangia cuneata* clams, which was reduced by shell dredging, has recovered to 1950
levels since shell dredging was stopped. However, large clams are still absent from a 250
km² area affected by saltwater intrusion. The absence of large clams from this large area
indicates that episodic hypoxia is a serious environmental problem.  Other evidence of
hypoxia includes low species diversity and a predominance of annelids, but the best
indicator of hypoxia is the absence of older, larger clam. Closure of the Mississippi River
Gulf Outlet or the placement of a sill near the mouth of the Inner Harbor Navigation
Canal would reduce the movement of high salinity water, which causes hypoxia, and
restore 250 km² of shellfish habitat.

NED-188-000001625



Lake Pontchartrain Hypoxic Zone

NED-188-000001626

## Central Wetlands north of Toca



NED-188-000001627



Central Wetlands North of Toca.
View towards Paris Rd. Bridge.

NED-188-000001628



Report of the
Environmental Sub-Committee
to the
MRGO Technical Committee
March 16, 2000

NED-188-000001629

Mr.Martin/kh1/378

IN REPLY REFER TO
LMNED-PC

6 November 1972

SUBJECT: Draft Environmental Statement--Mississippi River-Gulf Outlet,
Louisiana (Maintenance)

Division Engineer, Lower Mississippi Valley
ATTN: LMVPD-R

SHELL
LMNED-PC

MASK
LMNED-P

BAEHR

Exec Ofc

In compliance with LMVPD-R letter dated 29 November 1971, 15 copies
of the subject draft environmental statement are being forwarded
under separate cover for your review and comments.

1 incl (15 cys) fwd sep
as

RICHARD L. HUNT
Colonel, CE
District Engineer

CF: Environmental Officer