UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO: BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*      06-5342<br>*Perry v. Ingram*             06-6299<br>*Benoit v. Lafarge*         06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*            07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the Barge Plaintiffs' Ex Parte Motion for Leave to File Reply, Record Doc. No. 12374, and the consent of the parties, it is hereby ORDERED that the motion is hereby GRANTED and plaintiffs are permitted to file the Barge Plaintiffs' Reply Memorandum in Support of Motion to Compel Discovery Responses from Lafarge North America.

New Orleans, Louisiana, this ___10th___ day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE