UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| *severed from Abadie*, 06-5164 | |
| BERNICE LEE,<br>        Plaintiff | CIVIL ACTION<br>No. 07-2271<br>SECTION "K" (2) |
| VS. | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>        Defendant | |

*********************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Bernice Lee, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

                                                                                                               _____
                                                                                                                USDC JUDGE STANWOOD R. DUVAL, JR.
                                                                                                                Section "K," Magistrate: 2