UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION K - JUDGE DUVAL |
| PERTAINS TO: | | |
| | * | MAG. (2) MAG. WILKINSON |
| INSURANCE: JUPITER, 07-1689 | | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

    IT IS ORDERED that Randy J. Ungar be permitted to withdraw as attorney of record for Loraine Jupiter, case number 07-1689 consolidated with 05-4182.

    New Orleans, Louisiana, this 10th day of April, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE