UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACH<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO.: 05-4182 |
| _____ | * <br> * | SECTION: K (DUVAL) |
| PERTAINS TO:<br>INSURANCE (06-8589)<br>R&M GLYNN, INC. d/b/a AMY'S HALLMARK V.<br>ALLSTATE INSURANCE COMPANY | * <br> * <br> * <br> * <br> * | MAGISTRATE: 2 (WILKINSON) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING** Allstate Insurance Company's above and foregoing Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED** that Maureen O. Sullivan (La. Bar # 12572) and Sarah R. Smith (La. Bar # 30963), of Lewis, Brisbois, Bisgaard & Smith, LLP, be enrolled as additional counsel to represent Allstate Insurance Company.

New Orleans, Louisiana this 10th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

4853-0787-4050.1      - 3 -