UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  INSURANCE<br>    *Abram, et al #07-5205* | SECTION "K" (2) |

### ORDER

Considering the foregoing Motion To Dismiss of plaintiffs Abram, Chudd & Arvis, et al.

IT IS ORDERED that their lawsuit against Continental Insurance Company only, is dismissed as of nonsuit, with a full reservation of rights against all other parties, each party to bear its costs.

New Orleans, LA, this 10th day of  April , 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**