UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES    *
CONSOLIDATED LITIGATION            *   Case No. 05-4182
                                   *   Div. "K"
_____    *
                                   *   Judge Duval
PERTAINS TO:  INSURANCE            *
   (Kathryn Voth, No. 07-4393)     *
                                   *   Magistrate Wilkinson
                                   *
*****************************************

## ORDER

Considering the foregoing *Unopposed/Ex Parte Motion to Bifurcate;*

**IT IS HEREBY ORDERED** that the above referenced proceeding be and is hereby bifurcated pursuant to Case Management Order No. 4, Section 5 (C) and the matter be referred to Magistrate Wilkinson for a preliminary conference.

Signed this 10th day of ____April____, 2008 in New Orleans, Louisiana.

_____
**JUDGE**