**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 256 | NED-256-000000001 | NED-256-000000794 | USACE; MVD, MVN; Engineering Dept. | Melvin Ray | KC765 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Historical Photographs |
| NED | 257 | NED-257-000000001 | NED-257-000000941 | USACE; MVD, MVN; Engineering Dept. | Melvin Ray | KC765 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Historical Photographs |
| NED | 258 | NED-258-000000001 | NED-258-000000151 | USACE; MVD, MVN; Engineering Dept. | Melvin Ray | KC765 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Historical Photographs |
| WHQ | 006 | WHQ-006-000000001 | WHQ-006-000000007 | USACE; HQ | Not Available | KC765 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Policy Guidance Letter No. 26 |
| NOA | 013 | NOA-013-000000001 | NOA-013-000000008 | Department of Commerce; NOAA; Hurricane Research Division | Mark Powell | KC766 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Statement of Work; Katrina Post-Storm Wind Analyses |
| NOA | 014 | NOA-014-000000001 | NOA-014-000001232 | Department of Commerce; NOAA; National Weather Service; Tropical Prediction Center/National Hurricane Center | Ahsha Tribble | KC766 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-mails from James Franklin - Hurricane Specialist |
| NOA | 015 | NOA-015-000000001 | NOA-015-000002704 | Department of Commerce; NOAA; National Weather Service; Tropical Prediction Center/National Hurricane Center | Ahsha Tribble | KC766 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-mails from Richard Pasch - Senior Hurricane Specialist |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOA | 016 | NOA-016-000000001 | NOA-016-000000018 | Department of Commerce; NOAA; National Weather Service; Tropical Prediction Center/National Hurricane Center | Ahsha Tribble | KC766 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-mails from Lixion Avila, Robert Berg; Eric Blake; Daniel Brown, Christopher Burr; Hugh Cobb, James Gross, Jiian Jiing, Richard Knabb, Christopher Landsea, Frank Lepore, Eve Maruly, Colin McAdie, Martin Nelson; Jaime Rhome |
| NOA | 016 | NOA-016-000000190 | NOA-016-000001796 | Department of Commerce; NOAA; National Weather Service; Tropical Prediction Center/National Hurricane Center | Ahsha Tribble | KC766 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-mails from Lixion Avila, Robert Berg; Eric Blake; Daniel Brown, Christopher Burr; Hugh Cobb, James Gross, Jiian Jiing, Richard Knabb, Christopher Landsea, Frank Lepore, Eve Maruly, Colin McAdie, Martin Nelson; Jaime Rhome |
| NOA | 016 | NOA-016-000001818 | NOA-016-000002433 | Department of Commerce; NOAA; National Weather Service; Tropical Prediction Center/National Hurricane Center | Ahsha Tribble | KC766 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-mails from Lixion Avila, Robert Berg; Eric Blake; Daniel Brown, Christopher Burr; Hugh Cobb, James Gross, Jiian Jiing, Richard Knabb, Christopher Landsea, Frank Lepore, Eve Maruly, Colin McAdie, Martin Nelson; Jaime Rhome |
| NOA | 017 | NOA-017-000000001 | NOA-017-000000091 | Department of Commerce; NOAA; National Weather Service; Tropical Prediction Center/National Hurricane Center | Ahsha Tribble | KC766 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | E-mails from Employees at the Tropical Prediction Center National Hurricane Center - Chris Sisko, Michael Tichacek, Colin McAdie and Chris Lauer |
| EFP | 583 | EFP-583-000000001 | EFP-583-000000181 | USACE; ERDC; CHL | Derek Wilson | KC768 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Coastal Hydraulics Lab |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| RFP | 287 | RFP-287-000000001 | RFP-287-000000093 | USACE; MVD; MVN; CEMVN-ED-HH | Nancy Powell | KC769 | 4/11/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Hydrology Section |