UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>    Plaintiffs<br><br>VS.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>    Defendant | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Kendrick Williams and Alva Williams, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. The claims of the other named class representatives remain.

New Orleans, Louisiana, this 11th day of April, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0054792}