UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION K – JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) – MAG. WILKINSON |
| INSURANCE: JUPITER, 07-1689 | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AMENDED NOTICE OF DEPOSITION

TO: Lorraine Jupiter
   Through her counsel of record:
   Michael C. Darnell
   1540 North Broad Street
   New Orleans, LA  70119

   Bruce L. Feingerts
   Feingerts & Kelly, PLC
   One Canal Place, Suite 2700
   365 Canal Street
   New Orleans, LA  70130

PLEASE TAKE NOTICE that undersigned counsel for Defendant, Auto Club Family Insurance Company, will take the deposition of Plaintiff, Lorraine Jupiter, on April 14, 2008 at 9:00 a.m., at the offices of Murray, Darnell & Associates, 1540 North Broad Street, New Orleans, Louisiana, upon oral examination for all purposes including perpetuation for trial, before a Notary Public or some other officer authorized by law to administer oaths.

You are invited to attend and take such part as you deem fit and proper.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By_____
**THOMAS M. RICHARD (#2069)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Fax: (504) 836-9540
*Attorney for Defendant, Auto Club Family Insurance Company*

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10th day of April, 2008, served a copy of the foregoing pleading on counsel for all parties by:

( ) Hand Delivery          ( ) Prepaid U. S. Mail

( ) Facsimile              ( ) UPS/Federal Express

( X ) E-File

_____
**THOMAS M. RICHARD**

3