

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR -3 AM 11:37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | JUDGE: DUVAL |
| | * * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:   *Aaron*, 06-4746 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LIMITED REOPENING OF CASE
### AND PARTIAL MOTION TO DISMISS

Plaintiffs, Jackie E. and Connell P. Duchane and Daniel P. Wheeler, Jr. have resolved their disputes with defendants Metlife Auto and Home, Metropolitan Property and Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance and Metropolitan Casualty Insurance Company (collectively "Metropolitan"). As a result of these settlements, these plaintiffs respectfully request that this Court reopen this case with respect to Metropolitan for the sole purpose of addressing this motion, and that all of their claims against all parties, including Metropolitan, be dismissed, with prejudice, each party to bear its

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____

own costs. Finally, since no other named plaintiff is insured by any of these Metropolitan entities, plaintiffs request that all other claims against each Metropolitan entity be dismissed, without prejudice. All claims by all remaining plaintiffs against all defendants other than the Metropolitan entities are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

_____
Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard
Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the 2nd day of April, 200 8.

_____