FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR -8 PM 2: 00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE:   *Aaron*, 06-4746 | |

### ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiffs Jackie E. and Connell P. Duchane and Daniel P. Wheeler, Jr. are dismissed, with prejudice, each party to bear its own costs;

**IT IS FURTHER ORDERED** that Metlife Auto and Home, Metropolitan Property and Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance

__ Fee_____
__ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
__ Doc No_____
91344.doc

Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance and Metropolitan Casualty Insurance Company be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this 7th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

2

91344.doc