UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: ROAD HOME | * | JUDGE DUVAL |
| Louisiana State C.A. No.: 07-5528 | * | MAGISTRATE WILKINSON |

*********************************************

## ORDER

Consider the foregoing motion to voluntarily dismiss certain insurance companies filed by the State of Louisiana,

**IT IS HEREBY ORDERED** that the State's Motion to Voluntarily Dismiss Certain Insurance Companies from the Road Home action is granted. The Insurance Company Defendants Affiliated FM Insurance Company, Alfa Insurance Corporation, Alfa Life Insurance Corporation, Alfa Mutual General Insurance Company, American Family Insurance, American Family Mutual Insurance Company, American National Insurance Company, American Southern Insurance Company, American Vehicle Insurance Company, Arrowhead General Insurance Agency, Inc., Best Insurors, Inc., Continental Insurance Company, Fireman's Fund Insurance Company, First Premium Insurance Group, Inc., HSBC Insurance Services, National Surety Corporation, Republic Insurance Company, State National Insurance Company, Tokio Marine & Nichido Fire Insurance Company, United Fire & Casualty Company, Westchester Fire Insurance Company, Western World Insurance Company, and ZC Sterling Insurance Agency, Inc., only, are hereby dismissed without prejudice, reserving unto the State all other rights and claims against any other person or party, whether named or otherwise, and without waiving any claim or defense, including the State's right to challenge this Court's jurisdiction, and with each party to bear its own costs.

Thus done and signed this _____ day of April, 2008.

_____
The Honorable Stanwood Duval, Jr.
District Judge