UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:   Insurance | SECTION "K" (2) |
| Acevedo v. AAA Insurance, et al<br>No. 07-5199 | |

<u>EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM TO
DEFENDANT'S CHURCH MUTUAL INSURANCE COMPANY'S REPLY</u>

Plaintiff, Union Baptist Theological Seminary moves this Honorable Court for leave to file the attached Sur-Reply Memorandum to Defendant to Church Mutual Insurance Company's Reply for the reasons more fully set forth in the accompanying Memorandum in Support.

Respectfully submitted

*S/Stuart Barasch*

STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504 525-1279

CERTIFICATE OF SERVICE

_____I hereby certify that, on April 12, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

*S/Stuart Barasch*
STUART T. BARASCH