UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:   Insurance | SECTION "K" (2) |
| Acevedo v. AAA Insurance, et al<br>No. 07-5199 | |

<u>MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE
SUR-REPLY MEMORANDUM TO DEFENDANT'S CHURCH MUTUAL
INSURANCE COMPANY'S REPLY</u>

MAY IT PLEASE THE COURT:

Plaintiff, Union Baptist Theological Seminary seeks leave to file the attached Sur-Reply Memorandum to Church Mutual Insurance Company's Reply, in order to address statements made in Defendant's Reply.

WHEREFORE, Union Baptist Theological Seminary respectfully requests that this Honorable Court grant its Motion for Leave and Order the filing of the attached Sur-Reply Memorandum.

                                        Respectfully submitted

                                        *S/Stuart Barasch*
                                        STUART BARASCH
                                        Attorney for Plaintiffs
                                        HURRICANE  LEGAL  CENTER
                                        910 Julia Street
                                        New Orleans, LA 70113
                                        Tel. (504) 525-1944
                                        Fax (504 525-1279

CERTIFICATE OF SERVICE

_____I hereby certify that, on April 12, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

*S/Stuart Barasch*
STUART T. BARASCH