UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:   Insurance<br><br>   Acevedo v. AAA Insurance, et al<br>   No. 07-5199 | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

ORDER

Considering Union Baptist Theological Seminary's Motion for Leave to File Sur-Reply Memorandum to Defendant Church Mutual Insurance Company's Reply.

IT IS ORDERED that Union Baptist Theological Seminary's is GRANTED leave to file its Sur-Reply Memorandum to Defendant's Church Mutual Insurance Company's Reply.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE