UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5205 (Chudd and Arvis Abram v.<br>State Farm Fire and Casualty Company) | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO MEMORANDUM
OF STATE FARM FIRE AND CASUALTY COMPANY IN OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, come plaintiffs Chudd and Arvis Abram *et al* and move the Court for leave to file the attached Reply to Memorandum of State Farm Fire and Casualty Company in Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint. In support thereof, movers aver that the points and authorities contained in the attached Reply should assist the Court in its consideration of plaintiffs' Motion for Leave to File First Amended Complaint.

WHEREFORE plaintiffs pray for an order allowing them to file the attached Reply to

Memorandum of State Farm Fire and Casualty Company in Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint.

        Respectfully submitted,

        STUART T. BARASCH, T.A.
        La. Bar No. 20650
        Hurricane Legal Center
        910 Julia Street
        New Orleans, LA 70113
        Tel: 504.525.1944
        E-mail: sbarasch1@aol.com

        and

        **/s/Maureen Blackburn Jennings**
        MAUREEN BLACKBURN JENNINGS
        La. Bar No. 3100
        Maureen Blackburn Jennings, PLC
        4407 Blossom Street
        Houston, TX 77007
        Tel: 504.813.6224
        E-mail: jennings.maureen@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 14, 2008, I electronically filed the foregoing Motion for Leave to File Reply to Memorandum of State Farm Fire and Casualty Company in Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    David A. Strauss

        **/s/Maureen Blackburn Jennings**
        MAUREEN BLACKBURN JENNINGS
        E-mail: jennings.maureen@gmail.com