UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-4457 (Aguda v. State Farm Fire<br>         and Casualty Company) | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO MEMORANDUM OF STATE FARM FIRE AND CASUALTY COMPANY IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT <u>AFTER EXPIRATION OF DEADLINE</u>**

NOW INTO COURT, through undersigned counsel, come plaintiffs Joseph Aguda *et al* and move the Court for leave to filed the attached Reply to Memorandum of State Farm Fire and Casualty Company in Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline.  In support thereof, movers aver that the attached Reply should assist the Court in its consideration of plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline.

WHEREFORE plaintiffs pray for an order allowing them to file the attached Reply to Memorandum of State Farm Fire and Casualty Company in Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline.

Respectfully submitted,

/s/ Stuart T. Barasch
STUART T. BARASCH, T.A.
La. Bar No. 20650
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel: 504.525.1944
E-mail: sbarasch1@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed the foregoing Motion for Leave to File Reply to Memorandum of State Farm Fire and Casualty Company in Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David A. Strauss

/s/ Stuart T. Barasch
STUART T. BARASCH, T.A.
E-mail: sbarasch1@aol.com