UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
| 07-6737 (Anderson v. State Farm Fire and Casualty Company) | MAGISTRATE WILKINSON |

## ORDER

IT IS ORDERED that the Motion of plaintiffs Lawrence and Enola Anderson *et al* for Leave to File Reply to Memorandum of State Farm Fire and Casualty Company in Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint is GRANTED.  IT IS FURTHER ORDERED that the attached Reply to Memorandum of State Farm Fire and Casualty Company in Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint be filed into the record of the captioned suit.

New Orleans, Louisiana, this ___ day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE