UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-6737 (Anderson v. State Farm Fire<br>          and Casualty Company) | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

PLAINTIFFS' REPLY TO MEMORANDUM
OF STATE FARM FIRE AND CASUALTY COMPANY IN OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
AFTER EXPIRATION OF DEADLINE

Plaintiffs Lawrence and Enola Anderson *et al* take this opportunity to address incorrect factual suggestions made by State Farm Fire and Casualty Company ("State Farm") in its Memorandum opposing Plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline. In that regard, plaintiffs attach as Exhibit A the Unsworn Declaration of Stuart T. Barasch. Plaintiffs will address State Farm's remaining points at oral argument.

        Respectfully submitted,

        /s/ *Stuart T. Barasch*
        STUART T. BARASCH, T.A.
        La. Bar No. 20650
        Hurricane Legal Center
        910 Julia Street
        New Orleans, LA 70113
        Tel: 504.525.1944
        E-mail: sbarasch1@aol.com


**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2008, I electronically filed the foregoing Reply to Memorandum of State Farm Fire and Casualty Company in Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    David A. Strauss

        /s/ *Stuart T. Barasch*
        STUART T. BARASCH, T.A.
        E-mail: sbarasch1@aol.com