UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES                    CIVIL ACTION
         CONSOLIDATED LITIGATION
                                                   NO.: 05-4182

                                                   SECTION "K" (2)

FILED IN:    06-7909

PERTAINS TO: INSURANCE

## O R D E R

Considering the foregoing motion:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Melissa Lutgring Theriot, Gregory A. Koury, Jeremy N. Morrow and Daniel J. Poolson, Jr. be enrolled as additional counsel of record for Allstate Insurance Company.

   New Orleans   , Louisiana, this   14th   day of April, 2008.

                                    _____
                                                 JUDGE