UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>          CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   06-9096

PERTAINS TO: INSURANCE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing motion:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Frank X. Neuner, Jr., Melissa L. Theriot, Gregory A. Koury, Jeremy N. Morrow and Daniel J. Poolson, Jr. be enrolled as counsel of record for Allstate Insurance Company.

    New Orleans    , Louisiana, this    14th    day of April, 2008.

_____
                JUDGE