UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN: 06-8293 c/w 06-8301

PERTAINS TO: INSURANCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing motion:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Melissa Lutgring Theriot, Gregory A. Koury, Jeremy N. Morrow and Daniel J. Poolson, Jr. be enrolled as additional counsel of record for Allstate Insurance Company.

New Orleans, Louisiana, this 14th day of April, 2008.

_____
JUDGE