## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v. Aegis Security Insurance Co., et al* | **This pleading applies only to the claim of** Reginald Hall, Eureka Hall regarding 7300 Lakeshore Dr., New Orleans, LA 70124; Darnell Mercadel regarding 5561 St. Ferdinand Dr., New Orleans, LA 70126; Wendell McElveen, Patricia McElveen, Stacey Gaspard regarding 7630 Lafourche St., New Orleans, LA 70127; Susan Zanders regarding 4910 Coronado Dr., New Orleans, LA 70127; Gail Davis, Johnny D. Davis regarding 2520 Tennessee St., New Orleans, LA 70117; and Joseph Tilly regarding 1838 Benton St., New Orleans, LA 70117 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED,** that the motion be and is hereby **GRANTED**, and that the claims of the Plaintiffs Reginald Hall, Eureka Hall regarding 7300 Lakeshore Dr., New Orleans, LA 70124; Darnell Mercadel regarding 5561 St. Ferdinand Dr., New Orleans, LA 70126; Wendell McElveen, Patricia McElveen, Stacey Gaspard regarding 7630 Lafourche St., New Orleans, LA 70127; Susan Zanders regarding 4910 Coronado Dr., New Orleans, LA 70127; Gail Davis, Johnny D. Davis regarding 2520 Tennessee St., New Orleans, LA 70117; and Joseph Tilly regarding 1838 Benton St.,

New Orleans, LA 70117 against Defendants ZC Sterling Insurance Company and Fidelity & Deposit Company of Maryland, in the above-captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this __14th__ day of __April__, 2008.

_____
United States District Judge