UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:   Insurance | SECTION "K" (2) |
| Acevedo v. AAA Insurance, et al<br>No. 07-5199 | |

## ORDER

Considering Union Baptist Theological Seminary's Motion for Leave to File Sur-Reply Memorandum to Defendant Church Mutual Insurance Company's Reply.

IT IS ORDERED that Union Baptist Theological Seminary's is GRANTED leave to file its Sur-Reply Memorandum to Defendant's Church Mutual Insurance Company's Reply.

NEW ORLEANS, LOUISIANA, this  14th  day of      April        , 2008.

_____
UNITED STATES DISTRICT JUDGE