

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY THOMAS | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | NO. 06-7909 |
| | * | |
| DONNA BIANCHINI-TULLY AND | * | SECTION "K"(2) |
| ALLSTATE INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION OF PARTIAL DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes **TERRY THOMAS**, who respectfully represents that all matters of controversy in and between him and defendant, **DONNA BIANCHINI-TULLY,** has been fully settled and compromised. Accordingly, plaintiff respectfully requests that this Honorable Court issue an Order dismissing his Petition for Damages, and all claims asserted herein against defendant, **DONNA BIANCHINI-TULLY** with prejudice, each party to bear its own costs, with plaintiff reserving all claims or rights against any other party not specifically released.

Respectfully Submitted,

_____
GARY M. PENDERGAST (#10420)
Gary M. Pendergast, L.L.C.
1515 Poydras Street, Suite 226
New Orleans, LA., 70112
Telephone (504) 523-0454
Attorney for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2008, a copy of the foregoing Answer was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to the following individuals by operation of the court's electronic filing system.

GARY M. PENDERGAST