FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR 11  PM 12: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRY THOMAS** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **NO. 06-7909** |
| | * | |
| **DONNA BIANCHINI-TULLY AND** | * | **SECTION "K"(2)** |
| **ALLSTATE INSURANCE COMPANY** | * | |

## ORDER

Based on the above and foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition for Damages and any and all claims asserted by plaintiff, **TERRY THOMAS**, against defendant, **DONNA BIANCHINI-TULLY,** be and are hereby dismissed, with prejudice, each party to bear its own costs, with plaintiff reserving all claims or rights against any other party not specifically released.

New Orleans, Louisiana, this 11th day of April, 2008.

_____
HONORABLE STANWOOD R. DUVAL, JR.

___ Fee _____
___ Process _____
X  Dktd _____
✓ CtRmDep _____
___ Doc. No. _____

1