UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  *Robinson,* (No. 06-2268) | |

## NOTICE OF DEPOSITION OF DEFENDANT UNITED STATES PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz ("Robinson Plaintiffs"), through their attorneys of record, will take the deposition under oath of the person(s) most knowledgeable with respect to the subject matter specified below, or, for, or on behalf of, Defendant United States of America. This deposition will take place on April 30, 2008, commencing at 9:00 a.m. at the law offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana 70130.  The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, Live Note, and will be transcribed.  The deposition is being taken for the

1

purposes of discovery, for use at trial, or for such other purposes as are permitted under the
Federal Rules of Civil Procedure.

  The deposition will be upon oral examination before an officer authorized to administer
oaths and will be recorded by videotape, audiotape, stenographic recording, Live Note and will
be transcribed.

  Plaintiffs request that Defendant designate one or more officers, directors, managing
agents, or other persons who consent to testify on their behalf, to testify with regard to the matter
listed below.

<u>**MATTERS ON WHICH EXAMINATION IS REQUESTED**</u>

  1. Any and all reports, memoranda, circulars, correspondence, or any other written
communications of any form, however distributed or disseminated, including, but not limited to,
computer, internet, fax, or other forms of electronic media, from any person or entity employed
by, representing, or acting on behalf of the Army Corps or the Army to any (a) committee,
subcommittee, working panel, or other subdivision of the United States House of Representatives
or the United States Senate, or (b) any member, staff member, individual, or organization
working for, or on behalf of, such committee, subcommittee, working panel, or other subdivision
of the United States House of Representatives or the United States Senate, concerning, or related
to, either

    a. any relationship between the design, construction, operation, maintenance,
dredging, or existence of any part or parts of the Mississippi River-Gulf Outlet
("MR-GO"), individually or collectively, and any wetlands or marshlands
adjacent to, or abutting, any part of the southern coast of the State of

Louisiana, including, but not limited to any loss, destruction, diminution, or contraction of such wetlands or marshland;

b.   any relationship between the design, construction, operation, maintenance, dredging, or existence of any part or parts of the MR-GO, individually or collectively, and lunar tides within the MR-GO, Lake Borgne, Lake Pontchartrain, the Industrial Canal/Inner Harbor Navigation Canal ("IHNC"), the Gulf Intracoastal Waterway ("GIWW"), or the Gulf of Mexico ("Gulf");

c.   any relationship between the design, construction, operation, maintenance, dredging, or existence of any part or parts of the MR-GO, individually or collectively, and storm related tides within the MR-GO, Lake Borgne, Lake Pontchartrain, the IHNC, the GIWW, or the Gulf due to rain storms, tropical storms, hurricanes, or any other weather related phenomena;

d.   any relationship between the design, construction, operation, maintenance, dredging, or existence any part or parts of the MR-GO, individually or collectively, and "storm surges" – which for purposes of this notice shall mean any elevations of water levels above what would normally be experienced without any weather phenomena – within the MR-GO, Lake Borgne, Lake Pontchartrain, the IHNC, the GIWW, or the Gulf due to rain storms, tropical storms, hurricanes, or any other weather related phenomena;

e.   any effects on tidal, lunar, or storm related surges or water levels stemming from, or related to, the confluence of the MR-GO and the GIWW, including, but not limited to, any such effects stemming solely from the connection of the two waterways, or any effects related to, or caused by, any structures, of

3

any kind, constructed within a 40 mile radius from the connection of the MR-GO and the GIWW and also constructed adjacent to either the MR-GO and the GIWW;

f.  any and all other defects, inadequacies, or conditions posing a potential risk to public health, safety, or property (including what is sometimes referred to as the "funnel" effect) of whatever nature which the Army Corps believed existed in connection with, or as a result of, the design, construction, maintenance or operation of the MR-GO;

g.  any and all other defects, inadequacies, or conditions posing a potential risk to public health, safety, or property (including what is sometimes referred to as the "funnel" effect) of whatever nature in connection with, or as a result of, the design, construction, maintenance or operation of the MR-GO which were reported to the Army Corps, or of which the Army Corps was informed, whether or not the Army Corps agreed with such reporting or information, or whether or not the Army Corps believed such defects, inadequacies, or conditions posing a potential risk to public health, safety, or property (including what is sometimes referred to as the "funnel" effect) of whatever nature existed.

