UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:** | |
| **KATRINA CANAL BREACHES** | § CIVIL ACTION NO. 05-4182 "K" (2) |
| **CONSOLIDATED LITIGATION** | § |
| | § JUDGE DUVAL |
| | § |
| **PERTAINS TO:   INSURANCE** | § MAGISTRATE WILKINSON |
| | § |
| **KERRY SCHEUERMANN, et al**  NO.: 07-2752 | § |
| **DAVID PETERSON**             NO.: 07-2753 | § |
| **RHONDA DASTUGUE**            NO.: 07-2755 | § |
| **ERIC ALFONSO, et al**        NO.: 07-2756 | § |
| **RYCK SOTO**                  NO.: 07-3079 | § |
| **GAIL CONERLY**               NO.: 07-3085 | § |
| **CHANNING BRANCH, et al**     NO.: 07-3086 | § |
| **JOHN BACQUES**               NO.: 07-3087 | § |
| | § |
| **VERSUS** | § |
| | § |
| **ALLSTATE INDEMNITY COMPANY** | § |
| _____ | § |

## NOTICE OF CHANGE OF ADDRESS

**NOW INTO COURT**, comes the undersigned counsel, who hereby gives notice that he has moved office locations and his new contact information is as follows:

Gregory J. Schwab
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile: (985) 851-5051

Submitted this 14th day of April, 2008.

1

             RESPECTFULLY SUBMITTED,


             */s/   Gregory J. Schwab*
             **GREGORY J. SCHWAB #21075**
             100 Ramey Road, Suite B
             Houma, Louisiana 70360
             Telephone: (985) 223-4457
             Facsimile:  (985) 851-5051
             E-mail: gjschwab@exceedtech.net
             Attorney for Allstate


        **CERTIFICATE OF SERVICE**

   I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.


             */s/   Gregory J. Schwab*
             **GREGORY J. SCHWAB #21075**