UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:** § | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** § | |
| § | **JUDGE DUVAL** |
| *PERTAINS TO:  INSURANCE* § | |
| § | **MAGISTRATE WILKINSON** |
| **CLAIRE GALATAS**            NO.: 07-3084 § | |
| **WILLIAM HERNANDEZ, et al** NO.: 07-3083 § | |
| **MALCOLM SCHULZ**            NO.: 07-3081 § | |
| **JOSEPH NEMETH, et al**      NO.: 07-3078 § | |
| **LEO WANG, et al**           NO.: 07-3088 § | |
| **HOWARD GONZALES, et al**    NO.: 07-2746 § | |
| **VERNON LEVAL**              NO. : 07-2749 § | |
| **THOMAS M. MULKEY, et al**   NO.: 07-2754 § | |
| **KAREN POLK**                NO.: 07-2751 § | |
| § | |
| **VERSUS** § | |
| § | |
| **ALLSTATE INSURANCE COMPANY** § | |
| _____ § | |

## NOTICE OF CHANGE OF ADDRESS

**NOW INTO COURT**, comes the undersigned counsel, who hereby gives notice that he has moved office locations and his new contact information is as follows:

Gregory J. Schwab
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile: (985) 851-5051

Submitted this 14th day of April, 2008.

1

RESPECTFULLY SUBMITTED,

*/s/   Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

### **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*/s/   Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**

2