UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** <br> **KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** <br><br> **PERTAINS TO:  INSURANCE** <br><br><br> **JOSEPH MITCHELL      NO.: 07-9420** <br><br> **VERSUS** <br><br> **ALLSTATE INSURANCE COMPANY** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CIVIL ACTION NO. 05-4182 "K" (2)** <br><br> **JUDGE DUVAL** <br><br> **MAGISTRATE WILKINSON** |

## NOTICE OF CHANGE OF ADDRESS

**NOW INTO COURT**, comes the undersigned counsel, who hereby gives notice that he has moved office locations and his new contact information is as follows:

**Gregory J. Schwab**
**100 Ramey Road, Suite B**
**Houma, Louisiana 70360**
**Telephone: (985) 223-4457**
**Facsimile: (985) 851-5051**

Submitted this 14th day of April, 2008.

RESPECTFULLY SUBMITTED,

*/s/   Gregory J. Schwab* _____
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*/s/   Gregory J. Schwab*