# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **JUDGE DUVAL** |
| **PERTAINS TO:   INSURANCE** | § | |
| | § | **MAGISTRATE WILKINSON** |
| | § | |
| **PAULS. VOLPE        NO.: 07-9421** | § | |
| **and JANICE C. VOLPE** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |
| ――――――――――――――――――――――――――― | § | |

# NOTICE OF CHANGE OF ADDRESS

**NOW INTO COURT**, comes the undersigned counsel, who hereby gives notice that he

has moved office locations and his new contact information is as follows:

**Gregory J. Schwab**
**100 Ramey Road, Suite B**
**Houma, Louisiana 70360**
**Telephone: (985) 223-4457**
**Facsimile: (985) 851-5051**

Submitted this 14th day of April, 2008.

RESPECTFULLY SUBMITTED,

*/s/   Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*/s/   Gregory J. Schwab*