UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: ROAD HOME | * | JUDGE DUVAL |
| Louisiana State C.A. No.: 07-5528 | * | MAGISTRATE WILKINSON |

*********************************************

### THE STATE OF LOUISIANA'S
### MOTION TO VOLUNTARILY DISMISS
### CERTAIN INSURANCE COMPANIES WITHOUT PREJUDICE

NOW COMES the Plaintiff, the State of Louisiana ("the State"), through the Honorable James D. Caldwell, the Attorney General for the State, and through the undersigned private independent counsel and court appointed Road Home counsel, and moves this Honorable Court to grant this Motion to Voluntarily Dismiss the following listed Insurance Companies Without Prejudice, only, from this matter: Affiliated FM Insurance Company, Alfa Insurance Corporation, Alfa Life Insurance Corporation, Alfa Mutual General Insurance Company, American Family Insurance, American Family Mutual Insurance Company, American National Insurance Company, American Southern Insurance Company, American Vehicle Insurance Company, Arrowhead General Insurance Agency, Inc., Best Insurors, Inc., Continental Insurance Company, Fireman's Fund

1

Insurance Company of Louisiana, First Premium Insurance Group, Inc., HSBC Insurance Company of Delaware, National Surety Corporation, Republic Insurance Company, State National Insurance Company, Tokio Marine & Nichido Fire Insurance Company, United Fire & Casualty Company, Westchester Fire Insurance Company, Western World Insurance Company, and ZC Sterling Insurance Agency, Inc., and on suggesting that each of the foregoing insurance companies has provided the State with an affidavit attesting to facts indicating that these insurance companies do not and/or did not issue any policy of casualty or property damage insurance on any residence in the State of Louisiana in effect during either Hurricane Katrina in August 2005 or Hurricane Rita in September 2005.

Accordingly, the State moves this Court to enter an order to voluntarily dismiss the above-listed insurance companies, only, without prejudice, reserving all other rights and claims against any other person or party, whether named or otherwise, and without waiving any claim or defense, including the State's right to challenge this Court's jurisdiction. Liaison Counsel for the Road Home has submitted a copy of this motion to Plaintiffs' Liaison Counsel, Mr. Joseph M. Bruno, and Defendants' Liaison Counsel, Mr. Ralph Hubbard, and neither has expressed any opposition to this motion.

WHEREFORE, the State prays this Honorable Court grant its motion to voluntarily dismiss the above-listed Insurance Companies, only, without prejudice.

> Respectfully submitted,
>
> THE STATE OF LOUISIANA
> The Honorable James D. "Buddy" Caldwell
> ATTORNEY GENERAL,
> STATE OF LOUISIANA
> /s/   Isabel Wingerter

Isabel Wingerter (No. 20428)
Assistant Attorney General, Public Protection
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

**ROAD HOME LIAISON AND LEAD COUNSEL**
    /s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

AND

**ROAD HOME CO-LEAD COUNSEL**

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW
135 Goodwill Plantation
Vacherie, LA 70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

Joseph J. McKernan (No. 10027)
McKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

James P. Roy (No. 11511)
DOMENGEAUX WRIGHT
ROY & EDWARDS L.L.C.
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
Ph.: 337-233-3033
Fax: 337-232-8213
Email: jimr@wrightroy.com

James R. Dugan, II (No. 24785)
MURRAY LAW FIRM
650 Poydras Street, Suite 1250
New Orleans, LA 70130
Ph.: 504-648-0180
Fax: 504-648-0181
Email: jdugan@dugan-lawfirm.com

John W. Houghtaling (No. 25099)
GAUTHIER, HOUGHTALING, & WILLIAMS
3500 North Hullen Street
Metairie, LA 70002
Ph.: 504-456-8600
Fax: 504-456-8624
Email: john@ghwlaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing Motion to Voluntarily Dismiss Certain Insurance Companies Without Prejudice to all counsel via the CM/ECF electronic notification filing system, this 14th day of April, 2008.

                                /s/   Calvin C. Fayard, Jr.
                                Calvin C. Fayard, Jr.