UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: INSURANCE | * * | JUDGE: DUVAL "K" |
| Midland, C.A. No. 07-4869 | * * | MAGISTRATE: WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

CONSIDERING the foregoing Motion to Transfer, it is hereby ORDERED that Case No. 07-4869 of the above consolidated case is hereby transferred to Judge E. Fallon's court for further proceedings.

New Orleans, this  14th  day of            April           , 2008.

_____
JUDGE

104477