UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

**O R D E R**

Considering the foregoing Second *Ex Parte* Motion for Extension of Time to File Responsive Pleadings;

**IT IS ORDERED** that the motion is **GRANTED** and that Washington Group International, Inc. shall be granted an extension through and including May 5, 2008 to file responsive pleadings to the Plaintiffs' Amended MRGO Master Consolidated Class Action Complaint.

New Orleans, Louisiana, this __14th__ day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

918658v.1