UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| | * | |

## ORDER

CONSIDERING THE FOREGOING,

IT IS ORDERED that National Union Fire Insurance Company of Pittsburgh, Pa.'s Motion for Leave of Court to file a Reply in support of its Objections to the Magistrate's Order on the plaintiffs' motion to compel and National Union's motion to quash the requests for production to, and notice of deposition of, National Union and to stay discovery against it until the motion to dismiss is decided is hereby GRANTED and the Reply shall be filed into the record of the Court for consideration in deciding the Motion to Quash.

New Orleans, Louisiana this  14th  day of    April    , 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

F:\38803\2-PLEADINGS\NATIONAL UNION\WORD VERSIONS\M-LEAVE TO FILE REPLY FOR OBJECTIONS - ORDER.DOC

1