# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

*severed from Abadie*, 06-5164

CIVIL ACTION
NO. 05-4182
SECTION "K" (2)

BERNICE LEE,
        Plaintiff

VS.

CIVIL ACTION
No. 07-2271
SECTION "K" (2)

STATE FARM FIRE AND CASUALTY
COMPANY,
        Defendant

**************************************************************************

## <u>ORDER</u>

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Bernice Lee, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 14th day of ____April____, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2