UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL, JR.<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

*THIS PLEADING APPLIES TO:*   **BARGE**

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait v. USA* | C.A. No. 07-3500 |
| *LNA v. USA* | C.A. No. 07-5178 |

## *EX-PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY

NOW INTO COURT, through undersigned counsel, comes Lafarge North America Inc. ("LNA"), who seeks leave of court to file a short sur-reply to plaintiffs' Motion to Compel. By way of background, plaintiffs filed a Reply Brief in this matter on April 10, 2008 (Rec. Doc. No. 12381), raising several new arguments not presented in their Motion to Compel. LNA does not believe these new arguments are meritorious. However, since they have not previously been

1109339-1

raised, LNA would like to have the opportunity to address them, which it believes would be helpful to the Court in reviewing the issues raised by plaintiffs' Motion to Compel.

LNA therefore respectfully requests that the Court grant LNA leave to file the attached Sur-Reply in further opposition to plaintiffs' Motion to Compel.

> Respectfully submitted,
>
> /s/  Robert B. Fisher, Jr.
> Robert B. Fisher, Jr., T.A. (#5587)
> Derek A. Walker (#13175)
> Ivan M. Rodriguez (#22574)
> **CHAFFE MCCALL, L.L.P.**
> 2300 Energy Centre
> 1100 Poydras Street
> New Orleans, LA 70163-2300
> Telephone:  (504) 585-7000
> fisher@chaffe.com
> walker@chaffe.com
>
> John D. Aldock
> Mark S. Raffman
> **GOODWIN PROCTER LLP**
> 901 New York Avenue, NW
> Washington, DC 20001
> Telephone:  (202) 346-4240
>
> Daniel A. Webb (#13294)
> **SUTTERFIELD & WEBB, LLC**
> Poydras Center
> 650 Poydras Street, Suite 2715
> New Orleans, LA 70130
> Telephone:  (504) 598-2715
>
> *Attorneys for Lafarge North America Inc.*

### Certificate of Service

I do hereby certify that I have on this 15th day of April, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

> /s/        Robert B. Fisher, Jr.

1109339-1            2