UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL, JR.<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

*THIS PLEADING APPLIES TO:*   **BARGE**
| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait v. USA* | C.A. No. 07-3500 |
| *LNA v. USA* | C.A. No. 07-5178 |

**O R D E R**

CONSIDERING the foregoing Motion for Leave to File Sur-Reply of Lafarge North America Inc. ("LNA"),

IT IS HEREBY ORDERED that LNA's Motion is GRANTED and that LNA's Sur-Reply in further opposition to plaintiffs' Motion to Compel be and is hereby filed into the record of these proceedings.

1109345-1

New Orleans, Louisiana this _____ day of _____, 2008.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE