UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE AND ROAD HOME | SECTION "K"(2) |

## ORDER

As the Louisiana Supreme Court has rendered its opinion in the *Sher* matter and the United States Court of Appeals for the Fifth Circuit has rendered its decision denying remand in the *Road Home* litigation, the Court finds that it is in the interest of the efficient management of the Insurance Sub-Category and the Road Home Sub-Category to conduct a status conference with counsel as designated by PLSC and DLSC. Accordingly,

**IT IS ORDERED** that a status conference shall be held in chambers on April 21, 2008 at 10:00 a.m. Only the following counsel shall be in attendance:

Joseph Bruno
Calvin Fayard
Ralph Hubbard
Seth Schmeeckle
Judy Barrasso
Chase Chassignac.

**IT IS FURTHER ORDERED** that to the extent possible, counsel shall attempt to identify:

(1)   the cases which are rendered moot as a result of the *Sher* decision–that is cases where there are only allegations for flood coverage that remain under a non-NFIP policy;

(2) the cases which still have flood coverage allegations pending–i.e. cases where the flood coverage allegations need to be dismissed, but that still have outstanding insurance adjusting claims under the wind portion of a homeowner's policy; and

(3) a list of the "mass joinder" cases with a general understanding of the number of plaintiffs in each of these cases and a short recitation of what issues are made in these cases.

This information is requested in an attempt to have an informed discussion concerning the feasibility of a "global" resolution of the insurance cases that are in the umbrella at this time.

As the Court has indicated, it is contemplating allowing these cases to remain in this section in an attempt to obtain settlement thereof; however, it intends to set a time table to achieve this end. The Court will also welcome an estimate from counsel as to the time it might require to achieve global settlements.

**IT IS FURTHER ORDERED** that counsel be prepared to discuss the Road Home litigation now that this court's jurisdiction has been established, in particular with respect to establishing a Case Management order as has been done in various other categories under the umbrella.

New Orleans, Louisiana, this __14th__ of April, 2008.

**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**

j