**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
821 BARONNE STREET
NEW ORLEANS, LA 70113
TELEPHONE: (504) 679-6166
FACSIMILE: (504) 581-4336**

April 2, 2008

**VIA FACSIMILE
504-589-7633**

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

      Re:   **IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
C.A. NO. 05-4182 "K"(2) and
CONSOLIDATED CASES**

Dear Magistrate Judge Wilkinson:

    I feel rather stupid for not having requested Your Honor to explain what He meant when He ruled, referring to my motion this morning: **DENIED**.

    Accordingly, although I understand that Your Honor will not allow me to take Committee Counsels' oral depositions, I am perfectly willing to "settle" for depositions upon written questions pursuant to Rule 31, or written interrogatories pursuant to Rule 33, and/or requests for production pursuant to Rule 34.

                                                              Respectfully,

                                                             Ashton R. O'Dwyer, Jr.

AROD/vtb
cc:    All Counsel of Record (via E-mail)

P.S. While I do not wish to impose upon Your Honor's time, I also would appreciate if Your Honor could attempt to reconstruct when Your Honor first became aware of the representation of the State by Mr. Becnel or Mr. Fayard, and how?

                                                                                         AROD