UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
| 06-1885 * | | JUDGE DUVAL |
| 06-4024 * | | |
| 06-4389 * | | MAGISTRATE WILKINSON |
| 06-5771 * | | |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| 07-3500 * | | |
| 07-3612 * | | |
| 07-5023 * | | |
| 07-5040 * | | |
| * * * * * * * * * * * * * * * * * * | | |

### REQUEST FOR ORAL ARGUMENT

**COME NOW** plaintiffs, appearing through undersigned counsel and, in the case of Ashton R. O'Dwyer, Jr., *in propria persona*, pursuant to the provisions of Rule 78.1 of the Uniform Local Rules of the United States District Courts for the State of Louisiana, and request oral argument on their Objections to and Motion to Review Magistrate's Order.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

-1-

-2-

        **Counsel for Plaintiffs**

        **By:   S/Ashton R. O'Dwyer, Jr.**
             **Ashton R. O'Dwyer, Jr.**
             **Bar No. 10166**
             **821 Baronne Street**
             **New Orleans, LA 70113**
             **Tel. 504-679-6166**
             **Fax. 504-581-4336**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record, via Electronic filing, this 15th day of April, 2008, and also upon the Honorable Magistrate Judge and the Honorable U.S. District Judge presiding in this case by U.S. mail, if Electronic filing is not CM-ECF-accepted for both Judges, with respect.

                              S/Ashton R. O'Dwyer, Jr.