MINUTE ENTRY
WILKINSON, M.J.
April 15, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>06-5164 <u>Abadie</u> | JUDGE DUVAL<br>MAG. WILKINSON |

At the request of council, I conducted a telephone conference in this matter. Participating were Scott Joanen, representing plaintiffs, Keith and Leslie Brooks, Gerald and Veronica Reed, and Solomon and Cassandra Spenser; Patrick Derouen and Lauri D'Armond, representing defendants. Substantial progress toward settlement of the claims of these plaintiffs has been made, and settlement discussions are continuing.

JOSEPH C. WILKINSON, JR.<br>UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0:15**