UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES            CIVIL ACTION
        CONSOLIDATED LITIGATION
                                          NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE                   JUDGE DUVAL
        07-5205 Abram                     MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:   Plaintiffs' Motion for Leave to File Reply Memorandum, Record Doc. No. 12420

O R D E R E D:

XXX : GRANTED. IT IS FURTHER ORDERED that the attached reply memorandum be filed into the record of the captioned suit.

New Orleans, Louisiana, this  16th  day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE