UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>07-5199 <u>Acevedo</u> | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER ON MOTION**

APPEARANCES:  None (on the briefs)

MOTION:  Plaintiffs' Motion for Leave to File Reply Memorandum, Record Doc. No. 12421

<u>O R D E R E D</u>:

<u> XXX </u> : GRANTED. IT IS FURTHER ORDERED that the attached reply memorandum be filed into the record of the captioned suit.

New Orleans, Louisiana, this <u> 16th </u> day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE