UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>07-4457 Aguda | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Plaintiffs' Motion for Leave to File Reply Memorandum, Record Doc. No. 12422

O R D E R E D:

 XXX : GRANTED. IT IS FURTHER ORDERED that the attached reply memorandum be filed into the record of the captioned suit.

New Orleans, Louisiana, this 16th day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE