MINUTE ENTRY
WILKINSON, M. J.
APRIL 15, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Hammond</u>, 07-1767 | JUDGE DUVAL<br>MAG. WILKINSON |

A settlement conference was conducted in the referenced case on this date before the undersigned magistrate judge.  No settlement was reached.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:   **1 :45**