UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>07-6737 <u>Anderson</u> | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER ON MOTION**

APPEARANCES:  None (on the briefs)

MOTION:  Plaintiffs' Motion for Leave to File Reply Memorandum, Record Doc. No. 12423

<u>O R D E R E D</u>:

 <u>XXX</u> : GRANTED. IT IS FURTHER ORDERED that the attached reply memorandum be filed into the record of the captioned suit.

New Orleans, Louisiana, this   16th   day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE