UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Bloom, 07-6488 | * * * | JUDGE DUVAL<br>MAG. WILKINSON |

*************************************************************************

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company who requests that Lindsay A. Larson, III and Sarah S. Monsour of the law firm of King, Krebs & Jurgens, P.L.L.C. be substituted as counsel of record for Patrick D. DeRouen, Chad Primeaux, Guy Hartwell Bumpas, IV and Laurie Lee DeArmond of the law firm of Porteous, Hainkel & Johnson, 704 Carondelet Street, New Orleans, LA 70130 in the above-captioned cause.

Respectfully submitted,

| | |
|---|---|
| s/Patrick D. DeRouen<br>PATRICK D. DeROUEN #20535<br>LAURIE LEE DeARMOND #26622<br>GUY HARTWELL BUMPAS IV # 29546<br>CHAD J. PRIMEAUX # 30024<br>Porteous, Hainkel & Johnson<br>704 Carondelet Street<br>New Orleans, LA  70130<br>Telephone:  (504) 581-3838<br>pderouen@phjlaw.com<br>ldearmond@phjlaw.com<br>cprimeaux@phjlaw.com<br>gbumpas@phjlaw.com | /s/ Lindsay A. Larson<br>LINDSAY A. LARSON III **(T.A.)** #08053<br>SARAH SHANNAHAN MONSOUR # 30957<br>KING, KREBS & JURGENS, P.L.L.C.<br>201 St. Charles Avenue, Suite 4500<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-3800<br>Facsimile:  (504) 582-1233<br>llarson@kingkrebs.com<br>smonsour@kingkrebs.com |

{N0079061}                                                                                        1

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

s/Patrick D. DeRouen
**PATRICK D. DeROUEN**