UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, Bloom, 07-6488 | * | |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Having considered State Farm Fire and Casualty Company's Motion to Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Patrick D. DeRouen, Chad Primeaux, Guy Hartwell Bumpas, IV and Laurie Lee DeArmond of the law firm of Porteous, Hainkel & Johnson be and are hereby removed as attorneys of record, and that Lindsay A. Larson, III and Sarah S. Monsour of the law firm of King, Krebs & Jurgens, P.L.L.C. be enrolled as attorney of record for State Farm Fire & Casualty Company in the above-referenced matter.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2008.

_____
**HONORABLE STANWOOD R. DUVAL, JR.,**
**UNITED STATES DISTRICT JUDGE**