MINUTE ENTRY
WILKINSON, M.J.
APRIL 16, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Abram, 07-5205<br>    Acevedo, 07-5199<br>    Aguda, 07-4457<br>    Anderson, 07-6737 | JUDGE DUVAL<br>MAG. WILKINSON |

### HEARING AND ORDER ON MOTIONS

APPEARANCES: Maureen Blackburn Jennings and Lawrence Centola, Jr., representing plaintiffs; David Strauss and Sarah Monsour, representing defendant State Farm

MOTIONS:
(1) Plaintiffs' Motion for Leave to File First Amended Complaint, Record Doc. No. 11932
(2) Plaintiffs' Motion for Leave to File Second Amended Complaint, Record Doc. No. 11934
(3) Plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline, Record Doc. No. 12154
(4) Plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline, Record Doc. No. 12156

O R D E R E D:

 (1), (2), (3), (4) : DENIED, subject to the reservation contained herein. These motions seek to assert claims against a defendant, State Farm, which has already been dismissed from each

MJSTAR:  **0:20**

case by order of the presiding district judge, who has also recently required that the status of claims against defendant State Farm in this large, consolidated litigation be addressed globally. While I previously provided plaintiffs with an opportunity to amend in two of the cases, the permitted amendments were not filed within the time frame set forth in my orders. Record Doc. Nos. 11296 and 11543. Thus, my concern is that the effect of granting the motions for leave to file amended complaints may be to undo what the district judge has done or to disrupt the global approach he has undertaken. Under these circumstances, the motions are DENIED, but without prejudice to the requested relief being sought as part of a Rule 59 or 60 motion. Any Rule 59 or 60 motion which plaintiffs might desire to assert should be presented as such and noticed for hearing before the district judge.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
Hon. Stanwood R. Duval, Jr.