UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| JAMES ALLEN, ET AL<br>　　　Plaintiffs<br><br>VS.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>　　　Defendant | CIVIL ACTION<br>No. 07-5111<br>SECTION "K" (2) |

*************************************************************************

## PARTIAL JOINT MOTION TO DISMISS WITH PREJUDICE

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiff, Gwendolyn Jasmine. Therefore, plaintiff, Gwendolyn Jasmine, hereby respectfully moves this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiff, Gwendolyn Jasmine, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

{N0079815}

Respectfully submitted,

/s/ David A. Strauss  
DAVID A. STRAUSS, #24665  
LINDSAY A. LARSON, III, #8053  
CHRISTIAN A. GARBETT, #26293  
ADAM P. MASSEY, #29330  
SARAH S. MONSOUR, #30957  
KING, KREBS & JURGENS, P.L.L.C.  
201 St. Charles Avenue, Suite 4500  
New Orleans, Louisiana 70170  
Telephone: (504) 582-3800  
Facsimile: (504) 582-1233  
Attorneys for State Farm Fire and Casualty Company  
dstrauss@kingkrebs.com  
llarson@kingkrebs.com  
cgarbett@kingkrebs.com  
amassey@kingkrebs.com  
smonsour@kingkrebs.com  

/s/ Joseph M. Bruno  
Joseph M. Bruno, #3604  
L. Scott Joanen, #21431  
The Law Office of Joseph M. Bruno  
855 Baronne Street, Third Floor  
New Orleans, Louisiana 70113  
Telephone: (504) 525-1335  
Facsimile: (504) 561-6775  
jbruno@jbrunolaw.com  

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.

s/ David A. Strauss