UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

***EX PARTE* MOTION AND INCORPORATED MEMORANDUM
OF STATE FARM FIRE AND CASUALTY COMPANY AND CERTAIN OTHER
INSURER DEFENDANTS FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL IN
<u>EXCESS OF THE PAGE LIMITATION</u>**

State Farm Fire and Casualty Company, State Farm General Insurance Company,

Aegis Security Insurance Company, Lafayette Insurance Company, United Fire and Casualty

Company, United Fire and Indemnity Company, America First Insurance Company, Liberty

Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Metlife, Inc., Economy

Premier Assurance Company, Metropolitan Casualty Insurance Company, Metropolitan Property

and Casualty Insurance Company, Farmers Insurance Exchange, Foremost Insurance Company,

Foremost Property and Casualty Company, Foremost Signature Insurance Company, United

Services Automobile Association, also separately named by plaintiffs as USAA, USAA Casualty

- 1 -

Insurance Company and USAA General Indemnity Company, The Hanover Insurance Company, The Hanover American Insurance Company, Massachusetts Bay Insurance Company, American Manufacturers Mutual Insurance Company, Kemper Casualty Insurance Company, Lumbermens Mutual Casualty Company, Merastar Insurance Company, Unitrin Preferred Insurance Company, Unitrin Auto and Home Insurance Company, Trinity Universal Insurance Company, Trinity Universal Insurance Company of Kansas, Inc., Homesite Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, Union National Fire Insurance Company, Fidelity and Deposit Company of Maryland, Empire Fire and Marine Insurance Company, Empire Indemnity Insurance Company, Centre Insurance Company, ZC Sterling Insurance Agency, Inc., ZC Sterling Corporation, Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, Encompass Property and Casualty Company, Horace Mann Insurance Company, Teachers Insurance Company, Horace Mann Property and Casualty Insurance Company, Auto Club Family Insurance Company, Scottsdale Indemnity Company, Scottsdale Insurance Company, The Standard Fire Insurance Company, "St. Paul" (a non-existent entity), "St. Paul Travelers Insurance Company" (a non-existent entity), St. Paul Fire & Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, St. Paul Protective Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty Insurance Company of America, Travelers Casualty and Surety Company, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, Travelers Insurance Company (a non-existent entity), Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, The Automobile Insurance Company of Hartford,

921761v.1

Connecticut, Republic Fire and Casualty Insurance Company, American National Property and Casualty Company, American National General Insurance Company, and ANPAC Louisiana Insurance Company (collectively "Defendants") move the Court for leave to file a reply brief in support of their Motion to Disqualify Plaintiff's Private Counsel (Rec. Doc. 10937) in excess of the page limit established by the Local Rules.

**1.**

Defendants request leave to file a reply brief in further support of their Motion to Disqualify Plaintiff's Private Counsel (Rec. Doc. 10937) of up to 20 pages in length, exclusive of the table of contents, table of authorities, and signature blocks. The Court previously granted leave to exceed the page limit restrictions with respect to both Defendants' opening memorandum and Counsel's opposition in light of the number and complexity of the issues presented by Defendants' motion. Accordingly, in order to fully respond to the positions and arguments advanced in Counsel's opposition, Defendants request that they be allowed to file a reply brief of up to 20 pages in length.

921761v.1

**WHEREFORE**, Defendants pray that their Motion be granted, and that Defendants be permitted to file a reply brief in further support of their Motion to Disqualify Plaintiff's Private Counsel (Rec. Doc. 10937) of up to 20 pages in length, exclusive of the table of contents, table of authorities, and signature blocks.

