**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 16, 2008**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: INSURANCE<br> (LA Envtl. Action Network, 06-9147) | NO. 05-4182<br>SECTION "K"(2) |

**MOTION** to dismiss first amended complaint, filed by United States Army Corps of Engineers, filed 1/11/08, doc. 10312.

**CASE MANAGER: SHEENA DEMAS**
**COURT RECORDER: CINDY USNER**

**APPEARANCES:** Eric Hostetler & Adam Babich

Court begins at 10:38 a.m.
Case called; all present and ready.
Oral argument by parties.
This matter is SUBMITTED.
Court adjourned at 11:06 a.m.

JS-10 (:28)