UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES § | CIVIL ACTION | |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) | |
| § | JUDGE DUVAL | |
| _____§ | MAG. WILKINSON | |
| § | | |
| PERTAINS TO: § | | |
| ALL LEVEE § | | |
| ALL MRGO § | | |
| ALL BARGE § | | |
| _____§ | | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| ASU-006-000000045 | to | ASU-006-000000051; |
| ASU-006-000000057 | to | ASU-006-000000060; |
| ASU-006-000000065 | to | ASU-006-000000065; |
| ASU-006-000000066 | to | ASU-006-000000066; |
| ASU-006-000000068 | to | ASU-006-000000069; |
| ASU-006-000000070 | to | ASU-006-000000070; |
| ASU-006-000000076 | to | ASU-006-000000077; |
| ASU-006-000000080 | to | ASU-006-000000081; |
| ASU-006-000000094 | to | ASU-006-000000096; |
| ASU-011-000000160 | to | ASU-011-000000160; |
| NCT-701-000000576 | to | NCT-701-000000576; |
| NCT-701-000001352 | to | NCT-701-000001360; |
| NED-702-000001869 | to | NED-702-000001870; |

| | | |
|---|---|---|
| NED-709-000000630 | to | NED-709-000000634; |
| NED-709-000000830 | to | NED-709-000000833; |
| NED-709-000000925 | to | NED-709-000000928; |
| NED-710-000000114 | to | NED-710-000000238; |
| NED-710-000000239 | to | NED-710-000000241; |
| NED-710-000000244 | to | NED-710-000000293; |
| NED-710-000001361 | to | NED-710-000001365; |
| NED-710-000001368 | to | NED-710-000001369; |
| NED-711-000000110 | to | NED-711-000000110; |
| NED-711-000000194 | to | NED-711-000000196; |
| NED-711-000000198 | to | NED-711-000000212; |
| NED-711-000000213 | to | NED-711-000000214; |
| NED-711-000000220 | to | NED-711-000000221; |
| NED-711-000000222 | to | NED-711-000000232; |
| NED-711-000000234 | to | NED-711-000000239; |
| NED-711-000000241 | to | NED-711-000000248; |
| NED-711-000000249 | to | NED-711-000000270; |
| NED-711-000000303 | to | NED-711-000000308; |
| NED-711-000000309 | to | NED-711-000000325; |
| NED-711-000000326 | to | NED-711-000000353; |
| NED-711-000000354 | to | NED-711-000000373; |
| NED-711-000000374 | to | NED-711-000000405; |
| NED-711-000000406 | to | NED-711-000000406; |
| NED-711-000000407 | to | NED-711-000000412; |
| NED-711-000000430 | to | NED-711-000000437; |
| NED-711-000000448 | to | NED-711-000000448; |
| NED-711-000000478 | to | NED-711-000001103; |
| NED-712-000000516 | to | NED-712-000000519; |
| NED-712-000000739 | to | NED-712-000000769; |
| NED-712-000000834 | to | NED-712-000000856; |
| NED-712-000000857 | to | NED-712-000000875; |
| NED-712-000000876 | to | NED-712-000000893; |
| NED-712-000000894 | to | NED-712-000000911; |
| NED-712-000000912 | to | NED-712-000000948; |
| NED-712-000001268 | to | NED-712-000001268; |
| NED-712-000001269 | to | NED-712-000001270; |

| | | |
|---|---|---|
| NED-712-000001271 | to | NED-712-000001272; |
| NED-712-000001273 | to | NED-712-000001273; |
| NED-712-000001274 | to | NED-712-000001275; |
| NED-712-000001286 | to | NED-712-000001287; |
| NED-712-000001288 | to | NED-712-000001289; |
| NED-712-000001290 | to | NED-712-000001290; |
| NED-714-000001208 | to | NED-714-000001208; |
| NED-717-000000326 | to | NED-717-000000326; |
| NED-717-000000327 | to | NED-717-000000327; |
| NED-717-000001491 | to | NED-717-000001492; |
| NED-717-000001496 | to | NED-717-000001500; |
| NED-717-000001910 | to | NED-717-000001913; |
| NED-717-000001914 | to | NED-717-000001915; |
| NED-717-000001923 | to | NED-717-000001923; |
| NED-718-000000028 | to | NED-718-000000028; |
| NED-718-000000055 | to | NED-718-000000055; |
| NED-718-000000073 | to | NED-718-000000074; |
| NED-718-000000089 | to | NED-718-000000111; |
| NED-718-000000690 | to | NED-718-000000712; |
| NED-718-000000857 | to | NED-718-000000857; |
| NED-718-000000858 | to | NED-718-000000858; |
| NED-718-000000859 | to | NED-718-000000859; |
| NED-718-000000860 | to | NED-718-000000860; |
| NED-718-000000904 | to | NED-718-000000907; |
| NED-718-000000921 | to | NED-718-000000926; |
| NED-718-000000928 | to | NED-718-000000928; |
| NED-718-000000957 | to | NED-718-000000957; |
| NED-718-000000974 | to | NED-718-000000977; |
| NOP-700-000000155 | to | NOP-700-000000155; |
| NOP-700-000000156 | to | NOP-700-000000156; |
| NOP-700-000000157 | to | NOP-700-000000158; |
| NOP-700-000000161 | to | NOP-700-000000171; |
| NOP-700-000000172 | to | NOP-700-000000172; |
| NOP-700-000000173 | to | NOP-700-000000185; |
| NOP-700-000000186 | to | NOP-700-000000186; |
| NOP-700-000000187 | to | NOP-700-000000187; |

