UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO:<br>    Weeks, C.A. No. 07-00112 | * <br> * | SECTION "K" (2) |

* * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come defendants, Eagan Insurance Agency, Inc. and Chris Nungesser, who move this Court to enroll Marcelle P. Mouledoux, of the firm Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P. as additional counsel of record for defendants in these proceedings.

          Respectfully submitted,

          **LOWE, STEIN, HOFFMAN,**
           **ALLWEISS & HAUVER, L.L.P.**


         */s/ Max J. Cohen*
         **MAX J. COHEN (17515)**
         **701 Poydras Street, Suite 3600**
         **New Orleans, Louisiana 70139-7735**
         **(504) 581-2450**
         **(504) 581-2461 (Fax)**
         **Attorney for Eagan Insurance Agency, Inc.**
         **and Chris J. Nungesser**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding by hand delivery, by fax, by Federal Express, or by placing a copy in the United States Mail, postage prepaid and properly addressed this 17th day of April, 2008.

         */s/ Max J. Cohen*
         **MAX J. COHEN**