UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: <br> Weeks, C.A. No. 07-00112 | * <br> * | SECTION "K" (2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

The foregoing motion considered:

**IT IS ORDERED** that Marcelle P. Mouledoux of the firm Lowe, Stein, Hoffman, Allweiss & Hauver L.L.P., be and is hereby enrolled as additional counsel of record for defendants, Eagan Insurance Agency, Inc. and Chris Nungesser, in these proceedings.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2008.

_____
**DISTRICT COURT JUDGE**