UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Rodney</u>, 07-1742 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

**IT IS ORDERED** that the **Settlement Conference**, previously set in this matter on **APRIL 21, 2008 at 3:00 p.m.** before me, will be conducted by telephone. Counsel may participate in the conference by calling the undersigned magistrate judge's chambers at 504-589-7630 at the designated time.

New Orleans, Louisiana, this __17th__ day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE