UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Voth</u>, 07-4393 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

At the request of Ryan Reece, counsel for plaintiff, and having been advised that opposing counsel agrees to the change, **IT IS ORDERED** that the preliminary conference previously set in this matter on May 13, 2008, is hereby RESET on **MAY 21, 2008 at 2:30 p.m.** before me.

New Orleans, Louisiana, this __18th__ day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE