UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
|---|---|
| PERTAINS TO: *Robinson* (No. 06-2268) | |

**FOURTH SUPPLEMENT TO JOINT EXHIBIT LIST IN SUPPORT OF PLAINTIFFS' AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION CONCERNING IMMUNITY UNDER 33 U.S.C. § 702c**

The parties hereby supplement the comprehensive Joint Exhibit List (R.D. 10432) used in support of both parties' respective motions for summary judgment/summary adjudication concerning immunity under 33 U.S.C. § 702c. A complete copy of each exhibit in this supplement or, if the exhibit is incomplete, the most complete version of the exhibit in the parties' possession, custody, or control, will be filed into the record as specified on the accompanying Notice of Manual Attachment.

| Exh. No. | Document | Date |
|---|---|---|
| 91 | Charles L. Bretschneider & J. Ian Collins, Storm Surge Effects of the Mississippi River-Gulf Outlet (1966). | 9-Sept-66 |
| 92 | Mississippi River-Gulf Outlet General Reevaluation Study Report (USACE September 2005). | 1-Sept-05 |
| 93 | Map depicting the reaches of the Mississippi River Gulf Outlet (2008) | 18-Apr-08 |

1

Dated:  April 18, 2008                                  Respectfully submitted,

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298

**United States Department of Justice**

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Counsel, Torts Branch

JOHN A. WOODCOCK
s/ John A. Woodcock
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4400 / (202) 616-5200 (fax)

## **CERTIFICATE OF SERVICE**

I, John A. Woodcock, hereby certify that on April 18, 2008, I served the Fourth Supplement to Joint Exhibit List in Support of Plaintiffs' and Defendant's Motions for Summary Judgment/Adjudication Concerning Immunity under 33 U.S.C. § 702c upon all counsel of record via ECF.

s/ John A. Woodcock