**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WFP | 005 | WFP-005-000000001 | WFP-005-000000027 | Department of Commerce; NOAA; Meteorological Development Laboratory | William Shaffer | KC771 | 4/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| WFP | 006 | WFP-006-000000001 | WFP-006-000000195 | National Climatic Data Center | Not Available | KC772 | 4/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NCDC |
| EFP | 586 | EFP-586-000000001 | EFP-586-000000085 | USACE; ERDC; PA | Wayne Stroupe | KC773 | 4/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Public Affairs |
| EFP | 587 | EFP-587-000000001 | EFP-587-000000268 | USACE; ERDC; GSL | Johannes Wibowo | KC774 | 4/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical Structures Lab |
| EFP | 588 | EFP-588-000000001 | EFP-588-000000394 | USACE; ERDC; GSL | Johannes Wibowo | KC774 | 4/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical Structures Lab |
| EFP | 589 | EFP-589-000000001 | EFP-589-000000250 | USACE; ERDC; GSL | Johannes Wibowo | KC774 | 4/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical Structures Lab |
| EFP | 590 | EFP-590-000000001 | EFP-590-000000093 | USACE; ERDC; GSL | Johannes Wibowo | KC774 | 4/18/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical Structures Lab |