UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**DECLARATION OF PLAINTIFFS' LIAISON COUNSEL, JOSEPH M. BRUNO, IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT**

1. I am Plaintiffs' Liaison Counsel in the above-entitled litigation. I make this declaration in support of Plaintiffs' Motion to Amend Complaint. I have personal knowledge of the following facts and, if called and sworn, would competently testify as follows:

2. The expansion of the navigation lock in the Inner Harbor Navigation Canal ("IHNC") at its intersection with the Mississippi River was authorized as a component of the Mississippi River Gulf Outlet ("MR-GO") by the Congress of the United States in the legislation authorizing the construction of the Mississippi River Gulf Outlet in 1956.

3. The United States Army Corps of Engineers ("Corps") contracted with Morrison Knudson, now Washington Group International ("WGI"), to do the environmental remediation and excavation of the site in the IHNC for the construction of the new lock. The site is located on the eastern side of the Lower 9th Ward hurricane protection structure between Florida Avenue and Claiborne Avenue in New Orleans. WGI performed this remediation and excavation between 1999 and 2005.

1

4. Plaintiffs have developed information tending to show that WGI's work damaged the hurricane protection structure adjacent to the work site, causing and/or contributing to flooding of the Lower 9th Ward and upper St. Bernard Parish during Hurricane Katrina.

5. Counsel for the United States has been on notice for at least one and half years of the problems with respect to WGI's work.

6. Allegations against WGI for its negligent work were first made in a Complaint filed against WGI in September of 2005. Allegations were also made against the Corps as the contracting party responsible for the negligent performance of WGI's work in the MR-GO Master Consolidated Class Action Complaint filed on March 15, 2007.

7. I have repeatedly advised counsel for the United States that these claims were being asserted in the *Robinson* Complaint against the Corps and that the *Robinson* Complaint would be amended to conform to the MR-GO Master Consolidated Class Action Complaint.

8. The Motion to Amend Complaint was not filed earlier because Plaintiffs' counsel were evaluating a draft expert report from Dr. Bob Bea, a Professor of Civil Engineering at the University of California at Berkeley, which I received only last month. (Attached hereto as Exhibit "A" is a true and correct copy of relevant excerpts from Dr. Bea's draft expert report). Moreover, it was not until yesterday, April 17, 2008, that plaintiffs were able to take depositions in Boise, Idaho of designated WGI representatives (Steve Roe and Anne Veigel) with knowledge about its work on the IHNC Lock Expansion Project. In addition, Plaintiffs' counsel have been engaged in massive discovery efforts, expert witness development, depositions of fact witnesses, and briefing and arguing 702c summary judgment motions.

3

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2008, in New Orleans, Louisiana.


                                                                s/ Joseph M. Bruno
                                                                JOSEPH M. BRUNO

4

**CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on April 18, 2008, I caused to be served **DECLARATION OF PLAINTIFFS' LIAISON COUNSEL, JOSEPH M. BRUNO, IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell