

Figure 18: Boland Marine site structure removals and excavations at North end of EBIA (WGI 2005).



Figure 19: Saucier site structure removals and excavations at South end of EBIA (WGI 2005).

37. For remediation, the specifications required the canal bank be excavated to a depth four feet below the existing grade and 15 feet from the edge of the water onto land. When possible, the work was done during low tide to facilitate visual observation of the work. When work was completed, the landside of these excavations became the 'new' shoreline. In one case, a very extensive borrow pit was excavated midway along the EBIA to provide backfill materials for some of the excavations (Figure 20). The east side of this borrow pit was about 30 feet from the floodwall. Because of concerns for seepage under the floodwall, clay was placed on the eastern wall of the borrow pit (Figure 21). After removal of the borrow materials the pit was flooded with water from the IHNC bringing the IHNC waters to the toe of the levee (Figure 22).



222110904-05 Clay wedge placed in Area 1 excavation to rebuild small section of original levee removed during remediation

Figure 20: Excavations for soil borrow pit adjacent to flood wall (WGI 2005).

26



Figure 21: Excavations for soil borrow pit adjacent to flood wall (WGI 2005). Excavation was subsequently flooded with water from IHNC.



Figure 22: Soil borrow pit breached bringing IHNC waters to within 100 feet of the floodwall (WGI 2005).

**DRAFT COPY**

38. It is reported by WGI ("Technical Completion Report," 2005) that in the majority of cases the canal bank was excavated as required to a depth of four feet, additional observations of contamination prompted excavations to depths exceeding nine feet. The records provided by WGI indicate that a total of 12,259 tons of contaminated soils were removed from the Boland site and 35,636 tons of contaminated soils were removed from the Saucer site.

39. In addition to removal of canal-side soils that had previously provided stability and protection to the flood protection structure, numerous underground storage tanks and debris were removed. At the Saucer site, large underground storage tanks had to be removed. In addition, a buried railroad tank car required construction of a cofferdam so that the tank car could be filled with air, floated free, lifted and transported from the site (Figures 23 - 25). At the northern Boland site, a wharf extended along most of the IHNC. Following removal of the wharf materials, the piles comprising the foundation were pulled and transported from the site. Excavations to remove contaminated soils were made immediately adjacent to the floodwall at the Boland Marine Site (Figures 26 - 27).



088020502-11 BOL – North Waler Installed At –16' Elevation In cofferdam At #004

Figure 23: Cofferdam at Boland Marine site dug to depth exceeding 25 feet (WGI 2005).



Figure 24: Cofferdam at Boland Marine site dug to depth exceeding 20 feet. Water entry was associated with penetration of organic layers encountered at – 16 feet (WGI 2005).

29



104040402-10 BOL – Lifting Tanker From Inside The Cofferdam – Stewart Construction

Figure 25: Removing buried railroad tank car inside coffer dam at Boland Marine site (WGI 2005).



Figure 26: Excavations to remove contaminated soils at Boland Marine site immediately adjacent to floodwall (WGI 2005).

30


Figure 27: Excavations to remove contaminated soils at Boland Marine site immediately adjacent to floodwall (WGI 2005).

40. Fill used to backfill the excavations ranged from imported sand (Figures 28 and 29) to 're-worked' fill materials from the EBIA.


Figure 28: Backfilling excavations with imported sand at Boland Marine site (WGI 2005).

31


Figure 29: Backfilling excavations with imported sand at Boland Marine site (WGI 2005).

41.     The excavations consistently encountered a "buried swamp" at an elevation between approximately –15 feet and –25 feet (MSL) (Figures 30 - 32).


Figure 30: Buried cypress tree stumps encountered in borrow pit at McDonough Marine (WGI 2005). Note proximity of flood wall in background.



Figure 31: Cypress swamp vegetation encountered in borrow pit (WGI 2005).



Figure 32: Cypress swamp tree trunk removed from borrow pit (WGI 2005).

42. The effects of these site remediation activities clearly extended well below the specified soil excavation levels cited earlier. Removal of barges, piles, and underground storage tanks could easily have reached to elevations of minus 10 feet to 25 feet; thus intersecting the underlying marsh deposits (Figures 20 - 27).

43. WGI completed its work, removed its equipment, and demobilized from the job site in May 2005 (WGI 2005).

44. The information that is available clearly indicates a high degree of correlation of the site remediation work conducted by WGI at the EBIA sites and the breach locations in the flood protection structure adjacent to the Lower 9th Ward. This remediation work (removal of soils, formation of cavities, vibrations) very probably had important effects on the soils relied upon to provide stability and protection for the flood protection structure. Removal and disturbance of the surface soils overlying the permeable subsoils (Marsh and Swamp layers) would have facilitated the under seepage.

45. Information regarding waterside excavations indicate that work near the area of the breaches placed permeable material down to elevations of approximately –25 feet, more than 10 feet deeper than the sheet pile tip; thus producing significantly shorter paths for hydraulic pressures to reach beneath the embankment soils and levee toe, starting material saturation and softening potentially faster, as opposed to the subsoils being hydraulically charged from more than two hundred feet away (e.g. charged from the IHNC canal).  Figures 33 through 36 show an evolution of the excavation along the IHNC waterside, and how alarmingly close the IHNC canal was moved to the floodwall early in 2005.  Figures 34 and 35 shows excavations located from 10 to 60 feet from the I-walls.



Figure 33: East bank of IHNC as of October 18, 1996 (Bea and Cobos-Roa 2008).



Figure 34: East bank of IHNC as of November 13, 2002 (Bea and Cobos-Roa 2008).

36



Figure 35: East bank of IHNC as of April 13, 2005 (Bea and Cobos-Roa 2008).

**DRAFT COPY**



Figure 36: East bank of IHNC as of September 2, 2005 (Bea and Cobos-Roa 2008).