**Andy Owen**

| | |
|---|---|
| **From:** | pierceodonnell@att.blackberry.net |
| **Sent:** | Wednesday, April 09, 2008 10:44 AM |
| **To:** | Robin Smith |
| **Cc:** | Joe Bruno |
| **Subject:** | Motion to Amend |

Robin
Can you tell me if it remains the position of the United States that it will oppose any motion to amend the Robinson?  We plan to allege negligence as to the excavation on the east side of the IHNC and its impact on the floodwalls and the widening of the MR-GO Reach 2 channel and its impact on the EBSBs. Would you please advise me as to your position. Thank you for your courtesy. Pierce Sent via BlackBerry by AT&T