# DISPOSITION FORM

For use of this form, see AR 340-15, the proponent agency is TAGCEN.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| LMNPD-RW | Input to 404 Evaluations Under New Guidelines |

| TO C/Eng Div | FROM C/Plng Div | DATE 24 Jun 81 | CMT 1 |
|---|---|---|---|

Mr. Heaton/bi/1926

1. Incl 1 indicates the areas of responsibility for input into major 404 evaluations in accordance with new guidelines (40 CFR 230, 24 Dec 80). The outline, proposed by LMVD, has a different format than the previous 404 outline, but the topics are similar. As indicated by the symbols all major sections will be compiled by LMNPD-RW after definitions and descriptions of each section of the outline. Incls 1 and 2 are references for future 404 preparations.

2. Incl 1 will be used for the 404 evaluation in progress on the MR-GO Foreshore Protection (MR-GO FP) project. Incl 3 contains the text of the project manager (PM) input to date. This input appears satisfactory, but Levees Section may wish to review it to ensure it is as up-to-date as possible. H&H Branch should supply their input as denoted on the outline. F&M Branch should also provide their input for the areas indicated. All Engr Div input should be delivered to Plng Div prior to 10 July in order for Engr Div construction schedules (last confirmed with R. Lee of Levees Section on 11 May 81) to be met.

3 Incl
as

ROY

| SUBJECT NAME | SUSPENSE DATE 10 Jul | NUMBER #784 |
|---|---|---|
| FROM | DATE 7 Jul | TYPE |
| PD-RW | FILE DESIGNATION | |

SUMMARY Input 404 Evaluations Under New Guidelines

| TO | TO | TO | TO | TO |
|---|---|---|---|---|
| DATE | DATE | DATE | DATE | DATE |
| REPLIED OR INDORSED TO | FILED (Place) | | OTHER ACTION | |

DA FORM 2496 (1 FEB 62)   REPLACES DD FORM 96, WHICH IS OBSOLETE.   ☆U.S.GPO:1979-0-310-981/8129



Project Manager Input to 404 Evaluation
Information Categories

a. A narrative description of the types of construction activities which will discharge dredged or fill material into wetlands, navigable waters or waters of the United States. This should include any clearing of trees in wetland areas.

b. Method of discharge (i.e. hydraulic dredge, bucket dredge, and land based equipment),

c. Time of discharge (i.e. highwater, low water, spring, summer, and continuous etc),

d. Source of material to be discharged,

e. Location of discharge site (include river miles, map, and approximate location of disposal areas),

f. Approximate quantity of material to be discharged,

g. Depth of dredging (include approximate elevation and maximum cut depth), and

h. Lateral distance bank line will move (if bank protection project).

i. General characteristics of disposal material.

j. Projected life of disposal sites.

k. Size of disposal site.

l. Alternatives ot open water disposal.

m. Physical characteristics of alternative disposal sites.

n. Effects of covering contaminated fill with cleaner material.

(Incl 3)

INPUT TO 404 EVALUATION
MR-GO FORESHORE PROTECTION, LA

(a) Test dikes will be placed along the south bank of the MR-GO to determine an effective method against bank erosion along the shoreline. The test dikes will be constructed using stone and a cellular concrete mat as the alternative materials. After the test dikes have been constructed and monitored for a year, the more cost effective dike that provides the necessary shoreline protection will be selected and constructed along the shoreline. Constructing the test dikes and the foreshore dike will require excavating, backfill, and disposal of some of the material in the area.

(b) A floating bucket dredge will be used to construct the stone dike; a floatation channel will be excavated to construct the dike and to provide a way for getting stone into the area. Land based equipment will be used to construct the cellular concrete mat dike. Also, land based equipment might be used during some phase of construction of the stone dike.

(c) The present construction schedule is Nov 81 thru Jan 82 for the test dikes and Oct 83 thru Oct 85 for the foreshore dike.

(d) The source of the discharge material will be from the excavated material and from clearing in the area. The disposed material from the dike base will be replaced by shell, filter cloth, and stone in the stone dike and filter cloth and cellular concrete mat in the cellular mat dike.

