UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson<br>(No. 06-2268) | |

## **ORDER**

Considering the foregoing Motion for Leave to File First Amended Complaint,

IT IS ORDERED that Plaintiffs' Motion for Leave to File First Amended Complaint is hereby GRANTED. IT IS FURTHER ORDERED that Plaintiffs shall file their First Amended Complaint within _____ days of entry of this order.

New Orleans, this _____ day of May, 2008.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana

1

**CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on April 18, 2008, I caused to be served **ORDER**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell