UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  *Robinson*<br>(No. 06-2268) | |

# CERTIFICATE PURSUANT TO LOCAL RULE 7.6E

Pursuant to Local Rule 7.6E, Plaintiffs' counsel certifies that, as of today's date, Robin Smith, counsel for Defendants, has not responded to my April 9, 2008 email asking whether it remained the position of the United States that it would oppose any motion to amend the Complaint in this instant action.  A true and correct copy of that April 9, 2008 email is attached as Exhibit "A" to the accompanying Declaration of Pierce O'Donnell.

Dated: April 18, 2008                                              Respectfully submitted,

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell

Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298

**The Andry Law Firm, LLC**
By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899

1

Facsimile:  (504) 585-1788

**Law Offices of Joseph M. Bruno**
By: s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**Domengeaux Wright Roy & Edwards LLC**
Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile:  (337) 233-2796

**Fayard & Honeycutt**
Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile:  (225) 664-6925

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile:  (213) 481-1554

**Ranier, Gayle & Elliot, LLC**
N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**
Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile:  (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile:  (504) 528-9973

| | |
|---|---|
| **Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**<br>Elwood C. Stevens, Jr. (LSBA No. 12459)<br>1205 Victor II Boulevard<br>P.O. Box 2626<br>Morgan City, Louisiana 70381<br>Telephone: (985) 384-8611<br>Facsimile: (985) 385-4861 | **Cotchett, Pitre, Simon & McCarthy**<br>Joseph W. Cotchett  (*pro hac vice*)<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>Telephone:  (650) 697-6000<br>Facsimile:  (650) 697-0577 |
| **Law Office of Frank J. D'Amico, Jr. APLC**<br>Frank J. D'Amico, Jr. (LSBA No. 17519)<br>Richard M. Exnicios, Esq. (LSBA No. 25666)<br>622 Baronne Street<br>New Orleans, LA 70113<br>Telephone: (504) 525-9561<br>Fax: 504-525-9522 | **Salas & Co., LC**<br> Camilo K. Salas, III (LSBA No. 11657)<br>650 Poydras Street, Suite 1650<br>New Orleans, LA  70130<br>Telephone: (504) 799-3080<br>Facsimile:  (504) 799-3085 |
| **Robinson, Calcagnie & Robinson, Inc.**<br>Mark Robinson (Cal State Bar No. 54426<br>620 Newport Center Drive – 7th Floor<br>Newport Beach, CA 92660<br>1-888-701-1288 | |

4

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on April 18, 2008, I caused to be served

**CERTIFICATE PURSUANT TO LOCAL RULE 7.6E**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell