UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5205 (Chudd and Arvis Abram v.<br>State Farm Fire and Casualty Company) | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

## MOTION FOR LEAVE TO SUBSTITUTE CO-COUNSEL FOR PLAINTIFFS

NOW INTO COURT, in proper person, come Stuart T. Barasch, Maureen Blackburn Jennings, Ernest Svenson, and Al J. Robert, Jr. and move the Court for leave to substitute Ernest Svenson and Al J. Robert, Jr. in the place of Maureen Blackburn Jennings as co-counsel for all plaintiffs. In support thereof, movers show that Ms. Jennings is closing her private practice and can no longer act as co-counsel for plaintiffs. Mr. Svenson and Mr. Robert have been retained to act as co-counsel with Mr. Barasch for plaintiffs in the place of Ms. Jennings. Mr. Barasch will continue to serve as Trial Attorney for plaintiffs.

WHEREFORE movers pray for entry of an order allowing Ms. Jennings to withdraw as co-counsel for plaintiffs and allowing Mr. Svenson and Mr. Robert to enroll as co-counsel for plaintiffs in place of Ms. Jennings.

Respectfully submitted,

**Stuart T. Barasch**
STUART T. BARASCH
La. Bar No. 20650
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
Tel: (504)525-1944
E-mail: sbarasch1@aol.com

and

**/s/Maureen Blackburn Jennings**
MAUREEN BLACKBURN JENNINGS
La. Bar No. 3100
Maureen Blackburn Jennings, PLC
4407 Blossom Street
Houston, TX 77007
Tel: (504) 813-6224
E-mail: jennings.maureen@gmail.com

and

**/s/ Ernest Svenson**
ERNEST SVENSON
La. Bar No. 17164
The Svenson Law Firm, LLC
Suite 1001
123 Walnut Street
New Orleans, LA 70118
Tel: (504) 208-5199
E-mail: esvenson@gmail.com

and

**/s/   Al  J. Robert, Jr.**
AL J. ROBERT, JR.
La. Bar No. 29401
Law Office of Al J. Robert, Jr., LLC
6040 Laurel Street
New Orleans, LA 70118
Tel: (504) 309-4852
E-mail: ajr@ajrobert.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2008, I electronically filed the foregoing Motion for Leave to Substitute Co-Counsel for Plaintiffs with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    David A. Strauss

                                            **/s/Maureen Blackburn Jennings**
                                            MAUREEN BLACKBURN JENNINGS
                                            E-mail: jennings.maureen@gmail.com