UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5205 (Chudd and Arvis Abram v.<br>State Farm Fire and Casualty Company) | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## ORDER

Considering the Motion for Leave to Substitute Co-Counsel for Plaintiffs,

IT IS ORDERED that the Motion for Leave to Substitute Co-Counsel of Record for Plaintiffs is GRANTED.  IT IS FURTHER ORDERED that the name of Maureen Blackburn Jennings be withdrawn as co-counsel for plaintiffs, and that Ernest Svenson and Al J. Robert, Jr. be substituted in her place as co-counsel with Stuart T. Barasch for plaintiffs.  IT IS FURTHER ORDERED that Stuart T. Barasch shall remain as Trial Attorney for plaintiffs.

New Orleans, Louisiana, this __ day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE