UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL |
| *Mumford v. Ingram*       C.A. No. 05-5724<br>*Boutte v. Lafarge*        C.A. No. 05-5531<br>*Lagarde v. Lafarge*       C.A. No. 06-5342<br>*Perry v. Ingram Barge*    C.A. No. 06-6299<br>*Benoit v. Lafarge*        C.A. No. 06-7516<br>*Parfait Family v. USA*    C.A. No. 07-3500<br>*Lafarge v. USA*           C.A. No. 07-5178 | MAG. WILKINSON |

## ORDER ON MOTION

Considering the ex parte motion of Lafarge North America, Inc. for Leave to File Sur-reply, Record Doc. No. 12469, plaintiff's opposition thereto,

**IT IS ORDERED** that the motion is GRANTED and that the sur-reply memorandum shall be filed into the record. **NO FURTHER BRIEFING OF THIS MOTION WILL BE ALLOWED BY ANY PARTY.**

New Orleans, Louisiana, this 18th day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE