## STATEMENT OF ED BUSCH

I am Assistant Terminal Manager for the New Orleans Lafarge North America Inc. cement terminal, located on the Industrial Canal. I have worked at the terminal for four years, during which time we have prepared the terminal for heavy weather several times per year.

When we learned that Hurricane Katrina was approaching New Orleans, we began to prepare the terminal for the storm. On Saturday morning, August 27, we moved as much equipment as we could away from the dock before the floodgate walls were closed by the Orleans Levee Board, which was approximately 9:30–10:00 a.m. We completed the discharge of the ING 4727 and put the hopper covers back in place. We had a spool of new polypropylene line that we used to tie down the covers on all seven barges at the terminal. Extra mooring ropes were placed on the barges and any ropes that appeared old or worn were replaced. I assisted by cutting pieces of two-inch braided blue polypropylene rope from a spool of new rope, which we had obtained specifically for the purpose of preparing the terminal for heavy weather. Mooring ropes were added to all barges, including the ING 4727, which was positioned next to the loaded ING 4745.

Because of the predicted storm surge, I arranged for a tug to shift the light barge ING 4727 to the outside of the southern row of barges and to place the loaded ING 4745 on the inside, against the dock; this way, the light barge ING 4727 would be away from the dock and would not risk riding up onto the dock and causing a breakaway.

We also arranged the mooring lines between the dock and the barge so that the barges could rise with the expected tidal surge without over-tightening the mooring rope and pulling the barge underwater or breaking the line. We refer to this technique as "long lining." To do this, we secure one end of the line to the bollard on the dock. These bollards have ears so the rope

LNA000109


EXHIBIT "A"

will not ride over the top of the bollard as the barge rises with the tidal surge. The line is led around smooth-sided rubber/fiberglass pilings for several turns before they are secured on the barge cleat. As the barge rises with the tidal surge and the lines begin to strain, one of the turns comes off the top of each piling, giving additional slack in the line. The long-lining technique appears to have worked because all of the barges at the dock remained attached through Hurricane Katrina, although ING 4727, which was secured to the outside of ING 4745, did break away during the storm.

_____          10/31/05
ED BUSCH                                   Date

## STATEMENT OF EARL J. SMITH

I am a maintenance supervisor at the Lafarge North America Inc. terminal in New Orleans. I have worked for Lafarge for 15 years.

On the morning of Saturday, August 27, 2005, there were seven barges at the terminal. In the northern row were five loaded barges, and in the southern row were the empty barge ING 4727 and, outboard of it, a loaded barge, the ING 4745. Along with other Lafarge employees, I began preparing the terminal for the approach of the storm.

We moved equipment off the dock and began replacing the fiberglass covers on the Barge ING 4727, which had completed unloading that morning. We used new polypropylene line to tie down the fiberglass covers on the barges.

We secured barges in the northern row to the dock and to each other in preparation for the storm. We added extra mooring ropes between the barges, using new, two-inch braided polypropylene line. We also replaced old mooring ropes with the new rope, and, for each of the barges, we added extra ropes between adjacent cleats. We used the same procedure for the southern row of barges, replacing at least one line between the ING 4727 and ING 4745 with a new line, and adding a new line between the cleats near the middle of the barges. In securing the barges to the dock, we allowed for the expected rise in the water level by making several turns of the mooring ropes around the dock pilings, after making the ropes fast to the dock bollard cleats and cleating the other end to the barges. This was to allow the turns to release gradually as the water rose, so the lines would not become too tight and break.

We had a boat shift around the two barges in the southern row so that the loaded barge (ING 4745) would be next to the dock and made fast to the dock in the same way as the northern

LNA000111

row of barges. This was done to give a better lead angle to the dock lines and to assure that the light barge (ING 4727) would not ride up over the dock during the surge of the storm.

We prepare for heavy weather several times a year, and this was the normal procedure that we have used to secure the plant and barges for storms. Because of the evacuation, we were not present during Hurricane Katrina. All of the loaded barges remained in place, but sometime during the storm the barge ING 4727 broke away from the terminal.

_Earl J. Smith Sr._           _10-31-05_
EARL J. SMITH                                 Date

LNA000112