**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                                    CIVIL ACTION
      CONSOLIDATED LITIGATION

                                                            NO. 05-4182

PERTAINS TO:                                                     SECTION "K"(2)
      05-4181
      06-1885
      06-4024
      06-4389
      06-5771
      06-5786
      06-6099
      07-0206
      07-3500
      07-3612
      07-5023
      07-5040

<u>ORDER</u>

On February 22, 2008, this Court issued an Order and Reasons (Doc. 11357) to Ashton

O'Dwyer to provide a copy of said Order to his clients.

Mr. O'Dwyer blatantly refused to comply with said Order in a pleading styled

Declaration of Ashton R. O'Dwyer, Jr. Made Under Penalty of Perjury  (Doc. 11699).  In that

pleading, Mr. O'Dwyer indicated, *inter alia*,  that his relationship with his clients was none of

this Court's business.  Mr. O'Dwyer not only blatantly refused to comply with the above-

mentioned Order, but he has on numerous occasions impugned the integrity of the Court and

refused to adhere to other admonitions of the Court.

The Court, as an institution rather than as an individual, cannot allow such reckless,

unprofessional and unethical conduct to continue. *See Hartz v. Administrators of the Tulane*

*Educational Fund*, C.A. No. 07-30506 (5th Cir. April 16, 2008).  The Court has issued monetary

sanctions against Mr. O'Dwyer, but to no avail.  Therefore, pursuant to this Court's contempt power and its inherent power,

**IT IS ORDERED** that the Clerk of Court shall not accept any pleadings filed by Mr. O'Dwyer in any matter consolidated in *In re Katrina Canal Breaches Consolidated Litigation*, C.A. No. 05-4182,  until he has filed a certification that he has complied with that Court's prior Order and notified his clients.   Nothing herein is intended to affect any rights of appeal from this Order or any other order rendered by this Court.

**IT IS FURTHER ORDERED** that Mr. O'Dwyer is to notify his named clients of this Order and to provide them with a copy and render a certification that he has complied with this order or before June 1, 2008.  Mr. O'Dwyer has a duty to inform his clients of the activities in this Court.  Failing to do so is in violation of the Canons of Ethics, as well as a violation of this Court's orders.

**IT IS FURTHER ORDERED** that Mr. O'Dwyer is put on notice that in the event he does not comply with the Court's Order by June 1, 2008, the Court will consider not only monetary sanctions against Mr. O'Dwyer, but dismissing all cases filed by Mr. O'Dwyer in the *Katrina* umbrella.  *See In re United Markets*, 24 F.3d 650, 654 (5th Cir. 1994).

New Orleans, Louisiana, this _____21st_____ day of April, 2008.


_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**

2