UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                         CIVIL ACTION
         CONSOLIDATED LITIGATION
                                                      NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Voth, 07-4393                 JUDGE DUVAL
                                                      MAG. WILKINSON

## ORDER

At the request of Ryan Reece, counsel for plaintiff, and having been advised that opposing counsel agrees to the change, **IT IS ORDERED** that the preliminary conference previously set in this matter on May 13, 2008, is hereby RESET on **MAY 21, 2008 at 2:30 p.m.** before me.

New Orleans, Louisiana, this   18th   day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE