UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| SUSAN ABADIE, 07-5112 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING CLAIMS AGAINST HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, AND HARTFORD INSURANCE COMPANY OF THE MIDWEST**

**NOW INTO COURT**, comes Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and Hartford Insurance Company of the Midwest (collectively, "Hartford") and the following plaintiffs:

1. Samuel & Doris Alsgood

2. Claudia Cook;

3. Ernest Crayton;

4. Willard Dickinson;

5. Peter & Simonette Grisaro;

6. Delores & Harry E. Haynes;

7. Ruth Jackson-Tasker & Henry Jackson;

8. John Johnson;

9. Sandra Jones;

10. Inez Lonzo;

1

11.     Charles & JoAnn Luke;

12.     Lukey & Jane P. Marengo;

13.     Odette Marquez;

14.     Charles Mays;

15.     Lue Bertha McFarland & Bernadette Kelly Hogue;

16.     Irvan Melerine;

17.     Michael Moore;

18.     Gary Porter;

19.     Joseph & Frances D. Riso;

20.     Linda Shanklin (on behalf of Hartford's insureds, Linda & Lloyd Shanklin);

21.     Ernest & Delores T. Smith;

22.     Kevin & Birgit Smith;

23.     Joseph Spears; and

24.     Ronald Willa (insured by Hartford as "Ronald Wille")

(collectively "Hartford Plaintiffs")

who aver that, to the extent they had disputes, they have amicably resolved their disputes and

that the Hartford Plaintiffs all acknowledge receipt of adequate payments in satisfaction of any

and all claims they may have been entitled to bring under property insurance policies issued by

Hartford for damages sustained in Hurricane Katrina, Rita, and/or claims based on subsequent

claim handling.  Accordingly, the Hartford Plaintiffs and Hartford jointly move this Court for

entry of an order to (1) reopen *Abadie et al. vs. Aegis et al.*, No. 07-5112, with respect to

Hartford for the limited purpose of addressing this motion, (2) dismiss with prejudice and at each

party's cost all of the claims asserted by the Hartford Plaintiffs' against Hartford, including

without limitation their claims arising under any property insurance policies for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling, and (3) administratively close *Abadie et al. vs. Aegis et al.*, No. 07-5112, with respect to the remaining defendants after ruling on the instant motion.

**FURTHERMORE** both undersigned counsel aver that the claims of Plaintiff John Blanchard and the claims of Plaintiffs Luke & Cheryl Delpit were previously dismissed with prejudice from *Abadie et al. vs. Aegis et al.*, No. 06-5164 as a result of the settlement as referenced in the Order of Dismissal addressing Hartford filed in *Abadie et al. vs. Aegis et al.*, No. 06-5164 [Doc. 7  in 06-5164] and that the claims asserted herein are duplicative. Accordingly, John Blanchard and Luke & Cheryl Delpit join with Hartford in moving this Court for entry of an order dismissing their claims in the captioned matter with prejudice and at each party's cost.

**FURTHERMORE** both undersigned counsel aver that the claims of Plaintiff John Platz were previously dismissed with prejudice from the Insurance Master Consolidated Class Action Complaint as a result of the settlement as referenced in the Order of Dismissal addressing Hartford [Doc. 6434 in 05-4182] and that the claims asserted herein are duplicative. Accordingly, John Platz joins with Hartford in moving this Court for entry of an order dismissing his claims in the captioned matter with prejudice and at each party's cost.

**FURTHERMORE**, W.G. & Jeannie C. Clemons and Hartford move this court to dismiss the claims of W. G. & Jeannie C. Clemons without prejudice because those claims are presently being litigated in a separate lawsuit styled *Clemons, et al. vs. Hartford Insurance Company of the Midwest*, bearing case No. 07-08917 on the docket of the United States District Court for the Eastern District of Louisiana.

3

**FURTHER INTO COURT**, come all plaintiffs not previously identified, including without limitation, Patricia Clark and Paul Ragas, who aver that they have no claims against Hartford because they are not policyholders of Hartford and therefore join with Hartford in moving this Court entering an order dismissing their claims against Hartford only with prejudice and at each party's cost.

**FURTHERMORE** both undersigned counsel aver that there are no remaining plaintiffs in the Complaint with claims against Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and/or Hartford Insurance Company of the Midwest. As such, both undersigned counsel move this Court for entry of an order terminating Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and Hartford Insurance Company of the Midwest as a defendant in *Abadie et al. vs. Aegis et al.*, No. 07-5112, because the remaining plaintiffs do not have any claims against Hartford.

**WHEREFORE**, Hartford Plaintiffs, John Blanchard, Luke & Cheryl Delpit, John Platz and Hartford pray that this Court enter an order which (1) reopens *Abadie et al. vs. Aegis et al.*, No. 07-5112, with respect to Hartford for the limited purpose of addressing this motion, (2) dismisses with prejudice and at each party's cost any and all of the claims of the Hartford Plaintiffs, John Blanchard, Luke & Cheryl Delpit, and John Platz against Hartford, including without limitation their claims arising under any property insurance policies for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling, and (3) administratively close *Abadie et al. vs. Aegis et al.*, No. 07-5112, with respect to the remaining defendants after ruling on the instant motion.

**WHEREFORE**, W.G. & Jeannie C. Clemons and Hartford pray this Court dismiss the claims of W. G. & Jeannie C. Clemons without prejudice because those claims are presently

4

being litigated in a separate lawsuit styled *Clemons, et al. vs. Hartford Insurance Company of the Midwest*, bearing case No. 07-08917 on the docket of the United States District Court for the Eastern District of Louisiana.

All other plaintiffs not identified in the preceding paragraph, including without limitation, Patricia Clark and Paul Ragas, aver that they have no claims against Hartford because they are not policyholders of Hartford and therefore pray with Hartford that this Court enter an order dismissing their claims against Hartford only with prejudice and at each party's cost.

**ADDITIONALLY**, both undersigned counsel pray that this Court enter an order terminating Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and Hartford Insurance Company of the Midwest as a defendant in *Abadie et al. vs. Aegis et al.*, No. 07-5112, because the remaining plaintiffs do not have any claims against them.

5

Respectfully submitted,


s/Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar # 3604**
**Plaintiffs' Liaison Counsel**
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504)581-1493
E-Mail:        jbruno@brunobrunolaw.com

**And**


s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:        rhubbard@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of April 2008, a copy of the foregoing **JOINT MOTION FOR LIMITED REOPENDING OF CASE FOR THE PURPOSE OF DISMISSING CERTAIN HARTFORD CLAIMS WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Joseph M. Bruno

/s/ Ralph S. Hubbard