UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES   *     CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION         *
                                                        *     SECTION "K"(2)
PERTAINS TO:                      *
SUSAN ABADIE, 07-5112         *
* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Claims Against Hartford Accident And Indemnity Company, Hartford Casualty Insurance Company, And Hartford Insurance Company Of The Midwest;

**IT IS ORDERED ADJUDGED AND DECREED** that this Court's stay order is temporarily lifted for the sole purpose of addressing the Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Claims Against Hartford Accident And Indemnity Company, Hartford Casualty Insurance Company, And Hartford Insurance Company Of The Midwest;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Samuel & Doris Alsgood, Claudia Cook, Ernest Crayton, Willard Dickinson, Peter & Simonette Grisaro, Delores & Harry E. Haynes, Ruth Jackson-Tasker & Henry Jackson, John Johnson, Sandra Jones, Inez Lonzo, Charles & JoAnn Luke, Lukey & Jane P. Marengo, Odette Marquez, Charles Mays, Lue Bertha McFarland & Bernadette Kelly Hogue, Irvan Melerine, Michael Moore, Gary Porter, Joseph & Frances D. Riso, Linda Shanklin (on behalf of Hartford's insureds, Linda & Lloyd Shanklin), Ernest & Delores T. Smith, Kevin & Birgit Smith, Joseph Spears, and Ronald Willa (insured by Hartford as "Ronald Wille"), including

1

without limitation their claims arising under their policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling against Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and Hartford Insurance Company of the Midwest are hereby **DISMISSED WITH PREJUDICE** at each party's cost;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that the claims of John Blanchard and the claims of Plaintiffs Luke & Cheryl Delpit are **DISMISSED WITH PREJUDICE** at each party's cost because all of their claims asserted in the captioned lawsuit are duplicative of their claims asserted in *Abadie et al. vs. Aegis et al.*, No. 06-5164 which were dismissed with prejudice as a result of the settlement as referenced in the Order of Dismissal addressing Hartford filed in *Abadie et al. vs. Aegis et al.*, No. 06-5164 [Doc. 7 in 06-5164].

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that the claims of John Platz are **DISMISSED WITH PREJUDICE** at each party's cost because his claims asserted in the captioned lawsuit are duplicative of his claims asserted in the Insurance Master Consolidated Class Action Complaint which were dismissed with prejudice as a result of the settlement as referenced in the Order of Dismissal addressing Hartford [Doc. 6434 in 05-4182].

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that the claims of W.G. & Jeannie C. Clemons are hereby **DISMISSED WITHOUT PREJUDICE** because their claims are presently being litigated in a separate lawsuit styled *Clemons, et al. vs. Hartford Insurance Company of the Midwest*, bearing case No. 07-08917 on the docket of the United States District Court for the Eastern District of Louisiana.

**IT IS HEREBY FURTHER ORDERD ADJUDGED AND DECREED** that the claims of all other plaintiffs not previously identified above, including without limitation, Patricia Clark and Paul Ragas, are hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS HEREBY FURTHER ORDERD ADJUDGED AND DECREED** that, because there are no remaining plaintiffs in the Complaint with claims against Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and/or Hartford Insurance Company of the Midwest, therefore Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and Hartford Insurance Company of the Midwest are hereby terminated as defendants.

_____
UNITED STATES DISTRICT COURT JUDGE