# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NO. 05-4182
SECTION "K" (2)

JAMES ALLEN, ET AL
      Plaintiffs

CIVIL ACTION
No. 07-5111
SECTION "K" (2)

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
      Defendant

*****************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Keith Labat, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.  The claims of the other named class representatives remain.

New Orleans, Louisiana, this 17th day of _____April_____, 2008.

_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2