UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
          CONSOLIDATED LITIGATION
                                                       NO. 05-4182
PERTAINS TO: LEVEE
(LOUISIANA ENVIRONMENTAL               SECTION: "K"(4)
 ACTION NETWORK, NO. 06-9147)

## JUDGMENT

Considering the foregoing order of dismissal,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of Defendant, the United States Army Corps of Engineers, and against Plaintiff Louisiana Environmental Action Network, dismissing the complaint with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, the 17th day of April, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE