**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES       \*     CIVIL ACTION
CONSOLIDATED LITIGATION            \*
                                     \*     NO. 05-4182
                                     \*
PERTAINS TO:                       \*     SECTION "K" (2)
    Weeks, C.A. No. 07-00112       \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

The foregoing motion considered:

**IT IS ORDERED** that Marcelle P. Mouledoux of the firm  Lowe, Stein, Hoffman,

Allweiss & Hauver L.L.P., be and is hereby enrolled as additional counsel of record for

defendants, Eagan Insurance Agency, Inc. and Chris Nungesser, in these proceedings.

**NEW ORLEANS, LOUISIANA**, this   18th   day of    April   , 2008.

_____
                               **DISTRICT COURT JUDGE**