## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION               NO. 05-4182
                                      SECTION "K" (2)


JAMES ALLEN, ET AL                    CIVIL ACTION
          Plaintiffs                  No. 07-5111
                                      SECTION "K" (2)
VS.

STATE FARM FIRE AND CASUALTY
COMPANY,
          Defendant
*****************************************************************************

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims

asserted herein by the plaintiff, Janice Clay, shall be and are hereby dismissed, with prejudice,

with each party to bear their respective costs of court. The claims of the other named class

representatives remain.

New Orleans, Louisiana, this 18th day of __April__, 2008.


_____
USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2


{N0059216}