UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing *Ex Parte* Motion and Incorporated Memorandum of State Farm Fire and Casualty Company and Certain Other Insurer Defendants for Leave to File Reply Memorandum in support of Motion to Disqualify Plaintiff's Private Counsel in Excess of the Page Limitation (the "Motion"),

**IT IS HEREBY ORDERED** that the Motion **IS GRANTED** and that the Defendants are permitted to file a reply memorandum in support of their Motion to Disqualify Plaintiff's Private Counsel (Rec. Doc. 10937) of up to 20 pages in length, exclusive of the table of contents, table of authorities, and signature blocks.

New Orleans, Louisiana, this  18th  day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

921792v.1