UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) ) | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: Robinson 06-2268 | ) ) ) ) ) ) | SECTION "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |

NOTICE OF INTENT TO TAKE ORAL DEPOSITION

Please take notice that at on Thursday, May 1, 2008 and Friday, May 2, 2008, the following oral depositions will be taken before a duly certified court reporter:

| Date | Time | Deponent |
|---|---|---|
| May 1, 2008 | 9:00 a.m. | Norman Robinson |
| May 1, 2008 | 12:00 p.m. | Monica Robinson |
| May 1, 2008 | 3:00 p.m. | Kent Lattimore |
| May 2, 2008 | 9:00 a.m. | Tanya Smith |
| May 2, 2008 | 12:00 p.m. | Lucille Franz |
| May 2, 2008 | 3:00 p.m. | Anthony Franz, Jr. |

The depositions will be taken at the offices of the Andry Law Firm, 610 Baronne Street, New Orleans, LA 70113, (504) 586-8933.

The subjects of the testimony to be elicited at the depositions are the deponents' interest in the properties subject to the lawsuit and the circumstances that led to the damages to those properties.

These depositions will be taken pursuant to the Federal Rules of Civil Procedure and may be used for all purposes permitted by those rules.

Dated: April 21, 2008

    Respectfully submitted,

    JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General

    S/Peter G. Myer
    PETER G. MYER
    Trial Attorney
    U.S. Department of Justice
    Torts Branch, Civil Division
    P.O. Box 14271
    Washington, D.C.  20044-4271
    Telephone:  (202) 616-4043

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by on all counsel of record electronic notification this 21st day of April, 2008.

    S/Peter G. Myer
    PETER G. MYER