# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Harvey's Barber Shop, Harvey Field, Bo Field and Monicker D. Field regarding 5109 N. Claiborne, New Orleans, LA 70117 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Harvey's Barber Shop, Harvey Field, Bo Field and Monicker D. Field, 5109 N. Claiborne, New Orleans, LA 70117, who wish to voluntarily dismiss the claims against Defendant(s) Scottsdale Insurance Company and Scottsdale Indemnity Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to

voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

                                        Respectfully submitted:

                                                  BY:  /s/ Joseph M. Bruno  
                                                  JOSEPH M. BRUNO (# 3604)  
                                                  L. SCOTT JOANEN (# 21431)  
                                                  The Law Offices of Joseph M. Bruno  
                                                  855 Baronne Street  
                                                  New Orleans, Louisiana 70113  
                                                  Telephone: (504) 525-1335  
                                                  Facsimile:  (504) 581-1493

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 21st day of April, 2008.

                                                  /s/ Joseph M. Bruno  
                                                  Joseph M. Bruno