UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112,** *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Sadie Cook and Sherita Cook regarding 1136 Deslonde Street, New Orleans, LA 70117; Eileen Bosworth regarding 6246-50 Erin Drive, New Orleans, LA 70126; Willie R. and Marclean Robertson regarding 4423-25 Shalimar Drive, New Orleans, LA 70128 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Sadie Cook and Sherita Cook regarding 1136 Deslonde Street, New Orleans, LA 70117; Eileen Bosworth regarding 6246-50 Erin Drive, New Orleans, LA 70126; Willie R. and Marclean Robertson regarding 4423-25 Shalimar Drive, New Orleans, LA 70128 against Defendants Scottsdale Indemnity Company and Scottsdale Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge