# EXHIBIT 23

# Request for Consent Form

**Instructions:** Please review and carefully respond to all of the following requested information on this Request for Consent Form. Once you have completely responded to all of the requested information, and the Form has been fully executed, please return the Form to:

Louisiana Division of Administration
Disaster Recovery Unit – Attention Subrogation
Post Office Box 94095
Baton Rouge LA 70804-9095

**(1) Recipient's/Applicant's Full Name**:
First:
Middle:
Last: _____   Suffix:

**(2) Co-Recipient's/Co-Applicant's Full Name**:
First:
Middle:
Last: _____   Suffix:

What is your Road Home Identification Number?
Have you closed on your Road Home grant application? _____ Yes _____ No
If you have not closed on your grant, do you have a closing date scheduled? _____ Yes _____ No
If you answered "Yes", what is the date of your scheduled closing?

**(3) Address of Damaged Property (as listed on grant application)**:
Street Address:
City: _____   State: _____   Zip:
**(4) Current Contact Information**:
Street Address:
City: _____   State: _____   Zip:
Phone : ( )_____   Fax: ( )
E-Mail:

**(5) Flood Insurance:**
Did you have flood insurance at the time of Hurricanes Katrina and/or Rita?
_____ Yes      _____ No

01-29-2008 - FINAL

Page 1 of 8

Did you make a claim? _____ Yes _____ No
If you answered yes to making a claim, please answer the following:
Name of your Flood Insurance Company:
Policy Number:
(Please attach a copy of your Declaration page for the policy periods August 29, 2005, and/or September 24, 2005)
Claim Number:
Flood Insurance Agent's Name and Company Name:
Street Address:
City: _____ State: _____ Zip:
Phone : ( ) _____ Fax: ( )
Did you receive any funds from your flood insurer? _____ Yes _____ No
If you answered "Yes" to receiving funds from your flood insurer, please complete the following questions:
How much did you receive for the primary residence?
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).
How much did you receive for other structures?
How much did you receive for contents?
How much did you receive for alternative living expenses?
How much did you receive for any other expenses or property damage?

**(6) Homeowners Insurance**:
Name of Homeowners Insurance Company:
Homeowner's Insurance Agent's Name and Company Name:
Street Address:
City: _____ State: _____ Zip:
Phone : ( ) _____ Fax: ( )
Policy Number:
(Please attach a copy of your Declaration page for the policy periods August 29, 2005, and/or September 24, 2005)
Did you make a claim? _____ Yes _____ No
If yes, what was your claim number?
If you answered yes to making a claim and you received any funds from your homeowner's insurer, please answer the following:
How much did you receive for the primary residence?
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).
How much did you receive for other structures?
How much did you receive for contents?
How much did you receive for alternative living expenses?
How much did you receive for any other expenses or property damage?
Have you settled your claim with your homeowners insurance company? _____ Yes
No
If yes, please answer the following :
What is the total amount of the settlement?
How much did or will you receive for the primary residence?

01-29-2008 - FINAL

(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).

How much did or will you receive for other structures?

How much did or will you receive for contents?

How much did or will you receive for alternative living expenses?

How much did or will you receive for any other expenses or property damage?

Please state the following information for any insurance company attorney or adjuster that negotiated the settlement:

Name and Company or Law Firm Name:
Street Address:
City: _____  State: _____  Zip:
Phone : ( ) _____  Fax: ( )
E-Mail:

**(7) Litigation**:

Do you have an attorney representing you on an insurance claim relating to any damages you might have sustained or incurred as a result of Hurricanes Katrina and/or Rita?
Yes _____ No

If yes, please state the following for your attorney's contact information:
Name of Attorney:
Name of Law Firm:
Street Address:
City: _____  State: _____  Zip:
Phone : ( ) _____  Fax: ( )
E-Mail:

(Please attach a copy of the retainer contract with your attorney and provide a summary of any costs or expenses associated with this lawsuit).

Have you filed a lawsuit regarding a hurricane insurance claim? _____ Yes No

If yes, please provide identify the Court in which the lawsuit is filed and provide the case number:
(Please attach a copy of the first page of the lawsuit identified above)

What value did the insurer's adjuster assign for damages to your primary residence?
(Please attach a copy of the adjuster's report)

What value did your adjuster/expert assign for damages to your primary residence?
(Please attach a copy of the adjuster's/expert's report)

**(8) Mortgage Company:**

Did you have a mortgage on your primary residence at the time of the hurricane?
Yes _____ No

If yes, please state the amount of the mortgage (Please include the applicable date for the balance and the Loan Number):

01-29-2008 - FINAL

Please state the name of the lender:
Please provide the name of a contact person, address and phone number for your lender:
If you did not have a mortgage on your primary residence at the time of the hurricane, was there any loss payee(s) on your homeowners insurance policy? _____ Yes _____ No
If yes, please state the name of loss payee(s):
Please provide the address and phone number for loss payee(s):

**(9) SBA**
Have you received a SBA Loan? _____ Yes _____ No
Please provide the name of a contact person, address and phone number for your SBA loan (Please include the Loan Number.):

