# EXHIBIT 25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES          *          CIVIL ACTION
     CONSOLIDATED LITIGATION          *          NO. 05-4182 "K"(2)
                                               *          JUDGE DUVAL
                                               *          MAG. WILKINSON
                                             *
_____          *

PERTAINS TO: ROAD HOME          *
    *Louisiana State*, C.A. No. 07-5528          *
                                               *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SECOND DECLARATION OF JOEY BOSSOM

Joey Bossom, under penalty of perjury, declares as follows:

      1.     I am Joey Bossom, an employee of Republic Underwriters Insurance Company.

My position with Republic Underwriters Insurance Company is Senior Claims Representative.

      2.     I am more than 21 years of age.

      3.     I am providing this Declaration in support of the Motion of State Farm Fire and

Casualty Company, *et al.*, to Disqualify Plaintiff's Private Counsel.

      4.     As set forth in my previous Declaration of January 7, 2008, I have made requests

to the Office of the Louisiana Attorney General, the Louisiana Division of Administration, and

the Louisiana Office of Contractual Review for records relating to the retention of counsel by the

Plaintiff in this action.

      5.     In a letter dated March 3, 2008, Mr. Daniel A. Rees of the Division of

Administration, Office of Community Development, Disaster Recovery Unit provided a response

to my public records requests to the Division of Administration dated October 10 and December

10, 2007.  This letter was the first response I received from the Division of Administration.  True and correct copies of that letter and the attachment thereto are attached hereto as Exhibit A.

6.     In a letter dated March 4, 2008, Mr. T. Allen Usry of the Office of the Louisiana Attorney General provided a supplemental response to my previous requests.  A true and correct copy of that letter is attached hereto as Exhibit B.

7.     I have received no responses to my requests other than the responses identified in my previous Declaration of January 7, 2008, and the additional responses identified in paragraphs 5 and 6 above.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 18, 2008.

JOEY BOSSOM

# EXHIBIT A



**BOBBY JINDAL**
GOVERNOR

**ANGELE DAVIS**
COMMISSIONER OF ADMINISTRATION

# State of Louisiana

Division of Administration

## Office of Community Development
## Disaster Recovery Unit

March 3, 2008

Mr. Joey Bossom
16724 Wenwood Drive
Baton Rouge, Louisiana 70817

> RE:   Public Record Requests regarding
>        Attorney Selection

Dear Mr. Bossom:

I am legal counsel for the Office of Community Development Disaster Recovery Unit. Your record requests addressed to the Division of Administration have been forwarded to my attention.

Your letters requested contracts through which certain attorneys were retained by the Division of Administration or the Attorney General's office for the handling of specified litigation. The attorneys that you referenced were not retained by nor contracted by the Division of Administration. As of the date of your requests this office was not in possession of contracts between the Office of the Attorney General and those attorneys and firms.

Your letters also requested "documents, correspondence, or materials of any kind relating to the retention of outside counsel by the Division of Administration and/or the Attorney General and/or the State of Louisiana in the above captioned matter." This office is in possession of e-mails between me and the Attorney General's office and between me, as counsel for this office, and our program executives, which discuss the selection of attorneys in that civil action. These items all constitute attorney client communications and attorney work-product in connection with anticipated litigation for which I must assert privilege. These emails also fall within the deliberative process privilege recognized by the court in *Kyle v. Louisiana Public Service Commission*, 878 So.2d 650 (La. App. 1st Cir. 2004). I am providing a log of those e-mail communications.

Please let me know if you any questions regarding the above.

