| BOX# | Sources | Begdoc# | Enddoc# | DEPARTMENT / CUSTODIAN | PRODUCTION_ DATE | PRODUCTION_SET | Comments |
|---|---|---|---|---|---|---|---|
| 0 | LVS | OLD-LVS-B00-00288274 | OLD-LVS-B00-00290062 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00A | LVS | OLD-LVS-B00A-00290063 | OLD-LVS-B00A-00292753 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00B | LVS | OLD-LVS-B00B-00292754 | OLD-LVS-B00B-00295304 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00C | LVS | OLD-LVS-B00C-00295305 | OLD-LVS-B00C-00296826 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00D | LVS | OLD-LVS-B00D-00296827 | OLD-LVS-B00D-00298027 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00E | LVS | OLD-LVS-B00E-00298028 | OLD-LVS-B00E-00299078 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00F | LVS | OLD-LVS-B00F-00299079 | OLD-LVS-B00F-00299736 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00G | LVS | OLD-LVS-B00G-00299737 | OLD-LVS-B00G-00300143 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00H | LVS | OLD-LVS-B00H-00300144 | OLD-LVS-B00H-00300692 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00I | LVS | OLD-LVS-B00I-00300693 | OLD-LVS-B00I-00301251 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00J | LVS | OLD-LVS-B00J-00301252 | OLD-LVS-B00J-00301908 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 00K | LVS | OLD-LVS-B00K-00301909 | OLD-LVS-B00K-00302126 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | insurance docs |
| 2 | LVS | OLD-LVS-B02-00280712 | OLD-LVS-B02-00282084 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 3 | LVS | OLD-LVS-B03-00286783 | OLD-LVS-B03-00286783 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 4 | LVS | OLD-LVS-B04-00283624 | OLD-LVS-B04-00284899 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 9 | LVS | OLD-LVS-B09-00284900 | OLD-LVS-B09-00286782 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 16 | LVS | OLD-LVS-B16-00282085 | OLD-LVS-B16-00283623 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 00L | MRGO | OLD-MRGO-B00L-00319808 | OLD-MRGO-B00L-00320233 | ENGINEERING DEPT | 4/18/2008 | MRGO / BARGE PROD01 | permit file |

| BOX# | Sources | Begdoc# | Enddoc# | DEPARTMENT / CUSTODIAN | PRODUCTION_ DATE | PRODUCTION_SET | Comments |
|---|---|---|---|---|---|---|---|
| 1 | MRGO | OLD-MRGO-B01M-00001 | OLD-MRGO-B01M-01638 | MAINTENANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 1 | MRGO | OLD-MRGO-B01S-00001 | OLD-MRGO-B01S-01426 | ENGINEERING DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 2 | MRGO | OLD-MRGO-B02M-00001 | OLD-MRGO-B02M-001263 | MAINTENANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 03E | MRGO | OLD-MRGO-B03E-00001 | OLD-MRGO-B03E-02110 | EXECUTIVE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 3 | MRGO | OLD-MRGO-B03M-00001 | OLD-MRGO-B03M-01847 | MAINTENANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 4 | MRGO | OLD-MRGO-B04-00001 | OLD-MRGO-B04-02083 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 04E | MRGO | OLD-MRGO-B04E-00001 | OLD-MRGO-B04E-01848 | EXECUTIVE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 4 | MRGO | OLD-MRGO-B04M-00001 | OLD-MRGO-B04M-01834 | MAINTENANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 5 | MRGO | OLD-MRGO-B05-00001 | OLD-MRGO-B05-01491 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 5 | MRGO | OLD-MRGO-B05M-00001 | OLD-MRGO-B05M-01560 | MAINTENANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 6 | MRGO | OLD-MRGO-B06M-00001 | OLD-MRGO-B06M-01048 | MAINTENANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 7 | MRGO | OLD-MRGO-B07M-00001 | OLD-MRGO-B07M-00913 | MAINTENANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| 8 | MRGO | OLD-MRGO-B08M-00001 | OLD-MRGO-B08M-01557 | MAINTENANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |
| BOX 17 | MRGO | OLD-MRGO-B17-00001 | OLD-MRGO-B17-01381 | FINANCE DEPT | 4/18/2008 | MRGO / BARGE PROD01 | |