MINUTE ENTRY
WILKINSON, M.J.
APRIL 21, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  ROAD HOME, INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

Today I participated with Judge Duval in a status conference concerning the referenced matters. Judge Duval will issue a separate order. In addition, Liaison Counsel and counsel for the State of Louisiana and State Farm must contact my office to schedule the additional conferences and /or hearings discussed during the conference.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **1 : 45**