UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K"(2)

PERTAINS TO:  BARGE                     JUDGE DUVAL
                                        MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Motion of Greater New Orleans Barge Fleeting Association for Protective Order Quashing Subpoenas and Rule 45 Requests, Record Doc. No. 11973

O R D E R E D:

 XXX : CONTINUED: Jean-Paul Escudier, counsel for movant, has advised the court that he and opposing counsel are attempting to resolve the subject discovery issue, and that he therefore wishes to continue the referenced motion for two weeks until May 14, 2008. Accordingly, **IT IS ORDERED** that the referenced motion, previously set for hearing on April 30, 2008 before the undersigned magistrate judge, is hereby continued to **MAY 14, 2008**, without oral argument.

New Orleans, Louisiana, this   21st   day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE