UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: MRGO, ROBINSON, <u>06-2268</u> | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

At the request of counsel for plaintiffs, Record Doc. No. 12554, and pursuant to Local Rule 78.1E, oral argument on plaintiffs' Motion for Leave to File First Amended Complaint, Record Doc. No. 12546, is hereby set on **MAY 14, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this   21st   day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE