UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | |
| KATRINA CANAL BREACHES § | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION § | |
| § | SECTION "K" |
| § | |
| PERTAINS TO:  INSURANCE § | JUDGE DUVAL |
| § | |
| § | MAGISTRATE NO. 2 |
| STACY BISHOP, et al        NO.: 07-2748 § | |
| § | MAGISTRATE WILKINSON |
| VERSUS § | |
| § | |
| ALLSTATE INDEMNITY COMPANY § | |
| _____ § | |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice by Stacy Bishop and Victor Marino;

It is hereby ORDERED that Defendant, Allstate Indemnity Company in the above entitled matter is dismissed with prejudice.

New Orleans, Louisiana, this __21st__ day of April, 2008.

_____

JUDGE, UNITED STATES DISTRICT COURT

1