UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5199 (Rafael & Dioigna Acevedo v.<br>State Farm Fire and Casualty Company | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## ORDER

Considering the Motion for Leave to Substitute Co-Counsel for Plaintiffs,

IT IS ORDERED that the Motion for Leave to Substitute Co-Counsel of Record for Plaintiffs is GRANTED. IT IS FURTHER ORDERED that the name of Maureen Blackburn Jennings be withdrawn as co-counsel for plaintiffs, and that Ernest Svenson and Al J. Robert, Jr. be substituted in her place as co-counsel with Stuart T. Barasch for plaintiffs. IT IS FURTHER ORDERED that Stuart T. Barasch shall remain as Trial Attorney for plaintiffs.

New Orleans, Louisiana, this 21st day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE