# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164**, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of Mr. & Mrs. John B. Williams, Edinburgh Beauty Salon regarding 3640-42 Bruxelles Street, New Orleans, LA 70119 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Mr. & Mrs. John B. Williams, Edinburgh Beauty Salon regarding 3640-42 Bruxelles Street, New Orleans, LA 70119 against Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
United States District Judge