UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO: BARGE, MRGO & LEVEE                SECTION "K"(2)

## ORDER

The Court has considered the Scheduling Plan and Trial Plans submitted by the Orleans Levee District, Board of Commissioners for Lake Borgne Levee District, East Jefferson Levee District, Sewerage & Water Board of New Orleans, U.S. Government, Lafarge North American and Washington Group International (Doc. 12251) as well as the Proposal by Barge PLSC of Case Management (Doc. 12251-2). Having reviewed these documents and the various letters and correspondence received from counsel, the Court has decided to adopt with minor changes the Scheduling Plan and Trial Plans submitted by all parties save the Barge PLSC. The Court informed all counsel of this decision by telephone on April 21, 2008 and relayed the date and text changes which shall be incorporated into a Case Management Order that shall govern the progress of the BARGE, MRGO AND LEVEE litigation in the future. It was anticipated that a completed proposed order could be filed no later than April 24, 2008.

Counsel for the Barge PLSC expressed his concern with respect to the due date under this order for BARGE Plaintiffs' Class Certification Expert Reports which under the present schedule would be due on May 12, 2008. The Court requested the parties to attempt to find an amicable solution to this dilemma; however, the Court would note that there are expert reports already generated for LEVEE and MRGO which cover the exact same geographic area with the same damages. In the event that the BARGE PLSC is not satisfied with schedule as confected,

counsel may file a motion for relief which should present a specific course of action requested. Accordingly,

**IT IS ORDERED** that a proposed Case Management Order in line with Doc. 12251 with those changes requested by the Court shall be filed no later than April 24, 2008.

New Orleans, Louisiana, this   22nd   day of April, 2008.

                                                  **STANWOOD R. DUVAL, JR.**
                                      **UNITED STATES DISTRICT COURT JUDGE**