UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-5199 (Rafael & Dioigna Acevedo v. Hartford Insurance Company) | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

PLAINTIFF'S MOTION FOR LEAVE TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT, RULE 15 FED. R. CIV. P.

NOW INTO COURT, through undersigned counsel, comes Rafael & Dioigna Acevedo, et al, who respectfully moves this Court for an Order of Leave to file Plaintiff's Second Amended Complaint.

WHEREFORE, Plaintiffs request that it be granted leave to file, accordingly.

Dated: April 22, 2008                                  Respectfully submitted,

*S/Stuart Barasch*

STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279
Email: sblawoffice@aol.com

CERTIFICATE OF SERVICE

     I hereby certify that, on April 22, 2008, the foregoing document, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing (ECF) system. Parties may access this filing through the Court's system.

                                           S/Stuart Barasch
                                           STUART BARASCH