UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5199 (Rafael & Dioigna Acevedo v.<br>Hartford Insurance Company) | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### SECOND AMENDED COMPLAINT FOR DAMAGES

Plaintiffs' Second Amended Complaint for Damages does not change the parties contained in the First Amended Complaint. As to defendant Hartford Insurance Company only (named in the original Complaint for Damages and the First Amended Complaint for Damages as Hartford Insurance Company) (hereinafter "Harford"), the Second Amended Complaint for Damages is amended to allege that all of plaintiffs' damage was the result of wind and wind driven rain only.

I. As to all defendants other than Hartford, Plaintiffs reurge and reiterate all of the allegations contained in paragraphs 1-10 of their First Amended Complaint for Damages filed herein, as if copied herein *in extenso*.

II. With respect to defendant Hartford, Plaintiffs reurge and reiterate all of the allegations contained in paragraphs 1,2,3,6,7, 8,9 and 10 of their First Amended Complaint

for Damages filed herein, as if copies herein *in extenso.*

III.  With respect to defendant Hartford only, paragraph 4 of the First Amended Complaint for Damages is amended to provide as follows:

> 4.  On August 29, 2005 Hurricane Katrina caused substantial damage to each plaintiff's real property, including roof damage and damage to the interior, including contents.  This damage rendered the property uninhabitable for an extended period of time.  This damage was caused by wind and wind driven rain alone.

IV.  With respect to defendant Hartford only, paragraph 5 of the First Amended Complaint for Damages is deleted.

WHEREFORE, Plaintiffs pray for trial by jury, that Defendants be duly cited to appear and answer this Second Amended Complaint for Damages, and, after legal delays due proceeding had, there be judgment herein in favor of Plaintiffs and against Defendants in a reasonable amount to be determined by this Honorable Court for the damages sustained by Plaintiffs, together with special damages, penalties, court costs, attorney fees, legal interest form date of judicial demand and for all general and equitable relief.

Dated: April 22, 2008                                Respectfully submitted,

*S/Stuart Barasch*
STUART BARASCH (20650)
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279
Email: sblawoffice@aol.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 22, 2008, the foregoing document, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing (ECF) system. Parties may access this filing through the Court's system.

*S/Stuart Barasch*
STUART BARASCH