MINUTE ENTRY
DUVAL, J.
April 21, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO: INSURANCE & ROAD HOME              SECTION "K"(2)


Attending a status conference held this day concerning the course of action the Court should take with respect to the Insurance and Road Home sub-categories in this consolidated litigation (See Doc. 12477) were:

   Joseph Bruno
   Calvin Fayard
   Ralph Hubbard
   Seth Schmeeckle
   Judy Barrasso
   Chase Chassignac
   Frank Dudenheffer
   Scott Joanen.

Magistrate Judge Jay Wilkinson participated as well as the undersigned. Considering the discussion had and the Court's intention in the interest of judicial economy to encourage and facilitate settlement of the cases under these sub-categories prior to dismantling the Insurance Sub-Category,

**IT IS ORDERED** that **no later than May 28, 2008,** counsel shall present to the Court a proposed Case Management Order for Insurance and Road Home where certain procedures will be put in place to encourage and obtain settlements of the pending cases in a timely manner with the understanding that without such settlement, the Court intends at an appropriate time to sever these cases for random re-allotment. Magistrate Judge Wilkinson will meet with counsel to aid

in the confection of this Case Management Order. It is understood that in the event a single order is impossible, one specifically for Road Home and another for Insurance will suffice.

**IT IS FURTHER ORDERED** that counsel shall also discuss and report to the Court **no later than May 28, 2008** a suggested method by which to dismiss class action claims still pending based on allegations of coverage based on the alleged ambiguity in the Water Damage Exclusion which allegations have been rendered without force as a result of the *Sher* decision by the Louisiana Supreme Court.

JS-10: 1 hour