UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson*<br>(No. 06-2268) | |

### NOTICE OF DEPOSITION

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz, through their attorneys of record, will take the deposition under oath of Brian Bonanno. This deposition will take place on Wednesday, April 30, 2008 commencing at 9:00 a.m. at the Army Corps's New Orleans District Headquarters, 7400 Leake Ave. New Orleans, Louisiana 70118-3651. The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, Live Note, and will be transcribed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

1

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, Live Note and will be transcribed.

Dated:  April 22, 2008

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298

**The Andry Law Firm, LLC**
By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

| **Law Offices of Joseph M. Bruno** | **Domengeaux Wright Roy & Edwards LLC** |
|---|---|
| Joseph M. Bruno (LSBA No. 3604) | Bob F. Wright (LSBA No. 13691) |
| 855 Baronne Street | James P. Roy (LSBA No. 11511) |
| New Orleans, Louisiana 70133 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 525-1335 | P.O. Box 3668 |
| Facsimile:  (504) 581-1493 | Lafayette, Louisiana 70502-3668 |
|  | Telephone: (337) 233-3033 |
|  | Facsimile:  (337) 233-2796 |
| **Fayard & Honeycutt** | **Girardi & Keese** |
| Calvin C. Fayard, Jr. (LSBA No. 5486) | Thomas V. Girardi (*pro hac vice*) |
| Blayne Honeycutt (LSBA No. 18264) | 1126 Wilshire Boulevard |
| 519 Florida Avenue, S.W. | Los Angeles, CA 90017 |
| Denham Springs, Louisiana 70726 | Telephone: (213) 489-5330 |
| Telephone: (225) 664-4193 | Facsimile:  (213) 481-1554 |

2

Facsimile: (225) 664-6925

| | |
|---|---|
| **Ranier, Gayle & Elliot, LLC** | **Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.** |
| N. Frank Elliot III | |
| 1419 Ryan Street | Clay Mitchell (*pro hac vice*) |
| Lake Charles, LA 70601 | Matt Schultz (*pro hac vice*) |
| Telephone: (337) 494-7171 | 316 S. Baylen Street, Suite 600 |
| Facsimile: (337).494.7218 | Pensacola, Florida 32502-5996 |
| | Telephone: (850) 435-7140 |
| | Facsimile: (850) 436-6123 |
| **McKernan Law Firm** | **Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC** |
| Joseph Jerry McKernan (LSBA No 10027) | Gerald E. Meunier  (LSBA 9471) |
| John Smith (LSBA No. 23308) | 2800 Energy Centre |
| 8710 Jefferson Highway | 1100 Poydras Street |
| Baton Rouge, Louisiana 70809 | New Orleans, Louisiana 70163 |
| Telephone: (225) 926-1234 | Telephone: (504) 522-2304 |
| Facsimile: (225) 926-1202 | Facsimile: (504) 528-9973 |
| **Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation** | **Cotchett, Pitre, Simon & McCarthy** |
| | Joseph W. Cotchett  (*pro hac vice*) |
| | 840 Malcolm Road, Suite 200 |
| Elwood C. Stevens, Jr.  (LSBA No. 12459) | Burlingame, California 94010 |
| 1205 Victor II Boulevard | Telephone:  (650) 697-6000 |
| P.O. Box 2626 | Facsimile:  (650) 697-0577 |
| Morgan City, Louisiana 70381 | |
| Telephone: (985) 384-8611 | |
| Facsimile: (985) 385-4861 | |
| **Law Office of Frank J. D'Amico, Jr. APLC** | **Salas & Co., LC** |
| | Camilo K. Salas, III (LSBA No. 11657) |
| Frank J. D'Amico, Jr. (LSBA No. 17519) | 650 Poydras Street, Suite 1650 |
| Richard M. Exnicios, Esq. (LSBA No. 25666) | New Orleans, LA  70130 |
| | Telephone: (504) 799-3080 |
| 622 Baronne Street | Facsimile:  (504) 799-3085 |
| New Orleans, LA 70113 | **Attorneys for Plaintiffs** |
| Telephone: (504) 525-9561 | |
| Fax: 504-525-9522 | |

3

4

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on April 22, 2008 I caused to be served Plaintiffs' **NOTICE OF DEPOSITION OF BRIAN BONANNO** upon Defendant's counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov; and all other counsel of record by ECF.

/s/ Pierce O'Donnell