UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.    05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

**EXHIBIT 1 TO THE OPPOSITION TO PLAINTIFFS' OBJECTIONS TO AND MOTION TO REVIEW MAGISTRATE'S HEARING AND ORDER ON MOTION (RECORD DOCUMENT NO. 12182)**

1. **Document No.10331- Motion to Disqualify Counsel**

This pleading was filed by Mr. O'Dwyer in an attempt to disqualify Calvin Fayard and Daniel Becnel from the Katrina litigation.  O'Dwyer's request for oral argument was denied, and the motion was taken on the papers and that any opposition was required to be filed by February 6, 2008. (See Record Doc. No. 10718).  As such, there can be no discovery regarding this issue.

2.     **Document No.10431 - Affidavit of Personal Bias against Judge Duval**

This pleading was filed by Mr. O'Dwyer in what can be characterized as a failed attempt to recuse Judge Duval. The attempts to have Judge Duval were denied by Judge Duval as indicated in Document No. 11357. This matter has been resolved; there can be no discovery pursuant to this pleading.

3.     **Document No. 10615 - Order of January 17, 2008**

This pleading relates to Document No.10431, the Affidavit of Personal Bias against Judge Duval. As this matter has been resolved by Document No. 11357; there can be no discovery pursuant to this pleading.

4.     **Document No. 10646 - Motion for Leave to File Document**

This pleading relates to the filing of a supplemental memo to Document No.10331, the Motion to Disqualify Counsel. This matter has been submitted; there can be no discovery pursuant to this pleading.

5.     **Document No. 10731 - Minute Entry re: Status Conference of January 16, 2008**

This is only a minute entry that relates to Document No.10431, the Affidavit of Personal Bias against Judge Duval.

6.     **Document No. 10737 - Order on Motion to Amend**

This Order simply granted leave for Mr.O'Dwyer to correct typographical errors in Document No. 10646, which related to Document No.10331, the Motion to Disqualify Counsel.

7.     **Document No. 10758 - Transcript of proceedings held on January 16, 2008**

This document is an excerpt of Judge Duval commiserating that he did not recuse himself at the outset of the Hurricane Katrina canal breaches litigation.

**8.      Document No. 10759 - Transcript of proceedings held on January 16, 2008**

This document is the transcript of the hearing related in large part to the late filing of the Affidavit of Personal Bias against Judge Duval (Document No. 10431). As this matter has been resolved by Document No. 11357; there can be no discovery pursuant to this pleading.

**9.      Document No. 10886 - Order on Motion to Amend**

This Order granted leave to Mr. O'Dwyer to have Blayne Honeycutt named as a respondent to Doc. No. 10331. This matter has been submitted; there can be no discovery pursuant to this pleading.

**10.     Document No. 10910 - Motion for Recusal of Judge Duval**

This pleading was filed by Mr. O'Dwyer in another a failed attempt to recuse Judge Duval. This matter has been resolved by Order, Document No. 11357; there can be no discovery regarding this issue.

**11.     Document No. 10969 - Affidavit of O'Dwyer supplementing affidavit Doc. 10431**

This pleading relates to Document No.10431, the Affidavit of Personal Bias against Judge Duval. This matter has been resolved by Order, Document No. 11357; there can be no discovery regarding this issue.

**12.     Document No. 11074 - Order on Motion to Amend**

This Order relates to Document No.10910, granting leave to attach an exhibit to Doc. No. 10910, the Motion for Recusal of Judge Duval. This matter has been resolved by Order, Document No. 11357; there can be no discovery regarding this issue.

**13.     Document No. 11096 - Motion for Leave to File Document**

This pleading requests leave to file a Reply Memo related to Doc. 1033, the Motion to Disqualify Counsel. This matter has been submitted; there can be no discovery regarding this issue.

**14.     Document No. 11253 - Notices of Depositions**

This is the Notice that the instant controversy surrounds. The Court should take note that no explanation for the basis of this Notice has been presented by Mr. O'Dwyer.

**15.     Document No. 11317 - O'Dwyer's Opposition to Motion to Quash Doc. 10910**

This pleading relates to Document No.10910, the Motion for Recusal of Judge Duval. . This matter has been resolved by Order, Document No. 11357; there can be no discovery regarding this issue.

**16.     Document No. 11357 - Order on Motion for Recusal(10910)**

This Order relates to Document No.10910, the Motion for Recusal of Judge Duval. By this Order, Judge Duval denied Mr. O'Dwyer's Motion for Recusal.

**17.     Document No. 11369 - Order granting Motion for Leave to file Supplemental Memo re: 10331**

This pleading relates to the filing of a supplemental memorandum to Document No.10331, the Motion to Disqualify Counsel. This matter has been submitted; there can be no discovery regarding this issue.

**18.     Document No. 11370 - Supplemental Memo re: 10331**

This pleading relates to the filing of a supplemental memorandum to Document No.10331, the Motion to Disqualify Counsel. This matter has been submitted; there can be no discovery regarding this issue.

**19.     Document No. 11371 - Order on Motion for Leave**

This Order relates to the filing of a supplemental memo to Document No.10331, the Motion to Disqualify Counsel. This matter has been submitted; there can be no discovery regarding this issue.

**20.     Document No. 11372 - Reply to Response to Motion in Opposition**

This pleading relates to Document No.10331, the Motion to Disqualify Counsel. This matter has been submitted; there can be no discovery regarding this issue.