UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| No.   05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |
| 07-5023 | * | |
| 07-5040 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EXHIBIT 2 TO THE OPPOSITION TO PLAINTIFFS' OBJECTIONS TO AND MOTION TO REVIEW MAGISTRATE'S HEARING AND ORDER ON MOTION (RECORD DOCUMENT NO. 12182)**

1. In 05-4181, (Doc. No. 1-2), Louisiana Governor Kathleen Blanco, as well as the State of Louisiana, were named as defendants by Mr. O'Dwyer.  Both State defendants were dismissed on July 19, 2006. (Document No. 789).

2. In Case No. 06-1885, only the United States of America was named as a defendant.  This case has been dismissed. (Document Nos. 8 & 11).

3. In Case No. 06-4024, only the United States of America was named as a defendant. This case has been dismissed. (Document No. 7).

4. In Case No. 06-4389, the Department of Transportation and Development, State of Louisiana was named as a defendant, as was its head, Johnny D. Bradberry. The claims against both State defendants were dismissed on April 3, 2007. (Document No. 6 & 8).

5. In Case No. 06-5771, only the United States of America was named as a defendant. This case was consolidated with 05-4182 on November 2, 2006. (Document No. 6).

6. In Case No. 06-5786, a state court action naming the Department of Transportation and Development, State of Louisiana and Johnny D. Bradberry (with identical allegations as in Case No. 06-4389) was removed the Eastern District on September 8, 2006. The claims against both State defendants were dismissed on April 3, 2007. (Document No. 5 & 7).

7. In Case No. 06-6099, Mr. O'Dwyer brought suit against Governor Kathleen Blanco, as well as the State of Louisiana; the Department of Transportation and Development, State of Louisiana and Johnny D. Bradberry; the Governor's Office of Homeland Security and its head Col. Jeff Smith; the Louisiana Department of Social Services, and its head Ann S. Williams; the Louisiana Department of Public Safety and Corrections, and its head, Richard L. Stadler. This case was consolidated with 05-4182 on November 7, 2006. (Document No. 24). The claims against all of the State entity defendants were dismissed on April 3, 2007. (Document No. 25 & 27).

8. In Case No. 07-0206, only the United States of America was named as a defendant. This case was consolidated with 05-4182 on March 8, 2007. (Document No. 7).

9. In Case No. 07-3500, Mr. O'Dwyer did not name the State of Louisiana as a defendant.

10. In Case No. 07-3612, only the United States of America was named as a defendant. This case was transferred to Division K on December 5, 2007. (Document No. 8).

11. In Case No. 07-5023, only the United States of America was named as a defendant in a suit brought by the State of Louisiana and the Orleans Parish School Board. Mr. O'Dwyer did not file this Complaint.

12. In Case No. 07-5040, only the United States of America was named as a defendant in a suit brought by the State of Louisiana. Mr. O'Dwyer did not file this Complaint, and he cannot be a party because it was filed on behalf of the State and no class allegations were made.