## Stephanie Pizani

| | |
|---|---|
| **From:** | Victoria Broussard [vbroussard@odwyerlaw.com] |
| **Sent:** | Wednesday, February 13, 2008 2:13 PM |
| **To:** | mtannehill@yourlawyer.com; smwiles@maplesandkirwan.com; aalonso@yourlawyer.com; frosenthal@yourlawyer.com; dbecnel@becnellaw.com; dollyno@aol.com; rgharvey@bellsouth.net; hlambert@lambertandnelson.com; rgp@rgplaw.com; wimberly@nternet.com; Joe Bruno; Stephanie Pizani; David Scalia; dmartin@gainsben.com; khadican@gainsben.com; rasmith3@bellsouth.net; tdavis2@cableone.net; fswarr@landryswarr.com; mlandry@landryswarr.com; calvinfayard@fayardlaw.com; gmckernan@mckernanlawfirm.com; ccdlawfirm@aol.com; wgambel@millinglaw.com; Florian Buchler |
| **Cc:** | SBickford@mbfirm.com; Lcentola@mbfirm.com; kklibert@becnellaw.com |
| **Subject:** | Record Document Nos. 10331 and 10910, and their progeny |
| **Attachments:** | CCF02132008_00001.pdf; CCF02132008_00002.pdf |

Ladies and Gentlemen:

You will have noted that my Motion for Disqualification of counsel (Record Document No. 10331) specifically requested disclosure of financial arrangements which may, and probably will, identify other "tainted" lawyers and law firms, as well as disclosure of when the negotiations with the State, which ultimately resulted in representation of the State, first commenced. The Motion to Recuse Judge Duval (Record Document No. 10910) seeks, in the alternative, an evidentiary hearing at which the issues of personal bias, prejudice and/or partiality can be fully discovered and disclosed. To satisfy those clearly identified objectives, I want to take certain discovery depositions and to issue subpoenae duces tecum. Accordingly, I am requesting convenient dates for the taking of the depositions of the following individuals:

1. Jonathan B. Andry
2. Paul G. Aucoin
3. Daniel Becnel
4. Joseph M. Bruno
5. Frank C. Dudenhefer
6. N. Frank Elliot III
7. Calvin C. Fayard, Jr.
8. Charles C. Foti, Jr.
9. Joseph J. McKernan
10. Drew A. Ranier
11. James P. Roy
12. Bob F. Wright



I also request that the deponents and/or their counsel voluntarily agree to accept service of subpoenae

2/18/2008

duces tecum which will address disclosure and production of the items being subject of the attached Louisiana Public Records Act requests which were addressed to the Louisiana Department of Justice and to the Special Assistant Attorneys General on September 5, 2007, and September 10, 2007, respectively.

It may also become necessary to take the depositions of Judge Duval and Ms. Daley.

Please let me hear from you as soon as possible, since I have noted the recent filing of at least one motion for a special setting on an expedited basis.

*[signature]*

**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
821 Baronne Street
New Orleans, LA 70113
Tel. (504) 679-6166
Fax. (504) 581-4336
AROD@odwyerlaw.com

2/18/2008