**Scott Joanen**

| | |
|---|---|
| From: | Ashton O'Dwyer [arod@odwyerlaw.com] |
| Sent: | Thursday, January 31, 2008 11:21 AM |
| To: | 'Jim Roy' |
| Subject: | RE: reply needed by 1:00 CSDT TODAY |

O.K. Well are either of you, or any of your partners, serving on Committees in the litigation, having been appointed by Judge Duval? Also, until we know all of the financial ramifications between and among everyone who may be "tainted", then we can't speak about "imputed" conflicts of interest, can we? For the record, Ashton O'Dwyer does not "credit" any of "you" with a presumption of innocence. As far as I am concerned, you are all "dirty", until your innocence is proven.

-----Original Message-----
From: Jim Roy [mailto:jimr@wrightroy.com]
Sent: Thursday, January 31, 2008 10:46 AM
To: arod@odwyerlaw.com
Subject: RE: reply needed by 1:00 CSDT TODAY
Importance: Hi
** High Priority **

Ashton-For the record neither Jim Roy, Bob Wright or their firm or anyone in their firm have EVER been a part of the Levee Group. Nor have any of us signed any pleadings acting on behalf of Levee. I believe the same is true regarding a number of other people you name in the email below. Jim

James Parkerson Roy
    P.O. Box 3668
    Lafayette, LA 70502
    337-233-3033
    1-800-375-6186
    Cel:337-278-7892
    Direct:337-593-4190
    jimr@wrightroy.com
    www.wrightroy.com
-----Original Message-----
From: "Ashton O'Dwyer" <arod@odwyerlaw.com>
To:   <gwen@andrylawfirm.com>
To:   <Attyecs@aol.com>
To:   <DollyNO@aol.com>
To:   <FCDlaw@aol.com>
To:   <Zinbec@aol.com>
To:   <dbecnel@becnellaw.com>
To:   <aucoinp@bellsouth.net>
To:   <keithcouture@bellsouth.net>
To:   <david@brunobrunolaw.com>
To:   <harry@brunobrunolaw.com>
To:   <jbruno@brunobrunolaw.com>
To:   <mburg@burgsimpson.com>
To:   <ggoforth@couhigpartners.com>
To:   <jdunlap@couhigpartners.com>
To:   <rebennacks@cox.net>
To:   <rmmjr@cox.net>
To:   <pgregory@cpmlegal.com>
To:   <jcotchett@cpsmlaw.com>
To:   <fdamicojr@damicolaw.net>
To:   <rexnicios@damicolaw.net>
To:   <fholthaus@dphf-law.com>
To:   <JdeGravelles@dphf-law.com>
To:   <jpalmintier@dphf-law.com>
To:   <mpalmintier@dphf-law.com>
To:   <tturner@dumaslaw.com>
To:   <wdumas@dumaslaw.com>



1

```
To:   <calvinfayard@fayardlaw.com>
To:   <dbhoneycutt@fayardlaw.com>
To:   <wandaedwards@fayardlaw.com>
To:   <smwiles@fgmapleslaw.com>
To:   <dmartin@gainsben.com>
To:   <gmeunier@gainsben.com>

Sent: 1/31/2008 10:26:27 AM
Subject: RE: reply needed by 1:00 CSDT TODAY
```

This is Ashton O'Dwyer to Messers. Bruno, Becnel and Fayard (and to all others similarly situated): I suggest that you put your E & O carriers on notice. The adverse decision of yesterday (at whose doorstep do the rest of us lay that one?) reinforces what I have been saying about the conflict of interests between our clients and the State of Louisiana. So, what do you tell your E & O carriers? Well: (1) You have been put on notice of causes of action numbering in the thousands (hundreds of thousands?) arising out of a conflict of interests, which you intentionally concealed from the rest of us (Oh! the policies exclude coverage for intentional acts? O.K. Leave that

out!). (2) You have been put on notice of causes of action arising out of an inartfully drafted "Superseding Master Complaint", which you agreed, without authorization from the rest of us, to "supersede" our artfully drafted pleadings, which Judge Duval then proceeded to ignore. (3) You have been put on notice of causes of action arising out of your failure to make factual and legal arguments which, the claimants and their lawyers aver, had they been competently made to Judge Duval, would have avoided a judicial determination that the Federal Government enjoys IMMUNITY, a decision which now hangs from our necks like an albatross, and which, unfortunately, probably will continue to do so.

