**Scott Joanen**

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Monday, February 11, 2008 2:03 PM
**To:** Joe Bruno; Stephanie Pizani; 'AJ Rebennack '; 'Arthur W. Landry '; 'Ashley Philen'; 'Bill Jones'; 'Bob Wright'; 'Calvin Fayard'; 'Camilo Salas'; 'Clay Mitchell'; 'Daniel Becnel Jr. '; 'Daniel Becnel Jr. )'; David Scalia; 'Diane Melancon'; 'Ewell Eagan'; 'Frank Anthony Piccolo '; 'Frank Dudenhefer'; 'Frederick J. Gisevious Jr. '; 'Gerald Meunier '; 'Hugh Lambert'; 'J. Patrick Connick'; 'James Roy'; 'Jim Hall'; 'John A. V. Nicoletti '; 'Johnanthan B. Andry '; 'Joseph E. Lee III '; 'Joseph McKernan'; 'Josh Palmintier'; 'Marion White'; 'Matt Schultz'; 'Michael Palmintier'; 'N. Frank Elliot III '; 'Pierce O'Donnell'; 'Pius Obioha'; Price Mounger; 'Randall Hart'; Rob Warren; 'Robert Caluda'; 'Ronnie Penton'; 'Russ Herman '; Scott Joanen; 'Steve Herman'; 'Todd Slack'; 'Walter Dumas'; 'William Christian Gambel '; 'Aaron Ahlquist'; 'Adam Babich '; 'Cindy Amedee'; 'Darlene Marie Jacobs '; 'David Scalia '; 'deGravelles, Palmintier, Holthaus, Fruge '; 'Francis Gerals Weller '; 'Gerald F. Maples '; 'Gina Campo'; 'John Cummings '; 'John Patrick Connick'; 'John-Michael Lawrence '; 'Keith Couture '; 'Kirk Reasonover '; 'Michael Hill'; Price Mounger; 'Randall A. Smith '; Rob Warren; 'Robert Becnel '; 'Sarah Rosenblum'; ssmith@smithstag.com; 'Stephen Michael Wiles '; 'Susan Molero Vance '; 'Tiffany Laura Hawkins Davis '; 'William E. O'Neil '; 'William Mustian'
**Cc:** Jennifer Louis
**Subject:** RE: Congress

Any lawyer worth his "salt" would have sued the State of Louisiana, because if he didn't then his clients risked not being able to recover their damages from a deep enough pocket. It'll all be pleaded very articulately in the legal malpractice class action I am preparing.

---

**From:** Joe Bruno [mailto:jbruno@jbrunolaw.com]
**Sent:** Monday, February 11, 2008 1:17 PM
**To:** Ashton O'Dwyer; Stephanie Pizani; AJ Rebennack ; Arthur W. Landry ; Ashley Philen; Bill Jones; Bob Wright; Calvin Fayard; Camilo Salas; Clay Mitchell; Daniel Becnel Jr. ; Daniel Becnel Jr. ); David Scalia; Diane Melancon; Ewell Eagan; Frank Anthony Piccolo ; Frank Dudenhefer; Frederick J. Gisevious Jr. ; Gerald Meunier ; Hugh Lambert; J. Patrick Connick; James Roy; Jim Hall; John A. V. Nicoletti ; Johnanthan B. Andry ; Joseph E. Lee III ; Joseph McKernan; Josh Palmintier; Marion White; Matt Schultz; Michael Palmintier; N. Frank Elliot III ; Pierce O'Donnell; Pius Obioha; Price Mounger; Randall Hart; Rob Warren; Robert Caluda; Ronnie Penton; Russ Herman ; Scott Joanen; Steve Herman; Todd Slack; Walter Dumas; William Christian Gambel ; Aaron Ahlquist; Adam Babich ; Cindy Amedee; Darlene Marie Jacobs ; David Scalia ; deGravelles, Palmintier, Holthaus, Fruge ; Francis Gerals Weller ; Gerald F. Maples ; Gina Campo; John Cummings ; John Patrick Connick; John-Michael Lawrence ; Keith Couture ; Kirk Reasonover ; Michael Hill; Price Mounger; Randall A. Smith ; Rob Warren; Robert Becnel ; Sarah Rosenblum; ssmith@smithstag.com; Stephen Michael Wiles ; Susan Molero Vance ; Tiffany Laura Hawkins Davis ; William E. O'Neil ; William Mustian
**Cc:** Jennifer Louis
**Subject:** RE: Congress

Why? What would you have done with that information?

