UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION NO: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO: <br><br> CATHERINE ALLEN-PERKINS, et al <br><br> VERSUS <br><br> STATE FARM FIRE AND CASUALTY COMPANY, etc. <br><br> CASE NO. 07-05204 | |

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that counsel for Plaintiffs Catherine Allen-Perkins, et al, will bring on for hearing the attached Motion for Leave to File Plaintiff's First Amended Complaint, Rule 15 Fed. R. Civ. P., before Magistrate Judge Joseph C. Wilkinson, Jr., United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on May 14,

2008, at 11:00 a.m., or as soon thereafter as counsel may be heard.

Dated: April 22, 2008                                  Respectfully submitted,

                *S/Stuart Barasch*
                STUART BARASCH
                Attorney for Plaintiffs
                HURRICANE LEGAL CENTER
                910 Julia Street
                New Orleans, LA 70113
                Tel. (504) 525-1944
                Fax (504) 525-1279
                Email: sblawoffice@aol.com

**CERTIFICATE OF SERVICE**

     I hereby certify that, on April 22, 2008, the foregoing document, was file electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              *S/Stuart Barasch*
                                              STUART T. BARASCH