UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION NO: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO: <br><br> AUGUSTOS WONIGER, et al <br><br> VERSUS <br><br> STATE FARM FIRE AND CASUALTY COMPANY, etc. <br><br> CASE NO. 07-08623 | |

ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint:

IT IS SO ORDERED that Plaintiff's Second Amended Complaint is filed.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
HONORABLE JOSEPH C. WILKINSON, JR.