MINUTE ENTRY
WILKINSON, M. J.
APRIL 21, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES           CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE, <u>Rodney</u>, 07-1742 | JUDGE DUVAL<br>MAG. WILKINSON |

A settlement conference was conducted on April 21, 2008, in the referenced <u>Rodney</u> case before the undersigned magistrate judge.  After discussions, the court was advised that a settlement had been reached.  By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate dismissal order.

JOSEPH C. WILKINSON, JR.<br>UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **0 : 50**