UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Thomas,</u> 07-5815 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

All parties have consented to proceed before a United States Magistrate Judge in the referenced case, <u>Sarah Moody Thomas et al. v. Hanover Insurance Company</u>, C.A. No. 07-5815 c/w 05-4182. Record Doc. No. 12453. Accordingly,

**IT IS ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes to proceed independently before me. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 07-5815 on the docket of C.A. No. 07-5815, and <u>not</u> on the docket of C.A. No. 05-4182.

A Rule 16 scheduling order setting the trial schedule orally agreed upon by counsel during the conference conducted in this matter on February 1, 2008, will be separately entered.

New Orleans, Louisiana, this   21st   day of April, 2008.

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE