UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Voth</u>, 07-4393 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendant's Motion to Compel Discovery Responses, Record Doc. No. 12550

O R D E R E D:

 XXX : DISMISSED AS MOOT. Counsel for movant has advised the court that the parties have resolved their discovery dispute. Accordingly, the motion is moot.

New Orleans, Louisiana, this   22nd   day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE