MINUTE ENTRY
WILKINSON, M. J.
APRIL 22, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Lawrence, 07-6454 | JUDGE DUVAL<br>MAG. WILKINSON |

     A Preliminary Conference was conducted on April 22, 2008 in the referenced case, Anthony Michael Lawrence v. Federal Insurance Company, C.A. No. 07-6454 c/w 05-4182. Participating were George Recile, representing plaintiff, and Mark Young, representing defendant.

     This matter was bifurcated and referred to me by the presiding district judge pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4"). Record Doc. No. 12099.

     Settlement possibilities were discussed.

     Counsel are considering consenting to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A written form of consent is currently being

MJSTAR: 0 : 20

circulated.  Upon my receipt of the written consent form and formal order of referral of this matter to me by the district judge pursuant to Section 636(c), (1) this case will be separated and de-consolidated from the captioned consolidated litigation for docketing and all other purposes to proceed independently before me on the trial schedule orally agreed upon during the conference, and (2) a separate Rule 16 scheduling order will be entered by me reflecting the dates agreed upon during the conference.

If all parties do not consent, the district judge will be notified so that this case may be deconsolidated and set for trial on the district judge's calendar.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**