UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  ROAD HOME, INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that a hearing will be conducted in this matter on **MAY 2, 2008 at 10:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B421, New Orleans, Louisiana.  Liaison Counsel, counsel for the State of Louisiana Road Home Program, including specifically at least one counsel of record <u>and</u> Daniel Rees, and State Farm must participate in person.

**IT IS FURTHER ORDERED** that, no later than **April 29, 2008**, Plaintiffs' Liaison Counsel and counsel for State Farm must submit to me, with a copy to counsel for the Road Home Program, a list of the names of all plaintiffs, with corresponding Civil Action numbers for their cases pending in this court against State Farm, for whom pending settlements have been submitted for Road Home Program approval.

**IT IS FURTHER ORDERED** that counsel for the State of Louisiana Road Home Program must SHOW CAUSE during the hearing why no action has been taken concerning approval of the proposed settlements.  Approval of proposed settlements

before the scheduled **May 2, 2008** hearing will make an explanation concerning cases for which settlements have been approved unnecessary.

New Orleans, Louisiana, this __22nd__ day of April, 2008.

                                                            _____
                                                            JOSEPH C. WILKINSON, JR.
                                                            UNITED STATES MAGISTRATE JUDGE