UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of

Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback"

Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as

privileged:

| | | |
|---|---|---|
| ASU-014-000000382 | to | ASU-014-000000383; |
| ASU-014-000000391 | to | ASU-014-000000392; |
| NED-225-000000500 | to | NED-225-000000540; |
| NED-225-000000541 | to | NED-225-000000605; |
| NED-713-000000501 | to | NED-713-000000886; |
| NED-713-000000901 | to | NED-713-000000901; |
| NED-713-000000902 | to | NED-713-000000902; |
| NED-713-000000903 | to | NED-713-000000903; |
| NRE-728-000000742 | to | NRE-728-000000743; |
| NRE-728-000000747 | to | NRE-728-000000748; |
| NRE-728-000000760 | to | NRE-728-000000762; |
| NRE-728-000000764 | to | NRE-728-000000764; |
| NRE-728-000000765 | to | NRE-728-000000768; |

NRE-728-000000769     to     NRE-728-000000771;
NRE-728-000000772     to     NRE-728-000000776;
NRE-728-000000780     to     NRE-728-000000781;
NRE-728-000000782     to     NRE-728-000000784;
NRE-728-000000801     to     NRE-728-000000801;
NRE-728-000000805     to     NRE-728-000000806;
NRE-728-000000807     to     NRE-728-000000810;
NRE-728-000000828     to     NRE-728-000000828;
NRE-728-000000846     to     NRE-728-000000848;
NRE-728-000000849     to     NRE-728-000000849;
NRE-728-000000888     to     NRE-728-000000891;
NRE-728-000000895     to     NRE-728-000000897;
NRE-728-000000898     to     NRE-728-000000900;
NRE-728-000000901     to     NRE-728-000000902;
NRE-728-000000903     to     NRE-728-000000904;
NRE-728-000000908     to     NRE-728-000000911;
NRE-728-000000912     to     NRE-728-000000926;
NRE-728-000000927     to     NRE-728-000000929;
NRE-728-000000930     to     NRE-728-000000933;
NRE-728-000000934     to     NRE-728-000000937;
NRE-728-000000938     to     NRE-728-000000941;
NRE-728-000000942     to     NRE-728-000000945;
NRE-728-000000949     to     NRE-728-000000949;
NRE-728-000000950     to     NRE-728-000000950;
NRE-728-000000952     to     NRE-728-000000953;
NRE-728-000000954     to     NRE-728-000000955;
NRE-728-000000956     to     NRE-728-000000956;
NRE-728-000000957     to     NRE-728-000000961;
NRE-728-000000962     to     NRE-728-000000963;
NRE-728-000000964     to     NRE-728-000000965;
NRE-728-000000968     to     NRE-728-000000968;
NRE-728-000000974     to     NRE-728-000000975;
NRE-728-000000978     to     NRE-728-000000979;
NRE-728-000000980     to     NRE-728-000000987;
NRE-728-000000997     to     NRE-728-000000997;
NRE-728-000000998     to     NRE-728-000000998;
NRE-728-000001000     to     NRE-728-000001001;
NRE-728-000001063     to     NRE-728-000001064;
NRE-728-000001191     to     NRE-728-000001191;
NRE-728-000001282     to     NRE-728-000001293;
NRE-729-000000556     to     NRE-729-000000564;
NRE-729-000000754     to     NRE-729-000000754;
NRE-729-000000767     to     NRE-729-000000767;
NRE-729-000000824     to     NRE-729-000000824;

