UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION NO: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO: <br><br> ROBERT ADAMS, et al <br><br> VERSUS <br><br> STATE FARM FIRE AND CASUALTY COMPANY, etc. <br><br> CASE NO. 07-04459 | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT, RULE 15 FED. R. CIV. P.

NOW INTO COURT, through undersigned counsel, comes Robert Adams, et al, who respectfully moves this Court for an Order of Leave to file Plaintiff's Second Amended Complaint.

WHEREFORE, Plaintiffs request that it be granted leave to file, accordingly.

Dated: April 22, 2008                                                       Respectfully submitted,

                                                                              S/Stuart Barasch
                                                                              STUART BARASCH
                                                                              Attorney for Plaintiffs
                                                                              HURRICANE LEGAL CENTER
                                                                              910 Julia Street
                                                                              New Orleans, LA 70113
                                                                              Tel. (504) 525-1944
                                                                              Fax (504) 525-1279
                                                                              Email: sblawoffice@aol.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on April 22, 2008, the foregoing document, was file electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              *S/Stuart Barasch*
               STUART T. BARASCH