UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION NO: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO: <br><br> DEBRA ADAMS, et al <br><br> VERSUS <br><br> STATE FARM FIRE AND CASUALTY COMPANY, etc. <br><br> CASE NO. 07-05206 | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT, RULE 15 FED. R. CIV. P.

NOW INTO COURT, through undersigned counsel, comes Debra Adams, et al, who respectfully moves this Court for an Order of Leave to file Plaintiff's Second Amended Complaint.

WHEREFORE, Plaintiffs request that it be granted leave to file, accordingly.

Dated: April 22, 2008                                Respectfully submitted,

*S/Stuart Barasch*

STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279
Email: sblawoffice@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 22, 2008, the foregoing document, was file electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*S/Stuart Barasch*
STUART T. BARASCH