UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION NO: 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO:<br><br>BRUCE GAUBERT, et al<br><br>VERSUS<br><br>STATE FARM FIRE AND CASUALTY COMPANY, etc.<br><br>CASE NO. 07-09768 | |

ORDER

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint:

IT IS SO ORDERED that Plaintiff's First Amended Complaint is filed.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
HONORABLE JOSEPH C. WILKINSON, JR.