UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                  NO. 05-4182

PERTAINS TO: INSURANCE                            SECTION "K"(2)
ABADIE, 07-5112

## ORDER

Considering the Unopposed Motion for Limited Reopening of the Case and Partial Motion to Dismiss with Prejudice by Plaintiffs Harvey's Barber Shop, Harvey Field, Bo Field and Monicker D. Field, 5109 N. Claiborne, New Orleans, LA 70117 (Rec. Doc. 12585);

**IT IS ORDERED** that the Motion is **GRANTED**. The claims of Plaintiffs Harvey's Barber Shop, Harvey Field, Bo Field and Monicker D. Field, 5109 N. Claiborne, New Orleans, LA 70117 against Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above-captioned matter only, shall be **DISMISSED WITH PREJUDICE**, specifically reserving all rights against all other parties in any other litigation, each party to bear its own costs.

New Orleans, Louisiana, this ___21st___ day of April, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE