UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                      CIVIL ACTION
           CONSOLIDATED LITIGATION

                                                   NO. 05-4182

PERTAINS TO: INSURANCE                             SECTION "K"(2)
           ABADIE, 07-5112

## ORDER

Considering the Unopposed Motion for Limited Reopening of the Case and Partial Motion to Dismiss with Prejudice by Plaintiffs Kathleen and James Langford regarding 5025-27 Chartres Street, New Orleans, LA 70117 (Rec. Doc. 12591);

**IT IS ORDERED** that the Motion is **GRANTED**. The claims of Plaintiffs Kathleen and James Langford regarding 5025-27 Chartres Street, New Orleans, LA 70117, against Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above-captioned matter only, shall be **DISMISSED WITH PREJUDICE**, specifically reserving all rights against all other parties in any other litigation, each party to bear its own costs.

New Orleans, Louisiana, this ___22nd___ day of April, 2008.

                                        _____
                                        STANWOOD R. DUVAL, JR.
                                        UNITED STATES DISTRICT JUDGE