# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 07-5112**, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Clyde Welker and Terry Barthe regarding 1436 Leda Court, New Orleans, LA 70119 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Clyde Welker and Terry Barthe regarding 1436 Leda Court, New Orleans, LA 70119 against Defendants Scottsdale Indemnity Company and Scottsdale Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 22nd day of April, 2008.

United States District Judge