## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |

*severed from Abadie*, 06-5164

| | |
|---|---|
| SEAN MCBEAN, CYNTHIA MCBEAN **Plaintiffs** VS. | CIVIL ACTION No. 07-2584 SECTION "K" (2) |

STATE FARM FIRE AND CASUALTY
COMPANY,
**Defendant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>JOINT MOTION TO DISMISS WITH PREJUDICE</u>

Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), through undersigned counsel, has entered into a settlement agreement with plaintiffs, Sean McBean and Cynthia McBean. Therefore, plaintiffs, Sean McBean and Cynthia McBean, hereby respectfully move this Honorable Court to dismiss, with prejudice, any and all claims asserted herein.

WHEREFORE, all claims asserted herein by the plaintiffs, Sean McBean and Cynthia McBean, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

{N0061240}

Respectfully submitted,


/s/ David A. Strauss                           /s/ Joseph M. Bruno
DAVID A. STRAUSS, #24665                       Joseph M. Bruno, #3604
LINDSAY A. LARSON, III, #8053                  L. Scott Joanen, #21431
CHRISTIAN A. GARBETT, #26293                   The Law Office of Joseph M. Bruno
ADAM P. MASSEY, #29330                         855 Baronne Street, Third Floor
SARAH S. MONSOUR, #30957                       New Orleans, Louisiana 70113
KING, KREBS & JURGENS, P.L.L.C.                Telephone: (504) 525-1335
201 St. Charles Avenue, Suite 4500             Facsimile: (504) 561-6775
New Orleans, Louisiana 70170                   jbruno@jbrunolaw.com
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@kingkrebs.com
llarson@kingkrebs.com
cgarbett@kingkrebs.com
amassey@kingkrebs.com
smonsour@kingkrebs.com


## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Joseph M. Bruno and L. Scott Joanen.


s/ David A. Strauss


{N0061240}