UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |
| *severed from Abadie*, 06-5164 | |
| SABRINA HARRIS,<br>     **Plaintiff** | CIVIL ACTION No. 07-2589 SECTION "K" (2) |
| VS. | |
| STATE FARM FIRE AND CASUALTY COMPANY,<br>     **Defendant** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiff, Sabrina Harris, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this ____ day of _____, 2008.

                                                          _____
                                                          USDC JUDGE STANWOOD R. DUVAL, JR.
                                                          Section "K," Magistrate: 2