UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>ABADIE, 06-5164 | SECTION "K"(2) |

### ORDER

Considering the Unopposed Motion for Limited Reopening of the Case and Partial Motion to Dismiss with Prejudice by Plaintiffs Ashley Richardson regarding 3216-18 Deer Street, New Orleans, LA 70122; Jimmy Taylor regarding 3424 Cambronne Street, New Orleans, LA 70118 and 1414 Saint Anthony Street, New Orleans, LA 70119 (Rec. Doc. 12629);

**IT IS ORDERED** that the Motion is **GRANTED**. The claims of Plaintiffs Ashley Richardson regarding 3216-18 Deer Street, New Orleans, LA 70122; Jimmy Taylor regarding 3424 Cambronne Street, New Orleans, LA 70118 and 1414 Saint Anthony Street, New Orleans, LA 70119, against Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above-captioned matter only, shall be **DISMISSED WITH PREJUDICE**, specifically reserving all rights against all other parties in any other litigation, each party to bear its own costs.

New Orleans, Louisiana, this ___23rd___ day of April, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**