1

NO.99856090.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAFAEL & DIOIGNA ACEVEDO, ET AL.** | **CIVIL ACTION NO. 07-5208** |
| | **DIVISION "K"- MAG. DIV. 2** |
| **VERSUS** | **JUDGE STANWOOD R. DUVAL, JR.** |
| **AAA, ET AL.** | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |

### NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Rafael and Dioigna Acevedo, et al., to dismiss all claims against Defendant, ESIS Ace American Insurance Company, from the above captioned litigation, with prejudice, each party to bear its own costs in these proceedings, as ESIS Ace American Insurance Company has not filed an Answer or a Motion for Summary Judgment, with full reservation of plaintiffs' rights against all other parties.

The Clerk of this Court is hereby requested to enter this dismissal in the records of the Court.

Respectfully submitted,

BY:_____
      Stuart T. Barasch (Bar #20650)
      Hurricane Legal Center
      910 Julia Street
      New Orleans, Louisiana  70113
      Telephone:  (504) 525-1944
      Facsimile:  (504) 525-1279

      ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

**I hereby certify that on this ___ day of April, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of this electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to any non-CM/ECF participants.**

_____