UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAFAEL & DIOIGNA ACEVEDO, ET AL.**<br><br>Plaintiff,<br><br>v.<br><br>**AAA, ET AL.,**<br><br>Defendants. | CIVIL ACTION NO. 07-5208<br><br>DIVISION "K"- MAG. DIV. 2<br><br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the Plaintiff's Motion for Leave to file Second Amended Complaint,

IT IS ORDERED that the Plaintiff's Motion for Leave to file the Second Amended Complaint is GRANTED, with a full reservation of plaintiffs' rights against all other parties.

New Orleans, Louisiana, this _____ day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE