UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing *Ex Parte* Motion for Admission *Pro Hac Vice* by State Farm Fire and Casualty Company and State Farm General Insurance Company (the "Motion");

**IT IS ORDERED** that Steuart H. Thomsen of the law firm of Sutherland Asbill & Brennan LLP is hereby admitted *pro hac vice* as co-counsel of record for State Farm Fire and Casualty Company and State Farm General Insurance Company in the captioned matter.

New Orleans, Louisiana, this 23rd day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

922341v.1