# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO.: 05-4182** |
| | **SECTION "K"** |
| **THIS DOCUMENT RELATES TO:** Insurance | **MAGISTRATE (2)** |
| **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Agnes Sherman regarding 3720-30 Franklin Avenue, New Orleans, LA 70112 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Agnes Sherman regarding 3720-30 Franklin Avenue, New Orleans, LA 70112 against Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this 23rd day of ___April___, 2008.

_____
United States District Judge