UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                  NO. 05-4182

PERTAINS TO: INSURANCE                            SECTION "K"(2)
      ABADIE, 06-5164

## ORDER

Considering the Unopposed Motion for Limited Reopening of the Case and Partial Motion to Dismiss with Prejudice by Plaintiff Christine Santamarina regarding 337/39 N. Tonti Street, New Orleans, LA 70119 (Rec. Doc. 12656);

**IT IS ORDERED** that the Motion is **GRANTED**. The claims of Plaintiff Christine Santamarina regarding 337/39 N. Tonti Street, New Orleans, LA 70119 against Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above-captioned matter only, shall be **DISMISSED WITH PREJUDICE**, specifically reserving all rights against all other parties in any other litigation, each party to bear its own costs.

New Orleans, Louisiana, this __23rd__ day of April, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE