UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>**ABADIE, 06-5164** | SECTION "K"(2) |

### ORDER

Considering the Unopposed Motion for Limited Reopening of the Case and Partial Motion to Dismiss with Prejudice by Plaintiff David Wright regarding 215/217 Hay Place, New Orleans, LA 70124 (Rec. Doc. 12657);

**IT IS ORDERED** that the Motion is **GRANTED**. The claims of Plaintiff David Wright regarding 215/217 Hay Place, New Orleans, LA 70124 against Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above-captioned matter only, shall be **DISMISSED WITH PREJUDICE**, specifically reserving all rights against all other parties in any other litigation, each party to bear its own costs.

New Orleans, Louisiana, this __23rd__ day of April, 2008.

```
                                    _____
                                       STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT JUDGE
```