**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                              CIVIL ACTION
    CONSOLIDATED LITIGATION

                                            NO. 05-4182

PERTAINS TO: INSURANCE                                     SECTION "K"(2)
      ABADIE, 06-5164

**ORDER**

Considering the Unopposed Motion for Limited Reopening of the Case and Partial

Motion to Dismiss with Prejudice by Plaintiff Henry McClosky regarding 4421 Banks Street,

New Orleans, LA 70119 (Rec. Doc. 12659);

**IT IS ORDERED** that the Motion is **GRANTED**.  The claims of  Plaintiff Henry

McClosky regarding 4421 Banks Street, New Orleans, LA 70119 against Defendants Scottsdale

Insurance Company and Scottsdale Indemnity Company, in the above-captioned matter only,

shall be **DISMISSED WITH PREJUDICE**, specifically reserving all rights against all other

parties in any other litigation, each party to bear its own costs.

New Orleans, Louisiana, this   23rd   day of April, 2008.

                                        **STANWOOD R. DUVAL, JR.**
                                    **UNITED STATES DISTRICT JUDGE**