UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>**ABADIE, 06-5164** | SECTION "K"(2) |

**ORDER**

Considering the Unopposed Motion for Limited Reopening of the Case and Partial Motion to Dismiss with Prejudice by Plaintiffs Irma Ridgley & Sandra Owens regarding 1932 Forstall Street, New Orleans, LA 70117 (Rec. Doc. 12662);

**IT IS ORDERED** that the Motion is **GRANTED**. The claims of Plaintiffs Irma Ridgley & Sandra Owens regarding 1932 Forstall Street, New Orleans, LA 70117 against Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company, in the above-captioned matter only, shall be **DISMISSED WITH PREJUDICE**, specifically reserving all rights against all other parties in any other litigation, each party to bear its own costs.

New Orleans, Louisiana, this __23rd__ day of April, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE