UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO:                                    SECTION "K"(2)
    05-4181
    06-1885
    06-4024
    06-4389
    06-5771
    06-5786
    06-6099
    07-0206
    07-3500
    07-3612
    07-5023
    07-5040

## ORDER

The Court has reviewed the Plaintiffs' Objections to and Motion to Review Magistrate's Hearing and Order on Motion (Record Document No. 12182) (Doc. 12481) and finds that oral argument will not aid the Court in disposing of these motions. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 12482) concerning Plaintiffs' Objections (Doc. 12481) is **DENIED**.

**IT IS FURTHER ORDERED** that in the Notice of Hearing of Doc. 12481, the notation that "Plaintiffs/ Movers aver that Judge Duval is recused and, accordingly, reserve all rights,

none of which are waived." is a blatant misstatement as this Court has ruled otherwise and is thus **STRICKEN.**

New Orleans, Louisiana, this 24th day of April, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**