MINUTE ENTRY
WILKINSON, M.J.
APRIL 24, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                        NO. 05-4182  "K"(2)

PERTAINS TO:  MRGO, ROBINSON, 06-2268              JUDGE DUVAL
                                                        MAG. WILKINSON

At the request of counsel, a conference was conducted via telephone on this date concerning a dispute during the deposition of Melvin McElwee.  Participating were Joseph Bruno, representing plaintiffs; William Treeby, representing defendant.  The court's ruling on the objections concerning deposition questions and answers was rendered orally and recorded on the deposition record by the court reporter retained by the parties.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 15**