UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

_____

PERTAINS TO INSURANCE:
*Aguda, et al. v. State Farm*, 07-4457
*Anderson, et al. v. State Farm*, 07-6737

CIVIL ACTION

NO. 05-4182

SECTION K-2

### EX PARTE MOTION FOR LEAVE TO ENROLL ADDITIONAL
### COUNSEL OF RECORD ON BEHALF OF PLAINTIFFS

Stuart T. Barasch, Ernest E. Svenson, and Al J. Robert, Jr. move this Court for leave to

enroll Ernest E. Svenson and Al J. Robert, Jr. as co-counsel for plaintiffs for the limited

purpose of filing and, if allowed, arguing motions related to consolidated cases 07-4457

and 07-6737.  In support hereof, movers show that Mr. Svenson and Mr. Robert have been

retained to serve herein as co-counsel with plaintiffs' current counsel of record, Mr.

Barsach.  Mr. Barasch will continue to serve as Trial Attorney for plaintiffs in this matter.

Accordingly, movers pray for entry of an order allowing Ernest E. Svenson and Al J.

Robert, Jr. to enroll as co-counsel of record for all plaintiffs for the purposes described

herein.

RESPECTFULLY SUBMITTED,

***Ernest S. Svenson***                        ***s/Stuart T. Barasch***

Ernest S. Svenson, 17164                STUART T. BARASCH, 20650, T.A.
Svenson Law Firm                        Hurricane Legal Center
123 Walnut Street, Suite 1001           910 Julia Street
New Orleans, Louisiana 70118            New Orleans, LA 70113
(504) 208-5199                          (504) 525-1944
esvenson@gmail.com                      sbarasch1@aol.com

1

*__Al Robert, Jr.__*
Al J. Robert, Jr., 29401
Law Office of Al J. Robert, Jr., LLC
6040 Laurel Street,
New Orleans, Louisiana 70118
(504) 309-4852
ajr@ajrobert.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I electronically filed the foregoing pleading

with the Clerk of Court by using the CM/ECF system which will send a notice of electronic

filing to all counsel of record.

*__s/Stuart T. Barasch__*
STUART T. BARASCH