UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE
TO EXCEED PAGE LIMITATION**

Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case (collectively "Plaintiffs' Counsel), all through their undersigned counsel, respectfully request leave from this Court, pursuant to Local Rule 7.8.1E, to exceed the page limitation in their surreply to State Farm Fire and Casualty Company and certain other insurer defendants' (collectively the "Insurers") motion to disqualify plaintiffs' private counsel.

1.

On January 29, 2008, Insurers were allowed to file a motion to disqualify Plaintiffs' Counsel. The Court also permitted the Insurers to exceed the 25-page limit for briefs established in Local Rule 7.8.1E because extra pages were needed to fully address all the issues implicated

by counsel's representations in this case.  The Insurers filed a memorandum in support 37 pages in length, excluding tables of contents and authorities, certificates of service, and exhibits.

2.

On February 26, 2008, this Court entered an Order setting this motion for hearing on May 1, 2008, at 1:30 p.m.  In that same Order, the Court set a schedule for the parties allowing them to file an opposition, reply memorandum, and surreply regarding the Insurers' motion.

3.

In conjunction with this schedule, and upon motions of the respective parties, this Court allowed Plaintiffs' Counsel to file an opposition brief not to exceed forty (40) pages on April 4, 2008, and for the Insurers to file a reply memorandum not to exceed to twenty (20) pages on April 18, 2008.

4.

In order to adequately respond to the Insurers' reply memorandum, Plaintiffs' Counsel respectfully requests that they be allowed to file a surreply no longer than thirteen (13) pages in length, excluding tables of contents and authorities, certificates of service, and exhibits.

WHEREFORE, Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case, respectfully request that they be granted leave to file a surreply no longer than thirteen (13) pages in length, excluding tables of contents and authorities, certificates of service, and exhibits.

Respectfully submitted,

By: ___/s/ Thomas P. Owen, Jr._____

Richard C. Stanley, 8487
Thomas P. Owen, Jr., 28181
Melissa V. Beaugh, 28250
    Of
STANLEY, FLANAGAN &
REUTER, L.L.C
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

-and-

Basile J. Uddo, 10174
Attorney at Law
3445 North Causeway Boulevard
Suite 724
Metairie, Louisiana 70002
Telephone: (504) 834-1819
Facsimile: (504) 832-7208

Attorneys for Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm, L.L.C.; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed the foregoing Motion and Incorporated Memorandum for Leave to Exceed Page Limitations with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice. I further certify that I mailed the foregoing document and notice of electronic filing filed by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                 /s/ Thomas P. Owen, Jr.