UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT COMES, the law firm Gauthier, Houghtaling and Williams, LLP who desires to withdraw as counsel of record for the State of Louisiana. A copy of this motion has been forwarded to the client and all opposing parties, and on further suggesting to the court that there are no pending motions in this case that would be adversely affected by the granting of this motion and the case has not been set for trial. There still remains counsel for plaintiff: Paul Gerald Aucoin, Frank Charles Dudenhefer, Jr., Calvin Clifford Fayard, Jr., Ralph Shelton Hubbard, III, Samuel Issacharoff, J.J. (Jerry) McKernan, Drew A. Ranier, Basile J. Uddo, James R. Dugan, II, and James P. Roy.

The client's present address is:

James D. Caldwell
Attorney General, State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804

- 1 -

WHEREFORE, the law firm of Gauthier, Houghtaling & Williams, LLP prays that it be withdrawn as counsel of record for plaintiff, the State of Louisiana.

    Respectfully submitted:

    GAUTHIER, HOUGHTALING
    & WILLIAMS, L.L.P.

    s/*John W. Houghtaling, II*_____
    John W. Houghtaling, II Bar No. 25099
    3500 N. Hullen Street
    Metairie, Louisiana 70002
    Telephone: (504) 456-8600
    Facsimile: (504) 456-8624
    ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of April, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. A copy has been forwarded via facsimile and/or U.S. Mail to the parties that are not signed up for the CM/ECF electronic system.

    _____s/ *John W. Houghtaling, II*_____
    JOHN W. HOUGHTALING, II