**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

Based on the foregoing Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED** that the law firm of Gauthier, Houghtaling & Williams, LLP be permitted to withdraw as counsel of record for plaintiff as it pertains to the "Road Home" litigation (case number 07-5528 consolidated with 05-4182) in the above captioned matter.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**