UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Sims 06- 5116) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE KNOWLES |

**************************************

**NOTICE OF APPEAL**

NOW INTO COURT, through undersigned counsel, comes *Leslie Sims, Jr., Rosa Marquez, Floyd Aaron III, Hassar Sleem, Craig R. Dermody, Jeanette M. Allen, Leatrice Barrow, Barbara Burns, Vernon A. Cooper, Linda A. Cooper, Linda A. and Loran K. Ebarb, William K. Jacobs, Marcel A. Jenkins, Jr., Sandra E. Jenkins, Jeannette B. McCurnin, Leon Patrick McCurnin, Jr., Collette F. Norwood, Patricia McGee Shelby, Alfred Weber, Onettia Weber, Soshene George Weber, Jr., Linda and Nathan Adams, Samella Addison, Kenneth Allen, Verna Allen, Jo Ann Anderson, Monica Anderson-Clay, Maurice D. Armagnac, III, Wanda Armstrong, Josephine Augusta, Leatrice B. Barrow, Ronald L. Barrow, David Bell, Madeline Bertucci, Charlene Beverly, Shenita Bradley, Melvin Briggs, Ellis C. Brister, Ellis J. Brister, Kayla Brister, Antonia Baptiste Broussard, Lawrence Brown, Glendell Caldwell, Janice and Clarence Cargo, John Chinn, Terri Claiborne, Kathie O. Clark, William Clark, Bernadine Coco,William Coleman,Elizabeth R. Collins, Donovan Sheppard and Emily Conley, Helen D. Conrad, Eddie Costin, Jr., Cassandra M. Crowley, Tanya Cyres, Tony F. Cyres, Wayne de la*

*Houssaye, Damon Deal, Deanne Webster and Dennis Derbes, Roosevelt Dillon, Delores and Joseph Dugas, Hattie J. Dumas, Janice B. Dunn, Stephanie Duplessis, Greg J. Durel, Sr., Berdie H. Edward, Sylvia B. Ellis, Brandi and Timothy Favaza, David Favret, Beverly Flake, Dorothy G. Flowers, Derek Francis, JaJuan T. Fulton-Jackson, Rita Gardner, Jacob Gerarve, III, Joi D. Gilmore, Paul and Marsha Giulmore, Sheri L. Gilmore, Julie and David Giordano, Sidney Givens, Georgia and Smiley Green, Sandra and Thaddeus B. Griffin, Dolores Barbay Guarino, William C. Hales, Delores Hamilton, Anne Harris, Mrs. Phillip Harris, Sheila Harry, Jacqueline E. Hart, Imari Hawkins, Joseph Hayes, Annie Haynes, Floyd Haynes, Mercedes Haynes, Tracy D. Haynes, Dr. Leslie R. Hightower, Pamela D. Holm, Ron E. Holmberg, Debbie and Gary Holzenthal, Cicily A. Howard, Erica Howard, Robert Howard, Soaphia Howard, Michael Hunter, Bobbie Idel, Clarence Jasper, Holly and Roger Javier, Jazzy Wings, LLC, by David M. Jones, Jr., Delores Jefferson, Kimberly Jefferson, Michael Sr. and Lucille Jefferson, DeLisa Jenkins, Janice S. Jenkins, Robert Jenkins, William R. Jenkins, David A. Johnson, Gerard F. Johnson, Margaret K. Johnson, Antoinette B. and Henry A. Jones, Brian C. Joseph, Estelle J. Joseph, Davetta S. Kelly, Lillian Koretzky, Kacey LaBeau, Henry Latter, Jr., Leone Realty, LLC, Lucille Lloyd, Paul S. Lloyd, Sr., Ernest J. Lorch, Jr., Mary K. and Ernest J. Lorch, Jr., Mary Kuchler Lorch, executor for Estate of Marie Helen Kuchler, Tai Jasmine Louis, Emelda M. Magee, Gwendolyn and Donald Marco, Rhonda Marquez, Freddie Marshall, Jr., Mario A. Marshall, Nancy N. and Julian F. Mascari, Dawn McGuffey, Curtis B. and Jeannette C. Miller, Andria Marie Milton, Jeane' Mitchell, Quian Mitchell, Sean Mitchell, Flimedee Montgomery, Eloise Scott and Raazaan Muhammal, Helen and Bobby Nathan, Donnetta Nelson, Kendra Nelson,*

*Leanora B. Nuss, Leanora B. Nuss, Eula T. Parker, Geraldine and Joseph Perriatt, Jr., Juanita C. Perriatt, Gertie C. Pete, Joseph J. Petit, Yvonne G. Picou, LeVerne Pierre, Laverne D. Pinkney, Cynthia D. Porter, Doris M. Pullet, Trudy M. Raymond, Alfred Reynard, Terrence Riley, Shawan Roberson, Michele Roberts, Glynder Robertson, Edward C. Rodgers, Helen A. Rodgers, Terracenion and Jabbar Rodney, Edna Rose, Jonathan P. Rose, Wanda D. Route, Annette Marie Douglas Sam, Evelena Sam, Jewel Sam, Jr., Reginald Sam, Sr., Reginald Sam, Jr., Jamesetta Saunders, Margaret and Robert L. Saux, Jeffrey Schello, Roselyn Koretzky and Barry Schwartz, Herman F. Scieneaux, Arnelle T. Scott, Doris Scott, Ramisha Ihsaan and Jameel Shaheer, Jacqueline Shaw, Ellan and Vernia M. Sheppard, Alexis Simmons, Eugene Simmons, Yvonne Simmons, Hassar Sleem, Lucille Smith, Naomi B. Smith, Barbara and Paul Sonnier, Jerry Stepter, Patricia Stepter, Jerry and Patricia Stepter, Grace M. Stumpf, Joan Swearington, Joyce Sylva, Patricia D. Tapp, Bernadine Terrell, Emanuel Terrell, Alice T. Thomas, Jeanne Thomas, John III Thomas, Jovana Thomas, Mollie S. Thomas, Willie Thomas, Joyce A. Tillie, Alice and Ben Trahan, Willie C. Trutman, Gregory Trivia, Joyce A. Verrett, Lisa Rodriguez and Merlin Vogel, Barbara Walker, Yael Washington, Carl Weathersby, Joel C. Weibelt, Lora A. Wells, Melvin Wells & Son Sheet Metal and Roofing, Inc., Nelson Wells, Jr., Alise O. White, Annette Williams Jerome Williams, Louise R. Williams, Marcel J. Williams, Clarence Wilmore, Gwendella Wilmore, Sammy Young, and Yvette Young,* plaintiffs in the entitled and numbered cause, who hereby appeal to the United States Court of Appeal for the Fifth Circuit the Judgment (Doc. 11950) rendered by Judge Stanwood R. Duval, Jr. in this action, dated and entered March 27, 2008.

                                      Respectfully submitted,

| | |
|---|---|
| OF COUNSEL:<br>MILLING BENSON WOODWARD LLC | /s/ William C. Gambel<br>William C. Gambel (LA Bar NO. 5900)<br>909 Poydras Street, Suite 2300<br>New Orleans, LA  70112-1010<br>Telephone:  (504) 56 9-7000<br>Telecopy:  (504) 569-7001<br>wgambel@millinglaw.com<br>Attorneys for Plaintiffs |

John J. Cummings, III (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 569-0000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com


W371930

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of April, 2008, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                                          /s/ William C. Gambel

W371930