UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass 06-5127) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE KNOWLES |

**************************************

## NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, comes Elizabeth H. and William Keith DePass, IV, Marshall L. Harris, Manuel C. Trelles, William B. Coleman, III, Carol C. and William C. Gambel, Ronald Landry, Cleveland Cobb, Sr., Renate B. Coleman, and William B. Coleman, Jr., William B. Coleman, III, Carol C. de la Houssaye, Clyde de la Houssaye, Wayne de la Houssaye, Pauline and Lanier Dixon, Martha W. Ellis, Courtney Freeman, Louis McDaniel Freeman, Jr., Shirleen Jefferson, Irene B. Lutkewitte, Thomas Lutkewitte, and Charles Marshall, Jr., plaintiffs in the entitled and numbered cause, who hereby appeal to the United States Court of Appeal for the Fifth Circuit the Judgment (Doc. 11952) rendered by Judge Stanwood R. Duval, Jr. in this action, dated and entered March 27, 2008.

Respectfully submitted,

OF COUNSEL:                       /s/ William C. Gambel
MILLING BENSON WOODWARD LLC    William C. Gambel (LA Bar NO. 5900)

                909 Poydras Street, Suite 2300
                New Orleans, LA  70112-1010
                Telephone:  (504) 56 9-7000
                Telecopy:  (504) 569-7001
                wgambel@millinglaw.com
                Attorneys for Plaintiffs

John J. Cummings, III (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 569-0000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W371906

Case 2:05-cv-04182-SRD-JCW   Document 12748   Filed 04/24/08   Page 3 of 3

CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of April, 2008, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                      /s/ William C. Gambel

W371906

3