UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*severed from Abadie*, 06-5164 | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K" (2) |
| SEAN MCBEAN, CYNTHIA MCBEAN<br>    Plaintiffs<br>VS.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br>    Defendant | CIVIL ACTION<br>No. 07-2584<br>SECTION "K" (2) |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted herein by the plaintiffs, Sean McBean and Cynthia McBean, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court.

New Orleans, Louisiana, this 25th day of April, 2008.

USDC JUDGE STANWOOD R. DUVAL, JR.
Section "K," Magistrate: 2

{N0061240}