UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                             CIVIL ACTION
CONSOLIDATED LITIGATION
_____                          NO. 05-4182

PERTAINS TO INSURANCE:                                   SECTION K-2
*Aguda, et al. v. State Farm*, 07-4457
*Anderson, et al. v. State Farm*, 07-6737

## ORDER

Considering the Ex Parte Motion for Leave to Enroll Additional Counsel of Record on Behalf of Plaintiffs,

**IT IS ORDERED** that the motion is GRANTED;

**IT IS FURTHER ORDERED** that Ernest E. Svenson and Al J. Robert, Jr. are enrolled as additional counsel for all plaintiffs in consolidated cases 07-4457 and 07-6737 for the limited purpose of filing and, if necessary, arguing motions.

**IT IS FURTHER ORDERED** that Stuart T. Barasch be designated as Trial Attorney for plaintiffs in consolidated cases 07-4457 and 07-6737.

New Orleans, Louisiana, this __25th__ day of April, 2008

_____
UNITED STATES DISTRICT JUDGE

1