## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to Exceed Page Limitations;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case, may file a surreply no longer than thirteen (13) pages in length, excluding tables of contents and authorities, certificates of service, and exhibits.

New Orleans, Louisiana, this  25th  day of April, 2008.

_____
DISTRICT JUDGE