UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION NO. 05-4182
LITIGATION

                                       SECTION: "K" (2)


A settlement conference in the above-captioned matter is scheduled on **May 13, 2008, at 2:00 P.M.** before the undersigned U.S. District Judge. On or before Monday, **May 9, 2008**, each party shall submit an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. **The letter/memorandum may be faxed directly to chambers at 504-589-7608.**

                            _____
                            LANCE M. AFRICK
                            UNITED STATES DISTRICT JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**