**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| DFP | 140 | DFP-140-000000001 | DFP-140-000000141 | USACE; MVD; MVN; CEMVN-CD-Q | Paul Landry | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Construction Department |
| DFP | 141 | DFP-141-000000001 | DFP-141-000000033 | USACE; MVD; MVN; CEMVN-CD-C | Candida C Wagner | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Construction Department |
| DFP | 142 | DFP-142-000000001 | DFP-142-000000914 | USACE; MVD; MVN; CEMVN-CD-C | Candida C Wagner | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Construction Department |
| EFP | 584 | EFP-584-000000001 | EFP-584-000038256 | USACE; ERDC; ITL | Guillermo Riveros | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab |
| EFP | 585 | EFP-585-000000001 | EFP-585-000001517 | USACE; ERDC; EL | Dennis Brandon | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Environmental Lab |
| FFP | 004 | FFP-004-000000001 | FFP-004-000000867 | USACE; MVD; MVN; CEMVN-TFH | Robert Brown | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Task Force Hope |
| HFP | 197 | HFP-197-000000001 | HFP-197-000003626 | USACE; MVD; MVN; CEMVN-HPO | Beth Cavalero | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Hurricane Protection Office |
| HFP | 198 | HFP-198-000000001 | HFP-198-000000006 | USACE; MVD; MVN; CEMVN-HPO | Raymond Devlin | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Hurricane Protection Office |
| HFP | 199 | HFP-199-000000001 | HFP-199-000000074 | USACE; MVD; MVN; CEMVN-HPO | William Hinsley | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Hurricane Protection Office |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| HFP | 200 | HFP-200-000000001 | HFP-200-000000002 | USACE; MVD; MVN; CEMVN-HPO | Karlie Parsiola | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Hurricane Protection Office |
| HFP | 201 | HFP-201-000000001 | HFP-201-000000012 | USACE; MVD; MVN; CEMVN-HPO | Beth Cavalero | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Hurricane Protection Office |
| HFP | 204 | HFP-204-000000001 | HFP-204-000000020 | USACE; MVD; MVN; CEMVN-HPO | Robert Chantome | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Hurricane Protection Office |
| OFP | 149 | OFP-149-000000001 | OFP-149-000000001 | USACE; MVD; MVN; CEMVN-OD | Yaw Acheampong | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Operations Department |
| OFP | 150 | OFP-150-000000001 | OFP-150-000000001 | USACE; MVD; MVN; CEMVN-OD-HA | William Munich | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Operations Department |
| OFP | 151 | OFP-151-000000001 | OFP-151-000000592 | USACE; MVD; MVN; CEMVN-OD-H | Victor A Landry | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Operations Department |
| PFP | 164 | PFP-164-000000001 | PFP-164-000000562 | USACE; MVD; MVN;CEMVN-PM-W | Philip J Meric | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Project Management Department |
| PFP | 165 | PFP-165-000000001 | PFP-165-000000703 | USACE; MVD; MVN; CEMVN-PM-OR | Robert Bosenberg | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Project Management Department |
| PFP | 166 | PFP-166-000000001 | PFP-166-000000195 | USACE; MVD; MVN; CEMVN-PM-OR | Gary Rauber | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Project Management Department |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| PFP | 167 | PFP-167-000000001 | PFP-167-000000658 | USACE; MVD; MVN;CEMVN-PM-W | Philip J Meric | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Project Management Department |
| PFP | 168 | PFP-168-000000001 | PFP-168-000000715 | USACE; MVD; MVN; CEMVN-PM | Richard Gatewood | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Project Management Department |
| PFP | 169 | PFP-169-000000001 | PFP-169-000000006 | USACE; MVD; MVN; CEMVN-PM | Christopher Gillespie | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Project Management Department |
| RFP | 285 | RFP-285-000000001 | RFP-285-000000437 | USACE; MVD; MVN; CEMVN-ED-FD | Leeland Richard | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| RFP | 286 | RFP-286-000000001 | RFP-286-000001762 | USACE; MVD; MVN; CEMVN-ED-FD | Leeland Richard | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| RFP | 288 | RFP-288-000000001 | RFP-288-000000469 | USACE; MVD; MVN; CEMVN-ED | Danny Wiegand | KC778 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| ZFP | 010 | ZFP-010-000000001 | ZFP-010-000000765 | US Department of Homeland Security; FEMA; Office of Chief Counsel | Mark Price | KC780 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 011 | ZFP-011-000000001 | ZFP-011-000000010 | US Department of Homeland Security; FEMA; Office of Chief Counsel | Mark Price | KC781 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 