UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     *     CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

CONSOLIDATED WITH

PERTAINS TO: INSURANCE, Dehon, 06-4873

## JOINT STIPULATION OF DISMISSAL

ON MOTION of plaintiffs A. Patrick Dehon, Jr. and Maureen E. Dehon, and defendant Encompass Indemnity Company, herein appearing through undersigned counsel of record, and on suggesting to the Court that this matter has been fully compromised and settled and, therefore, should be dismissed with full prejudice as to all of plaintiff's rights herein, each party to bear its own costs.

Respectfully submitted,

_____
A. PATRICK DEHON, JR. (#4811)
1539 Jackson Avenue, Suite 600
New Orleans, Louisiana 70130
Telephone: 504.587.1500
Facsimile: 504.587.8991
Counsel for Plaintiffs


_____
STEVEN M. LOZES (#8922)
LOZES & PONDER
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Phone: 504.581.4455
Facsimile: 504.587.9408
Attorney for Encompass Indemnity Company