UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION<br>NO. 05-4182 "K"(2) |

CONSOLIDATED WITH

PERTAINS TO: INSURANCE, Dehon, 06-4873

## ORDER

Considering the foregoing Joint Stipulation of Dismissal;

IT IS HEREBY ORDERED that the above-numbered and entitled matter be dismissed, in its entirety, and as to all parties, with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
JUDGE