UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: INSURANCE ACEVEDO, ET AL., NO. 07-5208** | **SECTION "K" (2)** |

### NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Rafael and Dioigna Acevedo, et al., to dismiss all claims against Defendant, ESIS Ace American Insurance Company, from the above-captioned litigation, with prejudice, each party to bear its own costs in these proceedings, as ESIS Ace American Insurance Company has not filed an Answer or a Motion for Summary Judgment.

The Clerk of this Court is hereby requested to enter this dismissal in the records of the Court.

NO.99856090.1

Respectfully submitted,


BY:   /s/ Stuart T. Barasch
      Stuart T. Barasch (Bar #20650)
      Hurricane Legal Center
      1100 Poydras Street, Suite 2900
      New Orleans, Louisiana  70163
      Telephone:  (504) 525-1944
      Facsimile:  (504) 525-1279

ATTORNEY FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of this electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to any non-CM/ECF participants.

          /s/ Stuart T. Barasch