UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
| *Robinson*, 06-2268 | § | |
| _____ | § | |

**UNITED STATES' CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO FILE FINAL WITNESS AND EXHIBIT LISTS
AND TO COMPLETE EXPERT DISCOVERY**

Pursuant to Rules 6(b) and 7(b), Fed. R. Civ. P., and Local Rule 7, the United States moves for an enlargement of time to file final witness and exhibit lists and to complete expert discovery.  Under the Revised *Robinson* Case Management Order No. 1 (R.D. No. 3603), the parties' final lists of witnesses and exhibits are due to be filed on May 1, 2008.  The CMO also requires that expert discovery and depositions be completed by this date.  By subsequent Order (R.D. No. 11677), the Court enlarged the time for producing expert reports, allowing Plaintiffs to produce their reports not later than May 1 and Defendant to produce its reports not later than June 13, 2008.  Because of the prior enlargement of time to produce expert reports, the parties

1

are unable to finalize their lists of witnesses and exhibits and complete the depositions of experts by May 1.

The United States therefore requests that the time for filing final lists of witnesses and exhibits be enlarged to June 30, 2008, and the time for completing expert discovery be enlarged to July 18, 2008. Pierce O'Donnell, counsel for Plaintiffs, has stipulated to the requested enlargements.

A proposed Order is submitted for the convenience of the Court.

    Respectfully submitted,

    JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY, JR.
    Assistant Director, Torts Branch

    s/ Robin D. Smith
    ROBIN D. SMITH
    Senior Trial Counsel
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 888
    Benjamin Franklin Station
    Washington, D.C.  20044
    (202) 616-4289
    (202) 616-5200 (fax)
    robin.doyle.smith@usdoj.gov
    Attorneys for Defendant United States

3

## CERTIFICATE OF SERVICE

I certify that on April 28, 2008, a true copy of Defendant United States' Consent Motion for an Enlargement of Time was served on all counsel of record by ECF.

       <u>s/ Robin D. Smith</u>
        Robin D. Smith