UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
| *Robinson*, 06-2268 | § | |
| _____§ | | |

### ORDER

Having considered the United States' Consent Motion for an Enlargement of Time to File Final Lists of Witnesses and Exhibits and to Complete Expert Discovery, and for good cause shown, it is hereby ORDERED that the Motion for Enlargement of Time is GRANTED.  The parties shall file their Final Lists of Witnesses and Exhibits on or before June 30, 2008, and shall complete expert discovery not later than July 18, 2008.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

1