Effective 4/10/06

# FINANCIAL & CIVIL ALLOTMENT SHEET

Receipt No. 355486
Deputy Clerk:

APR 23 2008

#39244

ACCOUNT CODE:

6855XX Accounts
_____ - Restitution
_____ - U.S. Postal Service Forms
_____ - Petty Offense

REGISTRY FUND:

604700 Accounts
_____ - Cash Bonds
_____ - Land Condemnation
_____ - Deceased & Deserting Seaman

APR 23 2008

GENERAL & SPECIAL FUNDS:
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
        085000 - $5.00 / 510000 - $10.00

FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
        086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Stone, Pigman (Thomsen)

CASE NUMBER: 07-5528    SECTION: K

CASE TITLE: _____

PAYMENT OF  [ 5.00 ]  CASH _____  CHECK 010562  MONEY ORDER _____
                     SEAMAN _____  PAUPER _____  NON CASH _____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
_____ 2. Class Action
_____ 3. Antitrust
_____ 4. Patent, Trademark, Copyright
_____ 5. Civil Rights Case
_____ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
_____ 7. Petitions for Stay of Execution Death Sentence
_____ 8. Social Security Case
_____ 9. All Others

Is this a THREE JUDGE COURT?  _____ Yes _____ No
Is this a RELATED CASE?       _____ Yes _____ No

Attorney of Record