FILED '08 APR 25 11:11 USDC-LAE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |

*********************************************************************

## SURREPLY TO MOTION OF STATE FARM FIRE AND CASUALTY COMPANY AND CERTAIN OTHER INSURER DEFENDANTS TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL

Murray Law Firm along with their individual counsel who have appeared in this case, through their undersigned counsel, respectfully submit this surreply to State Farm Fire and Casualty Company and certain other insurer defendants' (collectively the "Insurers") motion to disqualify plaintiff's private counsel.

**I.  INTRODUCTION**

Murray Law Firm together with Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; Domengeaux Wright Roy & Edwards L.L.C., and Gauthier, Houghtaling and Willams have been retained as plaintiff's private counsel. Murray Law Firm, along with the other referenced firms, represents the State and the as yet uncertified

___ Fee_____
___ Process_____
_X_ /Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

and putative class of individual homeowners who have received or will receive benefits under the Road Home Program.

By separate surreply memorandum, Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; Mc Kernan Law Firm; Rainier, Gayle and Elliot, L.L.C. and Domengeaux Wright Roy & Edwards L.L.C. have responded to the reply memorandum by Insurers' in support of their motion to disqualify plaintiff's private counsel.

## II.   ARGUMENT

The Murray Law Firm adopts in its entirety the surreply memorandum submitted by their co-counsel in this matter.

## III.   CONCLUSION

For the reasons more fully stated in the surreply memorandum submitted on behalf of the firms stated above, the Insurers' motion to disqualify should be denied.

Respectfully submitted,

Basile J. Uddo (10174)
Attorney at Law
3445 N. Causeway Blvd.
Suite 724
Metairie, LA 70002
Telephone: (504) 834-1819
Facsimile: (504) 832-7208

By: _____

Attorney for Murray Law Firm

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I filed the foregoing Opposition to Motion of State Farm Fire and Casualty Company and Certain Other Insurer Defendants to Disqualify Plaintiff's Private Counsel with the Clerk of Court and served a copy on defense liaison counsel by U. S. first class mail. .

_____