**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: KATRINA CANAL BREACHES**          **CIVIL ACTION NO. 05-4182**
**CONSOLIDATED LITIGATION**

**PERTAINS TO:**
**CHRISTLE BERTONIERE**          *          **CIVIL ACTION NO. 06-5297**
                                 *          **SECTION: K(2)**
**VERSUS**                       *
                                 *
**LEXINGTON**                    *
**INSURANCE COMPANY**            *
                                 *
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION TO SUBSTITUTE COUNSEL**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Ms. Christle

Bertoniere, who respectfully represents that her attorney of record, Kevin Shearman, has recently

died, and she desires to substitute as her attorney of record James A. Harry, William J. Coughlin,

and Jack J. Jernigan as her counsel of record.

Respectfully submitted,

/s William J. Coughlin_____

I hereby certify that a copy          WILLIAM J. COUGHLIN(No.23653)TA
of the foregoing has been             JACK J. JERNIGAN, III (No.8545)
served on all counsel of              3350 Ridgelake Drive, Suite 200,
record by first class mail            Metairie, LA  70002
or efiling as indicated               (504) 836-3895; Fax (504) 834-6156
by CM/ECF                             and
on this 29th                          JAMES A. HARRY, (No.23771)
day of April, 2008.                   27830 Church of God Road
                                      Springfield, LA  70462
                                      (225) 294-8127
                                      Attorneys for Plaintiffs