UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | | CIVIL ACTION NO. 05-4182 |
| **PERTAINS TO:** | | |
| CHRISTLE BERTONIERE | * | CIVIL ACTION NO. 06-5297 |
| | * | SECTION: K(2) |
| VERSUS | * | |
| | * | |
| LEXINGTON | * | |
| INSURANCE COMPANY | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO SUBSTITUTE COUNSEL**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Ms. Christle Bertoniere, who respectfully represents that her attorney of record, Kevin Shearman, has recently died, and she desires to substitute as her attorney of record James A. Harry, William J. Coughlin, and Jack J. Jernigan as her counsel of record.

Respectfully submitted,

/s William J. Coughlin_____
WILLIAM J. COUGHLIN(No.23653)TA
JACK J. JERNIGAN, III (No.8545)
3350 Ridgelake Drive, Suite 200,
Metairie, LA  70002
(504) 836-3895; Fax (504) 834-6156
and
JAMES A. HARRY, (No.23771)
27830 Church of God Road
Springfield, LA  70462
(225) 294-8127
Attorneys for Plaintiffs

I hereby certify that a copy of the foregoing has been served on all counsel of record by first class mail or efiling as indicated by CM/ECF on this 29th day of April, 2008.