UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | | **CIVIL ACTION NO. 05-4182** |
| **PERTAINS TO:** | | |
| **CHRISTLE BERTONIERE** | * | **CIVIL ACTION NO. 06-5297** |
| | * | **SECTION: K(2)** |
| **VERSUS** | * | |
| | * | |
| **LEXINGTON** | * | |
| **INSURANCE COMPANY** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing motion,

**IT IS ORDERED** that James A. Harry, William J. Coughlin, and Jack J. Jernigan be and hereby are enrolled as counsel of record for the plaintiff, Ms. Christle Bertoniere.

.    Signed at New Orleans, Louisiana this _____ day of _____, 2008.

_____
**JUDGE**