# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION PERTAINS TO: INSURANCE (06-2143) | * * * * | Civil Action No. 05-4182 |
| MOLLIE SOLOMON, WIFE OF/AND AVRAM C. HERMAN | * * * * | Judge Duval |
| Plaintiffs, | * * | Magistrate Judge Wilkenson |
| Versus | * * | |
| THE TRAVELERS INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT,** come Mollie Solomon Herman and The Standard Fire Insurance Company, improperly identified as The Travelers Insurance Company, by and through their counsel, who respectfully request that this Court dismiss with prejudice, any and all remaining claims and/or causes of action asserted in the captioned matter for damages arising out of or resulting from Hurricane Katrina, in light of the Louisiana Supreme Court's holding in *Sher v. Lafayette Ins. Co.*, No. 07-C-2441, consolidated with 07-C-2443, slip op. at pp. 4-5 (La. April 8, 2008). In support of this motion, the Parties show that Plaintiff previously dismissed with prejudice any and all causes of action arising out of Hurricane Katrina while reserving only those claims that Plaintiff may have had for loss or damage to the Dwelling or to Personal Property caused directly by water that was released from one of the canals or waterways, including the

Mississippi River Gulf Outlet, in the City of New Orleans on or about August 29, 2005 or thereafter and that entered the Dwelling.

**WHEREFORE,** the Parties respectfully request that any and all remaining claims and causes of action asserted in the captioned matter be dismissed with prejudice and that the captioned matter be dismissed in its entirety with prejudice, each party to bear its own costs.

**GERTLER, GERTLER, VINCENT, & PLOTKIN**

BY: M.H. Gertler, Esq.
127-129 Carondelet Street
New Orleans, Louisiana 70130
**Attorney for Mollie Solomon Herman**

and

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

BY: TINA L. KAPPEN, La. Bar #29579
**RALPH S. HUBBARD III, T.A., La. Bar #7040**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for The Standard Fire Insurance Company**