UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | Civil Action No. 05-4182 |
| PERTAINS TO: INSURANCE (06-2143) | * * | |
| | * | Judge Duval |
| MOLLIE SOLOMON, WIFE OF/AND AVRAM C. HERMAN | * * | |
| | * * | Magistrate Judge Wilkenson |
| Plaintiffs, | * * | |
| Versus | * * | |
| THE TRAVELERS INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon considering the above and foregoing Joint Motion of Voluntary Dismissal With Prejudice,

**IT IS HEREBY ORDERED** that any and all of Plaintiff's remaining claims and causes of action asserted in the captioned matter for damages arising out of or resulting from Hurricane Katrina be, and hereby are, dismissed with prejudice and that the captioned matter be, and hereby is, dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA** this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**