UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  INSURANCE<br>ACEVEDO, ET AL., NO. 07-5208 | SECTION "K" (2) |

### ORDER

Considering the foregoing Motion to Dismiss with Prejudice Pursuant to FRCP 41,

IT IS ORDERED that plaintiffs, Rafael and Dioigna Acevedo, et al. claim against ESIS Ace American Insurance Co., only is dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 29th day of    April   , 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

NO.99856090.1