UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In RE:**  KATRINA CANAL BREACHES * CIVIL ACTION NO.: 05-4182 | |
| CONSOLIDATED LITIGATION       * | |
|                              * | |
| PERTAINS TO INSURANCE        * JUDGE: DUVAL | |
| **Lonnie E. Hammond,** Jr.        *  MAG JUDGE: WILKINSON | |
| CIVIL ACTION NO.: 07-1767    * | |

MOTION TO DE-CONSOLIDATE
**AND TRANSFER PROCEEDINGS TO**
ORIGINALLY ALLOTTED DIVISION OF COURT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Lonnie E. Hammond, Jr. and respectfully requests that the captioned matter be de-consolidated and transferred to its original docket assignment in Section "J," the Honorable Carl J. Barbier, for the following reasons.

1.

This case was transferred to Section "K" for consolidation with the litigation entitled *In Re: Katrina Canal Breaches Consolidated Litigation* on January 28, 2008.

II.

This case involves a claim for structural damages due to wind, as well as a claim for "other structures," contents and additional living expenses. Plaintiff wishes to strike any and all allegations regarding the ambiguity of, or the reliance upon, the flood exclusion in the policy at issue. Attached hereto is a copy of the proposed Amended Complaint, wherein all such allegations are stricken.

**WHEREFORE** plaintiff respectfully moves and prays that this case be transferred back to Section "J" as clearly set forth in accompanying memorandum.

    Respectfully **submitted,**

    s/Jennifer B. Eagan
    **GREGORY P. DI LEO**, **LSBA #4943**
    **JENNIFER** B. EAGAN, **LSBA#19847**
    Attorneys for Plaintiff Lonnie E. Hammond, Jr.
    300 Lafayette Street, Suite 101
    New Orleans, LA 70130
    Telephone: (504) 522-3456
    Facsimile:   (504) 522-3888