UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**In RE:**  KATRINA CANAL BREACHES* CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION
                                    *

PERTAINS TO INSURANCE         * JUDGE: DUVAL
**Lonnie E. Hammond,** Jr.          *  MAG JUDGE: WILKINSON
CIVIL ACTION NO.: 07-1767     *

MEMORANDUM IN SUPPORT OF MOTION
TO DE-CONSOLIDATE
AND TRANSFER PROCEEDINGS TO
ORIGINALLY ALLOTTED **DIVISION** OF COURT

MAY IT PLEASE THE COURT:

    Plaintiff, Lonnie E. Hammond, Jr. respectfully requests that the captioned

matter be de-consolidated and transferred to its original docket assignment in

Section "J," the Honorable Carl J. Barbier, for the following reasons.

    This case involves a claim for structural damages due to wind, as well as a

claim for "other structures," contents and additional living expenses, all as a result

of Hurricane Katrina. Plaintiff originally filed suit in State Court, alleging that his

claim was improperly adjusted and based upon that improper adjustment, he was underpaid by the defendant on his claim under the homeowners' policy. Other numerous allegations were made against defendant regarding the handling of the claim and their failure to timely and properly satisfy their insured.

This case was transferred to Section "K" for consolidation with the litigation entitled *In Re: Katrina Canal Breaches Consolidated Litigation* on January 28, 2008, based upon allegations regarding ambiguities within the flood exclusion in the policy of insurance issued by defendant, Republic. As a result of that transfer, Plaintiff has lost his previously scheduled trial date, and all discovery has been stayed. In a word, this case has come to a screeching halt. Plaintiff now wishes to strike any and all allegations regarding the ambiguity of, or the reliance upon, the flood exclusion in the policy at issue. Attached hereto is a copy of the proposed Amended Complaint, wherein all such allegations are stricken.

THEREFORE, plaintiff respectfully prays that all allegations regarding flood be dismissed with prejudice, and that this case be de-consolidated from the *In Re Katrina Canal Breaches Colsolidated Litigation,* and allowed to stand alone as initially entitled "Lonnie Hammond, Jr. v. Republic Fire and Casualty Company," Civil Action No.07-1767, and transferred accordingly to its originally assigned docket in Section "J" for further proceedings.

2

Respectfully submitted,

s/Jennifer B. Eagan
**GREGORY P. DI LEO, LSBA #4943**
**JENNIFER** B. EAGAN, **LSBA#19847**
Attorneys for Plaintiff Lonnie E. Hammond, Jr.
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Telephone: (504) 522-3456
Facsimile:    (504) 522-3888

<u>CERTIFICATE</u> **<u>OF SERVICE</u>**

I hereby certify **that** on April 29, 2008, I electronically filed the foregoing with the Clerk of Court by **using** the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

s/Gregory P. DiLeo
GREGORY P. DI LEO, LSBA #4943