UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**In RE**:  KATRINA CANAL BREACHES* CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION           *
                                                        *
PERTAINS TO INSURANCE              * JUDGE: DUVAL
**Lonnie E. Hammond** , Jr.                  *  MAG JUDGE: WILKINSON
CIVIL ACTION NO.: 07-1767           *


AMENDED PETITION FOR DAMAGES


        The petition **of Lonnie E. Hammond**, Jr., a person of the full age of majority,

domiciled in the Parish of Orleans, State of Louisiana, who was at all material times

hereto the owner of the premises located at 2124 Spain Street, New Orleans, LA

70117, and insured with defendant,   **Republic Fire and Casualty Company,**

respectfully represents:

                                                1.

        Plaintiff re-states and re-avers all allegations made in the original complaint.

II.

All allegations regarding ambiguity in the flood exclusion, or reliance upon the flood exclusion, are hereby stricken, more particularly Paragraph X which states as follows:

> The defendant's flood exclusion is ambiguous, vague, and consequently is invalid resulting in coverage for damages caused by flood.

III.

Plaintiff hereby wishes to strike said allegation listed above in Paragraph II and in doing so maintain all allegations of improper adjustment and/or failure to pay plaintiffs claims under the policy of homeowner's insurance.

**WHEREFORE**,  plaintiff prays that this amended complaint be deemed sufficient and that all other prayers for relief be maintained with the exception of any prayer for relief pursuant to the flood exclusion.

<u>s/Gregory P. DiLeo</u>
**GREGORY P. DI LEO, LSBA #4943**
**JENNIFER** B. EAGAN, **LSBA #19847**
Attorney for Plaintiff
Lonnie E. Hammond, Jr.
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Telephone: (504) 522-3456
Facsimile: (504) 522-3888

pd-katrina\hammond-lonnie\amendedpetition