UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In RE: KATRINA CANAL BREACHES* CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION           *
                                  *
PERTAINS TO INSURANCE       * JUDGE: DUVAL
**Lonnie E. Hammond,** Jr.        *  MAG JUDGE: WILKINSON
CIVIL ACTION NO.: 07-1767

CERTIFICATE RELATING TO OPPOSITION
(PLAINTIFF'S MOTION TO TRANSFER)

NOW INTO COURT through undersigned counsel comes plaintiff Lonnie E. Hammond, Jr. and respectfully represents the status of this motion as follows:

OPPOSED.

Mover has contacted opposing counsel who wishes to oppose this motion.

" OPPOSED.

Mover has attempted unsuccessfully to contact opposing **counsel as** follows:

Office voice **mail and email.**

Therefore, the motion must be presumed to be opposed.

UNOPPOSED

Mover has contacted opposing counsel and is authorized to state that the motion is unopposed.

>Respectfully submitted by,
>
>s/Gregory P. DiLeo
>**GREGORY P. DI LEO**, **LSBA #4943**
>**JENNIFER B. EAGAN, LSBA #19847**
>Attorney for Plaintiff
>**Lonnie E. Hammond, Jr.**
>300 Lafayette **Street**, **Suite 101**
>New Orleans, LA 70130
>Telephone: (504) 522-3456
>**Facsimile**:   (504) 522-3888

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

>s/Gregory P. DiLeo
>GREGORY P. DI LEO, ESQ.

pd-katrinathammond\motionandmemototransfer