UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In RE:  KATRINA CANAL BREACHES* CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION
\*

PERTAINS TO INSURANCE           * JUDGE: DUVAL
**Lonnie E. Hammond**, Jr.              *  MAG JUDGE: WILKINSON
CIVIL ACTION NO.: 07-1767       *

NOTICE OF MOTION

Please take notice that Plaintiffs Motion to Transfer will be brought on for hearing **at 9:30** a.m. on the **14th** day of **May, 2008**, before **the Honorable Stanwood R. Duval**, Jr., at the United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana.

    Respectfully submitted,

    s/Gregory P. DiLeo
    **GREGORY P**. **DI LEO**, **LSBA #4943**
    Attorney for Plaintiff
    Lonnie  E. Hammond, Jr.
    300 Lafayette Street, **Suite 101**
    New Orleans, LA 70130
    Telephone: (504) 522-3456
    **Facsimile**: (504) 522-3888

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

                                                  s/Gregory P. DiLeo  
                                                  GREGORY P. DILEO

pd-katrinaAhammond\noticeofmotion-mOtiontotransfer