UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| | * | |
| LEVEE  (Sims 06- 5116) | * | SECTION K |
|            (DePass 06-5127) | * | |
|            (Ferdinand 06-5132) | * | JUDGE DUVAL |
|            (Bourgeois 06-5131) | * | |
| | * | MAGISTRATE WILKINSON |
| | * | MAGISTRATE KNOWLES |

**************************************

## MOTION FOR LEAVE TO FILE
## MEMORANDUM IN SUPPORT OF BERTHOLOT'S
## MOTION FOR NEW TRIAL

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs in Case No. 06-5116 (Sims), Case No. 06-5132 (Ferdinand), Case No. 06-5131 (Bourgeois), and Case No. 06-5127 (DePass), for leave to file their Amicus in Support of the Motion for New Trial (Doc. No. 11254) filed by Bertholot et al. in this matter.

Respectfully submitted,

OF COUNSEL:
MILLING BENSON WOODWARD L.L.P.     /s/ William C. Gambel
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 569-0000
Telecopy:  (504) 586-8423

## CERTIFICATE OF SERVICE

I hereby certify that on this  29th  day of April 2008, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed to the parties on the attached, and with adequate postage affixed thereon.

        /s/ William C. Gambel

W371979