# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES    * CIVIL ACTION

                                      * NO. 05-4182

PERTAINS TO: BARGES               * Consolidated

                                      * SECTION "K(2)"

Boutte v. Lafarge       05-5531 *

Mumford v. Ingram       05-5724 * JUDGE DUVAL

Lagarde v. Lafarge      06-5342 *

Perry v. Ingram         06-6299 * MAG. WILKINSON

Benoit v. Lafarge       06-7516 *

Parfait Family v. USA  07-3500 *

Lafarge v. USA          07-5178 *

    *   *   *   *   *   *   *   *   *   *   *


(V O L U M E   I)

Deposition of SIDNEY WILLIAMS, given
at Chaffe McCall, L.L.P., 2300 Energy Centre,
1100 Poydras Street, New Orleans, Louisiana
70163-2300, on February 19th, 2008.


REPORTER BY:

JOSEPH A. FAIRBANKS, JR., CCR, RPR

CERTIFIED COURT REPORTER #75005

1 and 3:30 you made it up to your attic.

2     A.    Yeah.

3     Q.    Okay.  And what did you see, what did

4 you hear, during the time you were in the

5 attic?

6     A.    Well, when we was making the hole, I

7 heard a bang, a big old loud sound, you know.

8 I mean, we had done got a hole in there, Calvin

9 went up, he pulled me up, and me and him both

10 was helping to pull the other two when I heard

11 two more bangs.  But I was looking over -- when

12 I heard the first bang we got on the roof.  I

13 looked around.  That's when I seen the barge

14 hit the wall, bounced off -- the water was real

15 rough -- and it hit the wall again.

16    Q.    Okay.  Let me back you up and go

17 through this slowly.  How did you make a hole

18 in the attic?

19    A.    I had a, um -- a pick, a maul, a crow

20 bar.

21    Q.    Okay.  So you made a hole in the

22 attic.

23    A.    (Nods head affirmatively.)

24    Q.    And why did you think it was necessary

25 the make a hole in the attic?

1 first boom?

2      A.    Calvin went up first.

3      Q.    Right.  Who was on the roof when you

4 heard the first boom?

5      A.    Calvin was on the roof.

6      Q.    Okay.  He was the only one on the

7 roof.

8      A.    Yeah.

9      Q.    Okay.  So when you heard the first

10 boom, you were still in the attic.

11      A.    Yeah.

12      Q.    Okay.  So you couldn't have seen the

13 barge when you heard the first boom, could you?

14      A.    I seen the barge the second two.

15      Q.    All right.  But my question was, you

16 couldn't have seen it when you heard the first

17 boom, right?  Because you were still in the

18 attic.

19      A.    No.  I was still in the attic.

20      Q.    But I thought earlier you said you had

21 seen it.

22      A.    I told you I seen it the second two

23 booms.  I seen the barge slamming into the

24 wall.

25      Q.    All right.  You just told me that you

1 heard the first boom and then it was a couple

2 of seconds to the second boom.

3     A.   I was on the roof then.

4     Q.   Okay.  A couple of seconds we're

5 talking, boom, boom?  Is that how quickly it

6 went?

7     A.   Yes, sir.

8     Q.   All right.  So you're saying between

9 the first boom when you were in the attic and

10 the second boom, you managed to get out on the

11 roof --

12     A.   The hole is right there.  It don't

13 take long to pull a person right there.

14     Q.   Okay.  So you got out on the roof and

15 you were on the roof when you heard the second

16 boom, right?

17     A.   Yes, sir.

18     Q.   Okay.  And so what did you do when you

19 heard that second boom?

20     A.   What did I do?

21     Q.   Yeah.

22     A.   I didn't do anything.  Nothing I could

23 do.

24     Q.   Well, did you look anywhere?

25     A.   I'm looking, yeah.  I'm looking.  I'm

1 watching the barge.

2    Q.    Well, you didn't know it was a barge

3 until you heard the boom, did you?

4    A.    When I heard the first boom, no, I

5 didn't know what it was.

6    Q.    All right.

7    A.    When I got on the roof and I'm looking

8 around and I heard the second boom, I'm looking

9 into the water.  I'm watching this barge slam

10 into the wall.

11    Q.    Okay.  That's when you heard the

12 second boom.

13    A.    Yeah.

14    Q.    And then you heard a third boom that

15 followed it?

16    A.    That followed it.

17    Q.    And in two or three seconds again?

18    A.    In seconds?

19        MR. GILBERT:

20            Objection.

21 EXAMINATION BY MR. WALKER:

22    Q.    Was is two or three seconds, four

23 seconds, five seconds?

24    A.    A couple of seconds.

25    Q.    Okay.  Is a couple two?

1      A.    A couple is two.

2      Q.    Okay.  I'm just curing your lawyer's

3 objection.

4            When you saw the barge after the

5 second boom, what side of the canal was it?

6      A.    What you mean what side of the canal?

7      Q.    Was the barge in the Ninth Ward?

8            MR. GILBERT:

9                 You mean what side of the

10           floodwall?

11     A.    It was in the water.  It wasn't on

12 this side of the wall.

13 EXAMINATION BY MR. WALKER:

14     Q.    When you say this side --

15     A.    It wasn't on the land side.

16     Q.    So when you heard the first boom, the

17 barge was on the canal side of the floodwall?

18     A.    It was still in the water.

19     Q.    Uh-huh.  And when you heard the second

20 boom, was it still in the canal side of the

21 water?

22     A.    Still in the water.

23     Q.    Okay.  And then what did you see?

24     A.    When I heard the third one, it was

25 still in the water.

Page 51

1    Q.    Okay.   And then what did you see?

2 Anything else?   Did you turn away?

3    A.    Well, what I seen, the water just

4 rised in seconds.   We was in water -- houses

5 went to floating off.

6    Q.    Uh-huh.   And what happened to the

7 barge?

8    A.    I didn't even look no more.   I mean, I

9 wasn't sitting there watching the barge, you

10 know.   I wasn't like bird watching on the roof.

11 What I did, I just start praying.   When I seen

12 the houses started floating away I just started

13 praying.

14    Q.    So you heard the two booms and then

15 saw water rushing into the neighborhood.

16    A.    Rushing in.

17    Q.    Okay.   You didn't see the barge knock

18 down the wall, did you?

19    A.    No, sir.

20    Q.    You didn't see the barge hit the wall,

21 did you?

22    A.    I seen the barge hit the wall.

23    Q.    You're sure.

24    A.    I'm sure.   Positive.

25    Q.    And was this an empty barge or a