UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

### REQUEST FOR ORAL ARGUMENT
### ON BARGE PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Defendant Lafarge North America Inc. ("LNA") respectfully requests oral argument on Plaintiffs' Motion for Protective Order [Doc. 11765]. That motion asks the Court to bar LNA from using the witness interviews it has conducted. As set forth in LNA's opposition being filed today, the granting of that motion would severely prejudice LNA's ability to defend these cases, the MRGO plaintiffs' claims against the government, and the fact-finder's ability to get at the truth of these cases. LNA submits that oral argument will clarify the issues of law and fact, will enable LNA to address any follow-up questions that the Court may have, and will assist the Court in its disposition of this important matter. A proposed order is attached.

WHEREFORE, LNA respectfully moves the Court to grant oral argument on plaintiffs' Motion for Protective Order, which is currently set for hearing on May 7, 2008 at 11:00 a.m.

Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

April 29, 2008

### Certificate of Service

I do hereby certify that I have on this 29th day of April, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker