UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*            07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING REQUEST FOR ORAL ARGUMENT

IT IS HEREBY ORDERED that the Request for Oral Argument on Barge Plaintiffs' Motion for Protective Order [Doc. 11765] filed by defendant Lafarge North America Inc. is GRANTED. Oral argument on the Motion will be held on May 7, 2008 at 11:00 a.m. at the United States District Courthouse, Room B421, 500 Camp Street, New Orleans, Louisiana, before U.S. Magistrate Joseph C. Wilkinson, Jr. New Orleans, LA.

Signed this _____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATE MAGISTRATE JUDGE