UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |

**************************************************
PERTAINS TO:

INSURANCE 07-3432 (Landry v. Allstate)
**************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Allstate Insurance Company, will bring its Motion to Enforce Settlement Agreement before the Honorable Stanwood Duval, United States District Judge for the Eastern District of Louisiana at 500 Poydras Street, New Orleans, Louisiana on the 14th day of May, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard.

        Respectfully submitted,

        /s/ Scott G. Jones
        SCOTT G. JONES #14408
        INABNET & JONES, L.L.C.
        1331 West Causeway Approach
        Mandeville, LA 70471
        Telephone: 985-624-9920
        Facsimile:  985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)