# Roof Sheet

**Insured**  LANDRY, LONEY

**Coverage AA**

**Claim #** 5113848229-1
**Policy #** 000000015355163
**Ins Claim #** 5113848229

**Roof Diagram**



Roof Sheet (MS/B 0450)
Claim # 5113848229-I

- 1 -



Oct 7, 2005

EXHIBIT B