# Photo Sheet

**Coverage BB**

| | |
|---|---|
| .im # | 5113848229-1 |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |

**Insured**   LANDRY, LONEY



**RISK**



**SHED**

LIMB HIT TOP OF SHED



EXHIBIT
C

Photo Sheet (MS/B 0470)                                   - 1 -                                           Oct 7, 2005

# Photo Sheet

**Insured**   LANDRY, LONEY

**Coverage BB**

Claim #   **5113848229-1**
Policy #   000000015355163
Ins Claim #   5113848229

**CHAIN LINK FENCE**

LIMB FELL ON FENCE

