# Photo Sheet

**Insured**  LANDRY, LONEY

**Coverage AA**

| | |
|---|---|
| Claim # | 5113848229-1 |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |

**Photo - 1 front of risk**



**Photo -2 front of risk**




EXHIBIT D

Photo Sheet (MS/B 0470) — 1 —  Sep 18, 2006

# Photo Sheet

**Insured** LANDRY, LONEY

**Coverage AA**

| | |
|---|---|
| Claim # | 5113848229-1 |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |



**Photo -3 living room ceiling**

NO WIND DAMAGE



**Photo -4 living room**

NO WIND DAMAGE

Photo Sheet (MS/B 0470)   - 2 -   Sep 18, 2006

# Photo Sheet

| | | |
|---|---|---|
| | Coverage AA | Claim # 5113848229-1 |
| | | Policy # 000000015355163 |
| Insured LANDRY, LONEY | | Ins Claim # 5113848229 |



**Photo -5 living room**

NO WIND DAMAGE



**Photo -6 hall**

NO WIND DAMAGE

# Photo Sheet

**Insured**  LANDRY, LONEY

**Coverage AA**

**Claim #** 5113848229-1
**Policy #** 000000015355163
**Ins Claim #** 5113848229



**Photo 7 living room**

NO WIND DAMAGE



**Photo -8 den**

NO WIND DAMAGE

# Photo Sheet

**Insured**  LANDRY, LONEY

**Coverage AA**

**Claim #** 5113848229-1
**Policy #** 000000015355163
**Ins Claim #** 5113848229



**Photo -9 kitchen**

NO WIND DAMAGE



**Photo -10 kitchen**

NO WIND DAMAGE

# Photo Sheet

| | | |
|---|---|---|
| **Insured** LANDRY, LONEY | **Coverage AA** | **Claim #** 5113848229-1<br>**Policy #** 000000015355163<br>**Ins Claim #** 5113848229 |



**Photo -11 kitchen**

NO WIND DAMAGE



**Photo -12 rest room**

NO WIND DAMAGE

# Photo Sheet

| | | |
|---|---|---|
| Insured LANDRY, LONEY | Coverage AA | Claim # 5113848229-1<br>Policy # 000000015355163<br>Ins Claim # 5113848229 |



**Photo -13 bedroom**

NO WIND DAMAGE



**Photo -14 bedroom**

NO WIND DAMAGE

---

Photo Sheet (MS/B 0470)　　　　　- 7 -　　　　　Sep 18, 2006

# Photo Sheet

**Insured** LANDRY, LONEY

**Coverage AA**

| | |
|---|---|
| Claim # | 5113848229-1 |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |



**Photo -14 Rear Roof**

NO WIND DAMAGE



**Photo -15 shed site**

Shed had been removed on my inspection

---

Photo Sheet (MS/B 0470)      - 8 -      Sep 18, 2006

# Photo Sheet

**Insured** LANDRY, LONEY

**Coverage AA**

| | |
|---|---|
| Claim # | 5113848229-1 |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |



**Photo -16 shed site**



**Photo -17 shed site**

# Photo Sheet

| | | |
|---|---|---|
| | Coverage AA | Claim # 5113848229-1 |
| | | Policy # 000000015355163 |
| Insured LANDRY, LONEY | | Ins Claim # 5113848229 |



**Photo -18 hall floor**

new tile



**Photo -19 living room**

new tile

# Photo Sheet

**Insured**  LANDRY, LONEY

**Coverage AA**

Claim #  5113848229-1
Policy #  000000015355163
Ins Claim #  5113848229



**Photo -20 rear roof**

NO WIND DAMAGE

---

Photo Sheet (MS/B 0470)  - 11 -  Sep 18, 2006