**CONNICK AND CONNICK, L.L.C.**
ATTORNEYS AT LAW

2551 METAIRIE ROAD

METAIRIE, LOUISIANA 70001
TELEPHONE (504) 838-8777
FACSIMILE (504) 838-9903
E-MAIL ADDRESS:
beiselen@connicklaw.com
Website: www.connicklaw.com

WILLIAM PETER CONNICK
------------------
MICHAEL S. FUTRELL
MICHAEL F. NOLAN
BRIAN J. EISELEN
CHANCE C. WHITE

OF COUNSEL
PAUL D. CONNICK, JR.

July 13, 2007

Edward Wicker
Barrasso, Usdin, Kupperman, Freeman & Sarver
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112

  Re: **Loney Landry v. Allstate Indemnity Company**
    **Policy No.: 015355163 04/27**
    **Damaged Property: 2221 Painters Street, New Orleans, Louisiana 70117**

Dear Mr. Wicker:

As per our recent submissions, I am willing to recommend to my client settlement of her claim for the following amounts:

| | |
|---|---:|
| ALE............................................................................ | $ 7,900.00 |
| Contents..................................................................... | $ 34,750.00 |
| Structure..................................................................... | $ 29,786.78 |
| Less Allstate Payment............................................... | $ 2,511.74 |
| Net owed by Allstate................................................. | $ 69,925.04 |
| Expert Fees................................................................ | $ 600.00 |
| Subtotal...................................................................... | $ 70,525.04 |
| Attorney Fees (25%)................................................. | $ 17,631.26 |
| TOTAL | $ 88,156.30 |

Please respond with your thoughts regarding the resolution of this claim.

With professional regards, I remain,

          Sincerely,

          Brian J. Eiselen

BJE/llh



Claim information  
Insured: _____  
Policy No: _____  

Claim Number _____  
Date of Loss: __August 29, 2005__

Time Period: 8/29/05 to __Now__

| | Cost Incurred | Amount Normally Spent | Additional Cost Incurred | Reduction in Normal Expense |
|---|---|---|---|---|
| Housing: Motel | 5 month | | | |
| Apt. | A month | | | |
| Temporary Housing | 500.00 | None | 0 | 0 |
| Furniture Rental | | | | |
| Moving Expense | | | | |
| Realtor Fee | | | | |
| Evacuation Gas Cost | | | | |
| Utilities | | | | |
| Heating Oil | | | | |
| Gas | | | | |
| Water | | | | |
| Telephone | 100.00 | don't know | same | 0 |
| Electricity | 200.00 | Same | No | 0 |
| Sewer | | | | |
| Internet Service | | | | |
| Other | | | | |
| Meals – Away from Home | 3,000 | 0 | 0 | 0 |
| Transportation | | | | |
| Automobile Add'l Miles | 1,000 | 70.00 | 0 | 0 |
| Taxicabs, Buses, etc. | 500.00 | None | 0 | 0 |
| Other | | X .43 per mile | | |
| Miscellaneous | | | | |
| Laundry | 200.00 | None | 0 | 0 |
| Dry Cleaning | 100.00 | Same | No | 0 |
| Connect/Disconnect Fees | | | | |

SUBTOTAL: __16,500__

AMOUNT OWED: __7,900__

INSURED: _____
CLAIM #: _____
PROPERTY: _____

CONTENTS LIST
TOTAL: $34,750.00

| ITEM | VALUE | BRAND | AGE | ESTIMATED REPLACEMENT COST |
|---|---|---|---|---|
| washer & dryer christmas stuff wash room | 1,000 | MAYTAY | 1 yrs | 1,000 |
| ② @ 52" inch TV | 2,500 | Toshiba | 2 yrs | 2,500 |
| ② Living Room Set | 2,500 | Broyhill | 2 yrs | 2,500 |
| All my children pictures All my wedding mother pic | Priceless | Priceless | All my Life | Priceless |
| 2 Bedroom Set etc | 5,000 | Broyhill | 4 yrs | 5,000 |
| 1 32 inch TV | 450.00 | Samsung | 2 yrs | 450.00 |
| 1 25 inch TV | 300.00 | GE | 3 yrs | 300.00 |
| All clothes for bath | 10,000 | Can't Rember | all my life | 10,000 |
| dining Room Set stove dishwasher Refrigerator/freezer | 5,000 5,000 | mint maytay, maytay | 5 yrs 3 yrs | 5,000 5,000 |
| Bath Room All food | 2,000 | All Store | yrs | 2,000 |
| other Curtain | 1,000 | All Store | New 1 yrs | 1,600 |

*Designates that item located above the flood line.

| OWNER | : Loney Landry | CONTRACTOR | : |
|---|---|---|---|
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |

# LONEY WIND ESTIMATE

## BUILDING INFORMATION

| | |
|---|---|
| Type of Building: | Residential |
| Type of Foundation: | Concrete Slab |
| Exterior Walls: | Brick and/or Stone |
| Type of Roof: | Shingle |
| Interior Walls: | Wood Studs |



## ESTIMATE RECAP

| | |
|---|---|
| **Building Estimate Total:** | $29,094.63 |
| Sales Tax: | $692.15 |
| **Estimate Final Totals:** | **$29,786.78** |

SIMSOL®

Cover Page

| OWNER | : Loney Landry | CONTRACTOR | : |
|---|---|---|---|
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |
| POLICY # | : 000000015355163 | DATE RECEIVED | : 06/05/2007 |
| CLAIM # | : | TYPE OF LOSS | : Wind |

**Area Name:** Dwelling Roof

| | | | |
|---|---|---|---|
| Triangle: | | 1.96 SQ | (Triangle: 27' x 14' 6.0" High) |
| Triangle: | | 0.62 SQ | (Triangle: 15' 6.0" x 8' High) |
| Triangle: | | 0.45 SQ | (Triangle: 9' x 10' High) |
| Triangle: | | 1.17 SQ | (Triangle: 19' 6.0" x 12' High) |
| Trapezoid: | | 5.29 SQ | (Trapezoid: 23' 6.0" and 49' 6.0" Bases, 14' 6.0" High) |
| Trapezoid: | | 2.18 SQ | (Trapezoid: 23' 6.0" and 43' 6.0" Bases, 6' 6.0" High) |
| Trapezoid: | | 4.65 SQ | (Trapezoid: 51' 6.0" and 58' Bases, 8' 6.0" High) |
| Parallelogram: | | 0.88 SQ | (Parallelogram: 11' x 8' ) |

Total Squares: 19.78 SQ (17.20 with 15.00% waste)

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 4.0 | EA | Remove Gas Exhaust Vent | $15.00 | $15.00 | $0.00 | $0.00 | $60.00 |
| 4.0 | EA | Replace Gas Exhaust Vent | $100.00 | $50.00 | $50.00 | $0.00 | $400.00 |
| 121.4 | LF | Remove Ridge Clay Tiles | $0.75 | $0.75 | $0.00 | $0.00 | $91.05 |
| 121.4 | LF | Replace Ridge Clay Tiles | $3.15 | $2.00 | $1.15 | $0.00 | $382.41 |
| 11.0 | LF | Demo Valley Metal Flashing | $0.50 | $0.50 | $0.00 | $0.00 | $5.50 |
| 11.0 | LF | Replace Valley Metal Flashing | $4.25 | $1.50 | $2.75 | $0.00 | $46.75 |
| 1.0 | EA | Demo Rotary Turbine Roof Vent | $25.00 | $25.00 | $0.00 | $0.00 | $25.00 |
| 1.0 | EA | Replace Rotary Turbine Roof Vent | $90.00 | $50.00 | $40.00 | $0.00 | $90.00 |
| 1978.0 | SF | Remove Felt for Slate Roofing | $0.15 | $0.15 | $0.00 | $0.00 | $296.70 |
| 1978.0 | SF | Replace Felt for Slate Roofing | $0.80 | $0.75 | $0.05 | $0.00 | $1,582.40 |
| 169.8 | LF | Remove Drip Edge | $0.75 | $0.75 | $0.00 | $0.00 | $127.35 |
| 169.8 | LF | Replace Drip Edge | $3.00 | $2.50 | $0.50 | $0.00 | $509.40 |
| 17.2 | SQ | Remove Slate Roofing | $60.00 | $60.00 | $0.00 | $0.00 | $1,032.00 |
| 19.8 | SQ | Replace Slate Roofing | $595.00 | $320.00 | $275.00 | $0.00 | $11,781.00 |
| 2.0 | EA | Remove Flashing for 2" Pipe | $10.00 | $10.00 | $0.00 | $0.00 | $20.00 |
| 2.0 | EA | Replace Flashing for 2" Pipe | $32.50 | $25.00 | $7.50 | $0.00 | $65.00 |
| 1.0 | EA | Remove Flashing for 4" Pipe | $10.00 | $10.00 | $0.00 | $0.00 | $10.00 |
| 1.0 | EA | Replace Flashing for 4" Pipe | $35.00 | $25.00 | $10.00 | $0.00 | $35.00 |
| | | **Totals For Dwelling Roof** | | | | | **$16,559.56** |

**Area Name:** Dwelling Exterior

| | | |
|---|---|---|
| Dwelling Exterior | ............ | 25' x 9' x 8' |
| Offset | ............ | 36' x 31' 8.0" x 8' |
| Offset | ............ | 12' 8.0" x 5' x 8' |

| Lower Perimeter: | 165.30 LF | Floor SF: | 1428.30 SF | Wall SF: | 1322.70 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 165.30 LF | Floor SY: | 158.70 SY | Ceiling SF: | 1428.30 SF |

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 1218.0 | SF | Interim Construction Clean-up (100.0%) | $0.20 | $0.10 | $0.00 | $0.10 | $243.60 |
| 1218.0 | SF | Final Construction Clean-up (100.0%) | $0.25 | $0.15 | $0.00 | $0.10 | $304.50 |
| 150.2 | LF | Paint / Finish Brick or Shingle Moulding | $1.75 | $1.50 | $0.25 | $0.00 | $262.85 |
| 15.0 | EA | Remove Window Screens | $5.00 | $5.00 | $0.00 | $0.00 | $75.00 |
| 15.0 | EA | Replace Window Screens | $40.00 | $15.00 | $25.00 | $0.00 | $600.00 |
| 30.0 | LF | Demo Soffit | $0.75 | $0.75 | $0.00 | $0.00 | $22.50 |
| 30.0 | LF | Replace Soffit | $3.25 | $1.00 | $2.25 | $0.00 | $97.50 |
| 30.0 | LF | Demo Gutters | $0.75 | $0.75 | $0.00 | $0.00 | $22.50 |
| 30.0 | LF | Replace Gutters | $6.50 | $5.00 | $1.50 | $0.00 | $195.00 |
| 150.2 | SF | Paint / Finish Plywood Soffit | $1.15 | $1.00 | $0.10 | $0.05 | $172.73 |
| | | Paint on plywood soffit with 18" overhang damaged by flying debris during storm; using ladder | | | | | |
| 30.0 | LF | Remove 1" x 8" Pine Fascia (100.0%) | $1.00 | $1.00 | $0.00 | $0.00 | $30.00 |

| OWNER | : Loney Landry | CONTRACTOR | : |
|---|---|---|---|
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |
| POLICY # | : 000000015355163 | DATE RECEIVED | : 06/05/2007 |
| CLAIM # | : | TYPE OF LOSS | : Wind |

**Dwelling Exterior - continued...**

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 30.0 | LF | Replace 1" x 8" Pine Fascia (100.0%) Fascia board damaged by wind and flying debris during storm | $3.80 | $2.50 | $1.25 | $0.05 | $114.00 |
| 150.2 | LF | Paint / Finish 1" x 8" Pine Fascia (100.0%) Paint on fascia damaged by flying debris during storm; using ladder | $1.10 | $1.00 | $0.05 | $0.05 | $165.22 |
| 2.0 | PR | Paint / Finish Exterior Wood Shutters Paint on front shutters damaged by flying debris during storm | $27.50 | $25.00 | $2.50 | $0.00 | $55.00 |
| 11.0 | LF | Remove and Reinstall Soffit Vent | $1.97 | $1.97 | $0.00 | $0.00 | $21.67 |
| 1.0 | EA | Tree Removal Remove tree from Dwelling and Fence | $500.00 | $500.00 | $0.00 | $0.00 | $500.00 |
| 60.0 | DY | Dumpster Haul Fee Per Day | $5.00 | $0.00 | $0.00 | $5.00 | $300.00 |
| 1.0 | EA | Dumpster Rental | $400.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| 1.0 | EA | Dumpster Delivery Fee | $125.00 | $0.00 | $0.00 | $125.00 | $125.00 |
| | | **Totals For Dwelling Exterior** | | | | | **$3,707.07** |

| Area Name: | Dwelling Son's Bedroom |
|---|---|

Dwelling Son's Bedroom ........................................... 12' 8.0" x 10' 11.0" x 8'
Closet ........................................... 1' 11.0" x 5' 1.0" x 8' (Opening: 4' x 6' 8.0")

| Lower Perimeter: | 53.20 LF | Floor SF: | 148.00 SF | Wall SF: | 436.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 47.20 LF | Floor SY: | 16.44 SY | Ceiling SF: | 148.00 SF |

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 148.0 | SF | Clean Ceramic Floor Tile (100.0%) Clean rain water and debris from broken window | $0.55 | $0.50 | $0.02 | $0.03 | $81.40 |
| 148.0 | SF | Demo Ceiling Insulation (100.0%) Damaged by wind driven rain due to tree falling on roof | $0.60 | $0.60 | $0.00 | $0.00 | $88.80 |
| 148.0 | SF | Replace Ceiling Insulation (100.0%) Damaged by wind driven rain due to tree falling on roof | $1.90 | $0.60 | $1.30 | $0.00 | $281.20 |
| 148.0 | SF | Demo Ceiling Gypsum Drywall (100.0%) Damaged by wind driven rain due to tree falling on roof | $0.60 | $0.60 | $0.00 | $0.00 | $88.80 |
| 148.0 | SF | Replace Ceiling Gypsum Drywall (100.0%) Damaged by wind driven rain due to tree falling on roof | $2.50 | $1.75 | $0.75 | $0.00 | $370.00 |
| 148.0 | SF | Texture Ceiling (100.0%) Damaged by wind driven rain due to tree falling on roof | $1.00 | $0.65 | $0.35 | $0.00 | $148.00 |
| 148.0 | SF | Paint Ceiling (100.0%) Damaged by wind driven rain due to tree falling on roof | $1.25 | $1.00 | $0.25 | $0.00 | $185.00 |
| 2.0 | EA | Paint / Finish Window Casing / Trim | $30.00 | $25.00 | $5.00 | $0.00 | $60.00 |
| 2.0 | EA | Paint / Finish Window Aprons | $12.50 | $10.00 | $2.50 | $0.00 | $25.00 |
| 30.0 | SF | Remove Blinds | $0.50 | $0.50 | $0.00 | $0.00 | $15.00 |

SIMSOL®

Page: 2

| OWNER | : Loney Landry | CONTRACTOR | : |
|---|---|---|---|
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |
| POLICY # | : 000000015355163 | DATE RECEIVED | : 06/05/2007 |
| CLAIM # | : | TYPE OF LOSS | : Wind |

Dwelling Son's Bedroom - continued...

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 30.0 | SF | Replace Blinds<br>Broken window allowed hurricane winds and rain water to enter room damaging mini blinds on both windows | $2.00 | $0.75 | $1.25 | $0.00 | $60.00 |
| 7.0 | EA | Remove & Reinstall Covers for Outlets/Switches | $5.00 | $5.00 | $0.00 | $0.00 | $35.00 |
| 1.0 | EA | Remove & Reinstall Supply Grill | $15.00 | $15.00 | $0.00 | $0.00 | $15.00 |
| 1.0 | LS | Move/Reset Contents | $75.00 | $75.00 | $0.00 | $0.00 | $75.00 |
| 148.0 | SF | Cover/Protect Floors (100.0%)<br>Labor and material to cover and protect floors with a drop cloth while painting ceiling and walls | $0.55 | $0.50 | $0.05 | $0.00 | $81.40 |
| | | **Totals For Dwelling Son's Bedroom** | | | | | **$1,609.60** |

**Area Name:** Other Structures Shed Roof

Square/Rectangle:            1.35 SQ   (Rectangle: 13' 6.0" x 10' )

Total Squares:               1.49 SQ   (1.35 with 10.00% waste)

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 135.0 | SF | Demo Exterior Plywood Roof Sheathing | $1.25 | $1.25 | $0.00 | $0.00 | $168.75 |
| 135.0 | SF | Replace Exterior Plywood Roof Sheathing | $1.75 | $1.00 | $0.75 | $0.00 | $236.25 |
| 1.5 | SQ | Remove Composition Shingles | $60.00 | $60.00 | $0.00 | $0.00 | $90.00 |
| 1.8 | SQ | Replace Composition Shingles<br>Majority of shingles damaged by Katrina; shingle granuals damaged by hurricane winds and/or flying debris during storm | $250.00 | $160.00 | $90.00 | $0.00 | $450.00 |
| 154.0 | SF | Remove Felt for Composition Shingles | $0.15 | $0.15 | $0.00 | $0.00 | $23.10 |
| 154.0 | SF | Replace Felt for Composition Shingles | $0.80 | $0.75 | $0.05 | $0.00 | $123.20 |
| 47.0 | LF | Remove Drip Edge for Composition Shingles | $0.75 | $0.75 | $0.00 | $0.00 | $35.25 |
| 47.0 | LF | Replace Drip Edge for Composition Shingles | $3.00 | $2.50 | $0.50 | $0.00 | $141.00 |
| | | **Totals For Other Structures Shed Roof** | | | | | **$1,267.55** |

**Area Name:** Other Structure Shed Exterior

Other Structure Shed Exterior ......................... 13' 3.0" x 7' 9.0" x 8'

| Lower Perimeter: | 42.00 LF | Floor SF: | 102.70 SF | Wall SF: | 336.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 42.00 LF | Floor SY: | 11.41 SY | Ceiling SF: | 102.70 SF |

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 336.0 | SF | Paint / Finish Exterior Siding (100.0%/8.0') | $1.25 | $1.00 | $0.25 | $0.00 | $420.00 |
| | | **Totals For Other Structure Shed Exterior** | | | | | **$420.00** |

SIMSOL®

| OWNER | : Loney Landry | CONTRACTOR | : |
|---|---|---|---|
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |
| POLICY # | : 000000015355163 | DATE RECEIVED | : 06/05/2007 |
| CLAIM # | : | TYPE OF LOSS | : Wind |

**Area Name:** Other Structures Fencing

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 45.0 | LF | Remove Chain Link Fencing | $1.00 | $0.85 | $0.15 | $0.00 | $45.00 |
| 45.0 | LF | Replace Chain Link Fencing | $12.25 | $4.50 | $7.75 | $0.00 | $551.25 |
| 45.0 | LF | Remove Top Rail for Chain Link Fencing | $0.15 | $0.15 | $0.00 | $0.00 | $6.75 |
| 45.0 | LF | Replace Top Rail for Chain Link Fencing | $1.75 | $0.25 | $1.50 | $0.00 | $78.75 |
| | | **Totals For Other Structures Fencing** | | | | | **$681.75** |

| | |
|---|---|
| Line Item Total | $24,245.53 |
| General Contractor's Overhead (10.0%) | $2,424.55 |
| General Contractor's Profit (10.0%) | $2,424.55 |
| Estimate Total With Overhead and Profit | $29,094.63 |
| Applicable Sales Tax | $692.15 |
| **BUILDING ESTIMATE FINAL TOTAL** | **$29,786.78** |

SIMSOL©

| OWNER | : Loney Landry | CONTRACTOR | : |
|---|---|---|---|
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |

# ITEMS EXCLUDED FROM CONTRACTOR OVERHEAD AND PROFIT

| TRADE/SUBTRADE/ITEMS | ESTIMATE |
|---|---|
| **TOTAL AMOUNT EXCLUDED FROM O&P** | **$0.00** |

SIMSOL®

| | | |
|---|---|---|
| OWNER | : Loney Landry | CONTRACTOR : |
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE : 06/19/2007 |

# DETAILED TRADE BREAKDOWN

| TRADE/SUBTRADE CLASSIFICATION | | | ESTIMATE |
|---|---|---|---|
| 1.0 | **GENERAL CONDITIONS** | | **$1,285.90** |
| | 1.1 | DEBRIS REMOVAL | $500.00 |
| | 1.2 | CLEANING | $629.50 |
| | 1.4 | PROTECTION | $81.40 |
| | 1.10 | CONTENTS MOVING | $75.00 |
| 2.0 | **SITE WORK** | | **$2,093.10** |
| | 2.1 | BUILDING DEMOLITION | $1,463.10 |
| | 2.4 | FENCING | $630.00 |
| 6.0 | **CARPENTRY** | | **$350.25** |
| | 6.1 | ROUGH | $350.25 |
| 7.0 | **MOISTURE PROTECTION** | | **$17,927.48** |
| | 7.2 | INSULATION | $281.20 |
| | 7.3 | ROOFING | $14,319.01 |
| | 7.4 | ROOF ACCESORIES | $100.00 |
| | 7.5 | SKYLIGHTS / VENTS | $536.67 |
| | 7.6 | EXTERIOR SIDING | $97.50 |
| | 7.7 | GUTTERS | $195.00 |
| | 7.11 | FLASHINGS | $865.25 |
| | 7.12 | ROOFING TEAR-OFF | $1,532.85 |
| 8.0 | **DOORS AND WINDOWS** | | **$600.00** |
| | 8.7 | SCREENING | $600.00 |
| 9.0 | **FINISHES** | | **$1,863.80** |
| | 9.2 | GYPSUM DRYWALL | $518.00 |
| | 9.7 | PAINTING / STAINING | $1,345.80 |
| 12.0 | **FURNISHINGS** | | **$75.00** |
| | 12.3 | WINDOW TREATMENTS | $75.00 |
| 15.0 | **MECHANICAL** | | **$15.00** |
| | 15.4 | DUCTWORK | $15.00 |
| 16.0 | **ELECTRICAL** | | **$35.00** |
| | 16.2 | OUTLETS / SWITCHES | $35.00 |
| **ALL TRADES TOTAL** | | | **$24,245.53** |

| OWNER | : Loney Landry | CONTRACTOR | : |
|---|---|---|---|
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |

# ESTIMATE SUMMARY TOTALS

| AREA/GROUP DESCRIPTION | ESTIMATE |
|---|---|
| **Building Estimate** | |
| — Dwelling Roof | $16,559.56 |
| — Dwelling Exterior | $3,707.07 |
| — Dwelling Son's Bedroom | $1,609.60 |
| — Other Structures Shed Roof | $1,267.55 |
| — Other Structure Shed Exterior | $420.00 |
| — Other Structures Fencing | $681.75 |
| **ESTIMATE TOTALS:** | **$24,245.53** |