UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-5199 (Rafael & Dioigna Acevedo v. Hartford Insurance Company) | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

NOTICE OF HEARING

PLEASE TAKE NOTICE that counsel for Plaintiffs Rafael & Dioigna Acevedo, et al, will bring on for hearing the attached Motion for Leave to File Plaintiff's Second Amended Complaint, Rule 15 Fed. R. Civ. P., before Magistrate Wilkinson, United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on May 14, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard.

Dated: April 29, 2008              Respectfully submitted,

                                   S/Stuart Barasch
                                   STUART BARASCH
                                   Attorney for Plaintiffs
                                   HURRICANE LEGAL CENTER
                                   910 Julia Street
                                   New Orleans, LA 70113
                                   Tel. (504) 525-1944
                                   Fax (504) 525-1279
                                   Email: sblawoffice@aol.com

CERTIFICATE OF SERVICE

I hereby certify that, on April 29, 2008, the foregoing document, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing (ECF) system. Parties may access this filing through the Court's system.

    S/Stuart Barasch
    STUART BARASCH