UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO INSURANCE: | SECTION K-2 |

*Acevedo,* **07-5199**
*Abram,* **07-5205**

**PLAINTIFFS' MOTION TO VACATE AND TO DISMISS ORDER
GRANTING STATE FARM'S MOTIONS TO DISMISS (REC. DOC. 10738)
AND FOR LEAVE TO FILE AMENDED COMPLAINTS**

Plaintiffs move this Court under Rule 60(b)(1) of the Federal Rules of Civil Procedure to vacate a January 23, 2008 Order granting State Farm Fire and Casualty's Rule 12(b)(6) Motions to Dismiss as unopposed.  This motion is made in both *Acevedo* (07-5199) and *Abram* (07-5205).

RESPECTFULLY SUBMITTED,

<u>**Ernest S. Svenson**</u>
Ernest S. Svenson, 17164
Svenson Law Firm
123 Walnut Street, Suite 1001
New Orleans, Louisiana 70118
(504) 208-5199
esvenson@gmail.com

<u>**Stuart T. Barasch**</u>
STUART T. BARASCH, 20650, T.A.
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
(504) 525-1944
sbarasch1@aol.com

and

1

*/s Al Robert, Jr.*
Al J. Robert, Jr., 29401
Law Office of Al J. Robert, Jr., LLC
6040 Laurel Street,
New Orleans, Louisiana 70118
(504) 309-4852
ajr@ajrobert.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s Al Robert, Jr.*
AL J. ROBERT, JR.

2