UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO INSURANCE: | SECTION K-2 |

*Acevedo,* **07-5199**
*Abram,* **07-5205**

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned will bring the attached Motion to Vacate and to Dismiss Order Granting State Farm's Motions to Dismiss (Rec. Doc. 10738) and For Leave to File Amended Complaints before the Honorable Stanwood R. Duval, Jr., United States District Judge, at 9:30 a.m. on the 14th day of May, 2008, at 500 Poydras Street, Room C-352, New Orleans, Louisiana.

RESPECTFULLY SUBMITTED,

*__Ernest S. Svenson__* | *__Stuart T. Barasch__*
Ernest S. Svenson, 17164 | STUART T. BARASCH, 20650, T.A.
Svenson Law Firm | Hurricane Legal Center
123 Walnut Street, Suite 1001 | 910 Julia Street
New Orleans, Louisiana 70118 | New Orleans, LA 70113
(504) 208-5199 | (504) 525-1944
esvenson@gmail.com | sbarasch1@aol.com

and

1

*/s Al Robert, Jr.*
Al J. Robert, Jr., 29401
Law Office of Al J. Robert, Jr., LLC
6040 Laurel Street,
New Orleans, Louisiana 70118
(504) 309-4852
ajr@ajrobert.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2008, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                    */s Al Robert, Jr.*
                                    AL J. ROBERT, JR.