-----Original Message-----
From: Janet_Daley@laed.uscourts.gov <Janet_Daley@laed.uscourts.gov>
To: sschmeeckle@lawla.com <sschmeeckle@lawla.com>; Ralph_Hubbard@uscmail.uscourts.gov <Ralph_Hubbard@uscmail.uscourts.gov>; jbruno@brunobrunolaw.com <jbruno@brunobrunolaw.com>
CC: SBarasch1@aol.com <SBarasch1@aol.com>; Strauss, David A.
Sent: Mon Jan 21 12:01:46 2008
Subject: 05-4182 docs. 9420 and 9421--general plan/status conference


Dear Gentlemen:

While the Judge has entered a stay in the insurance cases, he did enter judgment with respect to the State Farm policy in Chehardy. As such, it appears that some attorneys will be trying to "clean out" these claims.

We now have two such motions noticed for Wednesday filed by David Strauss on behalf of State Farm seeking Summary Judgment in which he asked for Oral Argument. No opposition has been filed in either case by Mr. Barasch of the Hurricane Law Center. As such, the Judge could grant these motions as unopposed. However, I would like confirmation from Mr. Barasch that you do not intend to file an opposition. You may have thought that these motions were subject to the stay.

Seth, Joe and Ralph--I copy you on this e-mail because I think we may need to address a global solution to the State Farm issue--Seth, I would ask that you let the State Farm attorneys that we are aware of this issue and please ask them to desist from filing motions until we arrive at a global solution for a rational approach.

Mr. Strauss and Mr. Barasch--there will be no oral argument on these motions and an order so stating will issue today. If I do not hear back from Mr. Barasch by noon tomorrow, these motions will be granted as unopposed.

With many thanks for your consideration, Janet


Janet Daley
Chambers of Stanwood Duval, Jr.
Office  (504) 589-7540
Fax     (504) 589-2393



EXHIBIT
1

1