UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5205 (Chudd and Arvis Abram v.<br>State Farm Fire and Casualty Company | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiffs' First Amended Complaint for Damages does not change the parties contained in the original Complaint for Damages. As to defendant State Farm Fire and Casualty Company only, named in the original Complaint for Damages as State Farm Fire & Casualty Insurance Company (hereinafter "State Farm"), the Complaint for Damages is amended to allege that all of plaintiffs' damage was the result of wind and wind driven rain only.

I.   As to all defendants other than State Farm, Plaintiffs reurge and reiterate all of the allegations contained in paragraphs 1-10 of their Complaint for Damages, as if copied herein *in extenso*.

EXHIBIT 2

II. With respect to defendant State Farm, Plaintiffs reurge and reiterate all of the allegations contained in paragraphs 1,2,3,6,7,8,9 and 10 of their Complaint for Damages, as if copied herein *in extenso*.

III. With respect to defendant State Farm only, paragraph 4 of the Complaint for Damages is amended to provide as follows:

> 4. On August 29, 2005 Hurricane Katrina caused substantial damage to each plaintiff's real property, including roof damage and damage to the interior, including contents. This damage rendered the property uninhabitable for an extended period of time. This damage was caused by wind and wind driven rain alone.

IV. With respect to defendant State Farm only, paragraph 5 of the Complaint for Damages is deleted.

WHEREFORE, Plaintiffs pray for trial by jury, that Defendants be duly cited to appear and there be judgment herein in favor of Plaintiffs and against Defendants in a reasonable amount to be determined by this Honorable Court for the damages sustained by Plaintiffs, together with special damages, penalties, court costs, attorney fees, legal interest from date of judicial demand and for all general and equitable relief.

Dated: _____, 2008.

                                                Respectfully submitted,

                                                *S/Stuart Barasch*
                                                STUART BARASCH (20650)
                                                Attorney for Plaintiffs
                                                HURRICANE LEGAL CENTER
                                                910 Julia Street
                                                New Orleans, LA 70113
                                                Tel. (504) 525-1944
                                                Fax (504) 525-1279

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-5199 (Rafael & Dioigna Acevedo v. State Farm Fire and Casualty Company | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

**SECOND AMENDED COMPLAINT FOR DAMAGES**

Plaintiffs' Second Amended Complaint for Damages does not change the parties contained in the First Amended Complaint for Damages. As to defendant State Farm Fire and Casualty Company only (named in the original Complaint for Damages and the First Amended Complaint for Damages as State Farm Fire & Casualty Insurance Company)(hereinafter "State Farm"), the First Amended Complaint for Damages is amended to allege that all of plaintiffs' damage was the result of wind and wind driven rain only.

I.    As to all defendants other than State Farm, Plaintiffs reurge and reiterate all of the allegations contained in paragraphs 1-10 of their First Amended Complaint for Damages, as if copied herein *in extenso*.

-1-

II. With respect to defendant State Farm, Plaintiffs reurge and reiterate all of the allegations contained in paragraphs 1,2,3,6,7,8,9 and 10 of their First Amended Complaint for Damages, as if copied herein *in extenso.*

III. With respect to defendant State Farm only, paragraph 4 of the First Amended Complaint for Damages is amended to provide as follows:

> 4. On August 29, 2005 Hurricane Katrina caused substantial damage to each plaintiff's real property, including roof damage and damage to the interior, including contents. This damage rendered the property uninhabitable for an extended period of time. This damage was caused by wind and wind driven rain alone.

IV. With respect to defendant State Farm only, paragraph 5 of the First Amended Complaint for Damages is deleted.

WHEREFORE, Plaintiffs pray for trial by jury, that Defendants be duly cited to appear and answer this Second Amended Complaint for Damages, and, after legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against Defendants in a reasonable amount to be determined by this Honorable Court for the damages sustained by Plaintiffs, together with special damages, penalties, court costs, attorney fees, legal interest from date of judicial demand and for all general and equitable relief.

Dated: March 27, 2008.

Respectfully submitted,

*S/Stuart Barasch*
STUART BARASCH (20650)
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504 525-1279

### CERTIFICATE OF SERVICE

 I hereby certify that on March 27, 2008, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*S/Stuart Barasch*
STUART T. BARASCH