UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | CIVIL ACTION<br><br>NO. 05-4182 |
| **PERTAINS TO INSURANCE:** | SECTION K-2 |

*Aguda,* 07-4457
*Anderson,* 07-6737
*Acevedo,* 07-5199
*Abram,* 07-5205

**PLAINTIFFS' APPEAL OF MAGISTRATE JUDGE'S ORDER**
**DENYING THEIR MOTIONS FOR LEAVE TO FILE AMENDED COMPLAINTS**

On April 16, 2008, Magistrate Judge Wilkinson stated that, if it were solely up to him, he'd grant Plaintiffs' Motions for Leave to File Amended Complaints[1] in the above-referenced matters. Nonetheless, the Magistrate Judge denied the motions because of his reluctance to inadvertently affect this Court's efforts to globally address claims pending under the Insurance Umbrella against State Farm Insurance and Casualty Company and Hartford Accident and Indemnity Company. Accordingly, because Plaintiffs submit that granting their requested relief will not impair the global proceedings in this matter, they

---

[1] 05-4182, Plaintiffs' Motion for Leave to File First Amended Complaint, Rec. Doc. 11932 (*Abram*)
 05-4182, Plaintiffs' Motion for Leave to File Second Amended Complaint, Rec. Doc. 11934 (*Acevedo*)
 05-4182, Plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline, Rec. Doc. 12154 (*Aguda*).
 05-4182, Plaintiffs' Motion for Leave to File First Amended Complaint After Expiration of Deadline, Rec. Doc. 12156 (*Anderson*).

move this Court to reverse the decision of the Magistrate Judge and to grant their requested relief.

                              RESPECTFULLY SUBMITTED,

| *Ernest S. Svenson* | *Stuart T. Barasch* |
|---|---|
| Ernest S. Svenson, 17164 | STUART T. BARASCH, 20650, T.A. |
| Svenson Law Firm | Hurricane Legal Center |
| 123 Walnut Street, Suite 1001 | 910 Julia Street |
| New Orleans, Louisiana 70118 | New Orleans, LA 70113 |
| (504) 208-5199 | (504) 525-1944 |
| esvenson@gmail.com | sbarasch1@aol.com |

*/s Al Robert, Jr.*
Al J. Robert, Jr., 29401
Law Office of Al J. Robert, Jr., LLC
6040 Laurel Street,
New Orleans, Louisiana 70118
(504) 309-4852
ajr@ajrobert.com

### CERTIFICATE OF SERVICE

     I hereby certify that on April 29, 2008, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                              */s Al Robert, Jr.*
                              AL J. ROBERT, JR.