UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
_____               NO. 05-4182

**PERTAINS TO INSURANCE:**                          SECTION K-2

*Aguda,* 07-4457
*Anderson,* 07-6737
*Acevedo,* 07-5199
*Abram,* 07-5205

<u>**NOTICE OF HEARING**</u>

PLEASE TAKE NOTICE that the undersigned will bring their Appeal of Magistrate

Judge's Order Denying their Motions for Leave to File Amended Complaints before the

Honorable Stanwood R. Duval, Jr., United States District Judge, at 9:30 a.m. on the 14th day

of May, 2008, at 500 Poydras Street, Room C-352, New Orleans, Louisiana.

RESPECTFULLY SUBMITTED,


<u>***Ernest S. Svenson***</u>                     <u>***Stuart T. Barasch***</u>
Ernest S. Svenson, 17164                STUART T. BARASCH, 20650, T.A.
Svenson Law Firm                        Hurricane Legal Center
123 Walnut Street, Suite 1001           910 Julia Street
New Orleans, Louisiana 70118            New Orleans, LA 70113
(504) 208-5199                          (504) 525-1944
esvenson@gmail.com                      sbarasch1@aol.com

and

***/s Al Robert, Jr.***
Al J. Robert, Jr., 29401
Law Office of Al J. Robert, Jr., LLC
6040 Laurel Street,
New Orleans, Louisiana 70118
(504) 309-4852
ajr@ajrobert.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing pleading

with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic

filing to all counsel of record.

***/s Al Robert, Jr.***
AL J. ROBERT, JR.