UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | CIVIL ACTION<br><br>NO. 05-4182 |
| **PERTAINS TO INSURANCE:** | SECTION K-2 |

*Aguda,* 07-4457
*Anderson,* 07-6737
*Acevedo,* 07-5199
*Abram,* 07-5205

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78, Plaintiffs request this Court to set the following matters for oral argument on Wednesday, May 14, 2008 at 9:30 a.m.: (1) Motion to Vacate and to Dismiss Order Granting State Farm's Motions to Dismiss (Rec. Doc. 10738) and For Leave to File Amended Complaints **(Rec. Doc. 12856)**; and, (2) Appeal of Magistrate Judge's Order Denying Plaintiffs' Motions for Leave to File Amended Complaints **(Rec. Doc. 12857)**.

These matters are interrelated and, due to the procedural complexities underlying each motion, Plaintiffs suggest that oral argument will be helpful to the Court. Furthermore, Plaintiffs advise that resolution of these matters will also assist the Court in resolving the global motion to dismiss filed by State Farm and Hartford that are presently set for hearing on June 11, 2008.

                                              RESPECTFULLY SUBMITTED,

| | |
|---|---|
| **/s Ernest E. Svenson** | **Stuart T. Barasch** |
| Ernest E. Svenson, 17164 | STUART T. BARASCH, 20650, T.A. |
| Svenson Law Firm | Hurricane Legal Center |
| 123 Walnut Street, Suite 1001 | 910 Julia Street |
| New Orleans, Louisiana 70118 | New Orleans, LA 70113 |
| (504) 208-5199 | (504) 525-1944 |
| esvenson@gmail.com | sbarasch1@aol.com |

**Al Robert, Jr.**
Al J. Robert, Jr., 29401
Law Office of Al J. Robert, Jr., LLC
6040 Laurel Street,
New Orleans, Louisiana 70118
(504) 309-4852
ajr@ajrobert.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2008, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              **/s Ernest S. Svenson**
                                              ERNEST E. SVENSON