UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | CIVIL ACTION<br><br>NO. 05-4182 |
| **PERTAINS TO INSURANCE:** | SECTION K-2 |

*Aguda,* 07-4457
*Anderson,* 07-6737
*Acevedo,* 07-5199
*Abram,* 07-5205

### ORDER

Considering Plaintiffs' Request for Oral Argument,

**IT IS ORDERED** that the following matters are set for oral argument on Wednesday, May 14, 2008 at 9:30 a.m.: (1) Plaintiffs' Rule 60(B) Motion to Vacate and to Dismiss Order Granting State Farm's Motions to Dismiss (Rec. Doc. 10738) and For Leave to File Amended Complaints **(Rec. Doc. 12856)**; and, (2) Appeal of Magistrate Judge's Order Denying Plaintiffs' Motions for Leave to File Amended Complaints **(Rec. Doc. 12857)**.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE