UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO , Robinson, 06-2268 | JUDGE DUVAL MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   LSU's and Dr. Hassan S. Mashriqui's Motion to Quash Subpoena, Record Doc. No. 12096

O R D E R E D:

 XXX : CONTINUED.  Counsel for movants has advised the court that the parties are trying to resolve their discovery dispute and that both sides want to continue the hearing date for two weeks.  Accordingly, the motion is continued and reset for hearing without oral argument on May 14, 2008, with written opposition due no later than May 6, 2008.

New Orleans, Louisiana, this  29th  day of April, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE