UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION

                                            NO. 05-4182 K - (2)

PERTAINS TO: INSURANCE                      JUDGE DUVAL
07-5205 (Chudd and Arvis Abram v.
Hartford Insurance Company).                MAGISTRATE WILKINSON

PLAINTIFF'S MOTION FOR LEAVE TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT, RULE 15 FED. R. CIV. P.

        NOW INTO COURT, through undersigned counsel, comes Chudd and Arvis Abram,

et al, who respectfully moves this Court for an Order of Leave to file Plaintiff's Second

Amended Complaint.  Opposing counsel has not consented to this amendment.  Under Local

Rule 7.4.1M no accompanying memorandum is necessary.

        WHEREFORE, Plaintiffs request that it be granted leave to file, accordingly.

Dated: April 30, 2008                       Respectfully submitted,

                                            S/Stuart Barasch
                                            STUART BARASCH
                                            Attorney for Plaintiffs
                                            HURRICANE LEGAL CENTER
                                            910 Julia Street
                                            New Orleans, LA 70113
                                            Tel. (504) 525-1944
                                            Fax (504) 525-1279
                                            Email: sblawoffice@aol.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that, on April 30, 2008, the foregoing document, was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing (ECF) system.  Parties may access this filing through the Court's system.

                             S/Stuart Barasch
                             STUART BARASCH