UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION
                                NO. 05-4182 K - (2)

PERTAINS TO: INSURANCE          JUDGE DUVAL
07-5205 (Chudd and Arvis Abram v.
Hartford Insurance Company).    MAGISTRATE WILKINSON

ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint:

IT IS SO ORDERED that Plaintiff's Second Amended Complaint is filed.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
HONORABLE JOSEPH C. WILKINSON, JR.