UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson*<br>(No. 06-2268) | |

**PLAINTIFFS' CONSENT MOTION TO AMEND**
**PLAINTIFFS' DESIGNATION OF EXPERTS FOR TRIAL PURPOSES**

NOW INTO COURT, through undersigned counsel, come the Robinson Plaintiffs and move this honorable court for leave to amend Plaintiffs' Designation of Experts for Trial Purposes. For the reasons set forth below, Plaintiffs wish to substitute Dr. Duncan M. FitzGerald for Dr. Shea Penland. Robin Smith, counsel for the United States, has been contacted and does not oppose this motion.

**DISCUSSION**

Plaintiffs' coastal geomorphology expert Dr. Shae Penland recently passed away. Plaintiffs' wish to substitute Dr. Duncan M. FitzGerald to replace Dr. Penland. Dr. FitzGerald will offer expert opinions on the same subject matter as was to be offered by Dr. Penald. An overview of the subject matter is below and Dr. FitzGerald's CV is attached as Exhibit A.

1

| EXPERT | SUBJECT MATTER EXPERTISE |
|---|---|
| Dr. Duncan M. FitzGerald<br>Boston University<br>Department of Earth Sciences<br>675 Commonwealth Avenue<br>Boston, MA  02215 | Coastal geomorphology; processes and coastal history and change; analysis and mapping; hurricane impacts; loss of land and wetlands caused by the MRGO |

## CONCLUSION

Plaintiffs respectfully move this court to allow the substitution of Dr. Duncan M. FitzGerald for Dr. Shae Penland.

Dated: April 29, 2008

                                        **Respectfully Submitted,**
                                        **APPROVED PLAINTIFFS LIAISON COUNSEL**

                                         /s/  Joseph M. Bruno
                                        JOSEPH M. BRUNO (La. Bar # 3604)
                                        PLAINTIFFS LIAISON COUNSEL
                                        Law Offices of Joseph M. Bruno
                                        855 Baronne Street
                                        New Orleans, Louisiana 70113
                                        Telephone: (504) 525-1335
                                        Facsimile: (504) 561-6775
                                        Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above and foregoing Plaintiffs' Consent Motion to Amend Plaintiffs' Designation of Experts for Trial Purposes upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 29th day of April, 2008.

                                                 /s/ Joseph M. Bruno
                                                  Joseph M. Bruno