Duncan M. FitzGerald
Department of Earth Sciences
Boston University
675 Commonwealth Avenue
Boston, MA 02215
*Telephone: 617-353-2530 Fax: 617-353-3290 E-mail:* dunc@crsa.bu.edu

**Education:**

| | |
|---|---|
| 1977 | Ph.D. in Geology, University of South Carolina, Columbia, SC |
| 1972 | M.S. in Geological Oceanography, Texas A&M University, College Station, TX |
| 1970 | B.A. in Geology, University of New Hampshire, Durham, NH |

**Academic Positions:**

*Boston University*

| | |
|---|---|
| Associate Professor of Earth Sciences | 1983- Present |
| Assistant Professor of Earth Sciences | 1977-1983 |
| Director of Undergraduate Studies of Earth Sciences | 1993-1996 |
| Chairman, Department of Geology | 1982-1987 |
| Acting Chairman, Department of Earth Sciences | 1981(sum), 1995 |

*Adjunct Positions*

| | |
|---|---|
| Graduate Faculty, Department of Geological Sciences, University of Maine | 2001- 2007 |
| Graduate Faculty, Department of Earth and Environmental Sciences, University of New Orleans | 2004- Present |

*Sabbatical*

| | |
|---|---|
| Dept. of Geology, Dalhousie University, Halifax, Nova Scotia | 1985 |

**Professional Societies and Offices:**

| | |
|---|---|
| Geological Society of America | |
| Society of Economic Paleontologists and Mineralogists | |
| President, Coastal Sedimentary Research Group, | 1989-1990 |
| Society of Economic Paleontologists and Mineralogists, Eastern | |
| President | 1988/1989 |
| Vice President | 1987/1988 |
| International Association of Sedimentologists | |
| International Geological Correlations Programme (IGCP) | |
| Project No. 247: Quaternary Shorelines | 1989-1995 |
| National Undersea Research Center, Southeast Coordinator | 1987-1989 |
| Editorial Board: Journal of Coastal Research | |
| Associate Editor | 1994-Present |
| Geological Society of America Grants Committee Member | 1997-1999 |
| Geological Society of America, NE Section Council Committee Member | 1998-2001 |
| Louisiana Gulf Shoreline Restoration Science Advisory Board | 2002-2006 |
| Chairman, Science Review Committee, Pontchartrain Restoration Program, Louisiana | 2005-Present |
| Fellow of the Geological Society of America | 2006 |

EXHIBIT A

PUBLICATIONS:

## Books

FitzGerald, D.M., and Knight, J., (editors), 2005, *High Resolution Morphodynamics and Sedimentary Evolution of Estuaries*, Springer, New York. 365 p.

Davis, R.A. and FitzGerald, D.M., 2004, *Beaches and Coasts*, Blackwell Science, Oxford, England. 419 p.

FitzGerald, D.M., and Rosen, P.S. (editors), 1987, *Glaciated Coasts*, Academic Press, London, England. 364 p.

## Refereed Journal Articles and Book Chapters (* denotes student advisee)

FitzGerald, D.M., Fenster, M.S., Argow, B., and Buynevich, I.V., 2008, Coastal impacts due to sea-level rise. *Annual Review of Earth & Planetary Sciences*, v. 36, p. 601- 667. doi/pdf/10.1146/annurev.earth.35.031306.140139

*Whitmeyer, S.J., and FitzGerald, 2008, Episodic dynamics of a sand wave field, *Marine Geology*, (accepted for publication).

*Buynevich, I.V., FitzGerald, D.M., and Ronald J. Goble, 2007, An increase in North Atlantic storm activity over the past 500 years: Evidence from optically dated relict beach scarps, *Geology*, v. 35, p. 543-546.

* Tary, A.K., FitzGerald, D.M., and Weddle, T.K., 2007, A ground penetrating radar investigation of a glacial-marine ice-contact delta, Pineo ridge, eastern coastal Maine, in: Jol, H.M. and Baker, G.R. (eds.) Advances in Stratigraphic Analyses using GPR, *Geological Society of America Special Paper #432*, p. 79-93.

FitzGerald, D.M., Cleary, W.J., Buynevich, I.V., Hein, C.J., Klein, A.H.F., Asp, N., and Angulo, R., 2007, Strandplain evolution along the southern coast of Santa Catarina, Brazil, *Journal of Coastal Research*, SI v. 50, p. 152-156.

*Argow, B., and FitzGerald, D.M., 2006, Winter processes on northern salt marshes: evaluating the impact of in-situ peat compaction due to ice loading, Wells, ME, *Estuarine, Coastal and Shelf Science*, v. 69, p. 360-369.

Flocks, J., Ferina, N. Dreher, C., Kindinger, J., and FitzGerald, D.M., Kulp, M., 2006, High resolution stratigraphy of a recent delta lobe Progradation: north-central Gulf of Mexico. *Journal of Sedimentary Research*, v. 76, p. 429-443.

*Fenster, M.S., FitzGerald, D.M., and Moore, M.S., 2006, Assessing Decadal Scale Changes to a Giant Sand Wave Field in Eastern Long Island Sound, *Geology*, v. 34, p. 89-92.

*Himmelstoss, E.A., FitzGerald, D.M., Rosen, P.S., and Allen, J.R., 2006, Bluff evolution along coastal drumlins: Boston Harbor Islands, Massachusetts, *Journal of Coastal Research* v. 22, p. 1230-1240.

FitzGerald, D.M., Buynevich, I.V., and Argow, B., 2006, Model of tidal inlet and barrier island dynamics in a regime of accelerated sea-level rise. Journal of Coastal Research, SI 39, 789-795.

Georgiou, I., FitzGerald, D.M., and Stone, G.W., 2005, Impact of physical processes along the Louisiana coast, *Journal of Coastal Research*, Special Issue 44, p. 57-72.

*Buynevich, I.V., and FitzGerald, D.M., 2005, Sedimentological signatures of riverine-dominated phases in estuarine and barrier evolution along an embayed coastline, *in*: FitzGerald, D.M., and Knight, J. (eds.) *High Resolution Morphodynamics and Sedimentary Evolution of Estuaries*, Springer, New York, p. 315-334.

FitzGerald, D.M., *Buynevich, I.V., *Fenster, M.S., Kelley, J.T., and Belknap D.F., 2005, Coarse-grained sediment transport in northern New England Estuaries: A synthesis, *in*: FitzGerald, D.M., and Knight, J. (eds.) *High Resolution Morphodynamics and Sedimentary Evolution of Estuaries*, Springer, New York, p. 195-214.

*Fenster, M.S., FitzGerald D.M., Belknap, D.F., Knisley, B.A., Gontz A, and Buynevich I.V., 2005, Controls on estuarine sediment dynamics in Merrymeeting Bay, Kennebec River estuary, Maine, U.S.A., , in: FitzGerald, D.M., and Knight, J. (eds.) High Resolution Morphodynamics and Sedimentary Evolution of Estuaries, Springer, New York, p. 173-194.

*Pendleton, E.A, and FitzGerald, D.M., 2005, Comparison of the hydrodynamic character of three tidal inlet systems, in: FitzGerald, D.M., and Knight, J. (eds.) High Resolution Morphodynamics and Sedimentary Evolution of Estuaries, Springer, New York, p. 83-100.

Kelley, J.T., Barber, D.C., Belknap, D.F., FitzGerald, D.F., *van Heteren, S., and Dickson, S.M., 2005, Sand budgets at geological historical, and contemporary time scales for a developed beach system, Saco Bay, Maine, USA, Marine Geology, v. 214, p. 117-142.

Kulp, M., FitzGerald, D.M., and Penland, S., 2005, Sand sequestration within parasequences and along Paleo-shorelines of the Holocene Mississippi River delta plain. in: Bhattacharya, J., and Giosan, L. (eds.) Morpho-sedimentary evolution of deltas, SEPM Special Publication, Spec, Pub. 83, p. 321-353.

FitzGerald, D.M., Kulp, M., Penland, P., Flocks, J., and Kindinger, J., 2004, Morphologic and Stratigraphic Evolution of Ebb-Tidal Deltas along a Subsiding Coast: Barataria Bay, Mississippi River Delta, Sedimentology, v. 15, p. 1125-1148.

*Buynevich, I.V., and FitzGerald, D.M., 2004, Sedimentological signatures of intense storms in barrier sequences, Maine, USA. in: Stone, G. and Orford, J. (eds.) Storms and their Significance in Coastal Morpho-Sedimentary Dynamics, Marine Geology v. 210, p. 135-148.

Kulp, M., FitzGerald, D.M., Penland, S., Motti, J., Brown, M., Flocks , J., Miner, M., and Mobley, C., 2004, Facies architecture of a flood-tidal delta along a highly transgressive coast: Raccoon Pass, Timbalier Islands Louisiana. Journal of Coastal Research. SI 39, p. 346-358.

*Dougherty, A.J., FitzGerald, D.M., and *Buynevich, I.V., 2004, Evidence for storm-dominated early progradation of Castle Neck barrier, Massachusetts, USA. in: Stone, G. and Orford, J. (eds.) Storms and their Significance in Coastal Morpho-Sedimentary Dynamics, Special Issue, Marine Geology, v. 210, p. 123-134.

FitzGerald, D.M., Zarillo, G.A., and *Johnston, S., 2003, Recent developments in the geomorphic investigation of engineered tidal inlets, Coastal Engineering Journal, v. 45, p. 565-600.

Cleary, W.J. and FitzGerald, D.M., 2003, Tidal inlet response to natural sedimentation processes and dredging-induced tidal prism changes: Mason Inlet, North Carolina, Journal of Coastal Research, v. 19, p. 1018-1015.

*Buynevich, I.V. and FitzGerald, D.M., 2003, High-resolution subsurface (GPR) imaging and sedimentology of coastal ponds, Maine, U.S.A.: Implications for Holocene backbarrier evolution, Journal of Sedimentary Research, v. 73, p. 559-571.

*Buynevich, I.V., and FitzGerald, D.M., 2003, Textural and compositional characterization of recent sediments along a paraglacial estuarine coastline, Maine, U.S.A. Estuarine, Coastal, and Shelf Science, v.56, p. 139-153.

FitzGerald, D.M., and *Pendleton, E., 2002, Inlet Formation and Evolution of the Sediment Bypassing System: New Inlet, Cape Cod, Massachusetts. Journal of Coastal Research, v. 36. , p. 290-299.

*Buynevich, I.V. and FitzGerald, D.M., 2002, Organic-Rich Facies in Paraglacial Barrier Lithosomes of Northern New England: Preservation and Paleoenvironmental Significance. Journal of Coastal Research, v. 36., p. 109-117.

FitzGerald, D.M., *Buynevich, I.V., Davis, R.A., Jr. and *Fenster, M.S., 2002, New England Tidal Inlets with Special Reference to Riverine Associated Inlet Systems. Geomorphology, v. 48 p. 179-208.

*Fenster, M.S., FitzGerald, D.M., Kelley, J.T., Belknap, D.F., *Buynevich, I.V., Dickson, S.M., 2001, Net ebb sediment transport in a rock-bound, mesotidal estuary during spring freshet conditions: Kennebec River Estuary, Maine, USA, *Geological Society of America Bulletin*, v 113, p. 1522-1531.

*Tary, A.K., FitzGerald, D.M., and *Buynevich, I.V., 2001, Late Quaternary evolution of a marine-limit delta plain, southwest Maine, *in*: Weddle, T.K. and Retelle, M.J., (eds.) Deglacial History and Relative Sea Level Changes, Northern New England and Adjacent Canada, Geological Society of America Special Publication 351, p. 125-149.

*Buynevich, I.V. and FitzGerald, D.M., 2001, Styles of coastal progradation revealed in subsurface records of paraglacial barriers, New England, USA., *Journal of Coastal Research*, Special Issue, Special Issue # 34, Healy, T., (ed.), p. 194-208.

FitzGerald, D.M, *Buynevich, I.V. and Rosen, P.S., 2001, Historical and geological evidence of former tidal inlets along a retrograding barrier: Duxbury Beach, Massachusetts, USA, *Journal of Coastal Research*, Special Issue # 34, Healy, T., (ed.), p. 437-448.

*Buynevich, I.V., FitzGerald, D.M., Smith. L.B., Jr. and *Dougherty, A.J., 2001, Stratigraphic evidence for the historical position of the East Cambridge shoreline, Boston Harbor, Massachusetts. *Journal of Coastal Research*, v. 17, p.620-624.

FitzGerald, D.M., *Buynevich, I.V., *Fenster, M.S., and *McKinlay, P.A., 2000, Sand dynamics at the mouth of a rock-bound, tide-dominated estuary, *Sedimentary Geology*, v. 131, p. 25-9.

FitzGerald, D., and *van Heteren, S., 1999, Classification of paraglacial barrier systems: coastal New England, U.S.A., *Sedimentology*, v. 46, p. 1083-1108.

*van Heteren, FitzGerald, D.M., *McKinlay, P.A., and *Buynevich, I.V., 1998, Radar facies of paraglacial barrier systems: Coastal New England, U.S.A., *Sedimentology*, v. 45, p. 181-200.

FitzGerald, D.M., 1996, Geomorphic variability and morphologic and sedimentologic controls on tidal inlets, *Journal of Coastal Research*, Spec Issue #23, p. 47-71.

*van Heteren, S., FitzGerald, D.M., Barber, D.C., Kelley, J.T., and Belknap, D.F., 1996, Volumetric analysis of a New England barrier system using ground-penetrating radar and coring techniques, *Journal of Geology*, v. 104, p. 471-483.

*Fenster, M.S., and FitzGerald, D.M., 1996, Morphodynamics, stratigraphy, and sediment transport patterns of the Kennebec River estuary, Maine, USA, *Sedimentary Geology*., v. 100, p. 123-145.

Caldwell, D.W., and FitzGerald, D.M., 1995, Origin of lake outlet deltas in Maine, *Sedimentary Geology*, v. 98, p. 378-395.

FitzGerald, D.M., Rosen, P.S., and *van Heteren, S., 1994, New England Barriers, *in*: Davis, R.A. (ed.), *Geology of Holocene Barrier Island Systems*, Springer-Verlag, Berlin, Chap. 8, p. 305-394.

FitzGerald, D.M., *van Heteren, S., and *Montello, T, 1994, Shoreline processes and damage resulting from the Halloween Eve Storm along the North and South Shores of Massachusetts Bay, U.S.A., *Journal of Coastal Research*, v. 10, p. 113-132.

FitzGerald, D.M., *van Heteren, S., *McKinlay, P., and Manthorp, P.A., Humphrey, S., 1994, Investigation of former tidelands in Lynn, MA. *Coastal Management*, v. 22, p. 353-367.

*Smith, J.B., and FitzGerald, D.M., 1994, Sediment transport patterns at the Essex River Inlet ebb tidal delta, Massachusetts, U.S.A., *Journal of Coastal Research*, v. 10, p. 752-774.

FitzGerald, D.M., 1993, Origin and stability if tidal inlets in Massachusetts, *in*: Aubrey, D.G., and Giese, G.S., (eds.), *Formation and Evolution of Multiple Tidal Inlet Systems*, AGI, p. 1-61.

FitzGerald, D.M., and *Montello, T.M., 1993, Backbarrier and inlet sediment response to the breaching of Nauset Spit and formation of New Inlet, Cape Cod, MA, *in*: Aubrey, D.G., and Giese, G.S., (eds.), *Formation and Evolution of Multiple Tidal Inlet Systems*, AGI, p. 158-185.

FitzGerald, D.M., Baldwin, C.T., *Ibrahim, N.A., and Humphries, S.M., 1992, Sedimentologic and Morphologic Evolution of a Beach Ridge Barrier Along an Indented Coast: Buzzards Bay, MA, in: Fletcher, C. and Wehmiller, J. (eds.), *U.S. Quaternary Coastal Systems*, SEPM Spec. Pub, p. 65-75.

*Hill, M.C., and FitzGerald, D.M., 1992, Evolution and Holocene Stratigraphy of Plymouth, Kingston, and Duxbury Bays, MA, in: Fletcher, C.H. and Wehmiller, J.F. (eds.), *U.S. Quaternary Coastal Systems*, SEPM Spec. Pub. p. 45-56.

*Fenster, M.S., FitzGerald, D.M., Bohlen, W.F., Lewis, R.S.,and Baldwin, C.T., 1990. Stability of giant sand waves in Eastern Long Island Sound. *Marine Geology*, v.91, p. 207-225.

*Lincoln, J. M, and FitzGerald, D. M., 1988, Tidal distortions and flood dominance at five small tidal inlets in southern Maine, *Marine Geology*, v. 82, p. 133-148.

FitzGerald, D.M., 1988, Shoreline erosional-depositional processes associated with tidal inlets, *in*: Aubrey, D.G., and Weishar, L. (eds.), *Hydrodynamics and Sediment Dynamics of Tidal Inlets*, Springer-Verlag, New York, 269-283.

FitzGerald, D.M., Baldwin, C.T., *Ibrahim, N.A., and *Sands, D.R., 1987, Development of the Northwestern Buzzards Bay Shoreline, Massachusetts, *in*: FitzGerald D.M., and Rosen, P.S., (eds.), *Glaciated Coasts*, Academic Press, San Diego, CA, p. 327-357.

FitzGerald, D. M., and Penland, S., 1987, Backbarrier dynamics of the East Friesian Islands, *Journal of Sedimentary Petrology*, v. 57, p. 746-754.

FitzGerald, D. M., Penland, S., and Nummedal, D., 1984, Control of barrier island shape by inlet sediment bypassing: East Friesian Islands, West Germany, *Marine Geology*, v. 60, p. 355-376.

FitzGerald, D. M., 1984, Interactions between the ebb-tidal delta and landward shoreline, Price Inlet, South Carolina: *Journal of Sedimentary Petrology*, v. 54, p. 1301-1316.

FitzGerald, D. M., and Nummedal, D., 1983, Response characteristics of an ebb-dominated tidal inlet channel: *Journal of Sedimentary Petrology*, v. 53, p. 833-845.

FitzGerald, D. M., Fink, L. K., and *Lincoln, J., 1983/1984, A flood-dominated mesotidal inlet: Geo-*Marine Letters*, v. 3, p. 17-22.

FitzGerald, D.M., 1976, Ebb-tidal delta of Price Inlet, SC: geomorphology, physical processes, and associated inlet shoreline changes, in: Hayes, M.O., and Kana, T.W. (eds.) *Terrigenous Clastic Depositional* p. 143-157.

Hayes, M. O., FitzGerald, D.M., Hulmes, L.J., and Wilson, S.J.,1976. Geomorphology of Kiawah Island, in: Hayes, M.O., and Kana, T.W. (eds.) *Terrigenous Clastic Depositional*, p. 80-100.

## Additional Publications (articles, invited editorials and commentary, reviews, encyclopedia entries)

Hein, C.J., FitzGerald, D., and Barnhardt, W., 2007, Holocene reworking of a sand sheet in the Merrimack Embayment, Western Gulf of Maine, Journal of Coastal Research, SI v. 50, p. 174-180.

Hughes, Z.J., D.M. FitzGerald, N.C.Howes and P.Rosen,2007, The impact of natural waves and ferry wakes on the erosion of bluffs, Boston Harbour, US. Journal of Coastal Research, in press.

Kulp, M., FitzGerald, D.M., and Penland, S., 2006, The Impact of Hurricanes Katrina and Rita in Louisiana: America's coasts under siege, *GSA Connection*, March 2006.

*Buynevich, I.V., Asp, N.E., FitzGerald, D.M., Cleary, W.C., Klein, A.H.F., Siegle, E., and Angulo, R., 2005. Mud in the surf: Nature at work in a Brazilian bay. *Eos Transactions*, AGU, v. 86, p. 301, 304.

FitzGerald, D.M. and *Buynevich, I.V., 2005, Coastal Barriers. In: *Encyclopedia of Life Support Systems*, UNESCO-EOLSS Publishers Co, Ltd.

FitzGerald, D.M., 2004, Tidal Inlets. In: Schwartz, M. L. (ed.), *Encyclopedia of Coastal Science*, Kluwer Academic Publishers, p. 1185-1194.

*Buynevich, I.V. and FitzGerald, D.M., 2004, Ground-penetrating radar. In: Schwartz, M. L. (ed.), *Encyclopedia of Coastal Science*, Kluwer Academic Publishers, p. 620-625.

FitzGerald, D.M. and *Buynevich, I.V., Barrier islands. 2003, In: Middleton, G.V. (ed.), *Encyclopedia of Sediments and Sedimentary Rocks* p. 43-47.

FitzGerald, D.M. and *Buynevich, I.V., Tidal inlets and deltas. 2003, In: Middleton, G.V. (ed.), *Encyclopedia of Sediments and Sedimentary Rocks* p. 737-741.

FitzGerald, D.M., *Buynevich, I.V., Belknap, D.F., Kelley, J.T., Cleary, W.J., Barnhardt, W.A., Pendleton, E.A., Daly, J.F., Gontz, A.M., Knisel, J. M., and Kelley, A.K., 2002, Picture essay of the Ireland coast. *Journal of Coastal Research.* v. 18. p. 810-832.

Anderson, J., D. Belknap, B. Douglas, D. FitzGerald, C. Fletcher, R. Holman, R. Land, S. Leatherman, B. Richmond, S. Riggs, A. Rodriguez, S. Tebbens, T. Tornqvist, and O. van de Plassche, 2002, CoForce: Coastal forecasting in rapidly changing environments, *GSA Today*, v. 12, p. 46.

Anderson, J., Rodriguez, A., Fletcher, C., and FitzGerald, D.M., 2001, Researchers focus attention on coastal response to climate change, *EOS*, v. 82, p. 513-521.

FitzGerald, D.M., 1996, Review of "Coastal Evolution: Late Quaternary Shoreline Morphodynamics" by Carter, R.W.G., and Woodroffe, C.D. (eds.) in: *GSA Today*, v. 6. p. 25.

*Smith, J.B., and FitzGerald, D. M., 1994, Sand and gravel resources offshore of Boston Harbor, *in*: Schultz, A.P., and Rader, E.K., (eds.), Studies in Eastern Energy and the Environment, *AAPG Eastern Section Special Volume*, Pub. #132, p. 91-100.

Dickson, S. Kelley, J.T., Belknap, D.L., Fink, K.L., Barber, D., FitzGerald, D.M., *van Heteren, S., and *Manthorp, PA., 1993, Large Scale Coastal Behavior, *Inter. Sym. on Quant. Approaches to the Understanding and Prediction of Large Scale Coast. Evolution* St. Petersburg, FL, p. 48-51.

Caldwell, D.W., FitzGerald, D. M., and *Fenster, M.S., 1990, Origin and Sedimentation of Maine lakes with emphasis on the lake-outlet deltas, in: Marvenney, R. (ed.), *Studies in Maine Geology*, Maine Geol. Survey, v. 5, p. 97-108.

FitzGerald, D.M., *Lincoln, J.M., Fink, L.K., and Caldwell, D.W., 1990, Morphodynamics of tidal inlet systems in Maine, in: Marvenney, R. (ed.), *Studies in Maine Geology*, Maine Geol. Survey, v. 5, p. 67-96.

FitzGerald, D.M., *Saiz, A., Baldwin, C.T., and *Sands, D.M., 1986, Spit breaching at Slocum River inlet: Buzzards Bay, MA, *Shore and Beach*, v. 56, p. 11-17.

FitzGerald, D.M., Penland, S., and Nummedal, D., 1984, Changes in tidal inlet geometry due to backbarrier filling: East Friesian Islands, West Germany: *Shore and Beach*, v. 52, p. 3-8.

FitzGerald, D.M., 1981, Storm generated sediment transport patterns along Winthrop and Yirrell Beaches: Winthrop, MA, *Northeast Geology*, v. 3, p. 202-211.

FitzGerald, D.M., and *Levin, D.R., 1981, Hydraulics, morphology and sediment transport patterns at Pamet River Inlet: Truro, MA, *Northeast Geology*, v. 3, p.216-224.

FitzGerald, D.M., *Sullivan, D., and *Magee, A., 1981, Effects of riprap on onshore-offshore sediment transport: *Shore and Beach*. v. 49, p. 19-23.

FitzGerald, D.M., 1980, Effect of an intense storm along Winthrop, MA. *Shore and Beach* v. 48, p. 6-19.

FitzGerald, D.M. and Bouma, A., 1972, Consolidation studies deltaic sediments: *Gulf Coast Assoc. of Geol. Soc. Trans.*, v. 22, p. 165-175.

## Proceedings, Field Trip Guides, Open-file Reports

FitzGerald, D., Howes, N., Kulp, M., Hughes, Z., Georgiou, I., and Penland, S., 2007, Impacts of rising sea level to backbarrier wetlands, tidal inlets, and barriers: Barataria Coast, Louisiana, Coastal Sediments 07, Conference Proceedings, CD-ROM13.

*Argow, B.A., Hughes, Z.J., and FitzGerald, D.M., 2007, Ice raft formation, dispersion and sedimemntation on New England marshes, Coastal Sediments 07 Conference Proceedings, CD-ROM13.

*Hein, C.J., FitzGerald, D.M. and Barnhardt, W., 2007, Holocene evolution of the Merrimack Embayment, northern Massachusetts, interpreted from shallow seismic stratigraphy, Coastal Sediments 07, Conference Proceedings, CD-ROM13.

Whitmeyer, S. and FitzGerald, D.M., 2007, A relic sand wave field in a tidal channel, Coastal Sediments 07, Conference Proceedings, CD-ROM13.

Miner, M.D., FitzGerald, D.M., and Kulp, M.A., 2007, 1880 to 2005 Morphological evolution of as transgressive tidal inlet, Little Pass Timbalier, Louisiana, Coastal Sediments 07, Conference Proceedings, CD-ROM13.

Kulp, M.A., Miner, M.D., FitzGerald, D.M.,and Penland, S., 2007, Geology of the Louisiana Coast Zone: Implications for Coastal Management and Restoration, Field Trip Guidebook, Coastal Sediments 2007, 30p.

Klein, A.H., FitzGerald, D.M., Cleary, W.J., Abreu, J.G.N., Menezes, J.T., Petermann, R., Hein, C., and Buynevich, I.V., 2006, Third IGCP-495 Quaternary Land-Ocean Interactions: Natural and Human Forcings on Coastal Evolution. Field Trip Guidebook of Santa Catarina Coast, Brazil, p. 33.

*Johnston, S., and FitzGerald, D.M., 2006, Sand waves that impede navigation of coastal navigation channels, ERDC/CHL-CHETN-IV-68, U.S. Army Engineer Research and Development Center,      Vicksburg, MS. (http://chl.wes.army.mil/library/publications/cetn. 32 p.

Miner, M.D., FitzGerald, D. M., and Kulp, M.A., 2005, Morphologic Evolution of a Transgressive Tidal Inlet, Little Pass Timbalier, Louisiana: Gulf Coast Association of Geological Societies Transactions, v. 55, p. 532 - 542.

Rosen, P.S, and FitzGerald, D.M., 2004, New England Intercollegiate Geological Conference, Processes and Evolution of Boston Harbor Islands: Peddocks and Lovells Islands, NEIGC Field Trip Guidebook, p. 137-153.

Belknap, D.F., Kelley, J.T., FitzGerald, D.M., and Buynevich, I.V., 2004, Quaternary Land-Ocean Interactions: Driving Mechanisms and Coastal Responses, IGCP-495 Conference in Bar Harbor, ME, IGCP-495 Field Trip Guidebook, 21 p.

*Johnston, S., FitzGerald, D.M., and Pratt, T., 2003. Bedform distribution in a tidal inlet, Humboldt, CA, Proceedings of the International Conference on Coastal Sediments 2003. CD-ROM Published by World Scientific Publishing Corp. and East Meets West Productions, Corpus Christi, Texas, USA. ISBN 981-238-422-7.

Marden, T., FitzGerald, D.M., *Buynevich, I.V., Johnsen, C., *Pendleton, E., Fields, L., and *Rits, M., 2003. Delineation of   historical "New Inlet", Debidue Island, South Carolina, Proceedings of the International Conference on Coastal Sediments 2003. CD-ROM Published by World Scientific Publishing Corp. and East Meets West Productions, Corpus Christi, Texas, USA. ISBN 981-238-422-7.

*Buynevich, I.V., Evans, R.L., and FitzGerald, D.M., 2003. High-resolution geophysical imaging of buried inlet channels, Proceedings of the International Conference on Coastal Sediments 2003. CD-ROM Published by World Scientific  Publishing Corp. and East Meets West Productions, Corpus Christi, Texas, USA. ISBN 981-238-422-7.

Rosen, P.S., FitzGerald, D.M., *Himmelstoss, E.A. and Allen, J., 2003. Morphology and evolution of Boston Harbor island    shorelines, Massachusetts, Proceedings of the International Conference on Coastal Sediments 2003. CD-ROM Published by World Scientific Publishing Corp. and East Meets West Productions, Corpus Christi, Texas, USA. ISBN 981-238-422-7.

FitzGerald, D.M., *Argow, B.A. and *Buynevich, I.V., 2003. Rising sea level and its effects on backbarrier marshes and tidal flats, tidal inlets, and adjacent barrier shorelines, Proceedings of the International Conference on Coastal Sediments 2003. CD-ROM Published by World Scientific Publishing Corp. and East Meets West Productions, Corpus Christi, Texas, USA. ISBN 981-238-422-7.

Kulp, M.A., FitzGerald, D.M. and Penland, S., 2003, Shallow stratigraphic framework of the Caillou Bay to Caminada-Moreau headland, Proceedings of the International Conference on Coastal Sediments 2003. CD-ROM Published by World Scientific Publishing Corp. and East Meets West Productions, Corpus Christi, Texas, USA. ISBN 981-238-422-7.

*Dougherty, A.J., FitzGerald, D.M., and *Buynevich, I.V., 2003. Evidence for storm-dominated early progradation of Castle Neck barrier, Massachusetts, USA, Proceedings of the International Conference on Coastal Sediments 2003. CD-ROM Published by World Scientific Publishing Corp. and East Meets West Productions, Corpus Christi, Texas, USA. ISBN 981-238-422-7.

Kulp, M.A., FitzGerald, D.M., Penland, S., and Motti, J., 2003. Evolution and stratigraphy of a recent flood tidal delta: Raccoon Pass, Timbalier Islands, Louisiana, The Gulf Coast Association of Geological Societies.

FitzGerald, D.M., Penland, S., and Kulp, M., 2003. Tidal prism changes within Barataria Bay and its effects on sedimentation patterns and barrier shoreline stability, The Gulf Coast Association of Geological Societies

Poppe, L.J., Paskevich, V.F., Williams, S.J., Hastings, M.E., Kelley, J.T., Belknap, D.F., Ward, L.G., FitzGerald, D.M., and Larsen, P.F., 2003. Surficial sediment data from the Gulf of Maine, Georges Bank, and vicinity, USGS Open-File Report 03-001, CD ROM.

Marden, T., FitzGerald, D.M., *Buynevich, I.V., Johnsen, C., Pendleton, E.A., Fields, L., and Tabar, J., 2002. Delineation of historical "New Inlet", Debidue Island, South Carolina. FSBPA/WES Workshop Proceedings, Biloxi, Mississippi, 17 p.

FitzGerald, D. M., Kraus, N. C., and Hands, E. B. 2001, Natural mechanisms of sediment bypassing at tidal inlets, ERDC/CHL-IV-A, U.S. Army Engineer Research and Development Center,      Vicksburg, MS. (http://chl.wes.army.mil/library/publications/cetn). 11 p.

*Buynevich, I.V. and FitzGerald, D.M., 2000. The coastal geology of Popham and Reid Beaches. In: Yates, M.G., Lux, D.R., and Kelley, J.T. (eds.), Guidebook for field trips in coastal and east-central Maine, Annual Meeting - New England Intercollegiate Geological Conference, Guidebook, 92, p. 226-237.

Rosen, P.S., FitzGerald, D.M., Buynevich, I.V., and Jahoda, J., 2000. Duxbury Beach morphology and processes, with special reference to shorebird habitats and nesting patterns: Part II. Duxbury Beach Reservation Annual Report, 45 p.

*Buynevich, I.V., and FitzGerald, D.M., 2000, The Coastal Geology of Popham and Reid Beaches, NEIGC Guidebook, University of Maine, Orono, ME. p. 226-237.

Weddle, T., Tary, A., FitzGerald, D.M., Kelley, J., Neil, C., Lurvey, K., and Borns, H., 2000, Classic Quaternary Deposits in Downeast Maine: New Views with Ground-Penetrating Radar, NEIGC   Guidebook, University of Maine, Orono, ME.  p. 151-167.

*Buynevich, I.V. and FitzGerald, D.M., 1999. Structural controls on the development of a coarse sandy barrier, Reid State Park, Maine. American Society of Civil Engineers, Coastal Sediments '99 Proceedings, v. 2, p. 1256-1267.

*Buynevich, I.V., FitzGerald, D.M., and Parolski, K.F., 1999. Geophysical investigation of the nearshore geologic framework, eastern Casco Bay - Reid State Park, Maine: data interpretation and implications for Late Quaternary coastal evolution. USGS Open-File Report 99-0380, 32 p.

Rosen, P.S., FitzGerald, D.M., *Buynevich, I.V., and Jahoda, J., 1999. Duxbury Beach morphology and processes, with special reference to shorebird habitats and nesting patterns: Part I. Duxbury Beach Reservation Annual Report, 41 p.

Kelley, J.T., Barber, D., Dickson, S., Belknap, D.F., FitzGerald, D.M., *van Heteren, S., and *Manthorp, P.B., 1997, A sand budget for Saco Bay, Maine, Maine Geological Survey, Open File Report 97-7, Augusta, ME. 186 p.

*van Heteren, S., FitzGerald, D.M., and *McKinlay, P., 1994, Application of Ground Penetrating Radar in Coastal Stratigraphic Studies, 5th Inter. Conf. of GPR, Proc. Waterloo, Ontario, p. 134-152.

Kelley, J.T., Belknap, D.L., and FitzGerald, D.M., 1993, Sea-level change, coastal processes, and shoreline development in Northern New England, in: Cheney, J.T., and Hepburn, J.C. (eds.), Field Trip Guidebook for the Northeastern United States, v. 1, Chapter G, p. 1-30.

*Mariano, C.G., and FitzGerald, D.M., 1991, Wave-current interaction at Wells Inlet, Maine. American Society of Civil Engineers, Coastal Sediments '91 Proceedings, p. 13561374.

*Hill, M.C., FitzGerald, D.M., and Baldwin, C.T., 1990, Development and assessment of sand resources in Plymouth Bay, MA. In:  Hunt, M.C., Doenges, S. and Stubbs, S.G. (eds.) Studies Related to Continental Margins: A Summary of Years Three and Four, Minerals Management Service. Austin, TX, p. 182-193.

FitzGerald, D. M., and Fink, L. K., 1987, Sediment dynamics along an indented coast: Popham Beach Kennebec River, ME, Coastal Sediments '87, Amer. Soc. of Civil Eng., New York, p. 2047-2061.

FitzGerald, D. M., 1986, Tidal inlets along the New England coast and the effect of the Bay of Fundy project on tidal inlets in Maine, New England Regional Coastal Engineering Conference Proceedings, p. 57-61, 74-76.

FitzGerald, D. M., 1984, Massachusetts coastal area, in: Whalin, R. W. (ed.), Proc. of the 40th Meeting of the Coastal Engineering Research Board, Coastal Eng. Research Center, U.S. Army Engineers Waterway Experiment Station, Vicksburg, MI, p. 64-66.

FitzGerald, D. M., Penland, S., and Nummedal, D., 1984, Sedimentation processes along the East Friesian Islands, West Germany: Proc. of the 19th Coastal Eng. Conference, Amer. Soc. of Civil Engineers, p. 3051-3066.

FitzGerald, D. M., 1984, Coastal Geology of Winthrop, MA, in: Hanson, L. S. (ed.), Geology of Southeastern New England Guidebook, NEIGC, p. A1-24.

Fink, L. K., Fisher, N. A., and FitzGerald, D. M., 1984, Coastal Geomorphology of Ogunquit, Landholm, Drakes Island, Wells Inlet and Wells Beach, Southeastern Maine, in: Hanson, L.S. (ed.), Geology of Southeastern New England Guidebook, NEIGC, p. Z1-23.

FitzGerald, D. M., 1983, Erosion and accretion in tidal inlets, in: Galvin, C. J. (ed.), Shorelines, Waterways and Harbors Short Course Notes, Coastal Engineers, Springfield, MD, Sect. 7, 19 p.

FitzGerald, D. M., 1982, Sediment bypassing at mixed energy tidal inlets: Proc. of 18th Coastal Eng. Conf., Amer. Soc. of Civil Engineers, p. 1094-1118.

FitzGerald, D.M., and Miles Hayes, 1980, Tidal inlet effects on barrier island management: Proc. of Coastal Zone1980, Amer. Soc. of Civil Engineers, p. 2255-2379.

FitzGerald, D.M., Cary Fico and Miles O. Hayes, 1979, Effects of the Charleston, SC jetty construction on local accretion and erosion: Proc. Coastal Structures 1979, Amer. Soc. of Civil Engineers, p. 641-664.

FitzGerald, D.M.,  D.K. Hubbard and D. Nummedal, 1978, Shoreline changes associated with tidal inlets along the South Carolina Coast: Proc. Coastal Zone 1978, Amer. Soc. Of Civil Engineers, p. 1973-1994.

FitzGerald, D.M., 1978, The effect of the 6-7 February 1978 storm on Winthrop Beach, in: Jones, R., (ed.) Proc. Volume, Blizzard of '78 Conference, Boston State College, p. 65-80.

Hayes, M. O., D.M. FitzGerald and Dennis K. Hubbard, 1978, Tidal inlet control of beach erosion-deposition cycles: Proc. Amer. Shore and Beach Preservation Assoc., Annual Meeting, p. 121-140.

FitzGerald, D.M. and S.A. FitzGerald, 1977, Factors influencing tidal inlet throat geometry: Proc. Coastal Sediments '77, Amer. Soc. of Civil Engineers, p. 563-581.

FitzGerald, D.M. and Dag Nummedal, 1977, Ebb-tidal delta stratification, in: Nummedal, D. (ed.)Beaches and Barriers of the Central South Carolina Coast Fieldtrip Guidebook for Coastal Zone, 1977, Coastal Engineering Conference, p. 39-44.

FitzGerald, D.M., D. Nummedal and T. W. Kana, 1976, Sand circulation pattern of Price Inlet, SC: Proc. 15th Conf. Coastal Engineering, Amer. Soc. of Civil Engineers, New York, p. 1868-1880.

Stephens, M., P. S. Brown, D.M. FitzGerald, D. K. Hubbard and M. O. Hayes, 1975, Beach erosion inventory of Charlestown County, SC: South Carolina Sea Grant Technical Report, no. 4, 70 p.

## Abstracts

Kulp, M.A., FitzGerald, D., Georgiou, I., Miner, M., and Penland, S., 2007, The demise of the Chandeleur Islands in southern Louisiana: Not yet!:Geological Society of America, Abstracts with Programs, v. 39, no. 6, p. 69.

Buynevich, I.V., FitzGerald, D.M., Al-Zamel, A., Al-Sarawi, M., 2007. Geomorphology and sedimentary framework of small subtropical islands, offshore Kuwait. GSA Abstracts with Programs, Denver, Colorado, v. 39, no. 6, p. 15.

FitzGerald, D.M., Howes, N., Kulp, M., Hughes, Z., Georgiou, I., and Penland, P., 2007, Hurricane impacts to the Caernarvon wetlands, Saint Bernard Parish, Louisiana, Abstracts with Programs, Estuarine Research Federation, Providence, RI, p. 63.

Argow, B., Hughes, Z. and  FitzGerald, 2007, Comparative importance of winter processes on New England back-barrier marsh sediment budget, Abstracts with Programs, Estuarine Research Federation, Providence, RI, p. 6.

FitzGerald, D., Howes, N., Kulp, M., Hughes, Z., Georgiou, I., and Penland, S., 2007, Impacts of rising sea level to backbarrier wetlands, tidal inlets, and barriers: Barataria Coast, Louisiana, Coastal Sediments 07, New Orleans, LA.

*Argow, B.A., Hughes, Z.J., and FitzGerald, D.M., 2007, Ice raft formation, dispersion and sedimemntation on New England marshes, Coastal Sediments 07, New Orleans, LA.

*Hein, C.J., FitzGerald, D.M. and Barnhardt, W., 2007, Holocene evolution of the Merrimack Embayment, northern Massachusetts, interpreted from shallow seismic stratigraphy, Coastal Sediments 07, New Orleans, LA.

Whitmeyer, S. and FitzGerald, D.M., 2007, A relic sand wave field in a tidal channel, Coastal Sediments 07, New Orleans, LA.

Miner, M.D., FitzGerald, D.M., and Kulp, M.A., 2007, 1880 to 2005 Morphological evolution of as transgressive tidal inlet, Little Pass Timbalier, Louisiana, Coastal Sediments 07, New Orleans, LA.

FitzGerald, D.M., Cleary, W.J., Buynevich, I.V., Hein, C., Klein, A.H.F., Asp, N., and Angulo, R., 2007, Strand Plain Evolution along the Southern Coast of Santa Catarina, Brazil. International Coastal Symposium, Gold Coast, Australia.

*Hein, C.J., FitzGerald, D.M. and Barnhardt, W., 2007, Holocene reworking of a sand sheet in the Merrimack Embayment, Western Gulf of Maine, International Coastal Symposium Conference: Gold Coast, Australia.

*Hughes, Z.J., FitzGerald, D.M., and Rosen, P.S., 2007, The Impact Of Natural Waves And Ferry Wakes On Bluff Erosion And Beach Morphology in Boston Harbor, USA, International Coastal Symposium Conference: Gold Coast, Australia.

Miner, M.D., Kulp, M.A., and FitzGerald, D.M., 2007, Tidal Versus Shoreface Ravinement and Tidal Inlet Fill Preservation Potential for Transgressive Tidal Inlets, Mississippi River Delta Plain, USA, International Coastal Symposium Conference: Gold Coast, Australia.

FitzGerald, D.M., Cleary, W.J., Buynevich, I.V., Hein, C., Klein, A.H.F., Asp, N., and Angulo, 2006, Variability of strandplain development in Santa Catarina, Brazil, Abstracts with Programs, IGCP-495 Quaternary Land-Ocean Interactions: Driving Mechanisms and Coastal Responses. Balneario Camboriu, Brazil, p. 28-31.

*Buynevich, I.V., Cleary, W.J., FitzGerald, D.M., Hein, C., Klein, A.H.F., Asp, N., and Angulo, R., 2006 Modern and ancient erosion indicators on a high energy coast: Camboriu Peninsula and Navegantes Plain, SC, Brazil. IGCP-495 Quaternary Land-Ocean Interactions: Driving Mechanisms and Coastal Responses. Balneario Camboriu, Brazil, p. 26-27.

*Hein, C.J., D. FitzGerald, and W. Barnhardt. 2007, Patterns and Mechanisms in Sediment Transport Processes Inferred from Geophysical and Sedimentological Surveys Offshore of the Merrimack River, Northern Massachusetts, Coastal Sediments 07, New Orleans, LA.

*Hein, C.J., D. FitzGerald, and W. Barnhardt. 2006, Holocene Sedimentological Evolution of the Merrimack River Paleo-Delta; And Speculation for Future Sediment Contributions to the Onshore Barrier System, Abstracts with Programs, Association of Engineering Geologists: Annual Conference, Boston, MA., p. 8.

*Hein, C.J., D. FitzGerald, and W. Barnhardt. 2006, Reworking of a Submerged Fluviodeltaic sequence in the Merrimack Embayment, Western Gulf of Maine, Abstracts with Programs, Geological Society of America Annual Conference Philadelphia, PA.

*Hughes, Z.J. and D.M. FitzGerald, 2006. Tidal and Wave induced sedimentation transport pathways at Wells Inlet Maine. Proceedings of Association of Environmental and Engineering Geologists, 49th Annual Meeting, Boston MA, p. 7.

*Hughes, Z., FitzGerald, D.M., and Rosen, P.S., 2006, Assessing the impact of ferry boat wakes on shoreline erosion in Boston Harbor, Massachusetts. Abstracts with Programs, International Conference on Coastal Engineering, San Diego, CA, p. 348.

*Hein, C.J., FitzGerald, D.M., and Barhardt, W., 2006, Holocene sedimentological evolution of the Merrimack Embayment, western Gulf of Maine. GSA Northeastern Section, Abstracts with Programs, Harrisburg, PA, v. 38.

*Howes, N.C., *Hughes, Z.J., FitzGerald, D.M., and *Hatten, T., 2006, Investigations of bluff erosion and sediment transport in Boston Harbor, MA. GSA Northeastern Section, Abstracts with Programs, Harrisburg, PA, v. 38.

*Hatten, T.V., FitzGerald, D.M., *Hughes, Z.J., and *Howes, N., 2006, Sedimentation processes and morphological behavior of Lovells Island, Boston Harbor, MA. GSA Northeastern Section, Abstracts with Programs, Harrisburg, PA, v. 38.

Fleming, H.M., *Fenster, M.S., FitzGerald, D.M., 2005. Potomac River estuary: Bedload sediment source or sink? 18th Biennial Conference of the Estuarine Research Federation, Oct. 16-20, 2005, Norfolk, VA, Conference Abstracts, p. 63.

Asp, N. E.; Klein, A. H. F.; Siegle, E.; *Buynevich, I. V.; FitzGerald, D. M.; Cleary, W. J.; Angulo, R. J.; Dillenburg, S. R.; Vintem, G.; Menezes, J. T., 2005 A Planície Costeira de Tijucas, Santa Catarina, Brasil: Estudo de Evolução Holocênica e a Experiência de Colaboração Multi-Institucional. In: 57A. Reunião Da SBPC, 2005. Fortaleza.

FitzGerald, D.M., Cleary, W.C., *Buynevich, I.V., Asp, N.E., Siegle, E., Klein, A.H.F., and Angulo, R., 2005. Tectonic inheritance and the evolution of the central Santa Catarina coast, Brazil. GSA Northeastern Section Abstracts with Programs, Saratoga Springs, New York, v. 37, p. 19.

*Buynevich, I.V., FitzGerald, D.M., Cleary, W.C., Asp, N.E., Siegle, E., Klein, A.H.F., and Angulo, R., 2005. Contrasting depositional trends on a recently emergent coastline of southern Brazil: insights from subsurface imaging. GSA Northeastern Section Abstracts with Programs, Saratoga Springs, New York, v. 37, p. 19.

Cleary, W. J., Smith, M.S., FitzGerald, D. M., Doughty, S. D., Silva, G. M. da, and Klein, A. H. da F., 2005, Provenance of beach sands along southern Brazilian strandplains: Santa Catarina, Brazil, GSA Abstracts with Programs Vol. 37, p. 35.

Smith, L.B., Vaurtinot, A., Rosen, P.S., FitzGerald, D.M., and O'Connell, 2005, Sacrificial dune role in coastal barrier protection, Solutions to Coastal Disaster 2005, ASCE, Charleston, SC.

Silva, G.S.M., Klein, A.H.F., Cleary, W.J., FitzGerald, D., Almeida, L.E.S.B., 2004, Heavy mineral occurrences along the coast of Santa Catarina State: Preliminary results In: Congresso Brasileiro de Oceanografia, Itajaí. Livro de Resumos-Congresso Brasileiro de Oceanografia. p.312 - 312

FitzGerald, D.M., *Buynevich, I.V., and *Argow, B., 2004, Runaway transgression in a regime of accelerated sea - level rise, Abstracts with Programs, IGCP-495 Quaternary Land-Ocean Interactions: Driving Mechanisms and Coastal Responses, Bar Harbor, Maine.

*Buynevich, IV., FitzGerald, D.M., and Goble, R.J., 2004, Geological archives of Holocene storms in mid-coastal Maine: radiocarbon and optical dating of event horizons. Abs with Prog., IGCP-495 Quaternary Land-Ocean Interactions: Driving Mechanisms and Coastal Responses, Bar Harbor, Maine.

*Argow, B.A. and FitzGerald, D.M., 2004. Impact of Winter Processes on Salt Marsh Accretion: Variations in Winter Tidal Deposition and Ice-rafted Sediment. Geological Society of America Abstracts with Programs, Vol. 36, No. 5, p. 291

*Argow, B.A. and FitzGerald, D.M., 2004. Winter Processes on New England Salt Marshes: Ice Rafting, Ice Loading and Latitudinal Variation. Program with Abstracts, American Geophysical Union Chapman Conference on Salt Marsh Geomorphology: Physical and Ecological Effects on Landform.

Cleary, W. J., FitzGerald, D.M., *Buynevich, I.V., Marden, T., Knierim, A., and Doughty, S.D., 2004, Inlet-associated marsh islands: North Inlet, South Carolina, GSA Abs. with Programs Vol. 36, No. 2.

Marden, T., FitzGerald, D.M., and *Buynevich, I.V., 2004, State-of-the-art animation depicts the evolution of a historical inlet, Georgetown County, South Carolina, GSA Abstracts with Programs Vol. 36, No. 2

*Argow and FitzGerald. 2004. Winter processes on a New England marsh: Implications for wetlands survival in a regime of rising sea level GSA Abstracts with Programs Vol. 36, No. 2.

*Fenster, M.S., and FitzGerald, D.M., 2004, Assessing long-term changes to giant sand waves in eastern Long Island Sound, U.S.A, GSA Abstracts with Programs Vol. 36, No. 2.

*Dougherty, A. J., FitzGerald, D.M., *Pendleton, E.A., and *Buynevich, I.V., 2002. Detailed stratigraphy and evolution of a paraglacial barrier, Castle Neck, northern Massachusetts. GSA Northeastern Section Abstracts with Programs, v. 34.

Rosen, P.S., FitzGerald, D.M., and Jahoda, J., 2002, Multiple use management of a transgressive barrier beach, Duxbury Beach, Massachusetts, Northeast Shore and Beach Preservation Association 5th Annual Conference Proceedings.

*Himmelstoss, E., FitzGerald, D.M., Rosen, P.S., and Allen, J., 2002, Bluff evolution of the Boston Harbor Islands. Northeast Shore and Beach Preservation Association 5th Annual Conference Proceedings.

*Rits, M., and FitzGerald, D. M., 2002, Changes in the Sediment Distribution of a Jettied Channel and Backbarrier System as a Result of Dredging, Wells Harbor, ME., GSA Abstracts with Programs v. 34, p. 67.

FitzGerald, D.M., and *Buynevich, I.V., 2001, Coarse-grained sediment contribution to the nearshore and inner shelf by large fluvial estuarine systems, New England, USA, Chapman Conference, Ponce, Puerto Rico, p. 15.

Marden, T.P., FitzGerald, D.M., *Buynevich, I.V., Johnsen, C.D., Pendleton, E., and Fields, M.L., 2001, Identification of a paleo-tidal utilizing ground-penetrating radar and sediment cores Debidue Island, South Carolina. GSA Abstracts with Programs, v.33.

*Tary, A.K. and FitzGerald, D.M., 2001, The blueberry barrens of Downeast Maine laid bare with ground-penetrating radar. GSA Abstracts with Programs, v. 33.

*Buynevich, I.V., FitzGerald, D.M., Belknap, D.F., Kelley, J.T. and Barnhardt, W.A., 2001, Sedimentological signatures of riverine-dominated phases in estuarine and barrier evolution, mid-coastal Maine. GSA Abstracts with Programs, v. 33.

FitzGerald, D.M., *Buynevich, I.V., Fenster, M.S., Kelley, J.T., and Belknap, D.F., 2001, Contribution of coarse-grained sediment to the nearshore and inner shelf by large estuaries: New England, USA. GSA Abstracts with Programs, v. 33.

Knisley, B.A., *Fenster, M.S., FitzGerald, D.M., Belknap, D.F., Buynevich, I.V., Gontz, A.M., and Kelley, J.T., 2001, Controls on estuarine morphodynamics: a case study on Merrymeeting Bay, Kennebec River Estuary, Maine. GSA Abstracts with Programs, v. 33.

*Dougherty, A.J., FitzGerald, D.M., Krol, M.A., and Idleman, B., 2001, Provenance study of barrier sands using 40AR/39AR laser-probe dating of single crystals detrital muscovites, Merrimack Embayment barriers, New England. GSA Abstracts with Programs, v. 33.

*Pendleton, E.A., FitzGerald, D.M., and *Rits, M., 2001, Backbarrier control on tidal inlet morphology. GSA Abstracts with Programs, v. 33.

*Himmelstoss, E.A., and FitzGerald, D.M., 2001, Shoreline evolution at jettied tidal inlets toward an equilibrium configuration: Wells Inlet, ME and Merrimack River Inlet, MA. GSA Abstracts with Programs, v. 33.

*Dougherty, A.J., FitzGerald, D.M., *Pendleton, E.A., and *Buynevich, I.V., 2001, Styles of barrier evolution as a function of proximity to the updrift tidal inlet, Castle Neck, Northern Massachusetts. AGU, Boston, MA, p. 99.

*Buynevich, I.V., and FitzGerald, D.M., 2001, Sedimentary records of intense storms in paraglacial barrier sequences, Maine, USA. AGU, Boston, MA, p. 116.

*Tary, A.K., FitzGerald, D.M., 2001, Deciphering Deblois' deglacial depositional development. GSA Northeastern Section Abstracts with Programs, v. 33, p. 65.

*Rits, M., and FitzGerald, D.M., 2001, Wave and current interaction at a jettied inlet, Wells Harbor, ME. GSA Northeastern Section Abstracts with Programs, v. 33, p. 2.

*Pendleton, E.A., and FitzGerald, D.M., 2001, Results of inlet formation at New Inlet, outer Cape Cod, MA. GSA Northeastern Section Abstracts with Programs, v. 33, p. 3.

FitzGerald, D.M., *Buynevich, I.V., and Rosen, P.S., 2000, Historical and geological evidence of former tidal inlets along a retrograding barrier: Duxbury Beach, Massachusetts, U.S.A., International Coastal Symposium, Rotorua, NZ, p. 52-53.

*Buynevich, I.V. and FitzGerald, D.M., 2000, Styles of coastal progradation revealed in subsurface records of paraglacial barriers, New England, USA., International Coastal Symposium, Rotorua, NZ, p. 42-43.

*Buynevich, I.V. and FitzGerald, D.M., 2000. Inside the beach: stratigraphic classification of barrier progradation styles along the New England coast. Abstracts of the 8th Annual J. Louis Agassiz Research Symposium, Institute for Quaternary Studies, Univ. of Maine, Orono, Maine, p. 5.

*Buynevich, I.V. and FitzGerald, D.M., 2000. Infilling history of coastal ponds, Phippsburg Peninsula, Maine: Insights from high-resolution subsurface profiling. GSA Northeastern Section Abstracts with Programs, v. 32, p. 9.

*Dougherty, Amy J., FitzGerald, D.M., and Buynevich, I.V., 2000. Complex Holocene origin and evolution of Castle Neck barrier, northern Massachusetts. GSA Northeastern Section Abstracts with Programs, v. 32, p. 14.

*Tary, A.K., FitzGerald, D.M., *Buynevich, I.V., Neil, C.D., and Weddle, T.K., 2000. Lifting the lid on Pineo Ridge using ground-penetrating radar. GSA Northeastern Section Abstracts with Programs, v. 32, p. 77.

*Fenster, M.S., and FitzGerald, D.M., 1999, The grand finale: sand sheet development from the reworking of a large marine delta at the mouth of the Connecticut River. GSA Northeastern Section Abstracts with Programs, v. 31, p. 15.

*Buynevich, I.V., and FitzGerald, D.M.,1999. Chronostratigraphy and paleoenvironmental significance of organic-rich facies in paraglacial barrier sequences, peninsular coast of Maine. AAPG Bulletin, v. 83, p. 1883.

*Buynevich, I.V., FitzGerald, D.M., *Kniskern, T.A., and Parolski, K.F., 1999. Sediment dispersal along the central peninsular coast of Maine: New constraints from nearshore geophysical and sedimentological data. GSA Northeastern Section Abstracts with Programs, v. 31, p. 8.

Caldwell, D.W., *Buynevich, I.V., FitzGerald, D.M., and Lorrey, A.M., 1998, Erosion and deposition of glacial deposits during glacial-marine submergence in southwestern Maine and in Boston Harbor, Massachusetts. GSA Northeastern Section Abstracts with Programs, v. 30, p. 9.

*Tary, A.K., FitzGerald, D.M., and Marchant, D.M., 1998 The Sanford Sand Plain, York County, Maine: the stratigraphic nature and evolution of a glacial marine-limit sand plain. . GSA Northeastern Section Abstracts with Programs, v. 30, p. 77.

*Buynevich, I.V. and FitzGerald, D.M., 1998. Styles of evolutionary development and morpho-stratigraphic variability of sandy barriers at Small Point Harbor, Maine. GSA Northeastern Section Abstracts with Programs, v. 30, p. 9.

*Kniskern, T.A., *Buynevich, I.V., FitzGerald, D.M., and Peters, J., L., 1998. Sedimentological characteristics of fluvial-estuarine deposits in the Merrymeeting Bay, Maine: Implications for sediment transport. GSA Northeastern Section Abstracts with Programs, v. 30, p. 30.

*Buynevich, I.V. and FitzGerald, D.M., 1997. Textural and compositional characteristics of sediments in the lower Kennebec River estuary, Maine: potential for paleoenvironmental interpretation of coastal sequences. GSA Northeastern Section Abstracts with Programs, v. 29, p. 34.

Caldwell, D.W., *Buynevich, I.V., and FitzGerald, D.M., 1997. Daily sediment accumulation on the foreset beds in a small delta formed in Glacial-Pond Abol, West Branch Penobscot River, T2 R10, Maine. GSA Northeastern Section Abstracts with Programs, v. 29, p. 34.

Caldwell, D.W., *Buynevich, I.V., FitzGerald, D.M., and Lorrey, A.M., 1997. Erosion and redeposition of glacial deposits during glacial-marine submergence in southwestern Maine and in Boston Harbor, Massachusetts. GSA Northeastern Section Abstracts with Programs, v. 29, p. 9.

*Crider, H.B., FitzGerald, D.M., *Buynevich, I.V., and Weddle, T.K., 1997. Evidence for Late Pleistocene drainage of Androscoggin River through Thomas Bay, Maine. GSA Northeastern Section Abstracts with Programs, v. 29, p. 38.

*Hunt, D. P., Lorrey, A. M., *Buynevich, I.V., and Caldwell, D. W., 1997. Effects of wave action on glacial deposits during marine submergence: a ground-penetrating radar survey of Thompson Island, Dorchester Bay, Massachusetts. GSA Northeastern Sect. Abstracts with Programs, v. 29, p.54.

Lorrey, A.M. and *Buynevich, I.V., 1997. A preliminary sedimentological and geophysical (GPR) investigation of a glaciolacustrine delta, Plymouth, New Hampshire. GSA Northeastern Section Abstracts with Programs, v. 29, p. 62.

Miller, G., Belknap, D.F., Kelley, J.T., and FitzGerald, D.M., 1997, Ground-penetrating radar of a coastal moraine compared to seismic reflection profiles preserved on the inner shelf off southwestern Maine, GSA Northeastern Section Abstracts with Programs, v. 29, p. 67.

*Mills, S.T., FitzGerald, D.M., Buynevich, I.V., and Hunt, D. 1997, The stratigraphy and evolution of two barrier systems in the northern Wells Embayment, GSA Northeastern Section Abstracts with Programs, v. 29, p. 67.

Tary, A.K., FitzGerald, D.M., Marchant, D.R., and Buynevich, I.V., 1997. Geomorphic evolution of and process variability in the Great Sanford Outwash Plain, York County, Maine. GSA Northeastern Section Abstracts with Programs, v. 29, p. 84.

Wenner, J.M., *Hunt, D.P., Wilshire, A.C., *Tary, A.K., *Mills, S.T., *Buynevich, I.V., and FitzGerald, D.M., 1997. Sources of heavy mineral deposits on Crescent Beach, Block Island, Rhode Island. GSA Northeastern Section Abstracts with Programs, v. 29, p. 88.

*Buynevich, I.V., FitzGerald, D.M., *McKinley, P.A., and *van Heteren, S.,1996, Role of sea-level rise and riverine processes in the late Holocene development of the Popham Beach barrier, Maine. , GSA Northeastern Section Abstracts with Programs, v. 28, p. 43.

*Mills, S.T., FitzGerald, D.M., *Buynevich, I.V., and *Hunt, D., 1996, Stratigraphy and evolution of the northern Wells Embayment. GSA Northeastern Section Abstracts with Programs, v. 28, p. 82.

Kelley, J.T., and FitzGerald, D.M., 1995, Season variation in the direction of sediment and water movement, Saco Bay, ME. National Meeting Geol. Soc. of America, v. 27, p. 32.

*Buynevich, I.V., FitzGerald, D.M., and *McKinlay, P.A., 1995. Stratigraphy and evolution of Popham Beach, central Maine. GSA Northeastern Section Abstracts with Programs, v. 27, p. 23.

*McKinlay, P.A., FitzGerald, D.M., *Buynevich, I.V., and *van Heteren, S., 1995. The influence of bedrock on the morphology and evolution of Coffins Beach, Gloucester, Massachusetts. GSA Northeastern Section Abstracts with Programs, v. 27, p.21.

*van Heteren, S. FitzGerald, D.M., Barber, D.C., Kelley, J.T., and Belknap, D.F., 1994, Bedrock control of the development of barriers in Saco Bay, Maine. , GSA Northeastern Section Abstracts with Programs, v. 26, p. 77.

Kuo, C., Holden, W.F., Caldwell, D.W., and FitzGerald, D.M., 1994, Hydrology of a portion of the Great Sanford Outwash Plain, Maine. , GSA Northeastern Section Abstracts with Programs, v. 26, p. 30.

*McKinlay, P.A, FitzGerald, D.M., and Van Heteren, S., 1994, Bedrock controls on the evolution and morphology of Coffins Beach, Gloucester, MA. , GSA Northeastern Section Abstracts with Programs, v. 26, p. 62.

*van Heteren, S. FitzGerald, D.M., and Fink, L.K., 1993, Development of a barrier system at Ferry Beach, ME: evidence of transgressive and regressive phases. , GSA Northeastern Section Abstracts with Programs, v. 25, p. 86.

FitzGerald, D.M., *Manthorp, P. A., Kuo, C.H., *van Heteren, S., Kink, L.K., and Kelley, J.T., 1993, Estuarine circulation and sediment transport trends in the lower Saco River, , GSA Northeastern Section Abstracts with Programs, v. 25, p. 14.

*van Heteren, S., FitzGerald, D.M., *Montello, T.M., and Fink, L.K., 1992, Stratigraphy and inferred development of the Scarborough barrier, Maine. , GSA Northeastern Section Abstracts with Programs, v. 24, p. 82.

*Montello, T.M., FitzGerald, D.M., *van Heteren, S. and Caldwell, D.W., 1992, The stratigraphy and evolution of the Wells barrier system, Maine, , GSA Northeastern Section Abstracts with Programs, v. 24, p. 64.

*Mariano, C.G., and FitzGerald, 1991, Wave-current interaction at Wells Inlet, Maine, A.C.S.E. Coastal Sediments '91, Abstracts with Programs p. 8.

*Smith, J.B., and FitzGerald, D.M., 1991, Hydrodynamics, sedimentology, and stratigraphy of a mixed energy, tide-dominated ebb-tidal delta: Essex Inlet, MA. , GSA Northeastern Section Abstracts with Programs, v. 23, p. 130.

Fink, L.K., and FitzGerald, D.M., 1990, Origin and Holocene evolution of swash aligned barriers in midcoast Maine. , GSA Northeastern Section Abstracts with Programs, v. 22, p. 15.

*Fenster, M.S., FitzGerald, D.M., and Lewis, R.S., 1990, Seismic facies of Holocene sediments in Eastern Long Island Sound, , GSA Northeastern Section Abstracts with Programs, v. 22, p. 15.

FitzGerald, D.M., 1989, Tidal range control of barrier island length and coastal features along the coasts of New Jersey and the Delmarva Peninsula, , GSA Northeastern Section Abstracts with Programs, v. 21, p. 14.

*Hill, M.C., FitzGerald, D.M., and Baldwin, C.T., 1988, Plymouth, Kingston, and Duxbury Bays, MA: a long-term sediment sink, , GSA Northeastern Section Abstracts with Programs, v. 20, p. 27.

*Fenster, M.S., FitzGerald, D.M., Lewis, R.S., Freile, D., and Baldwin, C.T., 1988, Sandwave morphology and migration in Eastern Long Island Sound, GSA Northeastern Section Abstracts with Programs, v. 20, p. 18.

*Goldschmidt, P.M., FitzGerald, D.M., and Fink, L.K., 1988, Inlet channel migrations and associated sediment dynamics: Popham Beach, Maine, GSA Northeastern Section Abstracts with Programs, v. 20, p. 22-23.

Weiskel, P.K., Caldwell, D.W., FitzGerald, D.M., and Baldwin, C.T., 1988, Impact of septic system effluent on groundwater quality, Buttermilk Bay drainage basin, MA, GSA Northeastern Section Abstracts with Programs, v. 20, p. 78.

*Muhammad-Som, Mohd R., FitzGerald, D.M., and Baldwin, C.T., 1987, Backbarrier stratigraphy along a glaciated coast: Castle Neck, MA , GSA Northeastern Section Abs. with Programs, v. 19, p. 31.

*Coffin, C. A., FitzGerald, D. M., Baldwin, C. T., and Lewis, R. S., 1987, Origin, reworking and morphology of Holocene deposits and Long Sand Shoal, Long Island Sound, GSA Northeastern Section Abstracts with Programs, v. 19, p. 9.

*Fenster, M. S., FitzGerald, D. M., and Baldwin, C. T., 1987, Bedform hierarchy of the Lower Kennebec River Estuary, Maine, GSA Northeastern Section Abstracts with Programs, v. 19, p. 13.

*Fish, C. B., FitzGerald, D. M., Caldwell, D. W., and Baldwin, C. T., 1987, Colliforms in Marine embayments: concentration related to a circulation model, Buttermilk Bay, Massachusetts, GSA Northeastern Section Abstracts with Programs, v. 19, p. 15.

*Muhammad-Som, Mohd R., FitzGerald, D. M., and Baldwin, C. T., 1987, Backbarrier stratigraphy along a glaciated coast: Castle Neck, MA, GSA Northeastern Section Abs. with Programs, v. 19, p. 31.

FitzGerald, D. M., *Ibrahim, N. A., Baldwin, C. T., and Humphries, S., 1986, Sedimentological and morphological development of a beach ridge barrier island, Horseneck Beach, MA, GSA Northeastern Section Abstracts with Programs, v. 18, p. 17.

FitzGerald, D. M., and Fink, L. K., 1986, Sand circulation of the mouth of the Kennebec River, ME, GSA Northeastern Section Abstracts with Programs, v. 18, p. 17.

Caldwell, D. W., *Saiz, A., Baldwin, C. T., and FitzGerald, D. M., 1986, Sedimentation on the Androscoggin Lake Delta, Wayne and Leeds, South Central Maine, GSA Northeastern Section Abstracts with Programs, v. 18, p. 6.

FitzGerald, D. M., and Penland, S., 1986, Factors controlling the historical development of the tidal flats and creeks in the East Friesian Islands, SEPM Abstracts with Programs, v. 3, p. 37.

*Coffin, C. A., FitzGerald, D. M., and Baldwin, C. T., 1986, Morphology, reworking and origin of Long Sand Shoal, Long Island Sound, SEPM Gulf Coast Section Abstracts with Programs, , p. 8.

FitzGerald, D. M., Fink, L. K., Fenster, M. S., Baldwin, C. T., and Goldschmidt, P., 1986, Sedimentation processes at the mouth of a tidally-dominated estuary: Kennebec River, Maine, Abstracts with Programs, Hydrodynamics and Sediment Dynamics of Tidal Inlets, Woods Hole Ocn. Inst. and U.S. Army Corps of Eng. Tidal Inlet Meeting, p. 24.

*Lincoln, J. M., and FitzGerald, D. M., 1986, Tidal distortions in shallow inlets, 1986, Abstracts with Programs, Hydrodynamics and Sediment Dynamics of Tidal Inlets, Woods Hole Ocn. Inst. and U.S. Army Corps of Eng. Tidal Inlet Meeting, p. 11.

FitzGerald, D. M., *Barker, C. F., *Lincoln, J., and Fink, L. K., 1985, Tidal hydraulics of Scarboro River Inlet, Maine, GSA Northeastern Section Abstracts with Programs, v. 17, p. 19.

Caldwell, D. W., Bartholomae, G., FitzGerald, D. M., and Belknap, D., 1985, Pleistocene and Holocene sedimentation in Lobster Lake, north central Maine, GSA Northeastern Section Abstracts with Programs, v. 17, p. 9.

FitzGerald, D. M., *Lincoln, J., and Fink, L. K., 1984, Hydraulic character of Maine's tidal inlets, in: GSA Northeastern Section Abstracts with Programs, v. 16, p. 16.

*Sands, D. R., and FitzGerald, D. M., 1983, Morphology, hydraulics and sediment transport patterns at Slocum River Inlet: Buzzards Bay, MA, GSA Northeastern Section Abstracts with Programs, v. 15, p. 182.

*Lincoln, J., FitzGerald, D. M., and Fink, L. K., 1983, Morphodynamics of Maine's tidal inlet systems, GSA Northeastern Section Abstracts with Programs, v. 15, p. 193.

Fink, L. K., FitzGerald, D. M., and *Lincoln, J., 1983, Relationship between inlet processed and spit   morphology along the Maine coast, GSA Northeastern Section Abs. with Programs, v. 15, p. 173.

FitzGerald, D. M., Nummedal, D., and Penland, S., 1983, Backbarrier dynamics of the East Friesian Islands: Amer. Geophysical Union Trans., v. 64, p. 1044.

Penland, S., Nummedal, D. and FitzGerald, D.M.,1982, Tidal inlet morphodynamics in a high energy mesotidal environment: East Friesian Island, West Germany, Amer. Geophysical Union Trans., v. 59, p. 1128.

FitzGerald, D. M.,  1982, Relationships among barrier island sedimentation trends, tidal inlet processes and backbarrier evolution, GSA Northeastern Section Abstracts with Programs, v. 15, p. 17.

*Magee, A.D. and FitzGerald,  D.M., 1982, Investigation of shoaling problems at Westport River Inlet, Westport, MA, GSA Northeastern Section Abstracts with Programs, v. 14, p. 37.

Halsey, S.D., FitzGerald, D.M., and Mauriello, M.N.,1982, Comparison of downdrift offset inlets along barrier island chains: New Jersey (developed) and Delmarva Peninsula (natural), GSA Northeast-Southeastern Section Abstracts with Programs, v. 14, p. 22.

FitzGerald, D.M., Penland, S., and Nummedal, D., 1982, Tidal inlet control of East Friesian Island morphology, 11th International Assoc. of Sedimentologists Conference, Hamilton, Ontario, Abstracts with Programs, p. 163.

Caldwell, D. W., Chormann, J., and FitzGerald, D.M.,1981, The origin of reverse deltas in Maine, GSA Northeastern Section Abstracts with Programs, v. 12, p. 125.

FitzGerald, D.M., 1980, Storm generated sediment transport patterns Winthrop and Yirrell Beaches: Winthrop, MA, GSA Northeastern Section Abstracts with Programs, v. 12, p. 36.

*Levin, D.R. and FitzGerald, D,M.,1980, Morphology and sediment transport patterns at Pamet River Inlet: Truro, MA, GSA Northeastern Section Abstracts with Programs, v. 12, p. 69.

FitzGerald, D.M., and Nummedal, D.,1980, Stratigraphy of ebb-tidal deltas and its relationship to tidal inlet processes, AAPG-SEPM  Abstracts with Programs v. 23, p. 53.

FitzGerald, D.M., 1979, Accretionary shoreline processes at tidal inlets  along the South Carolina coast, AAPG-SEPM  Abstracts with Programs v.22, p. 87.

Nummedal, D., Humphries, S.M., Finley, R., and FitzGerald, D.M.,1977, Hydraulic characteristics of mesotidal inlets in South Carolina, GSA Abstracts with Programs, v.18, p. 217.

Nummedal, D., FitzGerald, D.M.,  and Humphries, S.M.,1976, Hydraulics of sediment transportation in meso-tidal inlets, GSA Northeast-Southeastern Section Abstracts with Programs, v. 17, p. 34.

Hubbard, D.K., Ward, L.G., and FitzGerald, D.M., 1976, Reef morphology and sediment transport: Lucaya, Grand Bahama Island, AAPG-SEPM Abstracts with Programs, v. 19, p. 21.

FitzGerald, D.M., Nummedal, D., and Kana, T., 1976, Sediment transport patterns at Price Inlet, SC, Abstract with Programs. Coastal Engineering, Amer. Soc. of Civil Engineers, Honolulu, HA p. 452.

Hayes, M. O., Hulmes, L.H., FitzGerald, D.M.,  and Wilson,  S.,1976, Geomorphology of Kiawah Island, SC, GSA Northeast-Southeastern Section Abstracts with Programs, v. 16, p. 34.

Brown, P.J., Stephen, M.,  and FitzGerald, D.M., 1975, Variations in South Carolina Barrier Island morphology, in: Abstracts with Programs, Geol. Soc. of Amer., Southeast Meeting, v. 15.

Hayes, M. O., Ray, P., Hubbard, D.K., and FitzGerald, D.M., 1973, Urbanization as a cause of accelerated beach erosion, GSA Abstracts with Programs, v.18, p. 217.

## Invited Talks

2008  "Long-term evolution of wetlands, and modeling capabilities," Estuarine Design and Research Needs Workshop, ERDC-, Sarasota, FL

2007   "Impact of rising sea level on tidal inlets," North Carolina Inlets, Barriers, and Waterways Association, Wilmington, NC

2007   "Impacts of Rising Sea Level to Backbarrier Wetlands, Tidal Inlets, and Barrier Islands: Barataria Bay, Louisiana" Sea Level Rise Symposium, Coastal Sediment 2007, New Orleans, LA

2007   "Response of Backbarrier Wetlands and Barrier Chains to Sea-Level Rise along the Louisiana Coast" Coastal and Hydraulics Laboratory, Vicksburg, MS

       "Sediment transport and Dredging Alternative at the Mouth of the Kennebec River Estuary" Coastal and Hydraulics Laboratory, Vicksburg, MS

2006   "Physical Impacts of Hurricane Katrina," University of the Itajai, Santa Catarina, Brazil

2005   "Sea Level Controls on Sedimentary Regimes: Runaway Transgression in North America and Strand Plain Development in South America," Marine Sciences Research Center, SUNY, Stony Brook, NY.

2005   Keynote Speaker "Monitoring Tidal Inlets at Different Temporal and Spatial Scales," Association of Brazilian Oceanographers, Vitoria, ES, Brazil.

2004   "Tectonic inheritance and evolution of the central Santa Catarina coast, Brazil," Department of Geology and Geophysics, University of New Orleans, LA.

2004   "Sand Delivery and Accumulation Forms Along the Coast And Inner Continental Shelf in the Gulf of Maine, University of the Itajai, Santa Catarina, Brazil.

2004   "Strand plain development as a function of Cretaceous tectonics, local and continental sediment sources, and multiple transgressions and regressions in southern Brazil," Naval Research Laboratory, Stennis, Mississippi.

2004   "Accelerated sea level rise and its potential effects on barrier coasts of the world," Geology and Geophysics, Woods Hole Oceanographic Institution, Woods Hole, MA.

2004   "Model of barrier island and tidal inlet dynamics in a regime of accelerated sea-level rise," Marine and Environmental Systems, Florida Institute of Technology, Melbourne, FL.

2003   "Sediment transport trends in riverine-dominated estuaries: New England," Federal Department of Geology, University of Parana, Parana, Brazil.

2003   "Rising sea level and wetland loss and their effects on tidal exchange and sand sequestration at ebb-tidal deltas: Barataria Bay, Louisiana" Department of Geology and Geophysics, University of New Orleans, LA.

2003   "Geology and coastal processes of the Boston Harbor Islands" Boston Harbor Islands Biodiversity Seminar, MIT Sea Grant College, Cambridge, MA.

2002   "Coastal depositional systems and sedimentation processes" Four Lecture Series, University of the Itajai Valley -Itajai, Santa Catarina, Brazil.

2000   "Effects of spring freshets on hydraulics and sediment transport in estuaries" Department of Geology, University of Kuwait, Kuwait.

2000   "Rising sea level and effects on tidal inlets and adjacent shorelines" Rice University, NSF Workshop on Sea Level Rise, Houston, TX.

2000   Keynote Speaker "Coastal processes and geomorphic change at Popham Beach, ME," State-of-Maine's Beaches Symposium, Sea Grant Program, Saco, ME.

2000   "Riverine-associated tidal inlets in northern New England: Sediment transport trends," Coastal Morphodynamics Symposium, Woods Hole Oceanographic Institution, Woods Hole, MA.

1999   Two lectures: "Tidal inlet effects on adjacent barrier islands" and "Inlet sediment bypassing   and the effects of landward bar migrations: An overview" Waterways Experiment Station, Army Corps of Engineers, Vicksburg, MS.

1998   "New England tidal inlets associated with river systems: Application of classic inlet morphodynamics" 29th Annual Binghamton Geomorphology Symposium, Woods Hole, MA.

1998   "Riverine-associated tidal inlets in northern New England: Sediment transport trends,   University of North Carolina at Wilmington, NC.

1993   "Stratigraphy and evolution of barrier systems along the northern New England coast" University of Southern Maine, Gorham, ME.

1991   "Sediment dynamics during high energy storms" Department of Geology, Salem State College

1990   "Factors controlling tidal inlet variability along the coast of New England" Department of Geological Sciences, University of Maine, Orono, ME.

1988   "Effects of wave-current interaction on sediment transport" SEPM Coastal Research Group, Houston, TX.

1988   "Tidal Inlets and coastal bays of Massachusetts" NEER's Conference, Woods Hole, MA.

1986   Keynote Talk "Morphology and evolution of tidal inlets" WHOI and CERC/USACOE Sponsored Conference on Hydrodynamics and Sediment Dynamics of Tidal Inlets, Woods Hole, MA.

1984   "Sand Transport at tidal inlets" New England Coastal Engineering Conference, USACOE, Rockport, ME.

1984   "Tidal inlet affects on barrier shorelines" Barrier Island Workshop, USACOE, Nags Head, NC.

1984   "Tidal inlet processes as they pertain to microtidal shorelines" Department of Geology, Suez Canal University, Port Said, Egypt.

1983   Fortieth Meeting of the Coastal Engineering Research Board, Woods Hole Oceanographic Institution, Woods Hole, MA.

1983   Shorelines, Harbors, and Waterways Short Course, Coastal Engineers, Springfield, VA.

1983   Tidal inlets in Massachusetts, Salt Ponds and Tidal Inlets Conference, Massachusetts Coastal Zone Management, Woods Hole Oceanographic Institution, Woods Hole, MA.

1982   "Dynamics of tidal inlet systems in Maine" Department of Geology, University of New Hampshire

1981   Two lectures "Geology of the New England shoreline" and "Tidal inlet processes along South Carolina" Department of Geology and Geophysics, Louisiana State University, Baton Rouge, LA.

1980   "Effects of the Blizzard of 1978" Bridgewater State University, Boston, MA.

1980   "Morphodynamics of tidal inlet shorelines" Rutgers State University, New Brunswick, NJ.

1980   "Sediment transport processes during the large storm events" Department of Geology, Salem State College, MA.

1978   "Effects of the Blizzard of 1978 to the Winthrop Shoreline" Department of Geology, Boston State College, Boston, MA.

1978   "Tidal inlet processes at Price Inlet, South Carolina" Department of Geology, University of New Hampshire, Durham, NH.

1976   "Sediment dynamics along a mesotidal inlet: Price Inlet, SC" Department of Oceanography, University of Maine, Orono, ME.

1976    "A sediment budget at Price Inlet, South Carolina" Department of Geology, Wesleyan University, Middleton, CT.

## Outreach (Specialized Invited Talks and Presentations)

2006   "Impact of Sea-Level Rise and Hurricanes on Salt and Freshwater Marshes," Essex County Community Foundation

2006   "Response of Marshes to Sea-Level Rise and Catastrophic Storms," Massachusetts Audubon Society, Wenham, MA.

2005   "Geologic Evolution of Castle Neck and the Great Marsh and Implications of Sea-level Rise, " Trustees of Reservation, Ipswich, MA.

2003   "Tidal inlet signatures imaged using ground-penetrating radar along a transgressive barrier coast: Duxbury Beach, MA" Boston Society of Civil Engineers, Boston, MA.

2000   "Origin and coastal processes of the Boston Harbor Islands" Boston Harbor Island Symposium Boston, MA.

1999   "Are Northern New England Estuaries Sediment Sinks or Sources?" Boston Society of Civil Engineers, Boston, MA

1994   "Barrier evolution and variability along the New England coast"  New England Waterways Engineers, Boston, MA.

1993   "Morphodynamics, sedimentology, and evolution of barriers in New England" MIT's Boston Bay Group, Cambridge, MA.

1991   "Tidal hydraulics and morphodynamics at Wells and Little River Inlet, Maine" Wells National Estuarine Research Reserve, Wells, ME.

1988   "Tidal hydraulics, morphology, and estuarine processes" Wells National Estuarine Research Reserve, Maine, Wells, ME.

## TEACHING:

## Awards

In 2004  Received *College of Arts and Sciences Outstanding Teaching Award in the College Honors Program*

In 2006  Received *Boston University's Undergraduate Research Opportunity Mentor of the Year award.*

## Boston University (148 courses)

ES 142 Beaches and Shoreline Processes
            (Taught 30 times to an average enrollment of 175 students)
ES HP 142 Beaches and Shoreline Processes
            (Honors section with field component; taught 13 times to an average of 14 students)
GL 201 Coastal Environments, equivalent to MET ES 141 Marine Science
            (Taught 13 times to an average of 25 students)
ES 101 Dynamic Geology
            (Taught once, 50 students)
ES 331 Sedimentology
            (Taught 16 times to an average of 17 students)
GL 503 Marine Geology, equivalent ES 440/640 Marine Geology
            (Taught 4 times to an average of 18 students)
ES 333 Earth Surface Processes
            (Taught 14 times to an average of 20 students)

ES 401, 402  Senior Independent Work
  (15 students)
ES 541 Coastal Processes
  (Taught 20 times to an average of 15 students)
GRS ES 742 Barrier Island and Tidal Inlet Dynamics
  (Taught 5 times to an average of 6 students)
GRS ES 762 Non-marine Terrigenous Clastic Deposits and Processes
  (Taught 4 times to an average of 4 students)
MET ES 141 Marine Science
  (Taught 22 times to an average of 25 students)
MET ES 142 Shoreline Processes and Environments
  (Taught 22 times to an average of 30 students)

## Professional Short Courses Taught

2007 Inlets and Entrances, Coastal Sediments 07, New Orleans, LA. (May, 2007)

2005 Tidal Inlet Systems: Morphodynamics, Hydraulics, and Management Applications, Association of Brazilian Oceanographers, Vitoria, ES, Brazil.

2002 Tectonic Effects on Coastal Depositional Systems University of Itajai, Santa Catarina, Brazil.

2002 Coastal Depositional Systems, Department of Geology and Geophysics, University of New Orleans.

2001 Tidal Inlets and Estuaries, University of North Carolina-Wilmington, NC.

2000 Tidal Inlet Morphodynamics and Sedimentation Processes, University of New Orleans, LA.

1999 Short Course on Tidal Inlets, American Society of Civil Engineers, Coastal Sediment '99, Long Island, NY.

## ADVISING

## Post Doctoral Student

Hughes, Zoe Hydrodynamics and sediment transport in Boston Harbor, MA, 2004-Present.

## PhD Students

### Current:

Hein, Chris Holocene sedimentologic evolution of the Merrimack Embayment inner continental shelf, western Gulf of Maine. Expected graduation: 2010.

Wilson, Carol Dissection of platform marshes by ecophysical processes in response to sea-level rise. Expected graduation: 2011.

### Former:

Johnston, S.J. Sediment transport in tidal channels via bedform migration. PhD thesis in progress, Boston University, Boston, Massachusetts. 237 p., 2007.
  **Present Position:** *Instructor, James Madison University, Harrisonburg, VA*

Argow, B.A. Winter processes on New England salt marshes: implications for wetlands survival in a regime of accelerating sea-level rise. Ph.D., Boston University, Boston, Massachusetts, 289 p., 2006.
  **Present Position:** *Assistant Professor, Geosciences Department, Wellesley College, Wellesley, MA.*

Buynevich, I.V., Fluvial-marine interaction and Holocene evolution of sandy barriers along an indented paraglacial coastline. Ph.D. Dissertation, Boston University, Boston, Massachusetts, 339 p., 2001.
  **Present Position:** *Assistant Scientist, Geology and Geophysics, Woods Hole Oceanographic Institution, Woods Hole, MA.*

van Heteren, S.,   Preserved records of coastal-morphologic and sea-level changes in the stratigraphy of
                   paraglacial barriers. Ph.D. Dissertation, Boston University, Boston, MA, 248 p., 1996.
                   **Present Position:** *Senior Geologist, Netherlands Institute of Applied Geosciences,
                   Utrecht, The Netherlands.*

Fenster, M.S.,   Sand sheet facies: Long Island Sound. Ph.D. Dissertation, Boston University,
                 Boston, Massachusetts, 328 p., 1995.
                 **Present Position:** *Associate Professor, Environmental Studies, Randolph Macon
                 College, Ashland, VA.*

## Masters Students (25)*

**Current:**

Nick Howes, "Impact of wetland loss in Barataria Bay, Louisiana"

Ashley Bolbrock, "Salient evolution and dynamics in Boston Harbor"

**Former:**

Mark Rits, Emily Himmelstoss, Elizabeth Pendleton, Amy Dougherty, Anna Tary, Heidi Crider, Don Hunt,
Sarah Mills, Paul McKinlay, Todd Montello, J. B. Smith, Rapi Som, Mike Hill, Peter Goldschmidt, Chris
Mariano, Craig Fish, Charles Barker, David Sands, Cathy Coffin, Azim Ibrahim, Jonathan Lincoln, Andrew
Magee, Doug Levin, David Sullivan, and Charles Lang.

* Prior to 2000 the Department's preference was to accept Masters students and not Ph.D. students.

## RESEARCH GRANTS ($2.4 million)

### Research Funding

| | | | |
|---|---|---|---|
| 2007-2009 | Determination Of Wave Impacts At Spectacle Island | National Park Service/Island Alliance | $40,000 |
| 2008-2010 | Marsh Sedimentation Study: Boston Harbor Islands National Recreation Area   Sole PI | National Park Service | $250,000 |
| 2007-2009 | Strand plain geometry, stratigraphy, and evolution: Tijucas, Santa Catarina, Brazil   Sole PI | American Chemical Society (PRF) | $90,000 |
| 2007-2008 | Dissection of Platform Marshes by Ecophysical Processes in Response to Sea-Level Rise   PI, Co-PI's Hughes, Mahadevan, Pennings | Dept. of Energy, NICCR Program | $180,000 |
| 2006-2008 | Wave, hydrodynamic, and sediment transport study of the northern Long Island, Boston Harbor, MA   Sole PI | National Park Service/Island Alliance | $197,423 |
| 2006-2007 | Hurricane Impact within the Caernarvon Basin: Wetland Habitat Response and Hydrodynamic Processes | NOAA, Pontchartrain Restoration Program, LA | $95,000 |

| | Sole PI | | |
|---|---|---|---|
| 2005-2007 | Hydrologic Modeling of the Pontchartrain Basin: A Simulation Study to Analyze the Feasibility of Dike and Terrace Construction and Channel Constriction at the intersecti MRGO and Bayou la Loutre to Reduce Saltw; Intrusion, Storm Surge Flooding, and Wetlanc  Sole PI | NOAA, Pontchartrain Restoration Program, LA | $50,752 |
| 2003-2006 | Mechanisms of Sediment Transport in Tidal Inlet Channels  Sole PI | Dept. of Defense Army Waterways Experiment Station | $168,204 |
| 2004-2008 | Documenting sand and gravel deposits on the inner continental shelf: Merrimack Embayment, New England  FitzGerald, Co-PI's: Steve Mabee, Mark Leckie | Mineral Management Service | $105,000 |
| 2003-2008 | Boat Wake Impacts and their Role in Shore Erosion Processes, Boston Harbor Islands National Recreation Area  FitzGerald, Co-PI's: Peter Rosen | National Park Service | $435,710 |
| 2001-2002 | Estuarine Responses to Dredging: Analysis of Sedimentary and Morphological Change in a Back-Barrier Marsh to Aid Local Management Continuation Study  Co-PI with Michele Dionne | NOAA/CICEET | 47,976 |
| 2000-2003 | Geomorphic Investigation of Tidal Inlets: Applications in Coastal Engineering  Sole PI | Department of Defense/Army Waterways Experimental Station | 154,000 |
| 2000-2001 | Acquisition of Near-Surface Geophysical and Sampling Equipment for Earth Surface Processes and Quaternary Stratigraphic Research  FitzGerald, Co-PI's: Dave Marchant, Geoff Abers, Paul Goldberg | NSF-MRI  NSF-MRI Supplemental | 111,692  4,182 |
| 1999-2001 | Estuarine Responses to Dredging: Analysis of Sedimentary and Morphological Change in a Back-Barrier Marsh to Aid Local Management  Co-PI with M. Dionne | NOAA/CICEET | 67,652 |
| 1997-2000 | New Stratigraphic and Evolutionary Models for Complex Barrier Sequences  Sole PI | American Chemical Society | 50,000 |
| 1995-1997 | Sand and Gravel of the Wells, Maine Embayment: Nearshore and Barrier Sediment Volumes and Transport Paths  Sole PI | NOAA, MIT Sea Grant Program | 15,000 |
| 1993-1994 | A Sediment Budget for Maine's Sandy Embayments | NOAA, Maine Sea Grant Program | 9,995 |

|  |  |  |  |
|---|---|---|---|
|  | Sole PI |  |  |
| 1992-1993 | Study of the Surface Water, Suspended Sediments, and Nutrient Influx | Wells Estuarine Research Reserve | 17,503 |
|  | FitzGerald, Co-PI: D.W. Caldwell |  |  |
| 1991-1992 | A Study of Surface Water and Groundwater Discharges to the Wells National Estuarine Research Reserve | NOAA, National Estuarine Research Reserve | 12,384 |
|  | FitzGerald, Co-PI: D.W. Caldwell |  |  |
| 1990-1991 | Foraminiferal characterization of Wells marsh system & stratigraphic study of Wells-Drakes Island-Laudholm barriers | NOAA, National Estuarine Research Reserve | 21,000 |
|  | Sole PI |  |  |
| 1990-1991 | Surface water hydrology of the Wells National Estuarine Research Reserve | NOAA, National Estuarine Research Reserve | 20,000 |
|  | FitzGerald, Co-PI: D.W. Caldwell |  |  |
| 1990-1991 | Sediment budget for Maine's sandy embayment | MIT Sea Grant Program | 6,700 |
|  | Sole PI |  |  |
| 1990 | Investigation of backbarrier tidal channel & shoal evolution at Nauset Beach | U.S. Army Corps of Engineers, Coastal Engineering Research Center | 13,500 |
|  | Sole PI |  |  |
| 1989 | Study of giant sand waves in Long Island Sound | NOAA/NURP | 3,000 Submersible Time |
|  | FitzGerald, Co-PI: C. Baldwin |  |  |
| 1987-1988 | Exploration and Inventory of Sand and Gravel Resources offshore of Boston Harbor | USGS, Minerals Management Service | 22,535 |
|  | FitzGerald, Co-PI: C. Baldwin |  |  |
| 1987-1988 | New Methodology for determining the Flux and Geometry of Septic System Plumes | EPA | 10,000 |
|  | FitzGerald: Co-PI's: Caldwell, Baldwin |  |  |
| 1987-1988 | Long Island Sound: Seasonal Investigation of Bedforms and Animal/Sediment Interactions | NOAA/NURP | 6,097 Submersible Time |
|  | FitzGerald, Co-PI |  |  |
| 1987-1988 | Investigation of Large Tidal Inlets/Estuaries in Maine | UME/MIT Sea Grant Program | 11,000 |
|  | FitzGerald, Co-PI: Ken Fink |  |  |
| 1987-1988 | Hydraulic and Sediment Transport Study of the Webhannet River Estuary | NOAA/Marine Sanctuary Program | 10,000 |
|  | Sole PI |  |  |
| 1987-1988 | Sedimentation and Hydraulic Study of Little River Estuary | NOAA/Marine Sanctuary Program | 10,000 |
|  | Sole PI |  |  |
| 1986-1987 | Sand circulation at the mouth of the Kennebec River | NOAA, MIT Sea Grant Program | 3,000 |
|  | FitzGerald, Co-PI: Ken Fink |  |  |

| | | | |
|---|---|---|---|
| 1986-1987 | Continuation of Pollution Study of Buttermilk Bay, MA<br><br>FitzGerald, Co-PI's: D.W. Caldwell, Chris Baldwin | EPA | 10,000 |
| 1985-1986 | Study of seismic stratigraphy and Holocene evolution of Plymouth Bay<br><br>FitzGerald, Co-PI: Chris Baldwin | United States Geological Survey, Minerals Management Service | 22,000 |
| 1985-1986 | Pollution study of Buttermilk Bay, MA<br><br>FitzGerald, Co-PI's: D.W. Caldwell, Chris Baldwin | EPA | 24,000 |
| 1985-1986 | Submersible study sand wave dynamics of Long Island Sound<br><br>FitzGerald, Co-PI: Chris Baldwin | NOAA/NURP Program | 9,000 Submersible Time |
| 1984-1985 | Study of seismic stratigraphy and Holocene evolution off Nantasket Beach<br><br>Sole PI | United States Geological Survey, Minerals Management Service | 21,000 |
| 1984-1985 | Study of Morpho-dynamics of Scarboro and Kennebec River Estuaries, Maine<br><br>FitzGerald, Co-PI: Ken Fink | NOAA, Maine Sea Grant Program | 12,000 |
| 1983-1985 | Relationships between Maine's moderate to large tidal inlets and beach systems<br><br>FitzGerald, Co-PI: Ken Fink | NOAA, Maine Sea Grant Program | 30,000 |
| 1983-1984 | Pollution study of Westport River Estuary<br><br>FitzGerald, Co-PI's: Chris Baldwin, D. W. Caldwell | Town of Westport | 25,000 |
| 1982-1984 | Hydraulic and morphologic Investigation of small sized tidal inlets in southern Maine<br><br>Co-PI with Ken Fink | NOAA, Maine Sea Grant Program | 21,000 |
| 1982-1983 | Investigation of Shoaling Problems at Slocum River Inlet, South Dartmouth, MA<br><br>Sole PI | Coastal Zone Management | 18,200 |
| 1981-1982 | Coastal Hazards Study of Massachusetts South Shore<br><br>Sole PI | Coastal Zone Management | 18,000 |
| 1980-1981 | Investigation of Shoaling Problems at Bass River Inlet<br><br>Sole PI | Coastal Zone Management | 14,000 |
| 1980-1981 | Study of Reverse Deltas in Maine<br><br>Sole PI | Graduate School Seed Grant | 1,800 |
| 1979-1980 | Shoaling Study of Winthrop Harbor, MA<br><br>Sole PI | Coastal Zone Management | 18,000 |
| 1979-1980 | Westport River Inlet and Beach System Study, Westport, MA<br><br>Sole PI | Coastal Zone Management | 17,600 |
| 1978-1979 | Yirrell Beach Erosion Study | Coastal Zone Management | 18,000 |

Sole PI

## UNIVERSITY SERVICE

| | |
|---|---|
| Chair | 1982-1987 |
| Acting Chair | 1995 |
| Director of Undergraduate Studies | 1993-1996 |
| Advisory Committee for Remote Sensing | 1988 |
| Buck Committee | 1988-1992 |
| University Council (alternate) | 1988-1989 |
| National Science Olympiad Committee | 1988-1989 |
| Academic Conduct Committee | 1989-1990 |
| Selection Committee for Waquoit Bay Fellowship | 1993-1994 |
| Case-Melville Scholarship Committee | 1994 |
| Boston University Spring Phonathon | 1994-2003 |
| Joint Committee on Admissions for Seven-Year Liberal Arts/Medical Education Program | 1994-present |
| Academic Conduct Committee` | 2003-present |
| Earth Science Liaison to School of Education, Masters of Arts in Teaching Science | 2004-present |
| Advisory Board for Office of Registration Programs | 2005-2006 |
| Natural Science Curriculum Committee | 2006-present |