## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | § § | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (Burks, No. 06-4173) | § § § § | MAG. WILKINSON |

## MOTION TO SET STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, comes defendant, CitiMortgage, Inc. ("CitiMortgage"), who respectfully moves this Honorable Court to set a status conference, pursuant to Case Management and Scheduling Order No. 4 (#3299), to discuss issues pertaining to a Motion for Summary Judgment that CitiMortgage intends to file. The particular purpose of the conference will be to attempt to resolve the issues to be addressed by CitiMortgage in its proposed Motion.

WHEREFORE, CitiMortgage prays that the Court schedule a status conference to discuss the issues to be addressed in CitiMortgage's proposed Motion for Summary Judgment.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


BY:   /s/Tyler Weidlich           _____
      KENT A. LAMBERT (No. 22458)
      ANNE DERBES WITTMANN (No. 20584)
      TYLER L. WEIDLICH (No. 30790)
      201 St. Charles Avenue, Suite 3600
      New Orleans, Louisiana  70170
      Telephone:  (504) 566-5200
      Facsimile:  (504) 636-4000
      klambert@bakerdonelson.com

**ATTORNEYS FOR CITIMORTGAGE, INC.**


## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.


      /s/Tyler Weidlich           _____