UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-05206 (Debra Adams, et al vs. State Farm Fire and Casualty Company, etc.) | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that counsel for Plaintiffs Debra Adams, et al, will bring on for hearing the attached Motion for Leave to File Plaintiff's Second Amended Complaint, Rule 15 Fed. R. Civ. P., before Magistrate Judge Joseph C. Wilkinson, Jr., United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on May 21, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard.

Dated: April 30, 2008                    Respectfully submitted,

S/Stuart Barasch
STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279
Email: sblawoffice@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 30, 2008, the foregoing document, was file electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                S/Stuart Barasch
                                                STUART T. BARASCH