UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES              CIVIL ACTION
CONSOLIDATED LITIGATION

                                          NO. 05-4182 K - (2)

PERTAINS TO: INSURANCE                    JUDGE DUVAL
07-09768 (Bruce Gaubert, et al vs. State
Farm Fire and Casualty Company, etc.)     MAGISTRATE WILKINSON

NOTICE OF HEARING

        PLEASE TAKE NOTICE that counsel for Plaintiffs Bruce Gaubert, et al, will bring

on for hearing the attached Motion for Leave to File Plaintiff's First Amended Complaint,

Rule 15 Fed. R. Civ. P., before Magistrate Judge Joseph C. Wilkinson, Jr., United States

Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on May 21, 2008, at 11:00

a.m., or as soon thereafter as counsel may be heard.

Dated: April 30, 2008                     Respectfully submitted,


                                          S/Stuart Barasch
                                          STUART BARASCH
                                          Attorney for Plaintiffs
                                          HURRICANE LEGAL CENTER
                                          910 Julia Street
                                          New Orleans, LA 70113
                                          Tel. (504) 525-1944
                                          Fax (504) 525-1279
                                          Email: sblawoffice@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that, on April 30, 2008, the foregoing document, was file electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                                        S/Stuart Barasch
                                        STUART T. BARASCH