MINUTE ENTRY
WILKINSON, M. J.
APRIL 29, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Pecquet</u>, 06-4718 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in the referenced case, <u>George Pecquet et al. v. Standard Fire Ins. Co.</u>, C.A. No. 06-4718 c/w 05-4182, on this date before the undersigned magistrate judge. Participating were Remy Starns, representing plaintiffs and Douglas Longman, representing defendant (via telephone).

Counsel reported that all discovery and trial preparation have not yet been completed. Settlement possibilities were discussed. The case is not currently in a posture to settle.

In addition, it appears from the oral representations of counsel that this is <u>not</u> a case that might benefit from further consolidated treatment with other cases in the Insurance umbrella of the captioned consolidated litigation. Now that the Louisiana Supreme Court has rendered its decision in <u>Sher</u> concerning the flood exclusion in a manner consistent with the Firth Circuit's decision on the same legal issue in the captioned consolidated litigation, there

MJSTAR:  0 : 15

is no reason for the Pecquet case to remain in the consolidated litigation. Accordingly, having conferred with Judge Duval, who agrees with the actions contained herein in these circumstances,

**IT IS ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 06-4718 on the docket of C.A. No. 06-4718, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section B(1), where it was originally allotted before its transfer to this consolidated litigation, for future proceedings in Section B(1).

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. IVAN L.R. LEMELLE**