UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| | * | |
| LEVEE  (Sims 06- 5116) | * | |
| (DePass 06-5127) | * | SECTION K |
| (Ferdinand 06-5132) | * | |
| (Bourgeois 06-5131) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | MAGISTRATE KNOWLES |
| ************************************ | | |

## ORDER

Considering Plaintiffs Motion for Leave to File Amicus Memorandum in Support of Bertholot's Motion for New Trial,

**IT IS ORDERED** that said Motion is hereby GRANTED.

This ___30th___ day of _____April_____, 2008, at NEW ORLEANS, Louisiana.

_____
Honorable Stanwood R. Duval, Jr.
J U D G E

W372055