UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (07-1611) | |

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through under signed counsel, come plaintiff, Louis and Martha Germanis, and defendant, Republic Fire And Casualty Insurance Company, and respectfully submit to this Honorable Court that a settlement of all claims has been reached in this matter, and that plaintiff wishes to dismiss any and all claims against defendant, Republic Fire And Casualty Insurance Company, with prejudice, with each party to bear its own costs.

| | |
|---|---|
| **FEINGERTS & KELLY, PLC**<br>**Bruce L. Feingerts, Esq. - 5499**<br>365 Canal Street, Suite 2700<br>New Orleans, LA  70130<br>Telephone: 504-568-1515<br>Facsimile: 504-568-1521<br><br>BY: **/s/ Bruce L. Feingerts**<br>     **Bruce L. Feingerts – 5499**<br><br>**ATTORNEYS FOR LOUIS AND MARTHA GERMANIS (e-filed with counsel's express approval and permission)** | **LARZELERE PICOU WELLS**<br>   **SIMPSON LONERO, LLC**<br>Suite 1100 - Two Lakeway Center<br>3850 N. Causeway Boulevard<br>Metairie, LA   70002<br>Telephone: 504-834-6500<br>Facsimile:  504-834-6565<br><br>BY:    **/s/ Mary K. Dennard**<br>     **Jay M. Lonero - 20642**<br>     **jlonero@lpw-law.com**<br>     **Christopher R. Pennison - 22584**<br>     **cpennison@lpw-law.com**<br>     **Mary K. Dennard  - 18285**<br>     **mdennard@lpw-law.com**<br>     **Angie Arceneaux Akers - 26786**<br>     **aakers@lpw-law.com**<br><br>**ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY** |

                                    **AND**

| | |
|---|---|
| **ROBICHAUX LAW FIRM**<br>**J. Van Robichaux, Jr., Esq. - 11338**<br>71234 Hendry Avenue<br>Covington, LA  70433<br>Telephone: 985-809-0620<br>Facsimile: 985-892-5085<br><br>**CONNICK AND CONNICK, LLC**<br>**William P. Connick, Esq. - 14158**<br>2551 Metairie Road<br>Metairie, LA  70005<br>Telephone: 504-838-8777<br>Facsimile: 504-838-9903 | **ALLAN BERGER & ASSOCIATES, PLC**<br>**Allan Berger, Esq. - 2977**<br>4173 Canal Street<br>New Orleans, LA  70119<br>Telephone: 504-486-9481<br>Facsimile: 504-483-8130<br><br>**MICHAEL HINGLE & ASSOCIATES,**<br>**LLC Michael Hingle, Esq. - 6943**<br>**Paul Hesse, Esq. - 22796**<br>220 Gause Blvd.<br>Slidell, LA  70458<br>Telephone: 985-641-6800<br>Facsimile: 985-646-1471 |

| | |
|---|---|
| **PATRICK G. KEHOE, JR., APLC**<br>**Patrick G. Kehoe, Jr., Esq. - 14419**<br>833 Baronne Street<br>New Orleans, LA  70113<br>Telephone: 504-588-1110<br>Facsimile: 504-588-1954 | **LESTELLE & LESTELLE, APLC**<br>**Terrence J. Lestelle, Esq. - 08540**<br>**Andrea S. Lestelle, Esq. - 08539**<br>**Jeffery B. Struckhoff, Esq. - 30173**<br>3421 N. Causeway Blvd., Suite 602<br>Metairie, LA  70002<br>Telephone: 504-828-1224<br>Facsimile: 504-828-1229 |
| **UNGAR & BYRNE, APLC**<br>**Randy J. Ungar, Esq. - 12387**<br>365 Canal Street, Suite 2520<br>New Orleans, LA  70130<br>Telephone: 504-566-1616<br>Facsimile: 504-566-1652 | **ROY F. AMEDEE, JR.**<br>**Roy F. Amedee, Jr., Esq. - 2449**<br>228 St. Charles Avenue, Suite 801<br>New Orleans, LA  70130<br>Telephone: 504-592-3222<br>Facsimile: 504-592-8783 |

**ATTORNEYS FOR LOUIS AND MARTHA GERMANIS**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of April, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Mary K. Dennard*