UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * and consolidated cases |
| *THIS PLEADING APPLIES TO:* <br> **BARGE** <br> *Parfait v. USA*   C.A. No. 07-3500 | * <br> * SECTION "K" (2) <br> * <br> * JUDGE STANWOOD R. DUVAL, JR. <br> * <br> * MAG. JUDGE JOSEPH C. WILKINSON, JR. <br> * |

### CONSENT MOTION TO CONTINUE HEARING

**NOW INTO COURT**, through undersigned counsel, comes defendant Lafarge North America Inc. ("LNA"), who requests that hearing on defendant Southeast Louisiana Flood Protection Authority – East's Motion to Dismiss for Failure to State a Claim for Which Relief Can be Granted, currently set for May 2, 2008 at 9:30 a.m., be continued to May 28, 2008 at 9:30 a.m.

Undersigned counsel certifies that counsel for defendant Southeast Louisiana Flood Protection Authority – East has been contacted and has consented to the filing of this motion and to the relief requested herein.

1116238-1

Respectfully submitted,

/s/ *Robert B. Fisher, Jr.*
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
fisher@chaffe.com
walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 30th day of April, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

/s/ *Robert B. Fisher, Jr.*