UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| *THIS PLEADING APPLIES TO:*<br>**BARGE**<br>*Parfait v. USA*   C.A. No. 07-3500 | *<br>* SECTION "K" (2)<br><br>* JUDGE STANWOOD R. DUVAL, JR.<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

### ORDER

Considering the foregoing motion,

IT IS ORDERED that the hearing on Southeast Louisiana Flood Protection Authority-East's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted, originally set for May 2, 2008 at 9:30 a.m., be reset to May 28, 2008 at 9:30 a.m.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
JUDGE

1116238-1