UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (06-6866) | |

## ORDER

Considering the foregoing *Joint Motion for Voluntary Dismissal with Prejudice*;

**IT HEREBY IS ORDERED, ADJUDGED AND DECREED** that all allegations, claims and/or causes of action brought on behalf of plaintiff, Gail N. Hunter, against defendant, Republic Fire And Casualty Insurance Company, in the above-numbered and captioned matter be and they are hereby dismissed, with prejudice, with each party to bear its own costs.

**THUS DONE AND SIGNED** on this _____ day of _____ 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA**