**PRODUCTION LOG**
In re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EFP | 610 | EFP-610-000000001 | EFP-610-000000385 | USACE; ERDC; ITL | Edward L Huell; Milton D Richardson | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab; Shared Drive |
| EFP | 611 | EFP-611-000000001 | EFP-611-000000005 | USACE; ERDC; GSL | Reed Mosher | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 613 | EFP-613-000000001 | EFP-613-000000051 | USACE; ERDC; GSL | Don E Yule | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 612 | EFP-612-000000001 | EFP-612-000002344 | USACE; ERDC; CEERD-PA | Wayne Stroupe | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Public Affairs Office |
| EFP | 614 | EFP-614-000000001 | EFP-614-000005636 | USACE; ERDC; ITL | Edward L Huell; Milton D Richardson | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab; Shared Drive |
| EFP | 615 | EFP-615-000000001 | EFP-615-000006658 | USACE; ERDC; GSL | Don E Yule | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EFP | 616 | EFP-616-000000001 | EFP-616-000004983 | USACE; ERDC; GSL | Reed Mosher | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Geotechnical and Structures Lab |
| EHP | 002 | EHP-002-000000001 | EHP-002-000001344 | USACE; ERDC; ITL | Harvey W Jones; Milton D Richardson | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab; Shared Drive |

**PRODUCTION LOG**
In re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EHP | 001 | EHP-001-000000001 | EHP-001-000003507 | USACE; ERDC; ITL | Laurel T Gorman; James T Wilson; Milton D Richardson | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Information Technology Lab; Shared Drive |
| ETP | 001 | ETP-001-000000001 | ETP-001-000010813 | USACE; ERDC; GWOT | James Houston; Jeffery Holland; Thomas McGill | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from ERDC; Shared Drive |
| HFP | 209 | HFP-209-000000001 | HFP-209-000000257 | USACE; MVD; MVN; CEMVN-HPO | Kim Avery | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Hurricane Protection Office |
| HFP | 211 | HFP-211-000000001 | HFP-211-000001348 | USACE; MVD; MVN; CEMVN-HPO | Wayne J Naquin | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Hurricane Protection Office |
| HFP | 213 | HFP-213-000000001 | HFP-213-000002770 | USACE; MVD; MVN; CEMVN-HPO | Frank Vojkovich | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Hurricane Protection Office |
| OFP | 161 | OFP-161-000000001 | OFP-161-000000002 | USACE; MVD; MVN; CEMVN-OD-H | Timothy Connell | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Operations Department |
| OFP | 163 | OFP-163-000000001 | OFP-163-000000013 | USACE; MVD; MVN; CEMVN-OD-G | Michelle Daigle | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Operations Department |
| OFP | 166 | OFP-166-000000001 | OFP-166-000000607 | USACE; MVD; MVN; CEMVN-OD-T | Linda G Mathies | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Operations Department |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| OFP | 168 | OFP-168-000000001 | OFP-168-000188529 | USACE; MVD; MVN; CEMVN-OD-H | Hasan Pourtaheri | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Operations Department |
| OFP | 167 | OFP-167-000000001 | OFP-167-000009844 | USACE; MVD; MVN; CEMVN-OD-T | Michael Sullivan | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Operations Department |
| PFP | 172 | PFP-172-000000001 | PFP-172-000004800 | USACE; MVD; MVN; CEMVN-PM-RS | Sean P Mickal | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Project Management Department |
| RFP | 314 | RFP-314-000000001 | RFP-314-000003519 | USACE; MVD; MVN; CEMVN-ED-FS | Richard B Pinner | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| RFP | 315 | RFP-315-000000001 | RFP-315-000002040 | USACE; MVD; MVN; CEMVN-ED-HD | David J Vossen | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| RFP | 311 | RFP-311-000000001 | RFP-311-000000361 | USACE; MVD; MVN; CEMVN-ED-SS | Reuben Mabry | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| RFP | 313 | RFP-313-000000001 | RFP-313-000000078 | USACE; MVD; MVN; CEMVN-ED-E | Gary Hawkins | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| RFP | 316 | RFP-316-000000001 | RFP-316-000000015 | USACE; MVD; MVN; CEMVN-ED-SS | Reuben Mabry | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |

PRODUCTION LOG
In re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| RFP | 317 | RFP-317-000000001 | RFP-317-000007186 | USACE; MVD; MVN; CEMVN-ED-H | Nancy J Powell | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| RFP | 318 | RFP-318-000000001 | RFP-318-000000352 | USACE; MVD; MVN; CEMVN-ED-HC | Harley S Winer | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Engineering Department |
| SFP | 023 | SFP-023-000000001 | SFP-023-000003489 | USACE; MVD; MVN; CEMVN-SS | David V Stutts | KC739 | 4/30/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from MVN; Safety and Security Office |