UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182 K - (2)

PERTAINS TO: INSURANCE                JUDGE DUVAL
07-5199 (Rafael & Dioigna Acevedo v.
Hartford Insurance Company)           MAGISTRATE WILKINSON

NOTICE OF HEARING

PLEASE TAKE NOTICE that counsel for Plaintiffs Rafael & Dioigna Acevedo, et

al, will bring on for hearing the attached Motion for Leave to File Plaintiff's Second

Amended Complaint, Rule 15 Fed. R. Civ. P., before Magistrate Wilkinson, United States

Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on May 21, 2008, at 11:00

a.m., or as soon thereafter as counsel may be heard.

Dated: April 30, 2008                 Respectfully submitted,


                                      S/Stuart Barasch
                                      STUART BARASCH
                                      Attorney for Plaintiffs
                                      HURRICANE LEGAL CENTER
                                      910 Julia Street
                                      New Orleans, LA 70113
                                      Tel. (504) 525-1944
                                      Fax (504) 525-1279
                                      Email: sblawoffice@aol.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 30, 2008, the foregoing document, was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing (ECF) system.  Parties may access this filing through the Court's system.

S/Stuart Barasch
STUART BARASCH