UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-5205 (Chudd and Arvis Abram v.<br>Hartford Insurance Company). | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

PLAINTIFF'S MOTION FOR LEAVE TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT, RULE 15 FED. R. CIV. P.

NOW INTO COURT, through undersigned counsel, comes Chudd and Arvis Abram, et al, who respectfully moves this Court for an Order of Leave to file Plaintiff's Second Amended Complaint. Opposing counsel has not consented to this amendment. Under Local Rule 7.4.1M no accompanying memorandum is necessary.

WHEREFORE, Plaintiffs request that it be granted leave to file, accordingly.

Dated: April 30, 2008                    Respectfully submitted,

                                         S/Stuart Barasch
                                         STUART BARASCH
                                         Attorney for Plaintiffs
                                         HURRICANE LEGAL CENTER
                                         910 Julia Street
                                         New Orleans, LA 70113
                                         Tel. (504) 525-1944
                                         Fax (504) 525-1279
                                         Email: sblawoffice@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on April 30, 2008, the foregoing document, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing (ECF) system. Parties may access this filing through the Court's system.

                                            S/Stuart Barasch
                                            STUART BARASCH