UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE<br>07-04459 (Robert Adams, et al v. State<br>Farm Fire and Casualty Company, etc.) | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT

Federal Rule of Civil Procedure 15(2) provides that other amendments, a party may amend its pleadings only with the opposing party's written consent or the Court's leave and that the court should freely give leave when justice so requires.  Plaintiffs move this court for leave to amend.

Dated: April 30, 2008

Respectfully submitted,

S/Stuart Barasch
STUART BARASCH
Attorney for Plaintiffs
HURRICANE LEGAL CENTER
910 Julia Street
New Orleans, LA 70113
Tel. (504) 525-1944
Fax (504) 525-1279
Email: sblawoffice@aol.com

CERTIFICATE OF SERVICE

     I hereby certify that, on April 30, 2008, the foregoing document, was file electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            S/Stuart Barasch
                                            STUART T. BARASCH