UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 K - (2)

PERTAINS TO: INSURANCE      JUDGE DUVAL
07-05204 (Catherine Allen-Perkins, et al vs.
State Farm Fire and Casualty Company, etc.)      MAGISTRATE WILKINSON

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint:

IT IS SO ORDERED that Plaintiff's First Amended Complaint is filed.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
HONORABLE JOSEPH C. WILKINSON, JR.