UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO EXTEND PLAINTIFFS' EXPERT REPORT DUE DATE

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, who move this Court to extend the Plaintiffs' expert report due date.

On March 19. 2008, the Court instituted deadlines associated with expert productions. (See Record Document No. 11677). In that order, the Court established the Plaintiffs' expert report due date as May 1, 2008. Since that time, plaintiffs and their experts have worked diligently to comply with this date. However, circumstances outside of their control have reduced capacity to meet this deadline.

For the reasons specified on the attached Memorandum in Support, Plaintiffs move this Court to extend the Plaintiffs' expert report due date.

**Respectfully Submitted,**

APPROVED PLAINTIFFS LIAISON COUNSEL

   /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of April, 2008.


                                                    /s/ Joseph M. Bruno
                                                    Joseph M. Bruno