UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

******************************************************************************

## RULE 37.1 CERTIFICATE

Counsel have conferred in person or by telephone for purposes of amicably resolving the issues and despite substantial discussion, were unable to agree to jointly submit the Motion for Extension fo Plaintiffs' Expert Report Due Date.

**Respectfully Submitted,**
APPROVED PLAINTIFFS LIAISON COUNSEL

  /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of April, 2008.

                                                             /s/ Joseph M. Bruno

                                                             Joseph M. Bruno