UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        *          CIVIL ACTION
CONSOLIDATED LITIGATION              *          NUMBER: 05-4182 "K"(2)
                                     *          JUDGE DUVAL
                                     *          MAG. WILKINSON
                                     *
                                     *
PERTAINS TO: MRGO, Robinson          *
(No. 06-2268)                        *
********************************************************************************

### ORDER

Having considered the Plaintiffs' Motion to Extend the Plaintiffs' Expert Report Due Date, the Court deems that the Motion should be GRANTED, thereby extending the Plaintiffs' expert report due date for six weeks.

Alternatively, if the Court does not approve the six week extension, the Court will establish a telephone status conference for the purpose of selecting a different extension period, to be held on the _____ day of _____, 2008.

SO ORDERED.

Dated: _____, 2008        _____
                                     U.S. DISTRICT COURT JUDGE