UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
| 07-08622 (Rhonda Moore, et al vs. State Farm Fire and Casualty Company, etc.) | MAGISTRATE WILKINSON |

ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint:

IT IS SO ORDERED that Plaintiff's Second Amended Complaint is filed.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
HONORABLE JOSEPH C. WILKINSON, JR.