UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 K - (2) |
| PERTAINS TO: INSURANCE 07-08623 (Augustos Woniger, et al vs. State Farm Fire and Casualty Company, etc.) | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

### STATEMENT OF OBJECTION

Opposing counsel objects to the filing of the amending complaint.

Dated: April 30, 2008                    Respectfully submitted,


                                         S/Stuart Barasch
                                         STUART BARASCH
                                         Attorney for Plaintiffs
                                         HURRICANE LEGAL CENTER
                                         910 Julia Street
                                         New Orleans, LA 70113
                                         Tel. (504) 525-1944
                                         Fax (504) 525-1279
                                         Email: sblawoffice@aol.com

1

CERTIFICATE OF SERVICE

I hereby certify that, on April 30, 2008, the foregoing document, was file electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    S/Stuart Barasch
                                                    STUART T. BARASCH