UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

*************************************************************************

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING OF THE MOTION TO EXTEND PLAINTIFFS' EXPERT REPORT DUE DATE (Doc. NO 12909)

**NOW INTO COURT,** through undersigned counsel, Plaintiffs in the above referenced case, who respectfully moves this Honorable Court for an Order granting an expedited hearing of its Motion to Extend Plaintiffs' Expert Report Due Date (Doc. 12909), for the following reasons:

On March 19. 2008, the Court instituted deadlines associated with expert productions. (See Record Document No. 11677). In that order, the Court established the Plaintiffs' expert report due date as May 1, 2008. Since that time, plaintiffs and their experts have worked diligently to comply with this date. However, circumstances outside of their control have reduced capacity to meet this deadline.

For the reasons specified in the Memorandum in Support, Plaintiffs will move this Court to extend the Plaintiffs' expert report due date.

In order to do so in a timely fashion, an expedited hearing on May 1, 2008 is essential.

**WHEREFORE**, Plaintiffs pray that an expedited hearing be set for May 1, 2008.

**Respectfully Submitted,**

APPROVED PLAINTIFFS LIAISON COUNSEL

   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of April, 2008.

   /s/ Joseph M. Bruno
Joseph M. Bruno