UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

**********************************************************************

## **ORDER**

Having considered the Plaintiffs' Motion for Expedited Hearing on its' Motion to Extend Plaintiffs' Expert Report Due Date (Doc. 12909), the Court deems that the Motion should be GRANTED, thereby allowing for an expedited hearing on May 1, 2008 at ____ o'clock ___.m.

SO ORDERED.

Dated: _____, 2008          _____
                                       U.S. DISTRICT COURT JUDGE