# United States District Court

## EASTERN DISTRICT OF LOUISIANA

**RETURN**

MONICA ROBINSON

v.

THE UNITES STATES OF AMERICA and
THE UNITED STATES ARMY CORPS OF
ENGINEERS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08-1707**

**SECT. K MAG. 2**

TO: United States of America
C/O Jim Letten
US Attorney, Eastern Dist. Of La.
501 Magazine Street, 2nd Floor
New Orleans, LA 70130-33133

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pierce O'Donnell
O'Donnell & Mortimer LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  LORETTA G. WHYTE        DATE  APR 2 1 2008

(BY) DEPUTY CLERK  [signature]

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 4-30-08 |
| Name of SERVER (PRINT) Jonathan B. Andry | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served via Certified Mail Art. # 7007 1490 0000 5219 4755 April 22, 2008 - Received by T. Santos on April 24, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-30-08
             Date

Signature of Server

610 Baronne Street, New Orleans, LA 70113
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.