Apr 29 2008  16:28        P.02
Apr 29 2008  14:37

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ——————

**RETURN**

Rafael & Dioigna Acevedo, et al **SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 07 cv 5199  "k" (2)

( Consolidated with 05-4182)

AAA Insurance, et al

SERVED ON
JAY DARDENNE

DEC 06 2007

SECRETARY OF STATE
COMMERCIAL DIVISION

TO: (Name and address of defendant)

Church Mutual

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stuart Barasch
Hurricane Legal Center
910 Julia St.
New Orleans, LA, 70113
504-525-1944

2008 APR 29 PM 2: 53
SECRETARY OF STATE

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

LORETTA G. WHYTE                    DEC ~ 5 2007
CLERK                                                  DATE

B. Greagry
(BY) DEPUTY CLERK

Apr 29 2008  16:29      P.03
Apr 29 2008  14:37

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    ~~SERVED ON~~
Date                       JAY DARDENNE

DEC 06 2007

SECRETARY OF STATE
COMMERCIAL DIVISION

_Signature of Server_

8549 United Plaza Blvd
_Address of Server_

Baton Rouge, LA 70809

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

```
                                    Apr 29 2008  16:29      P.04


                    Print Key Output                      Page   1
        5722SS1 V5R3M0 040528           LASOS         04/29/08  13:38:59

        Display Device  . . . . . : BD1126A
        User  . . . . . . . . . . : JULNES

     SOPDSP3          Display Letter of Transmittal Info           4/29/08

     File Number: 677863
     Insurance Company . . . . CHURCH MUTUAL INSURANCE COMPANY
                               MR. ROBERT L. HAMMONS
                               1111 SOUTH FOSTER DR., STE. C
                               P. O. BOX 65236
                               BATON ROUGE, LA  70896
     Received date: 12/06/07  Received time:  3:00 PM   Mailed date: 12/07/07
     Transmittal type: C      Suit or Civil Action No.: 075199
     S=Suit  C=Civil Action
     Court name . . . . . . UNITED STATES DISTRICT COURT
     Court location . . . . . EASTERN DISTRICT OF LOUISIANA
     Plaintiff . . . . . . . RAFAEL & DIOIGNA ACEVEDO, ETAL
     Defendant . . . . . . . . AAA INSURANCE, ETAL
     Served on . . . . . . . JAY DARDENNE
     Served by/title . . . . . ANGELA N. PICHON          PROCESS SERVER

     Check No.: 1348    Date: 120607 By: HURRICANE LEGAL CTR. Amount:   25.00
     Initials: RG    Suit type: R   R=Regular P=Pauper F=Free
     Other description as needed: $1,000.00
     Return Receipt Date:  0/00/00
     Return Receipt #:  70070710000280152330        Press Enter to continue
```