Apr 29 2008  16:30      P.08
Apr 29 2008  14:36

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

Rafael v. Dioigna Acevedo, et al

**RETURN SUMMONS IN A CIVIL CASE**

v.

AAA Insurance, et al

CASE NUMBER: 07cv 5199 "K" (2)
(Consolidated with 05-4182)

TO: (Name and address of defendant)

Markel International

SERVED ON JAY DARDENNE
DEC 06 2007
SECRETARY OF STATE
COMMERCIAL DIVISION

2008 APR 29 PM 2:53
SECRETARY OF STATE

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stuart Barasch
Hurricane Legal Center
910 Julia St.
New Orleans, LA 70113
504-525-1944

an answer to the complaint (Amended) which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

B. Gregor
(BY) DEPUTY CLERK

DEC - 5 2007
DATE

Apr 29 2008  16:30     P.09
Apr 29 2008  14:36

AO 440 (Rev. 10/93) Summons In a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein:
Name of person with whom the summons and complaint were left: _____

☑ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **SERVED ON**
              **JAY DARDENNE**

              DEC 0 6 2007

              SECRETARY OF STATE
              COMMERCIAL DIVISION

Signature of Server: [signed] Day Dademore

Address of Server: 8549 United Plaza Blvd
Baton Rouge, VA 70809

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
                                             Apr 29 2008  16:30      P.10


                       Print Key Output                              Page   1
       5722SS1 V5R3M0 040528                LASOS          04/29/08  13:38:21

          Display Device . . . . . : BD1126A
          User . . . . . . . . . . : JULNES

       SOPDSP3          Display Letter of Transmittal Info           4/29/08

       File Number: 677871
       Insurance Company . . . . MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED
                                 SHAND, MORHAN & CO. INC.
                                 10 PARKWAY NORTH
                                 DEERFIELD, IL  60015

       Received date: 12/06/07  Received time:  3:00 PM   Mailed date: 12/07/07
       Transmittal type: C       Suit or Civil Action No.: 075199
       S=Suit  C=Civil Action
       Court name  . . . . . . . UNITED STATES DISTRICT COURT
       Court location  . . . . . EASTERN DISTRICT OF LOUISIANA
       Plaintiff . . . . . . . . RAFAEL & DIOIGNA ACEVEDO, ETAL
       Defendant . . . . . . . . AAA INSURANCE, ETAL
       Served on . . . . . . . . JAY DARDENNE
       Served by/title . . . . . ANGELA N. PICHON              PROCESS SERVER

       Check No.: 1348     Date: 120607 By: HURRICANE LEGAL CTR. Amount:   25.00
       Initials: RG    Suit type: R   R=Regular P=Pauper F=Free
       Other description as needed: $1,000.00
       Return Receipt Date:  0/00/00
       Return Receipt #:  70070710000280152491          Press Enter to continue
```