**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NGC | 002 | NGC-002-000000001 | NGC-002-000000496 | USACE;MVD;MVN; CEMVN-OC | Fred Wallace | KC791 | 5/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | TERC Material |
| NRG | 073 | NRG-073-000000001 | NRG-073-000000006 | USACE; HQ | Not Available | KC792 | 5/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Deep Draft De-Authorization Study document |
| NRG | 074 | NRG-074-000000001 | NRG-074-000000010 | USACE; MVD; MVN | Not Available | KC792 | 5/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Deep Draft De-Authorization Study document |
| WFP | 003 | WFP-003-000000001 | WFP-003-000000827 | US Department of Commerce; NOAA; Center for Operational Oceanographic Products and Services | Jerry Hovis | KC793 | 5/1/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |