Apr 29 2008  16:29        P.05
Apr 29 2008  14:37

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____                    **RETURN**

*Rafael & Dioigna Acevedo, et al*     **SUMMONS IN A CIVIL CASE**

V.                                    CASE NUMBER:  07 CV 5199 "K" (2)
                                      (Consolidated with 05-4182)
*AAA Insurance, et al*                **SERVED ON
                                       JAY DARDENNE**

                                      DEC 06 2007

                                      SECRETARY OF STATE
TO: (Name and address of defendant)   COMMERCIAL DIVISION

*Clarendon National Insurance Company*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*Stuart Barasch
Hurricane Legal Center
910 Julia St.
New Orleans, LA, 70113
504-525-1944*

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

LORETTA G. WHYTE                              DEC - 5 2007

_____              _____
CLERK                                DATE

B. Gregory
(BY) DEPUTY CLERK

Apr 29 2008  16:29      P.06
Apr 29 2008  14:37

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

SERVED ON
JAY DARDENNE

DEC 0 6 2007

SECRETARY OF STATE
COMMERCIAL DIVISION

Signature of Server   *Jay Dardenne, do*

Address of Server   *8545 United Plaza Blvd*
*Baton Rouge, LA 70809*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Apr 29 2008  16:30      P.07

```
                      Print Key Output                        Page   1
       5722SS1 V5R3M0 040528            LASOS         04/29/08  13:39:32

       Display Device  . . . . . :  BD1126A
       User  . . . . . . . . . . :  JULNES

   SOPDSP3          Display Letter of Transmittal Info              4/29/08

   File Number: 677859
   Insurance Company . . . . .  CLARENDON NATIONAL INSURANCE COMPANY
                                ATTN: WILLIAM F. MEGNA
                                SUITE C-11
                                601 EWING STREET
                                PRINCETON, NJ  08540
   Received date: 12/06/07  Received time:  3:00 PM   Mailed date: 12/07/07
   Transmittal type: C      Suit or Civil Action No.: 075199
   S=Suit  C=Civil Action
   Court name . . . . . . .  UNITED STATES DISTRICT COURT
   Court location . . . . .  EASTERN DISTRICT OF LOUISIANA
   Plaintiff . . . . . . . .  RAFAEL & DIOIGNA ACEVEDO, ETAL
   Defendant . . . . . . . .  AAA INSURANCE, ETAL
   Served on . . . . . . . .  JAY DARDENNE
   Served by/title . . . . .  ANGELA N. PICHON            PROCESS SERVER

   Check No.: 1348    Date: 120607 By: HURRICANE LEGAL CTR. Amount:   25.00
   Initials: RG    Suit type: R   R=Regular P=Pauper F=Free
   Other description as needed: $1,000.00
   Return Receipt Date:  0/00/00
   Return Receipt #:  70070710000280152347        Press Enter to continue
```