```
                                          Apr 29 2008  16:31    P.14
                                          Apr 29 2008  14:36
```

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF

**RETURN**

Rafael & Dioigna Acevedo, et al

**SUMMONS IN A CIVIL CASE**

v.

AAA Insurance, et al

CASE NUMBER: 07-5199 "K"(2)
(consolidated with 05-4182)

TO: (Name and address of defendant)

Newport Insurance

**SERVED ON JAY DARDENNE**

DEC 0 6 2007

SECRETARY OF STATE
COMMERCIAL DIVISION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stuart Barasch
Hurricane Legal Center
910 Julia St.
New Orleans, LA 70113
504-525-1944

an answer to the complaint *amended* which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

B. Gregory
(BY) DEPUTY CLERK

DATE: DEC - 5 2007

Apr 29 2008  16:31        P.15
Apr 29 2008  14:36

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **SERVED ON JAY DARDENNE**
Date  DEC 0 6 2007
SECRETARY OF STATE
COMMERCIAL DIVISION

Signature of Server: *Jay Dardenne*

Address of Server: 8549 United Plaza Blvd.
Baton Rouge, LA 70809

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
                                             Apr 29 2008  16:32    P.16


                      Print Key Output
    5722SS1 V5R3M0 040528                                              Page   1
                                       LASOS              04/29/08  13:38:01

       Display Device  . . . . . :  BD1126A
       User  . . . . . . . . . . :  JULNES

   SOPDSP3          Display Letter of Transmittal Info             4/29/08

   File Number: 677874
   Insurance Company . . . .  NEWPORT INSURANCE COMPANY
                              3349 MICHELSON DRIVE
                              P. O. BOX 19702
                              IRVINE, CA  92713-9702

   Received date: 12/06/07  Received time:  3:00 PM   Mailed date: 12/07/07
   Transmittal type: C      Suit or Civil Action No.: 075199
   S=Suit  C=Civil Action
   Court name  . . . . . . .  UNITED STATES DISTRICT COURT
   Court location  . . . . .  EASTERN DISTRICT OF LOUISIANA
   Plaintiff . . . . . . . .  RAFAEL & DIOIGNA ACEVEDO, ETAL
   Defendant . . . . . . . .  AAA INSURANCE, ETAL
   Served on . . . . . . . .  JAY DARDENNE
   Served by/title . . . . .  ANGELA N. PICHON            PROCESS SERVER

   Check No.: 1348     Date: 120607 By: HURRICANE LEGAL CTR. Amount:   25.00
   Initials: RG     Suit type: R   R=Regular P=Pauper F=Free
   Other description as needed: $1,000.00
   Return Receipt Date:  0/00/00
   Return Receipt #:  70070710000280152187         Press Enter to continue
```