UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO.: 05-4182

                                          SECTION "K" (2)

PERTAINS TO: LEVEE, MRGO & ROBINSON

## NOTICE OF PRODUCTION

In response to the United States' First Request for Production of Documents to the Levee Plaintiffs and the Defendants' First Set of Joint Interrogatories, Requests for Production of Documents and Requests for Admissions to Plaintiffs Regarding Common Liability Issues, the Levee, MRGO & Robinson Plaintiffs have produced the following Bates range.

MRGO-HSS-000001      to      MRGO-HSS-000147

MRGO-SPD-000001      to      MRGO-SPD-001787

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of May, 2008.

                                            /s/ Joseph M. Bruno
                                            Joseph M. Bruno