**PLAINTIFFS' PRODUCTION LOG**

In Re Katrina Canal Breaches Litigation, No, 05-4182

| Bates First | Bastes Last | Source | Custodian | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|
| MRGO-HSS-000001 | MRGO-HSS-000147 | URS Corporation | Robert Warren, Esq. | 5/1/2008 | Levee, MRGO, Robinson | Direct Impact of the MRGO on Hurricane Storm Surge |
| MRGO-SPD-000001 | MRGO-SPD-001787 | U.S. Army, Corps of Engineers, Coastal Engineering Research Center | Robert Warren, Esq. | 5/1/2008 | Levee, MRGO, Robinson | Shore Protection Manual |