UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO:<br>CHRISTLE BERTONIERE | * | CIVIL ACTION NO. 06-5297 |
| | * | SECTION: K(2) |
| VERSUS | * | |
| | * | |
| LEXINGTON | * | |
| INSURANCE COMPANY | * | |
| | * | |

**************************************

### ORDER

Considering the foregoing motion,

**IT IS ORDERED** that James A. Harry, William J. Coughlin, and Jack J. Jernigan be and hereby are enrolled as counsel of record for the plaintiff, Ms. Christle Bertoniere.

.   Signed at New Orleans, Louisiana this   1st   day of                May               , 2008.

_____
**JUDGE**