**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson*<br>(No. 06-2268) | |

**PROPOSED ORDER**

CONSIDERING Plaintiffs' Consent Motion to Amend Plaintiffs' Designation of Experts for Trial Purposes, and for good cause shown:

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and Dr. Duncan FitzGerald will be substituted for Dr. Shea Penland.

New Orleans, Louisiana, this __1st__ day of ____May____, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1