UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE (Burks, No. 06-4173) | | MAG. WILKINSON |

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that a status conference be set for the 29th day of May, 2008, at 2:00 p.m. to discuss the issues to be addressed in CitiMortgage, Inc.'s proposed Motion for Summary Judgment to be held telephonically with movant's counsel initiating the call.

**NEW ORLEANS, LOUISIANA**, this  1st  day of _____May_____, 2008.

_____
JUDGE

NO TLW1 180978 v1
2791169-000018