UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>INSURANCE (07-1611) | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the foregoing *Joint Motion for Voluntary Dismissal with Prejudice*;

**IT HEREBY IS ORDERED, ADJUDGED AND DECREED** that all allegations, claims and/or causes of action brought on behalf of plaintiffs, Louis and Martha Germanis, against defendant, Republic Fire And Casualty Insurance Company, in the above-numbered and captioned matter be and they are hereby dismissed, with prejudice, with each party to bear its own costs.

**THUS DONE AND SIGNED** on this __1st__ day of _____May_____ 2008.

_____
**HON. STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**

1