Effective 4/26/06

<u>FINANCIAL & CIVIL ALLOTMENT SHEET</u>

Receipt No.: 355996
Deputy Clerk: dg

<u>ACCOUNT CODE:</u>

6855XX Accounts
____ - Restitution
____ - U.S. Postal Service Forms
____ - Petty Offense

<u>REGISTRY FUND:</u>

604700 Accounts
____ - Cash Bonds
____ - Land Condemnation
____ - Deceased & Deserting Seaman

APR 29 2008

<u>GENERAL & SPECIAL FUNDS:</u>
____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
       085000 - $5.00 / 510000 - $10.00
   FILING FEES
____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
       086900 - $20.00 / 510000 - $19.00
____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
   COPY FEES
____ - Copies from public terminal (.10 per page - # of pages ____) 5114CR
____ - Copies (.50 per page - # of pages ____) 322350
____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
____ - Magnetic Tape Recordings ____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
   MISCELLANEOUS ACCOUNTS
____ - Certification (# of Cert. ____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
____ - Records Search (TOTAL $26.00 Each) (# of names ____) 322360 - $15.00 / 510000 - $11.00
____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
       Recovery of Costs - Jury Assessment ____ 322380

<u>FINES & MISCELLANEOUS ACCOUNTS</u>
____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

<u>ACCOUNTS RECEIVABLE</u>
____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): ✓ Milling Law Firm (William Gambel)
CASE NUMBER: ✓ 06-5127   SECTION: K
CASE TITLE: DePass v Board of Commisioners
PAYMENT OF: 455   CASH ____   CHECK ✓   MONEY ORDER ____
              SEAMAN ____   PAUPER ____   NON CASH ____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

____ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
____ 2. Class Action
____ 3. Antitrust
____ 4. Patent, Trademark, Copyright
____ 5. Civil Rights Case

____ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
____ 7. Petitions for Stay of Execution Death Sentence
____ 8. Social Security Case
____ 9. All Others

Is this a THREE JUDGE COURT? ____ Yes ____ No
Is this a RELATED CASE? ____ Yes ____ No

Attorney of Record