MINUTE ENTRY
WILKINSON, M.J.
MAY 1, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>    CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO: ALL INSURANCE CASES,<br>    ROAD HOME, 07-5528 | MAG. WILKINSON |

At the request of Liaison Counsel, a conference was conducted on this date to discuss formulation of further case management orders in the Insurance umbrella and the Road Home case. Participating were: Joseph M. Bruno and Scott Joanen, Plaintiffs' Liaison counsel; Calvin C. Fayard, Jr., and Frank Dudenhefer, counsel for the State of Louisiana Road Home Program; Defense Liaison counsel Ralph S. Hubbard III and Seth Schmeeckle; Charles Chassaignac, representing State Farm.

Another status conference will be conducted before the undersigned magistrate judge concerning these matters only on **May 16, 2008 at 10:30 a.m.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **1 : 45**