UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | JUDGE: DUVAL |
| | * * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:          *James*, 07-3570 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LIBERTY MUTUAL FIRE INSURANCE COMPANY'S
## MOTION TO WITHDRAW COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Liberty Mutual Fire Insurance Company

("Liberty") respectfully moves that Bonita H. Watson, (Louisiana bar number 26943), of the law

firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be permitted to withdraw as

counsel of record for Liberty. H. Minor Pipes, III of Barrasso Usdin Kupperman Freeman &

Sarver, L.L.C. will continue to represent Liberty in this matter.

108594

**WHEREFORE**, Liberty Mutual Fire Insurance Company prays that this Court enter an Order permitting Bonita H. Watson to withdraw as counsel of record.

Respectfully submitted:

*H. Minor Pipes, III*

H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone (504) 589-9700

Attorneys for Liberty Mutual Fire Insurance
Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw Counsel of Record has been served *via* the Court's electronic filing system, this 2nd day of May, 2008, upon all counsel of record:

*H. Minor Pipes, III*

H. MINOR PIPES, III

- 2 -

108594