UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF LAFARGE NORTH AMERICA INC.'S MOTION
FOR 10-DAY EXTENSION OF TIME TO FILE OBJECTIONS
TO MAGISTRATE'S ORDER ON PLAINTIFFS' MOTION TO COMPEL
AND REQUEST FOR EXPEDITED TREATMENT OF THIS MOTION**

Lafarge North America Inc. ("LNA") respectfully moves for a 10-day extension of time in which to file objections to the Magistrate's April 21, 2008 discovery order. Rec. 12065. The current objection deadline is May 5, 2008. Given the current deadline, LNA respectfully requests expedited consideration of this motion.

The April 21 Order, *inter alia*, requires LNA to produce copies of transcripts of witness interviews undertaken at the direction of LNA's counsel as part of LNA's defense of this litigation. LNA and plaintiffs are presently negotiating a possible comprehensive resolution of the interwoven issues raised by (1) the motion addressed in the April 21 Order and (2) another motion concerning the same transcripts that is still pending before the Magistrate (Rec. 11765, which seeks to preclude use of the transcripts).

1117898-1

LNA respectfully submits that there is good cause for an extension of time because, if the parties are able to resolve these issues consensually, there will be no need for the parties to file briefs, and for this Court to consider and rule on LNA's objections to the April 21, 2008 order, thereby saving both the parties and the Court from the burden and expense of such action. LNA also submits that no party will suffer any prejudice from the granting of a 10-day extension in which the parties can seek to resolve these issues consensually.

LNA requires this additional time because counsel for plaintiffs is out of town and has not had time to review and discuss with his colleagues the potential resolution of these pending matters. Plaintiffs have been consulted and "reserve their rights" to this motion.

WHEREFORE, LNA respectfully requests that its motion for a 10-day extension of time in which to file objections to the April 21, 2008 order be granted.[1]

Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

---

[1] If the parties are unable to resolve these linked disputes, LNA may ask the Court to consolidate its consideration of both the April 21, 2008 order and whatever order the Magistrate enters with respect to the second pending motion, since the issues raised by those motions – the disclosure of the transcripts and the use of the transcripts – are intertwined.

1117898-1

        John D. Aldock
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

May 2, 2008        *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 2d day of May, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        /s/ Derek A. Walker

1117898-1