UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: INSURANCE | |
| *Hammond*: 07-1767 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

### EX PARTE/CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO DE-CONSOLIDATE AND TRANSFER PROCEEDINGS

**NOW INTO COURT**, comes defendant, Republic Fire And Casualty Insurance Company ('Republic"), and respectfully requests this Honorable Court grant an extension of time within which Republic can file an opposition or response to plaintiff's *Motion to De-Consolidate and Transfer Proceedings to Originally Allotted Division of Court* (Rec. Doc. 12821). Plaintiff has noticed this Motion for hearing on May 14, 2008, (Rec. Doc. 12821-5), which would require Republic to file an opposition or response no later than Tuesday, May 6, 2008. Counsel for Republic has a hearing on a Motion for Class Certification in another matter set for May 6, 2008 and is in the process of preparing for the same. Accordingly, counsel for

1

Republic requests that this Honorable Court grant Republic an additional 2 days, or until Thursday, May 8, 2008, to file its opposition or response to plaintiff's *Motion.* Undersigned counsel has contacted counsel for plaintiff, who has advised that she has no objection to such an extension.

**WHEREFORE**, defendant, Republic Fire And Casualty Insurance Company, prays that this Motion for Extension of Time to File Response to Plaintiff's Motion to De-Consolidate and Transfer Proceedings be granted, and that the deadline for Republic to file such a response be extended or enlarged from its current deadline of May 6, 2008, until May 8, 2008.

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565

**BY:**   */s/ Angie Arceneaux Akers*
**JAY M. LONERO, T.A. (No. 20642)**
        **jlonero@lpwsl.com**
**CHRISTOPHER R. PENNISON (No. 22584)**
        **cpennison@lpwsl.com**
**ANGIE ARCENEAUX AKERS (No. 26786)**
        **aakers@lpwsl.com**

**ATTORNEYS FOR REPUBLIC FIRE AND
CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Angie Arceneaux Akers*