UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO:  INSURANCE  *Hammond*: 07-1767 | JUDGE:  DUVAL |
| | MAGISTRATE:  WILKINSON |

### ORDER

Considering the above and foregoing *Motion For Extension Of Time To File Response To Plaintiff's Motion To De-Consolidate And Transfer Proceedings;*

**IT HEREBY IS ORDERED,** that the deadline for Republic Fire And Casualty Insurance Company to file a response to plaintiff's Motion to De-Consolidate and Transfer Proceedings is hereby extended or enlarged from its current deadline of May 6, 2008, until May 8, 2008.

Thus done and signed at New Orleans, Louisiana this _____ day of May, 2008.

_____
HONORABLE STANWOOD R. DUVAL, JR.