**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| | * | **and consolidated cases** |
| **PERTAINS TO: BARGE** | * | |
| | * | **SECTION "K" (2)** |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | **JUDGE** |
| *Perry v. Ingram* 06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | **MAGISTRATE** |
| *Lafarge v. USA* 07-5178 | * | **JOSEPH C. WILKINSON, JR.** |

*EX PARTE* **MOTION OF LAFARGE NORTH AMERICA INC. FOR**
**EXPEDITED HEARING OF MOTION FOR**
**10-DAY EXTENSION OF TIME TO FILE OBJECTIONS**
**TO MAGISTRATE'S ORDER ON PLAINTIFFS' MOTION TO COMPEL**

NOW INTO COURT, through undersigned counsel, comes Lafarge North America Inc. ("LNA"), who respectfully moves this Honorable Court for expedited hearing of its Motion for a 10-Day Extension of Time to File Objections to Magistrate's Order, for the reasons addressed in the attached Memorandum in Support.

WHEREFORE, LNA respectfully requests that its Motion for Expedited Hearing be granted.

1117789-1

Respectfully submitted,


/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240
Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

May 2, 2008                          ***Attorneys for Lafarge North America Inc.***


## Certificate of Service

I do hereby certify that I have on this 2d day of May, 2008 served a copy of the foregoing

pleading on counsel for all parties to this proceeding, by electronic filing notification.


/s/ Derek A. Walker

1117789-1