UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF LAFARGE NORTH AMERICA INC. FOR EXPEDITED HEARING OF MOTION FOR 10-DAY EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S ORDER ON PLAINTIFFS' MOTION TO COMPEL**

Lafarge North America Inc. ("LNA") respectfully submits this Memorandum in Support of its Motion for Expedited Hearing of its Motion for 10-Day Extension of Time to File Objections to Magistrate's Order on Plaintiff's Motion to Compel.

Expedited hearing is necessary because the 10-day period in which LNA can file and serve objections to the Magistrate's April 21, 2008 Order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure expires on Monday, May 5, 2008. LNA intends to file its objections timely in the event that the requested 10-day extension is not granted on or before this Monday. However, as more fully explained in LNA's Motion for 10-Day Extension, the parties are currently negotiating a possible resolution which would make briefing on LNA's Objections to the Magistrate's Order unnecessary. It is essential that LNA know before May 5, 2008 whether

1117764-1

its motion for extension will be granted.  Otherwise, LNA will be forced, out of an abundance of caution, to fully brief and file its objections to the Magistrate's April 21 Order.  As there is hope that such briefing will be made unnecessary through the agreement of counsel, judicial economy will be served by this Court's expedited consideration of LNA's motion for a 10-Day Extension.

**WHEREFORE**, LNA respectfully requests this Honorable Court grant the instant motion for expedited hearing.

Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

1117764-1

                                              Daniel A. Webb (#13294)
                                              **SUTTERFIELD & WEBB, LLC**
                                              Poydras Center
                                              650 Poydras Street, Suite 2715
                                              New Orleans, LA 70130
                                              Telephone: (504) 598-2715

May 2, 2008                              *Attorneys for Lafarge North America Inc.*

## Certificate of Service

      I do hereby certify that I have on this 2d day of May, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                                                 /s/ Derek A. Walker

1117764-1