UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*            05-5531 | * | |
| *Mumford v. Ingram*            05-5724 | * | |
| *Lagarde v. Lafarge*           06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*            06-7516 | * | |
| *Parfait Family v. USA*        07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR. |

**O R D E R**

Upon consideration of the Ex-Parte Motion of Lafarge North America Inc. for expedited hearing of its Motion for 10-day Extension of Time to File Objections to Magistrate's Order on Plaintiffs' Motion to Compel,

IT IS HEREBY ORDERED that that Motion is GRANTED.

Hearing on LNA's Motion for 10-day extension of time shall be brought for hearing before Honorable Stanwood R. Duval, Jr., United States District Judge, on May 5, 2008 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of May, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1117924-1