**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  INSURANCE<br>   *Acevedo, et al  #07-5199*<br>   *Abram, et al   #07-5205* | CIVIL ACTION<br><br>NO.  05-4182<br><br><br>SECTION "K" (2) |

**RESPONSE MEMORANDUM IN OPPOSITION TO MOTION**
**TO HARTFORD INSURANCE COMPANY'S MOTION FOR PARTIAL JUDGMENT**
**ON THE PLEADINGS BY PLAINTIFFS RAFAEL AND DIOIGNA ACEVEDO, ET AL**

**MAY IT PLEASE THE COURT**

     Upon being advised that liaison counsel does not intend to file an opposition memo, Hurricane Legal Center, on behalf of its plaintiffs, feels compelled to file this memorandum.

     In response to Hartford's Motion for Partial Judgment, plaintiffs anticipate that this Honorable Court will follow its decision in Vanderbrook et al v. State Farm Fire and Casualty Company et al, Civil Action No. 05-6323 as to property damage caused by flood water and rising surface waters.

     Plaintiffs want to ensure that this Honorable Court is only considering a partial dismissal for property damage caused by flood water and rising surface water.  Paragraph 4 of plaintiffs' original complaint states that the damage caused by Hurricane Katrina to plaintiffs' property "was caused by wind, wind driven rain" which is a covered peril under plaintiffs' insurance policies with Hartford and in paragraph 6 that "only partial payment based upon wind and wind driven rain" was made.  Therefore this Court's ruling on Hartford Insurance Company's Motion For Partial Judgment must leave standing plaintiffs' claims against Hartford for damages caused by wind and wind driven rain.

     To further clarify plaintiffs' claim for wind and wind driven rain, plaintiffs have filed a Third Amending Complaint with a hearing on their motion for leave of court to file the Third Amending Complaint set for hearing on **May 13, 2008**, which amends paragraph 4 to read:

> *"On August 29, 2005, Hurricane Katrina caused substantial damage to each plaintiff's real property, including roof damage and damage to the interior, including contents.  This damage rendered the property uninhabitable for an extended period of time.  This damage was caused by wind and wind driven rain alone."*

Further, the Third Amending Complaint deletes paragraph 5 of the First Amended Complaint which references flood waters.

Respectfully submitted,

BY:  /s/ Stuart T. Barasch
Stuart T. Barasch (Bar #20650)
Hurricane Legal Center
1100 Poydras Street, Suite 2900
New Orleans, Louisiana  70163
Telephone:  (504) 525-1944
Facsimile:  (504) 525-1279

ATTORNEY FOR PLAINTIFFS