MINUTE ENTRY
WILKINSON, M.J.
MAY 2, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:    ROAD HOME,<br>                         Louisiana State 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was held today on the record in open court concerning ongoing efforts by the parties and the court to craft a protocol by which the Road Home Program can obtain the information it needs to process and approve proposed settlements between Road Home grant recipients and their insurers, so that the settlements may be finalized. Participating were Frank Dudenhefer, Jr. and Dan Rees, representing the State of Louisiana; Joseph Bruno, representing the Plaintiffs' Liaison Committee; Charles Chassaignac, IV and David Strauss, representing State Farm Fire and Casualty Company; and Seth Schmeeckle, representing St. Paul Travelers Insurance Company and the Defendants' Liaison Committee.

Counsel reported on the status of various settlements, principally involving defendant State Farm. It appears that the few remaining issues concerning finalization

MJSTAR:   1 : 45

of these settlements can be resolved among counsel in the manner discussed during the conference. The court is encouraged by the progress being made and the substantial ongoing efforts of all involved.

**IT IS ORDERED** that another status conference will be held before me on **June 12, 2008 at 10:30 a.m.** At that time, counsel for Travelers and the Road Home Program must report on the status of tentative settlements of approximately 250 claims that counsel for Travelers has negotiated with plaintiffs that require Road Home review and approval. Counsel for Travelers must forward to counsel for the Road Home program as soon as possible the information necessary for Road Home review and approval. Prior to the June 12, 2008 status conference, counsel for Travelers must submit to me, with a copy to counsel for the Road Home Program, a list of the names of all plaintiffs, with corresponding Civil Action numbers for their cases pending in this court against Travelers, for whom pending settlements have been submitted for Road Home approval.

In addition, the parties will continue to confer and revise the protocol that they have been drafting concerning these settlement procedures, with an eye toward eventual entry of a court order, but only upon filing of an appropriate motion. Furthermore, as to any cases pending in the United States District Court for the Eastern District of Louisiana, if the State contends that it has not received the information necessary to

process its consent to a proposed settlement involving <u>any</u> party or insurer, the State or any party to the particular lawsuit may notify me by letter, so that I may take appropriate action in the cases pending before me and confer with the presiding judge concerning other cases.

                                                  JOSEPH C. WILKINSON, JR.
                                                UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY:</u>**
**HON. STANWOOD R. DUVAL, JR.**