UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO: BARGE                           JUDGE DUVAL
                                             MAG. WILKINSON

### ORDER

Pursuant to Local Rule 78.1E, the request of counsel for defendant, Record Doc. No. 12835, for oral argument on plaintiffs' Motion for Protective Order, Record Doc. No. 11765, is hereby GRANTED. However, oral argument cannot be conducted on May 7, 2008, as noticed by counsel. Accordingly, at the request of counsel for defendant, and having been advised that counsel for movant agrees, oral argument will be heard on **MAY 21, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this __2nd__ day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE