AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

────────────── DISTRICT OF ──────────────

Rafael & Dioigna Acevedo, et al

**RETURN SUMMONS IN A CIVIL CASE**

V.

AAA Insurance, et al

CASE NUMBER: 07 cv 5799 "K"(2)
(consolidated with 05-4182)

TO: (Name and address of defendant)

Homesite Insurance Company

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stuart Barasch
Hurricane Legal Center
910 Julia St.
New Orleans, LA 70113
504-525-1944

an answer to the complaint (Amended) which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                              DEC - 5 2007
CLERK                                          DATE

B. [signature]
(BY) DEPUTY CLERK

## Louisiana Secretary of State
## Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/20/07

**Certified Mail tracking # :** 70070710000280154914

**Mailed to Insurance Co.:**

HOMESITE HOME INSURANCE COMPANY
A/K/A HOMESITE INSURANCE COMPANY
MR. ANTHONY SCAVONGELLI, GENERAL COUNSEL
99 BEDFORD STREET
BOSTON, MA 02111

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 0710 0002 8015 4914**
Status: **Delivered**

Your item was delivered at 10:14 am on December 26, 2007 in BOSTON, MA 02111. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.