UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: ROAD HOME | * | MAGISTRATE (2) |
| Louisiana State, C.A. No. 07-5528 | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * | * | |

**CERTAIN PLAINTIFFS' EX PARTE MOTION
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
IN SUPPORT OF INSURERS' MOTION TO DISQUALIFY
CERTAIN SPECIAL ASSISTANT ATTORNEYS GENERAL**

**COME NOW** plaintiffs in Civil Action Nos. 05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-0206, 07-3500 and 07-3612, appearing through undersigned counsel, and move This Honorable Court for leave to file an *Amicus Curiae* Brief in Support of the Insurers' Motion to Disqualify Certain Special Assistant Attorneys General.  This motion is filed upon the grounds that moving plaintiffs, who have an interest in the integrity of this litigation, did not hear certain arguments, which they now wish to bring to the attention of the Court, made during oral argument on Thursday, May 1, 2008.

-1-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

**By:   S/Ashton R. O'Dwyer, Jr.**
    Ashton R. O'Dwyer, Jr.
    Bar No. 10166
    821 Baronne Street
    New Orleans, LA 70113
    Tel. 504-679-6166
    Fax. 504-581-4336

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 5th day of May 2008.

S/Ashton R. O'Dwyer, Jr.