UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: ROAD HOME | * | MAGISTRATE (2) |
| Louisiana State, C.A. No. 07-5528 | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * | * | |

**O R D E R**

Considering Certain Plaintiffs' Ex Parte Motion for Leave to File *Amicus Curiae* Brief in Support of Insurers' Motion to Disqualify Certain Special Assistant Attorneys General, which the Court has duly noted,

**IT IS ORDERED** that Certain Plaintiffs be and they are hereby granted leave to file their *Amicus Curiae* Brief, as prayed for.

New Orleans, Louisiana, this _____ day of _____ 2008.

_____
**J U D G E**

-1-