UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL CASES | § | |
| _____ | § | |

### EX PARTE/CONSENT MOTION FOR A PROTECTIVE ORDER RESTRICTING DISSEMINATION OF ELECTRONICALLY STORED INFORMATION

Pursuant to Federal Rules of Civil Procedure 26(b)(2)(B)-(C) and 26(c), the United States moves for a protective order restricting dissemination of electronically stored information (hereinafter "ESI") produced by the United States.  The United States requests an Order preventing public dissemination of ESI by the parties until the United States has an opportunity to determine whether that data is privileged or otherwise protected.  Parties will still be able to use ESI as exhibits to Court filings or depositions or include ESI on exhibit lists, but they will not be able to publicly disseminate such ESI until the United States has an opportunity to review this data for privileges.  The review will allow the United States, if necessary, to invoke the provisions of the Clawback Order (Doc. Rec. No. 5183) and the Amended Master Protective Order (Doc. Rec. No. 7634).  By allowing such a review, the United States can be assured

privileged or protected documents are not publicly disclosed without the need to undertake a costly and time-consuming privilege review.

The United States provided a copy of the proposed order to counsel for Plaintiffs, who had no objections.

The United States also provided a copy of the proposed order to counsels for Lafarge North America, Washington Group International, the Orleans Levee District, the Sewage and Water Board, the East Jefferson Levee District, the Lake Borgne Levee District, the Port of New Orleans, and Defendants' Liaison Counsel.

A Memorandum of Law and Proposed Order granting this motion are submitted herewith.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

/s Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: May 5, 2008

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on May 5, 2008, I served a true copy of the United States' Motion for an Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting All Parties from Disseminating Such Personal Identifying Information upon all parties by ECF:

/s Paul Marc Levine

PAUL MARC LEVINE