UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * * | SECTION: JUDGE DUVAL (K) |
| PERTAINS TO: INSURANCE | * * | MAG: MAGISTRATE WILKINSON (2) |
| Loney Landry No. 07-03432 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ALLSTATE INSURANCE COMPANY'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Defendant, Allstate Insurance Company ("Allstate"), respectfully moves that Judy Y. Barrasso and Edward R. Wicker, Jr. of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be permitted to withdraw as counsel of record for Allstate and substitute in their place Scott G. Jones of the law firm of Inabnet & Jones, LLLC as Allstate's counsel of record in this proceeding.

108819

**WHEREFORE**, Allstate Insurance Company prays that this Court enter an Order permitting Judy Y. Barrasso and Edward R. Wicker, Jr. to withdraw and to enroll Scott G. Jones as counsel of record for Allstate Insurance Company.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
   Of
BARRASSO USDIN
KUPPERMAN FREEMAN &
SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

AND

*/s/ Scott G. Jones*
Scott G. Jones, 14408
Inabnet & Jones, LLC
1331 West Causeway Approach
Mandeville, Louisiana 70360
Telephone: (985) 624-9940

*Attorneys for Allstate Insurance Company*

108819

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

    ramedeejr@aol.com
    aberger@allan-berger.com
    pconnick@connicklaw.com
    pgkehoejr@kehoejr.com
    brent@klibertlaw.com
    alestelle@lestellelaw.com
    lestelle@lestellelaw.com
    info@robichauxlaw.com
    struckhoff@lestellelaw.com
    courts@ungarlawyers.com

I further certify that there are no non-CM/ECF participants in this case.

.

                                                        */s/ Judy Y. Barrasso*