UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION NO.:  05-4182 |
| PERTAINS TO: INSURANCE | *<br>* | JUDGE:  DUVAL "K" |
| McNabb, C.A. No. 07-7855 | *<br>* | MAGISTRATE:  WILKINSON (2) |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## **EX PARTE MOTION TO WITHDRAW COUNSEL OF RECORD**

Defendant, Liberty Mutual Fire Insurance Company, erroneously named Liberty Mutual Insurance Company, ("Liberty Mutual"), respectfully moves this Court to withdraw Bonita Y. Watson, Bar No. 26943, as counsel of record for Liberty Mutual.  H. Minor Pipes, III of the law firm of Barrasso Usdin Kupperman Freeman & Sarver LLC, 909 Poydras St., Suite 2400, New Orleans, Louisiana 70112, will remain as counsel of record for Liberty Mutual in the above-referenced matter.

1

108836

Respectfully Submitted,

*/s/ H. Minor Pipes, III*
_____

H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile: (504) 589-9701
mpipes@barrassousdin.com

*Attorney for Liberty Mutual Fire Insurance Company*

## **C E R T I F I C A T E**

I hereby certify that on May 5, 2008, I electronically filed the foregoing *Ex Parte Motion to Withdraw Counsel of Record* with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and I mailed a copy with the confirmation of filing to any non-CM/ECF participants.

*/s/ H. Minor Pipes, III*
_____