UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| **PERTAINS TO: BARGE** | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |

**MOTION OF LAFARGE NORTH AMERICA INC.
FOR RECONSIDERATION OF THE APRIL 21, 2008
ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL**

NOW INTO COURT, through undersigned counsel, comes Lafarge North America Inc. ("LNA"), who moves Magistrate Judge Wilkinson for reconsideration of the portion of the April 21, 2008 Order on Motion to Compel that requires LNA to produce the confidential transcripts of witness telephone interviews undertaken by investigators at the direction of LNA's counsel, for the reasons addressed in the attached Memorandum in Support.

WHEREFORE, Lafarge North America Inc. respectfully moves this Honorable Court for reconsideration of the portion of its April 21, 2008 that requires LNA to produce confidential transcripts of witness telephone interviews undertaken by investigators at the direction of LNA's counsel.

1118292-1

Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

May 5, 2008

1118292-1

## Certificate of Service

I hereby certify that I have on this 5th day of May, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker

1118292-1