UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF
LAFARGE NORTH AMERICA INC. FOR EXPEDITED HEARING OF
MOTION FOR RECONSIDERATION OF THE APRIL 21, 2008 ORDER
<u>GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL</u>**

Lafarge North America Inc. ("LNA") respectfully submits this Memorandum in Support of its Motion for Expedited Hearing of its Motion for Reconsideration of the April 21, 2008 Order Granting in Part Plaintiffs' Motion to Compel.

Expedited hearing is necessary because the instant motion is inextricably related to the Plaintiffs' Motion for Protective Order [Doc. 11765], which is set for oral argument on May 14, 2008. The hearing of these two motions together will assist this Court in resolving the related issues before it, and promote judicial economy.

**WHEREFORE**, LNA respectfully requests this Honorable Court grant the instant motion for expedited hearing.

1118414-1

Respectfully submitted,

/s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

May 5, 2008                              *Attorneys for Lafarge North America Inc.*

### Certificate of Service

I do hereby certify that I have on this 5th day of May, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ Derek A. Walker

1118414-1