UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION | |
| | * | | |
| | * | NO. 05-4182 | |
| | * | and consolidated cases | |
| PERTAINS TO: BARGE | * | | |
| | * | SECTION "K" (2) | |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | | |

**REQUEST FOR ORAL ARGUMENT ON LAFARGE NORTH AMERICA INC.'S MOTION FOR RECONSIDERATION OF THE APRIL 21, 2008 ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL**

Lafarge North America Inc. ("LNA") respectfully requests oral argument on its Motion For Reconsideration of this Court's April 21, 2008 Order Granting in Part Plaintiffs' Motion to Compel. That motion asks the Court to reconsider its earlier Order compelling the production of witness interviews obtained by investigators at the direction of LNA's counsel. The instant motion is inextricably related to the Plaintiffs' Motion for Protective Order [Doc. 11765], which seeks to bar LNA from using the same witness interviews, and which is set for oral argument on May 14, 2008.

1118370-1

Both the instant Motion for Reconsideration and the related Plaintiffs' Motion for Protective Order relate to the production and use of the witness interviews. LNA submits that oral argument will clarify the issues of law and fact, will enable LNA to address any follow-up questions that the Court may have, and will assist the Court in its disposition of this important matter.

WHEREFORE, LNA respectfully moves the Court to grant oral argument on its Motion for Reconsideration, which is set for hearing on May 14, 2008 at 11:00 a.m.

Respectfully submitted,

__/s/ Derek A. Walker_____
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

1118370-1

## Certificate of Service

I do hereby certify that I have on this 5th day of May, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                                                  */s/ Derek A. Walker*

1118370-1