UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER GRANTING REQUEST FOR ORAL ARGUMENT

IT IS HEREBY ORDERED that the Request for Oral Argument on Lafarge North America Inc.'s Motion for Reconsideration of this Court's April 21, 2008 Order Granting in Part Plaintiffs' Motion to Compel is GRANTED. Oral argument on the Motion will be held on May 14, 2008 at 11:00 a.m. at the United States District Courthouse, Room B421, 500 Camp Street, New Orleans, Louisiana, before U.S. Magistrate Joseph C. Wilkinson, Jr. New Orleans, LA.

Signed this _____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATE MAGISTRATE JUDGE

1118359-1