UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION NO.:  05-4182<br><br>SECTION:  K<br> |
| | * | MAGISTRATE:  2 |
| PERTAINS TO:<br>INSURANCE (#06-9246) | *<br>*<br>* | |
| FLOWERS BY MY SISTER & ME, LLC | *<br>* | |
| VERSUS | *<br>* | |
| ZURICH AMERICAN INSURANCE<br>COMPANY AND/OR MARYLAND<br>CASUALTY COMPANY | *<br>*<br>*<br>* | |
| *    *    *    *    *    *    *    * | | |

**MOTION FOR LEAVE OF COURT TO FILE
MOTION TO QUASH PLAINTIFF'S
FIRST SET OF INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company),  who seeks leave of court to file its Motion to Quash Plaintiff's First Set of Interrogatories and Request for Production of Documents.   Maryland Casualty Company

acknowledges that the *In Re: Katrina Canal Breaches Consolidated Litigation* has been stayed, but this individual suit has been bifurcated therefrom.

**WHEREFORE**, defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company), prays that it be granted leave of court to file its Motion to Quash Plaintiff's First Set of Interrogatories and Request for Production of Documents.

>Respectfully submitted,
>
>*/s/ Richard E. King*
>
>**RICHARD E. KING, T.A. (#25128)**
>**DAVID M. MORAGAS (#29633)**
>**MATTHEW J. LINDSAY (#30599)**
>**GALLOWAY, JOHNSON, TOMPKINS,**
>   **BURR & SMITH**
>701 Poydras Street, Suite 4040
>New Orleans, Louisiana  70139
>Telephone: (504) 525-6802
>Facsimile:  (504) 525-2456
>
>*Counsel for Defendants,*
>*Maryland Casualty Company*
>*(erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of May, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

>*/s/ Richard E. King*
>
>**RICHARD E. KING**

2