# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: K |
| | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (#06-9246) | |
| FLOWERS BY MY SISTER & ME, LLC | |
| VERSUS | |
| ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY | |

## PROPOSED ORDER

Considering the foregoing motion for leave of court:

**IT IS HEREBY ORDERED** that defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company), is granted leave of court to file its Motion to Quash Plaintiff's First Set of Interrogatories and Request for Production of Documents.

**NEW ORLEANS**, Louisiana, this _____ day of _____, 2008.

_____
**J U D G E**