UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br><br> SECTION: K <br><br> MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (#06-9246)<br><br>FLOWERS BY MY SISTER & ME, LLC<br><br>VERSUS<br><br>ZURICH AMERICAN INSURANCE<br>COMPANY AND/OR MARYLAND<br>CASUALTY COMPANY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

\* \* \* \* \* \* \* \*

**DEFENDANT, MARYLAND CASUALTY COMPANY'S
MOTION TO QUASH PLAINTIFF'S
FIRST SET OF INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company), who moves for this Honorable Court to quash plaintiff's First Set of

Interrogatories and Request for Production of Documents for the reasons set forth in the attached Memorandum in Support.

**WHEREFORE,** Defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company), prays for an Order by this Honorable Court granting its Motion to Quash plaintiff's First Set of Interrogatories and Request for Production of Documents.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
**    BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Maryland Casualty Company*
*(erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of May, 2008, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**