UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION: K |
| | * * | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (#06-9246) | * * * | |
| FLOWERS BY MY SISTER & ME, LLC | * * | |
| VERSUS | * * | |
| ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY | * * * * | |

\*     \*     \*     \*     \*     \*     \*     \*

## ORDER

Considering the foregoing Motion to Quash Plaintiff's First Set of Interrogatories and Request for Production of Documents:

**IT IS HEREBY ORDERED** that Maryland Casualty Company's Motion to Quash Plaintiff's First Set of Interrogatories and Request for Production of Documents is hereby **GRANTED**.

**NEW ORLEANS**, Louisiana, this ___ day of _____, 2008.

_____

**J U D G E**