UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" (2) |
| PERTAINS TO: INSURANCE CASES | JUDGE DUVAL |
| *Kirsch*, No. 06-4704 | MAG. WILKINSON |

**JOINT MOTION AND INCORPORATED MEMORANDUM
FOR TEMPORARY LIFTING OF STAY ORDER FOR PURPOSE OF
<u>DISMISSING ALL CLAIMS OF PLAINTIFF LILLIAN KIRSCH WITH PREJUDICE</u>**

**NOW INTO COURT,** come Plaintiff, Lillian Kirsch (hereinafter "Plaintiff"), and defendant, Homesite Insurance Company (hereinafter "Homesite"), who respectfully aver as follows:

I.

Plaintiff filed suit against Homesite in the United States District Court, Eastern District of Louisiana in the proceeding entitled *Lillian Kirsch vs. Homesite Insurance Company*, No. 06-4704, Section "L-3" (hereinafter the "*Kirsch Matter*"), asserting claims under her homeowner's policy for damages associated with or resulting from Hurricane Katrina and its aftermath and/or the subsequent handling, investigation and/or adjustment of her claim under the policy.

II.

The *Kirsch Matter* was transferred to this section and consolidated with the above captioned *In Re Katrina Canal Breaches Consolidated Litigation* under the Insurance Umbrella.

NO.99863748.1

III.

By virtue of this Court's Order, all matters within the *In Re Katrina* Insurance Umbrella are currently stayed.

IV.

Plaintiff and Homesite represent that Plaintiff desires to voluntarily dismiss all claims asserted against Homesite in the *Kirsch Matter*.

V.

Accordingly, Plaintiff and Homesite jointly move this Court for entry of an order to (1) temporarily lift the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismiss, with prejudice and with each party to bear its own costs, all of the claims of Plaintiff against Homesite in the *Kirsch Matter*, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiff's claim.

**WHEREFORE,** Plaintiff and Homesite pray that this Court enter an order which (1) temporarily lifts the stay of the *In Re Katrina* Insurance Umbrella solely for the limited purpose of addressing this motion and (2) dismisses, with prejudice and with each party to bear its own costs, all claims asserted by Plaintiff Lillian Kirsch against Homesite in the *Kirsch Matter*, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of Plaintiff's claim.

        Respectfully submitted

BY:　/s/ Rainer Lorenz　
    Rainer Lorenz (Bar #8786)
    108 South Drive
    Covington, LA  70433
    Telephone:  (985) 264-2427

**COUNSEL FOR PLAINTIFFS**

BY: 　/s/ Nora. B. Bilbro　
    Neil C. Abramson (Bar #21436)
    Nora B. Bilbro (Bar #22955)
    **Phelps Dunbar LLP**
    365 Canal Street • Suite 2000
    New Orleans, LA  7130-6534
    Telephone:  (504) 566-1311
    Facsimile:  (504) 568-9130
    **And**
    Marshall M. Redmon (Bar #18398)
    **Phelps Dunbar LLP**
    445 North Boulevard, Suite 701
    Baton Rouge, LA  70802
    Telephone:  (225) 346-0285
    Facsimile:  (225) 381-9197

**COUNSEL FOR DEFENDANT,
HOMESITE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of May, 2008, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

            　/s/ Nora B. Bilbro