UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### *EX PARTE* MOTION FOR LEAVE TO SUBSTITUTE PLEADING AND FOR MAGISTRATE REFERRAL

Now come Barge Plaintiffs, through undersigned counsel, upon suggesting that on April 21, 2008, Magistrate Wilkinson rendered an Opinion (Record Doc. 12605) as to a Motion to Compel More Complete Discovery brought by the undersigned (Record Doc. 11578). On May 5, 2008, the same filed a pleading styled "Objections to and Appeal of Magistrate Judge's Ruling to District Court and/or Motion to Amend Judgment of the Magistrate Court," appearing as Record Doc. 12960, "BARGE: MOTION FOR APPEAL OF MAGISTRATE JUDGE DECISION," concerning certain photographs and other materials generated by Lafarge shortly after Katrina, before anyone else could gain access to the matters depicted or addressed in these photos and materials. This pleading was noticed for hearing before the District Court on May 28, 2008. Upon further consideration, undersigned believe it appropriate that the Magistrate dispose of the Barge Plaintiffs' requests as to

his ruling, given that he is already familiar with the nature of the disputes, and because undersigned do not seek redress as to any portion of his ruling except as to the said post-Katrina photos and materials.

Therefore, undersigned respectfully request (1) that leave be granted to substitute the appeal to this Court with with the attached Motion for Reconsideration (**Exhibits 1, 2 and 3**), which does not differ in substance from that sought to be replaced, (2) without prejudice, that is, that (a) this substitution relate back to the date upon which Record Doc. 12960 was timely filed, and that (b) Barge Plaintiffs' rights to appeal to the District Court be preserved as to any adverse ruling on any Motion for Reconsideration concerning the April 21, 2008 Magistrate Court ruling, and (3) that the matter be referred to Magistrate Wilkinson for disposal on May 14, 2008, simultaneous with hearing of Lafarge North America's Motion for Reconsideration (Record Doc. 12961) of different aspects of the same April 21, 2008 Magistrate ruling.

It is so moved.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113

      Telephone: (504) 581-6180
      Facsimile: (504) 581-4336
      e-mail: lawrence@wiedemannlaw.com,
      karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
      Telephone: 504-834-0646
      e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
      Voice: 202-862-4320
      Cell:   202-549-1454
      Facsimile:  800-805-1065 and 202-828-4130
      e-mail: rick@rickseymourlaw.net,
        adele@rickseymourlaw.net

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
      Telephone: (212) 608-4400
      Facsimile: (212) 227-5159
      e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor

      New York, NY 10110-0002
       Telephone: 212-869-3500 ext. 235
       Facsimile:  212-398-1532
       e-mail: a.fuchsberg@fuchsberg.com,
       l.kelmachter@fuchsberg.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6 day of May, 2008.

       \s\Brian A. Gilbert