UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER

Considering the Barge Plaintiffs' *Ex Parte* Motion for Leave to Substitute Pleading and for Magistrate Referral, it is hereby **ORDERED** that the motion be, and is hereby, **GRANTED**.

**FURTHER ORDERED**, Barge Plaintiffs are granted leave to substitute the Motion for Reconsideration in place of their previously filed Objections to and Appeal of Magistrate Judge's Ruling to District Court and/or Motion to Amend Judgment of the Magistrate Court, **FURTHER**, that the date of filing of the former shall relate-back to the date upon which the latter was filed - May 5, 2008, without prejudice to Barge Plaintiffs' rights to appeal any adverse ruling on any Motion for Reconsideration concerning the April 21, 2008 Magistrate Court ruling, **FURTHER**, that the said Motion for Reconsideration is referred to the Magistrate for disposal on March 14, 2008.

New Orleans, Louisiana, this _____ day of _____, 2008

_____
HON. STANWOOD R. DUVAL, JR.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6 day of May, 2008.

    \s\Brian A. Gilbert