UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | DOCKET NO.: | 05-4182 "K" (2) |
| | | JUDGE: | DUVAL |
| ************************************** | * | MAGISTRATE: | WILKINSON |
| PERTAINS TO: | * * * | | |
| INSURANCE (D. Muller, No. 06-9108) | * * | | |

## MOTION TO AMEND COMPLAINT

NOW INTO COURT, through undersigned counsel, come the plaintiffs to respectfully request that they be allowed to amend their original complaint to add the name of Westport Insurance Company, the errors and omissions insurer of the defendant, Harry Kelleher & Company, Inc. The plaintiffs respectfully represent that the addition of this party defendant will not create any new issues or retard the progress of these proceedings, and that the attorneys for the defendants, Harry Kelleher & Son, Inc. and Travelers Property Casualty Company of America consent to the addition of this party.

Respectfully submitted,

ROBERT ANGELLE, (#2495)
3850 N. Causeway Blvd., Suite 630
Metairie, LA 70002
(504) 836-5990

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing request has been served upon all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 5th day of May, 2008.

*/s/ Robert Archille*