UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | DOCKET NO.: | 05-4182 "K" (2) |
| ****************************** | * | JUDGE: | DUVAL |
| | * | MAGISTRATE: | WILKINSON |
| PERTAINS TO: | * * | | |
| INSURANCE (D. Muller, No. 06-9108 | * * | | |

## MEMORANDUM IN SUPPORT OF MOTION TO AMEND

The plaintiffs, Dennis Muller, O.D., et al, have filed suit against their own insurer, Travelers Property Casualty Company of America, and their insurance agent, Harry Kelleher & Company, Inc., an independent agent. In their original complaint, the plaintiffs also alleged cause of action against the errors and omissions carrier of Harry Kelleher & Company, Inc., which was referred to as "ABC Insurance Company." The plaintiffs now wish to add that errors and omissions carrier, Westport Insurance Company, as a defendant herein.

The addition of the defendant Westport Insurance Company will not add any new issues in these proceedings, since the liability of the errors and omissions carrier was alleged in the original complaint, and the liability of the errors and omissions carrier is only vicarious. Furthermore, it is the understanding of the plaintiffs that the defendant Harry Kelleher & Company, Inc. informed its errors and omissions carrier of these proceedings early on, and the attorney currently representing Harry Kelleher & Company, Inc. will represent Westport Insurance Company as well.

Furthermore, no depositions have yet been taken in this matter, so even if Westport Insurance Company were to hire its own attorney, it could do so in time for its attorney to participate in any depositions which may be taken in these proceedings.

Finally, the attorneys for the defendants in this matter have consented to the addition of Westport Insurance Company as a party defendant. The plaintiffs do not anticipate that the addition of Westport Insurance Company would retard the progress of this matter in any way. This matter is not yet set for trial, nor is it set for a pre-trial conference.

For these reasons, the plaintiffs respectfully request that this honorable court grant its motion for leave to file the amended complaint attached hereto.

Respectfully submitted,

ROBERT ANGELLE, (#2495)
3850 N. Causeway Blvd., Suite 630
Metairie, LA 70002
(504) 836-5990

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing request has been served upon all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 5th day of May, 2008.