UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | DOCKET NO.: | 05-4182 "K" (2) |
| | | JUDGE: | DUVAL |
| ************************************ | * | MAGISTRATE: | WILKINSON |
| PERTAINS TO: | * * * | | |
| INSURANCE (D. Muller, No. 06-9108 | * * | | |

## **ORDER**

In consideration of the foregoing motion,

IT IS ORDERED that the plaintiffs be allowed to file the attached amended complaint adding the defendant, Westport Insurance Company.

SIGNED this _____ day of April, 2008, in New Orleans, Louisiana.

_____

JUDGE

1