UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | DOCKET NO.: | 05-4182 "K" (2) |
| | | JUDGE: | DUVAL |
| ************************************ | * | MAGISTRATE: | WILKINSON |
| PERTAINS TO: | * * | | |
| INSURANCE (D. Muller, No. 06-9108 | * * | | |

## **FIRST AMENDED COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come the petitioners to amend their original complaint as follows:

1.

The petitioners hereby amend Paragraph 1 (c) of their original petition to aver that:

" c) Defendant Westport Insurance Corporation is a foreign insurer licensed to do and doing business in Louisiana, and which at all pertinent times provided errors and omissions coverage and/or other coverage to Kelleher for the claims asserted herein."

2.

The petitioners wish to amend Paragraph 60 of their original petition as follows:

" Defendant Westport Insurance Company, by virtue of the errors on omissions policy issued to Kelleher, is liable in judgment for any amounts due the petitioner from Kelleher."

3.

The petitioners re-allege and re-aver all of the allegations of their original petition.

4.

The defendants consent to the amendment of this petition, inasmuch as there is no trial date and the amendment of the petition will not retard the progress of these proceedings.

WHEREFORE, the petitioners pray that after due proceedings there be judgment herein in their favor and against the defendants, Travelers Property and Casualty Company of America, Harry Kelleher & Company, and Westport Insurance Company for a sum to be determined by this honorable court together with legal interest from the date of judicial demand until paid and all costs of these proceedings, including attorney's fees and penalties as demanded in the original petition, and for all other general and equitable relief.

Respectfully submitted,

ROBERT ANGELLE, (#2495)
3850 N. Causeway Blvd., Suite 630
Metairie, LA 70002
(504) 836-5990

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing request has been served upon all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 5th day of May, 2008.