## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| RAFAEL & DIOIGNA ACEVEDO, ET AL. | * * | CIVIL ACTION NO: 07-5208 |
|---|---|---|
| | * | DIVISION "K" – MAG. DIV. 2 |
| VERSUS | * * | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| AAA, ET AL. | * * | |
| | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX-PARTE MOTION AND ORDER FOR EXTENSION OF TIME

**NOW INTO COURT**, comes defendant, Clarendon National Insurance Company, who represents to this Honorable Court that pursuant to Local Rule 7.9 E&M it requests twenty additional days in which to file responsive pleadings in this matter. No previous extension has been sought and, at this time, no opposition to an extension of time has been filed in the record.

**WHEREFORE**, defendant, Clarendon National Insurance Company, respectfully requests that it be granted an additional twenty days in which to file responsive pleadings in this matter.

    Respectfully submitted:

    HAILEY, McNAMARA, HALL,
    LARMANN & PAPALE, L.L.P.

BY:     *s/W. Glenn Burns*
        W. GLENN BURNS, #3698
        (gburns@hmhlp.com)
        JOHN E. UNSWORTH, #9477

(junsworth@hmhlp.com)
**LAUREN E. BRISBI, #29778**
(lbrisbi@hmhlp.com)
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
Counsel for Defendant, *Clarendon National Insurance Company*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAFAEL & DIOIGNA ACEVEDO, ET AL. | * * | CIVIL ACTION NO:      07-5208 |
| | * | DIVISION "K" – MAG. DIV. 2 |
| VERSUS | * * | JUDGE STANWOOD R. DUVAL, JR. |
| AAA, ET AL. | * * | |
| | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of May, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Stuart Thomas Barasch**
  SBarasch1@aol.com,SBLawOffice@aol.com,larrycentola@hotmail.com

- **Christian Albert Garbett**
  cgarbett@kingkrebs.com,cguice@kingkrebs.com

- **Maureen Blackburn Jennings**
  jennings.maureen@gmail.com,jennlawinexile@yahoo.com

- **Sarah Shannahan Monsour**
  smonsour@kingkrebs.com,jroberts@kingkrebs.com

- **Alvin Joseph Robert , Jr**
  ajr@ajrobert.com

- **David A. Strauss**
  dstrauss@kingkrebs.com,spond@kingkrebs.com

- **James R. Sutterfield**
  jsutterfield@swslaw.com,claborde@swslaw.com,lmd@swslaw.com

- **Ernest Enrique Svenson**
  esvenson@gmail.com,esvenson@mac.com

And by depositing same in the United States mail, properly addressed and first class postage prepaid to: **Stephan H. Lee,** Doyle, Restrepo, Harvin & Robbins, LLP, Texas Commerce Tower, 600 Travis, Suite 4700, Houston, TX 77002

_s/ W. Glenn Burns_
**W. GLENN BURNS**