RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

RAPHAEL & DIOIGNA ACEVEDO et al
  (See attached sheet)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07 - 5199

AAA INSURANCE et al

SECT K MAG 2

TO: (Name and address of defendant)

ARMED FORCES INSURANCE EXCHANGE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
  (504) 525-1944

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

SEP - 6 2007

CLERK                                          DATE

K. Haley

(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148654

**Mailed to Insurance Co.:**

ARMED FORCES INSURANCE EXCHANGE
550 EISENHOWER ROAD
LEAVENWORTH, KS 66048

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 0710 0002 8014 8654**
Status: **Delivered**

Your item was delivered at 8:27 am on December 12, 2007 in
LEAVENWORTH, KS 66048. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.