MINUTE ENTRY
DUVAL, J.
May 1, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |

PERTAINS TO: MRGO, *Robinson* C.A. No. 06-2268

Attending a telephonic status conference concerning a Motion to Extend plaintiffs' Expert Report Due Date (Doc. 12909) filed by plaintiffs were:

Joseph Bruno for plaintiffs and

Robin Smith for defendants.

The Court learned that due to the death of one expert and a computer malfunction concerning the generating of certain inputs for certain models, the plaintiffs contended that they required a 6 week extension of the expert report deadline. The Government contested this extension; however, the Court found that in the interest of justice such an extension was necessary. Furthermore, the Court also found that the interest of justice would require a similar extension for the Government in order for it to respond to whatever new reports are generated.

The Court granted this request grudgingly recognizing that this action makes the presently configured motion practice and trial schedule an impossibility. As such, it recommended one possible new trial date of October 14, 2008. However, also pending is a Motion for Leave to File First Amended Complaint which is set for hearing on May 14, 2008 before Magistrate Judge Wilkinson. In that motion, plaintiffs now seek, *inter alia,* to allege with greater specificity the alleged defalcations of the Corps with respect to the work performed by

Washington Group International, Inc. along the Industrial Canal.  Should this motion be granted, the Government indicated that it would require three months to prepare its defense on these allegations.  Plaintiffs maintained that the complaint as it stands has raised these issues heretofore and the motion is simply a "housekeeping" matter.  In the event Magistrate Judge Wilkinson grants the Motion to Amend, counsel shall propose a continuance that will take into consideration these new difficulties.

The parties are reminded that it remains the intention of the Court to hear this case prior to trial on the merits of the MRGO, BARGE and LEVEE class action matters.  The Court remains convinced that the need for this case to proceed to trial first is important.  Furthermore, the Court requests that the Government's motion for summary judgment on the discretionary function exception be filed as soon as is possible.  Accordingly,

**IT IS ORDERED** that Motion to Extend plaintiffs' Expert Report Due Date (Doc. 12909) is **GRANTED** and that the plaintiffs' expert report deadline is **EXTENDED** to June 12, 2008 and the defendants' expert report deadline is **EXTENDED** to July 24, 2008.

**IT IS FURTHER ORDERED** that upon a resolution of the Motion to Amend, and in no event later than May 26, 2008, a proposed, revised motion and trial schedule will be proposed by the litigants.

JS:10- 1 hr.