UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: DUVAL |
| | * * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE:   Uli, 07-3569 | * * | |

## ORDER

Considering Defendant, Liberty Mutual Fire Insurance Company's Motion to Withdraw Counsel;

**IT IS ORDERED** that Bonita H. Watson of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Liberty Mutual Fire Insurance Company in this proceeding.

New Orleans, Louisiana, this __6th__ day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

108581