# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **SECTION "K"** |
| | § | |
| **PERTAINS TO:   INSURANCE** | § | **JUDGE DUVAL** |
| | § | |
| | § | **MAGISTRATE NO. 2** |
| | § | |
| **ROBERT SLACK, et al          NO.:  07-3080** | § | **MAGISTRATE WILKINSON** |
| | § | |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INDEMNITY COMPANY** | § | |
| | § | |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice by Robert Slack and Alicia Slack as to their claims only;

It is hereby ORDERED that Defendant, Allstate Indemnity Company in the above entitled matter is dismissed with prejudice as to these Plaintiffs only.  Such dismissal shall not affect any other Plaintiffs in this litigation. Each party shall bear their own costs.

New Orleans, Louisiana, this ___6th___ day of May, 2008.

_____

JUDGE

1