UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> ——————————————————— <br><br> PERTAINS TO INSURANCE: (07-5199) <br> (ACEVEDO) <br> ——————————————————— | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## EX-PARTE MOTION AND ORDER FOR EXTENSION OF TIME

**NOW INTO COURT**, comes defendant, Clarendon National Insurance Company, who represents to this Honorable Court that pursuant to Local Rule 7.9 E&M it requests twenty additional days in which to file responsive pleadings in this matter. No previous extension has been sought and, at this time, no opposition to an extension of time has been filed in the record.

**WHEREFORE**, defendant, Clarendon National Insurance Company, respectfully requests that it be granted an additional twenty days in which to file responsive pleadings in this matter.

Respectfully submitted:

HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

BY: ____s/W. Glenn Burns____
W. GLENN BURNS, #3698
(gburns@hmhlp.com)
JOHN E. UNSWORTH, #9477
(junsworth@hmhlp.com)

**LAUREN E. BRISBI, #29778**
**(lbrisbi@hmhlp.com)**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana  70001
Telephone:  (504) 836-6500
Facsimile:   (504) 836-6565
Counsel for Defendant, *Clarendon National Insurance Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO INSURANCE: (07-5199)<br>    (ACEVEDO)<br>_____ | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 7th day of May, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Stuart Thomas Barasch**
  SBarasch1@aol.com,SBLawOffice@aol.com,larrycentola@hotmail.com

- **Christian Albert Garbett**
  cgarbett@kingkrebs.com,cguice@kingkrebs.com

- **Maureen Blackburn Jennings**
  jennings.maureen@gmail.com,jennlawinexile@yahoo.com

- **Sarah Shannahan Monsour**
  smonsour@kingkrebs.com,jroberts@kingkrebs.com

- **Alvin Joseph Robert , Jr**
  ajr@ajrobert.com

- **David A. Strauss**
  dstrauss@kingkrebs.com,spond@kingkrebs.com

- **James R. Sutterfield**
  jsutterfield@swslaw.com,claborde@swslaw.com,lmd@swslaw.com

- **Ernest Enrique Svenson**
  esvenson@gmail.com,esvenson@mac.com

    And by depositing same in the United States mail, properly addressed and first class postage prepaid to: **Stephan H. Lee,** Doyle, Restrepo, Harvin & Robbins, LLP, Texas Commerce Tower, 600 Travis, Suite 4700, Houston, TX 77002

*s/ W. Glenn Burns*
**W. GLENN BURNS**

JEU Library:2130-63617\TN-003579_1 _1