UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO INSURANCE: (07-5199) (ACEVEDO) | * * * | |

### ORDER

Considering the foregoing Motion for Extension of Time,

**IT IS ORDERED** that defendant Clarendon National Insurance Company be and it hereby is granted an additional twenty days to file responsive pleadings in the above entitled and numbered cause.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**