## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | SECTION "K"(2) |

      *Boutte v. Lafarge*, 05-5531
      *Mumford v. Ingram*, 05-5724
      *Lagarde v. Lafarge*, 06-5342
      *Perry v. Ingram*, 06-6299
      *Benoit v. Lafarge*, 06-7516
      *Parfait Family v. USA*, 07-3500
      *Lafarge v. USA*, 07-5178

## ORDER

Considering the Ex Parte Motion of Lafarge North American, Inc., for Extension of Time to File Objections to Magistrate's Order (Rec. Doc. 12948), accordingly

**IT IS ORDERED** that Lafarge North America, Inc.'s Motion (Rec. Doc. 12948) is **GRANTED.**

**IT IS FURTHER ORDERED** that Lafarge North America, Inc's Motion to Expedite Hearing (Rec. Doc. 12950) is **DENIED AS MOOT.**

New Orleans, Louisiana, this _____6th_____ day of May, 2008.

                                  _____
                                  **STANWOOD R. DUVAL, JR.**
                                **UNITED STATES DISTRICT JUDGE**