UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * * | SECTION: JUDGE DUVAL (K) |
| PERTAINS TO: INSURANCE | * * | MAG: MAGISTRATE WILKINSON (2) |
| Loney Landry No. 07-03432 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion to Withdraw and Substitute filed by Allstate Insurance Company,

IT IS ORDERED that Judy Y. Barrasso and Edward R. Wicker, Jr. of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record and that Scott G. Jones be substituted in their place as counsel of record in this proceeding.

New Orleans, Louisiana, this  6th  day of May 2008.

_____
JUDGE

108821