UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION NO.:  05-4182 |
| PERTAINS TO: INSURANCE | *<br>* | JUDGE:  DUVAL "K" |
| McNabb, C.A. No. 07-7855 | *<br>* | MAGISTRATE:  WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Liberty Mutual Fire Insurance Company's, erroneously named as Liberty Mutual Insurance Company, Ex Parte Motion to Withdraw Counsel of Record;

**IT IS ORDERED** that Bonita Y. Watson, Bar No. 26943, is withdrawn as counsel of record for Liberty Mutual and that H. Minor Pipes, III of the law firm of Barrasso Usdin Kupperman Freeman & Sarver LLC, 909 Poydras St., Suite 2400, New Orleans, Louisiana 70112, will remain as counsel of record for Liberty Mutual in the above-referenced matter.

New Orleans, Louisiana this  6th  day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

1

108837