UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* | * | |
| (No. 06-2268) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF DEPOSITION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that the plaintiffs, Norman Robinson, Kent Lattimore, Lattimore & Associates, Inc., Anthony Franz, Jr., Lucille Franz, and Tanya Smith, through their undersigned counsel, will take the deposition of Garret Graves as director of the Governor's Office of Coastal Activities (GOCA), at The Law Office of Joseph M. Bruno, APLC, 855 Baronne Street, New Orleans, Louisiana 70113, on May 15, 2008 beginning at 9:00 a.m. The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duty authorized to administer oaths and record oral testimony.

Pursuant to the Federal Rules of Civil Procedure, the plaintiffs request that the GOCA produce the following:

1.   All ADCIRC modeling data including grids and all outputs generated for the Team Louisiana report. This includes Figure 184. "An improved hurricane protection design

for closing New Orleans' back door;"

    2.    All ADCIRC modeling data including grids and all outputs generated for the Center for the Study of Public Health Impacts of Hurricanes project funded by the Governor's Office of Coastal activities including the Breton Delta and Barrier Islands restoration;

    3.    All ADCIRC outputs generated for the McKnight project under the Center for the Study of Public Health Impacts for Hurricanes; and

    4.    All ADCIRC outputs generated that relate to the MRGO while with the Agricultural Center at LSU including the model runs and animations references in his March 20, 2008 email to environmental groups titled "RE: MRGO Campaign--yard sign design and logo ideas."

Dated: May 7, 2008

        Respectfully Submitted,

        PLAINTIFFS' LIAISON COUNSEL

        /s/ Joseph M. Bruno
        Joseph M. Bruno (LSBA No. 3604)
        The Law Office of Joseph M. Bruno, APLC
        855 Baronne Street, 3rd Floor
        New Orleans, Louisiana 70113
        Telephone: (504) 561-6776
        Facsimile: (504) 561-6775
        Email: jbruno@jbrunolaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        /s/ Joseph M. Bruno
        Joseph M. Bruno