UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES <br> *CONSOLIDATED LITIGATION* | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |
| ************************************************** | | |
| PERTAINS TO: | * <br> * | |
| INSURANCE 07-3432 (Landry v. Allstate) | * | |
| ************************************************** | | |

## MOTION FOR LEAVE TO FILE MOTION AND
## ORDER TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel, comes the defendant herein, Allstate Insurance Company, and which respectfully suggests to the Court that previously, on September 18, 2006, the plaintiff herein, Loney Landry, entered into a settlement agreement with Allstate. Accordingly, Allstate requests that the Stay Order that is in effect regarding the claims herein of Loney Landry be lifted so that Allstate Insurance Company may file this Motion to Enforce Settlement Agreement and seek dismissal of the plaintiff's action.

Respectfully submitted,

/s/ Scott G. Jones
SCOTT G. JONES #14408
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile:  985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)