UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES* <br> *CONSOLIDATED LITIGATION* | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

**************************************************
PERTAINS TO:                                       *
                                                   *
INSURANCE  07-3432  (Landry v. Allstate)           *
**************************************************

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that Allstate Insurance Company be and is hereby granted leave of Court to file its Motion to Enforce Settlement Agreement against the plaintiff insured, Loney Landry.

Thus signed in New Orleans, Louisiana this _____ day of May, 2008.

_____
U.S. DISTRICT JUDGE