UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:                              *
                                          *
INSURANCE  07-3432  (Landry v. Allstate)  *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT

MAY IT PLEASE THE COURT:

Allstate Insurance Company ("Allstate") seeks leave of court to file its Motion to Enforce Settlement Agreement. In this regard, Allstate avers that this matter is one of the "Shelton" mass action filings and has been under a Stay Order.

In light of recent developments in case law, and in light of the settlement agreement previously reached with the plaintiff herein on September 18, 2006, Allstate requests leave of Court and the lifting of the stay so that it may proceed on its Motion to Enforce Settlement Agreement herein.

Respectfully submitted,

/s/ Scott G. Jones
SCOTT G. JONES #14408
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile:  985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)