UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION* | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE 07-3432 (Landry v. Allstate) | * | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Insurance Company ("Allstate"), which respectfully submits this Motion to Enforce Settlement Agreement with respect to the claims of Loney Landry. As is explained in the attached Memorandum in Support of this Motion, plaintiff and Allstate mediated the claim involved in this litigation on September 18, 2006. The mediation resulted in a full settlement of the plaintiff's claims against Allstate thereby barring the claims asserted herein by the plaintiff.

WHEREFORE, Allstate prays that this Court enter an Order enforcing the settlement agreement entered into between it and the plaintiff, Loney Landry, and dismissing all claims against Allstate, with prejudice, plaintiff to bear all costs.

Respectfully submitted,


/s/ Scott G. Jones
SCOTT G. JONES #14408
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile:  985-624-9940


**CERTIFICATE OF SERVICE**


I hereby certify that on May 7, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.


/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)