UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |
| ************************************************** | | |
| PERTAINS TO: | * <br> * | |
| INSURANCE 07-3432 (Landry v. Allstate) | * | |
| ************************************************** | | |

## ORDER

Considering the foregoing Motion to Enforce Settlement Agreement filed herein on behalf of Allstate Insurance Company;

IT IS HEREBY ORDERED that Allstate's Motion is granted and the claims of Loney Landry against Allstate be and are hereby dismissed, with prejudice.

Thus signed in New Orleans, Louisiana this _____ day of May, 2008.

_____
U.S. DISTRICT JUDGE