# LOUISIANA HURRICANE MEDIATION PROGRAM
## *SETTLEMENT AGREEMENT*

Claim Number _511 384 6229_
AAA Case Number _69 407 11896 06_


It is hereby agreed by and between _LANDRY, LONES_ , the
homeowner presenting this claim and _ALLSTATE_ , the
homeowner's insurance company as follows:

1.  _ALLSTATE_ , insurance company, shall pay to _LANDRY, LO_
    _____ , the homeowner, the sum of _$2511 74_ dollars within
    _—0—_ days.

2.  This settlement amount is full, complete, and a total final payment by the
insurance company to the homeowner for the claim brought to the mediation. Both
parties release any and all claims of any kind whatsoever against one another, except that
if the homeowner discovers additional insured damage that was not known to the parties
prior to this mediation, the insured may file a supplemental claim which shall be treated
as a new claim.

3.  This settlement agreement has been entered into as part of the Louisiana
Hurricane Mediation Program, Emergency Rule 22. Said agreement was signed pursuant
to the mediation and was executed voluntarily by each. Each party represents that they
have full authority to enter into this agreement and are the appropriate parties to sign this
agreement. Both parties further acknowledge that they had or have had the opportunity to
seek independent counsel and are signing this agreement with such knowledge.

Lastly, both parties recognize that this is a final and enforceable contract, with the
exception being that the homeowner, if not represented by counsel at this mediation, shall
have three (3) working days within which to rescind this agreement, unless the
homeowner has already cashed the check provided herein by the insurance company.

Dated this _18th_ day of _September_, 2006.


Homeowner, _for the firm_
_Cannish + Cannish, LLC._

Insurance Company
_COWPER_

EXHIBIT
_A_

# Roof Sheet

**Coverage AA**

Claim #   **5113848229-1**

Policy #   **000000015355163**

Ins Claim #   **5113848229**

Insured   **LANDRY, LONEY**

**Roof Diagram**



N



EXHIBIT

B

# Photo Sheet

**Coverage BB**

Insured    LANDRY, LONEY

im #        5113848229-1
Policy #    000000015355163
Ins Claim # 5113848229

**RISK**



**SHED**

LIMB HIT TOP OF SHED





# Photo Sheet

**Coverage BB**

**Insured**   LANDRY, LONEY

| | |
|---|---|
| ùm # | **5113848229-1** |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |

**CHAIN LINK FENCE**

LIMB FELL ON FENCE



# Photo Sheet

**Coverage AA**

| | |
|---|---|
| Claim # | 5113848229-1 |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |

**Insured**   LANDRY, LONEY



**Photo - 1 front of risk**



**Photo -2 front of risk**



# Photo Sheet

**Coverage AA**

**Insured**   LANDRY, LONEY

| | |
|---|---|
| Claim # | **5113848229-1** |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |

**Photo -3 living room ceiling**

NO WIND DAMAGE



**Photo -4 living room**

NO WIND DAMAGE



# Photo Sheet

**Coverage AA**

**Insured**   LANDRY, LONEY

| Claim # | 5113848229-1 |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |



**Photo -5 living room**

NO WIND DAMAGE



**Photo -6 hall**

NO WIND DAMAGE

# Photo Sheet

**Coverage AA**

| | |
|---|---|
| Claim # | 5113848229-1 |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |

**Insured   LANDRY, LONEY**



**Photo 7 living room**

NO WIND DAMAGE



**Photo -8 den**

NO WIND DAMAGE

---

Photo Sheet (MS/B 0470)                     - 4 -                     Sep 18, 2006

# Photo Sheet

**Coverage AA**

| | |
|---|---|
| **Claim #** | **5113848229-1** |
| **Policy #** | 000000015355163 |
| **Ins Claim #** | 5113848229 |

**Insured**   LANDRY, LONEY



**Photo -9 kitchen**

NO WIND DAMAGE



**Photo -10 kitchen**

NO WIND DAMAGE



# Photo Sheet

**Coverage AA**

**Insured**   LANDRY, LONEY

| | |
|---|---|
| Claim # | 5113848229-1 |
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |

**Photo -11 kitchen**

NO WIND DAMAGE



**Photo -12 rest room**

NO WIND DAMAGE



# Photo Sheet

**Coverage AA**

**Insured**    LANDRY, LONEY

| Claim # | 5113848229-1 |
|---|---|
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |



**Photo -13 bedroom**

NO WIND DAMAGE



**Photo -14 bedroom**

NO WIND DAMAGE



# Photo Sheet

**Coverage AA**

| Claim # | 5113848229-1 |
|---------|--------------|
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |

**Insured**   LANDRY, LONEY



**Photo -14 Rear Roof**

NO WIND DAMAGE



**Photo -15 shed site**

Shed had been removed on my inspection

# Photo Sheet

**Coverage AA**

| Claim # | 5113848229-1 |
|---|---|
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |

**Insured**   LANDRY, LONEY

Photo -16 shed site



Photo -17 shed site



# Photo Sheet

**Insured**   LANDRY, LONEY

**Coverage AA**

| | |
|---|---|
| **Claim #** | 5113848229-1 |
| **Policy #** | 000000015355163 |
| **Ins Claim #** | 5113848229 |



**Photo -18 hall floor**

new tile



**Photo -19 living room**

new tile

# **Photo Sheet**

**Coverage AA**

| Claim # | 5113848229-1 |
|---|---|
| Policy # | 000000015355163 |
| Ins Claim # | 5113848229 |

**Insured**   LANDRY, LONEY



**Photo -20 rear roof**

NO WIND DAMAGE

# CONNICK AND CONNICK, L.L.C.
### ATTORNEYS AT LAW

2551 METAIRIE ROAD

WILLIAM PETER CONNICK

MICHAEL S. FUTRELL
MICHAEL F. NOLAN
BRIAN J. EISELEN
CHANCE C. WHITE

METAIRIE, LOUISIANA 70001
TELEPHONE (504) 838-8777
FACSIMILE (504) 838-9903
E-MAIL ADDRESS:
beiselen@connicklaw.com
Website: www.connicklaw.com

OF COUNSEL
PAUL D. CONNICK, JR.

July 13, 2007

Edward Wicker
Barrasso, Usdin, Kupperman, Freeman & Sarver
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112

**Re:   Loney Landry v. Allstate Indemnity Company**
**Policy No.: 015355163 04/27**
**Damaged Property: 2221 Painters Street, New Orleans, Louisiana 70117**

Dear Mr. Wicker:

As per our recent submissions, I am willing to recommend to my client settlement of her claim for the following amounts:

| | | |
|---|---|---|
| ALE | $ | 7,900.00 |
| Contents | $ | 34,750.00 |
| Structure | $ | 29,786.78 |
| Less Allstate Payment | $ | 2,511.74 |
| Net owed by Allstate | $ | 69,925.04 |
| Expert Fees | $ | 600.00 |
| Subtotal | $ | 70,525.04 |
| Attorney Fees (25%) | $ | 17,631.26 |
| TOTAL | $ | 88,156.30 |

Please respond with your thoughts regarding the resolution of this claim.

With professional regards, I remain,

Sincerely,

Brian J. Eiselen

BJE/llh


EXHIBIT
E

Claim information _____
Insured: _____
Policy No: _____

Claim Number _____
Date of Loss: _August 39, 2005_

Time Period:   8/29/05   to _Now_

| | Cost Incurred | Amount Normally Spent | Additional Cost Incurred | Reduction in Normal Expense |
|---|---|---|---|---|
| Housing: Motel | 5 month | | | |
| Apt. | A month | | | |
| Temporary Housing | 500.00 | None | O | O |
| Furniture Rental | | | | |
| Moving Expense | | | | |
| Realtor Fee | | | | |
| Evacuation Gas Cost | | | | |
| Utilities | | | | |
| Heating Oil | | | | |
| Gas | | | | |
| Water | | | | |
| Telephone | 100.00 | dont.Know | Same | O |
| Electricity | 200.00 | Same | No | O |
| Sewer | | | | |
| Internet Service | | | | |
| Other | | | | |
| Meals – Away from Home | 3,000 | 6 | O | O |
| Transportation | | | | |
| Automobile Add'l Miles | 1,000 | 70.00 | O | O |
| Taxicabs, Buses, etc. | 50,000 | None | O | O |
| Other | | X .43 per mile | | |
| Miscellaneous | | | | |
| Laundry | 800.00 | None | O | O |
| Dry Cleaning | 100.00 | Same | No | O |
| Connect/Disconnect Fees | | | | |
| | | | | |
| | | | | |

SUBTOTAL: _165,00_

AMOUNT OWED: _7,900_

INSURED: _____
CLAIM #: _____
PROPERTY: _____

CONTENTS LIST
TOTAL: $34,750.00

| ITEM | VALUE | BRAND | AGE | ESTIMATED REPLACEMENT COST |
|---|---|---|---|---|
| ② washer + dryer christmas stuff wash room | 1,000 | MAytAy | 1 yrs | 1,000 |
| 52" inch TV | 2,500 | Toshioa | 2 yrs | 2,500 |
| ③ Living Room Set | 2,500 | Broyhill | 2 yrs | 2,500 |
| All Picture + wese | Price less | Priceless | all my Life | Price Less |
| 2 bedroom set etc | 5,000 | broyhill | 4 yrs | 5,000 |
| 1 32 inch TV | 450 00 | Sam Sung | 2 yrs | 450,00 |
| 1 25 inch TV | 300 00 | G E | 3 yrs | 300.00 |
| All clothes for | 10,000 | Can't Rembr | all my Life | 10,000 |
| dining Room Set | 5,000 | mont minze | 5 yrs | 5,000 |
| Back room stove id. shwasher Refter deep freez | 5,600 | mauTAyi | 3 yrs | 5,000 |
| Gidhen all food | 2,000 | all store | yrs New | 2,000 |
| Curtian | 1,000 | all store | 1 yr | 1,600 |

all my children my interding mother piest

*Designates that item located above the flood line.

| OWNER | : Loney Landry | CONTRACTOR | : |
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |

# LONEY WIND ESTIMATE

## BUILDING INFORMATION

Type of Building:      Residential
Type of Foundation:    Concrete Slab
Exterior Walls:        Brick and/or Stone
Type of Roof:          Shingle
Interior Walls:        Wood Studs



## ESTIMATE RECAP

| Building Estimate Total: | $29,094.63 |
| Sales Tax: | $692.15 |
| Estimate Final Totals: | $29,786.78 |

| OWNER | : Loney Landry | CONTRACTOR | : |
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |
| POLICY # | : 000000015355163 | DATE RECEIVED | : 06/05/2007 |
| CLAIM # | : | TYPE OF LOSS | : Wind |

---

**Area Name:** Dwelling Roof

| Triangle: | 1.96 SQ | (Triangle: 27' x 14' 6.0" High) |
| Triangle: | 0.62 SQ | (Triangle: 15' 6.0" x 8' High) |
| Triangle: | 0.45 SQ | (Triangle: 9' x 10' High) |
| Triangle: | 1.17 SQ | (Triangle: 19' 6.0" x 12' High) |
| Trapezoid: | 5.29 SQ | (Trapezoid: 23' 6.0" and 49' 6.0" Bases, 14' 6.0" High) |
| Trapezoid: | 2.18 SQ | (Trapezoid: 23' 6.0" and 43' 6.0" Bases, 6' 6.0" High) |
| Trapezoid: | 4.65 SQ | (Trapezoid: 51' 6.0" and 58' Bases, 8' 6.0" High) |
| Parallelogram: | 0.88 SQ | (Parallelogram: 11' x 8' ) |

**Total Squares:** 19.78 SQ   (17.20 with 15.00% waste)

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 4.0 | EA | Remove Gas Exhaust Vent | $15.00 | $15.00 | $0.00 | $0.00 | $60.00 |
| 4.0 | EA | Replace Gas Exhaust Vent | $100.00 | $50.00 | $50.00 | $0.00 | $400.00 |
| 121.4 | LF | Remove Ridge Clay Tiles | $0.75 | $0.75 | $0.00 | $0.00 | $91.05 |
| 121.4 | LF | Replace Ridge Clay Tiles | $3.15 | $2.00 | $1.15 | $0.00 | $382.41 |
| 11.0 | LF | Demo Valley Metal Flashing | $0.50 | $0.50 | $0.00 | $0.00 | $5.50 |
| 11.0 | LF | Replace Valley Metal Flashing | $4.25 | $1.50 | $2.75 | $0.00 | $46.75 |
| 1.0 | EA | Demo Rotary Turbine Roof Vent | $25.00 | $25.00 | $0.00 | $0.00 | $25.00 |
| 1.0 | EA | Replace Rotary Turbine Roof Vent | $90.00 | $50.00 | $40.00 | $0.00 | $90.00 |
| 1976.0 | SF | Remove Felt for Slate Roofing | $0.15 | $0.15 | $0.00 | $0.00 | $296.70 |
| 1976.0 | SF | Replace Felt for Slate Roofing | $0.80 | $0.75 | $0.05 | $0.00 | $1,582.40 |
| 169.8 | LF | Remove Drip Edge | $0.75 | $0.75 | $0.00 | $0.00 | $127.35 |
| 169.8 | LF | Replace Drip Edge | $3.00 | $2.50 | $0.50 | $0.00 | $509.40 |
| 17.2 | SQ | Remove Slate Roofing | $60.00 | $60.00 | $0.00 | $0.00 | $1,032.00 |
| 19.8 | SQ | Replace Slate Roofing | $595.00 | $320.00 | $275.00 | $0.00 | $11,781.00 |
| 2.0 | EA | Remove Flashing for 2" Pipe | $10.00 | $10.00 | $0.00 | $0.00 | $20.00 |
| 2.0 | EA | Replace Flashing for 2" Pipe | $32.50 | $25.00 | $7.50 | $0.00 | $65.00 |
| 1.0 | EA | Remove Flashing for 4" Pipe | $10.00 | $10.00 | $0.00 | $0.00 | $10.00 |
| 1.0 | EA | Replace Flashing for 4" Pipe | $35.00 | $25.00 | $10.00 | $0.00 | $35.00 |
| | | **Totals For Dwelling Roof** | | | | | **$16,559.56** |

---

**Area Name:** Dwelling Exterior

| Dwelling Exterior | 25' x 9' x 8' |
| Offset | 36' x 31' 8.0" x 8' |
| Offset | 12' 8.0" x 5' x 8' |

| Lower Perimeter: | 165.30 LF | Floor SF: | 1428.30 SF | Wall SF: | 1322.70 SF |
| Upper Perimeter: | 165.70 LF | Floor SY: | 158.70 SY | Ceiling SF: | 1428.30 SF |

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 1218.0 | SF | Interim Construction Clean-up (100.0%) | $0.20 | $0.10 | $0.00 | $0.10 | $243.60 |
| 1218.0 | SF | Final Construction Clean-up (100.0%) | $0.25 | $0.15 | $0.00 | $0.10 | $304.50 |
| 150.2 | LF | Paint / Finish Brick or Shingle Moulding | $1.75 | $1.50 | $0.25 | $0.00 | $262.85 |
| 15.0 | EA | Remove Window Screens | $5.00 | $5.00 | $0.00 | $0.00 | $75.00 |
| 15.0 | EA | Replace Window Screens | $40.00 | $15.00 | $25.00 | $0.00 | $600.00 |
| 30.0 | LF | Demo Soffit | $0.75 | $0.75 | $0.00 | $0.00 | $22.50 |
| 30.0 | LF | Replace Soffit | $3.25 | $1.00 | $2.25 | $0.00 | $97.50 |
| 30.0 | LF | Demo Gutters | $0.75 | $0.75 | $0.00 | $0.00 | $22.50 |
| 30.0 | LF | Replace Gutters | $6.50 | $5.00 | $1.50 | $0.00 | $195.00 |
| 150.2 | SF | Paint / Finish Plywood Soffit | $1.15 | $1.00 | $0.10 | $0.05 | $172.73 |
| | | Paint on plywood soffit with 18" overhang damaged by flying debris during storm; using ladder | | | | | |
| 30.0 | LF | Remove 1" x 8" Pine Fascia (100.0%) | $1.00 | $1.00 | $0.00 | $0.00 | $30.00 |

| OWNER | : Loney Landry | CONTRACTOR | : |
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
|  | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |
| POLICY # | : 000000015355163 | DATE RECEIVED | : 06/05/2007 |
| CLAIM # | : | TYPE OF LOSS | : Wind |

**Dwelling Exterior - continued...**

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 30.0 | LF | Replace 1" x 8" Pine Fascia (100.0%) Fascia board damaged by wind and flying debris during storm | $3.80 | $2.50 | $1.25 | $0.05 | $114.00 |
| 150.2 | LF | Paint / Finish 1" x 8" Pine Fascia (100.0%) Paint on fascia damaged by flying debris during storm; using ladder | $1.10 | $1.00 | $0.05 | $0.05 | $165.22 |
| 2.0 | PR | Paint / Finish Exterior Wood Shutters Paint on front shutters damaged by flying debris during storm | $27.50 | $25.00 | $2.50 | $0.00 | $55.00 |
| 11.0 | LF | Remove and Reinstall Soffit Vent | $1.97 | $1.97 | $0.00 | $0.00 | $21.67 |
| 1.0 | EA | Tree Removal Remove tree from Dwelling and Fence | $500.00 | $500.00 | $0.00 | $0.00 | $500.00 |
| 60.0 | DY | Dumpster Haul Fee Per Day | $5.00 | $0.00 | $0.00 | $5.00 | $300.00 |
| 1.0 | EA | Dumpster Rental | $400.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| 1.0 | EA | Dumpster Delivery Fee | $125.00 | $0.00 | $0.00 | $125.00 | $125.00 |
| | | **Totals For Dwelling Exterior** | | | | | **$3,707.07** |

| Area Name: | Dwelling Son's Bedroom |
|---|---|

Dwelling Son's Bedroom ..................................................... 12' 8.0" x 10' 11.0" x 8'
Closet ............................................................. 1' 11.0" x 5' 1.0" x 8' (Opening: 4' x 6' 8.0")

| Lower Perimeter: | 53.20 LF | Floor SF: | 148.00 SF | Wall SF: | 436.00 SF |
| Upper Perimeter: | 47.20 LF | Floor SY: | 16.44 SY | Ceiling SF: | 148.00 SF |

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 148.0 | SF | Clean Ceramic Floor Tile (100.0%) Clean rain water and debris from broken window | $0.55 | $0.50 | $0.02 | $0.03 | $81.40 |
| 148.0 | SF | Demo Ceiling Insulation (100.0%) Damaged by wind driven rain due to tree falling on roof | $0.60 | $0.60 | $0.00 | $0.00 | $88.80 |
| 148.0 | SF | Replace Ceiling Insulation (100.0%) Damaged by wind driven rain due to tree falling on roof | $1.90 | $0.60 | $1.30 | $0.00 | $281.20 |
| 148.0 | SF | Demo Ceiling Gypsum Drywall (100.0%) Damaged by wind driven rain due to tree falling on roof | $0.60 | $0.60 | $0.00 | $0.00 | $88.80 |
| 148.0 | SF | Replace Ceiling Gypsum Drywall (100.0%) Damaged by wind driven rain due to tree falling on roof | $2.50 | $1.75 | $0.75 | $0.00 | $370.00 |
| 148.0 | SF | Texture Ceiling (100.0%) Damaged by wind driven rain due to tree falling on roof | $1.00 | $0.65 | $0.35 | $0.00 | $148.00 |
| 148.0 | SF | Paint Ceiling (100.0%) Damaged by wind driven rain due to tree falling on roof | $1.25 | $1.00 | $0.25 | $0.00 | $185.00 |
| 2.0 | EA | Paint / Finish Window Casing / Trim | $30.00 | $25.00 | $5.00 | $0.00 | $60.00 |
| 2.0 | EA | Paint / Finish Window Aprons | $12.50 | $10.00 | $2.50 | $0.00 | $25.00 |
| 30.0 | SF | Remove Blinds | $0.50 | $0.50 | $0.00 | $0.00 | $15.00 |

| OWNER | : Loney Landry | CONTRACTOR | : |
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |
| POLICY # | : 000000015355163 | DATE RECEIVED | : 06/05/2007 |
| CLAIM # | : | TYPE OF LOSS | : Wind |

**Dwelling Son's Bedroom - continued...**

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 30.0 | SF | Replace Blinds Broken window allowed hurricane winds and rain water to enter room damaging mini blinds on both windows | $2.00 | $0.75 | $1.25 | $0.00 | $60.00 |
| 7.0 | EA | Remove & Reinstall Covers for Outlets/Switches | $5.00 | $5.00 | $0.00 | $0.00 | $35.00 |
| 1.0 | EA | Remove & Reinstall Supply Grill | $15.00 | $15.00 | $0.00 | $0.00 | $15.00 |
| 1.0 | LS | Move/Reset Contents | $75.00 | $75.00 | $0.00 | $0.00 | $75.00 |
| 148.0 | SF | Cover/Protect Floors (100.0%) Labor and material to cover and protect floors with a drop cloth while painting ceiling and walls | $0.55 | $0.50 | $0.05 | $0.00 | $81.40 |
| | | **Totals For Dwelling Son's Bedroom** | | | | | **$1,609.60** |

| Area Name: | Other Structures Shed Roof |
|---|---|

| Square/Rectangle: | 1.35 SQ   (Rectangle: 13' 6.0" x 10' ) |
|---|---|

| Total Squares: | 1.49 SQ   (1.35 with 10.00% waste) |
|---|---|

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 135.0 | SF | Demo Exterior Plywood Roof Sheathing | $1.25 | $1.25 | $0.00 | $0.00 | $168.75 |
| 135.0 | SF | Replace Exterior Plywood Roof Sheathing | $1.75 | $1.00 | $0.75 | $0.00 | $236.25 |
| 1.5 | SQ | Remove Composition Shingles | $60.00 | $60.00 | $0.00 | $0.00 | $90.00 |
| 1.8 | SQ | Replace Composition Shingles Majority of shingles damaged by Katrina; shingle granuals damaged by hurricane winds and/or flying debris during storm | $250.00 | $160.00 | $90.00 | $0.00 | $450.00 |
| 154.0 | SF | Remove Felt for Composition Shingles | $0.15 | $0.15 | $0.00 | $0.00 | $23.10 |
| 154.0 | SF | Replace Felt for Composition Shingles | $0.80 | $0.75 | $0.05 | $0.00 | $123.20 |
| 47.0 | LF | Remove Drip Edge for Composition Shingles | $0.75 | $0.75 | $0.00 | $0.00 | $35.25 |
| 47.0 | LF | Replace Drip Edge for Composition Shingles | $3.00 | $2.50 | $0.50 | $0.00 | $141.00 |
| | | **Totals For Other Structures Shed Roof** | | | | | **$1,267.55** |

| Area Name: | Other Structure Shed Exterior |
|---|---|

Other Structure Shed Exterior .......................................... 13' 3.0" x 7' 9.0" x 8'

| Lower Perimeter: | 42.00 LF | Floor SF: | 102.70 SF | Wall SF: | 336.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 42.00 LF | Floor SY: | 11.41 SY | Ceiling SF: | 102.70 SF |

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|---|---|---|---|---|---|---|---|
| 336.0 | SF | Paint / Finish Exterior Siding (100.0%/8.0') | $1.25 | $1.00 | $0.25 | $0.00 | $420.00 |
| | | **Totals For Other Structure Shed Exterior** | | | | | **$420.00** |

| OWNER | : Loney Landry | CONTRACTOR | : |
|-------|----------------|------------|---|
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |
| POLICY # | : 000000015355163 | DATE RECEIVED | : 06/05/2007 |
| CLAIM # | : | TYPE OF LOSS | : Wind |

**Area Name:     Other Structures Fencing**

| Quantity | Units | Description | Unit Cost | Labor | Material | Equipment | Estimate |
|----------|-------|-------------|-----------|-------|----------|-----------|----------|
| 45.0 | LF | Remove Chain Link Fencing | $1.00 | $0.85 | $0.15 | $0.00 | $45.00 |
| 45.0 | LF | Replace Chain Link Fencing | $12.25 | $4.50 | $7.75 | $0.00 | $551.25 |
| 45.0 | LF | Remove Top Rail for Chain Link Fencing | $0.15 | $0.15 | $0.00 | $0.00 | $6.75 |
| 45.0 | LF | Replace Top Rail for Chain Link Fencing | $1.75 | $0.25 | $1.50 | $0.00 | $78.75 |
| | | **Totals For Other Structures Fencing** | | | | | **$681.75** |

| | |
|---|---|
| Line Item Total | $24,245.53 |
| General Contractor's Overhead (10.0%) | $2,424.55 |
| General Contractor's Profit (10.0%) | $2,424.55 |
| Estimate Total With Overhead and Profit | $29,094.63 |
| Applicable Sales Tax | $692.15 |
| **BUILDING ESTIMATE FINAL TOTAL** | **$29,786.78** |

| OWNER | : Loney Landry | CONTRACTOR | : |
|---|---|---|---|
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |

# ITEMS EXCLUDED FROM CONTRACTOR OVERHEAD AND PROFIT

| TRADE/SUBTRADE/ITEMS | ESTIMATE |
|---|---|

| TOTAL AMOUNT EXCLUDED FROM O&P | $0.00 |
|---|---|

| OWNER | : Loney Landry | CONTRACTOR | : |
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |

# DETAILED TRADE BREAKDOWN

| TRADE/SUBTRADE CLASSIFICATION | | | ESTIMATE |
|---|---|---|---|
| **1.0** | **GENERAL CONDITIONS** | | **$1,285.90** |
| | 1.1 | DEBRIS REMOVAL | $500.00 |
| | 1.2 | CLEANING | $629.50 |
| | 1.4 | PROTECTION | $81.40 |
| | 1.10 | CONTENTS MOVING | $75.00 |
| **2.0** | **SITE WORK** | | **$2,093.10** |
| | 2.1 | BUILDING DEMOLITION | $1,463.10 |
| | 2.4 | FENCING | $630.00 |
| **6.0** | **CARPENTRY** | | **$350.25** |
| | 6.1 | ROUGH | $350.25 |
| **7.0** | **MOISTURE PROTECTION** | | **$17,927.48** |
| | 7.2 | INSULATION | $281.20 |
| | 7.3 | ROOFING | $14,319.01 |
| | 7.4 | ROOF ACCESORIES | $100.00 |
| | 7.5 | SKYLIGHTS / VENTS | $536.67 |
| | 7.6 | EXTERIOR SIDING | $97.50 |
| | 7.7 | GUTTERS | $195.00 |
| | 7.11 | FLASHINGS | $865.25 |
| | 7.12 | ROOFING TEAR-OFF | $1,532.85 |
| **8.0** | **DOORS AND WINDOWS** | | **$600.00** |
| | 8.7 | SCREENING | $600.00 |
| **9.0** | **FINISHES** | | **$1,863.80** |
| | 9.2 | GYPSUM DRYWALL | $518.00 |
| | 9.7 | PAINTING / STAINING | $1,345.80 |
| **12.0** | **FURNISHINGS** | | **$75.00** |
| | 12.3 | WINDOW TREATMENTS | $75.00 |
| **15.0** | **MECHANICAL** | | **$15.00** |
| | 15.4 | DUCTWORK | $15.00 |
| **16.0** | **ELECTRICAL** | | **$35.00** |
| | 16.2 | OUTLETS / SWITCHES | $35.00 |

**ALL TRADES TOTAL** **$24,245.53**
Page: P 4

| OWNER | : Loney Landry | CONTRACTOR | : |
| LOCATION | : 2221 Painters St. | CONTRACTOR PHONE | : |
| | : New Orleans, LA 70117 | ESTIMATOR NAME | : Jonathan Stephens |
| OUR JOB # | : Landry Wind | ESTIMATE DATE | : 06/19/2007 |

# ESTIMATE SUMMARY TOTALS

| AREA/GROUP DESCRIPTION | ESTIMATE |
|---|---|
| **Building Estimate** | |
| — Dwelling Roof | $16,559.56 |
| — Dwelling Exterior | $3,707.07 |
| — Dwelling Son's Bedroom | $1,609.60 |
| — Other Structures Shed Roof | $1,267.55 |
| — Other Structure Shed Exterior | $420.00 |
| — Other Structures Fencing | $681.75 |
| **ESTIMATE TOTALS:** | **$24,245.53** |