UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| *CONSOLIDATED LITIGATION* | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |

*************************************************

PERTAINS TO:                                          *
                                                                      *
INSURANCE  07-3432  (Landry v. Allstate)   *
*************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Allstate Insurance Company, will bring its Motion to Enforce Settlement Agreement before the Honorable Stanwood Duval, United States District Judge for the Eastern District of Louisiana at 500 Poydras Street, New Orleans, Louisiana on the 28th day of May, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard.

                                            Respectfully submitted,

                                            /s/ Scott G. Jones
                                            SCOTT G. JONES #14408
                                            INABNET & JONES, L.L.C.
                                            1331 West Causeway Approach
                                            Mandeville, LA 70471
                                            Telephone: 985-624-9920
                                            Facsimile:  985-624-9940

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      I further certify that there are no non-CM/ECF participants in this case.

      /s/ Scott G. Jones
      Scott G. Jones (Bar No. 14408)