UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.  05-4182 |
| PERTAINS TO:  INSURANCE CASES | SECTION "K" (2) |
| *Kirsch*, No. 06-4704 | JUDGE DUVAL |
| | MAG. WILKINSON |

## ORDER

Considering the foregoing Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiff Lillian Kirsch With Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion is Granted and that this Court's stay order is temporarily lifted for the sole purpose of addressing the Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiff Lillian Kirsch With Prejudice;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiff Lillian Kirsch asserted against Homesite Insurance Company in the consolidated proceeding entitled *Lillian Kirsch vs. Homesite Insurance Company*, No. 06-4704, including without limitation all claims arising under Plaintiff's policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising

NO.99864884.1

out of the handling, investigation and/or adjustment of Plaintiff's claim, are hereby

**DISMISSED**, with prejudice and with each party to bear its own costs.

New Orleans, Louisiana, this __6th__ day of _____May_____, 2008.

                                                                                                                  _____
                                                                                                                  UNITED STATES DISTRICT JUDGE

NO.99864884.1