# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>  <u>D. MULLER, 06-9108</u> | SECTION "K"(2) |

## ORDER

Considering the plaintiff's foregoing motion (Rec. Doc. 12969);

**IT IS ORDERED** that the plaintiff's motion (Rec. Doc. 12969) be **GRANTED.**

Plaintiff shall be permitted to file their amended complaint adding defendant, Westport Insurance Company.

New Orleans, Louisiana, this ___7th___ day of May, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**