UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:  ROAD HOME | SECTION "K"(2) |

## ORDER

The Motion to Disqualify Plaintiff's Private Counsel (Doc. 10937) came for hearing on May 1, 2008.  At that time, it became clear that supplementary briefing is required prior to the Court ruling on the motion.  Accordingly,

**IT IS ORDERED** that simultaneous post-hearing briefs no longer than 25 pages in length shall be filed **no later than May 22, 2008.**

**IT IS FURTHER ORDERED** that simultaneous reply briefs no longer than 10 pages shall be filed **no later than May 29, 2008** at which time this matter will be submitted on these briefs.

New Orleans, Louisiana, this   7th   day of May, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE