UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                                              NO. 05-4182

PERTAINS TO:                                      SECTION "K"(2)
**05-4181
06-1885
06-4024
06-4389
06-5771
06-5786
06-6099
07-0206
07-3500
07-3612
07-5023
07-5040**

## ORDER

Having been informed by the United States Court of Appeals for the Fifth Circuit that no action in connection with this matter shall be taken at this time,

**IT IS ORDERED** that the Court's previous Order of April 23, 2008 ( Doc. 12713) severing and closing for administrative and statistical purposes the above-referenced cases is **VACATED.** However, Mr. Ashton O'Dwyer is reminded of the pendency of this Court's Order of April 21, 2008 finding Mr. O'Dwyer in contempt and requiring him to notify his clients of the contents of that Order

(Doc. 12552) as well as its previous Order (Doc. 11357) and certify his compliance with these orders by June 1, 2008.

New Orleans, Louisiana, this  7th   day of May, 2008.

                                         **STANWOOD R. DUVAL, JR.**
                            **UNITED STATES DISTRICT COURT JUDGE**