AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

RAPHAEL & DIOIGNA ACEVEDO et al
(see attached sheet)

V.

AAA INSURANCE et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5199

SECT K MAG 2

TO: (Name and address of defendant)

Fidelity & Deposit Company of Maryland

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within __TWENTY__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

SEP - 6 2007
DATE

K. Haley
(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148425

**Mailed to Insurance Co.:**

FIDELITY & DEPOSIT COMPANY OF MARYLAND
C/O ZURICH NORTH AMERICA
ATTN: ROBERT L. LAWRENCE, CLAIMS DIVISION
3910 KESWICK ROAD
BALTIMORE, MD 21211

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL

***************************************************************************



Label/Receipt Number: **7007 0710 0002 8014 8425**
Status: **Delivered**

Your item was delivered at 11:19 am on December 10, 2007 in BALTIMORE, MD 21211.