UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                         CIVIL ACTION
CONSOLIDATED LITIGATION
_____                      NO. 05-4182

**PERTAINS TO INSURANCE:**                           SECTION K-2

*Aguda,* 07-4457
*Anderson,* 07-6737
*Acevedo,* 07-5199
*Abram,* 07-5205

## ORDER

Considering Plaintiffs' Request for Oral Argument,

**IT IS ORDERED** that the following matters are set for oral argument on Wednesday, May 14, 2008 at 9:30 a.m.: (1) Plaintiffs' Rule 60(3) Motion to Vacate and to Dismiss Order Granting State Farm's Motions to Dismiss (Rec. Doc. 10738) and For Leave to File Amended Complaints **(Rec. Doc. 12856)**; and, (2) Appeal of Magistrate Judge's Order Denying Plaintiffs' Motions for Leave to File Amended Complaints **(Rec. Doc. 12857)**. The request is denied as the Court finds that oral argument is not needed at this time.

New Orleans, Louisiana, this  7th  day of    May   , 2008.

_____
UNITED STATES DISTRICT JUDGE

DENIED