UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO:  INSURANCE *Hammond*: 07-1767 | JUDGE:  DUVAL |
| | MAGISTRATE:  WILKINSON |

### ORDER

Considering the above and foregoing *Motion For Extension Of Time To File Response To Plaintiff's Motion To De-Consolidate And Transfer Proceedings;*

**IT HEREBY IS ORDERED,** that the deadline for Republic Fire And Casualty Insurance Company to file a response to plaintiff's Motion to De-Consolidate and Transfer Proceedings is hereby extended or enlarged from its current deadline of May 6, 2008, until May 8, 2008.

Thus done and signed at New Orleans, Louisiana this   7th   day of May, 2008.

HONORABLE STANWOOD R. DUVAL, JR.