PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 001 | FMA-001-000000001 | FMA-001-000000083 | Department of Homeland Security; FEMA; Disaster Operations; Operations and Planning | George Rhodes | KC796 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Mission Task Assignment for Repair and Debris Removal |
| FMA | 003 | FMA-003-000000001 | FMA-003-000000023 | Department of Homeland Security; FEMA; OCC; Region 6; Transitional Recovery Office | Janice Kazmier | KC796 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos of hurricane damage |
| FMA | 004 | FMA-004-000000001 | FMA-004-000000002 | Department of Homeland Security; FEMA; OCC | George Cotton | KC796 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Photos of Barge Removal |
| FMA | 005 | FMA-005-000000001 | FMA-005-000000029 | Department of Homeland Security; FEMA; OCC | Jeff Reynolds | KC796 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Investigation and Performance of the NO Flood Protection System Final Report Sponsored by the NSF |
| FMA | 006 | FMA-006-000000001 | FMA-006-000000001 | Department of Homeland Security; FEMA; Mitigation Directorate; National Flood Insurance Program | Timothy Scoville | KC796 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | National Flood Insurance Program Bureau and Statistical Agent - St. Bernard Parish Closed Claims as of 12/1/07 - Hurricane Katrina |
| FMA | 011 | FMA-011-000000001 | FMA-011-000000014 | Department of Homeland Security; FEMA; Mitigations; Engineering | Joshua Smith | KC796 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Various maps involving flood elevations, levee heights, levees, etc. |
| FMA | 012 | FMA-012-000000001 | FMA-012-000000591 | Department of Homeland Security; FEMA | Pamela Williams | KC796 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hearing Reports from US Senate |
| FMA | 014 | FMA-014-000000001 | FMA-014-000000789 | Department of Homeland Security; FEMA; OCC | Pamela Williams | KC796 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Confidential Produced Pursuant to Protective Order In Re: Katrina Canal Breaches Consolidated Litigation Civil Action No. 05-41-82 K(2) (pp. 10 to 58) - Miscellaneous FEMA reports of activities and Individual Assistance Program Summaries |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 016 | FMA-016-000000001 | FMA-016-000000156 | Department of Homeland Security; FEMA; Records Management | Matthew Matchen | KC796 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Miscellaneous FEMA reports of activities and damages |
| FMA | 018 | FMA-018-000000001 | FMA-018-000000001 | Department of Homeland Security; FEMA; OCC | Jeff Reynolds | KC796 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Project worksheet information - General numbers and payments for Orleans and St. Bernard Parishes |
| FMA | 002 | FMA-002-000000001 | FMA-002-000000008 | Department of Homeland Security; FEMA; Operations; Louisiana Transitional Recovery Office | Lalit Bajaria | KC797 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Timelines for accomplishing tasks |
| FMA | 019 | FMA-019-000000001 | FMA-019-000000025 | Department of Homeland Security; FEMA; Mitigation Directorate; National Flood Insurance Program | Timothy Scoville | KC797 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | 1 Sept 1983 FEMA Flood Insurance Study - City of New Orleans and Orleans Parish |
| FMA | 020 | FMA-020-000000001 | FMA-020-000000037 | Department of Homeland Security; FEMA; Mitigations; Engineering | Joshua Smith | KC797 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | 23 March 95 FEMA Flood Insurance Study - Jefferson Parish and incorporated areas |
| ZFP | 001 | ZFP-001-000000001 | ZFP-001-000000034 | Department of Homeland Security; FEMA; OCC | Pamela Williams | KC798 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 002 | ZFP-002-000000001 | ZFP-002-000000334 | Department of Homeland Security; FEMA; Louisiana Transitional Recovery Office; Public Assistance Program | Steve Norton | KC799 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 003 | ZFP-003-000000001 | ZFP-003-000000301 | Department of Homeland Security; FEMA; Louisiana Transitional Recovery Office; Public Assistance Program | Steve Norton | KC800 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ZFP | 004 | ZFP-004-000000001 | ZFP-004-000000584 | Department of Homeland Security; FEMA; Public Assistance; Operations | Donald Schriber | KC801 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 016 | ZFP-016-000000001 | ZFP-016-000000016 | Department of Homeland Security; FEMA; Louisiana Transitional Recovery Office; Operations Section | Errolyn Jackson | KC802 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 017 | ZFP-017-000000001 | ZFP-017-000000010 | Department of Homeland Security; FEMA; OCC | Pamela Williams | KC803 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 018 | ZFP-018-000000001 | ZFP-018-000000571 | Department of Homeland Security; FEMA | Paul Huang | KC804 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 019 | ZFP-019-000000001 | ZFP-019-000000328 | Department of Homeland Security; FEMA | Paul Huang | KC805 | 5/8/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |