# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **IN RE:  KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO:  BARGE** | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K"  (2)** |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | **JUDGE** |
| *Perry v. Ingram*      06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA*      07-3500 | * | **MAG.** |
| *Lafarge v. USA*      07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

## ORDER

Considering the Barge Plaintiffs' *Ex Parte* Motion for Leave to Substitute Pleading and for

Magistrate Referral, it is hereby **ORDERED** that the motion be, and is hereby, **GRANTED**.

**FURTHER ORDERED**, Barge Plaintiffs are granted leave to substitute the Motion for

Reconsideration in place of their previously filed Objections to and Appeal of Magistrate Judge's

Ruling to District Court and/or Motion to Amend Judgment of the Magistrate Court, **FURTHER**,

that the date of filing of the former shall relate-back to the date upon which the latter was filed - May

5, 2008, without prejudice to Barge Plaintiffs' rights to appeal any adverse ruling on any Motion for

Reconsideration concerning the April 21, 2008 Magistrate Court ruling, **FURTHER**, that the said

Motion for Reconsideration is referred to the Magistrate for disposal on May 14, 2008.

New Orleans, Louisiana, this 7th day of May, 2008.

_____

HON. STANWOOD R. DUVAL, JR.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6 day of May, 2008.

\s\Brian A. Gilbert