UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| **PERTAINS TO: BARGE** | * * | and consolidated cases |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*      05-5531 | * |  |
| *Mumford v. Ingram*    05-5724 | * |  |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * |  |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

**MOTION FOR RECONSIDERATION**

Now come Barge Plaintiffs, through undersigned counsel, seeking reconsideration following the April 21 ruling of the Hon. Magistrate Wilkinson upon hearing of the Barge Plaintiffs' Motion to Compel More Complete Responses to Requests for Admissions and Interrogatories from Lafarge North America, Inc., for reasons more fully set forth in the accompanying Memorandum.

It is so moved.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180

       Facsimile: (504) 581-4336  
       e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,  
Lawrence D. Wiedemann.(13457)  
Karl Wiedemann (18502)  
Karen Wiedemann (21151)  
WIEDEMANN & WIEDEMANN  
821 Baronne Street  
New Orleans, Louisiana 70113  
    Telephone: (504) 581-6180  
    Facsimile: (504) 581-4336  
    e-mail: lawrence@wiedemannlaw.com,  
    karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders  
Patrick J. Sanders (18741)  
3316 Ridgelake Drive  
Suite 100  
Metairie, LA 70002  
    Telephone: 504-834-0646  
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour  
Richard T. Seymour (D.C. Bar #28100)  
Adele Rapport  
Law Office of Richard T. Seymour, P.L.L.C.  
1150 Connecticut Avenue N.W., Suite 900  
Washington, D.C.  20036-4129  
    Voice: 202-862-4320  
    Cell:   202-549-1454  
    Facsimile:  800-805-1065 and 202-828-4130  
    e-mail: rick@rickseymourlaw.net,  
      adele@rickseymourlaw.net

/s/ Lawrence A. Wilson  
Lawrence A. Wilson (N.Y.S.B.A. 2487908)  
David W. Drucker (N.Y.S.B.A. #1981562)  
Wilson, Grochow, Druker & Nolet  
Woolworth Building  
233 Broadway, 5th Floor  
New York, NY 10279-0003  
    Telephone: (212) 608-4400

      Facsimile: (212) 227-5159
      e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
    Telephone: 212-869-3500 ext. 235
    Facsimile:  212-398-1532
    e-mail: a.fuchsberg@fuchsberg.com,
l.kelmachter@fuchsberg.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6 day of May, 2008.

    \s\Brian A. Gilbert