## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * * | NO. 05-4182 and consolidated cases SECTION "K"  (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *Lafarge v. USA*    07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF HEARING

You are hereby notified that the Barge Plaintiffs will bring their Motion for Reconsideration before the Hon. Joseph C. Wilkinson, Jr., United States Magistrate Judge, at 11:00 a.m. on May 14, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6 day of May, 2008.

\s\Brian A. Gilbert