# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/26/07

**Certified Mail tracking # :** 70070710000280158042

**Mailed to Insurance Co.:**

AEGIS INSURANCE COMPANY
A/K/A AEGIS SECURITY INSURANCE COMPANY
2407 PARK DRIVE
P.O. BOX 3153
HARRISBURG, PA 17105

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 8042**
Status: **Delivered**

Your item was delivered at 7:17 am on January 02, 2008 in HARRISBURG, PA 17105.