# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 1/29/08

**Certified Mail tracking # :** 70070710000280098928

**Mailed to Insurance Co.:**

AMERICAN BANKERS INSURANCE COMPANY
11222 QUAIL ROOST DRIVE
MIAMI, FL 33157

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8009 8928**
Status: **Delivered**

Your item was delivered at 8:13 am on February 04, 2008 in MIAMI, FL 33197.