# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148586

**Mailed to Insurance Co.:**

AMERICAN FAMILY HOME INSURANCE COMPANY
7000 MIDLAND BLVD.
AMELIA, OH 45102-2607

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8014 8586**
Status: **Delivered**

Your item was delivered at 11:40 am on December 10, 2007 in AMELIA, OH 45102.