## LA SECRETARY OF STATE REPORT

| | |
|---|---|
| Suit Number: | 075199 |
| Received: | 12/06/07 |
| Mailed: | 12/07/07 |
| Certified Mail tracking # : | 70070710000280152422 |
| Mailed to Insurance Co.: | |
| | FIDELITY NATIONAL PROPERTY AND CASUALTY INS. CO. |
| | C/O C T CORPORATION SYSTEM |
| | 8550 UNITED PLAZA BLVD. |
| | BATON ROUGE, LA 70809 |
| Court Name: | UNITED STATES DISTRICT COURT |
| Court Location: | EASTERN DISTRICT OF LOUISIANA |
| Plaintiff: | RAPHAEL & DIOIGNA ACEVEDO ET AL |
| Defendant: | AAA INSURANCE ET AL |

*****



Label/Receipt Number: **7007 0710 0002 8015 2422**
Status: **Delivered**

Your item was delivered at 1:12 pm on December 10, 2007 in BATON ROUGE, LA 70809.