# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280152439

**Mailed to Insurance Co.:**

FINANCIAL ASSURANCE, INC.
A/K/A FINANCIAL ASSURANCE LIFE INSURANCE COMPANY
MAJOR W. PARK, JR., SECRETARY
300 WEST 11TH ST.
KANSAS CITY, MO 64111

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 2439**
Status: **Delivered**

Your item was delivered at 9:26 am on December 12, 2007 in KANSAS CITY, MO 64108.