# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280152453

**Mailed to Insurance Co.:**

GREAT AMERICAN INSURANCE COMPANY
C/O GREAT AMERICAN INSURANCE GROUP
ATTN: EVE CUTLER ROSEN
580 WALNUT ST.
CINCINNATI, OH 45202

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 2453**
Status: **Delivered**

Your item was delivered at 12:45 pm on December 10, 2007 in CINCINNATI, OH 45202