# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148432

**Mailed to Insurance Co.:**

HANOVER INSURANCE COMPANY
KAREN MARTINEZ
STE. 400
2400 VETERANS MEM. BLVD.
KENNER, LA 70062

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8014 8432**
Status: **Delivered**

Your item was delivered at 10:18 am on December 11, 2007 in KENNER, LA 70062.