# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148449

**Mailed to Insurance Co.:**

HARTFORD INSURANCE COMPANY
C/O HARTFORD ACCIDENT & INDEMNITY COMPANY
HARTFORD PLAZA
HARTFORD, CT 06115-0000

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 4914**
Status: **Delivered**

Your item was delivered at 10:14 am on December 26, 2007 in BOSTON, MA 02111..