# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280152460

**Mailed to Insurance Co.:**

HORACE MANN INSURANCE COMPANY
MR. MICHAEL E. HOLOWAY, ESQ @ LUGNEBUHL, WHEATON
PAN AMERICAN LIFE CENTER - 27TH FLOOR
601 POYDRAS STREET
NEW ORLEANS, LA 70130

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 2460**
Status: **Delivered**

Your item was delivered at 12:48 pm on December 10, 2007 in NEW ORLEANS, LA 70130