# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148470

**Mailed to Insurance Co.:**

LEXINGTON INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8014 8470**
Status: **Delivered**

Your item was delivered at 10:15 am on December 10, 2007 in BATON ROUGE, LA 70801...