# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/26/07

**Certified Mail tracking # :** 70070710000280158295

**Mailed to Insurance Co.:**

NATIONAL SECURITY & CASUALTY COMPANY
A/K/A NATIONAL SECURITY FIRE & CASUALTY
MR. WILLIAM L. BRUNSON, ASST. VICE PRES-LEGAL
661 EAST DAVIS STREET
ELBA, AL 36323

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 8295**
Status: **Delivered**

Your item was delivered at 8:59 am on December 28, 2007 in ELBA, AL 36323..