# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/26/07

**Certified Mail tracking # :** 70070710000280157793

**Mailed to Insurance Co.:**

OXFORD INSURANCE COMPANY
A/K/A FINANCIAL ASSURANCE, L.L.C.
2901 N. I-10 SERVICE RD. E, STE. 201
METAIRIE, LA 70002

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 7793**
Status: **Delivered**

Your item was delivered at 9:40 am on December 27, 2007 in METAIRIE, LA 70002.