# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148524

**Mailed to Insurance Co.:**

REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY
MR. MICHAEL E. DITTO
5525 LBJ FREEWAY (75240-6241)
P. O. BOX 809076
DALLAS, TX 75380-9076

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAFAEL ACEVEDO, ETAL

**Defendant:** AAA INSURANCE, ETAL



Label/Receipt Number: **7007 0710 0002 8014 8524**
Status: **Delivered**

Your item was delivered at 10:52 am on December 12, 2007 in DALLAS, TX 75380.