# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/26/07

**Certified Mail tracking # :** 70070710000280158325

**Mailed to Insurance Co.:**

SAFECO INSURANCE COMPANY
A/K/A SAFECO INSURANCE CO OF AMERICA
C/O CT CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAFAEL ACEVEDO, ETAL

**Defendant:** AAA INSURANCE, ETAL



Label/Receipt Number: **7007 0710 0002 8015 8325**
Status: **Delivered**

Your item was delivered at 1:44 pm on December 27, 2007 in BATON ROUGE, LA 70809.