# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280151432

**Mailed to Insurance Co.:**

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
DAVID A. ROSS - CLAIMS MANAGER
2370 TOWNE CENTER BLVD.
BATON ROUGE, LA 70806

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAFAEL ACEVEDO, ETAL

**Defendant:** AAA INSURANCE, ETAL



Label/Receipt Number: **7007 0710 0002 8015 1432**
Status: **Delivered**

Your item was delivered at 11:49 am on December 10, 2007 in BATON ROUGE, LA 70806.