# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/26/07

**Certified Mail tracking # :** 70070710000280157878

**Mailed to Insurance Co.:**

ZC STERLING CORPORATION
A/K/A FIDELITY & DEPOSIT CO OF MARYLAND
C/O ZURICH NORTH AMERICA, ATTN: ROBERT L. LAWRENCE
3910 KESWICK ROAD
BALTIMORE, MD 21211

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAFAEL ACEVEDO, ETAL

**Defendant:** AAA INSURANCE, ETAL



Label/Receipt Number: **7007 0710 0002 8015 7878**
Status: **Delivered**

Your item was delivered at 1:55 pm on December 31, 2007 in BALTIMORE, MD 21211.