# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280151975

**Mailed to Insurance Co.:**

ZURICH INSURANCE COMPANY
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAFAEL ACEVEDO, ETAL

**Defendant:** AAA INSURANCE, ETAL



Label/Receipt Number: **7007 0710 0002 8015 1975**
Status: **Delivered**

Your item was delivered at 6:39 am on December 10, 2007 in SCHAUMBURG, IL 60196.