UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: ALL CASES | JUDGE DUVAL |
| | MAG. WILKINSON |

### **ORDER**

The Motion of the United States for a Protective Order Restricting Dissemination of Electronically Stored Information was filed in this matter on May 5, 2008. Record Doc. No. 12957. The motion certifies that plaintiffs have no objection, but does not make a similar certification as to other parties. Accordingly, any party who objects to this motion must file written opposition, if any, to the motion no later than **May 15, 2008**. Thereafter, the motion will be decided on the record without oral argument.

New Orleans, Louisiana, this __8th__ day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE