UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:  SECTION "K"(2)
05-4181
06-1885
06-4024
06-4389
06-5771
06-5786
06-6099
07-0206
07-3500
07-3612
07-5023
07-5040

## ORDER

On February 22, 2008, this Court entered an order requiring Mr. O'Dwyer to inform his clients of certain rulings of the Court. (Doc. 11357). Mr. O'Dwyer refused to do so. On April 21, 2008, the Court then found Mr. O'Dwyer in contempt of court and ordered him again to inform his clients of the February 22, 2008 order as well as that second order (Doc. 12552); the Court sanctioned Mr. O'Dwyer in that second order instructing the Clerk of Court not to accept any filing in the *In re Katrina* litigation by Mr' O'Dwyer until Mr. O'Dwyer came into compliance with both orders. To date he has not complied.

On May 5, 2008, Mr. O'Dwyer filed "Certain Plaintiffs' Ex Parte Motion for Leave to File *Amicus Curiae* Brief in Support of Insurers' Motion." (Doc. 12956). Based on the foregoing,

**IT IS ORDERED** that "Certain Plaintiffs' Ex Parte Motion for Leave to File *Amicus Curiae* Brief in Support of Insurers' Motion" (Doc. 12956) is **STRICKEN** from the record. Mr. O'Dwyer may re-file this pleading once he is in compliance with the orders of this Court.

New Orleans, Louisiana, this __8th__ day of May, 2008.

                                              **STANWOOD R. DUVAL, JR.**
                                             **UNITED STATES DISTRICT JUDGE**