UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>  ACEVEDO, 07-5199 | SECTION "K"(2) |

## ORDER

Considering the pending motion for extension of time (Rec. Doc. 12986), and the fact that this matter has been stayed, and therefore no responsive pleading is due, accordingly

**IT IS ORDERED** that the motion for extension of time is **DENIED AS MOOT** because this matter has been stayed.

New Orleans, Louisiana, this   8th   day of May, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE