UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

Counsel for defendant has advised the court (by letter filed separately in the record) that he and counsel for plaintiffs have agreed that oral argument on plaintiffs' Motion for Protective Order, Record Doc. No. 11765, defendant's Motion for Reconsideration, Record Doc. No. 12961, and plaintiff's Motion for Reconsideration, Record Doc. No. 13017, should be conducted together on May 14, 2008.  Accordingly, **IT IS ORDERED** that oral argument on these three motions, one of which was previously set in this matter on May 21, 2008, is hereby RESET on **MAY 14, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this ___8th___ day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE