UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Flowers</u>, 06-9246 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that defendant's Motion for Leave of Court to File Motion to Quash Plaintiff's First Set of Interrogatories and Request for Production of Documents, Record Doc. No. 12965, is hereby **GRANTED**, and the motion will be filed. Defendant's Motion to Quash will be determined on the court's **May 28, 2008** motion docket without oral argument. Written opposition, if any, must be filed no later than **May 20, 2008**.

New Orleans, Louisiana, this   8th   day of May, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE