UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance | MAGISTRATE (2) |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | This pleading applies only to the claim of John Henderson regarding 2107 Liccardi, Violet, LA 70092 and Antoinette Alexander regarding 2515 Benton Street, New Orleans, LA 70119 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs John Henderson regarding 2107 Liccardi, Violet, LA 70092 and Antoinette Alexander regarding 2515 Benton Street, New Orleans, LA 70119 against Defendants American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited, and Zurich Specialties London Limited, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this  8th  day of ____May____, 2008.

_____
United States District Judge