UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |

**O R D E R**

Upon consideration of the Ex-Parte Motion of Lafarge North America Inc. for expedited hearing of its Motion for Reconsideration of the April 21, 2008 Order Granting in Part Plaintiffs' Motion to Compel,

IT IS HEREBY ORDERED that that Motion is GRANTED.

Hearing on LNA's Motion for Reconsideration, Record Doc. No. 12961, shall be brought for hearing with oral argument before Honorable Joseph C. Wilkinson, Jr., United States Magistrate Judge, on **May 14, 2008 at 11:00 a.m.**

New Orleans, Louisiana, this __8th__ day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES DISTRICT JUDGE