UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION NO. 05-4182
LITIGATION

SECTION: "K" (2)


This Court is in receipt of a letter from Ashton O'Dwyer, Jr., advising the Court that he intends to be present, as an "observer," at the upcoming settlement discussions. Mr. O'Dwyer is advised that he is not to attend the conference as he is not a member of the committee assigned to engage in mediation and his appearance before this Court would not contribute to a resolution of this case.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**