## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO: 05-4182 |
| | SECTION "K" |
| | JUDGE DUVAL |
| PERTAINS TO: | |
| No. 07-5226 | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes STATE OF LOUISIANA, *in parens patriae,* by and through the Attorney General of the State of Louisiana, on behalf of unrepresented claimants who filed a Standard Form 95 on or before March 1, 2007, and who are identified on Exhibit "A" annexed to document number 7347, Docket No. 05-4182, who respectfully moves that Sallie J. Sanders, Assistant Attorney General, be enrolled as counsel of record for the State of Louisiana in the above captioned matter.

Respectfully submitted:

**JAMES D. CALDWELL**
**ATTORNEY GENERAL**

\_\_\_s/Sallie J. Sanders_____
Sallie J. Sanders (Bar Roll # 11703)
Assistant Attorney General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana  70804-9005
Telephone: (225) 326-6400
Facsimile:  (225) 326-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on May 8, 2008, and served on all counsel of record by operation of the Court's CM/ECF system.

_____s/ Sallie J. Sanders_____
**SALLIE J. SANDERS**