UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO: 05-4182 |
| | SECTION "K" |
| | JUDGE DUVAL |
| PERTAINS TO: No. 07-5226 | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER TO ENROLL COUNSEL OF RECORD

IT IS HEREBY ORDERED that Sallie J. Sanders, Assistant Attorney General, be enrolled as co-counsel of record for STATE OF LOUISIANA, on behalf of unrepresented claimants who filed a Standard Form 95 on or before March 1, 2007, and who are identified on Exhibit "A" annexed to document number 7347, Docket No. 05-4182, who respectfully moves that Sallie J. Sanders, Assistant Attorney General, be enrolled as counsel of record for the State of Louisiana in the above captioned matter.

_____, Louisiana this \_\_\_\_ day of _____, 2008.

_____
**HONORABLE STANWOOD DUVAL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA**