# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION* | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |
| **PERTAINS TO:** | * * | |
| INSURANCE 07-3432 (Landry v. Allstate) | * | |

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that Allstate Insurance Company be and is hereby granted leave of Court to file its Motion to Enforce Settlement Agreement against the plaintiff insured, Loney Landry.

Thus signed in New Orleans, Louisiana this 8th day of May, 2008.

_____
U.S. DISTRICT JUDGE