UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE 07-3396 (Horton v. Allstate) | * * * | |

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the plaintiff herein, Mattie B. Horton, and defendant herein, Allstate Insurance Company, who respectfully submit to this Court that all of their claims have been settled and they desire for all of their claims against defendant, Allstate Insurance Company, be withdrawn and/or dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

FEINGERTS & KELLY, PLC

*Bruce L. Feingerts*

Bruce L. Feingerts # 5499
365 Canal Street
New Orleans, LA 70130
Tel: 504-568-1515
Fax: 504-568-1521
**Counsel for Plaintiff, Mattie B. Horton**


/s/ Scott G. Jones
SCOTT G. JONES #14408
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940
**Counsel for Defendant,
Allstate Insurance Company**


## CERTIFICATE OF SERVICE

I hereby certify that on ~~February~~ May 9, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)