**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WHQ | 007 | WHQ-007-000000001 | WHQ-007-000000024 | USACE; Headquarters Civil Works; Planning; CECW-PB | Richard Worthington | KC806 | 5/9/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Policy Guidance Letter (PGL) No. 47, Cost Sharing for Dredged Material Disposal Facilities and Dredged Material Disposal Facility Partnerships |
| FMA | 021 | FMA-021-000000001 | FMA-021-000001208 | Department of Homeland Security; FEMA; OCC | Jeff Reynolds | KC807 | 5/9/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | FEMA Katrina 911 Call Maps |