**MINUTE ENTRY**
**DUVAL, J.**
**MAY 1, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

PERTAINS TO:  ROAD HOME
 (LA State,  07-5528)

NO. 05-4182

SECTION "K"(2)

**MOTION to disqualify Plaintiff's Private Counsel by State Farm Fire and Casualty Company
and Certain Other Insurer Defendants, filed 1/29/08, doc. 10937.**

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  CATHY PEPPER**

**APPEARANCES:  (See the attached sign in sheets)**

**Court begins at 1:30 p.m.**
**Case called; all present and ready.**
**Oral  argument by parties.**
**Pltf shall file briefs no later than May 22, 2008.   Reply briefs shall be filed by May 29, 2008**
**(not over 10 pages), after which time this matter is SUBMITTED.**
**Court adjourned at 3:20 p.m.**

JS-10 (1:50)

**SIGN IN SHEET FOR C.A. 05-4182 "K"(2)**
**THURSDAY, MAY 1, 2008 AT 1:30 PM.**

**IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**
**ROAD HOME (Ref: CA 07-5528) - RE: MTN TO DISQUALIFY PLAINTIFF'S**
**PRIVATE COUNSEL, DOC. 10937**

| ATTORNEY | PARTY |
|---|---|
| Judy Barrasso, Barrasso Usdin | Allstate, Liberty Mutual |
| Wayne J. Lee | State Farm |
| Andrew Fannin | State Farm |
| Stewart Thomsen | State Farm |
| Richal L. Fenon | Allstate |
| Isabel B. Wingerter | State of LA, Atty Genl Ofc |
| Richard C. Stanley | Fayard & Honeycutt, Frank C. Dudenhefer, J |
| Thomas P. Owen, Jr. | Rainier Gwyle & Elliotto et. al. |
| Basile J. Uddo | " " " + Murray Law Firm |
| Brett M. Powers | Ranier, Crayle & Elliot, LLC |
| N. Frank Elliot III | " |
| Wanda Edwards | Fayard & Honeycutt rep. State of LA |
| Rick Stanley | For TT's Counsel |
| Howard Kaplan | Lafayette |
| Seth Schmeeckle | Liaison Counsel |
| Ralph S. Hubbard III | " " |
| Ashton O'Dwyer | TT's |
| Jordan Seum | Assurant |
| Paul Aucoin | Paul Aucoin - Attorney at Law TT's |
| Jim Roy | Jim Roy TT's |
| Calvin F | Jim Roy TT |

| Frank Dudenhefer | ITJ |
|---|---|
| JAMES DUGAN | TP |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |