# CHAFFE  McCALL
L. L. P.

**DEREK A. WALKER**
Licensed in Louisiana,
Texas, and Colorado

Direct Dial No: (504) 585-7044
Direct Fax No: (504) 544-6066
E-mail: walker@chaffe.com

May 6, 2008



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY -8 PM 4:26

LORETTA G. WHYTE
CLERK

RECEIVED
MAY - 6 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

<u>**VIA FACSIMILE: 504. 589-7633**</u>
The Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge, Div. 2, U.S. District Court
Eastern District of La.
Room B409, Hale Boggs Bldg.
500 Poydras Street
New Orleans LA 70130

Re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**
<u>**Oral Argument on Plaintiff's Motion for Protective Order**</u>
C.A. No. 05-4182 "K" (2), Applies to "Barge"
*Boutte v. Lafarge* C.A. No. 05-5531
*Mumford v. Ingram* C.A. No. 05-5724
*Lagarde v. Lafarge* C.A. No. 06-5342
*Perry v. Ingram Barge* C.A. No. 06-6299
*Benoit v. Lafarge* C.A. No. 06-7516
*Parfait v. USA* C.A. No. 07-3500
*LNA v. USA* C.A. No. 07-5178
U.S. District Court, E.D. of La.
Our Ref: 99675/28821

Dear Magistrate Judge Wilkinson:

We write to confirm that the oral argument on Plaintiff's Motion for Protective Order, originally scheduled to May 7, and rescheduled to May 21, has been rescheduled by agreement to May 14, 2008.

We set oral argument on defendant's related Motion for Reconsideration of Your Honor's Order on plaintiff's Motion to Compel on May 14, 2008, as both motions are related to LNA's recorded interviews.

Respectfully submitted,

CHAFFE McCALL, L.L.P.

Derek A. Walker

DAW/RBFJr:cm

cc: Mr. Brian Gilbert (via e-mail)

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 815 Walker Street, Suite 953 • Houston, TX 77002 • Tel: (713) 546-9800 • Fax: (713) 546-9806
www.chaffe.com
1118778-1