UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME<br>Louisiana State C.A. No.: 07-5528 | * <br> * <br> * | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Consider the foregoing motion to voluntarily dismiss certain insurance companies filed by the State of Louisiana,

**IT IS HEREBY ORDERED** that the State's Motion to Voluntarily Dismiss Certain Insurance Companies from the Road Home action is granted. The Insurance Company Defendants Assurant, Inc.; Bankers Insurance Company; General Insurance Company of America; GuideOne Mutual Insurance Company a/k/a GuideOne Insurance; GuideOne Specialty Mutual Insurance Company a/k/a GuideOne Insurance; HSBC Insurance Company of Delaware; Mutual Savings Fire Insurance Company; Omega Insurance Company; Prime Insurance Syndicate, Inc.; Safeco Insurance Company of America; Stewart Sneed Hewes; and Wright & Percy, only, are hereby dismissed without prejudice, reserving unto the State all other rights and claims against any other person or party, whether named or otherwise, and without waiving any claim or defense, including the State's right to challenge this Court's jurisdiction, and with each party to bear its own costs.

Thus done and signed this _____ day of May, 2008.

---

The Honorable Stanwood Duval, Jr.
United States District Judge