# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO | § § § § | |
| FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | § § § § § § § § § § § § | |

## DEFENDANTS WASHINGTON GROUP INTERNATIONAL, INC. AND THE UNITED STATES' JOINT MOTION TO STRIKE ADDITIONAL SUB-CLASS REPRESENTATIVES FROM PARAGRAPH 13.B OF AMENDED MRGO MASTER CONSOLIDATED CLASS ACTION COMPLAINT

**NOW INTO COURT,** through its undersigned counsel, comes Defendants Washington Group International, Inc. ("WGII") and United States of America (collectively "Defendants"), which pursuant to Federal Rule of Civil Procedure 12(f), and for reasons more fully set forth in the accompanying memorandum, hereby move to strike the MRGO Plaintiffs' recent insertion of four new proposed representatives for the Lower Ninth Ward and St. Bernard Sub-Class into their Amended MRGO Master Consolidated Class Action Complaint (Doc. 11450) (the "Amended MRGO Complaint").

WAI-2876835v1

Defendants request an Oral Argument on this Motion on May 28, 2008. A request for Oral Argument is attached to that effect.

**WHEREFORE**, Defendants pray that this Honorable Court grant their Motion to Strike Additional Sub-Class Representatives From Paragraph 13.B of the Amended MRGO Master Consolidated Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(f).

Dated: May 9, 2008	Respectfully submitted,


　　　 /s/ William D. Treeby　　　
William D. Treeby, Bar No. 12901
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Of Counsel:

George T. Manning
JONES DAY
2727 N. Harwood Street
Dallas, TX  75201-1515
Phone:  214-220-3939
Fax:  214-969-5100

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.

Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

WAI-2876835v1

s/ Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov

*Attorneys for Defendant United States*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Strike Additional Sub-Class Representatives From Paragraph 13.B of Amended MRGO Master Consolidated Class Action Complaint, Notice of Hearing and Proposed Order have been served upon Joseph Bruno, Plaintiffs' Liaison Counsel, this 9th day of May, 2008.

*/s/ William D. Treeby*
William D. Treeby