# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: <br><br>MRGO<br><br>FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | § § § § § § § § § § § § § § § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring the foregoing Joint Motion to Strike Additional Sub-Class Representatives From Paragraph 13.B of Amended MRGO Master Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(f) before the Honorable Stanwood R. Duval, Jr. at 500 Poydras Street, New Orleans, Louisiana, 70130 on the 28th of May, 2008, at 9:30 a.m.

Dated:  May 9, 2008                                   Respectfully submitted,


  /s/ *William D. Treeby*_____
William D. Treeby, Bar No. 12901
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Of Counsel:

George T. Manning
JONES DAY
2727 N. Harwood Street
Dallas, TX  75201-1515
Phone:  214-220-3939
Fax:  214-969-5100

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax:  1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/ Robin D. Smith

WAI-2876826v3

                                          ROBIN D. SMITH
                                          Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov

*Attorneys for Defendant United States*