## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | § § § § § § § § § § § § § § § | |

**ORDER**

After consideration of Defendants Washington Group International, Inc. and the United States' Joint Motion to Strike Additional Sub-Class Representatives From Paragraph 13.B of Amended MRGO Master Consolidated Class Action Complaint, **IT IS HEREBY ORDERED** that said Motion is granted in its entirety, and that the Plaintiffs' four new proposed sub-class representatives are stricken from paragraph 13.B of the Amended MRGO Master Consolidated Class Action Complaint (Doc. 11450).

New Orleans, Louisiana, this _____ day of May, 2008.

WAI-2876829v1

- 2 -

SO ORDERED:

---

Stanwood R. Duval, Jr.
United States District Judge

WAI-2876829v1
047170 - 014076