# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: K<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br>INSURANCE: 06-03992 (Balfour) | MAGISTRATE: 2<br>MAG. JOSEPH C. WILKINSON, JR. |

### JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Bruce Balfour and Nancy Balfour, and defendant, Massachusetts Bay Insurance Company (improperly sued as "The Hanover Insurance Company"), who, pursuant to a settlement agreement executed by plaintiffs, Bruce Balfour and Nancy Balfour, and defendant, Massachusetts Bay Insurance Company, jointly move this Court for the entry of an Order of Dismissal, dismissing the captioned lawsuit therein, and all claims with prejudice, each party to bear their own costs.

Respectfully submitted,

s/Mickey Landry
**Mickey Landry, La. Bar No. 22817**
**Frank J. Swarr, La. Bar No, 23322**
**David Cannella, La. Bar No. 26231**
**Landry & Swarr, L.L.C.**
1010 Common St., Suite 2050
New Orleans, LA  70112
(504) 299-1214
*Attorney for Plaintiff*

And

s/LaDonna G. Wilson
**Seth A. Schmeeckle, T.A., La. Bar No. 27076**
**LaDonna G. Wilson, La. Bar No. 28814**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:     (504) 310-9195
*Attorney for Massachusetts Bay Insurance Company*
*(improperly sued as "The Hanover Insurance Company"*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2008 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

mlandry@landryswarr.com
fswarr@landryswarr.com
sschmeeckle@lawla.com

deannella@landryswarr.com
rhubbard@lawla.com
lwilson@lawla.com

by operation of the court's electronic filing system.

s/LaDonna G. Wilson

-2-