UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: K<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br>INSURANCE: 06-03992 (Balfour) | MAGISTRATE: 2<br>MAG. JOSEPH C. WILKINSON, JR. |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by Bruce Balfour and Nancy Balfour and defendant, Massachusetts Bay Insurance Company,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the captioned lawsuit therein, and are dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**