# United States District Court

EASTERN DISTRICT OF LOUISIANA

**RETURN**

MONICA ROBINSON

v.

THE UNITES STATES OF AMERICA and
THE UNITED STATES ARMY CORPS OF
ENGINEERS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08-1707**

**SECT. K MAG. 2**

TO: US Army Corps of Engineers

Headquarters

441 G Street, NW

Washington, DC 20314

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Pierce O'Donnell
O'Donnell & Mortimer LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

DATE   APR 2 1 2008

(BY) DEPUTY CLERK


# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: April 22, 2008

Name of SERVER (PRINT): Jonathan B. Andry

TITLE: Attorney for Plaintiff

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via Certified Mail, Art. # 7007 1490 0000 5219 4762 Received on MAY 2, 2008 by M. Merriweather

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 12, 2008
Date

Signature of Server

610 Baronne Street, New Orleans, LA 70113
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) _M. MERMENTHEL_   C. Date of Delivery _3/2/08_ |
| 1. Article Addressed to:<br><br>U. S. Army Corps of Engineers<br>Office of the Chief Counsel -<br>CECC-Z<br>441 G. Street, NW<br>Washington, DC 20314 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0000 5219 4762 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540