PERTAINS TO: LEVEE

\* \* MAG. WILKINSON

FILED IN: 07-5350 (PERTAINS TO
UNIVERSAL HEALTH SERVICES,
INC.)

\*     \*     \*     \*     \*     \*     \*

## ANSWER AND DEFENSES OF THE BOARD OF COMMISSIONERS, LAKE BORGNE BASIN LEVEE DISTRICT TO PLAINTIFFS' ORIGINAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Board of Commissioners, Lake Borgne Basin Levee District ("LBBLD"), who answers and sets forth its affirmative defenses to the Original Complaint ("Complaint") of Plaintiff, Universal Health Services, Inc., as follows:

### FIRST DEFENSE

Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), the Complaint fails to state a claim against this defendant for which relief can be granted.

### SECOND DEFENSE

The LBBLD is a political subdivision of the State of Louisiana and is, under La. R.S. 9:2798.1, entitled to immunity for all actions and inactions as alleged in the Complaint.

Defendant alleges that plaintiffs have failed to mitigate their damages, if any.

## SIXTH DEFENSE

Defendant is immune from liability in accordance with La. R.S. 29:735, La. R.S. 9:2793.1, La. R.S. 9:2800, La. R.S. 9:2800.17 and La. R.S. 13:5106.

## SEVENTH DEFENSE

Defendant affirmatively alleges that it never had a reasonable opportunity to remedy any alleged defect, the existence of which is denied.

## EIGHTH DEFENSE

Defendant affirmatively alleges that it never had actual or constructive notice, prior to the incident at issue, of any vice or defect which allegedly caused plaintiffs' harm, the existence of which is denied.

## NINTH DEFENSE

Defendant affirmatively alleges that it never had a reasonable opportunity to remedy the alleged defect, the existence of which is denied.

Defendant denies that it was negligent, but in the event it is deemed negligent, then the negligence or fault of the defendant should be compared to the negligence or fault of others, both parties and non-parties to the instant action, and any recovery against defendant should be reduced accordingly.

## TWELFTH DEFENSE

Defendant affirmatively alleges that plaintiffs were negligent in failing to follow repeated mandatory evacuation orders, and other such acts or omissions that may be proven at trial.

## THIRTEENTH DEFENSE

Defendant affirmatively alleges that the risks of flooding, injury and loss of property constituted known risks.

## FOURTEENTH DEFENSE

Defendant affirmatively alleges that if plaintiffs were injured or damaged as alleged, which is denied, then any injuries and/or damages resulted from an independent, intervening, and/or superseding cause for which defendant may not be held responsible.

caused from circumstances and causes that could not have been prevented by the defendant.

## SEVENTEENTH DEFENSE

Defendant affirmatively alleges that it complied with all statutory and regulatory provisions, both state and federal, with respect to the conduct alleged in plaintiff's Complaint.

## EIGHTEENTH DEFENSE

Defendant affirmatively alleges that, at all times relevant hereto, it acted as a Federal Officer and/or Federal Contractor under 28 U.S.C. § 1442(a)(1).

## NINETEENTH DEFENSE

Defendant affirmatively alleges that it cannot be held liable to plaintiffs when it was in compliance with the designs, plans, specifications, and requirements of the United States Army Corps of Engineers or others. To the extent that the same is applicable, defendant specifically herein pleads the Government Contractor Defense.

### TWENTY-SECOND DEFENSE

Defendant affirmatively pleads that plaintiffs' claims are barred, either in whole or in part, by the applicable period of limitations or prescriptive/preemptive period and/or latches.

### TWENTY-THIRD DEFENSE

Defendant affirmatively pleads the provisions of La R.S. 9:2772 (preemptive period for actions involving deficiencies in surveying, design, supervision, or construction of immovables or improvements thereon).

### TWENTY-FOURTH DEFENSE

Defendant affirmatively avers that it is immune from liability for any damages caused by floodwaters in accordance with the provisions of 33 U.S.C. § 701, *et. seq*.

### TWENTY-FIFTH DEFENSE

Defendant affirmatively avers that to the extent plaintiffs have, or should hereafter, settle for any of the alleged injuries and damages with any persons, whether parties or non-parties, defendant is entitled to a credit and offset in the amount of said

### TWENTY-SEVENTH DEFENSE

Defendant affirmatively alleges application of the Federal Torts Claims Act.

### TWENTY-EIGHTH DEFENSE

Plaintiffs have failed to join indispensable parties as required by Federal Rule of Civil Procedure Rule 19.

### TWENTY-NINTH DEFENSE

Defendant affirmatively pleads the doctrine of *Lis Pendens*.

### THIRTIETH DEFENSE

Defendant expressly reserves by this reference the right to raise additional defenses to the extent that:

1. Additional defenses become applicable under state or federal law.
2. Additional defenses are established as discovery proceeds.
3. Additional defenses are available under subsequently asserted theories of recovery.

### THIRTY-FIRST DEFENSE

Defendant affirmatively alleges that plaintiffs' claims are barred due to an Act of God, *force majeure*, and/or a fortuitous event.

receive compensation or reimbursement for any of their respective alleged damages, the LBBLD is entitled to credit or setoff.

## THIRTY-FOURTH DEFENSE

Defendant affirmatively pleads the provisions of the Louisiana Homeland Security and Emergency Assistance and Disaster Act (La. R.S. 29:721, *et seq.*).

## THIRTY-FIFTH DEFENSE

Plaintiffs' right to trial by jury against the LBBLD is limited by the provisions of La. R.S. 13:5105.

## THIRTY-SIXTH DEFENSE

Defendant specifically objects to a trial by jury.

## THIRTY-SEVENTH DEFENSE

Defendant avers that the plaintiffs' claims are barred under the provisions of La. C.C. art 2315, in whole or in part, because plaintiffs cannot establish: (a) the LBBLD's alleged conduct was in any way the cause of the harm alleged to have been suffered; (b) that the LBBLD's alleged conduct was a proximate cause of, or a substantial factor, in causing the harm alleged to have been suffered; (c) that the LBBLD owed any duty to the

The LBBLD owed no duty to the plaintiffs and, therefore, did not breach any duty.

## FORTIETH DEFENSE

The LBBLD is not liable to plaintiffs under any alleged "Act of Assurance".

## FORTY-FIRST DEFENSE

Defendant affirmatively pleads the doctrine of *Res Judicata.*

## FORTY-SECOND DEFENSE

The LBBLD hereby incorporates by reference each and every exception, denial, defense and response contained in any pleading previously filed on its behalf in Civil Action No. 05-4182 (Levee and MRGO) on the docket of this Court, as if set forth and copied herein in extenso.

## FORTY-THIRD DEFENSE

The LBBLD adopts by this reference any and all other defenses pled either now or later by any other named defendant to this action, if not otherwise set forth herein.

**AND NOW**, answering separately the allegations to the Complaint, LBBLD responds as follows:

Case 2:06-cv-01826-RDP Document 130-7 Filed 05/25/08 Page 9 of 47

answer is required, the allegations contained in paragraph 2 of the Complaint are denied

for lack of sufficient information to justify a belief therein.

3.

The allegations contained in Paragraph 3 require no answer from this defendant.

However, insofar as an answer is deemed necessary, the allegations contained in

Paragraph 3 are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 require no answer from this defendant.

However, insofar as an answer is deemed necessary, the allegations contained in

Paragraph 4 are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in paragraph 5 of the Complaint contain conclusions of

law and therefore require no answer from this defendant.  Nevertheless, to the extent an

answer is required, the allegations contained in paragraph 5 of the Complaint are denied

for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 8 of the Complaint are denied for lack of sufficient information to justify a belief therein.

9.

Defendant admits its status as alleged in paragraph 9 of the Complaint. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

10.

It is admitted that St. Paul Fire & Marine Insurance Company issued a policy of insurance to the LBBLD. The LBBLD specifically avers that said policy is the best evidence of its own terms and conditions, and the LBBLD pleads said terms and conditions as if copied herein. Except as specifically admitted, any and all remaining allegations contained in paragraph 10 of the Complaint are denied for lack of sufficient information to justify a belief therein.

11.

The allegations contained in paragraph 11 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 14 of the Complaint are denied for lack of sufficient information to justify a belief therein.

15.

The allegations contained in paragraph 15 of the Complaint are denied for lack of sufficient information to justify a belief therein.

16.

The allegations contained in paragraph 16 of the Complaint are denied for lack of sufficient information to justify a belief therein.

17.

The allegations contained in paragraph 17 of the Complaint are denied for lack of sufficient information to justify a belief therein.

18.

The allegations contained in paragraph 18 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 18 of the Complaint are denied for lack of sufficient information to justify a belief therein.

of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 20 of the Complaint are denied for lack of sufficient information to justify a belief therein.

21.

The allegations contained in paragraph 21 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 21 of the Complaint are denied for lack of sufficient information to justify a belief therein.

22.

The allegations contained in paragraph 22 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 22 of the Complaint are denied for lack of sufficient information to justify a belief therein.

23.

The allegations contained in paragraph 23 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent

25.

The allegations contained in paragraph 25 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 25 of the Complaint are denied for lack of sufficient information to justify a belief therein.

26.

The allegations contained in paragraph 26 of the Complaint are denied for lack of sufficient information to justify a belief therein.

27.

The allegations contained in paragraph 27 of the Complaint are denied for lack of sufficient information to justify a belief therein.

28.

The allegations contained in paragraph 28 of the Complaint are denied for lack of sufficient information to justify a belief therein.

sufficient information to justify a belief therein.

31.

The allegations contained in paragraph 31 of the Complaint are denied for lack of sufficient information to justify a belief therein.

32.

The allegations contained in paragraph 32 of the Complaint are denied for lack of sufficient information to justify a belief therein.

33.

The allegations contained in paragraph 33 of the Complaint are denied for lack of sufficient information to justify a belief therein.

34.

The allegations contained in paragraph 34 of the Complaint are denied for lack of sufficient information to justify a belief therein.

35.

The allegations contained in paragraph 35 of the Complaint are denied for lack of sufficient information to justify a belief therein.

38.

The allegations contained in paragraph 38 of the Complaint are denied for lack of sufficient information to justify a belief therein.

39.

The allegations contained in paragraph 39 of the Complaint are denied for lack of sufficient information to justify a belief therein.

40.

The allegations contained in paragraph 40 of the Complaint are denied for lack of sufficient information to justify a belief therein.

41.

The allegations contained in paragraph 41 of the Complaint are denied for lack of sufficient information to justify a belief therein.

42.

The allegations contained in paragraph 42 of the Complaint are denied for lack of sufficient information to justify a belief therein.

45.

The allegations contained in paragraph 45 of the Complaint are denied for lack of sufficient information to justify a belief therein.

46.

The allegations contained in paragraph 46 of the Complaint are denied for lack of sufficient information to justify a belief therein.

47.

The allegations contained in paragraph 47 of the Complaint are denied for lack of sufficient information to justify a belief therein.

48.

The allegations contained in paragraph 48 of the Complaint are denied for lack of sufficient information to justify a belief therein.

49.

The allegations contained in paragraph 49 of the Complaint are denied for lack of sufficient information to justify a belief therein.

52.

The allegations contained in paragraph 52 of the Complaint are denied for lack of sufficient information to justify a belief therein.

53.

The allegations contained in paragraph 53 of the Complaint are denied for lack of sufficient information to justify a belief therein.

54.

The allegations contained in paragraph 54 of the Complaint are denied for lack of sufficient information to justify a belief therein.

55.

The allegations contained in paragraph 55 of the Complaint are denied for lack of sufficient information to justify a belief therein.

56.

The allegations contained in paragraph 56 of the Complaint are denied for lack of sufficient information to justify a belief therein.

59.

The allegations contained in paragraph 59 of the Complaint are denied for lack of sufficient information to justify a belief therein.

60.

The allegations contained in paragraph 60 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 60 of the Complaint are denied for lack of sufficient information to justify a belief therein.

61.

The allegations contained in paragraph 61 of the Complaint are denied for lack of sufficient information to justify a belief therein.

62.

The allegations contained in paragraph 62 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 65 of the Complaint are denied for lack of sufficient information to justify a belief therein.

66.

The allegations contained in paragraph 66 of the Complaint are denied for lack of sufficient information to justify a belief therein.

67.

The allegations contained in paragraph 67 of the Complaint are denied for lack of sufficient information to justify a belief therein.

68.

The allegations contained in paragraph 68 of the Complaint are denied for lack of sufficient information to justify a belief therein.

69.

The allegations contained in paragraph 69 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 71 of the Complaint are denied for lack of sufficient information to justify a belief therein.

72.

The allegations contained in paragraph 72 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 72 of the Complaint are denied for lack of sufficient information to justify a belief therein.

73.

The allegations contained in paragraph 73 of the Complaint are denied for lack of sufficient information to justify a belief therein.

74.

The allegations contained in paragraph 74 of the Complaint are denied for lack of sufficient information to justify a belief therein.

75.

The allegations contained in paragraph 75 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 78 of the Complaint are denied for lack of sufficient information to justify a belief therein.

79.

The allegations contained in paragraph 79 of the Complaint are denied for lack of sufficient information to justify a belief therein.

80.

The allegations contained in paragraph 80 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 80 of the Complaint are denied for lack of sufficient information to justify a belief therein.  .

81.

The allegations contained in paragraph 81 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 81 of the Complaint are denied for lack of sufficient information to justify a belief therein.

.

The allegations contained in paragraph 84 of the Complaint are denied for lack of sufficient information to justify a belief therein.

85.

The allegations contained in paragraph 85 of the Complaint are denied for lack of sufficient information to justify a belief therein.

86.

The allegations contained in paragraph 86 of the Complaint are denied for lack of sufficient information to justify a belief therein.

87.

The allegations contained in paragraph 87 of the Complaint are denied for lack of sufficient information to justify a belief therein.

88.

The allegations contained in paragraph 88 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 91 of the Complaint are denied for lack of sufficient information to justify a belief therein.

92.

The allegations contained in paragraph 92 of the Complaint are denied for lack of sufficient information to justify a belief therein.

93.

The allegations contained in paragraph 93 of the Complaint are denied for lack of sufficient information to justify a belief therein.

94.

The allegations contained in paragraph 94 of the Complaint are denied for lack of sufficient information to justify a belief therein.

95.

The allegations contained in paragraph 95 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 98 of the Complaint are denied for lack of sufficient information to justify a belief therein.

99.

The allegations contained in paragraph 99 of the Complaint are denied for lack of sufficient information to justify a belief therein.

100.

The allegations contained in paragraph 100 of the Complaint are denied for lack of sufficient information to justify a belief therein.

101.

The allegations contained in paragraph 101 of the Complaint are denied for lack of sufficient information to justify a belief therein.

102.

The allegations contained in paragraph 102 of the Complaint are denied for lack of sufficient information to justify a belief therein.

105.

The allegations contained in paragraph 105 of the Complaint are denied for lack of sufficient information to justify a belief therein.

106.

The allegations contained in paragraph 106 of the Complaint are denied for lack of sufficient information to justify a belief therein.

107.

The allegations contained in paragraph 107 of the Complaint are denied for lack of sufficient information to justify a belief therein.

108.

The allegations contained in paragraph 108 of the Complaint are denied for lack of sufficient information to justify a belief therein.

109.

The allegations contained in paragraph 109 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 112 of the Complaint are denied for lack of sufficient information to justify a belief therein.

113.

The allegations contained in paragraph 113 of the Complaint are denied for lack of sufficient information to justify a belief therein.

114.

The allegations contained in paragraph 114 of the Complaint are denied for lack of sufficient information to justify a belief therein.

115.

The allegations contained in paragraph 115 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 118 of the Complaint are denied for lack of sufficient information to justify a belief therein.

119.

The allegations contained in paragraph 119 of the Complaint are denied for lack of sufficient information to justify a belief therein.

120.

The allegations contained in paragraph 120 of the Complaint are denied for lack of sufficient information to justify a belief therein.

121.

The allegations contained in paragraph 121 of the Complaint are denied for lack of sufficient information to justify a belief therein.

122.

The allegations contained in paragraph 122 of the Complaint are denied for lack of sufficient information to justify a belief therein.

125.

The allegations contained in paragraph 125 of the Complaint are denied for lack of sufficient information to justify a belief therein.

126.

The allegations contained in paragraph 126 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 126 of the Complaint are denied for lack of sufficient information to justify a belief therein.

127.

The allegations contained in paragraph 127 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 127 of the Complaint are denied for lack of sufficient information to justify a belief therein.

128.

The allegations contained in paragraph 128 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 131 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 131 of the Complaint are denied for lack of sufficient information to justify a belief therein.

133.

The allegations contained in paragraph 132 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 132 of the Complaint are denied.

133.

The allegations contained in paragraph 133 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 133 of the Complaint are denied.

response from this defendant.

136.

The allegations contained in paragraph 136 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 136 of the Complaint are denied for lack of sufficient information to justify a belief therein.

137.

The allegations contained in paragraph 137 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 137 of the Complaint are denied for lack of sufficient information to justify a belief therein.

138.

The allegations contained in paragraph 138 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 138 of the Complaint are denied for lack of sufficient information to justify a belief therein.

of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 140 of the Complaint are denied for lack of sufficient information to justify a belief therein.

141.

The allegations contained in paragraph 141 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 141 of the Complaint are denied for lack of sufficient information to justify a belief therein.

142.

The allegations contained in paragraph 142 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 142 of the Complaint are denied for lack of sufficient information to justify a belief therein.

143.

The allegations contained in paragraph 143 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent

145.

The allegations contained in paragraph 145 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 145 of the Complaint are denied. for lack of sufficient information to justify a belief therein.

146.

The allegations contained in paragraph 146 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 146 of the Complaint are denied for lack of sufficient information to justify a belief therein.

147.

The allegations contained in paragraph 147 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 147 of the Complaint are denied for lack of sufficient information to justify a belief therein.

an answer is required, the allegations contained in paragraph 149 of the Complaint are denied for lack of sufficient information to justify a belief therein.

150.

The allegations contained in paragraph 150 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 150 of the Complaint are denied. for lack of sufficient information to justify a belief therein.

151.

The allegations contained in paragraph 151 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 151 of the Complaint are denied for lack of sufficient information to justify a belief therein.

152.

The allegations contained in paragraph 152 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent

154.

The allegations contained in paragraph 154 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 154 of the Complaint are denied for lack of sufficient information to justify a belief therein.

155.

The allegations contained in paragraph 155 of the Complaint do not require a response from this defendant.

156.

The allegations contained in paragraph 156 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 156 of the Complaint are denied for lack of sufficient information to justify a belief therein.

157.

The allegations contained in paragraph 157 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent

denied for lack of sufficient information to justify a belief thereof.

159.

The allegations contained in paragraph 159 of the Complaint do not require a response from this defendant.

160.

The allegations contained in paragraph 160 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 160 of the Complaint are denied for lack of sufficient information to justify a belief therein.

161.

The allegations contained in paragraph 161 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 161 of the Complaint are denied for lack of sufficient information to justify a belief therein.

162.

The allegations contained in paragraph 162 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent

The allegations contained in paragraph 164 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 164 of the Complaint are denied for lack of sufficient information to justify a belief therein.

165.

The allegations contained in paragraph 165 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 165 of the Complaint are denied for lack of sufficient information to justify a belief therein.

166.

The allegations contained in paragraph 166 of the Complaint do not require a response form this defendant.

167.

The allegations contained in paragraph 167 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 167 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 169 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 169 of the Complaint are denied for lack of sufficient information to justify a belief therein.

### 170.

The allegations contained in paragraph 170 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 170 of the Complaint are denied.

### 171.

The allegations contained in paragraph 171 of the Complaint do not require a response from this defendant.

### 172.

The allegations contained in paragraph 172 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 172 of the Complaint are denied for lack of sufficient information to justify a belief therein.

response from this defendant.

175.

The allegations contained in paragraph 175 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 175 of the Complaint are denied for lack of sufficient information to justify a belief therein.

176.

The allegations contained in paragraph 176 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 176 of the Complaint are denied for lack of sufficient information to justify a belief therein.

177.

The allegations contained in paragraph 177 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 177 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 179 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 179 of the Complaint are denied.

180.

The allegations contained in paragraph 180 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 180 of the Complaint are denied for lack of sufficient information to justify a belief therein.

181.

The allegations contained in paragraph 181 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 181 of the Complaint are denied for lack of sufficient information to justify a belief therein.

182.

The allegations contained in paragraph 182 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent

denied for lack of sufficient information to justify a belief therein.

184.

The allegations contained in paragraph 184 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 184 of the Complaint are denied for lack of sufficient information to justify a belief therein.

185.

The allegations contained in paragraph 185 of the Complaint do not require a response from this defendant.

186.

The allegations contained in paragraph 186 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 186 of the Complaint are denied for lack of sufficient information to justify a belief therein.

187.

The allegations contained in paragraph 187 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent

189.

The allegations contained in paragraph 189 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 189 of the Complaint are denied.

190.

The allegations contained in paragraph 190 of the Complaint do not require a response from this defendant.

191.

The allegations contained in paragraph 191 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 191 of the Complaint are denied for lack of sufficient information to justify a belief therein.

192.

The allegations contained in paragraph 192 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent

194.

The allegations contained in paragraph 194 of the Complaint do not require a response from this defendant.

195.

The allegations contained in paragraph 195 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 195 of the Complaint are denied for lack of sufficient information to justify a belief therein.

196.

The allegations contained in paragraph 196 of the Complaint are denied for lack of sufficient information to justify a belief therein.

197.

The allegations contained in paragraph 197 of the Complaint are denied for lack of sufficient information to justify a belief therein.

The allegations contained in paragraph 199 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 199 of the Complaint are denied for lack of sufficient information to justify a belief therein.

200.

The allegations contained in paragraph 200 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 200 of the Complaint are denied for lack of sufficient information to justify a belief therein.

201.

The allegations contained in paragraph 201 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent an answer is required, the allegations contained in paragraph 201 of the Complaint are denied for lack of sufficient information to justify a belief therein.

202.

The allegations contained in paragraph 202 of the Complaint contain conclusions of law and therefore require no answer from this defendant.  Nevertheless, to the extent

of sufficient information to justify a belief therein.

205.

The allegations contained in paragraph 205 of the Complaint are denied for lack of sufficient information to justify a belief therein.

206.

The allegations contained in paragraph 206 of the Complaint contain conclusions of law and therefore require no answer from the EJLD. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 206 of the Complaint are denied.

207.

The allegations contained in paragraph 207 of the Complaint do not require a response from this defendant.

208.

The allegations contained in paragraph 208 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent

210.

The allegations contained in paragraph 210 of the Complaint do not require a response from this defendant.

211.

The allegations contained in paragraph 211 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 211 of the Complaint are denied.

212.

The allegations contained in paragraph 212 of the Complaint contain conclusions of law and therefore require no answer from the EJLD. Nevertheless, to the extent an answer is required, the allegations contained in paragraph 212 of the Complaint are denied.

213.

The allegations contained in paragraph 213 of the Complaint contain conclusions of law and therefore require no answer from this defendant. Nevertheless, to the extent

**WHEREFORE**, defendant, Board of Commissioners of the Lake Borgne Basin Levee District, prays that this answer be deemed good and sufficient, and after due proceedings are had, that there be judgment in favor of defendant, Board of Commissioners of the Lake Borgne Basin Levee District, and against plaintiff, dismissing all claims against it, with prejudice, and at plaintiff's cost, and for all other equitable and just relief.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

s/Jennifer M. Morris

_____

LAWRENCE J. DUPLASS #5199
ANDREW D. WEINSTOCK #18495
JENNIFER M. MORRIS #29936
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Counsel for Defendant, Board of Commissioners, Lake Borgne Basin Levee District**

electronic filing system or by depositing a copy in the United States mail, properly
addressed and postage prepaid.

s/Jennifer M. Morris

_____

JENNIFER M. MORRIS
jmorris@duplass.com