

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VERA SCHMIT | * | CIVIL ACTION NO.: 07-6256 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: DUVAL |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO DISMISS

Plaintiff Vera Schmit has resolved her dispute with defendant Liberty Mutual Insurance Company ("Liberty Mutual"). As a result of this settlement, plaintiff respectfully requests that all of her claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No.____
```
99239

WHEREFORE, Vera Schmit prays that her claims against Liberty Mutual and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

*Vera W Schmit*
Vera Schmit
P. O. Box 791120
New Orleans, Louisiana 70179

*Pro Se*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 2nd day of May, 2008.

99242