FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY -9 PM 4:54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VERA SCHMIT | * | CIVIL ACTION NO.: 07-6256 |
| | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE: DUVAL |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | MAGISTRATE: WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion to Dismiss be and hereby is **GRANTED** and

that all of the claims asserted against Liberty Mutual Insurance Company and this lawsuit be

dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No._____          99239