U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY - 9 2008
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-30234

CV 05-4182 K

United States Court of Appeals
Fifth Circuit
FILED
May 6, 2008
Charles R. Fulbruge III
Clerk

IN RE: KATRINA CANAL BREACHES LITIGATION

---

MAUREEN O'DWYER; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; SHEILA JORDAN JORDAN; CHARLES EDWARD JORDAN,

       Plaintiffs - Appellants

v.

BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS

       Defendant - Appellee

---

Appeal from the United States District Court for the Eastern District of Louisiana, New Orleans

---

```
__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____
```

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 6, 2008, for want of prosecution. The appellant failed to timely order transcript; make financial arrangements with court reporter and pay docketing fee.

                              CHARLES R. FULBRUGE III
                           Clerk of the United States Court
                           of Appeals for the Fifth Circuit

                           By: _____
                               Nancy Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
        Deputy
New Orleans, Louisiana   MAY 6 2008

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 6, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

```
     No. 08-30234  In Re: Katrina Canal
          USDC No.  2:07-CV-206
                    2:06-CV-5786
                    2:06-CV-5771
                    2:06-CV-4389
                    2:06-CV-1885
                    2:05-CV-4181
                    2:05-CV-4182
```

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Nancy Dolly, Deputy Clerk
    504-310-7683

cc: w/encl:
    Mr Ashton R O'Dwyer Jr
    Mr Kirk N Aurandt
    Mr John Fredrick Kessenich
    Mr Jonathan H Sandoz

MDT-1