## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKERSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (07-4391) | § | |
| DAWN P. ADAMS, ET AL. V. | § | |
| THE UNITED STATES OF AMERICA, ET AL. | § | |

## MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Dawn P. Adams, on behalf of herself and all others similarly situated, who respectfully represents to this Honorable Court that, based on representations made to counsel for Plaintiffs, by counsel for defendant, C.R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc., without prejudice.

Respectfully submitted:

LAW OFFICES OF RONNIE G. PENTON
2250 GAUSE BLVD., EAST, SUITE 310
SLIDELL, LA 70458
TELEPHONE: (985) 643-1747
FACSIMILE: (985) 646-1487

_____
Ronnie G. Penton
Bar Roll Number 10462
Gair M. Oldenburg
Bar Roll Number 15029

MURRAY LAW FIRM
650 POYDRAS STREET
POYDRAS CENTER, SUITE 1100
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8100
FACSIMILE: (504) 584-5249

_____
Stephen B. Murray, Sr. (LA Bar No. 9858)


 ___/s/ Stephen B. Murray, Jr._____
Stephen B. Murray, Jr. (LA Bar No. 23877)

## CERTIFICATE OF SERVICE

I hereby certify that on this date, May 12th, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that there are no known counsel of record who are non-CM/ECF

participants, and thus, no further notice was required.

                                                   ___*s/ Stephen B. Murray, Jr.*_____