# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKERSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (07-4391) | § | |
| DAWN P. ADAMS, ET AL. V. | § | |
| THE UNITED STATES OF AMERICA, ET AL. | § | |

## ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN <u>CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE</u>

IT IS HEREBY ORDERED that the claims in the above matter by plaintiffs, Dawn P. Adams, on behalf of herself and all others similarly situated, against defendant, C.R. Pittman Construction Company, Inc., be and the same are hereby dismissed, without prejudice. Each party is to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana