

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 6, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

```
Consolidated Nos. 07-30706  In Re: Katrina Canal
         USDC No.  2:05-CV-4181
                   2:05-CV-4182

         07-30771  In Re: Katrina Canal
         USDC No.  2:05-CV-4181
                   2:05-CV-4182
                   2:06-CV-5786
                   2:06-CV-4389

         07-31141  In Re: Katrina Canal
         USDC No.  2:05-CV-4182, etc
```

Enclosed is a certified copy of the judgment issued as the mandate for the portion of the notice of appeal filed on October 18, 2007, against Burk-Kleinpeter, LLC, only.

The notice of appeal filed on October 18, 2007, of Colleen Berthelot, Jackie Berthelot, Heber Dunaway, Erivc Anderson, Amy Janusa, Et Al against Esutis Engineering Company Inc, Modjeski & Masters Inc, Burk Kelinpeter Inc, Boh Brothers Construction Co and B & K Construction Company Inc remains pending before this court.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Peter Conners, Deputy Clerk
504-310-7685

cc: w/encl:

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Mr Joseph M Bruno
Mr Gerald Edward Meunier
Mr Francis J Barry Jr
Mr Terrence L Brennan
Mr Albert Dale Clary
Mr Mat Marion Gray III
Mr Herman C Hoffmann
Ms Betty Finley Mullin
Mr Michael R C Riess
Mr Charles F Seemann Jr
Mr Ashton R O'Dwyer Jr
Mr Thomas F Gardner
Mr Herman C Hoffman Jr
Mr Adrian G Nadeau

P.S. to Counsel: A revised copy of the case caption is enclosed for your use on all future filings in this court.

MDT-1

Defendants - Appellees

CONSOLIDATED WITH

Case No. 07-31141

COLLEEN BERTHELOT, Wife of; JACKIE BERTHELOT; HEBER DUNAWAY; ERIC ANDERSON; AMY JANUSA, Wife of; ET AL

Plaintiffs - Appellants

v.

EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; BURK KLEINPETER INC; BURK-KLEINPETER LLC; GOTECH INC; BOH BROTHERS CONSTRUCTION CO; B & K CONSTRUCTION COMPANY INC

Defendants - Appellees

ENTRY OF DISMISSAL

Pursuant to appellants' motion, the appeal filed on October 18, 2007, as it pertains to Burk-Kleinpeter, LLC, is dismissed this the 6th day of May, 2008, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Peter Conners
Peter Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: Deputy
New Orleans, Louisiana   MAY 6 2008

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NO. 07-31141

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION PERTAINING TO LEVEE

Appeal from the United States District Court
Eastern District of Louisiana

PLAINTIFF/APPELLANT'S VOLUNTARY
MOTION TO DISMISS APPEAL
AS IT PERTAINS TO BURK-KLEINPETER, LLC

U.S. COURT OF APPEALS
**FILED**
MAY 1 2008
CHARLES R. FULBRUGE III
CLERK

JOSEPH M. BRUNO
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
*Plaintiffs' Liaison Counsel*

**COME NOW** plaintiffs/appellants, appearing through undersigned counsel, to voluntarily move to dismiss the appeal in the above-styled and numbered cause *only* as to appellee Burk-Kleinpeter LLC, with prejudice, but no further, specifically reserving rights against all other appellees.

Respectfully Submitted,

_____
JOSEPH M. BRUNO
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record by hand, facsimile, or electronic or United States mail, postage pre-paid, on this 1st day of May, 2008.

_____

Case No. 07-30706

In Re: KATRINA CANAL BREACHES
- - - - - - - - - - - - - - - - - - -

COLLEEN BERTHELOT, etc; ET AL

      Plaintiffs

   v.

B & K CONSTRUCTION COMPANY, INC; BOH BROS CONSTRUCTION COMPANY LLC;

      Defendants - Appellees

---

MAUREEN O'DWYER; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; SHEILA JORDAN JORDAN; CHARLES EDWARD JORDAN; ET AL

      Plaintiffs - Appellants

   v.

B & K CONSTRUCTION COMPANY INC

      Defendant - Appellee

      CONSOLIDATED WITH

      Case No. 07-30771

In Re: Katrina Canal Breaches Litigation
- - - - - - - - - - - - - - - - - - - - - -

COLLEEN BERTHELOT, wife of; ET AL

            Plaintiffs

v.

B & K CONSTRUCTION CO INC; BOH BROTHERS CONSTRUCTION CO LLC; BURK KLEINPETER INC; MODJESKI & MASTERS INC

            Defendants - Appellees

---

MAUREEN O'DWYER; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; EVELYN JORDAN JORDAN; CHARLES EDWARD JORDAN; ET AL

            Plaintiffs - Appellants

v.

EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GEOTECH INC

            Defendants - Appellees

---

MAUREEN O'DWYER; HAROLD GAGNET; SALLY EGERTON RICHARDS; SHANE PORTER; STEPHANIE PORTER; ET AL

            Plaintiffs - Appellants

v.

EUSTIS ENGINEERING CO INC; MODJESKI & MASTERS INC;
B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GEOTECH
INC; BOH BROTHERS CONSTRUCTION CO LLC

Defendants - Appellees

---

MAUREEN O'DWYER, ET AL

Plaintiff - Appellant

v.

EUSTIS ENGINEERING INC; MODJESKI & MASTERS INC;
BOH BROTHERS CONSTRUCTION CO LLC; B & K CONSTRUCTION CO INC;
BURK KLEINPETER INC; GEOTECH INC

Defendants - Appellees

---

PONTCHARTRAIN BAPTIST CHURCH; ARTHUR C SARGENT; LUCY T
SARGENT; PAMELA YOUNG SMALLPAGE; RICHARD MAITLAND SMALLPAGE,
JR; MR H J BOSWORTH; MRS H J BOSWORTH; ROTHFOS CORPORATION;
INTERAMERICAN COFFEE INC; NOBLES AMERICAS CORPORATION

Plaintiffs - Appellants

v.

MODJESKI & MASTERS INC; BOH BROTHERS CONSTRUCTION CO