

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-30362

IN RE: KATRINA CANAL BREACHES LITIGATION

------------------------------------------------------------

MAUREEN O'DWYER ; ET AL

        Plaintiffs

ASHTON R O'DWYER, JR

        Appellant

v.

DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, STATE OF LOUISIANA; JOHNNY D BRADBERRY, Individually and in his official capacity as Secretary of the Department of Transportation and Development, State of Louisiana;

        Defendants - Appellees

------------------------------------------------------------

MAUREEN O'DWYER, ET AL

        Plaintiffs

ASHTON R. O'DWYER JR

        Appellant

v.

DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, STATE OF LOUISIANA; JOHNNY D BRADBERRY; STATE OF LOUISIANA; KATHLEEN BLANCO, Governor, both individually and in her official capacity as Governor of the

State of Louisiana; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; RICHARD L STALDER, Both individually and in his official capacity as Secretary, Department of Public Safety and Corrections;

    Defendants - Appellees

---

MAUREEN O'DWYER, ET AL

    Plaintiffs

ASHTON R O'DWYER JR

    Appellant

 v.

STATE OF LOUISIANA; KATHLEEN BLANCO; DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, STATE OF LOUISIANA; JOHNNY D BRADBERRY; GOVERNOR'S OFFICE OF HOMELAND SECURITY AND EMERGENCY PREPAREDNESS; COLONEL JEFF SMITH; DEPARTMENT OF SOCIAL SERVICES; ANN S WILLIAMS; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; RICHARD L STALDER

    Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

  Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 08, 2008, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with the court reporter.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Angelique D. Batiste*
Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By *Angelique D. Batiste*
Deputy
New Orleans, Louisiana  MAY 0 8 2008

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 8, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

        No. 08-30362 In Re: Katrina Canal
        USDC No.   2:06-CV-6099
                      2:06-CV-5786
                      2:06-CV-4389
                      2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate.

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                              *Angelique D. Batiste*
            By: _____
                  Angelique D. Batiste, Deputy Clerk
                  504-310-7808

cc: w/encl:
    Mr Ashton R O'Dwyer Jr
    Mr Michael C Keller

MDT-1