UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION* | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| | | MAG. WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE  07-3396  (Horton v. Allstate) | * | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiff, Mattie B. Horton, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 12th day of May, 2008.

_____
U.S. DISTRICT JUDGE