UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: 07-5226 | SECTION "K"(2) |

### ORDER

Considering the Motion to Enroll Counsel (Rec. Doc. 13063) by the State of Louisiana, accordingly,

**IT IS ORDERED** that the Motion to Enroll is **GRANTED**, and Sallie J. Sanders, Assistant Attorney General, be enrolled as co-counsel of record for the State of Louisiana in the above-captioned matter.

New Orleans, Louisiana, this 12th day of May, 2008.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE