## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                  NO. 05-4182

PERTAINS TO: MRGO                    SECTION "K"(2)

### <u>ORDER</u>

Considering the Motion to Strike Additional Sub-Class Representatives by the United States and Washington Group International, Inc. (Rec. Doc. 13074), accordingly,

**IT IS ORDERED** that the Motion to Strike (Rec. Doc. 13074), currently set for hearing on May 28, 2008 be **RESET** for **June 11, 2008 at 9:30 a.m.**

New Orleans, Louisiana, this 12th day of May, 2008.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**