UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATION LITIGATION | CIVIL ACTION |
| | No.  05-4182 "K" (2) |
| VERSUS | |
| | JUDGE DUVAL |
| PERTAINS TO: INSURANCE, | MAG.  WILKINSON |
| <u>Randazzo</u>,  07-1082 | |

### MOTION FOR APPROVAL OF SETTLEMENT BY ROAD HOME PROGRAM FOR THE STATE OF LOUISIANA

On motion of Plaintiffs, ANTHONY J.  RANDAZZO and GLENNA P.  RANDAZZO, on suggesting to this Honorable Court that Plaintiffs request representatives from Road Home/ Louisiana Division of Administration show cause on a date and time set by this Honorable Court as to whether Road Home is entitled to any reimbursement and/or authorizing the appropriate approval, endorsement and disbursement of settlement funds; and Plaintiffs request an order providing Road Home relinquish its subrogation rights to any part of the settlement and authorize  the Plaintiffs' endorsement of the settlement check for disbursement, for the reasons explained in the attached

-1-

Memorandum.

          **Respectfully submitted,**

          /s/ *J. Douglas Sunseri*

          _____
          **J. DOUGLAS SUNSERI (#19173)**
          **NICAUD, SUNSERI & FRADELLA, L.L.C.**
          A Group of Professional Law Corporations
          3000 18th Street
          Metairie, Louisiana 70002
          Telephone: (504) 837-1304
          Attorneys for Plaintiffs, ANTHONY J RANDAZZO
          and GLENNA P. RANDAZZO

## CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

          */s/ J. Douglas Sunseri*

          _____
          J. DOUGLAS SUNSERI