UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATION LITIGATION | CIVIL ACTION |
| | No.  05-4182 "K" (2) |
| VERSUS | |
| | JUDGE DUVAL |
| PERTAINS TO: INSURANCE, | MAG.  WILKINSON |
| <u>Randazzo</u>,  07-1082 | |

**MEMORANDUM  FOR APPROVAL OF SETTLEMENT BY
ROAD HOME PROGRAM FOR THE STATE OF LOUISIANA**

MAY IT PLEASE THE COURT:

Plaintiffs, ANTHONY J.  RANDAZZO and GLENNA P.  RANDAZZO filed a Motion for Approval of Settlement by Road Home and files this Memorandum in Support based on the grounds stated herein.

On January 3, 2007, Plaintiffs filed Petition for Damages in the Thirty-Fourth Judicial District Court for the Parish of St.  Bernard in proceedings number 108-511 as a result of damages to their residence located at 207 E.  Casa Calvo Street, Chalmette, Louisiana resulting from Hurricane Katrina.  Thereafter, on February 23, 2007 this matter was removed to this Honorable

-1-

Court. Plaintiffs' residence sustained substantial wind damages including roof damage and damages to interior walls and ceilings rendering the residence uninhabitable. Plaintiffs' residence was insured under The Standard Fire Insurance Company ("Standard") homeowners' policy. Plaintiffs submitted an estimate from a Louisiana licensed contractor in the amount of $41,478.97. Standard's failure to tender any payments for repairs for dwelling damages, damages to other structures, personal property, contents, and loss of use was deficient untimely and Standard arbitrarily denied payments.

Subsequently, on February 22, 2008, this matter was settled at an informal mediation. Thereafter, the parties entered into a settlement agreement with Standard the amount of $29,500.00. As per the settlement, Standard is withholding the settlement funds pending approval from Louisiana Road Home. (See Exhibit "A"). The settlement requires Plaintiffs obtain written consent from the Office of Community Development (a/k/a Road Home). On or about April 21, 2008, Plaintiffs submitted via U. S. mail, fax and e-mail, Request for Consent Form together with required documentation for processing. (See Exhibit "B"). To date, Road Home and/or the related entities have not been able to identify a contact person to field and process said Consent, nor responded to said submission. Please note, Road Home has not responded to any consent forms submitted by our firm since December 2007.

Accordingly, Plaintiffs request that representatives from Road Home/ Louisiana Division of Administration show cause on a date and time set by this Honorable Court as to whether Road Home is entitled to any reimbursement and/or authorizing the appropriate approval, endorsement and

disbursement of settlement funds. If Road Home fails to show cause, then Plaintiffs request an order providing Road Home relinquish its subrogation rights to any part of the settlement and authorize the Plaintiffs' endorsement of the settlement check for disbursement.

> **Respectfully submitted,**
>
> */s/ J. Dou*glas Sunseri
> _____
> **J. DOUGLAS SUNSERI (#19173)**
> **EDWARD C. VOCKE, IV (#22882)**
> **NICAUD, SUNSERI & FRADELLA, L.L.C.**
> A Group of Professional Law Corporations
> 3000 18th Street
> Metairie, Louisiana 70002
> Telephone: (504) 837-1304
> Attorneys for Plaintiffs, ANTHONY J. RANDAZZO and GLENNA P. RANDAZZO

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing,

and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ J. Douglas Sunseri*

_____
J. DOUGLAS SUNSERI