# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATION LITIGATION | CIVIL ACTION |
| | No.  05-4182 "K" (2) |
| VERSUS | |
| | JUDGE DUVAL |
| PERTAINS TO: INSURANCE,<br>Randazzo,  07-1082 | MAG.  WILKINSON |

## NOTICE OF HEARING

| | |
|---|---|
| TO:   THE   STANDARD   FIRE   INSURANCE<br>COMPANY<br>Through its attorney of record:<br>GARY J.  RUSSO<br>PERRET DOISE, APLC.<br>P.  O.  Drawer 3408<br>Lafayette, LA 70502-3408 | ROAD HOME PROGRAM<br>STATE OF LOUISIANA<br>through Mr. Daniel Rees<br>Louisiana Division of Administration<br>Disaster Recover Unit<br>One American Place<br>301 Main Street, #600<br>Baton Rouge, LA 70801 |

**PLEASE TAKE NOTICE** that Plaintiffs, ANTHONY J.  RANDAZZO and GLENNA P.

RANDAZZO will bring their Motion for Approval of Settlement by Road Home Program before

Judge Stanwood R.  Duval, Jr. on Wednesday, June 11, 2008  at 9:30 a.m.,or as soon thereafter as

-1-

counsel may be heard.

**Respectfully submitted,**

*/s/ J. Douglas Sunseri*

_____

**J. DOUGLAS SUNSERI ( #19173)**
**SVETLANA CROUCH (#29814)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiffs/Movers,
ANTHONY J.  RANDAZZO and
GLENNA P. RANDAZZO

-2-