

### NICAUD, SUNSERI & FRADELLA, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

*Albert J. Nicaud\**
*J. Douglas Sunseri\**
*Frank Thomas Fradella\**
*Svetlana "Lana" Crouch*
*Timothy P. Farrelly*
*Kristin J. Milano*
*Edward C. Vocke, IV*
*Peter J. Perez, Jr*
*(\*A Professional Law Corporation)*

*Telephone (504) 837-1304*
*Facsimile (504) 833-2843*

April 21, 2008

Louisiana Division of Administration
Disaster Recovery Unit- Attention Subrogation
P. O. Box 94095
Baton Rouge, LA 70804-9095
**VIA FAX (225) 219-9605**
**MAIL AND E-MAIL**
dan.rees@la.gov

RE:   Anthony J. Randazzo, *et al* v.
      Lafayette Insurance Company, *et al*
      USDC # 07-1082 "I" (5)
      Our file #:   0613-06-1833

Dear Sir or Madam:

  Enclosed herewith please find Request for Consent Form submitted on behalf of our client, Anthony J. Randazzo.

  Thank you for your assistance in this matter. If you have any questions, or need additional information, please do not hesitate to contact us.

Sincerely,

*Peggy D. McBeth*

Peggy D. McBeth, Paralegal
J. DOUGLAS SUNSERI

:pdm
Enclosure

**EXHIBIT B**

\* \* \* Memory TX Result Report ( Apr.21. 2008 1:43PM ) \* \* \*

1) NICAUD SUNSERI & FRADELLA
2)

Date/Time: Apr.21. 2008  1:39PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 8636 | Memory TX | 12252199605-04 | P. 34 | OK | |

Reason for error
  E. 1) Hang up or line fail            E. 2) Busy
  E. 3) No answer                       E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size

---

# Fax Transmission

NICAUD, SUNSERI & FRADELLA, L.L.C.
3000 18th Street
Metairie, LA 70002
TELEPHONE: (504) 837-1304
Fax: (504) 833-2843

| To: | Louisiana Division of Administration, Disaster Recovery Unit-Attn: Subrogation | Date: | April 21, 2008 |
|---|---|---|---|
| Fax #: | (225) 219-9605 | Pages: | including cover |
| From: | J. DOUGLAS SUNSERI | | |
| Subject: | *Anthony J. Randazzo v. The Standard Fire Insurance Company* | | |

COMMENTS:

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE (504) 837-1304

CONFIDENTIALITY NOTICE

This facsimile transmission and/or accompanying documents may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, immediately notify us by telephone or arrange for return of the documents.

# FAX TRANSMISSION

**NICAUD, SUNSERI & FRADELLA, L.L.C.**
3000 18th Street
Metairie, LA 70002
TELEPHONE: (504) 837-1304
Fax: (504) 833-2843

| | | | |
|---|---|---|---|
| **To:** | Louisiana Division of Administration, Disaster Recovery Unit -Atn. Subrogation | **Date:** | April 21, 2008 |
| **Fax #:** | (225) 219-9605 | **Pages:** | including cover |
| **From:** | J. DOUGLAS SUNSERI | | |
| **Subject:** | *Anthony J. Randazzo v. The Standard Fire Insurance Company* | | |

COMMENTS:

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE (504) 837-1304

## CONFIDENTIALITY NOTICE

This facsimile transmission and/or accompanying documents may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, immediately notify us by telephone or arrange for return of the documents.

## Peggy D McBeth

**From:** Peggy D McBeth [pdmcbeth@nsflaw.com]
**Sent:** Monday, April 21, 2008 3:07 PM
**To:** 'dan.rees@la.gov'
**Subject:** Randazzo

Dear Mr. Rees:

Attached please find Request for Consent Form submitted on behalf of Mr. Anthony Randazzo.

Thanks for your assistance in this matter.

Peggy D. McBeth
Paralegal to J. Douglas Sunseri
Nicaud, Sunseri & Fradella, LLC
3000 18th Street
Metairie, LA  70002
Telephone:  (504) 837-1304
Facsimile:   (504) 833-2843
email:  pdmcbeth@nsflaw.com