UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  MRGO, <u>Robinson</u> (06-2268) | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER ON MOTION**

APPEARANCES:  None (on the briefs)

MOTION:   Plaintiffs' Motion for Leave to File First Amended Complaint, Record Doc. No. 12546

<u>O R D E R E D</u>:

 XXX :  DISMISSED AS MOOT.  Movants have filed a reply memorandum in which they state that they have decided to withdraw the proposed amendment.  Record Doc. No. 13085 at p. 2.  Accordingly, the motion, previously set for hearing on May 14, 2008, is moot, and the oral argument scheduled for that date is cancelled.

New Orleans, Louisiana, this   13th   day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE