UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

| | |
|---|---|
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait Family v. USA* | C.A. No. 07-3500 |
| *Lafarge v. USA* | C.A. No. 07-5178 |

## ORDER

Counsel for Lafarge North America, Inc. has advised the court that all parties have agreed to cancel the oral argument scheduled for May 14, 2007 on the following three motions: (1) the Barge Plaintiffs' Motion for Protective Order as to the Surreptitious Recordings of Witness Interviews by Counsel for Lafarge North America, Inc., Through Their Agent Centanni Investigative Services, Inc., for Lafarge's Concealment of the Interviews and Other Misconduct, and for Declaratory and Other Relief, Record Doc. No. 11765; (2) the Barge Plaintiffs' Motion for Reconsideration, Record Doc. No. 13017; and (3) Lafarge's Motion for Reconsideration, Record Doc. No. 12961.

Accordingly, the oral argument scheduled for May 14, 2007 is CANCELLED and the motions will be decided on the briefs.

New Orleans, Louisiana, this  13th  day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE