UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES         CIVIL ACTION
         CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO, Robinson, 06-2268   JUDGE DUVAL
                                        MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:   LSU's and Dr. Hassan S. Mashriqui's Motion to Quash Subpoena, Record Doc. No. 12096

O R D E R E D:

 XXX : CONTINUED.  Counsel for movants has advised the court that the parties are trying to resolve their discovery dispute and that both sides want to continue the hearing date for two weeks.  Accordingly, the motion is continued and reset for hearing without oral argument on May 28, 2008, with written opposition due no later than May 20, 2008.

New Orleans, Louisiana, this  13th  day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE