**RETURN**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

RAPHAEL & DIOIGNA ACEVEDO et al
(See attached sheet)

v.

AAA INSURANCE et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5199

SECT K MAG 2

TO: (Name and address of defendant)

Financial Assurance

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within **TWENTY** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

SEP - 6 2007

DATE

K. Haley
(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199
**Received:** 12/06/07
**Mailed:** 12/07/07
**Certified Mail tracking # :** 70070710000280152439
**Mailed to Insurance Co.:**
FINANCIAL ASSURANCE, INC. A/K/A FINANCIAL ASSURANCE LIFE INSURANCE COMPANY MAJOR W. PARK, JR., SECRETARY 300 WEST 11TH ST. KANSAS CITY, MO 64111
**Court Name:** UNITED STATES DISTRICT COURT
**Court Location:** EASTERN DISTRICT OF LOUISIANA
**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL
**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 2439** Status: **Delivered** Your item was delivered at 9:26 am on December 12, 2007 in KANSAS CITY, MO 64108.