UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| _____§ | MAG. WILKINSON |
| § | |
| PERTAINS TO: § | |
| LEVEE, MRGO, RESPONDER, BARGE § | |
| § | |
| FILED IN: § | |
| 05-4181, 06-1885, 06-2268, 06-4024, 06-4634, § | |
| 06-4931, 06-5042, 06-5054, 06-5116, 06-5118, § | |
| 06-5127, 06-5128, 06-5131, 06-5132, 06-5134, § | |
| 06-5137, 06-5140, 06-5142, 06-5159, 06-5161, § | |
| 06-5163, 06-5771, 07-206, 07-647, 06-8708, § | |
| 07-1073, 07-1113, 07-1271, 07-1284, 07-1285, § | |
| 07-1286, 07-1288, 07-1289, 07-2741, 07-2742, § | |
| 07-3173, 07-4225, 07-4226, 07-4227, 07-4271, § | |
| 07-4353, 07-4386, 07-4504, 07-4519, 07-4522, § | |
| 07-4544, 07-4568, 07-4607, 07-4608, 07-4724, § | |
| 07-4774, 07-4775, 07-4837, 07-4851, 07-4901, § | |
| 07-4902, 07-4903, 07-4906, 07-4911, 07-4913, § | |
| 07-4914, 07-4920, 07- 4942, 07-4943, 07-4945, § | |
| 07-4944, 07-5022, 07-5030, 07-5044, 07-5063, § | |
| 07-5070, 07-5082, 07-5096, 07-5097, 07-5098, § | |
| 07-5105, 07-5130, 07-5134, 07-5137, 07-5141, § | |
| 07-5174, 07-5178, 07-5191, 07-5389, 07-5396, § | |
| 07-5397, 07-5494, 07-5495, 07-5496, 08-0719, § | |
| 08-1151, 08-1171, 08-1192, 08-1212, 08-1213, § | |
| 08-1429, 08-1707. § | |
| _____§ | |

<u>MOTION TO ENROLL</u>

  Trial Attorney Kara K. Miller hereby moves to enroll the appearance of Trial Attorney Conor Kells on behalf of the United States of America, defendant in the above-noted cases. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

| For regular mail delivery: | For overnight delivery: |
|---|---|
| Torts Branch, Civil Division | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 888 | 1331 Pennsylvania Ave., NW |
| Benjamin Franklin Station | Room 8095N |
| Washington, D.C. 20044 | Washington, DC 20004 |

ECF Filing:
Conor.Kells@usdoj.gov

              Respectfully submitted,

              JEFFREY S. BUCHOLTZ
              Acting Assistant Attorney General

              PHYLLIS J. PYLES
              Director, Torts Branch

              JAMES G. TOUHEY, JR.
              Assistant Director, Torts Branch

              s/ Kara K. Miller
              KARA K. MILLER
              Trial Attorney, Torts Branch, Civil Division
              U.S. Department of Justice
              Benjamin Franklin Station, P.O. Box 888
              Washington, D.C. 20044
              (202) 616-4400 / (202) 616-5200 (Fax)
May 13, 2008         Attorneys for the United States

## **CERTIFICATE OF SERVICE**

  I, Kara K. Miller, hereby certify that on May 13, 2008, I served a true copy of the United States' Motion to Enroll upon all parties by ECF.

        s/   Kara K. Miller
        KARA K. MILLER