UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE, MRGO, RESPONDER, BARGE | § | |
| | § | |
| FILED IN: | § | |
| 05-4181, 06-1885, 06-2268, 06-4024, 06-4634, | § | |
| 06-4931, 06-5042, 06-5054, 06-5116, 06-5118, | § | |
| 06-5127, 06-5128, 06-5131, 06-5132, 06-5134, | § | |
| 06-5137, 06-5140, 06-5142, 06-5159, 06-5161, | § | |
| 06-5163, 06-5771, 07-206, 07-647, 06-8708, | § | |
| 07-1073, 07-1113, 07-1271, 07-1284, 07-1285, | § | |
| 07-1286, 07-1288, 07-1289, 07-2741, 07-2742, | § | |
| 07-3173, 07-4225, 07-4226, 07-4227, 07-4271, | § | |
| 07-4353, 07-4386, 07-4504, 07-4519, 07-4522, | § | |
| 07-4544, 07-4568, 07-4607, 07-4608, 07-4724, | § | |
| 07-4774, 07-4775, 07-4837, 07-4851, 07-4901, | § | |
| 07-4902, 07-4903, 07-4906, 07-4911, 07-4913, | § | |
| 07-4914, 07-4920, 07- 4942, 07-4943, 07-4945, | § | |
| 07-4944, 07-5022, 07-5030, 07-5044, 07-5063, | § | |
| 07-5070, 07-5082, 07-5096, 07-5097, 07-5098, | § | |
| 07-5105, 07-5130, 07-5134, 07-5137, 07-5141, | § | |
| 07-5174, 07-5178, 07-5191, 07-5389, 07-5396, | § | |
| 07-5397, 07-5494, 07-5495, 07-5496, 08-0719, | § | |
| 08-1151, 08-1171, 08-1192, 08-1212, 08-1213, | § | |
| 08-1429, 08-1707 | § | |
| _____ | § | |

ORDER

Considering the foregoing Motion to Enroll filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion to Enroll is hereby **GRANTED** and the Clerk of Court shall enroll Conor Kells as counselor of record for defendant, the United States of America.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge