## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES         CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE,<br>            <u>Augustos Woniger, 07-8623</u> | *<br>*<br>* | <br>JUDGE DUVAL<br>MAG. WILKINSON |

**************************************************************************

### DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, Defendant, State Farm Fire and Casualty Company requests oral argument be heard before Judge Joseph C. Wilkinson, Jr., on Wednesday, May 21, 2008 at 11:00 a.m., concerning Plaintiffs' Motion for Leave to File Amended Complaint (Rec. Doc. 12913).

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com; cgarbett@kingkrebs.com
smonsour@kingkrebs.com
***Attorneys for State Farm Fire and Casualty Company***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by hand delivery, facsimile or by placing the same in the United States mail, properly addressed and postage pre-paid, this 13th day of May, 2008.

/s/ David A. Strauss
**DAVID A. STRAUSS**

{N0089483}                    2