RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

RAPHAEL & DIOIGNA ACEVEDO et al
(see attached sheet)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07 - 5199

AAA INSURANCE et al

SECT K MAG 2

TO: (Name and address of defendant)

Met Life Auto & Home Insurance

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within _____TWENTY_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

LORETTA G. WHYTE

SEP - 6 2007

CLERK                                                    DATE

K Haley

(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

Suit Number: 075199
Received: 12/06/07
Mailed: 12/07/07
Certified Mail tracking # : 70070710000280152156
Mailed to Insurance Co.:
METLIFE AUTO & HOME INSURANCE CO.
MAURA C. TRAVERS, DIRECTOR & MANAGING COUNSEL
700 QUAKER LANE
P. O. BOX 350
WARWICK, RI 02886
Court Name: UNITED STATES DISTRICT COURT
Court Location: EASTERN DISTRICT OF LOUISIANA
Plaintiff: RAPHAEL & DIOIGNA ACEVEDO ET AL
Defendant: AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 2156**
Status: **Delivered**

Your item was delivered at 10:07 am on December 10, 2007 in WARWICK, RI 02887