RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

RAPHAEL & DIOIGNA ACEVEDO et al
(see attached sheet)

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 07-5199

AAA INSURANCE et al

SECT K MAG 2

TO: (Name and address of defendant)

Met Life & Home Insurance

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within  TWENTY  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                    SEP - 6 2007
_____               _____
CLERK                               DATE

K. Halley
_____
(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

Suit Number: 075199
Received: 12/06/07
Mailed: 12/26/07
Certified Mail tracking # : 70070710000280158288
Mailed to Insurance Co.:
METLIFE & HOME INSURANCE
A/K/A METROPOLITAN PROPERTY & CASUALTY INS. CO.
C/O C T CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809
Court Name: UNITED STATES DISTRICT COURT
Court Location: EASTERN DISTRICT OF LOUISIANA
Plaintiff: RAPHAEL & DIOIGNA ACEVEDO ET AL
Defendant: AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 8288**
Status: **Delivered**

Your item was delivered at 1:44 pm on December 27, 2007 in BATON ROUGE, LA 70809.