# RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

## United States District Court
### EASTERN DISTRICT OF LOUISIANA

RAPHAEL & DIOIGNA ACEVEDO et al
(see attached sheet)

v.

AAA INSURANCE et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5199

SECT K MAG 2

TO: (Name and address of defendant)

Republic Fire & Casualty Insurance

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within __TWENTY__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

K. Haley
(BY) DEPUTY CLERK

SEP - 6 2007

DATE

# Louisiana Secretary of State
# Service of Process Detailed Data

Suit Number: 075199
Received: 12/06/07
Mailed: 12/07/07
Certified Mail tracking # : 70070710000280148524
Mailed to Insurance Co.:
REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY
MR. MICHAEL E. DITTO
5525 LBJ FREEWAY (75240-6241)
P. O. BOX 809076
DALLAS, TX 75380-9076
Court Name: UNITED STATES DISTRICT COURT
Court Location: EASTERN DISTRICT OF LOUISIANA
Plaintiff: RAFAEL ACEVEDO, ETAL
Defendant: AAA INSURANCE, ETAL



Label/Receipt Number: **7007 0710 0002 8014 8524**
Status: **Delivered**

Your item was delivered at 10:52 am on December 12, 2007 in DALLAS, TX 75380.