UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | JUDGE: DUVAL |
| | | MAGISTRATE: WILKINSON |
| PERTAINS TO: INSURANCE *Chehardy*, No. 06-1672  *Chehardy*, No. 06-1673  *Chehardy*, No. 06-1674 | * * * * | This pleading applies to the claim of Shane Sylvester |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiff, Shane Sylvester has resolved his disputes with defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual").  As a result of his settlement, plaintiff respectfully requests that this Court reopen this case with respect to Liberty Mutual for the sole purpose of addressing this motion, and that the claims of Shane Sylvester be dismissed, with prejudice, each party to bear its own costs.  All claims by all remaining plaintiffs against all defendants other than Liberty Mutual are reserved.

**WHEREFORE,** Plaintiff prays that this motion be granted, each party to bear its own costs.

101569 Chehardy Dismissal.doc

Respectfully Submitted,

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Office of Joseph M Bruno
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  504/525-1335

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by electronic transmission or facsimile transmission on the 14th day of May, 2008.

/s/ Joseph M. Bruno

2

101569 Chehardy Dismissal.doc