UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 |
| | | JUDGE:  DUVAL |
| | | MAGISTRATE:  WILKINSON |
| PERTAINS TO: INSURANCE   *Chehardy*, No. 06-1672     *Chehardy*, No. 06-1673     *Chehardy*, No. 06-1674 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiff Shane Sylvester are dismissed, with prejudice, each party to bear its own costs;

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Chehardy Proposed Order-Sylvester.doc