**RETURN**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

RAPHAEL & DIOIGNA ACEVEDO et al
(see attached sheet)

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER: 07-5199

AAA INSURANCE et al

SECT K MAG 2

TO: (Name and address of defendant)

AEGIS Insurance

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within __TWENTY__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

SEP - 6 2007

CLERK                                                        DATE

K. Haley
(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075199

**Received:** 12/06/07

**Mailed:** 12/26/07

**Certified Mail tracking # :** 70070710000280158042

**Mailed to Insurance Co.:**

AEGIS INSURANCE COMPANY
A/K/A AEGIS SECURITY INSURANCE COMPANY
2407 PARK DRIVE
P.O. BOX 3153
HARRISBURG, PA 17105

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8015 8042**
Status: **Delivered**

Your item was delivered at 7:17 am on January 02, 2008 in HARRISBURG, PA 17105.