FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY -7 PM 4: 18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | * * | JUDGE: DUVAL |
| No. 06-7412 | * * * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION TO DISMISS WITH PREJUDICE CERTAIN PLAINTIFFS ONLY

Plaintiffs Catherine Boozman and Howard Shapiro and Defendant Great Northern Insurance Company, having settled all of their claims in the proceeding bearing Civil Action No. 06-7412, respectfully request that this action be dismissed, with prejudice, as to Defendant Great Northern Insurance Company in this proceeding. This dismissal shall not affect any of the other plaintiffs or defendants in these consolidated proceedings.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

105226

WHEREFORE, Plaintiffs Catherine Boozman and Howard Shapiro and Defendant Great Northern Insurance Company pray that this lawsuit be dismissed, with prejudice, as to Defendant Great Northern Insurance Company in this proceeding.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven W. Usdin | /s/ Bruce L. Feingerts |
| Steven W. Usdin, No. 12986 | Bruce L. Feingerts, No. 5499 |
| Barrasso Usdin Kupperman | Feingerts & Kelly, PLC |
| Freeman & Sarver, L.L.C. | 365 Canal Street, Suite 2700 |
| 909 Poydras Street, Suite 2400 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70112 | Telephone: (504) 568-1515 |
| Telephone: (504) 589-9700 | |
| | |
| Attorney for Defendant Great Northern Insurance Company | Attorney for Plaintiffs Catherine Boozman and Howard Shapiro |

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Motion to Dismiss With Prejudice Certain Plaintiffs Only has been served upon all counsel of record via electronic mail, facsimile and/or the United States Mail, postage prepaid and properly addressed this 7th day of MAY, 2008.

/s/ Usdin

- 2 -