FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY 12  AM 11:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | * * | JUDGE: DUVAL |
| No. 06-7412 | * * * * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the foregoing Joint Motion to Dismiss With Prejudice Certain Plaintiffs Only;

**IT IS ORDERED** that the Motion to Dismiss With Prejudice be and hereby is **GRANTED,** and that the claims of Catherine Boozman and Howard Shapiro asserted herein be and hereby are dismissed with prejudice, as to defendant Great Northern Insurance Company in this proceeding, each party to bear their own costs.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ P_____
_X_/Dkt___
___ Ck_____
___ Doc. No.___      ___ 105226