**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| QFP | 002 | QFP-002-000000001 | QFP-002-000000001 | United States Coast Guard; Judge Advocate General; Claims and Litigation Branch; Katrina Archive | Robert Travis | KC808 | 5/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI for United States Coast Guard |
| QFP | 003 | QFP-003-000000001 | QFP-003-000000026 | United States Coast Guard; Judge Advocate General; Claims and Litigation Branch; Katrina Archive | Robert Travis | KC809 | 5/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI for United States Coast Guard |
| QFP | 004 | QFP-004-000000001 | QFP-004-000000002 | United States Coast Guard; Judge Advocate General; Claims and Litigation Branch; Katrina Archive | Robert Travis | KC810 | 5/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI for United States Coast Guard |
| QFP | 005 | QFP-005-000000001 | QFP-005-000000001 | United States Coast Guard; Judge Advocate General; Claims and Litigation Branch; Katrina Archive | Robert Travis | KC811 | 5/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI for United States Coast Guard |
| QFP | 006 | QFP-006-000000001 | QFP-006-000000001 | United States Coast Guard; Operations Directorate; Office of Information Resource | Denise Williams | KC812 | 5/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI for United States Coast Guard |
| QFP | 007 | QFP-007-000000001 | QFP-007-000000001 | United States Coast Guard; Operations Directorate; Office of Information Resource | Denise Williams | KC813 | 5/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI for United States Coast Guard |
| UCG | 001 | UCG-001-000000001 | UCG-001-000000016 | United States Coast Guard; Operations Directorate; Office of Information Resource | Denise Williams | KC814 | 5/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | MISLE ROI with exhibits |
| UCG | 002 | UCG-002-000000001 | UCG-002-000000273 | United States Coast Guard; Operations Directorate; Office of Information Resource | Denise Williams | KC814 | 5/14/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Enclosures to Marine Casualty Investigation |