EDWIN G. PREIS, JR.[3]
L. LANE ROY[2]
JENNIFER E. MICHEL[3]
RICHARD J. HYMEL[3]
ROBERT M. KALLAM[3]
FRANK A. PICCOLO[3]
JOHN M. RIBARITS[3]
CATHERINE M. LANDRY[3]
WILLARD P. SCHIEFFLER[3]
JAMES A. LOCHRIDGE, JR.[1]
LORI A. HOOD[2]
CHARLES J. BOUDREAUX, JR.[1]
DAVID L. PYBUS[2]
DAVID M. FLOTTE[3]
LEAH NUNN ENGELHARDT[4]
FRANCIS A. COURTENAY, JR.[1]
JENNIFER A. WELLS[1]
DAWN L. MORRIS, R.N.[3]
DANIELLE M. SMITH[1]
JEFFREY A. RIGGS[3]
MATTHEW D. McCONNELL[3]
JOSEPH E. LEE, III[3]
CARL J. HEBERT[1]
THOMAS P. BOWES[2]
JONATHAN L. WOODS[1]
KRISTOPHER STOCKBERGER[2]
M. BENJAMIN ALEXANDER[1]
TABITHA R. DURBIN[1]
HILARY A. FRISBIE[2]
MARK L. BARBRE[1]
J. MICHAEL FUSSELL, JR.[1]
REMY A. JARDELL[1]
KAT A. RITO [1]
MELISSA B. CARUSO [1]
MELISSA A. LEE [1]
ELIZABETH A. HUNT [1]

# PREIS & ROY
(A PROFESSIONAL LAW CORPORATION)

POST OFFICE DRAWER 94-C
VERSAILLES CENTRE'
SUITE 400
102 VERSAILLES BOULEVARD

**LAFAYETTE, LOUISIANA** 70509

TELEPHONE 337.237.6062
TELEFAX 337.237.9129
E-mail pr@preisroy.com
www.preisroy.com

**NEW ORLEANS**
PAN AMERICAN LIFE CENTER
SUITE 1700
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504.581.6062
TELEFAX 504.522.9129

**HOUSTON**
WESLAYAN TOWER
24 GREENWAY PLAZA
SUITE 2050
HOUSTON, TEXAS 77046
TELEPHONE 713.355.6062
TELEFAX 713.572.9129

[1] ADMITTED TO PRACTICE IN LOUISIANA ONLY
[2] ADMITTED TO PRACTICE IN TEXAS ONLY
[3] ADMITTED TO PRACTICE IN LOUISIANA AND TEXAS
[4] ADMITTED TO PRACTICE IN LOUISIANA AND GEORGIA

May 7, 2008

**VIA FAX & U.S. MAIL**
Honorable Stanwood R. Duval, Jr.
**ATTN: MS. MARION BARBIR**
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C368
New Orleans, LA 70130

RE:  RAFAEL & DIOIGNA ACEVEDO, ET AL
VS:  AAA INSURANCE, ET AL
NO:  07-5208, SECT. K, MAG. 2, USDC, EASTERN DISTRICT OF LA;
     CONSOLIDATED WITH IN RE KATRINA CANAL BREACHES, NO.05-4182
     OUR FILE NO. 6150-16179

Dear Ms. Barbir:

Please be advised the undersigned represents WNC First Insurance Service relative to the above-referenced matter. Pursuant to our telephone conversation today with Bridget in the Clerk's office, we understand that you are the person to contact with questions regarding these proceedings.

Based on the stay currently in effect in these proceedings, we understand that we are **not** to file any responsive pleadings to the Petition filed on behalf of Rafael and Dioigna Acevedo, et al. We have recently come to learn that Plaintiff's counsel, Stuart Barasch has been filing pleadings into the Court record. Unfortunately, since we are not listed as counsel of record, we have not received any of these filings.

PREIS & ROY

Ms. Marion Barbir  
May 7, 2008  
Page 2

In order to properly defend our client, we need to receive notice of electronic filings each time pleadings are filed or minutes/orders are entered in the Court record. Please advise what, if anything besides writing this letter, we can do to be listed as counsel of record in the above entitled matter.

We look forward to hearing from you. Thank you in advance for your professional courtesies in this matter.

Very truly yours,

PREIS & ROY

*Catherine M. Landry*  
CATHERINE M. LANDRY  
CML/jdt/1517713  
cc: Mr. Edwin G. Preis, Jr. (Firm)

---

*Handwritten note:*

Called 5/9

Ask for the stay to be lifted in order for her to be enrolled.

M. Barbir