UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION NO. 05-4182
LITIGATION

                                     SECTION: "K" (2)

A settlement conference was held on this date with respect to the levee breach group. Settlement discussions are ongoing.

The Court notified counsel that it intended to initiate settlement discussions with respect to the claims against Washington Group International, Inc. Plaintiffs' counsel shall take the initiative to contact this Court with a mutually convenient settlement conference date.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY ALL COUNSEL**