UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

| | |
|---|---|
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait Family v. USA* | C.A. No. 07-3500 |
| *Lafarge v. USA* | C.A. No. 07-5178 |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Greater New Orleans Barge Fleeting Association's Motion for a Protective Order, Record Doc. No. 11973

O R D E R E D:

 XXX : DISMISSED AS MOOT. Jean-Paul Escudier, counsel for movant, has advised the court that plaintiffs and Lafarge North America, Inc. have agreed to withdraw the subject subpoenas, and the motion, previously set for hearing on May 14, 2008, is moot.

New Orleans, Louisiana, this   14th   day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE