UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES          CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Acevedo, 07-5199                              Abram,    07-5205 | * * * | JUDGE DUVAL MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' RULE 60 MOTION FOR RELIEF FROM JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company ("State Farm"), who respectfully moves this Court for an Order of Leave allowing State Farm to file its Supplemental Memorandum in Opposition to plaintiffs' Motion for Relief From Judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure.

As will be explained in the accompanying memorandum, on the date of this filing, another division of this Court issued Orders and Reasons denying similar motions filed by plaintiffs also represented by the Hurricane Legal Center against State Farm, also represented by the undersigned attorneys.[1]  The Court in that case issued substantive rulings on issues significant to those in the instant cases.  Accordingly, State Farm requests that it be granted

---

[1] *Arceneaux v. State Farm Fire & Cas. Co.*, No. 07-7701 Order [Dkt. No. 49] (E.D. La. May 14, 2008) (Feldman, J.).

Leave of Court to file its Supplemental Memorandum in Opposition to plaintiffs' motion.

WHEREFORE, Defendant prays that it be granted leave to file its Supplemental Memorandum, accordingly.

        Respectfully submitted,

        **/s/ David A. Strauss**
        DAVID A. STRAUSS (**T.A.**) #24665
        CHRISTIAN A. GARBETT, SR. #26293
        SARAH SHANNAHAN MONSOUR # 30957
        KING, KREBS & JURGENS, P.L.L.C.
        201 St. Charles Avenue, Suite 4500
        New Orleans, Louisiana 70170
        Telephone: (504) 582-3800
        Facsimile:  (504) 582-1233
        dstrauss@kingkrebs.com
        cgarbett@kingkrebs.com
        smonsour@kingkrebs.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

        **/s/ David A. Strauss**