UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE,   Aguda, 07-4457<br>Anderson, 07-6737<br>Acevedo, 07-5199<br>Abram, 07-5205 | * * * * | <br>JUDGE DUVAL<br>MAG. WILKINSON |

**************************************************************************

# O R D E R

Having considered State Farm Fire and Casualty Company's Motion for Leave of Court to File its Supplemental Memorandum in Opposition to plaintiffs' Motion for Relief From Judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company be granted leave to file its Supplemental Memorandum in Opposition to plaintiffs' Motion for Relief From Judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
**HONORABLE STANWOOD R. DUVAL, JR.,
UNITED STATES DISTRICT JUDGE**

{N0090116}