UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE,   Aguda, 07-4457 Anderson, 07-6737 Acevedo, 07-5199 Abram, 07-5205 | * * * * | JUDGE DUVAL MAG. WILKINSON |

*************************************************************************

## O R D E R

Having considered State Farm Fire and Casualty Company's Motion for Leave of Court to File its Supplemental Memorandum in Opposition to plaintiffs' Appeal of Magistrate Wilkinson's Order Denying Plaintiffs' Motion for Leave to File Amended Complaints:

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company be granted leave to file its Supplemental Memorandum in Opposition to plaintiffs' Appeal of Magistrate Wilkinson's Order Denying Plaintiffs' Motion for Leave to File Amended Complaints:

New Orleans, Louisiana, this ____ day of _____, 2008.

**HONORABLE STANWOOD R. DUVAL, JR.,
UNITED STATES DISTRICT JUDGE**

{N0090113}