UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES              CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

                                                                    JUDGE DUVAL

PERTAINS TO:  07-1721                              MAGISTRATE WILKINSON
PLAINTIFF:  IVY SEALS, ET AL

## JOINT MOTION TO DISMISS CASE

On joint motion of plaintiffs, Ivy Seals, Raquel E. Clark, Ronald B. Clark and

Ricky J. Clark, and of defendant, Allstate Insurance Company, all parties appearing

herein through undersigned counsel of record, and on suggesting to this Honorable

Court that this matter has been compromised and settled and, therefore, should be

dismissed, with full prejudice as to all of plaintiffs' rights therein, each party to bear its

own costs.

Respectfully submitted,

/s/ Gary M. Pendergast
GARY M. PENDERGAST (10420)
1515 Poydras Street, Suite 2260
New Orleans, LA 70112
Telephone:  (504) 523-0454
Facsimile:  (504) 523-0464

Attorneys for Plaintiffs

/s/ James L. Donovan, Jr.
JAMES L. DONOVAN, JR. (1337)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
Telephone:  (504) 454-6808
Facsimile:  (504) 887-5885
Email:  jdonovan@donovanlawler.com

Attorneys for defendant,
Allstate Insurance Company

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **James L. Donovan, Jr.**
  jdonovan@donovanlawler.com,jtaulli@donovanlawler.com

- **Gary Michael Pendergast**
  gmpendergastllc@aol.com,limo1462@aol.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.

/s/ James L. Donovan, Jr.