UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO: 07-1721<br>PLAINTIFF: IVY SEALS, ET AL | MAGISTRATE WILKINSON |

## ORDER OF DISMISSAL

IT IS ORDERED that the consolidated matter of *Ivy Seals, Raquel E. Clark, Ronald B. Clark and Ricky J. Clark v. Allstate Ins. Co.* be, and the same is hereby dismissed, with prejudice.

New Orleans, Louisiana, this _____ day of May, 2008.

_____
**J U D G E**