UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Acevedo, 07-5199<br>Abram,   07-5205 | * * * | JUDGE DUVAL<br>MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Having considered State Farm Fire and Casualty Company's Motion for Leave of Court to Supplement its Proposed Supplemental Memorandum in Opposition to Plaintiffs' Rule 60 Motion for Relief from Judgment:

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company be granted leave to file to supplement its Motion for Leave to File Supplemental Memorandum (Rec. Doc. 13152) to include Exhibit "1" to its Proposed Supplemental Memorandum in Opposition to Plaintiffs' Rule 60 Motion for Relief from Judgment (Rec. Doc. 13152-3).

New Orleans, Louisiana, this ____ day of _____, 2008.

							_____
							**HONORABLE STANWOOD R. DUVAL, JR.,**
							**UNITED STATES DISTRICT JUDGE**

{N0090199}