UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES       CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE,  Aguda, 07-4457  Anderson, 07-6737  Acevedo, 07-5199  Abram, 07-5205 | * * * * | JUDGE DUVAL  MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STATE FARM'S MOTION FOR LEAVE TO SUPPLEMENT ITS PROPOSED SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' APPEAL OF MAGISTRATE JUDGE'S ORDER

**NOW COMES** Defendant, State Farm Fire and Casualty Company ("State Farm") through undersigned counsel, who moves for an order allowing supplementation of its proposed Supplemental Memorandum in Opposition to plaintiffs' Appeal of Magistrate Wilkinson's Order Denying Plaintiffs' Motion for Leave to File Amended Complaints as follows:

**1.**

Defendant seeks an order allowing it to supplement Rec. Doc. 13153 (Motion for Leave to File Supplemental Memorandum) with the attached Exhibit "1" to its proposed Supplemental Memorandum in Opposition to plaintiffs' Appeal of Magistrate Wilkinson's Order Denying Plaintiffs' Motion for Leave to File Amended Complaints (Rec. Doc. 13153-3).

**2.**

Undersigned counsel inadvertently failed to attach Exhibit "1" when it filed State Farm's Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Appeal of Magistrate Wilkinson's Order (Rec. Doc. 13153).

**WHEREFORE**, Defendant respectfully requests that this Court grant its Motion and Supplement its Motion for Leave to File Supplemental Memorandum (Rec. Doc. 13153) to include the attached Exhibit "1" to its Proposed Supplemental Memorandum in Opposition to Plaintiffs' Appeal of Magistrate Wilkinson's Order (Rec. Doc. 13153-3).

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS **(T.A.)** #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com;
cgarbett@kingkrebs.com;
smonsour@kingkrebs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

**/s/ David A. Strauss**