UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION: |
| | * | NO.: 05-4182 |
| PERTAINS TO 06-4709 Chapman & Lorene Holbrook | * * | |
| | * | SECTION: "K" |
| | * * | MAG: 5 |

* * * * * * * * * * * * * * * * * * * * * * * * *

## VOLUNTARY MOTION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, appearing through undersigned counsel, comes Plaintiffs, Chapman and Lorene Holbrook, who voluntarily dismiss with prejudice ENCOMPASS INSURANCE COMPANY in the above captioned matter.

_____
Rainer Lorenz (8796)
108 South Drive
Covington, LA 70433
985-264-2427
Attorney for Plaintiffs

LOZES & PONDER

_____
JEFFERY P. LOZES (8921)
1010 Common Street
Suite 1550
New Orleans, LA 70112
504-581-4455
Attorney for Defendant

1