UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** <br><br> **PERTAINS TO** 06-4709 <br> Chapman & Lorene Holbrook | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION: <br><br> NO.: 05-4182 <br><br> SECTION: "K" <br><br> MAG: 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

IT IS ORDERED that the above captioned matter as to Chapman and Lorene Holbrook be and the same hereby dismisses Encompass Insurance Company with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ____ day of May, 2008.

_____
JUDGE