UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOUTH EDUCATIONAL TRUST, LLC | CIVIL ACTION NO: 05-4182 |
| VERSUS | SECTION: K |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | MAGISTRATE: 2 |

### MOTION TO TRANSFER CASE

Youth Educational Trust, LLC, Plaintiff, through undersigned counsel, respectfully requests that the above captioned matter be transferred back to Section "A", Magistrate "4," case number 06-8529.  In support of this motion, Plaintiff represents that Defendant moved for this matter to be transferred to the *In Re: Katrina Canal Breaches Consolidation Litigation* in error. Defendant stated that this litigation involved certain defenses based on the water exclusion, in whole or in part caused by the New Orleans levee canal breach.  Plaintiff contends that this information is incorrect.  This litigation in no part basis its defense on such information.

**WHEREFORE,** Youth Education Trust, LLC, Plaintiff, requests that this Motion to Transfer be granted, that the matter herein be transferred to Section "A," Magistrate "4," case number 06-8529.

1

Respectfully submitted,

**Halpern & Martin, L.L.C.**


      s/Monica G. Moton
**David J. Halpern** (Bar No. 6452)
**Jill A. Gautreaux**  (Bar No. 23750)
**Michael W. Tifft** (Bar No. 17829)
**Monica G. Moton** (Bar No. 27222)
3900 North Causeway Boulevard
One Lakeway Center, Suite 605
Metairie, Louisiana 70002
Telephone:  (504) 835-6705
Telefax:  (504) 831-2609
*Attorneys for Youth Educational Trust, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record on 15th day of May, 2008, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known address of record.


      s/Monica G. Moton