UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOUTH EDUCATIONAL TRUST, LLC | CIVIL ACTION NO: 05-4182 |
| VERSUS | SECTION: K |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | MAGISTRATE: 2 |

## **ORDER**

Considering the foregoing consent motion to transfer this matter back to Section "A," Magistrate "4," case number 06-8529 filed by Youth Education Trust, LLC, Plaintiff,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the above referenced matter be and is hereby transferred back to Section "A," Magistrate "4," case number 06-8529.

**IT IS FURTHER ORDERED** that all deadlines and the trial date have been suspended pending transfer to the consolidated litigation.

_____
**JUDGE**

3