**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO: 05-4182 "K"(2)** |
| | * | |
| **PERTAINS TO: INSURANCE,** | * | |
| <u>Robert Adams, 07-4459</u> | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| | * | |

*************************************************************************

<u>**O R D E R**</u>

Having considered State Farm Fire and Casualty Company's Motion for Leave of Court
to File its Supplemental Memorandum in Opposition to plaintiffs' Motion for Leave to File
Amended Complaint (Rec. Doc. 12907).

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company be granted
leave to file its Supplemental Memorandum in Opposition to plaintiffs' Motion for Leave to File
Amended Complaint.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**HONORABLE STANWOOD R. DUVAL, JR.,**
**UNITED STATES DISTRICT JUDGE**

{N0090321}