UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, | * | |
| Bruce Gaubert, 07-9768 | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

*****************************************************************************

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S RULE 60 MOTION FOR RELIEF FROM JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company ("State Farm"), who respectfully moves this Court for an Order of Leave allowing State Farm to file its Supplemental Memorandum in Opposition to plaintiff's Motion for Leave to File Amended Complaint.

As will be explained in the accompanying memorandum, the day after State Farm filed its Opposition to plaintiff's Motion for Leave to File Amended Complaint, another division of this Court issued Orders and Reasons denying similar motions filed by plaintiffs also represented by the Hurricane Legal Center against State Farm, also represented by the undersigned attorneys.[1]  The Court in that case issued substantive rulings on issues significant to those in the instant cases.   Accordingly,   State   Farm   requests   that   it   be   granted

---

[1] *Arceneaux v. State Farm Fire & Cas. Co.*, No. 07-7701 Order [Dkt. No. 49] (E.D. La. May 14, 2008) (Feldman, J.).

{N0090344}                   1

Leave of Court to file its Supplemental Memorandum in Opposition to plaintiff's motion.

WHEREFORE, Defendant prays that it be granted leave to file its Supplemental Memorandum, accordingly.

Respectfully submitted,

**/s/ David A. Strauss**
DAVID A. STRAUSS (**T.A.**) #24665
CHRISTIAN A. GARBETT, SR. #26293
SARAH SHANNAHAN MONSOUR # 30957
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
dstrauss@kingkrebs.com
cgarbett@kingkrebs.com
smonsour@kingkrebs.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

**/s/ David A. Strauss**

{N0090344}                                      2