UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE,<br>    Catherine Allen-Perkins, 07-5204 | * * * * | <br>JUDGE DUVAL<br>MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Having considered State Farm Fire and Casualty Company's Motion for Leave of Court to File its Supplemental Memorandum in Opposition to plaintiffs' Motion for Leave to File Amended Complaint (Rec. Doc. 12908).

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company be granted leave to file its Supplemental Memorandum in Opposition to plaintiffs' Motion for Leave to File Amended Complaint.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**HONORABLE STANWOOD R. DUVAL, JR.,
UNITED STATES DISTRICT JUDGE**

{N0090339}