UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE,<br>   <u>Rhonda & Morris Moore, 07-8622</u> | * * * | JUDGE DUVAL<br>MAG. WILKINSON |

*************************************************************************

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' RULE 60 MOTION FOR RELIEF FROM JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company ("State Farm"), who respectfully moves this Court for an Order of Leave allowing State Farm to file its Supplemental Memorandum in Opposition to plaintiffs' Motion for Leave to File Amended Complaint.

As will be explained in the accompanying memorandum, the day after State Farm filed its Opposition to plaintiffs' Motion for Leave to File Amended Complaint, another division of this Court issued Orders and Reasons denying similar motions filed by plaintiffs also represented by the Hurricane Legal Center against State Farm, also represented by the undersigned attorneys.[1]  The Court in that case issued substantive rulings on issues significant to those in the instant cases.    Accordingly,  State  Farm  requests  that  it  be  granted

---

[1] *Arceneaux v. State Farm Fire & Cas. Co.*, No. 07-7701 Order [Dkt. No. 49] (E.D. La. May 14, 2008) (Feldman, J.).

{N0090351}                                              1

Leave of Court to file its Supplemental Memorandum in Opposition to plaintiffs' motion.

WHEREFORE, Defendant prays that it be granted leave to file its Supplemental Memorandum, accordingly.

                              Respectfully submitted,

                              **/s/ David A. Strauss**
                              DAVID A. STRAUSS (**T.A.**) #24665
                              CHRISTIAN A. GARBETT, SR. #26293
                              SARAH SHANNAHAN MONSOUR # 30957
                              KING, KREBS & JURGENS, P.L.L.C.
                              201 St. Charles Avenue, Suite 4500
                              New Orleans, Louisiana 70170
                              Telephone: (504) 582-3800
                              Facsimile:  (504) 582-1233
                              dstrauss@kingkrebs.com
                              cgarbett@kingkrebs.com
                              smonsour@kingkrebs.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties.

                              **/s/ David A. Strauss**