UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>　Adams, 07-4459<br>　Allen-Perkins, 07-5204<br>　Adams, 07-5206<br>　Worgan, 07-8621<br>　Moore, 07-8622<br>　Woniger, 07-8623<br>　Gaubert, 07-9768 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

At the request of counsel for defendant, Record Doc. Nos. 13105, 13107, 13109, 13111, 13113, 13115 and 13117, and pursuant to Local Rule 78.1E, oral argument on plaintiffs' Motions for Leave to File Second Amended Complaint, Record Doc. Nos. 12907, 12908, 12910, 12911, 12912, 12913 and 12914, is hereby set on **MAY 21, 2008 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this  15th  day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE