MINUTE ENTRY
WILKINSON, M.J.
MAY 15, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GINA M. BARARD                                             CIVIL ACTION

VERSUS                                                     NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Barard, 06-7939                    JUDGE DUVAL
                                                           MAG. WILKINSON

Pursuant to the court's previous order, Record Doc. No. 10749, a pretrial conference was set in this matter on May 15, 2008. However, defense counsel has advised that a settlement has been reached, subject to Louisiana Recovery Authority/Road Home Program approval. Plaintiff's counsel must contact me upon receipt of this minute entry so that I may determine whether a conditional dismissal order should be entered.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  0 : 10