MINUTE ENTRY
WILKINSON, M.J.
MAY 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GINA M. BARARD | CIVIL ACTION |
| VERSUS | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Barard</u>, 06-7939 | JUDGE DUVAL<br>MAG. WILKINSON |

Having now conferred with counsel for all remaining parties in the referenced <u>Barard</u> case, Judge Duval is hereby notified that a settlement of all remaining claims has been reached, subject to Louisiana Recovery Authority/Road Home Program approval, so that an appropriate conditional dismissal order may now be entered.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  0 : 05