UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | NO: 05-4182 |
| PERTAINS TO: INSURANCE * | | SECTION "K" (2) |
| *Acevedo C.A. No. 07-5208* * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION FOR LIMITED LIFTING OF STAY
### TO FILE MOTION TO ENROLL

NOW INTO COURT, through undersigned counsel comes Defendant, WNC FIRST INSURANCE SERVICES, who hereby requests this Honorable Court lift its stay order of November 26, 2007, for the sole purpose of addressing the attached Motion to Enroll, allowing WNC FIRST INSURANCE SERVICES' counsel to appear as counsel of record in this matter. No Answer need be filed due to the Stay Order, but the undersigned wishes to officially enroll to ensure they receive timely notification of all pertinent filings, notices of hearing, orders, judgments and interlocutory decrees and any and all formal steps taken by the parties herein.

WHEREFORE, for the reasons set forth above, Defendant, WNC FIRST INSURANCE SERVICES, prays that this Honorable Court grant a limited lifting of the stay of November 26, 2007 to allow EDWIN G. PREIS, JR. and CATHERINE M. LANDRY to enroll as counsel of record for WNC First Insurance Services in the above referenced matter.

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation)

BY: _____
EDWIN G. PREIS, JR. (#10703)
CATHERINE M. LANDRY (#25750)
Post Office Drawer 94-C
Lafayette, Louisiana 70509
Telephone: (337)237-6062
Fax: (337)237-9129

Counsel for WNC FIRST INSURANCE SERVICES

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2008, a copy of the foregoing Ex Parte Motion for Limited Lifting of Stay to File Motion to Enroll was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

_____
CATHERINE M. LANDRY

1518692