UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO: 05-4182 |
| PERTAINS TO: INSURANCE | * | SECTION "K" (2) |
| *Acevedo C.A. No. 07-5208* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Ex Parte Motion for Limited Lifting of Stay:

IT IS ORDERED that the stay of November 26, 2007 be and is hereby lifted for the limited purpose of considering the attached Motion to Enroll as Counsel of Record.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2008.

_____
**JUDGE**