UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO: 05-4182 |
| PERTAINS TO: INSURANCE | * | SECTION "K" (2) |
| *Acevedo C.A. No. 07-5208* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Ex Parte Motion to Enroll as Counsel of Record:

IT IS HEREBY ORDERED that the motion is GRANTED and EDWIN G. PREIS, JR. and CATHERINE M. LANDRY are hereby enrolled as counsel of record for WNC First Insurance Services.

New Orleans, Louisiana, this ___ day of _____, 2008.

---------------------------
**JUDGE**