UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In RE**:  KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182  *  * |
| PERTAINS TO INSURANCE  **Lonnie E. Hammond**, Jr.  CIVIL ACTION NO.: 07-1767 | * JUDGE: DUVAL  *  MAG JUDGE: WILKINSON  * |

MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL
AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Lonnie E. Hammond, Jr., respectfully moves and represents as follows:

(1)

Plaintiff filed this case in state court, and defendant State Farm Fire and Casualty Company removed the case on or about October 5, 2006. The case was severed under case number 06-7375 and plaintiffs were ordered to file an amended petition with a new case name and number.

(2)

This case was transferred to the Katrina Levee Breaches Consolidated Litigation on January 23, 2008. Plaintiff filed a Motion to Transfer back to its original docket on April 29, 2008, based on a supplemental and amending complaint.

(3)

**The Amended Complaint seeks to remove and retract any claim whatsoever regarding damages based on flood and/or claims of ambiguity in the plaintiffs policy of insurance regarding the flood exclusion.**

(4)

**Plaintiff files this Motion for** Leave **to File the Amended Complaint at this time, as the Motion to Transfer is pending before this Court. The proposed complaint is attached hereto.**

**WHEREFORE , plaintiff respectfully moves and prays that leave be granted for the filing of a First Supplemental and Amending Complaint.**

Respectfully submitted,

s/Gregory P. DiLeo
**GREGORY P. DI LEO, LSBA #4943**
**JENNIFER B. EAGAN, LSBA #19847**
Attorneys for Plaintiff
Lonnie E. **Hammond, Jr.**
300 Lafayette **Street**, **Suite 101**
New Orleans, LA 70130
Telephone: (504) 522-3456
Facsimile:    (504) 522-3888

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

s/Gregory P. DiLeo
GREGORY P. DI LEO, ESQ.