UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In RE:** KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182<br>*<br>* |
| PERTAINS TO INSURANCE<br>**Lonnie E. Hammond**, Jr.<br>CIVIL ACTION NO.: 07-1767 | * JUDGE: DUVAL<br>* MAG JUDGE: WILKINSON<br>* |

<u>CERTIFICATE RELATING TO OPPOSITION
(PLAINTIFF'S MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT)</u>

NOW INTO COURT through undersigned counsel comes plaintiff, Lonnie E. Hammond, Jr. and respectfully represents the status of this motion as follows:

   OPPOSED.

 Mover has contacted opposing counsel who wishes to oppose this motion.

   <u>X</u>  OPPOSED.

 Mover has attempted unsuccessfully to contact opposing counsel as follows:

Office voice **mail and email.**

 Therefore, the motion must be presumed to be opposed.

UNOPPOSED

**Mover has contacted opposing counsel and is authorized to state that the motion is unopposed.**

Respectfully submitted by,

s/Gregory P. DiLeo
GREGORY P. DI LEO, LSBA #4943
JENNIFER B. EAGAN, LSBA #19847
Attorneys for Plaintiff
Lonnie E. Hammond, Jr.
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Telephone: (504) 522-3456
Facsimile: (504) 522-3888

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

s/Gregory P. DiLeo
**GREGORY P. DI LEO, ESQ.**

pd-katrina\hammond\motionforleavetofileamdpet