UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**In RE:**  KATRINA CANAL BREACHES* CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION        *
                               *
PERTAINS TO INSURANCE          * JUDGE: DUVAL
**Lonnie E. Hammond,** Jr.         *  MAG JUDGE: WILKINSON
CIVIL ACTION NO.: 07-1767

## <u>MEMORANDUM IN SUPPORT OF MOTION TO</u><br><u>FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT</u>

MAY IT PLEASE THE COURT:

Plaintiff filed this case in state court, and defendant State Farm Fire and

Casualty Company removed the case on or about October 5, 2006. The case was

severed under case number 06-7375 and plaintiffs were ordered to file an amended

petition with a new case name and number.

This case was transferred to the Katrina Levee Breaches Consolidated

Litigation on January 23, 2008. Plaintiff filed a Motion to Transfer back to its

original docket on April 29, 2008, based on a supplemental and amending

complaint.

The Amended Complaint seeks to remove and retract any claim whatsoever regarding damages based on flood and/or claims of ambiguity in the plaintiffs policy of insurance regarding the flood exclusion.

Plaintiff files this Motion for Leave to File the Amended Complaint at this **time,** as the Motion to Transfer is pending before this Court. The proposed complaint is attached hereto.

**THEREFORE** , plaintiff respectfully moves and prays that leave be granted for the filing of a First Supplemental and Amending Complaint.

Respectfully submitted by,

s/Gregory P. DiLeo
**GREGORY P**. **DI LEO**, **LSBA #4943**
**JENNIFER B. EAGAN, LSBA #19847**
Attorney for Plaintiff
Lonnie E. **Hammond, Jr.**
300 Lafayette Street, **Suite 101**
New Orleans, LA 70130
Telephone: (504) 522-3456
**Facsimile**:   (504) 522-3888

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

<u>s/Gregory P. DiLeo</u>

GREGORY P. DI LEO, ESQ.

Pd-katri na\hammond\memoins upportofmtnfroleave