UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In RE**:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| PERTAINS TO INSURANCE | * | JUDGE: DUVAL |
| **Lonnie E. Hammond,** Jr. | * | MAG JUDGE: WILKINSON |
| CIVIL ACTION NO.: 07-1767 | * | |

PROPOSED ORDER

Considering the foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Leave to File First Supplemental and Amending Complaint be filed as prayed for.

NEW ORLEANS, LOUISIANA this            day of May, 2008.

Honorable Joseph C. Wilkinson, Jr.

pd-karrina\hammond\proposedorder