UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**In RE:**  KATRINA CANAL BREACHES* CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION        *
                               *
PERTAINS TO INSURANCE          * JUDGE: DUVAL
**Lonnie E. Hammond**, Jr.          *  MAG JUDGE: WILKINSON
CIVIL ACTION NO.: 07-1767      *

NOTICE OF MOTION

Please take notice that Plaintiff's Motion for Leave to File First

Supplemental and Amending Complaint will be brought on for hearing at 9:30

a.m. on the 11th day of **June, 2008**, before the Honorable Stanwood R. Duval, at

the United States District Court for the Eastern District of Louisiana, U.S.

Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

s/Gregory P. DiLeo
GREGORY P. DI LEO, LSBA #4943
JENNIFER B. EAGAN, LSBA #19847
Attorney for Plaintiff
Lonnie E. Hammond, Jr.
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Telephone: (504) 522-3456
Facsimile: (504) 522-3888

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to counsel for all parties.

s/Gregory P. DiLeo
GREGORY P. DI LEO, ESQ.

pd-katrina\hammond\noticeofmotionforleave