# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: 07-5205, 07-5199 | * | |

*****************************************************************************

## MOTION TO CONTINUE HEARING ON PLAINTIFFS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Insurer Defendants, through its Liaison Counsel, Ralph S. Hubbard III request an order to continue the hearing on plaintiffs Motion for Leave to File Second Amended Complaint [Rec. Doc. 12905 and 12906], presently scheduled for hearing on May 21, 2008. The Insurer Defendants understand these matters to presently be subject to a stay order. However, out of an abundance of caution, the Insurer Defendants would like the opportunity to consider opposing the motions should the Court go forward with them. The Insurer Defendants respectfully request the Court to continue the hearing to June 11, 2008 at 11:00 a.m. before Magistrate Joseph C. Wilkinson, Jr.

Undersigned counsel attempted to contact plaintiffs' counsel regarding this motion but was unable to reach him.

Wherefore, the Insurer Defendants respectfully request the hearing in this matter be continued until June 11, 2008.

1

Respectfully submitted:

*/s/ Ralph S. Hubbard, III*
Ralph S. Hubbard III, T.A., La. Bar No. 7040
Seth A. Schmeeckle, La. Bar No. 27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504)310-9195
E-Mail:   rhubbard@lawla.com
           sschmeeckle@lawla.com
**Insurer Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Ralph S. Hubbard III
Ralph S. Hubbard III