UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: 07-5205, 07-5199 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Continue Hearing on Plaintiffs Motion for Leave to File Second Amended Complaint [Rec. Doc. 12905 and 12906] filed by Insurer Defendants;

**IT IS HEREBY ORDERED** that Insurer Defendants Motion to Continue Hearing on Plaintiffs Motion for Leave to File Second Amended Complaint is continued until June 11, 2008 at 11:00 a.m.

New Orleans, Louisiana this _____ day of May, 2008.

UNITED STATES DISTRICT COURT JUDGE