

# JONES WALKER

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY 15  AM 11: 32

LORETTA G. WHYTE
CLERK

Jean-Paul A. Escudier
Direct Dial 504-582-8788
Direct Fax 504-589-8788
jpescudier@joneswalker.com

May 14, 2008

<u>Via Facsimile (504) 589-7633</u>

The Honorable Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

      Re:    *In Re Katrina Levee Breach Litigation*
              USDC, EDLA Civ. Action No. 05-4182, Section "K"(2) – Barge Cases
              Motion for Protective Order to Quash Subpoenas to GNOBFA, Rec. Doc. #11973
              Our File: 112663-00

Dear Judge Wilkinson:

      Currently pending before the Court is a Motion for a Protective Order to Quash Subpoenas and Rule 45 Requests Propounded on the Greater New Orleans Barge Fleeting Association ("GNOBFA") by Lafarge North America and by the Plaintiffs in the above referenced matter (Rec. Doc. # 11973).

      Pursuant to my voice messages of this morning to your law clerk, Kathy Manchester, we have received written confirmation from counsel for Lafarge North America that it has withdrawn its subpoena and requests. We have also spoken with Rick Seymour, counsel for the barge plaintiffs, who has confirmed that the plaintiff's subpoena and requests are withdrawn as well. Accordingly, the aforementioned Motion for a Protective Order is moot.

      If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Jean-Paul A. Escudier

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

JPAE/
Cc:  Jefferson R. Tillery
      Richard T. Seymour (via email)
      Karen Wiedemann (via email)
      Derek A. Walker (via email)
      John L. Robert, III (via email)

RECEIVED
MAY 1 4 2008
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

{N1816389.1}    JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE • NEW ORLEANS, LOUISIANA 70170-5100 • 504-582-8000 • FAX 504-582-8583 • E-MAIL info@joneswalker.com • www.joneswalker.com

BATON ROUGE   HOUSTON   LAFAYETTE   MIAMI   NEW ORLEANS   WASHINGTON, D.C.