UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>    Adams, 07-4459<br>    Allen-Perkins, 07-5204<br>    Adams, 07-5206<br>    Worgan, 07-8621<br>    Moore, 07-8622<br>    Woniger, 07-8623<br>    Gaubert, 07-9768 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

**IT IS ORDERED** that the Motions of defendant, State Farm Fire and Casualty Company, for Leave to File Supplemental Memorandums in Opposition to plaintiffs' Motions for Leave to File Second Amended Complaint, Record Doc. Nos. 13159, 13160, 13161, 13162, 13163, 13164 and 13165, are hereby GRANTED.

New Orleans, Louisiana, this  16th  day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE