UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE                SECTION "K"(2)
BALFOUR, 06-3992

## ORDER

Considering the Joint Motion to Dismiss (Rec. Doc. 13075) filed by Plaintiffs Bruce Balfour and Nancy Balfour with Defendant Massachusetts Bay Insurance Company, accordingly,

**IT IS ORDERED** that the Motion to Dismiss is **GRANTED**, and the above-captioned matter is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this __16th__ day of May, 2008.

_____
United States District Judge