UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
_____        NO. 05-4182

**PERTAINS TO INSURANCE:**              SECTION K-2

*Aguda,* 07-4457
*Anderson,* 07-6737
*Acevedo,* 07-5199
*Abram,* 07-5205

## ORDER

Considering Plaintiffs' Ex Parte Motion to File Reply Memorandum,

**IT IS ORDERED** that Plaintiffs be and are hereby granted leave to file the attached Reply Memorandum in response to State Farm's Opposition Memoranda (Rec. Docs. 12979 and 12980).

New Orleans, Louisiana this 16th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE