UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | JUDGE:  DUVAL |
| _____ | * | |
| | * | MAGISTRATE:  WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE      *Chehardy*, No. 06-1672 | * | |
|                  *Chehardy*, No. 06-1673 | * | |
|                  *Chehardy*, No. 06-1674 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiff Shane Sylvester are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 16th day of May , 2008.

_____
United States District Judge

Chehardy Proposed Order-Sylvester.doc