UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 2005-4182<br><br>SECTION "K", MAG. 2 |
| PERTAINS TO: INSURANCE "Abadie, No. 06-5164" | * * * | JUDGE: STANWOOD R. DUVAL, JR. |

## ORDER

CONSIDERING THE FOREGOING Motion to Dismiss with Prejudice,

IT IS HEREBY ORDERED that any and all claims of plaintiffs, ANNE WILLIAMS, RUBY MAE RAY, MARY AGNES SCHROEDER, STEVEN SMITH, ERNESTINE MARTIN, CAFFIE SOLOMON, GERALDINE LASTIE, MARY WILLIAMS, AND ROSA YOUNG, against defendant, SECURITY PLAN FIRE INSURANCE COMPANY, in the above-captioned and numbered matter, be dismissed with prejudice, plaintiffs and defendant to bear their own costs.

New Orleans, Louisiana this __16th__ day of ____May____, 2008.

_____
United States District Judge