UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * | CIVIL ACTION: |
| | * | NO.: 05-4182 |
| **PERTAINS TO** 06-4709 Chapman & Lorene Holbrook | * * | |
| | * * | SECTION: "K" |
| | * | MAG: 5 |

## O R D E R

IT IS ORDERED that the above captioned matter as to Chapman and Lorene Holbrook be and the same hereby dismisses Encompass Insurance Company with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 16th day of May, 2008.

_____
United States District Judge