## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 2005-4182 SECTION "K", MAG. 2 |
| PERTAINS TO: INSURANCE "Abadie, No. 07-5112" | * * * | JUDGE: STANWOOD R. DUVAL, JR. |

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, ANNE WILLIAMS, RUBY RAE MAY, MARY AGNES SCHROEDER, STEVEN SMITH, ERNESTINE MARTIN, CAFFIE SOLOMON, GERALDINE LASTIE, MARY WILLIAMS, AND ROSA YOUNG, who move for an Order of dismissal of SECURITY PLAN FIRE INSURANCE COMPANY, with prejudice, as all of the claims against SECURITY PLAN FIRE INSURANCE COMPANY in the above-captioned and numbered matter have been fully and completely compromised as to all plaintiffs.

Accordingly, plaintiffs, Anne Williams, Ruby Mae Ray, Mary Agnes Schroeder, Steven Smith, Ernestine Martin, Caffie Solomon, Geraldine Lastie, Mary Williams, and Rosa Young, respectfully request this Honorable Court to grant their Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice, and to issue an Order dismissing any and all claims of plaintiffs, Anne Williams, Ruby Mae Ray, Mary Agnes Schroeder, Steven Smith, Ernestine Martin, Caffie Solomon, Geraldine Lastie, Mary Williams, and Rosa Young, against defendant,

SECURITY PLAN FIRE INSURANCE COMPANY, in the above-captioned and numbered matter, with prejudice, plaintiffs and defendant to bear their own costs.

Respectfully submitted,

_____
**Christopher J. Bruno (#18818)**
**Stephen P. Bruno (#1272)**
**Joseph Bruno, Jr. (#30229)**
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:   (504) 525-1335
Facsimile:    (504) 581-1493
**Attorney for Plaintiffs, SUSAN ABADIE, et al**

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all known counsel of record via the court's electronic service, via facsimile, and/or by depositing a copy of same in the U.S. Mail, properly addressed, with sufficient postage affixed thereto. Covington, Louisiana this __16th__ day of __May__, 2008.

_____/s/ Thomas H. Huval_____
**THOMAS H. HUVAL**