MINUTE ENTRY
WILKINSON, M.J.
MAY 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                 CIVIL ACTION
     CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: ROAD HOME: Louisiana State, 07-5528    JUDGE DUVAL
                                                                              MAG. WILKINSON

A status conference was held today pursuant to my previous order. Record Doc. No. 12943. Participating were: David Strauss and Charles Chassaignac, representing defendant State Farm; Joseph M. Bruno, Plaintiffs' Liaison Counsel; Ralph Hubbard and Seth Schmeeckle, Defendants' Liaison Counsel; Frank Dudenhefer, representing the State of Louisiana Road Home Program.

The purpose of the conference was to continue discussion of the formulation of a protocol by which the Road Home Program will process and approve proposed settlements between Road Home grant recipients and their insurers.

MJSTAR: 0 : 15

Counsel submitted a draft Road Home settlement protocol for the court's review, and defendants are contemplating filing a Rule 16 motion, which will initially be noticed for hearing before me, seeking entry of the protocol as a court order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE