MINUTE ENTRY
WILKINSON, M.J.
MAY 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: ALL INSURANCE                  JUDGE DUVAL
                                                                                    MAG. WILKINSON

A status conference was held today pursuant to my previous order. Record Doc. No. 12943. Participating were: David Strauss and Charles Chassaignac, representing defendant State Farm; Joseph M. Bruno, Plaintiffs' Liaison Counsel; Ralph Hubbard and Seth Schmeeckle, Defendants' Liaison Counsel; Frank Dudenhefer, representing the State of Louisiana Road Home Program.

The purpose of the conference was to continue discussion of the formulation of a further case management order pertaining to the Insurance umbrella in this consolidated litigation. The court presented a draft proposed case management order to participating counsel.

MJSTAR: 1 : 30

Accordingly, **IT IS ORDERED** that participating counsel may submit any written suggestions, objections, and proposed revisions concerning the proposed case management order no later than **May 23, 2008**.

**IT IS FURTHER ORDERED** that participating counsel may submit no later than **May 30, 2008** proposals for a separate case management order for complex or mass joinder cases to be discussed at the next status conference. Thereafter, an additional status conference may be scheduled, if appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE