UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>  CONSOLIDATION LITIGATION<br><br>VERSUS<br><br>PERTAINS TO: INSURANCE,<br>  <u>Calhoun</u>, 06-6145 | CIVIL ACTION<br><br>No.  05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG.  WILKINSON |

### MOTION FOR APPROVAL OF SETTLEMENT BY ROAD HOME PROGRAM FOR THE STATE OF LOUISIANA

On motion of Plaintiff, GLORIA CALHOUN, on suggesting to this Honorable Court that Plaintiff requests representatives from Road Home/ Louisiana Division of Administration show cause on a date and time set by this Honorable Court as to whether Road Home is entitled to any reimbursement and/or authorizing the appropriate approval, endorsement and disbursement of settlement funds; and Plaintiff requests an order providing Road Home relinquish its subrogation rights to any part of the settlement and authorize  the Plaintiff's endorsement of the settlement check

-1-

for disbursement, for the reasons explained in the attached Memorandum.

**Respectfully submitted,**

*/s/ J. Douglas Sunseri*

_____
**J. DOUGLAS SUNSERI (#19173)
SVETLANA CROUCN (#29814)
NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiff, GLORIA CALHOUN

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ J. Douglas Sunseri*

_____
J. DOUGLAS SUNSERI