UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATION LITIGATION | CIVIL ACTION |
| | No.  05-4182 "K" (2) |
| VERSUS | |
| | JUDGE DUVAL |
| PERTAINS TO: INSURANCE, | MAG.  WILKINSON |
| <u>Calhoun,</u>  06-6145 | |

<u>MEMORANDUM  FOR APPROVAL OF SETTLEMENT BY
ROAD HOME PROGRAM FOR THE STATE OF LOUISIANA</u>

MAY IT PLEASE THE COURT:

Plaintiff, GLORIA CALHOUN  filed a Motion for Approval of Settlement by Road Home and files this Memorandum in Support based on the grounds stated herein.

On August 8, 2006,  Plaintiff filed Petition for Damages in Civil District Court for the Parish of Orleans in proceedings number 06-7159 as a result of damages to her residence located at 2229 Delery Street, New Orleans, Louisiana resulting from Hurricane Katrina.  Thereafter, on September 20, 2006 this matter was removed to this Honorable Court.   Plaintiff's residence sustained severe and substantial wind damages including roof damage, damage to the windows, interior ceilings,

-1-

walls and contents.  Further, exterior brick veneer collapsed due to the hurricane-force winds.  The damages rendered the residence uninhabitable.  Plaintiff's residence was insured under Allstate Insurance Company ("Allstate") homeowners' policy.  Allstate estimated the cost of roof replacement to be merely $3,847.98 and only provided $4,634.29 for mold remediation.  Said amounts were deficient.  Further, Allstate failed to provide funds for contents and damages to the exterior veneer.

Subsequently, on or about January - February 2008, this matter was settled.  Thereafter, the parties entered into a settlement agreement with Allstate the amount of $22,000.00.  As per the settlement, Allstate is withholding the settlement funds pending approval from Louisiana Road Home. (See Exhibit "A").  The settlement requires Plaintiff obtain written consent from the Office of Community Development (a/k/a Road Home).  On or about April 30, 2008, Plaintiff submitted via U. S. mail,  fax and e-mail, Request for Consent Form together with required documentation for processing.  (See Exhibit "B"). To date, Road Home and/or the related entities have not been able to identify a contact person to field and process said Consent, nor responded to said submission.  Please note, Road Home has not responded to any consent forms submitted by our firm since December 2007.

Accordingly, Plaintiff requests that representatives from Road Home/ Louisiana Division of Administration show cause on a date and time set by this Honorable Court as to whether Road Home is entitled to any reimbursement and/or authorizing the appropriate approval, endorsement and

disbursement of settlement funds. If Road Home fails to show cause, then Plaintiffs request an order providing Road Home relinquish its subrogation rights to any part of the settlement and authorize the Plaintiff's endorsement of the settlement check for disbursement.

**Respectfully submitted,**

*/s/ J. Dou*gl*as Sunseri*

_____
**J. DOUGLAS SUNSERI (#19173)**
**SVETLANA CROUCH (#29814)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304
Attorneys for Plaintiff, GLORIA CALHOUN

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing,

and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ J. Douglas Sunseri*

_____
J. DOUGLAS SUNSERI