UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATION LITIGATION | CIVIL ACTION<br><br>No.  05-4182 "K" (2) |
| VERSUS | |
| PERTAINS TO: INSURANCE,<br>Randazzo,  07-1082 | JUDGE DUVAL<br>MAG.  WILKINSON |

NOTICE OF HEARING

TO:  ALLSTATE INSURANCE  COMPANY          ROAD HOME PROGRAM
     Through its attorney of record:                  STATE OF LOUISIANA
     STEVEN M.  LOZES                                  through Mr. Daniel Rees
     LOZES & PONDER                                    Louisiana Division of Administration
     1010 Common Street                                Disaster Recover Unit
     New Orleans, LA 70112                             One American Place
                                                      301 Main Street, #600
                                                      Baton Rouge, LA 70801

**PLEASE TAKE NOTICE** that Plaintiff, GLORIA CALHOUN will bring her Motion for

Approval of Settlement by Road Home Program before Judge Stanwood R.  Duval, Jr. on

-1-

Wednesday, June 11, 2008 at 9:30 a.m.,or as soon thereafter as counsel may be heard.

          **Respectfully submitted,**

*/s/ J. Douglas Sunseri*

_____
**J. DOUGLAS SUNSERI ( #19173)**
**SVETLANA CROUCH (#29814)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiff/Mover,
GLORIA CALHOUN

-2-