LAW OFFICES
# Lozes & Ponder*

*NOT A PARTNERSHIP*

1010 Common Street
Suite 1700
New Orleans, LA 70112
(504) 581-4455
FAX (504) 587-9408

Steven M. Lozes
Jeffery P. Lozes
Charles M. Ponder, III

Felicien P. Lozes
1930-2007

E-Mail: stevelozes@bellsouth.net

March 14, 2008

Via Facsimile Transmission:  504.833.2843

J. Douglas Sunseri, Esq.
Nicaud, Sunseri & Fradella
3000 18th Street
Metairie, LA 70002

    Re:    Allstate Cl # 5113801467
           Gloria Calhoun v. Allstate Insurance
           Company; USDC No. 06-6145 "F" (4)

Dear Doug:

    I am holding two checks for Mr. and Mrs. Calhoun: 1) $13,100.00 payable to Mr. and Mrs. Willie Calhoun and Nicaud, Sunseri and Fradella, LLC (contents and ALE), and 2) $8,900.00 payable to Mr. and Mrs. Willie Calhoun and Nicaud, Sunseri and Fradella and Road Home (dwelling).

    I cannot complete the Receipt and Release Agreement or release the checks until I have proof that Road Home has approved this settlement. Do you have such approval? If so, will Road Home be paid 100% of its grant to the Calhouns? Please advise.

                                    Very truly yours,

                                    Steven M. Lozes

SML/apd

EXHIBIT
A

LAW OFFICES
# Lozes & Ponder*

*NOT A PARTNERSHIP

1010 Common Street
Suite 1700
New Orleans, LA 70112
(504) 581-4455
FAX (504) 587-9408

Steven M. Lozes
Jeffery P. Lozes
Charles M. Ponder, III

Felicien P. Lozes
1930-2007

E-Mail: stevelozes@bellsouth.net

April 3, 2008

J. Douglas Sunseri, Esq.
Nicaud, Sunseri & Fradella
3000 18th Street
Metairie, LA 70002

Re:  Allstate Cl # 5113801467
     Gloria Calhoun v. Allstate Insurance
     Company; USDC No. 06-6145 "F" (4)

Dear Doug:

I enclose the carrier form for Road Home. Please submit same with your forms for Louisiana Road Home approval.

Please cc me with your transmittal to Dan Rees, so I will know the date on which you forward same.

I will need to know the amount of the Road Home lien to prepare the Confidential Receipt and Release Agreement correctly. Please advise.

Very truly yours,

Steven M. Lozes

SML/apd

Encl.

cc:  Mr. Lyndon Stevenson, Cl #5113801467, w/encl.