UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br><br>Acevedo, 07-5199<br>Abram, 07-5205 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

**IT IS ORDERED** that the Motion of defendant, Hartford Insurance Company, to Continue Plaintiffs' Motions for Leave to File Second Amended Complaint in the referenced cases, Record Doc. No. 13174, is hereby GRANTED.  Plaintiffs' Motions for Leave to File Second Amended Complaint in the referenced cases, Record Doc. Nos. 12905 and 12906, previously set for hearing on May 21, 2008, before the undersigned magistrate judge, are hereby CONTINUED to **JUNE 11, 2008**, without oral argument. Written opposition, if any, must be filed no later than **June 3, 2008**.

New Orleans, Louisiana this ___19th___ day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE