MINUTE ENTRY
WILKINSON, M.J.
MAY 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO, BARGE                    JUDGE DUVAL
                                                                         MAG. WILKINSON

      Pursuant to Case Management and Scheduling Order No. 7, Record Doc. No. 12935, I conducted a conference with Liaison Counsel, Joseph M. Bruno, Seth Schmeeckle, and Ralph Hubbard, to plan possible plaintiff specific discovery, including individual plaintiff damages and causation, in the referenced case categories.

      Liaison Counsel provided proposed dates for another conference in early June, which will also be attended by other designated counsel. Liaison Counsel will confer with the other appropriate conference participants and advise my office shortly of the date on which the next conference will be conduced.

                                                        JOSEPH C. WILKINSON, JR.
                                             UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 15