UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES <br> *CONSOLIDATED LITIGATION* | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |
| ************************************************* | | |
| PERTAINS TO: | * <br> * | |
| INSURANCE 07-3441 (Lee v. Allstate) | * | |
| ************************************************* | | |

### EX PARTE MOTION AND ORDER FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON WIND/HAIL EXCLUSION

**NOW INTO COURT,** through undersigned counsel, comes the Defendant herein, Allstate Insurance Company ("Allstate"), who respectfully suggests to this Court that this matter, pending under the insurance umbrella, is under a "Stay Order" previously issued by this Court. However, because the policy issued herein excludes coverage for wind/hail damage, and because the plaintiff's claims for flood damage can no longer be maintained against Allstate as the homeowners insurer, Allstate avers that this matter is ripe for summary judgment dismissal and that this Court should lift the Stay Order for the purpose of allowing Allstate to file said Motion.

Respectfully submitted,

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)
INABNET & JONES, L.L.C
1331 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record, by CM/ECF system notice of electronic filing this _20_ day of May, 2008.

SCOTT G. JONES