UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES *CONSOLIDATED LITIGATION* | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE 07-3441 (Lee v. Allstate) | * | |

### ORDER GRANTING LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

Considering the Motion filed herein by Allstate Insurance Company;

IT IS HEREBY ORDERED that Allstate Insurance Company be and is hereby granted leave of Court, and the stay of this matter is hereby lifted, and Allstate is allowed to proceed with the filing of its Motion for Summary Judgment on its wind/hail exclusion.

_____
U.S. DISTRICT JUDGE