UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES<br>*CONSOLIDATED LITIGATION* | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| ************************************************ | | |
| PERTAINS TO:<br><br>INSURANCE  07-3441  (Lee v. Allstate) | * <br> * <br> * | |
| ************************************************ | | |

## MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Allstate Insurance Company avers, herein, that the policy it issued to the Plaintiffs, who are part of the "Shelton" mass action, which is protected under a Stay Order issued by the Court concerning the insurance umbrella, is a policy that excludes wind/hail damage. Accordingly, Allstate desires to file its Motion for Summary Judgment dismissing the Plaintiffs' claims against Allstate on the basis that damage for wind/hail are excluded under the policy and that, pursuant to recent Court decisions, the Plaintiffs can no longer maintain the claim for flood damage against Allstate.

Accordingly, for these reasons, Allstate desires an Order allowing and granting it leave of Court to file its Motion for Summary Judgment herein.

Respectfully submitted,

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)
INABNET & JONES, L.L.C
1331 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record, by CM/ECF system notice of electronic filing this 20 day of May, 2008.

SCOTT G. JONES