UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION* | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| ************************************************ | | |
| PERTAINS TO: | * * | |
| INSURANCE 07-3441 (Lee v. Allstate) ************************************************ | * | |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Allstate Insurance Company ("Allstate"), and which, for the reasons more fully set forth in the attached Memorandum, avers that it is entitled to a summary judgment dismissal from this matter, on the basis that its policy excludes the claims made by the Plaintiffs herein, and that therefore, a dismissal should be granted in favor of Allstate Insurance Company.

WHEREFORE, Allstate prays for an Order dismissing it, with prejudice, from this cause of action.

Respectfully submitted,

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)
INABNET & JONES, L.L.C
1331 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record, by CM/ECF system notice of electronic filing this _20_ day of May, 2008.

SCOTT G. JONES