UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES* | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| *CONSOLIDATED LITIGATION* | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE 07-3441 (Lee v. Allstate)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the Motion for Summary Judgment filed herein on behalf of Allstate Insurance Company;

IT IS HEREBY ORDERED that Allstate Insurance Company's Motion for Summary Judgment be and is hereby GRANTED and that Allstate Insurance Company is DISMISSED, with prejudice, Plaintiff to bear all costs.

Thus rendered in New Orleans, Louisiana this _____ day of May, 2008.

_____
U.S. DISTRICT JUDGE