UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| ************************************************ | | |
| PERTAINS TO: | * * | |
| INSURANCE 07-3441 (Lee v. Allstate) ************************************************ | * | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion for Summary Judgment filed by Allstate Insurance Company against the Plaintiffs herein, Morris and Rosalie Lee, is hereby set for hearing, without oral argument, on the 11th day of June, 2008, before the Honorable Judge Stanwood R. Duval at the United States District Court for the Eastern District of Louisiana, in New Orleans, Louisiana, at 9:30 o'clock a.m. You are hereby invited to participate and attend as you see fit.

Respectfully submitted,

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)
1331 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940
scott@inabnetjones.com

## CERTIFICATE OF SERVICE

I certify that on this 20 day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

/s/ Scott G. Jones
Scott G. Jones