UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE 07-3441 (Lee v. Allstate)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes the Defendant herein, Allstate Insurance Company, and which respectfully represents to this Court that, in regards to its Motion for Summary Judgment, the following facts are not in dispute:

1. Prior to the passage of Hurricane Katrina the Plaintiffs herein, Morris and Rosalie Lee, were issued policy number 095083244 by Allstate Insurance Company for property located at 7110 Neptune Court in New Orleans, Louisiana 70126.

2. The aforementioned policy issued by Allstate Insurance Company had an applicable policy period from December 4, 2004 to December 4, 2005 and, thus, was in effect at the time of the passage of Hurricane Katrina.

3. The policy issued by Allstate Insurance Company to the Plaintiffs herein contained an exclusion entitled "Wind Storm or Hail Exclusion - AP892" which stated that:

"For a reduction in premium:

We do not cover any loss to any property covered by this policy caused by or consisting of wind storm or hail. Such loss is excluded regardless of any other cause of event contributing concurrently or in any sequence to the loss.

We do not cover sudden and accidental direct physical loss caused by fire or explosion resulting from wind storm or hail. . . ."

Respectfully submitted,

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)
INABNET & JONES, L.L.C
1331 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record, by CM/ECF system notice of electronic filing this 20 day of May, 2008.

SCOTT G. JONES