National Support Center
**Allstate Insurance Company**
1819 Electric Road
Roanoke, VA 24018-1618



Claim# *5/4 339673*

To Whom It May Concern:

I, Tamara Johnson, employee of Allstate Insurance Company, Roanoke, Virginia, do

certify that the enclosed is a copy of Policy Number *095 083244*,

in the name of *Morris Lee Jr*,

showing the coverages that were on the policy at the time of loss of *8·29·5*.

_____
Claim Support

State of Virginia, County of Roanoke

On this *7th* day of *October*, 2006, before me

personally appeared Tamara Johnson to me known to be the person who executed the

foregoing instrument and acknowledged that she executed the same as a free act and

deed.

_____
Notary Public

DARLENE K. LOONEY
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires May 31, 2007



ALST-SHEL 204538

*Evalena D White*
*~921 Bullard S #1-D*
*New Orleans LA 70128*

**Your Quick Insurance Check**

✓ Verify the information listed in the Policy Declarations.

✓ Please call if you have any questions.

✓ File this package safely away.

✓ If premium is due or if it has changed, a bill or refund will be mailed separately.

Morris Lee Jr
7110 Neptune Ct
New Orleans LA 70126-3019

**Confirming Your Policy Change**

A change has been made to your policy—it took effect on November 22, 2004. The enclosed Amended Policy Declarations includes this change.

The coverages and limits you carry for your property, and the costs of those coverages, are listed in detail on the enclosed Amended Policy Declarations. You can see the specific changes to your policy by comparing this Policy Declarations to the most recent Policy Declarations mailed to you.

If you have any questions or concerns, please contact Evalena D White at (504) 241-2234---or call the Allstate Customer Information Center at 1-800-ALLSTATE (1-800-255-7828).

Sincerely,

*Edward M. Liddy*

Edward M. Liddy
President, Allstate Insurance Company

PROP *5100017041122530028903301*

090000095083244 070    010   LA

Information as of
November 22, 2004

EP27

ALST-SHEL 204539

# Allstate Insurance Company

## AMENDED
# Deluxe Homeowners
# Policy Declarations

## Summary

| NAMED INSURED(S) | YOUR ALLSTATE AGENT IS: | CONTACT YOUR AGENT AT: |
|---|---|---|
| Morris Lee Jr<br>7110 Neptune Ct<br>New Orleans LA 70126-3019 | Evalena D White<br>7921 Bullard S #1-D<br>New Orleans LA 70128 | (504) 241-2234 |

| POLICY NUMBER | POLICY PERIOD | PREMIUM PERIOD |
|---|---|---|
| 0 95 083244 12/05 | Begins on Dec. 5, 2004<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | Dec. 5, 2004 to Dec. 5, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
7110 Neptune Ct, New Orleans, LA 70126-3019

**MORTGAGEE(S)**   (Listed in order of precedence)

- GMAC MORTGAGE CORPORATION   ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 10430      Van Nuys CA 91410-0430          *Loan # 0306678147*
- GMAC MORTGAGE CORPORATION   ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 10430      Van Nuys CA 91410-0430          *Loan # 652258990*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,177.00 |
| **TOTAL** | **$1,177.00** |

*Your policy change(s) are effective as of Nov. 22, 2004*



PROP *5100017041122530028083302*

Information as of
November 22, 2004

ALST-SHEL 204540

# Allstate Insurance Company

Policy Number: 0 95 083244 12/05     Your Agent: Evalena D White (504) 241-2234
For Premium Period Beginning: Dec. 5, 2004

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection – with Building Structure Reimbursement Extended Limits<br>• $500   All Peril Deductible Applies | $157,000 | |
| Other Structures Protection<br>• $500   All Peril Deductible Applies | $15,700 | |
| Personal Property Protection - Actual Cash Value<br>• $500   All Peril Deductible Applies | $78,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250   All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**     Your premium reflects the following discounts on applicable coverage(s):

| Protective Device | 5 % | Windstorm or Hail Exclusion | 35 % |
|---|---|---|---|

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by   1 family

ALST-SHEL 204541

# Allstate Insurance Company

Policy Number: **0 95 083244 12/05**     Your Agent: **Evalena D White (504) 241-2234**
For Premium Period Beginning: **Dec. 5, 2004**

## *Your Policy Documents*

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357

- Standard Fire Policy Provisions form AP4443
- Windstorm or Hail Exclusion form AP892

## *Important Payment and Coverage Information*

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Do not pay. Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Edward M. Liddy
President

Robert W. Pike
Secretary

PROP *5180017041122530028900303*

Information as of
November 22, 2004

**Page 3**
LA270AMB

ALST-SHEL 204542

# Allstate

## ADDITIONAL MORTGAGEE ENDORSEMENT

It is agreed that the interest of

Name: _____

Address: _____
is also recognized as mortgagee with respect to real property insured under Allstate

Policy No. _____ issued to _____

subject to the terms of said policy, and the Mortgagee Clause (or [Lenders] Loss Payable Clause) therein.

AU373

ALST-SHEL 204543

# Allstate Insurance Company
# Deluxe
# Homeowners
# Policy

Policy:             Effective:

Issued to:



Allstate Insurance Company
The Company Named in the Policy Declarations
A Stock Company---Home Office: Northbrook, Illinois 60062

AP3339

ALST-SHEL 204544

## Table of Contents

**General**

Definitions Used In This Policy ........................2
Insuring Agreement ...................................... 4
Agreements We Make With You ...................... 4
Conformity To State Statutes' .........................4
Coverage Changes .......................................4
Policy Transfer ...........................................4
Continued Coverage After Your Death ............ 4
Cancellation ...............................................4
Concealment Or Fraud ................................. 5
What Law Will Apply .................................... 5
Where Lawsuits May Be Brought.....................5

**Section I—Your Property**

**Coverage A**
**Dwelling Protection**
Property We Cover Under Coverage A..............5
Property We Do Not Cover Under Coverage A.. 6

**Coverage B**
**Other Structures Protection**
Property We Cover Under Coverage B ............. 6
Property We Do Not Cover Under Coverage B.. 6
Losses We Cover Under Coverages A and B ... 6
Losses We Do Not Cover Under
Coverages A and B ...................................... 6

**Coverage C**
**Personal Property Protection**
Property We Cover Under Coverage C .............9
Limitations On Certain Personal Property ....... 9
Property We Do Not Cover Under Coverage C . 10
Losses We Cover Under Coverage C ...............10
Losses We Do Not Cover Under Coverage C .... 12

**Additional Protection**
Additional Living Expense ..............................13
Credit Card, Bank Fund Transfer Card,
Check Forgery and Counterfeit Money ...........14
Debris Removal ...........................................14
Emergency Removal Of Property ....................15
Fire Department Charges ...............................15
Temporary Repairs After A Loss .....................15
Trees, Shrubs, Plants and Lawns ...................15
Temperature Change ....................................15
Power Interruption .......................................15
Arson Reward .............................................15

Collapse ....................................................15
Land ........................................................16

**Section I Conditions**

Deductible ..................................................16
Insurable Interest and Our Liability ................16
What You Must Do After A Loss ....................16
Our Settlement Options ................................17
How We Pay For A Loss ...............................17
Our Settlement Of Loss ...............................19
Appraisal ...................................................19
Abandoned Property ....................................20
Permission Granted To You ...........................20
Our Rights To Recover Payment ....................20
Our Rights To Obtain Salvage .......................20
Suit Against Us ...........................................20
Loss To A Pair Or Set ..................................20
Glass Replacement ......................................20
No Benefit To Bailee ...................................21
Other Insurance ..........................................21
Property Insurance Adjustment .....................21
Mortgagee ..................................................21
Mold, Fungus, Wet Rot and Dry
Rot Remediation as a Direct Result Of a
Covered Loss..............................................22

**Section II—Family Liability and**
**Guest Medical Protection**

**Coverage X**
**Family Liability Protection**
Losses We Cover Under Coverage X ..............22
Losses We Do Not Cover Under Coverage X ...22

**Coverage Y**
**Guest Medical Protection**
Losses We Cover Under Coverage Y ..............24
Losses We Do Not Cover Under Coverage Y ...24

**Additional Protection**
Claim Expenses ..........................................26
Emergency First Aid ....................................26
Damage To Property Of Others .....................26

**Section II Conditions**
What You Must Do After An Accidental Loss ..26
What An Injured Person Must Do—Coverage Y
Guest Medical Protection .............................27
Our Payment of Loss—Coverage Y
Guest Medical Protection .............................27

AP3339

ALST-SHEL 204545

Our Limits Of Liability .......................................27
Bankruptcy .......................................................27
Our Rights To Recover Payment—Coverage X
Family Liability Protection .............................27
Suit Against Us ...............................................27
Other Insurance —Coverage X—Family
Liability Protection ..........................................28

Section III—Optional Protection

Optional Coverages You May Buy
Coverage BC
Building Codes ................................................28
Coverage BP
Increased Coverage On Business Property .....28
Coverage OP
Increased Coverage On Electronic
Data Processing Equipment ...........................28
Coverage F
Fire Department Charges ................................28
Coverage G
Loss Assessments ..........................................28
Coverage J
Extended Coverage On Jewelry, Watches
and Furs ..........................................................29
Coverage K
Incidental Office, Private School Or Studio .....29
Coverage LR
Lock Replacement ..........................................30
Coverage M
Increased Coverage On Money ......................30
Coverage P
Business Pursuits ...........................................30
Coverage S
Increased Coverage On Securities ................30
Coverage SD
Satellite Dish Antennas ..................................30
Coverage SE
Cellular Communication Systems ..................30
Coverage ST
Increased Coverage On Theft Of Silverware ....31

# General

## Definitions Used In This Policy

1.  "You" or "Your" —means the person named on the Policy Declarations as the insured and that person's resident spouse.

2.  "Allstate," "we," "us," or "our" —means the company named on the Policy Declarations.

3.  "Insured person(s)" —means you and, if a resident of your household:
    a)  any relative; and
    b)  any dependent person in your care.
    Under Coverage X—Family Liability Protection and Coverage Y—Guest Medical Protection "insured person" also means:
    c)  any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which an owned by an insured person. We do not cover any person or organization using or having custody of animals or watercraft in any business, or without permission of the owner.
    d)  with respect to the use of any vehicle covered by this policy, any person while using the vehicle with your consent.

4.  "Bodily injury" —means physical harm to the body, including sickness or disease, and resulting death, except that bodily injury does not include:
    a)  any venereal disease;
    b)  Herpes;
    c)  Acquired Immune Deficiency Syndrome (AIDS);
    d)  AIDS Related Complex (ARC);
    e)  Human Immunodeficiency Virus (HIV);

    or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

    Under Coverage Y—Guest Medical Protection, bodily injury means physical harm to the body, including sickness or disease, except that bodily injury does not include:

ALST-SHEL 204546

a) any venereal disease;
b) Herpes;
c) Acquired Immune Deficiency Syndrome (AIDS);
d) AIDS Related Complex (ARC);
e) Human Immunodeficiency Virus (HIV);

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. "**Building structure**" —means a structure with walls and a roof.

6. "**Business**" —means:
   a) any full or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an insured person or relative of an insured person for economic gain is also a business.

   However, the mutual exchange of home day care services is not considered a business;
   b) any property rented or held for rental by an insured person. Rental of your residence premises is not considered a business when:
      1) it is rented occasionally for residential purposes;
      2) a portion is rented to not more than two roomers or boarders; or
      3) a portion is rented as a private garage.

7. "**Residence premises**" —means the dwelling, other structures and land located at the address stated on the Policy Declarations.

8. "**Insured premises**" —means:
   a) the residence premises; and
   b) under Section II only:
      1) the part of any other premises, other structures and grounds used by you as a residence. This includes premises, structures and grounds you acquire for your use as a private

residence while this policy is in effect;
   2) any part of a premises not owned by an insured person but where an insured person is temporarily living;
   3) cemetery plots or burial vaults owned by an insured person;
   4) vacant land, other than farmland, owned by or rented to an insured person;
   5) land owned by or rented to an insured person where a one, two, three or four family dwelling is being built as that person's residence;
   6) any premises used by an insured person in connection with the residence premises;
   7) any part of a premises occasionally rented to an insured person for other than business purposes.

9. "**Occurrence**" —means an accident, including continuous or repeated exposure to substantially the same general harmful conditions during the policy period, resulting in bodily injury or property damage.

10. "**Property damage**" —means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. "**Residence employee**" —means an employee of an insured person while performing duties arising out of and in the course of employment in connection with the maintenance or use of your residence premises. This includes similar duties performed elsewhere for an insured person, not in connection with the business of an insured person.

12. "**Dwelling**" —means a one, two, three or four family building structure, identified as the insured property on the Policy Declarations, where you reside and which is principally used as a private residence.

## Insuring Agreement

In reliance on the information you have given us, Allstate agrees to provide the coverages indicated on the Policy Declarations. In return, you must pay the premium when due and comply with the policy terms and conditions, and inform us of any change in title, use or occupancy of the residence premises.

Subject to the terms of this policy, the Policy Declarations shows the location of the residence premises, applicable coverages, limits of liability and premiums. The policy applies only to losses or occurrences that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as you or your. This means that the responsibilities, acts and omissions of a person defined as you or your will be binding upon any other person defined as you or your.

The terms of this policy impose joint obligations on persons defined as an insured person. This means that the responsibilities, acts and failures to act of a person defined as an insured person will be binding upon another person defined as an insured person.

## Agreements We Make With You

We make the following agreements with you:

## Conformity To State Statutes

When the policy provisions conflict with the statutes of the state in which the residence premises is located, the provisions are amended to conform to such statutes.

## Coverage Changes

When Allstate broadens coverage during the premium period without charge, you have the new features if you have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information you have given us. You agree to cooperate with us in determining if this information is correct and complete. You agree that if this information changes, is incorrect or incomplete, we may adjust your coverage and premium accordingly during the policy period.

Any calculation of your premium or changes in your coverage will be made using the rules, rates and forms on file, if required, for our use in your state. The rates in effect at the beginning of your current premium period will be used to calculate any change in your premium.

## Policy Transfer

You may not transfer this policy to another person without our written consent.

## Continued Coverage After Your Death

If you die, coverage will continue until the end of the premium period for:
1)  your legal representative while acting as such, but only with respect to the residence premises and property covered under this policy on the date of your death.
2)  an insured person, and any person having proper temporary custody of your property until a legal representative is appointed and qualified.

## Cancellation

**Your Right to Cancel:**
You may cancel this policy by notifying us of the future date you wish to stop coverage.

**Our Right to Cancel:**
Allstate may cancel this policy by mailing notice to you at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with us, we may cancel this policy for any reason.

When this policy has been in effect for 60 days or more, or if it is a renewal with us, we may cancel this policy for one or more of the following reasons: non-payment of premium;

AP3339

Page 4

ALST-SHEL 204548

the policy was obtained by misrepresentation, fraud or concealment of material facts;

material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or

there has been a substantial change or increase in hazard in the risk we originally accepted.

If the cancellation is for non-payment of premium, we will give you at least 10 days notice before the cancellation takes effect. If cancellation is for any other reason, we will give you at least 30 days notice.

Our mailing the notice of cancellation to you will be deemed to be proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. Your return premium, if any, will be calculated on a pro rata basis and refunded to you within 30 days of the date of cancellation. However, refund of unearned premium is not a condition of cancellation.

Our Right Not to Continue or Renew:
Allstate has the right not to renew or continue the policy beyond the current premium period. If we don't intend to continue or renew the policy, we will mail you notice at least 30 days before the end of the premium period. Our mailing notice of non-renewal to you will be deemed proof of notice.

## Concealment Or Fraud

This policy is void if it was obtained by misrepresentation, fraud, or concealment of material facts, if such misrepresentation, fraud, or concealment of material facts was made with the intent to deceive.

If it is determined that this policy is void, all premiums paid will be returned to you since there has been no coverage under this policy.

We do not cover any loss or occurrence in which the insured person has concealed or misrepresented any material fact or circumstance.

## What Law Will Apply

This policy is issued in accordance with the laws of Louisiana and covers property or risks principally located in Louisiana. Subject to the following paragraph, the laws of Louisiana shall govern any and all claims or disputes in any way related to this policy.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, claims or disputes regarding that covered loss to property, or any other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

## Where Lawsuits May Be Brought

Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, lawsuits regarding that covered loss to property, or any other covered occurrence may also be brought in the judicial district where that covered loss to property, or any other covered occurrence happened.

Nothing in this provision, Where Lawsuits May Be Brought, shall impair any party's right to remove a state court lawsuit to a federal court.

# Section I – Your Property

## Coverage A
## Dwelling Protection

ALST-SHEL 204549

### Property We Cover Under Coverage A:

1. Your dwelling including attached structures. Structures connected to your dwelling by only a fence, utility line, or similar connection are not considered attached structures.

2. Construction materials and supplies at the residence premises for use in connection with your dwelling.

3. Wall-to-wall carpeting fastened to your dwelling.

### Property We Do Not Cover Under Coverage A:

1. Any structure including fences or other property covered under Coverage B—Other Structures Protection.

2. Land, except as specifically provided in Section I—Additional Protection under item 12, "Land."

3. Satellite dish antennas and their systems, whether or not attached to your dwelling.

### Coverage B
### Other Structures Protection

### Property We Cover Under Coverage B:

1. Structures at the address shown on the Policy Declarations separated from your dwelling by clear space.

2. Structures attached to your dwelling by only a fence, utility line, or similar connection.

3. Construction materials and supplies at the address of the residence premises for use in connection with structures other than your dwelling.

4. Wall-to-wall carpeting fastened to other building structures.

### Property We Do Not Cover Under Coverage B:

1. Structures used in whole or in part for business purposes.

2. Any structure or other property covered under Coverage A—Dwelling Protection.

3. Land, no matter where located, or the replacement, rebuilding, restoration, stabilization or value of any such land.

4. Construction materials and supplies at the address of the residence premises for use in connection with the dwelling.

5. Satellite dish antennas and their systems, whether or not attached to building structures.

### Losses We Cover Under Coverages A and B:

We will cover sudden and accidental direct physical loss to property described in Coverage A—Dwelling Protection and Coverage B—Other Structures Protection except as limited or excluded in this policy.

### Losses We Do Not Cover Under Coverages A and B:

We do not cover loss to the property described in Coverage A—Dwelling Protection or Coverage B—Other Structures Protection consisting of or caused by:

1. Flood, including, but not limited to surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2. Water or any other substance that backs up through sewers or drains.

3. Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

AP3339

ALST-SHEL 204550

4. Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the residence premises.

We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5. Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

We do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any building structure, other structure or land at the residence premises.

We do cover sudden and accidental direct physical loss caused by actions of civil authority to prevent the spread of fire.

7. The failure by any insured person to take all reasonable steps to preserve property when the property is endangered by a cause of loss we cover.

8. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an insured person.

9. Intentional or criminal acts of, or at the direction of, the insured person, if the loss that occurs:

a) may be reasonably expected to result from such acts; or

b) is the intended result of such acts.

This exclusion applies regardless of whether or not the insured person is actually charged with, or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. War or warlike acts, including but not limited to, insurrection, rebellion or revolution.

12. Collapse, except as specifically provided in Section I—Additional Protection under item 11, "Collapse."

13. Soil conditions, including but not limited to, corrosive action, chemicals, compounds, elements, suspensions, crystal formations or gels in the soil.

14. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

In addition, we do not cover loss consisting of or caused by any of the following:

15. a) wear and tear, aging, marring, scratching, deterioration, inherent vice, or latent defect;

b) mechanical breakdown;

c) growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;

d) rust or other corrosion;

e) contamination, including, but not limited to the presence of toxic, noxious or hazardous gasses, chemicals, liquids, solids or other substances at the

AP3339

Page 7

ALST-SHEL 204551

residence premises or in the air, land or water serving the residence premises;

e) smog, smoke from the manufacturing of any controlled substance, agricultural smudging and industrial operations;

g) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings;

h) insects, rodents, birds or domestic animals. We do cover the breakage of glass or safety glazing materials caused by birds; or

i) seizure by government authority.

If any of (a) through (h) cause the sudden and accidental escape of water or steam from a plumbing, heating or air conditioning system, household appliance or fire protective sprinkler system within your dwelling, we cover the direct physical damage caused by the water or steam. If loss to covered property is caused by water or steam not otherwise excluded, we will cover the cost of tearing out and replacing any part of your dwelling necessary to repair the system or appliance. This does not include damage to the defective system or appliance from which the water escaped.

16. Freezing of plumbing, fire protective sprinkler systems, heating or air conditioning systems or household appliances, or discharge, leakage or overflow from within the systems or appliances caused by freezing, while the building structure is vacant, unoccupied or being constructed unless you have used reasonable care to:

a) maintain heat in the building structure; or

b) shut off the water supply and drain the system and appliances.

17. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not. This exclusion applies only to fences, pavements, patios, swimming pools, foundations, retaining walls, bulkheads, piers, wharves or docks.

18. Seepage, meaning continuous or repeated seepage or leakage over a period of weeks, months, or years, of water, steam or fuel:

a) from a plumbing, heating, air conditioning or automatic fire protection system or from within a domestic appliance; or

b) from, within or around any plumbing fixtures, including, but not limited to shower stalls, shower baths, tub installations, sinks or other fixtures designed for the use of water or steam.

19. Theft from your residence premises while your dwelling is under construction, or of materials and supplies for use in construction, until your dwelling is completed and occupied.

20. Vandalism or Malicious Mischief if your dwelling is vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A dwelling under construction is not considered vacant or unoccupied.

21. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

22. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:

a) planning, zoning, development, surveying, siting;

b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

c) materials used in repair, construction, renovation or remodeling; or

d) maintenance;

of property whether on or off the residence premises by any person or organization.

23. We do not cover loss to covered property described in Coverage A—Dwelling Protection or Coverage B—Other Structures Protection when:

a) there are two or more causes of loss to the covered property; and

b) the predominant cause(s) of loss is (are) excluded under Losses We Do Not Cover, items 1 through 22 above.

AP3339

ALST-SHEL 204552

24. Mold, fungus, wet rot or dry rot. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

This exclusion applies regardless of whether mold, fungus, wet rot or dry rot arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in Section I, Conditions —Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.

## Coverage C
## Personal Property Protection

### Property We Cover Under Coverage C:
1. Personal property owned or used by an insured person anywhere in the world. When personal property is located at a residence other than the residence premises, coverage is limited to 10% of Coverage C —Personal Property Protection. This limitation does not apply to personal property in a newly acquired principal residence for the 30 days immediately after you begin to move property there or to personal property in student dormitory, fraternity or sorority housing.

2. At your option, personal property owned by a guest or residence employee while the property is in a residence you are occupying.

### Limitations On Certain Personal Property:
Limitations apply to the following groups of personal property. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under Coverage C —Personal Property Protection. The total amount of coverage for each group in any one loss is as follows:

1: $200 — Money, bullion, bank notes coins and other numismatic property.

2. $250 — Property used or intended for use in a business while the property is away from the residence premises. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

3. $2,500 — Property used or intended for use in a business, including property held as samples or for sale or delivery after sale, while the property is on the residence premises. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

4. $1,000 — Trading cards, subject to a maximum amount of $250 per card.

5. $1,000 — Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, and stamps, including philatelic property.

6. $1,000 — Manuscripts, including documents stored on electronic media.

7. $1,000 — Watercraft, including their attached or unattached trailers, furnishings, equipment, parts, and motors.

8. $1,000 — Trailers not used with watercraft.

9. $1,000 — Theft of jewelry, watches, precious and semi-precious stones, gold other than goldware, silver other than silverware, platinum and furs, including any item containing fur which represents its principal value.

10. $1,000 — Any motorized land vehicle parts, equipment or accessories not

Page 9

ALST-SHEL 204553

attached to or located in or upon any motorized land vehicle.

11. $2,000 — Theft of firearms.

12. $2,500 - Theft of silverware, pewterware and goldware.

13. $5,000 — Electronic data processing equipment and the recording or storage media used with that equipment whether or not the equipment is used in a business. Recording or storage media will be covered only up to:
   a) the retail value of the media, if pre-programmed; or
   b) the retail value of the media in blank or unexposed form, if blank or self-programmed.

14. $10,000 — Theft of rugs, including, but not limited to any handwoven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age; subject to a maximum amount of $2,500 per item.

## Property We Do Not Cover Under Coverage C:

1. Personal property specifically described and insured by this or any other insurance.

2. Animals.

3. Motorized land vehicles, including, but not limited to any motor land vehicle powered or assisted by a motor or engine. We do not cover any motorized land vehicle parts, equipment or accessories attached to or located in or upon any motorized land vehicle. We do cover motorized land vehicles designed for assisting the handicapped or used solely for the service of the insured premises and not licensed for

use on public roads.

4. Aircraft and aircraft parts. This does not include model or hobby craft not designed to carry people or cargo.

5. Property of roomers, boarders, tenants not related to an insured person.

6. Property located away from the residence premises and rented or held for rental to others.

7. Any device, cellular communication system, radar signal reception system, accessory or antenna designed for reproducing, detecting, receiving, transmitting, recording or playing back data, sound or picture which may be powered by electricity from a motorized land vehicle or watercraft and while in or upon a motorized land vehicle or watercraft.

8. Satellite dish antennas and their systems.

## Losses We Cover Under Coverage C:
We will cover sudden and accidental direct physical loss to the property described in Coverage C — Personal Property Protection, except as limited or excluded in this policy, caused by:
1. Fire or Lightning.

2. Windstorm or Hail.

   We do not cover:
   a) loss to covered property inside a building structure, caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and the wind forces rain, snow, sleet, sand or dust through the damaged roof or wall;
   b) loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed building structure. However, we do cover canoes and rowboats on the residence premises.

3. Explosion.

4. Riot or Civil Commotion, including pillage and looting during, and at the site of, the riot or

AP3339

ALST-SHEL 204554

civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

6. Vehicles.

7. Smoke.

   We do not cover loss caused by smoke from the manufacturing of controlled substances, agricultural smudging or industrial operations.

8. Vandalism and Malicious Mischief.

   We do not cover vandalism or malicious mischief if your dwelling has been vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A dwelling under construction is not considered vacant or unoccupied.

9. Falling objects.

   We do not cover loss to personal property inside a **building structure** unless the falling object first damages the exterior walls or roof of the **building structure.**

10. Weight of ice, snow or sleet which causes damage to personal property in a building structure, but only if the **building structure** is damaged due to the weight of ice, snow or sleet.

11. Increase or decrease of artificially generated electrical current to electrical appliances, fixtures and wiring.

12. Bulging, burning, cracking or rupture of a steam or hot water heating system, an air conditioning system, an automatic fire protection system or an appliance for heating water.

13. Water or steam that escapes from a plumbing, heating or air conditioning system, an automatic fire protection system, or from a household appliance due to accidental

AP3339

discharge or overflow.

   We do not cover loss to the system or appliance from which the water or steam escapes, or loss from water which backs up through sewers or drains or overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

14. Freezing of a plumbing, heating or air conditioning system or a household appliance.

   We do not cover loss at the **residence premises** under perils (12), (13), and (14) caused by or resulting from freezing while the **building structure** is vacant, unoccupied or under construction unless **you** have used reasonable care to:
   a) maintain heat in the **building structure**; or
   b) shut off the water supply and drain the water from the systems and appliances.

15. Theft, or attempted theft, including disappearance of property from a known place when it is likely that a theft has occurred. Any theft must be promptly reported to the police.

   We do not cover:
   a) theft or attempted theft committed by an **insured person**;
   b) theft in or from the **residence premises** while under construction or of materials and supplies for use in construction, until the dwelling is completed and occupied;
   c) theft of any property while at any other residence owned, rented to or occupied by an **insured person** unless the **insured person** is temporarily residing there;
   d) theft of trailers, campers, watercraft, including furnishings, equipment and outboard motors, away from the **residence premises**;
   e) theft from that part of the **residence premises** rented by **you** to other than an **insured person.**

16. Breakage of glass, meaning damage to covered personal property caused by breakage

Page 11

of glass constituting a part of any building structure on the residence premises. This does not include damage to the glass.

## Losses We Do Not Cover Under Coverage C:

We do not cover loss to the property described in Coverage C—Personal Property Protection caused by or consisting of:

1.  Flood, including, but not limited to surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2.  Water or any other substance that backs up through sewers or drains.

3.  Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4.  Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the residence premises.

We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5.  Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

We do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6.  Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any building structure or other structure at the residence premises.

We do cover sudden and accidental direct physical loss to covered property caused by actions of civil authority to prevent the spread of fire.

7.  The failure by any insured person to take all reasonable steps to save and preserve property when the property is endangered by a cause of loss we cover.

8.  Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an insured person.

9.  Intentional or criminal acts of, or at the direction of, the insured person, if the loss that occurs:
    a)  maybe reasonably expected to result from such acts; or
    b)  is the intended result of such acts.

    This exclusion applies regardless of whether or not the insured person is actually charged with or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

    We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

AP3339

Page 12

ALST-SHEL 204556

12. War or warlike acts, including, but not limited to insurrection, rebellion or revolution.

13. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

14. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
    a) planning, zoning, development, surveying, siting;
    b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c) materials used in repair, construction, renovation or remodeling; or
    d) maintenance;

    of property whether on or off the residence premises by any person or organization.

15. We do not cover loss to covered property described in Coverage C —Personal Property Protection when:
    a) there are two or more causes of loss to the covered property; and
    b) the predominant cause(s) of loss is (are) excluded under Losses We Do Not Cover, items 1 through 14 above.

16. Mold, fungus, wet rot or dry rot. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

    This exclusion applies regardless of whether mold, fungus, wet rot or dry rot arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in Section I, Conditions -- Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.

## Additional Protection

1. Additional Living Expense

a) We will pay the reasonable increase in living expenses necessary to maintain your normal standard of living when a direct physical loss we cover under Coverage A—Dwelling Protection, Coverage B —Other Structures Protection or Coverage C —Personal Property Protection makes your residence premises uninhabitable. However, additional living expense solely due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under Section I, Conditions —Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.

Payment for additional living expense as a result of a covered loss under Coverage A —Dwelling Protection, Coverage B — Other Structures Protection or Coverage C —Personal Property Protection will be limited to the least of the following:
1) the time period required to repair or replace the property we cover, using due diligence and dispatch; or
2) if you permanently relocate, the shortest time for your household to settle elsewhere;
3) 12 months.

b) We will pay your lost fair rental income resulting from a covered loss under Coverage A—Dwelling Protection, Coverage B —Other Structures Protection or Coverage C —Personal Property Protection, less charges and expenses which do not continue, when a loss we cover under Coverage A— Dwelling Protection, Coverage B —Other Structures Protection or Coverage C — Personal Property Protection makes the part of the residence premises you rent to others, or hold for rental, uninhabitable. We will pay for lost fair rental income for the shortest time required to repair or replace the part rented or held for rental but not to exceed 12 months. However, payments for your lost fair rental income

AP3339

ALST-SHEL 204557

expense due solely to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under Section I, Conditions — **Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

c) We will pay the reasonable and necessary increase in living expenses and the lost fair rental income for up to two weeks should civil authorities prohibit the use of the residence premises due to a loss at a neighboring premises caused by a loss we insure against. However, payments for increase in living expenses or your lost fair rental income expense due solely to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under Section I, Conditions —**Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

These periods of time are not limited by the termination of this policy.

We do not cover any lost income or expense due to the cancellation of a lease or agreement.

No deductible applies to this protection.

2.  **Credit Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money**
    We will pay for loss:
    a)  that an **insured person** is legally required to pay for the unauthorized use of any credit card or bank fund transfer card issued to or registered in the name of an **insured person;**
    b)  caused by forgery or alteration of a check or negotiable instrument made or drawn upon an **insured person's** account;
    c)  to an **insured person** through acceptance in good faith of counterfeit United States or Canadian paper currency.

Our maximum limit of liability for any one loss is $1,000. All loss due to forgery or unauthorized use by or involving any one person is considered one loss.

We do not cover:
a)  loss arising from any business of an **insured person;**
b)  loss caused by or at the direction of an **insured person** or any other person who has been entrusted with any credit card or bank fund transfer card;
c)  loss arising out of dishonesty of an **insured person.**

When loss is discovered, the **insured person** must give us immediate written notice. If the loss involves a credit card, charge plate or bank fund transfer card, the insured person must also give immediate written notice to the company or bank that issued the card or plate. Failure to comply with the terms and conditions of the card or plate voids this protection.

We will pay only for loss occurring during the policy period, including those losses discovered and reported to us within one year after the policy has terminated. We have the right to investigate and settle any claim or suit as we deem appropriate. Full payment of the amount of insurance for any one loss ends our obligation under each claim or suit arising from the loss.

We will defend any suit brought against an **insured person** for the enforcement of payment covered under paragraph 2(a) of this protection. The defense will be at our expense, with counsel of our choice.

We have the option to defend an **insured person** or the insured person's bank against a suit for the enforcement of payment covered under paragraph 2(b) of this protection. The defense will be at our expense, with counsel of our choice.

No deductible applies to this protection.

ALST-SHEL 204558

3. **Debris Removal**
   We will pay reasonable expenses you incur to remove debris of covered property damaged by a loss we cover. If the loss to the covered property and the cost of debris removal are more than the limit of liability shown on the Policy Declarations for the covered property, we will pay up to an additional 5% of that limit for debris removal.

4. **Emergency Removal Of Property**
   We will pay for sudden and accidental direct physical loss to covered property from any cause while removed from a premises because of danger from a loss we cover. Protection is limited to a 30-day period from date of removal. This protection does not increase the limit of liability that applies to the covered property.

5. **Fire Department Charges**
   We will pay up to $500 for service charges made by fire departments called to protect your property from a loss we cover at the residence premises. No deductible applies to this protection.

6. **Temporary Repairs After A Loss**
   We will reimburse you up to $5,000 for the reasonable and necessary cost you incur for temporary repairs to protect covered property from further imminent covered loss following a loss we cover. This coverage does not increase the limit of liability applying to the property being repaired.

7. **Trees, Shrubs, Plants and Lawns**
   We will pay up to an additional 5% of the limit of liability shown on the Policy Declarations under Coverage A—Dwelling Protection for loss to trees, shrubs, plants and lawns at the address of the residence premises. We will not pay more than $500 for any one tree, shrub, or plant including expenses incurred for removing debris. This coverage applies only to direct physical loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned by an occupant of the residence premises, vandalism or malicious

mischief, theft or collapse of a building structure or any part of a building structure.

We will pay up to $500 for reasonable expenses you incur for the removal of debris of trees at the address of the residence premises for direct physical loss caused by windstorm, hail, or weight of ice, snow or sleet. The fallen tree must have caused damage to property covered under Coverage A—Dwelling Protection.

We do not cover trees, shrubs, plants, or lawns grown for business purposes.

8. **Temperature Change**
   We will pay for loss to covered personal property in a building structure at the residence premises resulting from a change in temperature. The change in temperature must result from a covered loss to the building structure.

This coverage does not increase the limit of liability applying to the damaged property.

9. **Power Interruption**
   We will pay for loss to the contents of freezers and refrigerated units on the residence premises caused by the interruption of power which occurs off the residence premises. If a power interruption is known to an insured person, all reasonable means must be used to protect the contents of freezers and refrigerated units.

This coverage does not increase the limit of liability applying to the damaged property.

10. **Arson Reward**
    We will pay up to $5,000 for information leading to an arson conviction in connection with a fire loss to property covered under Section I of this policy. The $5,000 limit applies regardless of the number of persons providing information.

11. **Collapse**
    We will cover:

AP3339

Page 15

ALST-SHEL 204559

a) the entire collapse of a covered building structure;

b) the entire collapse of part of a covered building structure; and

· c) direct physical loss to covered property caused by (a) or (b) above.

For coverage to apply, the collapse of a building structure specified in (a) or (b) above must be a sudden and accidental direct physical loss caused by one or more of the following:

· a) . a loss we cover under Section I, · Coverage C—Personal Property Protection;

b) hidden decay of the building structure;

c) hidden damage to the building structure caused by insects or vermin;

d) weight of persons, animals, equipment or contents;

e) weight of rain or snow which collects on a roof;

f) defective methods or materials used in construction, repair, remodeling or renovation, but only if the collapse occurs in the course of such construction, repair, remodeling or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This protection does not change the limit of liability that applies to the covered property.

12. **Land**

If a sudden and accidental direct physical loss results in both a covered loss to the dwelling, other than the breakage of glass or safety glazing material, and a loss of land stability, we will pay up to $10,000 as an additional amount of insurance for repair costs associated with the land. This includes the costs required to replace, rebuild, stabilize or otherwise restore the land necessary to . support that part of the dwelling sustaining the covered loss.

The Section I—Losses We Do Not Cover Under Coverages A and B reference to earth movement does not apply to the loss of land

AP3339

stability provided under this Additional Protection.

## Section I Conditions

1. **Deductible**
We will pay when a covered loss exceeds the deductible shown on the Policy Declarations. We will then pay only the excess amount, unless we have indicated otherwise in this policy.

2. **Insurable Interest and Our Liability**
In the event of a covered loss, we will not pay for more than an insured person's insurable interest in the property covered, no more than the amount of coverage afforded by this policy.

3. **What You Must Do After A Loss**
In the event of a loss to any property that may be covered by this policy, you must:

a) promptly give us or our agent notice. Report any theft to the police as soon as possible. If the loss involves a credit card, charge plate or bank fund transfer card, give written notice to the company or bank that issued the card or plate.

b) protect the property from further loss. Make any reasonable repairs necessary to protect it. Keep an accurate record of any repair expenses.

c) separate damaged from undamaged personal property. Give us a detailed list of the damaged, destroyed or stolen property, showing the quantity, cost, actual cash value and the amount of loss claimed.

d) give us all accounting records, bills, invoices and other vouchers, or certified copies, which we may reasonably request to examine and permit us to make copies.

e) produce receipts for any increased costs to maintain your standard of living while you reside elsewhere, and records supporting any claim for loss of rental income.

f) as often as we reasonably require:
1) show us the damaged property.

Page 16

2) at our request, submit to examinations under oath, separately and apart from any other person defined as you or insured person and sign a transcript of the same.

3) produce representatives, employees, members of the insured's household or others to the extent it is within the insured person's power to do so; and

g) within 60 days after the loss, give us a signed, sworn proof of the loss. This statement must include the following information:

1) the date, time, location and cause of loss;

2) the interest insured persons and others have in the property, including any encumbrances;

3) the actual cash value and amount of loss for each item damaged, destroyed or stolen;

4) any other insurance that may cover the loss;

5) any changes in title, use, occupancy or possession of the property that have occurred during the policy period;

6) at our request, the specifications of any damaged building structure or other structure;

7) evidence supporting any claim under the Credit Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money protection. State the cause and amount of loss.

4.   **Our Settlement Options**
In the event of a covered loss, we have the option to:

a) repair, rebuild or replace all or any part of the damaged, destroyed or stolen property with property of like kind and quality within a reasonable time; or

b) pay for all or any part of the damaged, destroyed or stolen property as described in Condition 5 "How We Pay For A Loss". Within 30 days after we receive your signed, sworn proof of loss we will notify you of the option or options we intend to

exercise.

5.   **How We Pay For A Loss**
Under Coverage A—Dwelling Protection, Coverage B—Other Structures Protection and Coverage C—Personal Property Protection, payment for covered loss will be by one or more of the following methods:

a) Special Payment. At our option, we may make payment for a covered loss before you repair, rebuild or replace the damaged, destroyed or stolen property if:

1) the whole amount of loss for property covered under Coverage A—Dwelling Protection and Coverage B—Other Structures Protection, without deduction for depreciation, is less than $2,500 and if the property is not excluded from the Building Structure Reimbursement provision, or;

2) the whole amount of loss for property covered under Coverage C—Personal Property Protection without deduction for depreciation, is less than $2,500 and if your Policy Declarations shows that the Personal Property Reimbursement provision applies, and the property is not excluded from the Personal Property Reimbursement provision.

b) Actual Cash Value. If you do not repair or replace the damaged, destroyed or stolen property, payment will be on an actual cash value basis. This means there may be a deduction for depreciation. Payment will not exceed the limit of liability shown on the Policy Declarations for the coverage that applies to the damaged, destroyed or stolen property, regardless of the number of items involved in the loss.

You may make claim for additional payment as described in paragraph "c", and paragraph "d" below if applicable; if you repair or replace the damaged, destroyed or stolen covered property within 180 days of the actual cash value payment.

AP3339

Page 17

ALST-SHEL 204561

c) Building Structure Reimbursement. Under Coverage A—Dwelling Protection and Coverage B—Other Structures Protection, we will make additional payment to reimburse you for cost in excess of actual cash value if you repair, rebuild or replace damaged, destroyed or stolen covered property within 180 days of the actual cash value payment. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants, toxins or pollutants as required to complete repair or replacement of that part of a building structure damaged by a covered loss. This additional payment shall not include any amounts which may be paid or payable under Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss, and shall not be payable for any losses excluded in Section I — Your Property, under Losses We Do Not Cover Under Coverages A and B, item 24.

Building Structure Reimbursement will not exceed the smallest of the following amounts:

1) the replacement cost of the part(s) of the building structure(s) for equivalent construction for similar use on the same premises;

2) the amount actually and necessarily spent to repair or replace the damaged building structure(s) with equivalent construction for similar use on the same residence premises; or

3) the limit of liability applicable to the building structure(s) as shown on the Policy Declarations for Coverage A—Dwelling Protection or Coverage B—Other Structures Protection, regardless of the number of building structures and structures other than building structures involved in the loss.

If you replace the damaged building structure(s) at an address other than shown on the Policy Declarations through construction of a new structure or purchase of an existing structure, such replacement will not increase the amount payable under Building Structure Reimbursement describe above. The amount payable under Building Structure Reimbursement described above does not includes the value of any land associated with the replacement structure(s).

Building Structure Reimbursement payment will be limited to the difference between any actual cash value payment made for the covered loss to building structures and the smallest of 1), 2) or 3) above.

Building Structure Reimbursement will not apply to:

1) property covered under Coverage C—personal Property Protection;

2) property covered under Coverage B—Other Structures Protection that is not a building structure;

3) wall-to-wall carpeting, fences, awnings and outdoor antennas whether or not fastened to a building structure; or

4) land.

Payment under "a", "b", or "c" above will not include any increased cost due to the enforcement of building codes, ordinances or laws regulating the construction, reconstruction, maintenance; repair, relocation or demolition of building structures or other structures.

d) Personal Property Reimbursement. When the Policy Declarations shows that the Personal Property Reimbursement provision applies under Coverage C — Personal Property Protection, we will

AP3339

Page 18

ALST-SHEL 204562

make additional payment to reimburse you for cost in excess of actual cash value if you repair, rebuild or replace damaged, destroyed or stolen covered personal property or wall-to-wall carpeting within 180 days of the actual cash value payment.

Personal Property Reimbursement payment will not exceed the smallest of the following amounts:

1) the amount actually and necessarily spent to repair or replace the property with similar property of like kind and quality;

2) the cost of repair or restoration; or

3) the limit of liability shown on the Policy Declarations for Coverage C — Personal Property Protection, or any special limit of liability described in the policy, regardless of the number of items of personal property involved in the loss.

Personal Property Reimbursement will be limited to the difference between any actual cash value payment made for the covered loss to personal property and the smallest of 1), 2) or 3) above.

Personal Property Reimbursement will not apply to:

1) property insured under Coverage A— Dwelling Protection and Coverage B —Other Structures Protection, except wall-to-wall carpeting;

2) antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced.

3) articles whose age or history contribute substantially to their value. This includes, but is not limited to memorabilia, souvenirs and collector's items; or

4) property that was obsolete or unusable for the originally intended purpose because of age or condition prior to the loss.

e) In the event of the total loss of your dwelling and all attached structures covered under Coverage A—Dwelling Protection, we will pay the limit of liability shown on the Policy Declarations for Coverage A—Dwelling Protection.

In the event of the total loss of all structures covered under Coverage B — Other Structures Protection, we will pay the limit of liability shown on the Policy Declarations for Coverage B —Other Structures Protection.

6. **Our Settlement Of Loss**
We will settle any covered loss with you unless another payee is named in the policy. We will settle within 30 days after the amount of loss is finally determined. This amount may be determined by an agreement between you and us, an appraisal award, or a court judgment.

In the event that there is a disagreement between you and us as to the total amount of loss, we will offer payment to you for the amount of loss agreed upon within 30 days of said agreement.

7. **Appraisal**
If you and we fail to agree on the amount of loss, either party may make written demand for an appraisal. Upon such demand, each party must select a competent and impartial appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire with 15 days, you or we can ask a judge of a court of record in the state where the residence premises is located to select an umpire.

The appraisers shall then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. If the appraisers submit a written report of an agreement to you and to us the amount agreed upon shall be the amount of loss. If

AP3339

ALST-SHEL 204563

they cannot agree, they will submit their differences to the umpire. A written award agreed upon by any two will determine the amount of loss.

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other appraisal expenses.

8.  **Abandoned Property**
    We are not obligated to accept any property or responsibility for any property abandoned by an insured person.

9.  **Permission Granted To You**
    a)  The residence premises may be vacant or unoccupied for any length of time, except where a time limit is indicated in this policy for specific perils. A building structure under construction is not considered vacant.
    b)  You may make alterations, additions or repairs, and you may complete structures under construction.

10. **Our Rights To Recover Payment**
    When we pay for any loss, an insured person's right to recover from anyone else becomes ours up to the amount we have paid. An insured person must protect these rights and help us enforce them. However, our right to recover is subordinate to the injured person's right to be fully compensated for their injuries. You may waive your rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to the date of loss.

11. **Our Rights to Obtain Salvage**
    We have the option to take all or any part of the damaged or destroyed covered property upon replacement by us or payment of the agreed or appraised value.

    We will notify you of our intent to exercise this option within 30 days after we receive your signed, sworn proof of loss.

When we settle any loss caused by theft or disappearance, we have the right to obtain all or part of any property which may be recovered. An insured person must protect this right and inform us of any property recovered. We will inform you of our intent to exercise this right within 10 days of your notice of recovery to us.

12. **Suit Against Us**
    Any suit or action must be brought within one year after the inception of loss or damage.

    The bankruptcy or insolvency of an insured person or that person's estate will not relieve us of any obligation.

    The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana:

    A person or organization may bring a lawsuit against us, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

13. **Loss To A Pair Or Set**
    If there is a covered loss to a pair or set, we may:
    a)  repair or replace any part of the pair or set to restore it to its actual cash value before the loss; or
    b)  pay the difference between the actual cash value of the pair or set before and after the loss.

14. **Glass Replacement**
    Payment for loss to covered glass includes the cost of using safety glazing materials when required by law.

AP3339

Page 20

ALST-SHEL 204564

15. No Benefit To Bailee
    This insurance will not benefit any person or
    organization who may be caring for or
    handling your property for a fee.

16. Other Insurance
    If both this insurance and other insurance
    apply to a loss, we will pay the proportionate
    amount that this insurance bears to the total
    amount of all applicable insurance. However,
    in the event of a loss by theft, this insurance
    shall be excess over any other insurance that
    covers loss by theft.

17. Property Insurance Adjustment
    When the Policy Declarations indicates that the
    Property Insurance Adjustment condition
    applies, you agree that, at each policy
    anniversary, we may increase the limit of
    liability shown on the Policy Declarations for
    Coverage A—Dwelling Protection to reflect
    one of the following:

    a)  the rate of change in the Index identified
        in the " Important Payment and Coverage
        Information" section of the Policy
        Declarations. The limit of liability for
        Coverage A—Dwelling Protection for the
        succeeding premium period will be
        determined by changing the existing limit
        in proportion to the change in the Index
        between the time the existing limit was
        established and the time the change is
        made. The resulting amount will be
        rounded to the nearest $1000; or

    b)  the minimum amount of insurance
        coverage we are willing to issue for the
        succeeding premium period under
        Coverage A—Dwelling Protection for
        your dwelling and other property we
        cover under Coverage A—Dwelling
        Protection.

    Any adjustment in the limit of liability for
    Coverage A—Dwelling Protection will result in
    an adjustment in the limit of liability for
    Coverage B—Other Structures Protection and
    Coverage C—Personal Property Protection in

accordance with our manual of Rules and
Rates.

Any adjustment in premium resulting from the
application of this condition will be made
based on premium rates in use by us at the
time a change in limits is made.

We will not reduce the limit of liability shown
on the Policy Declarations without your
consent. You agree that it is your
responsibility to ensure that each of the limits
of liability shown on the Policy Declarations are
appropriate for your insurance needs. If you
want to increase or decrease any of the limits
of liability shown on the Policy Declarations,
you must contact us to request such a change.

18. Mortgagee
    A covered loss will be payable to the
    mortgagees named on the Policy Declarations,
    to the extent of their interest and in the order
    of precedence. All provisions of Section I of
    this policy apply to these mortgagees.

    We will:
    a)  protect the mortgagee's interest in a
        covered building structure in the event of
        an increase in hazard, intentional or
        criminal acts of, or directed by, an
        insured person, failure by any insured
        person to take all reasonable steps to
        save and preserve property after a loss, a
        change in ownership, or foreclosure if the
        mortgagee has no knowledge of these
        conditions; and
    b)  give the mortgagee at least 10 days notice
        if we cancel this policy for nonpayment of
        premium, or at least 30 days notice if we
        cancel for any other reason.

    The mortgagee will:
    a)  furnish proof of loss within 60 days after
        notice of the loss if an insured person
        fails to do so;
    b)  pay upon demand any premium due if an
        insured person fails to do so;
    c)  notify us in writing of any change of
        ownership or occupancy or any increase

AP3339

Page 21

ALST-SHEL 204565

in hazard of which the mortgagee has knowledge;

d) give us the mortgagee's right of recovery against any party liable for loss; and

e) after a loss, and at our option, permit us to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision shall apply to any trustee or loss payee or other secured party.

19. **Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss**

In the event of a covered loss under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection,** we will pay up to $10,000 for mold, fungus, wet rot or dry rot remediation. This Condition does not increase or decrease the limits of liability under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection, or Coverage C—Personal Property Protection.**

**Remediation means:**

a) the reasonable and necessary treatment, removal or disposal of mold, fungus, wet rot or dry rot as required to complete repair or replacement of property we cover under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection** damaged by a covered loss;

b) payment for any reasonable increase in living expenses necessary to maintain your normal standard of living if mold, fungus, wet rot or dry rot makes your residence premises uninhabitable; and

c) any investigation or testing to detect, measure or evaluate mold, fungus, wet rot or dry rot.

Remediation does not include any amounts other than those described in (a), (b), or (c) above.

AP3339

# Section II—Family Liability and Guest Medical Protection

## Coverage X
## Family Liability Protection

### Losses We Cover Under Coverage X:
Subject to the terms, conditions and limitations of this policy, Allstate will pay damages which an insured person becomes legally obligated to pay because of bodily injury or property damage arising from an occurrence to which this policy applies, and is covered by this part of the policy.

We may investigate or settle any claim or suit for covered damages against an insured person, regardless of the amount of damages sought. If an insured person is sued for covered damages, we will provide a defense with counsel of our choice, even if the allegations are groundless, false or fraudulent. We are not obligated to pay any claim or judgment after we have exhausted our limit of liability by the payment of judgments or settlements.

### Losses We Do Not Cover Under Coverage X:

1. We do not cover any bodily injury or property damage intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, the insured person. This exclusion applies even if:
   a) such insured person lacks the mental capacity to govern his or her conduct;
   b) such bodily injury or property damage is of a different kind or degree than intended or reasonably expected; or
   c) such bodily injury or property damage is sustained by a different person than intended or reasonably expected.

   This exclusion applies regardless of whether or not such insured person is actually charged with, or convicted of a crime.

2. We do not cover bodily injury to an insured person or property damage to property owned by an insured person whenever any benefit of

Page 22

ALST-SHEL 204566

this coverage would accrue directly or indirectly to an insured person.

3. We do not cover bodily injury to any person eligible to receive benefits required to be provided or voluntarily provided by an insured person under any worker's compensation, non-occupational disability or occupational disease law.

4. We do not cover bodily injury or property damage arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5. We do not cover bodily injury or property damage arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:
   a) a motor vehicle in dead storage or used exclusively on an insured premises;
   b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an insured person and is being used away from an insured premises;
   c) a motorized wheel chair;
   d) a vehicle used to service an insured premises which is not designed for use on public roads and not subject to motor vehicle registration;
   e) a golf cart owned by an insured person when used for golfing purposes;
   f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
   g) lawn or garden implements under 40 horsepower;
   h) bodily injury to a residence employee.

6. We do not cover bodily injury or property damage arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an insured premises if the watercraft:

   a) has inboard or inboard-outboard motor power of more than 50 horsepower;
   b) is a sailing vessel 26 feet or more in length;
   c) is powered by one or more outboard motors with more than 25 total horsepower;
   d) is designated as an airboat, air cushion, or imilar type of watercraft; or
   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

   This exclusion does not apply to bodily injury to a residence employee.

7. We do not cover bodily injury or property damage arising out of:
   a) the negligent supervision by any insured person of any person; or
   b) any liability statutorily imposed on any insured person

   arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motorized land vehicle or trailer which is not covered under Section II of this policy.

8. We do not cover any bodily injury which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

   We do cover bodily injury which results from such discharge if the discharge is sudden and accidental.

9. We do not cover any property damage consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

AP3339

Page 23

ALST-SHEL 204567

We do cover bodily injury which results from such discharge if the discharge is sudden and accidental.

10. We do not cover any **bodily injury** or **property damage** arising out of any liability statutorily imposed upon any **insured person** in any manner, consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

11. We do not cover **bodily injury** or **property damage** arising out of the rendering of, or failure to render, professional services by an **insured person**.

12. We do not cover **bodily injury** or **property damage** arising out of the past or present business activities of an **insured person**.

We do cover the occasional or part-time business activities of an **insured person** who is a student under 21 years of age.

13. We do not cover **bodily injury** or **property damage** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. This exclusion does not apply to **bodily injury** to a **residence employee**.

14. We do not cover **property damage** to property rented to, occupied or used by, or in the care of, an **insured person**. This exclusion does not apply if the **property damage** is caused by fire, explosion or smoke.

15. We do not cover any liability an **insured person** assumes arising out of any contract or agreement.

16. We do not cover **bodily injury** or **property damage** caused by war or warlike acts, including, but not limited to insurrection, rebellion or revolution.

17. We do not cover **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

18. We do not cover any liability imposed upon any **insured person** by any governmental authority for **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

## Coverage Y
## Guest Medical Protection

### Losses We Cover Under Coverage Y:
Allstate will pay the reasonable expenses incurred for necessary medical, surgical, x-ray and dental services; ambulance, hospital, licensed nursing and funeral services; and prosthetic devices, eye glasses, hearing aids, and pharmaceuticals. These expenses must be incurred and the services performed within three years from the date of an occurrence causing **bodily injury** to which this policy applies, and is covered by this part of the policy.

Each person who sustains **bodily injury** is entitled to this protection when that person is:
1. on the **insured premises** with the permission of an **insured person**; or
2. off the **insured premises**, if the **bodily injury**:
   a) arises out of a condition on the **insured premises** or immediately adjoining ways;
   b) is caused by the activities of an **insured person** or a **residence employee**;
   c) is caused by an animal owned by or in the care of an **insured person**; or
   d) is sustained by a **residence employee**.

### Losses We Do Not Cover Under Coverage Y:
1. We do not cover any **bodily injury** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, the **insured person**. This exclusion applies even if:
   a) such **insured person** lacks the mental capacity to govern his or her conduct;
   b) such **bodily injury** is of a different kind or degree than intended or reasonably expected; or

ALST-SHEL 204568

c)   such bodily injury is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such insured person is actually charged with, or convicted of a crime.

2.   We do not cover bodily injury to any insured person or regular resident of the insured premises. However, this exclusion does not apply to a residence employee.

3.   We do not cover bodily injury to any person eligible to receive any benefits voluntarily provided, or required to be provided, under any workers' compensation, non-occupational disability or occupational disease law.

4.   We do not cover bodily injury arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5.   We do not cover bodily injury arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:
   a)   a motor vehicle in dead storage or used exclusively on an insured premises;
   b)   any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an insured person and is being used away from an insured premises;
   c)   a motorized wheel chair;
   d)   a vehicle used to service an insured premises which is not designed for use on public roads and not subject to motor vehicle registration;
   e)   a golf car owned by an insured person when used for golfing purposes;
   f)   a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
   g)   lawn or garden implements under 40 horsepower;
   h)   bodily injury to a residence employee.

6.   We do not cover bodily injury arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an insured premises if the watercraft:
   a)   has inboard or inboard-outboard motor power of more than 50 horsepower;
   b)   is a sailing vessel 26 feet or more in length;
   c)   is powered by one or more outboard motors with more than 25 total horsepower;
   d)   is designated as an airboat, air cushion, or similar type of watercraft; or
   e)   is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to a bodily injury to a residence employee.

7.   We do not cover bodily injury arising out of:
   a)   the negligent supervision by any insured person of any person; or
   b)   any liability statutorily imposed on any insured person arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motorized land vehicle or trailer which is not covered under Section II of this policy.

8.   We do cover any bodily injury which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

We do not cover bodily injury which results from such discharge if the discharge is sudden and accidental.

9.   We do not cover bodily injury arising out of the rendering of, or failure to render professional services by, an insured person.

AP3339

Page 25

ALST-SHEL 204569

10. We do not cover bodily injury arising out of the past or present business activities of an insured person.

   We do cover the occasional or part-time business activities of an insured person who is a student under 21 years of age.

11. We do not cover bodily injury to any person on the insured premises because of a business activity or professional service conducted there.

12. We do not cover bodily injury arising out of any premises, other than an insured premises, owned, rented or controlled by an insured person. This exclusion does not apply to bodily injury to a residence employee.

13. We do not cover bodily injury caused by war or warlike acts, including, but not limited to insurrection, rebellion, or revolution.

14. We do not cover bodily injury which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

## Additional Protection

We will pay, in addition to the limits of liability:

1. **Claim Expense**
   We will pay:
   a) all costs we incur in the settlement of any claim or the defense of any suit against an insured person;
   b) interest accruing on damages awarded until such time as we have paid, formally offered, or deposited in court the amount for which we are liable under this policy; interest will be paid only on damages which do not exceed our limits of liability;
   c) premiums on bonds required in any suit we defend; we will not pay bond premiums in an amount that is more than our limit of liability; we have no obligation to apply for or furnish bonds;
   d) up to $150 per day for loss of wages and salary, when we ask you to attend trials and hearings;

   e) any other reasonable expenses incurred by an insured person at our request. prejudgment interest awarded against an insured person on the part of the judgment we pay. After we make an offer to pay the applicable limit of liability, we are not obligated to make any further prejudgment interest payments.

2. **Emergency First Aid**
   We will pay reasonable expenses incurred by an insured person for first aid to other persons at the time of an accident involving bodily injury covered under this policy.

3. **Damage To Property Of Others**
   At your request, we will pay up to $500 each time an insured person causes property damage to someone else's property. At our option, we will pay the cost to either repair or replace the property damaged by an insured person, without deduction for depreciation.

   We will not pay for property damage:
   a) to property covered under Section I of this policy;
   b) to property intentionally damaged by an insured person who has attained the age of 13;
   c) to property owned by or rented to an insured person, any tenant of an insured person, or any resident in your household; or
   d) arising out of:
      1) past or present business activities;
      2) any act or omission in connection with a premises, other than an insured premises, owned, rented or controlled by an insured person; or
      3) the ownership or use of a motorized land vehicle, trailer, aircraft or watercraft. We will pay up to $500 for damage to property of others caused by motorized land vehicles designed principally for recreational use off public roads, not subject to motor vehicle registration and not owned by an insured person.

AP3339

ALST-SHEL 204570

## Section II Conditions

1. **What You Must Do After An Accidental Loss**
   In the event of bodily injury or property damage, you must do the following:
   a) Promptly notify us or your agent stating:
      1) your name and policy number;
      2) the date, the place and the circumstances of the loss;
      3) the name and address of anyone who might have a claim against an insured person;
      4) the names and addresses of any witnesses.
   b) Promptly send us any legal papers relating to the accident.
   c) At our request, an insured person will:
      1) cooperate with us and assist us in any matter concerning a claim or suit;
      2) help us enforce any right of recovery against any person or organization who may be liable to an insured person;
      3) attend any hearing or trial.
   d) Under the Damage To Property Of Others protection, give us a sworn statement of the loss. This must be made within 60 days after the date of loss. Also, an insured person must be prepared to show us any damaged property under that person's control.

   Any insured person will not voluntarily pay any money, assume any obligations or incur any expense, other than for first aid to others at the time of the loss as provided for in this policy.

2. **What An Injured Person Must Do —Coverage Y—Guest Medical Protection**
   If someone is injured, that person, or someone acting for that person, must do the following:
   a) Promptly give us written proof of the loss. If we request, this must be done under oath.
   b) Give us written authorization to obtain copies of all medical records and reports.
   c) Permit doctors we select to examine the injured person as often as we may reasonably require.

3. **Our Payment Of Loss—Coverage Y—Guest Medical Protection**
   We may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by us or an insured person.

4. **Our Limits Of Liability**
   Regardless of the number of insured persons, injured persons, claims, claimants or policies involved, our total liability under Coverage X— Family Liability Protection for damages resulting from one occurrence will not exceed the limit shown on the Policy Declarations. All bodily injury and property damage resulting from continuous or repeated exposure to the same general conditions is considered the result of one occurrence.

   Our total liability under Coverage Y—Guest Medical Protection for all medical expenses payable for bodily injury, to any one person, shall not exceed the "each person" limit shown on the Policy Declarations.

5. **Bankruptcy**
   We are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an insured person.

6. **Our Rights to Recover Payment —Coverage X —Family Liability Protection**
   When we pay any loss, an insured person's right to recover from anyone else becomes ours up to the amount we have paid. An insured person must protect these rights and help us enforce them. However, our right to recover is subordinate to the injured person's right to be fully compensated for their injuries.

7. **Suit Against Us**
   No suit or action can be brought against us under Coverage X—Family Liability Protection until the obligation of an insured person to pay is finally determined either by

AP3339

ALST-SHEL 204571

judgment against the insured person after actual trial, or by written agreement of the insured person, injured person, and us.

No one shall have any right to make us a party to a suit to determine the liability of an insured person.

The bankruptcy or insolvency of an insured person or that person's estate won't relieve us of any obligation.

The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana:

A person or organization may bring a lawsuit against us, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

8. Other Insurance—Coverage X—Family Liability Protection
This insurance is excess over any other valid and collectible insurance except insurance that is written specifically as excess over the limits of liability that apply to this policy.

# Section III—Optional Protection

## Optional Coverages You May Buy
The following Optional Coverages may supplement coverages found in Section I or Section II and apply only when they are indicated on the Policy Declarations. The provisions of this policy apply to each Optional Coverage in this section unless modified by the terms of the specific Optional Coverage.

1. Coverage BC
Building Codes
We will pay up to 10% of the amount of insurance on the Policy Declarations under

Coverage A—Dwelling Protection to comply with local building codes after covered loss to dwelling or when repair or replacement results in increased cost due to the enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair or demolition of the dwelling.

2. Coverage BP
Increased Coverage On Business Property
The $1,000 limitation on business property located on the residence premises, under Coverage C—Personal Property Protection, is increased to the amount shown on the Policy Declarations. This increased coverage includes property held as samples or for sale or delivery after sale, while the property is on the residence premises.

3. Coverage DP
Increased Coverage On Electronic Data Processing Equipment
The $5,000 limitation on electronic data processing equipment under Coverage C—Personal Property Protection, and the recording or storage media used with that equipment, is increased to the amount shown on the Policy Declarations.

4. Coverage F
Fire Department Charges
The $500 limit applying to the fire department service charges under Additional Protection is increased to the amount shown on the Policy Declarations.

5. Coverage G
Loss Assessments
If your residence premises includes a building structure which is constructed in common with one or more similar buildings, and you are a member of, and subject to the rules of, an association governing the areas held in common by all building owners as members of the association, the insured premises means the building structure occupied exclusively by your household as a private residence, including the grounds, related structures and

AP3339

ALST-SHEL 204572

private approaches to them.

We will pay your share of any special assessments charged against all building owners by the association up to the limit of liability shown on the Policy Declarations, when the assessment is made as a result of:

a) sudden and accidental direct physical loss to the property held in common by all building owners caused by a loss we cover under Section I of this policy; or

b) bodily injury or property damage covered under Section II of this policy.

Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

Allstate will pay only when the assessment levied against the insured person, as a result of any one loss, for bodily injury or property damage exceeds $250 and then only for the amount of such excess. This coverage is not subject to any deductible applying to Section I of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to Sections I and II of this policy and the Section I and II Conditions, except as otherwise noted.

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

6. **Coverage J**
**Extended Coverage On Jewelry, Watches and Furs**
Coverage C—Personal Property Protection is extended to pay for sudden and accidental direct physical loss to the following property, subject to the provisions in this coverage:

a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and

b) furs, including any item containing fur which represents its principal value.

The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to Coverage C—Personal Property Protection. However, in no event will coverage be less than would have applied in the absence of Coverage J.

We do not cover loss caused by or consisting of:

a) intentional or criminal acts of, or at the direction of, the insured person, if the loss that occurs:

1) may be reasonably expected to result from such acts; or

2) is the intended result of such acts.

b) wear and tear, gradual deterioration, inherent vice, insects or vermin;

c) nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke.

We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

d) war or warlike acts, including, but not limited to insurrection, rebellion or revolution.

e) failure by any insured person to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a cause of loss we cover.

Any deductible shown on the Policy Declarations applicable to Coverage C—Personal Property Protection, also applies to a loss under this coverage.

7. **Coverage K**
**Incidental Office, Private School Or Studio**
a) The $200 and $1,000 limits applying to property used or intended for use in a business under Coverage C—Personal Property Protection do not apply to equipment, supplies and furnishings used in a described office, private school or studio at your residence premises. This does not include electronic data

ALST-SHEL 204573

processing equipment or the recording or storage media used with that equipment.

The Coverage K limits are shown on the Policy Declarations. The first limit applies to property on the residence premises. The second limit applies to property while away from the residence premises. These limits are not in addition to Coverage C—Personal Property Protection, Limitations On Certain Personal Property on property used or intended for use in a business. The increased coverage does not include property held for sample, sale or delivery after sale.

b) Coverage X—Family Liability Protection and Coverage Y—Guest Medical Protection are extended to cover a described office, private school or studio occupied by an insured person. The occupancy of the described property shall not be considered a business.

We do not cover bodily injury to:

a) any employee other than a residence employee; or

b) any person arising out of corporal punishment administered by or at the direction of an insured person.

8. **Coverage LR**
   **Lock Replacement**
   Coverage A—Dwelling Protection is extended to include reasonable expenses you incur to replace or re-key exterior door locks at the residence premises with locks or cylinders of like kind and quality. Coverage is provided when a key to a lock is stolen as part of a covered theft loss. The limit of liability under this coverage following any one theft loss is $250.

9. **Coverage M**
   **Increased Coverage On Money**
   The $200 limitation on money, bullion, bank notes, coins and other numismatic property under Coverage C—Personal Property Protection is increased to the amount shown on the Policy Declarations.

10. **Coverage P**
    **Business Pursuits**

Coverage X—Family Liability Protection and Coverage Y—Guest Medical Protection are extended to cover specified business pursuits of an insured person.

We do not cover:

a) bodily injury or property damage arising out of the business pursuits of an insured person when the business is owned or financially controlled by the insured person. This also means a partnership or joint venture of which an insured person is a partner or member;

b) bodily injury or property damage arising out of the rendering or failure to render a professional service of any nature, other than teaching;

c) bodily injury to a fellow employee of an insured person arising out of and in the course of employment;

d) bodily injury or property damage when an insured person is a member of a teaching staff or faculty of any school or college and the bodily injury or property damage arises out of the maintenance or use of saddle animals, vehicles used with saddle animals, motorized land vehicles, aircraft or watercraft when owned, hired or operated by an insured person or used for the purpose of instruction; or

e) bodily injury to any person arising out of corporal punishment administered by or at the direction of an insured person when an insured person is a member of the teaching staff or faculty of any school of instruction.

11. **Coverage S**
    **Increased Coverage On Securities**
    The $1,000 limitation on accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, or stamps, including philatelic property, covered under Coverage C—Personal Property Protection, is increased to the amount shown on the Policy Declarations.

12. **Coverage SD**
    **Satellite Dish Antennas**
    Coverage C—Personal Property Protection is extended to pay for sudden and accidental

AP3339

Page 30

ALST-SHEL 204574

direct physical loss to satellite dish antennas and their systems on **your residence premises,** subject to the provisions of **Coverage C—Personal Property Protection.**

The amount of coverage is shown on the Policy Declarations

13. **Coverage SE**
    **Portable Cellular Communication Systems**
    **Coverage C—Personal Property Protection** is extended to portable cellular communication systems in or upon a motorized land vehicle or watercraft. This coverage applies only to portable systems that can be powered by electricity from a motorized land vehicle or watercraft. Coverage applies whether or not the portable cellular communication system is used in a business.

    The amount of coverage is shown on the Policy Declarations.

14. **Coverage ST**
    **Increased Coverage On Theft Of Silverware**
    The $2,500 limitation on theft of silverware, pewterware and goldware under **Coverage C— Personal Property Protection** is increased to the amount shown on the Policy Declarations.

AP3339

Page 31

ALST-SHEL 204575

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Louisiana Standard Fire Policy Provisions – AP4443

This form contains the provisions of the Standard Fire Policy. Whenever the terms and provisions of Section I can be construed to perform a liberalization of the provisions found in the Standard Fire Policy, the terms and provisions of Section I shall apply.

In Consideration of the Provisions and Stipulations Herein or Added Hereto and of the Premium Specified in the Declarations (or specified in endorsement attached thereto), Allstate, for the term shown in the Declarations from inception date shown in the Declarations until cancelled or expiration at location of property involved, to an amount not exceeding the limit of liability specified, does insure the Insured named in the Declarations and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the Insured, against all DIRECT LOSS BY FIRE, LIGHTNING AND OTHER PERILS INSURED AGAINST IN THIS POLICY INCLUDING REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED, to the property described herein while located or contained as described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of Allstate.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

AP4443

ALST-SHEL 204576

**Concealment, fraud** This entire policy shall be void if, whether before or after a loss, the insured has wilfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

**Uninsurable and excepted property** This policy shall not cover accounts, bills, currency, deeds, evidence of debt, money or securities; nor, unless specifically named hereon in writing, bullion or manuscripts.

**Perils not included** This Company shall not be liable for loss by fire or other perils insured against in this policy caused, directly or indirectly, by: (a) enemy attack by armed forces, including action taken by military, naval or air forces in resisting an actual or an immediately impending enemy attack; (b) invasion; (c) insurrection; (d) rebellion; (e) revolution; (f) civil war; (g) usurped power; (h) order of any civil authority except acts of destruction at the time of and for the purpose of preventing the spread of fire, provided that such fire did not originate from any of the perils excluded by this policy; (i) neglect of the insured to use all reasonable means to save and preserve the property at and after a loss, or when the property is endangered by fire in neighboring premises; (j) nor shall this Company be liable for loss by theft.

**Other Insurance** Other insurance may be prohibited or the amount of insurance may be limited by endorsement attached hereto.

**Conditions suspending or restricting insurance.** Unless otherwise provided in writing added hereto this Company shall not be liable for loss occurring:

(a) while the hazard is increased by any means within the control or knowledge of the insured; or

(b) while a described building, whether intended for occupancy by owner or tenant, is vacant, or unoccupied beyond a period of sixty consecutive days; or

(c) as a result of explosion or riot, unless fire ensue, and in that event for loss by fire only.

**Other perils or subjects** Any other peril to be insured against or subject of insurance to be covered in this policy shall be by endorsement in writing hereon or added hereto.

**Added provisions** The extent of the application of insurance under this policy and of the contribution to be made by this Company in case of loss, and any other provision or agreement not inconsistent with the provisions of this policy, may be provided for in writing added hereto, but no provisions may be waived except such as by the terms of this policy is subject to change.

**Waiver provisions** No permission affecting this insurance shall exist, or waiver of any provision be valid unless granted herein or expressed in writing added hereto. No provision, stipulation, or forfeiture shall be held to be waived by any requirement or proceeding on the part of this Company relating to appraisal or to any examination provided for herein.

**Cancellation of policy** This policy shall be cancelled at any time at the request of the insured; in which case this Company shall, upon demand and surrender of this policy, refund the excess of paid premium above the customary short rates for the expired time. This policy may be cancelled at any time by this Company by giving to the insured a thirty days written notice of cancellation, or ten days written notice when cancellation is for nonpayment of premium; with or without tender of the excess paid premium above the pro rata premium for the expired time which excess, if not tendered, shall be refunded on demand. Notice of cancellation shall state that said excess premium, if not tendered, will be refunded on demand. Upon the written request of the named insured, the insurer shall provide to the insured in writing the reasons for cancellation of the policy. There shall be no liability on the part of and no cause of action of any nature shall arise against any insurer or its agents, employees, or representatives for any action taken by them to provide the reasons for cancellation as required by this Paragraph.

**Mortgagee interest and obligations** If loss hereunder is made payable, in whole or in part, to a designated mortgagee not named herein as the insured, such interest in this policy may be cancelled by delivering or mailing to such mortgagee a twenty days written notice of cancellation, or a ten days written notice of cancellation if cancellation is for nonpayment of premium.

If the insured fails to render proof of loss such mortgagee, upon notice, shall render proof of loss in form herein specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If this Company shall claim that no liability existed as to the mortgagor or owner, it shall, to the extent of payment of loss to the mortgagee, be subrogated to all the mortgagee's rights of recovery, but without impairing mortgagee's rights to sue; or it may pay off the mortgage debt and require an assignment thereof and of the mortgage. Other provisions relating to the interests and obligations of such mortgagee may be added hereto by agreement in writing.

**Pro rata liability** This Company shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

**Requirements in case loss occurs** The insured shall give immediate written notice to this Company of any loss, protect the property from further damage, forthwith separate the damaged and undamaged personal property, put it in the best possible order, furnish a complete inventory of the destroyed, damaged, and undamaged property, showing in detail quantities, costs, actual cash value, and amount of loss claimed; and within sixty days after loss, unless such time is extended in writing by this Company, the insured shall render to this Company a proof of loss, signed and sworn to by the insured, stating the knowledge and belief of the insured as to the following: the time and origin of the loss, the interest of the insured and of all others in the property, the actual cash value of each item thereof and the amount of loss thereto, all encumbrances thereon, all other contracts of insurance, whether valid or not, covering any of said property, any changes in the title, use, occupation, location, possession, or exposures of said property since the issuing of this policy, by whom and for what purpose any building herein described and the several parts thereof were occupied at the time of loss and whether or not it then stood on leased ground, and shall furnish a copy of all the descriptions and schedules in all policies and, if required, verified plans and specifications of any building, fixtures, or machinery destroyed or damaged. The insured, as often as may be reasonably required shall exhibit to any person designated by this Company all that remains of any property herein described, and submit to examinations under oath by any person named by this Company, and subscribe the same; and, as often as may be reasonably required, shall produce for examination all books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by this Company or its representatives, and shall permit extracts and copies thereof to be made.

**Appraisal** In case the insured and this Company shall fail to agree as to the actual cash value or the amount of loss, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within twenty days of such demand. The appraisers shall first select a competent and disinterested umpire; and failing for fifteen days to agree upon such umpire, then on request of the insured or this Company such umpire shall be selected by a judge of a court of record in the state in which the property covered is located. The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with this Company shall determine the amount of actual cash value and loss. Each appraiser shall be paid by the party selecting him and the expenses of appraisal and umpire shall be paid by the parties equally.

**Company's options** It shall be optional with this Company to take all, or any part, of the property at the agreed or appraised value, and also to repair, rebuild, or replace the property destroyed or damaged with other of like kind and quality within a reasonable time, on giving notice of its intention so to do within thirty days after the receipt of the proof of loss herein required.

**Abandonment** There can be no abandonment to this Company of any property.

**When loss payable** The amount of loss for which this Company may be liable shall be payable sixty days after proof of loss, as herein provided, is received by this Company and ascertainment of the loss is made either by agreement between the insured and this Company expressed in writing or by filing with this Company of an award as herein provided.

**Suit** No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after the inception of the loss.

**Subrogation** This Company may require from the insured an assignment of all right of recovery against any party for loss to the extent that payment therefor is made by this Company.

AP4443

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

This Endorsement Changes Your Policy— Keep It With Your Policy

## Building Structure Reimbursement Extended Limits Endorsement — AP357

For an additional premium and when the Policy Declarations indicates that the "Building Structure Reimbursement Extended Limits Endorsement" applies, the following amendment is made to condition 5 (titled "How We Pay For A Loss") in Section I Conditions:

In provision c) (titled "Building Structure Reimbursement."), item 3) of the second paragraph is replaced by the following:

3) 120% of the limit of liability applicable to the building structure(s) as shown on the Policy Declarations for Coverage A — Dwelling Protection or Coverage B — Other Structures Protection, regardless of the number of building structures and structures other than building structures involved in the loss.

This endorsement applies only if:

1) You insure your dwelling, attached structures and detached building structures to 100% of replacement cost as determined by:
   a) an Allstate Home Replacement Cost Estimator completed and based on the accuracy of information you furnished; or
   b) our inspection of your residence premises;

2) You have accepted the Property Insurance Adjustment Condition, agree to accept each annual adjustment in the Coverage A — Dwelling Protection limit of liability, and pay any additional premium charged; and

3) You notify us within 60 days of the start of any modifications that increase the aggregate value of your dwelling, attached structures and detached building structures at the residence premises by $5,000 or more, and pay any resulting additional premium due for the increase in value.

All other policy terms and conditions apply.

(4/94)

ALST-SHEL 204578

# Allstate Insurance Company

Policy Number: **0 95 083244 12/05**      Your Agent:   **Evalena D. White  (504) 861-7464**
For Premium Period Beginning: **Dec. 5, 1999**

---

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

---

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## Windstorm or Hail Exclusion — AP892

For a reduction in premium:

**We** do not cover any loss to any property covered by this policy caused by or consisting of Windstorm or Hail. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

**We** do cover sudden and accidental direct physical loss caused by fire or explosion resulting from Windstorm or Hail.

This exclusion does not apply to **Section I — Your Property**, **Additional Protection** coverage, item 1. a) and 1. c) under **Additional Living Expense**.

All other policy conditions and provisions apply.

PROP *S1000179910195300782O606*



