**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ERD | 014 | ERD-014-000000141 | ERD-014-000000141 | USACE; ERDC; CHL | David Maggio | KC818 | 5/20/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Field Notes (contains redacted images) |
| ERD | 014 | ERD-014-000000188 | ERD-014-000000188 | USACE; ERDC; CHL | David Maggio | KC818 | 5/20/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Field Notes (contains redacted images) |
| ERD | 014 | ERD-014-000000212 | ERD-014-000000212 | USACE; ERDC; CHL | David Maggio | KC818 | 5/20/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Field Notes (contains redacted images) |
| ERD | 014 | ERD-014-000000245 | ERD-014-000000245 | USACE; ERDC; CHL | David Maggio | KC818 | 5/20/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Field Notes (contains redacted images) |
| ERD | 015 | ERD-015-000000004 | ERD-015-000000004 | USACE; ERDC; CHL | Steve Maynord | KC818 | 5/20/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Field Notes (contains redacted images) |
| ERD | 017 | ERD-017-000000006 | ERD-017-000000006 | USACE; ERDC; CHL | Fred Pinkard | KC818 | 5/20/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Field Notes (contains redacted images) |