UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | | CIVIL ACTION |
| | | NO. 05-4182 |
| PERTAINS TO: BARGE | | and consolidated cases |
| Boutte v. Lafarge | 05-5531 | SECTION "K" (2) |
| Mumford v. Ingram | 05-5724 | |
| Lagarde v. Lafarge | 06-5342 | JUDGE |
| Perry v. Ingram | 06-6299 | STANWOOD R. DUVAL, JR. |
| Benoit v. Lafarge | 06-7516 | |
| Parfait Family v. USA | 07-3500 | MAGISTRATE |
| Lafarge v. USA | 07-5178 | JOSEPH C. WILKINSON, JR. |

**ZITO FLEETING, LLC AND ZITO FLEETING, INC.'S**
**SECOND PRELIMINARY WITNESS LIST**

NOW INTO COURT, through undersigned counsel, comes ZITO Fleeting, LLC and ZITO Fleeting, Inc. ("ZITO"), and pursuant to Case Management Orders Nos. 5 and 7, hereby submit the following second preliminary list of witnesses in this matter.

1. Ed Busch
   Contact c/o Counsel for Lafarge
   To testify concerning communication and alleged communication between Lafarge and ZITO.

2. Barry Boudreaux
   Contact c/o Counsel for ZITO
   To testify concerning ZITO's relationship with Lafarge and Ingram, transportation of Barge ING 4727, and events of August 27, 2005.

3. Chad Wershbale
   Contact c/o Counsel for ZITO
   To testify concerning ZITO's relationship with Lafarge and Ingram, transportation of Barge ING 4727, and events of August 27, 2005.

4. Patrick Morton
   Contact c/o Counsel for Ingram
   To testify concerning ZITO's relationship with Ingram and transportation of Barge ING 4727.

5. Witnesses from the IPET group
   To testify concerning the creation and genesis of the IPET Report, including the various studies, analyses, and conclusions detailed in the IPET Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005.

6. Witnesses from the ILIT group
   To testify concerning the creation and genesis of the ILIT Report, including the various studies, analyses, and conclusions detailed in the ILIT Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005.

7. Witnesses from the Team Louisiana group
   To testify concerning the creation and genesis of the Team Louisiana Report, including the various studies, analyses, and conclusions detailed in the Team Louisiana Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005.

8. Daniel Mecklenborg
   Contact c/o Counsel for Ingram
   To testify concerning the relationship between ZITO and Ingram.

9. Representative(s) from AT&T Southeast to authenticate records and/or testify regarding phone calls made from Lafarge's facility on or around 8/27/05

10. Witnesses to authenticate evidence to be used at trial.

11. Any and all witnesses listed, subpoenaed or called by any other party (ies).

12. Any and all witnesses needed for rebuttal and/or impeachment.

13. For purposes of Case Management and Scheduling Orders Nos. 5 and 7, ZITO and Lafarge comprise the "Barge Interests" category of parties in this matter. In accordance with the Case Management Orders, ZITO is submitting this list of witnesses with the intent to avoid further duplicating witnesses identified in Lafarge's List of Witnesses.

14. ZITO reserves the right to supplement and amend this list as additional information becomes available.

>Respectfully submitted,
>
>**s/C. William Emory**
>ANDRÉ J. MOULEDOUX (LA Bar #9778)
>C. WILLIAM EMORY (LA Bar #20179)
>MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
>701 Poydras Street, Suite 4250
>New Orleans, LA 70139
>Telephone: (504) 595-3000
>Facsimile:  (504) 522-2121
>Email:       bemory@mblb.com
>Attorneys for Zito Fleeting, L.L.C. and Zito Fleeting, Inc.
>2ndPreliminaryWitnessList.wpd

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> John Aldock
> Thomas P. Anzelmo
> Kirk Norris Aurandt
> James A. Cobb , Jr
> Lawrence J. Duplass
> John F. Emmett
> Robert B. Evans , III
> Sherman Gene Fendler

Robert Burns Fisher , Jr
J. Warren Gardner , Jr
Kenneth Joseph Gelpi , Jr
Brian Arthur Gilbert
Arthur Gordon Grant , Jr
Jeffrey Todd Greenberg
Joseph Pierre Guichet
Richard Joseph Guidry
Mark Emerson Hanna
Rufus C. Harris , III
Parker Harrison
Don Keller Haycraft
Ralph Shelton Hubbard , III
Julie A. Jacobs
John Fredrick Kessenich
J. Stuart Kirwan
Douglas R. Kraus
Gregory Scott LaCour
Charles Munson Lanier , Jr
David W. Leefe
F. Gerald Maples
Meredith Anne Mayberry
Kara K. Miller
John Herr Musser , IV
Peter G. Myer
Ashton Robert O'Dwyer , Jr
James L. Pate
April Rochelle Roberts
Ivan Mauricio Rodriguez
Alfred Jackson Rufty , III
Patrick Joseph Sanders
Robin D. Smith
Louis G. Spencer
Kevin Richard Tully
Derek Anthony Walker
Daniel Andrew Webb
Karen Wiedemann
Karl Wiedemann
Lawrence D. Wiedemann
Stephen Michael Wiles
Jill Schultz Willhoft
Brett D. Wise

     Carlos Alberto Zelaya , II

     I further certify that the foregoing pleading will also be served by U.S. Mail, postage pre-paid to all counsel listed in the Manual Notice List as indicated in the records of the United States District Court.

     James Robert Black
     Cesar Roberto Burgos
     Ashton R. O'Dwyer, Jr.

                           **s/C. William Emory**