UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>    ALL LEVEE<br>    ALL MRGO<br>    ALL BARGE<br>_____ | § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

NOTICE OF AMENDED PRIVILEGE LOG

On August 16, 2007, the United States filed a Privilege Log asserting the Privacy Act as the basis for not releasing all the documents on the Log. See Doc. Rec. No. 7086. On May 16 and 20, 2008, the United States filed Production Logs releasing all the documents reflected on the August 16, 2007 Privilege Log minus the Privacy Act information. See Doc. Rec. Nos. 13173 and 13209.

This Notice of Amended Privilege Log submitted,

        GREGORY G. KATSAS
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ James F. McConnon, Jr.
        JAMES F. McCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: May 20, 2008

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on May 20, 2008, I served a true copy of the United States' Notice of Production upon all parties by ECF.

                                              s/ James F. McConnon, Jr.
                                              JAMES F. McCONNON, JR.