UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | CIVIL ACTION |
| | | NO.  05-4182 |
| PERTAINS TO: BARGE | | and consolidated cases |
| Boutte v. Lafarge | 05-5531 | SECTION "K" (2) |
| Mumford v. Ingram | 05-5724 | |
| Lagarde v. Lafarge | 06-5342 | JUDGE |
| Perry v. Ingram | 06-6299 | STANWOOD R. DUVAL, JR. |
| Benoit v. Lafarge | 06-7516 | |
| Parfait Family v. USA | 07-3500 | MAGISTRATE |
| Lafarge v. USA | 07-5178 | JOSEPH C. WILKINSON, JR. |

**ZITO FLEETING, LLC  AND ZITO FLEETING, INC.'S
<u>SECOND PRELIMINARY EXHIBIT LIST</u>**

NOW INTO COURT, through undersigned counsel, comes ZITO Fleeting, LLC and ZITO Fleeting, Inc. ("ZITO"), and pursuant to Case Management Orders Nos. 5 and 7, hereby submit the following second preliminary list of exhibits in this matter.

1.      Service Agreement between ZITO and Ingram Barge Company

2.      Transportation Agreement between Ingram and Lafarge

3.      Barge Unloading Report

4.      Barge Status Report

5.      Fleet Picture of ZITO's Algiers Fleet

6. Fleet Picture of ZITO's mile 105 Fleet

7. ZITO's Invoice dated 9/27/05 to Ingram with attached logs

8. ING 4727 Vessel Status History

9. M/V Lock Master's Logs

10. M/V Connie Z's Logs

11. Patrick Morton's 8/26/05 email

12. ZITO Dispatch's 8/27/05 email

13. ZITO's Barges in Fleet records

14. Statement of Ed Busch

15. ZITO Dispatch Records of 8/24-8/26/05 regarding ING 4727

16. ZITO Algiers's Fleet Dispatch Reports 8/25-8/28/05

17. Six pages of handwritten notes dated 8/27/05 produced at Barry Boudreaux's deposition

18. Detailed Calling by Day Logs

19. ZITO's Invoices to Ingram Barge Company

20. Any and all records regarding phone calls made from Lafarge's facility on or around 8/27/05

21. Any and all records regarding phone calls made by Ed Busch and/or other persons at Lafarge's facility on 8/27/05

22. Records from AT&T Southeast regarding phone calls made from Lafarge's facility on or around 8/27/05

23. Any and all documents or exhibits identified or produced during discovery in this litigation

24. Any and all documents or exhibits listed or proffered by any other party(ies) in this litigation

25. For purposes of Case Management and Scheduling Order Nos. 5 and 7, ZITO and Lafarge comprise the "Barge Interests" category of the parties in this matter. In accordance with the Case Management Orders, ZITO is submitting this List of Exhibits with the intent to avoid further duplicating exhibits identified in Lafarge's List of Exhibits.

26. ZITO reserves the right to supplement and amend this list as further information becomes available.

    Respectfully submitted,

    **/s/ C. William Emory**
    ANDRÉ J. MOULEDOUX (LA Bar #9778)
    C. WILLIAM EMORY (LA Bar #20179)
    MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
    701 Poydras Street, Suite 4250
    New Orleans, LA 70139
    Telephone: (504) 595-3000
    Facsimile:  (504) 522-2121
    Email:      bemory@mblb.com
    Attorneys for Zito Fleeting, L.L.C. and Zito Fleeting, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    John Aldock
    Thomas P. Anzelmo
    Kirk Norris Aurandt
    James A. Cobb , Jr
    Lawrence J. Duplass
    John F. Emmett
    Robert B. Evans , III

Sherman Gene Fendler
Robert Burns Fisher , Jr
J. Warren Gardner , Jr
Kenneth Joseph Gelpi , Jr
Brian Arthur Gilbert
Arthur Gordon Grant , Jr
Jeffrey Todd Greenberg
Joseph Pierre Guichet
Richard Joseph Guidry
Mark Emerson Hanna
Rufus C. Harris , III
Parker Harrison
Don Keller Haycraft
Ralph Shelton Hubbard , III
Julie A. Jacobs
John Fredrick Kessenich
J. Stuart Kirwan
Douglas R. Kraus
Gregory Scott LaCour
Charles Munson Lanier , Jr
David W. Leefe
F. Gerald Maples
Meredith Anne Mayberry
Kara K. Miller
John Herr Musser , IV
Peter G. Myer
Ashton Robert O'Dwyer , Jr
James L. Pate
April Rochelle Roberts
Ivan Mauricio Rodriguez
Alfred Jackson Rufty , III
Patrick Joseph Sanders
Robin D. Smith
Louis G. Spencer
Kevin Richard Tully
Derek Anthony Walker
Daniel Andrew Webb
Karen Wiedemann
Karl Wiedemann
Lawrence D. Wiedemann
Stephen Michael Wiles
Jill Schultz Willhoft

    Brett D. Wise
    Carlos Alberto Zelaya , II

I further certify that the foregoing pleading will also be served by U.S. Mail, postage pre-paid to all counsel listed in the Manual Notice List as indicated in the records of the United States District Court.

    James Robert Black
    Cesar Roberto Burgos
    Ashton R. O'Dwyer, Jr.

                              **s/C. William Emory**