UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE 07-3401(Weathersby v. Allstate) | * * * | |

## EX PARTE MOTION FOR LEAVE TO FILE MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel, comes the defendant herein, Allstate Insurance Company, and which respectfully suggests to this Court that the above captioned matter is one of the cases involved in the "Shelton" mass action and is thereby subject to a Stay Order by this Court.

However, in light of the recent ruling by the Louisiana Supreme Court in the matter of *Sher v. Lafayette Ins. Co.*, 2008 WL 928486 (La. 2008), and in light of the plaintiff's prior settlement agreement at a mediation of this matter, Allstate requests authority and leave of this Court to file its Motion to Enforce Settlement Agreement and to dismiss plaintiff's claims.

Respectfully submitted,

/s/ Scott G. Jones
SCOTT G. JONES #14408
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile:   985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)