UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES *CONSOLIDATED LITIGATION* | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| ************************************************ | | |
| PERTAINS TO: | * * | |
| INSURANCE  07-3401(Weathersby v. Allstate) ************************************************ | * | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel, comes the defendant herein, Allstate Insurance Company ("Allstate"), which respectfully suggests to the Court that the plaintiffs, Wilbert and Donna Weathersby, have stated causes of action in this matter for damages to their home in Eastern New Orleans, arising out of the events of Hurricane Katrina, and brought about either from wind, wind driven rain, or flood waters.

As will be more fully set forth in the attached Memorandum, Allstate avers that the plaintiffs' flood claims were excluded under the provisions of the homeowners policy, and, in light of the Court's recent decisions in *Sher v. Lafayette Ins. Co.*, 2008 WL 928486 (La. 2008), the plaintiffs herein no longer have a viable claim for flood damages against Allstate

under this homeowners policy.

Further, and more significantly, Allstate will further show that the plaintiffs have already resolved their "wind" claims under the homeowners policy by way of a mediation that was previously held in this case on September 21, 2006.

Accordingly, and for all of these reasons, Allstate requests an Order by this Court enforcing its settlement agreement herein and dismissing the plaintiffs' claim, with prejudice.

                              Respectfully submitted,

                              /s/ Scott G. Jones
                              SCOTT G. JONES #14408
                              INABNET & JONES, L.L.C.
                              1331 West Causeway Approach
                              Mandeville, LA 70471
                              Telephone: 985-624-9920
                              Facsimile:  985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

                              /s/ Scott G. Jones
                              Scott G. Jones (Bar No. 14408)