# Claim Summary

im #   5113468259

| | |
|---|---|
| **Allstate Insurance-National Catastrophe Team** | |
| Adjuster: Randall Hartley | PO Box 94054, PALATINE, IL 60094 |
| Phone | Phone (800) 547-8676  Fax (888) 859-3946 |
| Fax | October 25, 2005 |

**Insured Name** WEATHERSBY, DONNA WEATHERSBY
**Loss Address** 5620 CLEMENTS DR, NEW ORLEANS, LA  70126
**Phone Number** (504) 244-6570    **Policy #** 000000045930689    **Catastrophe #** K082505
**Other Phone** (504) 812-9678    **Ins Claim #** 5113468259    **Date of Loss** 8/29/2005
**Ins Company** Allstate Insurance Company

## AA - Dwelling

|  | Repl. Cost | Depr. | ACV |
|---|---:|---:|---:|
| Estimate Totals | $2,650.21 | $0.00 | $2,650.21 |
| Contractor's Overhead & Profit (31%) | $821.57 | $0.00 | $821.57 |
| Total With Overhead & Profit | $3,471.78 | $0.00 | $3,471.78 |
| Sales Tax 9.00% | $111.50 | $0.00 | $111.50 |
| Total With Tax | $3,583.28 | $0.00 | $3,583.28 |
| Less Deductible Applied | ($500.00) |  | ($500.00) |
| **AA - Dwelling Claim** | **$3,083.28** | **$0.00** | **$3,083.28** |

## Appurt Structures or Mobile Home Contents

|  | Repl. Cost | Depr. | ACV |
|---|---:|---:|---:|
| Estimate Totals | $1,546.53 | $0.00 | $1,546.53 |
| Contractor's Overhead & Profit (31%) | $479.42 | $0.00 | $479.42 |
| Total With Overhead & Profit | $2,025.95 | $0.00 | $2,025.95 |
| Sales Tax 9.00% | $76.65 | $0.00 | $76.65 |
| Total With Tax | $2,102.60 | $0.00 | $2,102.60 |
| Less Deductible Applied | $0.00 |  | $0.00 |
| **Appurt Structures or Mobile Home Contents Claim** | **$2,102.60** | **$0.00** | **$2,102.60** |

## Unscheduled Personal Property

|  | Repl. Cost | Depr. | ACV |
|---|---:|---:|---:|
| Estimate Totals | $300.00 | $0.00 | $300.00 |
| Less Deductible Applied | $0.00 |  | $0.00 |
| **Unscheduled Personal Property Claim** | **$300.00** | **$0.00** | **$300.00** |

SENT TO FT
TAY

EXHIBIT
A

## Summary: Claim # 5113468259

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $4,496.74 | $0.00 | $4,496.74 |
| Less Amount Not Subject To Overhead & Profit | ($300.00) | $0.00 | ($300.00) |
| Amount Subject To Overhead & Profit | $4,196.74 | $0.00 | $4,196.74 |
| Contractor's Overhead & Profit (31%) | $1,300.99 | $0.00 | $1,300.99 |
| Sub-Total | $5,497.73 | $0.00 | $5,497.73 |
| Amount Not Subject To Overhead & Profit | $300.00 | $0.00 | $300.00 |
| Total With Overhead & Profit | $5,797.73 | $0.00 | $5,797.73 |
| Sales Tax 9.00% | $188.15 | $0.00 | $188.15 |
| Total With Tax | $5,985.88 | $0.00 | $5,985.88 |
| Less Deductible Applied ($500.00 Maximum) | ($500.00) |  | ($500.00) |
| **Net Claim** | **$5,485.88** | **$0.00** | **$5,485.88** |

Items noted as such by the Price Database Legend at the bottom of this estimate were based on material pricing provided by and available at large building material suppliers in your local market. It should be noted that prices can change without notice. Allstate will honor this estimate and work with you to resolve your claim regardless of where you purchase your materials and services. If you find the cost of repairs or replacement is more than reflected in this estimate, please contact your claim adjuster at the number listed above.

PLEASE NOTE: "Actual Cash Value is defined as the amount it would take to repair or replace damage to your property less depreciation. Depreciation, when applied in this estimate, is the decrease of the property's value due to age, wear and tear (condition) or obsolescence, except where otherwise noted."

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

*$2,900.00 PDer* (handwritten)

# Claim Summary

Claim # 5113468259-1

**Allstate Insurance-National Catastrophe Team**

Adjuster: William G Chandler
Phone:
Fax:

PO Box 94054
PALATINE, IL 60094
Phone (800) 547-8676   Fax (888) 859-3946

September 21, 2006

Insured Name: WEATHERSBY, DONNA WEATHERSBY
Address: 5620 CLEMENTS DR, NEW ORLEANS, LA 70126
Phone Number: (504) 244-6570       Policy # 000000045930689
Other Phone: (504) 812-9678        Ins Claim # 5113468259
Ins Company: Allstate Insurance Company

Catastrophe # K082505
Date of Loss 8/29/2005

## AA - Dwelling

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Original Totals | $0.00 | $0.00 | $0.00 |
| Supplement Totals | $9,405.65 | $649.89 | $8,755.76 |
| Estimate Totals | $9,405.65 | $649.89 | $8,755.76 |
| Less Amount Not Subject To Overhead & Profit | ($3,214.84) | $0.00 | ($3,214.84) |
| Amount Subject To Overhead & Profit | $6,190.81 | $649.89 | $5,540.92 |
| Contractor's Overhead & Profit (31%) | $1,919.15 | $201.46 | $1,717.69 |
| Sub-Total | $8,109.96 | $851.35 | $7,258.61 |
| Amount Not Subject To Overhead & Profit | $3,214.84 | $0.00 | $3,214.84 |
| Total With Overhead & Profit | $11,324.80 | $851.35 | $10,473.45 |
| Sales Tax 9.00% | $287.80 | $0.00 | $287.80 |
| Total With Tax | $11,612.60 | $851.35 | $10,761.25 |
| Less Non-Recoverable Depreciation | ($851.35) | ($851.35) |  |
| Sub-Total | $10,761.25 | $0.00 | $10,761.25 |
| Less Deductible Applied | ($500.00) |  | ($500.00) |
| AA - Dwelling Claim | $10,261.25 | $0.00 | $10,261.25 |
| Less Prior Payments | ($3,083.28) |  | ($3,083.28) |
| AA - Dwelling Claim Payable | $7,177.97 | $0.00 | $7,177.97 |

## Structure - Mold

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Original Totals | $0.00 | $0.00 | $0.00 |
| Supplement Totals | $3,337.74 | $0.00 | $3,337.74 |
| Estimate Totals | $3,337.74 | $0.00 | $3,337.74 |
| Less Deductible Applied | $0.00 |  | $0.00 |
| Structure - Mold Claim | $3,337.74 | $0.00 | $3,337.74 |


EXHIBIT B

## Appurt Structures

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Original Totals | $0.00 | $0.00 | $0.00 |
| Supplement Totals | $4,170.37 | $0.00 | $4,170.37 |
| Estimate Totals | $4,170.37 | $0.00 | $4,170.37 |
| Less Amount Not Subject To Overhead & Profit | ($404.49) | $0.00 | ($404.49) |
| Amount Subject To Overhead & Profit | $3,765.88 | $0.00 | $3,765.88 |
| Contractor's Overhead & Profit (31%) | $1,167.42 | $0.00 | $1,167.42 |
| Sub-Total | $4,933.30 | $0.00 | $4,933.30 |
| Amount Not Subject To Overhead & Profit | $404.49 | $0.00 | $404.49 |
| Total With Overhead & Profit | $5,337.79 | $0.00 | $5,337.79 |
| Sales Tax 9.00% | $232.60 | $0.00 | $232.60 |
| Total With Tax | $5,570.39 | $0.00 | $5,570.39 |
| Less Deductible Applied | $0.00 |  | $0.00 |
| Appurt Structures Claim | $5,570.39 | $0.00 | $5,570.39 |
| Less Prior Payments | ($2,102.60) |  | ($2,102.60) |
| Appurt Structures Claim Payable | $3,467.79 | $0.00 | $3,467.79 |

## Unscheduled Personal Property

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Original Totals | $0.00 | $0.00 | $0.00 |
| Supplement Totals | $24,535.00 | $8,371.00 | $16,164.00 |
| Estimate Totals | $24,535.00 | $8,371.00 | $16,164.00 |
| Sales Tax 9.00% | $27.00 | $0.00 | $27.00 |
| Total With Tax | $24,562.00 | $8,371.00 | $16,191.00 |
| Less Deductible Applied | $0.00 |  | $0.00 |
| Unscheduled Personal Property Claim | $24,562.00 | $8,371.00 | $16,191.00 |
| Less Prior Payments | ($327.00) |  | ($327.00) |
| Unscheduled Personal Property Claim Payable | $24,235.00 | $8,371.00 | $15,864.00 |

## ALE

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Original Totals | $0.00 | $0.00 | $0.00 |
| Supplement Totals | $5,900.00 | $0.00 | $5,900.00 |
| Estimate Totals | $5,900.00 | $0.00 | $5,900.00 |
| Less Deductible Applied | $0.00 |  | $0.00 |
| ALE Claim | $5,900.00 | $0.00 | $5,900.00 |
| Less Prior Payments | ($2,900.00) |  | ($2,900.00) |
| ALE Claim Payable | $3,000.00 | $0.00 | $3,000.00 |

Claim Summary (MS/B 0170)   - 2 -   Sep 21, 2006
Claim # 5113468259-1

## Summary: Claim # 5113468259-1

|  | Repl. Cost | Depr. | ACV |
|---|---:|---:|---:|
| Original Totals | $0.00 | $0.00 | $0.00 |
| Supplement Totals | $47,348.76 | $9,020.89 | $38,327.87 |
| Estimate Totals | $47,348.76 | $9,020.89 | $38,327.87 |
| Less Amount Not Subject To Overhead & Profit | ($37,392.07) | ($8,371.00) | ($29,021.07) |
| Amount Subject To Overhead & Profit | $9,956.69 | $649.89 | $9,306.80 |
| Contractor's Overhead & Profit (31%) | $3,086.57 | $201.46 | $2,885.11 |
| Sub-Total | $13,043.26 | $851.35 | $12,191.91 |
| Amount Not Subject To Overhead & Profit | $37,392.07 | $8,371.00 | $29,021.07 |
| Total With Overhead & Profit | $50,435.33 | $9,222.35 | $41,212.98 |
| Sales Tax 9.00% | $547.40 | $0.00 | $547.40 |
| Total With Tax | $50,982.73 | $9,222.35 | $41,760.38 |
| Less Non-Recoverable Depreciation | ($851.35) | ($851.35) |  |
| Sub-Total | $50,131.38 | $8,371.00 | $41,760.38 |
| Less Deductible Applied ($500.00 Maximum) | ($500.00) |  | ($500.00) |
| **Net Claim** | **$49,631.38** | **$8,371.00** | **$41,260.38** |
| Less Prior Payments | ($8,412.88) |  | ($8,412.88) |
| **Net Claim Payable** | **$41,218.50** | **$8,371.00** | **$32,847.50** |

# LOUISIANA HURRICANE MEDIATION PROGRAM
## SETTLEMENT AGREEMENT

Claim Number __S 11 346 8259__
AAA Case Number __69-407- 4430-06__

It is hereby agreed by and between __Donna Weathersby__, the homeowner presenting this claim and __Allstate__, the homeowner's insurance company as follows:

1. __Allstate__, insurance company, shall pay to __Donna Weathersby__, the homeowner, the sum of $__32,947.50__ dollars within __7__ days.

2. This settlement amount is full, complete, and a total final payment by the insurance company to the homeowner for the claim brought to the mediation. Both parties release any and all claims of any kind whatsoever against one another, except that if the homeowner discovers additional insured damage that was not known to the parties prior to this mediation, the insured may file a supplemental claim which shall be treated as a new claim.

3. This settlement agreement has been entered into as part of the Louisiana Hurricane Mediation Program, Emergency Rule 22. Said agreement was signed pursuant to the mediation and was executed voluntarily by each. Each party represents that they have full authority to enter into this agreement and are the appropriate parties to sign this agreement. Both parties further acknowledge that they had or have had the opportunity to seek independent counsel and are signing this agreement with such knowledge.

Lastly, both parties recognize that this is a final and enforceable contract, with the exception being that the homeowner, if not represented by counsel at this mediation, shall have three (3) working days within which to rescind this agreement, unless the homeowner has already cashed the check provided herein by the insurance company.

Dated this __21st__ day of __September__, 2006.

_____
Homeowner,

_____
Insurance Company

EXHIBIT N