## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br> ---------------------------------------------------------- <br><br> PERTAINS TO: <br> INSURANCE (2007-08772) <br><br> * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | *  CIVIL ACTION NO. 05-4182 "K" (2) <br> * <br> * <br> *  JUDGE DUVAL <br> * <br> * <br> * <br> *  MAGISTRATE WILKINSON |

### NON-PARTY PILOT CATASTROPHE SERVICES, INC.'S OBJECTION TO AND MOTION TO QUASH RULE 30(b)(6) NOTICE OF VIDEOTAPED DEPOSITION

**MAY IT PLEASE THE COURT:**

For the reasons set out in the following Memorandum in Support, Pilot Catastrophe Services, Inc. ("Pilot"), a non-party to the above civil action, files an Objection to and Motion to Quash Rule 30(b)(6) Notice of Videotaped Deposition ("Deposition Notice").

**WHEREFORE**, Pilot respectfully requests that this Court quash the Deposition Notice stating that Pilot does not have to otherwise respond to the Deposition Notice.

1

y

Respectfully submitted,

*CHOPIN, WAGAR, RICHARD & KUTCHER, LLP*

By:  */s/ Robert A. Kutcher*
**ROBERT A. KUTCHER (T.A.) (#7895)**
**NICOLE S. TYGIER (#19814)**
**CASSIE E. FELDER (#27805)**
Two Lakeway Center, Suite 900
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 830-3845
Facsimile: (504) 836-9543

*Attorneys for Pilot Catastrophe Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed.  I further certify that I emailed and faxed the foregoing document and the notice of electronic filing to any non-CM/ECF participant.

 */s/ Robert A. Kutcher*