UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 "K" (2) |
| ------------------------------------------------------- | * <br> * | JUDGE DUVAL |
| PERTAINS TO:<br>INSURANCE (2007-08772) | * <br> * <br> * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF DOMICILE BY DESIGNATED AGENT OF PILOT CATASTROPHE SERVICES, INC.

On this 20th of May, 2008, before the undersigned Notary Public in and for the State of Alabama, County of Mobile, came and appeared the designated agent for Pilot Catastrophe Services, Inc., who, being duly sworn, acknowledged to me that

1.

I am the Comptroller of Pilot Catastrophe Services, Inc., and have been since July 5, 1989. In that capacity, I have personal knowledge of the matters to which I attest.

1

2.

The domicile and principal place of business of Pilot Catastrophe Services, Inc. is Mobile, Alabama, which is more than 100 miles away from New Orleans, Louisiana.

Further Affiant sayeth not.

_____
TERRY L. AUCOIN

*Sworn to and subscribed before*

*me, Notary, this* 20 *day of*

May, 2008.

_____
NOTARY PUBLIC

John C. Bell
Notary's Printed Name

My Commission Expires: 4-15-2012