UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| ----------------------------------------------------------- | * * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (2007-08772) | * * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF HEARING ON
NON-PARTY PILOT CATASTROPHE SERVICES, INC.'S
OBJECTION TO AND MOTION TO QUASH
RULE 30(b)(6) NOTICE OF VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that Pilot Catastrophe Services, Inc., through undersigned counsel, shall bring its Objection to and Motion to Quash Rule 30(b)(6) Notice of Videotaped Deposition on for hearing in the United States District Court for the Eastern District of Louisiana, on the 4th day of June, 2008, at 11:00 o'clock a.m., to be heard before the Honorable Joseph C. Wilkinson, Jr.

    Respectfully submitted,

    *CHOPIN, WAGAR, RICHARD & KUTCHER, LLP*

    By:    */s/ Robert A. Kutcher*
         **ROBERT A. KUTCHER (T.A.) (#7895)**
         **NICOLE S. TYGIER (#19814)**
         **CASSIE E. FELDER (#27805)**
         Two Lakeway Center, Suite 900
         3850 N. Causeway Boulevard
         Metairie, Louisiana 70002
         Telephone: (504) 830-3845
         Facsimile: (504) 836-9543
         *Attorneys for Pilot Catastrophe Services, Inc.*

1

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 20th day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I emailed and faxed the foregoing document and the notice of electronic filing to any non-CM/ECF participant.

                */s/ Robert A. Kutcher*