UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**LAFARGE NORTH AMERICA'S FIRST PRELIMINARY WITNESS AND EXHBIT LIST REGARDING CLASS CERTIFICATION**

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935), Lafarge North America Inc. ("LNA") submits this preliminary witness and exhibit list regarding class certification.

LNA has prepared this preliminary list on the basis of its best efforts and the information currently available. It is necessarily limited because (a) plaintiffs have only recently filed their class certification motion and have not supplied any expert reports on class certification nor responded to LNA's interrogatory calling for a trial plan; and (b) class certification discovery in this case is continuing and will not close until late 2008. LNA will supplement this list on the 20th of each month, as directed by Case Management and Scheduling Order No. 7.

**Preliminary List of Fact and Expert Witnesses**

1. Ethel Mumford
   c/o Barge PSLC
   Facts and circumstances surrounding claims for damages in this case, including nature and extent of various harms alleged.

2. Josephine Richardson:
   Facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

3. Jimmie Harris:
   Facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

4. Kismit Bougere
   c/o Barge PSLC
   Facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

5. Michael Riche
   c/o Barge PSLC
   Facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

6. Jacob R. Glaser
   c/o Barge PSLC
   Facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

7. Herman Koch
   c/o Barge PSLC
   Facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

8. Rico Sutton
   c/o Barge PSLC
   Facts and circumstances surrounding claim for damages in this case, including nature and extent of various harms alleged.

9. Joseph Nicholas Suhayda, Ph.D.
   Coastal Oceanographic Consultant
   Joseph Suhayda & Associates
   285 Sunset Blvd.
   Baton Rouge, LA  70808
   Resume attached as Exh. E

    Expert in hydrology and coastal studies to address sources of flooding and causes of flooding during Hurricane Katrina, including movement of water in the relevant waterways.

10.     Elissa P. Benedek, M.D.
    2311 E Stadium Blvd
    Suite 111
    Ann Arbor, MI  48104
    and/or
    Cheryl D. Wills, M.D.\
    Case Western Reserve University
    5247 Wilson Mills Road, PMB 452
    Cleveland, OH  44143
    Experts in psychiatry and mental health to address whether personal injury in the form of mental distress can be assessed or evaluated on a class-wide basis.

11.     William J. Thomassie, P.E.
    Infinity Engineering Consultants, LLC
    P.O. Box 24219
    New Orleans, LA  70184-0219
    Expert in structural engineering and damage assessment to address whether causation of damage and extent of damage to homes can be evaluated on a class-wide basis.

12.     Kenneth J. Boudreaux, Ph.D.
    Professor of Economics and Finance
    A.B. Freeman School of Business
    Tulane University
    New Orleans, LA
    Expert in business and finance to address whether claims for business loss can be assessed or evaluated on a class-wide basis as alleged by plaintiffs.

13.     Wade R. Ragas, Ph.D., MAI
    President
    Real Property Associates, Inc.
    3017 Harvard Avenue
    Suite 204
    Metairie, LA  70006
    Expert in real estate markets and appraisal to address whether alleged property damage claims (including alleged diminution in value) can be assessed or evaluated on a class-wide basis as alleged by plaintiffs.

14.     To the extent that the class certification hearings in the MRGO and Barge tracks are handled simultaneously, LNA may elect to rely on fact and expert witnesses advanced by the MRGO defendants on issues where their testimony would be germane to the Barge track as well, as a means of streamlining the hearing and avoiding repetition.

**Preliminary List of Exhibits**

<u>Note:</u>  LNA has only just received plaintiffs' motion for class certification and has not yet determined what exhibits it will seek to introduce at the class hearing.  Nevertheless, the list below includes some of the types of documents it expects to include in its presentation.  LNA will supplement on a monthly basis as called for by the CMO #7.

1. Records produced by named representative plaintiffs concerning claims for real property damage, personal property damage, emotional distress, business loss, and other damage claims. Plaintiffs have yet to make a proper document production in response to LNA's discovery requests served in September 2008, and thus LNA is unable to supply Bates Numbers or other identifying information.

2. Plaintiffs' interrogatory responses and responses to LNA's requests for admissions.

3 Transcripts of depositions of representative plaintiffs and other witnesses deposed to date, including putative class members deposed as fact witnesses in the case.

4. IPET, ILIT, and Team Louisiana reports and conclusions regarding multiple sources and causes of flooding in the proposed class area.

5. SF-95 claim forms and insurance claims documents respecting claims for damage to homes, property and persons within the class area.

6. Maps, photos, and/or other depictions of the class area to be identified and determined by counsel.

7. Photographs of varying property damage within the proposed class area, including variations in the cause and extent of damage.

8. Any and all exhibits identified by the MRGO defendants in opposing the plaintiffs' class certification motion.

LIBW/1678027.2

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

### Certificate of Service

I do hereby certify that I have on this 20th day of May, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock