UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:  MRGO

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL
MAG. WILKINSON

## MRGO DEFENDANTS' EIGHTH PRELIMINARY LIST OF WITNESSES FOR POTENTIAL MERITS TRIAL(S)

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) ("CMO 7"), the undersigned Defendants submit this eighth preliminary list of fact and expert witnesses that may or will be called to testify at any trial(s) on the merits.

This witness list is submitted jointly, by all MRGO Defendants, in order to comply with the Court's CMO 7, but the joint nature of this list does not mean that each defendant necessarily adopts, approves, or endorses each witness named on this list.

Although the MRGO Defendants have endeavored in good faith to prepare this eighth preliminary witness list, it is necessarily limited, because discovery in this case is not complete, and will not close until March 2009.  Consequently, MRGO Defendants have prepared this preliminary list on the basis of their best efforts and the information currently available, and submit this list in accordance with the Court's CMO 7 and

927346v.1

subject to later supplementation on the 20th day of every month as directed in CMO 7.

CMO 7, § IV(A)(1).[1]

### FACT WITNESSES

Christopher Accardo
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject Matter:  Maintenance of the MRGO

Walter Baumy
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

John Bivona
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design and construction of the MRGO

---

[1] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

927346v.1

Richard Broussard
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

Jerry Colletti
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Levee inspections

Michelle Daigle
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Maintenance of the MRGO

3

Gillen, Gerald III
Assistant Director - Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122
Subject matter:  The Gulf Intracoastal Waterway ("GIWW") and the Inner-Harbor Navigational Canal ("IHNC")

Ronald C. Goldman, P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay Street
Vicksburg, MS  39183
Subject matter:  Hydrological mapping and data relating to the Lake Pontchartrain and Vicinity Hurricane Protection Plan ("LPVHPP")

Geneva Grille, P.E.
110 Noble Drive
Belle Chasse, LA  70037
Subject Matter:  The engineering interface between the U.S. Army Corps of Engineers and the Louisiana Department of Transportation, Lake Borgne Levee District ("L.B.L.D."), Orleans Levee District ("O.L.D.") and various contractors regarding the LPVHPP

Lee A. Guillory, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Washington Group International, Inc.'s ("WGII") work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between 1999 and May 2005, pursuant to Task Order 26

927346v.1

Sue Hawes
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Wetlands

Mark Huber
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Hydrology of MRGO

Victor Landry
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA  70124
<u>Subject matter</u>:  The Gulf Intracoastal Waterway ("GIWW") and the IHNC

Melvin M.L. McElwee, Sr.
14154 Rev. Joseph White Road
Independence, LA  70443
<u>Subject matter</u>:  Experience(s) excavating along the IHNC

Gregory Miller
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Wetlands

927346v.1

James A. Montegut
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between early 2000 and May 2005, pursuant to Task Order 26

Alfred Naomi
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  LPVHPP project management

Richard Pinner
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Geotechnical analysis of soil

Nancy Powell
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Hydrology of MRGO

927346v.1

Stephen C. Roe
14054 West Cornell Avenue
Lakewood, CO  80228
Subject matter:  WGII's work for the U.S. Army Corps of Engineers in the East
Bank Industrial Area of New Orleans between July 1999 and June 2001, pursuant
to Task Order 26

Edmund Russo
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Maintenance of the MRGO

Phillip L. Staggs
225 S. Tropical Trail
Meritt Island, FL  32952
Subject matter:  WGII's work for the U.S. Army Corps of Engineers in the East
Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant
to Task Order 26

Gerard S. Satterlee, Jr., P.E.
1100 Poydras St., Suite 1550
New Orleans, LA 70163
Subject matter:  Levee design, construction, and maintenance

Spencer, Stevan G., P.E.
Executive Director - Orleans Levee District
New Orleans, LA 70122
Subject matter:  The GIWW and the IHNC

David V. "Vann" Stutts
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

927346v.1

Richard Varuso
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

Harley Winer
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Effects of storm surge on the MRGO

927346v.1

**EXPERT WITNESSES**

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| **Charles T. Brigden**<br>Clarion Associates, Inc.<br>601 South LaSalle Street<br>Suite 600<br>Chicago, IL  60605 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | commercial and private real estate appraisal, feasibility studies, and market studies |
| **Prof. Robert A. Dalrymple**<br>Civil Engineering Department<br>210 Latrobe Hall<br>Johns Hopkins University<br>Baltimore, MD  21218 | Washington Group International, Inc. | civil and coastal engineering (including storm surge, waves, water flow, overtopping and tides) in connection with the breaches along the eastside of the Industrial Canal |
| **Bruce A. Ebersole, P.E.**<br>Chief, Flood & Storm Protection Division<br>Coastal & Hydraulics Laboratory, USACE | The United States | civil hydrology engineering/hydrodynamic loadings/levee walls/ influences of MRGO |
|  |  |  |
| **Steve Fitzgerald**<br>Harris County Flood Control District, Houston, TX | The United States | hydrology/interior drainage |
| **Michael W. Flores, P.E.**<br>GCR & Associates, Inc.<br>UNO Research and Technology<br>Park<br>2021 Lakeshore Drive<br>Suite 100<br>New Orleans, LA  70122 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | land surveying |

927346v.1

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| **Jeff Harris** Hydrologic Engineering Center USACE | The United States | storm surge modeling, hydrology |
| **Brian Jarvinen** Formerly with National Hurricane Center | The United States, Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage and Water Board, and Washington Group International, Inc. | meteorology/storm surge research, modeling and reporting/results of storm surge events and effects |
| **William Klein, Jr.** General Biologist, Ecological Planning and Restoration Section, Environmental Branch, New Orleans District USACE | The United States | wetlands/environmental compliance |
| **David L. Kriebel, Ph.D., P.E.** 745 Buckeye Court Millersville, MD  21108 | The United States, Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | coastal and ocean engineering |
| **Paul D. Kuhlmeier, Ph.D., P.E., P.G.** 5296 E. Softwood Drive Boise, ID  83716 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and | hydrology, hydraulics, and hydrological and geological engineering |

10

927346v.1

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| | Sewerage & Water Board | |
| **Dr. Reed L. Mosher** Chief Structural Mechanics Division, USACE | The United States | civil geotechnical engineering/project evaluation/ performance assessment |
| **Erik L. Nelson, Ph.D., P.E.** 2740 Dallas Parkway Suite 220 Dallas, TX  75093 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | architectural engineering |
| **Gib A. Owen** Chief, Ecological Planning and Restoration Section, Environmental Branch, New Orleans District USACE | The United States | wetlands/environmental compliance |
| **Billy R. Prochaska, P.E.** 9935 Hillyard Baton Rouge, LA  70809 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | geotechnical engineering |
| **Dr. Donald T. Resio** Senior Scientist Coastal & Hydraulics Laboratory USACE | The United States | hydrodynamic forces/oceanography/ wind and wave interaction and probability analysis |

927346v.1

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| | | |
| **James A. Richardson, Ph.D.** 3200 CEBA Building Louisiana State University Baton Rouge, LA  70803 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | economics |
| **Gregory C. Rigamer** GCR & Associates, Inc. UNO Research and Technology Park 2021 Lakeshore Drive Suite 100 New Orleans, LA  70122 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | demographics, cultural heritage and urban planning |
| **Richard W. Roddewig, MAI** Clarion Associates, Inc. 601 South LaSalle Street Suite 600 Chicago, IL  60605 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | commercial and private real estate appraisal, feasibility studies, and market studies |
| **Deborah Senn, Esq.** Deborah Senn Expert Services Seattle, Washington | The United States | insurance |
| **Dr. Leonard A. Shabman** Resources for the Future Washington, DC | The United States | decision making |
| **Francisco Silva-Tulla, Sc.D., P.E. and T. William Lambe, Sc.D., P.E.** GeoEngineering and | Washington Group International, Inc. | civil and geotechnical engineering relating to the cause of failure of the levee/ floodwalls along the |

927346v.1

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| Environment<br>12 Baskin Road<br>Lexington, MA  02421 | | eastside of the Industrial Canal |
| **Michael W. Truax, MAI**<br>Truax, Robles & Baldwin, LLC<br>3045 Ridgelake Drive<br>Suite 100<br>Metairie, LA  70002 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, and Sewerage & Water Board | commercial and private real estate appraisal |
| **Prof. Kerry D. Vandell**<br>The Paul Merage School of Business, University of California-Irvine<br>429 SB<br>Irvine, CA  92697 | Washington Group International, Inc. | economics; proposed class allegations of diminution of real estate values |
| **David A. Vigh, Ph.D.**<br>Environmental Team Leader, Mississippi Valley Division<br>USACE | The United States | wetlands/environmental compliance |
| **Jeffrey C. Walker**<br>SAIC, GSTI Division | The United States | LIDAR |
| **Dr. Joannes Westerink**<br>Dept. Of Civil Engineering & Geological Sciences, University of Notre Dame | The United States | storm surge modeling |
| **Dr. Thomas F. Wolff**<br>Associate Dean for Graduate Studies, College of Engineering Michigan State | The United States | geotechnical engineering |

927346v.1

| EXPERT | SPONSORING PARTY | SUBJECT MATTER/ EXPERTISE |
|---|---|---|
| University | | |
| **Dr. Douglas Woolley** Retired Prof. Economics Radford University | The United States | decision making |
| **David B. Zilkoski** Director, National Geodetic Survey, National Ocean & Atmospheric Administration | The United States | geodetic datums |

Dated:  May 20, 2008                                    Respectfully submitted,


*/s/Gary M. Zwain*
Gary M. Zwain, 13809
Lawrence J. Duplass, 5199
         Of
Duplass, Zwain, Bourgeois, Morton, Pfister
& Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

Attorneys for Board of Commissioners for
the Lake Borgne Basin Levee District

*/s/Ralph S. Hubbard III*
Ralph S. Hubbard III, T.A., 7040
Joseph P. Guichet, 24441
         Of
Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:   (504) 310-9195

Attorneys for St. Paul Fire and Marine
Insurance Company

927346v.1

*/s/Thomas P. Anzelmo*
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
      Of
McCranie, Sistrunk, Anzelmo, Hardy,
  Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
      Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the Board of Commissioners
for the Orleans Levee District

*/s/Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
      Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Of counsel
Adrian Wager-Zito
Julia E. McEvoy
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Attorneys for Washington Group
International, Inc.

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorney for United States

927346v.1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Eighth Preliminary List of Witnesses For Potential Witnesses Trial has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of May, 2008.

*/s/Heather S. Lonian*
Heather S. Lonian

927346v.1