UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO: 05-4182 |
| PERTAINS TO: INSURANCE | * | SECTION "K" (2) |
| *Acevedo C.A. No. 07-5208* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel come EDWIN G. PREIS, JR. and CATHERINE M. LANDRY, Attorneys for WNC FIRST INSURANCE SERVICES, who move this Honorable Court for leave to enroll as counsel of record for WNC First Insurance Services in the above-captioned matter.

WHEREFORE, EDWIN G. PREIS, JR. and CATHERINE M. LANDRY respectfully request that the Court grant this motion and permit the enrollment of counsel as requested herein.

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation)

BY: _/s/ Catherine M Landry_
EDWIN G. PREIS, JR. (#10703)
CATHERINE M. LANDRY (#25750)
Post Office Drawer 94-C
Lafayette, Louisiana 70509
Telephone: (337)237-6062
Fax: (337)237-9129

Counsel for WNC FIRST INSURANCE SERVICES

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2008, a copy of the foregoing Ex Parte Motion to Enroll Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

_____
CATHERINE M. LANDRY

1518694