UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| ************************************************* | | |
| PERTAINS TO: | * * | |
| INSURANCE 07-3397 (Pierre v. Allstate) | * | |
| ************************************************* | | |

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that the defendant, Allstate Insurance Company, be and is hereby granted leave of Court to file its Motion to Enforce Settlement Agreement herein.

Thus signed in New Orleans, Louisiana this _____ day of May, 2008.

_____
U.S. DISTRICT JUDGE