UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION* | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE  07-3397  (Pierre v. Allstate) | * | |

### MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE MOTION TO ENFORCE SETTLEMENT AGREEMENT

MAY IT PLEASE THE COURT:

At the time of the passage of Hurricane Katrina the plaintiff, Brenda Ann Jean-Pierre, owned certain property located at 1630 Choctaw Street, New Orleans, Louisiana 70117. Ms. Jean-Pierre, after sustaining damages from Hurricane Katrina, filed suit and became part of the severed "Shelton" mass action, which is currently subject to a Stay Order issued by this Court.

In the plaintiff's First Supplemental and Amending Complaint, the plaintiff alleges that she sustained damages caused by wind, wind driven rain, flooding and water entering

the City of New Orleans, etc. as a result of the events of Hurricane Katrina.

Your defendant herein, Allstate Insurance Company, had issued a homeowners policy that was in full force and effect as of the time of the passage of Hurricane Katrina and which offered homeowners protection to the Ms. Jean-Pierre.

However, the policy issued by Allstate Insurance Company contained an exclusion of coverage for flood damage, and the recent decision by the Court in *Sher v. Lafayette Ins. Co.*, 2008 WL 928486 (La. 2008), appears to have put to rest the issue of whether the plaintiffs herein can continue to maintain a claim for flood damages against Allstate as her homeowners carrier.

Accordingly, the only claim remaining for these plaintiffs against Allstate Insurance Company would be the claim under the homeowners policy for wind damages. By way of the Motion to Enforce Settlement Agreement and to dismiss claim, that Allstate seeks to file herein, Allstate suggests that the plaintiff has resolved all of her claims under the homeowners policy.

Therefore, this is a matter that seems appropriate for dismissal and removal from this Court's docket. Accordingly, and for the reasons set forth, Allstate Insurance Company requests leave of Court to file its Motion to Enforce Settlement Agreement.

Respectfully submitted,

/s/ Scott G. Jones
SCOTT G. JONES #14408
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile:   985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)