UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES* | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| *CONSOLIDATED LITIGATION* | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| **************************************************** | | |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE 07-3397 (Pierre v. Allstate) | * | |
| **************************************************** | | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel, comes the defendant herein, Allstate Insurance Company ("Allstate"), which respectfully suggests to the Court that the plaintiff, Brenda Ann Jean-Pierre, has stated causes of action in this matter for damages to her home, arising out of the events of Hurricane Katrina, and brought about either from wind, wind driven rain, or flood waters.

As will be more fully set forth in the attached Memorandum, Allstate avers that the plaintiff's flood claims were excluded under the provisions of the homeowners policy, and, in light of the Court's recent decisions in *Sher v. Lafayette Ins. Co.*, 2008 WL 928486 (La.

2008), the plaintiff herein no longer has a viable claim for flood damages against Allstate under this homeowners policy.

Further, and more significantly, Allstate will further show that the plaintiff has already resolved her "wind" claims under the homeowners policy by way of a mediation that was previously held in this case on August 4, 2006.

Accordingly, and for all of these reasons, Allstate requests an Order by this Court enforcing its settlement agreement herein and dismissing the plaintiff's claim, with prejudice.

Respectfully submitted,

/s/ Scott G. Jones
SCOTT G. JONES #14408
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile:  985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)