UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:              *
                          *
INSURANCE 07-3397 (Pierre v. Allstate)   *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Ex Parte Motion to Enforce Settlement Agreement filed herein by Allstate Insurance Company;

IT IS HEREBY ORDERED that the Motion filed by Allstate be and is hereby GRANTED and the plaintiff's claims against Allstate Insurance Company, its homeowners carrier, be and are hereby DISMISSED, with prejudice, plaintiffs to bear all costs.

Thus signed in New Orleans, Louisiana this _____ day of May, 2008.

_____
U.S. DISTRICT JUDGE