# LOUISIANA HURRICANE MEDIATION PROGRAM
## *SETTLEMENT AGREEMENT*

Claim Number 511410 9274
AAA Case Number 69 407 7499 06

It is hereby agreed by and between BRENDA JEANPIERRE, the homeowner presenting this claim and ALLSTATE, the homeowner's insurance company as follows:

1. ALLSTATE, insurance company, shall pay to BRENDA JEANPIERRE, the homeowner, the sum of $2,764.50 dollars within —0— days.

2. This settlement amount is full, complete, and a total final payment by the insurance company to the homeowner for the claim brought to the mediation. Both parties release any and all claims of any kind whatsoever against one another, except that if the homeowner discovers additional insured damage that was not known to the parties prior to this mediation, the insured may file a supplemental claim which shall be treated as a new claim.

3. This settlement agreement has been entered into as part of the Louisiana Hurricane Mediation Program, Emergency Rule 22. Said agreement was signed pursuant to the mediation and was executed voluntarily by each. Each party represents that they have full authority to enter into this agreement and are the appropriate parties to sign this agreement. Both parties further acknowledge that they had or have had the opportunity to seek independent counsel and are signing this agreement with such knowledge.

Lastly, both parties recognize that this is a final and enforceable contract, with the exception being that the homeowner, if not represented by counsel at this mediation, shall have three (3) working days within which to rescind this agreement, unless the homeowner has already cashed the check provided herein by the insurance company.

Dated this 4TH day of AUGUST, 2006.

_____          _____
Homeowner                        Insurance Company

EXHIBIT
"A"