UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
            CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE                           SECTION "K"(2)
            <u>ACEVEDO, 07-5208</u>

## ORDER

Considering the Motion for Limited Reopening and to Enroll Additional Counsel by WNC First Insurance Services (Rec. Doc. 13171), accordingly

**IT IS ORDERED** that the Motion is **GRANTED**. The stay in the above-captioned matter shall be lifted for the limited purpose of considering the Motion to Enroll Counsel; and

**IT IS FURTHER ORDERED** that Edwin G. Preis, Jr. and Catherine M. Landry are hereby enrolled as counsel of record for WNC First Insurance Services.

New Orleans, Louisiana, this   21st   day of May, 2008.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE