UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 2005-4182 SECTION "K", MAG. 2 |
| PERTAINS TO: INSURANCE "Abadie, No. 07-5112" | * * * | JUDGE: STANWOOD R. DUVAL, JR. |

## ORDER

CONSIDERING THE FOREGOING Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice,

IT IS HEREBY ORDERED that any and all claims of plaintiffs, ANNE WILLIAMS, RUBY MAE RAY, MARY AGNES SCHROEDER, STEVEN SMITH, ERNESTINE MARTIN, CAFFIE SOLOMON, GERALDINE LASTIE, MARY WILLIAMS, AND ROSA YOUNG, against defendant, SECURITY PLAN FIRE INSURANCE COMPANY, in the above-captioned and numbered matter, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, plaintiffs and defendant to bear their own costs.

New Orleans, Louisiana this __21st__ day of __May__, 2008.

_____
United States District Judge