MINUTE ENTRY
WILKINSON, M. J.
MAY 16, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Katz</u>, 06-4155 | JUDGE DUVAL<br>MAG. WILKINSON |

A followup status conference was conducted in the referenced case, <u>Marlene Katz v. State Farm Fire and Casualty Company et al.</u>, C.A. No. 06-4155 c/w 05-4182, on this date before the undersigned magistrate judge. Participating via telephone were Terrence Lestelle, representing plaintiff and Andrea Fannin, representing defendants. This is a case which was bifurcated and referred to me by the presiding district judge for individualized evaluation and handling. Record Doc. No. 7463.

The status of settlement was discussed. It appears from my prior discussions with counsel and from the oral representations of counsel during the followup conference that this is <u>not</u> a case that might benefit from further consolidated treatment with other cases in the Insurance umbrella of the captioned consolidated litigation. Now that the Louisiana Supreme Court has rendered its decision in <u>Sher</u> concerning the flood exclusion in a manner consistent

MJSTAR:  0 : 20



MAY 16 2008
TRANSFERRED TO
SECT. R

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_

with the Firth Circuit's decision on the same legal issue in the captioned consolidated litigation, there is no reason for the <u>Katz</u> case to remain in the consolidated litigation. Accordingly, having conferred with Judge Duval, who agrees with the actions contained herein in these circumstances,

**IT IS ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 06-4155 on the docket of C.A. No. 06-4155, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "R", where it was originally allotted before its transfer to this consolidated litigation, for future proceedings in Section "R"(2).

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

<u>CLERK TO NOTIFY:</u>
**HON. STANWOOD R. DUVAL, JR.**
**HON. SARAH S. VANCE**