LAW OFFICES OF
ASHTON R. O'DWYER, JR.
821 BARONNE STREET
NEW ORLEANS, LA 70113
TELEPHONE: (504) 679-6166
FACSIMILE: (504) 581-4336

May 20, 2008



**VIA FACSIMILE**
504-589-7633

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court, Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Re:  IN RE KATRINA CANAL BREACHES
     CONSOLIDATED LITIGATION
     C.A. NO. 05-4182 "K"(2) and
     CONSOLIDATED CASES

Dear Magistrate Judge Wilkinson:

Your Honor may recall that at oral argument on a Motion for Reconsideration on April 2nd, Your Honor responded, "I don't recall", when asked "on the record" when Your Honor had first become aware of the representation of the State of Louisiana in this litigation by Daniel Becnel and/or by Calvin Fayard. (Record Document No. 12458, page 7, line 15). Your Honor will also recall that following oral argument on April 2nd, I transmitted a facsimile to Your Honor, respectfully requesting that Your Honor attempt to reconstruct when he first became aware of the representation of the State by Messrs. Becnel or Fayard, and how. A copy of my facsimile to Your Honor of April 2nd is attached.

I respectfully submit that these inquiries are directly relevant to the integrity of the "Victims of KATRINA" litigation, which I aver has been irreparably compromised by Messrs. Becnel and Fayard, and by those of their ilk. Accordingly, I respectfully request Your Honor's attempting to answer my very simple question(s).

Respectfully,

Ashton R. O'Dwyer, Jr.

cc:  All Counsel of Record (via E-mail)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____