**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                      NO. 05-4182
PERTAINS TO: INSURANCE
    *Robert Adams, et al #07-4459*                SECTION "K" (2)

_____

**MOTION FOR LIMITED REOPENING OF CASE**
**AND PARTIAL MOTION TO DISMISS**

Now into Court, through undersigned counsel comes plaintiff, Marie M. Lewis, upon suggesting to the

Court her claim against State Farm has been settled by another attorney in another lawsuit, moves to

dismiss her claim only, with full reservation of rights of all other plaintiffs in this matter, against State

Farm, only.


        Respectfully submitted,



        BY: _____
            Stuart Barasch (LA Bar # 20650)
            Hurricane Legal Center
            910 Julia Street
            New Orleans, LA 70113
            ATTORNEY FOR PLAINTIFFS