UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  INSURANCE<br>*Robert Adams, et al   #07-4459* | CIVIL ACTION<br><br>NO.  05-4182<br><br>SECTION "K" (2) |

## ORDER

Considering the foregoing Motion To Dismiss of plaintiff, Marie M. Lewis against State Farm, only,

IT IS ORDERED that her lawsuit against State Farm, only, is dismissed with full reservation of all other plaintiffs in this matter, against State Farm, only.

New Orleans, LA, this ____ day of _____, 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**