**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES               CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                      NO. 05-4182
PERTAINS TO: INSURANCE
    *Rafael & Dioigna Acevedo, et al   #07-5199*               SECTION "K" (2)
_____

**MOTION TO DISMISS**

    Now into Court, through undersigned counsel come plaintiffs, Rafael & Dioigna Acevedo, et al, upon suggesting to the Honorable Court they desire to dismiss their claim against Financial Assurance Life Insurance Company (FALIC) only, with full reservation of rights against all other defendants in this matter, moves to dismiss Financial Assurance Life Insurance Company, only, as of nonsuit.

    Respectfully submitted,

        BY: _____
            Stuart Barasch (LA Bar # 20650)
            Hurricane Legal Center
            910 Julia Street
            New Orleans, LA 70113

ATTORNEY FOR PLAINTIFFS