**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br>    *Rafael & Dioigna Acevedo, et al   #07-5199* | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

___

**ORDER**

Considering the foregoing Motion To Dismiss of plaintiffs, *Rafael & Dioigna Acevedo, et al* against Financial Assurance Life Insurance Company (FALIC) only,

IT IS ORDERED that plaintiffs' lawsuit against Financial Assurance Life Insurance Company, only, is dismissed with full reservation of all rights against all other defendants, as of nonsuit.

New Orleans, LA, this ____ day of _____, 2008

\

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**