UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>   *Robert Adams, et al #07-4459* | SECTION "K" (2) |

_____

**MOTION FOR LIMITED REOPENING OF CASE**
**AND PARTIAL MOTION TO DISMISS**

Now into Court, through undersigned counsel come plaintiffs, Isidore deLanzac and Iris Gereighty, upon suggesting to the Court to dismiss their claim only against State Farm only with full reservation of rights of all other plaintiffs in this matter, against State Farm, only.

Respectfully submitted,

BY: _____
   Stuart Barasch (LA Bar # 20650)
   Hurricane Legal Center
   910 Julia Street
   New Orleans, LA 70113
   ATTORNEY FOR PLAINTIFFS