UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>    *Acevedo, et al #07-5208* | SECTION "K" (2) |

_____

## MOTION FOR LIMITED REOPENING OF CASE
## AND PARTIAL MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel come plaintiff, Iona Boseman, upon suggesting to the Court that she wishes to dismiss her claim against Lafayette Insurance Company, only, moves to dismiss her claim only with full reservation of rights of all other plaintiffs in this matter, against Lafayette Insurance Company, only.

        Respectfully submitted,

        BY: _____
              Stuart Barasch (LA Bar # 20650)
              Hurricane Legal Center
              910 Julia Street
              New Orleans, LA 70113
              ATTORNEY FOR PLAINTIFFS