UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>*Abram, Chudd & Arvis, et al  # 07-5205* | SECTION "K" (2) |

_____

## MOTION FOR LIMITED REOPENING OF CASE
## AND PARTIAL MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel come plaintiffs, Sandra and Jonathon Martin, upon suggesting to the Court that they wish to dismiss their claim against Lafayette Insurance Company, only, move to dismiss their claim only, with full reservation of rights of all other plaintiffs in this matter, against Lafayette Insurance Company, only.

Respectfully submitted,

BY: _____
    Stuart Barasch (LA Bar # 20650)
    Hurricane Legal Center
    910 Julia Street
    New Orleans, LA 70113
    ATTORNEY FOR PLAINTIFFS