**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE KATRINA CANAL BREACHES                                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                               NO. 05-4182

PERTAINS TO: INSURANCE
    ***Abram, Chudd & Arvis, et al #07-5205***                 SECTION "K" (2)
_____


## <u>ORDER</u>

    Considering the foregoing Motion To Dismiss of plaintiffs, Sandra and Jonathon Martin against

Lafayette Insurance Company, only.


    IT IS ORDERED that their lawsuit against Lafayette Insurance Company, only, is dismissed

with full reservation of all other plaintiffs in this matter, against Lafayette Insurance Company, only.


New Orleans, LA, this _____ day of _____, 2008


                                        _____
                                        **STANWOOD R. DUVAL, JR.**
                                        **UNITED STATES DISTRICT JUDGE**