UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO:  ALL CASES | JUDGE DUVAL MAG. WILKINSON |

## ORDER ON MOTION

The Motion of the United States for a Protective Order Restricting Dissemination of Electronically Stored Information was filed in this matter on May 5, 2008.  Record Doc. No. 12957.  By order entered May 8, 2008, Record Doc. No. 13050, all parties were required to file their written opposition, if any, to the motion no later than May 15, 2008. No memorandum in opposition to the Motion of the United States for a Protective Order Restricting Dissemination of Electronically Stored Information, Record Doc. No. 12957, has been timely submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED**.  The proposed protective order will be separately entered.

New Orleans, Louisiana, this   20th   day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE