343-84

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RITA BOSKENT HENRY** | * | **CIVIL ACTION NO.: 07-9481** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | **SECTION "K"** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | **MAGISTRATE "2"** |

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

On January 31, 2008, Defendant, State Farm Fire and Casualty Company, forwarded to Plaintiff, Rita Boskent Henry, Interrogatories and Requests for Production of Documents pursuant to the Federal Rules of Civil Procedure, copies of which are attached hereto as Exhibit "A", in globo. At the time of this filing, State Farm Fire and Casualty Company has not received responses to this discovery.

Federal Rule of Civil Procedure 37 provides that "a party, upon reasonable notice to other parties and all persons affected thereby, may apply for an order compelling disclosure or discovery." Fed. R. Civ. P. 37 (a) (2006). Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, a party has thirty days from service to respond to interrogatories and requests for production of documents. More than five months have passed since Plaintiff received State Farm's discovery requests. These responses were due by March 2, 2008. State Farm's counsel sent a letter to Plaintiff on April 1, 2008 requesting Plaintiff's discovery responses. *See*

Correspondence to Plaintiff's counsel, dated April 1, 2008, attached as Exhibit "B". However, Plaintiff has yet to deliver these responses.

For the foregoing reasons and pursuant to Federal Rule of Civil Procedure 37, State Farm is entitled to an order compelling Plaintiff to serve State Farm with complete Answers to Interrogatories and Responses to the Requests for Production of Documents. State Farm is further entitled to an award of costs and attorney's fees incurred in bringing this motion.

                                        Respectfully submitted,
                                        BEAHM & GREEN

                                        /s/ Charles S. Green, Jr.
                                        **CHARLES S. GREEN, JR. (#21627)**
                                        **JOHN J. FISCHESSER II (#28351)**
                                        Attorneys for Defendant
                                        Suite 408
                                        145 Robert E. Lee Boulevard
                                        New Orleans, Louisiana 70124
                                        Telephone (504) 288-2000
                                        Facsimile (504) 288-2099
                                        charlie@beahm.com
                                        johnf@beahm.com

## CERTIFICATE

I hereby certify that on the 22nd day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        /s/ Charles S. Green, Jr.