343-84

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RITA BOSKENT HENRY** | * | **CIVIL ACTION NO.: 07-9481** |
| **VERSUS** | * | **JUDGE** |
| | * | **SECTION "K"** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | **MAGISTRATE "2"** |

### NOTICE OF HEARING

TO:     **Rita Boskent Henry**
*Through her counsel of record*
Michael C. Darnell, Esq.
Edwin R. Murray, Esq.
1540 N. Broad Street
New Orleans, Louisiana 70119

Bruce L. Feingerts, Esq.
365 Canal Street, Suite 2700
New Orleans, Louisiana 70130

PLEASE TAKE NOTICE that the Motion to Compel Answers to Interrogatories and Requests for Production of Documents filed by State Farm Fire and Casualty Company is set for hearing on the **11th** day of **June, 2008** at Room B437, 500 Poydras Street, New Orleans, Louisiana, 70130.

7

Respectfully submitted,
BEAHM & GREEN

_/s/ Charles S. Green, Jr._
**CHARLES S. GREEN, JR. (#21627)**
**JOHN J. FISCHESSER II (#28351)**
Attorneys for Defendant
Suite 408
145 Robert E. Lee Boulevard
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099
charlie@beahm.com
johnf@beahm.com

## CERTIFICATE

I hereby certify that on the 22nd day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_/s/ Charles S. Green, Jr._