MINUTE ENTRY
WILKINSON, M.J.
MAY 21, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
| | MAG. WILKINSON |

<u>Adams</u>, 07-4459
<u>Allen-Perkins</u>, 07-5204
<u>Adams</u>, 07-5206
<u>Worgan</u>, 07-8621
<u>Moore</u>, 07-8622
<u>Woniger</u>, 07-8623
<u>Gaubert</u>, 07-9768

### HEARING AND ORDER ON MOTIONS

APPEARANCES: Lawrence Centola, representing plaintiffs;[1] David Strauss, Sarah Monsour and Christian Garbett, representing defendant

MOTIONS: Plaintiffs' Motions for Leave to File Second Amended Complaint, Record Doc. Nos. 12907, 12908, 12910, 12911, 12912, 12913, 12914

---

[1] Although Mr. Centola appeared in court today, he is not enrolled as counsel of record in the captioned cases. He advised the court that he will contact the Clerk of Court and correct that error or omission.

MJSTAR: **0 : 25**

O R D E R E D:

 XXX : DENIED, subject to the reservation contained herein.  These motions seek to assert claims against a defendant, State Farm, which has filed a pending motion to dismiss, pursuant to the order of the presiding district judge, who has recently required that the status of claims against defendant State Farm in this large, consolidated litigation be addressed globally. That motion is set for hearing on June 11, 2008. Part of the basis for these plaintiffs' opposition to the global motion to dismiss is similar to their argument in support of these motions to amend.  Although the motions and amendments appear to assert some sort of claim under Louisiana's Valued Policy Law, which would be futile under the recent Fifth Circuit decision in Chauvin v. State Farm Fire &Cas. Co., 450 F. Supp. 2d 660 (E.D. La. 2006), aff'd, 495 F. 3d 232 (5th Cir. 2007); cite and appear to rely upon Louisiana procedural law concerning joinder that is inapplicable in this court; and may otherwise fail under the standards of Fed. R. Civ. P. 15 (which plaintiffs' motions fail to address), my primary concern is that the effect of granting the motions for leave to file amended complaints may be to conflict with what the district judge has done or to disrupt the global approach he has undertaken.  Under these circumstances, the motions are DENIED, but without prejudice to the requested relief being sought as part of whatever motion or opposition argument plaintiffs might desire to assert, raised in conjunction with the global motion to dismiss already noticed for hearing before the district judge.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**