MINUTE ENTRY
WILKINSON, M. J.
MAY 21, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Voth, 07-4393 | JUDGE DUVAL<br>MAG. WILKINSON |

A Preliminary Conference was conducted on May 21, 2008 in the referenced case, Kathryn Voth v. State Farm Fire and Casualty Insurance Company, C.A. No. 07-4393 c/w 05-4182.  Participating via telephone were Ryan Reece, representing plaintiff, and Peter Wanek, representing defendant.

This is a case which was bifurcated and referred to me by the presiding district judge for individualized evaluation and handling.  Record Doc. No. 12400.

The status of settlement was discussed. It appears from my prior discussions with counsel and from the oral representations of counsel during the conference that this is not a case that might benefit from further consolidated treatment with other cases in the Insurance umbrella of the captioned consolidated litigation. Now that the Louisiana Supreme Court has rendered its decision in Sher concerning the flood exclusion in a manner consistent with the

MJSTAR:  0 : 20

Firth Circuit's decision on the same legal issue in the captioned consolidated litigation, there is no reason for the Voth case to remain in the consolidated litigation. Counsel for both sides stated during the conference that they have no objection to the actions taken herein. Accordingly, having conferred with Judge Duval, who agrees with the actions contained herein in these circumstances,

**IT IS ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-4393 on the docket of C.A. No. 07-4393, and not on the docket of C.A. No. 05-4182.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**