IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-30357

United States Court of Appeals
Fifth Circuit
**F I L E D**
May 15, 2008
Charles R. Fulbruge III
Clerk

IN RE: KATRINA CANAL BREACHES LITIGATION

---

NEXTEL SOUTH CORP; SPRINT SPECTRUM LP; SPRINT COMMUNICATIONS COMPANY LP; ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND

   Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS

   Defendants - Appellees

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeals are dismissed as of May 15, 2008, for want of prosecution. The appellants' failed to timely order transcripts, make financial arrangements with court reporter and pay docketing fees for Notices of Appeals filed March 27, 2008.

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
    Nancy Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 15, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 08-30357 In Re: Katrina Canal
         USDC No. 2:07-CV-4841
                   2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate. (FOR NOTICES OF APPEALS (2) FILED MARCH 27, 2008)

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

                By: _____
                    Nancy Dolly, Deputy Clerk
                    504-310-7683

cc: w/encl:
    Mr Edward Dirk Wegmann

MDT-1