UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME<br>*Louisiana State*, C.A. No. 07-5528 | *<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON<br>* |

*************************************************************************

## MOTION TO FILE EXHIBIT UNDER SEAL

NOW INTO COURT come Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm, L.L.C.; Fayard & Honeycutt, A.P.C., McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case, all through their undersigned counsel, who respectfully move to file under seal Exhibit 10 to their post-hearing brief concerning State Farm Fire and Casualty Company and certain other insurer defendants' (collectively the "Insurers") motion to disqualify plaintiffs' private counsel. As stated more fully in the accompanying memorandum in support, which is incorporated herein by reference, counsel seek to submit certain confidential communications between counsel and their clients protected by the attorney-client privilege to this Court for *in camera* review in support of their post-hearing brief.

WHEREFORE, the movants respectfully request that the Court grant their motion and permit the filing under seal of Exhibit 10 to their post-hearing brief motion concerning the Insurers' motion to disqualify plaintiff's private counsel.

Respectfully submitted,

By: ___/s/ Thomas P. Owen, Jr.___

Richard C. Stanley, 8487
Thomas P. Owen, Jr., 28181
Melissa V. Beaugh, 28250
    Of
STANLEY, FLANAGAN &
REUTER, L.L.C
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

-and-

Basile J. Uddo, 10174
Attorney at Law
3445 North Causeway Boulevard
Suite 724
Metairie, Louisiana 70002
Telephone: (504) 834-1819
Facsimile: (504) 832-7208

Attorneys for Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm, L.L.C.; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2008, I electronically filed the Motion to File Exhibit Under Seal with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice. I further certify that I mailed the foregoing document and notice of electronic filing filed by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Thomas P. Owen, Jr.