UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION TO FILE EXHIBIT UNDER SEAL

NOW INTO COURT come Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm, L.L.C.; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C., along with their individual counsel who have appeared in this case, all through their undersigned counsel, who respectfully move to file under seal Exhibit 10 to their post-hearing brief concerning State Farm Fire and Casualty Company and certain other insurer defendants' (collectively the "Insurers") motion to disqualify plaintiffs' private counsel. In support of this request, the movants represent the following:

1.

The Insurers have moved to disqualify counsel because of, *inter alia*, alleged conflicts in representing the State of Louisiana in this case and individual homeowner insureds in other individual cases.

2.

As part of their response to these allegations, Plaintiff's counsel have asserted that all individual homeowner insureds who have received or are waiting to received Road Home benefits have executed agreements limiting the scope of counsel's representation and waiving any potential conflicts involving counsel's representation of the State.

3.

The documents that constitute Exhibit 10 are the letters and agreements between counsel and the individual homeowner insureds concerning counsel's representation of the insureds. As such, these letters constitute confidential communications with clients and contain information protected by the attorney-client privilege. Because those agreements will assist the Court in ruling on the motion to disqualify counsel, the movants desire to attach the agreements as Exhibit 10 to their post-hearing brief for *in camera* review by the Court.

4.

Although this Court is entitled to review these letters in order to decide whether counsel should be disqualified, the defendant Insurers enjoy no corollary entitlement to access privileged communications between Plaintiff's counsel and their clients. Therefore, the movants respectfully request that the Court permit the filing of Exhibit 10 under seal and review said exhibit only *in camera*.

5.

The submission of these agreements for *in camera* review does not constitute a waiver of the attorney-client or any other privilege. Therefore, all such privileges are expressly preserved.

WHEREFORE, the movants respectfully request that the Court grant their motion and permit the filing under seal of Exhibit 10 to their post-hearing brief motion concerning the Insurers' motion to disqualify plaintiff's private counsel.

Respectfully submitted,

By: /s/ Thomas P. Owen, Jr.

Richard C. Stanley, 8487
Thomas P. Owen, Jr., 28181
Melissa V. Beaugh, 28250
    Of
STANLEY, FLANAGAN &
REUTER, L.L.C
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

-and-

Basile J. Uddo, 10174
Attorney at Law
3445 North Causeway Boulevard
Suite 724
Metairie, Louisiana 70002
Telephone: (504) 834-1819
Facsimile: (504) 832-7208

Attorneys for Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm, L.L.C.; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C., and Domengeaux Wright Roy & Edwards L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I electronically filed the Memorandum in Support of Motion to File Exhibit Under Seal with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice. I further certify that I mailed the foregoing document and notice of electronic filing filed by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                              /s/ Thomas P. Owen, Jr.