UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |

*******************************************************************

## ORDER

Considering the foregoing motion to file exhibit under seal,

**IT IS ORDERED** that the motion be and hereby is **GRANTED.** Exhibit 10 to Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm, L.L.C.; Fayard & Honeycutt, A.P.C.; McKernan Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C.'s post-hearing brief concerning State Farm Fire and Casualty Company and Certain Other Insurer Defendants' Motion to Disqualify Plaintiffs' Private counsel. The Court shall review this exhibit *in camera*.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

4