# REPRESENTATION AGREEMENT



STATE OF LOUISIANA

PARISH OF CALCASIEU

**REPRESENTATION AGREEMENT**

**THIS REPRESENTATION AGREEMENT,** executed this 7th day of November, 1996, by and between the Office of the Attorney General, State of Louisiana (hereinafter sometimes referred to as "the Attorney General") and Badon & Ranier (hereinafter sometimes referred to as "Counsel").

**WITNESSETH**

WHEREAS, the State of Louisiana, in connection with its duty to protect the life, health and safety of its citizens;

WHEREAS, the State of Louisiana, desires to pursue its rights under applicable laws to recover, on behalf of its citizens, health care costs for treatment of illnesses attributable to cigarette smoking and to preclude the tobacco industry from marketing cigarettes to minors;

WHEREAS, Counsel has experience in pursuing state and federal actions, extensive litigation practice, Supreme Court practice and administrative and legislative practice;

WHEREAS, this Agreement memorializes the previous oral agreement between Counsel and the Attorney General.

NOW, THEREFORE, the Attorney General has, and hereby designates, constitutes and appoints Counsel as Special Assistant Attorneys General, to represent the State of Louisiana under the following terms and conditions:

1. Counsel will represent the State of Louisiana and pursue, litigate and prosecute on behalf of the State of Louisiana the proceeding captioned as "Richard P. Ieyoub, Attorney General ex rel, State of Louisiana Versus No. 96-1209 The American Tobacco Company, et al," pending in the 14th Judicial District Court, Calcasieu Parish, Louisiana.

2. Counsel is hereby authorized to pursue attorneys' fees for their services under this agreement as allowed by law, including, but not limited to legislation creating a common fund.

3. Counsel will pay all of the costs of this litigation. The state shall have no obligation to pay or reimburse Counsel's cost, nor shall the State of Louisiana or the Attorney General be responsible for payment of any attorneys' fees to Counsel.

4. Counsel will provide the Attorney General with periodic reports, not less often than quarterly, describing (a) activities since the last report; (b) plans for future activities; and (c) an explanation of the strategy being employed. Counsel, from time to time, will also consult with, and make recommendations to, the Attorney General on the specific courses of action which should be pursued. In addition, Counsel will work under the supervision of, and agrees that the Attorney General has the right to review all records, reports, worksheets or any other material related to this contract. Counsel agrees to furnish to the Attorney General, upon request, copies of all records, reports, worksheets, bills, statements, or any other material related to this contract.

5. Counsel shall be deemed to be Special Assistant Attorneys General to the Department of Justice, State of Louisiana, in connection with the services to be rendered under this Agreement.

6. This Agreement may be terminated by the Attorney General upon thirty (30) days written notice.

7. Upon completion of this Agreement, or if terminated earlier, all records, reports, worksheets or any other materials related to this Agreement shall become the property of the State of Louisiana. All records, reports, documents and other material delivered or transmitted to Counsel by the Attorney General shall remain the property of the Attorney General, and shall be returned by Counsel to the Attorney General, at Counsel's expense, at termination or expiration of this

Agreement. All records, reports, documents, pleadings, exhibits or other material related to this contract and /or obtained or prepared by Counsel in connection with the performance of the services contracted for herein shall become the property of the Attorney General, and shall, upon request, be returned by Counsel to the Attorney General, at Counsel's expense, at the termination or expiration of this contract.

8. Counsel hereby agrees that the responsibility for the payment of taxes from the funds received by Counsel under this Agreement and/or legislative appropriation shall be Counsel's obligation and identification under Federal tax identification number 72-1085170.

9. Counsel shall not assign any interest in this agreement and shall not transfer any interest in the same (whether by assignment or novation) without the prior written consent of the Attorney General, provided, however, that claims for monies due or to become due to Counsel from the State of Louisiana may be assigned to a bank, trust company or other financial institution without such prior written consent. Notice of any such assignment or transfer shall be furnished promptly to the Attorney General. Nothing contained herein shall prohibit Counsel from affiliating co-counsel on such terms and conditions as it deems advisable to aid in the pursuit, litigation or prosecution of this action. The Attorney General specifically approves the affiliation of the co-counsel set forth in the attached Exhibit "A".

10. This Agreement is effective as of May 1, 1996, and shall terminate no later than the conclusion of this litigation, or for three years after the effective date of this Agreement, whichever is sooner, or upon termination pursuant to paragraph six above. It is the intent of the parties to this Agreement to enter into an additional Agreement prior to the expiration of this Agreement.

11. No settlement, compromise or any other disposition of the litigation contemplated by this Agreement made on behalf of the State of Louisiana is authorized unless approved by the Attorney General.

12. Counsel will not make any statements to the media unless first approved by the Attorney General or his designee, and such statements will only be made in the name of the Attorney General.

13. The Attorney General or his designee will assist Counsel in attempting to obtain the cooperation of the various agencies and departments of the State of Louisiana.

14. Counsel agrees to abide by the requirements of the following as applicable: Title VI and VII of the Civil Rights Act of 1964, as amended by the Equal Opportunity Act of 1972, Federal Executive Order 11246, the Federal Rehabilitation Act of 1973, as amended, the Vietnam Era Veteran's Readjustment Assistance Act of 1974, Title IX of the Education Amendments of 1972, the Age Act of 1972, and contractor agrees to abide by the requirements of the Americans with Disabilities Act of 1990.

Counsel agrees not to discriminate in its employment practices, and will render services under this contract without regard to race, color, religion, sex, national origin, veteran status, political affiliation, disabilities, or in accordance with EWE 92-7 because of an individual's sexual orientation.

Any act of discrimination committed by Counsel, or failure to comply with these statutory obligations when applicable shall be grounds for termination of this contract.

**IN WITNESS WHEREOF,** the parties have executed this Agreement on the date first above written.

THUS DONE AND SIGNED in Lake Charles, Louisiana.

WITNESSES:

Lesli Tolley

Lisa Bowman

**ATTORNEY GENERAL OF THE STATE OF LOUISIANA**

By Richard P. Ieyoub

**RICHARD P. IEYOUB**

THUS DONE AND SIGNED in Lake Charles, Louisiana.

WITNESSES:

Lesli Tolley

Lisa Bowman

**BADON & RANIER**

By Drew Ranier

**DREW RANIER**

TaxI.D.# 72-1085170

Telephone (318) 433-4608

Carmen D. DuBose

NOTARY PUBLIC

Commission Expires: At Death

**EXHIBIT "A"**
**AFFILIATED CO-COUNSEL**

**Andry and Andry**
710 Carondelet Street
New Orleans, LA 70130

**Baggett, McCall & Burgess**
3006 Country Club Road
Lake Charles, LA 70605

**Barrett Law Firm**
P. O. Box 987
Lexington, MS 39095

**Bencomo & Associates**
639 Loyola Avenue, Suite 2110
One Poydras Plaza
New Orleans, LA 70113

**Delphin & Simien, LLC**
One Lakeshore Drive, Suite 1230
Lake Charles, LA 70629

**Domengeaux, Wright, Moroux & Roy**
556 Jefferson St., Suite 500
Lafayette, LA 70501

**Dué, Caballero, Perry, Price & Guidry**
8201 Jefferson Highway
Baton Rouge, LA 70809

**Herman, Herman, Katz & Cotlar, L.L.P.**
820 O'Keefe Ave.
New Orleans, LA 70113

**Kelly, Townsend & Thomas**
137 St. Denis Street
Natchitoches, LA 71457

**Leger & Mestayer**
600 Carondelet St., 9th Floor
New Orleans, LA 70130

**Lieff, Cabraser, Heimann and Bernstein**
275 Battery Street, 30th Floor
San Francisco, CA 94111

**Ness, Motley, Loadholt, Richardson & Poole**
Post Office Box 1137
Charleston, SC 29402

**Professor David Robertson**
University of Texas
P. O. Box 699
Dripping Springs, TX 78620

**St. Martin & Lirette**
P. O. Box 2017
Houma, LA 70361

**Scruggs, Millette, Lawson, Bozeman & Dent, P.A.**
P. O. Drawer 1425
Pascagoula, MS 39568