UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) | CIVIL ACTION NO.: 05-CV-4182 |
| VERSUS | ) ) ) | SECTION "K" JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE *Karen Teamer*, No. 06-9905 | ) ) ) ) | MAG. "M2" MAGISTRATE JOSEPH C. WILKINSON, JR. |

## ANSWER TO SECOND SUPPLEMENTAL AND AMENDING PETITION

**NOW INTO COURT,** through undersigned counsel, come defendants, Lexington Insurance Company ("Lexington") and Hull & Company, Inc. ("Hull") to answer the claims filed against them by plaintiff Karen Teamer.

### FIRST DEFENSE

Lexington and Hull deny every allegation of the plaintiff's Second Supplemental and Amending Petition/Complaint except those admitted or modified. Further, responding to the plaintiff's allegations, Lexington avers as follows:

1.

The allegations of paragraph 1 of plaintiff's Second Supplemental and Amending

Petition/Complaint require no affirmative or negative response from Lexington. To the extent that a response is required, the allegations are denied.

2.

The allegations of paragraph two of plaintiffs' First Supplemental and Amending Petition/Complaint require no affirmative or negative response from Lexington. To the extent that a response is required, the allegations are denied.

## SECOND DEFENSE

Lexington and Hull re-aver and re-allege each and every allegation and affirmative defense previously set forth in its Answer to the Original Petition/Complaint filed herein and its Answer to the First Supplemental and Amending Petition/Complaint.

## THIRD DEFENSE

Defendants, Lexington and Hull, reserve their rights to amend and/or supplement their answer to assert affirmative defenses not included in this pleading.

WHEREFORE, Defendants, Lexington and Hull, pray that this Answer to the Second Supplemental and Amending Petition/Complaint of the Plaintiff be deemed good and sufficient and that, after due proceedings are had, that there be judgment rendered herein, dismissing Plaintiff's suit at her cost; and for all general and equitable relief.

Respectfully Submitted,


/s/ Michael D. Cangelosi
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II, *T.A.* (#22928)
MICHAEL D. CANGELOSI (#30427)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
*Counsel for Lexington Insurance Company and Hull & Company, Inc.*


## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 22nd day of May, 2008 served a copy of the foregoing **Answer to Second Supplemental and Amending Petition** on all counsel by the Court's Electronic Delivery System or by placing same in the United States Mail, postage paid and properly addressed.


/s/ Michael D. Cangelosi