UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME *Louisiana State*, C.A. No. 07-5528 | * * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |

******************************************************************

## NOTICE OF MANUAL ATTACHMENT

### EXHIBIT 10 to POST-HEARING BRIEF OF PLAINTIFF'S COUNSEL CONCERNING MOTION OF STATE FARM FIRE AND CASUALTY COMPANY AND CERTAIN OTHER INSURER DEFENDANTS TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL

Exhibit 10 contains confidential letters and agreements between counsel and their clients protected by the attorney-client privilege.