## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 07-8820 "K" (2) | * * | |
| MARIAN H. WALLIS Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY Defendants | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO TRANSFER

NOW INTO COURT, through undersigned counsel, comes defendant, STATE FARM FIRE AND CASUALTY COMPANY and plaintiff, MARIAN H. WALLIS, who respectfully move this court for an Order transferring the above captioned matter to Section "A". Both suits involve damages to the same property alleged to have been caused by Hurricane Katrina.

WHEREFORE, defendant, STATE FARM FIRE AND CASUALTY COMPANY and plaintiff, MARIAN H. WALLIS, pray that this Honorable Court transfer the above captioned matter to Section "A".

1

Our File No.: 895.0910

Respectfully submitted,

**PORTEOUS, HAINKEL & JOHNSON**

_____/S/ Patrick D. DeRouen_____
PATRICK D. DeROUEN, ESQ. (#20535)
LAURIE L. DeARMOND, ESQ. (#26622)
CHAD J. PRIMEAUX, ESQ. (#30024)
GUY H. BUMPAS IV, ESQ. (#29546)
704 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3838
Fax: (504) 581-4069
Email: pderouen@phjlaw.com
           ldearmond@phjlaw.com
           cprimeaux@phjlaw.com
           gbumpas@phjlaw.com

and

**GAUTHIER, HOUGHTALING & WILLIAMS, LLP**

_____/S/ Stephen Huber_____
Mr. John Houghtaling (#25099)
Mr. Stephen M. Huber (#24463)
3500 North Hullen Street
Metairie, LA  70002
Telephone: (504) 456-8600
Email: john@ghwlaw.net
           stephen@ghwlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

_____/S/ Patrick D. DeRouen_____
**PATRICK D. DeROUEN, ESQUIRE**

Our File No.: 895.0910