UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.:  05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 07-8820 "K" (2) | * * | |
| MARIAN H. WALLIS Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY Defendants | * * * * | |

* * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF JOINT MOTION TO TRANSFER

**NOW INTO COURT,** comes Defendant, State Farm Fire and Casualty Company ("State Farm") and plaintiff, Marian H. Wallis, who respectfully move this court to transfer this case to Section "A" so that the above captioned case may be consolidated with a similar case filed by Plaintiff and assigned to Judge Jay C. Zainey in Section "A" in which State Farm is also a defendant and the same legal issues are in controversy.

State Farm and Marian H. Wallis respectfully aver as follows:

1

Our File No.: 895.0910

On August 28, 2007, Plaintiff, Marian H. Wallis, filed suit against State Farm Fire and Casualty Company and National Flood Insurance Program in connection with damages resulting from Hurricane Katrina (*Marian H. Wallis versus State Farm Fire And Casualty Company and National Flood Insurance Program*). This case is currently allotted to Judge Jay C. Zainey, Section A, and assigned Case Number 07-4649.

On August 27, 2007, Plaintiff, Marian H. Wallis, also filed suit against State Farm Fire and Casualty Company in the Civil District Court for the Parish of Orleans bearing Case No. 07-10454, Division "G" and entitled "*Marion H. Wallis versus State Farm Fire and Casualty Company.*" State Farm timely filed a Notice of Removal in this case and removed the case to this Honorable Court on November 15, 2007.

Both suits involve damages to the same property alleged to have been caused by Hurricane Katrina.

Rule 42 of the Federal Rules of Civil Procedure reads in pertinent part:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trail of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs and delay.

If separate suits could have been originally brought as a single suit, the suits may be consolidated and treated as a single action for the purpose of trial, judgment and appeal. Ringwald v. Harris, 675 F.2d 768, 769 (5th Cir. 1982).

The parties in this matter agree that this suit should be transferred so that the parties may consolidate the same with case number 07-4649.

Our File No.: 895.0910

WHEREFORE, Defendant, State Farm Fire and Casualty Company and Plaintiff, Marian H. Wallis pray that the above captioned case be transferred with all due haste from Section K to Section A of this Honorable Court.

Respectfully submitted,

**PORTEOUS, HAINKEL & JOHNSON**

_____/S/ Patrick D. DeRouen_____
PATRICK D. DeROUEN, ESQ. (#20535)
LAURIE L. DeARMOND, ESQ. (#26622)
CHAD J. PRIMEAUX, ESQ. (#30024)
GUY H. BUMPAS IV, ESQ. (#29546)
704 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3838
Fax: (504) 581-4069
Email: pderouen@phjlaw.com
          ldearmond@phjlaw.com
          cprimeaux@phjlaw.com
          gbumpas@phjlaw.com

and

**GAUTHIER, HOUGHTALING & WILLIAMS, LLP**

_____/S/ Stephen Huber_____
Mr. John Houghtaling (#25099)
Mr. Stephen M. Huber (#24463)
3500 North Hullen Street
Metairie, LA  70002
Telephone: (504) 456-8600
Email: john@ghwlaw.net
          stephen@ghwlaw.net

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

                                           */S/ Patrick D. DeRouen*  
                                         **PATRICK D. DeROUEN, ESQUIRE**

Our File No.: 895.0910