**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | **NO.  05-4182 (K)(2)** |
| | § | **JUDGE DUVAL** |
| | § | **MAG. WILKINSON** |
| | § | |
| | § | |
| **PERTAINS TO:      INSURANCE** | § | |
| *Kiefer, et al. v. Allstate, et al.*  06-5370 | § | |
| As to Plaintiff William P. Honeycutt, Sr. Only | § | |
| | § | |

**MOTION FOR LIMITED REOPENING**
**OF CASE TO DISMISS CLAIMS OF WILLIAM P. HONEYCUTT, SR.**

NOW INTO COURT, through undersigned counsel, comes plaintiff William P. Honeycutt, Sr., who respectfully requests that his claim against defendant Louisiana Citizens Property Insurance Corporation be dismissed from *Kiefer,* et al. *v. Allstate*, et al. with prejudice as the parties have settled the matter in its entirety.   This Motion seeks the limited reopening of the Kiefer case to dismiss William P. Honeycutt, Sr.'s claim in the above named and captioned litigation.  Accordingly, plaintiff moves this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Louisiana Citizens Property Insurance Corporation for the limited purpose of addressing this Motion, and (2) dismiss, and at each party's cost, all claims asserted by plaintiff William P. Honeycutt, Sr. against Louisiana Citizens Property Insurance Corporation in the *Kiefer*

complaint.

Defense counsel has been contacted and has advised of no problems or concerns with this dismissal of William P. Honeycutt, Sr's claims against Louisiana Citizens Property Insurance Corporation pending in the *Kiefer* complaint.

**WHEREFORE,** plaintiff William P. Honeycutt, Sr. requests that this Court enter an order as set forth above.

Respectfully submitted,

/s/ Wanda J. Edwards
Wanda J. Edwards, #27448
Calvin C. Fayard, Jr., #5486
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

and

Peyton P. Murphy, #22125
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the captioned matter.

/s/   Wanda J. Edwards
Wanda J. Edwards