UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERALD M. ALEXANDER SR., ET AL.** | * | |
| | * | |
| | * | CIVIL ACTION NO: 07-4538 |
| **VERSUS** | * | |
| | * | SECTION: "K" |
| | * | |
| **AUTOMOBILE CLUB INTER-INSURANCE** | * | |
| **EXCHANGE, ET AL.** | * | MAGISTRATE: "2" |
| | * | |
| | * | |
| | * | |

******************************************

## NATIONAL FIRE AND INDEMNITY EXCHANGE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes National Fire and Indemnity Exchange ("NIE"), who answers Plaintiffs' First Amended Complaint, as follows:

I.

The allegations of Paragraph I of the Complaint are denied.

II.

The allegations of Paragraph II of the Complaint are denied for lack of sufficient information to justify a belief therein.

III.

The allegations of Paragraph III of the Complaint are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations of Paragraph IV of the Complaint are denied for lack of sufficient information to justify a belief therein.

V.

The allegations of Paragraph V of the Complaint are denied except to admit the issuance of a policy of commercial property insurance by NIE, identified as Policy No. CPP5978-87-06, to Ellis and Lynn Bordelon doing business as Broadview Cleaners.

VI.

The allegations of Paragraph VI of the Complaint are denied for lack of sufficient information to justify a belief therein.

VII.

The allegations of Paragraph VII of the Complaint are denied as written insofar as it is disputed that the losses claimed by Plaintiffs were caused, in whole or in part, by perils covered under the commercial insurance policy referred to in this matter.

VIII.

The allegations of Paragraph VIII of the Complaint are denied.

IX.

The allegations of Paragraph IX of the Complaint are denied.

X.

The allegations of Paragraph X of the Complaint are denied except to admit that Hurricane Katrina made landfall in Southeast Louisiana on or about August 29, 2005.

XI.

The allegations of Paragraph XI of the Complaint are denied.

XII.

The allegations of Paragraph XII of the Complaint are denied.

XIII.

The allegations of Paragraph XIII of the Complaint are denied.

XIV.

The allegations of Paragraph XIV of the Complaint are denied.

XV.

The allegations of Paragraph XV of the Complaint are denied.

XVI.

The allegations of Paragraph XVI of the Complaint are denied.

XVII.

The allegations of Paragraph XVII of the Complaint are denied.

XVIII.

The allegations of Paragraph XVIII of the Complaint are denied.

XIX.

The allegations of Paragraph XIX of the Complaint are denied.

XX.

The allegations of Paragraph XX of the Complaint are denied.

XXI.

The allegations of Paragraph XXI of the Complaint are denied.

XXII.

The allegations of Paragraph XXII of the Complaint are denied.

XXIII.

The allegations of Paragraph XXIII of the Complaint are denied.

XXIV.

The allegations of Paragraph XXIV of the Complaint are denied.

XXV.

The allegations of Paragraph XXV of the Complaint are denied for lack of sufficient information to justify a belief therein.

XXVI.

The allegations of Paragraph XXVI of the Complaint are denied.

XXVII.

The allegations of Paragraph XXVII of the Complaint are denied.

XXVIII.

The allegations of Paragraph XXVIII of the Complaint are denied.

XXIX.

The allegations of Paragraph XXIX of the Complaint are denied.

XXX.

The allegations of Paragraph XXX of the Complaint are denied for lack of sufficient information to justify a belief therein.

XXXI.

Defendant, NIE, renews, reiterates, and reurges all of the answers, responses, affirmative defenses and the prayer of National Fire and Indemnity Exchange's Answer and Affirmative Defenses filed herein on or about April 29, 2008 as if copied herein *in extenso*.

WHEREFORE, Defendant National Fire and Indemnity Exchange, prays that this Answer be deemed good and sufficient and after all due proceedings had, Plaintiffs' Complaint be dismissed, with prejudice, and at Plaintiffs' cost.

                Respectfully submitted,

                **CURRY & FRIEND,**
                **A Professional Law Corporation**

BY:  <u>s/ Brett F. Willie</u>
    **RENE' A. CURRY, JR.  (#4670)**
    **GUY C. CURRY (#22032)**
    **BRETT F. WILLIE (#26755)**
    **228 St. Charles Avenue**
    **1200 Whitney Bank Building**
    **New Orleans, Louisiana  70130**
    **Telephone:  (504) 524-8556**

    **Attorneys for National Fire Indemnity Exchange**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of May, 2008, I electronically filed the foregoing National Fire and Indemnity Exchange's Answer to Plaintiffs' First Amended Complaint with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to the following:

Daniel E. Becnel, Jr., Esq.
Becnel Law Firm, L.L.C.
106 W. Seventh Street
Post Office Drawer H
Reserve, Louisiana 70084

and by depositing same in the United States Mail, postage prepaid and properly addressed on this 23rd day of May.

s/ Brett F. Willie<br>
BRETT F. WILLIE

F:\C&F\28-463\Pleadings\ANSWER to Amend Complaint.doc