UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | ) ) ) | CIVIL ACTION NO.: 05-CV-4182 |
| **VERSUS** | ) ) ) | SECTION "K" JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE *Karen Teamer*, No. 06-9905 | ) ) ) ) | MAG. "M2" MAGISTRATE JOSEPH C. WILKINSON, JR. |

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes defendant, Hull & Company, Inc. ("Hull"), and pursuant to Judge Feldman's Order and Reasons (doc. 21) denying Plaintiff's Motion to Remand and for the reasons set forth in the Memorandum in Support of this Motion to Dismiss, Hull moves this Court for a Dismissal with prejudice.

WHEREFORE, Defendant, Hull & Company, Inc., prays that this Motion to Dismiss be deemed good and sufficient and that there be judgment rendered herein, dismissing Hull as a defendant with prejudice.

Page -1-

Respectfully Submitted,

/s/ Michael D. Cangelosi
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II, *T.A.* (#22928)
MICHAEL D. CANGELOSI (#30427)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:    (504) 561-1011
*Counsel for Hull & Company, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of May, 2008 served a copy of the foregoing **Motion to Dismiss** on all counsel by the Court's Electronic Delivery System or by placing same in the United States Mail, postage paid and properly addressed.

/s/ Michael D. Cangelosi