UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) | CIVIL ACTION NO.: 05-CV-4182 |
| VERSUS | ) ) ) | SECTION "K" JUDGE STANWOOD R. DUVAL, JR. |
| _____ PERTAINS TO: INSURANCE *Karen Teamer*, No. 06-9905 | ) ) ) ) | MAG. "M2" MAGISTRATE JOSEPH C. WILKINSON, JR. |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the hearing on Lexington Insurance Company's Motion for Dismissal will come on for hearing before United States District Judge Stanwood R. Duval, Jr., in the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, LA 70130 on Wednesday, June 11, 2008 at 9:30 a.m.

_____
DISTRICT JUDGE