UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION ) | CIVIL ACTION NO.:   05-CV-4182 |
| ) | |
| VERSUS ) | SECTION "K" |
| ) | JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE ) | |
| *Karen Teamer*, No. 06-9905 ) | MAG. "M2" |
| ) | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## HULL & COMPANY, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

**MAY IT PLEASE THE COURT:**

Defendant, Hull & Company, Inc. ("Hull"), respectfully files this memorandum in support of its Motion to Dismiss Hull as a defendant in the above captioned matter.

1.

Hull was named as a defendant in this action for failure to inform plaintiff that flood insurance was available or necessary and for failing to inform plaintiff that her homeowner's insurance policy would not cover all damages possibly caused by a hurricane.

2.

Hull is a wholesale insurance broker, not an insurance agent.

3.

As a wholesale broker, Hull has no contact with insureds, and no relationship between Hull

and any insured exists.

4.

Hull has had no communications with plaintiff.

5.

Judge Feldman ruled in his Denial of plaintiff's Motion to Remand that Hull has already met its burden of proving that plaintiff has no possibility of recovery against it under Louisiana law (doc. 21, p.3) and that Hull was therefore fraudulently joined as a defendant.

Respectfully Submitted,

/s/ Michael D. Cangelosi
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II, *T.A.* (#22928)
MICHAEL D. CANGELOSI (#30427)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
*Counsel for Hull & Company, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of May, 2008 served a copy of the foregoing **Motion to Dismiss** on all counsel by the Court's Electronic Delivery System or by placing same in the United States Mail, postage paid and properly addressed.

/s/ Michael D. Cangelosi