UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| _____ | NO. 05-4182 |
| **PERTAINS TO INSURANCE:** | SECTION K-2 |

*Aguda,* 07-4457
*Anderson,* 07-6737
*Acevedo,* 07-5199
*Abram,* 07-5205

**PLAINTIFFS' EX PARTE MOTION TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTIONS TO VACATE AND APPEAL OF MAGISTRATE JUDGE'S ORDER DENYING THEIR MOTIONS FOR LEAVE TO FILE AMENDED COMPLAINTS**

**NOW INTO COURT**, come Plaintiffs, through the undersigned attorneys, who respectfully request leave of this Court to file the attached Reply Memorandum to State Farm's Supplemental Opposition Memoranda (Rec. Docs. 13152 and 13153) to Plaintiffs Rule 60(b) Motion to Vacate (Rec. Doc. 12856) and Appeals of the Magistrate Judge's Order Denying Their Motions for Leave to File Amended Complaints (Rec. Doc. 12857). This Court recently granted State Farm leave to file its supplemental memorandums in opposition, which are focused on a decision recently rendered by Judge Feldman. The undersigned asserts that the **brief** Reply Memorandum readily distinguishes these proceedings from the matter highlighted by State Farm and that it will assist the Court in its resolution of Plaintiffs' motions and that the reply memorandum is specifically limited

to issues raised by State Farm in its supplemental oppositions.  Accordingly, Plaintiffs request leave to file the attached memorandum.

**WHEREFORE**, Plaintiffs pray that this Motion be granted and that they be granted leave to file the attached Reply Memorandum.

RESPECTFULLY SUBMITTED,

*Ernest E. Svenson*
Ernest E. Svenson, 17164
Svenson Law Firm
123 Walnut Street, Suite 1001
New Orleans, Louisiana 70118
(504) 208-5199
esvenson@gmail.com

*Stuart T. Barasch*
STUART T. BARASCH, 20650, T.A.
Hurricane Legal Center
910 Julia Street
New Orleans, LA 70113
(504) 525-1944
sbarasch1@aol.com

*/s Al Robert, Jr.*
Al J. Robert, Jr., 29401
Law Office of Al J. Robert, Jr., LLC
6040 Laurel Street,
New Orleans, Louisiana 70118
(504) 309-4852
ajr@ajrobert.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2008, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s Al Robert, Jr.*
AL J. ROBERT, JR.