UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | CIVIL ACTION<br><br>NO. 05-4182 |
| **PERTAINS TO INSURANCE:** | SECTION K-2 |

*Aguda,* 07-4457
*Anderson,* 07-6737
*Acevedo,* 07-5199
*Abram,* 07-5205

### ORDER

Considering Plaintiffs' Ex Parte Motion to File Reply Memorandum,

**IT IS ORDERED** that Plaintiffs be and are hereby granted leave to file the attached Reply Memorandum in response to State Farm's Opposition Memoranda (Rec. Docs. 13152 and 13153).

New Orleans, Louisiana this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE