PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 025 | FMA-025-000000001 | FMA-025-000000339 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Transcript of video teleconferences from 25 Aug - 4 Sep 05 between the Hurricane Center and various state and federal agencies regarding Hurricane Katrina |
| FMA | 026 | FMA-026-000000001 | FMA-026-000000308 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Various LA and New Orleans Area Catastrophic Hurricane Planning Exercises and Information |
| FMA | 027 | FMA-027-000000001 | FMA-027-000000120 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Missions as of 27 Sep 05 |
| FMA | 028 | FMA-028-000000001 | FMA-028-000000006 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | 9-6-05 Update Katrina Talking Points |
| FMA | 029 | FMA-029-000000001 | FMA-029-000000024 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Various requests for assistance with supporting documentation |
| FMA | 030 | FMA-030-000000001 | FMA-030-000000135 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Various Hurricanes Katrina and Rita weather advisories |
| FMA | 031 | FMA-031-000000001 | FMA-031-000000005 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | 4 Sep 05 ESF Meeting |
| FMA | 032 | FMA-032-000000001 | FMA-032-000000548 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Various SITREPs or their equivalent for Hurricanes Katrina and Rita |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 033 | FMA-033-000000001 | FMA-033-000000083 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Jan 03 Hazard Mitigation Grant Program Project Grant Application by Jefferson Parish for pump stations |
| FMA | 034 | FMA-034-000000001 | FMA-034-000000171 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Hurricane Pam Workshops and Other Information |
| FMA | 035 | FMA-035-000000001 | FMA-035-000000004 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | 7 Jun 05 Local Distribution Point Planning for Commodities |
| FMA | 036 | FMA-036-000000001 | FMA-036-000000035 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Various MA Task Order Forms for clean-up/repairs after Hurricane Katrina |
| FMA | 037 | FMA-037-000000001 | FMA-037-000000010 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Acquisition and elevation project to reduce flooding in Jefferson Parish |
| FMA | 038 | FMA-038-000000001 | FMA-038-000000028 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | 18 Sep 05 Tropical storm 18 (Rita) HQ, 1st Army Commander's Assessment |
| FMA | 039 | FMA-039-000000001 | FMA-039-000000008 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Congressional Advisories Regarding Hurricane Katrina |
| FMA | 040 | FMA-040-000000001 | FMA-040-000000248 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Dec 2000 Greater New Orleans Expressway Commission Master Plan for the Year 2016 |
| FMA | 041 | FMA-041-000000001 | FMA-041-000000034 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | July 05 Hurricane Ivan Behavioral Analysis |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 042 | FMA-042-000000001 | FMA-042-000000007 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Sep 05 - 06 FEMA Strategic Time Lines |
| FMA | 043 | FMA-043-000000001 | FMA-043-000000002 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | 14 Dec 05 e-mail regarding Citrus Levee Interim Repair |
| FMA | 044 | FMA-044-000000001 | FMA-044-000000005 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plans Collected list |
| FMA | 045 | FMA-045-000000001 | FMA-045-000000063 | Department of Homeland Security; FEMA; Records Management | Samuel Smith | KC819 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Various news articles regarding Hurricane Katrina |
| NOP | 045 | NOP-045-000000001 | NOP-045-000000002 | USACE; MVN; MVD; Operations | Ed Creef | KC820 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Overdepth Dredging - Mississippi River-Gulf Outlet |
| NOP | 046 | NOP-046-000000001 | NOP-046-000000295 | USACE; MVN; MVD; Operations | Ed Creef | KC820 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Final Environmental Statement |
| NOP | 047 | NOP-047-000000001 | NOP-047-000000007 | USACE; MVN; MVD; Operations | Ed Creef | KC820 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Supplemental Information Report |
| UCG | 003 | UCG-003-000000001 | UCG-003-000000001 | United States Coast Guard; Judge Advocate General; Claims and Litigation Branch; Katrina Archive | Robert Travis | KC821 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Port Sulphur SITREP |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| UCG | 004 | UCG-004-000000001 | UCG-004-000000001 | United States Coast Guard; Judge Advocate General; Claims and Litigation Branch; Katrina Archive | Robert Travis | KC821 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Andre Danos SITREP |
| UCG | 005 | UCG-005-000000001 | UCG-005-000000002 | United States Coast Guard; Judge Advocate General; Claims and Litigation Branch; Katrina Archive | Robert Travis | KC821 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Andre Danos 2692 |
| RSI | 012 | RSI-012-000000001 | RSI-012-000000007 | USACE; MVN; MVD | Nancy Mayberry | KC824 | 5/27/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Indices from Photographic Archive DOJ0001 - DOJ0816 |