UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>    *Rafael & Dioigna Acevedo, et al   #07-5199* | SECTION "K" (2) |

_____

## ORDER

Considering the foregoing Motion To Dismiss of plaintiffs, ***Rafael & Dioigna Acevedo, et al*** against Financial Assurance Life Insurance Company (FALIC) only,

IT IS ORDERED that plaintiffs' lawsuit against Financial Assurance Life Insurance Company, only, is dismissed with full reservation of all rights against all other defendants, as of nonsuit. All parties shall bear their own costs.

New Orleans, LA, this 27th day of __May__, 2008

\

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**