UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE  *Robert Adams, et al #07-4459* | SECTION "K" (2) |

_____

### ORDER

Considering the foregoing Motion To Dismiss of plaintiffs, Isidore deLanzac and Iris Gereighty against State Farm, only, IT IS ORDERED that her lawsuit against State Farm, only, is dismissed with full reservation of all other plaintiffs in this matter, against State Farm, only.   All parties shall bear their own costs.

New Orleans, LA, this 27th day of   May  , 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**