UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>*Acevedo, et al #07-5208* | SECTION "K" (2) |

_____

## ORDER

Considering the foregoing Motion To Dismiss of plaintiff, Iona Boseman against Lafayette Insurance Company, only.

IT IS ORDERED that their lawsuit against Lafayette Insurance Company, only, is dismissed with full reservation of all other plaintiffs in this matter, against Lafayette Insurance Company, only. All parties shall bear their own costs.

New Orleans, LA, this 27th day of   May  , 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**