UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                                      CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                  NO. 05-4182
PERTAINS TO: INSURANCE
    *Abram, Chudd & Arvis, et al #07-5205*                         SECTION "K" (2)
_____

## ORDER

Considering the foregoing Motion To Dismiss of plaintiffs, Sandra and Jonathon Martin against Lafayette Insurance Company, only.

IT IS ORDERED that their lawsuit against Lafayette Insurance Company, only, is dismissed with full reservation of all other plaintiffs in this matter, against Lafayette Insurance Company, only. All parties shall bear their own costs.

New Orleans, LA, this 27th day of May, 2008

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**