UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE *Kiefer, et al. v. Allstate, et al.* 06-5370 As to Plaintiff William P. Honeycutt, Sr. only | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause which is administratively stayed, be opened for the limited purposes expressed herein; and

**IT IS FURTHER ORDERED** that the above entitled and numbered cause be and it hereby is dismissed only as to plaintiff William P. Honeycutt, Sr., and his claims against his insurer and defendant Louisiana Citizens Property Insurance Corporation, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this __27th__ day of __May__, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge