UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)

*************************************************************************

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal;

IT IS HEREBY ORDERD that the above-numbered and entitled matter be dismissed, in its entirety, and as to all parties, with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this __27th__ day of ___May___, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge