UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                      CIVIL ACTION
CONSOLIDATED LITIGATION
_____                   NO. 05-4182

**PERTAINS TO INSURANCE:**                        SECTION K-2

*Aguda,* 07-4457
*Anderson,* 07-6737
*Acevedo,* 07-5199
*Abram,* 07-5205

## ORDER

Considering Plaintiffs' Ex Parte Motion to File Reply Memorandum,

**IT IS ORDERED** that Plaintiffs be and are hereby granted leave to file the attached Reply Memorandum in response to State Farm's Opposition Memoranda (Rec. Docs. 13152 and 13153).

New Orleans, Louisiana this 27th day of May, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge