UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*           07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**MOTION FOR PROTECTIVE ORDER WITH RESPECT TO PLAINTIFFS' NOTICE OF PROPOSED FRCP 30(b)(6) DEPOSITION OF LAFARGE NORTH AMERICA INC.**

Defendant Lafarge North America Inc. ("LNA") herby moves this Court for the entry of a protective order pursuant to Federal Rule of Civil Procedure 26(c). By this Motion and the accompanying Memorandum of Law, LNA seeks the entry of a protective order to bar the taking of the proposed Rule 30(b)(6) deposition because it is duplicative and cumulative of the plaintiffs' first Rule 30(b)(6) deposition as well as other discovery already requested and received, and for other reasons stated in the Memorandum.

WHEREFORE, for the reasons state in LNA's accompanying Memorandum of Law in Support of Motion for Protective Order, LNA respectfully requests that this Court grant its Motion for Protective Order.

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

  /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

### Certificate of Service

I do hereby certify that I have on this 27th day of May, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock

2