# EXHIBIT 5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | * * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531<br>*Mumford v. Ingram* 05-5724<br>*Lagarde v. Lafarge* 06-5342<br>*Perry v. Ingram* 06-6299<br>*Benoit v. Lafarge* 06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA* 07-5178 | * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

## INTERROGATORIES
## PROPOUNDED TO LAFARGE NORTH AMERICA

To:   Lafarge North America
      Through its attorneys of record
      Robert B. Fisher, Jr. Esq.
      Derek A. Walker, Esq.
      Chaffe McCall, LLP
      1100 Poydras Street, Ste. 2300
      New Orleans, LA 70163

Pursuant to Federal Rules of Civil Procedure, answers to these interrogatories are to be served upon undersigned counsel within thirty (30) days of service, and to be answered by you personally, or through an authorized officer, or agent, in writing, and signed under oath by the party making the answers. Plaintiff requests, in accordance with the Federal Rules of Civil Procedure, that the answers to these interrogatories include all pertinent

information gathered by you, or for or on your behalf, through interviews with witnesses and through other investigation, in addition to information available to you, or directly within your knowledge, or the knowledge of your agents, servants, employees and attorneys.

Supplementation of your answers is specially requested in accordance within the Federal Rules of Civil Procedure.

These requests are intended to yield the greatest amount possible of discoverable information as per law. If the respondent deems any portion of a request legally objectionable, the respondent is to comply to the fullest possible extent to the remainder of the request.

In each case of an objection, please exhaustively state the reasons therefor. In each instance in which privilege from disclosure is claimed, please state the exact nature of the privilege, and state the statutory and/or jurisprudential authorities for your invocation of same.

When the term "identify" is used, please sufficiently describe the document, or the individual, so that the document, or the witness's appearance, can be obtained by subpoena or other discovery device.

When the term "describe" is used, the respondent is to disclose every known fact, belief and opinion about the nature, content, date, time, location, participants, custodian, events and circumstances relevant to the subject of the particular discovery request.

For the purposes of this discovery, the words "communicate" and "communication" are intended to refer to any and all expression, transmittal, receipt, and/or exchange of

thought, information, knowledge, message, intention, fact, belief, opinion, view, observation, sensation, direction, mandate, and/or meaning; by whatever means, mode, method, or medium, including but not limited to speech, behavior or writing; regardless of transmission method, including but not limited to voice, paper, electronic, numerical, visual, telephone, text message, pager, satellite, signal, correspondence, email, bulletin, memorandum, fax, delivery, posting, or publication; by, from, to and between any number of persons or entities, regardless of status, source, recipient or route; regardless whether human, computer or machine generated; regardless of any subjective intention as to or interpretation of same; regardless of title, designation, nomenclature or terminology; regardless of any means by which the person(s) or entitiy(ies) answering these Interrogatories came into possession or awareness of same. This definition is not intended to narrow the scope, nor to alter the plain meaning, of any discovery request not incorporating the words communicate or communication, nor to relieve or lessen any obligation to fully respond in full accord with requests that do not specifically use these words.

This discovery, unless otherwise stated, pertains to Freight Barge ING 4727, alternative VIN # CG025606, located in the Industrial Canal in New Orleans, Louisiana, on August 29, 2005, and which, following Hurricane Katrina, was on the land side of the East side flood wall of said canal.

**INTERROGATORY NO. 1:**

Describe and identify by title, edition, publication date, author and current custodian, and

describe the form and contents of:

    (1) any and all communications; and /or

    (2) any and all safety and/or hurricane preparation, policy, procedure, operation, inspection, maintenance, and/or other written manuals, directives, recommendations, regulations, rules, law, educational materials, electronic media, video, audio, instructions, training programs, memoranda, correspondence, notices, bulletins, advisories, publications, pamphlets; and/or

    (3) any and all other documents and things

which are and/or were published, promulgated, implemented, issued and/or in the custody of LNA, whether prepared by LNA or by others, in effect during the three year period preceding and including August 29, 2005, whose topics and/or contents include any and all of the following :

a. berthing, making steadfast, mooring, securing, moving, retrieval and/or fleeting of Ingram Barge Company and other barges, generally, and/or in advance of an approaching hurricane;

b. communications with and/or notifications of and/or the Coast Guard, Port Commander, and/or other governmental maritime agency or authority regarding mooring, securing or berthing of barges at LNA facilities in light of an approaching hurricane;

c. inspection of barges in advance of an approaching hurricane;

d. communications concerning barges berthed at LNA's facility in advance of an approaching hurricane;

e. any and all activities and/or measures to be taken by relative to berthing or mooring of Ingram and/or other barges in advance of an approaching hurricane;

f. any and all instructions, directives, precautions and/or descriptions of mooring and/or berthing a full inland hopper barge abreast of, and to, an empty hopper barge alongside any dock or wharf in advance of an approaching hurricane;

g. proper methods of mooring or berthing barges in advance of an approaching hurricane taking into account storm surge and wind;

i. Any and all instruction, education, supervision and/or oversight relative to mooring, securing, tying off, berthing, fleeting, transport or removal of Ingram and/or other barges at/from said LNA's dock facilities.

**INTERROGATORY NO. 2:**

Describe any and all documents and things published, promulgated, implemented, issued and/or in the custody of LNA, by which customers in temporary, or shared, control of Ingram bargse were cautioned by Ingram concerning the protection, mooring, transferring, communicating, or handling, of Ingram barges in customers' possession prior to Hurricane Katrina.

**INTERROGATORY NO. 3:**

Describe and identify any and all communications between LNA, Ingram, other barge owners and/or fleeting vendors prior to Hurricane Katrina discussing the retention, mooring, fleeting and/or removal of barges during, and/or in advance of the approach of, Hurricane Katrina.

**INTERROGATORY NO. 4:**

Describe by owner, barge number, and/or any and all other applicable identification, every barge retrieved from LNA France Road over the period August 25-29, 2005 and state by whom the barge(s) were retrieved; the name and address of the owner; the date the barge was picked up; and describe any and all communication relative to said barges.

**INTERROGATORY NO. 5:**

Please identify, describe and state the contents of any and all fact statements you have obtained from any and all plaintiffs and/or persons potentially belonging to the putative class herein

concerning allegations subject of suit, stating the dates upon which all such statements were obtained, identifying by full name and address persons giving such statement, obtaining such statement, and having custody of such statement.

**INTERROGATORY NO. 6:**

Please state the full names, addresses, job titles, employers, credentials, and areas of expertise of any and all experts or other persons you have consulted, retained and/or will or may call to render any opinion concerning issues in this matter, whether you intend to call said persons to testify at trial or not, in each instance, summarizing all opinions relevant to issues that will be subject of testimony you will seek to elicit in trial.

**INTERROGATORY NO. 7:**

Please state the full names, addresses, job titles and employers of any and all lay persons you will or may call to testify at trial, and state the substance of each fact you intend to prove through testimony elicited from such witnesses.

**INTERROGATORY NO. 8:**

Please identify and describe any and all persons and/or documents and/or things whose existence is admitted in response to the accompanying Requests for Admissions, designating in each instance to which admission said identification relates.

**INTERROGATORY NO. 9:**

Please identify any and all persons with knowledge that substantiates any and all denials in response to the accompanying Requests for Admissions, designating in each instance which denial is thereby substantiated.

**INTERROGATORY NO. 10:**

Please identify and describe any and all documents and things that substantiate any and all denials in response to the accompanying Requests for Admissions, designating in each instance which denial is thereby substantiated.

**INTERROGATORY NO. 12:**

Please state the barge number, facility name, and facility location, as to every Ingram Barge Company barge whose fiberglass lift covers were "checked" at LNA facilities by Ingram employees in advance of Hurricane Katrina, and identify any and all Ingram employees participating in these procedures, and Ingram employees with knowledge of these procedures.

**INTERROGATORY NO. 13:**

Please state the full names, addresses, job titles, employers, barge owners and barge numbers as to any and all other barge owners whose personnel came to any LNA facility in advance of Katrina to check or inspect their barges located there.

**INTERROGATORY NO. 14:**

Please state the full name, address, job title and employer of any and all persons providing information used to compile answers to these Interrogatories, the accompanying Requests for Production, and/or the accompanying Requests for Admissions.

**INTERROGATORY NO. 15:**

Please state the full names, current residential and employment addresses, last known residential and employment addresses, dates of birth, and social security numbers of former LNA

employees Roland Johnson and Louis Robein (or Robin, or similar sounding name), the foregoing being the same persons identified has having been present on or near the LNA France Road dock on August 27, 2005, as well as all additional relevant information sufficient to locate and effect service of process on these persons.

**INTERROGATORY NO. 16:**

Please state (1) the entirety, verbatim, of any and all contractual language purported to obligate Arthur Murph to maintain confidentiality relative to any compromise or transaction with LNA and/or its insurers, and (2) describe and state in full any and all punitive, penal, contractual, delictual, legal, judicial and/or other conditions and/or remedies for breach of confidentiality included with and/or made part of said transaction or compromise and/or communicated to Arthur Murph.

Note:   This Interrogatory does not seek disclosure of the terms of such compromise or transaction or the substance of same, but is directed only to the relevant confidentiality provision, if any.  Requestor does not hereby waive, limit or restrict any rights to seek discovery of the terms of said compromise or transaction.

**INTERROGATORY NO. 17:**

Please identify and state the full name, address, job title and employer of any and all persons and/or entities causing signs to be posted in the affected area asking witnesses to call (866) 360-3065 and/or (866) 370-2031, those responsible for initiating telephone company accounts relative to said numbers, and state the full names, addresses and phone numbers of any and all persons who responded by calling said numbers.

**INTERROGATORY NO. 18:**

Please identify any and all persons and/or entities, if any, that you contend to be at fault for the breakaway of ING 4727, stating and describing as to each any and all facts, beliefs and/or opinions upon which you base your contention.

**INTERROGATORY NO. 19:**

Please identify and <u>fully</u> describe any and all simulations, replicas, reconstructions, models, mockups, and other study, investigation or representation, forensic or otherwise, of any and all things, events and/or locations you contend are pertinent to this litigation and which you will (1) introduce at trial, and/or (2) rely upon at trial, and/or (3) disclose, display or publish to the trier of fact, and/or (4) of which any witness you will call at trial will be informed and/or upon which any such witness will rely in furtherance of trial testimony. For the purpose of this discovery request, the word "forensic" shall be defined as "relating to the use of science or technology in the investigation and establishment of facts or evidence in a court of law."

**INTERROGATORY NO. 20:**

Please fully identify and describe any and all acts of contributory and/or comparative fault for which you contend any putative class members bear any responsibility for the damages alleged herein, disclosing any and all witness from whom you will take testimony, and documents and things you will seek to introduce and/or rely upon at trial in furtherance of such contentions.

**INTERROGATORY NO. 21:**

Please identify any and all persons and/or entities that you contend to have caused and/or contributed to the damages alleged by putative class plaintiffs herein (individuals and juridical entities sustaining damage due to flooding between the eastern IHNC floodwall to and including Paris Road, and between the MRGO/ICWW and Mississippi River levee) disclosing any and all

witness from whom you will take testimony, and documents and things you will seek to introduce and/or rely upon at trial in furtherance of such contentions.

**INTERROGATORY NO. 22:**

Please identify and describe any and all complaints and/or communications about a barge or other object knocking, scraping or engaged in other contact against the Industrial Canal floodwall or levee, and/or a barge breakaway, including the identities of all complainants, the recipients and persons with knowledge of all such complaints and/or communications, the dates and times of such complaints and/or communications, and the full substance of any and all such complaints and/or communications, during the period August 28 - 29, 2005.

**INTERROGATORY NO. 23:**

Please identify and describe in as much detail as possible any and all efforts to track, redirect, guide, navigate, and/or recapture ING 4727 after its breakaway during the effects of Katrina.

**INTERROGATORY NO. 25:**

Please provide your complete, detailed, exhaustive account of any and all locations, things, persons, events, circumstances and factors constituting the causes and occurrence of the breakaway of ING 4727.

**INTERROGATORY NO. 26:**

Please provide your complete, detailed, exhaustive account of any and all locations, things, persons, events, circumstances and factors constituting the causes and occurrence of the breaches of the eastern IHNC floodwall between S. Claiborne and Florida Avenues.

# Please Note: All of the foregoing are to be deemed continuing.

Respectfully Submitted by
Counsel for Group A,

**WIEDEMANN & WIEDEMANN**

LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

**LAW OFFICE OF BRIAN A. GILBERT**

BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

And

PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002

Telephone: (504) 834-0646
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 24day of September, 2007.

_____