# EXHIBIT 7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*        07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## INTERROGATORIES PROPOUNDED TO THE BARGE ENTITIES

To:   **BARGE ENTITIES**

>Lafarge North America
>Through its attorneys of record
>Robert B. Fisher, Jr. Esq.
>Derek A. Walker, Esq.
>Thomas D. Forbes, Esq.
>Chaffe McCall, LLP
>1100 Poydras Street, Ste. 2300
>New Orleans, LA 70163
>
>Zito Fleeting, Zito Towing
>Through their attorneys of record
>Andre Mouledoux, Exq.
>C. Wm. Emory, Esq.
>Mouledoux, Bland, Legrand & Brackett
>701 Poydras Street, Suite 4250
>New Orleans, LA  70139-6001

1

Pursuant to Federal Rules of Civil Procedure, answers to these interrogatories are to be served upon undersigned counsel within thirty (30) days of service, and to be answered by you personally, or through an authorized officer, or agent, in writing, and signed under oath by the party making the answers. Plaintiff requests, in accordance with the Federal Rules of Civil Procedure, that the answers to these interrogatories include all pertinent information gathered by you, or for or on your behalf, through interviews with witnesses and through other investigation, in addition to information available to you, or directly within your knowledge, or the knowledge of your agents, servants, employees and attorneys.

Supplementation of your answers is specially requested in accordance within the Federal Rules of Civil Procedure.

These requests are intended to yield the greatest amount possible of discoverable information as per law. If the respondent deems any portion of a request legally objectionable, the respondent is to comply to the fullest possible extent to the remainder of the request.

In each case of an objection, please exhaustively state the reasons therefor. In each instance in which privilege from disclosure is claimed, please state the exact nature of the privilege, and state the statutory and/or jurisprudential authorities for your invocation of same.

When the term "identify" is used, please sufficiently describe the document, or the

2

individual, so that the document, or the witness's appearance, can be obtained by subpoena or other discovery device.

When the term "describe" is used, the respondent is to disclose every known fact, belief and opinion about the nature, content, date, time, location, participants, custodian, events and circumstances relevant to the subject of the particular discovery request.

For the purposes of this discovery, the words "communicate" and "communication" are intended to refer to any and all expression, transmittal, receipt, and/or exchange of thought, information, knowledge, message, intention, fact, belief, opinion, view, observation, sensation, direction, mandate, and/or meaning; by whatever means, mode, method, or medium, including but not limited to speech, behavior or writing; regardless of transmission method, including but not limited to voice, paper, electronic, numerical, visual, telephone, text message, pager, satellite, signal, correspondence, email, bulletin, memorandum, fax, delivery, posting, or publication; by, from, to and between any number of persons or entities, regardless of status, source, recipient or route; regardless whether human, computer or machine generated; regardless of any subjective intention as to or interpretation of same; regardless of title, designation, nomenclature or terminology; regardless of any means by which the person(s) or entitiy(ies) answering these Interrogatories came into possession or awareness of same. This definition is not intended to narrow the scope, nor to alter the plain meaning, of any discovery request not incorporating the words communicate or communication, nor to

3

relieve or lessen any obligation to fully respond in full accord with requests that do not specifically use these words.

This discovery, unless otherwise stated, pertains to Freight Barge ING 4727, alternative VIN # CG025606, located in the Industrial Canal in New Orleans, Louisiana, on August 29, 2005, and which, following Hurricane Katrina, was on the land side of the East side flood wall of said canal.

*The Named Plaintiffs, and the class they seek to represent, are all persons and/or entities who/which sustained injuries, death, loss and/or damages as a result of the flooding that occurred due to the breaches of the eastern Industrial Canal floodwall, which damages were proximately caused by Defendants on Monday, August 29, 2005, and who/which on August 29, 2005, were residents of, or owned properties or businesses in, the following geographic area: the Industrial Canal floodwall on the East, North to the Mississippi River Gulf Outlet, South to the Mississippi River, and East to Paris Road.*

Please see Exhibit A served herewith.

**INTERROGATORY NO. 1:**

If you contend that the Federal Rule of Civil Procedure Rule 23(a) numerosity requirement is not satisfied as to the Putative Class and/or each of its proposed SubClasses, please (i) set forth every fact you believe supports your contention, and (ii) identify every witness you believe possesses knowledge of such facts, including which such facts each witness possesses. If you agree that the numerosity requirement is satisfied, please state in the

affirmative.

**INTERROGATORY NO. 2:**

Based upon all information received to date including the Complaint as amended, please identify any defense you might set forth in response to any class member's claim against you that you would not set forth in any class representative's claim against you. If the answer is "none known at this time," please state so.

**INTERROGATORY NO. 3:**

Please state whether or not you agree that there are some questions of law or fact common to the members of the Putative Class including the Class Representatives.

**INTERROGATORY NO. 4:**

Please state whether or not you agree that a class action trial is the superior method for the fair and efficient adjudication of the controversies raised in this action vis-a-vis the members of the Putative Class. If not, please (i) state in detail why you disagree, and (2) describe any and every procedure you contend would be superior, including in your description the reasons it would be superior.

**INTERROGATORY NO. 5:**

_____For each request for admission you denied, or for which you qualified your answer, please provide the following: (i) a list of all persons, by name and title, you contacted in formulating your response; (ii) a description of the information they provided to you in formulating your response; and (iii) an explanation of the basis for your denial or qualification of your response.

**INTERROGATORY NO. 6:**

_____Please identify and describe in detail every difficulty you contend is likely to be

encountered in the management of the class action proposed by the Complaint as amended.

**INTERROGATORY NO. 7:**

_____Please describe (i) all efforts, if any, to date undertaken by you to estimate the number of persons who sustained damages or incurred losses in the geographical area covered by the Sixth Amended Complaint, and (ii) describe all results or conclusions derived as a result of such efforts, specifically including in your response any estimate of the number of affected persons and/or structures, and any estimate of monetary damages or losses.

**INTERROGATORY NO. 8:**

Please describe in detail each source of flooding and the manner in which you contend the flooding occurred with respect to the geographic area encompassed by the Sixth Amended Complaint.

                    Respectfully Submitted,

                    **WIEDEMANN & WIEDEMANN**

                    LAWRENCE D. WIEDEMANN, (13457)
                    KARL WIEDEMANN, (18502)
                    KAREN WIEDEMANN, (21151)
                    821 Baronne Street
                    New Orleans, Louisiana 70113
                    Telephone: (504) 581-6180
                    Attorneys for Plaintiffs

LAW OFFICE OF BRIAN A. GILBERT

*/s/ Brian A. Gilbert*

———————————————

BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs


———————————————————————

PATRICK J. SANDERS (18741)
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via email, and/or via ECF upload, this 12 day of October, 2007.

_____

**BRIAN A. GILBERT**