# EXHIBIT 10



UPDATED: 9:22 a.m. CDT, May 23, 2008 New Orleans, LA, Partly Sunny with Thunderstorms 74° F   • Complete Forecast

**nola**.COM
*Everything New Orleans*

SEARCH: Enter Keyword(s)   GO!

| NEWS | SPORTS | FORUMS | BLOGS | CAMS | ENTERTAINMENT | MORE TOPICS | JOBS |

NOLA.com › News

## LATEST NEW ORLEANS NEWS
### Updated 24 hours, every day

**TODAY IN NEW ORLEANS**
with The Times-Picayune

- Today's Newspaper
- Business
- Elections & Politics
- Sports
- Entertainment
- Weather
- Feedback and Questions

**Browse by day posted:**
Select a date

  GO!

**Browse by week posted:**
Select a date

  GO!

**TWITTER**

Headlines delivered
to your PC or mobile
device as soon as they're
updated.

- Breaking news

**TIMES-PICAYUNE PHOTOS**

# Judge: Corps can be sued for flood

by The Times-Picayune
Friday May 02, 2008, 10:33 PM

**By Susan Finch**
*Staff writer*

A federal court judge cleared the way Friday for the Army Corps of Engineers to face trial on claims that defects in its Mississippi River-Gulf Outlet destroyed wetlands and turned the navigation channel into a funnel for storm surge.

U.S. District Judge Stanwood Duval's 40-page ruling "paves the way for the first and only trial that will likely be held on how the Army Corps of Engineers drowned New Orleans" during Hurricane Katrina, said California attorney Pierce O'Donnell, who leads the legal team that filed the case two years ago on behalf of a group of plaintiffs that includes WDSU-TV anchorman Norman Robinson, who lived in eastern New Orleans.

The suit alleges the controversial shipping channel flooded thousands of homes in eastern New Orleans, the Lower 9th Ward and St. Bernard Parish.

A spokesman for the U.S. Justice Department, which is defending the corps, declined comment, saying department attorneys needed time to review the ruling.

Duval's decision rejected the corps' argument for tossing out the case without a trial: that a federal law makes the agency immune from lawsuits over damage caused by its flood protection projects.

But Duval said that because the MRGO -- a deep draft navigation channel built over a decade starting in 1958 -- is not a part of the Lake Pontchartrain

- FEMA closes the Renaissance Village
- Saturday's rains flood N.O. streets
- Planting cypress to stem erosion
- McCain walks in the Lower Ninth Ward
- North American Leaders' Summit, Day 2

**ALL TIMES-PICAYUNE PHOTOS »**

TIMES-PICAYUNE VIDEO

- Rabbit Lady
- Bayou Bounty: Out with a Louisiana nutria trapper
- S. Claiborne robbery video from NOPD
- Barack Obama speaks at Tulane University
- Mardi Gras Indians

**ALL TIMES-PICAYUNE VIDEOS »**

AP VIDEO

 

1 Dead As Tornadoes Rip Through Colorado

 

Court: Texas Wrong to Take Polygamists' Kids

 

High Cost of Gas Crimps Holiday Travel Plans

CONTESTS & EVENTS

» Get your news delivered for FREE!

and Vicinity Hurricane Protection plan, the Corps can be held liable for damage caused by the waterway.

Duval cautioned that his ruling does not hold the corps liable, a matter he said he can decide only after "questions of material fact" about what caused the flooding can be examined at trial.

O'Donnell predicted that if the trial ends with the judge ruling for the plaintiffs, then anyone who lives in the affected areas -- eastern New Orleans, the Lower 9th Ward and St. Bernard Parish -- will be entitled to collect compensation from the corps, "subject to proving their damage."

O'Donnell said his team will also go to bat for residents in part of New Orleans that flooded after drainage canal levees broke after Katrina -- damage for which Duval has already said the corps cannot be sued.

"We are going to the new Congress in January, hopefully with a judgment in our hands, and we are going to say we need a 9/11 style Katrina Victim's compensation fund," O'Donnell said.

In the Friday decision, according to O'Donnell, Duval said the plaintiffs had offered "substantial evidence" that the storm water that surged through the MR-GO and into residents' homes overwhelmed hurricane protection levees.

Susan Finch can be reached at sfinch@timespicayune.com or (504)Â¤826-3340.

See more in Breaking News

✉ Send To A Friend | 🖨 Print this | Permalink

👥 Reddit | 📇 Digg | 🔖 del.icio.us | Ⓖ Google | Ⓨ Yahoo | f Facebook

**COMMENTS (48)**    **Post a comment**

Posted by **swain** on 05/02/08 at 10:48PM

Hooray! Now we can waste more time and effort on endless lawsuits that are doomed to failure. Newsflash: The Corps, LSU and the Louisiana Department of Natural Resources have all concluded that the shipping channel had only a negligible effect on Katrina's storm surge. The funnel everyone loves to talk about is the two levees, one along the MRGO and the other along the GIWW, that trap the storm surge and make it shoot into the inner harbor canal. The MRGO shipping channel does nothing.

We really need to move forward, people.

Inappropriate? Alert us.                                    💬 Post a comment

Posted by **ignatiusR** on 05/02/08 at 10:54PM

This is a JOKE!!!!!!

report on how useless the MRGO was - how few ships used the channel compared to the cost to build it and maintain it annually. I wish some one would report how useless the GIWW is - how even fewer vessels use this channel and expose its costs to build and maintain annually. I wish some one would report how useless the proposed IHNC lock replacement project is especially in light of the closing of the MRGO, yet this project is on tract to being fully funded and built. The common element in all of these ill thought concepts, the New Orleans District Corps of Engineers. The Corps of Engineers - New Orleans District is not about protecting the area from flooding, it is about self preservation. Not one adverse action has been taken against any employee for poor design, quality assurance, oversight or management of any of these failed projects. How many eyes have reviewed and approved the designs, inspections, and reports as being factually safe, sound and secure only to have Katrina prove otherwise? Yet some of these same individuals with the same inadequate technical skill sets they had before Katrina are being tasked without reservation to design a new system to protect us from future storms. An even greater task then the one before which they failed so miserably. Further, the Corps has internally patted itself on the back and given awards and promotions to personnel for jobs well done in the aftermath of Katrina, and has put personnel in charge of major projects with required skill sets that are technically so far above the skill sets of the individuals managing these projects it is frightening. Ins pite of this, the Corps does not want to have any liability for the damages its actions have inflicted on the residents of these affected areas. All of the public relations efforts trying restore confidence in the Corps of Enineers nor the renaming of the projects or system (flood reduction system v. flood protection system) to try to attempt to get us to forget the system failures can ever replace sound technical, environmental, and economic principles which the Corps has proven through these catastrophic failures it does not possess nor understand. Not only is the Corps guilty of causing these failures that resulted in losses of property, life, and peace of mind, not only should they be held liable for thier incompetent actions, the New Orleans District should be abolished! Posssibly trillions of dollars in damages, over a thousand lossed lives, untold levels of psychological stress, anxiety, and emotional duress caused by nearly three years of evacuating, relocating and uncertainty of the future of the area, caused by their actions, yet not one once of remorse shown by the agency nor one once of compassion offering to compensate these citizens (not victims) for their losses is not the role I envision for a viable government agency.

Inappropriate? Alert us.                                              Post a comment


Posted by **jdc91gt** on 05/03/08 at 10:16AM

Whether morally right or wrong, the decision by the Judge is contrary to long standing law. That decision guarantees long-term litigation and if an award follows at trial - an appeal. The decision very likely precludes a settlement. The government won't let such a ruling stand. Plaintiffs had better pack their bags, its gonna be a long haul to the bleak end.

Inappropriate? Alert us.                                              Post a comment


Posted by **nolatty** on 05/03/08 at 10:55AM

The MRGO was ill-conceived, was poorly maintained, the government is irresponsible...etc,...etc... All true, but of little importance to the question of what caused the Lower Nine and most of St. Bernard to flood. MRGO contributed less than a foot of storm surge, if any, due to the dampening effects of water in the surrounding wetlands that prevented any significant wave propagation. The height of the surge did not occur until hours after the flooding. So what caused the flooding? THE BARGE. Eyewitnesses saw it strike the eastern IHNC floodwall in two locations, breaching it both times, and unleashing a massive wall of water that other eyewitnesses throughout the Lower Nine and western St. Bernard saw moving eastward to Paris Road. Until then, there was very little water in these areas. THE BARGE DID IT.

Inappropriate? Alert us.                                                    Post a comment

---

Posted by **dayspast** on 05/03/08 at 11:40AM

The Corps, State, and City should still should be sued for the outflow canals as well.

Remember, they allowed the 17th st canal to be further dug out to hold more water. This was outright negligence.

Inappropriate? Alert us.                                                    Post a comment

---

Posted by **johnbgood** on 05/03/08 at 11:59AM

nolatty

There were no barges in the GIWW or along the MRGO levees along Lake Bornge, they were breached from the water. And it still has not been proven whether the barge floated through an opening in an already failed wall or if the barge caused the failure. More likely that the barge floated through an opening in an already failed wall, since the failures at the Industrial Canal were so similar to other wall failures throughout the system that did not involve any barges only poor engineering. Further, the barge theory is like the single bullet theory in the Kennedy case. That single barge had to go from floodwall to floodwall and only impact floodawlls and nothing else in the canal (not very likely). If this is all the Corps has for a defense, then their defense is like their engineering designs doomed for failure.

Inappropriate? Alert us.                                                    Post a comment

---

Posted by **joescanlon** on 05/03/08 at 12:47PM

Obtaining justice IS moving forward, not only after a street crime is committed, but also after government negligence causes widespread damage in the hundreds of millions of dollars to tens of thousands of people.

We are a nation of laws. A court has ruled that the suit can go forward. The