# EXHIBIT 11

ADVERTISEMENT

# LITIGATION CONCERNING INGRAM BARGE ING 4727 IS ALIVE AND WELL



THE CLAIMS FOR THE DEVASTATION CAUSED BY THE TWO BREACHES (ONE TO THE NORTH, NEARER FLORIDA AVE, AND THE OTHER TO THE SOUTH, NEARER CLAIBORNE AVE) OF THE EAST SIDE FLOOD WALL OF THE INDUSTRIAL CANAL IN KATRINA - BY INGRAM BARGE ING 4727 - CONTINUE IN THE UNITED STATES DISTRICT COURT IN NEW ORLEANS - AGAINST LAFARGE NORTH AMERICA, INC., AND ITS INSURERS.*

IN A RECENT DECISION (IN ANOTHER DIVISION OF THE SAME COURT), OUR SUIT AGAINST INGRAM BARGE COMPANY, AND OTHERS, WAS DISMISSED. HOWEVER, THAT DECISION HAS BEEN APPEALED AND THE NEW ORLEANS LAW FIRMS OF WIEDEMANN & WIEDEMANN, THE LAW OFFICE OF BRIAN A. GILBERT, AND THEIR TEAM OF ATTORNEYS CONTINUE TO REPRESENT RESIDENTS OF THE LOWER NINTH WARD, ARABI, AND PARTS OF CHALMETTE WHICH WERE ALL AFFECTED BY THE BREACH OF THE INDUSTRIAL CANAL AND THE RESULTING MASSIVE FLOODING, AND CONTINUE TO FIGHT ON BEHALF OF THE VICTIMS OF THE DEVASTATION. THE CLAIMS CONTINUE TO BE VIGOROUSLY PURSUED AGAINST LAFARGE NORTH AMERICA, THE COMPANY THAT TOOK DELIVERY OF BARGE ING 4727 ON AUGUST 26, 2005, AND THEIR INSURERS.*

*THE VICTIMS' ATTORNEYS ARE PREPARING TO SEEK CLASS CERTIFICATION ON BEHALF OF ALL PERSONS WHO WERE SIMILARLY DAMAGED. AT THIS TIME, NO COURT, THUS FAR, HAS CERTIFIED OR APPROVED SUCH A CLASS.

### CLAIMANTS

IT IS NOT TOO LATE TO MAKE YOUR CLAIM FOR DAMAGES YOU HAVE SUFFERED.

CONTACT

| WIEDEMANN & WIEDEMANN LAW FIRM | OR | THE LAW OFFICE OF BRIAN A. GILBERT |
|---|---|---|
| (504) 581-6180  1-800-749-6180 | | (504) 885-7700 |

OR VISIT

www.bargecase.com

TO LEARN ABOUT WHAT YOU SHOULD DO TO PROTECT YOUR RIGHTS.

### WITNESSES

IF YOU KNOW OF ANYONE WHO SAW OR HEARD THE BARGE HIT THE EASTERN INDUSTRIAL CANAL FLOODWALL DURING KATRINA, OR HAVE ANY OTHER PERTINENT INFORMATION, PLEASE CONTACT US IMMEDIATELY.

### DISCLAIMER

This litigation does not assert claims against any governmental entity for the breaches of the Industrial Canal or consequent flooding. This litigation alleges that the flooding was caused by the barge, ING 4727. This litigation is open to persons residing in the affected areas at the time of Katrina including the Lower Ninth Ward and portions of St. Bernard Parish. The contents of this message are for informational purposes only, and nothing herein is to be construed as legal advice, or as a substitute for specific consultation with a licensed attorney.