# EXHIBIT 12

```
00001
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4  IN THE MATTER OF THE    *   CIVIL ACTION
    COMPLAINT OF INGRAM     *
 5  BARGE COMPANY, AS OWNER *   NO. 05-4419
    OF THE ING4727,         *      C/W 05-4237
 6  PETITIONING FOR         *      C/W 05-5531
    EXONERATION FROM OR     *      C/W 05-5724
 7  LIMITATION OF LIABILITY *   SECTION "C" (2)
                            *
 8                          *   JUDGE HELEN G.
                            *      BERRIGAN
 9                          *
                            *   MAG. JUDGE, JOSEPH
10                          *      WILKENSON, JR.
                            *
11  * * * * * * * * * * * * *

12

13

14       Deposition of Edward Busch taken at the

15  law offices of Chaffe McCall, located at 1100

16  Poydras Street, Suite 2300, New Orleans, Louisiana

17  70163, beginning on the 14th day of November,

18  2006.

19

20

21

22  Reported by:

23      Peter Caruso, CCR-CVR
        Certified Court Reporter
24

25
```

00054

1  around the wall to close up some of the outlying

2  buildings and left instructions for them to do

3  things while in my absence. And I came back a

4  few minutes later and they were doing it.

5     Q. So when did you hear about the surge, at

6  what time?

7     A. It was during the course of the morning.

8  Like I said, we had -- it was either my truck or

9  someone else's truck, we had the door open and we

10 were listening to the weather report.

11    Q. And so what did you -- after you heard

12 this surge, this problem with a surge, what did

13 you tell the employees at that point in time?

14    A. At that point in time I told them we

15 needed to secure the area for a storm.

16    Q. And you mentioned picking up loose items

17 and --

18    A. Yes, sir.

19    Q. -- things like that; is that right?

20    A. Yes, sir.

21    Q. Now, you called at some point in time

22 after meeting with the employees at -- about nine

23 o'clock is when you called Zito; is that correct?

24 Or was it before your meeting with the employees?

25    A. No. It was during the same period of