UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*  07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## LOCAL RULE 37.1E CERTIFICATE

Undersigned counsel for Defendant Lafarge North America, Inc. ("LNA") certifies that counsel for LNA has conferred by telephone with Brian Gilbert, counsel for plaintiffs, for purposes of amicably resolving the issues undertaken in LNA's "Motion for Protective Order with Respect to Plaintiffs' Notice of Proposed FRCP 30(b)(6) Deposition", and that counsel for LNA were unable to resolve or reach agreement with said opposing counsel on said issues because the parties disagree as to the extent of their rights and obligations, and what plaintiffs are entitled to.

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street

LIBW/1678588.1

        New Orleans, LA 70163-2300
        Telephone: (504) 585-7000
        Facsimile: (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com

        /s/ John D. Aldock
        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone: (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone: (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 27th day of May, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        /s/ John D. Aldock