UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*         07-5178 | * * | JOSEPH C. WILKINSON, JR. |

### ORDER GRANTING MOTION TO QUASH PLAINTIFFS' APRIL 30, 2008 DEPOSITION NOTICE AND DOCUMENT DEMAND TO CENTANNI INVESTIGATIVE AGENCY

Upon consideration of the motion of Lafarge North America Inc. to quash plaintiffs' notice of a Rule 30(b)(6) deposition notice with accompanying document demand for LNA's counsel's investigator, Centanni Investigative Agency, the response thereto, and the entire record, it is hereby ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

1125801-1