UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES   * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO:                                      * | | MAGISTRATE (2) |
| NO.     06-6099                                      * | | |
| * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' EX PARTE MOTION FOR
ENTRY OF FINAL APPEALABLE JUDGMENT**

**COME NOW** plaintiffs in Civil Action No. 06-6099, appearing through undersigned counsel, and move This Honorable Court for entry of a Final Appealable Judgment pursuant to the provisions of Rule 54(b), Federal Rules of Civil Procedure, as to dismissal of the claims identified in the Court's Order and Reasons of May 27, 2008 (Record Document No. 13279).  This motion is filed upon the grounds that, earlier today, May 27, 2008, this Court issued an Order and Reasons (Record Document No. 13279), which plaintiffs aver is not only erroneous, but contrary to pleaded fact and law, which erroneous Order and Reasons plaintiffs wish to appeal, post-haste, to the United States Court of Appeals for the Fifth Circuit.  A proposed form of a Final Appealable Judgment is filed simultaneously herewith for the convenient reference of the Court, the signing and

-2-

entry of which will prejudice no one, least of all defendant the United States of America, in whose favor the judgment to be appealed fro is in favor of.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**   **S/Ashton R. O'Dwyer, Jr.**
              **Ashton R. O'Dwyer, Jr.**
              **Bar No. 10166**
              **821 Baronne Street**
              **New Orleans, LA 70113**
              **Tel. 504-679-6166**
              **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 27th day of May 2008.

        S/Ashton R. O'Dwyer, Jr.