**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **NO.    05-4182 "K"(2)** |
| | § | |
| ————————————————————— | § | |
| | § | |
| **PERTAINS TO:      INSURANCE SUITS** | § | **JUDGE DUVAL** |
| **PENDING IN THE INSURANCE UMBRELLA** | § | |
| **THAT INVOLVE STATE FARM AND** | § | **MAG. WILKINSON** |
| **HARTFORD AS DEFENDANTS** | § | |
| ————————————————————— | § | |

**I PLAINTIFFS' OPPOSITION TO STATE FARM/HARTFORD'S
MOTION TO DISMISS FLOOD WATER DAMAGE CLAIMS**

**NOW INTO COURT,** come the Plaintiffs' Liaison Counsel and the Plaintiffs' Subgroup

Liaison Committee – Insurance, which respectfully oppose the Motion to Dismiss Flood Water

Damage Claims filed by State Farm Fire and Casualty, State Farm General Insurance Company, and

any improperly identified variant of the State Farm entities (hereinafter referred to collectively as

"State Farm") and/or Hartford Accident and Indemnity Company, Hartford Casualty Insurance

Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford

Insurance Company of the Southeast, Hartford Underwriters Insurance Company, and any

improperly identified variant of the Hartford entities (hereinafter referred to collectively as

"Hartford") for the following reasons.

1

**1.**

This Court by Order entered the 1st day of March, 2007, created the Plaintiffs' Subgroup Litigation Committee for all insurance cases relating to Hurricane Katrina issues that are pending in this Section.  As contemplated by this Case Management and Scheduling Order #4, the members of the aforesaid committee believe it is in the best interest of all plaintiffs and that it will conserve judicial resources in these consolidated matters to seek the relief requested herein.

**2.**

State Farm Fire and Casualty, State Farm General Insurance Company, and all improperly identified variants of the State Farm entities (hereinafter referred to collectively as "State Farm") and Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, and all improperly identified variants of the Hartford entities (hereinafter referred to collectively as "Hartford") filed a Motion in the consolidated proceedings seeking to dismiss flood water damage claims.  (See Document #12091 with attachments and exhibits filed March 31, 2008).

**3.**

The Motion requested relief in the form of an order dismissing flood water damages claims in various cases listed on certain Exhibits, as a result of this Court's ruling in *Chehardy* and *Vanderbrook* and confirmed by the United States Fifth Circuit Court of Appeals.

**4.**

Specifically, the State Farm/Hartford Motion seeks to dismiss, in their entirety, certain cases listed on Exhibit A.  The State Farm/Hartford Motion alleges that,  in the instance of each case listed on Exhibit A, the complaints do not allege any wind damage, only flood related damage.  Several of the plaintiffs' attorneys believe, in fact and contrary to the State Farm/Hartford Motion, that the complaints do seek insurance proceeds for wind damage caused by Hurricane Katrina.

**5.**

Plaintiffs' Liaison Counsel and members of the PSLC - Insurance represent that some attorneys have informed them that they did not believe amendments could be made to various complaints due to the stay in effect for insurance cases under the Hurricane Katrina umbrella.  While the above information is not verified, Plaintiffs' Liaison Counsel and members of the PSLC believe that sufficient questions exist that require the Court to give consideration to that information.  In an effort to alleviate mass confusion as to whether the complaints do seek damages based on losses caused by wind, the PSLC - Insurance and the Liaison Counsel request an order allowing each plaintiff in the cases listed on Exhibit A to amend their complaints within 21 days of entry of the order to clarify or allege wind damage.

**6.**

Exhibit A lists less than thirty (30) complaints.  In the interest of justice, the plaintiffs should be allowed to confirm their intentions to seek compensation for damages caused by wind.  Some of the plaintiffs allege that they have already done so in the original complaints and they contend that State Farm/Hartford erroneously mis-characterized the complaints and that they have specifically plead wind damage.

**7.**

Rather than negatively impacting the global approach to the insurance cases in the umbrella, the Committee respectfully suggests that this will clearly set forth all claims sought against the State Farm and Hartford entities and allow the cases to proceed on issues outside of the flood exclusion language as Plaintiffs do not dispute that their flood claims against State Farm/ Hartford should be dismissed.

**8.**

In the alternative, Plaintiffs' Liaison Counsel and members of the PSLC - Insurance respectfully request that the Court withhold judgment on the Motion to Dismiss Claims for thirty days to allow any potential or pending settlements to be completed.

WHEREFORE, the Plaintiffs' Subgroup Liaison Committee – Insurance respectfully requests that the Court issue an Order permitting the amendment of insurance complaints filed against State Farm or Hartford to clarify or allege wind damages.  Further, Movants seek an Order requiring the amendments to be filed on or before twenty-one (21) days after execution of this Order or the complaints shall be dismissed in their entirety with prejudice.  Alternatively, the Movants request the Court withhold judgment on these matters for thirty days.

Respectfully Submitted:

   /s/   Joseph M. Bruno
Joseph M. Bruno (#3604)
PLAINTIFFS' LIAISON COUNSEL
THE LAW OFFICE OF JOSEPH M. BRUNO, APLC
855 Baronne Street
New Orleans, LA 70113
(504) 561-6776
jbruno@jbrunolaw.com

**- AND -**

THE PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE - INSURANCE

__/s/ Calvin C. Fayard, Jr.__
Calvin C. Fayard, Jr. (#5486)
LIAISON COUNSEL - INSURANCE
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
(225) 664-4193
calvinfayard@fayardlaw.com

John N. Ellison, Esq. (Admitted Pro Hac Vice)
REED SMITH LLP
1650 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 241-1210
jellison@reedsmith.com

James M. Garner (#19589)
SHER, GARNER, CAHILL, RICHTER,
KLEIN, & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
(504) 299-2100
jgarner@shergarner.com

Joseph J. McKernan (#10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
(225) 926-1234
jemckernan@mckernanlawfirm.com

Drew A. Ranier (#8320)
RANIER, GAYLE, & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171
dranier@rgelaw.com

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/  Joseph M. Bruno   
        Joseph M. Bruno

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **NO.    05-4182 "K"(2)** |
| | § | |
| ————————————————————— | § | |
| | § | |
| **PERTAINS TO:     INSURANCE SUITS** | § | **JUDGE DUVAL** |
| **PENDING IN THE INSURANCE UMBRELLA** | § | |
| **THAT INVOLVE STATE FARM AND** | § | **MAG. WILKINSON** |
| **HARTFORD AS DEFENDANTS** | § | |
| ————————————————————— | § | |

**ORDER**

In consideration of the above and foregoing Motion and Incorporated Memorandum to allow the amendment to certain State Farm/Hartford complaints to clarify or allege wind damages:

**IT IS HEREBY ORDERED THAT** Plaintiffs in cases listed in Exhibit A may amend their complaints to clarify or allege wind damages within twenty-one (21) days after entry of this Order.

**IT IS FURTHER ORDERED THAT** the failure of Plaintiffs to amend their complaints within twenty-one (21) days of entry of this Order shall result in dismissal of the complaints listed in Exhibit A with prejudice.

———————————————————————
UNITED STATES DISTRICT COURT JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | |
| | § | NO.    05-4182 "K"(2) |
| | § | |
| _____ | § | |
| | § | |
| PERTAINS TO:     INSURANCE SUITS | § | JUDGE DUVAL |
| PENDING IN THE INSURANCE UMBRELLA | § | |
| THAT INVOLVE STATE FARM AND | § | MAG. WILKINSON |
| HARTFORD AS DEFENDANTS | § | |
| _____ | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that counsel for plaintiffs, Joseph M. Bruno, will bring on for

hearing the attached Motion and Incorporated Memorandum to Amend before United States District

Court Judge Stanwood Duval, 500 Camp Street, New Orleans, Louisiana 70130, on the _____ day

of _____, 2008 or as soon thereafter as counsel may be heard.

Respectfully Submitted:

_/s/  Joseph M. Bruno___
Joseph M. Bruno (#3604)
PLAINTIFFS' LIAISON COUNSEL
THE LAW OFFICE OF JOSEPH M. BRUNO, APLC
855 Baronne Street
New Orleans, LA 70113
(504) 561-6776
jbruno@jbrunolaw.com

**- AND -**
THE PLAINTIFFS' SUBGROUP LITIGATION
COMMITTEE - INSURANCE

_/s/ Calvin C. Fayard, Jr.___
Calvin C. Fayard, Jr. (#5486)
LIAISON COUNSEL - INSURANCE
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726

(225) 664-4193
calvinfayard@fayardlaw.com

John N. Ellison, Esq. (Admitted Pro Hac Vice)
REED SMITH LLP
1650 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 241-1210
jellison@reedsmith.com

James M. Garner (#19589)
SHER, GARNER, CAHILL, RICHTER,
KLEIN, & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
(504) 299-2100
jgarner@shergarner.com

Joseph J. McKernan (#10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
(225) 926-1234
jemckernan@mckernanlawfirm.com

Drew A. Ranier (#8320)
RANIER, GAYLE, & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171
dranier@rgelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/  Joseph M. Bruno
Joseph M. Bruno

9