UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |

**O R D E R**

Considering Lafarge North America Inc.'s and Harry Holladay's Motion for Protective Order and Motion to Quash Subpoena Duces Tecum Served on Harry Holladay;

IT IS ORDERED that said Motion is hereby GRANTED, and that the Subpoena Duces Tecum served on Harry Holladay is hereby quashed, and that a protective order is issued barring plaintiffs from seeking discovery from Harry Holladay.

New Orleans, Louisiana this ___ day of _____ 2008.

_____
JUDGE

1120219-2