UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*                07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## NOTICE OF FRCP 45 PRODUCTION

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production of the following named organization, the documents and things specified below, on Thursday, January ____, 2008.

Note that production was to be made on or before February 29, 2008, but when served the accompanying subpoena, respondent rendered immediate production. Respondent's affidavit will follow.

RESPONDENT:           True Title, Inc.
                                      G. Patrick Hand, Esq.
                                      901 Derbigny Street
                                      Gretna, Louisiana

**EXHIBIT C**

| | |
|---|---|
| **LOCATION:** | Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana   70113 |
| **DATE/TIME:** | February 29, 2008 11:00 a.m. |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 11:00 a.m. on February 29, 2008, any and all of the following:

1. February 9, 2006 act of sale ("Cash Sale" of 105 Berkley Drive, New Orleans, Louisiana, from Hummel Construction, LLC to Jeanne Church Murph and Arthur L. Murph, Jr.

2. Any and all evidence of mortgage, promissory notes, settlement statements, agreements, covenants, correspondence, memoranda, abstracts, disclosures, addenda, attachments, buy-sell agreements, conditions, terms, and any and all other writings generated, obtained and/or executed in connection with, ancillary to, precedent to and/or antecedent to said sale, and/or bearing the name(s) of any seller, buyer, mortgagor, mortgagee and/or intervenor and/or any other party(ies) to said sale and /or agreements ancillary matters.

2. Your Affidavit of Authenticity as to all of the foregoing produced in response hereto.

Respectfully submitted
By BARGE P.S.L.C.

**LAW OFFICE OF BRIAN A. GILBERT**

\S\Brian A. Gilbert
**BRIAN A. GILBERT (#21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/885/7700
Phone: 504/581-6180
Fax: 504/581/4336

**WIEDEMANN & WIEDEMANN**

\S\Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)
KARL WIEDEMANN (#188502)
KAREN WIEDEMANN (#21151)**

>821 Baronne Street
>New Orleans, Louisiana 70113
>Phone: 504/581-6180
>Fax: 504/581-4336
>Attorneys for Plaintiffs

>\S\Patrick J. Sanders
>**PATRICK J. SANDERS (#18741)**
>Attorney at Law
>3316 Ridgelake Drive
>Metairie, Louisiana 70002
>Phone: 504/834-0646
>Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

>\s\Brian A. Gilbert