# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * | CIVIL ACTION |
| | | * | NO. 05-4182 |
| PERTAINS TO: BARGE | | * * | and consolidated cases |
| | | * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAG. |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | | * | |

## NOTICE OF FRCP 45 PRODUCTION REQUEST

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production Request of the following named organization, to produce under oath, before a court reporter or other person authorized to administer oaths, at the place, date and time stated below, to continue from day to day until concluded, the documents and things specified below.

You are invited to attend and participate as is appropriate according to law.

**RESPONDENT:**                     New Jourdan, LLC
                                    Through its registered agent
                                    Daniel A. Webb
                                    322 Hector
                                    Metairie, Louisiana


EXHIBIT E

| | |
|---|---|
| **LOCATION:** | Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana   70113 |
| **DATE/TIME:** | February 29, 2008 12:15 p.m. |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 12:15 p.m. on February 29, 2008, any and all of the following:

1. Articles of Organization;

2. Initial, Annual and Interim Reports;

3. Any and all books, ledgers, bank account statements, accounting records, banking receipts, checks, drafts, deposits, and any and all other writings reflecting receipt, deposit, payment, transfer, investment, withdrawal and/or disposition of any and all funds forming any part of settlement with Arthur Murph and/or purchase and/or sale of 1739 Jourdan Avenue and/or 105 Berkley Drive;

4. Any and all documents and things pertinent to and/or reflecting terms of settlement with Arthur Murph including but not limited to writings, agreements, covenants, contracts, release, compromise, transaction, payments, receipts, and all other writings and things responsive to the request;

5. Any and all factual accounts, statements, narratives, reports and recollections obtained from Arthur Murph and/or Jeanne Murph relative to events observed and/or perceived during Hurricane Katrina;

6. Affidavit of Authenticity of all materials responsive to this request.

          Respectfully submitted
          By BARGE P.S.L.C.

          **LAW OFFICE OF BRIAN A. GILBERT**

          \S\Brian A. Gilbert
          **BRIAN A. GILBERT (#21297)**
          821 Baronne Street
          New Orleans, Louisiana 70113
          Phone: 504/885/7700
          Phone: 504/581-6180
          Fax: 504/581/4336

**WIEDEMANN & WIEDEMANN**

\S\Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN (#13457)**
**KARL WIEDEMANN (#188502)**
**KAREN WIEDEMANN (#21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiffs


\S\Patrick J. Sanders
**PATRICK J. SANDERS (#18741)**
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record by E-mail and/or United States Mail, postage pre-paid and properly addressed, and/or via facsimile and/or via ECF upload this 28th day of January, 2008.

\s\Brian A. Gilbert

# SUTTERFIELD & WEBB, L.L.C.

*ATTORNEYS AND COUNSELORS AT LAW*

SUITE 2715 · 650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6111
WWW.SWSLAW.COM

Daniel A. Webb
dwebb@swslaw.com

TELEPHONE 504/598-2715
FACSIMILE 504/529-7197
E-MAIL: INFO@SWSLAW.COM

March 3, 2008

VIA HAND DELIVERY
Brian A. Gilbert, Esq.
Law Office of Brian A. Gilbert
821 Baronne Street
New Orleans, Louisiana 70113

    Re:   *In Re Katrina Canal Consolidated Litigation*
           FRCP 45 Production Request
           USDC/EDLA Case No. 2:05-cv-04182
           Our File No. M1530-546

Dear Brian:

    New Jourdan, L.L.C. submits the following documents in response to the Notice of FRCP 45 Production Request:

1. Official Secretary of State copy of Articles of Organization and Initial Report of New Jourdan LLC;

2. Limited Liability Annual Report (for period ending February 10, 2007); First Amendment of Articles of New Jourdan LLC (December7th, 2007;

3. Limited Liability Annual Report (for period ending February 10, 2008);

5. Power of Attorney by Arthur L. Murph, Sr. and Jeanne A. Church Murph (February 9, 2006);

6. Agreement to Purchase or Sell (February 9, 2006);

7. Act of Collateral Mortgage by Jeanne A. Church Murph and Arthur L. Murph, Sr., (February 9, 2006);

8. Collateral Mortgage Note (February 9, 2006);



A member of the Harmonie Group,
an affiliation of independent law firms

Mr. Brian A. Gilbert, Esq.
March 3, 2008
Page 2 of 2

   9. Collateral Pledge Agreement (February 9, 2007);

   10. Promissory Note (February 9, 2006);

   11. Act of Sale of Property (December 5, 2007).

  The Settlement Agreement executed by Mr. and Mrs. Murph has been produced.

           Very truly yours,

           *[signature]*

           DANIEL A. WEBB

DAW/ld
Enclosures

cc: Derek A. Walker, Esq. (w/o enclosures)
   John Aldock, Esq. (with enclosures)