UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL | | * | |
| BREACHES | | * | |
| CONSOLIDATED LITIGATION | | * | CIVIL ACTION |
| | | * | |
| | | * | NO. 05-4182 |
| | | * | and consolidated cases |
| PERTAINS TO: BARGE | | * | |
| | | * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | | * | |

**O R D E R**

Considering Lafarge North America Inc.'s and New Jourdan, L.L.C.'s Motion for Protective Order and Motion to Quash;

IT IS ORDERED that said Motion is hereby GRANTED, and that the Notice of Deposition to New Jourdan, L.L.C. is hereby quashed, and that a protective order is issued barring plaintiffs from seeking additional discovery from New Jourdan, L.L.C., as requested in the Memorandum in Support.

1120219-1

New Orleans, Louisiana this \_\_\_ day of _____ 2008.


_____
JUDGE