# SUTTERFIELD & WEBB, L.L.C.
*ATTORNEYS AND COUNSELORS AT LAW*

SUITE 2715 · 650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6111
WWW.SWSLAW.COM

Daniel A. Webb
dwebb@swslaw.com

TELEPHONE 504/598-2715
FACSIMILE 504/529-7197
E-MAIL: INFO@SWSLAW.COM

March 3, 2008

VIA HAND DELIVERY
Brian A. Gilbert, Esq.
Law Office of Brian A. Gilbert
821 Baronne Street
New Orleans, Louisiana 70113

> Re: *In Re Katrina Canal Consolidated Litigation*
> FRCP 45 Production Request
> USDC/EDLA Case No. 2:05-cv-04182
> Our File No. M1530-546

Dear Brian:

New Jourdan, L.L.C. submits the following documents in response to the Notice of FRCP 45 Production Request:

1. Official Secretary of State copy of Articles of Organization and Initial Report of New Jourdan LLC;

2. Limited Liability Annual Report (for period ending February 10, 2007); First Amendment of Articles of New Jourdan LLC (December 7th, 2007;

3. Limited Liability Annual Report (for period ending February 10, 2008);

5. Power of Attorney by Arthur L. Murph, Sr. and Jeanne A. Church Murph (February 9, 2006);

6. Agreement to Purchase or Sell (February 9, 2006);

7. Act of Collateral Mortgage by Jeanne A. Church Murph and Arthur L. Murph, Sr., (February 9, 2006);

8. Collateral Mortgage Note (February 9, 2006);



HARMONIE
A member of the Harmonie Group,
an affiliation of independent law firms

**EXHIBIT**
tabbies®
B

Mr. Brian A. Gilbert, Esq.
March 3, 2008
Page 2 of 2

      9. Collateral Pledge Agreement (February 9, 2007);

      10. Promissory Note (February 9, 2006);

      11. Act of Sale of Property (December 5, 2007).

The Settlement Agreement executed by Mr. and Mrs. Murph has been produced.

      Very truly yours,

      DANIEL A. WEBB

DAW/ld
Enclosures

cc:   Derek A. Walker, Esq. (w/o enclosures)
      John Aldock, Esq. (with enclosures)