# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases<br><br>SECTION "K" (2) |
| PERTAINS TO: BARGE | |
| *Boutte v. Lafarge* 05-5531<br>*Mumford v. Ingram* 05-5724<br>*Lagarde v. Lafarge* 06-5342<br>*Perry v. Ingram* 06-6299<br>*Benoit v. Lafarge* 06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA* 07-5178 | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

## NOTICE OF FRCP 45 PRODUCTION

TO:   All Counsel

**YOU ARE HEREBY NOTIFIED** of the FRCP 45 Production of the following named organization, the documents and things specified below, on Thursday, January 23, 2008.

Note that production was to be made on or before February 29, 2008, but when served the accompanying subpoena, respondent rendered immediate production. Respondent's affidavit will follow.

RESPONDENT:   Crescent Bank and Trust
1100 Poydras Street
Suite 100
New Orleans, LA 70163



EXHIBIT D

| | |
|---|---|
| **LOCATION:** | Law Office of Brian A. Gilbert<br>821 Baronne Street<br>New Orleans, Louisiana 70113 |
| **DATE/TIME:** | February 29, 2008 at 4:00 p.m. |

Please appear and produce at the Law Office of Brian A. Gilbert, 821 Baronne Street, at 4:00 p.m. on February 29, 2008, any and all of the following:

1. Any and all notes, records, logs, requests, carbon copies, photo copies, correspondence, orders, payments, receipts, registers, statements, ledgers and other writings and documents in your possession, custody or control related to Crescent Bank and Trust Official Check No. 794153976 dated 02-09-06 payable to True Title in the amount of $227, 236.36 re Purchase of 105 Berkley, NOLA.

2. Any and all of the foregoing stating the source of the above funds payable by said Official Check;

3. Any and all of the foregoing stating the identities of persons and/or entities who provided any funds for the aforesaid Official Check ;

4. Any and all of the foregoing identifying the person or entities to whom the original Official Check was given or provided.

5. Affidavit of authenticity of all of the foregoing.

          Respectfully submitted
          By BARGE P.S.L.C.

          \S\ Brian A. Gilbert
          **BRIAN A. GILBERT (#21297)**
          821 Baronne Street
          New Orleans, Louisiana 70113
          Phone: 504/885-7700
          Phone: 504/581-6180
          Fax: 504/581-4336
          Attorney for Plaintiffs

\S\ Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN (#13457)
KARL WIEDEMANN (#188502)
KAREN WIDEMANN (21151)
821 Baronne Street
New Orleans, Louisiana   70113
Phone: 504/581-6180
Fax: 504/581-4336
Attorneys for Plaintiff

\S\ Patrick J. Sanders
PATRICK J. SANDERS (#18741)
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana   70002
Phone: 504/834-0646
Fax: 504/835-2401
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 29th day of January, 2008.

\s\Brian A. Gilbert