UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

### NOTICE OF FED. R. CIV. P. 30(B)(6) DEPOSITION OF NEW JOURDAN, LLC

_____YOU ARE HEREBY NOTIFIED that the Barge Plaintiffs, through undersigned counsel, will conduct the oral deposition of New Jourdan, LLC, beginning at 9:30 a.m. on the 4th day of June, 2008, at the offices of Chaffe-McCall, L.L.P., 1100 Poydras Street, Suite 2300, New Orleans, Louisiana, before an officer authorized to administer oaths, and shall continue from day to day until completed, with respect to the following topics:

1. Identities and duties of any and all officers, directors, members and shareholders;

2. Any and all organizational functions and purposes of New Jourdan, L.L.C.

3. Any and all resolutions, meetings, and activities by New Jourdan, LLC relevant to transaction or compromise with Arthur Murph and/or Jeannie Murph of claims concerning ING 4727;

4. Any and all monetary transactions with, through, or involving New Jourdan, LLC, relative to above transaction or compomise with Arthur Murph and/ir Jeannie Murph;


EXHIBIT E

5. Any and all participation in and/or activities relevant to sale and/or purchase of 1739 Jourdan Avenue and/or 105 Berkley Drive;

6. Any and all knowledge of the activities of any other parties or entities concerning transaction or compromise with Arthur Murph and/or Jeannie Murph of claims concerning ING 4727 and/or sale and/or purchase of 1739 Jourdan Avenue and/or 105 Berkley Drive;

7. Any and all knowledge of communications with Arthur Murph, Jeannie Murph, Shirley Priestly, Jennifer Fernandez, and/or Wayne Priestly concerning transaction or compromise with Arthur Murph and/or Jeannie Murph of claims concerning ING 4727 and/or sale and/or purchase of 1739 Jourdan Avenue and/or 105 Berkley Drive;

8. Any and all other relevant factual matters disclosed by deponent(s) of which the deponent(s) have knowledge.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646

e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile: 800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,
        adele@rickseymourlaw.net

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
    Telephone: (212) 608-4400
    Facsimile: (212) 227-5159
    e-mail: lwilson@wgdnlaw1.com, ___
ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
    Telephone: 212-869-3500 ext. 235
    Facsimile: 212-398-1532
    e-mail: a.fuchsberg@fuchsberg.com,
        l.kelmachter@fuchsberg.com

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 30 day of April, 2008.

    \s\Brian A. Gilbert