UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * * | CIVIL ACTION NO. 05-4182 |
| Pertains to: | * * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |
| INSURANCE | * * | SECT." K "     MAG. " 2 " |
| CIVIL ACTION NO. 07-4895 | * * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT comes Defendant, Fidelity National Insurance Company ("FNIC"), appearing in its capacity as a National Flood Insurance Program (" NFIP") Write-Your-Own ("WYO") Program, who moves this Honorable Court to add Keith M. Detweiler of the Nielsen Law Firm, L.L.C., as additional counsel of record on its behalf in this proceeding.

Dated this 27st day of May, 2008.

-1-

        Respectfully submitted,
        NIELSEN LAW FIRM, L.L.C.


        /s/ Thomas C. Pennebaker
        GERALD J. NIELSEN, La. S.B. 17078
        THOMAS C. PENNEBAKER, La.S.B.24597
        3838 N. Causeway Blvd. Suite 2850
        Metairie, Louisiana 70002
        Tel. (504) 837-2500
        Fax (504) 832-9165
        Email: tpennebaker@nielsenlawfirm.com
        Counsel for Defendant:
        Fidelity National Insurance Company


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Pleading was served upon all counsel of record by use of the CM/ECF system, and if the undersigned counsel does not participate in the system, a copy will be served by hand delivery, facsimile transmission, electronic mail, and/or by U.S. mail, from Metairie, Louisiana, this 27th day of May, 2008.

    John W. Redmann
    Margaret E. Madere
    Law Office of John W. Redmann
    5407 Mac Arthur Blvd.
    New Orleans, LA 70131


        BY: /s/ Thomas C. Pennebaker