UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO, BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

In response to my previous order, Record Doc. No. 13207, defendants' Liaison Counsel, Ralph Hubbard, has advised that he has conferred with other appropriate conference participants concerning the setting of a conference to continue the planning of possible plaintiff specific discovery, including individual plaintiff damages and causation, in the referenced case categories. Accordingly,

**IT IS ORDERED** that pursuant to Case Management and Scheduling Order No. 7, Record Doc. No. 12935, the conference will be conducted before me on **Monday, June 9, 2008 at 10:00 a.m.**

New Orleans, Louisiana, this  27th  day of May, 2008.


JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE