UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | |
| | * | CIVIL ACTION NO. 05-4182 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |
| | * | JUDGE DUVAL |
| Pertains to: | * | |
| | * | SECT." K " |
| | * | |
| INSURANCE | * | |
| | * | |
| CIVIL ACTION NO. 06-8274 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT comes Defendant, Allstate Insurance Company ("Allstate"), appearing in its capacity as a National Flood Insurance Program ("NFIP") Write-Your-Own ("WYO") Program, who moves this Honorable Court to add John D. Carter of the Nielsen Law Firm, L.L.C., as additional counsel of record on its behalf in this proceeding.

Dated this 28th day of May, 2008.

-1-

        Respectfully submitted,
        NIELSEN LAW FIRM, L.L.C.


/s/ Thomas C. Pennebaker
GERALD J. NIELSEN, La. S.B. 17078
THOMAS C. PENNEBAKER, La.S.B.24597
3838 N. Causeway Blvd.  Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500
Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
Counsel for Defendant:
Allstate Insurance Company


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Pleading was served upon all counsel of record by use of the CM/ECF system, and if the undersigned counsel does not participate in the system, a copy will be served by hand delivery, facsimile transmission, electronic mail, and/or by U.S. mail, from Metairie, Louisiana, this 28th day of May, 2008.

| | |
|---|---|
| Gary M. Pendergast | Judy Y. Barrasso |
| 1515 Poydras Street | Barrasso, Usdin, Kupperman, Freeman |
| Suite 2260 | & Sarver, LLC |
| New Orleans, LA 70112 | LL&E Tower |
| Counsel for Plaintiffs | 909 Poydras Street, Suite 2400 |
| | New Orleans, LA 70112 |
| Christian B. Bogart | Counsel for Allstate Insurance Company |
| Duplass, Zwain, Bourgeois, Morton, | |
| Pfister & Weinstock | |
| Three Lakeway Center | |
| Suite 2900 | |
| Metairie, LA 70002 | |
| Counsel for Eddie Corcoran | |

        BY: /s/ Thomas C. Pennebaker