UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES * | |
| CONSOLIDATED LITIGATION * | |
| * | CIVIL ACTION NO. 05-4182 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| * | JUDGE DUVAL |
| Pertains to: * | |
| * | SECT." K " |
| * | |
| INSURANCE * | |
| * | |
| CIVIL ACTION NO. 06-8274 * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * | |

### ORDER

Considering Defendant, Allstate Insurance Company's, Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED** that John D. Carter of Nielsen Law Firm, L.L.C. be enrolled as additional counsel of record on behalf of Defendant Allstate Insurance Company, in this proceeding.

New Orleans, Louisiana, this _____ day of May, 2008.

_____
**THE HONORABLE STANWOOD R. DUVAL, JR**