UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

> Adams, 07-4459
> Allen-Perkins, 07-5204
> Adams, 07-5206
> Worgan, 07-8621
> Moore, 07-8622
> Woniger, 07-8623
> Gaubert, 07-9768

MOTION TO ENROLL
ADDITIONAL COUNSEL FOR PLAINTIFFS

NOW INTO COURT, comes Stuart Barasch, attorney for plaintiffs, and Lawrence J. Centola, Jr., and move the Court to enroll attorney Lawrence J. Centola, Jr., as co-counsel for Plaintiffs. In support thereof, movers show that Lawrence J. Centola, Jr., has been retained to serve herein as co-counsel with plaintiff's current counsel of record, attorney Stuart Barasch. Movers show that Stuart Barasch will continue to serve as Trial Attorney for plaintiffs.

WHEREFORE movers pray for entry of an order allowing counsel Lawrence J. Centola, Jr., to enroll as co-counsel of record for plaintiffs.

                Respectfully submitted,

                S/Stuart Barasch
                STUART BARASCH
                Louisiana Bar No. 20650
                Hurricane Legal Center
                910 Julia Street
                New Orleans, LA 70113
                Tel. (504) 525-1944
                Fax (504) 525-1279

                Email: sblawoffice@aol.com

                and

                S/Lawrence J. Centola, Jr.
                LAWRENCE J. CENTOLA, JR.
                Louisiana Bar No. 3962
                Hurricane Legal Center
                910 Julia Street
                New Orleans, LA 70113
                Tel. (504) 525-1944
                Fax (504) 525-1279

                Email: larrycentola@hotmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2008, I electronically filed the foregoing Motion to Enroll Additional Counsel for Plaintiffs with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all enrolled parties.

                                                S/Stuart Barasch
                                                STUART BARASCH