UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)


PERTAINS TO: INSURANCE                        JUDGE DUVAL
                                             MAG. WILKINSON

     Adams, 07-4459
     Allen-Perkins, 07-5204
     Adams, 07-5206
     Worgan, 07-8621
     Moore, 07-8622
     Woniger, 07-8623
     Gaubert, 07-9768

ORDER

Considering the Motion to Enroll Additional Counsel for Plaintiff, IT IS
ORDERED, that the Motion for Leave to Enroll Additional Counsel for Plaintiffs is
GRANTED.

IT IS FURTHER ORDERED that Lawrence J. Centola, Jr., be and he is hereby
enrolled as additional counsel for plaintiffs.

In New Orleans, Louisiana, this _____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE