UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*THIS PLEADING APPLIES TO:*<br>     **BARGE**<br>*Parfait v. USA*     C.A. No. 07-3500 | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL, JR.<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

## O R D E R

Considering the foregoing motion,

IT IS ORDERED that the hearing on Southeast Louisiana Flood Protection Authority-East's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted, previously set for May 28, 2008 at 9:30 a.m., be reset to June 25, 2008 at 9:30 a.m. The Court shall grant the parties no further continuances of hearing on Southeast Louisiana Flood Protection Authority-East's Motion for Failure to State a Claim Upon Which Relief Can be Granted.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
J U D G E

1126201-1