UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| INSURANCE (Mallet, No. 07-3837) | * | |

**JOINT MOTION TO DISMISS**

COME NOW, plaintiffs, Vernice and Dwayne Mallet, and defendant, The Standard Fire Insurance Company, and the incorrectly referred to entities, St. Paul Travelers Group, and The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, one of the Travelers Property and Casualty [Insurance] Companies, appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that the parties desire to dismiss, with prejudice, the said cause against defendant, The Standard Fire Insurance Company, and the incorrectly referred to entities, St. Paul

1

Travelers Group, and The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, one of the Travelers Property and Casualty [Insurance] Companies, with each party to bear its own court costs.

Respectfully submitted:

*[signature]*

Roy F. Amedee, Jr.
Brent A. Klibert
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Ave.
Suite 801
New Orleans, LA 70130
504-592-3222

Allan Berger
Allan Berger & Associates, PLC
4173 Canal St.
New Orleans, LA 70119
504-486-9481

Andrea S. Lestelle
Jeffery Bryan Struckhoff
Terrence Jude Lestelle
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, LA 70002-3726
504-828-1224

John Van Robichaux, Jr.
Robichaux Law Firm
6305 Elysian Fields Ave.
Suite 304
P.O. Box 792500
New Orleans, LA 70122
985-809-0620
info@robichauxlaw.com

Patrick G. Kehoe, Jr.
Patrick G. Kehoe, Jr. APLC
833 Baronne St.
New Orleans, LA 70113
504-588-1110
Email: pgkehoejr@kehoejr.com

William Peter Connick
Connick & Connick, LLC
2551 Metairie Rd.
Metairie, LA 70001
504-838-8777
Fax: 504-838-9903
Email: pconnick@connicklaw.com

Attorneys for Plaintiffs

and

/S/Gary J. Russo
Gary Russo (#10828)
LONGMAN RUSSO, APLC
Attorney for Defendants
P.O. Drawer 3408
Lafayette, LA  70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: gjrusso@lrfirm.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gary J. Russo

3