UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO INSURANCE | * | MAGISTRATE WILKINSON |
| (Myrtle Reed, No. 07-3836) | * | |
| | * | |

## ORDER OF DISMISSAL

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered action be and the same is hereby dismissed, with prejudice, dismissing plaintiff's claims against defendant, The Standard Fire Insurance Company, and the incorrectly referred to entities St. Paul Travelers Group, and The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, one of the Travelers Property and Casualty [Insurance] Companies, with each party to bear its own court costs.

THUS DONE AND SIGNED at New Orleans, Louisiana this _____ day of _____, 2008.

_____