UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO, <u>Robinson</u>, 06-2268 | JUDGE DUVAL  MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: LSU's and Dr. Hassan S. Mashriqui's Motion to Quash Subpoena, Record Doc. No. 12096

<u>O R D E R E D</u>:

<u>XXX</u> : DISMISSED AS MOOT. Jennifer Sigler, counsel for movants, has advised the court that the parties have resolved their dispute and that the motion, previously set for hearing on May 28, 2008, is moot.

New Orleans, Louisiana, this __28th__ day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE