UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  ALL CASES | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

I have received a letter from Ashton R. O'Dwyer, counsel for some plaintiffs in this matter, dated May 20, 2008, which has been separately filed in the record. Mr. O'Dwyer's letter requests information from me and vaguely refers to its "relevan[ce] to the integrity of [the captioned] litigation." The only source from which I "first became aware of the representation of the State by Messrs. Becnel or Fayard" is proceedings in this court. The dates on which the cases were allotted to me, together with the first dates on which written submissions or other occurrences that would have brought my attention to the State's representation in those particular cases, are reflected in the public record of this court, from which the information sought by counsel may be obtained.

New Orleans, Louisiana, this   28th   day of May, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE