MINUTE ENTRY
WILKINSON, M.J.
MAY 28, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
    CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Flowers</u>, 06-9246          JUDGE DUVAL
MAG. WILKINSON

A conference was conducted via telephone in this case on this date to discuss

defendant's pending Motion to Quash, Record Doc. No. 13055.  Participating were: Joseph

Rausch, representing plaintiff; Richard King, representing defendant.

The parties are considering whether they will consent to proceed before a magistrate

judge pursuant to 28 U.S.C. § 636(c).  Counsel must jointly advise my office **NO LATER**

**than 5 P.M. on Monday June 2, 2008** whether all parties consent.  Ruling on the motion

to quash is deferred pending the advice of counsel.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 :10