UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| SUSAN ABADIE, 07-5112 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING CERTAIN HARTFORD CLAIMANTS WITHOUT PREJUDICE

**NOW INTO COURT**, comes Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and Hartford Insurance Company of the Midwest (collectively, "Hartford") and the following plaintiffs:

1. Andree Bonnaffons (on behalf of Hartford's insured, Louis Bonnaffons)

2. Kathleen & Anthony Cuccia

3. Joel de Sliva (insured by Hartford as "Joel de Silva")

4. Marie Farve

5. Mary Johnson

6. Fergus & Paulette Maurice

7. Ronald & Marlene R. Plauche

8. Sue & Preston Saltalamaccia (insured by Hartford as "Preston Saltalamacchia")

9. Julian Sims

10. Robert Till

(collectively "Certain Plaintiffs")

1

who aver that they are no longer desirous of remaining in the captioned litigation. Accordingly, the Certain Plaintiffs and Hartford jointly move this Court for entry of an order to (1) reopen *Abadie et al. vs. Aegis et al.*, No. 07-5112, with respect to Hartford for the limited purpose of addressing this motion, (2) dismiss without prejudice and at each party's cost all of the claims asserted by the Certain Plaintiffs' against Hartford, including without limitation their claims arising under any property insurance policies for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling, and (3) administratively close *Abadie et al. vs. Aegis et al.*, No. 07-5112, with respect to the remaining defendants after ruling on the instant motion.

**WHEREFORE**, Andree Bonnaffons (on behalf of Hartford's insured, Louis Bonnaffons), Kathleen & Anthony Cuccia, Joel de Sliva (insured by Hartford as "Joel de Silva"), Marie Farve, Mary Johnson, Fergus & Paulette Maurice, Ronald & Marlene R. Plauche, Sue & Preston Saltalamaccia (insured by Hartford as "Preston Saltalamacchia"), Julian Sims, Robert Till, and Hartford pray that this Court enter an order which (1) reopens *Abadie et al. vs. Aegis et al.*, No. 07-5112, with respect to Hartford for the limited purpose of addressing this motion, (2) dismisses without prejudice and at each party's cost any and all of the claims of Andree Bonnaffons (on behalf of Hartford's insured, Louis Bonnaffons), Kathleen & Anthony Cuccia, Joel de Sliva (insured by Hartford as "Joel de Silva"), Marie Farve, Mary Johnson, Fergus & Paulette Maurice, Ronald & Marlene R. Plauche, Sue & Preston Saltalamaccia (insured by Hartford as "Preston Saltalamacchia"), Julian Sims, and Robert Till against Hartford, including without limitation their claims arising under any property insurance policies for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling,

and (3) administratively close *Abadie et al. vs. Aegis et al.*, No. 07-5112, with respect to the remaining defendants after ruling on the instant motion.

**ADDITIONALLY**, both undersigned counsel acknowledge that the only remaining plaintiff in the captioned matter with a claim against Hartford is Helene Honore.

Respectfully submitted,

s/Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar # 3604**
**Plaintiffs' Liaison Counsel**
Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504)581-1493
**And**

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
rhubbard@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 28th day of May, 2008, a copy of the foregoing **JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING CERTAIN HARTFORD CLAIMANTS WITHOUT PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Joseph M. Bruno

/s/ Ralph S. Hubbard

3