UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES * CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION *
 * SECTION "K"(2)
PERTAINS TO: *
SUSAN ABADIE, 07-5112 *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Certain Hartford Claimants Without Prejudice;

**IT IS ORDERED ADJUDGED AND DECREED** that this Court's stay order is temporarily lifted for the sole purpose of addressing the Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Hartford;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of Andree Bonnaffons (on behalf of Hartford's insured, Louis Bonnaffons), Kathleen & Anthony Cuccia, Joel de Sliva (insured by Hartford as "Joel de Silva"), Marie Farve, Mary Johnson, Fergus & Paulette Maurice, Ronald & Marlene R. Plauche, Sue & Preston Saltalamaccia (insured by Hartford as "Preston Saltalamacchia"), Julian Sims, and Robert Till, including without limitation their claims arising under their policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling against Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and

1

Hartford Insurance Company of the Midwest are hereby **DISMISSED WITHOUT PREJUDICE** at each party's cost.

_____
UNITED STATES DISTRICT COURT JUDGE