UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| Pertains to: <br><br> INSURANCE <br><br> CIVIL ACTION NO. 07-4891 | SECT." K "    MAG. " 2 " |

## ORDER

Considering Defendant, Fidelity National Insurance Company's, Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED** that Keith M. Detweiler of Nielsen Law Firm, L.L.C. be enrolled as additional counsel of record on behalf of Defendant Fidelity National Insurance Company, in this proceeding.

New Orleans, Louisiana, this   28th  day of May, 2008.

_____
THE HONORABLE STANWOOD R. DUVAL, JR