UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES * | |
| CONSOLIDATED LITIGATION * | |
| * | CIVIL ACTION NO. 05-4182 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| * | JUDGE DUVAL |
| Pertains to: * | |
| * | MAGISTRATE WILKINSON |
| * | |
| INSURANCE * | SECT." K "       MAG. " 2 " |
| * | |
| CIVIL ACTION NO. 07-4892 * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * | |

### ORDER

Considering Defendant, Fidelity National Insurance Company's, Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED** that Keith M. Detweiler of Nielsen Law Firm, L.L.C. be enrolled as additional counsel of record on behalf of Defendant Fidelity National Insurance Company, in this proceeding.

New Orleans, Louisiana, this __28th__ day of May, 2008.

_____
THE HONORABLE STANWOOD R. DUVAL, JR