UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | |
| | * | CIVIL ACTION NO. 05-4182 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |
| | * | JUDGE DUVAL |
| Pertains to: | * | |
| | * | SECT." K " |
| | * | |
| INSURANCE | * | |
| | * | |
| CIVIL ACTION NO. 06-8274 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering Defendant, Allstate Insurance Company's, Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED** that John D. Carter of Nielsen Law Firm, L.L.C. be enrolled as additional counsel of record on behalf of Defendant Allstate Insurance Company, in this proceeding.

New Orleans, Louisiana, this __29th__ day of May, 2008.

Stanwood R. Duval, Jr.
United States District Judge