UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

Adams, 07-4459
Allen-Perkins, 07-5204
Adams, 07-5206
Worgan, 07-8621
Moore, 07-8622
Woniger, 07-8623
Gaubert, 07-9768

ORDER

Considering the Motion to Enroll Additional Counsel for Plaintiff, IT IS ORDERED, that the Motion for Leave to Enroll Additional Counsel for Plaintiffs is GRANTED.

IT IS FURTHER ORDERED that Lawrence J. Centola, Jr., be and he is hereby enrolled as additional counsel for plaintiffs.

In New Orleans, Louisiana, this  29th  day of         May        , 2008.

Stanwood R. Duval, Jr.
United States District Judge