AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

RAPHAEL & DIOIGNA ACEVEDO
et al
(See attached sheet)

v.

AAA et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-5208

SECT K MAG 2

TO: (Name and address of defendant)

SAFECO

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within __TWENTY__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                SEP - 4 2007
CLERK                                           DATE

K. Haley
(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075208

**Received:** 12/20/07

**Mailed:** 12/21/07

**Certified Mail tracking # :** 70070710000280157397

**Mailed to Insurance Co.:**

SAFECO INSURANCE COMPANY OF AMERICA
C T CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO, ET AL

**Defendant:** AAA ET AL



Label/Receipt Number: **7007 0710 0002 8015 7397**
Status: **Delivered**

Your item was delivered at 3:24 pm on December 26, 2007 in BATON ROUGE, LA 70809.