RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

RAPHAEL & DIOIGNA ACEVEDO
(See attached sheet) et al

V.

AAA et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-5208

SECT K MAG 2

TO: (Name and address of defendant)

Southern Farm Bureau

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

SEP - 4 2007

DATE

K. Huley

(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075208

**Received:** 12/20/07

**Mailed:** 12/21/07

**Certified Mail tracking # :** 70070710000280157427

**Mailed to Insurance Co.:**

SOUTHERN FARM BUREAU INSURANCE COMPANY
BOB WARNER, ANN METRAILER & WYNNE JACOBS
P. O. BOX 95005
BATON ROUGE, LA 70895-9005

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** RAPHAEL & DIOIGNA ACEVEDO, ET AL

**Defendant:** AAA ET AL



Label/Receipt Number: **7007 0710 0002 8015 7427**
Status: **Delivered**

Your item was delivered at 7:11 am on December 26, 2007 in BATON ROUGE, LA 70895.