UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases<br>* |
| *THIS PLEADING APPLIES TO:*<br>   BARGE<br>*Parfait v. USA*     C.A. No. 07-3500 | * SECTION "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL, JR.<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

### O R D E R

Considering the foregoing motion,

IT IS ORDERED that the hearing on Southeast Louisiana Flood Protection Authority-East's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted, previously set for May 28, 2008 at 9:30 a.m., be reset to June 25, 2008 at 9:30 a.m. The Court shall grant the parties no further continuances of hearing on Southeast Louisiana Flood Protection Authority-East's Motion for Failure to State a Claim Upon Which Relief Can be Granted.

New Orleans, Louisiana this  29th  day of      May      , 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

1126201-1