UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

DEFENDANT UNITED STATES' PROPOSED
MOTION AND TRIAL SCHEDULE

On May 1, 2006, the Court granted Plaintiffs' Motion to Extend Plaintiffs' Expert Report Due Date and ordered "that upon a resolution of [Plaintiffs'] Motion to Amend . . . a proposed, revised motion and trial schedule will be proposed by the litigants."  R.D. 12981, at 2.  On May 13, 2008, the Court dismissed Plaintiffs' Motion for Leave to File First Amended Complaint as moot, based on Plaintiffs' "reply memorandum in which they state that they have decided to withdraw the proposed amendment."

In view of Plaintiffs' withdrawal of their motion for leave to amend, Defendant proposed the following schedule, to which Plaintiffs assented:

1

| | |
|---|---|
| June 13, 2008 | All Discovery and Depositions of Fact Witnesses Completed<br>Plaintiffs' Expert Reports and Computer Generated Evidence<br>Exchange of Proposed Stipulated Facts |
| July 9, 2008 | Pre-filing meeting with Respect to *Daubert* and Substantive Motions and to Discuss Exhibit Procedures at trial |
| July 21, 2008 | All Substantive Motions will be filed as soon as possible but in any event not later than this date.  To present the issues for decision as early as possible, each party may file multiple motions.  Oppositions to such motions shall be filed not more than 21 days after the date on which the motion is filed.  Replies, if any, shall be filed not more than 11 days after the filing of an opposition. |
| July 25, 2008 | Defendant's Expert Reports and Computer Generated Evidence |
| August 11, 2008 | Oppositions to Substantive Motions must be filed |
| August 12, 2008 | All *Daubert* Motions must be filed |
| August 22, 2008 | Reply briefs in support of Substantive Motions must be filed |
| August 29, 2008 | All Discovery and Depositions of Experts Completed (was May 1) |
| September 2, 2008 | Oppositions to *Daubert* Motions must be filed<br>Final List of Witnesses and Exhibits to be Filed with the Court<br>Finalized Agreed-Upon Stipulated Facts Filed with Court |
| September 5, 2008 | Hearing on Substantive Motions on this date or on such earlier date as the Court may desire |
| September 9, 2008 | Reply briefs in support of *Daubert* motions to be filed |
| September 18, 2008 | Hearing date on *Daubert* motions |
| September 29, 2008 | Pretrial Order Filed |
| October 1, 2008 | Pretrial Conference |
| October 10, 2008 | All Pretrial filings must be filed in Chambers |
| October 20, 2008 | Trial Commences (Scheduled for 3 weeks). |

2

This proposal tracks the prior schedule established by the Court, with one principal difference: Rather than fixing a firm date for the filing of dispositive motions, oppositions, and replies, it expressly anticipates that these motions will be filed as soon as possible, and that briefing will be accelerated accordingly.

This proposal is based on Defendant's understanding that the new claims set forth in Plaintiffs' proffered First Amended Complaint are not at issue in this case. As noted in Defendant's Opposition to Plaintiffs' Motion for Leave to Amend, the United States would suffer substantial prejudice if those new claims were to be litigated without providing ample opportunity for Defendant's experts to analyze those claims. *See* Def. Opp. (R.D. 12968) at 5-7. The United States' experts have been analyzing Plaintiffs' claims for months and have understandably focused their efforts on claims set forth in the original Complaint, which contains no allegations concerning the Lock Expansion Project or the East Bank Industrial Area ("EBIA"). If these experts were now to be required to examine Plaintiffs' proposed new claim regarding work done at the EBIA, they would require an additional three months to complete their reports, meaning their reports would not be available until the middle of September. In that event, allowing time for motions practice would require that the trial be set in January, at the earliest. The following proposed schedule sets forth deadlines for motions and trial in the event that the EBIA claims were to be included in this case:

| | |
|---|---|
| June 13, 2008 | All Discovery and Depositions of Fact Witnesses Completed<br>Plaintiffs' Expert Reports and Computer Generated Evidence<br>Exchange of Proposed Stipulated Facts |
| October 9, 2008 | Pre-filing meeting with Respect to *Daubert* and Substantive Motions and to Discuss Exhibit Procedures at trial |
| October 21, 2008 | All Substantive Motions will be filed as soon as possible but in any event not later than this date. To present the issues for decision as early as |

3

possible, each party may file multiple motions. Oppositions to such motions shall be filed not more than 21 days after the date on which the motion is filed. Replies, if any, shall be filed not more than 11 days after the filing of an opposition.

| | |
|---|---|
| October 28, 2008 | Defendant's Expert Reports and Computer Generated Evidence |
| November 11, 2008 | Oppositions to Substantive Motions must be filed |
| November 12, 2008 | All *Daubert* Motions must be filed |
| November 24, 2008 | Reply briefs in support of Substantive Motions must be filed |
| December 1, 2008 | All Discovery and Depositions of Experts Completed (was May 1) |
| December 2, 2008 | Oppositions to *Daubert* Motions must be filed<br>Final List of Witnesses and Exhibits to be Filed with the Court<br>Finalized Agreed-Upon Stipulated Facts Filed with Court |
| December 5, 2008 | Hearing on Substantive Motions on this date or on such earlier date as the Court may desire |
| December 9, 2008 | Reply briefs in support of *Daubert* motions to be filed |
| December 18, 2008 | Hearing date on *Daubert* motions |
| December 29, 2008 | Pretrial Order Filed |
| January 2, 2008 | Pretrial Conference |
| January 12, 2008 | All Pretrial filings must be filed in Chambers |
| January 20, 2008 | Trial Commences (Scheduled for 3 weeks). |

In their Reply to Defendant's Opposition to their motion for leave to amend, Plaintiffs explained that "Plaintiffs' counsel have decided to withdraw the proposed amendments *solely to preserve the long-scheduled trial date* . . . ." R.D. 13085, at 2. Despite this explanation, Plaintiffs' counsel have continued to assert informally in communications with counsel for the United States that they intend to litigate the newly articulated claims set forth in the proposed

4

First Amended Complaint.  Defendant therefore submits this second expanded proposal to make clear its position regarding the time required to address those claims.

        Respectfully submitted,

        GREGORY G. KATSAS
        Acting Assistant Attorney General

        THOMAS DUPREE
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch
        Civil Division

        s/ Robin D. Smith
        ROBIN D. SMITH
        Senior Trial Counsel
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4289
        (202) 616-5200 (fax)
        robin.doyle.smith@usdoj.gov
        Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I certify that on May 29, 2008, I served a true copy of the foregoing upon all counsel of record by ECF.

s/ Robin D. Smith
Robin D. Smith
