UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |

*************************************************************************

**DEFENDANTS' MOTION FOR ENTRY OF CASE MANAGEMENT ORDER ESTABLISHING ROAD HOME SETTLEMENT PROTOCOL**

Insurer Defendants, through Liaison Counsel, Ralph S. Hubbard III, move for entry of the attached proposed Case Management Order ("CMO") establishing a protocol for the Road Home Program's review of settlements entered into between Road Home grant recipients and the Insurer Defendants named in the Road Home Action. As discussed in the accompanying Memorandum, the proposed CMO is reasonable, appropriate, and within the Court's authority to enter.

    Respectfully submitted:

    */s/ Ralph S. Hubbard, III*
    Ralph S. Hubbard III, T.A., La. Bar No. 7040
    Seth A. Schmeeckle, La. Bar No. 27076
    LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
    601 Poydras Street, Suite 2775
    New Orleans, Louisiana 70130
    Telephone:  (504) 568-1990
    Facsimile:  (504) 310-9195

      Email:  rhubbard@lawla.com
           sschmeeckle@lawla.com
      **Insurer Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

      /s/ Ralph S. Hubbard, III_____
      Ralph S. Hubbard III