| | |
|---|---|
| **Insured Name:** | |
| **Insured Premises Address:** | |

| | | | | |
|---|---|---|---|---|
| **Homeowner[†] Insurer:** | | **Flood Insurer[‡]:** | | |
| **Homeowner[†] Policy No.:** | | **Flood Policy No.[‡]:** | | |
| **Homeowner[†] Claim No:** | | **Flood Claim No.[‡]:** | | |

### Flood Policy Information[‡]

| | Coverage A (Dwelling) | Coverage B (Other Structures) | Coverage C (Personal Property) | Coverage D (ALE) |
|---|---|---|---|---|
| **Flood Insurer Limits:** | $ | $ | $ | $ |
| **Total Payments By Flood Insurer:** | $ | $ | $ | $ |
| **Additional Loss Payee:** | Is there a mortgage company or other additional loss payee on the Flood Policy? Yes ____ No ____ If Yes, identify the name(s) of the additional loss payees: | | | |

### Homeowner[†] Policy Information

| | Coverage A (Dwelling) | Coverage B (Other Structures) | Coverage C (Personal Property) | Coverage D (ALE) |
|---|---|---|---|---|
| **Policy Limits:** | $ | $ | $ | $ |
| **Payments Made Prior to Final Settlement by HO[†] Insurer:** | $ | $ | $ | $ |
| **Proposed Final Settlement with HO[†] Insurer:** | $ | $ | $ | $ |
| **Additional Loss Payee:** | Is there a mortgage company or other additional loss payee on the Homeowner Policy? Yes ____ No ____ If Yes, identify the name(s) of the additional loss payee: | | | |

The undersigned certifies that the above information is true and correct to the best of his/her knowledge:

Printed Name: _____
Company: _____
Title: _____
Date: _____

The insurance company does not, by providing this information, consent to any subrogation and/or assignment that may have been executed in favor of the State of Louisiana, and does not waive any rights or policy provisions or defenses it may have. All rights, policy provisions, and defenses are expressly reserved.

---

[†] The term "Homeowner" and symbol "HO" refer generally to policies of insurance not issued pursuant to the NFIP.
[‡] Information related to the Flood Policy and flood payments are only to be included where the Homeowner Insurer and the Flood Insurer are the same issuing company.

05-30-2008 – REVISED CONFIDENTIAL INFORMATION PRODUCED FOR SETTLEMENT REVIEW PURSUANT TO THE STATE OF LOUISIANA PRIVACY PROTOCOL OF FEBRUARY 14, 2008

**EXHIBIT**

_A_

# Request for Consent Form

**Instructions:** Please review and carefully respond to all of the following requested information on this Request for Consent Form. Once you have completely responded to all of the requested information, and the Form has been fully executed, please return the Form to:

Louisiana Division of Administration
Disaster Recovery Unit – Attention Subrogation
Post Office Box 94095
Baton Rouge LA 70804-9095

**(1) Recipient's/Applicant's Full Name:**
First:
Middle:
Last: _____  Suffix:

**(2) Co-Recipient's/Co-Applicant's Full Name:**
First:
Middle:
Last: _____  Suffix:

What is your Road Home Identification Number?
Have you closed on your Road Home grant application? _____ Yes _____ No
If you have not closed on your grant, do you have a closing date scheduled?_____ Yes No
If you answered "Yes", what is the date of your scheduled closing?

**(3) Address of Damaged Property (as listed on grant application):**
Street Address:
City: _____  State: _____  Zip:
**(4) Current Contact Information:**
Street Address:
City: _____  State: _____  Zip:
Phone : (___)_____  Fax: (___)_____
E-Mail:

**(5) Flood Insurance:**
Did you have flood insurance at the time of Hurricanes Katrina and/or Rita?
_____ Yes  _____ No


EXHIBIT B

Did you make a claim? _____ Yes _____ No
If you answered yes to making a claim, please answer the following:
Name of your Flood Insurance Company:
Policy Number:
(Please attach a copy of your Declaration page for the policy periods August 29, 2005, and/or September 24, 2005)
Claim Number:
Flood Insurance Agent's Name and Company Name:
Street Address:
City: _____ State: _____ Zip:
Phone : (___)_____ Fax: (___)
Did you receive any funds from your flood insurer? _____ Yes _____ No
If you answered "Yes" to receiving funds from your flood insurer, please complete the following questions:
How much did you receive for the primary residence?
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).
How much did you receive for other structures?
How much did you receive for contents?
How much did you receive for alternative living expenses?
How much did you receive for any other expenses or property damage?
**(6) Homeowners Insurance**:
Name of Homeowners Insurance Company:
Homeowner's Insurance Agent's Name and Company Name:
Street Address:
City: _____ State: _____ Zip:
Phone : (___)_____ Fax: (___)
Policy Number:
(Please attach a copy of your Declaration page for the policy periods August 29, 2005, and/or September 24, 2005)
Did you make a claim? _____ Yes _____ No
If yes, what was your claim number?
If you answered yes to making a claim and you received any funds from your homeowner's insurer, please answer the following:
How much did you receive for the primary residence?
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).
How much did you receive for other structures?
How much did you receive for contents?
How much did you receive for alternative living expenses?
How much did you receive for any other expenses or property damage?
Have you settled your claim with your homeowners insurance company? _____ Yes No
If yes, please answer the following :
What is the total amount of the settlement?
How much did or will you receive for the primary residence?

(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).

How much did or will you receive for other structures?

How much did or will you receive for contents?

How much did or will you receive for alternative living expenses?

How much did or will you receive for any other expenses or property damage?

Please state the following information for any insurance company attorney or adjuster that negotiated the settlement:

Name and Company or Law Firm Name:
Street Address:
City: _____   State: _____   Zip: _____
Phone : (___) _____   Fax: (___) _____
E-Mail:

### (7) Litigation:

Do you have an attorney representing you on an insurance claim relating to any damages you might have sustained or incurred as a result of Hurricanes Katrina and/or Rita?
Yes _____ No

If yes, please state the following for your attorney's contact information:
Name of Attorney:
Name of Law Firm:
Street Address:
City: _____   State: _____   Zip: _____
Phone : (___) _____   Fax: (___) _____
E-Mail:

(Please attach a copy of the retainer contract with your attorney and provide a summary of any costs or expenses associated with this lawsuit).

Have you filed a lawsuit regarding a hurricane insurance claim? _____ Yes No

If yes, please provide identify the Court in which the lawsuit is filed and provide the case number:

(Please attach a copy of the first page of the lawsuit identified above)

What value did the insurer's adjuster assign for damages to your primary residence?
(Please attach a copy of the adjuster's report)

What value did your adjuster/expert assign for damages to your primary residence?
(Please attach a copy of the adjuster's/expert's report)

### (8) Mortgage Company:

Did you have a mortgage on your primary residence at the time of the hurricane?
Yes _____ No

If yes, please state the amount of the mortgage (Please include the applicable date for the balance and the Loan Number):

Please state the name of the lender:

05-30-2008 – REVISED CONFIDENTIAL INFORMATION PRODUCED FOR SETTLEMENT REVIEW PURSUANT TO THE STATE OF LOUISIANA PRIVACY PROTOCOL OF FEBRUARY 14, 2008

Page 3 of 8

Please provide the name of a contact person, address and phone number for your lender:
If you did not have a mortgage on your primary residence at the time of the hurricane, was there any loss payee(s) on your homeowners insurance policy? _____ Yes _____ No
If yes, please state the name of loss payee(s):
Please provide the address and phone number for loss payee(s):
**(9) SBA**
Have you received a SBA Loan? _____ Yes _____ No
Please provide the name of a contact person, address and phone number for your SBA loan (Please include the Loan Number.):

    I solemnly swear that the information contained in this Road Home Consent Form is true and correct under penalty of law and penalty of perjury. The information contained herein and the documents submitted as part of this consent request may be the basis for determining benefits under the Road Home Program, and that Undersigned acknowledge that Undersigned may be prosecuted by Federal, State and/or local authorities in the event that Homeowner(s) make or file false, misleading and/or incomplete statements and/or documents, and that the State of Louisiana may seek

remittance of settlement proceeds from the Undersigned in the event that the Undersigned make or file false, misleading and/or incomplete statements and/or documents. Additionally, I understand that any incomplete responses may result in grounds for a deficiency rejection. Finally, I understand that consent to settlement and agreement as to amount to be returned to the Road Home Program will only be evidenced by the written consent and approval of the Road Home Program.

| Witness | Signature (Recipient/Applicant) |
|---|---|
| Witness | Print Name (Recipient/Applicant) |
| Witness | Signature (Co-Recipient/Co-Applicant) |
| Witness | Print Name (Co-Recipient/Co-Applicant) |
| Witness | Signature (Attorney) |
| Witness | Print Name (Attorney) |

Sworn to and subscribed before me the undersigned Notary Public on this day of

_____, 2007.

Notary Public

(Print Name, Date Commission Expires and Bar Number)

(For Official Use Only)

ROAD HOME CONSENT

\_\_\_\_ Request for consent denied.

\_\_\_\_ Request for consent denied, please respond to the State's request for additional information, so that further review may be made and consent granted.

\_\_\_\_ Request for consent granted. The State of Louisiana, Division of Administration, Office of Community Development ("the State"), solely as the assignee(s) and/or subrogee(s) of interests of the Road Home Grant recipient(s) to whose Request for Consent this is attached ("Recipient"), in consideration of the payment of the sum of $_____ (the "State portion of the settlement funds"), paid by or on behalf of Recipient(s) does hereby RELEASE, ACQUIT, AND FOREVER DISCHARGE _____, (hereinafter referred to as "Insurer" and as defined below), but only to the extent of any and all claims against the Insurer that the State may possess or allegedly possess or be entitled to by virtue of the execution of the Assignment and Subrogation Agreement made part of The Road Home Program Grant process including but not limited to contractual claims or any claims for damages, penalties, punitive damages and/or attorneys fees under any provision of state law, including but not exclusively La. Civ. Code art. 1997, La. R.S. 22:658 and/or 22:1220, arising out of or related to damages or losses caused in any way, whether in whole or in part, by Hurricanes Katrina and/or Rita to the insured premises of the Road Home Recipient and under or relating to Policy Number _____ issued by Insurer. With respect to the claims to which the State is the Recipient's alleged subrogee or assignee under the Road Home subrogation and assignment agreement, the sole reservation of rights against the Insurer are rights that the State may have for recovery of Increased Cost of Compliance benefits, if any, under any flood insurance policy issued to the Recipient pursuant to the National Flood Insurance Program and administered by the Insurer, as identified and defined herein.

The State acknowledges this release does not acknowledge receipt of funds and that the State portion of the settlement proceeds may be subject to competing claims by third parties and that the State may not ultimately retain the full consideration. The State's recognition of potential third party claims to the consideration in no manner affects, alters or abrogates the release of claims granted herein to Insurer. Should the State ultimately not receive the full consideration the State will account for this event via its internal accounting and no amendments to this release will be required.

> This Release does not apply to any claims that the State or the State of Louisiana may have in any capacity other than as the Recipient's subrogee or assignee under the Road Home subrogation and assignment agreement executed by that specific

05-30-2008 – REVISED CONFIDENTIAL INFORMATION PRODUCED FOR SETTLEMENT REVIEW PURSUANT TO THE STATE OF LOUISIANA PRIVACY PROTOCOL OF FEBRUARY 14, 2008

Page 6 of 8

Recipient. This Release does not release any rights against the Recipient identified above or rights against any insurer not included within the term Insurer as defined herein.

Insurer is defined herein to include any person or entity who sold or offered for sale Policy Number _____, independent program administrators, agents, or agencies involved in the sale or offer for sale of said policy, independent or contract claim adjusters, independent or contract engineers and engineering firms, together with any current and former agents, employees, officers, directors, attorneys, owners, shareholders, associated and affiliated companies, parent companies, divisions, subsidiaries, predecessors, successors, and assigns of any of them, in connection with any claim for damages or losses but only to the extent such claims are or could be asserted by Recipient(s), against Insurer under or relating to Policy Number _____ and arising out of or relating to claims for damages or losses from Hurricanes Katrina and/or Rita.

It is expressly acknowledged that payment by Insurer does not constitute and shall not operate as an admission of liability, validate the Assignment and Subrogation Agreement made part of The Road Home Program Grant process, or waive any of Insurer's defenses.

The insurance company or you should make the State portion of the settlement funds payable to Louisiana Division of Administration – DRU." The payment may also reflect any lienholder as joint payee. The payment should be mailed to

Louisiana Division of Administration
Disaster Recovery Unit – Attention Subrogation
Post Office Box 94095
Baton Rouge LA 70804-9095

Please include on the reference portion of the check the above referenced Road Home application number and include a copy of this correspondence with the check. The above release by the State is contingent on receipt of the State's portion of settlement funds as set forth in the consent and release.

Approved by:

Print Name and Title

Date

RECIPIENT ACKNOWLEDGMENT

      I hereby authorize and irrevocably approve and agree to reimburse the Road Home the sum of _____ as set forth above in the Road Home Consent section. Further, I authorize and irrevocably direct the insurance company listed in the Request for Consent Form to deduct the sum of _____, as set forth above in the Road Home Consent section, from the gross settlement of any insurance claim and to remit the same directly to the Road Home, all funds should be remitted to The Road Home Program, through the Louisiana Division of Administration, as provided herein.

| | |
|---|---|
| _____ | _____ |
| Witness | Signature (Recipient/Applicant) |
| _____ | _____ |
| Witness | Print Name (Recipient/Applicant) |
| _____ | _____ |
| Witness | Signature (Co-Recipient/Co-Applicant) |
| _____ | _____ |
| Witness | Print Name (Co-Recipient/Co-Applicant) |

      Sworn to and subscribed before me the undersigned Notary Public on this _____ day of _____, 2007.

Notary Public

(Print Name, Date Commission Expires and Bar Number)

# PRIVACY PROTOCOL
# GOVERNING SETTLEMENT INFORMATION PROVIDED TO THE STATE IN CONNECTION WITH ITS REVIEW OF INSURANCE SETTLEMENTS WITH ROAD HOME PROGRAM RECIPIENTS

The State of Louisiana, Division of Administration, Office of Community Development ("the State") has an interest in insurance payments received or to be received by Applicants and Recipients under their policy of casualty or property damage insurance by virtue of "*The Road Home* / <u>Limited</u> Subrogation / Assignment Agreement" (emphasis in original) ("Subrogation / Assignment Agreement") signed by those receiving funds from the State's Road Home Program (hereinafter "Grant Recipients"). Further, the Subrogation / Assignment Agreement grants the State the right to review and approve or disapprove settlement agreements between Grant Recipients and their casualty or property damage insurers and has requested that certain information be provided to the State in connection with that review. In order to encourage settlement and insure the privacy concerns of the settling parties, the following Privacy Protocol is adopted:

1. As used herein, the term INSURANCE SETTLEMENT refers to any settlement agreement or proposed settlement agreement between a Grant Recipient and a property insurance carrier which is submitted to the State's Road Home Program for review and approval in light of the State's claimed interests under a Subrogation / Assignment Agreement.

2. The settling insurer or insured may designate coverage limits, prior payments, and payments to be made in consideration of settlement submitted to the State's Road Home Program in connection with its review of an INSURANCE SETTLEMENT as CONFIDENTIAL INFORMATION  Such information shall be held subject to the following provisions,

1



 a. Such information shall be marked by the Designating Party with the following legend:

CONFIDENTIAL INFORMATION
PRODUCED FOR SETTLEMENT REVIEW

 b. Such information may only be used to review the particular INSURANCE SETTLEMENT and to administer the Road Home Grant in connection with which the information is submitted. Such information may not be disclosed, or used by the State, the State's counsel, or any agent or contractor of either in any other manner, including in connection with any other case or settlement.

 c. However, nothing provided for herein shall prevent the State, the State's counsel, or any agent or contractor of either from disclosing or discussing such information with the settling insurer's counsel or its designated employees or agents, the Grant Recipient(s) and counsel, duly authorized representatives of the United States of America and of the State of Louisiana having a legal right to review, analyze, and review same in the discharge of their lawfully imposed duties, including but not limited to the Small Business Association, the Department of Housing and Urban Affairs, law enforcement agencies, Inspector Generals, auditors, and representatives of mortgage lenders holding a security interest in the property subject to the INSURANCE SETTLEMENT in question.

 d. Further, nothing herein shall prevent the State or any other agency or office of the State of Louisiana or any other their agents or contractors from compiling and utilizing data in an aggregated forms, including but not limited to

2

the planning and implementation of its disaster recovery programs or future programs, so long as the form in which that data is used does not reveal information identifying the particular insurer, homeowner or damaged property.

  e. In the event that a Freedom of Information Act or Public Records Act request is directed to the State seeking the information covered by this Protocol, notice of such request will be given the settling insurer who will then either agree to the release of the requested information or take such action as is necessary to challenge such request. The State of Louisiana makes no representation or guaranty herein that the information will be exempt from production under such record or information request or that it can refuse to release the information.

  3. Notwithstanding anything herein to the contrary, any information and/or documents provided to the State of Louisiana in the Road Home application and closing and monitoring processes and the sum of the proceeds payable to the State of Louisiana in the INSURANCE SETTLEMENT shall not be considered confidential information for purposes of this Protocol and may be disclosed and/or used by the State of Louisiana as it deems necessary.

  4. Notwithstanding anything herein to the contrary, in event the State has any remaining rights or claims under its Subrogation/Assignment Agreement, any documents and/or information disclosed in the settlement review process may be disclosed and/or used by the State in furtherance of its rights and claims under the Subrogation/Assignment Agreement.

EFFECTIVE, this the 14th day of February, 2008.