UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |

*************************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Insurer Defendants, through Liaison Counsel's Motion for Entry of Case Management Order Establishing Road Home Settlement Protocol will come on for hearing before the Honorable Joseph C. Wilkinson, Jr. on June 18, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard.

         Respectfully submitted:

         */s/ Ralph S. Hubbard, III*_____
         Ralph S. Hubbard III, T.A., La. Bar No. 7040
         Seth A. Schmeeckle, La. Bar No. 27076
         LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
         601 Poydras Street, Suite 2775
         New Orleans, Louisiana 70130
         Telephone:   (504) 568-1990
         Facsimile:    (504) 310-9195
         Email:        rhubbard@lawla.com
                         sschmeeckle@lawla.com
         **Insurer Defendants Liaison Counsel**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Ralph S. Hubbard, III_____
Ralph S. Hubbard III