UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |

**************************************************************************

### DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION ON MOTION FOR ENTRY OF CASE MANAGEMENT ORDER ESTABLISHING ROAD HOME SETTLEMENT PROTOCOL

**NOW INTO COURT**, come the Insurer Defendants, through undersigned Liaison Counsel, which respectfully request this Honorable Court to expedite the consideration of the Defendants Motion for Entry of Case Management Order Establishing Road Home Settlement Protocol. Cases involving the State of Louisiana as an alleged interested party by virtue of a purported subrogation/assignment document have proven to be more difficult to resolve as a result of the addition of another allegedly party. The purpose of the proposed Road Home Settlement Protocol is to provide a streamlined process for the resolution of thousands of insurance settlements related to Katrina litigation. The sooner the case management order is entered the sooner all policyholders, insurers, the State, and the Courts and experience relief in the form of resolution.

1

Respectfully submitted:

*/s/ Ralph S. Hubbard, III*
Ralph S. Hubbard III, T.A., La. Bar No. 7040
Seth A. Schmeeckle, La. Bar No. 27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195
Email:          rhubbard@lawla.com
                    sschmeeckle@lawla.com
**Insurer Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Ralph S. Hubbard, III
Ralph S. Hubbard III