UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| _____ | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion for Expedited Consideration on Motion for Entry of Case Management Order Establishing Road Home Settlement Protocol filed by Insurer Defendants through Liaison Counsel, Ralph S. Hubbard III;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Insurer Defendants Motion for Expedited Consideration is hereby **GRANTED.**

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

1