U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA

2008 MAY 21 PM 3:59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 * * JUDGE: DUVAL * * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * |
| INSURANCE: *Acevedo*, 07-5199 | * * |

## MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiffs Richard and Marianna Dinges have settled their dispute in this case. As a result of this settlement, Richard and Marianna Dinges respectfully request that this Court reopen this case for the sole purpose of addressing this motion, and that all of the claims of Richard and Marianna Dinges be dismissed, with prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all defendants are reserved.

___ Fee _____
___ Process _____
_X_ Dktd _____
_/_ CtRmDep _____
___ Doc. No. _____

106531

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully submitted,

*/s/ Stuart T. Barasch*

Stuart T. Barasch, 20650
Lawrence J. Centola, Jr., 3962
Hurricane Legal Center
910 Julia Street
New Orleans, Louisiana 70113
Telephone:   (504) 525-1944

Attorney for Plaintiffs
  Richard and Marianna Dinges

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this ___21___ day of May, 2008.

*/s/*