FILED 08 MAY 22 16:13 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State*, C.A. No. 07-5528 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**POST-HEARING BRIEF CONCERNING MOTION OF
STATE FARM FIRE AND CASUALTY COMPANY
AND CERTAIN OTHER INSURER DEFENDANTS
TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL**

Murray Law Firm, through their undersigned counsel, respectfully submits this post-hearing brief concerning State Farm Fire and Casualty Company and certain other insurer defendants' (collectively the "Insurers") motion to disqualify plaintiff's private counsel.

**I.   INTRODUCTION**

By a separate post-hearing brief, Paul G. Aucoin, Attorney at Law; The Dudenhefer Law Firm; Fayard & Honeycutt, A.P.C.; Mc Kernan Law Firm; Rainier, Gayle and Elliot, L.L.C. and Domengeaux Wright Roy & Edwards L.L.C. have responded to certain questions raised by the Court at the hearing on Insurers' motion to

disqualify plaintiffs' counsel held on May 1, 2008, and to supplement and respond to certain legal arguments raised at the hearing..

## II. ARGUMENT

a. **Murray Law Firm's representation and participation in Katrina-related insurance litigation.**

As the Court requested, what follows is information with respect to the Murray Law Firm, including: (1) the individual homeowner insureds represented by the Murray Law Firm concerning hurricane-related damage coverage issues and (2) the class action litigation concerning hurricane-related damage coverage issues in which the Murray Law Firm is participating.

1) As to individual cases, Murray Law Firm had previously assessed its case inventory to determine which cases, if any, might include homeowner clients seeking hurricane related insurance reimbursement, who might also have received or applied for a Road Home grant. Mr. James Dugan's affidavit, dated April 4, 2008, submitted in connection with the firm's Opposition to Motion to Disqualify Plaintiffs' Private Counsel stated that the firm had no such cases. However, as described in Mr. Dugan's replacement affidavit attached as Exhibit "1", the Dugan Law Firm and the Murray Law Firm merged in May, 2006. As Mr. Dugan states, the firms are still coordinating the administrative process of the merger and Mr. Dugan's earlier investigation did not discover seven cases, enumerated in the new Dugan affidavit, in which the merged Murray Firm is co-counsel with the Cox Law Firm. The Murray Firm has determined that

some or all of these cases may include Road Home claims. Mr. Dugan's affidavit, Exhibit "1", states that the Murray Law Firm is in the process of obtaining appropriate client waivers from these clients, which waivers will be filed, under seal, with the court.

Once said waivers have been obtained and filed with the court the Murray Law Firm will be in the same category as Fayard & Honeycutt, A.P.C., as described in the brief submitted on behalf of Road Home co-counsel.

2) Murray Law Firm is participating in the following class actions concerning hurricane-related coverage damage issues other than this case:

*Turk v. La. Citizens Prop. Ins. Corp.*, No. 6:06-cv-144 (W.D.) (Hurricane Rita related; no class has been certified in this case).

With respect to these matters and the other arguments raised therein, the Murray Law Firm adopts in its entirety the post-hearing brief submitted by their co-counsel in this matter.

### III. CONCLUSION

For the reasons more fully stated in the post-trial brief submitted on behalf of the firms stated above, the Insurers' motion to disqualify should be denied.

Respectfully submitted,

Basile J. Uddo (10174)
Attorney at Law
3445 N. Causeway Blvd.
Suite 724
Metairie, LA 70002
Telephone: (504) 834-1819
Facsimile: (504) 832-7208

By: _____

Attorney for Murray Law Firm

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I filed the foregoing post-hearing brief concerning State Farm Fire and Casualty Company and Certain Other Insurer Defendants Motion to Disqualify Plaintiffs' Private Counsel with the Clerk of Court and served a copy on defense liaison counsel by U. S. first class mail. .

_____