UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: ROAD HOME<br>LOUISIANA STATE C.A. NO. 07-5528 | CIVIL ACTION NO: 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

### AFFIDAVIT OF JAMES R. DUGAN, II

**STATE OF LOUISANA**

**COUNTY OF ORLEANS**

     **BEFORE ME**, the undersigned authority, commissioned in and for the Parish and State aforesaid, personally came and appeared:

**JAMES R. DUGAN, II**

Who, after being duly sworn, did state the following:

1.

     I am a person of the full age of majority, have personal knowledge of the facts contained herein, and am competent to make this Affidavit.

2.

     I am a member of Murray Law Firm.

3.

     In May of 2006 the Murray Law Firm and The Dugan Law Firm merged firms. They are still in the administration process of coordinating offices. In connection with the preparation of an affidavit in support of the Murray Law Firm opposition to a motion to disqualify private counsel in the Road Home Litigation, C.A. No. 07-5528, I made an initial

Exhibit "1"

investigation of what individual hurricane damage related claims with clients who had received or filed for Road Home grants the two firms possessed and I found no cases.

4.

This affidavit replaces my April 7, 2008 affidavit, which stated that the Murray Law Firm had no such individual cases. In reference to Judge Duval's request at the May 1, 2008 hearing the Murray Law Firm has done further investigation and found that they are co-counsel with the Cox Firm on the following individual cases:

1. Boullion, Kermit, Warren Perrin and The Acadian Heritage & Cultural Foundations, Inc. v. Louisiana Citizens Property Insurance Corporation, No. 8507-E, 15th JDC, Parish of Vermilion.

2. Rayford Hardy v. Louisiana Citizens and Fidelity National Property, No. 85570-D, 15th JDC, Parish of Vermilion.

3. Joey Hebert v. Louisiana Farm Bureau Insurance Company, No. 85386- , 15th JDC, Parish of Iberia.

4. Inez Landry v. State Farm Insurance Company, No. 108248-C, 16th JDC, Parish of Iberia

5. Mark & Barabra Landry v. Louisiana Citizens Fair Plan Insurance Company, No. 85571-D, 15th JDC, Parish of Vermilion.

6. Warren A. Perrin, on behalf of the estate of Ella Mae Perrin and Henry L. Perrin V. Louisiana Citizens Property Insurance Corporation, No. 85706-E, 15th JDC, Parish of Vermilion.

7. Warren A. Perrin, on behalf of the estates of Henry M. & Leta B. Perin v. Louisiana Farm Bureau Mutual Ins. Co., No. 85720-C, 15th JDC, Parish of Vermilion.

5.

The Murray Law Firm will obtain waivers from all clients referenced in #4.

6.

The Murray Law Firm is also counsel of record for the State of Louisiana in the case of State of La. et al versus Allstate Insurance Company, et al USDC-EDLA 07-9409, which is an antitrust case involving matters related to insurance adjustment practices.

Further affiant sayeth not.

_<u>New Orleans</u>_, Louisiana, this <u>22</u> day of May, 2008.

*[signature]*

Sworn to and subscribed before
me, this <u>22</u> day of <u>May</u>, 2008

*[signature]*
Notary Public
My commission expires <u>for life</u>.
Bar # 23805