UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 07-8820 "K" (2) | * * | |
| MARIAN H. WALLIS Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY Defendants | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing motion:

IT IS HEREBY ORDERED that the captioned matter be transferred to Section "A"

THUS DONE AND SIGNED in New Orleans, Louisiana this __29th__ day of

____May____, 2008.

UNITED STATES DISTRICT COURT

MAY 3 0 2008

TRANSFERRED TO

SECT. A

Our File No.: 895.09

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____