

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 21 2008

LORETTA G. WHYTE
CHARLES R. FULBRUGE III
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 19, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 08-30234  In Re: Katrina Canal
       USDC No.  2:07-CV-206
                 2:06-CV-5786
                 2:06-CV-5771
                 2:06-CV-4389
                 2:06-CV-1885
                 2:05-CV-4181
                 2:05-CV-4182

The court has granted appellants' unopposed motion to reinstate the appeal.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Nancy Dolly, Deputy Clerk
    504-310-7683

Mr Ashton R O'Dwyer Jr
Mr Kirk N Aurandt
Mr John Fredrick Kessenich
Mr Jonathan H Sandoz
Ms Loretta Whyte, Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

P.S. To District Court Clerk: Please send the notice certifying the record to this Court within 15 days from the date of this letter.