**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION

                                                NO. 05-4182

PERTAINS TO: <u>07-5528, Louisiana State</u>                    SECTION "K"(2)


<u>**ORDER**</u>

Considering the Motion to File Exhibit Under Seal, (Rec. Doc. 13249), accordingly,

**IT IS ORDERED** that the Motion be **GRANTED**.  Exhibit 10 to the post-hearing brief

of Paul G. Aucoin; the Dundenhefer Law Firm, L.L.C.; Fayard & Honeycutt, A.P.C.; McKernan

Law Firm; Ranier, Gayle and Elliot, L.L.C.; and Domengeaux Wright Roy & Edwards L.L.C.;

along with individual counsel, regarding State Farm Fire and Casualty Company's and other

defendants' motion to disqualify plaintiffs' private counsel, shall be **FILED UNDER SEAL.**


New Orleans, Louisiana, this 27th day of May, 2008.


_____

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**