UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　　　　　　CIVIL ACTION
     CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182

PERTAINS TO: <u>SUSAN ABADIE, 07-5112</u>　　　　　　　SECTION "K"(2)


## ORDER

Considering the Motion for Limited Reopening of Case for the Purpose of Dismissing Claims of Plaintiffs (Rec. Doc. 13311), accordingly,

**IT IS ORDERED** that the motion is **GRANTED**. The Court's stay order is hereby lifted for the sole purpose of addressing the present motion; and

**IT IS FURTHER ORDERED** that the claims of Andree Bonnaffons (on behalf of Hartford's insured, Louis Bonnaffons), Kathleen and Anthony Cuccia, Joel de Sliva (insured by Hartford as "Joel de Silva"), Marie Farve, Mary Johnson, Fergus & Paulette Maurice, Ronald & Marlene R. Plauche, Sue & Preston Saltalamaccia (insured by Hartford as "Preston Saltalamacchia"), Julian Sims, and Robert Till, including without limitation their claims arising under their policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling against Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and Hartford Insurance Company of the Midwest are hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana, this __30th__ day of May, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　STANWOOD R. DUVAL, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE