# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075205

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148432

**Mailed to Insurance Co.:**
HANOVER INSURANCE COMPANY
KAREN MARTINEZ
STE. 400
2400 VETERANS MEM. BLVD.
KENNER, LA 70062

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** CHUDD & ARVIS ABRAM, ETAL

**Defendant:** AAA INSURANCE, ETAL



Label/Receipt Number: 7007 0710 0002 8014 8432
Status: Delivered

Your item was delivered at 10:18 am on December 11, 2007 in KENNER, LA 70062

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN**

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

CHUS & ARVIS ABRAM et al
(see attached sheet)

V.

AAA INSURANCE et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5205

SECT K   MAG 2

TO: (Name and address of defendant)

Hanover Insurance

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

SEP - 4 2007
DATE

(BY) DEPUTY CLERK