UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| ------------------------------------------- | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (2007-08772) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 30(B)(6) NOTICE OF VIDEOTAPED DEPOSITION

**NOW COMES**, through undersigned counsel, Plaintiffs, who, pursuant to the Federal Rules of Civil Procedure 30(b)(6), respectfully NOTICE the deposition of a corporate representative of **Pilot Catastrophe Services, Inc., through registered agent, C T Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, Louisiana 70808**, to testify on videotape as to the following matters of inquiry on **June 26, 2008 at 10:00 a.m.** at the office of **Scott Glynn Jones, Inabnet & Jones, LLC, 1331 West Causeway Approach, Mandeville, Louisiana 70471**.

1. All videos, documents, photographs, taken of the property identified as 317 Wallace Drive, New Orleans, Louisiana 70122.

2. All correspondence between Allstate and you concerning the property located at 317 Wallace Drive, New Orleans, Louisiana 70122.

3. All emails between Allstate and you concerning the property located at 317 Wallace Drive, New Orleans, Louisiana 70122.

4. All persons who inspected, visited, videotaped, photographed, and/or assisted in the adjustment of the claim for the property identified as 317 Wallace Drive, New Orleans, Louisiana 70122.

5. The instructions provided to you by Allstate in the course of adjusting the claim for the property identified as 317 Wallace Drive, New Orleans, Louisiana 70122.

6. Your policy, practice, and procedure for adjusting Hurricane Katrina claims.

7. Your policy, practice, and procedure for adjusting Hurricane Katrina claims for Allstate.

8. All documents provided to you from Allstate to assist in adjusting Hurricane Katrina Claims.

9. All documents created by you to assist and guide your field adjusters in adjusting Hurricane Katrina claims.

10. Your policy, practice, and procedure of creating a claim's file, including all documents regarding and/or related to the processing, payment and/or denial of a claim.

11. Your policy, practice, and procedure of developing claims handling manuals, guidelines, or any other documents used to instruct personnel on the claims handling and/or adjustment process, including additions, deletions and other revisions from previous versions of any such material.

12. Your policy, practice, and procedure of employing claims representatives and/or adjusters, including, but not limited to, employment standards and qualifications, as well as the policy, practice, and procedure for promotion of such individuals within your corporation.

13. Your policy, practice, and procedure of training any and all claims representatives, adjusters, and all other personnel involved in the claims processing and/or adjustment operation.

14. Your policy, practice, and procedure of adjusting and processing Hurricane Katrina insurance claims.

15. Your policy, practice, and procedure of initiating and using adjuster summaries, engineering reports, and any and all other investigative reports, as well as the drafts and notes of such, in processing Hurricane Katrina insurance claims.

16. Your document retention policy.

17. Your complete and total chain of command of claims adjusting and processing.

18. Method in which you calculate depreciation for personal property and real property.

19. Method in which you value damage to personal property and real property.

20. Use of pricelists contained in computer estimate assessments.

21. Any and all market analysis performed by you or used by you to assess the post-Katrina construction market for construction materials and labor.

22. Any correspondence and/or discussions with Allstate, and/or its representatives concerning the valuation of pricelists post-Katrina in the greater New Orleans metropolitan area.

23. All materials provided to your adjusters concerning the instruction, decision, and/or training to determine the scope of damage, i.e., what was damaged by flood and what was damaged by wind/rain.

24. All training provided to your adjusters to determine the scope of damage.

25. All post-Katrina training to your adjusters to determine the scope of damage.

26. All training and documents provided to your adjusters to adjust Plaintiffs' claims.

27. All training and documents provided to any adjuster who assisted and/or advised an adjuster

in valuing Plaintiffs' claims.

Respectfully submitted,

**HERMAN, HERMAN, KATZ & COTLAR, L.L.P.**

BY: _____
SOREN E. GISLESON, ESQ. (#26302)
JOSEPH E. CAIN, ESQ. (#29785)
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 28 day of April, 2008, at their last known address of record.

_____
SOREN E. GISLESON

Issued by the
# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| Robert & Jane Newman | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| Allstate Insurance Company | Case Number:[1]  07-8772 |

TO: The Corporate Representative of Pilot Catastrophe
Services, Inc. through its registered agent:
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Office of Scott Jones, Inabnet & Jones, 1331 West Causeway Approach, Mandeville, LA | June 26, 2008 at 10:00 a.m. |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Addendum A

| PLACE | DATE AND TIME |
|---|---|
| Office of Scott Jones, Inabnet & Jones, 1331 West Causeway Approach, Mandeville, LA | June 26, 2008 at 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ [signature] | 4/28/08 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
| Attorney for Plaintiff: Soren E. Gisleson, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113 | |

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# ADDENDUM A

## (All items requested are to be produced at the deposition, whether in written, electronic or oral form.)

1. Any and all videos, documents, photographs, taken of the property identified as 317 Wallace Drive, New Orleans, Louisiana 70122.

2. Any and all correspondence between Allstate and you concerning the property located at 317 Wallace Drive, New Orleans, Louisiana 70122.

3. Any and all emails between Allstate and you concerning the property located at 317 Wallace Drive, New Orleans, Louisiana 70122.

4. Any and all documents relating to persons who inspected, visited, videotaped, photographed, and/or assisted in the adjustment of the claim for the property identified as 317 Wallace Drive, New Orleans, Louisiana 70122.

5. Any and all documents relating to the instructions provided to you by Allstate in the course of adjusting the claim for the property identified as 317 Wallace Drive, New Orleans, Louisiana 70122.

6. Any and all documents relating to your policy, practice, and procedure for adjusting Hurricane Katrina claims.

7. Any and all documents relating to your policy, practice, and procedure for adjusting Hurricane Katrina claims for Allstate.

8. Any and all documents provided to you from Allstate to assist in adjusting Hurricane Katrina Claims.

9. Any and all documents created by you to assist and guide your field adjusters in adjusting Hurricane Katrina claims.

10. Any and all documents relating to your policy, practice, and procedure of creating a claim's file, including all documents regarding and/or related to the processing, payment and/or denial of a claim.

11. Any and all documents relating to your policy, practice, and procedure of developing claims handling manuals, guidelines, or any other documents used to instruct personnel on the claims handling and/or adjustment process, including additions, deletions and other revisions from previous versions of any such material.

12. Any and all documents relating to your policy, practice, and procedure of employing claims representatives and/or adjusters, including, but not limited to, employment standards and

    qualifications, as well as the policy, practice, and procedure for promotion of such individuals within your corporation.

13. Any and all documents relating to your policy, practice, and procedure of training any and all claims representatives, adjusters, and all other personnel involved in the claims processing and/or adjustment operation.

14. Any and all documents relating to your policy, practice, and procedure of adjusting and processing Hurricane Katrina insurance claims.

15. Any and all documents relating to your policy, practice, and procedure of initiating and using adjuster summaries, engineering reports, and any and all other investigative reports, as well as the drafts and notes of such, in processing Hurricane Katrina insurance claims.

16. Any and all documents relating to your document retention policy.

17. Any and all documents relating to your complete and total chain of command of claims adjusting and processing.

18. Any and all documents relating to method in which you calculate depreciation for personal property and real property.

19. Any and all documents relating to method in which you value damage to personal property and real property.

20. Any and all documents relating to use of price lists contained in computer estimate assessments.

21. Any and all documents relating to any and all market analysis performed by you or used by you to assess the post-Katrina construction market for construction materials and labor.

22. Any and all documents relating to any correspondence and/or discussions with Allstate, and/or its representatives concerning the valuation of price lists post-Katrina in the greater New Orleans metropolitan area.

23. Any and all documents relating to all materials provided to your adjusters concerning the instruction, decision, and/or training to determine the scope of damage, i.e., what was damaged by flood and what was damaged by wind/rain.

24. Any and all documents relating to all training provided to your adjusters to determine the scope of damage.

25. Any and all documents relating to all post-Katrina training to your adjusters to determine the

2

scope of damage.

26. Any and all documents relating to all training and documents provided to your adjusters to adjust Plaintiffs' claims.

27. Any and all documents relating to all training and documents provided to any adjuster who assisted and/or advised an adjuster in valuing Plaintiffs' claims.