UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * |
| PERTAINS TO: <br> *Palumbo*, C.A. No. 06-7922 | * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

### STATE FARM FIRE AND CASUALTY COMPANY'S
### MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Defendant State Farm Fire and Casualty Company ("State Farm"), who respectfully requests that Alan A. Zaunbrecher, Randall Treadaway and Patricia Bollinger of Zaunbrecher Treadaway, LLC be substituted as counsel of record for State Farm and that Wayne J. Lee, Mary L. Dumestre, Andrea Fannin, and Lesli D. Harris of the law firm of Stone Pigman Walther Wittmann L.L.C., be withdrawn as counsel of record for State Farm in the above-numbered and entitled action. State Farm requests that all notices be sent to the attention of Alan Zaunbrecher and that he be designated as the trial attorney for this matter.

928413v.1

**WHEREFORE,** Defendant State Farm Fire and Casualty Company prays that Alan A. Zaunbrecher, Randall Treadaway and Patricia Bollinger of Zaunbrecher Treadaway, LLC be substituted as counsel of record for State Farm in place of Wayne J. Lee, Mary L. Dumestre, Andrea Fannin and Lesli D. Harris of the law firm of Stone Pigman Walther Wittmann L.L.C.

Respectfully submitted,

| | |
|---|---|
| */s/ Alan A. Zaunbrecher* | */s/ Andrea L. Fannin* |
| Alan A. Zaunbrecher, #13783<br>Randall Treadaway, #1624<br>Patricia Bollinger, #26204<br>ZAUNBRECHER TREADAWAY, LLC<br>3850 N. Causeway Boulevard<br>Lakeway II - Suite 1045<br>Metairie, Louisiana  70002<br>Telephone:  (504) 833-7300<br>alan@ztlalaw.com<br>randy@ztlalaw.com<br>tricia@ztlalaw.com<br><br>*Attorneys for State Farm Fire and Casualty Company* | Wayne J. Lee, #7916<br>Mary L. Dumestre, #18873<br>Andrea L. Fannin, #26280<br>Lesli D. Harris, #28070<br>     Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>Telephone:  (504) 581-3200<br>Facsimile:  (504) 581-3361<br>wlee@stonepigman.com<br>mdumestre@stonepigman.com<br>afannin@stonepigman.com<br>lharris@stonepigman.com<br><br>*Attorneys for State Farm Fire and Casualty Company* |

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Substitute has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by placing same in the United States mail, postage prepaid and properly addressed, this 30th day of May, 2008.

   */s/ Andrea L. Fannin*

928413v.1