AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN**

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

CHUD & ARVIS ABRAM et al
(see attached sheet)

V.

AAA INSURANCE et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5205

SECT K   MAG 2

TO: (Name and address of defendant)

Hartford Insurance

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

SEP - 4 2007
DATE

Mary Farragut
(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075205

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148449

**Mailed to Insurance Co.:**

HARTFORD INSURANCE COMPANY
C/O HARTFORD ACCIDENT & INDEMNITY COMPANY
HARTFORD PLAZA
HARTFORD, CT 06115-0000

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** CHUDD & ARVIS ABRAM, ETAL



Label/Receipt Number: 7007 0710 0002 8014 8449
Status: Delivered

Your item was delivered at 7:32 am on December 13, 2007 in HARTFORD, CT 06115.