AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Co**RETURN**
### EASTERN DISTRICT OF LOUISIANA

CHUS & ARVIS ABRAM et al
(see attached sheet)

**SUMMONS IN A CIVIL CASE**

V.

AAA INSURANCE et al

CASE NUMBER: 07-5205

SECT K  MAG 2

TO: (Name and address of defendant)

AEGIS Security Insurance

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

SEP -4 2007
DATE

_Nancy Farragut_
(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075205

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280152255

**Mailed to Insurance Co.:**

AEGIS SECURITY INSURANCE COMPANY
2407 PARK DRIVE
P. O. BOX 3153
HARRISBURG, PA 17105

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** CHUDD & ARVIS ABRAM, ETAL

**Defendant:** AAA INSURANCE, ETAL



Label/Receipt Number: 7007 0710 0002 8015 2255
Status: Delivered

Your item was delivered at 7:25 am on December 12, 2007 in HARRISBURG, PA 17105.