AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

CHUD & ARVIS ABRAM et al
(see attached sheet)

V.

AAA INSURANCE et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5205

SECT K   MAG 2

TO: (Name and address of defendant)

American Bankers of Florida
INSURAN,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within **TWENTY** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**

CLERK

SEP - 4 2007

DATE

_(signature)_
(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075205

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148579

**Mailed to Insurance Co.:**

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802-6129

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** CHUDD & ARVIS ABRAM, ETAL

**Defendant:** AAA INSURANCE, ETAL



Label/Receipt Number: **7007 0710 0002 8014 8579**
Status: **Delivered**

Your item was delivered at 10:15 am on December 10, 2007 in BATON ROUGE, LA 70801