UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: *Robinson,* (No. 06-2268) | |

## NOTICE OF DEPOSITION OF DEFENDANT UNITED STATES PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz ("Robinson Plaintiffs"), through their attorneys of record, will take the deposition under oath of the person(s) most knowledgeable with respect to the subject matter specified below, or, for, or on behalf of, Defendant United States of America. This deposition will take place on June 11, 2008, commencing at 9:00 a.m. at the law offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana 70130. The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, Live Note, and will be transcribed. The deposition is being taken for the

purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, Live Note and will be transcribed.

Plaintiffs request that Defendant designate one or more officers, directors, managing agents, or other persons who consent to testify on their behalf, to testify with regard to the matter listed below.

Pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure, Plaintiffs request that the designated witness(es) produce the documents set forth in the attached Exhibit A to the offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana 70113, no later than 3:00 p.m. on Monday, June 9, 2008.

## MATTERS ON WHICH EXAMINATION IS REQUESTED

1.      Any environmental assessments, analyses, studies, reports and/or findings of no significant impact with regard to the maintenance, operations, dredging and/or repair of the MR-GO from 1968-2005.

2.      The Army Corps's procedures for obtaining congressional authorization for civil works projects from 1950-2008, including advising Congress of any changes in environmental conditions and impacts related to or by projects that are proposed and or are ongoing over time, including maintenance dredging and repair of the MR-GO.

3.      The Army Corps's procedures for creating, drafting, filing, and/or reporting Environmental Impact Statements and Supplemental Environmental Reports or Supplemental Impact Statements for the MR-GO.

2

4.      The Army Corps's procedures for segmenting ongoing projects for the purposes of obtaining coordinated agency input on environmental impact and analyses of changes in the conditions of the environment surrounding the MR-GO caused by its maintenance and operation.

5.      The Army Corps's procedures for obtaining coordinated interdisciplinary input, including from the Council on Environmental Quality and the public for evaluating any environmental impacts of projects and continued maintenance of projects to assess the potential environmental impact for Environmental Assessments and/or  Environmental Impact Statements and/or Findings of No Significant Impact.

6.      The Army Corps's internal engineering regulations concerning the MR-GO and its operation and maintenance, including but not limited to, dredging and other operations and the applicable Federal Regulations and any cross reference(s) or "keys" to the corresponding CFR provision(s).

7.      The Army Corps' analyses and/or evaluations of any modifications to the MR-GO deemed necessary to meet any changed physical and/or environmental condition(s).

8.      The Army Corps' budget appropriations proposals and requests for funding associated with the construction and maintenance of the MR-GO including but not limited to all supporting documentation and submissions to Congress.

9.      Final Environmental Impact Statements responsive to comments received from Federal State or local agencies and/or the public regarding environmental impact(s) of the MR-Go and/or any and all maintenance and operation activities of same.

10.      The Army Corps' exploration of alternative actions designed to avoid or minimize perceived adverse impacts and to evaluate the long- and short- range implications to the

environment surrounding the MR-GO and/or any and all maintenance and operation activities

relating to same.

      11.    The Army Corps' consultation(s) with the Council on Environmental Quality for

revisions of Corps' methods and procedures for assessing the environmental impact(s) of the

MR-GO and any related opportunities for public comment.

Dated:  May 30, 2008

                                   **O'Donnell & Associates P.C.**

                                   By: s/ Pierce O'Donnell
                                 Pierce O'Donnell (*pro hac vice*)
                                 550 S. Hope St., Suite 1000
                                 Los Angeles, California 90071
                                 Phone:  (213) 347-0290
                                 Fax:  (213) 347-0298

                                   **The Andry Law Firm, LLC**

                                 By: s/ Jonathan B. Andry
                                 Jonathan B. Andry (LSBA No. 20081)
                                 610 Baronne Street
                                 New Orleans, Louisiana 70113
                                 Telephone: (504) 586-8899
                                 Facsimile:  (504) 585-1788

| | |
|---|---|
| **Law Offices of Joseph M. Bruno** | **Domengeaux Wright Roy & Edwards LLC** |
| Joseph M. Bruno (LSBA No. 3604) | Bob F. Wright (LSBA No. 13691) |
| 855 Baronne Street | James P. Roy (LSBA No. 11511) |
| New Orleans, Louisiana 70133 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 525-1335 | P.O. Box 3668 |
| Facsimile:  (504) 581-1493 | Lafayette, Louisiana 70502-3668 |
| | Telephone: (337) 233-3033 |
| | Facsimile: (337) 233-2796 |
| **Fayard & Honeycutt** | **Girardi & Keese** |
| Calvin C. Fayard, Jr. (LSBA No. 5486) | Thomas V. Girardi (*pro hac vice*) |
| | 1126 Wilshire Boulevard |

4

Blayne Honeycutt (LSBA No.
18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**Ranier, Gayle & Elliot, LLC**

N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**McKernan Law Firm**

Joseph Jerry McKernan (LSBA No
10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**Law Office of Elwood C. Stevens,
Jr., a Professional Law
Corporation**

Elwood C. Stevens, Jr. (LSBA No.
12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

**Law Office of Frank J. D'Amico,
Jr. APLC**

Frank J. D'Amico, Jr. (LSBA No.
17519)
Richard M. Exnicios, Esq. (LSBA
No. 25666)
622 Baronne Street

Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile:  (213) 481-1554

**Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.**

Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

**Gainsburgh, Benjamin, David, Meunier &
Warshauer, LLC**

Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile:  (504) 528-9973

**Cotchett, Pitre, Simon & McCarthy**

Joseph W. Cotchett  (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

**Salas & Co., LC**

Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA  70130
Telephone: (504) 799-3080
Facsimile:  (504) 799-3085
**Attorneys for Plaintiffs**

5

New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on May 30, 2008 I caused to be served Plaintiffs'
**NOTICE OF DEPOSITION OF DEFENDANT UNITED STATES PURSUANT TO RULE
30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** upon Defendant's counsel,
Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at
robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and
richard.stone@usdoj.gov; and all other counsel of record by ECF.


/s/ Pierce O'Donnell

## EXHIBIT A

1.      All documents concerning any environmental assessments, analyses, studies, reports and/or findings of no significant impact with regard to the maintenance, operations, dredging and/or repair of the MR-GO from 1968-2005.

2.      All documents concerning the Army Corps's procedures for obtaining congressional authorization for civil works projects from 1950-2008, including advising Congress of any changes in environmental conditions and impacts related to or by projects that are proposed and or are ongoing over time, including maintenance dredging and repair of the MR-GO.

3.      All documents concerning the Army Corps's procedures for creating, drafting, filing, and/or reporting Environmental Impact Statements and Supplemental Environmental Reports or Supplemental Impact Statements for the MR-GO.

4.      All documents concerning the Army Corps's procedures for segmenting ongoing projects for the purposes of obtaining coordinated agency input on environmental impact and analyses of changes in the conditions of the environment surrounding the MR-GO caused by its maintenance and operation.

5.      All documents concerning the Army Corps's procedures for obtaining coordinated interdisciplinary input, including from the Council on Environmental Quality and the public for evaluating any environmental impacts of projects and continued maintenance of projects to assess the potential environmental impact for Environmental Assessments and/or  Environmental Impact Statements and/or Findings of No Significant Impact.

6.      All documents concerning the Army Corps's internal engineering regulations concerning the MR-GO and its operation and maintenance, including but not limited to, dredging and other operations and the applicable Federal Regulations and any cross reference(s) or "keys" to the corresponding CFR provision(s).

7.      All documents concerning the Army Corps' analyses and/or evaluations of any modifications to the MR-GO deemed necessary to meet any changed physical and/or environmental condition(s).

8.      All documents concerning the Army Corps' budget appropriations proposals and requests for funding associated with the construction and maintenance of the MR-GO including but not limited to all supporting documentation and submissions to Congress.

9.      All documents concerning Final Environmental Impact Statements responsive to comments received from Federal State or local agencies and/or the public regarding environmental impact(s) of the MR-Go and/or any and all maintenance and operation activities of same.

10.     All documents concerning the Army Corps' exploration of alternative actions designed to avoid or minimize perceived adverse impacts and to evaluate the long- and short- range implications to the environment surrounding the MR-GO and/or any and all maintenance and operation activities relating to same.

11.     All documents concerning the Army Corps' consultation(s) with the Council on Environmental Quality for revisions of Corps' methods and procedures for assessing the environmental impact(s) of the MR-GO and any related opportunities for public comment.