**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 047 | FMA-047-000000001 | FMA-047-000000034 | Department of Homeland Security; FEMA; OCC | Jeff Reynolds | KC825 | 6/2/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | USACE and FEMA 2005 Senior Leader's Seminar |
| WFP | 001 | WFP-001-000000001 | WFP-001-000000003 | Department of Commerce; NOAA; National Geodetic Survey; National Ocean Service | David Zilkowski | KC826 | 6/2/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| WFP | 004 | WFP-004-000000001 | WFP-004-000000001 | Department of Commerce; NOAA; Center for Oceanographic Products and Services | Jerry Hovis | KC827 | 6/2/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| WFP | 008 | WFP-008-000000001 | WFP-008-000000001 | Department of Commerce; NOAA; National Geodetic Survey; National Ocean Service | Not available | KC828 | 6/2/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| ZFP | 020 | ZFP-020-000000001 | ZFP-020-000001043 | Department of Homeland Security; FEMA; OCC | Pam Williams | KC829 | 6/2/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |