UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION | |
|  | * | | |
|  | * | NO. 05-4182 | |
|  | * | and consolidated cases | |
| PERTAINS TO: BARGE | * | | |
|  | * | SECTION "K" (2) | |
| *Boutte v. Lafarge* 05-5531 | * | | |
| *Mumford v. Ingram* 05-5724 | * | | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE | |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. | |
| *Benoit v. Lafarge* 06-7516 | * | | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE | |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. | |
|  | * | | |

**LAFARGE NORTH AMERICA INC.'S EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PROTECTIVE ORDER MOTION ON PLAINTIFFS' AMENDED SECOND RULE 30(B)(6) DEPOSITION NOTICE**

LNA moves for leave to file the attached supplemental memorandum in support of its motion for a protective order to prevent the taking of a second Rule 30(b)(6) deposition of LNA [Rec. Doc. 13280]. As grounds, LNA states that after the filing of LNA's protective order motion, plaintiffs served an amended Rule 30(b)(6) deposition notice which added another deposition topic in addition to those addressed in LNA's protective order motion (all of which were repeated verbatim in the new notice). In order to permit the Court to address the entirety of plaintiffs' proposed Rule 30(b)(6) notice in its ruling on LNA's motion for a protective order, LNA seeks to include this added topic in its protective order motion. The timing of this supplemental memorandum is purely a

function of plaintiffs' failure to amend their Rule 30(b)(6) notice until after LNA had moved for a protective order on the notice.

WHEREFORE, LNA prays for leave to file the attached supplemental memorandum. A proposed order is attached.

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com
Harrison@chaffe.com

/s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 2nd day of June, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock