AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
EASTERN DISTRICT OF LOUISIANA **RETURN**

CHUD & ARVIS ABRAM et al
(see attached sheet)

V.

AAA INSURANCE et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-5205

SECT K  MAG 2

TO: (Name and address of defendant)

American NATIONAL Property + Causualty Insur.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within **TWENTY** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

SEP - 4 2007
DATE

Mary Farragut
(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075205

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148623

**Mailed to Insurance Co.:**

AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY
ROBERT J. CAMPBELL, SR. V.P., GEN. COUNSEL & SEC.
1949 E. SUNSHINE
SPRINGFIELD, MO 65899-0001

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** CHUDD & ARVIS ABRAM, ETAL

**Defendant:** AAA INSURANCE, ETAL



Label/Receipt Number: **7007 0710 0002 8014 8623**
Status: **Delivered**

Your item was delivered at 6:43 am on December 12, 2007 in SPRINGFIELD, MO 65808.