UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | NUMBER: 05-4182 "K"(2) |
| * | | JUDGE DUVAL |
| * | | MAG. WILKINSON |
| * | | |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | |
| (No. 06-2268) * | | |

**************************************************************************

## RULE TO SHOW CAUSE WHY THE UNITED STATES OF AMERICA SHOULD NOT BE ORDERED TO PARTICIPATE IN GOOD FAITH TO COMPLETE DISCOVERY

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who request that the defendant United States of America, show cause, if it can, why it should not be ordered to partcipate in good faith to complete discovery for the reasons set forth in the the attached Memorandum.

**WHEREFORE**, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz request that the defendant United States of America be ordered to appear and show cause, if it can, why it should not be ordered to participate in good faith to complete discovery.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

  /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com


**O'Donnell & Associates P.C.**
By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

| | |
|---|---|
| **The Andry Law Firm, LLC**<br>By: s/ Jonathan B. Andry<br>Jonathan B. Andry (LSBA No. 20081)<br>610 Baronne Street<br>New Orleans, Louisiana 70113<br>Telephone: (504) 586-8899<br>Facsimile: (504) 585-1788<br><br>**Law Offices of Joseph M. Bruno**<br>Joseph M. Bruno (LSBA No. 3604)<br>855 Baronne Street<br>New Orleans, Louisiana 70133<br>Telephone: (504) 525-1335<br>Facsimile: (504) 581-1493 | **Domengeaux Wright Roy & Edwards LLC**<br>Bob F. Wright (LSBA No. 13691)<br>James P. Roy (LSBA No. 11511)<br>556 Jefferson Street, Suite 500<br>P.O. Box 3668<br>Lafayette, Louisiana 70502-3668<br>Telephone: (337) 233-3033<br>Facsimile: (337) 233-2796<br><br>**Fayard & Honeycutt**<br>Calvin C. Fayard, Jr. (LSBA No. 5486)<br>Blayne Honeycutt (LSBA No. 18264)<br>519 Florida Avenue, S.W.<br>Denham Springs, Louisiana 70726<br>Telephone: (225) 664-4193<br>Facsimile: (225) 664-6925 |

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile: (213) 481-1554

**Ranier, Gayle & Elliot, LLC**
N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**
Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No. 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**
Elwood C. Stevens, Jr. (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**
Joseph W. Cotchett (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Law Office of Frank J. D'Amico, Jr. APLC**
Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: (504) 525-9522

**Salas & Co., LC**
Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 2nd day of June, 2008.

                                                                                                  /s/ Joseph M. Bruno
                                                                                            Joseph M. Bruno