UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

**************************************************************************

## ORDER

**CONSIDERING THE FOREGOING**, it is ORDERED that MRGO PSLCS' Motion for Expedited Hearing of the MRGO PSLCS' Rule to Show Cause Why the United States Should Not Be Ordered to Participate in Good Faith to Complete Discovery be and hereby is **GRANTED**, and will be heard on the _____ day of June, 2008 at _____ o'clock a.m.

New Orleans, Louisiana, this _____ day of June, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**