UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO. 05-4181 * | | |
| 06-1885 * | | JUDGE DUVAL |
| 06-4024 * | | |
| 06-4389 * | | MAGISTRATE WILKINSON |
| 06-5771 * | | |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| 07-3500 * | | |
| 07-3612 * | | |
| 07-5023 * | | |
| 07-5040 * | | |

* * * * * * * * * * * * * * * * * *

CORRECTION OF TYPOGRAPHICAL
ERRORS IN O'DWYER'S
SUPPLEMENTAL DECLARATION

**COMES NOW** Ashton R. O'Dwyer, Jr., appearing herein in *propria persona,* and declares that the date on his Supplemental Declaration (Record Document No. 13401) should be June 2, 2008, as should the date on his Certificate of Service.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

-1-

-2-

                                              **By:**   **S/Ashton R. O'Dwyer, Jr.**
                                                                 **Ashton R. O'Dwyer, Jr.**
                                                                 **Bar No. 10166**
                                                                 **821 Baronne Street**
                                                                 **New Orleans, LA 70113**
                                                                 **Tel. 504-679-6166**
                                                                 **Fax. 504-581-4336**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 3rd day of June 2008.

                                                                  S/Ashton R. O'Dwyer, Jr.