UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## ORDER

Upon consideration of the Motion of Lafarge North America Inc. to File Supplemental Memorandum in Support of Motion for Protective Order On Plaintiffs' Amended Second Rule 30(b)(6) Deposition Notice, and good cause appearing, it is ORDERED that the motion is granted. The Clerk is directed to file the Supplemental Memorandum of Lafarge North America Inc. in Support of Protective Order Motion.

New Orleans, Louisiana this ____3rd____ day of ____June____, 2008.

_____
Honorable Stanwood R. Duval, Jr
United States District Judge