UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>　　　　CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME<br>　　*Louisiana State*, C.A. No. 07-5528 | * <br> * <br> * <br> * | JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing *Ex Parte* Motion for Leave to File Sur-Reply Memorandum in Support of Motion of State Farm Fire and Casualty Company and Certain Other Insurer Defendants to Disqualify Plaintiff's Private Counsel (the "Motion");

**IT IS HEREBY ORDERED** that the Motion is granted and that the attached Sur-Reply Memorandum in Support of Motion of State Farm Fire and Casualty Company and Certain Other Insurer Defendants to Disqualify Plaintiff's Private Counsel is filed into the record.

New Orleans, Louisiana, this ___3rd___ day of ___June___, 2008.

_____
UNITED STATES DISTRICT JUDGE

929203v.1