UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |
| | * | |

**************************************************************************

**SUR-REPLY MEMORANDUM IN SUPPORT OF MOTION OF
STATE FARM FIRE AND CASUALTY COMPANY
AND CERTAIN OTHER INSURER DEFENDANTS
TO DISQUALIFY PLAINTIFF'S PRIVATE COUNSEL**

State Farm Fire and Casualty Company and the other moving insurers (*see* Docs. 10937 and 10304) ("Defendants") submit this supplemental sur-reply brief in support of their motion to disqualify the State's private law firms ("Counsel") (a) to comment on the post-hearing brief of the Murray Law Firm (Doc. 13355, which was not entered into Pacer until May 30[1]) and (b) to respond to an argument made for the first time by the other Counsel in their May 29 Post-Hearing Reply Brief. (Doc. 13345.)

---

[1] The certificate of service in the brief indicates that it was served by mail on defense liaison counsel, but to date the latter has been unable to locate any record of receiving it prior to its posting on Pacer. In any event, counsel for

1

I.   **Murray Law Firm Brief**

The Murray Law Firm's brief confirms the firm's role in the *Turk* putative class action. (*See* Doc. 13344 at 2 n.4.) In addition, the brief identifies seven individual insurance cases in which the firm is involved, some or all of which may include Road Home participants. The attached affidavit from Mr. Dugan asserts that the firm "will obtain waivers" from all of these clients, making clear that no waivers have yet been obtained. (Doc. 13355-2 at ¶ 5.) Given that effective waivers require adequate disclosure and informed consent, it is unclear how the firm can represent in advance that all clients will provide waivers. In any event, even if waivers are obtained, these conflicts cannot be waived. (*See* Doc. 12599 at 11-12.)

II.   **Counsel's New Argument Regarding the Scope of LSA-R.S. 49:258**

Though the parties have previously briefed and argued the interpretation and application of LSA-R.S. 49:258, Counsel assert for the first time in their Post-Hearing Reply Brief that the statute does not apply at all to claims brought *by* the State, but only to the defense of tort claims brought *against* the State. They further suggest that the statute only applies where the Commissioner of Administration has some interest in the litigation at issue. (Doc. 13345 at 7-9.)[2]

First, the plain language of 49:258 makes no such distinction between cases where the State is a plaintiff and cases where the State is a defendant and does not limit its application to cases in which the Commissioner of Administration has an interest. Instead, the

---

State Farm Fire and Casualty Company, which has taken the lead on this motion, did not receive a copy until May 30, the day after filing Defendants' post-hearing reply brief. (*See* Doc. 13344 at 1 n. 1, 2 n.4.)

[2] Counsel's contentions are inconsistent with the Attorney General's description of the contract review that occurs "in practice"; while the described practice does not comply with 49:258, it does not involve any carve-out for cases in which the State is a plaintiff or cases in which the Commissioner of Administration does not have an interest. (*See* Doc. 13250 at 2; Doc. 13344 at 8.)

statute requires that "*any* appointment of private legal counsel *to represent* the state or a state agency" be made "with the concurrence of the commissioner of administration." LSA-R.S. 49:258 (emphasis added).

Second, Counsel's suggestion that 49:258 applies only where the Commissioner of Administration has some authority or interest is unavailing. Even if *Green v. La. Underwriters Insurance Co.*, 571 So. 2d 610 (La. 1990), could be read to broadly preclude application of 49:258 to counsel appointments in matters unrelated to the Commissioner's general authority and responsibilities,[3] the responsibilities of the Commissioner of Administration, who runs the Louisiana Division of Administration (*see* LSA-R.S. 39:5.A), are far broader than defense of tort claims, as Counsel suggest.[4] Most significantly, Counsel overlook the fact that the Road Home Program is itself within the Division of Administration,[5] so that the Commissioner very much has an interest in these proceedings. In any event, since it is 49:258 and not the constitution that gives the Attorney General the power to appoint private counsel (Doc. 13344 at 8-10), if Counsel were correct that 49:258 does not apply here at all, then

---

[3] *Green* held that 49:258 does not permit the Attorney General to appoint counsel for the Insurance Commissioner when the latter is acting as liquidator or rehabilitator for a financially troubled insurance company. 571 So. 2d at 616  The court noted that the Insurance Commissioner's role as liquidator or rehabilitator "does not involve the assertion or protection of any state interest or right," *id.* at 615, and that its construction of 49:258 as not applying to that particular situation avoided a conflict with another Louisiana statute expressly giving the Insurance Commissioner the power to appoint counsel when acting as liquidator or rehabilitator. *Id.* at 614, 616.

[4] *See* http://www.doa.louisiana.gov/doa/doa.htm ("The Division of Administration is the central management and administrative support agency for the state of Louisiana. The division is headed by the Commissioner of Administration, Angele Davis, and is comprised of four programs: Executive Administration; Inspector General; Community Development and Block Grant; and Auxiliary. The Commissioner oversees and coordinates 25 Sections, which perform legislatively-mandated and other required functions of state government. In addition, the Division of Administration provides supervisory functions for management and budgets of all state departments.").

[5] *See Amended Petition* at ¶ 14 ("The Road Home Program is administered through the Office of Community Development, Division of Administration, State of Louisiana ('the State').") The Division of Administration is also identified in the caption of the Amended Petition.

the former Attorney General had no power to appoint any private counsel in connection with this case.

                            Respectfully submitted,

*/s/ Wayne J. Lee*
Wayne J. Lee, 7916
  wlee@stonepigman.com
Stephen G. Bullock, 3648
  sbullock@stonepigman.com
Mary L. Dumestre, 18873
  mdumestre@stonepigman.com
Andrea L. Fannin, 26280
  afannin@stonepigman.com
        Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

       And

Charles L. Chassaignac IV, 20746
  cchassaignac@phjlaw.com
        Of
PORTEOUS, HAINKEL
  & JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana  70801
Telephone:  (225)383-8900
Facsimile:  (225) 383-7900

*Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company*

929202v.1

/s/ Maura Z. Pelleteri
Maura Z. Pelleteri, 8463
Amy S. Malish, 28992
    Of
KREBS, FARLEY & PELLETERI, L.L.C.
Texaco, Center, Suite 2500
400 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 299-3570
Facsimile:  (504) 299-3582

*Attorneys for Aegis Security Insurance Company*


/s/ Howard B. Kaplan
Howard B. Kaplan, 14414
    Of
BERNARD CASSISA ELLIOTT & DAVIS
1615 Metairie Road
P.O. Box 55490
Metairie, Louisiana  70055-5490
Telephone:  (504) 834-2612

*Attorneys for Lafayette Insurance Company, United Fire and Casualty Company and United Fire and Indemnity Company*


/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
    Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701

*Attorneys for America First Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Mutual Insurance Company*

929202v.1

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
    Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Metlife, Inc., Economy Premier Assurance Company, Metropolitan Casualty Insurance Company, and Metropolitan Property & Casualty Insurance Company*

*/s/ Seth A. Schmeeckle*
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
    Of
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

    And

Christopher W. Martin,
Texas Bar No. 13057620
Martin R. Sadler,
Texas Bar No. 00788842
    Of
MARTIN, DISIERE, JEFFERSON &
 WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

*Attorneys for United Services Automobile Association, also separately named by plaintiffs as USAA, USAA Casualty Insurance Company and USAA General Indemnity Company*

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
    Of
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

    And

Of Counsel:

Kevin P. Kamraczewski
Alan S. Gilbert
Paul E. B. Glad
David R. Simonton
    Of
SONNENSCHEIN NATH &
 ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000

*Attorneys for The Hanover Insurance Company, The Hanover American Insurance Company, and Massachusetts Bay Insurance Company*

/s/ Deborah B. Rouen
Deborah B. Rouen, 2084
Chris A. D'Amour, 26252
    Of
ADAMS AND REESE LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210

*Attorneys for Union National Fire Insurance Company*

/s/ Dominic J. Ovella
Dominic J. Ovella, 15030
Anne E. Medo, 24556
Sean P. Mount, 27584

929202v.1

Daniel M. Redmann, 30685
John Christopher Dippel, Jr., 30480
    Of
HAILEY, MCNAMARA, HALL,
  LARMANN & PAPALE, L.L.P.
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana  70011-8288
Telephone:  (504) 836-6500

*Attorneys for Fidelity and Deposit Company of Maryland, Empire Fire and Marine Insurance Company, Empire Indemnity Insurance Company, Centre Insurance Company, ZC Sterling Insurance Agency, Inc., and ZC Sterling Corporation*


/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
    Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, LLC
LL&E Tower
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile:  (5040 589-9701

*Attorneys for Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company*


/s/ Seth A. Schmeeckle
Seth A. Schmeeckle, 27076
Ralph S. Hubbard, III, 7040
    Of
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
    And

929202v.1

Of Counsel:

Kevin P. Kamraczewski
Alan S. Gilbert
Paul E. B. Glad
David R. Simonton
    Of
SONNENSCHEIN NATH &
 ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois  60606
Telephone:  (312) 876-8000

*Attorneys for Horace Mann Insurance Company, Teachers Insurance Company, and Horace Mann Property & Casualty Insurance Company*


/s/ *Alan J. Yacoubian*
Alan J. Yacoubian, 17213
Neal J. Favret, 24412
Rachel P. Catalanotto, 31095
    Of
JOHNSON, JOHNSON, BARRIOS &
 YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001

*Attorneys for Auto Club Family Insurance Company*


/s/ *Neil C. Abramson*
Neil C. Abramson, 21436
Nora B. Bilbro, 22955
Jacqueline M. Brettner, 30412
    Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

    And

929202v.1

Marshall M. Redmon, 18398
    Of
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana  70802
Telephone:  (225) 346-0285
Facsimile:  (225) 381-9197

*Attorneys for Homesite Insurance Company*


*/s/ Harry Rosenberg*
Harry Rosenberg, 11465
Jacqueline M. Brettner, 30412
    Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

*Attorneys for Fidelity National Insurance Company and Fidelity National Property and Casualty Insurance Company*


*/s/ Marshall M. Redmon*
Marshall M. Redmon, 18398
    Of
PHELPS DUNBAR LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, Louisiana  70802
Telephone:  (225) 346-0285
Facsimile:  (225) 381-9197

    And

Amy R. Sabrin
    Of
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC  20005
Telephone:  (202) 371-7000
Facsimile:  (202) 393-5760

929202v.1

*Attorneys for Farmers Insurance Exchange, Foremost Insurance Company, Foremost Property and Casualty Company, and Foremost Signature Insurance Company*


/s/ Neil C. Abramson
Neil C. Abramson, 21436
Jacqueline M. Brettner, 30412
    Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

*Attorneys for American Manufacturers Mutual Insurance Company, Kemper Casualty Insurance Company, Lumbermens Mutual Casualty Company, Merastar Insurance Company, Unitrin Preferred Insurance Company, Unitrin Auto and Home Insurance Company, Trinity Universal Insurance Company, and Trinity Universal Insurance Company of Kansas, Inc.*


/s/ Harry Rosenberg
Harry Rosenberg, 11465
Jay R. Sever, 23935
Jacqueline M. Brettner, 30412
    Of
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

*Attorneys for Scottsdale Indemnity Company and Scottsdale Insurance Company*


/s/ Ralph S. Hubbard
Ralph S. Hubbard, III, 7040
Seth A. Schmeeckle, 27076

929202v.1

  Of
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

  And

Stephen E. Goldman
Wystan M. Ackerman
  Of
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut  06103-3597
Telephone:  (860) 275-8200
Facsimile:  (860) 275-8299

*Attorneys for The Standard Fire Insurance Company, "St. Paul" (a non-existent entity), "St. Paul Travelers Insurance Company" (a non-existent entity), St. Paul Fire & Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, St. Paul Protective Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty Insurance Company of America, Travelers Casualty and Surety Company, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, Travelers Insurance Company (a non-existent entity), Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, and The Automobile Insurance Company of Hartford, Connecticut*


*/s/ Christopher R. Pennison*
Jay M. Lonero, 20642
Christopher R. Pennison, 22584
Angie Arceneaux Akers, 26786
Of

LARZELERE PICOU WELLS SIMPSON LONERO, LLC
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA  70002
Telephone:  (504) 834-6500
Fax:  (504) 834-6565
*Attorneys For Republic Fire And Casualty Insurance Company,  American National Property And Casualty Company, American National General Insurance Company, And Anpac Louisiana Insurance Company*

## CERTIFICATE

I hereby certify that a copy of the foregoing Sur-Reply Memorandum in Support of Motion of State Farm Fire and Casualty Company and Certain Other Insurer Defendants to Disqualify Plaintiff's Private Counsel has been served upon all counsel of record by electronic notice from the Court's CM/EC Filing System, this 2nd day of June, 2008.

*/s/ Wayne J. Lee*

929202v.1