## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO. 05-4182**

**PERTAINS TO:**
**O'DWYER - C.A. No. 06-6099**
**O'DWYER - C.A. No. 06-5786**

**SECTION "K"(2)**

## MOTION TO DISMISS ALL PARTIES

**NOW INTO COURT**, through undersigned counsel, come Defendants, the City of New Orleans, the Honorable C. Ray Nagin, Mayor, former Superintendent of Police Edwin Compass, III, and present Superintendent of Police Warren J. Riley, and respectfully move the Court to dismiss the Plaintiffs' claims against these defendants in the above numbered causes for the reasons set forth in the Court's July 16, 2006 ruling (Rec. Doc. 788) April 3, 2007 ruling (Rec. Doc. 3666), and, most recently, the Court's May 7, 2008 ruling, namely that the Court lacks jurisdiction over Plaintiffs' claims, that Plaintiffs otherwise fail to assert a cause of action

against these particular defendants for which relief can be granted, and, specifically, for Plaintiffs' counsel's continued failure to abide by the Court's Orders as set forth in Rec. Doc. 13003 (referring to Rec. Docs. 12552 and 11357).

**WHEREFORE**, defendants herein respectfully pray that the Plaintiffs' Complaints in the above captioned matters be dismissed, with prejudice and at Plaintiffs' cost.

**FURTHER**, Defendants pray for all other equitable relief available under the law, including attorney's fees and costs associated with the bringing of the present motion, in an amount deemed appropriate by the Court.

Respectfully Submitted,

**JAMES B. MULLALY, LSB # 28296**
**ASSISTANT CITY ATTORNEY**
1300 Perdido Street
City Hall - Room 5E03
New Orleans, Louisiana 70112
(504) 658-9800
(504) 658-9868 (fax)
e-mail: jbmullaly@cityofno.com

**FRANZ ZIBILICH**

**ASSOCIATE CITY ATTORNEY**

**NOLAN LAMBERT**
**CHIEF DEPUTY CITY ATTORNEY**

**PENYA MOSES-FIELDS**
**CITY ATTORNEY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has

been sent to all counsel of record via electronic filing this 3RD day of June

2008.

**JIM MULLALY**