UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>O'DWYER - C.A. No. 06-6099<br>O'DWYER - C.A. No. 06-5786 | SECTION "K"(2) |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS ALL PARTIES

MAY IT PLEASE THE COURT:

Defendants, the City of New Orleans, the Honorable C. Ray Nagin, Mayor, former Superintendent of Police Edwin Compass, III, and present Superintendent of Police Warren J. Riley, have moved the Court to dismiss the Plaintiffs' claims against these defendants in the above numbered causes. Defendants respectfully submit that their motion ought to be granted for the following reasons:

### I.

First, Plaintiffs' claims in the above captioned matters ought to be dismissed for the reasons set forth in the Court's July 16, 2006 ruling (Rec. Doc. 788) and April 3, 2007 ruling (Rec. Doc. 3666), namely that the Court lacks jurisdiction over Plaintiffs' claims and that Plaintiffs otherwise fail to assert a cause of action against these particular defendants for which relief

can be granted.

Defendants hereby adopt and incorporate by reference the arguments advanced in their original motion to dismiss (Rec. Doc. 104), which was granted by the Court in the Court's July 16, 2006, ruling (Rec. Doc. 788), as if copied *in extenso* pursuant to Rule 10(c) of the Federal Rules of Civil Procedure.

## II.

Second, Plaintiffs' claims against these defendants in the above captioned matters ought to be dismissed in accordance with the Court's May 7, 2008 ruling. Specifically, all of Plaintiffs' claims ought to be dismissed due to and as a direct result of Plaintiffs' counsel's continued and repeated defiance of the Court's Orders as set forth in Rec. Docs. 13003, 12552 and 11357.

**WHEREFORE**, defendants herein respectfully pray that the Plaintiffs' Complaints in the above captioned matters be dismissed, with prejudice and at Plaintiffs' cost.

**FURTHER**, Defendants pray for all other equitable relief available under the law, including attorney's fees and costs associated with the bringing of the present motion, in an amount deemed appropriate by the

Court.

Respectfully Submitted,

_/s/ James B. Mullaly_
JAMES B. MULLALY, LSB # 28296
ASSISTANT CITY ATTORNEY
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
(504) 658-9800
(504) 658-9868 (fax)
e-mail: jbmullaly@cityofno.com

**FRANZ ZIBILICH**
**ASSOCIATE CITY ATTORNEY**

**NOLAN LAMBERT**
**CHIEF DEPUTY CITY ATTORNEY**

**PENYA MOSES-FIELDS**
**CITY ATTORNEY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to all counsel of record via electronic filing this 3RD day of June 2008.

_/s/ Jim Mullaly_
JIM MULLALY

˘3˘