UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>C.A. No. 06-6099<br>C.A. No. 06-5786 | SECTION "K"(2) |

## NOTICE OF HEARING

Please take notice that the undersigned will bring the above motion on for hearing before the Honorable Stanwood R. Duvall, Jr., United States District Court, 500 Poydras Street, Room C-352, New Orleans, Louisiana, on the 25th day of June 2008, at 9:30 a.m., of that day or as soon thereafter as counsel can be heard.

Respectfully submitted,

_____
JAMES B. MULLALY, LSB#28296
ASSISTANT CITY ATTORNEY
1300 Perdido Street
City Hall 5th Floor
New Orleans, Louisiana 70112
(504) 658-9800
(504) 658-9868 (fax)