## EXCERPTS OF STATEMENT OF ARTHUR MURPH

### (TAKEN JANUARY 25, 2006 BY RJG)

**RJG:** What's your full name, sir?

**Arthur:** Arthur Lee Murph, Jr.

**RJG:** Ok. And, what's your date of birth?

**Arthur:** Twelve-Four-Fifty (12/04/1950).

**RJG:** And your wife said you're a supervisor for a construction company there?

**Arthur:** I'm a foreman for Brady Building Company.

**RJG:** Ok. Alright. And, uh, ya'll were living at 1739 Jordan Avenue?

**Arthur:** Jordan Avenue, yes.

**RJG:** Ok, and ya'll had lived there for how long?

**Arthur:** I don't know how long, but that was about eight years, I guess.

**RJG:** Ok. Tell me if you will, just, the events that happened on Sunday, August, I guess, 28th, uh, would have been, in what you can recall. What your wife told me is ya'll were gonna stay at the Hyatt?

**Arthur:** They were at the…I brought 'em to the Hyatt.

**RJG:** Right.

**Arthur:** I brought them to the Hyatt.

**RJG:** 'Them' being your wife and your daughter?

**Arthur:** Yes.

**RJG:** Ok. How old is your daughter, again?

**Arthur:** She's thirteen right now.

**RJG:** Ok. Alright.

**Arthur:** She was twelve then, but she's thirteen now.

**RJG:** Alright...so you brought them there....

**Arthur:** I brought her and my daughter to the Hyatt.

**RJG:** Ok.

**Arthur:** And then I...

**RJG:** Left your dog behind?

**Arthur:** Yeah. When I found out they were bringing animals in there. So I said "Well, let me go back and get the dog."

**RJG:** Right.

**Arthur:** When I went back to get my dog, well then I said, "Let me bring by car and my truck to higher grounds."

**RJG:** Right.

**Arthur:** So they won't get all messed up. And then I had a friend of mine, you know, who was going to pick me up and then drop me off at the Hyatt.

**RJG:** Mm hm?

**Arthur:** But, uh. He went home to check his house out and he never came back. He just laid down and went to sleep, so I was sitting there waiting on him. He never did return.

**RJG:** Ok.

**Arthur:** So I hung in the house....

**RJG:** Ok.

**Arthur:** And while I was hanging there, the lights went out.

**RJG:** About what time of day was that, do you know?

**Arthur:** Uh. I finished bringing the vehicles you know and everything, back to higher ground and everything...I...I thought it was somewhere along six-thirty or seven o'clock, but it wasn't that early. It was a little later than that.

**RJG:** OK..

Arthur: Yeah. And a friend of mine, he gave me a ride back to the house, and then I was waiting on my partner to come back...his cousin give me a ride back to the house. I was waiting on him to come back and pick me up, because he had to check on something at his house.

RJG: And who was that, what was his name?

Arthur: Delton Bracy (sp?)

RJG: Ok.

Arthur: But Sean brought me back to my house.

RJG: Ok. I'm sorry. Who was the name of the person that brought you to your house?

Arthur: Sean.

RJG: Sean. Sean...what's the last name?

Arthur: His last name is...he all in the family some kinda way, you know.

RJG: But ya'll had actually checked into the Hyatt on that Sunday.

Arthur: Yes. I brought my wife and them there.

RJG: Ok, and ya'll checked in. So there would be a record of when ya'll checked in and all that?

Arthur: Oh yeah. [to his wife: what time we checked in at the Hyatt?]

Jean Murph: About...four something...?

Arthur Murph: It must be about four something.

RJG: Ok, so ya'll checked in, found out that ya'll could bring your dog...

Arthur: They checked me in, and then she found out they had pets and animals that they were staying in the Hyatt, so uh. I went back to get mine.

RJG: Did you have a cell phone on you?

Arthur: Yeah, I had a cell phone on me.

RJG: Ok, alright. Well, we'll get to that in a second. So, you're back at the house. You're waiting on this other fellow, uhm...that was supposed...

3

Arthur: Sean.

RJG: ...right, that was supposed to come pick you up. What had you done with...

Arthur: The one that brought me home was the one where I dropped my cars off at.

RJG: Oh, ok. I gotcha. I gotcha. Cause he lived on higher ground.

Arthur: Right. He stayed out on Paris Avenue. Paris Avenue and Lafreniere. That's where I dropped my two vehicles off. That's why they were safe through the flood.

RJG: Right.

Arthur: And then he brought me back home.

RJG: Ok.

Arthur: . Now. That's what I'm saying now.

RJG: And you were just going to get a ride with somebody else back to the Hyatt.

Arthur: Right. Yeah, right. Because he was already home already. Delton was already there. He came back with me. And he say, "Well I'm gonna go home and check on something, and I'll be back and I'll pick you up when you're ready."

RJG: Alright. What was the weather like during this time?

Arthur: It was drizzling.

RJG: Okay. Was the wind up? Was the wind blowing?

Arthur: Yeah, the wind was. Oh yeah the wind was blowing real, real good. That's why I walked across the street to check the levee to see how high the water was, you know on the levee.

RJG: Ok, when you did that...

Arthur: It was about two feet from the top.

RJG: About two feet from the top?

Arthur: Right. It was coming over the concrete.

RJG: And...what time of day was it when you had checked that?

4

**Arthur:** Oh, shit. It was…it had to have been somewhere…I saw it because when I…it had to have been about seven-thirty/eight o'clock.

**RJG:** Ok.

**Arthur:** It was somewhere along in that area.

**RJG:** And it was obviously dark. Uh, the street…

**Arthur:** It was dark.

**RJG:** …no lights were working at that point…?

**Arthur:** No, they had the street lights. The lights weren't out. And that's what made me go over there. Because, you know, the lights was on and I said "Well let me go see how high this water is" you know? And then when I come back in the house and mess around in there trying to get this dog stuff together, and everything, and then come the lights go out.

**RJG:** I got you.

**Arthur:** The lights went out. So, I'm out in the garage, you know, and I'm checking on you know trying to fire up the generator and get these extension cords and everything together.

**RJG:** Mm hm.

**Arthur:** And I heard a big scraping sound, you know. And it was just a [imitates noise], you know? I say "What the hell that is?" And me and the dog is outside in the garage.

**RJG:** Right.

**Arthur:** So I start heading towards the garage, I leave the front of the house to see what that noise was. By the time I got mid-way in the driveway, I heard a big "boom" sound, you know boom! And I say "Now what the hell is that?" and I start to walk a little quicker towards the front because my driveway, it's a long driveway. My garage is in the back yard, by the apartment, you know? And we had it in the back.

**RJG:** Mm hm.

**Arthur:** But by the time I got about three quarters of the way to the front of the house, it was a two-foot wave of water…met me. And I turn around. Me and the dog turned around, we ran back to the back of the house. Cause I knew it done happen. When I heard the big "boom" sound. Boom! But I didn't know what it was.

RJG: It was a boom like an explosion, or just the breaking of the concrete and steel levee? I mean...parts of the levee?

Arthur: It didn't sound like no explosion. It just sound just like a wreck, you know?

RJG: Like a big break, right. Right, right.

Arthur: Yeah, like a break.

RJG: You think...I mean, based on that. You think it was the sound of the barge crashing through...

Arthur: I knew it was the sound of the barge...when I, after I climbed in my attic and chopped a hole in the attic. So, the water was rising real, real fast.

RJG: Right.

Arthur: And I chopped a hole in the attic, you know, and...

RJG: And, and. Let me ask you this question, though. Before that had happened, had the water been...the water was not flooding over the levee when you went out?

Arthur: No, it wasn't over the top. Like I told you, when I went over there to look and see how high it was.

RJG: Mm hm.

Arthur: And it was about a foot, maybe a foot and a half from the top.

RJG: Now was the barge there, when you saw....

Arthur: I didn't...I didn't...I didn't pay no mind to looking down that end.

RJG: Ok. Alright.

Arthur: I was just looking towards the Claiborne bridge, and I was looking to see cause the lights were shining there. And I could see the water splashing. It was splashing and popping over the top of the levee, but it wasn't, you know...water just running constantly over the top. With the wind and everything blowing, you know you get those little wakes and those little breezes and it's splashing and hitting the walls.

RJG: OK.

Arthur: It was sprinkling over the top.

6

**RJG:** But it wasn't, like, flowing over the top enough to erode the whole levee system like they're claiming?

**Arthur:** No, no, no, no. Uh-uh. It was up high on the concrete wall, and you know high as I ever saw it. But you know it wasn't running...flowing over top, you know, constantly. It was just from the water flowing back and forth, you know, with the wind blowing and everything and splashing up against it and spraying over the top.

**RJG:** And the sound that you were hearing, with the...the, the grinding sound, uh, you believe that was the barge dragging against...

**Arthur:** I know the barge was dragging against the wall, and then the water was, you know, it was flowing back and forth with the wake you know and everything.

**RJG:** Right.

**Arthur:** It was bumping up against the wall. But I never looked that way, you know?

**RJG:** And you think, I mean it looks like it probably broke that wall that's on top...and that's....

**Arthur:** No 'probably' my ass, it...

**RJG:** It did...

**Arthur:** It busted that wall. Yeah. And that's what allowed...And that water came through too quick, when I...

**RJG:** And once the water...and once the water started coming through, it probably just made a big old hole, I mean the force of the water...just...

**Arthur:** No, the barge had...when I got in my attic, because the water, it came so fast. It come down the street. And...I'm coming up my driveway, and to the right of my house, the water was turning in my driveway. A two-foot wake of water. And I hauled ass back to the back, in the back door because they had the back door open, and I run in there and me and the dog went inside and I shut the door.

**RJG:** Right.

**Arthur:** And, shit. Before I get good in that house and not...and my house is pretty solid, cause I had storm shutters all the way around and everything. Shit, the water was coming, I'm talking like four foot. And...and...and in about an hour, it was four foot. Coming through the window sills.

**RJG:** Right.

7

**Arthur:** And the water was only like a foot and a half in my house. And I said "Damn, that water can't be that high." You know? And shit…I went in the attic, and I chopped me a hole in the roof and everything. And I stood up and I looked, and I turned around and looked. And then I saw the barge. It looked like a whole block of steel coming at me.

**RJG:** Gosh.

**Arthur:** It was wiping houses out, it was riding sideways. And I couldn't see the levee, but I know if the barge was coming in there, it done walked through…that's what bust that levee. I'm talking it had to have been at least seven-thirty, eight o'clock Sunday night.

**RJG:** Ok.

**Arthur:** Sunday night.

**RJG:** So, this flood actually started happening Sunday night. You realize that's completely contrary to what's out there right now?

**Arthur:** That's what I'm saying. Because my house is sound. My house was sound, and then uh. About ten thirty…what it was, was about…I say about eleven…about ten thirty, eleven o'clock that night, the water was in my attic.

**RJG:** Yeah.

**Arthur:** And then…

**RJG:** And that's when you were forced to…

**Arthur:** I had to get out then.

**RJG:** …went to your neighbor's.

**Arthur:** Because it was floating sideways. Just wiping the houses out. It was pushing them down. But yeah, the house is spinning around in circles, from the water coming through the levee so fast. It was floating them right up off their foundations, and it was spinning around in circles, trying to break…I guess they was breaking loose from the plumbing and the electricity. Yeah, and they floated off. And I…but I seen it wasn't gonna stop, I said, "I got to go."

**RJG:** Oh my goodness.

**Arthur:** Yeah, because when it come through the house on Roman (sp?), and uh…and crossed, crossed Roman right there, I had to get out.

RJG: Yeah. Yeah, I mean, I'm looking at a picture my client...uh, I represent some people that were on...living in 1815 Jourdan, a little bit further, I guess closer to where the...

Arthur: That's about three houses off of Roman and Jourdan Avenue.

RJG: Right, and that's closer to where the barge came...

Arthur: It wiped them out there...

RJG: Right, that's where the barge had...it's closer I guess, than...

Arthur: That's where it breached at, right up in that area somewhere.

RJG: Yeah. And, so you were a little bit further away from the breach.

Arthur: Oh, I'm up further. I'm like two blocks off of Claiborne.

RJG: RJG: Right.

Arthur: When they cross Roman, it wiped out three brick houses. It was actually two brick houses. One that was on Roman and Jourdan Avenue, and then the one that's on...there's one side of the corner and then the other is on the other side of the corner.

RJG: Right, I'm looking at that now.

Arthur: We crossed through, we crossed. And I think that was like 1744 or 45, something like that. Could be 41, I think. But it wiped that double out then, and that was a brick house. And then it pushed that house right up against my house. And that's when I hit the water.

RJG: And you were able to...

Arthur: I swam next door to, uh...

RJG: ...swam over to your neighbor's, Ms. Moses, who was living there?

Arthur: Right. They had four people in that house, in the upstairs apartment.

RJG: Do you know who owns the house that they were living in?

Arthur: Uhm...someone named "Rick." I can't really, I uh...a white dude. I don't really know his name, but we spoke a bunch of times and everything, because when he sprayed for the, you know, killing his grass and stuff, he sprayed the weed-eater through my fence, and he killed part of my driveway.

9

**RJG:** [laughter] I got you. Good neighborly talks, huh?

**Arthur:** Yeah, we had just bought the house, and you know he was trying to get somebody in there, you know? And I had spoke with him a lot, because I used to go over there and look at him there, because I'm a contractor myself.

**RJG:** Right. Have you spoken to him since all this happened?

**Arthur:** I hadn't seen him since then, no. No, I haven't. I spoke with his neighbors, the people he rented to. You know?

**RJG:** Alright. Uhm, now the young couple, your wife told me that everything...I mean, about the young couple and their children that were killed, apparently?

**Arthur:** Well, I don't know about...I don't know if they had anyone in there or not. But, uhm, I'm saying that they were because they was from out of town, and nobody really knew those people, you know? It was like a lady and two sons.

**RJG:** Right. And, where were they? Are they next door to you?

**Arthur:** Right. They stayed on my right. I don't know if they was in there or not, but you see...

**RJG:** They were the one on the corner of Jordan and Roman.

**Arthur:** Jordan and Roman, right. Exactly next door to me. And they had another couple that was in there too. I'm thinking that had to, ok, in that house next door to me they had five people. But I don't know if they were in there or not, but I hadn't heard anything or seen from them, you know. Somebody told me that they were in there, see?

**RJG:** Yeah, well Ms. Moses told me she thought that they had to cut...I don't know if that's true or not...but had cut a part of the barge to get them out of there. I don't know. I mean, I really don't know that for sure.

**Arthur:** They didn't...the barge hadn't been touched. The barge is still in contact right now, it's still in...in this whole way that it came through. The only thing that has moved from that barge is when Rita came through, it re-floated that barge back out on the street. So before that, that barge was on our house.

**RJG:** Oh yeah, I mean I have photographs of all of that too, from my other client. Some aerial photographs, and you know...

**Arthur:** We got photographed on CNN...my son sent to us. I don't even know where the hell they are right now. But I got some from uh...but I have some pictures and everything of that. And it was a real mess. And what we got, the night of the hurricane, like I told Joyce and her husband or her boyfriend or whoever that was,

10

RJG: Fiancée, right.

Arthur: …that uh, "Ya'll ain't seen the worst of it yet. This is just the god damned water that come up from the barge." I said, "The hurricane is yet to come tomorrow."

RJG: My god. So you were, I mean. So at this time…

Arthur: I was in their house, then.

RJG: Right. And ya'll were actually…had ya'll…had to go to the attic apparently at their house, too.

Arthur: Oh, we was in the attic because the walls was blowing through, and when the wind started to getting higher, ok, and like uhm…I don't know what time it was or nothing because…I didn't have no watch or nothing, I didn't have my cell phone. It was, I couldn't see jack, you know.

RJG: Right.

Arthur: And I had them in a plastic bag, and then. But we called 9-1-1 a couple or few times, you know after the storm.

RJG: Yeah.

Arthur: When the storm came, when it came, they was freaking so bad because none of them knew how to swim. And they said, "What we gonna do? What we gonna do, Mr. Ralph?" I said, "We gonna pray."

[from aside] Jean: Tell them they call you "Ralph."

Arthur: They were calling me Mr. Ralph, then.

Jean: Oh, yeah. Well you have to tell him that.

RJG: No, I know. I understand that they call you 'Ralph' even though your name…

Arthur: Yeah, my name is Arthur.

RJG: Yeah, right. Well, that's amazing. And…ya'll were there for how many days, in there trapped in the attic…?

Arthur: For three days.

RJG: And she said a boat finally came along, and…

**Arthur:** Right, a friend of mine named 'Mike', he came along with some fellow in a boat, and they picked up...but they didn't pick me up where they picked him...the fellow up next door to Joyce and them's house. He was in the water for three days. His name is 'Raymond'. He stayed in an abandoned lot...it wasn't an abandoned lot. He stayed in a lot that belonged to the people on the other side of him. And he was staying in the van – he'd been staying there for twenty years. At least. And I told them "Go get him out the water first, he's been in the water for three days." How in the hell he survived, I have no idea. When I looked out the window the night of the hurricane, he was flapping in the wind like a flag. He had two big kegs chained to him, and to the van on the door...

**RJG:** [laughter] Yeah.

**Arthur:** I'm not shitting you.

**RJG:** I know, that's what she told me. I just can't believe...

**Arthur:** And he kept asking me, "When they gonna come get us, Mr. Ralph? When they gonna come get us?" I say, "They coming, Raymond. I called em, I called em." And when he had been in that water...when he got him out that water, we brought him to the Claiborne bridge. We stood on there for a couple, a few hours, and then the wildlife and fisheries picked us up from there and they brought us to the St. Claude bridge, and he collapsed up there. Yeah, he went into convulsions and everything, and he was...and where is he right now? I have no idea.

**RJG:** Mm-hm.

**Arthur:** That was a hell of a...I'm a Vietnam veteran, and look. I was not scared in 'Nam. But that wind was blowing us out there that day. That wind meeting that roof, and the way it was shaking, the way that house...it blew that house two-foot off its foundation, the top sank. The one side of the building just totally collapsed.

**RJG:** Man. Well, ya'll are fortunate that the barge, I guess, stopped where it hit.

**Arthur:** It stopped. When it hit my house, it stopped. It run across like, two, like a room and half in my house. And when the water went down, like in a couple of days when we were there, it was mashed down. So, I climbed up on top of the barge. I wrote my name on the top of it.

**RJG:** [laughter] Right.

**Arthur:** I scratched it into the...the thing, because I looked in there, but inside the barge they had a couple a few compartments open.

**RJG:** Mr. Murph, do you know of any other eye witnesses that...that...

**Arthur:** Just the four of us.

12

RJG: Ok, cause she really was scared, I don't think she even knew what was happening. I mean, obviously you saw.

Arthur: It still could…what I really think it screwed her head up bad.

RJG: Well, she had a stroke. She tells me she had a small stroke, and uhm, you know when she…

Arthur: She might have had something, because I'm telling you, it really is…and only thing I'd really say about that that was on the second floor and we had the refrigerator and stuff upstairs and it had water and stuff in it, and uhm, we ate out of there. She had a ham in there that we took out, but until the refrigerator floated sideways.

RJG: Now, when you got up on that barge whenever, a couple days, was there still some cement, cargo or stuff on it? Or was it just boards….

Arthur: They had just uhm…a little stuff that they couldn't actually get all the way out the barge, you know like, because they… it was empty.

RJG: OK..

Arthur: They just had the little leftovers in the bottom. I looked down in it.

RJG: Well, apparently, Ingram had…Ingram barge had leased it to Lafarge to carry some cement, and they were gonna…

Arthur: Yeah, to Lafarge, I found all of that out. They had two barges over there. One was full, that hadn't been offloaded yet, and the other one was empty. That's what the thing well that had happened. The one that was full it didn't move, because it was full of the concentrates. And the one that was empty, floated up and it broke loose. But they shouldn't never had those barges in that canal. The Coast Guard moved all their boats and everything. Now why in the hell would they leave that barge out there?

RJG: You're right, I mean it's outrageous.

Arthur: The water got high, and it popped the rope. It floated over to the other side.

Arthur: Because they, and if anything they should have sunk that barge there.

RJG: Right. Exactly. They should have sunk it.

Arthur: And it stayed down to the levee. Because they had the both of 'em tied together. The one that was full of concentrate was going to stay right where it was, under water.

Because they got like maybe three-four foot of that thing sticking up out of the water, the full one. And the empty one, it's standing up eighteen feet out of the water.

RJG: Right.

Arthur: What they think?...it ain't gonna pull it back up.

RJG: Right.

Arthur: So something's got to give.

RJG: Well, I agree. And Lafarge is a huge company. You know, they're a worldwide....

Arthur: Lafarge should have took that barge out of the canal. It shouldn't have never been there from the start. If that barge hadn't been there, things might not have been so bad as they were. Because it breached one thousand foot......took out a thousand foot of levee.

RJG: Right.

Arthur: And it's still took out right now.

RJG: Do you think, and well I mean I know this is expert...but I mean, if that barge had not been there in that position, I mean do you...

Arthur: ...between the levee and the barge and the house. The barge is on side where the house is. And the levee and the fence is separate.

. . .

RJG: I'm sorry. I was asking you, do you think that if that barge had not been there, that that levee would have broken or breached?

Arthur: The levee would have held. It held everywhere except it breached...it didn't breach, it got busted through.

RJG: Well. What have you heard...because I haven't been in New Orleans, I'm in Alabama now and have been, and I've read some articles, but have...it seems like I've seen, at least the official story seems to be on this seems to be that...

Arthur: Ain't no story, cause I don't think nobody know I even exist.

RJG: Well that's what I'm saying. I mean, you understand that this is the first I've heard of this, and this is incredible. . .

[Deleted excerpts.]

**Arthur:** They didn't know, see? They didn't know. Because I was in the attic, and I watched this barge maul those houses down. You know? Until it got up to me, and then I knew I had to get the hell up out of there myself.

[Deleted excerpts]


**RJG:** Well, uhm. This is truly incredible, and I'm sure there's a lot of the other stuff that I don't need to go into great detail, but the most important thing is that you know, for a fact, that this barge came through, the water was not overrunning the levee, and that there's…

**Arthur:** The water was not overrunning the levee, and the barge came from the other side, by Lafarge concrete, and broke through that wall, and wiped these people's houses out, and landed on mine, and killed a couple…I know it wiped out a couple of people…I don't know for a fact, but I….because they had people in those houses.

**RJG:** Well think about all the people that end up drowning in that area anyway.

**Arthur:** I know. I'm thinking about them.

**RJG:** Obviously, this area would not have flooded, had it not…

**Arthur:** It flooded St. Bernard and everywhere. Because this water come through there that night. I mean it was so devastating. If you had been in the roof with me, you would understand what I'm talking about. Because I seen these houses spin around in circles till they broke loose from the plumbing and electricity and float off…before the storm even got here. The wind was blowing real hard, but it wasn't blowing to where the water that come through rushed through that levee like Niagara Falls and floated this barge up, and it was just a pitiful sight.

. . .


**RJG:** I hear you. Well look, did you…I was asking you which lawyers you have spoken to. Obviously, I assume you've talked to Chaffe McCall people?

**Arthur:** [sigh] Yeah, yeah. That's what my wife said can hear, I got her on intercom now with my phone.

**RJG:** But you told them what you had seen…that you actually saw this barge coming through?

**Arthur:** I saw the barge but when I peeked up through the roof, I saw this barge and it had done been through the levee then.

**RJG**: Right. But I mean you told them the same story, have you…and apparently ya'll had contacted some lawyer out of Georgia originally and told him the story as well, I assume.

**Jean & Arthur**: Right.

**RJG**: Anybody else? Have ya'll spoken to any other attorneys?

**Jean & Arthur**: No, uh-uh.

**RJG**: Ok. Alright. You know there are several lawsuits pending right now in Federal Court. I mean, people are suing the Corps of Engineers, Ingram,   the Parish maybe…different entities…but, in my view, I mean this boils down to Lafarge and their negligence or gross negligence and not dealing with the situation properly. Which is to either weigh it down, like you said, or just get it the heck out of there.

**Arthur**: Well, what's really going on was Lafarge and Ingram barge Co., they're dissing each other up because no one of them wanna bite that bullet.   And they uhm, everybody trying to duck out of it, but they're jacking me around.

. . .

**Arthur**: Well they come tellin' me. I mean, they said well, "We released the barge to Lafarge, and the barge is their problem, because if they hadn't released this barge, it wouldn't have been in this canal, and that's their shit, because they have to bite this bullet because we're not gonna take it. We leased them the barge, they should have been the one to get it out of there when they knew what kind of situation was there, and the kind of category hurricane that was coming through – the barge shouldn't have never been in there,. The Coast Guard is about two blocks away from there. Then they got rid of all their boats and their ships and everything, and why in the hell is the barge still there? And why is the barge is the barge there – it's sticking out the water like a sore thumb. Eighteen feet out the water, and as the water gets high, it's still got that eighteen feet sticking up. And the rope's not that long.

. . .

16