

March 26, 2008

Law Office of Brian A. Gilbert
821 Baronne Street
New Orleans, La 70113

RE: Subpoena In Civil Case 05-4182

Dear Mr. Gilbert:

Attached please find documents requested in the referenced subpoena.

Should you require additional information, please contact me at 504-552-4471.

Sincerely,

Fred B. Morgan, III
President

FBM/jlf

Enclosures

Post Office Box 61813
New Orleans, Louisiana 70161-1813
(504) 525-4381   Fax (504) 552-4454

Posting Date: 2006-02-10
Sequence #: 6330884503
Account #: 22465082
Routing Transit: 06500009
Amount #: $227236.36
Check/Serial #: 000000014391
Bank #: 552
Tran Code: 000000
IRD: 0
ItemType: P
BOFD: 000000000

CHAFFE, McCALL, PHILLIPS, TOLER & SARPY
TRUST ACCOUNT

HIBERNIA NATIONAL BANK OF NEW ORLEANS

014391

02/09/06    *$227,236.36*

**TWO HUNDRED TWENTY SEVEN THOUSAND TWO HUNDRED THIRTY SIX AND 36/100 DOLLARS**
TRUE TITLE

⑆014391⑆ ⑉065000090⑉ 0224650824⑈ /00227236364/



**OFFICIAL CHECK**
REGISTER COPY

**Crescent Bank & Trust**
P.O. BOX 61813
NEW ORLEANS, LA 70161-1813

794153976

10-66/220

02-09-06

PAYABLE TO   TRUE TITLE

CRESCENT BK&TR ⊕ 227,236dols 36cts

NON NEGOTIABLE 227,236.36

PURCHASE OF 105 bo

FEE COLLECTED

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A., Buffalo, NY

Cashier's Check
2/9/2006

DATE PAID

$227,236.36

ENERGY CENTRE

⑈794153976⑈ ⑆065003592⑆ 2580114205 ⑈ 131   ⑆0022723636⑆

06500359          2580114205      794153976    $227236.36

QEC001011                                                70/6/2

2580114205 0201020 02/09/06

1001  90706