

March 26, 2008

Law Office of Brian A. Gilbert
821 Baronne Street
New Orleans, La 70113

RE: Subpoena In Civil Case 05-4182

Dear Mr. Gilbert:

Attached please find documents requested in the referenced subpoena.

Should you require additional information, please contact me at 504-552-4471.

Sincerely,

Fred B. Morgan, III
President

FBM/jlf

Enclosures

Post Office Box 61813
New Orleans, Louisiana 70161-1813
(504) 525-4381   Fax (504) 552-4454

Posting Date: 2006-02-10
Sequence #: 6330884503
Account #: 22465082
Routing Transit: 06500009
Amount #: $227236.36
Check/Serial #: 000000014391
Bank #: 552
Tran Code: 000000
IRD: 0
ItemType: P
BOFD: 000000000



| | | OFFICIAL CHECK | |
|---|---|---|---|
| **Crescent Bank & Trust** | | REGISTER COPY | 794153976 |
| P.O. BOX 61813 NEW ORLEANS, LA 70161-1813 | | | 10-55/220 |
| | | | 02-09-06 |

PAYABLE TO   TRUE TITLE

NON NEGOTIABLE   227,236.36

CRESCENT BK&TR  $227,236dols 36cts

PURCHASE OF 105 bo...

Issued by Integrated Payment Systems Inc. Englewood, Colorado
To Citibank, N.A., Buffalo, NY

Cashier's Check
2/9/2006

⑈794153976⑈ ⑆065003592⑆ 2580114205 ⑈ 131  ⑆0022723636⑆

06500359         2580114205      794153976     $227236.36

---

QEC001011                                       70/6/2

2580114205  0201020040  02/09/06