**✗ cingular**
raising the bar ·iill"

Page: 8 of 12
Billing Cycle Date: 02/15/06 - 03/14/06
Account Number: 02241472-001-02

## Call Detail (Continued)
User Name: JENNIFER FERNANDEZ

**504-289-4816**

Call Location(CL): AC=Acadiana, AX=Alexandria, BR=Baton Rouge, BC=Belle Chase, CL=Columbia, HM=Hammond, KP=Kaplan, LF=Lafayette, LP=La Place, LK=Lake Charles, LR=Larose, MN=Monroe, NC=Natchitoches, NE=New Orleans, PL=Plaquemine, RA=Ramah, RS=Rustin, SC=Clinton St Francisville, SH=Slidell
Rate Code: NPA3=NATP1350RUMMUNW
Rate Period (Pd.): P=Peak, O=Off Peak, N=Nights
Call: ** = International Call Terminated To Mobile
Feature: 1=PTT One-to-One event; a=Automated Call Return, B=Direct Assist Call Complete, C=Call Waiting; D=Data Call; d=Directory Assistance Call; F=Call Forwarding; g=PTT Group event; H=Group Mobile to Mobile Calls; I=Incoming Call; K=Fax Call; M=Mobile To Mobile Discount; N=Off-Network O=Auto Dropped Call Credit; P=Priority Access Service; Q=V-VPN; R=Roam with Home; S=Shared Minutes; T=Three Way Calling; v=Voice Activated Dialing; W=Nights and Weekends

| Item | Day | Date | Time | CL | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD DA | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | | 03/08 | 03:57PM | | 512-423-6170 | INCOMI CL | 2 | NPA3 | P | IRM | | | 0.00 |
| 137 | | 03/08 | 04:07PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 138 | | 03/08 | 04:07PM | | 504-585-7000 | INCOMI CL | 1 | NPA3 | P | IR | | | 0.00 |
| 139 | | 03/08 | 04:10PM | | 504-453-4184 | NEWORL LA | 1 | NPA3 | P | RM | | | 0.00 |
| 140 | | 03/08 | 04:11PM | | 504-453-4184 | NEWORL LA | 5 | NPA3 | P | RM | | | 0.00 |
| 141 | | 03/08 | 04:48PM | NE | 504-289-4816 | INCOMI CL | 2 | NPA3 | | | | | 0.00 |
| 142 | | 03/08 | 04:49PM | | 512-423-6170 | INCOMI CL | 2 | NPA3 | P | IRM | | | 0.00 |
| 143 | | 03/08 | 04:52PM | NE | 504-289-4816 | INCOMI CL | 2 | NPA3 | | | | | 0.00 |
| 144 | | 03/08 | 04:53PM | | 504-460-5349 | INCOMI CL | 2 | NPA3 | P | IRM | | | 0.00 |
| 145 | | 03/08 | 05:06PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 146 | | 03/08 | 05:07PM | | 512-423-6170 | INCOMI CL | 1 | NPA3 | P | IRM | | | 0.00 |
| 147 | | 03/08 | 05:07PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 148 | | 03/08 | 05:08PM | | 512-423-6170 | INCOMI CL | 1 | NPA3 | P | IRM | | | 0.00 |
| 149 | | 03/08 | 05:10PM | | 512-796-8884 | AUSTIN TX | 1 | NPA3 | P | R | | | 0.00 |
| 150 | | 03/08 | 05:11PM | | 512-796-8884 | AUSTIN TX | 1 | NPA3 | P | R | | | 0.00 |
| 151 | | 03/08 | 05:11PM | | 512-796-8884 | AUSTIN TX | 1 | NPA3 | P | R | | | 0.00 |
| 152 | | 03/08 | 05:12PM | | 512-796-8884 | AUSTIN TX | 1 | NPA3 | P | R | | | 0.00 |
| 153 | | 03/08 | 05:14PM | | 512-796-8884 | AUSTIN TX | 1 | NPA3 | P | R | | | 0.00 |
| 154 | | 03/08 | 05:14PM | | 512-423-6170 | AUSTIN TX | 2 | NPA3 | P | RM | | | 0.00 |
| 155 | | 03/08 | 05:29PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 156 | | 03/08 | 05:29PM | | 504-583-8862 | INCOMI CL | 1 | NPA3 | P | IR | | | 0.00 |
| 157 | | 03/08 | 05:34PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 158 | | 03/08 | 05:34PM | | 713-784-6369 | INCOMI CL | 1 | NPA3 | P | IR | | | 0.00 |
| 159 | | 03/08 | 06:13PM | | 504-585-7000 | NEWORL LA | 1 | NPA3 | P | R | | | 0.00 |
| 160 | | 03/08 | 07:23PM | | 504-366-6482 | NEWORL LA | 2 | NPA3 | P | R | | | 0.00 |
| 161 | | 03/08 | 08:20PM | | 832-661-3565 | HOUSTO TX | 4 | NPA3 | P | R | | | 0.00 |
| 162 | | 03/08 | 08:30PM | | 000-000-0411 | DA Call | 2 | NPA3 | P | R | | 1.50 | 1.50 |
| 163 | | 03/08 | 08:35PM | | 832-661-3565 | HOUSTO TX | 3 | NPA3 | P | R | | | 0.00 |
| 164 | Thu | 03/09 | 11:29AM | BR | 337-263-2483 | LK CHA LA | 2 | NPA3 | P | R | | | 0.00 |
| 165 | | 03/09 | 04:25PM | NE | 504-289-4816 | INCOMI CL | 2 | NPA3 | | | | | 0.00 |
| 166 | | 03/09 | 04:26PM | BR | 504-382-6691 | INCOMI CL | 2 | NPA3 | P | IR | | | 0.00 |
| 167 | | 03/09 | 07:29PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 168 | | 03/09 | 07:30PM | BR | 504-388-4440 | INCOMI CL | 2 | NPA3 | P | IRM | | | 0.00 |
| 169 | Fri | 03/10 | 12:07PM | BR | 337-263-2483 | LK CHA LA | 1 | NPA3 | P | R | | | 0.00 |
| 170 | | 03/10 | 12:09PM | BR | 832-661-3565 | HOUSTO TX | 1 | NPA3 | P | R | | | 0.00 |
| 171 | | 03/10 | 12:10PM | BR | 504-583-8862 | NEWORL LA | 3 | NPA3 | P | R | | | 0.00 |
| 172 | | 03/10 | 12:13PM | BR | 504-382-6691 | OPE ST | 3 | NPA3 | P | R | | | 0.00 |
| 173 | | 03/10 | 12:17PM | BR | 337-263-2483 | LK CHA LA | 1 | NPA3 | P | R | | | 0.00 |
| 174 | | 03/10 | 12:18PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 175 | | 03/10 | 12:18PM | BR | 504-430-1819 | INCOMI CL | 2 | NPA3 | P | IRM | | | 0.00 |
| 176 | | 03/10 | 12:20PM | BR | 832-661-3565 | HOUSTO TX | 1 | NPA3 | P | R | | | 0.00 |
| 177 | | 03/10 | 12:57PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 178 | | 03/10 | 12:57PM | BR | 504-460-5349 | INCOMI CL | 1 | NPA3 | P | IRM | | | 0.00 |
| 179 | | 03/10 | 02:10PM | NE | 504-289-4816 | INCOMI CL | 2 | NPA3 | | | | | 0.00 |
| 180 | | 03/10 | 02:11PM | BR | 832-661-3565 | INCOMI CL | 3 | NPA3 | P | IR | | | 0.00 |


**cingular**
raising the bar.

Page: 7 of 12
Billing Cycle Date: 02/15/06 - 03/14/06
Account Number: 02241472-001-02

## Call Detail (Continued)
User Name: JENNIFER FERNANDEZ

**504-289-4816**

Call Location(CL): AC=Acadiana, AX=Alexandria, BR=Baton Rouge, BC=Belle Chase, CL=Columbia, HM=Hammond, KP=Kaplan, LF=Lafayette, LP=La Place, LK=Lake Charles, LR=Larose, MN=Monroe, NC=Natchitoches, NE=New Orleans, Pl –Plaquemine RA=Ramah, RS=Rustin, SC =Clinton/St Francisville SH=Shreveport
Rate Code: NPA3=NATP1350RUMMI...
Rate Period (Pd.): P=Peak, O=Off Peak; N- Nights
Call To: ** = International Call Terminated To Mobile
Feature: !=PTT One-to-One event; a=Automated Call Return; B=Direct Asst Call Complete; C=Call Waiting; D- Data Call; d=Directory Assistance Call; F=Call Forwarding; g=PTT Group event; H=Group Mobile to Mobile Calls; I=Incoming Call; K=Fax Call; M=Mobile To Mobile Discount; N=Off-Network; O=Auto Dropped Call Credit; P=Priority Access Service; Q=V-VPN; R=Roam with Home; S=Shared Minutes; T=Three Way Calling; v=Voice Activated Dialing; W=Nights and Weekends

| Item | Day | Date | Time | CL | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD DA | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | | 03/01 | 07:44PM | | 504-382-6691 | INCOMI CL | 2 | NPA3 | P | IR | | | 0.00 |
| 92 | | 03/01 | 07:48PM | | 504-382-6691 | NEWORL LA | 3 | NPA3 | P | R | | | 0.00 |
| 93 | Thu | 03/02 | 02:01PM | | 504-583-8862 | NEWORL LA | 2 | NPA3 | P | R | | | 0.00 |
| 94 | | 03/02 | 02:03PM | | 504-583-8862 | NEWORL LA | 1 | NPA3 | P | R | | | 0.00 |
| 95 | | 03/02 | 02:06PM | NE | 504-289-4816 | INCOMI CL | 21 | NPA3 | | | | | 0.00 |
| 96 | | 03/02 | 02:06PM | | 504-583-8862 | INCOMI CL | 21 | NPA3 | P | IR | | | 0.00 |
| 97 | Fri | 03/03 | 09:32AM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 98 | | 03/03 | 09:33AM | | 504-231-6227 | INCOMI CL | 1 | NPA3 | P | IR | | | 0.00 |
| 99 | | 03/03 | 09:34AM | | 504-231-6227 | INCOMI CL | 1 | NPA3 | P | IR | | | 0.00 |
| 100 | | 03/03 | 06:05PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 101 | | 03/03 | 06:06PM | | 504-583-8862 | INCOMI CL | 1 | NPA3 | P | IR | | | 0.00 |
| 102 | | 03/03 | 06:09PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 103 | | 03/03 | 06:09PM | | 504-220-0949 | INCOMI CL | 1 | NPA3 | P | IR | | | 0.00 |
| 104 | | 03/03 | 06:50PM | | 504-220-0949 | NEWORL LA | 1 | NPA3 | P | R | | | 0.00 |
| 105 | | 03/03 | 10:13PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 106 | | 03/03 | 10:14PM | | 504-382-6691 | INCOMI CL | 1 | NPA3 | N | IRW | | | 0.00 |
| 107 | Sat | 03/04 | 01:42PM | | 504-220-0949 | NEWORL LA | 3 | NPA3 | N | RW | | | 0.00 |
| 108 | | 03/04 | 02:15PM | | 504-220-0949 | NEWORL LA | 2 | NPA3 | N | RW | | | 0.00 |
| 109 | | 03/04 | 02:21PM | | 504-220-0949 | NEWORL LA | 3 | NPA3 | N | RW | | | 0.00 |
| 110 | | 03/04 | 02:51PM | NE | 504-289-4816 | INCOMI CL | 11 | NPA3 | | | | | 0.00 |
| 111 | | 03/04 | 02:51PM | | 504-905-0122 | INCOMI CL | 11 | NPA3 | N | IRW | | | 0.00 |
| 112 | Mon | 03/06 | 12:12PM | NE | 504-289-4816 | INCOMI CL | 4 | NPA3 | | | | | 0.00 |
| 113 | | 03/06 | 12:13PM | | 504-733-6909 | INCOMI CL | 5 | NPA3 | P | IR | | | 0.00 |
| 114 | | 03/06 | 12:22PM | | 504-583-8862 | NEWORL LA | 1 | NPA3 | P | R | | | 0.00 |
| 115 | | 03/06 | 12:32PM | | 504-733-6909 | NEWORL LA | 1 | NPA3 | P | R | | | 0.00 |
| 116 | | 03/06 | 12:36PM | NE | 504-289-4816 | INCOMI CL | 2 | NPA3 | | | | | 0.00 |
| 117 | | 03/06 | 12:37PM | | 504-382-6691 | INCOMI CL | 2 | NPA3 | P | IR | | | 0.00 |
| 118 | | 03/06 | 03:43PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 119 | | 03/06 | 03:43PM | | 504-416-2884 | INCOMI CL | 1 | NPA3 | P | IR | | | 0.00 |
| 120 | | 03/06 | 03:47PM | | 504-416-2884 | NEWORL LA | 1 | NPA3 | P | R | | | 0.00 |
| 121 | | 03/06 | 04:38PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 122 | | 03/06 | 04:38PM | | 504-460-5349 | INCOMI CL | 2 | NPA3 | P | IRM | | | 0.00 |
| 123 | Tue | 03/07 | 02:35PM | | 832-661-3565 | HOUSTO TX | 2 | NPA3 | P | R | | | 0.00 |
| 124 | | 03/07 | 06:01PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 125 | | 03/07 | 06:02PM | | 504-583-8862 | INCOMI CL | 1 | NPA3 | P | IR | | | 0.00 |
| 126 | | 03/07 | 06:05PM | NE | 504-289-4816 | INCOMI CL | 2 | NPA3 | | | | | 0.00 |
| 127 | | 03/07 | 06:05PM | | 512-369-1800 | INCOMI CL | 2 | NPA3 | P | IR | | | 0.00 |
| 128 | | 03/07 | 06:10PM | | 504-583-8862 | NEWORL LA | 2 | NPA3 | P | R | | | 0.00 |
| 129 | Wed | 03/08 | 10:12AM | | 504-382-6691 | NEWORL LA | 2 | NPA3 | P | R | | | 0.00 |
| 130 | | 03/08 | 10:56AM | | 504-339-3758 | KENNER LA | 3 | NPA3 | P | R | | | 0.00 |
| 131 | | 03/08 | 01:20PM | NE | 504-289-4816 | INCOMI CL | 1 | NPA3 | | | | | 0.00 |
| 132 | | 03/08 | 01:21PM | | 713-782-6369 | INCOMI CL | 1 | NPA3 | P | IR | | | 0.00 |
| 133 | | 03/08 | 01:46PM | | 512-219-5707 | JOLLYV TX | 1 | NPA3 | P | R | | | 0.00 |
| 134 | | 03/08 | 01:47PM | | 512-796-8884 | AUSTIN TX | 1 | NPA3 | P | R | | | 0.00 |
| 135 | | 03/08 | 03:56PM | NE | 504-289-4816 | INCOMI CL | 2 | NPA3 | | | | | |