## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES   *   CIVIL ACTION NO: 05-4182(K)(2)
         CONSOLIDATED LITIGATION   *
                                        *   JUDGE DUVAL
                                        *
                                        *   MAGISTRATE WILKINSON
**************************************
PERTAINS TO:                 *
                                        *
INSURANCE 07-3441  (Lee v. Allstate)   *
*************************************************************************

### MOTION IN OPPOSITION TO ALLSTATE'S MOTION AND ORDER FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENTON WIND/HAIL EXCLUSION

      **NOW INTO COURT,** through undersigned counsel, comes plaintiffs Morris and Rosalie Lee, who suggest to this honorable court that the motion for leave filed by defendant in the above referenced matter is premature for the reasons set forth in the attached memorandum.

                                           Respectfully Submitted,

                                           ROBICHAUX LAW FIRM

                                          __/s/ Brian D. Page_____
                                          J. Van Robichaux, Jr. -- 11338
                                          Brian D. Page -- 30941
                                          CAPITAL ONE BUILDING
                                          6305 Elysian Fields Ave, Suite 406
                                          New Orleans, LA 70122
                                          P.O. Box 792500
                                          New Orleans, LA 70179
                                          Ph:   504-286-2022
                                          Fax:   504-286-2044

                                          ALLAN BERGER &ASSOCIATES, APLC
                                          Allan Berger - 2977
                                          4173 Canal Street
                                          New Orleans, LA 70119
                                          Telephone:  504-486-9481

Facsimile:  504-483-8130

CONNICK AND CONNICK, LLC
William P. Connick - 14158
2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777
Facsimile:  504-838-9903

PATRICK G. KEHOE, JR., APLC
Patrick G. Kehoe, Jr. - 14419
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

LESTELLE & LESTELLE, APLC
Terrence J. Lestelle - 08540
Andrea S. Lestelle - 08539
Jeffery B. Struckhoff - 30173
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

ROY F. AMEDEE, Jr.
Roy F. Amedee, Jr. B 2449
228 St. Charles Avenue, Suite 801
New Orleans, La. 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I electronically filed the forgoing with the clerk of court by using the CM/ECF filing system which will send notice to all counsel of record electronically.

_/s/ Brian D. Page_
Brian D. Page