| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES** * | **CIVIL ACTION NO: 05-4182(K)(2)** |
| **CONSOLIDATED LITIGATION** * | |
| * | **JUDGE DUVAL** |
| * | |
| * | **MAGISTRATE WILKINSON** |
| ************************************** | |
| **PERTAINS TO:** * | |
| * | |
| **INSURANCE 07-3441  (Lee v. Allstate)** * | |

**************************************************************************

### MEMORANDUM IN OPPOSITION TO ALLSTATE'S MOTION AND ORDER FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENTON WIND/HAIL EXCLUSION

**NOW INTO COURT,** through undersigned counsel, comes plaintiffs Morris and Rosalie Lee, who suggest to this honorable court that the Motion for Leave filed by defendant in the above referenced matter is premature due to the case being under a stay order and the existence of general issues of material fact.

Plaintiffs Rosalie and Morris Lee oppose Allstate's Motion for Leave of Court to file a Motion for Summary Judgment based on the fact that this case is currently under a Stay Order pertaining to the insurance umbrella.  To date, the Stay Order has not been lifted and therefore Allstate's Motion is premature.

Furthermore, plaintiffs submit that there are genuine issues of material fact as to whether defendant's policy excluded rain water damage to plaintiff's home and whether plaintiffs claims for contents loss and additional living expense are covered, all of which mandates that this Honorable Court deny summary judgment. Plaintiffs also point out that discovery has not been completed in this case because it has been under a Stay Order pending the outcome of recent court decisions.  Finally, there has been no discovery questioning the defendant or the insurance agent of the plaintiffs as to what qualifies as a proper endorsement to change the coverage of a "Deluxe Homeowners Policy" to exclude wind storm and hail damage.

Based on the foregoing, plaintiffs submit that the premature Motion for Leave of Court to File Motion for Summary Judgment on wind/hail Exclusion of defendant must be denied, as there are genuine issues of material fact in dispute. This Court should

permit discovery to be completed. Plaintiffs further pray for all other general and equitable relief to which they are entitled.

                Respectfully Submitted,

                ROBICHAUX LAW FIRM

                ___/s/ Brian D. Page_____
                J. Van Robichaux, Jr. -- 11338
                Brian D. Page -- 30941
                CAPITAL ONE BUILDING
                6305 Elysian Fields Ave, Suite 406
                New Orleans, LA 70122
                P.O. Box 792500
                New Orleans, LA 70179
                Ph:   504-286-2022
                Fax:   504-286-2044

                ALLAN BERGER &ASSOCIATES, APLC
                Allan Berger - 2977
                4173 Canal Street
                New Orleans, LA 70119
                Telephone:  504-486-9481
                Facsimile:  504-483-8130

                CONNICK AND CONNICK, LLC
                William P. Connick - 14158
                2551 Metairie Road
                Metairie, LA 70005
                Telephone:  504-838-8777
                Facsimile:  504-838-9903

                PATRICK G. KEHOE, JR., APLC
                Patrick G. Kehoe, Jr. - 14419
                833 Baronne Street
                New Orleans, LA 70113
                Telephone:  504-588-1110
                Facsimile:  504-588-1954

                LESTELLE & LESTELLE, APLC
                Terrence J. Lestelle - 08540
                Andrea S. Lestelle - 08539
                Jeffery B. Struckhoff - 30173
                3421 N. Causeway Blvd., Suite 602
                Metairie, LA 70002
                Telephone:  504-828-1224

          Facsimile:  504-828-1229

          ROY F. AMEDEE, Jr.
          Roy F. Amedee, Jr. B 2449
          228 St. Charles Avenue, Suite 801
          New Orleans, La. 70130
          Telephone:  504-592-3222
          Facsimile:  504-592-8783

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I electronically filed the forgoing with the clerk of court by using the CM/ECF filing system which will send notice to all counsel of record electronically.

    /s/ Brian D. Page
     Brian D. Page