UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182(K)(2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

**************************************
**PERTAINS TO:**               *
                               *
**INSURANCE 07-3441  (Lee v. Allstate)**   *
**********************************************************************

## ORDER

Considering the forgoing, it is hereby ORDERED that the defendants Motion for leave to file Motion for Summary Judgment is DENIED.

_____
UNITED STATES DISTRICT JUDGE