

March 26, 2008

Law Office of Brian A. Gilbert
821 Baronne Street
New Orleans, La 70113

RE: Subpoena In Civil Case 05-4182

Dear Mr. Gilbert:

Attached please find documents requested in the referenced subpoena.

Should you require additional information, please contact me at 504-552-4471.

Sincerely,

Fred B. Morgan, III
President

FBM/jlf

Enclosures

Posting Date: 2006-02-10
Sequence #: 6330884503
Account #: 22465082
Routing Transit: 06500009
Amount #: $227236.36
Check/Serial #: 000000014391
Bank #: 552
Tran Code: 000000
IRD: 0
ItemType: P
BOFD: 000000000



**OFFICIAL CHECK**
REGISTER COPY                                    794153976

**Crescent Bank & Trust**
P.O. BOX 61813
NEW ORLEANS, LA 70161-1813                       10-55/220
                                                 02-09-06

PAYABLE TO    TRUE TITLE
                                                 NON NEGOTIABLE  227,236.36
CRESCENT BK&TR @227,236dols 36cts
                                                 FEE COLLECTED
PURCHASE OF 105 bo
            105 nERCOED dOLLAS227,236c36         DATE PAID
Issued by Integrated Payment Systems Inc. Englewood, Colorado
To Citibank, N.A., Buffalo, NY                   Cashier's Check      $227,236.36
                                                 2/9/2006    DAILY TOTAL
                                                             ENERGY CENTRE

⑈794153976⑈ ⑆065003592⑇ 2580114205 ⑈ 131    ⑆0022723636⑆

06500359          2580114205      794153976     $227236.36

QEC001011                                        70/6/2

2580114205  020201040  02/09/06