# A. Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ FmHA  3. ☒ Conv. Unins. 4. ☐ VA  5. ☐ Conv. Ins | | 6. File Number  C04-1171 | 7. Loan Number  4396336436 | 8. Mortgage Insurance Case Number | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Arthur L. Murph, Jr. and Jeanne A. Church Murph  1739 Jourdan Avenue  New Orleans, Louisiana 70117 | Shirley Theresa Priestley, Laverne Elizabeth Priestley Fleming, Jennifer Cecilia Priestley Fernandez, Vanus J. Priestley Wayne David Priestley  7830 Trapier Avenue  New Orleans, Louisiana | Fieldstone Mortgage Company  1701 Legacy Drive, Suite 1000  Frisco, Texas 75034 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| Lot No. Eight (8) in Square No. 807  Third District  Parish of Orleans | Supreme Title of Louisiana, Inc. | |
| | Place of Settlement  4051 Veterans Blvd., Suite 202  Metairie, Louisiana 70002 | I. Settlement Date  January 21, 2005 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 93,400.00 | 401. Contract sales price | 93,400.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 841.93 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City/town taxes        to | | 406. City/town taxes        to | |
| 107. County taxes           to | | 407. County taxes           to | |
| 108. Assessments            to | | 408. Assessments            to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 94,241.93 | **420. GROSS AMOUNT DUE TO SELLER** | 93,400.00 |
| **200. AMOUNT PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTION IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 425.00 | 501. Excess deposit (see instruction) | |
| 202. Principal amount of new loan(s) | 74,720.00 | 502. Settlement charges to seller (line 1400) | 9,834.10 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. Proceeds from 2nd Mortgage | 18,680.00 | 507. Proceeds from 2nd Mortgage | 18,680.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustment for items unpaid by seller | | Adjustment for items unpaid by seller | |
| 210. City/town taxes        to | | 510. City/town taxes        to | |
| 211. County taxes           to | | 511. County taxes           to | |
| 212. Assessments            to | | 512. Assessments            to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 93,825.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 28,514.10 |
| **300. CASH AT SETTLEMENT FOR OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 94,241.93 | 601. Gross amount due to seller (line 420) | 93,400.00 |
| 302. Less amount paid by/for borrower (line 220) | 93,825.00 | 602. Less reduction amount due seller (line 520) | 28,514.10 |
| **303. CASH          DUE FROM BORROWER** | 416.93 | **603. CASH          DUE TO SELLER** | 64,885.90 |

*ALM, Jr*
*JACM*

*[signatures]*

REV.HUD.1(3/86)

| L. SETTLEMENT CHARGES: | | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ 93,400.00 | | @ 3.75 | % = 3,500.00 | | |
| | Division of commission (line 700) as follows: | | | | | |
| 701. | | | to | | | |
| 702. | | 3,500.00 | to | ACA Realty | | |
| 703. | Commission paid at settlement | | | | | 3,500.00 |
| 704. | | | to | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | | |
| 801. | Loan Origination Fee | % of | to | | | |
| 802. | Loan Discount | % of | to | | | |
| 803. | Appraisal Fee | 350.00 | to | Broker's Home | | 350.00 |
| 804. | Credit Report | 9.00 | to | Broker's Home | | 9.00 |
| 805. | Mtg. Broker Fee | 1,239.00 | to | Broker's Home | | 1,239.00 |
| 806. | Tax Service Fee | 69.00 | to | Fieldstone Mortgage Company | | 69.00 |
| 807. | Underwriting Fee | 806.00 | to | Fieldstone Mortgage Company | | 806.00 |
| 808. | Flood Certificate | 7.50 | to | Fieldstone Mortgage Company | | 7.50 |
| 809. | Review/2nd Appraisal | 200.00 | to | Fieldstone Mortgage Company | | 200.00 |
| 810. | Processing Fee | 350.00 | to | Broker's Home | | 350.00 |
| 811. | | | to | | | |
| 812. | | | to | | | |
| 813. | | | to | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. | Interest from | January 21, 2005 to February 01, 2005 @ $ 16.8120 /day | | | 184.93 | |
| 902. | Mortgage Insurance premium for | | to | | | |
| 903. | Hazard Insurance premium for | | to | | | |
| 904. | Homeowner's Insurance - 1 Year Premium | 1,102.85 | to | PDI Insurance Agency | | 1,102.85 |
| 905. | Flood Insurance - 1 Year Premium | 627.00 | to | Fidelity National Insurance | | 627.00 |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | | | |
| 1001. | Hazard Insurance | mo.@$ | | /mo. | | |
| 1002. | Mortgage Insurance | mo.@$ | | /mo. | | |
| 1003. | City property taxes | mo.@$ | | /mo. | | |
| 1004. | County property taxes | mo.@$ | | /mo. | | |
| 1005. | Annual assessments | mo.@$ | | /mo. | | |
| 1006. | | mo.@$ | | /mo. | | |
| 1007. | | mo.@$ | | /mo. | | |
| 1008. | | | | | | |
| 1100. | TITLE CHARGES | | | | | |
| 1101. | Settlement or closing fee | 225.00 | to | Supreme Title of Louisiana, Inc. | 150.00 | 75.00 |
| 1102. | Abstract or title search | 175.00 | to | Supreme Title of Louisiana, Inc. | | 175.00 |
| 1103. | Title examination | | to | | | |
| 1104. | Title insurance binder | | to | | | |
| 1105. | Document preparation | 75.00 | to | Supreme Title of Louisiana, Inc. | | 75.00 |
| 1106. | Notary fees | | to | | | |
| 1107. | Attorney's fees | | to | | | |
| | (includes above items No: | | | ) | | |
| 1108. | Title insurance | 257.00 | to | Supreme Title of LA | 257.00 | |
| | (includes above items No: | | | ) | | |
| 1109. | Lender's coverage $ 74,720.00 | | | | | |
| 1110. | Owner's coverage $ | | | | | |
| 1111. | Recordation Services - Supreme Title of Louisiana | | | | 250.00 | |
| 1112. | Escrow Services - Supreme Title of Louisiana, Inc. | | | | | 85.00 |
| 1113. | Premium for Closing Protection Coverage - LandAmerica Commonwealth | | | | | 25.00 |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. | Recording fees | Deed $ | ; Mortgage $ | ; Release $ | | |
| 1202. | City/County tax/stamps: | Deed $ | ; Mortgage $ | | | |
| 1203. | State tax/stamps: | Deed $ | ; Mortgage $ | | | |
| 1204. | | | | | | |
| 1205. | | | to | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. | Survey | | to | | | |
| 1302. | Pest inspection | | to | | | |
| 1303. | Cancellation Fee | 35.00 | to | Supreme Title of Louisiana, Inc. | | 35.00 |
| 1304. | Courier Fee | 35.00 | to | Supreme Title of Louisiana, Inc. | | 35.00 |
| 1305. | | | to | | | |
| 1306. | Documentation Tax | 325.00 | to | City of New Orleans | | 325.00 |
| 1307. | 2005 Property Taxes | 693.75 | to | City of N.O. | | 693.75 |
| 1308. | Recordation Fee - Judgment of Possesion | 50.00 | to | Supreme Title of Louisiana, Inc. | | 50.00 |
| 1400. | TOTAL SETTLEMENT CHARGES(enter on lines 103 and 502,Sections j and k) | | | | 841.93 | 9,834.10 |

CERTIFICATION I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Arthur L. Murph, Jr.                Shirley Theresa Priestley            Jennifer Cecilia Priestley Fernandez

Borrowers Jeanne A. Church Murph          Sellers Laverne Elizabeth Priestley Fleming        Vanue J. Priestley

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent  John Y. Kennedy                     Date  January 21, 2005

WARNING: It is a crime to knowingly make false statement to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment For details see: Title 18, U.S. Code Section 1001 and section 1010.

REV.HUD.1(3/86)

Addendum Signature Page
Arthur L. Murph Jr. and Jeanne A. Church Murph
January 21, 2005
File No: C04-1171


*Laverne Elizabeth Priestley Fleming*
Wayne David Priestley
By Attorney In Fact
Laverne Elizabeth Priestley Fleming

| | |
|---|---|
| **CASH SALE OF PROPERTY** | **UNITED STATES OF AMERICA** |
| BY: Shirley Theresa Priestley<br>     Laverne Elizabeth Priestley Fleming<br>     Jennifer Cecilia Priestley Fernandez<br>     Vanus J. Priestley<br>     Wayne David Priestley | **STATE OF LOUISIANA**<br>**PARISH OF JEFFERSON** |
| TO: Jeanne A. Church Murph<br>     Arthur L. Murph, Jr. | |

BE IT KNOWN, that on this day before me, the undersigned authority, a Notary Public duly commissioned and qualified in the aforesaid State and Parish, and in the presence of the witnesses hereinafter named and undersigned,

**PERSONALLY CAME AND APPEARED:**

**Shirley Theresa Priestley, SSN: 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,** a person of the full age of majority, resident and domiciled in the Parish of Orleans, State of Louisiana, widow of Joseph Milton Priestley, Jr., who is currently living and residing at 7830 Trapier Avenue, New Orleans, Louisiana 70127, **Laverne Elizabeth Priestley Fleming, SSN: 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,** a person of the full age of majority, resident and domiciled in the Parish of Orleans, State of Louisiana, married to Elwood Fleming, who is currently living and residing at 7830 Trapier Avenue, New Orleans, Louisiana 70127, **Jennifer Cecilia Priestley Fernandez, SSN: 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,** a person of the full age of majority, resident and domiciled in the Parish of Orleans, State of Louisiana, married to Carlos Fernendez, who is currently living and residing at 7340 Northgate Drive, New Orleans, Louisiana 70128, **Vanus J. Priestley, SSN: 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,** a person of the full age of majority, resident and domiciled in the Parish of St. Bernard, State of Louisiana, married to Elaine L. Priestley, whose current mailing address is P.O. Box 402, Arabi, Louisiana 70032, and **Wayne David Priestley 918-990, SSN: 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,** a single person of the full age of majority, resident and domiciled in the Parish of Orleans, State of Louisiana, who is currently living and residing at Templeman #2F4, 3000 Perdido Street, New Orleans, Louisiana, 70119, appearing through his duly appointed Attorney In Fact, Laverne Elizabeth Priestley Fleming, appearing on behalf of their separate and paraphernal property.

Who declared that they do by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon, and deliver with all legal warranties and with full substitution and subrogation in and to all of the rights of warranty which they may have against all preceding owners and

vendors unto: **Arthur L. Murph, Jr., SSN: 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**, a person of the full age of majority, resident and domiciled in the Parish of Orleans, State of Louisiana, and **Jeanne A. Church Murph, SSN: 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**, a person of the full age of majority, resident and domiciled in the Parish of Orleans, State of Louisiana who are husband and wife and currently living and residing together at 1739 Jourdan Avenue, New Orleans, Louisiana 70117, here present accepting for their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to wit:

> ONE (1) CERTAIN LOT OF GROUND, together with all the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the Third District of the City of New Orleans, State of Louisiana, in Square No. 807, bounded by Jourdan Avenue, North Derbigny Street, North Roman and Deslonde Streets; said lot is designated by the Lot No. Eight (8) of said square, and measures forty (40') feet front on Jourdan Avenue, same width in the rear, by a depth, between equal and parallel lines, of one hundred ten (110') feet.
>
> All according to plan of survey made by Gilbert and Kelly, Surveyors, dated December 29, 1926, copy of which is attached to an act of sale to Angus T. Stanley, passed before S. T. Cristina, Notary Public in and for the Parish of Jefferson, dated July 23, 1945.

This sale is made and accepted for and in consideration of the price and sum of $93,400.00, Cash which said Purchasers well and truly paid, in ready and current money to the said Vendors who hereby acknowledge the receipt thereof and grants full acquaintance and discharge thereof.

All State and City taxes up to and including the taxes due and exigible in 2005 are paid as per declaration of Vendors.

The parties to this Act are aware that no mortgage or conveyance certificates have been requested and are expressly dispensed with; and the parties hereto agree to hold the Notary harmless for the absence of said certificates.

Whenever used herein the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

As a further consideration for the sales price agreed upon herein, the Purchasers agree to accept the improvements located on the herein property in its "AS IS" condition, without any warranty by the Vendors whatsoever, expressed or implied, as to hidden, latent or redhibitory defects in the improvements. Purchasers acknowledge that Vendors make no covenants, warranties, guaranties or representations, expressed or implied, pertaining to the condition of the improvements or the fitness thereof for any purpose. Purchasers do hereby relieve and release

Vendors and all previous owners thereof from any and all claim for any vices or defects in said property, whether obvious or latent, known or unknown, and particularly for any claim or cause of action for redhibition pursuant to Louisiana Civil Code Articles 2520, **ET SEQ**, or for diminution of purchase price pursuant to Louisiana Civil Code Articles 2541, **ET SEQ**.

Initials: *JACM* *ALMJr* _____ _____

The parties are aware that no survey of any nature has been requested. Accordingly, Purchasers do hereby release Supreme Title of Louisiana, Inc. and this Notary from any liability for any loss which an accurate and complete survey would disclose including but not limited to unrecorded easements, discrepancies or conflicts in boundary lines, shortage in area and encroachments, which an accurate and complete survey would disclose.

**THUS DONE AND PASSED** by the Appearers in the presence of the undersigned competent witnesses and me, Notary Public, all of whom signed after the reading of the whole at Metairie, Louisiana, on this 21st day of January, 2005.

WITNESSES:

Lynn M Brunett

Vicky Kennedy

Shirley Theresa Priestley – Vendor

Laverne Elizabeth Priestley Fleming – Vendor

Jennifer Cecilia Priestley Fernandez – Vendor

Vanus J. Priestley – Vendor

Wayne David Priestley – Vendor
By Attorney In Fact –
Laverne Elizabeth Priestley Fleming

Jeanne A. Church Murph – Purchaser

Arthur L. Murph, Jr. – Purchaser

TRUE COPY

John Y. Kennedy # 7783
NOTARY PUBLIC

## PROMISSORY NOTE

$18,680.00                                             Metairie, Louisiana, January 21, 2005

I, we, or either of us, in solido, promise to pay to the order of Shirley Theresa Priestley, Laverne Elizabeth Priestley Fleming, Jennifer Cecilia Priestley Fernandez, Vanus J. Priestley, and Wayne David Priestley or their assigns, the principal sum of Eighteen Thousand Six Hundred Eighty Dollars and No Cents ($18,680.00) Dollars, for value, with interest at the rate of eight point one per cent (8.1%) per annum, until paid, payable as follows:

Three hundred sixty (360) monthly payments in the amount of $138.37 with the first payment due on March 1, 2005, and on the 1st day of each successive month thereafter until paid in full, February 1, 2035.

If any installment of principal or interest is not promptly paid when due, the entire debt, at the option of any holder hereof, shall at once mature and become due and payable.

In case this note should be placed in the hands of an attorney at law after its maturity to institute legal proceedings or interest, or to protect the interests of the holder hereof, or in case the same should be placed in the hands of an attorney for collection, compromise, or other action, I, we, or either of us agree to pay the fees of the attorney who may be employed for that purpose, which fees are fixed at Ten per cent (10%) of the amount due or sued for, or claimed, or sought to be collected, preserved or enforced.

All payments of principal and interest due under this note shall be payable at 7830 Trapier Avenue, New Orleans, Louisiana 70127 or at any place that may hereafter be designated by the holder or holders of this note.

All parties hereto waive protest, all pleas of division and discussion and agree that payment thereof may be extended from time to time, one or more times, hereby binding themselves unconditionally and as original promisor for the payment hereof, in principal, interest, and attorney's fees.

The indebtedness evidenced by this Promissory Note is the separate property of the payees of said note.

"NE VARIETUR"

_____
Arthur L. Murph, Jr.

For identification with an act
of Mortgage executed before me,
this 21 day of _____, 2005.

_____
Jeanne A. Church Murph