# CHAFFE McCALL
L. L. P.

**DEREK A. WALKER**  Direct Dial No: 504-585-7044
Licensed in Louisiana,  E-mail:walker@chaffe.com
Texas & Colorado

June 3, 2008

**Via e-mail: bgilbert@briangilbertlaw.com**
Brian A. Gilbert, Esq.
Law Office of Brian A. Gilbert, PLC
821 Baronne Street
New Orleans LA

      Re:    Katrina Canal Breaches Consolidated Litigation - BARGE
               USDC, E.D. LA., No. 05-4182 "K"
               Our Ref: 99675/28821

Dear Brian:

      I am in receipt of your June 2, 2008 e-mail attaching a proposed Consent Order and letter regarding LNA's Protective Orders/Motions to Quash.  It is too little, and certainly too late. We do not see the purpose of the proposal at this time, after we filed the motions. We see no benefit or incentive to LNA, given the Magistrate's Order and the current state of affairs.  Accordingly, LNA declines your proposed Consent Order.

                                Sincerely,

                                CHAFFE McCALL, L.L.P.

                                Derek A. Walker

DAW:em

1128277-1

**New Orleans:**  2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:**  202 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
**Houston:**  815 Walker Street, Suite 953 • Houston, TX 77002 • Tel: (713) 546-9800 • Fax: (713) 546-9806

www.chaffe.com