UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Barbara Winfield regarding 5647 Marshal Foch St, New Orleans, LA 70124; Otis Jackson, Sheila Jackson regarding 3805 Metropolitan St, New Orleans, LA 70126; Tom Brown regarding 8522 Palm St, New Orleans, LA 70119; Lisa Keels regarding 1635 N Miro St, New Orleans, LA 70119; Susan Boudreaux regarding 6021 Wickfield Dr, New Orleans, LA 70122; Susan Boudreaux regarding 2855/2857 Pawhatan St, New Orleans, LA 70126; Vendona Carter; Harry Leslie regarding 535 Kenilworth St, New Orleans, LA 70124; Jeffery Crane regarding 6410 Milne Blvd., New Orleans, LA 70124; Jesse Buxton regarding 4618 Night Dr, New Orleans, LA 70127; Wanda Veal, Linda Burns regarding 15043 Emory Rd, New Orleans, LA 70128; Mercedes Bardell regarding 5819 E. Louis Prima Dr, New Orleans, LA 70128; Michelle Hennessey regarding 417/419 40th St, New Orleans, LA 70124; Mardele Early regarding 160 E. Greenbrier Dr., New Orleans, LA 70128; Margie Brooks regarding 708-710 Flood St., New Orleans, LA 70117; Alex Hartley regarding 217 N. Miro St., New Orleans, LA 70119; Debra Mills regarding 7754 Scott Wood Dr., New Orleans, LA 70128; Iain Watt, Karislyn Helmer regarding 425 Harrison Ave., New Orleans, LA 70124; Victoria McLaurin regarding 4442 & 4444 |

Shalimar Dr., New Orleans, LA 70126; Patricia Harris, Lillie Harris regarding 1432 Poland Ave, New Orleans, LA 70117; Vicky Sunseri, regarding 5714 Memphis St, New Orleans, LA 70124; Abelardo Zelaya regarding 6214 Cameron Blvd., New Orleans, LA 70122; Whitney Atkins, Mary Atkins regarding 2415 Arts St., New Orleans, LA 70117; Melba Oroticke regarding 1819 Industry St., New Orleans, LA 70119; Wanda Elum regarding 1346 Rapides Dr, New Orleans, LA 70122; Henry Stewart regarding 1205 Tennessee St., New Orleans, LA 70117; Dave Jackson regarding 7806 Sandy Cove Dr., New Orleans, LA 70128; Dave Jackson regarding 4311 America St., New Orleans, LA 70126

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Barbara Winfield regarding 5647 Marshal Foch St, New Orleans, LA 70124; Otis Jackson, Sheila Jackson regarding 3805 Metropolitan St, New Orleans, LA 70126; Tom Brown regarding 8522 Palm St, New Orleans, LA 70119; Lisa Keels regarding 1635 N Miro St, New Orleans, LA 70119; Susan Boudreaux regarding 6021 Wickfield Dr, New Orleans, LA 70122; Susan Boudreaux regarding 2855/2857 Pawhatan St, New Orleans, LA 70126; Vendona Carter; Harry Leslie regarding 535 Kenilworth St, New Orleans, LA 70124; Jeffery Crane regarding 6410 Milne Blvd., New Orleans, LA 70124; Jesse Buxton regarding 4618 Night Dr, New Orleans, LA 70127; Wanda Veal, Linda Burns regarding 15043 Emory Rd, New Orleans, LA 70128; Mercedes Bardell regarding 5819 E. Louis Prima Dr, New Orleans, LA 70128; Michelle Hennessey regarding

417/419 40th St, New Orleans, LA 70124; Mardele Early regarding 160 E. Greenbrier Dr., New Orleans, LA 70128; Margie Brooks regarding 708-710 Flood St., New Orleans, LA 70117; Alex Hartley regarding 217 N. Miro St., New Orleans, LA 70119; Debra Mills regarding 7754 Scott Wood Dr., New Orleans, LA 70128; Iain Watt, Karislyn Helmer regarding 425 Harrison Ave., New Orleans, LA 70124; Victoria McLaurin regarding 4442 & 4444 Shalimar Dr., New Orleans, LA 70126; Patricia Harris, Lillie Harris regarding 1432 Poland Ave, New Orleans, LA 70117; Vicky Sunseri, regarding 5714 Memphis St, New Orleans, LA 70124; Abelardo Zelaya regarding 6214 Cameron Blvd., New Orleans, LA 70122; Whitney Atkins, Mary Atkins regarding 2415 Arts St., New Orleans, LA 70117; Melba Oroticke regarding 1819 Industry St., New Orleans, LA 70119; Wanda Elum regarding 1346 Rapides Dr, New Orleans, LA 70122; Henry Stewart regarding 1205 Tennessee St., New Orleans, LA 70117; Dave Jackson regarding 7806 Sandy Cove Dr., New Orleans, LA 70128; Dave Jackson regarding 4311 America St., New Orleans, LA 70126, who wish to voluntarily dismiss the claims against Defendant Allstate Insurance Company in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 4th day of June, 2008.

/s/ Joseph M. Bruno
Joseph M. Bruno