UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| **THIS DOCUMENT RELATES TO:**<br>Insurance<br><br>**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Barbara Winfield regarding 5647 Marshal Foch St, New Orleans, LA 70124; Otis Jackson, Sheila Jackson regarding 3805 Metropolitan St, New Orleans, LA 70126; Tom Brown regarding 8522 Palm St, New Orleans, LA 70119; Lisa Keels regarding 1635 N Miro St, New Orleans, LA 70119; Susan Boudreaux regarding 6021 Wickfield Dr, New Orleans, LA 70122; Susan Boudreaux regarding 2855/2857 Pawhatan St, New Orleans, LA 70126; Vendona Carter; Harry Leslie regarding 535 Kenilworth St, New Orleans, LA 70124; Jeffery Crane regarding 6410 Milne Blvd., New Orleans, LA 70124; Jesse Buxton regarding 4618 Night Dr, New Orleans, LA 70127; Wanda Veal, Linda Burns regarding 15043 Emory Rd, New Orleans, LA 70128; Mercedes Bardell regarding 5819 E. Louis Prima Dr, New Orleans, LA 70128; Michelle Hennessey regarding 417/419 40th St, New Orleans, LA 70124; Mardele Early regarding 160 E. Greenbrier Dr., New Orleans, LA 70128; Margie Brooks regarding 708-710 Flood St., New Orleans, LA 70117; Alex Hartley regarding 217 N. Miro St., New Orleans, LA 70119; Debra Mills regarding 7754 Scott Wood Dr., New Orleans, LA 70128; Iain Watt, Karislyn Helmer regarding 425 Harrison Ave., New Orleans, LA 70124; Victoria McLaurin regarding 4442 & 4444 Shalimar Dr., New Orleans, LA 70126; Patricia Harris, Lillie Harris regarding |

|  | 1432 Poland Ave, New Orleans, LA 70117; Vicky Sunseri, regarding 5714 Memphis St, New Orleans, LA 70124; Abelardo Zelaya regarding 6214 Cameron Blvd., New Orleans, LA 70122; Whitney Atkins, Mary Atkins regarding 2415 Arts St., New Orleans, LA 70117; Melba Oroticke regarding 1819 Industry St., New Orleans, LA 70119; Wanda Elum regarding 1346 Rapides Dr, New Orleans, LA 70122; Henry Stewart regarding 1205 Tennessee St., New Orleans, LA 70117; Dave Jackson regarding 7806 Sandy Cove Dr., New Orleans, LA 70128; Dave Jackson regarding 4311 America St., New Orleans, LA 70126 |
|---|---|

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Barbara Winfield regarding 5647 Marshal Foch St, New Orleans, LA 70124; Otis Jackson, Sheila Jackson regarding 3805 Metropolitan St, New Orleans, LA 70126; Tom Brown regarding 8522 Palm St, New Orleans, LA 70119; Lisa Keels regarding 1635 N Miro St, New Orleans, LA 70119; Susan Boudreaux regarding 6021 Wickfield Dr, New Orleans, LA 70122; Susan Boudreaux regarding 2855/2857 Pawhatan St, New Orleans, LA 70126; Vendona Carter; Harry Leslie regarding 535 Kenilworth St, New Orleans, LA 70124; Jeffery Crane regarding 6410 Milne Blvd., New Orleans, LA 70124; Jesse Buxton regarding 4618 Night Dr, New Orleans, LA 70127; Wanda Veal, Linda Burns regarding 15043 Emory Rd, New Orleans, LA 70128; Mercedes Bardell regarding 5819 E. Louis Prima Dr, New Orleans, LA 70128; Michelle Hennessey regarding 417/419 40th St, New Orleans, LA 70124; Mardele Early regarding 160 E.

Greenbrier Dr., New Orleans, LA 70128; Margie Brooks regarding 708-710 Flood St., New Orleans, LA 70117; Alex Hartley regarding 217 N. Miro St., New Orleans, LA 70119; Debra Mills regarding 7754 Scott Wood Dr., New Orleans, LA 70128; Iain Watt, Karislyn Helmer regarding 425 Harrison Ave., New Orleans, LA 70124; Victoria McLaurin regarding 4442 & 4444 Shalimar Dr., New Orleans, LA 70126; Patricia Harris, Lillie Harris regarding 1432 Poland Ave, New Orleans, LA 70117; Vicky Sunseri, regarding 5714 Memphis St, New Orleans, LA 70124; Abelardo Zelaya regarding 6214 Cameron Blvd., New Orleans, LA 70122; Whitney Atkins, Mary Atkins regarding 2415 Arts St., New Orleans, LA 70117; Melba Oroticke regarding 1819 Industry St., New Orleans, LA 70119; Wanda Elum regarding 1346 Rapides Dr, New Orleans, LA 70122; Henry Stewart regarding 1205 Tennessee St., New Orleans, LA 70117; Dave Jackson regarding 7806 Sandy Cove Dr., New Orleans, LA 70128; Dave Jackson regarding 4311 America St., New Orleans, LA 70126 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

    New Orleans, Louisiana, this ____ day of _____, 2008.

                                                                                    _____
                                                                                   United States District Judge