MINUTE ENTRY
WILKINSON, M.J.
June 3, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: ALL INSURANCE, Flowers, 06-9246 | JUDGE DUVAL<br>MAG. WILKINSON |

A telephone conference was conducted in the referenced case, Flowers by My Sister and Me, LLC v. Md. Cas. Co., C.A. No. 06-9246 c/w 05-4182, on May 28, 2008 before the undersigned magistrate judge. Participating were Joseph Rausch, representing plaintiff, and Richard King, representing defendant.

Discovery and trial preparation have not yet been completed in light of the inclusion of the referenced case in the captioned consolidated umbrella. A settlement conference has previously been conducted. It appears that the case is not currently in a posture to settle.

In addition, it appears from the oral representations of counsel that this is not a case that might benefit from further consolidated treatment with other cases in the Insurance umbrella of the captioned consolidated litigation. Now that the Louisiana Supreme Court has rendered its decision in Sher concerning the flood exclusion in a manner consistent with the

**MJSTAR:  :15**

Fifth Circuit's decision on the same legal issue in the captioned consolidated litigation, there is no reason for the <u>Flowers</u> case to remain in the consolidated litigation.

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to defendant's Motion to Quash, Record Doc. No. 13055, set for hearing on May 28, 2008 without oral argument, has been timely submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion is without merit,

**IT IS ORDERED** that the motion is **DENIED**.  Defendant is **HEREBY ORDERED** to respond to plaintiff's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to plaintiff's counsel, within thirty (30) days of entry of this order.

Furthermore, having conferred with Judge Duval, who agrees with the actions contained herein in these circumstances,

**IT IS ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently.  The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 06-4718 on the docket of C.A. No. 06-4718, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section J (4), where it was originally allotted before its transfer to this consolidated litigation, for future proceedings in Section J (4).  In light of the actions taken herein, the previous scheduling order is vacated, to be reset by Section J (4).

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE