UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Rickey Nye, Diana Renez regarding 2904 Nunez Dr, Meraux, LA 70075; Audrey Guidry, Stan Guidry regarding 3001 47th St., Metairie, LA 70001; Isiah Rounds regarding 4634 Cardenas Dr., New Orleans, LA 70127; Murphy Warr regarding 3313 & 3315 Pauger St., New Orleans, LA 70119; Warrenita Clincy regarding 10931 Yardley Rd., New Orleans, LA 70127; Rosa Everett regarding 3921 Imperial Dr., Chalmette, LA 70043; Pattie Gusman, Gerald L. Gusman Jr. regarding 2932 Benefit St., New Orleans, LA 70126; Marilyn Brou, Peggy Brou regarding 6026 Vermillion Blvd., New Orleans, LA 70122; Delphne Jones-Annan regarding 11272 Lake Forest Blvd., New Orleans, LA 70128; Ella Taylor-Brown regarding 1926 Reynes St., New Orleans, LA 70117; Sydney Bradford regarding 6105-07 Chartres St., New Orleans, LA 70117; Silliman Hale regarding 7730 Butter Field Rd., New Orleans, LA 70126; Deborah Henson regarding 1222 Broadway St., New Orleans, LA 70118; Oscar Singleton regarding 1625-27 Jourdan Ave., New Orleans, LA 70117; Jeffery Arceneaux regarding 2627 A.P. Tureaud Ave., New Orleans, LA 70119; Thomas Nunnery regarding 3212 Connecticut Ave, Kenner, LA 70065 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Rickey Nye, Diana Renez regarding 2904 Nunez Dr, Meraux, LA 70075; Audrey Guidry, Stan Guidry regarding 3001 47th St., Metairie, LA 70001; Isiah Rounds regarding 4634 Cardenas Dr., New Orleans, LA 70127; Murphy Warr regarding 3313 & 3315 Pauger St., New Orleans, LA 70119; Warrenita Clincy regarding 10931 Yardley Rd., New Orleans, LA 70127; Rosa Everett regarding 3921 Imperial Dr., Chalmette, LA 70043; Pattie Gusman, Gerald L. Gusman Jr. regarding 2932 Benefit St., New Orleans, LA 70126; Marilyn Brou, Peggy Brou regarding 6026 Vermillion Blvd., New Orleans, LA 70122; Delphne Jones-Annan regarding 11272 Lake Forest Blvd., New Orleans, LA 70128; Ella Taylor-Brown regarding 1926 Reynes St., New Orleans, LA 70117; Sydney Bradford regarding 6105-07 Chartres St., New Orleans, LA 70117; Silliman Hale regarding 7730 Butter Field Rd., New Orleans, LA 70126; Deborah Henson regarding 1222 Broadway St., New Orleans, LA 70118; Oscar Singleton regarding 1625-27 Jourdan Ave., New Orleans, LA 70117; Jeffery Arceneaux regarding 2627 A.P. Tureaud Ave., New Orleans, LA 70119; Thomas Nunnery regarding 3212 Connecticut Ave, Kenner, LA 70065, who wish to voluntarily dismiss the claims against Defendant(s) Allstate Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter

only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 4th day of June, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno