UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Rickey Nye, Diana Renez regarding 2904 Nunez Dr, Meraux, LA 70075; Audrey Guidry, Stan Guidry regarding 3001 47th St., Metairie, LA 70001; Isiah Rounds regarding 4634 Cardenas Dr., New Orleans, LA 70127; Murphy Warr regarding 3313 & 3315 Pauger St., New Orleans, LA 70119; Warrenita Clincy regarding 10931 Yardley Rd., New Orleans, LA 70127; Rosa Everett regarding 3921 Imperial Dr., Chalmette, LA 70043; Pattie Gusman, Gerald L. Gusman Jr. regarding 2932 Benefit St., New Orleans, LA 70126; Marilyn Brou, Peggy Brou regarding 6026 Vermillion Blvd., New Orleans, LA 70122; Delphne Jones-Annan regarding 11272 Lake Forest Blvd., New Orleans, LA 70128; Ella Taylor-Brown regarding 1926 Reynes St., New Orleans, LA 70117; Sydney Bradford regarding 6105-07 Chartres St., New Orleans, LA 70117; Silliman Hale regarding 7730 Butter Field Rd., New Orleans, LA 70126; Deborah Henson regarding 1222 Broadway St., New Orleans, LA 70118; Oscar Singleton regarding 1625-27 Jourdan Ave., New Orleans, LA 70117; Jeffery Arceneaux regarding 2627 A.P. Tureaud Ave., New Orleans, LA 70119; Thomas Nunnery regarding 3212 Connecticut Ave, Kenner, LA 70065 |

**<u>ORDER</u>**

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Rickey Nye, Diana Renez regarding 2904 Nunez Dr, Meraux, LA 70075; Audrey Guidry, Stan Guidry regarding 3001 47th St., Metairie, LA 70001; Isiah Rounds regarding 4634 Cardenas Dr., New Orleans, LA 70127; Murphy Warr regarding 3313 & 3315 Pauger St., New Orleans, LA 70119; Warrenita Clincy regarding 10931 Yardley Rd., New Orleans, LA 70127; Rosa Everett regarding 3921 Imperial Dr., Chalmette, LA 70043; Pattie Gusman, Gerald L. Gusman Jr. regarding 2932 Benefit St., New Orleans, LA 70126; Marilyn Brou, Peggy Brou regarding 6026 Vermillion Blvd., New Orleans, LA 70122; Delphne Jones-Annan regarding 11272 Lake Forest Blvd., New Orleans, LA 70128; Ella Taylor-Brown regarding 1926 Reynes St., New Orleans, LA 70117; Sydney Bradford regarding 6105-07 Chartres St., New Orleans, LA 70117; Silliman Hale regarding 7730 Butter Field Rd., New Orleans, LA 70126; Deborah Henson regarding 1222 Broadway St., New Orleans, LA 70118; Oscar Singleton regarding 1625-27 Jourdan Ave., New Orleans, LA 70117; Jeffery Arceneaux regarding 2627 A.P. Tureaud Ave., New Orleans, LA 70119; Thomas Nunnery regarding 3212 Connecticut Ave, Kenner, LA 70065 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

United States District Judge