UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |
| No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | **This pleading applies only to the claim of** Leo Sherman, Avis Ricard, Eleanor Sherman regarding 51 Christy Lane, New Orleans, LA 70127; Honoray Cook regarding 2423 Tupelo St., New Orleans, LA 70117; Gina Fiorello, Terri Fiorello regarding 4428 Anais Dr., Meraux, LA 70075; Denise Meggs, Cedric R. Meggs regarding 5601 Rickert Dr., New Orleans, LA 70126; Charles Alexander, Donna Alexander regarding 4308 Perlita St., New Orleans, LA 70122; Deborah Jones, Robert J. Jones regarding 1900 Clouet St., New Orleans, LA 70117; Fred Luter, Sharon Moore regarding 5006 Law Street, New Orleans, LA 70117; Charles Mays, Dorothy Mays regarding 5208-10 Dauphine, New Orleans, LA 70117; James Miller, Jean Miller regarding 6656 Vicksburg St., New Orleans, LA 70124; Estella Moore regarding 1927-29 Piety St., New Orleans, LA 70117; Tammie Hodges regarding 1904 Massicot St., Violet, LA 70092 |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) Leo Sherman, Avis Ricard, Eleanor Sherman regarding 51 Christy Lane, New Orleans, LA 70127; Honoray Cook

regarding 2423 Tupelo St., New Orleans, LA 70117; Gina Fiorello, Terri Fiorello regarding 4428 Anais Dr., Meraux, LA 70075; Denise Meggs, Cedric R. Meggs regarding 5601 Rickert Dr., New Orleans, LA 70126; Charles Alexander, Donna Alexander regarding 4308 Perlita St., New Orleans, LA 70122; Deborah Jones, Robert J. Jones regarding 1900 Clouet St., New Orleans, LA 70117; Fred Luter, Sharon Moore regarding 5006 Law Street, New Orleans, LA 70117; Charles Mays, Dorothy Mays regarding 5208-10 Dauphine, New Orleans, LA 70117; James Miller, Jean Miller regarding 6656 Vicksburg St., New Orleans, LA 70124; Estella Moore regarding 1927-29 Piety St., New Orleans, LA 70117; Tammie Hodges regarding 1904 Massicot St., Violet, LA 70092, who wish to voluntarily dismiss the claims against Defendant Allstate Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, these plaintiffs respectfully request that this Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss the claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, these plaintiffs pray that the Court reopen this case with respect to these defendants for the sole purpose of addressing this motion, thereby allowing these plaintiffs to voluntarily dismiss their claims against these defendants in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 4th day of June, 2008.

  /s/ Joseph M. Bruno
Joseph M. Bruno