UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K" |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | MAGISTRATE (2)<br><br>**This pleading applies only to the claim of** Leo Sherman, Avis Ricard, Eleanor Sherman regarding 51 Christy Lane, New Orleans, LA 70127; Honoray Cook regarding 2423 Tupelo St., New Orleans, LA 70117; Gina Fiorello, Terri Fiorello regarding 4428 Anais Dr., Meraux, LA 70075; Denise Meggs, Cedric R. Meggs regarding 5601 Rickert Dr., New Orleans, LA 70126; Charles Alexander, Donna Alexander regarding 4308 Perlita St., New Orleans, LA 70122; Deborah Jones, Robert J. Jones regarding 1900 Clouet St., New Orleans, LA 70117; Fred Luter, Sharon Moore regarding 5006 Law Street, New Orleans, LA 70117; Charles Mays, Dorothy Mays regarding 5208-10 Dauphine, New Orleans, LA 70117; James Miller, Jean Miller regarding 6656 Vicksburg St., New Orleans, LA 70124; Estella Moore regarding 1927-29 Piety St., New Orleans, LA 70117; Tammie Hodges regarding 1904 Massicot St., Violet, LA 70092 |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the

claims of Plaintiffs Leo Sherman, Avis Ricard, Eleanor Sherman regarding 51 Christy Lane, New Orleans, LA 70127; Honoray Cook regarding 2423 Tupelo St., New Orleans, LA 70117; Gina Fiorello, Terri Fiorello regarding 4428 Anais Dr., Meraux, LA 70075; Denise Meggs, Cedric R. Meggs regarding 5601 Rickert Dr., New Orleans, LA 70126; Charles Alexander, Donna Alexander regarding 4308 Perlita St., New Orleans, LA 70122; Deborah Jones, Robert J. Jones regarding 1900 Clouet St., New Orleans, LA 70117; Fred Luter, Sharon Moore regarding 5006 Law Street, New Orleans, LA 70117; Charles Mays, Dorothy Mays regarding 5208-10 Dauphine, New Orleans, LA 70117; James Miller, Jean Miller regarding 6656 Vicksburg St., New Orleans, LA 70124; Estella Moore regarding 1927-29 Piety St., New Orleans, LA 70117; Tammie Hodges regarding 1904 Massicot St., Violet, LA 70092 against Defendant Allstate Insurance Company, in the above captioned matter only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this ____ day of _____, 2007.

United States District Judge