UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | NO.: 05-4182 "K" (2) |
| _____ | * | |
| PETAINS TO : BARGE | * | JUDGE DUVAL |
| Benoit, No. 06-07516 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO WITHDRAW AS ATTORNEY OF RECORD

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOW INTO COURT**, comes attorney for Plaintiffs, Stephen M. Wiles, who respectfully requests to withdraw as counsel of record in this matter for the following reasons:

1. Heretofore, Movant has represented Plaintiffs in connection with his association with F. Gerald Maples, P.A.

2. Mr. Wiles will shortly no longer be associated with the law firm F. Gerald Maples, P.A.

3. One or more attorneys associated with F. Gerald Maples, P.A. will remain as counsel of record for Plaintiffs in this matter, and therefore the withdrawal of Mr. Wiles will not deprive Plaintiffs of legal representation.

4. Mr. Wiles' withdrawal will not prejudice Plaintiffs' interests.

For the foregoing reasons, Plaintiffs' counsel, Stephen Wiles, requests that he be permitted to withdraw as counsel of record for Plaintiffs in the above-captioned matter.

Respectfully submitted,
**F. Gerald Maples, P.A.**

/s/ Stephen M. Wiles
F. Gerald Maples, T.A. (LSB #22960)
    federal@geraldmaples.com
Stephen M. Wiles (LSB # 17865)
    smwiles@fgmapleslaw.com
902 Julia Street
New Orleans, Louisiana 70113

>Telephone: (504) 569-8732
>Facsimile:  (504) 525-6932
>
>Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served on counsel of record pursuant to local rule by filing same with the Court's CM/ECF system, which will provide electronic notice to counsel of record on this 4 day of June, 2008.  In addition, I hereby certify that a copy of this motion and the accompanying proposed order has been sent to the Plaintiffs, Marie Short Benoit, Henry Adams, Gwendolyn Adams, John Alford, Jerry Alford, Michael Watts; Robert Green, Sr.; Jonathan Green; David Green in his individual capacity and as the representative of the Estate of Joyce H. Green; Everidge Green in his individual capacity and as the representative of the Estate of Shanai Green, and as the natural tutor of Shaniya Green and Shamiya Green; Hyman Sheppard; Earl Matthew Daniels Sr.;; Mildred Delores Dean; Karen Leon; Ethel Leon; Joyce Daniels; Myrna Daniels in her individual capacity and as natural tutrix of Keiana Daniels; Keiara Cartwright; Tom Browder; Albertine Browder; and Gaynell Browder by U.S. Mail postage prepaid, pursuant to Local Rule 83.2.11.

>/s/ Stephen M. Wiles
>Stephen M. Wiles