UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | NO.: 05-4182 "K" (2) |
| _____ | * | |
| PETAINS TO : LEVEE | * | JUDGE DUVAL |
| *FITZMORRIS,* NO. O6-2346 | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

* * * * * * * * * * * * * * * * * ** * * * * * * * * * * * * * * * * * * * * * * * * * ** * * * * * * * * *

Considering the above and foregoing *Ex Parte* Motion to Withdraw as Counsel of Record,

   **IT IS ORDERED** that Stephen M. Wiles be and hereby is permitted to withdraw as counsel of record on behalf of Plaintiff.


   _____, Louisiana this _____ day of _____, 2008.


                                             _____
                                             U.S. DISTRICT COURT JUDGE