AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN**

# United States District Court
EASTERN DISTRICT OF LOUISIANA

CHUS & ARVIS ABRAM et al
(see attached sheet)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07-5205

AAA INSURANCE et al

SECT K    MAG 2

TO: (Name and address of defendant)

Meritplan Insurance Company

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HURRICANE LEGAL CENTER
STUART T. BARASCH
1100 POYDRAS ST, SUITE 2900
NEW ORLEANS, LA 70163
(504) 525-1944

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**
CLERK

SEP - 4 2007
DATE

Mary Tarragut
(BY) DEPUTY CLERK

# Louisiana Secretary of State
# Service of Process Detailed Data

**Suit Number:** 075205

**Received:** 12/06/07

**Mailed:** 12/07/07

**Certified Mail tracking # :** 70070710000280148500

**Mailed to Insurance Co.:**

MERITPLAN INSURANCE COMPANY
3349 MICHELSON DRIVE
SUITE 200
IRVINE, CA 92612

**Court Name:** UNITED STATES DISTRICT COURT

**Court Location:** EASTERN DISTRICT OF LOUISIANA

**Plaintiff:** CHUD & ARVIS ABRAM ET AL

**Defendant:** AAA INSURANCE ET AL



Label/Receipt Number: **7007 0710 0002 8014 8500**
Status: **Delivered**

Your item was delivered at 5:50 am on December 13, 2007 in IRVINE, CA 92623.