UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA LEVEE BREACHES<br>          CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>INSURANCE: *Brown*, 07-586 | CIVIL ACTION NO.: 05-4182<br><br>SECTION: "K" (2)<br><br>JUDGE:   DUVAL<br><br>MAGISTRATE:  WILKINSON |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Carlyn Brown and Nathan Brown, and defendant, Republic Fire And Casualty Insurance Company, and hereby represent to this Honorable Court that all claims for relief in the above-referenced matter have now been settled and compromised.  Accordingly, the parties request that this action be dismissed with prejudice, with each party to bear their own respective costs.

Respectfully submitted,

**THE LAW OFFICE OF PETER J. DiIORIO**
4701 Tchoupitoulas St.
New Orleans, LA   70115
Phone:  (504) 897-5580
Fax:     (504)897-5570

**BY:**	_/s/ Peter J. DiIorio_
**PETER J. DiIORIO (#29837)**

**ATTORNEY FOR PLAINTIFFS**

**LARZELERE PICOU WELLS
        SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:    (504) 834-6500
Fax:  (504) 834-6565

**BY:**	_/s/ Lee M. Peacocke_
**JAY M. LONERO, T.A. (#20642)**
   **jlonero@lpw-law.com**
**CHRISTOPHER R. PENNISON (#22584)**
   **cpennison@lpw-law.com**
**ANGIE ARCENEAUX AKERS (#26786)**
   **aakers@lpw-law.com**
**LEE M. PEACOCKE (#18374)**
   **lpeacocke@lpw-law.com**

**ATTORNEYS FOR REPUBLIC FIRE AND
CASUALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                                    /s/ Lee M. Peacocke