UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA LEVEE BREACHES<br>            CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO:<br><br>INSURANCE: *Brown*, 07-586 | CIVIL ACTION NO.: 05-4182<br><br>SECTION: "K" (2)<br><br>JUDGE:   DUVAL<br><br>MAGISTRATE:  WILKINSON |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion;

**IT HEREBY IS ORDERED, ADJUDGED, AND DECREED** that all claims asserted herein by plaintiffs, Carlyn Brown and Nathan Brown, be and are hereby dismissed with prejudice, with each party to bear their own respective costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

1