UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*          07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

NOTICE OF PRODUCTION

**YOU ARE HEREBY NOTIFIED** that Barge Plaintiffs, through the Barge P.S.L.C., have received on June 5, 2008, pursuant to Fed. R. Civ. P. 45 request, production by Entergy Services, Inc. of items requested via subpoena and/or deposition notice served upon Don McCroskey, consisting of a DVD containing video created on August 29, 2005, and a compact disc containing 92 still images generated on August 29 and 30, 2005. Copies are available upon request to the Barge PSLC.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700

Telephone: (504) 581-6180  
Facsimile: (504) 581-4336  
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,  
Lawrence D. Wiedemann.(13457)  
Karl Wiedemann (18502)  
Karen Wiedemann (21151)  
WIEDEMANN & WIEDEMANN  
821 Baronne Street  
New Orleans, Louisiana 70113  
Telephone: (504) 581-6180  
Facsimile: (504) 581-4336  
e-mail: lawrence@wiedemannlaw.com,  
karl@wiedemannlaw.com,  
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders  
Patrick J. Sanders (18741)  
3316 Ridgelake Drive  
Suite 100  
Metairie, LA 70002  
Telephone: 504-834-0646  
e-mail: pistols42@aol.com

/s/ Richard T. Seymour  
Richard T. Seymour (D.C. Bar #28100)  
Law Office of Richard T. Seymour, P.L.L.C.  
1150 Connecticut Avenue N.W., Suite 900  
Washington, D.C.  20036-4129  
Voice: 202-862-4320  
Cell:   202-549-1454  
Facsimile:  800-805-1065 and 202-828-4130  
e-mail: rick@rickseymourlaw.net

/s/ Lawrence A. Wilson  
Lawrence A. Wilson (N.Y.S.B.A. 2487908)  
David W. Drucker (N.Y.S.B.A. #1981562)  
Wilson, Grochow, Druker & Nolet  
Woolworth Building  
233 Broadway, 5th Floor  
New York, NY 10279-0003  
Telephone: (212) 608-4400  
Facsimile: (212) 227-5159

          e-mail: lwilson@wgdnlaw1.com,
          ddruker@wgdnlaw1.com

          /s/ Alan L. Fuchsberg
          Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
          Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
          The Jacob D. Fuchsberg Law Firm
          500 Fifth Avenue
          45th Floor
          New York, NY 10110-0002
          Telephone: 212-869-3500 ext. 235
          Facsimile: 212-398-1532
          e-mail: a.fuchsberg@fuchsberg.com,
          l.kelmachter@fuchsberg.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 5th day of June, 2008.

          \s\Brian A. Gilbert
          BRIAN A. GILBERT