UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
|       CONSOLIDATED LITIGATION | * | NO.  05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE      (07-4786) | * | |
| | * | |
| *Donald Maclies and Betty Maclies v.* | * | |
| | * | |
| *Allstate Insurance Company* | * | |
| _____ | * | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

    **NOW INTO COURT**, through undersigned counsel, come plaintiffs **DONALD MACLIES AND BETTY MACLIES,** who respectfully show the following:

1.

**DONALD MACLIES AND BETTY MACLIES** are currently represented by Peyton P. Murphy of Murphy Law Firm , Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda J. Edwards of Fayard & Honeycutt, APC.

**2.**

**DONALD MACLIES AND BETTY MACLIES ,** competent majors and being of sound minds, pray that Jeffrey P. Berniard, Berniard Law Firm, 625 Baronne Street, New Orleans, Louisiana 70113, be enrolled as counsel of record to represent them in addition to Peyton P. Murphy of Murphy Law Firm , Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda J. Edwards of Fayard & Honeycutt, APC.

**WHEREFORE**, premises considered, **DONALD MACLIES AND BETTY MACLIES**, respectfully request that this Court enter an order permitting Jeffrey P. Berniard , Berniard Law Firm, 625 Baronne Street, New Orleans, Louisiana 70113 to act as their counsel of record.

Respectfully submitted,

By:/s/  Jeffrey Berniard
    Jeffrey Berniard (La. 29088)
    625 Baronne St.
    New Orleans, LA. 70113
    Telephone (504) 866-8005
    Facsimile: (504) 617-6300
    Email: Jeffberniard@gmail.com
    Attorney for Plaintiffs;

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008,  I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all Attorneys of Record.

/s/ Jeffrey Berniard