UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES     CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.  05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE     (07-4786) *Donald Maclies and Betty Maclies v.* *Allstate Insurance Company* _____ | * * * * * * | |

### ORDER

**CONSIDERING THE MOTION TO ENROLL AS COUNSEL OF RECORD** filed by Plaintiffs, Donald Maclies and Betty Maclies,

**IT IS ORDERED**, that Jeffrey P. Berniard, is hereby enrolled as Counsel of record for the Plaintiffs, Donald Maclies and Betty Maclies.

**NEW ORLEANS, LOUISIANA**, this _____ day of June, 2008.

_____
JUDGE