**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  JUN - 4 2008

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 30, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

```
Consolidate Nos. 07-30706  In Re: Katrina Canal         K
                 USDC No.   2:05-CV-4181
                            2:05-CV-4182

                 07-30771  In Re: Katrina Canal
                 USDC No.   2:05-CV-4181
                            2:05-CV-4182
                            2:06-CV-5786
                            2:06-CV-4389

                 07-31141  In Re: Katrina Canal
                 USDC No.   2:05-CV-4182, etc.
```

Enclosed is a certified copy of the judgment issued as the mandate for the portion of the appeal filed on October 18, 2007, against B & K Construction Co, Inc, Burk-Kleinpeter, Inc, C.R. Pittman Construction Co, Inc and Gotech Inc only.

The notice of appeal filed on October 18, 2007, of Colleen Berthelot, Jackie Berthelot, Heber Dunaway, Eric Anderson, Amy Janusa, Et Al against Esutis Engineering Company Inc, Modjeski & Masters Inc and Boh Brothers Construction remains pending before this court.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Peter Conners, Deputy Clerk
504-310-7685

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

cc: w/encl:
    Mr Ashton R O'Dwyer Jr
    Mr Terrence L Brennan

Ms Betty Finley Mullin
Mr Michael R C Riess
Mr Francis J Barry Jr
Mr Albert Dale Clary
Mr Thomas F Gardner
Mr Mat Marion Gray III
Mr Herman C Hoffman Jr
Mr Adrian G Nadeau
Mr Charles F Seemann Jr
Mr Joseph M Bruno
Mr Gerald Edward Meunier

P.S. to all Counsel: A revised copy of the case caption is enclosed for your use on all future filings in this court.

MDT-1

# UNITED STATES COURT OF APPEAL
# FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
MAY 14 2008
CHARLES R. FULBRUGE III
CLERK

No. 07-31141

In Re: Katrina Canal Breaches Consolidated Litigation

**UNOPPOSED MOTION TO WITHDRAW APPEAL AS TO:
B & K CONSTRUCTION CO., INC., BURK-KLEINPETER, INC.,
C. R. PITTMAN CONSTRUCTION COMPANY, INC., GOTECH, INC.,
and T. L. JAMES & COMPANY, INC.**

**NOW INTO COURT,** through undersigned counsel, comes the Levee Plaintiffs' Sub-Group Litigation Committee, which pursuant to Local Rule 42.1, respectfully moves this Honorable Court for entry of an Order by the Clerk dismissing the above-captioned appeal <u>only</u> as to B & K Construction Co., Inc., Burk-Kleinpeter, Inc., C.R. Pittman Construction Co., Inc., Gotech, Inc., and T.L. James & Company, Inc.

Respectfully submitted,

_____
Joseph M. Bruno (La. Bar# 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
**PLAINTIFFS' LIAISON COUNSEL**

## CERTIFICATE OF COUNSEL

I hereby certify that a copy of the above brief has been served on the following persons by U.S. Mail (accompanied by an electronically readable copy on a disk) on this 14th day of April, 2008:

1.  Herman C. Hoffman, Jr., Betty F. Mullin, Wade M. Bass, Simon, Peragine, Smith & Redfearn, LLP, 30th Floor - Energy Centre, 1100 Poydras Street, New Orleans, LA 70163, Counsel for B & K Construction Company, Inc..

2.  Michael R. C. Reiss, Charles B. Colvin, Kingsmill, Reiss, LLC, 201 St. Charles Avenue, Suite 3300, New Orleans, LA 70170, Counsel for Boh Brothers Construction Co., LLC.

3.  Terrence L. Brennan, William E. Wright, Kelly E. Theard, and Deutsch, Kerrigan & Stiles, LLP, 755 Magazine Street, New Orleans, LA 70130, Counsel for Boh Brothers Construction Co., LLC.

4.  Charles F. Seemann, Jr., Deutsch, Kerrigan & Stiles, LLP, 755 Magazine Street, New Orleans, LA 70130, Counsel for Burk-Kleinpeter, Inc.

5.  Gerald A. Melchiode, Larry G. Canada, Jason J. Markey, Galloway, Johnson, Tompkins, Burr & Smith, 701 Poydras Street, 40th Floor, New Orleans, LA 70139, Counsel for C.R. Pittman Construction Company, Inc.

6.  Albert D. Clary, Adrian G. Nadeau, Long Law Firm, LLP, 4041 Essen Lane, Suite 500, Baton Rouge, LA 70809, Counsel for Gotech, Inc.

7.  Thomas A. Gardner, Douglas A. Kewley, Erin E. Dearie, Gardner & Kewley, APLC, 1615 Metairie Road, Suite 200, Metairie, LA 70005, Counsel for Eustis Engineering Co., Inc.

8.  Mat M. Gray, III, Alanson T. Chenault, IV, Fowler, Rodriguez & Chalos, 400 Poydras Street, 30th Floor, New Orleans, LA 70130, Counsel for Eustis Engineering Co., Inc.

9.  Victor E. Stilwell, Jr., Francis J. Barry, Jr., Keith J. Bergeron, Frederick R. Bott, Scott J. Hedlund, Deutsch, Kerrigan & Stiles, LLP, 755 Magazine Street, New Orleans, LA 70130, Counsel for Modjeski and Masters, Inc.

10. A. Gordon Grant, Jr., Philip S. Brooks, Jr., Kenneth J. Gelpi, Jr., Montgomery, Barnett, Brown, Read, Hammond & Mintz, LLP, 1100 Poydras Street, Suite 3300, New Orleans, LA 70163, Counsel for T. L. James & Company, Inc.

Respectfully submitted,

_____
Joseph M. Bruno (La. Bar# 3604)
**PLAINTIFFS' LIAISON COUNSEL
CONSOLIDATED LITIGATION**

# UNITED STATES COURT OF APPEAL
# FOR THE FIFTH CIRCUIT

## No. 07-31141

## In Re: Katrina Canal Breaches Consolidated Litigation

### ORDER DISMISSING APPEAL AS TO:
### B & K CONSTRUCTION CO., INC., BURK-KLEINPETER, INC., C. R. PITTMAN CONSTRUCTION COMPANY, INC., GOTECH, INC., and T. L. JAMES & COMPANY, INC.

Considering the above and foregoing Unopposed Motion To Withdraw Appeal submitted pursuant to Local Rule 42.1;

**IT IS ORDERED**, pursuant to Local Rule 42.1, that the above-captioned appeal be and hereby is **DISMISSED** as to B & K Construction Co., Inc., Burk-Kleinpeter, Inc., C.R. Pittman Construction Co., Inc., Gotech, Inc., and T.L. James & Company, Inc.

New Orleans, Louisiana, this _____ day of May, 2008.

**CLERK, UNITED STATES COURT OF APPEAL**
**FOR THE FIFTH CIRCUIT**

```
                            ----------------
                               No. 07-30706
                            ----------------
```

In Re: KATRINA CANAL BREACHES LITIGATION
------------------------------------------

COLLEEN BERTHOLET, etc; ET AL

            Plaintiffs

  v.

B & K CONSTRUCTION COMPANY, inc; BOH BROS CONSTRUCTION COMPANY LLC

```
                          CONSOLIDATED WITH
                          -----------------
                              No. 07-30771
                          -----------------
```

In Re: Katrina Canal Breaches Litigation
------------------------------------------

COLLEEN BERTHELOT, wife of; ET AL

            Plaintiffs

  v.

B & K CONSTRUCTION CO INC; BOH BROTHERS CONSTRUCTION CO LLC; BURK KLEINPETER INC; MODJESKI & MASTERS INC

          Defendants - Appellees

---

MAUREEN O'DWYER; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; EVELYN JORDAN JORDAN; CHARLES EDWARD JORDAN; ET AL

          Plaintiffs - Appellants

  v.

EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC;
B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GEOTECH
INC

        Defendants - Appellees

---

MAUREEN O'DWYER; HAROLD GAGNET; SALLY EGERTON RICHARDS;
SHANE PORTER; STEPHANIE PORTER; ET AL

        Plaintiffs - Appellants

v.

EUSTIS ENGINEERING CO INC; MODJESKI & MASTERS INC;
B & K CONSTRUCTION CO INC; BURK KLEINPETER INC; GEOTECH
INC; BOH BROTHERS CONSTRUCTION CO LLC

        Defendants - Appellees

---

MAUREEN O'DWYER, ET AL

        Plaintiff - Appellant

v.

EUSTIS ENGINEERING INC; MODJESKI & MASTERS INC;
BOH BROTHERS CONSTRUCTION CO LLC; B & K CONSTRUCTION CO INC;
BURK KLEINPETER INC; GEOTECH INC

        Defendants - Appellees

---

PONTCHARTRAIN BAPTIST CHURCH; ARTHUR C SARGENT; LUCY T
SARGENT; PAMELA YOUNG SMALLPAGE; RICHARD MAITLAND SMALLPAGE,
JR; MR H J BOSWORTH; MRS H J BOSWORTH; ROTHFOS CORPORATION;
INTERAMERICAN COFFEE INC; NOBLES AMERICAS CORPORATION

        Plaintiffs - Appellants

v.

MODJESKI & MASTERS INC; BOH BROTHERS CONSTRUCTION CO

        Defendants - Appellees

---

No. 07-31141

---

In Re: Katrina Canal Breaches Litigation
------------------------------------------

COLLEEN BERTHELOT, Wife of; JACKIE BERTHELOT; HEBER DUNAWAY; ERIC ANDERSON; AMY JANUSA, Wife of; ET AL

        Plaintiffs - Appellants

   v.

EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; BOH BROTHERS CONSTRUCTION CO LLC;

        Defendants - Appellees

## ENTRY OF DISMISSAL

Pursuant to appellants' motion, the appeal filed on October 18, 2007, as it pertains to Burk-Kleinpeter Inc, Gotech Inc, B & K Construction Company Inc and C.R. Pittman Construction Company Inc is dismissed this 30th day of May, 2008, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Peter Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana    Deputy
MAY 3 0 2008