UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> PERTAINS TO: § <br> INSURANCE       (07-4808) § <br> *Guy Edwards v. Encompass Property* § <br> *and Casualty Insurance Company* § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Guy Edwards, who seeks to dismiss the above captioned complaint against Encompass Property and Casualty Company, with prejudice as to all demands, all parties to bear their own costs. Counsel for defendant has been contacted and informed of the dismissal.

WHEREFORE, plaintiff, Guy Edwards, respectfully requests that the Court enter an order dismissing the action with prejudice as to all demands, all parties to bear their own costs.

Respectfully submitted,

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. #5486

                                      Wanda J. Edwards, #27448
                                      FAYARD & HONEYCUTT, APC
                                      519 Florida Avenue SW
                                      Denham Springs, Louisiana 70726
                                      Telephone: 225-664-4193
                                      Facsimile: 225-664-6925

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                /s/ Calvin C. Fayard, Jr.
                                Calvin C. Fayard, Jr.