# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
|     *Louisiana State* C.A. No. 07-5528 | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion for Expedited Consideration on Motion for Entry of Case Management Order Establishing Road Home Settlement Protocol filed by Insurer Defendants through Liaison Counsel, Ralph S. Hubbard III;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Insurer Defendants Motion for Expedited Consideration is hereby **GRANTED. The State of Louisiana shall file its response to the Motion for Entry of Case Management Order no later than Friday, June 13, 2008. A hearing with oral argument shall be held on Tuesday, June 17, 2008 at 2:00 p.m. in Open Court.**

New Orleans, Louisiana, this __6th__ day of _____June_____, 2008.

_____

UNITED STATES DISTRICT COURT JUDGE

1