UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | |
| *Mumford v. Ingram*      05-5724 | |
| *Lagarde v. Lafarge*     06-5342 | JUDGE |
| *Perry v. Ingram*        06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | |
| *Parfait Family v. USA*  07-3500 | MAG. |
| *Lafarge v. USA*         07-5178 | JOSEPH C. WILKINSON, JR. |

### *EX PARTE* MOTION TO EXTEND CLASS CERTIFICATION EXPERT REPORT DEADLINES, *IN GLOBO*, OR ALTERNATIVELY, AS TO PLAINTIFFS' HYDROLOGY AND ENGINEERING EXPERT, RAYMOND C. HELMER

**NOW COME** Barge Plaintiffs, through the Barge Plaintiffs' Subgroup Litigation Committee, who, for reasons expressed in the accompanying Memorandum, respectfully move for a reasonable extension of the deadline for class certification expert reports, presently June 12, 2008.

It is so moved.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)

LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net


/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building

            233 Broadway, 5th Floor
            New York, NY 10279-0003
            Telephone: (212) 608-4400
            Facsimile: (212) 227-5159
              e-mail: lwilson@wgdnlaw1.com,
            ddruker@wgdnlaw1.com

            /s/ Alan L. Fuchsberg
            Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
            Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
            The Jacob D. Fuchsberg Law Firm
            500 Fifth Avenue
            45th Floor
            New York, NY 10110-0002
            Telephone: 212-869-3500 ext. 235
            Facsimile: 212-398-1532
            e-mail: a.fuchsberg@fuchsberg.com,
            l.kelmachter@fuchsberg.com


## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6th day of June, 2008.


            \s\Brian A. Gilbert
            BRIAN A. GILBERT