UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
|  | NO. 05-4182 |
| PERTAINS TO:  BARGE | and consolidated cases |
|  | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 |  |
| *Mumford v. Ingram*       05-5724 |  |
| *Lagarde v. Lafarge*       06-5342 | JUDGE |
| *Perry v. Ingram*            06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 |  |
| *Parfait Family v. USA*   07-3500 | MAG. |
| *Lafarge v. USA*              07-5178 | JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION TO EXTEND CLASS CERTIFICATION EXPERT REPORT DEADLINES, *IN GLOBO*, OR ALTERNATIVELY, AS TO PLAINTIFFS' HYDROLOGY AND ENGINEERING EXPERT, RAYMOND C. HELMER**

**MAY IT PLEASE THE COURT:**

To an increasing extent over time, case management and scheduling in the Barge track of this litigation has been shaped by the schedules applicable to MRGO, which are based in large part upon the *Robinson* matter.  Until issuance of CMO No. 7, CMO No. 5 governed the Barge litigation, establishing an August 2008 deadline for production of Plaintiffs' class certification expert reports. Discussion in late April 2008 concerning the development of CMO No. 7  was grounded in large part upon considerations in MRGO and *Robinson*, and incorporated a May 12, 2008 deadline for Plaintiffs' class certification expert reports.  CMO No. 7, issued May 1, 2008, established June 12,

2008 as the Barge Plaintiffs class certification expert report deadline. This deadline significantly curtails time that CMO No. 5 afforded for generation of reports whose subject matter was in early stages of investigation owing to the continually growing volume of data, and to the continuing stream of information still developing in ongoing MRGO and *Robinson* witness depositions. This shortened deadline has caused particular difficulty to one of Plaintiffs' class certification experts, Raymond C. Helmer, and to plaintiffs' other class certification experts as well, owing to the vast amount of work to be accomplished in a relatively short period. Accordingly, Barge Plaintiffs respectfully seek an extension.

Barge Plaintiffs have listed Raymond C. Helmer, P.E. as a class certification expert in the areas of hydrology and engineering. He is to render opinions concerning the causes of the eastern IHNC wall breaches, and the timing, source, direction and extent of flooding. These opinions will establish proof as to common questions of liability, causation and damages, as well as establishing the Barge class geography. Before discussion or issuance of CMO 7, however, Mr. Helmer and his wife had committed through their church, and paid for travel and accommodations, for a trip to Bellevue, Colorado, to accompany their congregation to Buckhorn Camp. Buckhorn Camp (Camp Hope) is a United Methodist facility for handicapped and disabled adults, where Mr. and Mrs. Helmer will participate in various volunteer activities for the benefit of the residents there. Mr. Helmer will be designing and building a large metal building at the camp facilities, and Mrs. Helmer will be will be assisting in various typical camp activities such as crafts and the like. This sort of volunteerism and religious outreach is all-important to Mr. and Mrs. Helmer. They are leaving before dawn on Saturday, June 7, 2008 will return home to Houston on June 16, 2008.

Mr. Helmer's report is near completion, but he asks for more time. As of this writing, he is scheduled to leave in less than twenty-four hours, but given the volume of material he has had to

assimilate and incorporate, he is running out of time. Plaintiffs therefore seek to extend the deadline for submission of his class certification report. Plaintiffs respectfully ask that they and Mr. Helmer be granted until Monday, June 30, 2008 to provide his report.

A second ground for this motion is derived from the shifting deadlines in Robinson (and, as a consequence and in effect, MRGO). Trial in Robinson has been continued from September 2008 to January 2009, and discovery deadlines extended accordingly. Robinson produces a steady stream of information subject to scrutiny not only by Mr. Helmer, but by all of the Barge Plaintiffs' causation and damages experts. Because Robinson will be tried in January 2009, and because information will continue to come to light, there is no reason for a truncated class certification expert report deadline that impacts the Barge Plaintiffs ability to fully express and inform the Court and parties of their opinions that will not be considered by the Court until class certification proceedings in December 2008. Plaintiffs respectfully submit that an *in globo* extension of Plaintiffs' class certification expert report deadlines, or alternatively, the deadline governing Mr. Helmer's report, will not impair the parties ability to conduct discovery, or the Court's ability to entertain Daubert motions and the like. The extension to June 30, 2008 would alter the schedule by a mere 18 days. Given the time left before trial, 18 days will not prejudice anyone, or deter the efficient administration of this litigation.

## **CONCLUSION**

For the foregoing reasons, Barge Plaintiffs respectfully move for *in globo* extension of the class certification expert report deadline from June 12, 2008 to June 30, 2008, or, alternatively, to extend until June 30, 2008 the deadline applicable to Raymond C. Helmer, P.E.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com, ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
Telephone: 212-869-3500 ext. 235
Facsimile:  212-398-1532
e-mail: a.fuchsberg@fuchsberg.com,
l.kelmachter@fuchsberg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6th  day of June, 2008.


\s\Brian A. Gilbert
BRIAN A. GILBERT