UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *Lafarge v. USA*    07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that hearing of the Barge Plaintiffs *ex Parte* Motion to Extend Class Certification Expert Report Deadlines, *in Globo*, or Alternatively, as to Plaintiffs' Hydrology and Engineering Expert, Raymond C. Helmer, shall commence at 9:30 a.m. on the 25th day of June, 2008, before the Hon. Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6th day of June, 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT