UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**ORDER**

Considering the Barge Plaintiffs' *ex Parte* Motion to Extend Class Certification Expert Report Deadlines, *in Globo*, or Alternatively, as to Plaintiffs' Hydrology and Engineering Expert, Raymond C. Helmer, it is hereby ORDERED, that the Motion be and is hereby Granted;

FURTHER ORDERED, the deadline for production of the Barge Plaintiffs' class certification expert reports is extended to June 30, 2008.

New Orleans, Louisiana, this _____ day of _____, 2008

_____
HON. STANWOOD R. DUVAL, JR.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6th day of June, 2008.

    \s\Brian A. Gilbert
    BRIAN A. GILBERT