UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER

Considering the Barge Plaintiffs' *ex Parte* Motion to Extend Class Certification Expert Report Deadlines, *in Globo*, or Alternatively, as to Plaintiffs' Hydrology and Engineering Expert, Raymond C. Helmer, it is hereby ORDERED, that the Motion be and is hereby Granted In Part;

FURTHER ORDERED, the deadline for production of the Barge Plaintiffs' class certification expert Raymond C. Helmer's report is extended to June 30, 2008.

New Orleans, Louisiana, this _____ day of _____, 2008

_____

HON. STANWOOD R. DUVAL, JR.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6th day of June, 2008.

    \s\Brian A. Gilbert
    BRIAN A. GILBERT