UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br> and consolidated cases <br><br> SECTION "K"  (2) |
| PERTAINS TO:  BARGE | | |
| *Boutte v. Lafarge*           05-5531 <br> *Mumford v. Ingram*     05-5724 <br> *Lagarde v. Lafarge*       06-5342 <br> *Perry v. Ingram*             06-6299 <br> *Benoit v. Lafarge*          06-7516 <br> *Parfait Family v. USA*  07-3500 <br> *Lafarge v. USA*              07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |

**ORDER ON MOTION TO EXPEDITE HEARING OF
*EX PARTE* MOTION TO EXTEND CLASS CERTIFICATION EXPERT REPORT
DEADLINES, *IN GLOBO*, OR ALTERNATIVELY, AS TO PLAINTIFFS'
HYDROLOGY AND ENGINEERING EXPERT, RAYMOND C. HELMER**

Considering the foregoing Motion, it is hereby ORDERED that the Barge Plaintiffs Motion to Expedite Hearing of the Barge Plaintiffs *ex Parte* Motion to Extend Class Certification Expert Report Deadlines, *in Globo*, or Alternatively, as to Plaintiffs' Hydrology and Engineering Expert, Raymond C. Helmer.

FURTHER ORDERED, that said hearing shall occur without oral argument, at the earliest time practicable.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
HON. STANWOOD R. DUVAL, JR.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 6th day of June, 2008.

                              \s\Brian A. Gilbert
                              BRIAN A. GILBERT