UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
          CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: BARGE     JUDGE DUVAL

| | | MAG. WILKINSON |
|---|---|---|
| *Mumford v. Ingram* | C.A. No. 05-5724 | |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | |
| *Parfait Family v. USA* | C.A. No. 07-3500 | |
| *Lafarge v. USA* | C.A. No. 07-5178 | |

**ORDER ON MOTIONS**

APPEARANCES: None (on the briefs)

MOTIONS: (1) Plaintiffs' Ex Parte Motion for Leave to Substitute Exhibit, Record Doc. No. 13434
(2) Plaintiffs' Ex Parte Motion for Leave to Substitute Exhibit, Record Doc. No. 13435
(3) Plaintiffs' Ex Parte Motion for Leave to Substitute Exhibit, Record Doc. No. 13436

O R D E R E D:

(1), (2), (3) : GRANTED.

New Orleans, Louisiana, this 6th day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE