UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: Insurance, <u>Newman</u> 07-8772    JUDGE DUVAL
MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:   Non-Party Pilot Catastrophe Services, Inc.'s Objection to and Motion to Quash Rule 30(b)(6) Notice of Videotaped Deposition, Record Doc. No. 13215

<u>O R D E R E D</u>:

 XXX : CONTINUED.  Nicole Tygier, counsel for movant, has advised the court that the parties are trying to resolve their discovery dispute and that she wants to continue the motion, which is currently set for hearing on June 4, 2008.  Accordingly, the motion is continued and reset for hearing without oral argument on June 18, 2008.

New Orleans, Louisiana, this   6th   day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE