UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURDETT AND MAVIS RENEAU d/b/a<br>HAND MADE SUITS | * <br> * CIVIL ACTION <br> * NO. 06-7722 c/w 05-4182 <br> * <br> * SECTION "K" (2) |
| VERSUS | * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE JUDGE |
| COLONY INSURANCE COMPANY,<br>GEMELLE LINZY,<br>MARTIN INSURANCE AGENCY, INC.<br>AND WESTPORT INSURANCE CORPORATION | * WILKINSON <br> * <br> * <br> * |

*****************************************************************

## JOINT STIPULATION, MOTION AND JUDGMENT OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Burdett Renau and Mavis Reneau d/b/a Hand Made Suits, and defendant, Colony Insurance Company, and upon stipulating to the Court that all claims, demands and actions of the plaintiffs against Colony Insurance Company that are the subject of this litigation have been fully compromised and settled, now jointly move this Honorable Court to dismiss, with prejudice, the plaintiffs' action as against Colony Insurance Company, reserving unto the plaintiffs all rights and claims against the remaining defendants, with party to bear its own costs.

-1-

-2-

Respectfully submitted,

s/ Fortune J. Dugan, Jr.
**DAVID C. CLEMENT**
(Louisiana Bar Roll No. 23687)
**FORTUNE J. DUGAN, JR.**
(Louisiana Bar Roll No. 23715)
307 Tchoupitoulas Street
Suite 350
New Orleans, Louisiana 70130
Attorneys for Burdett and Mavis Reneau
d/b/a Hand Made Suits
Telephone:   (504) 598-2220
Fax:             (504) 598-2221
E-mail:  duganf@bellsouth.net

- and -

s/ Michael J. Vondenstein
**MICHAEL J. VONDENSTEIN, T.A.**
(Louisiana Bar Roll No. 13116)
**JOSEPH L. SPILMAN, III**
(Louisiana Bar Roll No. 17813)
Attorneys for Colony Insurance Company
**HAILEY, McNAMARA, HALL,**
**LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone:   (504) 836-6500
Fax:             (504) 836-6565
E-mail:  mjv@hmhlp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2008, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a copy of same and a Notice of Electronic Filing to the following:

> David C. Clement
> Fortune A. Dugan, Jr.
> **THE CLEMENT LAW FIRM**
> 307 Tchoupitoulas Street, Suite 350
> New Orleans, Louisiana 70130
>
> Stephen M. Gelé
> **UNGARINO & ECKERT, L.L.C.**
> Lakeway Two
> 3850 N. Causeway Boulevard, Suite 1280
> Metairie, Louisiana 70002

> Respectfully submitted,
>
> s/ Michael J. Vondenstein
> **MICHAEL J. VONDENSTEIN, T.A.**
> (Louisiana Bar Roll No. 13116)
> **JOSEPH L. SPILMAN, III**
> (Louisiana Bar Roll No. 17813)
> Attorneys for Colony Insurance Company
> **HAILEY, McNAMARA, HALL,**
> **LARMANN & PAPALE, L.L.P.**
> One Galleria Boulevard, Suite 1400
> Metairie, Louisiana 70001
> Telephone:   (504) 836-6500
> Fax:         (504) 836-6565
> E-mail: mjv@hmhlp.com