UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURDETT AND MAVIS RENEAU d/b/a | * | |
| HAND MADE SUITS | * | CIVIL ACTION |
| | * | NO. 06-7722 c/w 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE JUDGE |
| COLONY INSURANCE COMPANY, | * | WILKINSON |
| GEMELLE LINZY, | * | |
| MARTIN INSURANCE AGENCY, INC. | * | |
| AND WESTPORT INSURANCE CORPORATION | * | |

*************************************************************

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Stipulation and Motion;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims, demands and actions of the plaintiffs, Burdett Reneau and Mavis Reneau d/b/a Hand Made Suits, against defendant, Colony Insurance Company, in the captioned civil action, be and same are hereby dismissed, with prejudice, reserving unto the plaintiffs all rights and claims against the remaining defendants, with each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

-4-