UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolidated cases |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge* 05-5531 | * |  |
| *Mumford v. Ingram* 05-5724 | * |  |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * |  |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

*EX PARTE* MOTION FOR LEAVE TO WITHDRAW WITHOUT PREJUDICE
MOTION FOR EXTENSION OF DEADLINES AND MOTION TO EXPEDITE
(Record Docs. 13454, 13455)

**NOW COME** Barge Plaintiffs, through the Barge P.S.L.C., who respectfully move for leave to withdraw without prejudice the Motion for Extension of Deadlines and Motion to Expedite filed as Record Docs. 13454 and 13455.

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)

        Karen Wiedemann (21151)
        WIEDEMANN & WIEDEMANN
        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 581-6180
        Facsimile: (504) 581-4336
        e-mail: lawrence@wiedemannlaw.com,
        karl@wiedemannlaw.com,
        karen@wiedemannlaw.com,

        /s/ Patrick J. Sanders
        Patrick J. Sanders (18741)
        3316 Ridgelake Drive
        Suite 100
        Metairie, LA 70002
        Telephone: 504-834-0646
        e-mail: pistols42@aol.com

        /s/ Richard T. Seymour
        Richard T. Seymour (D.C. Bar #28100)
        Law Office of Richard T. Seymour, P.L.L.C.
        1150 Connecticut Avenue N.W., Suite 900
        Washington, D.C.  20036-4129
        Voice: 202-862-4320
        Cell:   202-549-1454
        Facsimile:  800-805-1065 and 202-828-4130
        e-mail: rick@rickseymourlaw.net


        /s/ Lawrence A. Wilson
        Lawrence A. Wilson (N.Y.S.B.A. 2487908)
        David W. Drucker (N.Y.S.B.A. #1981562)
        Wilson, Grochow, Druker & Nolet
        Woolworth Building
        233 Broadway, 5th Floor
        New York, NY 10279-0003
        Telephone: (212) 608-4400
        Facsimile: (212) 227-5159
            e-mail: lwilson@wgdnlaw1.com,
        ddruker@wgdnlaw1.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8th day of June, 2008.

                                                     \s\Brian A. Gilbert