## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases<br><br>SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*            06-6299<br>*Benoit v. Lafarge*         06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*             07-5178 | <br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |

### ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO WITHDRAW WITHOUT PREJUDICE MOTION FOR EXTENSION OF DEADLINES AND MOTION TO EXPEDITE (Record Docs. 13454, 13455)

Considering the foregoing, it is hereby **ORDERED** that the motion be and is hereby **GRANTED**;

**FURTHER ORDERED**, that the Barge Plaintiffs Motion for Extension of Deadlines and Motion to Expedite (Record Docs. 13454 and 13455) are hereby withdrawn without prejudice.

New Orleans, Louisiana, this _____ day of June, 2008.

_____
HON. STANWOOD R. DUVAL, JR.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8th day of June, 2008.

\s\Brian A. Gilbert