UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
      CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K" (2)

PERTAINS TO: MRGO, <u>Robinson</u> 06-2268    JUDGE DUVAL
                                       MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:        Plaintiff's Motion for Expedited Hearing, Record Doc. No. 13403

<u>O R D E R E D</u>:

<u>XXX</u> : GRANTED. The "Rule to Show Cause . . .," Record Doc. No. 13402, will be determined on the record without oral argument. It appears that plaintiffs' submission complains about the inability of counsel to schedule depositions, a simple matter which competent counsel ought to be able to handle without court intervention. IT IS ORDERED that counsel must confer immediately upon receipt of this order and schedule their remaining depositions and advise me in writing no later than June 13, 2008 what the remaining deposition schedule is. If they fail to do so, the written opposition of the United States to this submission must be filed no later than June 17, 2008, and the court will take up the sorry task of imposing a deposition schedule upon the parties.

New Orleans, Louisiana, this  6th  day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE