# Law Office of Brian A. Gilbert, P.L.C.
## 821 Baronne Street
## New Orleans, Louisiana 70113

Telephone (504) 885-7700                                       bgilbert@briangilbertlaw.com
**Telephone (504) 581-6180**
**Facsimile   (504) 581-4336**

June 5, 2008

**BY HAND**

Hon. Joseph C. Wilkinson, Jr.
United States District Judge
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

                Re:     *In re Katrina Canal Breaches Consol., USDC, EDLA, No. 05-4182, Section "K" (2); BARGE*

Dear Judge Wilkinson:

     Enclosed please find an audio CD containing a recording of the Excerpts of Statement of Arthur Murph, the written transcript of which was submitted as exhibits to:

     Plaintiffs' Opposition to Motion for Protective Order and Motion to Quash Filed by Defendant, Lafarge North America, Inc and New Jourdan, L.L.C;.

     Plaintiffs' Opposition to Motion for Protective Order  and Motion to Quash Filed by Defendant, Lafarge North America, Inc and Harry Holladay;

     Barge Plaintiffs' Opposition to Lafarge North America, Inc.'S Motion for Protective Order on Plaintiffs' Second Rule 30(b)(6) Notice.

     This audio disc is provided to permit verification that the contents of the written transcript reflect actual statements of Mr. Murph.

     With kindest regards, I am

**Hon. Joseph C. Wilkinson, Jr.**
**June 5, 2008**
**P. 2**

                        Yours truly,

                        **BRIAN A. GILBERT**
                        Barge Plaintiffs' Liaison

cc: all counsel (via email)