**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ENF | 001 | ENF-001-000000001 | ENF-001-000000018 | United States Environmental Protection Agency; Region 6 - Dallas; Superfund Division | Derek Ragon | KC833 | 6/9/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from EPA |
| ENF | 002 | ENF-002-000000001 | ENF-002-000000010 | United States Environmental Protection Agency; Region 6 - Dallas; Superfund Division | Derek Ragon | KC834 | 6/9/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from EPA |
| ENF | 003 | ENF-003-000000001 | ENF-003-000000010 | United States Environmental Protection Agency; Region 6 - Dallas; Superfund Division | Derek Ragon | KC835 | 6/9/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from EPA |
| ENF | 004 | ENF-004-000000001 | ENF-004-000000010 | United States Environmental Protection Agency; Region 6 - Dallas; Superfund Division | Derek Ragon | KC836 | 6/9/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from EPA |
| ENF | 005 | ENF-005-000000001 | ENF-005-000000010 | United States Environmental Protection Agency; Region 6 - Dallas; Superfund Division | Derek Ragon | KC837 | 6/9/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from EPA |
| ENF | 006 | ENF-006-000000001 | ENF-006-000000010 | United States Environmental Protection Agency; Region 6 - Dallas; Superfund Division | Derek Ragon | KC838 | 6/9/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from EPA |
| ENF | 007 | ENF-007-000000001 | ENF-007-000000012 | United States Environmental Protection Agency; Region 6 - Dallas; Superfund Division | Derek Ragon | KC839 | 6/9/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from EPA |