U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAY - 6 2008

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 3, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 08-30362  In Re: Katrina Canal
        USDC No.  2:06-CV-6099
                    2:06-CV-5786
                    2:06-CV-4389
                    2:05-CV-4182

The court has granted appellant's motion to reinstate the appeal.

We request that the district court clerk certify the record on appeal within 15 days and notify this office when it is complete so that a briefing notice can issue.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                          Angelique D. Batiste, Deputy Clerk
                          504-310-7808

Mr Ashton R O'Dwyer Jr
Mr Michael C Keller
Ms Loretta Whyte, Clerk

MOT-2

      ___ Fee_____
      ___ Process_____
      _X_ Dktd_____
      ___ CtRmDep_____
      ___ Doc. No._____