UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § PERTAINS TO: § § ALL CASES § § § § § | CIVIL ACTION NO. 05-4182 SECTION "K"(2) JUDGE DUVAL MAG. WILKINSON |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

---

1  This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated March 17, 2008

| Case | Number | Type |
|---|---|---|
| Dillard University et al v.RSUI Indemnity Company | 06-04138 | Insurance |
| Turner et al v.Republic Fire and Casualty Insurance Company | 06-08706 | Insurance |
| Meyers v.Standard Fire Insurance Company | 06-09518 | Insurance |
| Gray v.Security Plan Fire Insurance Company | 07-03701 | Insurance |
| State of Louisiana v.United States of America | 07-05226 | Levee, Mr.Go |
| Hunter et al v.Allstate Insurance Company | 07-06090 | Insurance |
| Short v.National Lloyds Insurance Company | 07-06478 | Insurance |
| Miri v.State Farm Fire & Casualty Company | 07-06775 | Insurance |
| Tillery et al v.Encompass Insurance Company | 07-07115 | Insurance |
| Fernandez v.Scottdale Insurance Company | 07-07480 | Insurance |
| Fernandez v.Scottdale Insurance Company | 07-07480 | Insurance |
| Rodriguez et al v.Allstate Insurance Company | 07-07593 | Insurance |
| Pittman v.Allstate Insurance Company | 07-09069 | Insurance |
| Pittman v.Allstate Insurance Company | 07-09069 | Insurance |
| Randolph v.Allstate Insurance Company | 07-09268 | Insurance |
| Mitchell et al v.Allstate Insurance Company | 07-09420 | Insurance |
| Volpe et al v.Allstate Insurance Company | 07-09421 | Insurance |
| Henry v.State Farm Fire and Casualty Company | 07-09481 | Insurance |
| Henry v.State Farm Fire and Casualty Company | 07-09481 | Insurance |
| Boutte v.Lexington Insurance Company | 07-09489 | Insurance |
| Murray v.Republic Fire and Casualty Insurance Company | 07-09511 | Insurance |

| Case Name | Case Number | Category |
|---|---|---|
| Doussan Properties LLC v. Illinois Union Insurance Company | 07-09685 | Insurance |
| Landry et al v. State Farm Insurance Companies | 08-00039 | Insurance |
| Rush v. Republic Fire and Casualty Insurance Company | 08-00709 | Insurance |
| Reily et al v. United State of America et al | 08-01192 | Levee, Mr. Go |
| Hartford Steam Boiler Inspection et al v. United States of America | 08-01212 | Mr. Go |
| National Union Fire Insurance Company et al v. United States of America | 08-01213 | Mr. Go |
| Teoulet v. Allstate Insurance Company | 08-01306 | Insurance |
| Reyes v. Allstate Insurance Company | 08-01309 | Insurance |
| Nash v. Allstate Insurance Company | 08-01315 | Insurance |
| Pittman Construction Company v. United State of America | 08-01429 | Mr. Go |
| Combs et al v. Allstate Insurance Company | 08-01523 | Insurance |
| Norman et al v. State Farm Fire and Casualty Company | 08-01650 | Insurance |
| Lomax v. State Farm Fire and Casualty Company | 08-01651 | Insurance |
| Johnson v. State Farm Fire and Casualty Company | 08-01652 | Insurance |
| Morgan et al v. State Farm Fire and Casualty Company | 08-01653 | Insurance |
| Montelongo et al v. Allstate Insurance Company | 08-01656 | Insurance |
| Palermo v. Allstate Insurance Company | 08-01657 | Insurance |
| Robinson v. United States of America, and United States Army Corps of Engineers | 08-01707 | Mr. Go |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 6th day of June, 2008

_____

JOSEPH M. BRUNO, La. Bar. #3604
Law Offices of Joseph M. Bruno
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**