UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES §<br>CONSOLIDATED LITIGATION §<br>§<br>§<br>§<br>§<br>§<br>PERTAINS TO: §<br>INSURANCE    (07-4808) §<br>*Guy Edwards v. Encompass Property* §<br>*and Casualty Insurance Company* §<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice as to plaintiff, Guy Edwards, and defendant, Encompass Property and Casualty Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this ___9th___ day of _____June_____, 2008.

_____
JUDGE