UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Flowers</u>, 06-9246 | JUDGE DUVAL<br>MAG. WILKINSON |
| FLOWERS BY MY SISTER AND ME, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 06-9246 |
| MARYLAND CASUALTY COMPANY | SECTION "J" (4) |

### ORDER

The minute entry issued by the undersigned magistrate judge on June 3, 2008, Record Doc. No. 13421 in 05-4182 "K"(2) and Record Doc. No. 16 in 06-9246 "J"(4), <u>erroneously</u> directed the Clerk "to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 06-4718 on the docket of C.A. No. 06-4718, and <u>not</u> on the docket of C.A. No. 05-4182." Accordingly, let the record reflect that the correct case number is 06-9246, not 06-4718, and that all future filings in C.A. No. 06-9246 should be docketed on the docket of C.A. No. 06-9246, and <u>not</u> on the docket of C.A. No. 05-4182.

New Orleans, Louisiana, this 9th day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE