## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*     06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA*     07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*     07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**MOTION OF LAFARGE NORTH AMERICA INC. FOR LEAVE
TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION
TO QUASH PLAINTIFFS' APRIL 30, 2008 DEPOSITION NOTICE AND
<u>DOCUMENT DEMAND TO CENTANNI INVESTIGATIVE AGENCY</u>**

Lafarge North America Inc. ("LNA") hereby moves for leave to file the accompanying short reply memorandum in support of its motion to quash plaintiffs' deposition notice and document demand to LNA's counsel's investigator.  LNA submits that the reply is appropriate in light of the nature of plaintiffs' opposition [Doc. 13418], which purports to *amend* their deposition and document demand after LNA's motion has already been filed.

        Respectfully submitted,

        /s/ Derek A. Walker
        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        Ivan M. Rodriguez (#22574)
        Parker Harrison (#27538)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com
        Harrison@chaffe.com

        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

June 9, 2008

## Certificate of Service

    I hereby certify that I have on this 9th day of June, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        /s/ Derek A. Walker