UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * * | CIVIL ACTION |
| | | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* | 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

### ORDER GRANTING MOTION TO FILE REPLY MEMORANDUM

Upon consideration of the motion of Lafarge North America Inc. to file a reply memorandum in support of its motion to quash plaintiffs' deposition notice and demand for LNA's counsel's investigator, Centanni Investigative Agency, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the REPLY MEMORANDUM IN SUPPORT OF LAFARGE NORTH AMERICA INC.'S MOTION TO QUASH PLAINTIFFS' APRIL 30, 2008 DEPOSITION NOTICE AND DOCUMENT DEMAND TO CENTANNI INVESTIGATIVE AGENCY.

New Orleans, Louisiana, this _____ day of June, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE