UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
|  | * | |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * | |

**CONSENT MOTION TO EXTEND**
**CLASS CERTIFICATION EXPERT REPORT DEADLINES,**

**NOW COME** Barge Plaintiffs, through the Barge Plaintiffs' Subgroup Litigation Committee, and Lafarge North America, Inc., through counsel, who respectfully move by consent for a reasonable extension of the deadline for plaintiffs class certification expert reports from June 12, 2008 to June 30, 2008, and Lafarge North America's class certification expert reports from August 14, 2008 to August 28, 2008.  Movers' incorporate and respectfully move also for the following scheduling adjustments in order to accommodate the extension of class certification expert report deadlines.

Class certification witness lists deadline extended from August 7, 2008 to August 21, 2008;

Class certification discovery deadline extended from August 28, 2008 to September 14, 2008;

Daubert motions deadline extended from September 5, 2008 to September 19, 2008;

Final class certification exhibit lists deadline extended from September 5, 2008 to September 19, 2008;

Plaintiffs' class certification memorandum deadline extended from September 15, 2008 to September 22, 2008;

Daubert oppositions deadline extended from September 19, 2008 to September 26, 2008;

*Daubert hearings - NO CHANGE - remain scheduled for October 8, 2008;*

Barge Entities' class certification opposition deadline extended from November 10, 2008 to November 17, 2009;

Plaintiffs deadline to reply to Barge Entities' class certification opposition extended from November 24, 2008 to December 1, 2008;

Deadline for designating deposition testimony for class certification hearing - NO CHANGE - remains December 1, 2008;

*Class certification hearing - NO CHANGE - remains scheduled for December 9, 2008.*

It is so moved.

Respectfully submitted,

**BARGE PLAINTIFFS**

By:      /s/ Brian A. Gilbert,
         Brian A. Gilbert, Esq.(21297)
         LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
         821 Baronne Street
         New Orleans, Louisiana 70113
         Telephone: (504) 885-7700
         Telephone: (504) 581-6180
         Facsimile: (504) 581-4336
         e-mail: bgilbert@briangilbertlaw.com

         /s/ Lawrence D. Wiedemann,
         Lawrence D. Wiedemann.(13457)
         Karl Wiedemann (18502)

Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com, karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net


/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
        e-mail: lwilson@wgdnlaw1.com, ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm

500 Fifth Avenue
45th Floor
New York, NY 10110-0002
Telephone: 212-869-3500 ext. 235
Facsimile:  212-398-1532
e-mail: a.fuchsberg@fuchsberg.com,
l.kelmachter@fuchsberg.com

**LAFARGE NORTH AMERICA, INC.**

By: /s/ Derek A. Walker
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th   day of June, 2008.

\s\Brian A. Gilbert
BRIAN A. GILBERT