UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*            07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING MOTION TO FILE REPLY MEMORANDUM

Upon consideration of the motion of Lafarge North America Inc. and New Jourdan, LLC to file a reply memorandum in support of their motion for protective order and motion to quash plaintiffs' deposition notice to New Jourdan, it is hereby ORDERED that the motion is GRANTED.  The Clerk is directed to file the REPLY MEMORANDUM IN SUPPORT OF LAFARGE NORTH AMERICA INC.'S AND NEW JOURDAN'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH.

New Orleans, Louisiana, this _____ day of June, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE