| BOX# | Sources | Begdoc# | Enddoc# | DEPARTMENT / CUSTODIAN | PRODUCTION_ DATE | PRODUCTION_SET |
|---|---|---|---|---|---|---|
| 00M | MRGO | OLD-MRGO-B00M-00329453 | OLD-MRGO-B00M-00329623 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD02 |
| 01I | MRGO | OLD-MRGO-01I-00346806 | OLD-MRGO-01I-00347658 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD02 |
| 01P | MRGO | OLD-MRGO-01P-00344860 | OLD-MRGO-01P-00346805 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD02 |
| 02P | MRGO | OLD-MRGO-02P-00329624 | OLD-MRGO-02P-00331846 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD02 |
| 03P | MRGO | OLD-MRGO-03P-00331847 | OLD-MRGO-03P-00333704 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD02 |
| 04P | MRGO | OLD-MRGO-04P-00333705 | OLD-MRGO-04P-00334886 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD01 |
| 05P | MRGO | OLD-MRGO-05P-00334887 | OLD-MRGO-05P-00336833 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD01 |
| 06P | MRGO | OLD-MRGO-06P-00336834 | OLD-MRGO-06P-00338685 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD01 |
| 07P | MRGO | OLD-MRGO-07P-00338686 | OLD-MRGO-07P-00341075 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD01 |
| 08P | MRGO | OLD-MRGO-08P-00341076 | OLD-MRGO-08P-00342942 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD01 |
| 09P | MRGO | OLD-MRGO-09P-00342943 | OLD-MRGO-09P-00344859 | ENGINEERING DEPT | 6/2/2008 | MRGO / BARGE PROD01 |

Orleans Levee District - Production Log as of 04/18/08

| Comments |
|---|
| PERMIT FILE |
|  |
| PERMIT FILE |
| PERMIT FILE |
| PERMIT FILE |
| PERMIT FILE |
| PERMIT FILE |
| PERMIT FILE |
| PERMIT FILE |
| PERMIT FILE |
| PERMIT FILE |