UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE,** *et. al* | * | **CIVIL ACTION** |
| | * | |
| **Plaintiffs** | * | **NO.: 07-5112** |
| | * | |
| | * | **SECTION "K"** |
| **VERSUS** | * | |
| | * | **MAGISTRATE (2)** |
| **AEGIS SECURITY INSURANCE CO.,** | * | |
| *et. al.* **COMPANY** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Ronald A. LaPorte, Jr. and Harold P. Noonan, III, and defendant, United States Fidelity and Guaranty Company (USF&G), who, pursuant to a settlement agreement executed by Ronald A. LaPorte, Jr. and Harold P. Noonan, III, individually and on behalf of Nola Investment Properties, LLC, now jointly move this Court for the entry of an order, dismissing the all claims asserted by Ronald A. LaPorte, Jr. and Harold P. Noonan, III, individually and on behalf of Nola Investment Properties, LLC, in the captioned lawsuit, with prejudice, with each party to bear its own costs, reserving all rights as to all other parties to the suit.

Respectfully submitted:

_/s/ Joseph M. Bruno_____
Joseph M. Bruno, Esq.
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

1

        Telephone: (504) 525-1335
        Facsimile: (504) 561-6779
        Attorneys for Plaintiff(s)

and

  */s/ Rachel A. Meese*_____
**Ralph S. Hubbard III, T.A., La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**Rachel A. Meese, La. Bar No. 25457**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
Attorneys for United States Fidelity and Guaranty
Company (USF&G)

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 10th day of June, 2008.


      __*/s/ Rachel A. Meese*_____