UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.  05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | § § § § § § § § § § § § § § § § | |

**DEFENDANTS WASHINGTON GROUP INTERNATIONAL, INC. AND THE UNITED STATES' JOINT MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE ADDITIONAL SUBCLASS REPRESENTATIVES FROM PARAGRAPH 13.B OF AMENDED MRGO COMPLAINT**

**NOW INTO COURT,** through its undersigned counsel, comes Defendants Washington Group International, Inc. and The United States (collectively "Defendants"), who, pursuant to Local Rule 7.5E, respectfully seek leave of this Court to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Strike Additional Sub-Class Representatives (Doc. No. 13417).

**WHEREFORE**, Defendants pray that this Honorable Court, in the interest of justice, grant leave to file this Reply and consider the Reply in ruling upon the pending Motion to Strike Additional Sub-Class Representatives From Paragraph 13.B of the Amended MRGO Complaint pursuant to Federal Rule of Civil Procedure 12(f) (Doc. No. 13074).

930525v.1

- 2 -

Dated: June 10, 2008

Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, Bar No. 12901
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:
Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

*/s/Robin D. Smith*
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov

*Attorneys for Defendant United States*

- 3 -

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Reply to Plaintiffs' Opposition to Motion to Strike Additional Sub-Class Representatives From Paragraph 13.B of Amended MRGO Master Consolidated Class Action Complaint has been served upon Joseph Bruno, Plaintiffs' Liaison Counsel, this 10th day of June, 2008.

          */s/Heather S. Lonian*
          Heather S. Lonian

930525v.1