UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**REQUEST FOR ORAL ARGUMENT**

    **NOW COME** Barge Plaintiffs, through the Barge Plaintiffs' Subgroup Litigation Committee, who respectfully request oral argument in connection with the June 25, 2008 hearing of Record Doc. 13347, Barge Plaintiffs' Motion for Appeal of Magistrate Judge Decision to District Court re Record Doc. 13149 Order on Motion for Protective Order, Order on Motion for Discovery, Order on Motion for Reconsideration by Ethel Mumford.

    Respectfully submitted,

                        /s/ Brian A. Gilbert,
                        Brian A. Gilbert, Esq.(21297)
                        LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                        821 Baronne Street
                        New Orleans, Louisiana 70113
                              Telephone: (504) 885-7700
                              Telephone: (504) 581-6180
                              Facsimile: (504) 581-4336
                              e-mail: bgilbert@briangilbertlaw.com

        /s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Adele Rapport
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,
        adele@rickseymourlaw.net


/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
    Telephone: (212) 608-4400
    Facsimile: (212) 227-5159
    e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

        /s/ Alan L. Fuchsberg
        Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
        Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
        The Jacob D. Fuchsberg Law Firm
        500 Fifth Avenue
        45th Floor
        New York, NY 10110-0002
            Telephone: 212-869-3500 ext. 235
            Facsimile:  212-398-1532
            e-mail: a.fuchsberg@fuchsberg.com,
            l.kelmachter@fuchsberg.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 10th day of June, 2008.

                \s\Brian A. Gilbert