UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING MOTION TO FILE REPLY MEMORANDUM

Upon consideration of the motion of Lafarge North America Inc. and Harry Hollday to file a reply memorandum in support of their motion for protective order and motion to quash plaintiffs' subpoena duces tecum on LNA's attorney, Harry Holladay, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the REPLY MEMORANDUM IN SUPPORT OF LAFARGE NORTH AMERICA INC.'S AND HARRY HOLLADAY'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH PLAINTIFFS' SUBPOENA DUCES TECUM ON HARRY HOLLADAY.

New Orleans, Louisiana, this ___11th___ day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE