UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * | NO. 05-4182<br>and consolidated cases |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*      05-5724<br>*Lagarde v. Lafarge*       06-5342<br>*Perry v. Ingram*            06-6299<br>*Benoit v. Lafarge*          06-7516<br>*Parfait Family v. USA*  07-3500<br>*Lafarge v. USA*             07-5178 | * * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br>MAG.<br>JOSEPH C. WILKINSON, JR. |

### *CONSENT* MOTION TO CONTINUE HEARING

**NOW COMES** the Barge P.S.L.C., who, for the reasons expressed herein, respectfully move for a continuance of a hearing previously set for June 25, 2008 regarding Doc. No. [13347] MOTION for APPEAL OF MAGISTRATE JUDGE DECISION to District Court Regarding Doc. No. [13149] Order on Motion for Protective Order, Order on Motion for Discovery, Order on Motion for Reconsideration of Ethel Mumford.

Mover avers that in order to adhere to the joint deposition schedule for all parties, it has become necessary to continue the hearing to a later date. Plaintiffs request and defendant consent to a continuance of this hearing to the next available hearing date of July 9, 2008.

Undersigned counsel certifies that he has conferred with opposing counsel who is not opposed to a continuance of the hearing date.

**WHEREFORE PREMISES CONSIDERED**, Barge P.S.L.C. respectfully asks that this Court enter an order granting Barge P.S.L.C.'s motion to continue hearing to the next available hearing date of July 9, 2008.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700

Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN

821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,
adele@rickseymourlaw.net



/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com,
ddruker@wgdnlaw1.com

/s/ Alan L. Fuchsberg
Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
Telephone: 212-869-3500 ext. 235
Facsimile:  212-398-1532
e-mail: a.fuchsberg@fuchsberg.com,
l.kelmachter@fuchsberg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 11th day of June, 2008

\s\Brian A. Gilbert
BRIAN A. GILBERT