UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDTED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: | SECTION "K"(2) |
| *ALEXANDER* C.A. NO. 07-4538 | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (a) and Local Rule 5.6E, Defendant, NATIONAL FIRE AND INDEMNITY EXCHANGE, hereby declares that it is a reciprocal exchange of policy holders and that it has no stockholders. It is not owned by any parent corporation and no publicly traded company owns 10% or more of any stock of National Fire and Indemnity Exchange.

Respectfully submitted,

CURRY & FRIEND,
A Professional Law Corporation

BY:  s/ Brett F. Willie
RENÉ A. CURRY #4670
GUY C. CURRY #22032
BRETT F. WILLIE #26755
Whitney Bank Building, Suite 1200
228 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 524-8556

Attorneys for National Fire and
Indemnity Exchange

## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a copy of the above and foregoing will be served upon Daniel E. Becnel, Jr., 106 W. Seventh Street, P.O. Drawer H, Reserve, Louisiana 70084, through the Court's CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system. Done on this date: June 11, 2008.

s/ Brett F. Willie
BRETT F. WILLIE
