UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

<u>**NOTICE OF HEARING**</u>

**PLEASE TAKE NOTICE** that BARGE P.S.L.C, has filed a motion to continue the hearing date regarding Doc. No. [13347]  MOTION for APPEAL OF MAGISTRATE JUDGE DECISION to District Court Regarding Doc.  No. [13149] Order on Motion for Protective Order, Order on Motion for Discovery, Order on Motion for Reconsideration of Ethel Mumford.  A hearing on said motion shall be heard before the Honorable Stanwood R. Duvall, Jr., on July 23, 2008 at 9:30 a.m.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

821 Baronne Street

New Orleans, Louisiana 70113
Telephone: (504) 885-7700

Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN

821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com


/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,
adele@rickseymourlaw.net


/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)

        David W. Drucker (N.Y.S.B.A. #1981562)
        Wilson, Grochow, Druker & Nolet
        Woolworth Building
        233 Broadway, 5th Floor
        New York, NY 10279-0003
        Telephone: (212) 608-4400
        Facsimile: (212) 227-5159
        e-mail: lwilson@wgdnlaw1.com,
        ddruker@wgdnlaw1.com

        /s/ Alan L. Fuchsberg
        Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
        Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
        The Jacob D. Fuchsberg Law Firm
        500 Fifth Avenue
45th Floor
        New York, NY 10110-0002
        Telephone: 212-869-3500 ext. 235
        Facsimile:  212-398-1532
        e-mail: a.fuchsberg@fuchsberg.com,
        l.kelmachter@fuchsberg.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 11th  day of June, 2008

        \s\Brian A. Gilbert
        BRIAN A. GILBERT