UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| ------------------------------------------------ | * | **MAG. WILKINSON** |
| | * | |
| **PERTAINS TO:** | * | |
| **INSURANCE (2007-08772)** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE/UNOPPOSED MOTION AND PROPOSED ORDER TO BIFURCATE

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, ***Robert and Jane Newman,*** who pursuant to Case Management Order No. 4, Section 5 (C), moves this Honorable Court for an Order bifurcating the matter titled "Robert and Jane Newman v. Allstate Insurance Company," Case No. 07-8772 from the consolidated litigation. Plaintiffs further request that pursuant to Case Management Order No. 4, Section 5 (C) at p. 48 the matter be referred to Magistrate Wilkinson. Plaintiffs further stipulate that they will not participate in common discovery for All Insured Defendants for individual cases. Plaintiffs contacted counsel for the defendant prior to filing the present Motion and was advised that defendant had no objection to this matter being bifurcated.

Moreover, Plaintiffs have had a Motion to Remand pending since April 16, 2008 and inform the Court that granting the Motion to Remand will moot the instant motion.

**WHEREFORE,** plaintiffs, ***Robert and Jane Newman,*** pray that the matter titled "Robert

and Jane Newman v. Allstate Insurance Company," Case No. 07-8772, be bifurcated from the consolidated litigation.

>Respectfully submitted,
>s/ Soren Gisleson
>**SOREN E. GISLESON, ESQ.**, La. Bar No. 26302
>**JOSEPH E. "JED" CAIN, ESQ.**, La. Bar No. 29785
>**HERMAN, HERMAN, KATZ & COTLAR, LLP**
>820 O'Keefe Avenue
>New Orleans, LA 70113-1116
>Telephone: (504) 581-4892
>Fax: (504) 561-6024

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

>s/ Soren Gisleson
>**SOREN E. GISLESON, ESQ.**