UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| ------------------------------------------------ | * | **MAG. WILKINSON** |
| | * | |
| **PERTAINS TO:** | * | |
| **INSURANCE (2007-08772)** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Motion to Bifurcate;*

**IT IS HEREBY ORDERED** that the above referenced proceeding be and is hereby bifurcated pursuant to Case Management Order No. 4, Section 5 (C) and the matter be referred to Magistrate Wilkinson for a preliminary conference.

Signed this ___ day of _____, 2008 in New Orleans, Louisiana.

_____
**JUDGE**