MINUTE ENTRY
WILKINSON, M.J.
JUNE 9, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES                    CIVIL ACTION
    CONSOLIDATED LITIGATION

                     NO. 05-4182 "K"(2)

PERTAINS TO: MRGO, BARGE        JUDGE DUVAL
                               MAG. WILKINSON

   A status conference was held today pursuant to my previous order, Record Doc. No. 13290.  Participating through oral presentations were:  William Treeby, representing Washington Group International, Inc. ("WGI");  John D. Aldock, representing Lafarge North America, Inc.;  Joseph M. Bruno, Plaintiffs' Liaison Counsel;  Brian A. Gilbert, Barge Plaintiffs' Liaison Counsel.  Numerous other counsel were also present.

   The purpose of the meeting was to discuss possible plaintiff specific discovery and to identify candidate cases for July 2009 trial in the "Barge" and "MRGO" case categories.

   Considering the record and the representations of counsel, all counsel and parties in all cases in the "Barge" category of cases are hereby formally put on notice that <u>all</u> "Barge" cases must be ready to be tried to judgment in July 2009.  **Any** limitations heretofore placed

MJSTAR:  1 : 00

on discovery related to damages, causation or other matters in the "Barge" category of cases are **LIFTED.**

In the MRGO category of cases, Plaintiffs' Liaison Counsel will select **FIVE (5)** cases related to the geographic area of the northern flood wall breach and **FIVE (5)** cases related to the geographic area of the southern flood wall breach as potential choices for trial in **JULY 2009**, which must be listed in a letter addressed to me and counsel for WGI, who must then respond with a similar letter of his own. I will review the letters and plan further proceedings, as may be appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**