MINUTE ENTRY
DUVAL, J.
March 7, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                        CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                                           NO. 05-4182

PERTAINS TO:                                        SECTION "K"(2)
    MRGO AND BARGE
    *Publish to Web*

      A status conference was held this day in open court concerning the confection of a Revised Case Management Order for MRGO and BARGE. After lengthy discussion by all parties in attendance, the Court determined that the parties should confer and present a proposed order to it. Accordingly,

      **IT IS ORDERED** that no later than **March 21, 2008**, counsel shall file with the Court a Proposed Case Management Order that will contain a specific schedule for the litigation that is to occur in these two categories simultaneously.

      Such proposed order shall indicate where agreement has been reached, and where there is disagreement, each separate proposal should provide an explanation of each party's position. This proposed order should indicate specific dates for all necessary deadlines including, but not limited to, discovery, motion cut-offs, expert reports, class action determination, trial of possible bellwether cases, and the like.

      **IT IS FURTHER ORDERED** that a copy of the Status Conference shall be filed into the record.

JS-10: 1 HOUR 55 MINS