CR: Jodi Simeox

SIGN IN SHEET FOR C.A. 05-4182 "K"(2)
FRIDAY, MARCH 7, 2008 AT 10:00 A.M.

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
PARFAIT (Ref: CA 07-3500) - STATUS CONFERENCE IN RE: MRGO AND BARGE, DOC. 11449

| | ATTORNEY | PARTY |
|---|---|---|
| | Daniel A. Webb | New York Marine |
| | Derek Walker | LNA |
| | Robert Fisher | LNA |
| D- | John Aldock | LNA |
| | Mark Raffman | LNA |
| D- | Thomas P. Anzelmo | Orleans Levee District |
| D- | William D. Treeby | Washington Group |
| | Adrian Wager-Zito | " " |
| | Andy Weinstock | Lake Borgne Basin Levee Dist. |
| | André Mouledoux | Pine Bluff Sand & Gravel; Zito Fleeting LLC |
| | Elisa Gilbert  The Gilbert Firm | ~~The Gilbert Firm~~ Entergy, Murphy Oil; Air Products; Waste Mgmt. |
| | Ernest Svenson  The Svenson Firm | " |
| | Scott Joanen | MRGO PSLC |
| | Pat Sanders | Barge PSLC |
| | Lawrence Wiedemann | Barge PSLC |
| | (illegible) | Barge PLSC |
| D | Brian Gilbert | Barge PSLC |
| | Lawrence Wilson | Barge PSLS |
| | Don Haycraft | Ingram Barge |
| | Elwood Stevens | Norman Robinson, et al |
| D- | Jonathan Andry | MRGO PSLC / N. Robinson, et al |
| D- | Kirk N. Aurandt | Port of New Orleans |

| | |
|---|---|
| Ralph Hubbard | Liaison for defendants |
| Joseph Brum | Liaison for Π |
| Todd M. Korbel | Venezian Auto Club counsel for Π  No. 06-1660 |
| Robin Smith | phone – USA |
| Jim McConnon | |