UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                          CIVIL ACTION
          CONSOLIDATED LITIGATION

                                                       NO. 05-4182

                                                       SECTION "K"(2)

## ORDER

Considering duplicate motions to dismiss were filed by Travelers Property Casualty Company, namely Rec. Docs. 13483 and 13484, accordingly

**IT IS ORDERED** that the motion to dismiss at Rec. Doc. 13483 is **DENIED AS MOOT.**

New Orleans, Louisiana, this ___11th___ day of June, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE