MINUTE ENTRY
DUVAL, J.
May 29, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO: *Burks* C.A. No. 06-4173            SECTION "K"(2)

Attending a status conference held this day were:

Jack Tobias for Erin Burks and
Tyler Weidlich for Citimortgage, Inc.

The purpose of the conference was to discuss the issues to be addressed in CitiMorgage, Inc.'s proposed Motion for Summary Judgment which was sought to be filed. During the course of the conference, it was learned that plaintiff has settled with her homeowner insurance carrier which coverage issues were the sole reason for this case's consolidation with *In re Katrina Canal Breaches Consolidated Litigation* and that continued consolidation would serve no purpose. Accordingly,

**IT IS ORDERED** that this case, *Burks v. Prudential Finanical Group*, C.A. No. 06-4173, be and is hereby **SEVERED**, and is **TRANSFERRED** to Section "I"(2) where it was originally allotted.

New Orleans, Louisiana, this ___9th___ day of June, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

JUN 1 0 2008

TRANSFERRED TO

**SECT. I**

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.