UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Hammond, 07-1767  JUDGE DUVAL
                                          MAG. WILKINSON

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to plaintiff's Motion for Leave to File First Supplemental and Amending Complaint, Record Doc. No. 13172, set for hearing on June 11, 2008, without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is GRANTED.

Furthermore, it appears that this is not a case that might benefit from further consolidated treatment with other cases in the Insurance umbrella of the captioned consolidated litigation. Now that the Louisiana Supreme Court has rendered its decision in Sher concerning the flood exclusion in a manner consistent with the Fifth Circuit's decision on the same legal issue in the captioned consolidated litigation and plaintiff has

formally withdrawn this claim through the instant motion, there is no reason for the Hammond case to remain in the consolidated litigation. Accordingly, having conferred with Judge Duval, who agrees with the actions contained herein in these circumstances,

**IT IS ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-1767 on the docket of C.A. No. 07-1767, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "J"(1), where it was originally allotted before its transfer to this consolidated litigation, for future proceedings in Section "J"(1).

New Orleans, Louisiana, this ___9th___ day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2