UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | | * * * * | NO. 05-4182 and consolidated cases |
| | | * | SECTION "K" (2) |
| Boutte v. Lafarge | 05-5531 | * | |
| Mumford v. Ingram | 05-5724 | * | |
| Lagarde v. Lafarge | 06-5342 | * | JUDGE |
| Perry v. Ingram | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| Benoit v. Lafarge | 06-7516 | * | |
| Parfait Family v. USA | 07-3500 | * | MAG. |
| Lafarge v. USA | 07-5178 | * | JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO WITHDRAW WITHOUT PREJUDICE MOTION FOR EXTENSION OF DEADLINES AND MOTION TO EXPEDITE (Record Docs. 13454, 13455)

Considering the foregoing, it is hereby **ORDERED** that the motion be and is hereby **GRANTED**;

**FURTHER ORDERED**, that the Barge Plaintiffs Motion for Extension of Deadlines and Motion to Expedite (Record Docs. 13454 and 13455) are hereby withdrawn without prejudice.

New Orleans, Louisiana, this ___ day of June, 2008.

_____
HON. STANWOOD R. DUVAL, JR.