UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE,** *et. al* | * | **CIVIL ACTION** |
| | * | |
| **Plaintiffs** | * | **NO.: 07-5112** |
| | * | |
| | * | **SECTION "K"** |
| **VERSUS** | * | |
| | * | **MAGISTRATE (2)** |
| **AEGIS SECURITY INSURANCE CO.,** | * | |
| *et. al.* **COMPANY** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice;

It is ORDERED that the motion is GRANTED and all claims asserted by Ronald A. LaPorte, Jr. and Harold P. Noonan, III, individually and on behalf of Nola Investment Properties, LLC in the above captioned matter are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, reserving all rights as to all other parties to the suit.

New Orleans, Louisiana this  11th  day of _____June_____, 2008.

_____
UNITED STATES DISTRICT JUDGE