UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | § § § § § § § § § § § § § § § § | |

## O R D E R

Considering the foregoing Defendants Washington Group International, Inc. and the United States' Joint Motion for Leave to File Reply to Plaintiffs' Opposition to Motion to Strike Additional Subclass Representatives from Paragraph 13.B of Amended MRGO Complaint;

**IT IS ORDERED** that the Motion is **GRANTED** and that the Reply Brief be and hereby is filed into the record.

New Orleans, Louisiana, this  11th  day of June, 2008.

UNITED STATES DISTRICT JUDGE

930532v.1