UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) |
| PERTAINS TO INSURANCE: | | CONS. KATRINA CANAL |
| | * | |
| *Sean Goodman and his wife Silvia Goodman v. Fidelity National Insurance Company,* | | JUDGE STANWOOD R. DUVAL, JR. |
| *Robert Sheard Insurance Agency, Inc.,* | * | |
| *Robert Sheard and ABC Insurance Company* | | MAGISTRATE JUDGE JOSEPH |
| *No. 06-3799* | * | WILKINSON |
| | * | |

## MOTION TO WITHDRAW, ENROLL AND DESIGNATE TRIAL ATTORNEY

NOW INTO COURT, through undersigned counsel, comes defendant, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, and hereby requests that Ralph G. Breaux formerly of BIENVENU, FOSTER, RYAN & O'BANNON, LLC, be withdrawn as attorney of record for LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, and that Christopher M. G'sell be enrolled as counsel of record, and John W. Waters, Jr. be designated as trial attorney for LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION.  Counsel represents that the requested designation will not delay the progress of this case.

-1-

WHEREFORE, defendant, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, respectfully requests that Ralph G. Breaux, formerly of BIENVENU, FOSTER, RYAN & O'BANNON, LLC, be withdrawn as attorney of record for LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, and that Christopher M. G'sell be enrolled as counsel of record, and John W. Waters, Jr. be designated as trial attorney for LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION.

Respectfully submitted,

BIENVENU, FOSTER, RYAN & O'BANNON, LLC

BY*:*     */s/ John W. Waters, Jr.*
JOHN W. WATERS, JR. (#13258)T.A.
CHRISTOPHER M. G'SELL (26290)
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Telephone:  (504) 310-1500
Fax:          (504) 310-1501
*E-Mail:* CGsell@bfrob.com
*E-Mail:* JWaters@bfrob.com

# CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by facsimile transmission, hand delivery, electronic mail and/or depositing same in the United States Mail, postage pre-paid on June 12, 2008.

*/s/John W. Waters, Jr.*

-2-