UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) |
| PERTAINS TO INSURANCE: | | CONS. KATRINA CANAL |
| | * | |
| *Sean Goodman and his wife Silvia Goodman* | | JUDGE STANWOOD R. DUVAL, JR. |
| *v. Fidelity National Insurance Company,* | * | |
| *Robert Sheard Insurance Agency, Inc.,* | | MAGISTRATE JUDGE JOSEPH |
| *Robert Sheard and ABC Insurance Company* | * | WILKINSON |
| *No. 06-3799* | | |
| | * | |

# **ORDER**

Considering the foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Ralph G. Breaux formerly of

BIENVENU, FOSTER, RYAN & O'BANNON, LLC be withdrawn as attorney of record for

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, and that Christopher M. G'sell

be enrolled as counsel of record, and John W. Waters, Jr. be designated as trial attorney for

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE