UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | Civil Action No:  05-4182 <br><br> Section:  K <br><br> Judge:  Hon. Stanwood Duval, Jr. |
| THIS DOCUMENT RELATES TO:<br>*Austin Randolph v. Allstate Insurance Co.*<br>Case No. 07-9268 | * <br> * <br> * <br> * <br> * | Mag.:  Hon. Joseph Wilkinson, Jr. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS WITH PREJUDICE
## BY  AUSTIN RANDOLPH

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Austin Randolph which, pursuant to a settlement agreement executed by plaintiff, Austin Randolph and Allstate Insurance Company, move this Court for the entry of an Order of Dismissal, dismissing all of Austin Randolph's claims in the captioned lawsuit, including without limitation those claims asserted against Allstate Insurance Company, with prejudice, with each party to bear its own costs.

1

Respectfully Submitted:

**COUTURE & SOILEAU, LLC**

/s Keith Couture_____
**KEITH COUTURE, #22759**
**SAMUEL BEARDSLEY, #22252**
1427 West Causeway Approach
P.O. Box 2381
Mandeville, LA  70470-2381
Telephone:  (985) 674-4428
Fax:  (985) 967-9450
*Attorneys for Austin Randolph*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June 2008 a copy of the foregoing MOTOIN TO DISMISS WITH PREJUDICE BY AUSTIN RANDOLPH was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all CM/ECF participants:

Respectfully Submitted:

**COUTURE & SOILEAU, LLC**

/s Keith Couture_____
**KEITH COUTURE, #22759**
**SAMUEL BEARDSLEY, #22252**
1427 West Causeway Approach
P.O. Box 2381
Mandeville, LA  70470-2381
Telephone:  (985) 674-4428
Fax:  (985) 967-9450
*Attorneys for Austin Randolph*