UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | Civil Action No:  05-4182 |
| | | Section:  K |
| | | Judge:  Hon. Stanwood Duval, Jr. |
| THIS DOCUMENT RELATES TO:<br>*Austin Randolph v. Allstate Insurance Co.*<br>Case No. 07-9268 | * * * * * | Mag.: Hon. Joseph Wilkinson, Jr. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss With Prejudice By Austin Randolph,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Austin Randolph's claims in the captioned lawsuit, including without limitation those claims against Allstate Insurance Company, are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

3