UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| ------------------------------------------------------ | * * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (2007-08772) | * * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NON-PARTY PILOT CATASTROPHE SERVICES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM TO QUASH SUBPOENA

Pilot Catastrophe Services, Inc. ("Pilot"), a non-party to the above civil action, seeks leave of Court to file a brief Supplemental Memorandum in Support of Motion to Quash Subpoena, and respectfully requests that this Court grant Pilot leave to file for reasons set forth in attached Memorandum.

Respectfully submitted,

*CHOPIN, WAGAR, RICHARD & KUTCHER, LLP*

By:  */s/ Robert A. Kutcher*
**ROBERT A. KUTCHER (T.A.) (#7895)**
**NICOLE S. TYGIER (#19814)**
**CASSIE E. FELDER (#27805)**
Two Lakeway Center, Suite 900
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3845
Facsimile: (504) 836-9543
*Attorneys for Pilot Catastrophe Services, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I emailed and faxed the foregoing document and the notice of electronic filing to any non-CM/ECF participant.

*/s/ Robert A. Kutcher*