UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 "K" (2) |
| -------------------------------------------------------- | * | JUDGE DUVAL |
| PERTAINS TO:<br>INSURANCE (2007-08772) | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Non-Party Pilot Catastrophe Services, Inc.'s Motion for Leave to File Supplemental Memorandum to Quash Subpoena;

IT IS ORDERED that Non-Party Pilot Catastrophe Services, Inc.'s Motion for Leave to File Supplemental Memorandum to Quash Subpoena be and is hereby filed into the record of the above-captioned action.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**DISTRICT JUDGE**