UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| ----------------------------------------------------------- | * * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (2007-08772) | * * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF NON-PARTY PILOT CATASTROPHE SERVICES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM TO QUASH SUBPOENA**

**MAY IT PLEASE THE COURT:**

Pilot Catastrophe Services, Inc. ("Pilot"), a non-party to the above civil action, files the following Memorandum in Support of Motion for Leave to File Supplemental Memorandum in support of its Motion to Quash Subpoena. Pilot is not a party to this action, but rather the recipient of a subpoena seeking the deposition of Pilot's 30(b)(6) designee(s). Since the filing of its original motion and supporting memorandum, Pilot has become aware of matters relevant to its motion which are fully set forth in its supplemental memorandum.

WHEREFORE Pilot seeks leave to file the attached memorandum in support of its Motion to Quash and requests this Court to grant its Motion for Leave to File Supplemental Memorandum.

1

      Respectfully submitted,

      *CHOPIN, WAGAR, RICHARD & KUTCHER, LLP*

By:    */s/ Robert A. Kutcher*
        **ROBERT A. KUTCHER (T.A.) (#7895)**
        **NICOLE S. TYGIER (#19814)**
        **CASSIE E. FELDER (#27805)**
        Two Lakeway Center, Suite 900
        3850 N. Causeway Boulevard
        Metairie, Louisiana 70002
        Telephone: (504) 830-3845
        Facsimile: (504) 836-9543

      *Attorneys for Pilot Catastrophe Services, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 13th day of June, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I emailed and faxed the foregoing document and the notice of electronic filing to any non-CM/ECF participant.

        */s/ Robert A. Kutcher*