United States District Court
Eastern District of Louisiana

Re Katrina Canal Breaches
Consolidated Litigation                    05-4182 K2

To Clerk of Court,    05-4182 K(2)

Please change my address from

Vera Schmit
P.O. Box 791120
New Orleans LA 70179-1120

Vera Schmit
836 Barracks
New Orleans LA 70112

Vera Schmit
836 Barracks St
New Orleans LA 70112

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 12 day of 6, 2008.