UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *EX PARTE* MOTION FOR LEAVE TO FILE
### REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS'
### MOTION FOR ENTRY OF CASE MANAGEMENT ORDER ESTABLISHING
### ROAD HOME SETTLEMENT PROTOCOL

NOW INTO COURT, through undersigned counsel, comes defendant, Insurer Defendants, through Liaison Counsel, Ralph S. Hubbard III, who submits this *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Entry of Case Management Order Establishing Road Home Settlement Protocol.

WHEREFORE, Insurer Defendants respectfully requests this Honorable Court grant it leave to file its Reply Memorandum in Support of Defendants' Motion for Entry of Case Management Order Establishing Road Home Settlement Protocol.

Respectfully submitted:

*/s/ Ralph S. Hubbard, III*
Ralph S. Hubbard III, T.A., La. Bar No. 7040
Seth A. Schmeeckle, La. Bar No. 27076

1

        LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195
Email:         rhubbard@lawla.com
              sschmeeckle@lawla.com

**Insurer Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

        /s/ Ralph S. Hubbard, III
        Ralph S. Hubbard III