# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Entry of Case Management Order Establishing Road Home Settlement Protocol filed by Insurer Defendants;

**IT IS HEREBY ORDERED** that Insurer Defendants' *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Entry of Case Management Order Establishing Road Home Settlement Protocol is granted.

New Orleans, Louisiana this _____ day of June, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

1