

**BUILDING A SAFER, STRONGER, SMARTER LOUISIANA**

# *Road Home* Appeals and Second Disbursements

You have the right to appeal *The Road Home* Homeowner Assistance program's award decision. You may appeal:

- Eligibility decisions
- Denial of Additional Compensation Grant (ACG)
- Amount of benefit compensation including, but not limited to:

    o Pre-storm value of home
    o Estimated cost of damage
    o Amount of FEMA assistance
    o Amount of Insurance payments

All appeals must be submitted in writing to *The Road Home* Appeals Office.

**Before submitting an appeal to *The Road Home* Appeals Office, you must first attempt to resolve issues by working with *The Road Home* Resolution Team or Post Close Grant Reconciliation Team.**

### Conditions for Filing a *Road Home* Appeal

If you are not satisfied with the Resolution Team's decision, you can file a formal appeal in writing to *The Road Home* Appeals Office. **No one from *The Road Home* staff can do this for you.**

One of the following situations must have taken place before your appeal will be accepted by *The Road Home* Appeals Office:

- You have received written or verbal notification of the Resolution Team's final decision and have not gone to closing and you disagree with the award amount(s).
- You have gone to your closing and received written or verbal notification of the Post Closing Grant Reconciliation Team's final decision.
- You have received final notification of the Resolution Team's decision, have gone to **one** closing and submit a *Road Home* appeal within 90 days of date of closing.

PO Box 4549 Baton Rouge, LA 70821 • www.road2LA.org



EXHIBIT 1

The Appeals Office will research all information related to an application only as it relates to current policies governing *The Road Home* award decisions. *The Road Home* Appeals Office will not change policies or laws set forth by the State of Louisiana or the federal government. If you disagree with the decision of *The Road Home* Appeals Office, you have the right to submit a State Appeal to the State of Louisiana's Office of Community Development (OCD).

Even though you may be seeking a resolution or appeal of an award, you are allowed to receive the amount of the grant award through a first closing. If you are awarded an additional amount as a result of the resolution or appeal process you will receive the funds through a second disbursement. If additional documents do not need to be recorded, a second disbursement will be mailed directly to you.

If *The Road Home* determines through the resolution or appeal process that you were overpaid for any reason at your first closing, you will be required to refund the overpayment to the State of Louisiana Office of Community Development (OCD).

**NOTE:** If you have chosen **Option 2** or **Option 3** but wish to seek additional amounts through the resolution or appeal process after your first closing, please be aware that you are selling your property to *The Road Home* Corporation at the FIRST closing for the amount of the initial award. **The sale of your property to *The Road Home* Corporation is FINAL. After the sale at the first closing, you cannot get your property back even if you do not receive any additional award through the resolution or appeal process.**

If you do not want to sell your property for the amount of the initial award, you should not close on your grant until the resolution or appeal process is finished.

## Second Disbursements

If you have completed one closing with First American Title Insurance Company, you have up to 90 days from the date of the first closing to request Resolution. If you have already received written notification of the Resolution Team's decision, you may file a *Road Home* Appeal if you disagree with the award you received.

If *The Road Home* Appeals Office determines that you should receive an additional award after the first closing, you will be contacted to either:

1. Schedule a second closing with First American Title Insurance Company if additional closing documents need to be recorded or
2. Schedule a second award disbursement *mailed directly to you* if additional closing documents do not need to be recorded.

You cannot file an appeal with *The Road Home* program after you receive a second disbursement. When you receive your second disbursement, you will be asked to sign a form stating that you understand that **no** appeal will be accepted by *The Road Home* or the State of Louisiana Office of Community Development (OCD) after the second closing is complete.

### Instructions for Filing a *Road Home* Appeal

If you choose to formally appeal your award after completing *The Road Home* Resolution or First Closing process, you must submit your appeal in writing to the Appeals Office **within 90 days** from the date postmarked on your Resolution letter or the date of your first closing. A formal appeal of calculations related to your *Road Home* application or award can include more than one request for consideration or review but must be submitted as one appeal.

The Appeals Office will only accept communication that is mailed to *The Road Home* Appeals Office. **Faxes, emails, telephone calls, or other methods of communication will not be accepted as an appeal but can be followed up with a mailed letter/document.**

When submitting a *Road Home* appeal, your letter or document must include the following information:

- Full name of all Homeowners/Applicants
- Complete address
- Application ID number (beginning with 06HH)
- Original Signature of Applicant or Co-Applicant
- Telephone number(s)
- Specific reason(s) for appealing *The Road Home* decision.

Additional information can be submitted to support your appeal claim, including:

- Supporting documentation for your appeal
- Additional justification for appealing *The Road Home* program decision
- Request for a copy of your appeal file with your Appeal Determination Report.

All information related to your formal appeal must be mailed to:

> *The Road Home* Appeals Office
> P.O. Box 4669
> Baton Rouge, Louisiana 70821

The Appeals Office staff will research your issue thoroughly and objectively, providing a decision within 60 days upon accepting all appeal documents. The start date for the 60 day timeline will begin based on the date your appeal is accepted by the Appeals Office which will be documented in Appeals Office communication to you.

All official communication from the Appeals Office will be provided in writing through first-class mail. All decisions will be made by Appeals Office staff based on the information included in your application, award calculations made by *The Road Home,* program policies, and documents mailed with your appeal. All Appeal Office decisions including policies reviewed will be recorded in an Appeal Determination Report and mailed to you. The Appeals Office will also forward your appeal decision to the Louisiana Office of Community Development (OCD).

**Once your Appeal Determination Report is mailed to you, no additional or separate appeal can be filed with *The Road Home* program unless your calculations change after the report is issued.**

### Filing a State Appeal to the Office of Community Development (OCD)

If you disagree with the final decision made by *The Road Home* Appeals Office, you can submit a State appeal to the Louisiana Office of Community Development (OCD). State appeals must be submitted in writing within 60 days of the final decision made by *The Road Home* Appeals Office. State appeals must be mailed to:

> *The Road Home* Appeals Office
> ATTN: STATE APPEAL
> P.O. Box 4669
> Baton Rouge, Louisiana 70821

OCD will only review information provided to *The Road Home* Appeals office and reviewed by *The Road Home* Appeals Office. No additional or new information will be accepted for consideration or review with your state appeal.

The appeal must be postmarked on or before the 60th day of the final decision of *The Road Home* Appeals Office, as shown on the Appeal Determination Report. Faxes, emails, telephone calls, or other methods of communication will not be accepted as an appeal.

*The Road Home* will notify OCD of your appeal. OCD will respond directly to you after receiving a State appeal and base its decision solely on the merits of the case and application information.