MINUTE ENTRY
WILKINSON, M.J.
JUNE 12, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                     CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                         NO. 05-4182 "K" (2)

PERTAINS TO:  ROAD HOME, INSURANCE              JUDGE DUVAL
                                                                                 MAG. WILKINSON

A status conference was held today pursuant to my previous order. Record Doc. No. 12952. Participating were: Charles Chassaignac, representing State Farm; Joseph M. Bruno, Plaintiffs' Liaison Counsel; Ralph Hubbard and Seth Schmeeckle, Defendants' Liaison Counsel; Gary Russo, representing Standard Fire; Dan Rees and Kristen Parnell, counsel for the State of Louisiana Road Home Program.

The purpose of the meeting was to discuss the status of the Road Home settlement process and Road Home approval of numerous proposed settlements involving Standard, Travelers and State Farm; the proposed Insurance Umbrella case management order; and the status of the separate mortgage case filed by Mr. Bruno.

MJSTAR: 1 :35

**IT IS ORDERED** that another status conference concerning the Road Home settlement approval process between individual plaintiffs and State Farm and the Standard Fire insurance companies will be conducted before me on **July 1, 2008 at 10:30 a.m.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**