MINUTE ENTRY
WILKINSON, M.J.
JUNE 13, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
        CONSOLIDATED LITIGATION
                                      NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Heron, 06-7327    JUDGE DUVAL
                                          MAG. WILKINSON

     A followup status conference was conducted in the referenced Heron matter on this date. Participating via telephone were: Elton Heron, representing plaintiff; Nora Bilbro, representing defendants. Counsel advised that a settlement conference between themselves has been scheduled in this matter on June 25, 2008. Accordingly, **IT IS ORDERED** that counsel must advise me after the conference if the case has settled. If it has not settled, the case will be separated and deconsolidated from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), and transferred back to Section "I"(5), where it was originally allotted before its transfer to this consolidated litigation, for future proceedings and the scheduling of a trial date in Section "I"(5).

     New Orleans, Louisiana, this  13th  day of June, 2008.

**CLERK TO NOTIFY:**            JOSEPH C. WILKINSON, JR
**HON. STANWOOD R. DUVAL, JR.**  UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 10