UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES              CIVIL ACTION
        CONSOLIDATED LITIGATION
                                              NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Steudlein</u>, 06-7307              JUDGE DUVAL
                                              MAG. WILKINSON

## <u>ORDER</u>

**IT IS ORDERED** that a Status Conference by telephone is hereby **SCHEDULED** in the referenced <u>Steudlein</u> matter on **JUNE 26, 2008 at 2:30 p.m.** before the undersigned magistrate judge.  Counsel may participate in the conference by calling the undersigned magistrate judge's chambers at 504-589-7630 at the designated time.

New Orleans, Louisiana, this <u>  13th  </u> day of June, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE