UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 "K" (2) |
| -------------------------------------------------- | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (2007-08772) | * | MAGISTRATE WILKINSON |

### ORDER

Considering Non-Party Pilot Catastrophe Services, Inc.'s Motion for Leave to File Supplemental Memorandum to Quash Subpoena, Record Doc. No. 13522,

IT IS ORDERED that Non-Party Pilot Catastrophe Services, Inc.'s Motion for Leave to File Supplemental Memorandum to Quash Subpoena be and is hereby filed into the record of the above-captioned action.

New Orleans, Louisiana this 13th day of June, 2008.

UNITED STATES MAGISTRATE JUDGE