**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ZFP | 024 | ZFP-024-000000001 | ZFP-024-000000008 | Department of Homeland Security; FEMA | Kenneth Knight | KC840 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 025 | ZFP-025-000000001 | ZFP-025-000000008 | Department of Homeland Security; FEMA | Kenneth Knight | KC841 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 026 | ZFP-026-000000001 | ZFP-026-000000007 | Department of Homeland Security; FEMA | Kenneth Knight | KC842 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 027 | ZFP-027-000000001 | ZFP-027-000000008 | Department of Homeland Security; FEMA | Kenneth Knight | KC843 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 028 | ZFP-028-000000001 | ZFP-028-000000008 | Department of Homeland Security; FEMA | Kenneth Knight | KC844 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 029 | ZFP-029-000000001 | ZFP-029-000000007 | Department of Homeland Security; FEMA | Kenneth Knight | KC845 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 030 | ZFP-030-000000001 | ZFP-030-000000008 | Department of Homeland Security; FEMA | Kenneth Knight | KC846 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 031 | ZFP-031-000000001 | ZFP-031-000000008 | Department of Homeland Security; FEMA | Kenneth Knight | KC847 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 032 | ZFP-032-000000001 | ZFP-032-000000009 | Department of Homeland Security; FEMA | Kenneth Knight | KC848 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| WFP | 011 | WFP-011-000000001 | WFP-011-000000001 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva | KC849 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| WFP | 012 | WFP-012-000000001 | WFP-012-000000002 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Ed Rappaport | KC850 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| WFP | 013 | WFP-013-000000001 | WFP-013-000000016 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Salim Leyva | KC851 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| WFP | 014 | WFP-014-000000001 | WFP-014-000000002 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Stephen Baig | KC852 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| WFP | 015 | WFP-015-000000001 | WFP-015-000000001 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | John Beven | KC853 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |
| WFP | 016 | WFP-016-000000001 | WFP-016-000000002 | Department of Commerce; NOAA; Tropical Prediction Center/National Hurricane Center | Wilson Shaffer | KC854 | 6/16/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from NOAA |