UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Lawrence, 07-6454 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

More than six weeks ago, counsel in the referenced case, <u>Anthony Michael Lawrence v. Federal Insurance Company</u>, C.A. No. 07-6454 c/w 05-4182, orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). However, effective consent to proceed before a United States Magistrate Judge requires that written consent forms be executed by all parties. Fed. R. Civ. P. 73(b). After six weeks the written form of consent previously provided to the parties has not been returned to the court. All parties therefore have not consented to proceed before a United States Magistrate Judge.

Furthermore, it appears that this is <u>not</u> a case that might benefit from further consolidated treatment with other cases in the Insurance umbrella of the captioned consolidated litigation. Now that the Louisiana Supreme Court has rendered its decision in <u>Sher</u> concerning the flood exclusion in a manner consistent with the Fifth Circuit's decision on the same legal issue in the captioned consolidated litigation, there is no

JUN 1 3 2008

TRANSFERRED TO
SECT. C MAG. 4

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No._____

reason for the Lawrence case to remain in the consolidated litigation. Accordingly, having conferred with Judge Duval, who agrees with the actions contained herein in these circumstances,

**IT IS ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes, so that it may proceed to resolution independently. The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in C.A. No. 07-6454 on the docket of C.A. No. 07-6454, and not on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that the Clerk REALLOT this case and transfer it back to Section "C"(4), where it was originally allotted before its transfer to this consolidated litigation, for future proceedings in Section "C"(4).

New Orleans, Louisiana, this 13th day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2