GSH
1426-11350

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAWRENCE S. FRANK and MARGIE S. FRANK | * | CIVIL ACTION NO. 06-1386 |
| Plaintiffs | * | SECTION: "J" |
| VERSUS | | |
| | * | MAGISTRATE JUDGE: 3 |
| STATE FARM FIRE & CASUALTY CO., LOUISIANA CITIZENS PROPERTY INS. and/or LOUISIANA CITIZENS FAIR PLAN | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **LIMITED MOTION OF DISMISSAL WITH PREJUDICE**

NOW COME LAWRENCE S. FRANK and MARGIE S. FRANK, plaintiffs in the above-numbered and entitled cause, appearing through undersigned counsel, and suggests to the Court that they no longer desire to prosecute this action as against Louisiana Citizens Property Insurance Corp., (improperly identified as "Louisiana Citizens Fair Plan"), and desire that said action be dismissed with prejudice as to Louisiana Citizens Property Insurance Corp.,

each party to bear its own costs. Plaintiffs reserve all rights against any person or entity not expressly dismissed herein, including, but not limited to State Farm Fire & Casualty Co.

                    Respectfully submitted,

/s/ Gwendolyn S. Hebert
Gwendolyn S. Hebert (LSBA 1951)
Hulse & Wanek
Suite 2800, 1010 Common St.
New Orleans, LA 70112
(504) 524-6221
FAX: (504) 529-4106
Attorneys for LA Citizens

/s/ J. Douglas Sunseri
J. Douglas Sunseri (LSBA No. 19173)
NICAUD, SUNSERI & FRADELLA, L.L.C.
3000 18th St.
Metairie, LA 70002
(504) 837-1304
FAX: (504) 833-2843
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that copy of the foregoing pleading has been served upon all counsel of record by telefax and/or by depositing same in the United States Mail, properly addressed, postage prepaid, on the ___ day of ~~November~~ June, 2008.

/s/ J. Douglas Sunseri