# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 "K"(2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO:  MRGO | * | |
| | * | MAG. WILKINSON |
| FILED IN:  07-5356 (PERTAINS TO WHITE, III, L.L.C.) | | |

\*      \*      \*      \*      \*      \*      \*

## ANSWER AND DEFENSES OF THE BOARD OF COMMISSIONERS, LAKE BORGNE BASIN LEVEE DISTRICT TO PLAINTIFFS' ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes defendant, The Board of Commissioners, Lake Borgne Basin Levee District ("LBBLD"), who answers and sets forth its affirmative defenses to the Original Complaint ("Complaint") of Plaintiff, White, III, L.L.C., f/k/a JLH, L.L.C. as follows:

### FIRST DEFENSE

Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), the Complaint fails to state a claim against this defendant for which relief can be granted.

### SECOND DEFENSE

The LBBLD is a political subdivision of the State of Louisiana and is, under La. R.S. 9:2798.1, entitled to immunity for all actions and inactions as alleged in the Complaint.

### THIRD DEFENSE

As a political subdivision of the State of Louisiana, the LBBLD is entitled to a limitation of liability for general damages under La. R.S. 13:5106.

## FOURTH DEFENSE

Defendant avers that all the levees were constructed in accordance with federal guidelines.

## FIFTH DEFENSE

Defendant alleges that plaintiffs have failed to mitigate their damages, if any.

## SIXTH DEFENSE

Defendant is immune from liability in accordance with La. R.S. 29:735, La. R.S. 9:2793.1, La. R.S. 9:2800, La. R.S. 9:2800.17 and La. R.S. 13:5106.

## SEVENTH DEFENSE

Defendant affirmatively alleges that it never had a reasonable opportunity to remedy any alleged defect, the existence of which is denied.

## EIGHTH DEFENSE

Defendant affirmatively alleges that it never had actual or constructive notice, prior to the incident at issue, of any vice or defect which allegedly caused plaintiffs' harm, the existence of which is denied.

## NINTH DEFENSE

Defendant affirmatively alleges that it never had a reasonable opportunity to remedy the alleged defect, the existence of which is denied.

## TENTH DEFENSE

Defendant alleges that it did not exercise authority or jurisdiction over the individuals or entities that were responsible for the design and construction of the levee systems at issue. To the contrary, the exclusive right, jurisdiction, power and authority to design and construct the levees in question was conferred by law to persons or entities other than the LBBLD.

## ELEVENTH DEFENSE

Defendant denies that it was negligent, but in the event it is deemed negligent, then the negligence or fault of the defendant should be compared to the negligence or fault of others, both

2

parties and non-parties to the instant action, and any recovery against defendant should be reduced accordingly.

## TWELFTH DEFENSE

Defendant affirmatively alleges that plaintiffs were negligent in failing to follow repeated mandatory evacuation orders, and other such acts or omissions that may be proven at trial.

## THIRTEENTH DEFENSE

Defendant affirmatively alleges that the risks of flooding, injury and loss of property constituted known risks.

## FOURTEENTH DEFENSE

Defendant affirmatively alleges that if plaintiffs were injured or damaged as alleged, which is denied, then any injuries and/or damages resulted from an independent, intervening, and/or superseding cause for which defendant may not be held responsible.

## FIFTEENTH DEFENSE

Defendant affirmatively alleges that plaintiffs have failed to plead their claims with the requisite particularity.

## SIXTEENTH DEFENSE

Defendant affirmatively alleges that plaintiffs' injuries and damages, if any, resulted from circumstances and causes that could not have been prevented by the defendant.

## SEVENTEENTH DEFENSE

Defendant affirmatively alleges that it complied with all statutory and regulatory provisions, both state and federal, with respect to the conduct alleged in plaintiff's Complaint.

## EIGHTEENTH DEFENSE

Defendant affirmatively alleges that, at all times relevant hereto, it acted as a Federal Officer and/or Federal Contractor under 28 U.S.C. § 1442(a)(1).

## NINETEENTH DEFENSE

Defendant affirmatively alleges that it cannot be held liable to plaintiffs when it was in compliance with the designs, plans, specifications, and requirements of the United States Army Corps of Engineers or others.  To the extent that the same is applicable, defendant specifically herein pleads the Government Contractor Defense.

## TWENTIETH DEFENSE

Defendant affirmatively alleges that plaintiffs' allegations are improperly vague and ambiguous.  As such, defendant reserves the right to seek more definite allegations from plaintiffs to amend its answer.

## TWENTY-FIRST DEFENSE

Defendant affirmatively pleads that plaintiffs are not entitled to attorney's fees, costs or judicial interest.

## TWENTY-SECOND DEFENSE

Defendant affirmatively pleads that plaintiffs' claims are barred, either in whole or in part, by the applicable period of limitations or prescriptive/preemptive period and/or latches.

## TWENTY-THIRD DEFENSE

Defendant affirmatively pleads the provisions of La R.S. 9:2772 (preemptive period for actions involving deficiencies in surveying, design, supervision, or construction of immovables or improvements thereon).

## TWENTY-FOURTH DEFENSE

Defendant affirmatively avers that it is immune from liability for any damages caused by floodwaters in accordance with the provisions of 33 U.S.C. § 701, *et. seq*.

## TWENTY-FIFTH DEFENSE

Defendant affirmatively avers that to the extent plaintiffs have, or should hereafter, settle for any of the alleged injuries and damages with any persons, whether parties or non-parties, defendant

is entitled to a credit and offset in the amount of said settlement(s), which are not part of the Collateral Source doctrine, and/or for the amount of the settling parties' allocated percentage of fault.

## TWENTY-SIXTH DEFENSE

Defendant affirmatively alleges that maintenance of this action would violate the Separation of Powers provisions of the United States Constitution as, at all pertinent times, defendant's actions were specifically guided by the United States Army Corps of Engineers, through the authority delegated by Congress.

## TWENTY-SEVENTH DEFENSE

Defendant affirmatively alleges application of the Federal Torts Claims Act.

## TWENTY-EIGHTH DEFENSE

Plaintiffs have failed to join indispensable parties as required by Federal Rule of Civil Procedure Rule 19.

## TWENTY-NINTH DEFENSE

Defendant affirmatively pleads the doctrine of *Lis Pendens*.

## THIRTIETH DEFENSE

Defendant expressly reserves by this reference the right to raise additional defenses to the extent that:

1. Additional defenses become applicable under state or federal law.
2. Additional defenses are established as discovery proceeds.
3. Additional defenses are available under subsequently asserted theories of recovery.

## THIRTY-FIRST DEFENSE

Defendant affirmatively alleges that plaintiffs' claims are barred due to an Act of God, *force majeure*, and/or a fortuitous event.

### THIRTY-SECOND DEFENSE

Plaintiffs' claims against the LBBLD are barred, in whole or in part, by the Supremacy Clause, Article VI of the United States Constitution, because those claims are preempted by Federal law.

### THIRTY-THIRD DEFENSE

If any of the plaintiffs have received compensation or reimbursement, or should receive compensation or reimbursement, for any of their respective alleged damages, the LBBLD is entitled to credit or setoff.

### THIRTY-FOURTH DEFENSE

Defendant affirmatively pleads the provisions of the Louisiana Homeland Security and Emergency Assistance and Disaster Act (La. R.S. 29:721, *et seq.*).

### THIRTY-FIFTH DEFENSE

Plaintiffs' right to trial by jury against the LBBLD is limited by the provisions of La. R.S. 13:5105.

### THIRTY-SIXTH DEFENSE

Defendant specifically objects to a trial by jury.

### THIRTY-SEVENTH DEFENSE

Defendant avers that the plaintiffs' claims are barred under the provisions of La. C.C. art 2315, in whole or in part, because plaintiffs cannot establish: (a) the LBBLD's alleged conduct was in any way the cause of the harm alleged to have been suffered; (b) that the LBBLD's alleged conduct was a proximate cause of, or a substantial factor, in causing the harm alleged to have been suffered; (c) that the LBBLD owed any duty to the plaintiffs that encompassed the risk that they would suffer the alleged harm; or (d) that the LBBLD breached such duty.

### THIRTY-EIGHTH DEFENSE

Defendant avers the Independent Contractor Defense to the extent plaintiffs seek to hold the LBBLD responsible for the acts and/or omissions and/or fault of any third party entities, including but not limited to contractors and/or subcontractors.

### THIRTY-NINTH DEFENSE

The LBBLD owed no duty to the plaintiffs and, therefore, did not breach any duty.

### FORTIETH DEFENSE

The LBBLD is not liable to plaintiffs under any alleged "Act of Assurance".

### FORTY-FIRST DEFENSE

Defendant affirmatively pleads the doctrine of *Res Judicata.*

### FORTY-SECOND DEFENSE

The LBBLD hereby incorporates by reference each and every exception, denial, defense and response contained in any pleading previously filed on its behalf in Civil Action No. 05-4182 (Levee and MRGO) on the docket of this Court, as if set forth and copied herein in extenso.

### FORTY-THIRD DEFENSE

The LBBLD adopts by this reference any and all other defenses pled either now or later by any other named defendant to this action, if not otherwise set forth herein.

**AND NOW**, answering separately the allegations to the Complaint, LBBLD responds as follows:

### 1.

The allegations contained in Paragraph 1 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 1 are denied for lack of sufficient information to justify a belief therein.

**2.**

The allegations contained in Paragraph 2 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 2 are denied for lack of sufficient information to justify a belief therein.

**3.**

The allegations contained in Paragraph 3 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 3 are denied for lack of sufficient information to justify a belief therein.

**4.**

The allegations contained in Paragraph 4 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 4 are denied for lack of sufficient information to justify a belief therein.

**5.**

The allegations contained in Paragraph 5 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 5 are denied for lack of sufficient information to justify a belief therein.

**6.**

The allegations contained in Paragraph 6 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 6 are denied for lack of sufficient information to justify a belief therein.

**7.**

Defendants admits its status as alleged in Paragraph 7.  The remaining allegations of Paragraph 7 are denied for lack of sufficient information to justify a belief therein.

**8.**

It is admitted that St. Paul Fire and Marine Insurance Company issued a policy of insurance to the Lake Borgne Basin Levee District.  The Lake Borgne Basin Levee District specifically avers that said policies is the best evidence of its own terms and conditions and the Lake Borgne Basin Levee District pleads said terms and conditions as if copied herein.  Except to specifically admitted any and all remaining allegations contained in Paragraph 8 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**9.**

The allegations contained in Paragraph 9 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 9 are denied for lack of sufficient information to justify a belief therein.

**10.**

The allegations contained in Paragraph 10 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 10 are denied for lack of sufficient information to justify a belief therein.

**11.**

The allegations contained in Paragraph 11 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 11 are denied for lack of sufficient information to justify a belief therein.

**12.**

The allegations contained in Paragraph 12 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 12 are denied for lack of sufficient information to justify a belief therein.

**13.**

The allegations contained in Paragraph 13 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 13 are denied for lack of sufficient information to justify a belief therein.

**14.**

The allegations contained in Paragraph 14 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 14 are denied for lack of sufficient information to justify a belief therein.

**15.**

The allegations contained in Paragraph 15 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 15 are denied for lack of sufficient information to justify a belief therein.

**16.**

The allegations contained in Paragraph 16 constitute a legal conclusion, thus no answer is required from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 16 is denied for lack of sufficient information to justify a belief therein.

**17.**

The allegations contained in Paragraph 17 constitute a legal conclusion, thus no answer is required from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 17 is denied for lack of sufficient information to justify a belief therein.

**18.**

The allegations contained in Paragraph 18 constitute a legal conclusion, thus no answer is required from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 18 is denied for lack of sufficient information to justify a belief therein.

**19.**

The allegations contained in Paragraph 19 constitute a legal conclusion, thus no answer is required from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 19 is denied for lack of sufficient information to justify a belief therein.

**20.**

The allegations contained in Paragraph 20 constitute a legal conclusion, thus no answer is required from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 20 is denied for lack of sufficient information to justify a belief therein.

**21.**

The allegations contained in Paragraph 21 constitute a legal conclusion, thus no answer is required from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 21 is denied for lack of sufficient information to justify a belief therein.

**22.**

The allegations contained in Paragraph 22 constitute a legal conclusion, thus no answer is required from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 22 is denied for lack of sufficient information to justify a belief therein.

**23.**

The allegations contained in Paragraph 23 constitute a legal conclusion, thus no answer is required from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 23 is denied for lack of sufficient information to justify a belief therein.

**24.**

The allegations contained in Paragraph 24 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

**25.**

The allegations contained in Paragraph 25 require no answer from this defendant.  However, isofar as an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

**26.**

The allegations contained in Paragraph 26 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 26 are denied for lack of sufficient information to justify a belief therein.

**27.**

The allegations contained in Paragraph 27 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 27 are denied for lack of sufficient information to justify a belief therein.

**28.**

The allegations contained in Paragraph 28 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 28 are denied for lack of sufficient information to justify a belief therein.

**29.**

The allegations contained in Paragraph 29 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 29 are denied for lack of sufficient information to justify a belief therein.

**30.**

The allegations contained in Paragraph 30 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 30 are denied for lack of sufficient information to justify a belief therein.

**31.**

The allegations contained in Paragraph 31 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 31 are denied for lack of sufficient information to justify a belief therein.

**32.**

The allegations contained in Paragraph 32 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 32 are denied for lack of sufficient information to justify a belief therein.

**33.**

The allegations contained in Paragraph 33 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 33 are denied for lack of sufficient information to justify a belief therein.

**34.**

The allegations contained in Paragraph 34 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 34 are denied for lack of sufficient information to justify a belief therein.

**35.**

The allegations contained in Paragraph 35 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 35 are denied for lack of sufficient information to justify a belief therein.

**36.**

The allegations contained in Paragraph 36 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 36 are denied for lack of sufficient information to justify a belief therein.

**37.**

The allegations contained in Paragraph 37 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 37 are denied for lack of sufficient information to justify a belief therein.

**38.**

The allegations contained in Paragraph 38 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 38 are denied for lack of sufficient information to justify a belief therein.

**39.**

The allegations contained in Paragraph 39 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 39 are denied for lack of sufficient information to justify a belief therein.

**40.**

The allegations contained in Paragraph 40 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 40 are denied for lack of sufficient information to justify a belief therein.

**41.**

The allegations contained in Paragraph 41 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 41 are denied for lack of sufficient information to justify a belief therein.

**42.**

The allegations contained in Paragraph 42 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 42 are denied for lack of sufficient information to justify a belief therein.

**43.**

The allegations contained in Paragraph 43 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 43 are denied for lack of sufficient information to justify a belief therein.

**44.**

The allegations contained in Paragraph 44 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 44 are denied for lack of sufficient information to justify a belief therein.

**45.**

The allegations contained in Paragraph 45 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 45 are denied for lack of sufficient information to justify a belief therein.

**46.**

The allegations contained in Paragraph 46 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 46 are denied for lack of sufficient information to justify a belief therein.

**47.**

The allegations contained in Paragraph 47 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 47 are denied for lack of sufficient information to justify a belief therein.

**48.**

The allegations contained in Paragraph 48 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 48 are denied for lack of sufficient information to justify a belief therein.

**49.**

The allegations contained in Paragraph 49 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 49 are denied for lack of sufficient information to justify a belief therein.

**50.**

The allegations contained in Paragraph 50 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 50 are denied for lack of sufficient information to justify a belief therein.

**51.**

The allegations contained in Paragraph 51 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 51 are denied for lack of sufficient information to justify a belief therein.

**52.**

The allegations contained in Paragraph 52 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 52 are denied for lack of sufficient information to justify a belief therein.

**53.**

The allegations contained in Paragraph 53 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 53 are denied for lack of sufficient information to justify a belief therein.

**54.**

The allegations contained in Paragraph 54 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 54 are denied for lack of sufficient information to justify a belief therein.

**55.**

The allegations contained in Paragraph 55 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 55 are denied for lack of sufficient information to justify a belief therein.

**56.**

The allegations contained in Paragraph 56 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 56 are denied for lack of sufficient information to justify a belief therein.

**57.**

The allegations contained in Paragraph 57 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 57 are denied for lack of sufficient information to justify a belief therein.

**58.**

The allegations contained in Paragraph 58 constitute a legal conclusion, thus no answer is required of this defendant.  However, insofar as an answer is deemed necessary, the allegations contained are denied for lack of sufficient information to justify a belief therein.

**59.**

The allegations contained in Paragraph 59 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 59 are denied for lack of sufficient information to justify a belief therein.

**60.**

The allegations contained in Paragraph 60 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 60 are denied for lack of sufficient information to justify a belief therein.

**61.**

The allegations contained in Paragraph 61 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 61 are denied for lack of sufficient information to justify a belief therein.

**62.**

The allegations contained in Paragraph 62 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 62 are denied for lack of sufficient information to justify a belief therein.

**63.**

The allegations contained in Paragraph 63 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 63 are denied for lack of sufficient information to justify a belief therein.

**64.**

The allegations contained in Paragraph 64 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 64 are denied for lack of sufficient information to justify a belief therein.

**65.**

The allegations contained in Paragraph 65 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 65 are denied for lack of sufficient information to justify a belief therein.

**66.**

The allegations contained in Paragraph 66 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 66 are denied for lack of sufficient information to justify a belief therein.

**67.**

The allegations contained in Paragraph 67 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 67 are denied for lack of sufficient information to justify a belief therein.

**68.**

The allegations contained in Paragraph 68 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 68 are denied for lack of sufficient information to justify a belief therein.

**69.**

The allegations contained in Paragraph 69 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 69 are denied for lack of sufficient information to justify a belief therein.

**70.**

The allegations contained in Paragraph 70 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 70 are denied for lack of sufficient information to justify a belief therein.

**71.**

The allegations contained in Paragraph 71 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 71 are denied for lack of sufficient information to justify a belief therein.

**72.**

The allegations contained in Paragraph 72 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 72 are denied for lack of sufficient information to justify a belief therein.

**73.**

The allegations contained in Paragraph 73 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 73 are denied for lack of sufficient information to justify a belief therein.

**74.**

The allegations contained in Paragraph 74 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 74 are denied for lack of sufficient information to justify a belief therein.

**75.**

The allegations contained in Paragraph 75 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 75 are denied for lack of sufficient information to justify a belief therein.

**76.**

The allegations contained in Paragraph 76 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 76 are denied for lack of sufficient information to justify a belief therein.

**77.**

The allegations contained in Paragraph 77 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 77 are denied for lack of sufficient information to justify a belief therein.

**78.**

The allegations contained in Paragraph 78 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 78 are denied for lack of sufficient information to justify a belief therein.

**79.**

The allegations contained in Paragraph 79 constitute a legal conclusion thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 79 are denied for lack of sufficient information to justify a belief therein.

**80.**

The allegations contained in Paragraph 80 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

**81.**

The allegations contained in Paragraph 81 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 81 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**82.**

The allegations contained in Paragraph 82 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 82 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**83.**

The allegations contained in Paragraph 83 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 83 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**84.**

The allegations contained in Paragraph 84 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 84 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**85.**

The allegations contained in Paragraph 85 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 85 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**86.**

The allegations contained in Paragraph 86 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 86 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**87.**

The allegations contained in Paragraph 87 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 87 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**88.**

The allegations contained in Paragraph 88 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 88 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**89.**

The allegations contained in Paragraph 89 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 89 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**90.**

The allegations contained in Paragraph 90 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 90 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**91.**

The allegations contained in Paragraph 91 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 91 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**92.**

The allegations contained in Paragraph 92 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 92 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**93.**

The allegations contained in Paragraph 93 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 93 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**94.**

The allegations contained in Paragraph 94 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 94 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**95.**

The allegations contained in Paragraph 95 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 95 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**96.**

The allegations contained in Paragraph 96 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 96 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**97.**

The allegations contained in Paragraph 97 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 97 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**98.**

The allegations contained in Paragraph 98 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 98 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**99.**

The allegations contained in Paragraph 99 require no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 99 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**100.**

The allegations contained in Paragraph 100 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 100 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**101.**

The allegations contained in Paragraph 101 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 101 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**102.**

The allegations contained in Paragraph 102 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 102 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**103.**

The allegations contained in Paragraph 103 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 103 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**104.**

The allegations contained in Paragraph 104 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 104 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**105.**

The allegations contained in Paragraph 105 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 105 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**106.**

The allegations contained in Paragraph 106 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 106 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**107.**

The allegations contained in Paragraph 107 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 107 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**108.**

The allegations contained in Paragraph 108 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 108 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**109.**

The allegations contained in Paragraph 109 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 109 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**110.**

The allegations contained in Paragraph 110 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 110 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**111.**

The allegations contained in Paragraph 111 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 111 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**112.**

The allegations contained in Paragraph 112 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 112 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**113.**

The allegations contained in Paragraph 113 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 113 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**114.**

The allegations contained in Paragraph 114 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 114 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**115.**

The allegations contained  in Paragraph 115 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 115 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**116.**

The allegations contained in Paragraph 116 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 116 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**117.**

The allegations contained in Paragraph 117 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 117 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**118.**

The allegations contained in Paragraph 118 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 118 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**119.**

The allegations contained in Paragraph 119 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 119 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**120.**

The allegations contained in Paragraph 120 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 120 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**121.**

The allegations contained in Paragraph 121 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 121 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**122.**

The allegations contained in Paragraph 122 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 122 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**123.**

The allegations contained in Paragraph 123 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 123 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**124.**

The allegations contained in Paragraph 124 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 124 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**125.**

The allegations contained in Paragraph 125 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 125 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**126.**

The allegations contained in Paragraph 126 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 126 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**127.**

The allegations contained in Paragraph 127 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 127 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**128.**

The allegations contained in Paragraph 128 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 128 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**129.**

The allegations contained in Paragraph 129 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 129 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**130.**

The allegations contained in Paragraph 130 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 130 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**131.**

The allegations contained in Paragraph 131 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 131 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**132.**

The allegations contained in Paragraph 132 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 132 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**133.**

The allegations contained in Paragraph 133 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 133 of the Complaint are denied for lack sufficient information to justify a belief therein.

**134.**

The allegations contained in Paragraph 134 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 134 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**135.**

The allegations contained in Paragraph 135 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations

contained in Paragraph 135 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**136.**

The allegations contained in Paragraph 136 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as answer is deemed necessary, the allegations contained in Paragraph 136 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**137.**

The allegations contained in Paragraph 137 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 137 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**138.**

The allegations contained in Paragraph 138 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 138 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**139.**

The allegations contained in Paragraph 139 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 139 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**140.**

The allegations contained in Paragraph 140 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 140 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**141.**

The allegations contained in Paragraph 141 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 141 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**142.**

The allegations contained in Paragraph 142 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 142 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**143.**

The allegations contained in Paragraph 143 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 143 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**144.**

The allegations contained in Paragraph 144 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 144 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**145.**

The allegations contained in Paragraph 145 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 145 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**146.**

The allegations contained in Paragraph 146 require no answer from this defendant. However, isofar as an answer is deemed necessary, the allegations contained in Paragraph 146 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**147.**

The allegations contained in Paragraph 147 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 147 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**148.**

The allegations contained in Paragraph 148 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 148 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**149.**

The allegations contained in Paragraph 149 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 149 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**150.**

The allegations contained in Paragraph 150 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 150 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**151.**

The allegations contained in Paragraph 151 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 151 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**152.**

The allegations contained in Paragraph 152 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 152 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**153.**

The allegations contained in Paragraph 153 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 153 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**154.**

The allegations contained in Paragraph 154 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 154 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**155**

The allegations contained in Paragraph 155 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 155 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**156.**

The allegations contained in Paragraph 156 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 156 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**157.**

The allegations contained in Paragraph 157 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 157 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**158.**

The allegations contained in Paragraph 158 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

**159.**

The allegations contained in Paragraph 159 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

**160.**

The allegations contained in Paragraph 160 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 160 of the Complaint at denied for lack of sufficient information to justify a belief therein.

**161.**

The allegations contained in Paragraph 161 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 161 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**162.**

The allegations contained in Paragraph 162 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 162 of the Complaint are denied.

**163.**

The allegations contained in Paragraph 163 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 163 of the Complaint are denied.

**164.**

The allegations contained in Paragraph 164 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 164 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**165.**

The allegations contained in Paragraph 165 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 165 of the Complaint are denied.

**166.**

The allegations contained in Paragraph 166 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 166 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**167.**

The allegations contained in Paragraph 167 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations

contained in Paragraph 167 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**168.**

The allegations contained in Paragraph 168 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 168 of the Complaint are denied.

**169.**

The allegations contained in Paragraph 169 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 169 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**170.**

The allegations contained in Paragraph 170 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 170 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**171.**

The allegations contained in Paragraph 171 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 171 of the Complaint are denied.

**172.**

The allegations contained in Paragraph 172 require no answer from this defendant. However, insofar as answer is deemed necessary, the allegations contained in Paragraph 172 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**173.**

The allegations contained in Paragraph 173 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 173 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**174.**

The allegations contained in Paragraph 174 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 174 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**175.**

The allegations contained in Paragraph 175 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 175 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**176.**

The allegations contained in Paragraph 176 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 176 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**177.**

The allegations contained in Paragraph 177 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 177 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**178.**

The allegations contained in Paragraph 178 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 178 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**179.**

The allegations contained in Paragraph 179 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 179 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**180.**

The allegations contained in Paragraph 180 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 180 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**181.**

The allegations contained in Paragraph 181 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 181 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**182.**

The allegations contained in Paragraph 182 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations

contained in Paragraph 182 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## 183.

The allegations contained in Paragraph 183 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 183 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## 184.

The allegations contained in Paragraph 184 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 184 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## 185.

The allegations contained in Paragraph 185 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 185 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## 186.

The allegations contained in Paragraph 186 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 186 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## 187.

The allegations contained in Paragraph 187 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 187 of the Complaint are denied.

**188.**

The allegations contained in Paragraph 188 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 188 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**189.**

The allegations contained in Paragraph 189 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 189 of the Complaint are denied.

**190.**

The allegations contained in Paragraph 190 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 190 of the Complaint are denied.

**191.**

The allegations contained in Paragraph 191 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 191 of the Complaint are denied.

**192.**

The allegations contained in Paragraph 192 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 192 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**193.**

The allegations contained in Paragraph 193 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 193 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**194.**

The allegations contained in Paragraph 194 require no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 194 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**195.**

The allegations contained in Paragraph 195 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 195 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**196.**

The allegations contained in Paragraph 196 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 196 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**197.**

The allegations contained in Paragraph 197 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 197 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**198.**

The allegations contained in Paragraph 198 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 198 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**199.**

The allegations contained in Paragraph 199 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as answer is deemed necessary, the allegations contained in Paragraph 199 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**200.**

The allegations contained in Paragraph 200 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 200 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**201.**

The allegations contained in Paragraph 201 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 201 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**202.**

The allegations contained in Paragraph 202 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as answer is deemed necessary, the allegations contained in Paragraph 202 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**203.**

The allegations contained in Paragraph 203 constitute a legal conclusion, thus requiring no answer from this defendant. However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 203 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**204.**

The allegations contained in Paragraph 204 constitute a legal conclusion, thus requiring no answer from this defendant.  However, insofar as an answer is deemed necessary, the allegations contained in Paragraph 204 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**205.**

The allegations contained in Paragraph 205 require no answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations contained in Paragraph 205 of the Complaint are denied for lack of sufficient information to justify a belief therein.

**206.**

The allegations contained in Paragraph 206 constitute a legal conclusion, thus requiring no answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations contained in Paragraph 206 of the Complaint are denied.

**207.**

The allegations contained in Paragraph 207 constitute a legal conclusion, thus requiring no answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations contained in Paragraph 207 of the Complaint are denied.

**208.**

The allegations contained in Paragraph 208 constitute a legal conclusion, thus requiring no answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations contained in Paragraph 208 of the Complaint are denied.

**209.**

The allegations contained in Paragraph 209 constitute a legal conclusion, thus requiring no answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations contained in Paragraph 209 of the Complaint are denied.

**210.**

The allegations contained in Paragraph 210 constitute a legal conclusion, thus requiring no answer from this defendant. However, to the extent that an answer is deemed necessary, the allegations contained in Paragraph 210 of the Complaint are denied.

**211.**

The allegations contained in Paragraph 211 constitute a legal conclusion, thus requiring no answer from this defendant. However, to the extent that an answer is deemed necessary, the allegations contained in Paragraph 211 of the Complaint are denied.

**212.**

The allegations contained in Paragraph 212 constitute a legal conclusion, thus requiring no answer from this defendant. However, to the extent that an answer is deemed necessary, the allegations contained in Paragraph 212 of the Complaint are denied.

**WHEREFORE**, defendant, Board of Commissioners of the Lake Borgne Basin Levee District, prays that this answer be deemed good and sufficient, and after due proceedings are had, that there be judgment in favor of defendant, Board of Commissioners of the Lake Borgne Basin Levee District, and against plaintiff, dismissing all claims against it, with prejudice, and at plaintiff's cost, and for all other equitable and just relief.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK**

s/Jennifer M. Morris

_____
LAWRENCE J. DUPLASS #5199
ANDREW D. WEINSTOCK #18495
JENNIFER M. MORRIS #29936
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Counsel for Defendant, Board of Commissioners, Lake Borgne
Basin Levee District**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has be forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

s/Jennifer M. Morris
_____
JENNIFER M. MORRIS
jmorris@duplass.com