UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Holbrook</u>, 06-2617 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

**IT IS ORDERED** that a Status Conference by telephone is hereby **SCHEDULED** in the referenced <u>Holbrook</u> matter on **JULY 10, 2008 at 2:30 p.m.** before the undersigned magistrate judge. Counsel may participate in the conference by calling the undersigned magistrate judge's chambers at 504-589-7630 at the designated time.

New Orleans, Louisiana, this 17th day of June, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE