UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Lundy</u>, 06-3509 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

**IT IS ORDERED** that a Status Conference by telephone is hereby **SCHEDULED** in the referenced <u>Lundy</u> matter on **JULY 9, 2008 at 2:30 p.m.** before the undersigned magistrate judge. Counsel may participate in the conference by calling the undersigned magistrate judge's chambers at 504-589-7630 at the designated time.

New Orleans, Louisiana, this 17th day of June, 2008.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE