UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Williams* C.A. No. 07-3702 | SECTION "K"(2) |

### ORDER

Considering the Order of June 13, 2008, wherein the Court dismissed all claims asserted by plaintiffs in this consolidated litigation against any insurer defendant alleging failure of the defendant to provide plaintiffs with flood damage coverage under an insurance policy that excludes such coverage, including all allegations that a class action should be certified concerning such a flood claim, as determined in *Sher v. Lafayette Ins. Co.*, No. 07-C-2441, 2008 WL 928486, at *6-7 (La. Apr.8, 2008) and the United States Fifth Circuit Court of Appeals in *In re Katrina Canal Breaches Consolidated Litigation*, 495 F.3d 191, 214 (5th Cir. 2007), (Doc. 13521) and in addition, considering the settlement protocol established therein,

**IT IS ORDERED** that the Motion for Partial Summary Judgment by Security Plan Fire Insurance Company (Doc. 11494) is **MOOT**.

New Orleans, Louisiana, this   17th   day of June, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE