UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES § CIVIL ACTION
CONSOLIDATED LITIGATION § NO. 05-4182 "K" (2)
§ JUDGE DUVAL
§ MAG. WILKINSON
§
PERTAINS TO: §
ALL LEVEE §
ALL MRGO §
ALL BARGE §
§

NOTICE OF AMENDED PRIVILEGE/PROTECTION LOG

On February 19, 2008, the United States filed a Privilege/Protection Log asserting various privileges/protections over the following documents as a basis for not releasing the documents:

| Bates Range | Privilege/Protection Asserted |
|---|---|
| NED-013-000000882 thru 1009 | Deliberative Process |
| NED-100-000001144 thru 1696 | Deliberative Process |
| NED-105-000000386 thru 449 | Deliberative Process |
| NOP-002-000000765 thru 949 | Deliberative Process/Privacy Act |
| NOP-002-000002065 | Deliberative Process |
| NOP-002-000002084 thru 2086 | Deliberative Process |
| NOP-002-000002107 | Deliberative Process |
| NOP-010-000000002 thru 3 | Deliberative Process |
| NOP-010-000000049 | Deliberative Process |
| NPM-003-000003371 | Deliberative Process |
| NPM-005-000001596 thru 1597 | Deliberative Process |
| NPM-005-000001599 thru 1600 | Deliberative Process |
| NPM-010-000002084 thru 2179 | Deliberative Process |
| NPM-010-000003123 | Deliberative Process |
| NPM-010-000003202 | Deliberative Process |
| NED-013-000001010 thru 1055 | Deliberative Process |
| NOP-010-000000218 | Attorney-Client |
| NOP-010-000000603 thru 604 | Attorney-Client |
| NOP-014-000000003 thru 4 | Attorney-Client |

| Bates Range | Privilege/Protection Asserted |
|---|---|
| NOP-014-000000771 thru 772 | Attorney-Client |
| NOP-014-000000915 thru 920 | Attorney-Client |
| NPM-002-000000211 thru 264 | Deliberative Process |
| NPM-003-000001967 | Deliberative Process |
| NPM-003-000003566 thru 3576 | Deliberative Process |
| NPM-010-000003209 | Deliberative Process |
| NPM-010-000003215 | Deliberative Process |
| NPM-010-000003219 | Deliberative Process |
| PET-008-000000027 | Deliberative Process |
| PET-008-000000061 thru 64 | Deliberative Process |
| NOP-010-000000054 | Attorney-Client |
| NOP-010-000000652 thru 658 | Attorney-Client |
| NOP-010-000000667 thru 674 | Attorney-Client |
| NOP-022-000003180 thru 3186 | Deliberative Process |
| NED-095-000000883 thru 1091 | Deliberative Process |

See Doc. Rec. No. 11290. The Privilege/Protection Log is being amended to reflect that all of the above referenced documents will be released after the United States redacts the Privacy Act information on bates ranges NOP-002-000000778 thru 781; 818; 821 thru 846; 856 thru 857; 870 thru 873; 910; 913 thru 938; and 948 thru 949.

This Notice of Amended Privilege/Protection Log is submitted.

          GREGORY G. KATSAS
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: June 17, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on June 17, 2008, I served a true copy of the United States' Notice of Amended Privilege/Protection Log upon all parties by ECF.

   s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.