UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * |  |
| *Mumford v. Ingram*    05-5724 | * |  |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*      06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * |  |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*       07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

## MOTION OF LAFARGE NORTH AMERICA INC. FOR RULE 37 SANCTIONS AGAINST PLAINTIFFS

Defendant Lafarge North America Inc. ("LNA") hereby moves this Court for the entry of an order under Fed. R. Civ. P. 37 awarding sanctions against plaintiffs for their failure to comply with this Court's order of April 29, 2008 (Rec. Doc. 12824) compelling them to provide proper responses to LNA's interrogatories and document requests. As set forth in detail in the accompanying Memorandum, scores of plaintiffs have failed to produce even a single document or interrogatory response, making dismissal of their claims a necessary and appropriate sanction. Numerous other plaintiffs have failed to comply with particular aspects of the order, making lesser sanctions both necessary and appropriate. A proposed order is attached.

WHEREFORE, for the reasons stated in LNA's accompanying Memorandum in Support of Motion for Rule 37 Sanctions Against Plaintiffs, LNA respectfully requests that this Court grant its Motion and enter an order in the form proposed by LNA.

LIBW/1680566.1

        Respectfully submitted,

        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        Ivan M. Rodriguez (#22574)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com

        /s/ John D. Aldock
        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4240

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone:  (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 17th day of June, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

        /s/ John D. Aldock