UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * * | |
| CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Lafarge v. USA*           07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**FINDINGS AND RECOMMENDATIONS**

Pursuant to Fed. R. Civ. P. 72(b), upon consideration of the Motion of Lafarge North America Inc. for Rule 37 Sanctions Against Plaintiffs, the undersigned (1) finds that plaintiffs have violated the Order of April 29, 2008 [Doc. 12824] by failing to make timely discovery responses as expressly and specifically required in that Order, and (2) recommends that, as a sanction for such violations and as a remedy for the resulting prejudice to Lafarge North America Inc., the Court enter an Order granting the following relief pursuant to Fed. R. Civ. P. 37(b)(2)(A):

A. The claims of the following plaintiffs against defendant Lafarge North America Inc. are dismissed with prejudice:

- Albertine Browder
- Gaynell Browder
- Tom Browder
- Myrna Daniels, individually and as natural tutrix of Keina Daniels
- Joyce B. Matthews
- Hyman Sheppard
- Michael Watts
- Jocelyn Carter
- Anthony Dunn
- Jocelyn Moses
- Jimmie A. Perry
- Nellie S. Perry
- All plaintiffs listed in *Parfait Family v. United States*, No. 07-3500

B. All claims for personal injury, apart from claims for emotional distress and/or wrongful death, are dismissed.

C. Plaintiffs are prohibited from introducing evidence regarding accounts or communications about a barge or other objects knocking, scraping or engaged in other contact against the IHNC floodwall or levee to the extent such accounts or communications have not previously been disclosed to LNA in discovery.

D. The following plaintiffs' claims are dismissed and said plaintiffs struck from serving as class representatives with respect to the following claims:

- Rico Sutton – business loss
- Jimmie Harris – real property damage
- Ethel Mumford – personal property damage
- Herman Koch – business loss

E. Plaintiffs are prohibited from introducing evidence concerning demolition, salvage, or restoration of property and concerning the presence of pollutants on their property to the extent such evidence existed on May 29, 2008 and has not been disclosed to defendants in accordance with Fed. R. Civ. P. 34.

3

New Orleans, Louisiana this _____ day of _____, 2008.

_____
Joseph C. Wilkinson, Jr.
United States Magistrate Judge