# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO:  05-4182 "K" (2) JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1809 Plaintiff: CHRISTINE TERRANOVA | * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action and subject to the approval of the Court that:

### I.

All claims presented by plaintiff in her Petition filed herein, shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

II.

Each party shall bear her or its own costs and attorney's fees.

Respectfully Submitted:

**A PROFESSIONAL LAW CORPORATION**

BY: _____

**PATRICK G. KEHOE, JR., #14419**
833 Baronne Street
New Orleans, LA 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954
Counsel for Plaintiff,
**Christine Terranova**

Respectfully Submitted:

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: _____

**DAVID K. PERSONS, #2046**
One Galleria Blvd.-Suite 1400
Post Office Box 8288
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Email: dpersons@hmhlp.com
Counsel for Defendant,
**State Farm Fire & Casualty Insurance Company**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of _____,

2008, electronically filed the foregoing with the Clerk of Court by using the

CM/ECF system which will send a notice of electronic filing to all parties:

_____
**DAVID K. PERSONS**

DKP Library\RP2414