UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.: JUDGE: MAGISTRATE: | 05-4182 "K" (2) DUVAL WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE   (Debra Fischman, No. 06-4954)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO DISMISS WITH PREJUDICE

**ON JOINT MOTION** of Plaintiff, DEBRA J. FISCHMAN, and Defendant, STATE FARM FIRE AND CASUALTY COMPANY, appearing herein through undersigned counsel, and upon suggesting to this Honorable Court that the above entitled and numbered cause has been amicably settled and fully compromised as to all allegations made against STATE FARM FIRE AND

CASUALTY COMPANY, move that same be dismissed, with full prejudice, each party to bear their own costs;

Respectfully submitted

*/s/ Debra Fischman*

JAMES M. GARNER, ESQ., #19589
DEBRA J. FISCHMAN, ESQ., #5578
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70130
(504) 299-2100 FAX (504) 299-2300
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
**ATTORNEYS FOR PLAINTIFF**

*/s/ Burt Carnahan*

BURT K. CARNAHAN, #3920
HEATHER CHEESBRO, #30437
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE POYDRAS TOWER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 17th day of June, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: DEBRA J. FISCHMAN AND JAMES M. GARNER

/s/ Heather Cheesbro