# EXHIBIT 3

**From:** Scott Joanen [scott@jbrunolaw.com]
**Sent:** Tuesday, June 17, 2008 2:23 PM
**To:** Stone, Richard (CIV); Smith, Robin (CIV)
**Cc:** Joe Bruno
**Subject:** Corps Notice re: EBIA

**Attachments:** NOD Corps EBIA 30Bb.pdf

Richard,

Per our discussions about this Notice, I have finalized that Notice for the agreed date of June 30.  You will notice that I have clarified the questions regarding the project funding in the last few items of inquiry by relying upon Arlene Smith's testimony.

Scott Joanen
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA, 70113
Telephone: (504) 525-1335
Toll Free: 1-800-966-1335
Facsimile: (504) 561-6775
Email: scott@jbrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have recieved this transmission in error, please immediately notify us by telephone at (504) 525-1335.