UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.:  05-4182 "K" (2)<br><br>JUDGE:  DUVAL<br><br>MAGISTRATE:  WILKINSON |
| ************************************* | | |
| PERTAINS TO:<br><br>INSURANCE  (Debra Fischman, No. 06-4954) | * * * * * | |
| ************************************* | | |

## ORDER OF DISMISSAL

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims and demands asserted by Plaintiff, DEBRA J. FISCHMAN, in the above entitled and numbered cause be and the same are hereby dismissed, with full prejudice, each party to bear their own costs.

**JUDGMENT READ, RENDERED AND SIGNED** at New Orleans, Louisiana, on this _____ day of _____, 2008.

_____
J U D G E