UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
AFRICK, J.
June 17, 2008
JS-10:00:50

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION NO. 05-4182
LITIGATION

SECTION: "K" (2)

A settlement conference was held on this date with respect to the levee breach group. Settlement discussions are ongoing.

St. Paul shall continue to draft the proposed settlement agreement and distribute it to counsel no later than July 1, 2008. The Sewerage and Water Board and state court plaintiffs are **ORDERED** to meet and determine if common ground can be achieved with respect to their differences.

Another settlement conference will be held on **July 16, 2008 at 10:00 A.M.**

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY ALL COUNSEL**