UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Newman, 07-8772 | JUDGE DUVAL MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION: Non-Party Pilot Catastrophe Services, Inc.'s Objection to and Motion to Quash Rule 30(b)(6) Notice of Videotaped Deposition, Record Doc. No. 13215

O R D E R E D:

 XXX : CONTINUED. The question of whether this discovery will be permitted to proceed in this recently bifurcated case and if so, where and to what extent, will be considered at the conference previously set in this matter on **July 14, 2008 at 2:30 p.m.** Prior to that time, counsel must confer in a good faith effort to agree upon a convenient place for the deposition to occur and a reduced scope of the subject subpoena. Parties may participate in the conference by calling the undersigned magistrate judge's chambers at 504-589-7630 at the designated time.

New Orleans, Louisiana, this   18th   day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE