UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | ) ) ) | CIVIL ACTION NO.: 05-CV-4182 |
| **VERSUS** | ) ) ) | SECTION "K" JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE *Wanda L. Theriot*, No. 06-9910 | ) ) ) | MAG. "M2" MAGISTRATE JOSEPH C. WILKINSON, JR. |

### ANSWER TO FIRST SUPPLEMENTAL AND AMENDING PETITION

**NOW INTO COURT,** through undersigned counsel, comes defendant, Lexington Insurance Company ("Lexington") to answer the claims filed against it by plaintiffs.

### FIRST DEFENSE

Lexington denies every allegation of the plaintiffs' First Supplemental and Amending Petition/Complaint except those admitted or modified. Further, responding to the plaintiffs' allegations, Lexington avers as follows:

1.

The allegations of the first numbered paragraph of plaintiffs' First Supplemental and Amending Petition/Complaint, labeled as paragraph IX, require no affirmative or negative response

from Lexington. To the extent that a response is required, the allegations are denied.

## SECOND DEFENSE

Lexington re-avers and re-alleges each and every allegation and affirmative defense previously set forth in its Answer to the Original Petition/Complaint filed herein.

## THIRD DEFENSE

Defendant, Lexington, reserves its rights to amend and/or supplement their answer to assert affirmative defenses not included in this pleading.

WHEREFORE, Defendant, Lexington Insurance Company, prays that this Answer to the First Supplemental and Amending Petition/Complaint of the Plaintiffs be deemed good and sufficient and that, after due proceedings are had, that there be judgment rendered herein, dismissing Plaintiffs' suit at their cost; and for all general and equitable relief.

Respectfully Submitted,

/s/ Michael D. Cangelosi
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II, *T.A.* (#22928)
MICHAEL D. CANGELOSI (#30427)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 18th day of June, 2008 served a copy of the foregoing **Answer to First Supplemental and Amending Petition** on all counsel by the Court's Electronic Delivery System or by placing same in the United States Mail, postage paid and properly addressed.

/s/ Michael D. Cangelosi