# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | **KATRINA CANAL BREACHES CONSOLIDATION LITIGATION** | **CIVIL ACTION** |
| | | **NO. 05-cv-4182 "K"(2)** |
| **VERSUS** | | |
| | | **JUDGE DUVAL** |
| **PERTAIN TO:** | **INSURANCE** | |
| | <u>**Rogers**</u>**, 06-0152** | **MAGISTRATE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION TO WITHDRAW AND ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, come Mickey P. Landry, La. Bar No. 22817, Frank J. Swarr, La. Bar No. 23322, and David R. Cannella, La. Bar No. 26231, of Landry & Swarr, LLC, 1010 Common Street, Suite 2050, New Orleans, Louisiana 70112, who move this Honorable Court to withdraw Mickey P. Landry, Frank J. Swarr, and David R. Cannella of Landry & Swarr, LLC, and Robert G. Creely (La. Bar No. 4594) of The Creely Law Firm, and substitute Joseph M. Bruno (La. Bar No. 3604) of The Law Office of Joseph M. Bruno as counsel of record on behalf of the plaintiff in the above-entitled and numbered cause.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant the instant motion to withdraw Mickey P. Landry, Frank J. Swarr, and David R. Cannella, La. Bar No. 26231, of Landry & Swarr, as well as Robert G. Creely (La. Bar No. 4594) of The Creely Law Firm, and enroll Joseph M. Bruno of The Law Office of Joseph M. Bruno as counsel of record on behalf of the plaintiff in the above-entitled and numbered cause.

Respectfully submitted,

**LANDRY & SWARR, LLC**

/s/ David R. Cannella
MICKEY P. LANDRY, LA Bar No. 22817
FRANK J. SWARR, LA Bar No. 23322
DAVID R. CANNELLA, LA Bar No. 26231
1010 Common Street, Suite 2050
New Orleans, LA  70112
Telephone:     504.299.1214
Facsimile:     504.299.1215

**The CREELY LAW FIRM**

/s/ Robert G. Creely
ROBERT G. CREELY (LA Bar Roll #4594)
P.O. Box 447
Salida, CO  81201

**THE LAW OFFICE OF JOSEPH M. BRUNO**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO, LA Bar No. 3604
855 Baronne Street, Third Floor
New Orleans, LA  70113
Telephone:     504.561.6776
Facsimile:     504.561.6775

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 19th day of June, 2008, served a copy of the above and foregoing pleading on counsel for all parties to this proceeding via electronic transmission and/or United States Mail, properly addressed and postage prepaid and/or certified mail.

/s/ David R. Cannella
DAVID R. CANNELLA