MINUTE ENTRY
DUVAL, J.
JUNE 17, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  ROAD HOME<br>No. 07-5528 | NO. 05-4182<br><br>SECTION "K"(2) |

MOTION for entry of Case Management Order establishing Road Home settlement protocol, by the defendants, docs. 13348 & 13453.

CASE MANAGER:  SHEENA DEMAS
COURT REPORTER:  JODI SIMCOX

APPEARANCES:  See the attached list.

Court begins at 2:06 p.m.
Case called; all present and ready.
Oral argument by parties.
This matter is SUBMITTED.
Court adjourned at 2:47 p.m.

JS-10 (:40)

SIGN IN SHEET FOR C.A. 05-4182 "K"(2)
TUESDAY, JUNE 17, 2008 AT 2:00 P.M.

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
ROAD HOME (Ref: CA 07-5528) - MOTION FOR ENTRY OF CASE MANAGEMENT ORDER ESTABLISHING ROAD HOME SETTLEMENT PROTOCOL BY DEFTS' LIAISON COUNSEL, DOC. 13348 & 13453

| ATTORNEY | PARTY |
|---|---|
| Seth A. Schmeeckle | Defendant Liaison Counsel |
| Frank C. Dudenhefer Jr | State of Louisiana etc. |
| Calvin C. Fayard | State of Louisiana etc. |
|  | Road Home Liaisons |
| Dan Rees | OCA |
| Charles Chassaignac | State Farm - liaison |
| Joseph N Brum | Plaintiff liaison |
| Phone - nadia de la Houssaye | Travelers Ins. |