UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                     NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Newman, 07-8772          JUDGE DUVAL
                                                             MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Non-Party Pilot Catastrophe Services, Inc.'s Objection to and Motion to Quash Rule 30(b)(6) Notice of Videotaped Deposition, Record Doc. No. 13215

O R D E R E D:

XXX : DISMISSED AS MOOT. The captioned case was remanded to state court by Order and Reasons issued by the presiding district judge on June 17, 2008, Record Doc. No. 13564, and the motion is therefore moot. In addition, the conference previously set in this matter on July 14, 2008 before the undersigned magistrate judge is hereby CANCELLED.

New Orleans, Louisiana, this   18th   day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE