UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REMAINING DEPOSITION DISCOVERY CONTEMPLATED BY PLAINTIFFS

**A.**     **East Bank Industrial Area**

1.     F.R.C.P., Rule 30(b)(6) deposition (See Exhibit "B"):

The United States has agreed to produce 2 of a 3 deponents.  The dates provided are June 27, 2008 and June 30, 2008, respectively.  The third deponent is alleged to be in Afghanistan, Plaintiffs are willing to undertake testimony via internet/ satellite feed.

2.     Alvin Clouatre: currently scheduled for June 20, 2008.

3.     George Bacuta: currently scheduled for July 2, 2008.

4.     James Montegut: not currently scheduled.  Plaintiffs' counsel are working to coordinate this deposition with the United States.  Circumstances not appropriate for public disclosure are substantial factors in the scheduling of this deposition.

5.     Lee Guillory: not scheduled.  Mr. Guillory is a proposed Rule 30(b)(6) deponent; Plaintiffs' counsel intends to depose the witness simultaneously at the Rule 30(b)(6) deposition.

6.     John Weatherly: not scheduled.  Mr. Weatherly is a proposed Rule 30(b)(6) deponent; Plaintiffs' counsel intends to depose the witness simultaneously at the Rule 30(b)(6) deposition.

PLAINTIFF'S EXHIBIT
tabbies
A

**B.   MRGO**

1.   <u>F.R.C.P.</u>, Rule 30(b)(6) deposition (See Exhibit "C"):

This notice is the subject of the dispute before the Court.

2.   Gregg Breerwood: retired Deputy District Engineer for Operations; Office of the District Engineer (Commander). Mr. Breerwood is believed to be kept informed by MRGO Operations Manager of any concerns with the MRGO.

Not currently scheduled, Plaintiffs' counsel have just recently identified this individual.

3.   Major General Thomas Sands: former Commander New Orleans District (1978-1982) and Lower Mississippi Valley Division (1984-1989). General Sands is familiar with the MRGO project and as commander would be responsible to forward any issues from the Division through his Office to Washington, DC. His testimony regarding foreshore protection is especially relevant.

Not currently scheduled, Plaintiffs' counsel have just recently identified this individual.

4.   Robert McAdory, Chairman of Committee on Tidal Hydraulics, Chief, Tidal Hydraulics Branch, Coastal Hydraulics Laboratory. Mr. McAdory will provide testimony regarding the effects of MRGO on tidal hydraulics in the project area.

Not currently scheduled, Plaintiffs' counsel have just recently identified this individual.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

**The Andry Law Firm, LLC**
By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

**Law Offices of Joseph M. Bruno**
Joseph M. Bruno (LSBA No. 3604)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**Domengeaux Wright Roy & Edwards LLC**
Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

**Fayard & Honeycutt**
Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330

**Ranier, Gayle & Elliot, LLC**
N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218

**Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.**
Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No. 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier &
Warshauer, LLC**
Gerald E. Meunier (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Law Office of Elwood C. Stevens,
Jr., a Professional Law
Corporation**
Elwood C. Stevens, Jr. (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**
Joseph W. Cotchett (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Law Office of Frank J. D'Amico, Jr. APLC**
Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: (504) 525-9522

**Salas & Co., LC**
Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoingupon all counsel of

record by placing same in the United States mail, properly addressed and with first-class postage,

or by facsimile or other electronic transmission this 19th day of June, 2008.


     /s/ Joseph M. Bruno
     Joseph M. Bruno