UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>    <u>Acevedo</u>, 07-5199, <u>Abram</u>, 07-5205 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTIONS

APPEARANCES:   None (on the briefs)

MOTIONS:   Plaintiffs' Motions for Leave to File Second Amended Complaint, Record Doc. Nos. 12905 and 12906

O R D E R E D:

<u> XXX </u>: DENIED, subject to the reservation contained herein.  A motion to dismiss filed by another defendant, together with other motions concerning similar claims and amendments sought by the Hurricane Legal Center in similar cases in this consolidated litigation, are pending before the presiding district judge. Those decisions may well dictate how these motions to amend should be decided. In addition, the court has under advisement two proposed case management orders that would govern further proceedings in the two referenced cases and 20 others. The court is attempting to address in a global manner whether and, if so, how these cases will proceed. My primary concern is that the effect of granting these motions for leave to file amended complaints may be to conflict with what the district judge has under advisement or to disrupt the global approach he has undertaken.  Under these circumstances, the motions are DENIED, but without prejudice to the requested relief being sought as part of whatever motion or opposition argument plaintiffs are asserting in the matters already pending before the district judge or to reassert these amendments, if appropriate, after the matters pending before the district judge are determined.

New Orleans, Louisiana, this __20th__ day of June, 2008.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**