UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO:  *Robinson,*<br>(No. 06-2268) | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**NOTICE OF DEPOSITION OF DEFENDANT UNITED STATES PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz ("Robinson Plaintiffs"), through their attorneys of record, will take the deposition under oath of the person(s) most knowledgeable with respect to the subject matter specified below, or, for, or on behalf of, Defendant United States of America. This deposition will take place on July 8, 2008, commencing at 9:00 a.m. at the law offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana 70130.  The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, Live Note, and will be transcribed.  The deposition is being taken for the

1

purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, Live Note and will be transcribed.

Plaintiffs request that Defendant designate one or more officers, directors, managing agents, or other persons who consent to testify on their behalf, to testify with regard to the matter listed below.

Pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure, Plaintiffs request that the designated witness(es) produce the documents set forth in the attached Exhibit A to the offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana 70113, no later than 3:00 p.m. on Thursday, July 3, 2008.

### MATTERS ON WHICH EXAMINATION IS REQUESTED

1. The four-page report entitled "Mississippi River-Gulf Outlet, PM-R Proposal for Gaining National Environmental Policy Act Compliance for the Operation and Maintenance Program," (NOP-019-000000207), dated April 11, 2005, attached hereto as Exhibit B.

Dated: June 20, 2008

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

2

**The Andry Law Firm, LLC**

By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

| | |
|---|---|
| **Law Offices of Joseph M. Bruno**<br>Joseph M. Bruno (LSBA No. 3604)<br>855 Baronne Street<br>New Orleans, Louisiana 70133<br>Telephone: (504) 525-1335<br>Facsimile: (504) 581-1493 | **Domengeaux Wright Roy & Edwards LLC**<br>Bob F. Wright (LSBA No. 13691)<br>James P. Roy (LSBA No. 11511)<br>556 Jefferson Street, Suite 500<br>P.O. Box 3668<br>Lafayette, Louisiana 70502-3668<br>Telephone: (337) 233-3033<br>Facsimile: (337) 233-2796 |
| **Fayard & Honeycutt**<br><br>Calvin C. Fayard, Jr. (LSBA No. 5486)<br>Blayne Honeycutt (LSBA No. 18264)<br>519 Florida Avenue, S.W.<br>Denham Springs, Louisiana 70726<br>Telephone: (225) 664-4193<br>Facsimile: (225) 664-6925 | **Girardi & Keese**<br><br>Thomas V. Girardi (*pro hac vice*)<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: (213) 489-5330<br>Facsimile: (213) 481-1554 |
| **Ranier, Gayle & Elliot, LLC**<br><br>N. Frank Elliot III<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>Telephone: (337) 494-7171<br>Facsimile: (337).494.7218 | **Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**<br><br>Clay Mitchell (*pro hac vice*)<br>Matt Schultz (*pro hac vice*)<br>316 S. Baylen Street, Suite 600<br>Pensacola, Florida 32502-5996<br>Telephone: (850) 435-7140<br>Facsimile: (850) 436-6123 |
| **McKernan Law Firm**<br><br>Joseph Jerry McKernan (LSBA No 10027)<br>John Smith (LSBA No. 23308)<br>8710 Jefferson Highway<br>Baton Rouge, Louisiana 70809<br>Telephone: (225) 926-1234 | **Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**<br><br>Gerald E. Meunier (LSBA 9471)<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana 70163<br>Telephone: (504) 522-2304 |

3

| | |
|---|---|
| Facsimile:  (225) 926-1202 | Facsimile:  (504) 528-9973 |
| **Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation** | **Cotchett, Pitre, Simon & McCarthy** |
| Elwood C. Stevens, Jr.  (LSBA No. 12459)<br>1205 Victor II Boulevard<br>P.O. Box 2626<br>Morgan City, Louisiana 70381<br>Telephone: (985) 384-8611<br>Facsimile:  (985) 385-4861 | Joseph W. Cotchett  (*pro hac vice*)<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>Telephone:  (650) 697-6000<br>Facsimile:  (650) 697-0577 |
| **Law Office of Frank J. D'Amico, Jr. APLC** | **Salas & Co., LC** |
| Frank J. D'Amico, Jr. (LSBA No. 17519)<br>Richard M. Exnicios, Esq. (LSBA No. 25666)<br>622 Baronne Street<br>New Orleans, LA 70113<br>Telephone: (504) 525-9561<br>Fax: 504-525-9522 | Camilo K. Salas, III (LSBA No. 11657)<br>650 Poydras Street, Suite 1650<br>New Orleans, LA  70130<br>Telephone: (504) 799-3080<br>Facsimile:  (504) 799-3085<br>**Attorneys for Plaintiffs** |

## CERTIFICATE OF SERVICE

      I, Pierce O'Donnell, hereby certify that on June 20, 2008 I caused to be served Plaintiffs' **NOTICE OF DEPOSITION OF DEFENDANT UNITED STATES PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** upon Defendant's counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov; and all other counsel of record by ECF.

                                                /s/ Pierce O'Donnell