UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br><br>NO. 05-4182 (K)(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO INSURANCE | * * | |
| RUSSELL AND DIANE TARDO | * * | CIVIL ACTION |
| VERSUS | * * | NO. 08-1170 (K)(2) |
| LOUISIANA CITIZENS PROPERTY INSURANCE COMPANY | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiffs, *Russell and Diane Tardo*, who with respect requests that this Honorable Court dismiss their claims against defendant, Louisiana Citizens Property Insurance Corporation, *with prejudice*, each party to bear their own costs.

Respectfully submitted:

**HURRICANE LEGAL CENTER**

BY: _____
STUART T. BARASCH
910 Julia Street
New Orleans, Louisiana 70163
Telephone: (504) 525-1944
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on the June 20, 2008, the foregoing document, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Stuart Barasch
STUART T. BARASCH