UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br><br>NO. 05-4182 (K)(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO INSURANCE | * * | |
| RUSSELL AND DIANE TARDO | * * | CIVIL ACTION |
| VERSUS | * * | NO. 08-1170 (K)(2) |
| LOUISIANA CITIZENS PROPERTY INSURANCE COMPANY | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Considering the above and foregoing;

**IT IS ORDERED** that the claims of *Russell and Diane Tardo* against *Louisiana Citizens Property Insurance Corporation* are hereby dismissed, *with prejudice*, each party to bear their own costs.

Signed at **NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2008.

_____
JUDGE