UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO

JUDGE DUVAL
MAG. WILKINSON

_____

## MRGO DEFENDANTS' NINTH PRELIMINARY LIST OF
## EXHIBITS FOR POTENTIAL MERITS TRIAL(S)

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1,

2008 (Docket No. 12935) ("CMO 7"), the undersigned MRGO Defendants submit this ninth

preliminary list of exhibits that may or will be introduced at any trial(s) on the merits.

This exhibit list is submitted jointly, by all MRGO Defendants, in order to comply with

the Court's CMO 7, but the joint nature of this list does not mean that each defendant necessarily

adopts, approves, or endorses each exhibit contained in this list.

Although the MRGO Defendants have endeavored in good faith to prepare this

preliminary exhibit list, it is necessarily limited, because discovery in this case is not complete,

and will not close until March 2009.  Consequently, MRGO Defendants have prepared this

preliminary list on the basis of their best efforts and the information currently available, and

submit this list in accordance with the Court's CMO and subject to later supplementation on the

20th day of every month as directed in CMO 7.  CMO 7, § IV(A)(1).

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and
   Southeast Louisiana Hurricane Protection System, Final Report of the Interagency
   Performance Evaluation Task Force (Mar. 26, 2007), including underlying data

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and
   Southeast Louisiana Hurricane Protection System, Draft Final Report of the

Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data

3. American Society of Civil Engineers External Review Panel, <u>The New Orleans Hurricane Protection System:  What Went Wrong and Why</u> (2007), including underlying data

4. "Team Louisiana" Final Report:  The Failure of the New Orleans Levee System during Hurricane Katrina

5. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6. Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7. "MR-GO" Master Consolidated Class Action Complaint

8. H. R. Doc. No. 82-245, at 33 (1951) (Army Submission re MRGO)

9. An Act to Authorize Construction of the Mississippi River-Gulf Outlet, Pub. L. No. 84-455, 70 Stat. 65, 65 (1956)

10. H.R. Doc. No. 71-46, at 3 (1930)

11. MRGO Design Mem. 1-A (July 1957)

12. MRGO Recon. Rep. (1988)

13. H.R. Doc. No. 89-231 (1965)

14. LPVHPP Reevaluation Study Main Rep. (Vol. 1, July 1984)

15. MRGO Design Mem. 1-B (Rev. May 1959)

16. MR-GO Recon. Rep. (1994)

17. Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana (Mar. 1976)

18. LPVHPP Map, 30 Sep. 1995

19. MRGO Design Mem. 1-C (Nov. 1959)

20. H.R. Doc. No. 82-6 (1951)

932195v.1

21.  An Act authorizing the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes, Pub. L. No. 79-14, 59 Stat. 10, 30 (1943)

22.  MRGO, Design Mem. No. 2 (June 1959)

23.  MRGO Deep Draft Interim Report to Congress (December 2006)

24.  H.R. Doc. No. 82-245 (1951)

25.  Woolley, Douglas and Leonard Shabman, "Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007

26.  Letter from U.S. Secretary of the Interior Fred A. Seaton to former Army Secretary Wilber M. Bruckner dated August 22, 1957

27.  Memorandum from F.C. Gillett, Acting Regional Director of the U.S. Fish and Wildlife Service, to the Director of the U.S. Fish and Wildlife Service dated September 24, 1959

28.  J. Westerink, B. Ebersole, and H. Winer, Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity (February 21, 2006)

29.  URS Corp., The Direct Impact of the Mississippi River Gulf Outlet on Hurricane Storm Surge (prepared for Louisiana Department of Natural Resources) (2006)

30.  U.S. Army Corps of Engineers, New Orleans District, Numerical Modeling of Storm Surge Effect of MRGO Closure (2003)

31.  C.L. Bretschneider and J.I. Collins, Storm Surge Effects of the Mississippi River Gulf Outlet, Study A, National Engineering Science Company Report No. SN 326-A (1966)

32.  LPVHPP Design Memorandum No. 1, Parts I and IV

33.  LPVHPP Design Memorandum No. 3 & Supp. No. 1

34.  LPVHPP Design Memorandum No. 5

35.  LPVHPP Map, 1998

36.  June 2, 2006 photographs by Dr. Francisco Silva-Tulla (WGI082924-998)

37. March 1997 Final Evaluation Report for Mississippi River-Gulf Outlet, New Lock and Connecting Channels (http://www.mvn.usace.army.mil/prj/ihnc/EvaluationReport/ihnc_eval.htm)

38. Total Environmental Restoration Contract, DACA56-94-D-0021 (WGI000120-605)

39. Task Order 26 of Total Environmental Restoration Contract, DACA56-94-D-0021, and all accompanying modifications and Statements of Work (WGI000001-119; WGI000606-791)

40. Recommendation Report for Demolition and Site Preparation Activities of the East Bank Industrial Area, Dec. 2, 1999 (WGI030703-88)

41. Project Work Plan for Project Site Development and Remedial Action of East Bank Industrial Area (WGI041879-944)

42. Field Sampling Plan for Project Site Development and Remedial Action of East Bank Industrial Area (WGI047293-422)

43. Risk Evaluation and Corrective Action Program ("RECAP") Corrective Action Plans, RECAP Submittal Reports, and RECAP No Further Action At This Time Submittals for Boland Marine and Saucer Marine in the East Bank Industrial Area between 2001-2005, and all amendments thereto

44. Technical Completion Report and Record Drawings, IHNC – East Bank Industrial Area, August 2005

45. St. Paul Fire and Marine Ins. Co. policies issued to Bd. of Comm'rs of the Orleans Levee Dist., Bd. of Comm'rs of the East Jefferson Levee Dist., and Bd. of Comm'rs of the Lake Borgne Levee Dist.

Dated:  June 20, 2008                              Respectfully submitted,


/s/Gary M.  Zwain                                 /s/Ralph S. Hubbard III
Gary M. Zwain, 13809                              Ralph S. Hubbard III, T.A., 7040
Lawrence J. Duplass, 5199                         Joseph P. Guichet, 24441
Of                                                Of
Duplass, Zwain, Bourgeois, Morton, Pfister &      Lugenbuhl, Wheaton, Peck, Rankin &
Weinstock                                         Hubbard
3838 N. Causeway Blvd., Suite 2900                601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                         New Orleans, Louisiana  70130
Telephone: (504) 832-3700                         Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                         Facsimile:   (504) 310-9195


Attorneys for Board of Commissioners for the     Attorneys for St. Paul Fire and Marine
Lake Borgne Basin Levee District                 Insurance Company

932195v.1

/s/Thomas P. Anzelmo
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
        Of
McCranie, Sistrunk, Anzelmo, Hardy,
  Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
        Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the Board of Commissioners for
the Orleans Levee District

/s/Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
        Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel
Adrian Wager-Zito
Debra S. Clayman
Julia E. McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:   (202) 626-1700

/s/Robin D. Smith
Robin D. Smith, Esq.
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorney for United States

932195v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing MRGO Defendants' Ninth Preliminary List of "Common Liability" Exhibits has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of June, 2008.

*/s/Heather S. Lonian*

932195v.1