UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO:  BARGE | * * * | NO. 05-4182 and consolidated cases |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * |  |
| *Mumford v. Ingram*       05-5724 | * |  |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * |  |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

**BARGE PLAINTIFFS' JUNE 2008 PRELIMINARY PERIODIC
CLASS CERTIFICATION WITNESS AND EXHIBIT LISTS**

Witnesses:

    No additions or deletions.  Please see previous preliminary witness list, Record Doc. 13224.

Exhibits:

    No additions or deletions.  Please see previous preliminary witness list, Record Doc. 13224.

NOTE: Barge Plaintiffs may supplement their exhibit list to include Bates numbers where practicable.

    Respectfully submitted,

    /s/ Brian A. Gilbert
    Brian A. Gilbert, Esq. (21297)
    LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

/s/ Lawrence A. Wilson
Lawrence A. Wilson (N.Y.S.B.A. 2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003

        Telephone: (212) 608-4400
        Facsimile: (212) 227-5159
        e-mail: lwilson@wgdnlaw1.com,
        ddruker@wgdnlaw1.com

        /s/ Alan L. Fuchsberg
        Alan L. Fuchsberg, Esq.(N.Y.S.B.A. #1755966)
        Leslie Kelmachter, Esq.(N.Y.S.B.A. #1795723)
        The Jacob D. Fuchsberg Law Firm
        500 Fifth Avenue
        45th Floor
        New York, NY 10110-0002
        Telephone: 212-869-3500 ext. 235
        Facsimile: 212-398-1532
        e-mail: a.fuchsberg@fuchsberg.com,
        l.kelmachter@fuchsberg.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF upload, or by facsimile or e-mail or First Class mail, this 22nd day of June, 2008.

        /s/Brian A. Gilbert