UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO.: 05-4182 "K" (2)

PERTAINS TO: LEVEE                       JUDGE DUVAL
                                         MAG. WILKINSON

---

### LEVEE DEFENDANTS' EIGHTH PRELIMINARY LIST
### OF EXHIBITS FOR POTENTIAL MERITS TRIAL(S)

Pursuant to the Court's Case Management and Scheduling Order No. 7, entered May 1, 2008 (Docket No. 12935) ("CMO 7"), the undersigned defendants submit this eighth preliminary list of exhibits that may or will be introduced into evidence at any trial(s) on the merits.

This exhibit list is submitted jointly by all Levee defendants in order to comply with the Court's CMO 7, but the joint nature of this list does not mean that each defendant necessarily adopts, approves or endorses each exhibit contained in this list.

Although the Levee defendants have endeavored in good faith to prepare this seventh preliminary exhibit list, it is necessarily limited, because discovery in this case is not complete and will not close until March 2009.  Consequently, the Levee defendants have prepared this preliminary list on the basis of their best efforts and the information currently available, and

submit this list in accordance with the Court's CMO 7 and subject to later supplementation on the 20th day of every month as directed in CMO 7 (see CMO 7, § VI(A)(1)).

The following is a general list of the documents that may be introduced at the trial of this matter. At this point in the litigation it is not feasible to identify the specific documents that will be introduced.

1. Relevant engineering manuals

2. Relevant research reports

3. Relevant survey reports

4. Relevant memoranda (e.g., design, benchmark, and standard project hurricane)

5. Relevant budget justification sheets

6. Relevant court injunction documents

7. Relevant General Accounting Office reports

8. Relevant evaluation and reevaluation reports

9. Relevant memoranda

10. Relevant parts of IPET Report and underlying materials and supporting documents

11. Relevant agreements, contracts, and correspondence between USACE and local levee authorities and contractors

12. Relevant dredging permits

13. Relevant design data (including but not limited to maps, charts, drawings, blueprints, memoranda, plans and specifications)

14. Relevant inspection reports

15. Relevant modeling data and depictions

16. Any document listed by any plaintiff or co-defendant in this matter, including but not limited to, those listed in initial disclosures, answers to interrogatories and requests to admit, response to requests for production of documents, correspondence, or any documents (hard copy or electrically stored information) in the document depositories developed in this matter

17. Legislative materials

18. Statutes and regulations

Dated:  June 20, 2008               Respectfully submitted,

                                    s/ Thomas P. Anzelmo_____
                                    McCRANIE, SISTRUNK, ANZELMO,
                                       HARDY, MAXWELL & McDANIEL
                                    Thomas P. Anzelmo, P.A. - #2533
                                    Mark E. Hanna - #19336
                                    Kyle P. Kirsch - #26363
                                    Andre J. Lagarde - #28649
                                    3445 N. Causeway Boulevard, Ste. 800
                                    Metairie, Louisiana 70002
                                    TELEPHONE:  (504) 831-0946
                                    FACSIMILE:  (504) 831-2492

                                    and

                                    LABORDE & NEUNER
                                    Ben L. Mayeaux - #19042
                                    James L. Pate - # 10333
                                    Gregory A. Koury - #26364
                                    One Petroleum Center, Suite 200
                                    1001 West Pinhook Road
                                    Lafayette, Louisiana 70503
                                    TELEPHONE:  (337) 237-7000
                                    FACSIMILE:  (337) 233-9450
                                    Attorneys for the ORLEANS LEVEE
                                    DISTRICT

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
   MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
   & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May, 2008, a copy of the above and foregoing **Levee Defendants' Eighth Preliminary List of Exhibits for Potential Merits Trials(s)** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                              s/ Thomas P. Anzelmo_____
                                              McCRANIE, SISTRUNK, ANZELMO,
                                                  HARDY, MAXWELL & McDANIEL
                                              3445 N. Causeway Boulevard, Ste. 800
                                              Metairie, Louisiana 70002
                                              TELEPHONE: (504) 831-0946
                                              FACSIMILE: (504) 831-2492
                                              E-MAIL: tpa@mcsalaw.com