UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | DOCKET NO.:   05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE:        DUVAL |
| | * | |
| | * | MAGISTRATE:  WILKINSON |
| | * | |
| ************************************** | * | |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE   (Debra Fischman, | * | |
| No. 06-4954) | * | |
| | * | |
| ************************************** | | |

**ORDER OF DISMISSAL**

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims and demands asserted

by Plaintiff, DEBRA J. FISCHMAN, in the above entitled and numbered cause be and the same are

hereby dismissed, with full prejudice, each party to bear their own costs.

**JUDGMENT READ, RENDERED AND SIGNED** at New Orleans, Louisiana, on this

_____22nd_____ day of _____June_____, 2008.

_____
J U D G E