1426-11350

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACH CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO. 05-4182 "K" (2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON |
| PERTAINS TO:<br><br>LAWRENCE, FRANK and (06-1386)<br>MARGIE S. LAWRENCE | § § § § § § § |

### ORDER OF DISMISSAL WITH PREJUDICE AND RESERVATION OF RIGHTS

Based on the foregoing,

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby DISMISSED WITH PREJUDICE, as to LOUISIANA CITIZENS INSURANCE CORP., only, each party to bear its own costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that claimants' rights as to any person or entity not expressly dismissed hereby, including but not limited to STATE FARM FIRE & CASUALTY CO., be and they are hereby fully reserved.

THUS DONE AND SIGNED at New Orleans, Louisiana, on this _____ day of _____, 2008.

_____
JUDGE