# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| Parfait C.A.No. 07-3500 | |

## ORDER

Before the Court is a Rule 12(b)(6) Motion to Dismiss (Doc. 11784) filed by Southeast Louisiana Flood Protection Authority East ("SLFPA"). Having been informed by SLFPA counsel that the subject-matter of the motion has been rendered moot by subsequent pleadings,

**IT IS ORDERED** that the Rule 12(b)(6) Motion to Dismiss (Doc. 11784) filed by Southeast Louisiana Flood Protection Authority East is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this __23rd__ day of June, 2008.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**