UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>            CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  BARGE | JUDGE DUVAL |
| *Mumford v. Ingram*        C.A. No. 05-5724 | MAG. WILKINSON |
| *Boutte v. Lafarge*         C.A. No. 05-5531 | |
| *Lagarde v. Lafarge*       C.A. No. 06-5342 | |
| *Perry v. Ingram Barge*  C.A. No. 06-6299 | |
| *Benoit v. Lafarge*         C.A. No. 06-7516 | |
| *Parfait Family v. USA*  C.A. No. 07-3500 | |
| *Lafarge v. USA*             C.A. No. 07-5178 | |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Lafarge North America Inc. and New Jourdan, L.L.C.'s Motion for Protective Order and Motion to Quash, Record Doc. No. 13288

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART as follows: The motion is granted insofar as it relates to additional document production. It appears from the written submissions that production of documents from this non-party has been sufficient at this time.  If additional relevant, non-privileged documentation that has not yet been produced is identified during the Rule 30(b)(6) deposition testimony permitted herein, it may be specifically requested and may be the subject of another motion, if it is not voluntarily produced.

Insofar as the motion relates to testimony requested at the noticed Rule 30(b)(6) deposition of this entity non-party, the motion is also granted as to Topic No. 8 of the subject notice. This topic is overly broad and so vague that it does not satisfy the "reasonable particularity" requirement of Fed. R. Civ. P. 30(b)(6). The motion is granted in part and denied in part as to Topics Nos. 1 and 2 of the subject notice. These topics are

overly broad, as written, and seek some information that is irrelevant. The motion is denied in part as to these two topics, however, in that these two topics are hereby modified to limit questioning to the information requested sought in Topics Nos. 1 and 2 only as it relates to the Murphs, the Priestlys, Ms. Fernandez, claims concerning the Barge ING 4727, and the property at 1739 Jourdan Avenue and/or 105 Berkley Drive. The motion is denied, all objections are overruled and the deposition may proceed as noticed, as to the remaining five (5) Topics Nos. 3 - 7.

Counsel are ordered immediately to confer with each other and counsel or some other duly authorized agent of the non-party entity to be deposed to schedule and make other arrangements for the deposition at a mutually convenient date, time and place.

New Orleans, Louisiana, this  23rd  day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE