UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO:  08-898 PLAINTIFF:  THERESA Y. GIOIA | MAGISTRATE WILKINSON |

## JOINT MOTION TO DISMISS CASE

On joint motion of plaintiff Theresa Y. Gioia and of defendant Allstate Insurance Company, both parties appearing herein through undersigned counsel of record, and on suggesting to this Honorable Court that this matter has been compromised and settled and, therefore, should be dismissed, with full prejudice as to all of plaintiff's rights therein, each party to bear its own costs.

    Respectfully submitted,

    /s/ Albert J. Nicaud
    ALBERT J. NICAUD (19261)
    NICAUD, SUNSERI & FRADELLA, LLC
    3000 18th Street
    Metairie, LA 70002
    Telephone:  (504) 837.1304
    Facsimile:  (504) 833.2843
    Email: anicaud@nsflaw.com

    Attorney for Plaintiff

/s/ James L. Donovan, Jr.
JAMES L. DONOVAN, JR. (1337)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
Telephone:  (504) 454-6808
Facsimile:  (504) 887-5885
Email:  jdonovan@donovanlawler.com

Attorneys for defendant,
Allstate Insurance Company

### CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **James L. Donovan, Jr.**
  JDonovan@donovanlawler.com,jtaulli@donovanlawler.com

- **Timothy P. Farrelly**
  tfarrelly@nsflaw.com

- **Kristin J. Milano**
  kmilano@nsflaw.com,mbordelon@nsflaw.com

- **Albert J. Nicaud**
  anicaud@nsflaw.com,mbordelon@nsflaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.

/s/ James L. Donovan, Jr.