UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: | SECTION "K"(2) |
| State of Louisiana, et al. v. USA   C.A. No. 07-5023<br>State of Louisiana, et al. v. USA   C.A. No. 07-5040 | |

**ORDER**

On June 13, 2008, this Court entered an Order staying and statistically closing all suits filed by Mr. Ashton O'Dwyer that are in the consolidated litigation, *In re Katrina Canal Breaches Consolidated Litigation,* C.A. No. 05-4182. The above-styled and numbered cases had been included in the style of Mr. O'Dwyer's pleadings; however, these cases were not filed by Mr. O'Dwyer. Rather, they were filed by the State of Louisiana, and Mr. O'Dwyer had sought to intervene therein.

The Motion to Intervene (Doc. 8735) filed by Mr. O'Dwyer in these two cases was denied by Magistrate Judge Wilkinson (Doc. 9459), and this Court denied Mr. O'Dwyer's appeal from that decision (Doc. 11391) on February 25, 2008. Thus, there is no reason for the stay in question to apply to these cases in any manner. Accordingly,

**IT IS ORDERED** that the Order Staying and Statistically Closing the above-styled cases (Doc. 6 as docketed in both suits) is **VACATED with respect to these two cases.**

New Orleans, Louisiana, this  23rd  day of June, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE