# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES           * CIVIL ACTION
CONSOLIDATED LITIGATION                  *
                                         * NO. 05-4182
                                         * and consolidated cases
*THIS PLEADING APPLIES TO:*              *
        **BARGE**                        * SECTION "K" (2)
*Parfait v. USA*        C.A. No. 07-3500 *
                                         * JUDGE STANWOOD R. DUVAL, JR.
                                         *
                                         * MAG. JUDGE JOSEPH C. WILKINSON, JR.
                                         *

## *EX PARTE* MOTION FOR LEAVE TO FILE AMENDED THIRD-PARTY COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant Lafarge North

America Inc. ("LNA"), who hereby moves this Honorable Court for leave to file the attached

First Supplemental and Amended Third-Party Complaint against the Orleans Levee District and

Lake Borgne Basin Levee District.  In support of this motion, LNA avers that the requested

amended Third Party Complaint is necessary to substitute claims against the Orleans Levee

District and the Lake Borgne Basin Levee District in place of a previously filed cross-claim

against the Southeast Louisiana Flood Protection Authority-East ("SLFPA-E") based upon the

1116798-1

SLFPA-E's representations that it is not a proper party to this lawsuit as the successor-in-interest to the Orleans and Lake Borgne Basin Levee Districts.

Additionally, LNA prays that the Stay and Statistical Closure of this Civil Action No. 07-3500 as reflected in the Order of this Court, Document No. 13525, entered on June 13, 2008 be lifted, solely to allow Defendant LNA to file its First Supplemental and Amended Third Party Complaint against the Orleans Levee District and the Lake Borgne Basin Levee District.

Undersigned counsel hereby certifies that he has contacted counsel for the SLFPA-E, the Orleans Levee District and the Lake Borgne Basin Levee District, all of whom have no opposition to the filing of the proposed amended pleading.

Respectfully submitted,


/s/ *Robert B. Fisher, Jr.*
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
fisher@chaffe.com
walker@chaffe.com

1116798-1

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I do hereby certify that I have on this 24th day of June, 2008 served a copy of the

foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

/s/ *Robert B. Fisher, Jr.*