## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*THIS PLEADING APPLIES TO:*<br>**BARGE**<br>*Parfait v. USA*   C.A. No. 07-3500 | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL, JR.<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

### O R D E R

Considering the foregoing *ExParte* Motion For Leave To File Amended Third-Party Complaint by Lafarge North America Inc.;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant Lafarge North America Inc. is hereby granted leave to file the attached First Supplemental and Amended Third Party Complaint of Defendant Lafarge North America Inc. against the Orleans Levee District and Lake Borgne Basin Levee District.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Stay and Statistical Closure of this Civil Action No. 07-3500, as reflected in the Order of this Court, Document No. 13525, entered on June 13, 2008 be lifted solely to allow Defendant LNA to file

1116798-1

its First Supplemental and Amended Third Party Complaint against the Orleans Levee District and the Lake Borgne Basin Levee District

**New Orleans, Louisiana** this _____ day of _____, 2008.

_____
Hon. Judge Stanwood R. Duval, Jr.