UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*THIS PLEADING APPLIES TO:*<br>**BARGE**<br>*Parfait v. USA*     C.A. No. 07-3500 | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL, JR.<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

### *EX PARTE* CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes defendant Lafarge North America Inc. ("LNA"), who hereby moves this Honorable Court for an order dismissing all claims asserted against the Southeast Louisiana Flood Protection Authority – East ("SLFPA-E"), without prejudice. LNA asserts this motion based upon SLFPA-E's representations that it is not a proper party defendant to this action. LNA reserves all rights to re-file and re-assert these claims against SLFPA-E if it is later determined that SLFPA-E is a property party defendant in the captioned action. LNA reserves all rights against all other remaining defendants, third-party defendants, plaintiffs, and all other parties to this action.

1116779-1

Respectfully submitted,

/s/ *Robert B. Fisher, Jr.*
Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
fisher@chaffe.com
walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

### Certificate of Service

I do hereby certify that I have on this 24th day of June, 2008 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

/s/ *Robert B. Fisher, Jr.*