UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO, <u>Robinson</u> 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Plaintiffs have responded to my order, Record Doc. No. 13599, by providing me with a 168-item proposed "Notice of Video-Taped Federal Rule 30(b)(6) Deposition," which I am directing the Clerk to file in the record. **IT IS ORDERED** that this is the notice that the court will now address and plaintiffs are hereby PROHIBITED from amending it further or submitting new notices of this deposition.

New Orleans, Louisiana, this  24th  day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE