UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS | * | SECTION: K (2) |
| JOINDER CASES | * | |
| | * | |
| Severed from Ailes 06-7822 | * | |
| | * | |
| ELGIN GROSSLEY, JR., ET AL | * | CIVIL ACTION NO. 07-1584 |
| | * | |
| VERSUS | * | JUDGE |
| | * | SECTION   K |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | MAGISTRATE 2 |

************************************

## JOINT MOTION AND ORDER FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, **ELGIN J. GROSSLEY, JR.** and **BARBARA GROSSLEY**, and defendant, State Farm Fire and Casualty Company, who suggest to this Honorable Court that all issues in the above entitled and numbered cause have been resolved and settled and that this cause should be dismissed with full prejudice, each party to bear their own cost;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in _____, Louisiana this _____ day of _____, 2008.

_____
**JUDGE**

Page 1 of 2

Respectfully submitted,

*[signature]*

**PATRICK G. KEHOE, JR.**, Bar Roll No. 14419
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954
Attorney for Plaintiffs

*[signature]*

**SIDNEY J. HARDY** (Bar No. 1938)
McCranie, Sistrunk, Anzelmo,
  Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Ste. 800
Metairie, Louisiana 70002
Telephone: 504-831-0946
Facsimile: 504-831-2492
Attorney for Defendant