UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                     NO. 05-4182

PERTAINS TO:                                                  SECTION "K"(2)
*Unrepresented Plaintiffs*, C.A. No. 07-5036

## ORDER

The above-referenced complaint was filed by the Honorable Charles C. Foti, Jr as Attorney General for the State of Louisiana, Guardian Ad Litem on behalf individuals who had filed timely administrative claim forms with the Army Corps of Engineers with respect to damages arising from the breaches of the levees in and around New Orleans, but who were not specifically represented by counsel.  At the time of its filing on August 22, 2007, a Motion for Appointment of a Special Master (Doc. 7225) and Motion for Plaintiffs' Permanent Master Committee for Appointment of Curator (Doc. 7269) was also filed.   Based on written reasons, the Court granted these motions (Doc. 7293), and an appeal was taken by the United States.  On August 29, 2007, the United States Court of Appeals for the Fifth Circuit reversed the Court. (*In re: United States*, C.A. No. 07-30762).  Based on that decision,

**IT IS ORDERED** that this matter be and is hereby **ADMINISTRATIVELY CLOSED.**

New Orleans, Louisiana, this   24th   day of June, 2008.

                                                                  _____
                                                                  STANWOOD R. DUVAL, JR.
                                                         UNITED STATES DISTRICT COURT JUDGE