UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES           §        CIVIL ACTION
        CONSOLIDATED LITIGATION           §        NO. 05-4182 "K" (2)
                                          §        JUDGE DUVAL
                                          §        MAG. WILKINSON
                                          §
PERTAINS TO:                              §
        ALL LEVEE                         §
        ALL MRGO                          §
        ALL BARGE                         §
                                          §

NOTICE OF PRODUCTION

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol. The following documents were selected for production in the manner specified in the United States Document Production Protocol (Doc. Rec. 5368):

| | | |
|---|---|---|
| NED-013-000000882 | to | NED-013-000001009; |
| NED-013-000001010 | to | NED-013-000001055; |
| NED-095-000000883 | to | NED-095-000001091; |
| NED-100-000001144 | to | NED-100-000001696; |
| NED-105-000000386 | to | NED-105-000000449; |
| NOP-002-000000765 | to | NOP-002-000000777; |
| NOP-002-000000782 | to | NOP-002-000000817; |

| | | |
|---|---|---|
| NOP-002-000000819 | to | NOP-002-000000820; |
| NOP-002-000000847 | to | NOP-002-000000855; |
| NOP-002-000000858 | to | NOP-002-000000869; |
| NOP-002-000000874 | to | NOP-002-000000909; |
| NOP-002-000000911 | to | NOP-002-000000912; |
| NOP-002-000000939 | to | NOP-002-000000947; |
| NOP-002-000002065 | to | NOP-002-000002065; |
| NOP-002-000002084 | to | NOP-002-000002086; |
| NOP-002-000002107 | to | NOP-002-000002107; |
| NOP-010-000000002 | to | NOP-010-000000003; |
| NOP-010-000000049 | to | NOP-010-000000049; |
| NOP-010-000000054 | to | NOP-010-000000054; |
| NOP-010-000000218 | to | NOP-010-000000218; |
| NOP-010-000000603 | to | NOP-010-000000604; |
| NOP-010-000000652 | to | NOP-010-000000658; |
| NOP-010-000000667 | to | NOP-010-000000674; |
| NOP-014-000000003 | to | NOP-014-000000004; |
| NOP-014-000000771 | to | NOP-014-000000772; |
| NOP-014-000000915 | to | NOP-014-000000920; |
| NOP-022-000003180 | to | NOP-022-000003186; |
| NPM-002-000000211 | to | NPM-002-000000264; |
| NPM-003-000001967 | to | NPM-003-000001967; |
| NPM-003-000003371 | to | NPM-003-000003371; |
| NPM-003-000003566 | to | NPM-003-000003576; |
| NPM-005-000001596 | to | NPM-005-000001597; |
| NPM-005-000001599 | to | NPM-005-000001600; |
| NPM-010-000002084 | to | NPM-010-000002179; |
| NPM-010-000003123 | to | NPM-010-000003123; |
| NPM-010-000003202 | to | NPM-010-000003202; |
| NPM-010-000003209 | to | NPM-010-000003209; |
| NPM-010-000003215 | to | NPM-010-000003215; |
| NPM-010-000003219 | to | NPM-010-000003219; |
| PET-008-000000027 | to | PET-008-000000027; |
| PET-008-000000061 | to | PET-008-000000064. |

The following documents, which contain redacted images protected under the Privacy Act, 5 U.S.C. § 552a, were also selected for production in the manner specified in the United States Document Production Protocol (Doc. Rec. 5368):

| | | |
|---|---|---|
| NOP-002-000000778 | to | NOP-002-000000781; |
| NOP-002-000000818 | to | NOP-002-000000818; |
| NOP-002-000000821 | to | NOP-002-000000846; |

        NOP-002-000000856    to    NOP-002-000000857;
        NOP-002-000000870    to    NOP-002-000000873;
        NOP-002-000000910    to    NOP-002-000000910;
        NOP-002-000000913    to    NOP-002-000000938;
        NOP-002-000000948    to    NOP-002-000000949.

In response to the Plaintiffs' First Requests for Production propounded in the MRGO and Levee Class Certification Actions, the Plaintiffs' First Requests for Production to the United States propounded in the common liability MRGO and Levee categories, the Plaintiffs' First Set of Requests for Production propounded in Robinson (06-2268), Lafarge North America Inc.'s Requests for Production of Documents in the Barge category, and the Defendants' Requests for Production of Documents, respectively, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

        FMA-706-000000001    to    FMA-706-000000064;
        FMA-707-000000001    to    FMA-707-000000028;
        FMA-708-000000001    to    FMA-708-000000055;
        FMA-710-000000001    to    FMA-710-000000043;
        FMA-711-000000001    to    FMA-711-000000036;
        FMA-712-000000001    to    FMA-712-000000046;
        FMA-713-000000001    to    FMA-713-000000040;
        FMA-714-000000001    to    FMA-714-000000072;
        FMA-715-000000001    to    FMA-715-000000070;
        FMA-716-000000001    to    FMA-716-000000073;
        FMA-717-000000001    to    FMA-717-000000025;
        FMA-718-000000001    to    FMA-718-000000026;

| | | |
|---|---|---|
| FMA-719-000000001 | to | FMA-719-000000032; |
| FMA-720-000000001 | to | FMA-720-000000092; |
| FMA-722-000000001 | to | FMA-722-000000167; |
| FMA-725-000000001 | to | FMA-725-000000015; |
| FMA-726-000000001 | to | FMA-726-000000047; |
| FMA-727-000000001 | to | FMA-727-000000082; |
| FMA-729-000000001 | to | FMA-729-000000747; |
| FMA-731-000000001 | to | FMA-731-000001035; |
| FMA-741-000000001 | to | FMA-741-000004105; |
| FMA-766-000000001 | to | FMA-766-000003973; |
| FMA-774-000000001 | to | FMA-774-000000017; |
| FMA-787-000000001 | to | FMA-787-000001531; |
| FMA-791-000000001 | to | FMA-791-000000222; |
| FMA-795-000000001 | to | FMA-795-000000621; |
| FMA-798-000000001 | to | FMA-798-000001868; |
| FMA-803-000000001 | to | FMA-803-000000001; |
| FMA-805-000000001 | to | FMA-805-000001703; |
| FMA-806-000000001 | to | FMA-806-000002528; |
| FMA-824-000000001 | to | FMA-824-000000010; |
| FMA-825-000000001 | to | FMA-825-000000012; |
| FMA-826-000000001 | to | FMA-826-000000016; |
| FMA-827-000000001 | to | FMA-827-000000076; |
| UCG-007-000000001 | to | UCG-007-000000168; |
| ZFP-005-000000001 | to | ZFP-005-000000193; |
| ZFP-006-000000001 | to | ZFP-006-000000040; |
| ZFP-008-000000001 | to | ZFP-008-000000008; |
| ZFP-021-000000001 | to | ZFP-021-000000021. |

    This Notice of Production is respectfully submitted,

                                      GREGORY G. KATSAS
                                      Acting Assistant Attorney General

                                      PHYLLIS J. PYLES
                                      Director, Torts Branch

                                      JAMES G. TOUHEY, JR.
                                      Assistant Director, Torts Branch

                                       s/ James F. McConnon, Jr.
                                      JAMES F. McCONNON, JR.
                                      Trial Attorney, Torts Branch, Civil Division
                                      U.S. Department of Justice
                                      Benjamin Franklin Station, P.O. Box 888
                                      Washington, D.C.  20044
                                      (202) 616-4400 / (202) 616-5200 (Fax)
                                      Attorneys for the United States

Dated: June 25, 2008

**CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on June 25, 2008, I served a true copy of the United States' Notice of Production upon all parties by ECF.

                                          s/ James F. McConnon, Jr.
                                          JAMES F. McCONNON, JR.