PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ZFP | 005 | ZFP-005-000000001 | ZFP-005-000000193 | Department of Homeland Security; FEMA; Planning - LA TRO; GIS | Al Coons | KC855 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 006 | ZFP-006-000000001 | ZFP-006-000000040 | Department of Homeland Security; FEMA; Mitigation; Engineering Management Branch | Joshua Smith | KC856 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 008 | ZFP-008-000000001 | ZFP-008-000000008 | Department of Homeland Security; FEMA; OGC; Litigation Division | Kristen Shedd | KC857 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| ZFP | 021 | ZFP-021-000000001 | ZFP-021-000000021 | Department of Homeland Security; FEMA; Mitigation; Engineering Management Branch | Joshua Smith | KC858 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | ESI from FEMA |
| UCG | 007 | UCG-007-000000001 | UCG-007-000000168 | United States Coast Guard; Judge Advocate General; Claims and Litigation Branch | Robert Travis | KC863 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Coast Guard Slide Presentations Regarding Barges, Damages and Debris |
| FMA | 706 | FMA-706-000000001 | FMA-706-000000064 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 707 | FMA-707-000000001 | FMA-707-000000028 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 708 | FMA-708-000000001 | FMA-708-000000055 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 710 | FMA-710-000000001 | FMA-710-000000043 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 711 | FMA-711-000000001 | FMA-711-000000036 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 712 | FMA-712-000000001 | FMA-712-000000046 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 713 | FMA-713-000000001 | FMA-713-000000040 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 714 | FMA-714-000000001 | FMA-714-000000072 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 715 | FMA-715-000000001 | FMA-715-000000070 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 716 | FMA-716-000000001 | FMA-716-000000073 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 717 | FMA-717-000000001 | FMA-717-000000025 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 718 | FMA-718-000000001 | FMA-718-000000026 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 719 | FMA-719-000000001 | FMA-719-000000032 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 720 | FMA-720-000000001 | FMA-720-000000092 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 722 | FMA-722-000000001 | FMA-722-000000167 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 725 | FMA-725-000000001 | FMA-725-000000015 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 726 | FMA-726-000000001 | FMA-726-000000047 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 727 | FMA-727-000000001 | FMA-727-000000082 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 729 | FMA-729-000000001 | FMA-729-000000747 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 731 | FMA-731-000000001 | FMA-731-000001035 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 741 | FMA-741-000000001 | FMA-741-000004105 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 766 | FMA-766-000000001 | FMA-766-000003973 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 774 | FMA-774-000000001 | FMA-774-000000017 | Federal Emergency Management Agency | Paul Huang | KC864 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 787 | FMA-787-000000001 | FMA-787-000001531 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 791 | FMA-791-000000001 | FMA-791-000000222 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 795 | FMA-795-000000001 | FMA-795-000000621 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 798 | FMA-798-000000001 | FMA-798-000001868 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 803 | FMA-803-000000001 | FMA-803-000000001 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 805 | FMA-805-000000001 | FMA-805-000001703 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 806 | FMA-806-000000001 | FMA-806-000002528 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 824 | FMA-824-000000001 | FMA-824-000000010 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMA | 825 | FMA-825-000000001 | FMA-825-000000012 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 826 | FMA-826-000000001 | FMA-826-000000016 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| FMA | 827 | FMA-827-000000001 | FMA-827-000000076 | Federal Emergency Management Agency | Paul Huang | KC865 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Material from FEMA archives re National Flood Insurance Program for Jefferson Parish, LA |
| NED | 013 | NED-013-000000882 | NED-013-000001009 | USACE;MVD;MVN; CE-ED-H | Nancy Powell | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 178) from June 2007 Review and Select Production |
| NED | 013 | NED-013-000001010 | NED-013-000001055 | USACE;MVD;MVN; CE-ED-H | Nancy Powell | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 178) from June 2007 Review and Select Production |
| NED | 095 | NED-095-000000883 | NED-095-000001091 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 148) from June 2007 Review and Select Production |
| NED | 100 | NED-100-000001144 | NED-100-000001696 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 404) from June 2007 Review and Select Production |
| NED | 105 | NED-105-000000386 | NED-105-000000449 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 339) from June 2007 Review and Select Production |
| NOP | 010 | NOP-010-000000002 | NOP-010-000000003 | USACE;MVD;MVN; OD-G | Jane Brown | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 205) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOP | 010 | NOP-010-000000049 | NOP-010-000000049 | USACE;MVD;MVN;OD-G | Jane Brown | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 205) from June 2007 Review and Select Production |
| NOP | 010 | NOP-010-000000054 | NOP-010-000000054 | USACE;MVD;MVN;OD-G | Jane Brown | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 205) from June 2007 Review and Select Production |
| NOP | 010 | NOP-010-000000218 | NOP-010-000000218 | USACE;MVD;MVN;OD-G | Jane Brown | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 205) from June 2007 Review and Select Production |
| NOP | 010 | NOP-010-000000603 | NOP-010-000000604 | USACE;MVD;MVN;OD-G | Jane Brown | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 205) from June 2007 Review and Select Production |
| NOP | 010 | NOP-010-000000652 | NOP-010-000000658 | USACE;MVD;MVN;OD-G | Jane Brown | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 205) from June 2007 Review and Select Production |
| NOP | 010 | NOP-010-000000667 | NOP-010-000000674 | USACE;MVD;MVN;OD-G | Jane Brown | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 205) from June 2007 Review and Select Production |
| NOP | 014 | NOP-014-000000003 | NOP-014-000000004 | USACE;MVD;MVN;OD-G | Jane Brown | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 206) from June 2007 Review and Select Production |
| NOP | 014 | NOP-014-000000771 | NOP-014-000000772 | USACE;MVD;MVN;OD-G | Jane Brown | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 206) from June 2007 Review and Select Production |
| NOP | 014 | NOP-014-000000915 | NOP-014-000000920 | USACE;MVD;MVN;OD-G | Jane Brown | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 206) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOP | 022 | NOP-022-000003180 | NOP-022-000003186 | USACE;MVD;MVN; OD-T | Ed Creef | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 167) from June 2007 Review and Select Production |
| NPM | 010 | NPM-010-000002084 | NPM-010-000002179 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 377) from June 2007 Review and Select Production |
| NPM | 010 | NPM-010-000003123 | NPM-010-000003123 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 377) from June 2007 Review and Select Production |
| NPM | 010 | NPM-010-000003202 | NPM-010-000003202 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 377) from June 2007 Review and Select Production |
| NPM | 010 | NPM-010-000003209 | NPM-010-000003209 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 377) from June 2007 Review and Select Production |
| NPM | 010 | NPM-010-000003215 | NPM-010-000003215 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 377) from June 2007 Review and Select Production |
| NPM | 010 | NPM-010-000003219 | NPM-010-000003219 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 377) from June 2007 Review and Select Production |
| NPM | 002 | NPM-002-000000211 | NPM-002-000000264 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 371) from June 2007 Review and Select Production |
| NPM | 003 | NPM-003-000001967 | NPM-003-000001967 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 452) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 003 | NPM-003-000003371 | NPM-003-000003371 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 452) from June 2007 Review and Select Production |
| NPM | 003 | NPM-003-000003566 | NPM-003-000003576 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 452) from June 2007 Review and Select Production |
| NPM | 005 | NPM-005-000001596 | NPM-005-000001597 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 453) from June 2007 Review and Select Production |
| NPM | 005 | NPM-005-000001599 | NPM-005-000001600 | USACE;MVD;MVN; CEMVN-PM | Larry Poindexter | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 453) from June 2007 Review and Select Production |
| PET | 008 | PET-008-000000027 | PET-008-000000027 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 171) from June 2007 Review and Select Production |
| PET | 008 | PET-008-000000061 | PET-008-000000064 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC866 | 6/25/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 171) from June 2007 Review and Select Production |
| NOP | 002 | NOP-002-000000765 | NOP-002-000000777 | USACE;MVD;MVN; OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |
| NOP | 002 | NOP-002-000000778 | NOP-002-000000781 | USACE;MVD;MVN; OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production (Redacted) |
| NOP | 002 | NOP-002-000000782 | NOP-002-000000817 | USACE;MVD;MVN; OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOP | 002 | NOP-002-000000818 | NOP-002-000000818 | USACE;MVD;MVN;OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production (Redacted) |
| NOP | 002 | NOP-002-000000819 | NOP-002-000000820 | USACE;MVD;MVN;OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |
| NOP | 002 | NOP-002-000000821 | NOP-002-000000846 | USACE;MVD;MVN;OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production (Redacted) |
| NOP | 002 | NOP-002-000000847 | NOP-002-000000855 | USACE;MVD;MVN;OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |
| NOP | 002 | NOP-002-000000856 | NOP-002-000000857 | USACE;MVD;MVN;OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production (Redacted) |
| NOP | 002 | NOP-002-000000858 | NOP-002-000000869 | USACE;MVD;MVN;OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |
| NOP | 002 | NOP-002-000000870 | NOP-002-000000873 | USACE;MVD;MVN;OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production (Redacted) |
| NOP | 002 | NOP-002-000000874 | NOP-002-000000909 | USACE;MVD;MVN;OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |
| NOP | 002 | NOP-002-000000910 | NOP-002-000000910 | USACE;MVD;MVN;OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production (Redacted) |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOP | 002 | NOP-002-000000911 | NOP-002-000000912 | USACE;MVD;MVN; OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |
| NOP | 002 | NOP-002-000000913 | NOP-002-000000938 | USACE;MVD;MVN; OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production (Redacted) |
| NOP | 002 | NOP-002-000000939 | NOP-002-000000947 | USACE;MVD;MVN; OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |
| NOP | 002 | NOP-002-000000948 | NOP-002-000000949 | USACE;MVD;MVN; OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production (Redacted) |
| NOP | 002 | NOP-002-000002065 | NOP-002-000002065 | USACE;MVD;MVN; OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |
| NOP | 002 | NOP-002-000002084 | NOP-002-000002086 | USACE;MVD;MVN; OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |
| NOP | 002 | NOP-002-000002107 | NOP-002-000002107 | USACE;MVD;MVN; OD-G | Michelle Daigle | KC867 | 6/25/2008 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Plaintiff Selections (Project Box 473) from June 2007 Review and Select Production |