UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES       CONSOLIDATED LITIGATION _____ PERTAINS TO:   Parfait C.A. No. 07-3500 | * * * * * * * * | CIVIL ACTION  NUMBER:  05-4182    SECTION "K" (2) |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Ex Parte* Motion to Clarify Order of June 23, 2008;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Record Document No. 13592 is clarified to reflect that the Rule 12(b)(6) Motion filed on March 26, 2008 by the Southeast Louisiana Flood Protection Authority – East was not, on June 23, 2008, rendered moot by pleadings in the record.  Once such subsequent pleadings filed by Lafarge North America are considered by this Court, if those pleadings result in an Order both dismissing the Southeast Louisiana Flood Protection Authority – East and substituting in its place the Orleans Levee District and the Board of Commissioners for the Lake Borjne Basin Levee District, the Orleans Levee District and the Lake Borne Basin Levee District retain all rights to file any objections, responsive pleadings or other motions to those pleadings filed by Lafarge North America.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
Honorable Judge Stanwood R. Duval, Jr.