UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD SENSEBE AND ALAINNA SENSEBE D/B/A INK WELL PRINTING | CIVIL ACTION NO. 06-5255 |
| VERSUS | JUDGE ENGELHARDT |
| LAFAYETTE INSURANCE COMPANY AND POWELL INSURANCE AGENCY | MAGISTRATE CHASEZ |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Lafayette Insurance Company, who desires to add as additional counsel of record, David R. Aden, of the law firm Barry & Piccione. The addition of counsel will not delay or retard the progress of this case.

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that David R. Aden of the law firm of Barry and Piccione is hereby added as additional counsel of record for the defendant, Lafayette Insurance Company.

Signed this _____ day of June 2008 in New Orleans, Louisiana.

_____
J U D G E

1

Respectfully submitted,

**BARRY & PICCIONE**

_/s/ David R. Aden_
**STEPHEN R. BARRY (#21465)**
**DAPHNE P. MCNUTT (#20292)**
**WENDELL R. VERRET (# 21968)**
**DAVID R. ADEN (#30373)**
*A Professional Law Corporation*
612 Gravier Street
New Orleans, LA 70130
Telephone: 504-525-5553
Facsimile: 504-525-1909

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_/s/David R. Aden_
DAVID R. ADEN