-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br>NO.: 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>07-8880 (Mervin Jefferson, et al. v.<br>Allstate Insurance Company) | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT[1]

Pursuant to the Court's Post-*Sher* Insurance Umbrella Case Management Order dated June 13, 2008, Defendant, Allstate Insurance Company ("Allstate"), respectfully moves for the entry of a final judgment of dismissal in its favor in this matter because *Sher v. Lafayette Ins. Co.*, No. 07-C-2411, 2008 WL 928486, at *6-7 (La. Apr. 8, 2008) and *In re Katrina Canal Breaches Litig.*, 495 F.3d 191, 214 (5th Cir. 2007) dispose of all claims asserted by Plaintiffs in this case.

---

[1] Allstate's arguments in support of dismissal are set forth in Defendant's Memorandum in Support of Its Motion for Entry of Final Judgment, concurrently filed with this Motion.

          Respectfully submitted,

          */s/ Arthur J. Lentini*

          Arthur J. Lentini, APLC (#8520)
          6620 Riverside Drive, Suite 312
          Metairie, Louisiana 70003
          (504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 25, 2008, the above and foregoing document was filed electronically. Notice of this filing has been served upon all counsel of record by operation of the Court's electronic filing system and by placing same in the United States mail, postage prepaid and properly addressed. Parties may access this filing through the Court's system.

          */s/ Arthur J. Lentini*
          Arthur J. Lentini