-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br>NO.:  05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| 07-8880 (Mervin Jefferson, et al. v.<br>Allstate Insurance Company) | *<br>* | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT'S NOTICE OF HEARING
### ON ITS MOTION FOR ENTRY OF FINAL JUDGMENT

Defendant Allstate Insurance Company's Motion for Entry of Final Judgment is set for hearing in the United States District for the Eastern District of Louisiana on Wednesday, July 23, 2008, at 9:30 a.m.

-2-

        Respectfully submitted,

        <u>/s/ *Arthur J. Lentini*</u>

        Arthur J. Lentini, APLC (#8520)
        6620 Riverside Drive, Suite 312
        Metairie, Louisiana 70003
        (504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 25, 2008, the above and foregoing document was filed electronically. Notice of this filing has been served upon all counsel of record by operation of the Court's electronic filing system and by placing same in the United States mail, postage prepaid and properly addressed. Parties may access this filing through the Court's system.

        <u>/s/ *Arthur J. Lentini*</u>
        Arthur J. Lentini