UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| ALL BARGE | § | |
| _____ | § | |

NOTICE OF PRIVILEGE/PROTECTIONS LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol (Doc. Rec. No. 5368), and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| NRE-773-000000001 | to | NRE-773-000000010; |
| NRE-773-000000016 | to | NRE-773-000000017; |
| NRE-773-000000020 | to | NRE-773-000000023; |
| NRE-773-000000027 | to | NRE-773-000000027; |
| NRE-773-000000028 | to | NRE-773-000000030; |
| NRE-773-000000034 | to | NRE-773-000000035; |
| NRE-773-000000038 | to | NRE-773-000000043; |
| NRE-773-000000044 | to | NRE-773-000000046; |
| NRE-773-000000050 | to | NRE-773-000000051; |
| NRE-773-000000064 | to | NRE-773-000000064; |
| NRE-773-000000065 | to | NRE-773-000000067; |
| NRE-773-000000071 | to | NRE-773-000000071; |
| NRE-773-000000076 | to | NRE-773-000000077; |

| | | |
|---|---|---|
| NRE-773-000000081 | to | NRE-773-000000081; |
| NRE-773-000000085 | to | NRE-773-000000086; |
| NRE-773-000000089 | to | NRE-773-000000090; |
| NRE-773-000000094 | to | NRE-773-000000095; |
| NRE-773-000000100 | to | NRE-773-000000105; |
| NRE-773-000000106 | to | NRE-773-000000107; |
| NRE-773-000000108 | to | NRE-773-000000109; |
| NRE-773-000000110 | to | NRE-773-000000112; |
| NRE-773-000000113 | to | NRE-773-000000114; |
| NRE-773-000000165 | to | NRE-773-000000166; |
| NRE-773-000000169 | to | NRE-773-000000171; |
| NRE-773-000000172 | to | NRE-773-000000173; |
| NRE-773-000000188 | to | NRE-773-000000188; |
| NRE-773-000000208 | to | NRE-773-000000215; |
| NRE-773-000000216 | to | NRE-773-000000219; |
| NRE-773-000000226 | to | NRE-773-000000227; |
| NRE-773-000000235 | to | NRE-773-000000235; |
| NRE-773-000000255 | to | NRE-773-000000257; |
| NRE-773-000000258 | to | NRE-773-000000259; |
| NRE-773-000000260 | to | NRE-773-000000260; |
| NRE-773-000000261 | to | NRE-773-000000261; |
| NRE-773-000000262 | to | NRE-773-000000262; |
| NRE-773-000000263 | to | NRE-773-000000263; |
| NRE-773-000000264 | to | NRE-773-000000264; |
| NRE-773-000000265 | to | NRE-773-000000267; |
| NRE-773-000000268 | to | NRE-773-000000271; |
| NRE-773-000000272 | to | NRE-773-000000272; |
| NRE-773-000000273 | to | NRE-773-000000274; |
| NRE-773-000000275 | to | NRE-773-000000276; |
| NRE-773-000000280 | to | NRE-773-000000281; |
| NRE-773-000000286 | to | NRE-773-000000294; |
| NRE-773-000000295 | to | NRE-773-000000296; |
| NRE-773-000000297 | to | NRE-773-000000299; |
| NRE-773-000000300 | to | NRE-773-000000301; |
| NRE-773-000000302 | to | NRE-773-000000302; |
| NRE-773-000000303 | to | NRE-773-000000303; |
| NRE-773-000000312 | to | NRE-773-000000312; |
| NRE-773-000000313 | to | NRE-773-000000315; |
| NRE-773-000000320 | to | NRE-773-000000320; |
| NRE-773-000000323 | to | NRE-773-000000337; |
| NRE-773-000000338 | to | NRE-773-000000341; |
| NRE-773-000000342 | to | NRE-773-000000345; |
| NRE-773-000000429 | to | NRE-773-000000431; |

| | | |
|---|---|---|
| NRE-773-000000439 | to | NRE-773-000000442; |
| NRE-773-000000443 | to | NRE-773-000000444; |
| NRE-773-000000445 | to | NRE-773-000000453; |
| NRE-773-000000454 | to | NRE-773-000000455; |
| NRE-773-000000456 | to | NRE-773-000000461; |
| NRE-773-000000479 | to | NRE-773-000000480; |
| NRE-773-000000520 | to | NRE-773-000000525; |
| NRE-773-000000526 | to | NRE-773-000000532; |
| NRE-773-000000533 | to | NRE-773-000000542; |
| NRE-773-000000543 | to | NRE-773-000000545; |
| NRE-773-000000647 | to | NRE-773-000000657; |
| NRE-773-000000658 | to | NRE-773-000000667; |
| NRE-773-000000668 | to | NRE-773-000000677; |
| NRE-773-000000678 | to | NRE-773-000000686; |
| NRE-773-000000696 | to | NRE-773-000000703; |
| NRE-773-000000731 | to | NRE-773-000000746; |
| NRE-773-000000747 | to | NRE-773-000000756; |
| NRE-773-000000769 | to | NRE-773-000000770; |
| NRE-773-000000773 | to | NRE-773-000000775; |
| NRE-773-000000776 | to | NRE-773-000000783; |
| NRE-773-000001326 | to | NRE-773-000001338; |
| NRE-773-000001339 | to | NRE-773-000001354; |
| NRE-773-000001355 | to | NRE-773-000001372; |
| NRE-773-000001373 | to | NRE-773-000001377; |
| NRE-773-000001378 | to | NRE-773-000001379; |
| NRE-773-000001380 | to | NRE-773-000001381; |
| NRE-773-000001382 | to | NRE-773-000001421; |
| NRE-773-000001870 | to | NRE-773-000001940; |
| NRE-773-000001941 | to | NRE-773-000002033; |
| NRE-773-000002143 | to | NRE-773-000002170; |
| NRE-773-000002171 | to | NRE-773-000002180. |

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol (Doc. Rec. No. 5368), and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

| | | |
|---|---|---|
| NRE-773-000000011 | to | NRE-773-000000012; |
| NRE-773-000000013 | to | NRE-773-000000015; |
| NRE-773-000000018 | to | NRE-773-000000018; |

3

| | | |
|---|---|---|
| NRE-773-000000019 | to | NRE-773-000000019; |
| NRE-773-000000024 | to | NRE-773-000000025; |
| NRE-773-000000031 | to | NRE-773-000000031; |
| NRE-773-000000032 | to | NRE-773-000000033; |
| NRE-773-000000036 | to | NRE-773-000000036; |
| NRE-773-000000037 | to | NRE-773-000000037; |
| NRE-773-000000047 | to | NRE-773-000000049; |
| NRE-773-000000052 | to | NRE-773-000000052; |
| NRE-773-000000053 | to | NRE-773-000000053; |
| NRE-773-000000054 | to | NRE-773-000000054; |
| NRE-773-000000055 | to | NRE-773-000000055; |
| NRE-773-000000056 | to | NRE-773-000000062; |
| NRE-773-000000068 | to | NRE-773-000000069; |
| NRE-773-000000072 | to | NRE-773-000000074; |
| NRE-773-000000078 | to | NRE-773-000000080; |
| NRE-773-000000082 | to | NRE-773-000000084; |
| NRE-773-000000087 | to | NRE-773-000000087; |
| NRE-773-000000088 | to | NRE-773-000000088; |
| NRE-773-000000091 | to | NRE-773-000000093; |
| NRE-773-000000096 | to | NRE-773-000000097; |
| NRE-773-000000098 | to | NRE-773-000000099; |
| NRE-773-000000115 | to | NRE-773-000000117; |
| NRE-773-000000118 | to | NRE-773-000000118; |
| NRE-773-000000119 | to | NRE-773-000000122; |
| NRE-773-000000123 | to | NRE-773-000000125; |
| NRE-773-000000126 | to | NRE-773-000000128; |
| NRE-773-000000129 | to | NRE-773-000000131; |
| NRE-773-000000132 | to | NRE-773-000000134; |
| NRE-773-000000135 | to | NRE-773-000000137; |
| NRE-773-000000138 | to | NRE-773-000000140; |
| NRE-773-000000141 | to | NRE-773-000000143; |
| NRE-773-000000144 | to | NRE-773-000000146; |
| NRE-773-000000147 | to | NRE-773-000000164; |
| NRE-773-000000174 | to | NRE-773-000000176; |
| NRE-773-000000177 | to | NRE-773-000000177; |
| NRE-773-000000178 | to | NRE-773-000000178; |
| NRE-773-000000179 | to | NRE-773-000000179; |
| NRE-773-000000180 | to | NRE-773-000000186; |
| NRE-773-000000189 | to | NRE-773-000000207; |
| NRE-773-000000220 | to | NRE-773-000000221; |
| NRE-773-000000222 | to | NRE-773-000000222; |
| NRE-773-000000223 | to | NRE-773-000000223; |
| NRE-773-000000224 | to | NRE-773-000000224; |

|  |  |  |
|---|---|---|
| NRE-773-000000225 | to | NRE-773-000000225; |
| NRE-773-000000228 | to | NRE-773-000000233; |
| NRE-773-000000236 | to | NRE-773-000000254; |
| NRE-773-000000277 | to | NRE-773-000000277; |
| NRE-773-000000278 | to | NRE-773-000000279; |
| NRE-773-000000282 | to | NRE-773-000000282; |
| NRE-773-000000283 | to | NRE-773-000000283; |
| NRE-773-000000284 | to | NRE-773-000000284; |
| NRE-773-000000285 | to | NRE-773-000000285; |
| NRE-773-000000304 | to | NRE-773-000000310; |
| NRE-773-000000316 | to | NRE-773-000000316; |
| NRE-773-000000317 | to | NRE-773-000000319; |
| NRE-773-000000321 | to | NRE-773-000000321; |
| NRE-773-000000322 | to | NRE-773-000000322; |
| NRE-773-000000346 | to | NRE-773-000000350; |
| NRE-773-000000351 | to | NRE-773-000000355; |
| NRE-773-000000356 | to | NRE-773-000000363; |
| NRE-773-000000364 | to | NRE-773-000000382; |
| NRE-773-000000383 | to | NRE-773-000000395; |
| NRE-773-000000396 | to | NRE-773-000000417; |
| NRE-773-000000418 | to | NRE-773-000000423; |
| NRE-773-000000424 | to | NRE-773-000000428; |
| NRE-773-000000432 | to | NRE-773-000000438; |
| NRE-773-000000462 | to | NRE-773-000000464; |
| NRE-773-000000465 | to | NRE-773-000000471; |
| NRE-773-000000472 | to | NRE-773-000000478; |
| NRE-773-000000481 | to | NRE-773-000000508; |
| NRE-773-000000509 | to | NRE-773-000000519; |
| NRE-773-000000546 | to | NRE-773-000000551; |
| NRE-773-000000552 | to | NRE-773-000000599; |
| NRE-773-000000600 | to | NRE-773-000000646; |
| NRE-773-000000687 | to | NRE-773-000000695; |
| NRE-773-000000704 | to | NRE-773-000000709; |
| NRE-773-000000710 | to | NRE-773-000000730; |
| NRE-773-000000757 | to | NRE-773-000000768; |
| NRE-773-000000771 | to | NRE-773-000000772; |
| NRE-773-000000784 | to | NRE-773-000000790; |
| NRE-773-000000791 | to | NRE-773-000000799; |
| NRE-773-000000800 | to | NRE-773-000000829; |
| NRE-773-000000830 | to | NRE-773-000000872; |
| NRE-773-000000873 | to | NRE-773-000000895; |
| NRE-773-000000896 | to | NRE-773-000000921; |
| NRE-773-000000922 | to | NRE-773-000000989; |

| | | |
|---|---|---|
| NRE-773-000000990 | to | NRE-773-000001008; |
| NRE-773-000001009 | to | NRE-773-000001052; |
| NRE-773-000001053 | to | NRE-773-000001078; |
| NRE-773-000001079 | to | NRE-773-000001102; |
| NRE-773-000001103 | to | NRE-773-000001116; |
| NRE-773-000001117 | to | NRE-773-000001123; |
| NRE-773-000001124 | to | NRE-773-000001144; |
| NRE-773-000001145 | to | NRE-773-000001149; |
| NRE-773-000001150 | to | NRE-773-000001160; |
| NRE-773-000001161 | to | NRE-773-000001172; |
| NRE-773-000001173 | to | NRE-773-000001189; |
| NRE-773-000001190 | to | NRE-773-000001213; |
| NRE-773-000001214 | to | NRE-773-000001245; |
| NRE-773-000001246 | to | NRE-773-000001264; |
| NRE-773-000001265 | to | NRE-773-000001307; |
| NRE-773-000001308 | to | NRE-773-000001313; |
| NRE-773-000001314 | to | NRE-773-000001325; |
| NRE-773-000001422 | to | NRE-773-000001458; |
| NRE-773-000001459 | to | NRE-773-000001470; |
| NRE-773-000001471 | to | NRE-773-000001483; |
| NRE-773-000001484 | to | NRE-773-000001488; |
| NRE-773-000001489 | to | NRE-773-000001494; |
| NRE-773-000001495 | to | NRE-773-000001519; |
| NRE-773-000001520 | to | NRE-773-000001553; |
| NRE-773-000001554 | to | NRE-773-000001566; |
| NRE-773-000001567 | to | NRE-773-000001586; |
| NRE-773-000001587 | to | NRE-773-000001620; |
| NRE-773-000001621 | to | NRE-773-000001634; |
| NRE-773-000001635 | to | NRE-773-000001682; |
| NRE-773-000001683 | to | NRE-773-000001722; |
| NRE-773-000001723 | to | NRE-773-000001742; |
| NRE-773-000001743 | to | NRE-773-000001803; |
| NRE-773-000001804 | to | NRE-773-000001817; |
| NRE-773-000001818 | to | NRE-773-000001842; |
| NRE-773-000001843 | to | NRE-773-000001869; |
| NRE-773-000002034 | to | NRE-773-000002142. |

The United States' Privilege/Protections Log is attached.

                                        Respectfully submitted,

                                        GREGORY G. KATSAS
                                        Acting Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch

                                        JAMES G. TOUHEY, JR.
                                        Assistant Director, Torts Branch

                                          s/ James F. McConnon, Jr.
                                        JAMES F. McCONNON, JR.
                                        Trial Attorney, Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station, P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 616-4400/ (202) 616-5200 (Fax)
                                        Attorneys for the United States

Dated: June 26, 2008

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on June 26, 2008, I served a true copy of the United States' Notice of Privilege/Protections Log upon all parties by ECF.

    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.