UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>BARGE | SECTION "K"(2) |

### ORDER

The Court has received a letter dated June 20, 2008, from Brian A. Gilbert, attorney for plaintiffs in the BARGE cases concerning the on-going controversy with regard to insurance coverage for Lafarge which is pending in the Southern district of New York. Having reviewed this communication, the Court is of the opinion that an in-person status conference should be held. Accordingly,

**IT IS ORDERED** that an in person status conference shall be held on **Tuesday, July1, 2008 at 1:30 p.m.** to discuss this issue. Counsel for those parties who shall be required to participate are:

Brian Gilbert and Richard Seymour for Plaintiffs;

Derek Walker for Lafarge North America, Inc.;

Gordon Grant, John Woods (by phone) and Philip Brooks for American Steamship Owners Mutual Protecition and Indemnity Association; and

Daniel Webb for New York Marine & General Insurance Company.

New Orleans, Louisiana, this 25th day of June, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE