UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO INSURANCE GROUP | * | JUDGE STANWOOD DUVAL |
| | * | MAG. WILKINSON |
| *New Orleans Coffee Company v.* | * | |
| *Allstate: 07-CV-8181* | * | |
| | * | |
| *     *     *     *     *     *     *     * | | |

**MOTION FOR CLARIFICATION, RECONSIDERATION, AMENDMENT OR
ALTERATION OF JUNE 13, 2008 ORDER (DOC. NO. 13521)**

**NOW INTO COURT**, comes Plaintiff, New Orleans Coffee Company, Inc. who respectfully moves this Honorable Court for Clarification, Reconsideration, Amendment or Alteration of this Honorable Court's June 13, 2008 Order (Doc. No. 13521) to clarify that the first paragraph of page 2 of this Order involving the dismissal of claims does not apply to those Insurer Defendants and to those specific insurance policies that were not examined by Sher v. Lafayette Ins. Co., No. 07-C-2441, 2008 WL 928486 (La. Apr. 8, 2008) and the United State Fifth Circuit Court of Appeals in In re Katrina Canal Breaches Litig., 495 F.3d 191 (5th Cir. 2007) and for other relief and for the other reasons more specifically set

forth in the attached Memorandum In Support.

Dated: June 26, 2008                    Respectfully submitted,

                                        Larry D. Dyess, APLC

                                        /s/ Larry D. Dyess
                                        Larry D. Dyess, Esq. (Bar No. 19555)
                                        4637 Jamestown Avenue, Suite C
                                        Baton Rouge, LA 70808
                                        Telephone: 225-928-0019
                                        Facsimile: 225-924-0141

                                        Counsel for New Orleans Coffee Company, Inc.


### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of June, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic service through the CM/ECF system.

                                        /s/ Larry D. Dyess
                                        LARRY D. DYESS