

Allstate Insurance Company
P O Box 740071
Atlanta, GA 30374
Phone: (770) 980-3500
FAX: (770) 980-3774

This is a true certified copy of policy number: __049378371__

Insured: __NEW ORLEANS COFFEE INC__

The certified copy of this policy is for the period,

from __10/27/04__ to __10/27/05__

with all applicable forms and endorsements attached:

Claim number: __3732133965__

Divisional Operations Manager
Atlanta Commercial Operations
Allstate Insurance Company

Subscribed and sworn to before
Me this 8TH of Novermber 2007

MY COMMISSION EXPIRES
MAY 14, 2010





HOME OFFICE • 2775 SANDERS ROAD
NORTHBROOK, ILLINOIS

**ALLSTATE INSURANCE COMPANY**
**A STOCK INSURANCE COMPANY**

BUSINESS   PACKAGE   POLICY   NO.   49 378371

**DECLARATIONS**

1. Named Insured: NEW ORLEANS COFFEE INC
   Address: PO BOX 51354
   NEW ORLEANS                LA   70151-1354
2. Policy Period: From 10/27/04   to 10/27/05
   Beginning and ending at 12:01 A.M.   at the Address of the Named Insured stated above
3. Named Insured is: CORPORATION
4. Business of the Named Insured: COFFEE MFG
5. In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.
6. Insurance applies only to the extent provided by the Forms and Endorsements that are specified by number below:

| Coverage Parts | Forms and Endorsements Applicable to Coverage Parts | Premium |
|---|---|---|
| PROPERTY | BU9400A   BU9402A   BU9402B   BU9412C<br>BU9418A   BU9500A   BU9508   BU9513A<br>CP0116 (1091)  IL0277 (0702)  IL0954 (1102)  BU9437-1<br>BU9437A | $ 4,452 |
| CRIME | | $ |
| INLAND MARINE | | $ |
| GENERAL LIABILITY | SEE EXTENSION SCHEDULE – BU37 | $ 529 |
| OTHER | | $ |

| Forms and Endorsements Applicable to Entire Policy | Total Annual Provisional Premium |
|---|---|
| BU9302B   BU9303 | $ 4,981.00<br><br>from 10/27/04   to 10/27/05 |

BU9300A-2
(ED. 10-03)

Page 1 of 3

BU114-3





Commercial Property Coverage Part

# WATER DAMAGE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**CAUSES OF LOSS FORM**

This endorsement extends coverage for loss caused by:

1. Surface water (not including flood);

2. Rain or snow entering the building(s) through openings in the roof or walls;

3. Water that backs up from a sewer or drain; or

4. Water under the ground surface pressing on or flowing or seeping through:

    a. Foundations, walls, floors or paved surfaces;

    b. Basements, whether paved or not; or

    c. Doors, windows or other openings.

ALL OTHER CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**BU9418A**
(Ed. 8-89)

Page 1 of 1

BU114-3