UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO INSURANCE GROUP | * | JUDGE STANWOOD DUVAL |
| | * | MAG. WILKINSON |
| *New Orleans Coffee Company v.* | * | |
|  *Allstate: 07-CV-8181* | * | |
| | * | |
| *   *   *   *   *   *   *   | * | |

**<u>NOTICE OF HEARING</u>**

PLEASE TAKE NOTICE that Plaintiff, New Orleans Coffee Company, Inc., will bring its

MOTION FOR CLARIFICATION, RECONSIDERATION, AMENDMENT OR

ALTERATION OF JUNE 13, 2008 ORDER (DOC. NO. 1352) before the Honorable Stanwood

Duval on July 23, 2008, at 9:00 a.m., at the United States District Court, 500 Poydras Street, New

Orleans, Louisiana.

Dated: June 26, 2008                    Respectfully submitted,

                                        Larry D. Dyess, APLC

                                        /s/ Larry D. Dyess
                                        Larry D. Dyess, Esq. (Bar No. 19555)
                                        4637 Jamestown Avenue, Suite C
                                        Baton Rouge, LA 70808
                                        Telephone: 225-928-0019
                                        Facsimile: 225-924-0141

                                        Counsel for New Orleans Coffee Company, Inc.


**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that I have on this 26th day of June, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic service through the CM/ECF system.

                                        /s/ Larry D. Dyess
                                        LARRY D. DYESS