UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO INSURANCE GROUP | * | JUDGE STANWOOD DUVAL |
| | * | MAG. WILKINSON |
| *New Orleans Coffee Company v.* | * | |
| *Allstate: 07-CV-08181* | * | |
| | * | |

\* * * * * * * * *

## **ORDER**

IT IS HEREBY ORDERED that the June 13, 2008 Order (Doc. No. 13521) is hereby clarified that the first paragraph of page 2 of this Order involving the dismissal of claims does not apply to those Insurer Defendants and to those specific insurance policies that were not examined by Sher v. Lafayette Ins. Co., No. 07-C-2441, 2008 WL 928486 (La. Apr. 8, 2008) and the United States Fifth Circuit Court of Appeals in In re Katrina Canal Breaches Litig., 495 F.3d 191 (5th Cir. 2007).

New Orleans, Louisiana, this  day of        , 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE