UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAUL VOLPE,** *et al.* | * | **CIVIL ACTION: 07-6363** |
| Plaintiffs, | * | |
| | * | **SECTION: I** |
| **VERSUS** | * | |
| | * | **MAGISTRATE: 2** |
| **STANDARD FIRE INSURANCE** | * | |
| **COMPANY,** *et al.* | * | |
| Defendants, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*
_____

### MOTION TO SUBSTITUTE COUNSEL OF RECORD
_____

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Paul Volpe and Diane Volpe, and respectfully request that Chadwick W. Collings of Thornhill & Collings, L.C., Louisiana Bar Roll # 25373, be substituted as counsel of record for the Plaintiffs in the above captioned matter in place of N. Frank Elliot III, of Ranier, Gayle & Elliot, LLC.

**Respectfully submitted:**

| **THORNHILL & COLLINGS, L.C.** | **RANIER, GAYLE & ELLIOT, L.L.C.** |
|---|---|
| *s/ Chadwick W. Collings* | *s/ Frank Elliot* |
| **CHADWICK W. COLLINGS  #25373** | N. Frank Elliot III                   # 23054 |
| **TOM W. THORNHILL        # 12776** | 1419 Ryan Street |
| **1308 Ninth Street** | Lake Charles, Louisiana 70601 |
| **Slidell, Louisiana 70458** | (337) 494-7171 |
| **(985) 641-5010** | (337) 494-7218 (facsimile) |
| **(985) 641-5011 (facsimile)** | felliot@rgelaw.com |
| **cwc@thornhillcollings.com** | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all Counsel of Record by operation of the court's electronic filing system.

           *s/ Chadwick W. Collings*
        **CHADWICK W. COLLINGS**