UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAUL VOLPE,** *et al.* | * | **CIVIL ACTION: 07-6363** |
| **Plaintiffs,** | * | |
| | * | **SECTION: I** |
| **VERSUS** | * | |
| | * | **MAGISTRATE: 2** |
| **STANDARD FIRE INSURANCE** | * | |
| **COMPANY,** *et al.* | * | |
| **Defendants,** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*
_____

# ORDER
_____

Considering the foregoing ***Motion to Substitute Counsel of Record***, it is hereby ordered that Chadwick W. Collings be, and is hereby, substituted as counsel of record for plaintiffs in place of N. Frank Elliot III.

Signed in New Orleans, Louisiana on this ____ day of June, 2008.


_____
**UNITED STATES DISTRICT JUDGE**