UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EUGENE L. DUDENHEFER, EUGENE A. DUDENHEFER, SR., WARREN J. DUDENHEFER, DIANE D. VOLPE & ROY E. DUDENHEFER** | * * * * | **CIVIL ACTION: 08-0071** |
| | * | **SECTION: S** |
| **Plaintiffs,** | * * | **MAGISTRATE: 2** |
| **VERSUS** | * * | |
| **ALLSTATE INSURANCE COMPANY** | * | |
| **Defendant,** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

### ORDER
_____

Considering the foregoing *Motion to Substitute Counsel of Record*, it is hereby ordered that Chadwick W. Collings be, and is hereby, substituted as counsel of record for plaintiffs in place of N. Frank Elliot, III.

Signed in New Orleans, Louisiana on this _____ day of June, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**

-1-