UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 08-1650 "K" (2) | * * | |
| GERALD NORMAN       Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY       Defendant. | * * * * | |
| * * * * * * * * * * * * * * * * * | | |

**RULE 37 MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW INTO COURT, through undersigned counsel, comes State Farm Fire and Casualty Company, made defendant in the above-numbered and entitled action, who respectfully avers as follows:

1

Our File No. 895.1015

I.

That on or about April 22, 2008, State Farm Fire and Casualty Company propounded Interrogatories and Request for Production of Documents upon the plaintiff, Gerald Norman, through his attorney of record, Roy F. Amedee, Jr.

II.

That, to date, the discovery requests have never been answered by plaintiff.

III.

That on June 4, 2008, undersigned counsel wrote to plaintiff's counsel, Roy Amedee, and scheduled a discovery conference for June 12, 2008. Counsel has received no response from plaintiff or plaintiff's counsel.

IV.

That, to date, State Farm Fire and Casualty Company still has received no response to the discovery request.

V.

That defendant, State Farm Fire and Casualty Company, respectfully requests that this Honorable Court enter an order in its favor, directing plaintiff, Gerald Norman, to provide full and complete discovery responses by a date certain, the failure to do same resulting in penalties as permitted by law, including the dismissal of the action.

VI.

That defendant, State Farm Fire and Casualty Company, further prays that it be awarded reasonable attorney's fees and costs associated with the filing of this Motion.

Our File No. 895.1015

WHEREFORE, defendant and mover herein, State Farm Fire and Casualty Company, prays that this Motion be granted and that this Honorable Court issue an order compelling plaintiff, Gerald Norman, to provide full and complete answers to the Interrogatories and Responses to Request for Production of Documents propounded in this matter by a date certain, the failure to do same resulting in penalties as permitted by law, including the dismissal of the action.

Respectfully submitted,

PORTEOUS, HAINKEL & JOHNSON

  s/ Patrick D. DeRouen
PATRICK D. DeROUEN, ESQUIRE (#20535)
LAURIE L. DeARMOND, ESQUIRE (#26622)
CHAD J. PRIMEAUX, ESQUIRE (#30024)
GUY H. BUMPAS, ESQUIRE (#29546)
704 Carondelet Street
New Orleans, Louisiana  70130-3774
Telephone:  (504) 581-3838
Facsimile:  (504) 581-4069
pderouen@phjlaw.com
ldearmond@phjlaw.com
cprimeaux@phjlaw.com
gbumpas@phjlaw.com

Our File No. 895.1015

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    s/ Patrick D. DeRouen
PATRICK D. DeROUEN
CHAD J. PRIMEAUX
GUY H. BUMPAS IV

Our File No. 895.1015