# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
DAVID J. MITCHELL
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DeROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
CHAD J. PRIMEAUX
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN

OF COUNSEL:

ELEANOR W. WALL
JULIANNE T ECHOLS
JESSE WALES*

*Licensed in OR & CA only

EMAIL ADDRESS OF WRITER
PDerouen@phjlaw.com

DIRECT DIAL OF WRITER:
(504) 412-6245

April 22, 2008

PLEASE REPLY TO:
## NEW ORLEANS

**VIA CERTIFIED MAIL NO.: 70070710000080501192**
**RETURN RECEIPT REQUESTED**
Mr. Roy F. Amedee, Jr.
Attorney at Law
228 St. Charles Ave. Suite 801
New Orleans, LA  70130

Re:   Gerald Norman v. State Farm Fire and Casualty Company
      Our File No.:  895.1015

Dear Mr. Amedee:

Please be advised that we have prepared and filed the enclosed Answer as well as the enclosed Answer to the First Supplemental and Amended Complaint in the above-referenced lawsuit.

Also enclosed please find State Farm's Interrogatories and Request for Production of Documents we are propounding to your client through you. Please respond within the delays provided for by law.

Thank you for your attention in this matter.  Should you have any questions or wish to discuss this matter further, please do not hesitate to contact me.

Yours very truly,

/s/ Patrick D. DeRouen

PATRICK D. DeROUEN

PDD/jw
Enclosures



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Mr. Ray Amedee, Jr.*
*Attorney at Law*
*228 St. Charles Ave #801*
*New Orleans, La. 70130*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (*Printed Name*) *Brent Kibore*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)     ☐ Yes

2. Article Number
   *(Transfer from service label)*     7007 0710 0000 8050 1192

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Ray Amedee*

Street, Apt. No.; or PO Box No. *228 St. Charles Ave. #801*

City, State, ZIP+4 *New 70130*

7007 0710 0000 8050 1192

PS Form 3800, August 2006          See Reverse for Instructions

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERALD NORMAN | * | CIVIL ACTION NO.: 08-1650 |
| versus | * | SECTION: "K" |
| STATE FARM FIRE AND<br>CASUALTY COMPANY | * | MAG. "2" |

### INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

TO:     **Mr. Roy F. Amedee, Jr.**
        **Attorney at Law**
        **228 St. Charles Ave. Suite 801**
        **New Orleans, LA  70130**

NOW INTO COURT, through undersigned counsel, comes **STATE FARM FIRE AND CASUALTY COMPANY,** who addresses and propounds these written Interrogatories and Request for Production to plaintiffs, **GERALD NORMAN,** to be answered within thirty (30) days of service hereof, under oath, in accordance with the Federal Rules of Civil Procedure.

### INTERROGATORIES

#### INTERROGATORY NO 1:

Please state the damages you seek in this action and the specific amount for each item you claim.

1

Our File No.: 895.1015

**INTERROGATORY NO 2:**

Please itemize all amounts that you have paid, to whom, and for what, as a result of the damages you claim you sustained as a result of Hurricane Katrina in the above captioned matter.

**INTERROGATORY NO 3:**

Please identify each person known or reasonably felt by you, your attorney, or other representative, to have knowledge of the facts or circumstances upon which the averments in your Petition are based.

**INTERROGATORY NO 4:**

Do you carry any other insurance that may provide coverage for the damages you claim you sustained as a result of Hurricane Katrina in the above captioned matter?

If the answer is yes, give the full name, policy number, of each insurer and the amount of payments made to you by insurer(s), the reasons same were made to you, together with a statement of the circumstances under which the payments were made.

**INTERROGATORY NO. 5:**

Please specify in detail the basis for your allegations that the damages you seek in the above captioned matter were solely and/or concurrently caused by wind rather than flood.

2

**INTERROGATORY NO 6:**

Please state the date you purchased the residence located at 7541 Briarheath Drive, New Orleans, Louisiana 70128-2414.  Please also identify all mortgage(s) holders on said property, the balance(s) of said mortgage(s) and whether you are current on the mortgage payment(s).

**INTERROGATORY NO 7:**

Please list and describe any estimates for repairs, improvement and/or maintenance prepared prior to Hurricane Katrina regarding the residence located at 7541 Briarheath Drive, New Orleans, Louisiana 70128-2414.

**INTERROGATORY NO 8:**

Please list and describe any repairs, improvements and/or maintenance performed on the residence since the time you purchased the residence located at 7541 Briarheath Drive, New Orleans, Louisiana 70128-2414.

**INTERROGATORY NO 9:**

Were any photographs and/or videotapes taken of the damages you claim you sustained as a result of Hurricane Katrina to your residence located at 7541 Briarheath Drive, New Orleans, Louisiana 70128-2414 or its contents prior to any repairs that may have been made to said damages?

3

**INTERROGATORY NO 10:**

If the answer to number 9 if yes, what areas were photographed and/or videotaped, who took the photographs and/or videotapes and who currently has possession of the photographs and/or videotapes?

**INTERROGATORY NO 11:**

Please identify any public or private entities, including but not limited to, the Small Business Administration, FEMA, Red Cross, State of Louisiana (food stamps), Louisiana Road Home or any other governmental or charitable agency to which you applied for any assistance and/or benefits in connection with losses or damages you sustained from Hurricane Katrina.

**INTERROGATORY NO 12:**

Do you still own the residence located at 7541 Briarheath Drive, New Orleans, Louisiana 70128-2414?

**INTERROGATORY NO 13:**

Please provide the name, address and telephone number of any and all real estate agents, home inspectors, title companies, or engineers who have been engaged or asked to inspect the property, or engaged or asked to advise regarding any purchase or sale of the property (or potential purchase or sale), or engaged or asked to advise regarding the condition of the property, at any time.

4

**INTERROGATORY NO 14:**

Please provide the name, address and telephone number of each and every engineer, contractor, remediation enterprise, subcontractor, and/or repairer that you (or anyone on your behalf) have communicated with regarding the property, at any time.

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO 1:**

Please produce copies of any and all estimates of damages you claim you sustained as a result of Hurricane Katrina in the above captioned matter.

**REQUEST FOR PRODUCTION NO 2:**

Please produce copies of any and all estimates, invoices, statements or bills you have received for repairs made or contemplated for the damages you claim you sustained as a result of Hurricane Katrina in the above captioned matter.

**REQUEST FOR PRODUCTION NO 3:**

Please produce copies of any and all contracts/agreements you have executed for repairs to damages you claim you sustained as a result of Hurricane Katrina in the above captioned matter.

**REQUEST FOR PRODUCTION NO 4:**

Please produce copies of any and all invoices, bills, work orders, statements or estimates you received for repairs to or replacement of contents of the residence located at 7541 Briarheath Drive, New Orleans, Louisiana 70128-2414 that you claimed were damaged by Hurricane Katrina in the above captioned matter.

5

Our File No.: 895.1015

**REQUEST FOR PRODUCTION NO 5:**

Please produce a copy of any insurance policy identified in your answer to Interrogatory No. 4.

**REQUEST FOR PRODUCTION NO 6:**

Please produce a copy of any and all mortgages that have been placed on the residence at 7541 Briarheath Drive, New Orleans, Louisiana 70128-2414 since the time you have owned said residence.

**REQUEST FOR PRODUCTION NO 7:**

Please produce any and all documents related to repairs, improvements and/or maintenance to the property located at 7541 Briarheath Drive, New Orleans, Louisiana 70128-2414 since you have owned said residence, including but not limited to bills, work orders, receipts, checks, statements, invoices, permits, inspections, etc.

**REQUEST FOR PRODUCTION NO 8:**

Please provide a copy of any and all photographs and/or videotapes that were taken of the damages you claim you sustained as a result of Hurricane Katrina prior to any repairs that may have been made to said damages?

6

Our File No.: 895.1015

**REQUEST FOR PRODUCTION NO 9:**

Please produce a copy of the application, your identification number, and all correspondence between you and the entities you identified in your answer to Interrogatory No. 11, including but not limited to, documentation of all payments received by you, repair estimates and/or appraisals of damages and/or appraisals of value prepared.

**REQUEST FOR PRODUCTION NO 10:**

Please produce a copy of the HUD statement for the any purchase or sale that you were a party to of the property located at 7541 Briarheath Drive, New Orleans, Louisiana 70128-2414 along with all appraisals prepared in connection with said purchase or sale.

**REQUEST FOR PRODUCTION NO 11:**

Please produce whatever documents you possess, control or have access to that support your allegations that State Farm acted or failed to act in violation of La. R.S. 22:658 and/or La. R.S. 22:1220.

**REQUEST FOR PRODUCTION NO 12:**

Please produce a copy of all documents you possess, control or have access to which support your answers to the Interrogatories addressed herein.

**REQUEST FOR PRODUCTION NO 13:**

Please produce the attached Affidavits, signed and notarized.

7

## REQUEST FOR PRODUCTION NO 14:

Please produce any and all electronic communications, documents, reports, correspondence, agreements, and/or invoices generated regarding any real estate agent, home inspector, engineer and/or title company that you (or anyone on your behalf) have communicated with regarding the condition, sale, purchase or potential sale or purchase of the property, at any time.

## REQUEST FOR PRODUCTION NO 15:

Please produce any and all electronic communications, documents, reports, correspondence, agreements and/or invoices generated regarding each and every engineer, contractor, remediation enterprise, subcontractor and/or repairer that you (or anyone on your behalf) have communicated with regarding the property, at any time.

These Interrogatories and Request for Production of Documents are to be deemed continuing so as to require supplemental answers under oath, fully and in writing, at any time that additional information may be obtained after answers are filed.

8

Our File No.: 895.1015

Respectfully submitted,

PORTEOUS, HAINKEL & JOHNSON

PATRICK D. DeROUEN, ESQUIRE (#20535)
LAURIE L. DeARMOND, ESQUIRE (#26622)
CHAD J. PRIMEAUX, ESQUIRE (#30024)
GUY H. BUMPAS IV, ESQUIRE (#29546)
704 Carondelet Street
New Orleans, Louisiana  70130-3774
Telephone:  (504) 581-3838
Facsimile:  (504) 581-4069
pderouen@phjlaw.com
ldearmond@phjlaw.com
cprimeaux@phjlaw.com
gbumpas@phjlaw.com

Attorneys for State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of _____, 2008, a copy of the

foregoing **Interrogatories and Request for Production of Documents** has been served on all

counsel of record by placing same in the United States mail, properly addressed, the first-class

postage prepaid.

**PATRICK D. DEROUEN**
**LAURIE L. DeARMOND**
**CHAD J. PRIMEAUX**
**GUY H. BUMPAS, IV**

9

Our File No.: 895.1015

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF _____

   BEFORE ME, the undersigned authority, personally appeared:

### GERALD NORMAN

who, after being duly sworn, did depose and state that he/she has read the foregoing Answers to

Interrogatories and responses to Request for Production of Documents and that same are true and

correct according to his/her best knowledge and belief.


                                        _____
                                        **GERALD NORMAN**


SWORN TO AND SUBSCRIBED

BEFORE ME THIS ____ DAY OF

_____, 2008.


_____
**NOTARY PUBLIC**


10