**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
DAVID J. MITCHELL
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DEROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
CHAD J. PRIMEAUX
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND REZNIK
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

EMAIL ADDRESS OF WRITER
PDerouen@phjlaw.com

DIRECT DIAL OF WRITER:
(504) 412-6245

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

OF COUNSEL:

ELEANOR W. WALL
JULIANNE T. ECHOLS
JESSE WALES*
CAROLINE D. BARKERDING

*Licensed in OR & CA only

June 4, 2008

PLEASE REPLY TO:
**NEW ORLEANS**

Mr. Roy F. Amedee, Jr.
Attorney at Law
228 St. Charles Ave. Suite 801
New Orleans, LA 70130

   Re:  Gerald Norman v. State Farm Fire and Casualty Company
      Our File No.: 895.1015

Dear Mr. Amedee:

  Please find enclosed State Farm's Rule 26 Disclosures and corresponding documents.

  In addition, on April 22, 2008 I propounded Interrogatories and Request for Production of Documents to Gerald Norman, through you. These discovery requests remain unanswered.

  I have taken the liberty of scheduling a Discovery Conference for June 12, 2008 at 10:00 a.m. Please contact my associate Jesse Wales on or before June 12, 2008 to discuss these outstanding discovery requests. If I do not hear from you, I will be left with no choice but to file a Motion to Compel.

  Finally, I would like to see if we can make a run at settlement. As such, could you please send me a settlement demand with supporting documentation and I will present it to State Farm. In your settlement demand, could you please outline the basis and theories of Mr. Norman's claims against State Farm.

**EXHIBIT 2**

June 4, 2008
Mr. Roy F. Amedee, Jr.
Page 2

      Should you have any questions or wish to discuss this matter further, please do not hesitate to contact our office.

                         Yours very truly,

                         /s/ Patrick D. DeRouen

                         PATRICK D. DeROUEN

PDD/slw
Enclosures