UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 08-1650 "K" (2) | * * | |
| GERALD NORMAN      Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY      Defendant. | * * * * | |

* * * * * * * * * * * * * * * * *

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Motion to Compel Discovery Responses filed by defendant, State Farm Fire and Casualty Company, will be brought for hearing on the 16<u>th</u> day of <u>July, 2008, at 11 o'clock a.m.</u>, before the Honorable Joseph C. Wilkinson, Jr., Room B409 of the United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130.

1

Respectfully submitted,

PORTEOUS, HAINKEL & JOHNSON

　s/ Patrick D. DeRouen
PATRICK D. DeROUEN, ESQUIRE (#20535)
LAURIE L. DeARMOND, ESQUIRE (#26622)
CHAD J. PRIMEAUX, ESQUIRE (#30024)
GUY H. BUMPAS, ESQUIRE (#29546)
704 Carondelet Street
New Orleans, Louisiana  70130-3774
Telephone:  (504) 581-3838
Facsimile:  (504) 581-4069
pderouen@phjlaw.com
ldearmond@phjlaw.com
cprimeaux@phjlaw.com
gbumpas@phjlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

　s/ Patrick D. DeRouen
PATRICK D. DeROUEN
CHAD J. PRIMEAUX
GUY H. BUMPAS IV