UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| FILED IN: 08-1650 "K" (2) | * * | |
| GERALD NORMAN         Plaintiff, | * * * | |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY         Defendant. | * * * * | |

* * * * * * * * * * * * * * * * *

### RULE 37.1 CERTIFICATE

    I, Patrick D. DeRouen, hereby certify that pursuant to the requirements of Rule 37.1 of the Uniform District Court Rules, I wrote to counsel for plaintiff on June 4, 2008 in an attempt to amicably resolve the issues raised by this Motion to Compel. I also hereby certify that Jesse Wales, of this office, was available and ready to participate in the discovery conference that was scheduled for June 12, 2008. To date, defendant has been unable to obtain discovery responses from plaintiff, Gerald Norman, and, as of the date of this filing, no discovery responses have been provided for or on behalf of Gerald Norman.

1

Our File No.: 895.1015

Respectfully submitted,

PORTEOUS, HAINKEL & JOHNSON


   s/ Patrick D. DeRouen
PATRICK D. DeROUEN, ESQUIRE (#20535)
LAURIE L. DeARMOND, ESQUIRE (#26622)
CHAD J. PRIMEAUX, ESQUIRE (#30024)
GUY H. BUMPAS, ESQUIRE (#29546)
704 Carondelet Street
New Orleans, Louisiana  70130-3774
Telephone:  (504) 581-3838
Facsimile:  (504) 581-4069
pderouen@phjlaw.com
ldearmond@phjlaw.com
cprimeaux@phjlaw.com
gbumpas@phjlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

   s/ Patrick D. DeRouen
PATRICK D. DeROUEN
CHAD J. PRIMEAUX
GUY H. BUMPAS IV

Our File No.: 895.1015