UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO.: 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * | |
| FILED IN: 08-1650 "K" (2) | * | |
| GERALD NORMAN | * | |
| VERSUS | * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | |

**ORDER**

    **CONSIDERING** the Motion to Compel Responses to Discovery and Memorandum in Support of Motion to Compel,

    **IT IS ORDERED** that Plaintiff, Gerald Norman, appear and show cause on the 16th day of July, 2008, at 11:00 a.m., as to why he should not be compelled to answer the Interrogatories and Request for Production of Documents previously propounded to him, and why he should not be cast for attorney's fees and costs in having to bring this Motion.

    **NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2008.

_____
**JUDGE**

1

OUR FILE: 895.1015