UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO INSURANCE | CIVIL ACTION<br><br>No.: 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |

## MOTION FOR RECONSIDERATION OF POST-SHER INSURANCE UMBRELLA CASE MANAGEMENT ORDER

Pursuant to Federal Rule of Civil Procedure 60(b), the Chehardy Representative Policyholders and the Plaintiffs' Subgroup Litigation Committee - Insurance, by their undersigned counsel, and the interests which they represent (hereinafter "Plaintiffs") hereby move for reconsideration of this Court's Post-Sher Insurance Umbrella Case Management Order dated June 13, 2006 (the "Order"), which dismissed the claims asserted by the Plaintiffs against the insurance company Defendants.

The bases for this Motion are more fully set forth in the accompanying Brief in Support of Plaintiffs' Motion for Reconsideration of Post-Sher Insurance Umbrella Case Management Order, which is filed simultaneously herewith.

WHEREFORE, Plaintiffs, the Chehardy Representative Policyholders, respectfully request that this Court grant their Motion for Reconsideration and enter an Order in the form attached hereto.

Respectfully submitted,

Dated: June 26, 2008

**PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE – INSURANCE**

By:   /s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (#5486)
LIAISON COUNSEL - INSURANCE
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
(225) 664-4193
Email: calvinfayard@fayardlaw.com

And

Joseph J. Bruno (#3604)
PLAINTIFFS' LIAISON COUNSEL
BRUNO LAW FIRM
855 Baronne Street
New Orleans, LA 70113
(504) 525-1335
Email: jbruno@brunolaw.com

And

John N. Ellison, Esq. (Admitted *Pro Hac Vice*)
REED SMITH, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

(215) 851-8100
Email: jellison@reedsmith.com

James M. Garner (#19589)
SHER, GARNER, CAHILL, RICHTER,
KLEIN, & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
(504) 299-2100
Email:  jgarner@shergarner.com

Joseph J. McKernan (#10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
(225) 926-1234
Email: jemckernan@mckernanlawfirm.com

Drew A. Ranier (#8320)
RANIER, GAYLE, & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171
Email:  dranier@rgelaw.com

And

**ADDITIONAL ATTORNEYS FOR CHEHARDY REPRESENTATIVE POLICYHOLDERS**

Darin McMullin (Admitted *Pro Hac Vice*)
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Ste. 2500
Philadelphia, PA 19103
(215) 568-4710
Email: dmcmullen@andersonkill.com

James P. Roy (#11511)
DOMENGEAUX WRIGHT ROY
& EDWARDS LLC
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
(337)233-3033
Email: jimr@wrightroy.com

Matt Schultz (Admitted *Pro Hac Vice*)
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER AND PROCTOR, P.A.
316 South Baylen Street, Ste. 600
Pensacola, FL 32502
(850) 435-7140
Email: mschultz@levinlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of June, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic service through the CM/ECF system.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr., Esq.