UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO INSURANCE | CIVIL ACTION<br><br>No.: 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION FOR RECONSIDERATION OF POST-SHER INSURANCE UMBRELLA CASE MANAGEMENT ORDER

AND NOW, this ____ day of _____, 2008, upon consideration of Plaintiffs' Motion for Reconsideration, and all documents filed in support of and opposition thereto, IT IS ORDERED that Plaintiffs' Motion for Reconsideration is GRANTED.

BY THE COURT,

_____
JUDGE