UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO INSURANCE | CIVIL ACTION<br><br>No.: 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, Plaintiffs, the Chehardy Representative Policyholders and the Plaintiffs' Subgroup Litigation Committee - Insurance will bring their MOTION FOR RECONSIDERATION OF POST-SHER INSURANCE UMBRELLA CASE MANAGEMENT ORDER (DOC. NO. 1352) before the Honorable Stanwood Duval on July 23, 2008, at 9:00 a.m., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

Dated: June 26, 2008

**PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE - INSURANCE**

By: /s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (#5486)
LIAISON COUNSEL - INSURANCE
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
(225) 664-4193
Email: calvinfayard@fayardlaw.com

And

Joseph J. Bruno (#3604)
PLAINTIFFS' LIAISON COUNSEL
BRUNO LAW FIRM
855 Baronne Street
New Orleans, LA 70113
(504) 525-1335
Email: jbruno@brunolaw.com

And

John N. Ellison, Esq. (Admitted *Pro Hac Vice*)
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100
Email: jellison@reedsmith.com

James M. Garner (#19589)
SHER, GARNER, CAHILL, RICHTER, KLEIN, & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
(504) 299-2100
Email: jgarner@shergarner.com

Joseph J. McKernan (#10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway

Baton Rouge, LA 70809
(225) 926-1234
Email: jemckernan@mckernanlawfirm.com
Drew A. Ranier (#8320)
RANIER, GAYLE, & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171
Email: dranier@rgelaw.com

And

**ADDITIONAL ATTORNEYS FOR CHEHARDY REPRESENTATIVE POLICYHOLDERS**

Darin McMullin (Admitted *Pro Hac Vice*)
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Ste. 2500
Philadelphia, PA 19103
(215) 568-4710
Email: dmcmullen@andersonkill.com

James P. Roy (#11511)
DOMENGEAUX WRIGHT ROY
& EDWARDS LLC
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
(337)233-3033
Email: jimr@wrightroy.com

Matt Schultz (Admitted *Pro Hac Vice*)
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER AND PROCTOR, P.A.
316 South Baylen Street, Ste. 600
Pensacola, FL 32502
(850) 435-7140
Email: mschultz@levinlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of June, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic service through the CM/ECF system.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr., Esq.