# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER

Considering the Barge Plaintiffs' and Lafarge North America, Inc's Consent Motion to Extend Class Certification Expert Report Deadlines it is hereby **ORDERED**, that the Motion be and is hereby Granted;

**FURTHER ORDERED**, the deadline for production of the Barge Plaintiffs' class certification experts is extended to June 30, 2008.

**FURTHER ORDERED**, the deadline for production of the Barge Entities' class certification expert reports is extended to August 28, 2008.

**FURTHER ORDERED**, the following deadlines are extended accordingly:

Class certification witness lists deadline extended from August 7, 2008 to August 21, 2008;

Class certification discovery deadline extended from August 28, 2008 to September 14, 2008;

Daubert motions deadline extended from September 5, 2008 to September 19, 2008;

Final class certification exhibit lists deadline extended from September 5, 2008 to September 19, 2008;

Plaintiffs' class certification memorandum deadline extended from September 15, 2008 to September 22, 2008;

Daubert oppositions deadline extended from September 19, 2008 to September 26, 2008;

*Daubert hearings - NO CHANGE - remain scheduled for October 8, 2008;*

Barge Entities' class certification opposition deadline extended from November 10, 2008 to November 17, 2009;

Plaintiffs deadline to reply to Barge Entities' class certification opposition extended from November 24, 2008 to December 1, 2008;

Deadline for designating deposition testimony for class certification hearing - NO CHANGE - remains December 1, 2008;

*Class certification hearing - NO CHANGE - remains scheduled for December 9, 2008.*

New Orleans, Louisiana, this  26th  day of _____June_____, 2008

                                                                              _____
                                                                           HON. STANWOOD R. DUVAL, JR.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th day of June, 2008.

                                                      \s\Brian A. Gilbert
                                                      BRIAN A. GILBERT