MINUTE ENTRY
WILKINSON, M.J.
JUNE 26, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Steudlein, 06-7307 | JUDGE DUVAL<br>MAG. WILKINSON |

     A status conference was conducted on this date. Participating via telephone were: Gary Pendergast, representing plaintiffs; Joseph Messina, representing defendant. This is one of the cases that was bifurcated for individual treatment pursuant to Case Management Order No. 4. Counsel advised that they are following the settlement assessment procedure provided for in the "Post-Sher Insurance Umbrella Case Management Order," Record Doc. No. 13521. Accordingly, the course of further proceedings, if necessary, in this case will be determined after my receipt of the status report required in the "Post-Sher" order.

                                                JOSEPH C. WILKINSON, JR.
                                            UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 15**