UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Aguilar* C.A. No. 07-4852 | SECTION "K"(2) |

### ORDER

Pending before the Court is Plaintiff's Motion and Incorporated Memorandum in Support For Entry of an Order Administratively Closing *Joseph Agular, III, et al. v. Alea London Limited, et al.*, C.A. No. 07-4852 (Doc. 8158) and Axis Surplus Insurance Company's Motion for More Definite Statement (Doc. 10640). Considering the Court's order of November 26, 2007 (Doc. 9227) as clarified by its January 4, 2008 order (Doc. 10110) staying all insurance matters,

**IT IS ORDERED** that the Plaintiff's Motion and Incorporated Memorandum in Support For Entry of an Order Administratively Closing *Joseph Agular, III, et al. v. Alea London Limited, et al.*, C.A. No. 07-4852 (Doc. 8158) is **DISMISSED AS MOOT.**

**IT IS FURTHER ORDERED** that Axis Surplus Insurance Company's Motion for More Definite Statement (Doc. 10640) is **DENIED** without prejudice to be re-urged at the appropriate time.

New Orleans, Louisiana, this  26th  day of June, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE