15-6766

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO: 08-898<br>PLAINTIFF: THERESA Y. GIOIA | MAGISTRATE WILKINSON |

## ORDER OF DISMISSAL

IT IS ORDERED that the *Theresa Y. Gioia v. Allstate Insurance Company* matter be, and the same is hereby dismissed, with prejudice. All parties will bear their own costs.

New Orleans, Louisiana, this  26th  day of _____June_____, 2008.

_____
**J U D G E**