## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * and consolidated cases <br> * |
| ***THIS PLEADING APPLIES TO:*** <br> **BARGE** <br> *Parfait v. USA*   C.A. No. 07-3500 | * SECTION "K" (2) <br> * <br> * JUDGE STANWOOD R. DUVAL, JR. <br> * <br> * MAG. JUDGE JOSEPH C. WILKINSON, JR. <br> * |

### O R D E R

Considering the foregoing *Ex Parte*/Consent Motion to Dismiss Without Prejudice filed by Lafarge North America Inc.;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Lafarge North America Inc.'s claims against the Southeast Louisiana Flood Protection Authority-East be and hereby are dismissed, without prejudice, each party to bear its own costs.

**New Orleans, Louisiana** this  26th  day of   June      , 2008.

_____
Hon. Judge Stanwood R. Duval, Jr.

1116779-1