**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 010 | NCS-010-000000502 | NCS-010-000000510 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC868 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1445) from Sept 2007 Review and Select Production |
| NED | 255 | NED-255-000000834 | NED-255-000000842 | USACE; MVD; MVN; CE-ED-HH | Nancy Powell | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Historical Hurricane Wind and Water Level Gauge Readings |
| NED | 255 | NED-255-000000847 | NED-255-000000853 | USACE; MVD; MVN; CE-ED-HH | Nancy Powell | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Historical Hurricane Wind and Water Level Gauge Readings |
| NED | 255 | NED-255-000000855 | NED-255-000000861 | USACE; MVD; MVN; CE-ED-HH | Nancy Powell | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Historical Hurricane Wind and Water Level Gauge Readings |
| NED | 255 | NED-255-000000880 | NED-255-000000893 | USACE; MVD; MVN; CE-ED-HH | Nancy Powell | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Historical Hurricane Wind and Water Level Gauge Readings |
| NED | 255 | NED-255-000000894 | NED-255-000000899 | USACE; MVD; MVN; CE-ED-HH | Nancy Powell | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Historical Hurricane Wind and Water Level Gauge Readings |
| NED | 255 | NED-255-000000921 | NED-255-000000924 | USACE; MVD; MVN; CE-ED-HH | Nancy Powell | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Historical Hurricane Wind and Water Level Gauge Readings |
| NED | 255 | NED-255-000000929 | NED-255-000000935 | USACE; MVD; MVN; CE-ED-HH | Nancy Powell | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Historical Hurricane Wind and Water Level Gauge Readings |
| NED | 255 | NED-255-000000948 | NED-255-000000953 | USACE; MVD; MVN; CE-ED-HH | Nancy Powell | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Historical Hurricane Wind and Water Level Gauge Readings |
| NED | 255 | NED-255-000000962 | NED-255-000000968 | USACE; MVD; MVN; CE-ED-HH | Nancy Powell | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Historical Hurricane Wind and Water Level Gauge Readings |
| NRE | 773 | NRE-773-000000026 | NRE-773-000000026 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Statement of Rates of Taxation for Years 1990, 1989 and 1988 |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRE | 773 | NRE-773-000000063 | NRE-773-000000063 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Statement of Rates of Taxation for Years 1989, 1988 and 1987 |
| NRE | 773 | NRE-773-000000070 | NRE-773-000000070 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Statement of Rates of Taxation for Years 1990, 1989 and 1988 |
| NRE | 773 | NRE-773-000000075 | NRE-773-000000075 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Statement of Rates of Taxation for Years 1989, 1988 and 1987 |
| NRE | 773 | NRE-773-000000167 | NRE-773-000000168 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IHNC Project Fact Sheet |
| NRE | 773 | NRE-773-000000187 | NRE-773-000000187 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Statement of Rates of Taxation for Years 1991, 1990 and 1989 |
| NRE | 773 | NRE-773-000000234 | NRE-773-000000234 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Statement of Rates of Taxation for Years 1991, 1990 and 1989 |
| NRE | 773 | NRE-773-000000311 | NRE-773-000000311 | USACE; MVD; MVN; CEMVN-RE-L | Robert Thomson | KC869 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Statement of Rates of Taxation for Years 1989, 1988 and 1987 |
| NPM | 149 | NPM-149-000000001 | NPM-149-000000006 | USACE;MVD;MVN; CEMVN-PM-P | Louise Williams | KC870 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Scope of Work - Economic Impact Study - MRGO Reevaluation |
| NPM | 150 | NPM-150-000000001 | NPM-150-000000021 | USACE;MVD;MVN; CEMVN-PM-P | Louise Williams | KC871 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | The Economic Impact - The Mississippi River Gulf Outlet (MRGO) 1999 |
| NPM | 151 | NPM-151-000000001 | NPM-151-000000037 | USACE;MVD;MVN | Richard Boe | KC872 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | NEPA Policies and Procedures |
| ZFP | 007 | ZFP-007-000000001 | ZFP-007-000000149 | Department of Homeland Security; FEMA; Mitigation; Engineering Management Branch | Joshua Smith | KC873 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from FEMA |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ZFP | 009 | ZFP-009-000000001 | ZFP-009-000000698 | Department of Homeland Security; FEMA; OCC; Legislative Affairs | Pam Williams | KC874 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ESI from FEMA |
| EFP | 653 | EFP-653-000000001 | EFP-653-000000362 | USACE; ERDC; CHL | Robert Wallace | KC875 | 6/27/2008 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | LIDAR Data, NAVD88 2004.65 |