UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     KATRINA CANAL BREACHES     CIVIL ACTION
            CONSOLIDATION LITIGATION

NO. 05-cv-4182 "K"(2)

VERSUS

JUDGE DUVAL

PERTAIN TO:     INSURANCE
              <u>Baird</u>, 06-0153     MAGISTRATE WILKINSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>O R D E R</u>

CONSIDERING the foregoing Motion;

**IT IS HEREBY ORDERED** that Mickey P. Landry, La. Bar No. 22817, David R. Cannella, La. Bar No. 26231, Frank J. Swarr, La. Bar No. 23322, of Landry & Swarr, LLC, 1010 Common Street, Suite 2050, New Orleans, Louisiana 70112, and Robert G. Creely (La. Bar No. 4594) of The Creely Law Firm, are allowed to withdraw as counsel of record and Joseph M. Bruno (La. Bar No. 3604) of The Law Office of Joseph M. Bruno is allowed to enroll as counsel of record on behalf of plaintiffs in the above-entitled and foregoing matter.

NEW ORLEANS, LOUISIANA, this 26th day of June, 2008.

_____
**JUDGE, USDC, EDLA**