UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
|        CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
|     ALL LEVEE | § | |
|     ALL MRGO | § | |
|     ALL BARGE | § | |
| _____ | § | |

NOTICE OF AMENDED PRIVILEGE LOG

On November 8, 2007, the United States filed a Privilege Log asserting the deliberative process privilege over bates range NCS-010-000000502 thru 510.  See Doc. Rec. No. 8948. The Privilege Log is being amended to reflect that this bates range has been produced by the United States.  See Doc. Rec. No. 13641.

This Notice of Amended Privilege Log is submitted.

                    GREGORY G. KATSAS
                    Acting Assistant Attorney General

                    PHYLLIS J. PYLES
                    Director, Torts Branch

                    JAMES G. TOUHEY, JR.
                    Assistant Director, Torts Branch

                    s/ James F. McConnon, Jr.
                    JAMES F. McCONNON, JR.
                    Trial Attorney, Torts Branch, Civil Division
                    U.S. Department of Justice
                    Benjamin Franklin Station, P.O. Box 888
                    Washington, D.C.  20044
                    (202) 616-4400 / (202) 616-5200 (Fax)
                    Attorneys for the United States

Dated: June 27, 2008

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on June 27, 2008, I served a true copy of the United States' Notice of Amended Privilege Log upon all parties by ECF.

    s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.