UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   **KATRINA CANAL BREACHES**               CIVIL ACTION
         **CONSOLIDATED LITIGATION**
                                                  NO.: 05-4182

                                                  SECTION "K" (2)

PERTAINS TO:

INSURANCE CIVIL ACTION NO.; 107195
Kim P.Thomas wife of/and Kenneth O. Thomas

                        v.

Kenneth O. Thomas and Allstate Insurance Co.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION AND ORDER TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs Kenneth and Kim

Thomas, and Defendant, Allstate Insurance Company, and on suggesting to the court that all

issues and claims which have arisen in connection with the above entitled and numbered cause

have been amicably settled and compromised, who jointly move the court to dismiss all claims

that were or may have been asserted herein by the Plaintiffs, Kenneth and Kim Thomas with full

prejudice, and with each party to bear their own costs.

1

Respectfully submitted,

_____
GARY M. PENDERGAST - 10420
1515 Poydras St., Suite 2260
New Orleans, LA 70002
Phone: (504) 523-0454
**ATTORNEY FOR PLAINTIFFS**

LABORDE & NEUNER

_____
FRANK X. NEUNER, JR. - #07674
MELISSA LUTGRING THERIOT - #22628
GREGORY A. KOURY - #26364
JEREMY N. MORROW - #29358
DANIEL J. POOLSON, JR. - #30676
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana  70503
P.O. Box 52828 (70505-2828)
Phone:  (337) 237-7000
Fax: (337) 233-9450
**ATTORNEYS FOR ALLSTATE**

## CERTIFICATE OF SERVICE

I hereby certify that on ~~May~~ June 26, 2008, a copy of the foregoing document was filed

electronically with the Clerk of Court using the CM/ECF system.

_____
COUNSEL

2