UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** <br><br> **NO. 05-4182** |
| **PERTAINS TO:** <br> *Pierre* **C.A. No. 07-3397** | **SECTION "K"(2)** |

### ORDER

Before the Court is an Ex Parte Motion for Leave to File Motion to Enforce Settlement Agreement filed by Allstate Insurance Company (Doc. 13229). The Court has been informed by the parties that this matter has indeed settled. Accordingly,

**IT IS ORDERED** that the Ex Parte Motion to Enforce Settlement Agreement filed by Allstate Insurance Company (Doc. 13229) is **DISMISSED AS MOOT.**

**IT IS FURTHER ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 (sixty) days, to reopen the action or seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this __27th__ day of June, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE