## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K" |
| THIS DOCUMENT RELATES TO: Insurance | MAGISTRATE (2) |

**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.*

**This pleading applies only to the claim of Milton Kinler regarding 3620 Jupiter Dr., Chalmette, LA 70043; Ditania Barquet, John Barquet regarding 4721 Demontluzin St, New Orleans, LA 70122; Roy Rondeno regarding 733 Thirba St., Metarie, LA 70003; Melvin Blumfield regarding 14501 Beckman Rd., New Orleans, LA 70128; Debra People regarding 1496 Mandolin St., New Orleans, LA 70122; Carol Harry, Beverly Hampton regarding 4502 Lynhuber Dr., New Orleans, LA 70126; Edna Givens, Melvin Givins regarding 7831 Henley St., New Orleans, LA 70126; Edna Givens, Melvin Givins regarding 6304 Campus Blvd., New Orleans, LA 70126; Clinton Brown regarding 4865 Sandalwood St., New Orleans, LA 70127; Exavier Williams regarding 11679 Pressburg St., New orleans, LA 70128; Dwight Bordere regarding 7364 Canterbury St., New Orleans, LA 70126; Kim Mccormick regarding 4401 E. Judge Penez Dr., Mereaux, LA 70075; Mary Gaunichaux regarding 4558 Hickerson Dr., New Orleans, LA 70127; Michael Gordon, Lillie Gordon regarding 4836 Montegut Drive, New Orleans, LA 70126; Joyce McFarland regarding 3511 Camphor St, New Orleans, LA 70118; Wanda Mack regarding 11618 Pressburg St., New Orleans, LA 70128; Sidney Vigre, Helen Vigre regarding 6761 Wales St, New Orleans, LA 70126; Hasan Cicek regarding 12 South Park Place, New Orleans, LA 70124; Dwight Bridges regarding 2520 LaHarpe St., New Orleans, LA 70119; Ruby Edwards, Fredrich Edwards regarding 7432 Pantmoon Dr, New Orleans, LA 70127; Elias Cottrell regarding 2018 St. Maurice Ave, New Orleans, LA 70117; Darleen Pierre regarding 4761 Sherwood Dr, New Orleans, LA 70128; Harris Parson**

regarding 9231 Apple St, New Orleans, LA 70118; Elaine Barton, Ethel Mae Hampton-Collins, Tranell Barton regarding 2031 Marigny St., New Orleans, LA 70117; Debbie Stockman, Jameika Marie Mitchell regarding 4401 Duplessis St., New Orleans, LA 70122

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion for Limited Reopening of Case and Partial Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Milton Kinler regarding 3620 Jupiter Dr., Chalmette, LA 70043; Ditania Barquet, John Barquet regarding 4721 Demontluzin St, New Orleans, LA 70122; Roy Rondeno regarding 733 Thirba St., Metarie, LA 70003; Melvin Blumfield regarding 14501 Beckman Rd., New Orleans, LA 70128; Debra People regarding 1496 Mandolin St., New Orleans, LA 70122; Carol Harry, Beverly Hampton regarding 4502 Lynhuber Dr., New Orleans, LA 70126; Edna Givens, Melvin Givins regarding 7831 Henley St., New Orleans, LA 70126; Edna Givens, Melvin Givins regarding 6304 Campus Blvd., New Orleans, LA 70126; Clinton Brown regarding 4865 Sandalwood St., New Orleans, LA 70127; Exavier Williams regarding 11679 Pressburg St., New orleans, LA 70128; Dwight Bordere regarding 7364 Canterbury St., New Orleans, LA 70126; Kim Mccormick regarding 4401 E. Judge Penez Dr., Mereaux, LA 70075; Mary Gaunichaux regarding 4558 Hickerson Dr., New Orleans, LA 70127; Michael Gordon, Lillie Gordon regarding 4836 Montegut Drive, New Orleans, LA 70126; Joyce McFarland regarding 3511 Camphor St, New Orleans, LA 70118; Wanda Mack regarding 11618 Pressburg St., New Orleans, LA 70128; Sidney Vigre, Helen Vigre regarding 6761 Wales St, New Orleans, LA 70126; Hasan Cicek regarding 12 South Park Place, New Orleans, LA 70124; Dwight Bridges regarding 2520 LaHarpe St., New Orleans, LA 70119; Ruby Edwards, Fredrich Edwards

regarding 7432 Pantmoon Dr, New Orleans, LA 70127; Elias Cottrell regarding 2018 St.

Maurice Ave, New Orleans, LA 70117; Darleen Pierre regarding 4761 Sherwood Dr, New

Orleans, LA 70128; Harris Parson regarding 9231 Apple St, New Orleans, LA 70118; Elaine

Barton, Ethel Mae Hampton-Collins, Tranell Barton regarding 2031 Marigny St., New Orleans,

LA 70117; Debbie Stockman, Jameika Marie Mitchell regarding 4401 Duplessis St., New

Orleans, LA 70122 against Defendants Allstate Insurance Company, in the above captioned

matter only, be dismissed without prejudice, specifically reserving all rights against all other

parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.


_____
United States District Judge