

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN 24 PM 2:30

LORETTA G. WHYTE
CLERK

# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ****************************************<br>*<br>*<br>HAMMER, et al.                              *<br>                                              *<br>Plaintiffs,                                    *<br>                                              *<br>VERSUS                                  *<br>                                              *<br>                                              *<br>STATE FARM FIRE AND CASUALTY  *<br>COMPANY                                *<br>                                              *<br>             Defendant.                    *<br>                                              *<br>                                              *<br>**************************************** | CIVIL ACTION<br><br>NO. 06-9152 SECTION "K"(2)<br><br>JUDGE DUVAL<br><br>JUDGE WILKINSON |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

NOW INTO COURT, through undersigned counsel comes KEVIN J. KATNER, counsel of record in the above-captioned matter, who move this Honorable Court, as follows:

Plaintiff, JASON HAMMER, has previously been represented by KEVIN J. KATNER. Plaintiff, JASON HAMMER, has been notified that KEVIN J. KATNER is terminating his legal services relative to the above-captioned matter. As such, KEVIN J. KATNER wishes to be removed from the above-captioned proceedings, and involving Plaintiff, JASON HAMMER. All pleadings, notices, trial dates, documents and correspondence, relative to the above cause of



___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.___

action, can be forwarded directly to J. SAMUEL TENEBAUM, BLUHM LEGAL CLINIC at 357 Chicago Avenue, Chicago, Illinois 60611.

WHEREFORE, the undersigned, KEVIN J. KATNER, PRAYS that he be removed as counsel of record for Plaintiff, JASON HAMMER, in the above-captioned matter.

Respectfully submitted,

FOR PLAINTIFF JASON HAMMER, et al.

_____
Kevin J. Katner, 21306
4465 Painters Street
New Orleans, Louisiana 70122
Telephone: (504) 301-0698
Fax: (504) 301-0698 (call first)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly filed with the Clerk of Court which will send a notice of electronic filing to all counsel of record on this 24th day of June, 2008.

_____
Kevin J. Katner