## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ************************************** | CIVIL ACTION |
| HAMMER, et al. | NO. 06-9152 SECTION "K"(2) |
| Plaintiffs, | JUDGE DUVAL |
| VERSUS | JUDGE WILKINSON |
| STATE FARM FIRE AND CASUALTY COMPANY | |
| Defendant. | |
| ************************************** | |

## CERTIFICATE OF NOTIFICATION
## OF INTENT TO WITTHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes KEVIN J. KATNER, counsel of record in the above-captioned matter, who move this Honorable Court, as follows:

I, KEVIN J. KATNER, do hereby certify that Plaintiff, JASON HAMMER, has been notified that KEVIN J. KATNER is terminating his legal services relative to the above-captioned matter by copy of attached letter sent certified mail. As such, KEVIN J. KATNER wishes to be removed from the above-captioned proceedings, and involving Plaintiff, JASON HAMMER. All pleadings, notices, trial dates, documents and correspondence, relative to the above cause of

1

action, can be forwarded directly to J. SAMUEL TENEBAUM, BLUHM LEGAL CLINIC at 357 Chicago Avenue, Chicago, Illinois 60611.

                                            Respectfully submitted,

                                            FOR PLAINTIFF JASON HAMMER, et al.

                                            /s/ Kevin J. Katner
                                            Kevin J. Katner, 21306
                                            4465 Painters Street
                                            New Orleans, Louisiana 70122
                                            Telephone: (504) 301-0698
                                            Fax: (504) 301-0698 (call first)