*Kevin J. Katner*
*Attorney at Law & Notary Public*
*4465 Painters St.*
*New Orleans, Louisiana 70122*

Telephone: (504) 460-2898   Facsimile: (504) 301-0698   Email: Kevin@katner.com

May 27, 2008

Mr. Jason Hammer
1607 71st Street
Darien, IL 60561-3613

CERTIFIED MAIL #: 7006 2760 0004 4148 6649

  Re: Hammer vs. State Farm Casualty Ins. Co.
    USDC EDLA No: 06-9152, Sect. "J"

Dear Jason:

  This is to advise that I am no longer representing your interests in the above captioned legal matter. I am filing a Motion to Withdraw as Attorney of Record and hereby refer you to J. SAMUEL TENEBAUM of the Bluhm Legal Clinic, Northwestern University at 357 Chicago Avenue, Chicago, Illinois 60611, phone (312) 503-4808. Feel free to call me if you have any questions regarding my withdrawal. Please direct all other future inquiries, correspondence, etc. to them.

  It has been a pleasure representing you and I hope your claim comes to a speedy and satisfactory resolution.

Sincerely,

Kevin J. Katner
*Attorney at Law*
Email: Kevin@katner.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jason Hammer
   1607 71st St.
   Derien, IL 60561-3613

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 6/3/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0004 4148 6649

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

```
15:09
  109 POST VAL IMP          5.32
15:10
     TOTAL                  5.32
     CASH T                 5.37
     CHANGE                  .05

**** U.S. POSTAL SERVICE ****
  MOBILE UNIT 3107       70122
  216569                 74.00
  TOM                      # 01
  05-29-08            15:10:41

       CUSTOMER RECEIPT

109 POST VAL IMP             5.32

    TOTAL                    5.32
    CASH T                   5.37

    CHANGE                    .05


      *** THANK YOU ***
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .42 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.32 |

Postmark Here — MAY 29 2008

Sent To: Jason Hammer
Street, Apt. No.; or PO Box No.: 1607 71st St.
City, State, ZIP+4: Derien, IL 60561-3613

PS Form 3800, August 2006    See Reverse for Instructions

7006 2760 0004 4148 6649