IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAMMER, et al. | CIVIL ACTION |
| Plaintiffs, | NO. 06-9152 SECTION "K"(2) |
| VERSUS | JUDGE DUVAL |
| STATE FARM FIRE AND CASUALTY COMPANY | JUDGE WILKINSON |
| Defendant. | |

## ORDER

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED** that KEVIN J. KATNER be removed as counsel of record for Plaintiff, JASON HAMMER, in the above-captioned matter.

_____
JUDGE

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_

3