FILED '08 JUN 26 14:33 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: <u>06-9152, Hammer</u> | SECTION "K"(2) |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for Plaintiff, and considering that Plaintiff will still otherwise be represented by counsel, accordingly,

**IT IS ORDERED** that the Motion be **GRANTED**, and Kevin J. Katner be removed as counsel of record for Plaintiff Jason Hammer in the above-captioned matter.

New Orleans, Louisiana, this 25th day of June, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No ___