UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**THE UNITED STATES OF AMERICA'S MOTION TO DISMISS
COUNTS TWO AND THREE OF THE AMENDED COMPLAINT**

Pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, and for the reasons expressed in the accompanying memorandum of law, the United States of America moves to dismiss Counts Two and Three of Plaintiffs' amended complaint (Doc. 13527-2).

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ Robin D. Smith
Robin D. Smith
Senior Trial Counsel, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044

(202) 616-4400 / (202) 616-5200 (Fax)
Attorney for the United States

 s/ Jeffrey P. Ehrlich
Jeffrey P. Ehrlich
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorney for the United States

## CERTIFICATE OF SERVICE

I, Jeffrey P. Ehrlich, hereby certify that on June 27, 2008, I served a true copy of the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint upon all parties by ECF.


s/     Jeffrey P.  Ehrlich

2