# EXHIBIT B



**DEPARTMENT OF THE ARMY**
US ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE
FORT GEORGE G MEADE, MARYLAND 20755-5360

MAY 1 8 2006

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Eastern U.S. Torts Branch

SUBJECT: Claim of Anthony Franz, Jr., 06-N15-T005

Jonathan B. Andry
The Andry Law Firm, LLC
610 Baronne Street
New Orleans, Louisiana 70133-1004

Dear Mr. Andry:

This notice constitutes final administrative action on the claim of your client, Anthony Franz, Jr., filed against the United States in the amount of $450,000, for property damage and personal injury due to the United States Army Corps of Engineers' alleged negligent design, construction, maintenance, and operation of the Mississippi River Gulf Outlet, New Orleans, Louisiana, on August 29, 2005.

Your client's claim is denied. Because your client has filed suit against the United States in the United States District Court for the Eastern District of Louisiana, his claim is no longer amenable to administrative resolution.

Although I realize that your client's claim is in suit, I am nevertheless required by regulation to inform you that if your client is dissatisfied with the action taken on his claim, he may file suit in an appropriate United States District Court no later than six months from the date of mailing of this letter. By law, failure to comply with that time limit forever bars your client from further suit. I am not implying that any such suit, if filed, would be successful.

Sincerely,

Jill M. Grant
Colonel, US Army
Chief, Tort Claims Division

**Copies Furnished:**

JALS-LT
District Counsel, New Orleans COE
DOJ, FTCA Branch

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| TCE Postage | $ |
| 5360 Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

JONATHAN B ANDRY
THE ANDRY LAW FIRM LLC
610 BARONNE STREET
NEW ORLEANS, LA 70133-1004

PS Form 3800, Ju

7004 1160 0002 4069 3300

CERTIFIED MAIL

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JONATHAN B ANDRY
THE ANDRY LAW FIRM LLC
610 BARONNE STREET
NEW ORLEANS, LA 70133-1004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7004 1160 0002 4069 3300

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**DEPARTMENT OF THE ARMY**
US ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE
FORT GEORGE G MEADE, MARYLAND 20755-5360

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Eastern U.S. Torts Branch

SUBJECT:  Claim of Tanya F. Smith, 06-N15-T004

Jonathan B. Andry
The Andry Law Firm, LLC
610 Baronne Street
New Orleans, Louisiana  70133-1004

Dear Mr. Andry:

   This notice constitutes final administrative action on the claim of your client, Tanya F. Smith, filed against the United States in the amount of $818,493, for property damage and personal injury due to the United States Army Corps of Engineers' alleged negligent design, construction, maintenance, and operation of the Mississippi River Gulf Outlet, New Orleans, Louisiana, on August 29, 2005.

   Your client's claim is denied.  Because your client has filed suit against the United States in the United States District Court for the Eastern District of Louisiana, her claim is no longer amenable to administrative resolution.

   Although I realize that your client's claim is in suit, I am nevertheless required by regulation to inform you that if your client is dissatisfied with the action taken on her claim, she may file suit in an appropriate United States District Court no later than six months from the date of mailing of this letter.  By law, failure to comply with that time limit forever bars your client from further suit.  I am not implying that any such suit, if filed, would be successful.

                                             Sincerely,

                                             Jill M. Grant
                                             Colonel, US Army
                                             Chief, Tort Claims Division

**Copies Furnished:**

JALS-LT
District Counsel, New Orleans COE
DOJ, FTCA Branch

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| TCE | Postage | $ | |
|---|---|---|---|
| 5360 | Certified Fee | | |
| | Return Receipt Fee (Endorsement Required) | | Postmark Here |
| | Restricted Delivery Fee (Endorsement Required) | | |
| | Total Postage & F--- | ¢ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

JONATHAN B ANDRY
THE ANDRY LAW FIRM LLC
610 BARONNE STREET
NEW ORLEANS, LA  70133-1004

PS Form 3800, Ju

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JONATHAN B ANDRY
THE ANDRY LAW FIRM LLC
610 BARONNE STREET
NEW ORLEANS, LA  70133-1004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7004 1160 0002 4069 3256

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



**DEPARTMENT OF THE ARMY**
US ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE
FORT GEORGE G MEADE, MARYLAND 20755-5360

MAY 1 8 2006

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Eastern U.S. Torts Branch

SUBJECT: Claim of Norman Robinson, 06-N15-T003

Jonathan B. Andry
The Andry Law Firm, LLC
610 Baronne Street
New Orleans, Louisiana 70133-1004

Dear Mr. Andry:

  This notice constitutes final administrative action on the claim of your client, Norman Robinson, filed against the United States in the amount of $650,000, for property damage and personal injury due to the United States Army Corps of Engineers' alleged negligent design, construction, maintenance, and operation of the Mississippi River Gulf Outlet, New Orleans, Louisiana, on August 29, 2005.

  Your client's claim is denied. Because your client has filed suit against the United States in the United States District Court for the Eastern District of Louisiana, his claim is no longer amenable to administrative resolution.

  Although I realize that your client's claim is in suit, I am nevertheless required by regulation to inform you that if your client is dissatisfied with the action taken on his claim, he may file suit in an appropriate United States District Court no later than six months from the date of mailing of this letter. By law, failure to comply with that time limit forever bars your client from further suit. I am not implying that any such suit, if filed, would be successful.

Sincerely,

Jill M. Grant
Colonel, US Army
Chief, Tort Claims Division

Copies Furnished:

JALS-LT
District Counsel, New Orleans COE
DOJ, FTCA Branch

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| TCE  Postage | $ |
| 5360  Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | ¢ |

Sent To

Street, Apt. No.; or PO Box No.  **JONATHAN B ANDRY**
City, State, ZIP+4  **THE ANDRY LAW FIRM LLC**
**610 BARONNE STREET**
**NEW ORLEANS, LA 70133-1004**

PS Form 3800, Ju

7004 1160 0002 4069 3294

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JONATHAN B ANDRY
THE ANDRY LAW FIRM LLC
610 BARONNE STREET
NEW ORLEANS, LA 70133-1004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7004 1160 0002 4069 3294

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**DEPARTMENT OF THE ARMY**
US ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE
FORT GEORGE G MEADE, MARYLAND 20755-5360

MAY 1 8 2006

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Eastern U.S. Torts Branch

SUBJECT: Claim of Lucille Franz, 06-N15-T006

Jonathan B. Andry
The Andry Law Firm, LLC
610 Baronne Street
New Orleans, Louisiana 70133-1004

Dear Mr. Andry:

This notice constitutes final administrative action on the claim of your client, Lucille Franz, filed against the United States in the amount of $450,000, for property damage and personal injury due to the United States Army Corps of Engineers' alleged negligent design, construction, maintenance, and operation of the Mississippi River Gulf Outlet, New Orleans, Louisiana, on August 29, 2005.

Your client's claim is denied. Because your client has filed suit against the United States in the United States District Court for the Eastern District of Louisiana, her claim is no longer amenable to administrative resolution.

Although I realize that your client's claim is in suit, I am nevertheless required by regulation to inform you that if your client is dissatisfied with the action taken on her claim, she may file suit in an appropriate United States District Court no later than six months from the date of mailing of this letter. By law, failure to comply with that time limit forever bars your client from further suit. I am not implying that any such suit, if filed, would be successful.

Sincerely,

Jill M. Grant
Colonel, US Army
Chief, Tort Claims Division

**Copies Furnished:**

JALS-LT
District Counsel, New Orleans COE
DOJ, FTCA Branch

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| TCE 5360 Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & F | |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

JONATHAN B ANDRY
THE ANDRY LAW FIRM LLC
610 BARONNE STREET
NEW ORLEANS, LA 70133-1004

PS Form 3800, June

7004 1160 0002 4069 3287

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    JONATHAN B ANDRY
    THE ANDRY LAW FIRM LLC
    610 BARONNE STREET
    NEW ORLEANS, LA 70133-1004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7004 1160 0002 4069 3287

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**DEPARTMENT OF THE ARMY**
US ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE
FORT GEORGE G MEADE, MARYLAND 20755-5360

MAY 1 8 2006

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Eastern U.S. Torts Branch

SUBJECT: Claim of Lattimore and Associates, 06-N15-T002

Jonathan B. Andry
The Andry Law Firm, LLC
610 Baronne Street
New Orleans, Louisiana 70133-1004

Dear Mr. Andry:

This notice constitutes final administrative action on the claim of your client, Lattimore and Associates, filed against the United States in the amount of $6,380,000, for property damage and personal injury due to the United States Army Corps of Engineers' alleged negligent design, construction, maintenance, and operation of the Mississippi River Gulf Outlet, New Orleans, Louisiana, on August 29, 2005.

Your client's claim is denied. Because your client has filed suit against the United States in the United States District Court for the Eastern District of Louisiana, its claim is no longer amenable to administrative resolution.

Although I realize that your client's claim is in suit, I am nevertheless required by regulation to inform you that if your client is dissatisfied with the action taken on its claim, it may file suit in an appropriate United States District Court no later than six months from the date of mailing of this letter. By law, failure to comply with that time limit forever bars your client from further suit. I am not implying that any such suit, if filed, would be successful.

Sincerely,

Jill M. Grant
Colonel, US Army
Chief, Tort Claims Division

Copies Furnished:

JALS-LT
District Counsel, New Orleans COE
DOJ, FTCA Branch

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ TCE 5360 |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & F | |

Sent To  JONATHAN B ANDRY
Street, Apt. No.; or PO Box No.  THE ANDRY LAW FIRM LLC
City, State, ZIP+4  610 BARONNE STREET
NEW ORLEANS, LA  70133-1004

PS Form 3800, June 2002   See Reverse for Instructions

7004 1160 0002 4069 3263

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JONATHAN B ANDRY
   THE ANDRY LAW FIRM LLC
   610 BARONNE STREET
   NEW ORLEANS, LA  70133-1004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 1160 0002 4069 3263

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**DEPARTMENT OF THE ARMY**
US ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE
FORT GEORGE G MEADE, MARYLAND 20755-5360

MAY 1 8 2006

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Eastern U.S. Torts Branch

SUBJECT: Claim of Kent Lattimore, 06-N15-T001

Jonathan B. Andry
The Andry Law Firm, LLC
610 Baronne Street
New Orleans, Louisiana 70133-1004

Dear Mr. Andry:

This notice constitutes final administrative action on the claim of your client, Kent Lattimore, filed against the United States in the amount of $245,000, for property damage and personal injury due to the United States Army Corps of Engineers' alleged negligent design, construction, maintenance, and operation of the Mississippi River Gulf Outlet, New Orleans, Louisiana, on August 29, 2005.

Your client's claim is denied. Because your client has filed suit against the United States in the United States District Court for the Eastern District of Louisiana, his claim is no longer amenable to administrative resolution.

Although I realize that your client's claim is in suit, I am nevertheless required by regulation to inform you that if your client is dissatisfied with the action taken on his claim, he may file suit in an appropriate United States District Court no later than six months from the date of mailing of this letter. By law, failure to comply with that time limit forever bars your client from further suit. I am not implying that any such suit, if filed, would be successful.

Sincerely,

Jill M. Grant
Colonel, US Army
Chief, Tort Claims Division

Copies Furnished:

JALS-LT
District Counsel, New Orleans COE
DOJ, FTCA Branch

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

TCE
5360

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & | |

Postmark Here

7004 1160 0002 4069 3270

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

JONATHAN B ANDRY
THE ANDRY LAW FIRM LLC
610 BARONNE STREET
NEW ORLEANS, LA 70133-1004

PS Form 3800, June

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JONATHAN B ANDRY
THE ANDRY LAW FIRM LLC
610 BARONNE STREET
NEW ORLEANS, LA 70133-1004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0002 4069 3270

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540