UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES            §        CIVIL ACTION
      CONSOLIDATED LITIGATION            §        NO. 05-4182 "K" (2)
                                         §        JUDGE DUVAL
_____    §        MAG. WILKINSON
                                         §
PERTAINS TO: MRGO, *Robinson* (06-2268)  §
_____    §

## NOTICE OF HEARING

TO:   All Counsel of Record.

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States of America's Motion to Dismiss Counts Two and Three of the Amended Complaint at the Courtroom of the Honorable Stanwood R. Duval, Jr, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 23rd day of July, 2008, at 9:30 a.m.

New Orleans, Louisiana, this ____ day of _____, 2008.

                                    _____
                                    Judge Stanwood R. Duval, Jr.
                                    Eastern District of Louisiana