2.  Any and all reports, memoranda, circulars, correspondence or any other written communications of any form, however distributed or disseminated, including, but not limited to, computer, internet, fax, or other forms of electronic media, from any person or entity employed by, representing, or acting on behalf of the Army Corps or the Army to any (a) committee, subcommittee, working panel, or other subdivision of the United States House of Representatives

or the United States Senate, or (b) any member, staff member, individual, or organization working for, or on behalf of, such committee, subcommittee, working panel, or other subdivision of the United States House of Representatives or the United States Senate, concerning, or related to, any request for the appropriation of funds by the United States Congress to remediate, correct, repair, modify, alter, adjust or in any way alleviate, mitigate, or reduce either

    a.   any relationship between the design, construction, operation, maintenance, dredging, or existence of any part or parts of the MR-GO, individually or collectively, and any wetlands or marshland adjacent to, or abutting, any part of the southern coast of the State of Louisiana, including, but not limited to any loss, destruction, diminution or contraction of such wetlands or marshland;

    b.   any relationship between the design, construction, operations, maintenance, dredging, or existence of any part or parts of the MR-GO, individually or collectively, and lunar tides within the MR-GO, Lake Borgne, Lake Pontchartrain, the IHNC, the GIWW, or the Gulf;

    c.   any relationship between the design, construction, operations, maintenance, dredging, or existence of any part or parts of the MR-GO, individually or collectively, and storm related tides within the MR-GO, Lake Borgne, Lake Pontchartrain, the IHNC, the GIWW, or the Gulf due to rain storms, tropical storms, hurricanes, or any other weather related phenomena;

    d.   any relationship between the design, construction, operations, maintenance, dredging, or existence any part or parts of the MR-GO, individually or collectively, and "storm surges" within the MR-GO, Lake Borgne, Lake

Pontchartrain, the IHNC, the GIWW, or the Gulf due to rain storms, tropical storms, hurricanes, or any other weather related phenomena;

e.   any effects on tidal, lunar, or storm related surges or water levels stemming from, or related to, the confluence of the MR-GO and the GIWW, including, but not limited to, any such effects stemming solely from the connection of the two waterways, or any effects related to, or caused by, any structures, of any kind, constructed within a 40 mile radius from the connection of the MR-GO and the GIWW and also constructed adjacent to either the MR-GO and the GIWW;

f.   any and all other defects, inadequacies, or conditions posing a potential risk to public health, safety, or property (including what is sometimes referred to as the "funnel" effect) of whatever nature which the Army Corps believed existed in connection with, or as a result of, the design, construction, maintenance or operation of the MR-GO;

g.   any and all other defects, inadequacies, or conditions posing a potential risk to public health, safety, or property (including what is sometimes referred to as the "funnel" effect) of whatever nature in connection with, or as a result of, the design, construction, maintenance or operation of the MR-GO which were reported to the Army Corps, or of which the Army Corps was informed, whether or not the Army Corps agreed with such reporting or information, or whether or not the Army Corps believed such defects existed.

6

Dated:  April 14, 2008

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298

**The Andry Law Firm, LLC**

By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

| | |
|---|---|
| **Law Offices of Joseph M. Bruno**<br>Joseph M. Bruno (LSBA No. 3604)<br>855 Baronne Street<br>New Orleans, Louisiana 70133<br>Telephone: (504) 525-1335<br>Facsimile:  (504) 581-1493 | **Domengeaux Wright Roy & Edwards LLC**<br>Bob F. Wright (LSBA No. 13691)<br>James P. Roy (LSBA No. 11511)<br>556 Jefferson Street, Suite 500<br>P.O. Box 3668<br>Lafayette, Louisiana 70502-3668<br>Telephone: (337) 233-3033<br>Facsimile:  (337) 233-2796 |
| **Fayard & Honeycutt**<br><br>Calvin C. Fayard, Jr. (LSBA No. 5486)<br>Blayne Honeycutt (LSBA No. 18264)<br>519 Florida Avenue, S.W.<br>Denham Springs, Louisiana 70726<br>Telephone: (225) 664-4193<br>Facsimile:  (225) 664-6925 | **Girardi & Keese**<br><br>Thomas V. Girardi (*pro hac vice*)<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: (213) 489-5330<br>Facsimile:  (213) 481-1554 |
| **Ranier, Gayle & Elliot, LLC**<br><br>N. Frank Elliot III | **Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.** |

1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**McKernan Law Firm**

Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile:  (225) 926-1202

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**

Elwood C. Stevens, Jr.  (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile:  (985) 385-4861

**Law Office of Frank J. D'Amico, Jr. APLC**

Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**

Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile:  (504) 528-9973

**Cotchett, Pitre, Simon & McCarthy**

Joseph W. Cotchett  (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

**Salas & Co., LC**

Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA  70130
Telephone: (504) 799-3080
Facsimile:  (504) 799-3085
**Attorneys for Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

      I, Pierce O'Donnell, hereby certify that on April 14, 2008 I caused to be served Plaintiffs'
**NOTICE OF DEPOSITION OF DEFENDANT UNITED STATES PURSUANT TO RULE**
**<u>30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>** upon Defendant's counsel,
Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at
robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and
richard.stone@usdoj.gov; and all other counsel of record by ECF.

<u>/s/ Pierce O'Donnell</u>