Respectfully submitted,

*/s/ Andrea L. Fannin*
Wayne J. Lee, 7916
  wlee@stonepigman.com
Stephen G. Bullock, 3648
  sbullock@stonepigman.com
Mary L. Dumestre, 18873
  mdumestre@stonepigman.com
Andrea L. Fannin, 26280
  afannin@stonepigman.com
        Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

        And

Charles L. Chassaignac IV, 20746
  cchassaignac@phjlaw.com
        Of
PORTEOUS, HAINKEL
  & JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana  70801
Telephone:  (225)383-8900
Facsimile:  (225) 383-7900

*Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company*

921761v.1

_/s/ Maura Z. Pelleteri_
Maura Z. Pelleteri, 8463
Amy S. Malish, 28992
      Of
KREBS, FARLEY & PELLETERI, L.L.C.
Texaco, Center, Suite 2500
400 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 299-3570
Facsimile:  (504) 299-3582

_Attorneys for Aegis Security Insurance Company_


_/s/ Howard B. Kaplan_
Howard B. Kaplan, 14414
      Of
BERNARD CASSISA ELLIOTT & DAVIS
1615 Metairie Road
P.O. Box 55490
Metairie, Louisiana  70055-5490
Telephone:  (504) 834-2612

_Attorneys for Lafayette Insurance Company, United Fire and Casualty Company and United Fire and Indemnity Company_


_/s/ Judy Y. Barrasso_
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
      Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701

_Attorneys for America First Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Mutual Insurance Company_

921761v.1

_/s/ Judy Y. Barrasso_
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
        Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701

_Attorneys for Metlife, Inc., Economy
Premier Assurance Company, Metropolitan
Casualty Insurance Company, and
Metropolitan Property & Casualty
Insurance Company_


_/s/ Seth A. Schmeeckle_
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
        Of
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

        And

Christopher W. Martin,
Texas Bar No. 13057620
Martin R. Sadler,
Texas Bar No. 00788842
        Of
MARTIN, DISIERE, JEFFERSON &
  WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas  77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101

_Attorneys for United Services Automobile
Association, also separately named by
plaintiffs as USAA, USAA Casualty
Insurance Company and USAA General
Indemnity Company_

921761v.1

_/s/ Seth A. Schmeeckle_
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
      Of
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

      And

Of Counsel:

Kevin P. Kamraczewski
Alan S. Gilbert
Paul E. B. Glad
David R. Simonton
      Of
SONNENSCHEIN NATH &
  ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois  60606
Telephone:  (312) 876-8000

_Attorneys for The Hanover Insurance Company, The Hanover American Insurance Company, and Massachusetts Bay Insurance Company_


_/s/ Deborah B. Rouen_
Deborah B. Rouen, 2084
Chris A. D'Amour, 26252
      Of
ADAMS AND REESE LLP
4500 One Shell Square
New Orleans, Louisiana  70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210

_Attorneys for Union National Fire Insurance Company_

- 7 -

/s/ Dominic J. Ovella
Dominic J. Ovella, 15030
Anne E. Medo, 24556
Sean P. Mount, 27584
Daniel M. Redmann, 30685
John Christopher Dippel, Jr., 30480
     Of
HAILEY, MCNAMARA, HALL,
  LARMANN & PAPALE, L.L.P.
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana  70011-8288
Telephone:  (504) 836-6500

*Attorneys for Fidelity and Deposit Company of Maryland, Empire Fire and Marine Insurance Company, Empire Indemnity Insurance Company, Centre Insurance Company, ZC Sterling Insurance Agency, Inc., and ZC Sterling Corporation*


/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
     Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, LLC
LL&E Tower
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:  (5040 589-9701

*Attorneys for Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company*


/s/ Seth A. Schmeeckle
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
     Of
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775

921761v.1

New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

        And

Of Counsel:

Kevin P. Kamraczewski
Alan S. Gilbert
Paul E. B. Glad
David R. Simonton
        Of
SONNENSCHEIN NATH &
  ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois  60606
Telephone:  (312) 876-8000

*Attorneys for Horace Mann Insurance
Company, Teachers Insurance Company,
and Horace Mann Property & Casualty
Insurance Company*


/s/ Alan J. Yacoubian
Alan J. Yacoubian, 17213
Neal J. Favret, 24412
Rachel P. Catalanotto, 31095
        Of
JOHNSON, JOHNSON, BARRIOS &
  YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001

*Attorneys for Auto Club Family Insurance
Company*


/s/ Neil C. Abramson
Neil C. Abramson, 21436
Nora B. Bilbro, 22955
Jacqueline M. Brettner, 30412
        Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311

- 9 -

921761v.1

Facsimile:  (504) 568-9130

And

Marshall M. Redmon, 18398
Of
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana  70802
Telephone:  (225) 346-0285
Facsimile:  (225) 381-9197

*Attorneys for Homesite Insurance Company*


/s/ Harry Rosenberg
Harry Rosenberg, 11465
Jacqueline M. Brettner, 30412
Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

*Attorneys for Fidelity National Insurance
Company and Fidelity National Property
and Casualty Insurance Company*


/s/ Marshall M. Redmon
Marshall M. Redmon, 18398
Of
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana  70802
Telephone:  (225) 346-0285
Facsimile:  (225) 381-9197

And

Amy R. Sabrin
Of
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC  20005

921761v.1

Telephone:  (202) 371-7000
Facsimile:  (202) 393-5760

*Attorneys for Farmers Insurance Exchange,
Foremost Insurance Company, Foremost
Property and Casualty Company, and
Foremost Signature Insurance Company*


/s/ Neil C. Abramson
Neil C. Abramson, 21436
Jacqueline M. Brettner, 30412
          Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

*Attorneys for American Manufacturers
Mutual Insurance Company, Kemper
Casualty Insurance Company, Lumbermens
Mutual Casualty Company, Merastar
Insurance Company, Unitrin Preferred
Insurance Company, Unitrin Auto and
Home Insurance Company, Trinity
Universal Insurance Company, and Trinity
Universal Insurance Company of Kansas,
Inc.*


/s/ Harry Rosenberg
Harry Rosenberg, 11465
Jay R. Sever, 23935
Jacqueline M. Brettner, 30412
          Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

*Attorneys for Scottsdale Indemnity Company
and Scottsdale Insurance Company*

921761v.1

/s/ Ralph S. Hubbard
Ralph S. Hubbard, III, 7040
Seth A. Schmeeckle, 27076
         Of
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

         And

Stephen E. Goldman
Wystan M. Ackerman
         Of
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut  06103-3597
Telephone:  (860) 275-8200
Facsimile:  (860) 275-8299

*Attorneys for The Standard Fire Insurance Company, "St. Paul" (a non-existent entity), "St. Paul Travelers Insurance Company" (a non-existent entity), St. Paul Fire & Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, St. Paul Protective Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty Insurance Company of America, Travelers Casualty and Surety Company, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, Travelers Insurance Company (a non-existent entity), Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, and The Automobile Insurance Company of Hartford, Connecticut*

/s/ Christopher R. Pennison
Jay M. Lonero, 20642
Christopher R. Pennison, 22584

- 12 -

921761v.1

Angie Arceneaux Akers, 26786
              Of
LARZELERE PICOU WELLS SIMPSON
LONERO, LLC
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA  70002
Telephone:  (504) 834-6500
Fax:  (504) 834-6565

*Attorneys for Republic Fire and Casualty Insurance Company, American National Property and Casualty Company, American National General Insurance Company, and ANPAC Louisiana Insurance Company*

921761v.1

## **CERTIFICATE**

I hereby certify that a copy of the foregoing *Ex Parte* Motion and Incorporated Memorandum of State Farm Fire and Casualty Company and Certain Other Insurer Defendants for Leave to File Reply Memorandum in Support of Motion to Disqualify Plaintiff's Private Counsel in Excess of the Page Limitation has been served upon all counsel of record by electronic notice from the Court's CM/EC Filing System, this 16th day of April, 2008.

*/s/ Andrea L. Fannin*

921761v.1