| | | |
|---|---|---|
| NOP-700-000000208 | to | NOP-700-000000210; |
| NOP-700-000000212 | to | NOP-700-000000214; |
| NOP-700-000000218 | to | NOP-700-000000219; |
| NOP-700-000000313 | to | NOP-700-000000319; |
| NOP-700-000000325 | to | NOP-700-000000326; |
| NOP-700-000000327 | to | NOP-700-000000329; |
| NOP-700-000000341 | to | NOP-700-000000342; |
| NOP-700-000000352 | to | NOP-700-000000359; |
| NOP-700-000000390 | to | NOP-700-000000395; |
| NOP-700-000000396 | to | NOP-700-000000396; |
| NOP-700-000000399 | to | NOP-700-000000412; |
| NOP-700-000000413 | to | NOP-700-000000416; |
| NOP-700-000000453 | to | NOP-700-000000457; |
| NOP-700-000000459 | to | NOP-700-000000462; |
| NOP-700-000001016 | to | NOP-700-000001026; |
| NOP-700-000001191 | to | NOP-700-000001191; |
| NOP-700-000001204 | to | NOP-700-000001206; |
| NOP-700-000001207 | to | NOP-700-000001211; |
| NOP-700-000001241 | to | NOP-700-000001241; |
| NOP-700-000001265 | to | NOP-700-000001289; |
| NOP-700-000001343 | to | NOP-700-000001345; |
| NOP-700-000001362 | to | NOP-700-000001387; |
| NOP-700-000001388 | to | NOP-700-000001390; |
| NOP-700-000001391 | to | NOP-700-000001393; |
| NOP-700-000001412 | to | NOP-700-000001412; |
| NOP-700-000001570 | to | NOP-700-000001571; |
| NOP-700-000001597 | to | NOP-700-000001598; |
| NOP-700-000001740 | to | NOP-700-000001742; |
| NOP-700-000001743 | to | NOP-700-000001743; |
| NOP-700-000001755 | to | NOP-700-000001755; |
| NOP-700-000001758 | to | NOP-700-000001759; |
| NOP-700-000001760 | to | NOP-700-000001760; |
| NOP-700-000001761 | to | NOP-700-000001761; |
| NOP-700-000001762 | to | NOP-700-000001765; |
| NOP-700-000001766 | to | NOP-700-000001767; |
| NOP-700-000001768 | to | NOP-700-000001778; |

| | | |
|---|---|---|
| NOP-700-000001933 | to | NOP-700-000001935; |
| NOP-700-000002022 | to | NOP-700-000002024; |
| NRE-701-000000176 | to | NRE-701-000000177; |
| NRE-701-000000894 | to | NRE-701-000000894; |
| NRE-701-000001994 | to | NRE-701-000001994; |
| NRE-701-000002200 | to | NRE-701-000002201; |
| NRE-701-000002209 | to | NRE-701-000002213; |
| NRE-701-000002230 | to | NRE-701-000002231; |
| NRE-701-000002232 | to | NRE-701-000002233; |
| NRE-701-000002251 | to | NRE-701-000002252; |
| NRE-701-000002254 | to | NRE-701-000002258; |
| NRE-701-000002405 | to | NRE-701-000002407; |
| NRE-703-000000805 | to | NRE-703-000000811; |
| NRE-707-000001560 | to | NRE-707-000001560; |
| NRE-707-000001570 | to | NRE-707-000001570; |
| NRE-707-000001571 | to | NRE-707-000001574; |
| NRE-707-000001575 | to | NRE-707-000001576; |
| NRE-707-000001578 | to | NRE-707-000001578; |
| NRE-707-000001580 | to | NRE-707-000001580; |
| NRE-707-000001583 | to | NRE-707-000001585; |
| NRE-707-000001588 | to | NRE-707-000001588; |
| NRE-707-000001595 | to | NRE-707-000001598; |
| NRE-707-000001602 | to | NRE-707-000001605; |
| NRE-707-000001613 | to | NRE-707-000001614; |
| NRE-707-000001616 | to | NRE-707-000001617; |
| NRE-707-000001717 | to | NRE-707-000001722; |
| NRE-708-000000001 | to | NRE-708-000000118; |
| NRE-708-000000241 | to | NRE-708-000000244; |
| NRE-708-000000245 | to | NRE-708-000000245; |
| NRE-708-000000275 | to | NRE-708-000000275; |
| NRE-708-000000565 | to | NRE-708-000000569; |
| NRE-708-000000570 | to | NRE-708-000000570; |
| NRE-708-000000739 | to | NRE-708-000000760; |
| NRE-708-000000769 | to | NRE-708-000000773; |
| NRE-708-000000801 | to | NRE-708-000000802; |
| NRE-708-000000913 | to | NRE-708-000000916; |

| | | |
|---|---|---|
| NRE-708-000001012 | to | NRE-708-000001018; |
| NRE-708-000001673 | to | NRE-708-000001681; |
| NRE-708-000001723 | to | NRE-708-000001731; |
| NRE-708-000001743 | to | NRE-708-000001759; |
| NRE-708-000002051 | to | NRE-708-000002057; |
| NRE-708-000002058 | to | NRE-708-000002060; |
| NRE-708-000002362 | to | NRE-708-000002362; |
| NRE-708-000002367 | to | NRE-708-000002367; |
| NRE-708-000002369 | to | NRE-708-000002369; |
| NRE-708-000002519 | to | NRE-708-000002522; |
| NRE-708-000002550 | to | NRE-708-000002550; |
| NRE-708-000002954 | to | NRE-708-000002956; |
| NRE-708-000002979 | to | NRE-708-000002979; |
| NRE-708-000003005 | to | NRE-708-000003005; |
| NRE-708-000003023 | to | NRE-708-000003023; |
| NRE-708-000003037 | to | NRE-708-000003037; |
| NRE-708-000003038 | to | NRE-708-000003039; |
| NRE-708-000003119 | to | NRE-708-000003120; |
| NRE-708-000003394 | to | NRE-708-000003395; |
| NRE-708-000003669 | to | NRE-708-000003669; |
| NRE-708-000003712 | to | NRE-708-000003712; |
| NRE-708-000003899 | to | NRE-708-000003902; |
| NRE-708-000003953 | to | NRE-708-000003953; |
| NRE-708-000003954 | to | NRE-708-000003954; |
| NRE-708-000004002 | to | NRE-708-000004003; |
| NRE-708-000004005 | to | NRE-708-000004015; |
| NRE-708-000004018 | to | NRE-708-000004018; |
| NRE-708-000004019 | to | NRE-708-000004019; |
| NRE-708-000004042 | to | NRE-708-000004042; |
| NRE-708-000004043 | to | NRE-708-000004043; |
| NRE-708-000004044 | to | NRE-708-000004044; |
| NRE-708-000004045 | to | NRE-708-000004045; |
| NRE-708-000004046 | to | NRE-708-000004046; |
| NRE-708-000004052 | to | NRE-708-000004054; |
| NRE-708-000004055 | to | NRE-708-000004055; |
| NRE-708-000004083 | to | NRE-708-000004083; |

| | | |
|---|---|---|
| NRE-708-000004156 | to | NRE-708-000004156; |
| NRE-708-000004192 | to | NRE-708-000004193; |
| NRE-708-000004230 | to | NRE-708-000004230; |
| NRE-708-000004326 | to | NRE-708-000004326; |
| NRE-708-000004384 | to | NRE-708-000004384; |
| NRE-708-000004527 | to | NRE-708-000004529; |
| NRE-709-000001550 | to | NRE-709-000001558; |
| NRE-709-000001564 | to | NRE-709-000001568; |
| NRE-709-000001569 | to | NRE-709-000001576; |
| NRE-709-000002106 | to | NRE-709-000002106; |
| NRE-709-000002151 | to | NRE-709-000002152; |
| NRE-709-000002157 | to | NRE-709-000002160; |
| NRE-709-000002203 | to | NRE-709-000002203; |
| NRE-709-000002378 | to | NRE-709-000002379; |
| NRE-709-000002385 | to | NRE-709-000002388; |
| NRE-710-000000001 | to | NRE-710-000000055; |
| NRE-710-000000103 | to | NRE-710-000000386; |
| NRE-710-000000389 | to | NRE-710-000000391; |
| NRE-710-000000392 | to | NRE-710-000000396; |
| NRE-710-000000397 | to | NRE-710-000000399; |
| NRE-710-000000456 | to | NRE-710-000000456; |
| NRE-710-000000569 | to | NRE-710-000000578; |
| NRE-710-000000580 | to | NRE-710-000000596; |
| NRE-710-000000597 | to | NRE-710-000000598; |
| NRE-710-000000651 | to | NRE-710-000000656; |
| NRE-710-000000657 | to | NRE-710-000000658; |
| NRE-710-000000659 | to | NRE-710-000000674; |
| NRE-710-000000675 | to | NRE-710-000000682; |
| NRE-710-000000683 | to | NRE-710-000000683; |
| NRE-710-000000684 | to | NRE-710-000000684; |
| NRE-710-000000685 | to | NRE-710-000000694; |
| NRE-710-000000718 | to | NRE-710-000000728; |
| NRE-710-000000729 | to | NRE-710-000000741; |
| NRE-710-000000742 | to | NRE-710-000000750; |
| NRE-710-000000763 | to | NRE-710-000000766; |
| NRE-710-000000767 | to | NRE-710-000000775; |

| | | |
|---|---|---|
| NRE-710-000000777 | to | NRE-710-000000777; |
| NRE-710-000000779 | to | NRE-710-000000781; |
| NRE-710-000000782 | to | NRE-710-000000782; |
| NRE-710-000000783 | to | NRE-710-000000784; |
| NRE-710-000000785 | to | NRE-710-000000786; |
| NRE-710-000000787 | to | NRE-710-000000789; |
| NRE-710-000000790 | to | NRE-710-000000791; |
| NRE-710-000000813 | to | NRE-710-000000813; |
| NRE-710-000000814 | to | NRE-710-000000815; |
| NRE-710-000000817 | to | NRE-710-000000818; |
| NRE-710-000000819 | to | NRE-710-000000819; |
| NRE-710-000000820 | to | NRE-710-000000825; |
| NRE-710-000000826 | to | NRE-710-000000827; |
| NRE-710-000000828 | to | NRE-710-000000829; |
| NRE-710-000000830 | to | NRE-710-000000833; |
| NRE-710-000000835 | to | NRE-710-000000836; |
| NRE-710-000000837 | to | NRE-710-000000837; |
| NRE-710-000000838 | to | NRE-710-000000838; |
| NRE-710-000000839 | to | NRE-710-000000840; |
| NRE-710-000000841 | to | NRE-710-000000842; |
| NRE-710-000000843 | to | NRE-710-000000845; |
| NRE-710-000000849 | to | NRE-710-000000851; |
| NRE-710-000000852 | to | NRE-710-000000852; |
| NRE-710-000000853 | to | NRE-710-000000859; |
| NRE-710-000000860 | to | NRE-710-000000864; |
| NRE-710-000000865 | to | NRE-710-000000874; |
| NRE-710-000000875 | to | NRE-710-000000876; |
| NRE-710-000000878 | to | NRE-710-000000881; |
| NRE-710-000000882 | to | NRE-710-000000883; |
| NRE-710-000000884 | to | NRE-710-000000884; |
| NRE-710-000000885 | to | NRE-710-000000886; |
| NRE-710-000000887 | to | NRE-710-000000887; |
| NRE-710-000000889 | to | NRE-710-000000894; |
| NRE-710-000000933 | to | NRE-710-000000949; |
| NRE-710-000000950 | to | NRE-710-000000953; |
| NRE-710-000001037 | to | NRE-710-000001040; |

| | | |
|---|---|---|
| NRE-710-000001085 | to | NRE-710-000001091; |
| NRE-710-000001092 | to | NRE-710-000001105; |
| NRE-710-000001106 | to | NRE-710-000001106; |
| NRE-710-000001161 | to | NRE-710-000001170; |
| NRE-710-000001171 | to | NRE-710-000001172; |
| NRE-710-000001173 | to | NRE-710-000001188; |
| NRE-710-000001189 | to | NRE-710-000001192; |
| NRE-710-000001194 | to | NRE-710-000001194; |
| NRE-710-000001198 | to | NRE-710-000001198; |
| NRE-710-000001199 | to | NRE-710-000001200; |
| NRE-710-000001202 | to | NRE-710-000001204; |
| NRE-710-000001205 | to | NRE-710-000001210; |
| NRE-710-000001211 | to | NRE-710-000001212; |
| NRE-710-000001213 | to | NRE-710-000001214; |
| NRE-710-000001220 | to | NRE-710-000001250; |
| NRE-710-000001251 | to | NRE-710-000001257; |
| NRE-710-000001282 | to | NRE-710-000001303; |
| NRE-710-000001329 | to | NRE-710-000001331; |
| NRE-710-000001336 | to | NRE-710-000001342; |
| NRE-712-000000010 | to | NRE-712-000000011; |
| NRE-712-000000012 | to | NRE-712-000000012; |
| NRE-712-000000030 | to | NRE-712-000000031; |
| NRE-712-000000070 | to | NRE-712-000000072; |
| NRE-712-000000085 | to | NRE-712-000000086; |
| NRE-712-000000105 | to | NRE-712-000000106; |
| NRE-712-000000222 | to | NRE-712-000000222; |
| NRE-712-000000236 | to | NRE-712-000000238; |
| NRE-712-000000303 | to | NRE-712-000000304; |
| NRE-712-000000307 | to | NRE-712-000000307; |
| NRE-712-000000323 | to | NRE-712-000000324; |
| NRE-712-000000372 | to | NRE-712-000000373; |
| NRE-712-000000374 | to | NRE-712-000000377; |
| NRE-712-000000458 | to | NRE-712-000000459; |
| NRE-712-000000460 | to | NRE-712-000000461; |
| NRE-712-000000498 | to | NRE-712-000000501; |
| NRE-712-000000537 | to | NRE-712-000000537; |

| | | |
|---|---|---|
| NRE-712-000000583 | to | NRE-712-000000586; |
| NRE-712-000000591 | to | NRE-712-000000595; |
| NRE-712-000000722 | to | NRE-712-000000722; |
| NRE-712-000000738 | to | NRE-712-000000740; |
| NRE-712-000000753 | to | NRE-712-000000753; |
| NRE-712-000000809 | to | NRE-712-000000811; |
| NRE-712-000001015 | to | NRE-712-000001015; |
| NRE-712-000001016 | to | NRE-712-000001017; |
| NRE-712-000001021 | to | NRE-712-000001021; |
| NRE-712-000001069 | to | NRE-712-000001070; |
| NRE-712-000001083 | to | NRE-712-000001083; |
| NRE-712-000001085 | to | NRE-712-000001085; |
| NRE-712-000001089 | to | NRE-712-000001092; |
| NRE-712-000001097 | to | NRE-712-000001102; |
| NRE-713-000000037 | to | NRE-713-000000041; |
| NRE-713-000000053 | to | NRE-713-000000057; |
| NRE-713-000000060 | to | NRE-713-000000062; |
| NRE-713-000000063 | to | NRE-713-000000064; |
| NRE-713-000000282 | to | NRE-713-000000286; |
| NRE-713-000000287 | to | NRE-713-000000287; |
| NRE-713-000000288 | to | NRE-713-000000289; |
| NRE-713-000000290 | to | NRE-713-000000291; |
| NRE-713-000000292 | to | NRE-713-000000292; |
| NRE-713-000000293 | to | NRE-713-000000293; |
| NRE-713-000000294 | to | NRE-713-000000295; |
| NRE-713-000000296 | to | NRE-713-000000296; |
| NRE-713-000000297 | to | NRE-713-000000297; |
| NRE-713-000000298 | to | NRE-713-000000300; |
| NRE-713-000000301 | to | NRE-713-000000302; |
| NRE-713-000000303 | to | NRE-713-000000303; |
| NRE-713-000000304 | to | NRE-713-000000304; |
| NRE-714-000000079 | to | NRE-714-000000083; |
| NRE-714-000000084 | to | NRE-714-000000094; |
| NRE-714-000000399 | to | NRE-714-000000401; |
| NRE-715-000000027 | to | NRE-715-000000027; |
| NRE-715-000000077 | to | NRE-715-000000077; |

| | | |
|---|---|---|
| NRE-715-000000223 | to | NRE-715-000000224; |
| NRE-715-000000232 | to | NRE-715-000000240; |
| NRE-715-000000330 | to | NRE-715-000000485; |
| NRE-715-000000526 | to | NRE-715-000000527; |
| NRE-715-000000652 | to | NRE-715-000000653; |
| NRE-715-000001098 | to | NRE-715-000001099; |
| NRE-715-000001200 | to | NRE-715-000001201; |
| NRE-715-000002577 | to | NRE-715-000002579; |
| NRE-715-000002584 | to | NRE-715-000002584; |
| NRE-715-000002585 | to | NRE-715-000002586; |
| NRE-715-000002587 | to | NRE-715-000002588; |
| NRE-715-000002589 | to | NRE-715-000002590; |
| NRE-715-000002591 | to | NRE-715-000002592; |
| NRE-715-000002593 | to | NRE-715-000002595; |
| NRE-715-000002596 | to | NRE-715-000002597; |
| NRE-715-000002599 | to | NRE-715-000002599; |
| NRE-715-000002600 | to | NRE-715-000002600; |
| NRE-715-000002612 | to | NRE-715-000002612; |
| NRE-715-000002625 | to | NRE-715-000002625; |
| NRE-715-000002639 | to | NRE-715-000002639; |
| NRE-715-000002640 | to | NRE-715-000002642; |
| NRE-715-000002643 | to | NRE-715-000002643; |
| NRE-715-000002655 | to | NRE-715-000002655; |
| NRE-715-000002656 | to | NRE-715-000002656; |
| NRE-715-000002657 | to | NRE-715-000002659; |
| NRE-715-000002660 | to | NRE-715-000002660; |
| NRE-715-000002683 | to | NRE-715-000002686; |
| NRE-715-000002696 | to | NRE-715-000002696; |
| NRE-715-000002717 | to | NRE-715-000002717; |
| NRE-715-000002718 | to | NRE-715-000002718; |
| NRE-715-000002719 | to | NRE-715-000002719; |
| NRE-715-000002720 | to | NRE-715-000002721; |
| NRE-715-000002722 | to | NRE-715-000002723; |
| NRE-715-000002724 | to | NRE-715-000002724; |
| NRE-715-000002725 | to | NRE-715-000002725; |
| NRE-715-000002740 | to | NRE-715-000002740; |

| | | |
|---|---|---|
| NRE-715-000002741 | to | NRE-715-000002742; |
| NRE-715-000002743 | to | NRE-715-000002744; |
| NRE-715-000002746 | to | NRE-715-000002746; |
| NRE-715-000002747 | to | NRE-715-000002747; |
| NRE-715-000002748 | to | NRE-715-000002749; |
| NRE-715-000002750 | to | NRE-715-000002751; |
| NRE-715-000002754 | to | NRE-715-000002754; |
| NRE-715-000002782 | to | NRE-715-000002783; |
| NRE-715-000002791 | to | NRE-715-000002792; |
| NRE-715-000002794 | to | NRE-715-000002794; |
| NRE-716-000000183 | to | NRE-716-000000184; |
| NRE-716-000001810 | to | NRE-716-000001814; |
| NRE-717-000001832 | to | NRE-717-000001839; |
| NRE-717-000001840 | to | NRE-717-000001840; |
| NRE-717-000001988 | to | NRE-717-000001996; |
| NRE-717-000001997 | to | NRE-717-000002004; |
| NRE-717-000002005 | to | NRE-717-000002012; |
| NRE-720-000001774 | to | NRE-720-000001775; |
| NRE-720-000001973 | to | NRE-720-000001973; |
| NRE-720-000001974 | to | NRE-720-000001974; |
| NRE-721-000001302 | to | NRE-721-000001311; |
| NRE-723-000000810 | to | NRE-723-000000844; |
| NRE-724-000000579 | to | NRE-724-000000582; |
| NRE-724-000000682 | to | NRE-724-000000682; |
| NRE-724-000000733 | to | NRE-724-000000733; |
| NRE-725-000000614 | to | NRE-725-000000614; |
| NRE-725-000000637 | to | NRE-725-000000637; |
| NRE-725-000001591 | to | NRE-725-000001593; |
| NRE-725-000001594 | to | NRE-725-000001595; |
| NRE-725-000001596 | to | NRE-725-000001603; |
| NRE-725-000001604 | to | NRE-725-000001616; |
| NRE-725-000001635 | to | NRE-725-000001646; |
| NRE-725-000001665 | to | NRE-725-000001678; |
| NRE-725-000001691 | to | NRE-725-000001693; |
| NRE-725-000001694 | to | NRE-725-000001697; |
| NRE-725-000001703 | to | NRE-725-000001715; |

| | | |
|---|---|---|
| NRE-725-000001730 | to | NRE-725-000001741; |
| NRE-725-000001742 | to | NRE-725-000001745; |
| NRE-725-000001763 | to | NRE-725-000001766; |
| NRE-725-000001769 | to | NRE-725-000001777; |
| NRE-725-000001778 | to | NRE-725-000001790; |
| NRE-725-000001808 | to | NRE-725-000001819; |
| NRE-725-000001824 | to | NRE-725-000001835; |
| NRE-725-000001836 | to | NRE-725-000001838; |
| NRE-725-000001839 | to | NRE-725-000001845; |
| NRE-725-000001846 | to | NRE-725-000001849; |
| NRE-725-000001850 | to | NRE-725-000001854; |
| NRE-725-000001855 | to | NRE-725-000001866; |
| NRE-725-000001873 | to | NRE-725-000001886; |
| NRE-725-000001908 | to | NRE-725-000001917; |
| NRE-727-000001571 | to | NRE-727-000001571; |
| NRE-727-000001579 | to | NRE-727-000001579; |
| NRE-727-000001580 | to | NRE-727-000001580; |
| NRE-727-000001582 | to | NRE-727-000001582; |
| NRE-727-000001583 | to | NRE-727-000001583; |
| NRE-727-000001586 | to | NRE-727-000001586; |
| NRE-727-000001620 | to | NRE-727-000001626; |
| NRE-727-000001627 | to | NRE-727-000001627; |
| NRE-727-000001628 | to | NRE-727-000001628; |
| NRE-727-000001637 | to | NRE-727-000001637; |
| NRE-727-000001642 | to | NRE-727-000001642; |
| NRE-727-000001649 | to | NRE-727-000001650; |
| NRE-727-000001651 | to | NRE-727-000001652; |
| NRE-727-000001653 | to | NRE-727-000001654; |
| NRE-727-000001655 | to | NRE-727-000001655; |
| NRE-727-000001656 | to | NRE-727-000001656. |

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

| | | |
|---|---|---|
| NCT-701-000000700 | to | NCT-701-000000709; |
| NCT-701-000000710 | to | NCT-701-000000719; |
| NCT-701-000000757 | to | NCT-701-000000761; |
| NCT-701-000000794 | to | NCT-701-000000797; |
| NCT-701-000000929 | to | NCT-701-000000930; |
| NCT-701-000000931 | to | NCT-701-000000932; |
| NCT-701-000000933 | to | NCT-701-000000933; |
| NCT-701-000001006 | to | NCT-701-000001006; |
| NCT-701-000001036 | to | NCT-701-000001036; |
| NCT-701-000001039 | to | NCT-701-000001039; |
| NCT-701-000001254 | to | NCT-701-000001254; |
| NCT-701-000001257 | to | NCT-701-000001259; |
| NCT-701-000001260 | to | NCT-701-000001261; |
| NCT-701-000001265 | to | NCT-701-000001265; |
| NCT-701-000001541 | to | NCT-701-000001541; |
| NCT-701-000001543 | to | NCT-701-000001543; |
| NCT-701-000001557 | to | NCT-701-000001557; |
| NCT-701-000001559 | to | NCT-701-000001559; |
| NCT-701-000001574 | to | NCT-701-000001574; |
| NCT-701-000001576 | to | NCT-701-000001577; |
| NCT-701-000001578 | to | NCT-701-000001578; |
| NCT-701-000001674 | to | NCT-701-000001674; |
| NCT-701-000001684 | to | NCT-701-000001684; |
| NCT-701-000001686 | to | NCT-701-000001686; |
| NCT-701-000001688 | to | NCT-701-000001688; |
| NCT-701-000001690 | to | NCT-701-000001690; |
| NCT-701-000001738 | to | NCT-701-000001738; |

| | | |
|---|---|---|
| NCT-701-000001739 | to | NCT-701-000001739; |
| NCT-701-000001742 | to | NCT-701-000001742; |
| NCT-701-000001743 | to | NCT-701-000001743; |
| NCT-701-000001842 | to | NCT-701-000001842; |
| NCT-701-000001843 | to | NCT-701-000001843; |
| NCT-701-000001844 | to | NCT-701-000001844; |
| NCT-701-000001851 | to | NCT-701-000001851; |
| NCT-701-000001852 | to | NCT-701-000001853; |
| NCT-701-000001856 | to | NCT-701-000001857; |
| NCT-701-000001858 | to | NCT-701-000001859; |
| NCT-701-000001862 | to | NCT-701-000001862; |
| NCT-701-000001865 | to | NCT-701-000001865; |
| NCT-701-000001866 | to | NCT-701-000001866; |
| NCT-701-000001875 | to | NCT-701-000001878; |
| NCT-701-000001879 | to | NCT-701-000001879; |
| NCT-701-000001881 | to | NCT-701-000001881; |
| NCT-701-000001883 | to | NCT-701-000001883; |
| NCT-701-000001917 | to | NCT-701-000001924; |
| NCT-701-000002163 | to | NCT-701-000002194; |
| NCT-701-000002195 | to | NCT-701-000002205; |
| NCT-701-000002228 | to | NCT-701-000002228; |
| NCT-701-000002229 | to | NCT-701-000002229; |
| NCT-701-000002379 | to | NCT-701-000002379; |
| NCT-701-000002382 | to | NCT-701-000002382; |
| NCT-701-000002383 | to | NCT-701-000002383; |
| NCT-701-000002392 | to | NCT-701-000002394; |
| NCT-701-000002411 | to | NCT-701-000002416; |
| NCT-701-000002417 | to | NCT-701-000002421; |
| NCT-701-000002422 | to | NCT-701-000002426; |
| NCT-701-000002432 | to | NCT-701-000002432; |
| NCT-701-000002442 | to | NCT-701-000002446; |
| NCT-701-000002447 | to | NCT-701-000002451; |
| NCT-701-000002452 | to | NCT-701-000002455; |
| NCT-701-000002461 | to | NCT-701-000002461; |
| NCT-701-000002463 | to | NCT-701-000002463; |
| NCT-701-000002465 | to | NCT-701-000002465; |

| | | |
|---|---|---|
| NCT-701-000002467 | to | NCT-701-000002467; |
| NCT-701-000002468 | to | NCT-701-000002468; |
| NCT-701-000002473 | to | NCT-701-000002473; |
| NCT-701-000002497 | to | NCT-701-000002497; |
| NCT-701-000002498 | to | NCT-701-000002498; |
| NCT-701-000002501 | to | NCT-701-000002502; |
| NCT-701-000002503 | to | NCT-701-000002504; |
| NCT-701-000002505 | to | NCT-701-000002506; |
| NCT-701-000002510 | to | NCT-701-000002510; |
| NCT-701-000002521 | to | NCT-701-000002525; |
| NCT-701-000002526 | to | NCT-701-000002530; |
| NCT-701-000002531 | to | NCT-701-000002535; |
| NCT-701-000002536 | to | NCT-701-000002540; |
| NCT-701-000002541 | to | NCT-701-000002541; |
| NCT-701-000002561 | to | NCT-701-000002561; |
| NCT-701-000002566 | to | NCT-701-000002566; |
| NCT-701-000002579 | to | NCT-701-000002583; |
| NCT-701-000002585 | to | NCT-701-000002587; |
| NCT-701-000002612 | to | NCT-701-000002612; |
| NCT-701-000002616 | to | NCT-701-000002616; |
| NCT-701-000002627 | to | NCT-701-000002630; |
| NCT-701-000002652 | to | NCT-701-000002652; |
| NCT-701-000002653 | to | NCT-701-000002653; |
| NCT-701-000002654 | to | NCT-701-000002654; |
| NCT-701-000002658 | to | NCT-701-000002658; |
| NCT-701-000002672 | to | NCT-701-000002675; |
| NCT-701-000002688 | to | NCT-701-000002692; |
| NCT-701-000002693 | to | NCT-701-000002697; |
| NCT-701-000002698 | to | NCT-701-000002702; |
| NCT-701-000002703 | to | NCT-701-000002707; |
| NCT-701-000002708 | to | NCT-701-000002712; |
| NCT-701-000002713 | to | NCT-701-000002717; |
| NCT-701-000002718 | to | NCT-701-000002722; |
| NCT-701-000002723 | to | NCT-701-000002727; |
| NCT-701-000002728 | to | NCT-701-000002732; |
| NCT-701-000002733 | to | NCT-701-000002737; |

| | | |
|---|---|---|
| NCT-701-000002738 | to | NCT-701-000002738; |
| NCT-701-000002739 | to | NCT-701-000002739; |
| NCT-701-000002740 | to | NCT-701-000002740; |
| NCT-701-000002741 | to | NCT-701-000002741; |
| NCT-701-000002755 | to | NCT-701-000002755; |
| NCT-701-000002756 | to | NCT-701-000002757; |
| NCT-701-000002758 | to | NCT-701-000002759; |
| NCT-701-000002760 | to | NCT-701-000002761; |
| NCT-701-000002762 | to | NCT-701-000002763; |
| NCT-701-000002764 | to | NCT-701-000002765; |
| NCT-701-000002766 | to | NCT-701-000002767; |
| NCT-701-000002772 | to | NCT-701-000002772; |
| NCT-701-000002797 | to | NCT-701-000002797; |
| NCT-701-000002798 | to | NCT-701-000002799; |
| NCT-701-000002800 | to | NCT-701-000002801; |
| NCT-701-000002802 | to | NCT-701-000002803; |
| NCT-701-000002804 | to | NCT-701-000002805; |
| NED-712-000001776 | to | NED-712-000001776; |
| NED-712-000001778 | to | NED-712-000001778; |
| NRE-708-000000121 | to | NRE-708-000000126; |
| NRE-708-000003627 | to | NRE-708-000003634; |
| NRE-708-000003642 | to | NRE-708-000003644; |
| NRE-708-000003688 | to | NRE-708-000003699; |
| NRE-708-000003714 | to | NRE-708-000003714; |
| NRE-708-000003750 | to | NRE-708-000003751; |
| NRE-708-000004741 | to | NRE-708-000004741; |
| NRE-708-000004876 | to | NRE-708-000004876; |
| NRE-708-000004954 | to | NRE-708-000004954; |
| NRE-708-000005491 | to | NRE-708-000005492; |
| NRE-708-000005493 | to | NRE-708-000005493; |
| NRE-708-000005494 | to | NRE-708-000005494; |
| NRE-708-000005495 | to | NRE-708-000005495; |
| NRE-708-000005496 | to | NRE-708-000005496; |
| NRE-716-000001440 | to | NRE-716-000001447. |

The United States' privilege log is attached.

                    Respectfully submitted,

                    JEFFREY S. BUCHOLTZ
                    Acting Assistant Attorney General

                    PHYLLIS J. PYLES
                    Director, Torts Branch

                    JAMES G. TOUHEY, JR.
                    Assistant Director, Torts Branch

                    s/ James F. McConnon, Jr.
                    JAMES F. McCONNON, JR.
                    Trial Attorney, Torts Branch, Civil Division
                    U.S. Department of Justice
                    Benjamin Franklin Station, P.O. Box 888
                    Washington, D.C.  20044
                    (202) 616-4400/ (202) 616-5200 (Fax)
                    Attorneys for the United States

Dated: April 17, 2008

## CERTIFICATE OF SERVICE

      I, James F. McConnon, Jr., hereby certify that on April 17, 2008, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                                    s/ James F. McConnon, Jr.
                                    JAMES F. McCONNON, JR.