(e) The discharge site will be on the inside of the dike between the dike and the hurricane protection levee. It is located along the MR-GO in the Chalmette, La. area and runs from station 46+00 to station 1003+00. (See attached map)

(f) If the stone dike is constructed with the floatation canal, the discharge material will be 860,000 cubic yards. If the cellular concrete mat dike is constructed, the discharge material will be 70,000 cubic yards.

(g) The depth of excavation ranges from +3 feet NGVD to -4 feet NGVD, but could go to -10 feet NGVD if the floatation canal is needed.

(h) Within 10 years the MR-GO bank will have eroded past the MR-GO R/W line (over 200 feet) and will threaten the stability of the hurricane levee.

(i) The disposal material will be grass-brush type vegetation and organic material along with some clay material.

(j) The disposal site will be utilized thru the completion of the dike.

(k) The disposal area will be approximately 400 acres for the stone dike and approximately 180 acres for the cellular concrete mat dike.

(l-n) N/A

 File

## MR-GO FORESHORE PROTECTION

### Stone Test Dike

1. Flotation Canal Vol. = 1,772,225 cy.
   Width of Flotation Canal = 65 ft.

   a. Location of stone test section (see inclosed map) along the south bank of MR-GO, Chalmette, La. area.

   b. Test dike stations - B/L sta. 375+00 - 399+00 (same for flotation Canal).

   c. Disposal area located adjacent to test dike on the protected side. The width of the disposal area is from 300' to 400' and the length is 2400'. The disposal area will be perpetual. See inclosed plan.

   d. The disposed material will consist of 75-85% clay, and 15-25% other material (silt, sand, grass & brush, a small amount of organic material).

   e. Total quantity of material = 62,700 c.y. (disposed 75-85% clay material, 15-25% other material (silt, sand, grass & brush, and a small amount of organic material).

### Cellular Concrete Mat Dike

   a. Location - see inclosed maps.

   b. Test dike stations B/L sta. 402+00 - 426+00

   c. Same as (c) above.

   d. Same as above.

   e. Total quantity disposed = 12,450 c.y.; 75-85% clay; 15-25% silt, sand, and other material.



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LOUISIANA 70160

REPLY TO
ATTENTION OF:

LMNED-DL                                                              29 January 1981

SUBJECT: Mississippi River - Gulf Outlet, Louisiana, General Design
Memorandum No. 2, Supplement No. 4, Foreshore Protection


Division Engineer, Lower Mississippi Valley
ATTN: LMVED-T


1. **Authority.** The Mississippi River - Gulf Outlet, Louisiana, a navigation improvement, was authorized by the River and Harbor Act, approved 29 March 1956, Public Law 455, 84th Congress, 2d Session. The act and description of the project, as recommended by the Chief of Engineers in House Document No. 245, 82d Congress, 1st Session, are given in detail in Mississippi River - Gulf Outlet, Louisiana, Design Memorandum No. 2, General Design, dated 30 June 1959 and approved 16 September 1959.

2. **Purpose.** The purpose of this letter report is to present alternative designs for providing foreshore protection authorized by the subject general design memorandum supplement approved 3 July 1968, (copy attached). This report is limited to the Mississippi River - Gulf Outlet (MR-GO) south bank foreshore protection. (See inclosure 3). The north bank foreshore protection was addressed in a previous letter report dated 18 April 1978.

3. **Location.** For location of the MR-GO south bank foreshore protection see subject GDM supplement no. 4, page 2, para. 5. Also see plate 2, Foreshore Protection North and South Banks, of subject GDM supplement no. 4. Also see inclosure 3.

4. **Design.**

   a. **Authorized Plan.** The previous alinement plan for foreshore protection along the south bank of the MR-GO called for placement of a riprap dike approximately 80 feet landside of the -5 foot contour. This plan is undesirable because of the irregular bankline condition that exists due to erosion and because of the large amount of foreshore dike settlement that would occur.

   b. **Proposed Plan.** Two (2) plans are presented for foreshore protection along the south bank of the MR-GO. These plans require the placement of the foreshore protection along the centerline of the MR-GO right-of-way line. In one plan a stone (riprap) dike will be built while in the other plan, a cellular concrete mat dike will be built. Test sections will be constructed using the two plans. These sections will be monitored for one year; the plan which provides the more effective erosion protection, considering cost and other factors, will be used as a basis for the selected plan. For the purpose of design, a 4-foot significant wave is selected. The two plans are discussed below and referred to as "alternate No. 1 " and "alternate No. 2".

LMNED-DL                                                29 January 1981
SUBJECT: Mississippi River - Gulf Outlet, Louisiana, General Design
         Memorandum No. 2, Supplement No. 4, Foreshore Protection

(1) <u>Alternate No. 1</u>. A riprap dike will be constructed using 3 feet of stone and 1 foot of shell on the earth base. A filter fabric will be used between the stone and shell to prevent leaching of the shell through the stone. With a 4-foot design significant wave, the riprap revetment will require a W50 weight of 350 to 400 pounds. A flotation canal will be excavated to provide access for construction of the dike. See plate 1 for details. See table 2 for quantities.

(2) <u>Alternate No. 2</u>. A cellular concrete mat dike will be constructed. For this plan a jumbo gobimat (24"X16"X6") or equivalent is stable for a 5-foot significant wave which exceeds the design wave height. A filter fabric will be placed between the cellular concrete mat and the earth base; low ground pressure, land-based equipment will be used in constructing the dike. See plate 2 for details. See table 2 for quantities.

5. <u>Test Sections</u>.

   a. <u>Location</u>. The stone test section starts at MR-GO baseline station 536+00 and ends at baseline station 560+00. The cellular concrete mat test section starts at baseline station 476+00 and ends at baseline station 500+00. See inclosure 4.

   b. <u>Stone Test Section</u>. Three (3) different material arrangements will be used in this 2400 feet test sections. Each arrangement will be 800 feet in length, and will be placed as described below and as shown on plate 1.

   (1) <u>Arrangement No. 1</u>. Filter fabric will be placed between 3 feet of stone and 1 foot of shell which rests against the soft foundation. See plate 1.

   (2) <u>Arrangement No. 2</u>. Filter fabric will be placed between the 1 foot of shell and the soft foundation, and a 3 inch shell cushion will be placed between the 3 feet of stone and another filter fabric which rest on the 1 foot of shell. See plate 1.

   (3) <u>Arrangement No. 3</u>. A 3 inch shell cushion will be placed between the 3 feet of stone and the filter fabric which rests on 1 foot of shell. See plate 1.

   c. <u>Cellular Concrete Mat Test Section</u>.

   (1) 1200 feet of the test section will be constructed using jumbo gobimat (24"X16"X6") or an equivalent cellular concrete mat. See plate 2.

   (2) 1200 feet of the test section will be constructed using standard gobimat (8"X8"X4") or an equivalent mat which can also withstand a significant wave of 4.0 feet. See plate 2.

LMNED-DL
SUBJECT: Mississippi River - Gulf Outlet, Louisiana General Design Memorandum No. 2, Supplement No. 4, Foreshore Protection

29 January 1981

6. Construction Schedule.

    a. The test sections are scheduled for award in October 1981, and are scheduled for completion in January 1982.

    b. A contract for the complete foreshore dike is scheduled for award in October 1983. The scheduled completion for alternate plan 1 is in November 1985, and in November 1984 for alternate plan 2.

7. Cost Estimate. The estimated costs for the proposed plans are shown in tables 1 thru 3. The itemized costs for the individual plans are indicated in tables 2 and 3. Table 1 summarizes the costs for the two plans. The cost estimates are based on July 1980 price levels.

    a. Alternate 1. The estimated cost is $28,610,000. See tables 1 and 2, Foreshore Protection South Bank.

    b. Alternate 2. The estimated cost is $25,970,000. See tables 1 and 3, Foreshore Protection South Bank.

    c. Cost Estimates for Test Sections.

        (1) Alternate 1 (Stone Test Section). The estimated cost is $870,000. See table 4.

        (2) Alternate 2 (Cellular Concrete Mat Section). The estimated cost is $630,000. See table 5.

8. Environmental. Information regarding the status of cultural resource investigations and 404 evaluation, environmental impact statements, and endangered species has been initiated and will be completed before any construction is commenced in the area. Presently, this work is scheduled for completion in March 1981.

9. Emergency Foreshore Protection. On 30 September 1980, a contract which is part of this overall work was awarded for the emergency foreshore protection at the Bayou Dupre Control Structure. This emergency work is needed at that location to arrest a serious problem that would impact the hurricane protection levee and the control structure.

10. Recommendation. It is recommended that this subject letter report be approved so that steps can be taken to provide the necessary South Bank Foreshore Protection along the MR-GO channel.

5 Incl (10 cy)
1. Cost Estimate
2. Design Plates
3. Location Map
4. Stability Plates
5. Copy of GDM No. 2, Supplement No. 4

For: THOMAS A SANDS  LTC CO
Colonel, CE
District Engineer  DDE

TABLE 1
ESTIMATE OF FIRST COST
(MR-GO FORESHORE PROTECTION)
(JULY 80 PRICE LEVELS)

| COST ITEM | COST |
|---|---|
| **ALTERNATE 1 — STONE DIKE** | |
| 11 LEVEES (DIKE) | 21,394,000 |
| CONTINGENCIES ± 25% | 5,348,000 |
| 30 ENGINEERING & DESIGN | 800,000 |
| 31 SUPERVISION & ADMINISTRATION | 1,068,000 |
| Total Cost | $28,610,000 |
| **ALTERNATE 2 — CELLULAR CONCRETE MAT DIKE** | |
| 11 LEVEES (DIKE) | 19,416,000 |
| CONTINGENCIES ± 25% | 4,854,000 |
| 30 ENGINEERING & DESIGN | 729,000 |
| 31 SUPERVISION & ADMINISTRATION | 971,000 |
| Total Cost | $25,970,000 |

Incl. 1

| TABLE 2 | REASONABLE CONTRACT ESTIMATE ALTERNATE 1 | | | SHEET 1 | |
|---|---|---|---|---|---|
| PROJECT MR-GO FORESHORE PROTECTION – STONE DIKE CHALMETTE AREA (SOUTH BANK) | | | | INVITATION NO | |
| ITEM NO. | DESCRIPTION | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
| 1 | Mobilization & Demob | | L.S. | | 150,000 |
| 2 | Clearing | 160 | Ac | 400.00 | 64,000 |
| 3 | Flotation Canal (Excavate) | 2,446,092 | CY | 1.25 | 3,052,0 |
| 4 | Dike (Excavate) | 850,000 | CY | 1.00 | 850, |
| 5 | Shell | 194,950 | CY | 12.00 | 2,340, |
| 6 | Stone (Class B) | 744,330 | Ton | 15.00 | 11,165, |
| 7 | Filter Fabric | 606,100 | SY | 6.00 | 3,637, |
| 8 | Environmental Protection | | | | 106,000 |
| | | | | Subtotal | 21,394 |
| | Contingency ±25% | | | | 5,348 |
| | | | | Subtotal | $26,742 |
| | E & D   3% | | | | 800, |
| | S & A   4% | | | | 1,068, |
| | | | | Total | $28,610, |

ENG FORM 1738 APR 67   SUPERSEDES ENG FORM 1738, 1 APR 54, WHICH IS OBSOLETE.

PET-011-000000770

| TABLE 3 | | REASONABLE CONTRACT ESTIMATE ALTERNATE 2 | | SHEET 1 OF 1 | |
|---|---|---|---|---|---|
| PROJECT MR-GO FORESHORE PROTECTION — CELLULAR CONCRETE MAT DIKE, CHALMETTE AREA (SOUTH BANK) | | | | INVITATION NO. | |
| ITEM NO. | DESCRIPTION | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
| 1 | Mobilization & Demob | | L.S. | | 150,000 |
| 2 | Clearing | 180 | Ac | 400. | 72,000 |
| 3 | Base Preparation (Excavate & Backfill) | 460,200 | CY | 2.00 | 920,400 |
| 4 | Filter Fabric | 633,333 | SY | 6.00 | 3,819,02 |
| 5 | Cellular Concrete Mat (Jumbo Gobimat or Equivalent) | 422,222 | SY | 34.00 | 14,355,00 |
| 6 | Environmental Protection | | | L.S. | 100,000 |
| | | | | Subtotal | 19,416,00 |
| | Contingency ± 25% | | | | 4,854,00 |
| | | | | Subtotal | 24,270,00 |
| | E & D   3% | | | | 729,000 |
| | S & A   4% | | | | 971,000 |
| | | | | Total | $25,970,00 |

ENG FORM 1738 APR 67  SUPERSEDES ENG FORM 1733, 1 APR 54, WHICH IS OBSOLETE.

GPO : 1967 OF—283-

PET-011-000000771

| TABLE 4 | REASONABLE CONTRACT ESTIMATE ALTERNATE 1 | | | SHEET 1 OF |
|---|---|---|---|---|
| PROJECT: MRGO FORESHORE PROTECTION — STONE TEST DIKE TOTAL LENGTH = 2400' | | | | INVITATION NO. |

| ITEM NO. | DESCRIPTION | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1 | Mob & Demob | | | LS | 52,000 |
| 2 | Clearing | 4.0 | AC | 400.00 | 1,600 |
| 3 | Flotation Canal (Excavate) | 21,350 | CY | 1.25 | 26,700 |
| 4 | Dike Base Preparation (Excavate) | 21,250 | CY | 1.00 | 21,250 |
| | | | | Subtotal | 149,550 |
| | Arrangement No. 1 — 6 inch Shell Cushion Between Stone and Filter Fabric — Length = 800' | | | | |
| 5 | Stone | 6220 | Ton | 15.00 | 93,300 |
| 6 | 6 inch Shell Cushion | 890 | CY | 12.00 | 10,680 |
| 7 | Filter Fabric | 5070 | SY | 6.00 | 30,420 |
| 8 | Shell Base | 1630 | CY | 12.00 | 19,560 |
| | | | | Subtotal | 153,960 |
| | Arrangement No. 2 — Filter Fabric Between Shell and Soft Foundation — Length = 800' | | | | |
| 9 | Stone | 6220 | Ton | 15.00 | 93,300 |
| 10 | Graded Transition Stone | 4160 | Ton | 15.00 | 62,400 |
| 11 | Shell | 1630 | CY | 12.00 | 19,560 |
| 12 | Filter Fabric | 5070 | SY | 6.00 | 30,420 |
| | | | | Subtotal | 205,680 |
| | Arrangement No. 3 — Filter Fabric Between Stone & Shell Length = 800' | | | | |
| 13 | Stone | 6220 | Ton | 15.00 | 93,300 |
| 14 | Filter Fabric | 5070 | SY | 6.00 | 30,420 |
| 15 | Shell | 1630 | CY | 12.00 | 19,560 |
| | | | | Subtotal | 143,280 |
| | | | | Total | $652,470 |
| | Contingency ±25% | | | | 162,530 |
| | | | | Subtotal | $815,000 |
| | E&D + S&A   7% | | | | 55,000 |
| | | | | Total | $870,000 |

ENG FORM 1703 APR 67   SUPERSEDES ENG FORM 1738, 1 APR 54, WHICH IS OBSOLETE.

PET-011-000000772

| TABLE 5 | REASONABLE CONTRACT ESTIMATE ALTERNATE 2 | | | | SHEET 1 OF 1 |
|---|---|---|---|---|---|
| PROJECT MR-GO FORESHORE PROTECTION — CELLULAR CONCRETE MAT TEST DIKE   LENGTH = 2400' | | | | | INVITATION NO. |
| ITEM NO. | DESCRIPTION | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
| 1 | Mobilization & Demob | | | LS | 50,000 |
| 2 | Clearing | 4.5 | AC | 400.00 | 1800 |
| 3 | Base Preparation (Excavate & Backfill) | 11,540 | CY | 2.00 | 23,100 |
| 4 | Filter Fabric | 15,880 | SY | 6.00 | 95,300 |
| 5 | Cellular Concrete Mat  Length=1200' (Jumbo Gobimat or Equivalent) | 5300 | SY | 34.00 | 180,200 |
| 6 | Cellular Concrete Mat  Length=1200' (Standard Gobimat or Equivalent) One Layer | 5300 | SY | 22.10 | 117,100 |
| 7 | Environmental | | | | 2500 |
| | | | | Subtotal | $470,000 |
| | Contingencies ± 25% | | | | 118,000 |
| | | | | Subtotal | $588,000 |
| | E&D And S&A 3% + 4% | | | | 42,000 |
| | | | | Total | $630,000 |

ENG FORM 1738 APR 67   SUPERSEDES ENG FORM 1738, 1 APR 54, WHICH IS OBSOLETE.

INPUT TO 404 EVALUATION FOR
LAKE PONTCHARTRAIN, LOUISIANA AND VICINITY

1. Chalmette ~~Existing~~ *Extension* Borrow Area. The Chalmette Ext. Levee is covered under the Lake Pontchartrain and Vicinity 404 Public Notice dated 24 November 1974 and approved by letter from EPA on 1 October 1975. (Copy of Notice and letter chain attached.) *(The borrow area is not covered)*

   a. The borrow area in the vicinity of Verret, La. will be used to construct the hurricane protection levee between Verret and Caernarvon, La.

   b. Either a bucket dredge or land based equipment will be used to load the transporting vehicles.

   c. The levee contract is scheduled to begin in September 1981 and be completed in 1-1/2 years.

   d. The waste material from the borrow excavation, which will be mostly vegetation and organic material, will be disposed of in used portions of the borrow area.

   e. The borrow area is near Verret, La. (See attached map.)

   f. Approximately 1,100,000 cubic yards of clay material will be removed to construct the levee. There may be as much as 50,000 cubic yards of waste material.

   g. The borrow will be cut approximately 13 feet, to elevation -10 feet NGVD.

   h. N/A

   i. See paragraph d.

   j. The borrow area will be used for the life of the contract, about 1-1/2 years.

   k. The borrow *Area* is about 93 acres.

   l. N/A

   m. N/A

   n. N/A

2. Creedmore Drainage Structure discharge canal.

   a. The canal is to be cut approximately 1,900 feet from the drainage structure to the Southern Natural Gas pipeline canal.

PET-011-000000774

b. The canal will be cut with a bucket dredge.

c. A ~~Sometime~~ *It will be excavated* during the levee and drainage structure contract discussed above in paragraph 1c.

d. The material will come from the canal excavation.

e. The material will be placed along the canal bank in ~~the~~ *a* non-continuous line.

f. Approximately 32,000 cubic yards of material will be excavated.

g. The canal will be cut to elevation -8.0 feet NGVD which will result in a 9-foot cut.

h. N/A

i. The material will be organic, clay, and silt.

j. The disposal site will only be required for this one contract.

k. Approximately 8 acres will be used as a disposal site.

l. N/A

m. N/A

n. N/A

2

## CHALMETTE AREA AND EXTENSION
## BORROW PIT

a. The discharge site is the levee embankment which will be constructed with material from the borrow pit.

b. See inclosed quad sheet for pit location.

c. Types of material - 75-85% clay, 15-25% other - sand, silt, and organic material.

d. Same as b above.

e. The disposal site addressed under another 404 study. The disposed material will be used to construct the hurricane protection levee.

### Creedmore Drainage Structure Discharge Canal

f. See inclosed map and drawing.

g. Dimension - 1900' long X 64' wide X 9' deep.

h. Inclosed (a location map was furnished in the previous 404 input).

i. 70-80% clay, 10-20% sand, 10% silt and organic material.

*Note: 404 Input and Quantities were furnished to Planning Div. via DF LMNED-DL dated 19 June 80. Copy is attached.

PET-011-000000776