      I solemnly swear that the information contained in this Road Home Consent Form is true and correct under penalty of law and penalty of perjury. The information contained herein and the documents submitted as part of this consent request may be the basis for determining benefits under the Road Home Program, and that Undersigned acknowledge that Undersigned may be prosecuted by Federal, State and/or local authorities in the event that Homeowner(s) make or file false, misleading and/or incomplete statements and/or documents, and that the State of Louisiana may seek

remittance of settlement proceeds from the Undersigned in the event that the Undersigned make or file false, misleading and/or incomplete statements and/or documents. <u>Additionally, I understand that any incomplete responses may result in grounds for a deficiency rejection. Finally, I understand that consent to settlement and agreement as to amount to be returned to the Road Home Program will only be evidenced by the written consent and approval of the Road Home Program.</u>

| | |
|---|---|
| _____ Witness | _____ Signature (Recipient/Applicant) |
| _____ Witness | _____ Print Name (Recipient/Applicant) |
| _____ Witness | _____ Signature (Co-Recipient/Co-Applicant) |
| _____ Witness | _____ Print Name (Co-Recipient/Co-Applicant) |
| _____ Witness | _____ Signature (Attorney) |
| _____ | |

01-29-2008 - FINAL

| | |
|---|---|
| Witness | Print Name (Attorney) |

Sworn to and subscribed before me the undersigned Notary Public on this day of

_____, 2007.

                                               Notary Public

                                               (Print Name, Date Commission Expires and Bar Number)

(For Official Use Only)

ROAD HOME CONSENT

_____ Request for consent denied.

01-29-2008 - FINAL

\_\_\_\_  Request for consent denied, please respond to the State's request for additional information, so that further review may be made and consent granted.

\_\_\_\_  Request for consent granted.   The State of Louisiana, Division of Administration, Office of Community Development ("the State"), solely as the assignee(s) and/or subrogee(s) of interests of the Road Home Grant recipient(s) to whose Request for Consent this is attached ("Recipient"), in consideration of the receipt of the sum of $_____, paid by or on behalf of Recipient(s) does hereby RELEASE, ACQUIT,                     AND                     FOREVER                     DISCHARGE _____, (hereinafter referred to as "Insurer" and as defined below), but only to the extent of  any and all claims against the Insurer that the State may possess or allegedly possess or be entitled to by virtue of the execution of the Assignment and Subrogation Agreement made part of The Road Home Program Grant process including but not limited to contractual claims or any claims for damages, penalties, punitive damages and/or attorneys fees under any provision of state law, including but not exclusively La. Civ. Code art. 1997, La. R.S. 22:658 and/or 22:1220, arising out of or related to damages or losses caused in any way, whether in whole or in part, by Hurricanes Katrina and/or Rita to the insured premises of the Road Home Recipient and under or relating to Policy Number _____ issued by Insurer. With respect to the claims to which the State is the Recipient's alleged  subrogee or assignee under the Road Home subrogation and assignment agreement, the sole reservation of rights against the Insurer are rights that the State may have for recovery of Increased Cost of Compliance benefits, if any, under any flood insurance policy issued to the Recipient pursuant to the National Flood Insurance Program and administered by the Insurer, as identified and defined herein.

> This Release does not apply to any claims that the State or the State of Louisiana may have in any capacity other than as the Recipient's subrogee or assignee under the Road Home subrogation and assignment agreement executed by that specific Recipient.  This Release does not release any rights against the Recipient identified above or rights against any insurer not included within the term Insurer as defined herein.
> 
> Insurer is defined herein to include any person or entity who sold or offered for sale Policy Number _____, independent program administrators, agents, or agencies involved in the sale or offer for sale of said policy, independent or contract claim adjusters, independent or contract engineers and engineering firms, together with any current and former agents, employees, officers, directors, attorneys, owners, shareholders, associated and affiliated companies, parent companies, divisions, subsidiaries, predecessors, successors, and assigns of any of them, in connection with any claim for damages or losses but only to the extent such claims are or could be asserted by Recipient(s), against

01-29-2008 - FINAL

     Insurer under or relating to Policy Number _____ and arising out of or relating to claims for damages or losses from Hurricanes Katrina and/or Rita.

     It is expressly acknowledged that payment by Insurer does not constitute and shall not operate as an admission of liability, validate the Assignment and Subrogation Agreement made part of The Road Home Program Grant process, or waive any of Insurer's defenses.

The insurance company or you should make the State portion of the settlement funds payable to Louisiana Division of Administration – DRU" and mailed to

     Louisiana Division of Administration
     Disaster Recovery Unit – Attention Subrogation
     Post Office Box 94095
     Baton Rouge LA 70804-9095

Please include on the reference portion of the check the above referenced Road Home application number and include a copy of this correspondence with the check. The above release by the State is contingent on receipt of the State's portion of settlement funds as set forth in the consent and release.

                                Approved by:

                                Print Name and Title

                                Date

                            RECIPIENT ACKNOWLEDGMENT

     I hereby authorize and irrevocably approve and agree to reimburse the Road Home the sum of as set forth above in the Road Home Consent section. Further, I authorize and irrevocably direct the insurance company listed in the Request for Consent Form to deduct the sum of _____, as set forth above in the Road Home Consent section, from the gross settlement of any insurance claim and to remit the same directly to the Road Home, all funds should be remitted to The Road Home Program, through the Louisiana Division of Administration, as provided herein.

01-29-2008 - FINAL

                    Page 7 of  8

| | |
|---|---|
| _____ Witness | _____ Signature (Recipient/Applicant) |
| _____ Witness | _____ Print Name (Recipient/Applicant) |
| _____ Witness | _____ Signature (Co-Recipient/Co-Applicant) |
| _____ Witness | _____ Print Name (Co-Recipient/Co-Applicant) |

Sworn to and subscribed before me the undersigned Notary Public on this ____ day of _____, 2007.

_____
Notary Public

(Print Name, Date Commission Expires and Bar Number)