Sincerely,

Daniel A. Rees
Legal Counsel

301 Main Street, Suite 600   •   Baton Rouge, Louisiana 70801   •   (225) 219-9600   •   1-800-272-3587   •   Fax (225) 219-9605
An Equal Opportunity Employer

DOA Log of Privilege Emails - Response to Mr. Joey Bossom

| ! | From | To | Cc | Subject | Received |
|---|------|-----|-----|---------|----------|
| **Date: Older** | | | | | |
| | Dan Rees | 'wingerteri@ag.state.la.us'; Sally Sanders (sanderss@ag.la.state.us) | Michael Taylor; Suzie Elkins | Atty Selection on OCD subrogation claims | Fri 8/17/2007 2:37 PM |
| | Dan Rees | 'wingerteri@ag.state.la.us'; 'sanderss@ag.state.la.us' | | FW: Atty Selection on OCD subrogation claims | Fri 8/17/2007 2:39 PM |
| | Dan Rees | 'wingerteri@ag.state.la.us'; 'sanderss@ag.state.la.us' | Michael Taylor; Suzie Elkins | RE: Atty Selection on OCD subrogation claims | Fri 8/17/2007 3:19 PM |
| | Wingerter, Isabel | Dan Rees | | FW: subrogation letter of authority | Mon 8/20/2007 8:42 AM |
| | Dan Rees | Michael Taylor | | FW: subrogation letter of authority | Mon 8/20/2007 8:47 AM |
| | Dan Rees | 'Wingerter, Isabel' | Michael Taylor | RE: subrogation letter of authority | Mon 8/20/2007 8:51 AM |
| | Dan Rees | 'wingerteri@ag.state.la.us' | Michael Taylor; Suzie Elkins; 'sanderss@ag.state.la.us' | RE: Atty Selection on OCD subrogation claims | Mon 8/20/2007 12:33 .... |
| | Wingerter, Isabel | Dan Rees | | RE: Atty Selection on OCD subrogation claims | Mon 8/20/2007 1:00 PM |
| | Dan Rees | Michael Taylor; Suzie Elkins | | Fw: Atty Selection on OCD subrogation claims | Mon 8/20/2007 1:01 PM |
| | Dan Rees | Michael Taylor | Suzie Elkins | RE Insurance Litigation Attorney Selection. | Wed 8/22/2007 9:06 AM |

Dan Rees

1

# EXHIBIT B

# USRY, WEEKS & MATTHEWS

### A PROFESSIONAL LAW CORPORATION
1615 POYDRAS STREET, SUITE 1250
NEW ORLEANS, LOUISIANA 70112

T. ALLEN USRY
JOHN F. WEEKS II
FREEMAN R. MATTHEWS
FRED SCHROEDER
CRAIG E. FROSCH
TIMOTHY R. RICHARDSON

TELEPHONE: (504) 592-4600
FACSIMILE: (504) 592-4641
LA WATS: (800) 523-8793

March 4, 2008

Mr. Joey Bossom
16724 Wenwood Drive
Baton Rouge, LA 70817

**Re:  Public Records Request Directed to Attorney General Buddy Caldwell**

Dear Mr. Bossom:

We are counsel for Attorney General Buddy Caldwell.  Your public records requests dated December 10, 2007 directed to former Attorney General Charles C. Foti, Jr. has been referred to this office for a supplemental official response. We understand that you have already been provided with copies of some documents that were responsive to your request.

A review of the records now in the custody of Attorney General Caldwell revealed the existence of certain other documents, specifically e-mail records, that might be responsive to your request for all "documents, correspondence, or materials of any kind relating to the retention of outside counsel by the Division of Administration and/or the Attorney General and/or the State of Louisiana." However, these records are protected from disclosure under the Louisiana Public Records Act.  These records all fall into one or more of the following categories exempt from the disclosure provisions of the Act: attorney-client communications, attorney work product, and/or are records that are protected by the deliberative process privilege recognized in Kyle v. Louisiana Public Service Commission, 878 So.2d 650 (La. App. 1st Cir. 2004).  As a consequence, none of the supplemental documents referenced herein will be released to you for inspection or copying.

Sincerely,

T. Allen Usry

TAU/CEF/es

H:\AG08-225\general advice\ltr bossom pub rec 080304.wpd

cc:    Attorney General Buddy Caldwell