---

```
From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Friday, August 31, 2007 11:34 AM
To: 'FCDlaw@aol.com'; 'Linda@lambertandnelson.com'; 'stephaniep@jbrunolaw.com';
'rebennacks@cox.net'; 'Alexis@LambertandNelson.com'; 'aalonso@yourlawyer.com';
'aayer@reichandbinstock.com'; 'bjones@gsnlaw.com'; 'calvinfayard@fayardlaw.com';
'Candace@lambertandnelson.com'; 'dbecnel@rtconline.com'; 'dbecnel@becnellaw.com';
'DollyNO@aol.com'; 'dbhoneycutt@fayardlaw.com'; 'david@brunobrunolaw.com';
'JdeGravelles@dphf-law.com'; 'dmartin@gainsben.com'; 'dreich@reichandbinstock.com';
'florian@jbrunolaw.com'; 'fholthaus@dphf-law.com'; 'federal@geraldmaples.com';
'gmeunier@gainsben.com'; 'harry@brunobrunolaw.com'; 'hugh@lambertandnelson.com';
'jgarner@shergarner.com'; 'jim@jimshall.com'; 'jbruno@brunobrunolaw.com';
'pconnick@lil.nocoxmail.com'; 'jpalmintier@dphf-law.com'; 'keithcouture@bellsouth.net';
'mtannehill@yourlawyer.com'; 'mburg@burgsimpson.com'; 'mhill@smithfawer.com';
'mpalmintier@dphf-law.com'; 'nicole@murphylfirm.com'; 'Jerry@yourlawyer.com';
'aucoinp@bellsouth.net'; 'pmurphy@murphylfirm.com'; 'Price@jbrunolaw.com';
'rasmith@smithfawer.com'; 'rmmjr@cox.net'; 'rob@jbrunolaw.com'; 'Zinbec@aol.com';
'rcaluda@rcaluda.com'; 'srrosenb@yahoo.com'; 'scott@jbrunolaw.com';
'stephanie@rcaluda.com'; 'smwiles@fgmapleslaw.com'; 'tturner@dumaslaw.com';
'wdumas@dumaslaw.com'; 'wandaedwards@fayardlaw.com'; 'aphlen@mckernanlawfirm.com';
'bobw@wrightroy.com'; 'csalas@salaslaw.com'; 'cmitchell@levinlaw.com';
'dbigelow@girardikeese.com'; 'dranier@rgelaw.com'; 'dflint@mckernanlawfirm.com';
'Attyecs@aol.com'; 'fdamicojr@damicolaw.net'; 'gandry@yahoo.com'; 'jimr@wrightroy.com';
'jdunlap@couhigpartners.com'; 'jsmith@mckernanlawfirm.com'; 'gwen@andrylawfirm.com';
'jemckernan@mckernanlawfirm.com'; 'jcotchett@cpsmlaw.com'; 'kcalcagnie@rcrlaw.net';
'mrobinson@rcrlaw.com'; 'mschultz@levinlaw.com'; 'felliot@rgelaw.com';
'pgregory@cpmlegal.com'; 'pod@oslaw.com'; 'rexnicios@damicolaw.net';
'ggoforth@couhigpartners.com'; 'tgirardi@girardikeese.com'; 'vandrus@yahoo.com'
Cc: 'jbruno@jbrunolaw.com'; 'johnandry@yahoo.com'; 'MSchultz@levinlaw.com'
Subject: RE: reply needed by 1:00 CSDT TODAY
```

While we're all "communicating", when are we going to address the issue of "conflicts of interests" involving those members of the Plaintiffs'
Liason
Committee, who we all now know have been "sleeping with the devil", the Louisiana Department of "Injustice", and who concealed their now obviously long-standing relationship with Attorney General Foti and the State, while purporting to be representing

-2-

the interests of all members of the class.

This is a SCANDAL, Boys and Girls. I'm waiting for IMMEDIATE resignations from the Plaintiffs' Liason Committee.

---

From: FCDlaw@aol.com [mailto:FCDlaw@aol.com]
Sent: Friday, August 31, 2007 10:58 AM
To: Linda@lambertandnelson.com; arod@odwyerlaw.com; stephaniep@jbrunolaw.com; rebennacks@cox.net; Alexis@LambertandNelson.com; aalonso@yourlawyer.com; aayer@reichandbinstock.com; bjones@gsnlaw.com; calvinfayard@fayardlaw.com; Candace@lambertandnelson.com; dbecnel@rtconline.com; dbecnel@becnellaw.com; DollyNO@aol.com; dbhoneycutt@fayardlaw.com; david@brunobrunolaw.com; JdeGravelles@dphf-law.com; dmartin@gainsben.com; dreich@reichandbinstock.com; florian@jbrunolaw.com; fholthaus@dphf-law.com; federal@geraldmaples.com; gmeunier@gainsben.com; harry@brunobrunolaw.com; hugh@lambertandnelson.com; jgarner@shergarner.com; jim@jimshall.com; jbruno@brunobrunolaw.com; pconnick@lil.nocoxmail.com; jpalmintier@dphf-law.com; keithcouture@bellsouth.net; mtannehill@yourlawyer.com; mburg@burgsimpson.com; mhill@smithfawer.com; mpalmintier@dphf-law.com; nicole@murphylfirm.com; Jerry@yourlawyer.com; aucoinp@bellsouth.net; pmurphy@murphylfirm.com; Price@jbrunolaw.com; rasmith@smithfawer.com; rmmjr@cox.net; rob@jbrunolaw.com; Zinbec@aol.com; rcaluda@rcaluda.com; srrosenb@yahoo.com; scott@jbrunolaw.com; stephanie@rcaluda.com; smwiles@fgmapleslaw.com; tturner@dumaslaw.com; wdumas@dumaslaw.com; wandaedwards@fayardlaw.com; aphlen@mckernanlawfirm.com; bobw@wrightroy.com; csalas@salaslaw.com; cmitchell@levinlaw.com; dbigelow@girardikeese.com; dranier@rgelaw.com; dflint@mckernanlawfirm.com; Attyecs@aol.com; fdamicojr@damicolaw.net; gandry@yahoo.com; jimr@wrightroy.com; jdunlap@couhigpartners.com; jsmith@mckernanlawfirm.com; gwen@andrylawfirm.com; jemckernan@mckernanlawfirm.com; jcotchett@cpsmlaw.com; kcalcagnie@rcrlaw.net; mrobinson@rcrlaw.com; mschultz@levinlaw.com; felliot@rgelaw.com; pgregory@cpmlegal.com; pod@oslaw.com; rexnicios@damicolaw.net; ggoforth@couhigpartners.com; tgirardi@girardikeese.com; vandrus@yahoo.com
Cc: jbruno@jbrunolaw.com; johnandry@yahoo.com; MSchultz@levinlaw.com
Subject: Re: reply needed by 1:00 CSDT TODAY

Linda--lets make the defendants come to each of us who have responsive materials, there is no obligation on our part to do more--thanks for the

reply, frank

---

Get a sneak peek of the all-new AOL.com
<http://discover.aol.com/memed/aolcom30tour/?ncid=AOLAOF00020000000982>

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.19.16/1251 - Release Date: 1/30/2008 9:29 AM

3