*[signature]*

Joseph M. Bruno
THE LAW OFFICES OF JOSEPH M. BRUNO
855 BARONNE STREET


EXHIBIT 5

2/18/2008

NEW ORLEANS, LOUISIANA 70113
TELEPHONE: (504) 525-1335
FACSIMILE (504) 561-6775
EMAIL: JBRUNO@JBRUNOLAW.COM
WEBSITE: WWW.JBRUNOLAW.COM

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Monday, February 11, 2008 1:02 PM
**To:** Stephanie Pizani; Joe Bruno; 'AJ Rebennack '; 'Arthur W. Landry '; 'Ashley Philen'; 'Bill Jones'; 'Bob Wright'; 'Calvin Fayard'; 'Camilo Salas'; 'Clay Mitchell'; 'Daniel Becnel Jr. '; 'Daniel Becnel Jr. )'; David Scalia; 'Diane Melancon'; 'Ewell Eagan'; 'Frank Anthony Piccolo '; 'Frank Dudenhefer'; 'Frederick J. Gisevious Jr. '; 'Gerald Meunier '; 'Hugh Lambert'; 'J. Patrick Connick'; 'James Roy'; 'Jim Hall'; 'John A. V. Nicoletti '; 'Johnanthan B. Andry '; 'Joseph E. Lee III '; 'Joseph McKernan'; 'Josh Palmintier'; 'Marion White'; 'Matt Schultz'; 'Michael Palmintier'; 'N. Frank Elliot III '; 'Pierce O'Donnell'; 'Pius Obioha'; Price Mounger; 'Randall Hart'; Rob Warren; 'Robert Caluda'; 'Ronnie Penton'; 'Russ Herman '; Scott Joanen; 'Steve Herman'; 'Todd Slack'; 'Walter Dumas'; 'William Christian Gambel '; 'Aaron Ahlquist'; 'Adam Babich '; 'Cindy Amedee'; 'Darlene Marie Jacobs '; 'David Scalia '; 'deGravelles, Palmintier, Holthaus, Fruge '; 'Francis Gerals Weller '; 'Gerald F. Maples '; 'Gina Campo'; 'John Cummings '; 'John Patrick Connick'; 'John-Michael Lawrence '; 'Keith Couture '; 'Kirk Reasonover '; 'Michael Hill'; Price Mounger; 'Randall A. Smith '; Rob Warren; 'Robert Becnel '; 'Sarah Rosenblum'; ssmith@smithstag.com; 'Stephen Michael Wiles '; 'Susan Molero Vance '; 'Tiffany Laura Hawkins Davis '; 'William E. O'Neil '; 'William Mustian'
**Subject:** RE: Congress

Gee wizz. Sure would've been nice to have had BEFORE Danny and Calvin agreed to represent the State!

---

**From:** Stephanie Pizani [mailto:stephaniep@jbrunolaw.com]
**Sent:** Monday, February 11, 2008 12:05 PM
**To:** jbruno@brunobrunolaw.com; AJ Rebennack ; Arthur W. Landry ; Ashley Philen; Ashton O'Dwyer ; Bill Jones; Bob Wright; Calvin Fayard; Camilo Salas; Clay Mitchell; Daniel Becnel Jr. ; Daniel Becnel Jr. ); David Scalia; Diane Melancon; Ewell Eagan; Frank Anthony Piccolo ; Frank Dudenhefer; Frederick J. Gisevious Jr. ; Gerald Meunier ; Hugh Lambert; J. Patrick Connick; James Roy; Jim Hall; John A. V. Nicoletti ; Johnanthan B. Andry ; Joseph E. Lee III ; Joseph McKernan; Josh Palmintier; Marion White; Matt Schultz; Michael Palmintier; N. Frank Elliot III ; Pierce O'Donnell; Pius Obioha; Price Mounger; Randall Hart; Rob Warren; Robert Caluda; Ronnie Penton; Russ Herman ; Scott Joanen; Steve Herman; Todd Slack; Walter Dumas; William Christian Gambel ; Aaron Ahlquist; Adam Babich ; Cindy Amedee; Darlene Marie Jacobs ; David Scalia ; deGravelles, Palmintier, Holthaus, Fruge ; Francis Gerals Weller ; Gerald F. Maples ; Gina Campo; John Cummings ; John Patrick Connick; John-Michael Lawrence ; Keith Couture ; Kirk Reasonover ; Michael Hill; Price Mounger; Randall A. Smith ; Rob Warren; Robert Becnel ; Sarah Rosenblum; ssmith@smithstag.com; Stephen Michael Wiles ; Susan Molero Vance ; Tiffany Laura Hawkins Davis ; William E. O'Neil ; William Mustian
**Subject:** Congress

Please see attached.

Very truly yours,

2/18/2008

*Stephanie A. Pizani*
Legal Secretary to Joseph M. Bruno
THE LAW OFFICE OF JOSEPH M. BRUNO, APLC
Federal Trial Lawyers*

855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775
Direct Dial: (504) 304-2640
Email: stephaniep@jbrunolaw.com
Website: www.jbrunolaw.com

*Practice Restricted to Federal Courts

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

2/18/2008