2

NRE-730-000000963    to    NRE-730-000000964;
NRE-730-000000965    to    NRE-730-000000965;
NRE-730-000001497    to    NRE-730-000001505;
NRE-730-000001506    to    NRE-730-000001528;
NRE-730-000001539    to    NRE-730-000001554;
NRE-730-000001557    to    NRE-730-000001572;
NRE-731-000000995    to    NRE-731-000000999;
NRE-731-000001049    to    NRE-731-000001053;
NRE-731-000001084    to    NRE-731-000001088;
NRE-731-000001090    to    NRE-731-000001094;
NRE-731-000001101    to    NRE-731-000001104;
NRE-731-000001159    to    NRE-731-000001162;
NRE-731-000001273    to    NRE-731-000001275;
NRE-731-000001312    to    NRE-731-000001321;
NRE-731-000001338    to    NRE-731-000001339;
NRE-731-000001349    to    NRE-731-000001349;
NRE-731-000001351    to    NRE-731-000001351;
NRE-731-000001451    to    NRE-731-000001453;
NRE-732-000000061    to    NRE-732-000000077;
NRE-732-000001087    to    NRE-732-000001089;
NRE-732-000001092    to    NRE-732-000001093;
NRE-732-000001108    to    NRE-732-000001108;
NRE-733-000000712    to    NRE-733-000000714;
NRE-733-000000715    to    NRE-733-000000717;
NRE-734-000001153    to    NRE-734-000001169;
NRE-734-000001399    to    NRE-734-000001411;
NRE-734-000001434    to    NRE-734-000001446;
NRE-735-000001762    to    NRE-735-000001762;
NRE-738-000000053    to    NRE-738-000000056;
NRE-738-000000063    to    NRE-738-000000064;
NRE-738-000000112    to    NRE-738-000000121;
NRE-738-000000131    to    NRE-738-000000131;
NRE-738-000000251    to    NRE-738-000000253;
NRE-738-000000430    to    NRE-738-000000441;
NRE-738-000001428    to    NRE-738-000001431;
NRE-738-000001432    to    NRE-738-000001434;
NRE-738-000001469    to    NRE-738-000001470;
NRE-738-000001569    to    NRE-738-000001587;
NRE-738-000001588    to    NRE-738-000001588;
NRE-738-000001590    to    NRE-738-000001590;
NRE-738-000001771    to    NRE-738-000001773;
NRE-738-000001774    to    NRE-738-000001777;
NRE-738-000001778    to    NRE-738-000001779;
NRE-738-000001780    to    NRE-738-000001781;

| | | |
|---|---|---|
| NRE-738-000001782 | to | NRE-738-000001799; |
| NRE-738-000001800 | to | NRE-738-000001801; |
| NRE-738-000001814 | to | NRE-738-000001815; |
| NRE-738-000001816 | to | NRE-738-000001816; |
| NRE-738-000001817 | to | NRE-738-000001820; |
| NRE-738-000001824 | to | NRE-738-000001841; |
| NRE-738-000001870 | to | NRE-738-000001870; |
| NRE-738-000001871 | to | NRE-738-000001874; |
| NRE-738-000001875 | to | NRE-738-000001878; |
| NRE-738-000001879 | to | NRE-738-000001883; |
| NRE-739-000000556 | to | NRE-739-000000557; |
| NRE-739-000000559 | to | NRE-739-000000560; |
| NRE-739-000000564 | to | NRE-739-000000566; |
| NRE-739-000000568 | to | NRE-739-000000569; |
| NRE-739-000000690 | to | NRE-739-000000690; |
| NRE-739-000000703 | to | NRE-739-000000710; |
| NRE-739-000000908 | to | NRE-739-000000910; |
| NRE-740-000000045 | to | NRE-740-000000068; |
| NRE-740-000000505 | to | NRE-740-000000506; |
| NRE-740-000000507 | to | NRE-740-000000510; |
| NRE-740-000000757 | to | NRE-740-000000759; |
| NRE-740-000000760 | to | NRE-740-000000760; |
| NRE-740-000000765 | to | NRE-740-000000765; |
| NRE-740-000000768 | to | NRE-740-000000769; |
| NRE-740-000001020 | to | NRE-740-000001021; |
| NRE-740-000001022 | to | NRE-740-000001022; |
| NRE-740-000001071 | to | NRE-740-000001073; |
| NRE-740-000001087 | to | NRE-740-000001087; |
| NRE-740-000001096 | to | NRE-740-000001096; |
| NRE-740-000001115 | to | NRE-740-000001115; |
| NRE-740-000001267 | to | NRE-740-000001275; |
| NRE-742-000001181 | to | NRE-742-000001202; |
| NRE-742-000001205 | to | NRE-742-000001221; |
| NRE-742-000001228 | to | NRE-742-000001271; |
| NRE-742-000001726 | to | NRE-742-000001726; |
| NRE-742-000001727 | to | NRE-742-000001727; |
| NRE-742-000001728 | to | NRE-742-000001733; |
| NRE-742-000001856 | to | NRE-742-000001864; |
| NRE-742-000002250 | to | NRE-742-000002285; |
| NRE-743-000000009 | to | NRE-743-000000031; |
| NRE-743-000000049 | to | NRE-743-000000049; |
| NRE-743-000000301 | to | NRE-743-000000301; |
| NRE-743-000000557 | to | NRE-743-000000567; |
| NRE-743-000000604 | to | NRE-743-000000604; |

4

NRE-743-000000804      to      NRE-743-000000812;
NRE-743-000000859      to      NRE-743-000000860;
NRE-743-000000952      to      NRE-743-000000975;
NRE-743-000001051      to      NRE-743-000001054;
NRE-743-000001104      to      NRE-743-000001104;
NRE-744-000000028      to      NRE-744-000000035;
NRE-744-000000322      to      NRE-744-000000326;
NRE-745-000000051      to      NRE-745-000000051;
NRE-745-000000107      to      NRE-745-000000107;
NRE-745-000000235      to      NRE-745-000000235;
NRE-745-000000277      to      NRE-745-000000277;
NRE-745-000000282      to      NRE-745-000000300;
NRE-745-000000360      to      NRE-745-000000362;
NRE-745-000000507      to      NRE-745-000000507;
NRE-745-000000509      to      NRE-745-000000517;
NRE-745-000000645      to      NRE-745-000000653;
NRE-745-000000739      to      NRE-745-000000745;
NRE-746-000000056      to      NRE-746-000000059;
NRE-746-000000060      to      NRE-746-000000063;
NRE-746-000000260      to      NRE-746-000000261;
NRE-746-000000346      to      NRE-746-000000348;
NRE-746-000000532      to      NRE-746-000000533;
NRE-746-000000694      to      NRE-746-000000697;
NRE-746-000000755      to      NRE-746-000000755;
NRE-747-000000095      to      NRE-747-000000123;
NRE-747-000000218      to      NRE-747-000000267;
NRE-747-000000902      to      NRE-747-000000907;
NRE-749-000000324      to      NRE-749-000000325;
NRE-749-000000521      to      NRE-749-000000521;
NRE-749-000000693      to      NRE-749-000000693;
NRE-749-000000843      to      NRE-749-000000843;
NRE-749-000000921      to      NRE-749-000000921;
NRE-749-000001075      to      NRE-749-000001077;
NRE-751-000000431      to      NRE-751-000000432;
NRE-751-000000937      to      NRE-751-000000972;
NRE-751-000001023      to      NRE-751-000001045;
NRE-751-000001056      to      NRE-751-000001057;
NRE-751-000001060      to      NRE-751-000001064;
NRE-751-000001095      to      NRE-751-000001096;
NRE-751-000001099      to      NRE-751-000001102;
NRE-751-000001103      to      NRE-751-000001109;
NRE-752-000000389      to      NRE-752-000000392;
NRE-752-000000393      to      NRE-752-000000396;
NRE-752-000000409      to      NRE-752-000000438;

5

| | | |
|---|---|---|
| NRE-752-000000450 | to | NRE-752-000000454; |
| NRE-752-000000467 | to | NRE-752-000000470; |
| NRE-752-000000675 | to | NRE-752-000000712; |
| NRE-752-000000725 | to | NRE-752-000000726; |
| NRE-752-000000759 | to | NRE-752-000000763; |
| NRE-752-000000791 | to | NRE-752-000000797; |
| NRE-752-000000798 | to | NRE-752-000000800; |
| NRE-752-000000813 | to | NRE-752-000000817; |
| NRE-752-000000833 | to | NRE-752-000000837; |
| NRE-752-000000863 | to | NRE-752-000000865; |
| NRE-752-000000866 | to | NRE-752-000000868; |
| NRE-752-000000928 | to | NRE-752-000000937; |
| NRE-752-000000958 | to | NRE-752-000000980; |
| NRE-752-000001009 | to | NRE-752-000001023; |
| NRE-752-000001037 | to | NRE-752-000001038; |
| NRE-752-000001039 | to | NRE-752-000001040; |
| NRE-752-000001041 | to | NRE-752-000001048; |
| NRE-752-000001095 | to | NRE-752-000001102; |
| NRE-752-000001122 | to | NRE-752-000001133; |
| NRE-752-000001282 | to | NRE-752-000001291; |
| NRE-752-000001304 | to | NRE-752-000001305; |
| NRE-752-000001330 | to | NRE-752-000001330; |
| NRE-752-000001331 | to | NRE-752-000001331; |
| NRE-752-000001429 | to | NRE-752-000001436; |
| NRE-752-000001437 | to | NRE-752-000001443; |
| NRE-752-000001451 | to | NRE-752-000001458; |
| NRE-752-000001459 | to | NRE-752-000001477; |
| NRE-752-000001529 | to | NRE-752-000001534; |
| NRE-752-000001556 | to | NRE-752-000001556; |
| NRE-752-000001617 | to | NRE-752-000001624; |
| NRE-752-000001735 | to | NRE-752-000001736; |
| NRE-752-000001744 | to | NRE-752-000001746; |
| NRE-752-000001803 | to | NRE-752-000001812; |
| NRE-752-000001839 | to | NRE-752-000001844; |
| NRE-752-000001845 | to | NRE-752-000001846; |
| NRE-752-000001882 | to | NRE-752-000001882; |
| NRE-752-000001891 | to | NRE-752-000001891; |
| NRE-752-000001892 | to | NRE-752-000001892; |
| NRE-752-000001896 | to | NRE-752-000001896; |
| NRE-752-000002012 | to | NRE-752-000002012; |
| NRE-752-000002033 | to | NRE-752-000002033; |
| NRE-752-000002069 | to | NRE-752-000002069; |
| NRE-752-000002084 | to | NRE-752-000002084; |
| NRE-753-000001020 | to | NRE-753-000001023; |

NRE-753-000001044     to     NRE-753-000001066;
NRE-753-000001179     to     NRE-753-000001182;
NRE-753-000001310     to     NRE-753-000001310;
NRE-753-000001312     to     NRE-753-000001312;
NRE-753-000001314     to     NRE-753-000001314;
NRE-753-000001315     to     NRE-753-000001316;
NRE-753-000001317     to     NRE-753-000001317;
NRE-753-000001376     to     NRE-753-000001380;
NRE-753-000001460     to     NRE-753-000001460;
NRE-753-000001461     to     NRE-753-000001461;
NRE-753-000001462     to     NRE-753-000001462;
NRE-753-000001513     to     NRE-753-000001513;
NRE-753-000001514     to     NRE-753-000001519;
NRE-753-000001520     to     NRE-753-000001521;
NRE-753-000001529     to     NRE-753-000001534;
NRE-753-000001540     to     NRE-753-000001546;
NRE-753-000001573     to     NRE-753-000001577;
NRE-753-000001595     to     NRE-753-000001596;
NRE-753-000001597     to     NRE-753-000001598;
NRE-753-000001734     to     NRE-753-000001734;
NRE-753-000001735     to     NRE-753-000001735;
NRE-753-000001759     to     NRE-753-000001761;
NRE-753-000001877     to     NRE-753-000001877;
NRE-753-000001909     to     NRE-753-000001909;
NRE-753-000001910     to     NRE-753-000001912;
NRE-753-000001920     to     NRE-753-000001923;
NRE-753-000001932     to     NRE-753-000001935;
NRE-753-000001937     to     NRE-753-000001937;
NRE-753-000001980     to     NRE-753-000001980;
NRE-753-000001983     to     NRE-753-000001983;
NRE-753-000001988     to     NRE-753-000001988;
NRE-753-000001996     to     NRE-753-000002000;
NRE-753-000002051     to     NRE-753-000002052;
NRE-753-000002053     to     NRE-753-000002053;
NRE-753-000002066     to     NRE-753-000002067;
NRE-753-000002070     to     NRE-753-000002070;
NRE-756-000000379     to     NRE-756-000000379;
NRE-756-000000387     to     NRE-756-000000387;
NRE-756-000000513     to     NRE-756-000000513;
NRE-756-000000523     to     NRE-756-000000523;
NRE-756-000000537     to     NRE-756-000000537;
NRE-756-000000617     to     NRE-756-000000617;
NRE-756-000000618     to     NRE-756-000000622;
NRE-756-000000688     to     NRE-756-000000688;

NRE-756-000000705          to          NRE-756-000000705;
NRE-757-000000300          to          NRE-757-000000300;
NRE-757-000000301          to          NRE-757-000000301;
NRE-757-000000483          to          NRE-757-000000483;
NRE-757-000000487          to          NRE-757-000000488;
NRE-757-000000489          to          NRE-757-000000489;
NRE-757-000000494          to          NRE-757-000000498;
NRE-757-000000767          to          NRE-757-000000770;
NRE-757-000000815          to          NRE-757-000000826;
NRE-758-000000014          to          NRE-758-000000020;
NRE-758-000000067          to          NRE-758-000000067;
NRE-758-000000087          to          NRE-758-000000090;
NRE-758-000000541          to          NRE-758-000000542;
NRE-758-000001193          to          NRE-758-000001193;
NRE-758-000001371          to          NRE-758-000001373;
NRE-760-000000299          to          NRE-760-000000303;
NRE-760-000000326          to          NRE-760-000000326;
NRE-760-000000328          to          NRE-760-000000328;
NRE-760-000000355          to          NRE-760-000000360;
NRE-760-000000408          to          NRE-760-000000408;
NRE-761-000001121          to          NRE-761-000001128;
NRE-762-000000051          to          NRE-762-000000051;
NRE-762-000000052          to          NRE-762-000000053;
NRE-762-000000055          to          NRE-762-000000055;
NRE-762-000000058          to          NRE-762-000000058;
NRE-762-000000060          to          NRE-762-000000060;
NRE-762-000000061          to          NRE-762-000000061;
NRE-762-000000063          to          NRE-762-000000068;
NRE-762-000000077          to          NRE-762-000000079;
NRE-762-000000203          to          NRE-762-000000203;
NRE-762-000000396          to          NRE-762-000000403;
NRE-763-000000579          to          NRE-763-000000580;
NRE-763-000001734          to          NRE-763-000001743;
NRE-763-000001744          to          NRE-763-000001751;
NRE-765-000000300          to          NRE-765-000000317;
NRE-765-000000553          to          NRE-765-000000556;
NRE-765-000000763          to          NRE-765-000000765;
NRE-765-000000797          to          NRE-765-000000804;
NRE-765-000001120          to          NRE-765-000001121;
NRE-765-000001262          to          NRE-765-000001262;
NRE-765-000001412          to          NRE-765-000001420;
NRE-765-000001573          to          NRE-765-000001573;
NRE-766-000000424          to          NRE-766-000000427;
NRE-767-000000483          to          NRE-767-000000484;

NRE-767-000000485    to    NRE-767-000000486;
NRE-767-000000487    to    NRE-767-000000489;
NRE-767-000000490    to    NRE-767-000000494;
NRE-767-000000529    to    NRE-767-000000531;
NRE-768-000000077    to    NRE-768-000000077;
NRE-768-000000092    to    NRE-768-000000092;
NRE-768-000000120    to    NRE-768-000000123;
NRE-768-000000124    to    NRE-768-000000124;
NRE-768-000000313    to    NRE-768-000000316;
NRE-768-000000329    to    NRE-768-000000334;
NRE-768-000001059    to    NRE-768-000001059;
NRE-768-000001092    to    NRE-768-000001092;
NRE-768-000001094    to    NRE-768-000001094;
NRE-768-000001097    to    NRE-768-000001097;
NRE-770-000000125    to    NRE-770-000000131;
NRE-770-000000132    to    NRE-770-000000139;
NRE-770-000000182    to    NRE-770-000000188;
NRE-770-000000392    to    NRE-770-000000521;
NRE-772-000000882    to    NRE-772-000000882;
NRE-772-000001054    to    NRE-772-000001060;
NRE-772-000001234    to    NRE-772-000001234;
NRE-772-000001235    to    NRE-772-000001237;
NRE-772-000001262    to    NRE-772-000001262;

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

NRE-765-000000711      to      NRE-765-000000717.

The United States' privilege log is attached.

Respectfully submitted,


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

  s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 23, 2008

10

## CERTIFICATE OF SERVICE

      I, James F. McConnon, Jr., hereby certify that on April 23, 2008, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.


                ___ s/ James F. McConnon, Jr.___
                JAMES F. McCONNON, JR.