012 | ZFP-012-000000001 | ZFP-012-000000010 | US Department of Homeland Security; FEMA; Office of Chief Counsel | Mark Price | KC782 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ZFP | 013 | ZFP-013-000000001 | ZFP-013-000000010 | US Department of Homeland Security; FEMA; Office of Chief Counsel | Mark Price | KC783 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 014 | ZFP-014-000000001 | ZFP-014-000000010 | US Department of Homeland Security; FEMA; Office of Chief Counsel | Mark Price | KC784 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 015 | ZFP-015-000000001 | ZFP-015-000000012 | US Department of Homeland Security; FEMA; Office of Chief Counsel | Mark Price | KC785 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ERD | 068 | ERD-068-000000001 | ERD-068-000002747 | USACE; ERDC; CHL | Joseph Koester | KC787 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Soil Testing Documents |
| NOP | 043 | NOP-043-000000001 | NOP-043-000000072 | USACE; MVD; MVD; Operations | Michelle Daigle | KC787 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Brown Book |
| NOP | 044 | NOP-044-000000001 | NOP-044-000000093 | USACE; MVD; MVD; Operations | Michelle Daigle | KC787 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Brown Book |
| NPM | 143 | NPM-143-000000001 | NPM-143-000002538 | USACE; MVD, MVN; Planning, Programs and Project Management | James McCrory | KC787 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Soils Lab File |
| NPM | 144 | NPM-144-000000001 | NPM-144-000002663 | USACE; MVD, MVN; Planning, Programs and Project Management | James McCrory | KC787 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MRGO Soils Lab File |
| NPM | 145 | NPM-145-000000001 | NPM-145-000000771 | USACE; MVD, MVN; Planning, Programs and Project Management | Danielle Tommaso | KC787 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Environmental Assessments and Finding of No Significant Impact (FONSI) decisions related to MRGO |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 146 | NPM-146-000000001 | NPM-146-000002240 | USACE; MVD, MVN; Planning, Programs and Project Management | Danielle Tommaso | KC787 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Environmental Assessments and Finding of No Significant Impact (FONSI) decisions related to MRGO |
| NPM | 147 | NPM-147-000000001 | NPM-147-000000792 | USACE; MVD, MVN; Planning, Programs and Project Management | Danielle Tommaso | KC787 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Response to Hurricanes Katrina and Rita in Louisiana Environmental Assessment |
| NPM | 148 | NPM-148-000000001 | NPM-148-000000125 | USACE; MVD, MVN; Planning, Programs and Project Management | Sue Hawes | KC787 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Document relating to Wetlands Loss |
| UDI | 010 | UDI-010-000000001 | UDI-010-000001230 | US Dept of Interior; Fish and Wildlife; | James Bogg | KC787 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Documents pertaining to MRGO |
| OEP | 002 | OEP-002-000000001 | OEP-002-000000003 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| OEP | 003 | OEP-003-000000001 | OEP-003-000000003 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| OEP | 004 | OEP-004-000000001 | OEP-004-000000003 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| OEP | 005 | OEP-005-000000001 | OEP-005-000000004 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| OEP | 006 | OEP-006-000000001 | OEP-006-000000003 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| OEP | 007 | OEP-007-000000001 | OEP-007-000000004 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| OEP | 008 | OEP-008-000000001 | OEP-008-000000009 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| OEP | 009 | OEP-009-000000001 | OEP-009-000000016 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| OEP | 010 | OEP-010-000000001 | OEP-010-000000038 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| OEP | 011 | OEP-011-000000001 | OEP-011-000000005 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| OEP | 012 | OEP-012-000000001 | OEP-012-000000004 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| OEP | 013 | OEP-013-000000001 | OEP-013-000000005 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| OEP | 014 | OEP-014-000000001 | OEP-014-000000002 | Office of the Assistant Secretary of Defense for Public Affairs; AFIS; DVI | Mearen Bethea | KC788 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-4182 K (2) - ESI from Joint Combat Camera Center |
| WFP | 002 | WFP-002-000000001 | WFP-002-000000345 | US Department of Commerce; NOAA; National Geodectic Survey; National Ocean Service | Ronnie Taylor | KC789 | 4/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |